# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** 25-3163

**Case Name** Marc Wolstenholme v. Riot Games, Inc. (2:25-cv-00053)

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** M. Wolstenholme. **Date** 28/05/2025

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

Issues on Appeal:
I write to formally raise serious concerns regarding the conduct and procedural handling of the above-captioned matter, which I filed as a pro se litigant in pursuit of my copyright and intellectual property rights. I respectfully raise these concerns not as an adversarial challenge, but in the interest of transparency, fairness, and procedural justice, particularly given my status as a disadvantaged, disabled, and dyslexic individual navigating complex litigation from the opposite side of the world without legal representation.
Despite filing a 1,218-page Second Amended Complaint (most of which was evidence) that detailed supported claims of copyright infringement, clear evidence of access, trauma misuse, and spoliation, my case was dismissed on May 12, 2025, without affording me any discovery or addressing sealed and newly filed evidence. I was not given the opportunity to challenge factual inaccuracies in Riot Games' procedural arguments, including their demonstrably false claims regarding the closure of Riot Forge submission. I identified and documented three separate access pathways supported by corroborating documentation, which were never tested on their merits. I was not given the chance to prove access, which is anti-competitive. This gives the appearance that

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| **Income Source** | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 629.14 | $ 0 | $ 629.14 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment Payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-Assistance (such as welfare) | $ 1171 | $ 0 | $ 1171 | $ 0 |
| Other (specify) War Disablement P | $ 386.26 | $ 0 | $ 386.26 | $ 0 |
| **TOTAL MONTHLY INCOME:** | $ 2186.4 | $ 0 | $ 2186.4 | $ 0 |

2. *List your employment history for the past two years, most recent employer first.*
*(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| NA | NA | From<br>To | $ |
| NA | NA | From<br>To | $ |
| NA | NA | From<br>To | $ |
| NA | NA | From<br>To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
*(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| NA | NA | From<br>To | $ |
| NA | NA | From<br>To | $ |
| NA | NA | From<br>To | $ |
| NA | NA | From<br>To | $ |

4. *How much cash do you and your spouse have?* $

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| NA | $ | | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| renault clio 2014 | Clio | BF64XBU | $ 2000 |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| | | | $ |

| Other Assets | Value |
| --- | --- |
| | $ |
| | $ |
| | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
| --- | --- | --- |
| | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | **You** | **Spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 1346.78 | $ 0 |
| - Are real estate taxes included? ○ Yes ◉ No | | |
| - Is property insurance included? ○ Yes ◉ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 230 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 200 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 200 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 0 | $ 0 |
| - Life | $ 0 | $ 0 |
| - Health | $ 0 | $ 0 |
| - Motor Vehicle | $ 100 | $ 0 |
| - Other Contact services - Child | $ 673.39 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify | $ | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| | You | Spouse |
|---|---|---|
| Installment payments | | |
| - Motor Vehicle | $ 0 | $ 0 |
| - Credit Card (name) | $ 0 | $ 0 |
| - Department Store (name) | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 100 | $ 0 |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 200 | $ 0 |
| Other (specify) Computer and writing progrmas and equitment | $ 200 | $ 0 |
| **TOTAL MONTHLY EXPENSES** | $ 3250.17 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?* ○ Yes ◉ No

If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?* ○ Yes ◉ No

If Yes, how much? $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *State the city and state of your legal residence.*

City Coventry State England

Your daytime phone number (ex., 415-355-8000)

Your age 39 Your years of schooling

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*