Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, Plaintiff, vs. RIOT GAMES, INC., Defendant | 9TH CIR. CASE NUMBER: 25-3163<br><br>CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S ATTACHMENT FOR MOTION TO PROCEED IN FORMA PAUPERIS- FORM 04 |

Dated this: May 28th, 2025

M.WOLSTENHOLME.
[MARC WOLSTENHOLME]

**Issues on Appeal**

I write to formally raise serious concerns regarding the conduct and procedural handling of the above-captioned matter, which I filed as a pro se litigant in pursuit of my copyright and intellectual property rights. I respectfully raise these concerns not as an adversarial challenge, but in the interest of transparency, fairness, and procedural justice, particularly given my status as a disadvantaged, disabled, and dyslexic individual navigating complex litigation from the opposite side of the world without legal representation.

Despite filing a 1,218-page Second Amended Complaint (most of which was evidence) that detailed supported claims of copyright infringement, clear evidence of access, trauma misuse, and spoliation, my case was dismissed on May 12, 2025, without affording me any discovery or addressing sealed and newly filed evidence. I was not given the opportunity to challenge factual inaccuracies in Riot Games' procedural arguments, including their demonstrably false claims regarding the closure of Riot Forge submission. I identified and documented three separate access pathways supported by corroborating documentation, which were never tested on their merits. I was not given the chance to prove access, which is anti-competitive. This gives the appearance that any aspiring writer cannot get justice against powerful Industry companies unless they show their work was passed hand to hand via people with documented working relationships. This is silly, let alone wrong on so many levels. This allows every company receiving manuscripts to abuse the submitted work of any unsolicited writer. This would create a system of impenetrable success and teeming with abuse of the weakest and most vulnerable of society.

This outcome has caused deep concern. As a litigant with complex PTSD, a military background, and no formal legal training, I believe the procedural protections typically afforded to pro se and disabled parties were not meaningfully extended. The liberal construction of pleadings and the principle of avoiding premature dismissals where key facts remain unresolved appear to have been significantly undermined. My serious allegations of spoliation, procedural obstruction, and evidentiary manipulation were never substantively acknowledged.

I was never afforded even minimal discovery or the chance to be heard on the factual merits of my claims because Riot Games' legal team effectively stonewalled and manipulated proceedings. Riot's falsified and selectively framed "evidence" regarding Riot Forge, sourced from the Wayback Machine, was presented as fact during a confidential settlement hearing, yet never scrutinized or formally admitted as evidence. This manoeuvre constitutes procedural ambush and reflects anti-competitive practices, allowing a well-resourced corporation to shield itself from discovery and accountability. Moreover, the Settlement Judge was made aware that my laptops are currently undergoing forensic investigation to show that the manuscript in question was sent to Riot Forge.

This imbalance in process has caused not only structural unfairness but personal harm. I am committed to continuing my pursuit of justice through appeal and beyond if necessary. However, I must formally document the harm caused by the Court's handling of this case, particularly in relation to the denial of access to justice, the lack of procedural accommodation for a disabled and unrepresented litigant, and the apparent failure to apply even minimal adversarial standards to the defendant's conduct.

Among the many elements in dispute, I wish to highlight the following developments and overlooked material:

Critically, I also submitted whistleblower allegations that Chronodisk, a third-party data wiping and logistics firm, was contracted in Jan & Feb 2025 to erase and dispose of critical evidence, including the wiping of Riot's systems and the shipment of physical hardware (computers and drives) to Spain. This was a deliberate act of spoliation during pending litigation, undermining the possibility of electronic discovery. A second whistleblower has confirmed this, with additional evidence which will have to be filed under seal and protection. I have evidence that the transfer of extremely high-end computers with overclocked graphics cards were sent to the Fortiche studio in Las Palmas de Gran Canaria. These actions were neither investigated nor acknowledged by the Court before dismissal.

Further aggravating this imbalance, Riot never complied with proper litigation hold procedures despite receiving early cease-and-desist communications.

Whistleblower reports and sealed submissions outlining internal misconduct were never substantively addressed.

