Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,
Plaintiff,
vs.
RIOT GAMES, INC.,
Defendant

CASE NO. 2:25-CV-00053-FMO-BFM HON.

*Hon. Fernando M. Olguin*

DECLARATION OF MARC WOLSTENHOLME

COMBINED NOTICE OF APPEAL, INFORMAL STATEMENT OF GROUNDS, AND MOTION TO PROCEED IN FORMA PAUPERIS

Dated this: May 15th, 2025

M.WOLSTENHOLME

[MARC WOLSTENHOLME]

**COMBINED NOTICE OF APPEAL, INFORMAL STATEMENT OF GROUNDS, AND MOTION TO PROCEED IN FORMA PAUPERIS.**

**I. NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Marc Wolstenholme, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on May 12, 2025, which dismissed Plaintiff's claims without allowing discovery or consideration of key evidentiary matters.

Plaintiff respectfully asserts that the dismissal was procedurally and substantively flawed due to factual disputes, unresolved evidentiary issues, and denial of discovery. This appeal challenges both the final judgment and all related orders preceding it.

**II. INFORMAL STATEMENT OF GROUNDS FOR APPEAL**

Access was proven through three independently verifiable routes. Riot Forge was open and accepting unsolicited submissions when I submitted Bloodborg: The Harvest. I later submitted again in 2023 to confirm this and retained proof.

Fabrication of evidence: Riot falsely asserted that Riot Forge was not accepting submissions. My evidence demonstrates otherwise, making this a material misrepresentation.

Spoliation of evidence: I filed a sealed motion documenting the destruction or concealment of relevant materials. The court did not address this. Spoliation should have triggered evidentiary inferences or further inquiry, not dismissal.

New and material evidence was on file, including sealed declarations, public submission logs, and digital meta-evidence. The dismissal occurred before this was reviewed or tested through discovery.

Denial of discovery to a disadvantaged litigant in person, while the other side stonewalled factual access, is not only procedurally unfair but anti-competitive in effect. I was denied equal opportunity to present my case.

Anti-competitive behaviour: The suppression of independent creative work by powerful entities and their legal teams, through early dismissals without review of evidence, implicates wider concerns under UK and U.S. competition laws.

Furthermore, I assert that this case can be won without direct evidence of access, as the substantial similarities between Bloodborg: The Harvest and Arcane are so specific, complex, and extensive that they support an inference of copying on their own, consistent with established case law where striking similarity alone may raise a triable issue of fact."

This is backed by Ninth Circuit case law, including Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000), where the court held that "striking similarity" may support a finding of copying even in the absence of proven access if the works are "so alike as to preclude the possibility of independent creation."

### III. MOTION TO PROCEED IN FORMA PAUPERIS

Pursuant to Federal Rule of Appellate Procedure 24(a), I respectfully request leave to appeal in forma pauperis.

I am a UK-based self-represented litigant with no substantial income or savings. I have expended most of my financial resources on legal filings, survival expenses, and contact proceedings regarding my child. I cannot afford the $505 appellate filing fee without undue hardship.

I previously submitted extensive materials in this case and have invested good faith effort to resolve matters. Financial constraint should not prevent me from appealing a judgment I believe was unjustly entered.

A sworn financial declaration can be provided upon request or using the court's standard form.

**IV. CONCLUSION**

I respectfully request:

Leave to proceed in forma pauperis on appeal,

That the Court accept this Notice of Appeal and grounds, and

That this matter be reviewed by the Ninth Circuit with proper consideration of evidence, discovery rights, and procedural fairness.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on May 15th, 2025, in Coventry, England.

Respectfully submitted,

Signature: M.WOLSTENHOLME.

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk