Case No. 25-3163

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

MARC WOLSTENHOLME,
*Plaintiff-Appellant,*

v.

RIOT GAMES, INC.,
*Defendant-Appellee.*

---

Appeal from the United States District Court For The Central District

---

**DEFENDANT-APPELLEE RIOT GAMES, INC.'S REPLY TO PLAINTIFF-APPELLANT MARC WOLSTENHOLME'S SUPPLEMENTAL BRIEF**

---

MITCHELL SILBERBERG & KNUPP LLP
Aaron J. Moss
Joshua M. Geller
Hannah G. Shepherd
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant-Appellee
RIOT GAMES, INC.

Defendant-Appellee Riot Games, Inc. ("Riot") submits this reply in response to the Supplemental Brief filed by Plaintiff-Appellant Marc Wolstenholme ("Wolstenholme"). Wolstenholme's Supplemental Brief, which improperly responds to an incorrect (and since removed) Notice of Docket Activity ("NDA"), consists entirely of irrelevant and baseless allegations and should be disregarded.

By way of background, on July 2, 2025, the Court's Notice of Docket Activity ("NDA") system erroneously issued an email requesting "supplemental briefs addressing the impact on this case of the decision in *United States v. Yafa*, 136 F.4th 1194 (9th Cir. 2025)." But *Yafa* is a criminal securities fraud case that has no relevance to this civil copyright dispute. The Court promptly corrected the error, and a new NDA clarified that the intended order had simply granted Wolstenholme's motion to proceed in forma pauperis. The updated notice stated "[d]ocket text corrected," "NDA re-sent," and the new order replaced the prior one on the Court's docket in PACER.

Wolstenholme ignored the correction and submitted an unauthorized Supplemental Brief. His analysis of *Yafa* is illogical and irrelevant to this matter. Moreover, his allegations of wrongdoing by Riot are unequivocally false and unsupported by any citation to the record. Riot does not intend to respond further to the substance of Wolstenholme's improper filing, unless directed by the Court, and respectfully requests that the brief be disregarded in its entirety.

1

DATED: July 14, 2025                MITCHELL SILBERBERG & KNUPP LLP


By: _____
    Aaron J. Moss (SBN 190625)
    Joshua M. Geller (SBN 295412)
    Hannah G. Shepherd (SBN 347611)
    Attorneys for Defendant-Appellee
    RIOT GAMES, INC.

2

## CERTIFICATE OF COMPLIANCE
## PURSUANT TO CIRCUIT RULE 32-1

I hereby certify that pursuant to Federal Rule of Appellate Procedure 32(a)(7)(B) and Ninth Circuit Rule 32-1, the enclosed brief is proportionately spaced, has a typeface of 14-point Times New Roman including footnotes, and contains 225 words. Counsel relies on the word count of the computer program used to prepare this brief.

DATED: July 14, 2025   MITCHELL SILBERBERG & KNUPP LLP

By: _____

   Aaron J. Moss (SBN 190625)
   Joshua M. Geller (SBN 295412)
   Hannah G. Shepherd (SBN 347611)
   Attorneys for Defendant-Appellee
   RIOT GAMES, INC.

3

## CERTIFICATE OF SERVICE

*U.S. Court of Appeals Case No. 25-3163*

I hereby certify that I electronically filed the foregoing **APPELLEE RIOT GAMES, INC.'S REPLY TO APPELLANT MARC WOLSTENHOLME'S SUPPLEMENTAL BRIEF** with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the Appellate Electronic Filing system on July 14, 2025.

I further certify that, on July 14, 2025, I served a copy of the above-mentioned document on the following persons and/or unregistered case participants by U.S. mail:

Marc Wolstenholme                    *Pro Se Appellant*
5 Shetland Close
Coventry, England CV5 7LS
Tel: 044-782-796-4404
Email: marc@mwwolf-fiction.co.uk

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 14, 2025, at Los Angeles, California.

_____
Hannah S. Holmes