Case No. 25-3163

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MARC WOLSTENHOLME,

*Plaintiff-Appellant,*

v.

RIOT GAMES, INC.,

*Defendant-Appellee.*

Appeal from the United States District Court For The Central District

**PLAINTIFF-APPELLANT MARC WOLSTENHOLME'S LETTER RESPONSE TO DEFENDANT-APPELLEE RIOT GAMES, INC.'SJULY 14 FILING (DKT. 10.1)**

Marc Wolstenholme

5 Shetland Close

Coventry, England CV5 7LS

Tel: 044-782-796-4404

Email: marc@mwwolf-fiction.co.uk

July 15th, 2025

Clerk of the Court

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103

1

**RE: Case No. 25-3163 – Response to Appellee's July 14 Filing (Dkt. 10.1)**

Dear Clerk and Honourable Judges of the Ninth Circuit,

I am writing to respectfully clarify the record in light of Riot Games, Inc.'s filing on July 14, 2025 (Dkt. 10.1), in which Riot asserts that the Court's original Notice of Docket Activity (NDA) requesting briefing on United States v. Yafa, 136 F.4th 1194 (9th Cir. 2025), was issued in error and should be disregarded.

That assertion is inaccurate. The docket at Entry 7 (07/02/2025) merely notes: "Docket text corrected. NDA re-sent." Nowhere does the docket indicate that the original request for briefing was withdrawn or that the Court's order was issued in error. The Court accepted and filed my supplemental brief (Entry 8) without restriction or notice of impropriety. Riot's claim misrepresents the docket and attempts to dismiss my filing without proper basis.

Moreover, Riot's consistent refusal to engage with the substance of the claims, from copyright access to procedural misconduct, has become a pattern of

2

avoidance. They have responded to each substantive issue not with facts or evidence, but with procedural stonewalling, deflection, and denial. This not only clogs the docket with disputes unrelated to the merits but also undermines the Court's ability to efficiently address the central claims.

This appeal began as a straightforward copyright dispute. However, the record now reflects a clear and escalating pattern of discovery obstruction, digital spoliation, suppression of material evidence, and intentional misrepresentation to the court. These patterns point to conduct that is not only abusive of the judicial process but also indicative of potential litigation fraud and commercial deception.

The implications extend beyond this case. The conduct described appears consistent with a coordinated legal and business strategy that includes the unauthorized acquisition, repackaging, and commercial exploitation of intellectual property developed by predominantly U.S.-based creators and markets. This raises serious concerns regarding fair competition, economic integrity, and potential violations of federal criminal statutes. In light of these developments, I believe this matter warrants not only continued judicial oversight but referral for independent criminal or regulatory investigation.

I respectfully ask the Court to recognize that my filing was made in good faith, in direct response to a Court-issued Notice of Docket Activity. Riot's reply does not address the substance of the briefing. I further request that Riot be directed to respond to the Yafa decision, which is highly relevant to this case in terms of both unjust enrichment and fraudulent activity. I also respectfully ask that my supplemental response remain part of the official court record. I remain committed to complying with the Court's instructions and to resolving this matter based on the full and accurate record.

Thank you for your continued attention to this matter.

Respectfully submitted,

*M.WOLSTENHOLME.*

Marc Wolstenholme

Pro Se Appellant

4

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 15th, 2025, in Coventry, United Kingdom.

Signed, *M.WOLSTENHOLME.*

Marc Wolstenholme

Pro Se Appellant