I have received evidence of A significant thematic shift in Arcane (described as a "180° U-turn" in narrative tone and direction) from the first trimester of 2020, which aligns with access to my manuscript, which mirrors the unique trauma architecture of Bloodborg. This scraping of the original direction includes the abrupt removal of an arc and the original story. Two of the unused "3d modèles" are from Twisted Fate and Graves (LOL Characters).

The Arcane story, before Riot had access to Bloodborg, consisted of storyboards, written by Ash Brannon, of a fight in Episode 3, then Jinx jumps on an airship and flies away.

Evidence had been shown to in materials and cast and producer public comments that Jinx travelled to Bilgewater with Twisted Fate, where she lived with two criminals (Twisted Fate and Graves) in this Pirate Bay. One of which is heavier shown in the 10 year anniversary video of 2019. Then he is scrapped. This is confirmed by many involved. Jinx even wears the pants of the Bilgewater Pirates and the X on her chest as these trousers or outside were not completely redesigned. She was however, then forced into the Cyberpunk aesthetic from Bloodborg, such as the blue monkey graffiti and over character aspects which are now signature to her.

Of course, none of this Bilgewater stuff happened in Arcane, because as soon as the obtained the Bloodborg manuscript, they actually had a story, thus every event, plot beat, arc and development of Arcane, less for the final rocket scene, are carbon copies of thus in Bloodborg.

I have insider information that after the first trimester of 2020 the art and rig team started receiving new commands and notes to create entirely new personages and redesigned old ones. The new notes on the work had “extraits” attached to use as guidance. That had not happened in all the years previously. Thus exacts of Bloodborg were literally cut up and given to the Animation teams as guidance in mid-2020.

Even without Access, it’s abundantly clear that Arcane used Bloodborg as every single event, bar the final rocket sense, plays out almost exactly has I wrote them. Some even down to foot movements. Even the most infamous of the dialogue in Arcane is almost a direct copy of words from Bloodborg masked just a little.

Below is the Silco’s Drowning Monologue, the most infamous lines in the whole of Arcane, and below that is it matched to my writing, which is a direct retelling of my own

personal trauma, and I even backed this up with peer reviewed studies of these traumatic re-experiences.

Silo's Monologue

"Ever wonder what it's like to drown? Story of opposites. There's peace in water. Like it's holding you, whispering in low tones to let it in. And every problem in the world will fade away. But then, there's this thing… in your head, and it's raging. Lighting every nerve with madness. To fight. To survive. And all the while this question lingers before you: 'Have you had enough?' It's funny. You could pass a lifetime without ever facing a choice like that. But it changes you forever."

Bloodborg

"The grey smoky clouds closed in around me, devouring me, stealing my breath like a windy assassin. I crashed into the black water… I feel as though I'm submerged in icy black water as I lay on my back…"

"She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; its mystery, its misery."

"…an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore."

Its all the same, just reworked, perhaps with an AI generate as its all suspect, a few synonym changes and reordering. Its not even an intelligent reworking or masking.

In all of the filed evidence, I haven't even gotten onto Season 2 of Arcane yet, which is even more evidently copied from Bloodborg. No jury could possibly find that thousands of striking similarities are chance happenings. I'm quite simply baffled by the dismissal.

The cumulative effect of these developments is structural unfairness. The core factual matters, access, copying, and intent, were dismissed as legal conclusions, not tested through discovery, and never heard in an adversarial setting. Riot Games has deep resources, legal power, and industry leverage, while I am a disabled, unrepresented writer, seeking redress from another country. Yet I was not given even a minimal opportunity to participate in discovery or confront the evidence used against me.

I am committed to continuing my pursuit of justice through appeal and beyond if necessary. However, I must formally record the harm caused by the handling of this matter. This case demonstrates a critical breakdown in the application of liberal pleading standards, the protection of vulnerable litigants, and the duty to prevent powerful parties from burying substantive legal claims through procedural dominance.

I respectfully urge this Court not only to revisit the dismissal but also to reflect on how future cases involving pro se and disabled individuals can be safeguarded from similar procedural marginalization, especially where factual development has not occurred and sealed evidence remains unaddressed.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on May 28th, 2025, in Coventry, England.

Respectfully submitted,

Signature: M.WOLSTENHOLME.

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk