Case No. 25-3163

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

MARC WOLSTENHOLME,
*Appellant,*

v.

RIOT GAMES, INC.,
*Appellee.*

---

Appeal from the United States District Court For The Central District

---

**DEFENDANT-APPELLEE RIOT GAMES, INC.'S
SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 2 OF 6**

---

MITCHELL SILBERBERG & KNUPP LLP
Aaron J. Moss
Joshua M. Geller
Hannah G. Shepherd
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Appellee
RIOT GAMES, INC.

AARON J. MOSS (SBN 190625)
Aaron.Moss@msk.com
JOSHUA M. GELLER (SBN 295412)
Josh.Geller@msk.com
HANNAH G. SHEPHERD (SBN 347611)
Hannah.Shepherd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Riot Games, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>Plaintiff,<br><br>v.<br><br>RIOT GAMES, INC.,<br><br>Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**RIOT GAMES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Declaration of Joshua Geller and [Proposed] Order filed concurrently herewith]<br><br>Date:      May 8, 2025<br>Time:     10:00 am<br>Crtrm:    6D |

Mitchell
Silberberg &
Knupp LLP

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 9**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 8, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 6D of the above-entitled Court, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, Defendant Riot Games, Inc. ("Riot") will, and hereby does, move to dismiss Plaintiff Marc Wolstenholme's ("Wolstenholme") Second Amended Complaint ("SAC") with prejudice for failure to comply with the pleading requirements of Fed. R. Civ. Pro 8 and for failure to state a claim pursuant to Fed. R. Civ. Pro. 12(b)(6).

The SAC does not contain a "short and plain statement" of Wolstenholme's claims for relief; to the contrary, it is more than 1,200 pages long and is replete with irrelevancies, legal argument, and other improper material. It therefore violates Rule 8's pleading standard and should be dismissed.

The SAC also does not allege a plausible claim for relief as to any of its four causes of action. As to its two copyright claims, it fails to plausibly allege (i) that Riot had access to Wolstenholme's purported work(s), or (ii) that Riot unlawfully appropriated any protected expression in Wolstenholme's purported work(s). As to its unfair competition claim, that claim is preempted by the Copyright Act. As to its claim for intentional infliction of emotional distress, the claim is time-barred and barred by the litigation privilege, and the alleged conduct is not sufficiently extreme and outrageous to state the claim as a matter of law.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently filed Declaration of Joshua Geller, any reply papers that may be filed, and on such further oral or documentary evidence as may be presented at or before the hearing on this matter.

The motion is made following a conference between counsel and Wolstenholme, who is representing himself *pro se*, pursuant to Local Rule 7-3,

Mitchell
Silberberg &
Knupp LLP

2

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

which took place by email correspondence on January 26, 2025, after which Wolstenholme refused to meet and confer further.

DATED: April 4, 2025                    MITCHELL SILBERBERG & KNUPP LLP

By: _____
AARON J. MOSS (SBN 190625)
JOSHUA M. GELLER (SBN 295412)
HANNAH G. SHEPHERD (SBN 347611)
Attorneys for Defendant Riot Games, Inc.

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

Mitchell
Silberberg &
Knupp LLP

# TABLE OF CONTENTS

**Page**

I. INTRODUCTION ................................................................................9

II. LEGAL STANDARD .........................................................................10

III. PROCEDURAL BACKGROUND ........................................................11

IV. THE SAC FAILS TO COMPLY WITH FED. R. CIV. PRO. 8 ...................12

V. THE SAC FAILS TO STATE A CLAIM FOR DIRECT COPYRIGHT INFRINGEMENT. ..............................................................................15

    A. Wolstenholme Fails to Plausibly Allege Access. ..............................16

    B. Wolstenholme Fails to Plausibly Allege Copying of Protected Expression. ....................................................................................18

VI. THE SAC FAILS TO STATE A CLAIM FOR VICARIOUS COPYRIGHT INFRINGEMENT. ......................................................25

VII. THE SAC FAILS TO STATE A CLAIM FOR UNFAIR COMPETITION UNDER CAL. BUS. CODE § 17200. ...........................26

VIII. THE SAC FAILS TO STATE A CLAIM FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. ........................................27

    A. The IIED Claim is Barred by the Two-Year Statute of Limitations...27

    B. The IIED Claim is Barred by the Litigation Privilege.......................28

    C. The Conduct Alleged is Not Sufficiently Outrageous to State a Claim for IIED. ...............................................................................29

IX. CONCLUSION ................................................................................30

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*Al-Bustani v. Alger*,
  No. C22-5238JLR, 2023 WL 3120747 (W.D. Wash. Apr. 27, 2023) ...............25

*Am. Ass'n of Naturopathic Physicians v. Hayhurst*,
  227 F.3d 1104 (9th Cir. 2000), *as amended on denial of reh'g* (Nov. 1, 2000) ...................................................................................................................11

*Ashcroft v. Iqbal*,
  556 U.S. 662 (2009) ........................................................................... 10, 11

*Bell Atl. Corp. v. Twombly*,
  550 U.S. 544 (2007) ........................................................................................ 10

*Bennett v. Jakubowski*,
  2023 WL 6519515 (E.D. Cal. Oct. 5, 2023) ......................................................13

*Berkic v. Crichton*,
  761 F.2d 1289 (9th Cir. 1985) .........................................................................20

*Blanchard v. DIRECTV, Inc.*,
  123 Cal. App. 4th 903 (2004) ...........................................................................28

*Cafasso, U.S. ex rel. v. Gen. Dynamics C4 Sys., Inc.*,
  637 F.3d 1047, 1059 (9th Cir. 2011) ............................................................9, 15

*Cantu v. Resolution Trust Corp.*,
  4 Cal. App. 4th 857 (1992) ..........................................................................27, 29

*Carlini v. Paramount Pictures Corp.*,
  2021 WL 911684 (C.D. Cal. Feb. 2, 2021) ......................................................16

*Cavalier v. Random House, Inc.*,
  297 F.3d 815 (9th Cir. 2002) ...........................................................................21

*Esplanade Prods., Inc. v. Walt Disney Co.*,
  2017 WL 5635024 (C.D. Cal. July 11, 2017) ...................................................18

*Evans v. McCoy-Harris*,
  2019 WL 1002512 (C.D. Cal. Jan. 4, 2019)......................................................19

Mitchell Silberberg & Knupp LLP

5

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 13**

# TABLE OF AUTHORITIES
(continued)

**Page(s)**

*Fillmore v. Blumhouse Prods.*,
  LLC, 2017 WL 4708018 (C.D. Cal. Jul. 7, 2017)............................................16

*Funky Films, Inc. v. Time Warner Ent. Co., L.P.*,
  462 F.3d 1072 (9th Cir. 2006) ........................................................................19

*Kodadek v. MTV Networks, Inc.*,
  152 F.3d 1209 (9th Cir. 1998) ........................................................................26

*Kouf v. Walt Disney Pictures & Television*,
  16 F.3d 1042 (9th Cir. 1994) ..........................................................................20

*Litchfield v. Spielberg*,
  736 F.2d 1352 (9th Cir. 1984) ........................................................................21

*Lois v. Levin*,
  2022 WL 4351968 (C.D. Cal. Sept. 16, 2022) ................................................17

*Loomis v. Cornish*,
  836 F.3d 991 (9th Cir. 2016) ....................................................................16, 17

*Luvdarts, LLC v. AT&T Mobility, LLC*,
  710 F.3d 1068 (9th Cir. 2013) ........................................................................25

*Mackintosh v. Lyft, Inc.*,
  2019 WL 5682826, at *5 (E.D. Cal. Nov. 1, 2019), *report and
  recommendation adopted*, 2019 WL 6528953 (E.D. Cal. Dec. 4, 2019)...........13

*McHenry v. Renne*,
  84 F.3d 1172 (9th Cir. 1996) ..........................................................................13

*Meta-Film Assocs., Inc. v. MCA, Inc.*,
  586 F. Supp. 1346 (C.D. Cal. 1984)................................................................17

*Moncada v. W. Coast Quartz Corp.*,
  221 Cal. App. 4th 768 (2013)..........................................................................29

*Navarro v. Block*,
  250 F.3d 729 (9th Cir. 2001) ..........................................................................10

Mitchell
Silberberg &
Knupp LLP

6

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

## TABLE OF AUTHORITIES
(continued)

**Page(s)**

*Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*,
494 F.3d 788 (9th Cir. 2007)........................................................................25

*Plotnik v. Meihaus*,
208 Cal. App. 4th 1590 (2012)....................................................................29

*Rentmeester v. Nike, Inc.*,
883 F.3d 1111 (9th Cir. 2018)....................................................................15

*Royal 4 Sys., Inc. v. RLI Ins. Co.*,
No. CV 22-05732-RSWL-RAO, 2022 WL 19263327 (C.D. Cal. Dec. 9,
2022).............................................................................................................27

*Rusheen v. Cohen*,
37 Cal. 4th 1048 (2006)..............................................................................28

*Schkeiban v. Cameron*,
2012 WL 12895722 (C.D. Cal. May 10, 2012)...........................................16

*Segal v. Segel*,
2022 WL 198699 (S.D. Cal. Jan. 21, 2022) ...............................................18

*Silberg v. Anderson*,
50 Cal. 3d 205 (1990).................................................................................28

*Skidmore as Tr. for Randy Craig Wolfe Tr. v. Led Zeppelin*,
952 F.3d 1051 (9th Cir. 2020)..............................................................15, 16

*Soliman v. CVS RX Servs., Inc.*,
570 F. App'x 710 (9th Cir. 2014)...............................................................27

*Somers v. Apple, Inc.*,
729 F.3d 953 (9th Cir. 2013) ......................................................................11

*Three Boys Music Corp. v. Bolton*,
212 F.3d 477 (9th Cir. 2000) ......................................................................16

*United States v. Ritchie*,
342 F.3d 903 (9th Cir. 2003) ......................................................................27

Mitchell
Silberg &
Knupp LLP

7

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 15**

# TABLE OF AUTHORITIES
(continued)

**Page(s)**

*Washington v. ViacomCBS, Inc.*,
    2020 WL 5823568 (C.D. Cal. Aug. 20, 2020) .................................................. 16

*Woodland v. Hill*,
    2022 WL 19250191 (C.D. Cal. Dec. 8, 2022).................................................. 17

*Zella v. E.W. Scripps Co.*,
    529 F. Supp. 2d 1124 (C.D. Cal. 2007).......................................................... 18

### STATUTES

17 U.S.C.
    § 102 ...................................................................................................................26
    § 102(a)(1) ..........................................................................................................26
    § 103 ...................................................................................................................26
    § 301(a)...............................................................................................................26

Cal. Civ. Code
    § 47(b) .................................................................................................................28

Cal. Civ. Proc. Code
    § 335.1 ................................................................................................................27

### OTHER AUTHORITIES

Fed. R. Civ. P.
    8 .......................................................................................................9, 12, 13, 15
    12(b)(6) ........................................................................................................10, 11
    12(e).........................................................................................................................11

Mitchell
Silberberg &
Knupp LLP

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION

This is a frivolous copyright case brought by a *pro se* plaintiff who has now filed three pleadings, each of which has failed to state a plausible claim for relief. Dkts. 1, 11, and 58.  The subject of this motion is a sprawling 1,220-page Second Amended Complaint ("SAC") that unmistakably confirms that Plaintiff Marc Wolstenholme ("Wolstenholme") has no viable claims.  Dkt. 58.  The SAC is unintelligible and grossly violates Rule 8's requirement that pleadings contain "a short and plain statement" of the claim.  It should be dismissed as an unfair drain on the resources of both this Court and Defendant Riot Games, Inc. ("Riot"). *Cafasso, U.S. ex rel. v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) ("Rule 8(a) has 'been held to be violated by a pleading that was needlessly long, or a complaint that was highly repetitious, or confused, or consisted of incomprehensible rambling.'").

The SAC is not only defective in form, but also fails on the merits. Wolstenholme purports to assert four claims: direct copyright infringement, vicarious copyright infringement, unfair competition, and intentional infliction of emotional distress.  The latter two are quickly disposed of—his unfair competition claim is preempted by the Copyright Act; his IIED claim is barred by the statute of limitations, the litigation privilege, and otherwise fails to state a claim.

As to the copyright claims, Wolstenholme's SAC can broadly be divided into two unequal portions: The first 11 pages before the Prayer for Relief (what would traditionally be "the complaint") are conclusory and vague and fail to satisfy basic pleading standards under *Iqbal/Twombly*.  The remaining 1,209 pages are impossible to follow and further confirm that Wolstenholme cannot plausibly allege access or substantial similarity of protected expression and therefore *cannot* state a claim.

MOTION TO DISMISS SECOND AMENDED COMPLAINT

Mitchell Silberberg & Knupp LLP

20629327.2

First, Wolstenholme fails to plausibly allege that anyone involved in the creative development of *Arcane*—Riot's Emmy-award winning animated television series[1] at issue in this case—ever had access to his manuscript. His allegations fall far short of the "reasonable possibility" standard required to establish access. Nor can he allege any widespread dissemination of his manuscript sufficient to raise an inference of access.

Second, his allegations of substantial similarity rely exclusively on unprotectable ideas, generic themes, and random and scattered comparisons that are neither similar nor protectable, as well as innumerable irrelevancies and otherwise facially implausible theories.

Wolstenholme cannot state any cognizable claim for relief and his SAC should therefore be dismissed with prejudice.

## II.    LEGAL STANDARD

Federal Rule of Civil Procedure ("FRCP") 8 requires a plaintiff to provide "fair notice of what the claim is and the grounds on which it rests," along with a "short and plain statement" of the claims for relief. *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 545 (2007) (quotation and alteration omitted). Although a plaintiff need not provide "detailed factual allegations," he must provide "more than an unadorned, the defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009) (internal quotation marks omitted). "[A] plaintiff's obligation to provide the grounds of his entitlement to relief requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Twombly,* 550 U.S. at 555.

A motion to dismiss under FRCP 12(b)(6) "tests the legal sufficiency of a claim." *Navarro v. Block,* 250 F.3d 729, 732 (9th Cir. 2001). Dismissal under FRCP 12(b)(6) "is proper when the complaint either (1) lacks a cognizable legal

---

[1] *Arcane* is based on Riot's popular videogame *League of Legends*, which has been one of the most played videogames in the world since its release in 2009.

theory or (2) fails to allege sufficient facts to support a cognizable legal theory." *Somers v. Apple, Inc.*, 729 F.3d 953, 959 (9th Cir. 2013). To survive dismissal, "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Iqbal*, 556 U.S. at 678.

While pleadings filed by *pro se* litigants are often interpreted liberally, "a *pro se* litigant is not excused from knowing the most basic pleading requirements." *Am. Ass'n of Naturopathic Physicians v. Hayhurst*, 227 F.3d 1104, 1107–08 (9th Cir. 2000), *as amended on denial of reh'g* (Nov. 1, 2000).

## III.    PROCEDURAL BACKGROUND

On October 31, 2024, Wolstenholme filed a complaint for copyright infringement, unfair competition, and intentional infliction of emotional distress in the Superior Court for the County of Los Angeles. Dkt. 1, Exh. A. Because federal courts have exclusive jurisdiction over copyright cases, Riot removed this action on January 3, 2025. Dkt. 1. The initial complaint consisted of a state-court form document, akin to a Civil Cover Sheet, with no narrative statement of Wolstenholme's claims. Dkt. 1, Exh. A. Riot informed Wolstenholme of this defect, and when he failed to file an amended complaint, Riot filed a motion to dismiss under FRCP 12(b)(6) or, in the alternative, for a more definite statement under FRCP 12(e). Dkt. 7. In response, Wolstenholme filed a First Amended Complaint ("FAC") on January 13, 2025. Dkt. 11.

The FAC did not plausibly allege any claims for relief, so Riot filed a motion to dismiss. Dkt. 19. As to its two copyright claims, the FAC failed to plausibly allege (i) that Wolstenholme had a registered copyright or was otherwise excepted from the registration requirement, (ii) that Riot had access to Wolstenholme's purported work(s), or (iii) that Riot unlawfully appropriated any protected expression in Wolstenholme's purported work(s). As to its unfair competition claim, that claim was preempted by the Copyright Act. As to its claim

Mitchell
Silberberg &
Knupp LLP

11

20629327.2

**SER 19**

for intentional infliction of emotional distress, the claim was time-barred and barred by the litigation privilege, and the alleged conduct was not sufficiently extreme and outrageous to state the claim as a matter of law.

Rather than oppose, Wolstenholme filed a motion for leave to file a Second Amended Complaint (Dkt. 28) which the Court granted, noting the "extreme liberality" with which the Ninth Circuit permits amendments.  Dkt. 52. Wolstenholme filed the operative SAC on February 23, 2025.  Dkt. 58.  That SAC does not correct any of the defects identified in the FAC, necessitating the instant motion.

## IV.    THE SAC FAILS TO COMPLY WITH FED R. CIV. PRO. 8.

FRCP 8(a) requires that an initial pleading contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Wolstenholme's 1,220-page SAC does not come close to meeting that standard. The SAC's sprawling, rambling and conspiratorial allegations render the pleading unintelligible.

Wolstenholme alleges in general terms that his unpublished manuscript "Bloodborg: The Harvest" ("Bloodborg") was infringed by Riot in connection with Riot's popular animated television series *Arcane*.  In the preamble to the SAC, Wolstenholme summarizes his claims as follows:

> Defendant's animated show and promotional materials derive narrative elements, themes, scenes, chapter / episode titles, aesthetics, trauma writing, central premise, macro and micro details, actual writing converted to visual mediums, expert skill depictions, distinct color usage, deeply nuanced motifs and allegories, symbolism, character arcs, character personalities and backstories, and more, from Plaintiff's copyrighted work.
>
> . . .
>
> This alleged misuse and monetization of Plaintiff's trauma and deep psychological exploration along with

> three years of bad faith negotiations and prolonged litigations, and malicious communications, discrimination, intimidation and harassment via email and other forms, alleged to have been sent by Riot employees, Fortiche Production employees and the wider toxic cultural climate they foster, is alleged to have caused, and continues to cause further emotional-psychological harm and suffering and financial burden on the Plaintiff.

Dkt. 58 at p.3.

What follows is hundreds of pages of rambling discussions of supposed "comparisons" between Bloodborg and *Arcane*, in which it is almost impossible to understand what is being compared and for what purpose, along with references to potential future claims, medical disclosures, theories of psychological injury, and long passages of irrelevant or unintelligible text.  It is impossible to summarize the full scope of what is included, let alone to discern the precise legal and factual claims Riot is expected to answer.

Courts in the Ninth Circuit routinely dismiss complaints that violate Rule 8. *See Bennett v. Jakubowski*, 2023 WL 6519515, at *2 (E.D. Cal. Oct. 5, 2023) (dismissing 75-page complaint); *Mackintosh v. Lyft, Inc.*, 2019 WL 5682826, at *5 (E.D. Cal. Nov. 1, 2019), *report and recommendation adopted*, 2019 WL 6528953 (E.D. Cal. Dec. 4, 2019) (dismissing complaint in excess of 700 pages).  As explained in *McHenry v. Renne*, 84 F.3d 1172, 1179 (9th Cir. 1996): "Prolix, confusing complaints such as the ones plaintiffs filed in this case impose unfair burdens on litigants and judges." *Id.*  As a consequence of the lengthy and convoluted pleading style Wolstenholme has employed, both the Court and Riot are unable to use the SAC to frame the issues in dispute and are forced to expend significant time and resources to guess at exactly what Wolstenholme alleges.

**SER 21**

For example, the SAC alludes to additional material that Wolstenholme intends to add at some later date—it is impossible to know how much of this Wolstenholme believes is already part of this case, and how much of it he intends to try to assert later.  Wolstenholme includes a section on "Potential Additional Claims," which include claims ranging from fraudulent misrepresentation and inducement to disability discrimination and retaliation to an "[a]ssortment of other civil and criminal claims around the globe, predominantly in the UK and Europe, including claims against Fortiche, claims of violations under The European Convention on Human Rights (ECHR) and criminal proceedings."  Dkt. 58 at p. 12.  It is impossible to know what is meant by any of these, or how they could possibly apply to Riot.

The SAC also includes many pages of legal argument, making it impossible to know what is intended to be a factual allegation and what is not.  *E.g.*, Dkt. 58 at pp. 233–235, 270–283 (section entitled "Complaint Argument," which cites legal theories including breach of implied contract / idea submission, violation of the U.K. "passing off law," wire fraud, and conspiracy to defraud under the U.K. Fraud Act, among many others), 381–383, 404–407 ("This is more than a case of intellectual property infringement, it is a multi-layered legal violation encompassing fraud, misappropriation, defamation, and discrimination."), 456–457, 1022–1030.

The SAC includes an immense amount of obviously irrelevant material, which even Wolstenholme at times acknowledges.  For example, in a section describing a scene in *Arcane* where characters are engaged in "fighting practice," Wolstenholme notes: "This is just to show the depth of the deceptive tactics; I will not be relying on it in court."  Dkt. 58 at p. 214.  Wolstenholme includes purported excerpts from his own medical records (pp. 247–49), and lengthy discussions of the link between post-traumatic stress disorder and insomnia (pp. 252–254) and

Mitchell
Silberberg &
Knupp LLP

14

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 22**

alleges that these "deeply personal experiences, intricately woven into Bloodborg, were allegedly lifted and repurposed in *Arcane* without proper attribution" (p. 251). Wolstenholme "divulge[s] narrative secrets to the court" by referencing material that appears on his "webpage," but not (apparently) in his manuscript. *E.g.*, *id.* at p. 347. The SAC appears to contain nearly 400 pages of public statements about the development of *Arcane*, none of which have any ostensible connection to Wolstenholme's claims. *Id.* at pp. 601–961. While there are too many incomprehensible portions to list, the string of images and graphics at pages 974–994 are particularly indecipherable.

All told, this 1,220 page SAC is not capable of functioning as an operative pleading. A complaint must set out the claims with some reasonable clarity so that the Court and the parties can understand what issues are in dispute and what the scope of discovery will be. Wolstenholme's meandering and conspiratorial musings do not satisfy that requirement. *Cafasso,* 637 F.3d at 1059 (9th Cir. 2011) ("Rule 8(a) has 'been held to be violated by a pleading that was needlessly long, or a complaint that was highly repetitious, or confused, or consisted of incomprehensible rambling.' . . . Our district courts are busy enough without having to penetrate a tome approaching the magnitude of *War and Peace* to discern a plaintiff's claims and allegations."). Accordingly, Riot respectfully requests that the case be dismissed. Moreover, given that this is Wolstenholme's third attempt to state a claim, and given the other insurmountable deficiencies in his allegations described below, Riot requests that it be dismissed with prejudice.

## V.   THE SAC FAILS TO STATE A CLAIM FOR DIRECT COPYRIGHT INFRINGEMENT.

"To state a claim for copyright infringement, [Wolstenholme] must plausibly allege two things: (1) that [he] owns a valid copyright in [the works], and (2) that [Defendants] copied protected aspects of [Wolstenholme's works]." *Rentmeester*

**SER 23**

*v. Nike, Inc.*, 883 F.3d 1111, 1116–17 (9th Cir. 2018) (citations omitted). The second prong has two distinct components: "copying" and "unlawful appropriation." *Skidmore as Tr. for Randy Craig Wolfe Tr. v. Led Zeppelin*, 952 F.3d 1051, 1064 (9th Cir. 2020). "In the absence of direct evidence of copying, . . . the plaintiff can attempt to prove it circumstantially by showing that the defendant had access to the plaintiff's work and that the two works share similarities probative of copying." *Id.* (internal quotations and citation omitted). To prove unlawful appropriation, the Ninth Circuit uses a two-part test consisting of a subjective intrinsic test and an objective extrinsic test to determine whether the defendant's work is substantially similar to the plaintiff's copyrighted work. *Id.* "Both tests must be satisfied for the works to be deemed substantially similar." *Id.*

A.    Wolstenholme Fails to Plausibly Allege Access.

In order to properly plead access in a copyright case, a plaintiff must sufficiently allege "a reasonable possibility, not merely a bare possibility, that an alleged infringer had the chance to view the protected work." *Loomis v. Cornish*, 836 F.3d 991, 995 (9th Cir. 2016) (internal quotation marks and citation omitted). Access "may not be inferred through mere speculation or conjecture." *Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 482 (9th Cir. 2000). Courts within the Central District routinely dismiss copyright infringement cases at the pleading stage where a plaintiff's access allegations are merely speculative. *See Washington v. ViacomCBS, Inc.*, 2020 WL 5823568, at *3 (C.D. Cal. Aug. 20, 2020); *Carlini v. Paramount Pictures Corp.*, 2021 WL 911684, at *7 (C.D. Cal. Feb. 2, 2021); *Fillmore v. Blumhouse Prods., LLC*, 2017 WL 4708018, at *4 (C.D. Cal. Jul. 7, 2017); *Schkeiban v. Cameron*, 2012 WL 12895722, at *1–*2 (C.D. Cal. May 10, 2012).

Wolstenholme's allegations of "access" in the SAC are wholly insufficient. Wolstenholme alleges that he submitted his manuscript to various "Literary, Film and Gaming talent agencies," and that he engaged in "wide dissemination via email." Dkt. 58, p. 29. He elaborates on these mechanisms in what he calls "Exhibit B – Chronology of Wide Dissemination and Access of Bloodborg: The Harvest," contained at pages 46 through 89 of his SAC. He states that he "[s]ubmitted Bloodborg to Riot via their online portal for submissions" on April 15, 2020. Dkt. 58, p. 48. Wolstenholme does not elaborate on what this "online portal" supposedly was, and includes no evidence of such a submission. Even if one were to credit this allegation, Wolstenholme is required to show a nexus between "the individual who possesses knowledge of a plaintiff's work and the creator of the allegedly infringing work." *Meta-Film Assocs., Inc. v. MCA, Inc.,* *586 F. Supp. 1346, 1356–59 (C.D. Cal. 1984)*. Notably, "[b]are corporate receipt . . . without any allegation of a nexus between the recipients and the alleged infringers, is insufficient to raise a triable issue of access." *Loomis*, 836 F.3d at 995–96 (a plaintiff "cannot create a triable issue of access merely by showing 'bare corporate receipt' of her work by an individual who shares a common employer with the alleged copier"). Wolstenholme's conclusory statement that he submitted Bloodborg through an unidentified "online portal," without any specific nexus to the creators of *Arcane*, cannot sustain a claim for copyright infringement.

Beyond that allegation, Wolstenholme includes a 10-page list of emails he purportedly sent to various agents, publishers, and other unidentified individuals. Dkt. 58, pp. 48–58. Wolstenholme does not allege any nexus between Riot and any of these alleged recipients.

To the extent Wolstenholme intends this emailing campaign to be evidence of "widespread dissemination," he misapprehends the law. Widespread dissemination as a mechanism for satisfying the access requirement "centers on the

Mitchell Silberberg & Knupp LLP

17

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 25**

degree of a work's commercial success and on its distribution through radio, television, and other relevant mediums." *Loomis*, 836 F.3d at 997. "Although the Ninth Circuit has not identified a specific threshold for the level of public engagement with a work that constitutes 'wide dissemination,' its precedent indicates that a work's degree of commercial success or notoriety must be substantial." *Woodland v. Hill*, 2022 WL 19250191, at *3 (C.D. Cal. Dec. 8, 2022). Importantly, "the mere availability of a work online is insufficient to establish widespread dissemination." *Lois v. Levin*, 2022 WL 4351968, at *3 (C.D. Cal. Sept. 16, 2022). "Put differently, that a work has the capacity to reach anyone with an internet connection by virtue of its presence on the worldwide web renders it merely possible, not reasonably possible, that the alleged infringer viewed that work." *Segal v. Segel*, 2022 WL 198699, at *9 (S.D. Cal. Jan. 21, 2022). Wolstenholme's alleged email submissions to various third-party literary agents cannot establish access as a matter of law.

Because Wolstenholme has no plausible allegation that anyone at Riot involved in the creative development of *Arcane* ever had access to his work,[2] he cannot state a claim for copyright infringement as a matter of law.

B.    Wolstenholme Fails to Plausibly Allege Copying of Protected Expression.

Wolstenholme's claim for copyright infringement is also defective because he fails to adequately allege that "the works at issue are substantially similar in their protected elements." *Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1132–1133 (C.D. Cal. 2007) (citing *Cavalier v. Random House, Inc.*, 297 F.3d 815, 822 (9th Cir. 2002)).

---

[2] Should this case proceed past the pleading stage, Riot will be able to easily prove that no one involved in creating *Arcane* ever saw or considered Wolstenholme's manuscript. Indeed, based on the description and excerpts of his manuscript in the SAC, it is implausible that anyone would *want* to copy Wolstenholme's manuscript.

MOTION TO DISMISS SECOND AMENDED COMPLAINT

Mitchell Silberberg & Knupp LLP

20629327.2

Wolstenholme has not attached a copy of his manuscript to the SAC. Instead, in the first part of his SAC before the Prayer for Relief (i.e., the first 11 pages), he offers only conclusory statements "that characters, plotlines, thematic elements, and narrative structure in ARCANE mirror those found in 'Bloodborg: The Harvest'" and that "the official music video 'Blood Sweat & Tears' by Riot Games, featuring Sheryl Lee Ralph, derives directly from elements of 'Bloodborg: The Harvest.'"  Dkt. 58 at pp. 5–6, ¶¶ 4–5.  These conclusory statements do not suffice to state a claim for copyright infringement.  *See Esplanade Prods., Inc. v. Walt Disney Co.*, 2017 WL 5635024, at *5 (C.D. Cal. July 11, 2017) (dismissing complaint where plaintiff did not attach the allegedly infringed work, ruling that "the Complaint is filled with conclusory allegations that are not factually specific enough to support Esplanade's claims"); *Evans v. McCoy-Harris*, 2019 WL 1002512, at *3 (C.D. Cal. Jan. 4, 2019) (dismissing complaint where plaintiff did not attach allegedly infringed screenplay and did not allege the protectable elements of the infringed works).

Past those initial 11 pages, Wolstenholme includes hundreds of pages of meandering discussions analyzing his manuscript (Bloodborg) and Riot's television series (*Arcane*).  These discursions confirm that Wolstenholme does not understand what United States copyright law protects and is unable to state a claim as a matter of law.

First and foremost, Wolstenholme does not include any clear articulation of what, exactly, Bloodborg is about and how it supposedly compares to *Arcane*.  He does not identify the "articulable similarities between the plot, themes, dialogue, mood, setting, pace, characters, and sequence of events" in the two works, as the extrinsic test in the Ninth Circuit requires.  *Funky Films, Inc. v. Time Warner Ent. Co., L.P.*, 462 F.3d 1072, 1077 (9th Cir. 2006), *overruled on other grounds by*

Mitchell
Silberberg &
Knupp LLP

19

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 27**

*Skidmore as Tr. for Randy Craig Wolfe Tr. v. Led Zeppelin*, 952 F.3d 1051 (9th Cir. 2020).

Instead, he alternates between hyper-granular lists of "similarities" that are unprotectable (e.g., two characters have a red hood, Dkt. 58, p. 137) or overgeneralizations at such a high level of abstraction as to be irrelevant (both works "feature protagonists who are struggling with internal conflicts and past trauma," p. 21). He describes how he has catalogued "over 100 instances of direct infringements," highlighting "character dynamics and origin stories," "themes and narrative frameworks" in *Arcane* that "mirror" those in his work, "psychological and emotional states identical to those described in my manuscript," as well as copying of "proprietary trauma-based storytelling elements." Dkt. 58, p. 997. By framing the comparisons this way, Wolstenholme obfuscates the fact that the two works have nothing protectable in common whatsoever.

For instance, Wolstenholme finds similarities in characters based on the fact that "[b]oth characters are shaped by their relationships, particularly the loss of their families, guilt and betrayal, and the weight of protecting those who remain. . . . Trauma is central to both dynamics." Dkt. 58, pp. 1002, 1004 (both characters share "similarities in their trauma, resilience, loyalty, and fight against oppressive forces," but Bloodborg's character has "layers of identity and technological intrigue that make her distinct" from *Arcane*'s character). But such "[g]eneral plot ideas," like "the fact that both works involve a life struggle of kids fighting insurmountable dangers, . . . are not protected by copyright law." *Kouf v. Walt Disney Pictures & Television*, 16 F.3d 1042, 1045 (9th Cir. 1994).

Under the most charitable reading of Wolstenholme's SAC, he appears to argue that both works involve "[t]he exploration of the blending of humans and machines (cyborgs, advanced technology) with blood engineering to make Bloodborgs," in a "dystopian smog-filled setting marked by stark class divides," in

Mitchell Silberberg & Knupp LLP

20

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 28**

which characters "struggl[e] with personal trauma" and engage in "rebellion and resistance." Dkt. 58, p. 24. Even if that were true of both works, this sort of similarity in a story "[a]t a very high level of generality," cannot support a claim of infringement. *Berkic v. Crichton*, 761 F.2d 1289, 1293 (9th Cir. 1985). "General plot ideas are not protected by copyright law; they remain forever the common property of artistic mankind." *Id.* (finding two works not substantially similar even though they both involved "criminal organizations that murder healthy young people, then remove and sell their vital organs to wealthy people in need of organ transplants"). This is all the more true when the level of generality includes supposedly similar themes like: "War is bad"—a direct quotation from the SAC. Dkt. 58, p. 226.

Wolstenholme also repeatedly highlights *dissimilarities* between the works that undermine any of the comparisons he seeks to draw. Throughout his SAC, he references a "clear pattern of repurposing from Bloodborg, where the original material has been fragmented, reworded, and layered into *Arcane*'s script, creating an illusion of originality while retaining the same core meaning and character dynamics." Dkt. 58, p. 287. Wolstenholme is, at most, alleging copying of unprotectable ideas resulting in dissimilar expressive output. That is not actionable copying. *Cavalier*, 297 F.3d at 823 ("Copyright law only protects expression of ideas, not the ideas themselves.").

Beyond these stock concepts and highly generalized themes, Wolstenholme focuses on the quintessential "random similarities scattered throughout the works" that the Ninth Circuit has held are insufficient to sustain a claim of infringement. *Litchfield v. Spielberg*, 736 F.2d 1352, 1356 (9th Cir. 1984). Nearly every page of the SAC is replete with these comparisons of minutiae—and even if they *could* state a claim, the specific similarities are all facially non-protectable, non-original, and not even similar in the first place. There are far too many to list given the

Mitchell Silberberg & Knupp LLP

21

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 29**

length of the SAC, but the following examples sufficiently demonstrate how far off the mark Wolstenholme's comparisons are:

- Episode 3 of *Arcane* is titled "The Base Violence Necessary for Change" and Bloodborg has dialogue that states "killing is necessary."  Dkt. 58 at pp. 239–242.

- In *Arcane* "we see Silco's Goons making weapons, preparing for war," and in "Bloodborg, war or battle perpetrations [sic] are also taking place."  *Id.* at p. 306.

- In *Arcane*, a character says "I'm on it" and in Bloodborg, a character says "I'm on it like boom sonic."  *Id.* at pp. 343–344 (Per the SAC: "Key Difference: *Arcane* keeps it short and military-like, while Bloodborg adds slang and energy with 'like boom sonic.'").

- Wolstenholme highlights *Arcane*'s "trauma narrative," including the fact that *Arcane* shows traumatic flashbacks, which he contends were inspired by his own personal trauma.  *See, e.g.*, *id.* at pp. 479–481 ("If Bloodborg's trauma writing techniques are shown, in court, to be unique to the Plaintiff's experiences and creative process, then *Arcane* has crossed a legal and ethical boundary, one that will need to be scrutinized in criminal courts.").

- Wolstenholme claims that an *Arcane* character's "eye" was "inspired by the Eye of Sauron (Mordor) from The Lord of the Rings" (not Bloodborg), which he claims "shows a propensity to borrow and swipe stuff."  *Id.* at pp. 516–517.

- Both works purportedly include "items hanging from wires" in completely different contexts.  The discussion of this non-similarity spans more than ten pages.  *Id.* at pp. 533–545.

- Wolstenholme compares graffiti-art of a smiling monkey face in *Arcane* with graffiti in Bloodborg showing "an army of blue gorillas wearing gas masks and armed with broomsticks."  *Id.* at pp. 559–568.

- Bloodborg has a character who is "a complex father figure" while *Arcane* has a "repeated loss of father figures."  *Id.* at p. 972.

Wolstenholme frequently includes comparison charts that, on their face, show a lack of similarity in whatever he intends to compare.

| ELEMENT | ARCANE – SILCO & ZAUN | BLOODBORG – COWBOY MOMAHAN & NEW KOWLOON |
|---|---|---|
| GOAL | Create an independent nation of Zaun | Become the first King of New Kowloon |
| METHOD | Political manipulation, military control, drug trade | Violence, gang unification, blood harvesting |
| LEADER'S VISION | Freedom from Piltover's rule, self-governance | Dictatorship over all rival factions |
| MEANS OF CONTROL | Shimmer (mutant drug), alliances, ideological loyalty | Blood-based drugs, forced recruitment, warfare |

| ELEMENT | ARCANE – VI & POWDER | BLOODBORG – ROOK & MATTEO/MAC |
|---|---|---|
| OLDER SIBLING ROLE | Vi protects Powder, sees her as too weak for combat | Rook protects her brothers, refusing to let them join her |
| KEY PHRASE | "You're not ready." | "You wouldn't keep up." |
| REASON FOR FLARE | Vi gives Powder a flare to protect her and promise to return | Rook is given flares to avoid signal tracking and for emergencies |
| SYMBOLISM OF THE FLARE | Represents a sisterly bond and a promise | Represents tactical survival and reconnection if needed |
| EVENTUAL USE OF FLARE | Powder/Jinx later lights it up to call Vi | No mention of Rook using the flare in this excerpt |

| ELEMENT | ARCANE – BENZO & SILCO | BLOODBORG – BILL REWAN & CHRIS |
|---|---|---|
| ROLE IN STORY | Shopkeeper, supplier, third brother-in-arms | Military Quartermaster (QM), logistics officer, key veteran figure |
| CONNECTION TO THE BETRAYAL | Vander betrays Silco, leaving him for dead | Dillon James unknowingly injures Chris & Bill in "The Rupture" |
| PHYSICAL INJURY | Silco's eye is damaged, forcing him to inject a serum | Bill's eye dangles from its socket, leading to his reliance on bionic acid |
| AFTERMATH OF BETRAYAL | Silco becomes Zaun's dictator, addicted to injections | Bill is broken but remains a supplier and veteran, Cowboy takes this role. |

*See* Dkt. 58, pp. 323, 335, and 341.

Wolstenholme also alleges that there are hidden references in *Arcane* to him personally.  While these allegations would not have any bearing on a substantial similarity inquiry, they are indicative of the troubling delusion that permeates the

Mitchell Silberberg & Knupp LLP

23

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 31**

SAC.  Wolstenholme shows images from *Arcane* that he thinks embed his initials, "M.W.", as a sort of "hidden message"—in actuality, those initials do not appear anywhere.  *See* Dkt. 58, pp. 386–402 (explaining that he believes his initials have been embedded in the program "to mock" him); *see also* pp. 488–489, 532.[3]






**Exhibit F-Trauma Gaslighting**



Look at all the M.Ws in these single frames.

Trauma Gaslighting

Arcane season 1, episode 9- in the grand finale of the season, the creators paid homage to the source material of Bloodborg by hiding my initials in the show. My writing alias is M.W. Wolf. The shows climax flashes M. W on the screen over and over to pay homage to me. The creators at Riot are not new to this kind of hidden messages and Easter Eggs or Visual cryptography in their work. Check out the link below.
www.thegamer.com/riot-games-valorant-anti-cheat-secret-message/
Now check out the M. W's throughout Arcane'sfinal episode, sometimes reversing it. They also write other messages in this scene.

---

[3] Needless to say, this allegation is false.

Mitchell Silberberg & Knupp LLP

24

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

Even interpreting the allegations of the SAC liberally and accepting all well-pleaded facts as true, the reality is unmistakable: there is no similarity of protected expression whatsoever between Bloodborg and *Arcane*. Wolstenholme's account of the "similarities" between the works is focused entirely on unprotectable ideas, irrelevancies, and imagined or contrived similarities. This is a frivolous case, and Wolstenholme should not be permitted to continue to drain the resources of Riot and this Court.

## VI.    THE SAC FAILS TO STATE A CLAIM FOR VICARIOUS COPYRIGHT INFRINGEMENT.

Wolstenholme also alleges a cause of action for "vicarious copyright infringement." Dkt. 58, p. 7, ¶¶ 4–6. "To state a claim for vicarious copyright infringement, a plaintiff must allege that the defendant has (1) the right and ability to supervise the infringing conduct and (2) a direct financial interest in the infringing activity." *Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*, 494 F.3d 788, 802 (9th Cir. 2007). "A plaintiff must therefore plausibly plead the predicate claim for direct infringement in order to survive a motion to dismiss his vicarious infringement claim." *Al-Bustani v. Alger*, No. C22-5238JLR, 2023 WL 3120747, at *2 (W.D. Wash. Apr. 27, 2023) (citing *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 930 (2005)).

Wolstenholme has not alleged any predicate claim for direct infringement. As discussed above, Wolstenholme has not alleged any copying of protected expression and therefore cannot state a claim for direct infringement as to anyone. In addition, Wolstenholme does not even attempt to allege the specific elements of vicarious liability. The SAC alleges the legal conclusions that Riot "benefited financially from the unauthorized use of Plaintiff's copyright material through partnerships with Netflix, Fortiche Productions SAS, and others," but does not specify how. Dkt. 58, p. 7, ¶ 4. It then states that "Defendant had the ability to

Mitchell Silberberg & Knupp LLP

25

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 33**

control and supervise the infringing conduct but failed to prevent it," again without any factual allegations as to how. *Id.* ¶ 5. These bare legal conclusions cannot sustain a claim for vicarious copyright infringement. *See, e.g.*, *Luvdarts, LLC v. AT&T Mobility, LLC*, 710 F.3d 1068, 1072 (9th Cir. 2013). Like the direct infringement claim, this claim must be dismissed with prejudice.

## VII. THE SAC FAILS TO STATE A CLAIM FOR UNFAIR COMPETITION UNDER CAL. BUS. CODE § 17200.

Wolstenholme's state law claim for unfair competition is preempted by the Copyright Act and should similarly be dismissed with prejudice. "A state law cause of action is preempted by the Copyright Act if two elements are present. First, the rights that a plaintiff asserts under state law must be 'rights that are equivalent' to those protected by the Copyright Act. 17 U.S.C. § 301(a). Second, the work involved must fall within the 'subject matter'" of the Copyright Act as set forth in 17 U.S.C. §§ 102 and 103. *Kodadek v. MTV Networks, Inc.*, 152 F.3d 1209, 1212 (9th Cir. 1998).

Wolstenholme alleges that Riot engaged in "unlawful and unfair business practices by misappropriating Plaintiff's copyrighted material for commercial gain." Dkt. 58, p. 8 ¶ 7. Other than this single sentence, Wolstenholme does not allege any other conduct as the basis for his unfair competition claim under California law. Because Wolstenholme's "complaint expressly bases his unfair competition claim on rights granted by the Copyright Act," it satisfies the first prong of the preemption analysis. *Kodadek*, 152 F.3d at 1213. As to the second prong, Wolstenholme alleges infringement of a "literary work." Dkt. 58, p. 5, ¶ 1. Literary works fall within the scope of the Copyright Act. 17 U.S.C. § 102(a)(1). "Thus, both prongs of the preemption analysis are met, and [Wolstenholme's] unfair competition claim is preempted." *Kodadek*, 152 F.3d at 1213. Because this claim fails as a matter of law, it should be dismissed with prejudice.

Mitchell
Silberberg &
Knupp LLP

26

20629327.2

**SER 34**

## VIII. THE SAC FAILS TO STATE A CLAIM FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

Wolstenholme alleges that he suffered emotional distress when Riot's "legal representatives responded [to his initial demand in November 2021] with threats of extensive legal fees." Dkt. 58, p. 58 ¶ 10. His claim for intentional infliction of emotional distress ("IIED") fails for three independent reasons. First, it is barred by California's two-year statute of limitations because the alleged conduct occurred in 2021, but Plaintiff filed this suit in late 2024. Second, the claim is barred by California's litigation privilege because the conduct arises from pre-litigation correspondence in connection with contemplated litigation. Third, the conduct alleged—a routine legal communication—does not meet the high standard for "outrageous conduct" under California law. For these reasons, the IIED claim should be dismissed with prejudice.

### A. The IIED Claim is Barred by the Two-Year Statute of Limitations.

Under California law, claims for intentional infliction of emotional distress are subject to a two-year statute of limitations. *Cal. Civ. Proc. Code* § 335.1. The statute of limitations begins to run when the plaintiff suffers severe emotional distress as a result of the defendant's allegedly outrageous conduct. *Cantu v. Resolution Trust Corp.*, 4 Cal. App. 4th 857, 888 (1992); *Soliman v. CVS RX Servs., Inc.*, 570 F. App'x 710, 711–12 (9th Cir. 2014) (affirming dismissal of IIED claim as untimely).

Here, Wolstenholme alleges that Riot's "legal representatives threatened Plaintiff with excessive legal fees and dismissal of his claims." Dkt. 58, ¶ 10. While Wolstenholme does not attach the correspondence at issue to his SAC, he quotes it directly as forming the basis for his claim (*see* Dkt. 58 at pp. 1155–1163) and so the Court may consider it as incorporated by reference. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *see, e.g.*, *Royal 4 Sys., Inc. v. RLI Ins.*

Mitchell Silberberg & Knupp LLP

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

*Co.*, No. CV 22-05732-RSWL-RAO, 2022 WL 19263327, at *4 (C.D. Cal. Dec. 9, 2022) (incorporating by reference letters that were "referenced in the Complaint" and formed the basis for the plaintiff's claims).  The pre-litigation correspondence to which Wolstenholme refers was sent on November 28, 2021.  Geller Decl., ¶ 3, Exh. A.  Wolstenholme claims that this letter caused him severe emotional distress and exacerbated his PTSD.  Dkt. 58, ¶¶ 10–11.  However, Wolstenholme did not file this lawsuit until late 2024—nearly three years after the alleged conduct.  *See* Dkt. 11, Exh. A (original complaint filed in October 2024).  Because the statute of limitations expired in 2023, Wolstenholme's IIED claim is time-barred and must be dismissed with prejudice.

> B.    The IIED Claim is Barred by the Litigation Privilege.

The California litigation privilege provides an absolute bar to tort claims arising from communications made in connection with judicial proceedings.  Cal. Civ. Code § 47(b).  The privilege applies to communications "(1) made in judicial or quasi-judicial proceedings; (2) by litigants or other participants authorized by law; (3) to achieve the objects of the litigation; and (4) that have some connection or logical relation to the action."  *Silberg v. Anderson*, 50 Cal. 3d 205, 212 (1990).

The privilege applies broadly to pre-litigation communications, including correspondence made in anticipation of litigation.  *Blanchard v. DIRECTV, Inc.*, 123 Cal. App. 4th 903, 919 (2004) (privilege protects letters "threatening litigation and outlining legal positions").  Here, Wolstenholme challenges a letter sent by Riot's counsel that set forth Riot's legal position and warned of the potential legal consequences of pursuing frivolous claims.  Geller Decl., ¶ 3, Exh. A.  Because the letter was sent in anticipation of litigation, it is protected under the litigation privilege.  To the extent that Wolstenholme alleges that the conduct of Riot's counsel *during* this litigation has caused him emotional harm (*see, e.g.*, Dkt. 58, ¶ 13 (referring to "the endless threats to have the cases kicked out before any

Mitchell Silberberg & Knupp LLP

28

MOTION TO DISMISS SECOND AMENDED COMPLAINT

20629327.2

**SER 36**

hearing"), that conduct is protected by the litigation privilege as well. *Rusheen v. Cohen*, 37 Cal. 4th 1048, 1064 (2006) (litigation privilege protects filings made "during the course of judicial proceedings"). Wolstenholme's IIED claim, therefore, is barred as a matter of law and must be dismissed with prejudice.

        C.      The Conduct Alleged is Not Sufficiently Outrageous to State a Claim for IIED.

To state a claim for intentional infliction of emotional distress, Wolstenholme must allege: "(1) extreme and outrageous conduct by the defendant with the intention of causing, or reckless disregard of the probability of causing, emotional distress; (2) the plaintiff's suffering severe or extreme emotional distress; and (3) actual and proximate causation of the emotional distress by the defendant's outrageous conduct." *Plotnik v. Meihaus*, 208 Cal. App. 4th 1590, 1609 (2012). Conduct is considered "outrageous" only if it is "so extreme as to exceed all bounds of that usually tolerated in a civilized society." *Moncada v. W. Coast Quartz Corp.*, 221 Cal. App. 4th 768, 781 (2013). Actions taken in good faith to assert or defend legal rights are not actionable under California law. *Cantu v. Resolution Trust Corp.*, 4 Cal. App. 4th 857, 888 (1992).

Here, Wolstenholme's IIED claim is based on a pre-litigation letter from Riot's counsel that communicated Riot's legal position and warned Plaintiff of potential liability should he proceed with a frivolous claim. Such correspondence, even if it caused Wolstenholme distress, does not rise to the level of "outrageous conduct" as a matter of law. Courts have consistently held that even a "callous disregard" for a plaintiff's well-being does not meet this standard—and a letter factually stating the legal consequences of pursuing a frivolous claim does not even approach that level. *Moncada*, 221 Cal. App. 4th at 780. Because Wolstenholme has not alleged conduct that exceeds "all bounds of that usually tolerated in a civilized society," his IIED claim fails as a matter of law.

## IX.   CONCLUSION

For the foregoing reasons, Riot respectfully requests that the Court dismiss the SAC with prejudice.

DATED: April 4, 2025          MITCHELL SILBERBERG & KNUPP LLP

By:  _____
AARON J. MOSS (SBN 190625)
JOSHUA M. GELLER (SBN 295412)
HANNAH G. SHEPHERD (SBN 347611)
Attorneys for Defendant Riot Games, Inc.

### Certification Pursuant to Local Rule 11-6.2

The undersigned, counsel of record for Defendant Riot Games, Inc., certifies that this brief contains 6,101 words, which complies with the word limit of L.R. 11-6.2.

DATED:  April 4, 2025           */s/ Aaron J. Moss*
                              Aaron J. Moss

**SER 38**

AARON J. MOSS (SBN 190625)
Aaron.Moss@msk.com
JOSHUA M. GELLER (SBN 295412)
Josh.Geller@msk.com
HANNAH G. SHEPHERD (SBN 347611)
Hannah.Shepherd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>            Plaintiff,<br><br>        v.<br><br>RIOT GAMES, INC.,<br><br>            Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**DECLARTION OF JOSHUA M. GELLER IN SUPPORT OF DEFENDANT RIOT GAMES, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Notice of Motion and Motion to Dismiss Second Amended Complaint and [Proposed] Order filed concurrently herewith]<br><br>Date:       May 8, 2025<br>Time:       10:00 a.m.<br>Crtrm:      6D |

DECLARTION OF JOSHUA M. GELLER

**SER 39**

## DECLARATION OF JOSHUA M. GELLER

I, Joshua M. Geller, declare:

1.     I am an attorney at Mitchell Silberberg & Knupp LLP, attorneys of record for Defendant Riot Games, Inc. ("Riot").  I submit this declaration in support of Riot's Motion to Dismiss Second Amended Complaint (the "Motion"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify to these facts under oath.

2.     On March 26, 2025, I corresponded via email with Plaintiff Marc Wolstenholme ("Wolstenholme") who is representing himself *pro se* about the substance of the Motion. In my email, I explained the legal basis for the instant motion and offered to meet and confer further telephonically.  Mr. Wolstenholme refused to meet and confer further.

3.     In his Second Amended Complaint, Mr. Wolstenholme references an exchange of correspondence in November 2021.  He states that he notified Riot of the alleged infringement in November 2021, and that Riot's "legal representatives responded with threats of extensive legal fees."  I understand Mr. Wolstenholme to be referencing a letter sent by my colleague, Aaron J. Moss, who is also counsel of record in this case, to Mr. Wolstenholme, on which I was copied, dated November 28, 2021. A true and correct copy of that letter from Mr. Moss to Mr. Wolstenholme is attached as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2025 at Los Angeles, California.

_____
Joshua M. Geller

Mitchell
Silberberg &
Knupp LLP

20630324.1

2

**SER 40**

# Exhibit A



**Aaron J. Moss**

D: 310.785.6814
F: 310.201.2314
AMoss@ggfirm.com
File Number: 74677-00001

November 28, 2021

**Via E-Mail**

Marc Wolstenholme
Inkberrow, Worcestershire, WR7 4EF,
England
Marc.wolstenholme@yahoo.co.uk

  Re:  *Cease and Desist*

Dear Mr. Wolstenholme:

  This law firm represents Riot Games, Inc. ("Riot"). I am writing in response to the various allegations you have made concerning the television series *Arcane*, including as set forth in your various letters to Riot representatives dated November 26, 27 and 28, 2021. As explained in detail below, your claim that Riot infringed the copyright in your unpublished manuscript entitled "Bloodborg: the Harvest" (the "Manuscript") is both legally and factually baseless.

  Your emails appear to suggest that you hired a literary agent whom, without your permission, gave or sold the Manuscript to Riot. This is simply false. Riot did not purchase or acquire your Manuscript to create *Arcane*. Rather, the program was developed in-house by Riot and its employees over a period of many years. The show is not based on any acquired property; to the contrary, and as you know, the show is based on underlying Riot IP from *League of Legends*, and much of the characters, settings, plots and other copyrightable elements of Riot's property were first created more than a decade ago.

  To be clear, neither Riot nor the individuals who helped create *Arcane* ever received a copy of your Manuscript. Nor does your work appear to be publicly available. If you would like to send a copy of your Manuscript to my attention, you are certainly welcome to do so—but please understand that there is absolutely no truth to your suggestion that your manuscript made its way into Riot's hands. In the absence of evidence that Riot had any access to your work, you cannot state a copyright claim as a matter of law.

  While we do not have a copy of your manuscript that would allow us to fully evaluate your claims, it is abundantly clear that there is no possible claim for copyright infringement based on the so-called "similarities" you have identified in your correspondence. Whether or not you truly believe that your work has been copied (which is, emphatically, not the case), you appear to be operating under a fundamental misunderstanding of United States copyright law.

  In order to establish a claim of copyright infringement under the U.S. Copyright Act, a plaintiff must show that two works are "substantially similar" in creative expression (as opposed to simply ideas) based on both an extrinsic and an intrinsic test. *Funky Films, Inc. v. Time*

1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067
MAIN 310.553.3610  FAX 310.553.0687  GreenbergGlusker.com
74677-00001/4198185.2

4

**SER 42**

Marc Wolstenholme
November 28, 2021
Page 2

*Warner Ent. Co., L.P.*, 462 F.3d 1072, 1081 (9th Cir. 2006).  The extrinsic test in particular looks only at the *copyrightable elements* of the works.  *Id.* at 1077 (courts must "filter out and disregard" the non-protectible elements when comparing two works).

Copyright does not protect abstract or general ideas; rather it protects only the concrete expression of those ideas.  *Cavalier v. Random House, Inc.*, 297 F.3d 815, 823 (9th Cir. 2002).  This means that copyright law does not protect basic plot premises or features of the work that flow directly from those ideas.  *Id.* ("Scenes-a-faire, or situations and incidents that flow necessarily or naturally from a basic plot premise, cannot sustain a finding of infringement.").  Generic concepts—like a story featuring orphans, or a story with cyborgs and mutants—are not protectible and therefore cannot form the basis for a claim of copyright infringement.

The supposed comparisons you cite in your correspondence are exactly the sort of things that copyright law does *not* protect.  You cite stock concepts like the fact that *Arcane* follows a group of orphans, and that there is a "stocky and rough leadership figure who helps children and is revered as a hero."  Those are merely ideas that are simply not protected by United States copyright law.

This fact does not change even when you list dozens of purported "similarities."[1]  Under applicable law, lists of similarities are "inherently subjective and unreliable," and federal courts will not rely on such lists of "random similarities scattered throughout the works" to find substantial similarity.  *Litchfield v. Spielberg*, 736 F.2d 1352, 1356 (9th Cir. 1984).  For that reason, United States courts *routinely* dismiss copyright infringement claims based on allegations of similarity far more extensive than those you have identified.  *E.g.*, *Shame on You Productions, Inc. v. Elizabeth Banks*, 120 F. Supp. 3d 1123 (C.D. Cal. 2015); *Wild v. NBC Universal, Inc.*, 788 F. Supp. 2d 1083 (C.D. Cal. 2011); *Zella v. E.W. Scripts, Co.*, 529 F. Supp. 2d 1124 (C.D. Cal. 2007).

In your letter, you incorrectly assert that you would be entitled to statutory damages or attorney's fees if you were to sue Riot for copyright infringement.  Not so.  Your Manuscript does not appear to have been registered with the United States Copyright Office, and statutory damages and attorney's fees are therefore unavailable.  17 U.S.C. § 412 (no award of statutory damages or of attorney's fees shall be made for any infringement of copyright in an unpublished work commenced before the effective date of its registration).

---

[1] Please note that the "similarities" you cite are not similar in the first place.  Even trivial comparisons are grossly misrepresented in your attachments—your comparisons between a "maroon vail" (sic) and Vi's hood, or a bar called "The Last Drop" and your use of this ordinary phrase in an entirely different context (referring to the last bit of some food) simply underscore your allegations' lack of viability.  "Ordinary words and phrases are not entitled to copyright protection, nor are 'phrases or expressions conveying an idea typically expressed in a limited number of stereotyped fashions.'"  *Bernal v. Paradigm Talent & Literary Agency*, 788 F. Supp. 2d 1043, 1071 (C.D. Cal. 2010).

74677-00001/4198185.2

5

Marc Wolstenholme
November 28, 2021
Page 3

It is instead *Riot* that would be able to recover any attorney's fees it is required to expend defending any of your frivolous claims. Please understand that this means that if you pursue legal action against Riot you will be exposing yourself to substantial monetary liability. Riot will not hesitate to pursue all available legal remedies in connection with your allegations.

Our law firm regularly defends cases like yours and courts invariably dismiss them at the outset of the lawsuit. We have no doubt that the same result would obtain were you to pursue your baseless claims.

I note that you have stated in your correspondence that you do not want the stress of having to fight for years over your supposed copyright claims. Because your allegations of infringement are entirely misguided and based on a serious misunderstanding of copyright law, I urge you to follow your own advice and not waste any more of your energy pursuing these meritless allegations. Your requests for a face-to-face meeting with Riot's executives and for compensation are rejected in full.

Because this firm is now representing Riot in this matter, we also demand that you refrain from contacting Riot's employees and executives any further. Should you wish to respond to this letter, you are directed to respond to my attention alone.

This letter is not a full and complete recitation of Riot's rights and remedies, all of which are expressly reserved.

Sincerely,

Aaron J. Moss

cc:     Joshua Geller, Esq.

74677-00001/4198185.2

6

**SER 44**

AARON J. MOSS (SBN 190625)
Aaron.Moss@msk.com
JOSHUA M. GELLER (SBN 295412)
Josh.Geller@msk.com
HANNAH G. SHEPHERD (SBN 347611)
Hannah.Shepherd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARC WOLSTENHOLME, | Case No. 2:25-cv-00053-FMO-BFM |
|---|---|
| Plaintiff, | *Hon. Fernando M. Olguin* |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT RIOT GAMES, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| RIOT GAMES, INC., | |
| Defendant. | ]Notice of Motion and Motion to Dismiss Second Amended Complaint and Declaration of Aaron J. Moss filed concurrently herewith] |
| | Date:     May 8, 2025<br>Time:     10:00 a.m.<br>Crtrm:    6D |

Mitchell
Silberberg &
Knupp LLP

20630376.1

[PROPOSED] ORDER

**SER 45**

Defendant Riot Games, Inc. ("Riot") Motion to Dismiss the Second Amended Complaint filed by Plaintiff Marc Wolstenholme ("Wolstenholme") came on for hearing in Courtroom 6D of the above-entitled Court, the Honorable Fernando M. Olguin presiding. Appearances were as reflected on the record. The Court, having considered the motion and all supporting moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.  The motion is GRANTED; and

2.  Plaintiff's Second Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Fernando M. Olguin
United States District Court Judge

Mitchell
Silberberg &
Knupp LLP

20630376.1

[PROPOSED] ORDER

**SER 46**

FILED

CLERK, U.S. DISTRICT COURT

2/23/2025

CENTRAL DISTRICT OF CALIFORNIA

BY _____ GSA _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>      Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>      Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)<br><br><br>COMPLAINT FILED: OCTOBER 31, 2024<br>DEFAULT JUDGMENT FILED JANUARY 07, 2025:<br>COMPLAINT - SHORT FORM: JANUARY 01, 2025<br>AMENDED COMPLAINT FILED: JANUARY 04, 2025- ACCEPTED:<br><br>SAC- FEBRUARY 24, 2025 |

Dated this: February 24, 2025


*M.WOLSTENHOLME*
[MARC WOLSTENHOLME]

1

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**SER 47**

i.   **INTRODUCTION TO CASE**

Plaintiff, Marc Wolstenholme ("Plaintiff"), respectfully submits this SECOND AMENDED COMPLAINT (SAC) against Riot Games, Inc. Plaintiff's Complaint sufficiently alleges facts that, if true, state claims for relief under the Copyright Act, California's Unfair Competition Law, and other causes of action. Additionally, the Complaint provides the Defendant with sufficient notice to prepare an appropriate defense.

**INTRODUCTION TO PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)**

Plaintiff Marc Wolstenholme ("Plaintiff"), a UK resident and the owner of the copyrighted material known as the M.W. Wolf catalogue of fiction, brings this action against Defendant Riot Games, Inc. ("Defendant"), a California-based video game development company.

Plaintiff owns the exclusive copyright to "Bloodborg: The Harvest" by M.W. Wolf, created between 2018-2019.

Plaintiff alleges that Defendant infringed his copyright by using the manuscript of "Bloodborg: The Harvest" submitted to Riot Forge, Curtis Brown Group, and others in 2019 and 2020 to create the animated series ARCANE and its spin-offs including but not limited to, The Blood Sweat and Tears music video, and Welcome to Noxus - Bite Marks (ft. TEYA), 2025

2

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Season 1 Cinematic - League of Legends. The Plaintiff further alleges that the whole of Riot Games' lore and backstories related to Arcane, have been retconned to align with the infringed upon narratives, thus the Infringement is now deeply intwined into all of Riot Games' products, merchandise, games and shows.

Plaintiff asserts that Defendant's animated show and promotional materials derive narrative elements, themes, scenes, chapter / episode titles, aesthetics, trauma writing, central premise, macro and micro details, actual writing converted to visual mediums, expert skill depictions, distinct color usage, deeply nuanced motifs and allegories, symbolism, character arcs, character personalities and backstories, and more, from Plaintiff's copyrighted work.

Additionally, much of the trauma writing in Bloodborg, alleged to have been reused in Arcane, is derived from Plaintiff's fictionalized therapeutic journaling of his deeply complex personal trauma history both in and out of the British Army. This alleged misuse and monetization of Plaintiff's trauma and deep psychological exploration along with three years of bad faith negotiations and prolonged litigations, and malicious communications, discrimination, intimidation and harassment via email and other forms, alleged to have been sent by Riot employees, Fortiche Production employees and the wider toxic cultural climate they foster, is alleged to have caused, and continues to cause further emotional-psychological harm and suffering and financial burden on the Plaintiff.

Plaintiff seeks damages for the harm suffered, statutory damages, investigations and an injunction to prevent further infringement.

3

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Cases**

(1) COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

(2) VICARIOUS COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

(3) UNFAIR COMPETITION (17 U.S.C. § 501)

(4) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED): CALIFORNIA CIVIL CODE § 1708. ACTION FILED DATE: OCTOBER 31, 2024 - 3

**JURISDICTION AND VENUE**

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a) as this matter arises under the U.S. Copyright Act (17 U.S.C. § 501).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1400(a) as Defendant Riot Games, Inc. maintains its principal place of business in Los Angeles County, California.

**PARTIES**

3. Plaintiff Marc Wolstenholme is a UK resident and owner of the M.W. Wolf catalogue of fiction including Bloodborg: The Harvest.

4. Defendant Riot Games, Inc. is a video game development company headquartered in Los Angeles, California.

4

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

## ii.    FACTUAL ALLEGATIONS

1. Plaintiff created the work "Bloodborg: The Harvest" between 2018 and 2019 and holds the exclusive copyright to this literary work.

2. In April 2020, Plaintiff submitted the manuscript of "Bloodborg: The Harvest" to Riot Forge, Curtis Brown Group, and others, widely disseminated. Some agents had access to Bloodborg before this point.

3. Plaintiff alleges that Defendant Riot Games unlawfully copied significant portions of his manuscript to create the animated series ARCANE, which premiered on Netflix in November 2021, and continued to misuse the manuscript for Season 2 and many spin-offs, long after being informed of the infringements, which still continue.

4. Plaintiff asserts that characters, plotlines, thematic elements, and narrative structure and much more, in ARCANE mirror those found in "Bloodborg: The Harvest."

5. Plaintiff further alleges that the official music video "Blood Sweat & Tears" by Riot Games, featuring Sheryl Lee Ralph, derives directly from elements of "Bloodborg: The Harvest."

5

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

6. Defendant continues to profit from ARCANE and related products despite being notified of the alleged infringement in November 2021.

7. Plaintiff further alleges Welcome to Noxus - Bite Marks derives directly from elements of "Bloodborg: The Harvest."

8. Plaintiff further alleges that Ambessa: chosen of the wolf: a league of legends: arcane novel Book by C. L. Clark, derives directly from character elements of "Bloodborg: The Harvest."

9. Plaintiff further alleges that his manuscript has provided Riot Games with a gateway into other business avenues and industries such as the film, animation, live-action, Tv and literary industries.

10. Defendant's legal representatives responded with the threat of extensive legal fees, causing Plaintiff emotional distress and further exacerbating his existing complex PTSD. This is alongside other mentioned harm caused.

6

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

SER 52

**FIRST CAUSE OF ACTION**

(Copyright Infringement – 17 U.S.C. § 501)

1.  Defendant, without authorization, copied, distributed, and publicly displayed Plaintiff's copyrighted material. Furthermore, the showrunners accepted awards for this infringed material long after cease and desist demands had been issued.

2.  Defendant's unauthorized use of Plaintiff's work constitutes direct copyright infringement.

3.  Plaintiff has suffered damages as a direct result of Defendant's infringement and is entitled to statutory damages and injunctive relief under 17 U.S.C. § 504.

**SECOND CAUSE OF ACTION**

(Vicarious Copyright Infringement – 17 U.S.C. § 501)

4.  Defendant benefited financially from the unauthorized use of Plaintiff's copyrighted material through partnerships with Netflix, Fortiche Production SAS, Tencent Games and others.

5.  Defendant had the ability to control and supervise the infringing conduct but failed to prevent it.

6.  Plaintiff seeks statutory damages and injunctive relief to prevent further vicarious infringement.

7

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**SER 53**

**THIRD CAUSE OF ACTION**

(Unfair Competition – Cal. Bus. & Prof. Code § 17200)

7. Defendant engaged in unlawful and unfair business practices by misappropriating Plaintiff's copyrighted material for commercial gain.

8. Defendant's conduct caused Plaintiff significant barriers to entry, financial harm and reputational damage.

9. Plaintiff seeks restitution, disgorgement of profits, and injunctive relief to prevent further unfair competition.

**FOURTH CAUSE OF ACTION**

(Intentional Infliction of Emotional Distress – Cal. Civ. Code § 1708)

10. Defendant's legal representatives threatened and intimidated Plaintiff with excessive legal fees and dismissal of his claims, knowing Plaintiff was a vulnerable adult with complex PTSD.

11. Defendant's conduct was extreme, outrageous, and beyond the bounds of decency, causing Plaintiff severe emotional distress.

12. Infringed work is trauma writing, stealing one's trauma writing, especially given the content of it, and misusing it, and airing it for all to see, in a manner it wasn't intended, is akin to stealing one's therapy and medication and causing relentless and continued triggering. Moreover, it is alleged that Riot Games has added gaslighting into the actual show.

8

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

SER 54

13. Furthermore, the endless threats to have the cases kicked out before any hearing, the complete disregard for the law and for the plaintiff's hardship and the unwillingness to take responsibility for their actions, along with the endless legal technicalities, delay tactics and diversions, all adds to the emotional and psychological toll and pain caused. As does the needless misrepresentation of the plaintiff's complaints.

14. Plaintiff seeks compensatory and punitive damages for the emotional harm suffered.

9

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

SER 55

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. Statutory Damages for Copyright Infringement

Award Plaintiff statutory damages pursuant to 17 U.S.C. § 504 for each act of copyright infringement committed by Defendant.

2. Actual and/or Compensatory Damages

Award Plaintiff actual damages and lost profits suffered as a result of Defendant's unlawful actions, including but not limited to economic harm, lost opportunities, and reputational damage.

3. Disgorgement of Profits & Restitution

Award Plaintiff disgorgement of Defendant's profits obtained from the wrongful misappropriation of Plaintiff's copyrighted works and trade secrets.

Award restitution under Cal. Bus. & Prof. Code § 17200 for any unfair business practices related to the unlawful use of Plaintiff's intellectual property.

4. Punitive & Exemplary Damages

Award punitive and/or exemplary damages due to the willful and egregious nature of Defendant's misconduct, including but not limited to intentional infliction of emotional distress, fraud, and deceptive business practices.

10

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

5.  Injunctive Relief

Permanently enjoin Defendant from engaging in any further acts of infringement or misappropriation.

Order Defendant to remove and/or cease distribution of any infringing content derived from Plaintiff's copyrighted works and all future plans related to these works.

6.  Corrective Disclosures & Public Statements

Order Defendant to issue a public statement or corrective disclosure acknowledging the misappropriation of Plaintiff's copyrighted work.

7.  Attorneys' (Plaintiff's) Fees & Litigation Costs

Award Plaintiff full reimbursement of legal fees, personal fees and court costs pursuant to 17 U.S.C. § 505 and other applicable laws.

8.  Prejudgment & Post-Judgment Interest

Award Plaintiff interest on all damages from the time of Defendant's wrongful acts until full payment is made.

9.  Additional Relief

Grant any other relief the Court deems just and proper, including but not limited to further amendments, sanctions, or expanded discovery rights.

11
PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**SER 57**

### iii.    POTENTIAL ADDITIONAL CLAIMS

The Plaintiff reserves the right to amend this complaint to include additional causes of action as discovery progresses. At this time, the Plaintiff is considering, but has not yet formally filed, additional claims for:

1. Fraudulent Misrepresentation (Cal. Civ. Code § 1709)

2. Misappropriation of Trade Secrets (Cal. Civ. Code § 3426)

3. Unjust Enrichment (Common Law)

4. Fraudulent Inducement (Cal. Civ. Code § 1572)

5. False Designation of Origin (Lanham Act - 15 U.S.C. § 1125(a))

6. Negligent Infliction of Emotional Distress (NIED) (Cal. Civ. Code § 1714)

7. Civil Conspiracy to Commit Fraud (Common Law)

8. Disability Discrimination & Retaliation (ADA - 42 U.S.C. § 12101)

9. Spoliation of Evidence (Cal. Code of Civ. Proc. § 2023.030)

10. Unfair Business Practices (Cal. Bus. & Prof. Code § 17200)

11. Assortment of other civil and criminal claims around the globe, predominantly in the UK and Europe, including claims against Fortiche, claims of violations under The European Convention on Human Rights (ECHR) and criminal proceedings.

12

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

These claims are currently being evaluated based on the Defendant's conduct and may be formally added through an amended complaint as these cases progress, if warranted. The Plaintiff will continue to assess Riot Games' actions, including potential fraudulent misrepresentation and violations of trade secret protections, and additional harm caused, before finalizing these claims.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed:

13

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**SER 59**

### iv.  COMPLAINT ELEMENTS

#### 1.  Complaint History

COMPLAINT WAS FILED ON OCTOBER 31, 2024

DEFAULT JUDGMENT FILED JANUARY 07, 2025

COMPLAINT - SHORT FORM: JANUARY 01, 2025

AMENDED COMPLAINT FILED: JANUARY 04, 2025-

ACCEPTED: Amended Complaint filed JANUARY 13, 2025

Plaintiff's Motion to Amend (Document No. 28) is granted- FEBRUARY 18, 2025

#### 2.  Copyright Infringement Requirements:

To state a claim for copyright infringement, a plaintiff must show:

(a) Ownership of a valid copyright;

(b) Copying of constituent elements of the work that are original.

The Plaintiff's Amended Complaint clearly states ownership of the copyrighted work and alleges that Riot has copied original, protectable elements of that work. The Plaintiff has added a copyright registration case number and certificate, and other evidence of Ownership of a valid copyright to this complaint. See section for an overview of Ownership of a valid copyright.

The Plaintiff has added a detailed chronology of access to this complaint, evidencing access and wide disseminations of the full Bloodborg manuscript.

14

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### 3. Allegation of Copyrighted Expression:

Riot contends that the plaintiff has failed to specify what protected expression has been infringed. However, this Second Amended Complaint and numerous exhibits, and related documents sufficiently identify the nature of the copyrighted material and the elements that are protectable under copyright law. Additionally, the prelitigation communications have presented substantial evidence over many months.

Additionally, other named declarations have presented evidence. More evidence will be presented in this motion. See section for a Structural overview- examples of Substantial Similarities. It should be noted that, given the systematic abuse of the infringements, it is costing extraordinary amounts of time and effort to dissect each moment of Arcane to show the content, methods, extent and types of infringement, and how these infringements have been hidden to evade lawful prosecutions.

The plaintiff has provided many documents to show character infringements, comparisons and backstories, overviews of story structures, and much more. However, for the detailed breakdowns of each episode of Arcane, the Plaintiff has produced documents of episodes 1 through 4 and is currently working on episode 5. It will take a considerable amount of time to officially analyze and script each of the 18 episodes with evidence, but this is Plaintiff's intent. The plaintiff preserves the right to provide further evidence as the cases progress.

It should be noted, Season 2 of Arcane, which was developed after the Defendant was made aware of the infringement, further cements the evidence of willful infringement.

15

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**4. Identification of Original Elements:**

The complaint explicitly states 100 elements of Bloodborg alleged to have been used in Arcane accounting for a substantial amount of Arcane. The complaint explicitly describes seven key examples of psychosis and mental illness as trauma responses in Bloodborg and Arcane characters- matched. This accounts for many of the themes and tones which Arcane has been praised for. Moreover, it is alleged that these elements directly refer to the plaintiff's personal trauma from medical records and this has also been provided to the Defendant.

Many protectable elements have been listed and explained including characters, POV's story beats, storylines, fictional technologies, aesthetics, dialogue, themes, tone, character backstories, and even two characters being transformed into Bloodborgs, which is the title of the book the plaintiff alleges has been infringed upon. The plaintiff's amended complaint and subsequent documents filed to the court further alleges that Riot's work contains direct and substantial similarities to these elements. It should be noted that in episodes 1 through 4, every plot beat, every story / plot development, and every major scene, every character development, and much of the worldbuilding, and much of the macro and micro details, have been evidenced to show infringement.

16

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**SER 62**

## 5.  SUBSTANTIAL SIMILARITY:

Under copyright law, to prove infringement, a plaintiff need only show that the two works are "substantially similar" in protectable elements. It is not necessary at the pleading stage to conduct a detailed side-by-side comparison of every element, how ever this has been done for episodes 1 through 4. The plaintiff has alleged sufficient facts to support the conclusion that substantial similarity exists, including specific elements of the work that have been copied. The complaint includes allegations of specific similarities between the two works, which are sufficiently detailed to establish a prima facie case of substantial similarity at this stage of the proceedings.

### Structural overview examples of Substantial Similarities

This is a preliminary factual overview comparison to establish a prima facie case of substantial similarity at this stage of the proceedings.

### 5a. World-Building and Setting

**Bloodborg: The Harvest** features a post-apocalyptic world ravaged by environmental collapse, war, and technological manipulation. The narrative is set in a world where blood is the most valuable commodity, and genetic manipulation is rampant. Blood-based drugs have been engineered for many purposes, such as health, feeding, regenerative properties, prolonged life, mutations, super soldiers, and to make Bloodborgs, the pinnacle of all creation.

The Ark and Assemblage represent the last bastions of civilization, with giant walls isolating and protecting the elite. New Kowloon is a walled city in the sky (Sunken former

17

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Manhattan). High platforms, Gangways, monorails and sky-rails were built to lift the city out of the water and out of the smog-filled underbelly, but even the sky city fell into disrepair and degradation after New Kowloon gained state independence and was shut off from the mainland, causing riots and conflicts coined "The Great Bridge Dumping".  New Kowloon now has three main districts, known by many names, Warwick calls the districts, Needles, Tetris and Mouth. The three districts symbolize bipolar and mental illness. Needles, the manic sharp high. Mouth, the deep, dark devouring depressive. And Tetris, the bright and active in between, the normality and vices one uses to mask, regulate and overcome the highs and lows of trauma and harsh life.

**Arcane:** similarly takes place in a dystopian setting, split between the rich city of Piltover and the impoverished, chaotic smog-filled undercity of Zaun. The city is divided by class, with the elite in Piltover using advanced technology to maintain their status, while Zaun is plagued by poverty, corruption, and exploitation. Arcane's representation of these settings is very different to the LOL games settings. Arcane episode one opens with Zaun being shut off from Piltover, causing riots and conflicts on the Bridge, in which many things are dumped.

**Similarity:** Both worlds involve stark class divisions, with the wealthy elite controlling advanced technology, while the poor suffer under harsh smog-filled conditions. Both settings explore the themes of inequality, oppression, and the societal consequences of technological advancement. Both feature isolated enclaves of civilization (Ark, Assemblage, Piltover), while the outside world (the Nullifidian and Zaun) is in chaos. This is further

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

represented in Bloodborg's layered and cyclical narrative style (also used in Arcane), by creating the same class struggles dynamics between the three districts of New Kowloon. It is further represented with the Under Lanes and the topside, adding a 3-d like worldbuilding literary device (Classes, within classes and cities within cities). The opening scene of Arcane is strikingly similar to "The Great Bridge dumping" of Bloodborg. This is just one of many scenes that will be presented and evidenced during these court proceedings.

### 5b. Technology and Cyborgs

**Bloodborg: The Harvest** centers around the creation of Bloodborgs, cybernetic beings that are the ultimate blend of AI, robotics, and human tissue, all made possible by the blood of the youth. Specially selected human blood is the base ingredient in many concoctions and drugs which have different effects based on what they are used for. The main blood drug is called Fetal Sapien Serum. Bloodborgs (creations) serve as the pinnacle of human evolution, with a focus on immortality and control through technology. Fusion energy, teleportation infinity devices and blue electromagnetic balls are central to the storytelling. Bloodborg's are not tropes or motifs, they are highly specific IP creations of the Plaintiff. They serve as a personification of the story itself, and of many of its core themes including trauma, war, radicalization, diversity, unchecked capitalism, survival, oppression, and the struggles of the human condition.

19

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Arcane:** presents a world with advanced technology, particularly in the form of Hextech energy and its blue crystal balls which merge magic and machinery to create powerful devices. Cyborgs in Arcane are less stated, with characters like Jinx, Sevika and Viktor being deeply tied to Shimmer (a blood drug), technology, and themes of control and technological manipulation play a significant role in the storyline. Shimmer is a blood-based drug in Arcane, alleged to be remarkably similar to Fetal Sapien Serum and its effects. Jinx in Arcane is kept alive via Shimmer. Both Arcane's Viktor and Warwick transform into Bloodborgs via selected blood and shimmer. Viktor calls this the "Glorious Evolution." Glorious Evolution was a "treasured gateway" voice line from the LOL game, which is very different, even unrecognizable to Arcane. Teleportation infinity devices are also in Arcane, one being a device embedded in Jayce's forearm, and another called hexgates.

*Similarity:* Both works explore the idea of humanity merging with blood technology, with *Bloodborg: The Harvest* showcasing literal cyborgs and bloodborgs and Arcane depicting characters whose fates are entwined with powerful technological artefacts, cyborg advancements and bloodborgs. Both stories question the morality and consequences of such advancements. These stories have thousands of remarkable similarities in deeply complex and very specific ways. Both stories share the same tones, themes, settings, chapters, cyclical storytelling, POV's, characters (different from the games), repetitive trauma writing and duality in both linear and abstract ways. Even the story structure and plot beats are the same.

20

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**SER 66**

**5c. Characterization and Protagonists**

**Bloodborg: The Harvest** features a range of protagonists who are each struggling with personal conflict and external pressure. Characters like Josh Kimble, Warwick, and D'borg deal with issues of identity, trauma, and betrayal. Josh, for instance, is radicalized against the Ark, while D'borg struggles with her cyborg identity and past trauma. Each of the Pov characters and some others are being manipulated and radicalized to action via their predicaments or via an in-brain higher being.

**Arcane:** also has a cast of complex characters dealing with personal struggles and moral ambiguity. Vi and Jinx (formerly Powder) are central figures whose complicated relationship and past trauma drive much of the narrative. Vi struggles with loyalty, family, and justice, while Jinx grapples with abandonment and madness. Each of the POV characters are being manipulated and radicalized to action via their predicaments and via others, some via an in-brain higher being.

**Similarity:** Both Bloodborg and Arcane feature protagonists who are struggling with internal conflicts and past trauma, often leading them down paths of rebellion or destruction. The theme of personal growth and change is central to both narratives, and the characters' journeys revolve around navigating complex, morally grey situations. Each character can and will be explained and compared to their alleged counterparts in many documents of evidence. In both works, the storytelling shows how each of the characters are being manipulated and radicalized to action via their predicaments and via others. In both works, trauma is central

21

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

to the plots, and it is alleged that this is the trauma writing of the Plaintiff's actual real-life struggles and traumas.

### 5d. Themes of Rebellion and Control

**Bloodborg: The Harvest** explores themes of rebellion against oppressive systems. Teki Nagasaki and B are leading a resistance against the Founding Families, who are manipulating the population to build their vision of a perfect world through control of blood and technology. People can use Vada in-brain and Deep Root to contact Gaia and higher consciousness. People can be controlled via Vada in-brain and Deep Root. In Bloodborg's African Child's POV, Neva- Leader of the tribe- loses a child, and searches inside the higher realms for her dead baby. Mother Gaia sees her unwavering motherly love, determination and devotion. Mother Gaia sees that Neva is worthy of raising and protecting the earth child. Gaia sends a white-eyed child of great importance from the higher consciousness to earth to help save the planet and human race.

**Arcane:** similarly delves into rebellion, with characters like Vi and Jinx rebelling against the oppressive control of the Piltover elite, particularly the corrupt use of Hextech. The conflict between the rich and poor, and the desire to break free from systemic oppression, is a central theme in Arcane. Viktor travels to higher consciousness and is able to control people from it. The Arcane is a Gaia-like metaphysical presence. In the Blood sweat and Tear music video, which is an extension of Arcane, Ambessa Medarda loses a child in the same manner.

22
PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**SER 68**

Ambessa visits the higher realms and is gifted a white-eyed child of great importance. This child grows up to be Mel in Arcane.

**Similarity:** Both works examine the tension between the oppressed and the elite, exploring rebellion as a response to an unfair societal structure. Both feature underground movements and characters who fight against forces of control, with a central question of how far one is willing to go in the pursuit of justice and change. Both stories have bloodborgs, both have higher consciousness, both have the white-eyed child of great importance, both settings or worlds are being manipulated and controlled. Both have a resistance hidden deep in the underbelly of the cities.

**5e. Tone and Narrative Structure**

**Bloodborg:** The Harvest uses a complex, non-linear narrative with multiple POVs. It shifts between different times (future past, present, future present) and locations (New Kowloon, Dunkirk, Coventry, Africa etc.), giving a sense of an expansive, interconnected world. The tone is dark and dystopian, focusing on the bleakness of the future and the corruption inherent in the society that has evolved. Circler narratives of trauma drive the characters and plot and set the tone.

**Arcane:** also employs a narrative structure with multiple perspectives, particularly focusing on the relationship between Vi and Jinx, while also exploring other key characters such as Caitlyn and Silco. The tone is similarly dark, dealing with themes of betrayal, family, trauma and the destructive impact of power. While Arcane follows a more traditional

23

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

episodic structure, it still conveys an expansive narrative arc and intricate character development in a POV like manner and many of these POV's mirror those of Bloodborg. Circler narratives of the same traumas drive the characters and plot and set the tone.

**Similarity:** Both works share a dark tone and feature expansive, layered narratives that explore trauma, loss, societal corruption and the impact of power. They also both present the idea of multiple intersecting lives, where personal stories affect larger societal change.

**Conclusion: Substantial Similarity**

Both Bloodborg: The Harvest and Arcane share several common themes and elements, notably:

The same trauma and loss and repetitive visiting of these traumas to show intrusion like flashbacks of people suffering with PTSD.

A dystopian smog-filled setting marked by stark class divides.

The exploration of the blending of humans and machines (cyborgs, advanced technology) with blood engineering to make Bloodborgs.

Characters struggling with personal trauma and the consequences of their choices, particularly in relation to rebellion and resistance.

Complex narratives with shifting timelines and multiple perspectives.

Blood drugs and serums to control, mutate and advance humans.

Higher consciousness and in-brain controlling and communicating.

24

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

The white-eyed child of great importance.

While Bloodborg leans more heavily into cyberpunk and the concept of bio-cybernetic warfare, and earth magic, and Arcane incorporates elements of magic and mysticism with its Hextech technology, the underlying themes of societal decay, rebellion, trauma, posthumanism and the moral cost of technological advancement tie both works together. Many of the different features are alleged to be changes in names, colors or other markers, to hide their origins. Such as, Fusion to Hextech, The Rupture to the anomaly, white eyed boy to white eyed girl, windy assassin to whispering in low tones, neurotransmitter drugs administered in the eye instead of inhaling, Wu and Ling Zhang's trading shop to Benzo and his trading shop, Sant'teon to Viktor Jesus, Pinnacle of creation to glorious evolution, hyenas to wolves, and so on. These similarities make Bloodborg: The Harvest and Arcane substantially similar in terms of their core narrative elements, themes, and the type of conflict explored, despite the differing settings and specific plot details, which are alleged to be changes to fit and fix cardboard characters from LOL games and to align their nonsensical and incongruent backstories and cannon lore.

It should be noted that now, post receipt of Bloodborg: The Harvest by M.W. Wolf, Riot Games have retconned much of their inconsistent lore and backstories to align with Arcane. Moreover, Arcane and its characters are now deeply embedded into all of Riot Games products and merchandise.

This is a tiny Structural overview providing examples of Substantial Similarities. Substantial Similarities expand much wider than what has been presented in this document to establish a prima facie case of substantial similarity at this stage of the proceedings.

25

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

## 6. COPYRIGHT AND OWNERSHIP OF THE WORK IN QUESTION.

The Plaintiff will evidence the creation and ownership of Bloodborg: The Harvest via many sources dating back to late summer/ fall of 2014. At this time the Plaintiff was working on his first novel, Buried at Bedlam. Whilst the process began in 2014, the formal drafting of Bloodborg: The Harvest took place between 2028 and 2019. From late 2019 to Spring 2020, query submissions were sent to agents and Riot Forge.

In the Uk, The Copyright Act of 1976 provides the framework for protecting original works of authorship, including literary works, against unauthorized use. In the Uk Automatic Protection is granted. Under 17 U.S.C. § 501, any violation of the exclusive rights of a copyright owner constitutes infringement. These exclusive rights include reproduction, distribution, public performance, public display, and preparation of derivative works.

The Plaintiff cites both the Berne Convention and the WIPO Copyright Treaty. Article 5(2) of the Berne Convention explicitly states that enjoyment and exercise of copyright "shall not be subject to any formality," meaning registration is not required to gain protection.

Additionally, The Plaintiff has learnt that his work may still be required to be registered under US copyright. The Plaintiff has filed a 10-book unpublished copyright registration, citing 2025 as the completion of the last book as required by law. Bloodborg: The Harvest (of which this copyright case stands) is the second of these 10 books, written between 2018 and 2019. The case number for this **copyright registration document is: 1-14654214871.** The Plaintiff has filed an AO 121 (January 17th 2025).

26

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

## COPYRIGHT REGISTRATION- TXu 2-470-268

*(TXu2-470-268 Unofficial Certificate has been attached to this Second amended complaint)*

In light of these proceedings, The Plaintiff filed a Request for Special Handling – Expedited Copyright Registration Due to Pending Litigation, to the U.S. Copyright Office.

Application Filed: January 13, 2025

Second Application Filed: February 14, 2025

Bloodborg: The Harvest and other works of the M.W. Wolf catalog of fiction are now Copyright certificated in the U.S.

**United States Copyright certificate- TXu 2-470-268**

**Registration Number**

**TXu 2-470-268**

**Effective Date of Registration:**

**February 14, 2025**

**Registration Decision Date:**

**February 20, 2025**

27

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

SER 73

## M.W. WOLF COPYRIGHTED WORKS OF FICTION

**Title of Work: Buried at Bedlam: After the Black**

**and 8 Other Unpublished Works**

1. Content Title: Buried at Bedlam: After the Black

2. Bloodborg: The Harvest

3. Our Fathers: Red Mush and Feathers

4. A Shameful Kiss: Bound by Ritual

5. Mississippi Sleepers: A Woman Reborn

6. Carniphobia: The Wandering

7. The Ballad of Wuthering Descent

8. Bee My Agent; Blood and Honey

9. The Fateless Child: Tainted Blood

**The only one which isn't registered is-   "God's Masterful Evasion & The Inverted Organelle Theory of Consciousness and The Universe (IO-CU)"**

28

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

SER 74

**7. RIOT GAMES's ACCESS TO, AND WIDE DISSEMINATION, BLOODBORG'S**

Attached to this Second Amended Complaint (SAC), is PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Attached chronology of wide dissemination and access document details:**

1. Development of ideas and concepts and narratives for Bloodborg: The Harvest began in 2014, with a hypnogogic dream.

2. The formal drafting of Bloodborg: The Harvest took place between 2028 and 2019. By then Bloodborg had its own notebook. This notebook is extensive, detailing the development and notes of the whole process of creating and writing Bloodborg: The Harvest.

3. This notebook includes a list of submissions to Literary, Film and Gaming talent agencies, including dates of submission, marking a paper trail.

4. The document details wide dissemination via email.

5. The Plaintiff has highlighted key avenues in which Riot Games had access to the Plaintiff's work and submissions, such as Riot Forge, UTA, CBG and many other agents.

29

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

6. The Plaintiff has shown the digital creation of Bloodborg: The Harvest, with meta data of word documents, chronologies of the M.W. Wolf catalogue of fiction and text message communications about working on Bloodborg, and an editorial letter, offer of representation.

**7.** The Plaintiff has proved evidence digital forensics of submissions. Additionally, the plaintiff will highlight many avenues in which Riot had access to the plaintiff's work, as well as working relationships between Riot Games and agencies who had full access to all of the manuscript in question.

8. The Plaintiff has highlighted potential quid pro quo deals in the entertainment industry regarding the casting and development of Arcane.

**Highlighting Ongoing Copyright Concerns.**

The Plaintiff will highlight Uk based complaints of alleged Copyright infringements of the M.W. Wolf catalogue of fiction, against Jonny Geller and Felicity Blunt of Curtis Brown Group, now a subsidiary of United Talent Agency (UTA). Many of these infringements are alleged to have also been sold to Netflix, where Arcane was distributed.

30

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

8. **Factual and Evidential Support:**

The plaintiff has provided factual support for the copyright infringement claim, including:

Ownership of the work in question;

Copyright Citification;

A description of many of the protectable elements of the work;

Access and substantial similarity between Riot's work and the protectable elements of the plaintiff's work;

Specific examples of how Riot's work infringes upon those elements.

Detailed breakdowns of every moment of episodes 1 through 4.

Character Comparisons

Psycho-emotional analysis of trauma

Additional Evidence…

31

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

v.    **ATTACHED EXHIBITS AND DOCUMENTS**

The Plaintiff will file a number of attachments to this Second Amended Complaint to add as evidence to support his claim and to be added to court bundles of evidence.

**These include,**

1. **PLAINTIFF'S EXHIBIT A** – U.S COPYRIGHT CERTIFICATE OF BLOODBORG THE HARVEST

2. **PLAINTIFF'S EXHIBIT B-** CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG THE HARVEST

3. **PLAINTIFF'S EXHIBIT C-** DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1

4. **PLAINTIFF'S EXHIBIT D-** DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2

5. **PLAINTIFF'S EXHIBIT E -** DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

6. **PLAINTIFF'S EXHIBIT F-** DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3

7. **PLAINTIFF'S EXHIBIT G-** PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

32

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

8. **PLAINTIFF'S EXHIBIT H -** DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4

9. **PLAINTIFF'S EXHIBIT I-** DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS

10. **PLAINTIFF'S EXHIBIT J-** SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS

11. **PLAINTIFF'S EXHIBIT K-** PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE AND BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST AND MEDICAL RECORDS

12. **PLAINTIFF'S EXHIBIT L-** OVERVIEW OF CHARACTER EVIDENCE- VI VS ROOK, PLUS ELEMENTS BORROWED FROM OTHERS IN BLOODBORG.

13. **PLAINTIFF'S EXHIBIT M-** COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

14. **PLAINTIFF'S EXHIBIT N-** COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

15. **PLAINTIFF'S EXHIBIT O-** COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

16. **PLAINTIFF'S EXHIBIT P-** COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- TWO BROTHERS

17. **PLAINTIFF'S EXHIBIT Q -** PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

18. **PLAINTIFF'S EXHIBIT R-** DECLARATION OF ADR ATTEMPTS- EVIDENCE OF GOOD FAITH NEGOTIATIONS

19. **PLAINTIFF'S EXHIBIT S-** PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE.

34

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

vi.      **Leave to Amend if Necessary:**

These allegations go beyond mere conclusions and provide factual content sufficient to give Riot fair notice of the claims against it and the grounds upon which those claims rest. If the court concludes that additional detail is required, the plaintiff requests leave to amend the complaint to provide further specificity regarding the protectable elements of the copyrighted work and the alleged infringement. Courts generally allow amendments unless it would be futile to do so, and the Plaintiff believes he has stated many reasons why it is not.

35

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### vii.   LEGAL STANDARD

Under Rule 12(b)(6), a complaint should not be dismissed unless it fails to state a claim upon which relief can be granted. The Court must accept all factual allegations as true and draw all reasonable inferences in favor of the Plaintiff. (Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)). A complaint need only include "a short and plain statement of the claim showing that the pleader is entitled to relief" (Fed. R. Civ. P. 8(a)(2)).

Under Rule 12(e), a motion for a more definite statement is appropriate only if a complaint is "so vague or ambiguous that the party cannot reasonably prepare a response." Such motions are disfavored because the federal rules favor liberal pleading standards and pretrial discovery as the primary means for clarifying claims.

### viii.   Accommodations for Pro Se Litigants in U.S. Courts

Plaintiff in Pro Per is a UK citizen, uneducated in, and unexposed to, U.S. district and federal legal systems and laws. The plaintiff does not plead ignorance, but is trying to rapidly respect, learn and adhere to all district and federal laws and requirements. The plaintiff respectfully asks the court to note the limitations and disadvantages, but also to make reasonable adjustments for the plaintiff's personal vulnerabilities, disabilities (Complex PTSD and comorbid illnesses) and learning difference of dyslexia.

36

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Plaintiff cites the Federal Court's Duty to Construe Pro Se Pleadings Liberally. In U.S. federal courts, pro se litigants are entitled to certain accommodations. Courts are required to construe pro se filings liberally to ensure fairness.

**Key Case Law:**

Haines v. Kerner, 404 U.S. 519 (1972): Established that pro se pleadings are held to "less stringent standards" than those drafted by attorneys.

Erickson v. Pardus, 551 U.S. 89 (2007): Reaffirmed the principle of liberal interpretation for pro se filings, emphasizing that courts must review filings in the most favorable light to the litigant.

37

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### ix.     Reasonable Accommodations Under the ADA.

The Plaintiff has limitations and disabilities that affect his ability to litigate effectively, these can be evidenced on request of the court if required. The Plaintiff asserts that under the Americans with Disabilities Act (ADA), and by extension shared laws, ethical and value standards, he may be entitled to reasonable accommodations but will endeavor to meet and respect all requirements of the court.

Reasonable Adjustments:

Extensions for filing deadlines.

Allowing non-standard forms of communication, such as email, for submitting documents.

Granting additional guidance or leniency in procedural matters.

Granting mediation and protection from bullying and aggressive legal strategies of the defendant to evade lawful processes, to complicate the cases and to build falsehoods, unfair court bundles and undo stress and burden on the Plaintiff.

38

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

x.   **District Judge**

**Cautioned-** The Plaintiff notes the caution to "*become familiar with the Federal Rules of Civil Procedure, as well as the Local Rules of this District,*" as per the docket 52 order- February 18, 2025. The Plaintiff would like to respectfully apologize. He states only that, perhaps the many motions to be dismissed by the defendant got the better of his emotions. The Plaintiff does not plead ignorance but will instead actively work harder to respect and obey the U.S Federal Rules of Civil Procedure, and the Local Rules of the District, as to not clog up the judge's docket.

**Good Hands-** Having read the *"Responses of Fernando M. Olguin Nominee to be United States District Judge for the Central District of California to the Written Questions of Senator Amy Klobuchar,"* The Plaintiff believes this case to be in good hands. The Plaintiff is particularly encouraged by the Honorable Judge's assurances to litigants regardless of wealth or position. Knowing the case is in good, honest and just hands makes proceedings less stressful.

**Request for District Judge and Consistency** – Given the complexity of this case, and the potential value, and the Plaintiff's disabilities, disadvantages, and vulnerabilities, The Plaintiff believes that this case needs to progress at a District Judge level. The Plaintiff believes that The Honorable Fernando M. Olguin, United States District Judge is best to reside over these proceedings given his long service justice and fairness. The Plaintiff would find proceedings easier with consistency of Judge ruling over the case, thus does not believe this case should be moved to a Magistrate Judge.

39

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### xi.    Conclusion:

For the foregoing reasons, the plaintiff respectfully requests that his Second Amended Complaint is accepted by the honorable Judge and that his Honor allows this case to proceed to full discovery without bifurcation or restriction.

The plaintiff respectfully asks that this SAC be taken as a whole, as it sets forth a plausible claim for copyright infringement and meets the required standard for pleading. Moreover, more details of factual allegations regarding what protected expression of Bloodborg has been infringed by Riot Games have been added to this amended complaint (Structural overview examples of Substantial Similarities). Moreover, Plaintiff has spent many months informing the defendant of 1000s of elements of infringement, and it will take many months more to collate all of the evidence. The complaint alleges that Riot had access to the plaintiff's work, given its widespread dissemination and submission to Riot Forge on April 15 & 19th 2020. Additionally, the work was submitted to Curtis Brown Group, a subsidiary of UTA who can be shown to have a working relationship with Riot Games.

Plaintiff possesses substantial evidence, including:

**UK & US Copyright Registration** details for "Bloodborg: The Harvest"

**Submissions of Copyrighted** material with dates and times.

**Comparative Analyses** demonstrating substantial similarities between Plaintiff's work and Defendant's animated series "Arcane" & "Blood Sweat & Tears Official Music Video." & "Welcome to Noxus - Bite Marks."

40

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Communications with Riot Games** and its subsidiaries, demonstrate Defendant's awareness of Plaintiff's work.

**Medical Records of the Plaintiff'** paired to a Psycho-Emotional Analysis of Trauma in Arcane, demonstrating how it matches therapy of trauma writing used in Bloodborg, from medical records.

**Records of bad faith negotiations** and legal threats and hate mail which exacerbated Plaintiff's emotional distress.

**Thousands of detailed striking similarities,** across many breakdowns with ongoing investigations.

41
PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**SER 87**

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC) providing complint details of the alleged infringement and related claims, of my original work, Bloodborg, by Riot Games, Inc.

**Respectfully submitted,**

**The Plaintiff, Marc Wolstenholme, M.W. Wolf.**

**Date: February 24, 2025**

**Signed:** *M.WOLSTENHOLME.*

42

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**SER 88**

**Registration #:**  TXu002470268
**Service Request #:**  1-14654271661

## Mail Certificate

M.W. Wolf Ltd.
Marc Wolstenholme
42 The Greenfield
Coventry CV3 1EE United Kingdom

**Priority:**  Special Handling      **Application Date:**  February 14, 2025

**Note to C.O.:** I am in copyright infringement cases agaisnt Riot Games In California. The cases have been shifted to federal court. I'm from the UK. The UK is a member of international treaties such as the Berne Convention and the WIPO Copyright Treaty, which provide reciprocal copyright protection across member countries. This means that works first created in the UK are protected in other countries that are members of these treaties, and vice versa. However, it has come to my attention that the court will require my to have registered for Copyright in the U.S. We have a case management hearing on the 13th of February.  Thank you for your time and consideration. Marc Wolstenholme (M.W. Wolf).

## Correspondent

**Organization Name:**  M.W. Wolf Ltd.
**Name:**  Marc Wolstenholme
**Email:**  marc@mwwolf-fiction.co.uk
**Address:**  42 The Greenfield
Coventry CV3 1EE United Kingdom

**SER 89**

**Registration Number**

# TXu 2-470-268

**Effective Date of Registration:**
February 14, 2025
**Registration Decision Date:**
February 20, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Buried at Bedlam: After the Black and 8 Other Unpublished Works |
| **Content Title:** | Buried at Bedlam: After the Black |
| | Bloodborg: The Harvest |
| | Our Fathers: Red Mush and Feathers |
| | A Shameful Kiss: Bound by Ritual |
| | Mississippi Sleepers: A Woman Reborn |
| | Carniphobia: The Wandering |
| | The Ballad of Wuthering Descent |
| | Bee My Agent; Blood and Honey |
| | The Fateless Child: Tainted Blood |

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Marc (M.W. Wolf) Wolstenholme
  **Author Created:** Literary Works
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom
  **Year Born:** 1986
  **Pseudonymous:** Yes

## Copyright Claimant

**SER 90**

**Copyright Claimant:**    Marc (M.W. Wolf) Wolstenholme
42 The Greenfield, Coventry, CV3 1EE, United Kingdom

## Rights and Permissions

**Organization Name:**  M.W. Wolf Ltdt
**Name:**  M.W. Wolf Ltd. Wolstenholme
**Email:**  marc@mwwolf-fiction.co.uk
**Address:**  42 The Greenfield
Coventry CV3 1EE United Kingdom

## Certification

**Name:**  Marc Wolstenholme
**Date**:  February 14, 2025

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

**SER 91**

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,
        Plaintiff,
vs.
RIOT GAMES, INC.,
        Defendant

CASE NO. 2:25-CV-00053-FMO-BFM HON.

*Hon. Fernando M. Olguin*

DECLARATION OF MARC WOLSTENHOLME

PLAINTIFF'S EXHIBIT B- CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME*
[MARC WOLSTENHOLME]

1

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**I, Marc Wolstenholme, declare as follows:**

### 1. Background and Introduction

I am the plaintiff in this case against Riot Games, Inc., regarding copyright infringement and unauthorized use of original materials derived from my manuscript "Bloodborg" and related works. I submit this chronology of Agents and organizations which Bloodborg was sent to, as evidence of wide dissemination and access of Bloodborg: The Harvest. This declaration provides evidence supporting my request for damages and to outline the profound and ongoing impact of the defendant's actions on the Plaintiff's brand, monetary welfare, and emotional health.

2

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**Chronology of Bloodborg: The Harvest.**

*(Second Book written by this Author)*

**Date of Creation/Ownership:** Marc Wolstenholme. Bloodborg: The Harvest by M.W Wolf Ltd between 2018- 2019. Meta data for word documents will confirm this, as will emails sent to agents and organizations after completion. An Editorial Report and offer for representation will also show ownership. The email data will also be matched to the paper trail provided, to further cement this chronology of evidence.

| *DATE* | *EVENT* | *Evidence* |
|---|---|---|
| *15 Apr 2020* | Submitted Bloodborg to Riot via their online portal for submissions | partial |
| *15 Apr 2020* | Wed, 15 Apr 2020 at 22:21 I submitted Bloodborg to Felicity Blunt Curtis Brown Group. cbcsubmissions@curtisbrown.co.uk An email confirming receipt was received titled - Thank You for Your Submission: Bloodborg: The Harvest | Complete |
| *15 Apr 2020* | Wed, 15 Apr 2020 at 22:31 I submitted Bloodborg to - submissions@austinmacauley.com | Complete |
| *15 Apr 2020* | I submitted Bloodborg to Louise Buckley at Zeno Agency at 23:41 – buckley@zenoagency.com | Complete |

3

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| *15 Apr 2020* | I received an automatic response from Janklow & Nesbit at 22:43 following my submission of Bloodborg - submissions@janklow.co.uk thanking for submission | |
| 15 Apr 2020 | I submitted  Bloodborg to the Madeleine Milburn Literary, TV & film agency at 22:57 submissions@madeleinemilburn.com and received an automatic response on that same date | Complete |
| 15 Apr 2020 | I submitted Bloodborg to Oli Munson at submissions@amheath.com I received and automatic response from  Oli Munson at A.M. Heath at 23:23 - enquiries@amheath.com confirming my submission of bloodborg | |
| 15 Apr 2020 | I submitted Bloodborg to j.jarrold@btinternet.com at 23:37 | Complete |
| 15 Apr 2020 | I submitted Bloodborg to Alexander Cochran at 23:12 – alexandercochran@cwagency.co.uk | Complete |
| 18 Apr 2020 | I submitted Bloodborg to Sheil Land at 21:59 – info@sheilland.co.uk | Complete |
| 18 Apr 2020 | I submitted Bloodborg to Artellus Ltd  at 22:05 – artellussubmissions@gmail.com | Complete |
| 18 Apr 2020 | I submitted Bloodborg to Eddie Schneider at Jabberwocky Literary Agency – queryeddie@awfulagent.com | |

4

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

| 18 Apr 2020 | I submitted Bloodborg to submissions@theampersandagency.co.uk at 21:54 | complete |
| 19 April 2020 | Submitted Bloodborg to Riot via their online portal for submissions | Complete |
| 22 Apr 2020 | Confirmation email from Austin Macauley at 15:33 | |
| 22 Apr 2020 | Rejection email from alexander.cochran@cwagency.co.uk –17:31 - did not think he was the right agent to represent me | |
| 01 May 2020 | Rejection email from A.M. Heath 14:05 | |
| 07 May 2020 | Rejection email from peter@theampersandagency.co.uk 09:17 – not suitable material for them | |
| 08 May 2020 | Rejection email from Eddie Schneider 17:26 | |
| 09 Jun 2020 | Rejection email from Louise Buckley at Zeno Agency 09:50 | |
| 9 Jun 2020 | Tue, 9 Jun 2020 at 15:28 I received a rejection email from cbcsubmissions@curtisbrown.co.uk tilted- Submission review results | |
| 24 Jun 2020 | Wed, 24 Jun 2020 at 12:43- received the letter from the Editorial Board of Austin Macauley | |
| 07 Jul 2020 | I submitted Bloodborg to agents at Darhansoff & Verrill at 14:30 – | Complete |

5

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| | submissions@dvagency.com; automated response received same date 14:31 | |
| 18 Sept 2020 | I submitted Bloodborg to Marisa Corvisiero at Corvisiero Literary Agency | |
| 18 Sept 2020 | I submitted Bloodborg to Elizabeth at Mcintosh & Otis at 22:27 - EWRquery@mcintoshandotis.com | Complete |
| 18 Sept 2020 | I submitted Bloodborg to Donald Mas – query.dmaass@maassagency.com at 22:32 | Complete |
| 18 Sept 2020 | I submitted Bloodborg to Bill Clegg at 22:54 – queries@thecleggagency.com | Complete |
| 18 Sept 2020 | I submitted Bloodborg to Maximilian Ximenez at 23:01 – submissions@lperkinsagency.com | Complete |
| 18 Sept 2020 | I submitted Bloodborg to Jon Wood at 23:16 – safae@rcwlitagency.com | Complete |
| 18 Sept 2020 | I submitted Bloodborg to Desiree Wilson at the Bent Agency – automatic confirmation received 23:26 | |
| 18 Sept 2020 | I submitted Bloodborg to Jessica Watterson at Sandra Dijkstra and Associates at - automatic confirmation received 23:37 | |
| 26 Sept 2020 | Automatic confirmation of submission of Bloodborg to Tor.com Publishing at 18:55 – submissions@tor.com | |

6

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

SER 97

| | | |
|---|---|---|
| *26 Sept 2020* | I submitted Bloodborg to Angry Robot - submissions@imagecomics.com incoming@angryrobotbooks.com at 16:51 | Complete |
| *26 Sept 2020* | I submitted Bloodborg to submissions@blackandwhitepublishing.com at 19:17 | |
| *27 Sept 2020* | I submitted Bloodborg to Natalie Galustian at DHH at 12:51 – natalie.galustian@dhhliteraryagency.com | Complete |
| *27 Sept 2020* | I submitted Bloodborg to James Wills – Watson Little at 13:02 – submissions@watsonlittle.com | Complete |
| *27 Sept 2020* | I submitted Bloodborg to Charlotte Seymour at 13:11 – submissions @nurnberg.co.uk – automatic response received at 13:12 | Complete |
| *27 Sept 2020* | I submitted Bloodborg to Mike Hoolgand at Dystel, Goderich & Bourret LLC at 13:33 – mhoogland@dystel.com – automatic reply received 13:33 | Complete |
| *27 Sept 2020* | I submitted Bloodborg to julie@theseymouragency.com at 13:47 | Complete |
| *27 Sept 2020* | I submitted Bloodborg to Alex Field - info@thebinderyagency.com at 13:58 | Complete |
| *27 Sept 2020* | I submitted Bloodborg to Amanda - amanda@redsofaliterary.com at 14:09 | Complete |

7

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| 27 Sept 2020 | I submitted Bloodborg to John M Cusick at 14:43 – john@foliolit.com | Complete |
|---|---|---|
| 27 Sept 2020 | I submitted Bloodborg to Andrew Lownie – lownie@globalnet.co.uk at 14:59 and received a response stating "sorry not my area" at 14:59 | Complete |
| 27 Sept 2020 | I submitted Bloodborg to Shira at Mcintosh & Otis at 15:16 – Shquery@mcintoshandotis.com | Complete |
| 27 Sept 2020 | Automatic response confirming submission of Bloodborg to The Jennifer De Chiara Literary Agency at 14:41 | |
| 27 Sept 2020 | I submitted Bloodborg to Emma Van Beek at 09:51 – emily@foliolitmanagement.com | Complete |
| 27 Sept 2020 | I submitted Bloodborg to maryjones@davidhigham.co.uk at 13:18 | Complete |
| 28 Sept 2020 | Response from Angry Robot – closed to unagented submissions directly, next submissions period in 2021 | |
| 28 Sept 2020 | Response from Gregory and Company, now part of David Higham Associates- they do not handle the category | |
| 29 Sept 2020 | Response from emily@foliolitmanagement.com – 16:51 – rejection based on workload and type of material she was currently working on. | |
| 29 Sept 2020 | I submitted Bloodborg to Artellus Ltd at 21:01 | Complete |

8

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| Date | Event | Status |
|---|---|---|
| 29 Sept 2020 | I submitted Bloodborg to United agents at 20:15 – info@unitedagents.co.uk. They responded at 21:09 advising to send works to a specific agent | Complete |
| 29 Sept 2020 | I submitted Bloodborg to Joshua Bilmes at Jabberwocky at 21:31 – queryjoshua@awfulagent.com | Complete |
| 29 Sept 2020 | I submitted Bloodborg to Sarah Ballard at United Agents at 21:44 – sballard@unitedagents.co.uk | Complete |
| 29 Sept 2020 | I submitted Bloodborg to Simon Kavanagh at 21:52 – simon@miccheetham.com | complete |
| 29 Sept 2020 | Automatic reply confirming submission of Bloodborg to MBA Literary Agents at 21:56 | |
| 29 Sept 2020 | I submitted Bloodborg to Felicity Trew – felicitytrew@carolinesheldon.co.uk at 21:46 | Complete |
| 30 Sept 2020 | Response from Eli Keren, assistant to Sarah Ballard at United agents – Sarah does not work with sci-fi/fantasy so not the right agent | |
| 20 Oct 2020 | Rejection from Caroline Sheldon Literary Agency | |
| 11 Nov 2020 | 11 Nov 2020 at 14:42 Rejection from Watson Little | |
| 14 Dec 2020 | Rejection from Jessica Watterson – not the right agent | |

9

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| *14 Dec 2020* | I submitted Bloodborg to Blind Eye Books at 16:11 – editor@blindeyebooks.com | Complete |
| *14 Dec 2020* | I submitted Bloodborg to apex.submission@gmail.com | Complete |
| *14 Dec 2020* | I submitted Bloodborg to editor@centurypubl.com at 22.27 | Complete |
| *14 Dec 2020* | I submitted Bloodborg to submissions@mythosink.com at 23:39 | Complete |
| *15 Dec 2020* | I submitted Bloodborg to Severed Press at 00:07 – submissions@severedpress.com | complete |
| *15 Dec 2020* | I submitted Bloodborg to Mirror World Publishing at 00:30 | Complete |
| *15 Dec 2020* | I submitted Bloodborg to submissions@ink-smith.com | Complete |
| *15 Dec 2020* | I submitted Bloodborg to talossubmissions@skyhorsepublishing.com | Complete |
| *16 Dec 2020* | Rejection from Desiree Wilson at 19:10 | |
| *19 Dec 2020* | I submitted Bloodborg to query.dmaass@maassagency.com at 23:56 | |
| *19 Dec 2020* | I submitted Bloodborg to Emily Van Beek at 22:59 | Complete |
| *19 Dec 2020* | I submitted Bloodborg to alevicksubmissions@writershouse.com at 23:45 | |
| *29 Dec 2020* | Rejection from Alexandra Weiss – The Jennifer De Chiara Literary Agency 17:33 | |

10

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**SER 101**

| | | |
|---|---|---|
| 01 Jan 2021 | Rejection from Mythos & Ink | |
| 02 Jan 2020 | Rejection from Alevick Submissions | |
| 10 Jan 2021 | Rejection from Mirror World | |
| 12 Jan 2021 | Rejection from Blind Eye Books | |
| 16 Jan 2021 | Rejection from Corvisieroagency.com | |
| 23 Feb 2021 | Tue, 23 Feb 2021 at 22:33 I submitted Bloodborg to Ciara Finan (Jonny Geller's assistant). ciara.finan@curtisbrown.co.uk | |
| 27 Feb 2021 | I submitted Bloodborg to query@psliterary.com at 12:00 | |
| 27 Feb 2021 | I submitted Bloodborg to sharlene@martinlit.com | Complete |
| 27 Feb 2021 | Email from Chalberg Sussman & Co Re Bloodborg at 14:20 - confirming Jennifer Grimaldi - jennifer@chalbergussman.com is no longer with the agency | |
| 27 Feb 2021 | Re-submit Bloodborg to Chalberg Sussman & Co at 14:28 – terra@chalbergsussman.com | Complete |
| 01 Mar 2021 | I submitted Bloodborg to query@roseanne@gmail.com at 13:24 – automatic response received 13:24 | Complete |
| 01 Mar 2021 | Automatic response to submission of Bloodborg from Donaghy Literary Group at 17:46 | |
| 01 Mar 2021 | I submitted Bloodborg to michael@foliolit.com at 21:09 | Complete |

## 11

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| Date | Event | Status |
|---|---|---|
| 02 Mar 2021 | Rejection from Martin Literary Management | |
| 05 Mar 2021 | Automatic confirmation of submission of Bloodborg to Barry Goldblatt at Barry Goldblatt Literary at 12:02 | |
| 08 Mar 2021 | Rejection from Barry Goldblatt | |
| 12 Mar 2021 | Rejection from Valerie Noble | |
| 16 Apr 2021 | Fri, 16 Apr 2021 at 18:08- Rejection from Ciara Finan | |
| 20 Aug 2021 | I submitted Bloodborg to ed@johnsonandalcock.co.uk at 16:51 | Complete |
| 20 Aug 2021 | I submitted Bloodborg to anne@ki-agency.co.uk at 17:50 | Complete |
| 22 Aug 2021 | I submitted Bloodborg to sohoagencysubmissions@gmail.com at 19:59 | Complete |
| 22 Aug 2021 | I submitted Bloodborg to submissions@watsonlittle.com at 21:07 | Complete |
| 22 Aug 2021 | I submitted Bloodborg to submissions | |
| 24 Nov 2021 | Wed, 24 Nov 2021 at 18:24 I summitted Bloodborg to Geller Office Submissions gellerofficesubmissions@curtisbrown.co.uk I also informed him that Arcane, an animated Netflix series, seemed to have taken my Bloodborg manuscript and modified it into their own productions. | |

## 12

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| *23 Jul 2023* | Sun, 23 Jul 2023 at 21:23- I resubmitted a different part of Bloodborg to Geller Office Submissions. This was also the first time I told him about Bee My Agent |

**EVIDENCE OF CURTIS BROWN AND UTA INVOLVEMENT**

United Talent Agency (UTA) and Curtis Brown Group update.

Casting

Plaintiff has already shown substantial connections between the casting of Arcane and Curtis Brown Group, which is a subsidiary of United Talent Agency (UTA). An update shows that at least six of the biggest cast members of Arcane are represented by UTA and its subsidiary Curtis Brown Group.

The following cast members from Arcane are represented by the Curtis Brown Group:

1. Ella Purnell: Voices Jinx.

2. Harry Lloyd: Voices Viktor.

3. Katie Leung: Voices Caitlyn Kiramman.

13

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

The following cast members from Arcane are represented by United Talent Agency (UTA):

1. Hailee Steinfeld: Voices Vi.

2. Kevin Alejandro: Voices Jayce Talis.

3. Jason Spisak: Voices Silco.

**Top Five**

Five of these characters represented by UTA and Curtis Brown Group received significantly more screen time than most, with Steinfeld, Purnell and Leung being the top three, Kevin Alejandro in fourth place and Lloyd being the 5th most onscreen character. That's the top five roles in Arcane, cast by the same conglomerate, who has been evidence to have been sent Bloodborg, and has a history of ongoing copyright concerns of the M.W. Wolf catalog of Fiction. Moreover, 3. Jason Spisak, as Silco, represented by UTA, is joint 7th for most screen time. Silco is also perhaps one of the most iconic and plot-wise important roles.

This evidences relationships between Riot Games and the two linked agencies of UTA and Curtis Brown Group. This also evidences their involvement in Arcane. It is alleged that this hints at leveraging of screen time for talent in exchange for submitted content, which does not belong to them.

14

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Acquisition, Valuations and Collaborations**

*Acquisition*

The specific duration of the negotiations leading to United Talent Agency's (UTA) acquisition of Curtis Brown Group (CBG) has not been publicly disclosed. The acquisition was announced on June 13, 2022.

These deals can take many years. Companies work through many stages of negotiations and Due Diligence (3-12 months), Regulatory Approvals (3-6 months, if needed), Internal Approvals and Structuring (2-6 months), Closing and Integration (3-12 months post-announcement).

During these mergers, good will "Favors" are common to showcase how the companies can effectively work together and benefit each other. This is seen as a part of due diligence, to see if they are a good match.

**Comparison to Similar Deals**

Creative Artists Agency (CAA) acquiring ICM Partners (another major talent agency) took about 9 months (announced in September 2021, completed in June 2022). Endeavor acquiring WME (another talent agency) took around 2 years (due to regulatory scrutiny).

15

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**Valuations**

Additionally, during these transitions, the company being bought out has a monetary incentive to make the company's assets, such as IP, scripts, talent and recent deals, appear to be highly valued commodities. Thus, a massive deal such as Arcane, with Riot Games, being the biggest video game company in the world, who are known to splash about money, with deal sweeteners of populating the show with multiple talent from both agencies, is an effective strategy to make both agencies and their assets valued high at the time of sale, to convince major stakeholders to agree to the buyout deals.

**Collaborations**

Prior to their formal acquisition in June 2022, United Talent Agency (UTA) and Curtis Brown Group (CBG) collaborated on representing several high-profile clients. Notable shared clients included actors such as Damian Lewis, Lily James, Alicia Vikander, and Bel Powley. They also jointly represented screenwriters like David Farr (The Night Manager, Hanna), Georgia Pritchett (Succession, Veep, The Shrink Next Door), and Tony Roche (Succession, The Thick of It).

These collaborations exemplify the agencies combined efforts to provide comprehensive representation across both U.S. and European markets. The successful partnerships in managing these clients laid a strong foundation for UTA's eventual acquisition of CBG, aiming to further expand global opportunities for their talent.

16

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Screen time**

**From the chart:**

**Represented by UTA and CBG**

Vi (Hailee Steinfeld): 210 minutes

Jayce (Kevin Alejandro): 138 minutes

Silco (Jason Spisak): 83 minutes

Caitlyn (Katie Leung): 150 minutes

Viktor (Harry Lloyd): 110 minutes

Jinx (Ella Purnell): 193 minutes

Total screen time for all six characters: 884 minutes.

From the chart:

All others of the main cast on the chart.

Singed: 33 minutes

Isha: 48 minutes

Heimerdinger: 50 minutes

Ambessa: 56 minutes

Sevika: 59 minutes

Ekko: 64 minutes

17

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

Vander/WW: 65 minutes

Mel: 83 minutes

Total screen time for the remaining characters excluding the six we already counted: 458 minutes.

The total screen time of all characters in the chart is 1342 minutes. 884 is approximately 65.88% of 1342. This means that these six members of the cast represented by UTA and CBG had 65 % of screen time of the main cast.

458 is approximately 51.81% of 884. This means that the six members of the cast represented by UTA and CBG had almost exactly 50% more screen time than the rest of the eight main cast members.

**Plaintiff Alleges.**

Thus, the two agencies did not merge overnight. CBG had my Bloodborg: The Harvest manuscript in 2019 and in 2020. This has been evidenced. During the same period, CBG and UTA were in collaboration and perhaps already in discussions about merging. Between the two, they represented at least 42.86% of the main cast. Thus, almost half. This isn't a coincidence. My manuscript was also submitted to Riot Forge, but this is evidence that cannot be ignored. This proves a compelling correlation between the representation of voice actors in Arcane by United

18

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

Talent Agency (UTA) and Curtis Brown Group (CBG) and their screen time prominence. The provided data supports a pattern where actors from these agencies dominate the screen presence, suggesting potential preferential casting.

**Key Findings**

Screen Time Dominance: The six main actors represented by UTA and CBG collectively accounted for 65.88% of total screen time among the main cast. Their screen time was almost 50% higher than the remaining main cast members.

Casting and Industry Connections: UTA and CBG's historical collaborations suggest a longstanding relationship before their official merger in June 2022.

The acquisition process typically involves extensive goodwill and exchanges, making it plausible that UTA and CBG exerted influence over Arcane's casting.

**Allegation of Impropriety:**

The Plaintiff alleges that the selection of cast members from UTA and CBG was not purely based on merit but was a strategic move to elevate these agencies' valuation ahead of the merger.

19

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

Given that CBG had prior access to Bloodborg: The Harvest in 2019 and 2020, and UTA was already collaborating with them, this presents a potential conflict of interest. If these agencies leveraged Arcane as a way to showcase their talent and improve their market valuation, this could amount to industry manipulation.

**What This Means**

The pattern outlined in the statement and chart suggests a systemic favoritism toward UTA and CBG-represented talent in Arcane, which raises broader concerns:

Conflict of Interest in Casting Decisions: If cast decisions were influenced by agency negotiations rather than talent suitability, this undermines industry fairness.

Potential Fraudulent Representation: The Plaintiff suggests that the agencies may have misrepresented their talent's contributions or inflated their impact, calling into question the legitimacy of awards and contracts.

*Impact on Copyright Infringement Allegations:* If UTA and CBG played a role in the development process while having prior access to the Plaintiff's work, it strengthens the claim that elements of Bloodborg: The Harvest could have been misused.

## 20

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Legal Citations Supporting Plaintiff's Claims**

*Unfair Competition (Lanham Act, 15 U.S.C. § 1125(a))*

If UTA and CBG engaged in misrepresentation regarding casting processes or their talent's involvement in Arcane, this could constitute unfair competition through deceptive trade practices.

*Fraud in Inducement (Restatement (Second) of Torts § 525)*

If Riot Games or UTA and CBG misrepresented the casting process or role contributions to artificially inflate agency valuation, this could qualify as fraudulent inducement.

Intellectual Property Misappropriation (17 U.S.C. § 501 – Copyright Infringement)

If CBG had prior access to Bloodborg: The Harvest and was simultaneously collaborating with Riot Games, this may constitute copyright infringement if elements were improperly used.

21

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

Breach of Fiduciary Duty (California Civil Code § 1572 - Actual Fraud)

If UTA and CBG knowingly prioritized their internal interests over fair industry practices, their actions could be challenged under fiduciary responsibility laws.

Antitrust Concerns (Sherman Act, 15 U.S.C. § 1-2)

If UTA and CBG engaged in monopolistic practices by consolidating casting influence, this could warrant antitrust scrutiny.

22

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**SER 113**

**Exhibits**

**Exhibit A- Water damaged notes dating back to 2014.**

**A1.**



**A2.**



23

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.



**Exhibit B- Formal drafting of Bloodborg: The Harvest.**

**B1.**




24

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**B2. List of submissions to Literary, Film and Gaming talent agencies, including dates of submission. This shows that Bloodborg was submitted to Riot Forge on the 15th & 19th of April 2020.**





25

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**SER 116**

**Exhibit C- Digital Evidence of Ownership.**

**C1- Stored copies of word documents.**

| | | |
|---|---|---|
| Date modified: 17/10/2024 02:13 | | |
| 2. Human Blood Farming- Bloodborg<br>Date modified: 19/12/2023 19:32 | F:\books destktop | |
| Bloodborg- The Harvest<br>Date modified: 21/06/2023 23:39 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 384 KB<br>Authors: marc wolstenholme |
| Bloodborg- The Harvest<br>Date modified: 07/10/2022 00:46 | F:\books\Human Blood Farming- Bloodborg | Size: 394 KB<br>Authors: marc wolstenholme |
| Viktor is becoming a bloodborg<br>Date modified: 04/12/2021 23:46 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 343 KB<br>Authors: marc wolstenholme |
| The streets of Zaun matched up to Blood...<br>Date modified: 01/12/2021 20:13 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 1.29 MB<br>Authors: marc wolstenholme |
| chapter of Bloodborg called Orion's belt<br>Date modified: 01/12/2021 00:51 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 341 KB<br>Authors: marc wolstenholme |
| Bloodborg- The Harvest<br>Date modified: 30/11/2021 20:45 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 392 KB<br>Authors: marc wolstenholme |
| Agents Bloodborg was sent to<br>Date modified: 29/11/2021 21:58 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 15.9 KB<br>Authors: marc wolstenholme |
| 16 World building from Bloodborg<br>Date modified: 28/11/2021 20:40 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 1.12 MB<br>Authors: marc wolstenholme |
| Bloodborg Editing letter. | Type: PNG File<br>Dimensions: 617 x 450 | Size: 107 KB |
| Bloodborg edit letter<br>Date modified: 27/11/2021 14:55 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 572 KB<br>Authors: marc wolstenholme |
| Letter for Bloodborg<br>Date modified: 24/11/2021 16:55 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 16.0 KB<br>Authors: marc wolstenholme |
| Bloodborg 10,000<br>Date modified: 23/08/2021 15:48 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 47.1 KB<br>Authors: marc wolstenholme |
| Bloodborg 10,000 (2)<br>Date modified: 18/09/2020 21:44 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 45.7 KB<br>Authors: marc wolstenholme |
| Bloodborg 10,000<br>Date modified: 18/09/2020 21:44 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 45.7 KB<br>Authors: marc wolstenholme |
| Bloodborg 10,000<br>Date modified: 15/04/2020 21:54 | F:\books\Human Blood Farming- Bloodborg\submi... | Size: 45.7 KB<br>Authors: marc wolstenholme |
| Bloodborg- First draft - Copy<br>Date modified: 15/03/2020 15:40 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 295 KB<br>Authors: marc wolstenholme |
| Bloodborg- First draft - Copy<br>Date modified: 15/03/2020 15:40 | F:\books\Human Blood Farming- Bloodborg\cuts | Size: 295 KB<br>Authors: marc wolstenholme |

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**C2- First draft sent off record.**

**Bloodborg was written on a laptop which is now not working. The Plaintiff will endeavor to recover the original documents dating 2018. C2 shows first draft sent off in March 2020.**

First draft Bloodborg – The Harvest – By Marc Wolstenholme- 06/03/2020

**Bloodborg- The Harvest**

**The Ark of Civilization; The stand**

*Diary entry, Day 1 - The war against the Old-World Army*

**C3- The Ark of Civilization is Josh's POV, this copy dates January 2019**





PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**SER 118**

**C4- WhatsApp records between Plaintiff and his ex-girlfriend detailing the date the working title of Blood Harvesting was changed to the set title of Bloodborg, which refers to the cyborg like creations with complex blood engineering.**

```
23/09/2019, 20:57 - Ali: Did a mean to voicecall then?
24/09/2019, 00:37 - Marc: Bloodborg
24/09/2019, 00:37 - Marc: That's the name of the blood harvesting books
24/09/2019, 07:34 - Ali: Sounds good... i like 'Bloodvest'.
24/09/2019, 07:45 - Marc: That's sounds like a Halloween festival ride
24/09/2019, 07:45 - Marc: A  cheap one
```

**C5- Chronologies of the M.W. Wolf catalogue**

**Date of Creation/Ownership List of M.W. Wolf Books**

**Table 1 – Chronology of Creation of M.W. Wolf Books.**

| Dates written | Titles | Evidence |
|---|---|---|
| August 2014 - August 2018. | **Buried at Bedlam: After the Black** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Editorial Report<br>4, Rejections |
| 2018- 2019 | **Bloodborg: The Harvest** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Editorial Report<br>4, offer for representation |
| Late 2019 | **Six Dead Orphans** (Short Shory) by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| Summer 2020- Jan 2021 | **Our Fathers** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| 1st of April 2021- Jul 2021 | **The Shameful Kiss** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, dates mentioned in queries.<br>3, Rejections |

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| Second Half of 2021 | **False Alligators & Wind-up Dolls** (satire) by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion. |
| Jan 2022-April 2022 | **Mississippi Sleepers: A Woman Reborn** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| Late 2019 but mostly second half of 2022. | **Carniphobia: The Wandering (composite novel)** by Marc Wolstenholme (M.W Wolf Ltd). | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| July 2022 but most of it was written in Dec 2022. | **The Ballad of Wuthering Descent** by Marc Wolstenholme (M.W Wolf Ltd). With a list of M. W. Wolf planned books sent to one agent. | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections<br>4, Showcase documentation |
| May 2023 | **Lang The Orangutan** by Marc Wolstenholme (M.W Wolf Ltd). | 1, Meta data of word documents<br>2, Emails sent after completion<br>3, Power Point presentation |
| April, Jun 2023-Dec 2023 | ***Bee My Agent; Blood and Honey*** *by Marc Wolstenholme (M.W Wolf Ltd).* | 1, Meta data of word documents<br>2, Emails sent during and after completion.<br>3, Power Point presentation<br>4, Curtis Brown Creative course |
| Nov 2023-August 2024 | **The Fateless Child: Tainted Blood** | 1, Meta data of word documents<br>2, Emails sent during and after completion.<br>3, Power Point presentations<br>4, Website and X page |
| | | |

29

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**SER 120**

**Date of Creation/Ownership List of M.W. Wolf Books**

**Table 1 (continued)**

| | | |
|---|---|---|
| *1st March 2024.* | ***God's Masterful Evasion & The Inverted Organelle.*** | *1, Meta data of word documents*<br>*2, Emails sent during and after* |
| | ***Theory of Consciousness and The Universe (IO-CU). The Theory of Everything*** | *completion.*<br>*3, Power Point presentations*<br>*4, Website and X page* |
| *March 2024* | **Lang The Orangutan AI illustrations by M.W. Wolf** | 1, Meta data of word documents<br>2, Emails sent during and after completion.<br>3, Power Point presentations<br>4, Website and X page |
| *8th March 2024* | **https://www.mwwolf-fiction.co.uk/** by Marc Wolstenholme (M.W Wolf Ltd). | 1, Domine<br>2, Meta data<br>3, Profile |

**C6- Chronologies of Bloodborg shared with Curtis Brown Group.**

**Second Book: Chronology of Bloodborg: The Harvest.**

**Date of Creation/Ownership: Marc Wolstenholme. Bloodborg: The Harvest by**

**M.W Wolf Ltd between 2018- 2019. Meta data of word documents will confirm this, as will**

**emails sent after completion. Editorial Report and offer for representation will also ownership.**

30

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Table 3 – Chronology of Bloodborg: The Harvest shared with CBG.**

| *DATE* | *EVENT* | *Evidence* |
|---|---|---|
| *15 Apr 2020* | Wed, 15 Apr 2020 at 22:21 I submitted Bloodborg to Felicity Blunt Curtis Brown Group. cbcsubmissions@curtisbrown.co.uk<br><br>An email confirming receipt was received titled<br><br>- Thank You for Your Submission: Bloodborg: The Harvest | BBE7 |

31

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| *15 Apr 2020* | Wed, 15 Apr 2020 at 22:31 I submitted Bloodborg to - submissions@austinmacauley.com | BBE8 |
| *9 Jun 2020* | Tue, 9 Jun 2020 at 15:28 I received a rejection email from cbcsubmissions@curtisbrown.co.uk tilted- Submission review results | BBE9 |
| *24 Jun 2020* | Wed, 24 Jun 2020 at 12:43- received the letter from the Editorial Board of Austin Macauley | BBE10 & BBE 11 |
| *23 Feb 2021* | Tue, 23 Feb 2021 at 22:33 I submitted Bloodborg to Ciara Finan (Jonny Geller's assistant). ciara.finan@curtisbrown.co.uk | BBE12 |
| *16 Apr 2021* | Fri, 16 Apr 2021 at 18:08- Rejection from Ciara Finan | BBE13 |
| *24 Nov 2021* | Wed, 24 Nov 2021 at 18:24 I summitted Bloodborg to Geller Office Submissions gellerofficesubmissions@curtisbrown.co.uk I also informed him that Arcane, an animated Netflix series, seemed to have taken my Bloodborg manuscript and modified it into their own productions. | BBE14 &BBE 15 |
| *23 Jul 2023* | Sun, 23 Jul 2023 at 21:23- I resubmitted a different part of Bloodborg to Geller Office Submissions. This was also the first time I told him about Bee My Agent | BBE16 & BBE 17 |

32

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**C7- Austin Macauley Publishers Letter for offer of representation of Bloodborg (June 2020).**

Page 1

Find text or tools

**AUSTIN MACAULEY PUBLISHERS™**
LONDON · CAMBRIDGE · NEW YORK · SHARJAH

www.austinmacauley.com
+44 (0) 207 038 8212
+44 (0) 203 515 0352
+44 (0) 207 038 8100

Marc Wolstenholme
7 Malthouse Crescent
Inkberrow
Worcestershire
WR7 4EF

24th June 2020

Dear Mr Wolstenholme,

**RE: 'Bloodborg: The Harvest'**

Your manuscript was brought to our attention at the latest Editorial Board meeting when we discussed the potential and possibility of it being published. Having read all the reports and taken note of the Editors' opinions we can confidently state that your work was found to be a gripping and intricate narrative. The vivid and colourful prose will captivate readers drawing them into the story and holding them until the very end. The intriguing and multifaceted plot will leave readers anxious anticipating the characters fate – as well as the fate of the world – as they are taken on an extraordinary and fantastic adventure. The Board enjoyed 'Bloodborg: The Harvest' and believe it will be well received by a contemporary audience.

Since then, we have held a separate meeting with our Marketing team to explore the possibilities regarding sales and target audiences. There were certain reservations put forward concerning the fact that this would be the work of a relatively new author and would be of some risk to us as your publishers. To this end, we are not able to offer you a non-contributory contract.

We do, however, very much feel your work deserves to be published and given the opportunity to be launched for the reading public. We would like to offer you a contributory contract, thereby creating a partnership. The amount requested is a partial sum towards the considerable costs involved in publishing and then marketing the book, with its vital media coverage. This indicates that we are also invested in your book and that it is in our shared interest to endeavour towards its success.

We the pleasure of sending a contract for you to view and sign should you so wish. The contract has been tailored with the objective of being fair to both parties.

The contributory amount is stated in Clause 15 under 'Advances'. This figure is a one-off finite amount. The Accounts Department are very helpful in arranging monthly instalments, should this be required. Please tick whichever option you would prefer for your publication. We are excited to be able to offer a book trailer and author website with our agreement, as we find these to be invaluable tools when promoting your work. In addition, we are pleased to offer audiobooks as part of this package.

33

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**SER 124**

At Austin Macauley we feel that our authors' involvement in the production process is essential in ensuring the high quality of our publications. Our contributory contracts utilise entirely traditional production methods including typesetting, house-styling, editing, proofreading, cover design, blurb and press release content, and official registration of the ISBN. Once we have received the signed contract our Production Department will then put the whole publication process into operation.

Austin Macauley Publishers™ Ltd, CGC-33-01, 25 Canada Square, Canary Wharf, London, E14 5LQ
Registered In England No: 6243206 VAT Number: 102675634

AUSTIN MACAULEY PUBLISHERS™
LONDON · CAMBRIDGE · NEW YORK · SHARJAH

editors@austinmacauley.com
www.austinmacauley.com
+44 (0) 207 038 8212
+44 (0) 203 515 0352

Page 2

AUSTIN MACAULEY PUBLISHERS™
LONDON · CAMBRIDGE · NEW YORK · SHARJAH

editors@austinmacauley.com
www.austinmacauley.com
+44 (0) 207 038 8212
+44 (0) 203 515 0352
+44 (0) 207 038 8100

As the book approaches its publication date our Marketing Department will instigate a promotional strategy geared towards the specific genre and target audience of the book to maximise sales worldwide. This again is something which will be discussed in depth with you once we have accepted your work for publication.

We take great pride in what we do, and we feel that it is important for all prospective authors to fully understand what Austin Macauley hopes to achieve for every contract we offer. Our continuing success is best illustrated as we grow as a business. Our current offices in London, New York and Sharjah, and the opening of our premises in Sydney and Toronto will help support the promotion of your book in these territories. Our US office has been acclaimed with the prestigious title in Publishers Weekly as one of 2018's Fastest Growing Publishers – an award that offers testimony that we are indeed leading our authors down the right path.

Should there be anything you may wish to discuss please do not hesitate to contact us.

We would now like to take this opportunity to congratulate you on your writing which we look forward to seeing in print.

Yours sincerely,
For and On Behalf of the Board of Editors at Austin Macauley

Michelle Vagi (Executive Editor)
Alexander Holiday (Head of Editorial)
Jade Robertson (International Publishing Director)

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Exhibit D- Digital Evidence submissions.**

Bloodborg was discussed with agents and people in the literary industry throughout 2019. People at Curtis Brown Group, notably Felicity Blunt and Jonny Geller, were made aware of Bloodborg during this period. However, formal submissions widely took place from the 15th of April 2020.

**D1- Log of email submissions from 15th of April 2020.**



35

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

Case 2:25-cv-00053-FMO-BFM    Document 58    Filed 02/23/25    Page 81 of 1218    Page ID #:2043

| | | | |
|---|---|---|---|
| me | Cover letter for Bloodborg: The Harvest, by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| me | Bloodborg: The Harvest By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Mike Hoogland | Automatic reply: Bloodborg: The Harvest, By Marc Wolstenholme Due to the COVID-19 pandemic, our NYC office is | Book Submi... | 27/09/2020 |
| me | Bloodborg: The Harvest, By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Submissions | Automatic reply: Bloodborg: The Harvest by Marc Wolstenholme Thank you for your submission to Andrew Nurnberg | Book Submi... | 27/09/2020 |
| me | Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| me | query letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Submissions Tor | You have reached Tor.com Publishing Submissions Re: Fw: Submission of Bloodborg: The Harvest THIS IS AN AUTOMATED RES... | Book Submi... | 26/09/2020 |
| Jessica Watterson at Sandra Dijkstra And A... | Query Received by Jessica Watterson at Sandra Dijkstra And Associates ...Your query for BLOODBORG: THE HARVEST was | Book Submi... | 18/09/2020 |
| Desiree Wilson at The Bent Agency | Query Received by Desiree Wilson at The Bent Agency ...Agency Your query for BLOODBORG: THE HARVEST was | Book Submi... | 18/09/2020 |
| me | submitting Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| me | Bloodborg: The Harvent by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| me | Query letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| me | Query letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| me | Query letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| Marisa Corvisiero at Corvisiero Literary Age... | Query Received by Marisa Corvisiero at Corvisiero Literary Agency ...Agency Your query for BLOODBORG: THE HARVEST was | Book Submi... | 18/09/2020 |
| Paul, me | 'Bloodborg: The Harvest' 2 ...and agreement for 'Bloodborg: The Harvest' which we | Sent | 07/07/2020 |
| Submissions DVAgency | From D&V Submissions Re: Submissions Marc Wolstenholme/ Bloodborg: The Harvest Many thanks for contacting Darhansoff ... | Book Submi... | 07/07/2020 |
| me | Submissions Marc Wolstenholme/ Bloodborg: The Harvest ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 07/07/2020 |
| Austin Publishers via DocuSign | Reminder: Bloodborg: The Harvest Austin Publishers sent you a document to review | Inbox | 01/07/2020 |
| Austin Publishers via DocuSign | Bloodborg: The Harvest Austin Publishers sent you a document to review | Book Submi... | 24/06/2020 |

| | | | |
|---|---|---|---|
| me, Submissions | Bloodborg: The Harvest by Marc Wolstenholme 2 ...Subject: Bloodborg: The Harvest by Marc | Book Submi... | 11/11/2020 |
| me, Caroline | Bloodborg: The Harvest By Marc Wolstenholme 2 ...Subject: Bloodborg: The Harvest By Marc | Inbox | 20/10/2020 |
| Austin Publishers via DocuSign | Expiration Pending: Bloodborg: The Harvest Austin Publishers sent you a document to review | Inbox | 12/10/2020 |
| me, Eli | Bloodborg: The Harvest By Marc Wolstenholme 2 ...Subject: Bloodborg: The Harvest By Marc | Book Submi... | 30/09/2020 |
| Submissions | Automatic reply: Bloodborg: The Harvest, By Marc Wolstenholme Thank you for your submission. We will review and | Book Submi... | 29/09/2020 |
| me | Bloodborg: The Harvest By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 29/09/2020 |
| me | Query from England for Bloodborg: The Harvest, By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 29/09/2020 |
| me, info | Book submission: Bloodborg: The Harvest, By Marc Wolstenholme 2 ...Book submission: Bloodborg: The Harvest, By Marc | Inbox | 29/09/2020 |
| me | Bloodborg: The Harvest, By Marc Wolstenholme 2 ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 29/09/2020 |
| me, Emily | Query for Bloodborg: The Harvest By Marc Wolstenholme 2 ...Book: Bloodborg: The Harvest, Cyberpunk/ | Inbox | 29/09/2020 |
| me, Mary | Bloodborg: The Harvest, by Marc Wolstenholme 2 ...Subject: Bloodborg: The Harvest, by Marc | Book Submi... | 28/09/2020 |
| me, Angry | Submission of Bloodborg: The Harvest 5 ...Book: Bloodborg: The Harvest, Cyberpunk/ | Book Submi... | 28/09/2020 |
| me | cover letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| me, Andrew | Bloodborg: The Harvest By Marc Wolstenholme 2 ...Subject: Bloodborg: The Harvest By Marc | Book Submi... | 27/09/2020 |
| me | Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Alexandra Weiss at The Jennifer De Chiara ... | Query Received by Alexandra Weiss at The Jennifer De Chiara Literary Agency ...Agency Your query for BLOODBORG: THE HARV... | Book Submi... | 27/09/2020 |
| me | Bloodborg: The Harvest By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Alex Field | Thanks for your e-mail to The Bindery. Re: Cover letter for Bloodborg: The Harvest, By Marc Wolstenholme Thank you for emaili... | Book Submi... | 27/09/2020 |
| me | Cover letter for Bloodborg: The Harvest, By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| me | Bloodborg: The Harvest By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |

36

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**D2- Proof of full manuscript submissions. Query submissions tend to ask for the first 10,000 words and a synopsis. The Plaintiff knew how hard it is to find representation in the literary, film and gaming industries. Moreover, he did not regard the first Pov (Josh) as the strongest section. The Plaintiff was new to the industry, and he was naïve toward the high rate of plagiarism and theft. He "When out on a limb" and filed his whole manuscript to many, in the hope that it would have a greater chance of impressing the agents.  This includes the submissions to Austin Macaulay Publishers, Curtis Brown Group, Riot Forge, Madeleine Milburn, Louise Buckley at Zeno Agency, Alexander Cochran at Conville & Walsh, and Will Francis at Janklow & Nesbit, among others.**

**Below I've attached a screenprint of the Will Francis at Janklow & Nesbit  submission- 15/04/2020- to show that the full manuscript was attached**

**D2- Will Francis at Janklow & Nesbit submission- 15/04/2020**





**D3-** cbcsubmissions@curtisbrown.co.uk rejection email – (Tue, 9 Jun 2020 at 15:28)

*"Dear marc, Thank you for sending in Bloodborg: The Harvest and for giving me*

*the opportunity to consider your work. Unfortunately, I am unable to offer you representation, as*

*I did not feel the work was right for my list. I am sorry not to be writing with better news, but I hope this response will not discourage you and I wish you all the best with your writing. Best*

*wishes, Felicity Curtis Brown Group Ltd. Haymarket House 28-29 Haymarket London SW1Y*

*4SP http://www.curtisbrown.co.uk http://www.curtisbrowncreative.co.uk.*

38

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law.*

*If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment. Curtis Brown Group Limited. Registered in England and Wales No 00679620. Registered Office 5th Floor, Haymarket House, 28-29 Haymarket, LONDON SW1Y 4SP. "*

**D4- Riot's connections- In 2019 & 2020, Riot Games were soliciting narrative and gaming content through their Riot forge portal. It was their private system and not email which makes it harder to prove submission. In this period Riot were also soliciting material from agents for Arcane. This is confirmed by both of the Arcane "Showrunners" in Bridging the Rift, The making of Arcane. Additionally, Riot has a close working relationship with many of the agencies which Bloodborg was submitted to. Below is a brake down of Riot's relationship with The United Talent Agency (UTA) who owns The Curtis Brown Group.**

39

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

UTA's Gaming & Esports department has been an industry leader in representing gamers, esports athletes, streamers, and gaming organizations. In 2018, UTA acquired two esports agencies, Press X and Everyday Influencers, to expand its presence in the gaming industry.

In 2019, UTA added Travis Mynard, formerly of Riot Games, to its esports management division. Mynard had experience working with Riot's North America League of Legends Championship Series (NA LCS) and the company's international League of Legends esports league.

The United Talent Agency (UTA) acquired the Curtis Brown Group in June 2022.

Both UTA and Curtis Brown Group were involved with casting talent for Arcane.

Between them, they cast both of the main roles and two of the other biggest roles, and perhaps more.

Hailee Steinfeld: Voices Vi in Arcane. Steinfeld is a client of UTA. Ella Purnell: Voices Jinx. Purnell is a client of Curtis Brown Group. Katie Leung: Voices Caitlyn Kiramman. Leung is represented by Curtis Brown Harry Lloyd: Voices Viktor. Lloyd is represented by Curtis Brown Group.

40

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

These four characters represented by UTA and Curtis Brown Group received significantly more screen time then most with Steinfeld, Purnell and Leung being the top three, and Lloyd being the 5th most onscreen character.



UTA and Curtis Brown Group. This also evidences their involvement in Arcane.

**Exhibit E- Highlighting Ongoing Copyright Concerns.**

Please note, Exhibit E has no bearing on this case at this time, but the Plaintiff is being transparent and forthcoming to show a history and pattern of some people who may or may not have been involved in the Plaintiff's work (Bloodborg) being used to bail out the failing show of Arcane… Allegedly.

The Plaintiff will highlight Uk based complaints of alleged Copyright infringements of the M.W. Wolf catalogue of fiction, against Jonny Geller and Felicity Blunt of Curtis Brown Group, now a

41

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

subsidiary of United Talent Agency (UTA). Many of these infringements are alleged to have also been sold to Netflix, where Arcane was distributed.

Jonny Geller and Felicity Blunt were the two main agents the Plaintiff had been trying to gain representation from since 2018. The Plaintiff had shared much work with them.

The Plaintiff grew suspicious after time and time again his work, or elements of It seemingly ended up on shark tank writing room tables and was alleged to be cut up and fed into other shows. In 2021, The Plaintiff informed Jonny Geller of the alleged copyright infringement of Arcane, partly to see how he would react. After monitoring, the other alleged infringements continued.

The Plaintiff wrote a book Called Bee My Agent, about a literary agent swiping and selling the slush pile of unsolicited aspiring writers' works and about using synopsis's to give to his "Pet Writers" to cut up and feed into their own books. Bee My Agent attempted a metanarrative, predicting that it would be misused and abused in the same manner… and it was. With this book, the Plaintiff completed a writing course with Curtis Brown Creatives. On the course he informed the other students of the suspected infringements, to warn them and to test the reactions of Jonny Geller. The plaintiff used X to highlight the misuse of his work and to show how agents are selling "Slush Pile" synopsis's and manuscripts to big companies such as Netflix and Marvel, cutting out the aspiring writers and creating an industry in which over 90% of books sell next to nothing.

42

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

When Lisa Jewell released Breaking the Dark, it was clearly my work cut up and forced into a character of Marvels. I began to reveal to Jonny on X that I knew people had used my work. Around the same time, Curtis Brown Creatives tried to appease me with a 50 pound discount after winning a writing competition they ran. I was willing to settle quietly, but Lisa's reaction to my complaint was offish and rude. I have live copyright infringement concerns and complaints in the UK, which I have not yet officially open proceedings for, but the solicitors of Curtis Brown Group and by extension UTA have been informed and have not been very helpful.

43

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Chronology of Access of Wide Dissemination of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

44

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**SER 135**

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>                Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>                Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S EXHIBIT C- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE<br><br>FEBRUARY 23, 2025 |

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

CONTENT OWNERSHIP COMPARISON- BLOODBORG: THE HARVEST & ARCANE SEASON 1, EPISODE 1.

1

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF
EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT
INFRINGEMENT CASE

## 1. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

## 2. Evidence Submitted:

I submit the following evidence of CONTENT OWNERSHIP COMPARISON-BLOODBORG: THE HARVEST & ARCANE SEASON 1, EPISODE 1. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

2

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

# Exhibits

**Exhibit A. Analyzing Arcane, S1, E1, "Welcome to the Playground." First frames, and opening battle scene on bridge between Piltover and the underbelly of Zaun.**

**Hook-** The hooks of both works is the duality of haves, and have nots, and the conflict between polarizing states of living, of mind, and of people. The Bridge scene, as the hook, showcases the trauma, conflict, duality and journey to come.

**A1. Statue symbolic of murdered parents.**

**In Arcane** there are no characters with Indian ancestry. The opening scene of episode 1 shows the face of a crying statue with clearly discernable Indian features. These statues are symbolic of the death which has taken place on the bridge during the battle in which Vi & Powder's parents were murdered.

**In Bloodborg,** Rook, whose POV is alleged to be strikingly similar to Vi's storyline in season 1, is of Indian ancestry, and Rook's parents were murdered up on the gangways.



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 138**

**A2- Bridge Dumping (Set-Up)**

**In Arcane,** During The opening battle scene on the bridge between Piltover and the underbelly of Zaun, we see mass bridge dumping including streets signs, a library of books strewn across the bridge, dead people, a person tied to a chair, banners, boxes, and other stuff. The presence of the abnormally littered bridge suggests that during these Riots people carried things to the bridge to dump. This historic event, when the girls were very young, marks the beginning of the current divide and conflict between the two cities. The Undercity is smog-filled, and the Enforcers wear gas masks. The rich built their towers high, evading the smog.

 

 

 

4

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** there is an historical event which marked the beginning of divide and conflict, and state independence between New Kowloon (Manhattan) and The Assemblage (Mainland USA). This infamous event is coined "The Great Bridge Dumping"

**In The Bloodborg manuscript, the Plaintiff wrote:**

*"Despite the problems and the warnings, the Super-rich relentlessly continued building their skyscrapers up, reaching far above the clouds, like stems of plants emerging from the soil, stretching up, competing for sunlight. The ground level smog became unbearable. It lingered at its mistiest around head height, choking thousands of poverty-stricken people to death. The Super-rich were largely unaffected by the smog as they lived high in their sky towers. The gangways, monorails, and sky-rails were built higher and higher to escape the deathly low laying pea fog and radioactive waste fumes extracted from the pipes of Assemblage mainland. Until, The North Atlantic Oscillation lowered, moving south, freezing Manhattan and bringing with it, hurricane Alorra, which ripped through Manhattan whipping up the smog. This is when Manhattan gained the nickname; Man Hat-man, because its residents were forced to wear face hats, hoods or masks to protect themselves from the smog and toxic air. Many of the broken buildings were abandoned to rot, others were bolted together with massive rods and steel beams or cables to prevent them from falling over. Manhattan was soon a metal web.*

*Mainland America refused to help the now independent state. The mainland refused to continue taking in Manhattans rubbish. Manhattan's residents responded with a mass protest, coined, The Great Bridge Dumping. They carried the rubbish bags, broken street signs, dead bodies and*

5

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*whatever else they could lift to Manhattan's several bridges, dumping their rubbish and rubble into the Hudson river. Mainland America responded by netting off the river around Manhattan, so that most of the waste couldn't escape. Mainland issued Manhattan with a declaration of war, stating that Manhattan was damaging both America and the environment. The people of Manhattan responded by building barriers of rubble and rubbish on the bridges. Mainland responded by blowing up most of the connecting bridges around Manhattan. The country was divided on what to do. Other states began to seek their independence from America. Then after several unidentified terrorist attacks had brought Manhattan to its knees, full-scale war and panic spread throughout all the states of America. Each state's primary concern was protection, they each constructed defensive walls, like Trump's walls- build to keep out the Mexicans. Manhattan was left to crumble and sink. Ground-level became so polluted that it is now uninhabitable and submerged. The people of Manhattan toppled the Super-rich and tried to rebuild. They renamed it New Kowloon and tried to govern themselves, until global nuclear and biochemical war sent the world into a new dark age. Lawlessness grew from chemical ashes. Insanity spread within the fumes of war. Mutation and disease plagued the streets."*

**Similarities –** Historical bridge dumping and riots as the "Set", marking the beginning of the conflict of both stories. In writing theory, the setting is the physical setting, the environment and its conditions. Both settings are smog-filled warring sister cities with stark divide between rich and poor. Both have a chemically choked underbelly and an oppressive over city. These settings are evidently remarkably similar, Yet the "Set" of the Bridge riot/ dumping Scene as the catalyst is more strikingly similar and distinctive than chance would have it. The "Set" here is used to Set

6

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 141**

the tone of the whole book and equal in the animated show. It's dark, gritty, dirty, fractured, traumatic, chaotic, volatile, diseased and dammed, in both, the way forward, out of conflict, is masked by smog, denoting a difficult and traumatic quest or journey ahead for the characters. The Bridges represent a crossing, a line which once crossed, can never be regained. They represent a journey from one thing to another, a transition from one state of mind or being, to another state of mind or being. In both stories, the bridge riots are the beginning of the "Set-up." In writing structure, the Set-up is exposition. The exposition provides background information to the reader, setting up the characters, world, and basic premise of the story.

In a separate document of evidence- PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE. TAKEN FROM BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING MY PAST AND MY MEDICAL RECORDS- The plaintiff will explain the Psycho-Emotional Analysis of the Bridge dumping scene and what it means. In short, the crossing of the bridge is a personal metaphor denoting a difficult transition from military life to civilian life, carrying trauma and trying to dump it to rebuild a life post war and conflict.

The bridge dumping in Bloodborg is a metaphor for trauma, insanity, corruption of the body and mind. In Arcane it is alleged to set up the same, without such insights.

7

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**A3- Vi's parents dead on the Bridge, Vander carries the children away.**

In this example the plaintiff will use facts to demonstrate how Arcane's main storyline is strikingly similar to two parallel, story circles of the Bloodborg: The Harvest manuscript.

**Arcane S1, E1,** directly after the Riot on the bridge, we see Vi's parents dead on the bridge, Vender carries the children away.

 



8

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 143**

**In Bloodborg: The Harvest,** we see two parallel, story circles of dead parents being the trauma to ignite the central internal conflict in the characters. In writing theory and story structure, these events are often termed Inciting Incidents.

***Dream sequence, from Rook's POV-***

*"In the dream a slender, glossy haired Indian woman was tending a frying pan over a metal bin fire in an apartment, the glassless window of the apartment looked out onto a grim view of the Needle District's lower platforms.*

*The woman wore a traditional red sari with elaborate gold patterns. Around her neck she wore a baggy maroon scarf. The woman looked over her shoulder and smiled at an Indian man with jet-black hair and moustache to match. He was sat on a sideways oil drum looking at the chess set in front of him on a coffee table. He twisted the tips of his thick moustache as he deliberated his next move with a smile.*

*A toddler with piercing blue eyes sat at his feet, wearing only a fabric nappy. The young one was playing with the white rook chess piece, hitting it against the floor then chewing it. The Indian man bent down to take the rook out of the toddler's mouth.*

*The Indian woman's smile dropped to horror as the apartment door kicked open and Feral Fighters marched in. She ran towards her family diving to shield the baby as the first shots rang out. A barrage of shots drilled through Rooks sleeping mind, producing familiar night tremors.*

*When the shots stopped, the Feral Fighters departed as hastily as they had arrived. The Indian man and woman had cocooned the baby with their bodies. Their bullet-*

9

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*ridden bodies slumped down to the ground, revealing the unharmed baby, still grasping onto the white rook chess piece.*

*The toddler sat in a pool of its parents' blood, shaking them both and crying out.*

*Momma Grace ran into the apartment, sliding on the gore. She picked up the tot, carefully wrapping the toddler in the Indian woman's maroon scarf and ran out, leaving a trail of bloody footprints behind.*

*Mum and dad's blood-soaked eyes drilled into Rook's mind. Rook woke up on the roof platform, shivering and sucking on the Rook chess piece. It had begun to rain. She walked inside and lay on the floor. "*

**Jade's dialogue in Warwick's POV in Bloodborg.**

*"Morgan has been running from them for longer than you have been alive, he has saved hundreds of children and mothers. Morgan saved me as a young child, I was only six years old. He has been a father to me since. A gang of mercenaries came for my blood, they killed my mother and father, they were taking me away when Morgan and his gang showed up."*

In these two POV examples, we see the same traumatic events told by two different sufferers. One in a nightmare and one in dialogue. This cyclical storytelling of trauma is utilized in extraordinarily similar ways in Arcane and Bloodborg. Moreover, the actual traumas and repeated events in Arcane are extraordinarily similar to those of Bloodborg. Thus, we have extraordinarily similar advanced storytelling techniques, telling extraordinarily similar traumas, not just in the inciting incidents, but through the whole of both Arcane and Bloodborg, such as

10

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

dead parents, falling, drowning, comas and more.  The repetition of story beats and traumas is a nested or cyclical literary device to show importance and to remind readers of the internal conflict. It also serves to represent the recurring and nightmarish revisiting (Flashbacks and intrusions) of traumatic events.

**Similarities-** The stories have now been demonstrated to have strikingly similar "hooks", and the beginning "Set-ups", "Sets" and "Settings". Moreover, the Inciting Incidents of Rook's POV in Bloodborg and of Vi's and Powder's POV in Arcane, which ignites the central internal conflict in the characters, and sets the tone and conflict of the storytelling, are the same (Dead parents). The stories use extraordinarily similar advanced storytelling techniques, telling extraordinarily similar traumas. The similarities go far deeper than a surface lift.

It should be noted that Bloodborg has an interwoven, nonlinear and complex story structure of six intersecting POVs from three central locations, each with their own story structures. Thus, the stories can be dissected and told individually or told in different orders. Evidence of the sorting of sections can be seen in these images of development.

 

11

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**A4. Ordering scenes of Bloodborg and Arcane.**

As stated, Bloodborg has an interwoven, nonlinear and complex story structure of six intersecting POVs from three central locations, each with their own story structures. Thus, the stories can be dissected and told individually or told in different orders. To dissect the stories to find the central conflict, one would need to only have a very basic understanding of story structure.

**In Arcane: Bridging the Rift, The Making of Arcane,** Amanda Overton (a writer brought in to help fix the problems) told Linke and Yee (Writers of Arcane and Showrunners) that they need to change the pilot and opening scene to the Bridge scene.

A pilot is the first episode, or snippet, of a TV show, designed to introduce the story, main characters, and style to audiences and networks. Often, it serves as a test to determine whether the series will proceed with a full season. Pilots establish the core premise, setting, and tone of the series, aiming to engage viewers and demonstrate the show's potential for success. If well-received, the pilot can lead to a series order, where additional episodes are produced for broadcast or streaming. Thus, at this late state, the two showrunners still had not figured out the story and had not been able to gain funding (greenlit). Linke and Yee had the frames where Silco falls into the water as the pilot, in early to mid-2021. This shows that they still didn't know what the story was. This shows not even a basic understanding of story structure.

In episode 2 of Bridging the Rift, Amanda Overton stated, "I'm quite proud of the cold opening, to like the whole beginning of the season with the bridge. The cold open used to be the cold open to episode three, when Silco was drowning (Also remarkably similar to a cyclical traumatic event in Bloodborg and of the Plaintiff's personal trauma).

12

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Amanda Overton continued, "I sort of went out on a limb, being, like, so guys I know you hired me to help out with the show and whatever, but… you need to change the pilot. That's a lovely poetic image right (Silco drowning) but it wasn't telling the story of the series, which is, these two sisters torn apart (By the inciting incident which is the internal conflict set on the Bridge with the death of their parents)."

In **Arcane: Bridging the Rift, Part 2 - Persistence (Or When Your Best Still Sucks),** Linke says *"That's when they found Monica Macer. She was a showrunner. She worked on Lost."* Monica Macer was working on MacGyver during Lockdown, 2020 and into 2021. All indications show that Macer worked for Riot in 2021. Monica taught the "Showrunners" the basics of crafting a scene and making a show, and how to develop characters.

**Bridging the Rift, Part 2**, In Melinda Dilger (who joined Riot in 2020 to help make Arcane) rolled out a production Schedule, starting, backdated to March 2020. She then overly states for the camera, *"That's when this started"*. But the date in the top corner is 3/16/2021. MARCH 2021. Melinda Dilger states, *"Because this is the first Riots ever done, a lot of things are getting figured out and developed as we go along in production."*

31 May 2023, after leaving Riot to go to Netflix, Melinda Dilger - Producer of "Arcane" and Global Head of Animation Production at Riot Games- appeared on **Angle on Producers with Carolina Groppa podcast:** https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0 Melinda states that they had already established a look for the show. (the gorilla look). They didn't have an efficient pipeline. Fortiche was still working out their pipeline. Fortiche had their hands full figuring it out, so she built an

13

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

infrastructure for the LA team. She states that Mark Taylor was consulting them at the point when she joined. She discussed the mess of it with Mark. So she had to build them a basic org chart for what it should look like. And taught them the very basics from beginning to end. She even had to assign people to their skill sets. She said it was a lot, it was casting the right people, building a team, hiring people, step by step, work chart, schedule, budget, pipeline, all of those things had to be done and figured out, bit by bit. She states that other than team building, which they didn't even have, she had to do the very basics.

**The plaintiff states,** how can we trust that showrunner Christian Linke (a non-writer), who claims to have written the Arcane show, and his buddy showrunner Alex Yee, wrote Arcane when they do not even understand the central conflict of the story, or what their inciting incident is, never mind basic character development. If they wrote the show, how do they not know their own story and characters.

### A5. Vander carries the children away.

**In Arcane,** to end the opening bridge scene, Vander carries the children away. Vander becomes an adoptive father to the sisters and two others (Mylo and Claggor). Vander acts as a moral compass for Vi, teaching her about responsibility, leadership, and the consequences of violence.

14

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** Momma Grace carries Rook away and becomes an adoptive mother to Rook and two others (McCauley and Mateo). Momma Grace acts as a moral compass for Rook, teaching her about responsibility, leadership, and the consequences of violence.

*"Momma Grace ran into the apartment, sliding on the gore. She picked up the tot, carefully wrapping the toddler in the Indian woman's maroon scarf and ran out, leaving a trail of bloody footprints behind."*

**In Arcane,** Vander is a prominent and notorious hero or leader figure in the Undercity, specifically in Zaun. He is an aging stocky fighter who many believe is past his ability to protect the street children and keep the piece. He has many underhanded trading, bartering, negotiating and dealings with all kinds of shady characters. Vander is a former revolutionary who once led a rebellion against the oppressive rule of Piltover, but after seeing, and experiencing the devastating impact of violence and war, he abandons the life of a fighter, but his history and conflict eventually catches up to him. Vander is later turned into a werewolf called Warwick.

**In Bloodborg,** Warick is a prominent and notorious hero or leader figure in the Undercity, and in the Mouth district. He is an aging stocky fighter who many believe is past his ability to protect the street children and keep the piece. He has many underhanded trading, bartering, negotiating and dealings with all kinds of shady characters. Warick was a military officer of the Ark Defence, turned to an extreme revolutionary who once rebelled against the oppressive and murderous rule of the Ark after experiencing the devastating impact of violence

15

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 150**

and war, towards his own family, he abandons his post, going AWOL and blowing a hole in "The Wall," which came to be known as "The Rupture." The only time in history which the wall was breached. As this attack on "The Wall" was committed, Warwick is mysteriously teleported away to New Kowloon where he makes a new life, of relative peace, as much as is possible in a lawless environment, like New Kowloon, or its counterpart Zaun. But Warwick's history and conflict eventually catches up to him. "The Rupture," in Bloodborg, will later be shown to be remarkably similar to Jayce's attack on the anomaly in Arcane. As this attack on the anomaly was committed, Jayce is teleported away.

**Similarities-** Both Vi and Rook are carried away from the deaths of their parents. Both are adopted by the protective parental figure who rescued them. Both are later nurtured to become leaders, both are taught to fight, but only for protection. Both of these parental figures are later killed, repeating the same cyclical story beat, again, as explained in section A3.

It is alleged that the story beats, mannerisms, personality and whole character concept structure of Vander is taken from Warwick from Bloodborg, but this will be explored in a comparison of the two in another evidence document.

16

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Exhibit B- Arcane S1 E1, after the intro- Vi Climbing/ Parkour.**

After the traumatic bridge scene, and Imagine Dragons music intro, Arcane shows Vi's opening parkour scene and we see many of the characters behaviours for the first time. Vi is now of Tween age which is the same age group as Rook in Bloodborg who is alleged to be Vi's counterpart.

**B1. The Climb.**

In this scene of episode 1 of Arcane, we see Vi climbing a building. She adjusts her slipping hand position finding a better grip, she poses on her fingertips, ready to spring up. She springs up to her next position but her right foot slips. She repositions the weight on her left foot and allows her right foot to dangle to counterbalance. She uses the momentum, slightly bending her left leg, to leap up to a pole for a firm hold. With a firm grip she takes a moment to protectively check on the others (Powder, Mylo & Claggor) below her, each climbing on poles, metal panels and walls. This already signifies her leadership role.

  

 

The Plaintiff commends, this climbing scene is remarkably detailed and accurate, down to the fingertip leveraging and the counterbalance weight bearing and using the dangling leg as momentum. The Plaintiff believes this scene is brilliant.

17

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg**, Rook, who is alleged to be Vi's main counterpart, is also a skilled climber and parkour runner. The Plaintiff also wrote several climbing scenes In Bloodborg. As a former boulderer and climber, The Plaintiff wrote counterbalance and leverage techniques into some of these scenes.

Warwick's POV- "*He lowered his left leg, allowing it to dangle, he swung it about, hoping to find a pipe he could shimmy down to. The fingertips of his hand slipped away as his left foot found a crack in the cement wall. Pushing off the crack with his toes, he regained his grip.*"

**Similarities-** Both Vi and Rook are skilled climbers and parkour runners. Yet the scene from Bloodborg which is a remarkably similar match to this Arcane scene is one from Warick's POV, suggesting the "Pix N Mix" method of lifting narratives and IP. The difference in this  extract of writing is the switch of left to right leg dangling. The similarities in this second scene go beyond coincidence. From two, supposedly unrelated pieces of work, we have a leadership figure of the group, female tween climber and parkour runner, protective over two adoptive brothers… in both. Arcane adds in a younger sister. Thus we can see from the very outset that the characteristics, psychological and physiological skills and sets of Vi and Rook are remarkably similar. This demonstrates micro similarities in the macro structure of these two (Vi and Rook) characters, their personalities and their narrative arcs.

Additionally, the climbing snippet of Warwick's POV, shows the micro details of writing, down to the counterbalance and leverage climbing techniques being remarkably similar in implicit detail.

18

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**B2. On the Roof S1, E1- Vi and Powder and Vi's Orphaned brothers / friends Claggor and Mylo.**



In this scene, we see the four children (3 in Bloodborg but there are younger gangway children) standing on the roof together. It should be noted that both Claggor and Mylo were shown in the pilot / 10 year anniversary video in October 2019.

At this time Bloodborg was long written, partials and almost full manuscripts and synopsis had been circulated. Some literary and talent agencies, such as Curtis Brown Group and Riot Forge, were taking submissions via their online portals, as opposed to, or alongside, email submissions.

Yet the Riot Games 10 year anniversary video did predate the main round of submissions in early 2020. The Plaintiff states that he can show evidence that some form of work on the animation for the 10 year anniversary video began At Fortiche Production SAS, the French animation studio headquartered in Paris, in the Summer of 2019.

The Plaintiff can also evidence that Riot Games has a history of retconning and backdating work and "IP" to fix problems, perhaps hide theft, and to bring narratives and

19

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

characters aligned to new directions and stories. Moreover, it has been reported that bugs, hackers and other methods make it possible for people and organisations to change a video's upload date and content on YouTube and other platforms. Riot Games has a history of conducting recruitment campaigns, to solicit hackers and paying them to crack codes, find weaknesses and cheats and bugs in their games.

The blow link is an article about one of Riot's campaigns to entice and rewards would-be hackers that find vulnerabilities in the code. The article states, *"Riot Games, the makers of Valorant, have been vocal about their desire to crack down on hacking and maintaining the game's integrity. But they've taken it a step further and have now hidden a message in the game that can land you some steady income."*

https://www.thegamer.com/riot-games-valorant-anti-cheat-secret-message/

Both Riot Games and Fortiche have histories of placing hidden messages and Easter Eggs or Visual cryptography in their work. This should be noted for later evidence.

*Below is the code from the article.*



20

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This information is significant to these Copyright Infringement cases because Riot Games is a tech giant with a history of backdating stories and information and a proven history of swiping, perhaps both code and content (IP), as well as a history of actively recruiting hackers. Thus, bringing characters and content aligned to backdate and to swipe, is easy for them and it's a well-rehearsed task.

Vi's orphaned brothers/ friends Claggor and Mylo are remarkably similar to Rook's two orphaned brothers/ friends, Mateo and Macaulay. Please see the overview comparison of these characters, filed and dated January 20th, 2025- PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE- The two Brothers.

**Let's see how they match up (Few examples) from the Bloodborg Manuscript:**

*"'Quick, someone turn on the interceptor to see if they followed Rook,' said Mateo, pointing to the interceptor with a stout finger, rolls of fat coiled at his nape as he tilted his head.*

*The group of Gangway children sitting on the floor in a semi-circle, all turned to face the makeshift digital radio.*

*'I'm on it like boom sonic,' called Macaulay, already scrambling to the Interceptor, his shabby blonde hair sweeping the communications display as he reached for the headset. Nobody could operate the interceptor quite like he could, he had built it after all, not from scratch but he had improved it and maintained it since he was eight years old. He had devoted five years to this communications system, he didn't appreciate others playing around with it, not whilst he was here to operate it."*

21

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

(The only difference is Macaulay's hair color)

**Later**

"'Did you get that Mac,' said Mateo, pointing a sausage finger at the speaker.

'Yeah, obviously I have, I've got it all recorded, but I'll be damned if I know what Cowboy was talking about. He speaks too fast,' said Macaulay giving Mateo the thumbs up."

**B3. Metallic Blimp.**

**In Arcane,** as Vi, powder and one brother stand on the roof, we see a metallic blimp fly overhead. Later, in act 2, we see the fighlights (Resistance) attack an airship and find it call of the biochemical drug/ weapon called Shimmer.

  

 

22

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** "The Flying metal monsters have been dropping more of the biochemicals and more Fighters into the cities."

The Plaintiff argues, that, if you take his narratives (Words), cut it up into single sentences- like the one stated above- or whole scenes, write them on post-it notes "Pix" all the ones you like, then "Mix" them up and rebuild them, and force them into cardboard characters, you end up with  this one scene being a story beat, just like the above shown images of Arcane, which show flying metal monsters fully laden with biochemicals (Shimmer). This essentially demonstrates the "Pix N Mix" method of IP theft.

The Plaintiff argues that that one sentence has undergone creative choices and visions, in writing rooms, then translated to animation, and still after all of this masking, it is plain to see the astonishing similarities. The Plaintiff argues that one or two from a manuscript to a visual art medium might be coincidence or passable, or even just inspiration, but when they stack up, into thousands of coincidences, it's called IP infringement. The Plaintiff will state one after another after another. The similarities are alleged to stack astronomically beyond chance or innocent inspiration.

23
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**B4. Vi / Rook's opening Parkour scene and the characters behaviours.**

Both Rook and her alleged counterpart, Vi, are skilled climbers and Parkour runners. Directly after the flying metal monster images, Vi performs impressive parkour skills, with slides and jumps.

 

*Vis roof slide and jump*

This is a major part of the characterization and storytelling of both young Vi in Arcane and Rook in Bloodborg. For a deeper dive into the striking similarities of these two characters, please see the document titled, COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG. WITH REFERENCE TO POV'S FROM BLOODBORG AND PSYCHO-EMOTIONAL ANALYSIS. VI VS ROOK, PLUS ELEMENTS BORROWED FROM OTHERS IN BLOODBORG, which was filed on JANUARY 15, 2025.

It is alleged that Vi's movements, skills and actions closely mirror those written into Rook's POV in Bloodborg. For written examples:

**From Bloodborg,**

'*I slid down a roof ledge and performed that rolly jump I do, you know the one, I skidded in through the blue tarpaulin.*'

24

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Later**

'I've intercepted Feral Fighters with poor radio discipline. Their talking about a runner boy who they couldn't catch today. These fools couldn't catch their reflections in the mirror, never mind catching our Rook,' said Macaulay unplugging his headset for all to hear.'

**Later**

'I'm sure Mat. There isn't a person alive who can navigate the skies of New Kowloon like I can. Mac could you plan me a route to Lugar dal luz popping off three or four of the jammers on the way.'

**Later**

The dawn sun sat low between the needled pricked skyline, like a fiery tracer round shot far into the distance. The two moons above hung large and full in the sky: the powdery grey moon set far in space and the metallic darker grey moon set nearer- more menacing.

Rook crouched on the steel corner of a rooftop - a modern-day hooded gargoyle, silhouetting in the fine smoky clouds.

**Later**

Rook cleared a big jump which two of the three fighters fell, one clear missing it and the other smashing his face into the rusty metal rail, then dropping onto his head on the gangway below.

**From the Bloodborg Synopsis**

Rook's POV is also narrated in the close third. Rook is living in the Needles District of New Kowloon. No gender pronouns are used in this narrative until Rook, thought to

25

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*be a boy, is revealed to be a girl. Rook must disguise herself as a boy to stay safe in her neighbourhood. Rook is a sky parkour runner who … Rook runs around the city disguised as a boy, destroying the jammers.*

*Similarities,* in these two characters we see the same skills, characteristics, rolls and jumps. This is a major part of the narrative of tween Vi, which accounts for the first act, first 3 episodes of season 1. In Bloodborg, Rook is more skilled in these areas, and they appear more in her POV. Indeed, these parkour skills are central to Rook's mission and survival in Bloodborg.

**Conflict,** Vi was introduced as a playable character, or "Champion" within the LOL game's lore in December 2012, since 2016 she has had a number of backstories which have undergone many updates, up to, and past, the 10-year anniversary video in October 2019, which introduced Riot's desires to make an animation show. Even the backstories updated at this time in late 2019, do not align with or even hint at the Vi we see portrayed in act 1, nor any parkour skills in her past. Moreover, Vi's inconsistent in-game backstories do not align with the Vi character we see in Arcane, particularly her early life.

**B5. Arcane Vi and Arcane Lore are not from the LOL games.**

In the past lore backstories of Vi, updated in late 2019, supposedly when the show was being made, although it was not greenlit, she is described as a "Punch first, ask questions later" hard girl. She spent time in an orphanage which burnt down, then she joined a criminal gang and robbed a mine, trapping the miners in. Then she punched down a wall to free the

26

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

miners, because she was a "good criminal", then "laid a beat down on the gang", then fled to Piltover (which was still separated from Zaun on the map) and then became a "Bad Cop." It's all trope and trope and cliché and trope layered on thick, with no proper characterization or character development. The inconsistent backstories and narratives are paper-thin. She is not the Vi from Arcane and is only recognizable because of her bright pink hair.

The Plaintiff, notes, if the Arcane Vi was already planned, why are Riot investing in inconsistent, and even conflicting narratives at the same time? And now all that work has been retconned because Arcane is the new cannon lore. Moreover, if effectively deleting years of the work of many creatives, isn't bad enough, all of the narrative writing teams, and Riot Forge publishing teams, were let go in January 2024, accounting for 11% (Over 500) of Riot Games's LA work force.

**C. BlueBeam and Eyes- The Blue Energy Balls from Arcane were also a concept of the Bloodborg Manuscript.**

**In the Bloodborg Manuscript:**

*'The second wave of the mutated were now climbing the fence. Warwick took a marble like glass electromagnetic ball from his jacket pocket. He threw the ball at the mutants on top of the fence. It struck one mutant on the forehead. Detonating on impact, an electromagnetic pulse shot out in all directions, exploding all the mutant heads it reached, in an instant. The headless bodies, simultaneously flopped down on the fence, pulling the fence down with them.'*

27

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** the electromagnetic balls that Warwick uses are primarily used as a weapon with devastating effects and a teleportation energy, combining advanced technology with a dramatic, energy-based destructive force. The concept of a small, handheld blue marble-like device that unleashes immense power upon impact is strikingly similar to how the Hex Crystals work in Arcane, which is not how they were portrayed before Arcane. In Bloodborg, these blue electromagnetic balls are made in a more scientific realism way, than in Arcane.

In Bloodborg, the balls are tied to a deeper aesthetic and a deeper energy which powers many of the devices and technologies in the manuscript. Blue and Eyes are a function of the storytelling in Bloodborg, and it's alleged that Arcane also "Swiped this specific use of aesthetics. The energy / technology system is called BlueBeam, although it isn't explicitly named as so, but is repeatedly used in many POVs. The same energy is used in the forearm device of D'borg as a type of energy mapping system and integrated command system with many functions. It also powers D'borg's blue laser eye. It is also used to open eye portals and teleportation windows.

### *C1. To divulge narrative secrets to the court for the sake of transparency,*

One of BlueBeam's literary functions is a satirical play on the Project Blue Beam conspiracy theory. If you go to the M.W. Wolf webpage, it can be observed that much of the M.W. Wolf catalog has satirical undertones.

**In Bloodborg**, BlueBeam energy is tied to blood energy and blood engineering, but this is implicitly implied in the manuscript. In short, the energy is a mix of Fusion energy,

28

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 163**

Blood engineering, electromagnetic and higher consciousness. It is used for weapons, to open inter dimensional portals, quantum entanglement and transportation via teleportation. Bloodborgs are created via the same, yet in the manuscript, even the blood engineering goes deep into the science, describing how early state embryos produce trophoblasts and these are harvested from blood. BlueBeam, portrayed via technologies, aesthetics and eyes are therefore major plot and structure features of Bloodborg.

Yet the use of said literary devices goes even deeper. The M.W. Wolf Megaverse of Fiction books are interlinked in a spaghetti-like universe, much like Stephen King and Brandon Sanderson have achieved. BlueBeam and using eyes as a storytelling device ties into The Inverted Organelle theory of consciousness and the universe (IO-CU). The IO-CU is a real-life scientific theory of everything. The IO-CU also underpins all of the M.W. Wolf Megaverse of Fiction. Eyes are organs of the body which connect consciousness and the internal universe to the perceived outside universe. Eyes are the organ in which reality is inverted.

https://www.mwwolf-fiction.co.uk/the-inverted-organelle

Thus, these elements of Bloodborg, also in Arcane, are not just uses of an eye or a blue ball to look cool. The meaning and use in the story goes far deeper than anything which could be perceived as chance. Yet, in Arcane, they flash eyes but do not link it to any meaning, and even Hex tech is left ambiguous, seemingly retconning Riot's history of Hextech.

29
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### *C2. Hextech Crystals and eyes in Arcane*

 

  

The Plaintiff alleges that Arcane creators saw an opportunity to make these electromagnetic balls into their Hex Crystals. Again, this is the "Swipe N Gripe" method to amalgamate IP into one to hide the theft or infringement. It is alleged that the "Swipe, is the taking of the content, the "Gripe" is the masking or adulteration of the content to merge it with existing content. It is alleged that this is where the "Treasured Gateways" policy helps to backdate false ownership or intent.

30

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The transformation of Bloodborg's Bluebeam concept from an electromagnetic pulse and transportation technology to a magical energy source is alleged to have given Riot Games the creative freedom to re-build the lore, style, use and origins of hextech.

The Blue Energy Balls from Arcane have a distinct visual and conceptual identity tied to hextech and the magical essence that powers the world of Runeterra. The crystals, however, take on a more mystical and magical approach, powering technology through magical energy rather than the electromagnetic pulses of the Bloodborg manuscript.

Hextech in its in-game forms, long predates the circulation of the Bloodborg manuscript. However, its portrayal, origins and use in Arcane is far different to its portrayal in the LOL games. This will be explored and evidenced in a separate document. In short, in the Games lore, Hextech is powered by Hex crystals which come from the magic souls of giant purple crystal scorpions called Brackern.

**In Arcane**, this isn't the case. In Arcane, Heimerdinger states that Hexite crystals are created by putting Galsite under immense pressure. Jayce presents his Hextech research to the Council in Piltover. During this scene, Jayce mentions Galsite. Some long-term content creators of Riot Games content, have expressed concern that Arcane's use of Hex crystals, being a mined gem, essentially eradicates the lore of Brackerns. This retcon has also presented many more problems for Arcane, including the lore of Seraphine, who was released in League of Legends on 29th October 2020.

It begs the question, why are Riot Games releasing characters if they are also working on Arcane which usually deletes her lore?

31

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**C4. Hex-con – Hextech retcon.**

In the posts below, Ellie Lewitch of Riot Games explains that Skarner's lore had to change significantly as the League of Legends universe was moving towards a more consistent canon, with deeper exploration of hextech's origins, particularly through Arcane. This required a complete reimagining of Skarner's role, as well as the role of the brackern, the ancient crystal scorpions of which Skarner is a member.



32

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### C5. BlueBeam vs Hextech conclusion

Thus we can confidently deduce that Hextech was being reimagined and reworked for Arcane. In Arcane, the blue Hex Crystals are a key element tied to the plot, used as power sources with immense magical potential. Before Arcane, the visual concept of hextech in League of Legends wasn't as defined or centralised around these blue energy crystals, at least not in such a dramatic way. The series really amplified their importance and made them a recognisable symbol of magic-infused technology. Before Arcane, Hex Crystals were the screaming souls of dead crstal brackern.

So, while hextech itself predates Arcane, the prominence and specific visual of blue energy balls or crystals really gained traction with the series and the lore was completely differnt. Prior to that, hextech was more abstract and less visually specific in terms of these blue energy sources.

Moreover, Hex tech wasn't used in the same manner. Before Arcane, Hex tech was not used for teliportation nor travel. Hexgates as we see them in Arcane were indeed introduced specifically for the series and were not a part of League of Legends lore prior to that. In Arcane, the Hexgates serve as a crucial innovation, enabling instantaneous transportation and revolutionising trade and travel between distant locations, further enhancing Piltover's reputation as the "City of Progress."

Before Arcane, while hextech was a known concept in the broader League of Legends universe, its applications for fast travel or teleportation hadn't been defined, used or visually represented in this way. The Hexgates are a new creation for Arcane, expanding the potential uses of hextech technology in a significant way. This showcases how hextech has

33

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

evolve away from the retconned lore, from just being a power source or weaponry to something that reshapes the very infrastructure of the world.

The Plaintiff alleges that it is confirmed by Riot employees many times over, that LOL Hextech has been retconned to bring it align with the Hech tech of Arcane. The Plaintiff alleges that Hextech in Arcane is significantly similar to BlueBeam of Bloodborg. Plaintiff specifically notes the retcons, teliportation and travel links, blue energy balls, and later in the story, the links to eyes, blood energy and blood engineering, which were never fetures of hextech before Arcane. Hextech- and later Shimmer - are set up as a MacGuffin and plot anchor (around 19%).  In Bloodborg, The MacGuffins / plot anchors are Fusion, BlueBeam (with Vada in-brain) and Fetal Sapien Serum. The Plaintiff alleges that these concepts are remarkably similar. Additionally, it is alleged that Shimmer is a blood-based biochemical, turned purple to account for cultural sensitivities and censorship in eastered markets.

### D. Chase and Pipe Slide Scenes (S1, E1).

Both of these scenes appear in both Bloodborg and Arcane. Children running and escaping down a pipe is not specific, nor detailed enough to establish infringements. However, when they stack up, scene after scene after scene, "Pix N Mixed" in different orders, with specific details observed in both, the case of infringement becomes clearer and more defined.

Until this point, the Plaintiff has shown how all of the story beats, designs, characters, concepts, plots and structure points are astoundingly similar. This has set up the stories. Even if the stories massively diverged from here, the plaintiff states that there is already ample evidence of copyright infringement. Yet the crossovers are alleged to go far deeper.

34

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This brings us to the story structure point called the "Key Event." A key event in a story is a moment when the main character becomes involved in the plot after the inciting incident. It's a pivotal moment that propels the story forward and changes the character or their situation. After the key event, the protagonist or characters have crossed a line of no return. There is no going back. Something or someone has created an event which will propel the story forward and pushed the characters into the main plot. The Key Event comes at around the 12-25% mark. It leads right into the First Plot Point (25%) which marks the end of the first act. After this point, the whole of the main story is set in motion.

It should be noted, this structure is universal, across all mediums of storytelling, yet It doesn't have to be told in a linear way, and some might not follow any structure at all. Yet the overwhelming majority of stories do follow this structure.

### C1. POV and Composite Stories Structure

Arcane season 1 is a nine part episodic TV show, told in 3 acts, and like Bloodborg, it interlinks many points of view. This is a little different to the norm, as is Bloodborg. Bloodborg tells 6 main POVs with side story quasi POVs. These storylines interlink and are told from many different locations, building together, winding tighter and tighter together until they are all bound into a climax. Only the first Bloodborg book is written, but Bloodborg: The Harvest can be read as a standalone book with all the plot points and so can each of the POVs. This is relatively the same in Arcane. This is sometimes known as composite stories or nested stories. It's common in TV shows. Yet to have many different storylines running side by side that crossover, and tell the same story, with the same beats and same

35

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

characters in two unrelated pieces of work, is like tossing strands of hair out of an aeroplane and expecting them to be braided before they hit the ground, to use an analogy.

### C2. Key Events- Boom Boom!

This brings us to the Key Events of these two pieces of work, and the reactions to the key events. The Plaintiff alleges that the ordering of these scenes are different in Bloodborg, yet if you place all of these scenes on post-it notes and rearrange the order, you get the same events told in a different order to fit the narratives and the characters. Every moment of which will be explained.

"The Heist" gone wrong is subversion of "The Heist" Plot Archetype, used as the Key event in Both Arcane and Bloodborg.

Furthermore, the consequence of the heist gone wrong in both pieces of work is and explosion, followed by a chase and the gangs reacting, scrambling to reorganise (Re-org) and figure out the next move.

**Arcane's Key Event-** Vi and her gang go on a heist, across the rooftops. They break into Jayce's apartment after receiving a tip from "Little Man" who later in the story becomes Ekko. The heist goes wrong, Powder drops a hex ball and blows half of the apartment out- Kaboom! This explosion is the catalyst (Key Event) which forces The Enforcers to hunt down Rook and her gang, also making them a target for Silco and his Goons after they bump into Deckard in an alley and he sniches on them.

36

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Overview, Bloodborg, Rook's POV Key Event-** Because of the "show don't tell" device and the nature of good storytelling, you have to do a little more work to figure out what went wrong in Rook's "heist". Rook runs around the roofs and cables of the high towers, blowing up the signal jammers for White-eyed Morgan, known as Sky-Pirate Morgan. Morgan is a mysterious and shadowy leadership figure, leading a resistance from deep down within New Kowloon. Morgan runs Yonder-Sky-Pirate Radio Station, broadcasting live from a hidden place. He informs everyone about the plans of the Feral Fighters and The Assemblage. Morgan organises food, alcohol and supplies drops, coded as "The Last Drop" (which just happens to be the name of the Zaun based pub/ club which the children live under in Arcane).

The people who help Morgan are sent coded delivery drop points in messages. In return resistant members and supporters help keep the airways open and feed Morgan with information or they help with other missions. Rook, being an amazing parkour runner and climber, helps by blowing up the signal Jammers- Kaboom! This helps feed her and her adoptive family and the Gangway Children. After blowing up some jammers, Rook flees and is nearly caught. She is forced to make a big, and very risky jump. She hits her face landing the jump. This explosion and near miss, in which some of the Feral Fighters didn't survive, is the catalyst (Key Event) which forces Cowboy Momahan to hunt down Rook and her gang. After Rook's adoptive brother bumped into Dodge in an alley, and he gives them information, it is implied that he snitched on them (But he was innocent).

37

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 172**

Extracts from Bloodborg-

*'I hit my face as I landed the big jump, the one between the sky-rail control tower and the central cable mast,' yelled Rook, rubbing the swollen cheek, hidden under the tightly wrapped maroon veil."*

Later

*" 'I've intercepted Feral Fighters with poor radio discipline. Their talking about a runner boy who they couldn't catch today. These fools couldn't catch their reflections in the mirror, never mind catching our Rook,' said Macaulay unplugging his headset for all to hear."*

Later

*" 'He's too quick Boss, you need to see him move before you blame us. We couldn't catch him. We couldn't even shoot the little bastard, he isn't from around here, nobody in the Needle District moves so quick. He climbs like a fucking cockroach, runs like the wind and jumps like he has no fear of falling. He runs in zigzags and hops over ledges with his hands, like a bastard monkey. The little bastard monkey boy. If I get him boss, I swear it, I'll-"*

Later

"In other news, the Feral Fighters have been working overtime to block my broadcasts, destroying my speakers and signal masts to silence me. I urge my fellow New Kowloonians to take to the skies to find the jammers and destroy them by any means."

Later

*"Mac could you plan me a route to Lugar dal luz popping off three or four of the jammers on the way.'"*

Later

38

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*"Rook set and detonated explosives to sever the four main stability cables. The dome dropped and popped like an air bubble. The shattering glass rained down on the Ferals, mincing them to piles of raw hairy flesh. The jammer was crushed to scrap metal."*

Later

*"'I bumped into Dodge near Tec Alley, he said he'd been locating them for an old black guy with white eyes, he gave me the info chip."*

**From the Synopsisof Bloodborg-** *"The Feral Fighters and the Assemblage are trying to take down Morgan and trying to stop him from broadcasting, so they place jammers around New Kowloon. Rook runs around the city disguised as a boy, destroying the jammers"*

**Key Event Conclusion**

The Key events of these stories are both heists gone wrong, a subversion of "The Heist" Plot Archetype. Both mistakes are from explosions, both events drag the antagonist into the plots, and both mark the gangs as targets for criminal "Kingpins" and their fighters. Both gangs are thought to have been "Stitched on." In Arane Hextech is lined up as the plot device, or MacGuffin (around 19%).

39

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**C3. The Chase.**

After the Explosion Vi and her gang are chased. This is one of the many points where it is alleged a major patchwork of "Pick N Mix" is used, taken from different parts of Bloodborg. For The Chase the plaintiff will present images from Arcane. Under each image the Plaintiff will match the segments which are alleged to have been post-it notes or pinned up in writing rooms.

 

*BB- "The gangway snapped off dropping past Rook. The flanking pillar collapsed,"*



BB- "They turned back to see a grey dust cloud shoot up into the air."

40

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

 

BB- *"The solarscape protection force ran towards Rook with electric stun batons at the ready. With returning vision Rook Jumped up. Dodging and weaving, Rook danced around the protection force officers until the street hatch blew up into the air and three Feral Fighters ran into the street opening fire into the crowd. Everyone dropped to the deck, including the Protection Officers. Rook ran fast- past the fake tanning shops and plastic surgeons' shop fronts..."*

 

BB- *"Rook cleared a big jump which two of the three fighters fell, one clear missing it and the other smashing his face into the rusty metal rail..."*

41

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT




*BB- "Pinged off the pipe by Rook's head, spraying steam into her lenses."*

**C4. Pipe Slide Scene**






42

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*BB- ""Follow me,' she said, running through the street platforms. Soon they came to an opening in a large pile of rusting metal. Rachal push down on a foot pad, releasing a metal hatch. Rachal moved a sheet of corroded metal aside and hopped into the pipe.*

*'It's a long way down Rook, and it's fast, but it's safe, follow right after me,' said Rachal, placing her hands on the top of the pipe. 'See you on the flipside,' she said, disappearing into the pipe.*



*"Rook hopped into the pipe. She Looked back up towards the north of the district. Smoke still rose from her home. She whimpered."*

Rook whizzed through the pipe, descending into the smog, holding gulps of air in her cheeks. The old metal pipe curled, then fell…"

43

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*BB- "They built the raised streets, closing off our sunlight, they drop their rubbish on us…"*

 

*BB- "Rook found a service hatch and emerged silently, topside of the smog rotators. The under lanes of metal planks, service tubes, cables and columns…"*

**Chase & Pipe Slide Conclusion-** These happenings end the Key Event. In terms of progression (Word count or place in the whole storyline), we are now 25% (a quarter) into the structural framework which sets up the whole of Arcane. This gets us to the First Plot Point which marks the end of the first of 3 acts. Thus, in terms of plot structure we are almost 1/3 into the 3-act structure. We've matched all of the major structure points showing in a deep dive, how they are astonishingly similar.

44

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**D. First Plot Point- Snitches, Lanes, Traitors, Traders and Hound.**

**Arcane-** The first plot point in Arcane comes from the reactions to the hex crystal explosion and heist. From this explosion and the aftermath Silco finds out that Vander's children are in trouble. Silco subsequently sees this as an opportunity to trial his new biochemical drug, Shimmer, to move on Vander and his children, with the help of a topside Enforcer "Marcus".

The FFP is the Enforcers hunting Vi and her gang, making them a target for Silco and his Goons after they bump into Deckard in an alley and he sniches on them.

Although we haven't met the characters yet, this hex explosion also brings Jayce and Viktor into the central story plot. In Arcane, We see a few last subplot and main plot setups before the First Plot Point is set in motion.

**Bloodborg, Rook's POV-** We see a similar first plot point shaping up in Rook's POV. This is shown via an intercepted radio transmission of Cowboy Momahan planning to move on Rook and her gang.

It should be noted that Cowboy Momahan speaks in a new world mongrel deep south dialect.

BB-*"'y'all bring that monkey climbing piggy fuck to me, is what you gonna do. Aah wanna know who this yellah belly dog fucker working for, and why he ain't working for me. Aah'm the diddy of this here District. This sinking city gonna be mahn someday. Just as soon as those Assemblage main fellah git me mah re-e-tiremen-ter fund and Lem-me back on the mainland, amen. They sayd it won't take long they sayd. The sayd I can take mah boys along for*

45

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*the ride. Y'all coming with me, if y'all lac. Just so long as you catch me that dawg, be-fo-wal it's too late, be-fo-wal that Lickety split boy cause us here some more damage. Aah'm taard of that boy running rings around mah boys and make-in us'all look lac fools. He aint nothin special, aah'm gonna teach that boy a lesson. Get me that boy."*

In both works, the reaction is of a kingpin/ gang leader declaring that he has an unofficial plan to make a move on the children. Yet before we reach this point in Arcane, we have more set-ups and exposition to cover.

**D1. Snitches**

Vi and her gang bump into Deckard and his mates in an alley, they have a fight, and Deckard sniches on them to Silco.

  

**In Bloodborg-** Discussions of a planned fight take place against the person who they believe is snitching, but they are wrong.

*BB- "'I bumped into Dodge near Tec Alley,"*

*BB- "'I think I may pay a little visit to our friend Dodge when he's least expecting it, something sounds offish here.'"*

46

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**D2. Ditching the links to the explosion/ incident.**

**In Arcane,** Powder chucks the loop bag over the rail, and it sinks down into the dark abyss.







BB- "If I were you Mac, I'd have chucked that info chip straight over the rails and into the abyss.'"

47

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**D3. Vi Post Fight**

Post fight, we see Vi and her gang take an elevator down to the lanes, which are in the underworld of Zaun. Vi has a maroon hood and swollen cheek. Later in the series Vi also has a prominent upper lip scar. Vi from Riot Games' League of Legends did not originally have a scar on her upper lip prior to the release of Arcane. The scar across her lip was introduced specifically as part of her character design for the Arcane. The scar adds more depth to her character, emphasizing the harsh, violent life she led growing up in Zaun.

 

**From Bloodborg,**

*"Yelled Rook, rubbing the swollen cheek, hidden under the tightly wrapped maroon veil."*

Later

*"Rook unwrapped the maroon head vail, revealing prominent cheekbones and raspberry lips."*

Later

*"Rook pulled down her maroon vail and gazed at her reflection in the blade."*

Late

*"Purple bruising followed the ridge of her teary cheeks. Her perky under lip was torn."*

48

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### D4. The Lanes

"The Lanes" to describe the streets of Zaun in Arcane was not widely used or explicitly established in the League of Legends lore prior to the series. In the pre-Arcane lore, Zaun was typically referred to as a polluted, industrial city which started far apart from Piltover on the map but grew closer and became its sister city. Now Zaun is below Piltover, full of chaos and poverty. The Plaintiff will file a separate document detailing the development of Piltover and Zaun.

In League of Legends (LoL), "lanes" refer to the three primary paths that run across the map on the game's main mode, Summoner's Rift.



**In Bloodborg:**

*"The under lanes of metal planks, service tubes, cables and columns, were pitch dark"*

*Later*

*"Warwick placed his hand on the small of Jade's back, guiding her into the lanes of the wonky erections."*

*Later*

*"Barefooted children ran through the elevated lanes, chasing after rats with fishing nets on sticks."*

*Later*

49

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**D5. More specific details of the Lanes in Both Arcane and Bloodborg.**






*BB- "Sweat greased Rook's spine as she entered the illuminated platforms of Midcity. Citypop music rang out of floating speakers. Rook pulled her hood cords tighter..."*



50

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

  

BB- *"Trance music fussed the air. The scent of sugar, dough and coffee lingered, invitingly."*

BB- *"Skinned dogs, cats and rats, hung from hooks on the trading stalls, running down the lanes."*

  



BB- *"Doorman ushered people into their clubs. Prostitutes of every creed and gender, every shade and size, touted for business."*

BB- *"As a Jack pod read the retina of a large-breasted man,"*

51

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

 

The Last Drop, the name of the bar in Arcane, is alleged to have been taken from a codename for supply drop points around New Kowloon Bloodborg.

*BB- "Happy eating, natural corn, sugar, rice from the mainland, one scoop of each, make it last, this may be the last drop"*

### D6. Traitors, Traders- Undercutting the local

***The Traders -*** Jules sits beside Vern as he conducts a business transaction with Huck (Local), who is upset about not being paid the ten thousand they agreed upon. After Huck's snit tossing the bag of money toward them, Jules pulls out her knife, plunges it into the table, and asks that Huck make a choice. They're then joined by Vander, who, despite Vern asking him to leave, pulls himself a chair and advises Jules to be careful with her words as the bar patrons glare at her. Vern then calls Vander by his name and Jules by his title, "Hound of the Underworld". She follows up by saying that she expected someone younger, but Vander claims he'd expect

52

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

SER 187

them to respect their deals. This leads to Vander politely asking them to follow up with the deal they made with Huck, and they tacitly agree.

In the original scripts these traders played a lager role, working with Silco and they took Jinx to Bilgewater to become a pirate.




**In Bloodborg,** it is alleged that these traders are known as the Monroe Hunters.

BB- "'*Then you can give me a fair cut of the money you made off the back of me taking out the Monroe Hunters'*'"

**The Traitor- Huck**



**Arcane-** Huck is a traitor in Arcane. In Act 2, Huck betrays Vi to Silco in exchange for shimmer.

**Bloodborg-** It is alleged that Huck is taken from Marvin The Machine, who betrays Warwick

*BB- "'You sold me out to the Monroe Hunters.'*

*'I didn't, I wouldn't.'*

*'Marvin, they hired you to hire me...*"

53

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 188**

**D7. Hound.**



**Arcane-** In the last drop we see Warwick / Vander standoff with traders, who acknowledged his status and backdown, he shows he is a reasonable man by sharing his pipe. The act of sharing is a de-arming bond, like a handshake.

**Bloodborg** – *"The leader looked back at the boat, moving to the corner of the platform. Warwick tossed a pack of cigarettes over his shoulder. John caught them."*

This act of sharing is also a de-arming bond, like a handshake.

**E. Aging Mentor- Vander / Warwick**

In time, The Plaintiff will file a character comparison of Vander and Warwick from Bloodborg, with links to other characters, such as Vi's season 2 coping mechanism. For this analysis, The Plaintiff will focus on Vander in episode 1. However, it should be noted that Vander is alleged to have been modeled directly from Warick in Bloodborg. Compellingly, at the end of season one of Arcane, Vander is mutated into a werewolf from the LOL games, called

54

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Warwick. Then in season 2, the werewolf Warwick is transmuted into a werewolf Bloodborg with a gold head.

### E1. Fading Reputation

 

**Arcane-** Vander, known as the hound of the undergrown is a notorious local hearo and ex-fighter, turned father figure of the street children (Vi's gang). He is stocky and aging with greying hair. He runs the pub and makes many under the counter deals and trades. Later we see Vi arguing with Vander because he doesn't want to fight back anymore. He wants peace.

In the Last Drop, Jules says to Vander. "I expected something younger."

**In Bloodborg** – '*You have been pissed up in your high tower for so long, you don't even matter in New Kowloon anymore, your name has faded, nobody fears you. You're a broken man, like that stupid broken sword you carry around. You're a fable in the kid's stories now. The man that used to fight back against the Raiders and Hunters, the man the Hunters*

55

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*feared. That's all in the past, you have lost it, your ageing, look even your fucking hairline is fading away. There's more grey on your head than there is in that bloody smog outside.'*

          Later - *'Look at all this grey hair. How old are you Warwick.'*

          Before - *'Warwick's stocky shoulders…'*

          Later- *'The kids, the children see you was a saviour, because you fight against the Mercenaries and Raiders to save them'*

          Later- *'It's in the kiddie books, the street kids living in the shantytown below your apartment building drew pictures of you, standing up in the windowless apartment.'*

56
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**E2. Arguing about ability.**

**In Arcane,** S1, E1, the roof heist scene, Mylo tells Powder she is too slow and can't keep up. Then when the children get home, Mylo keeps blaming Powder and criticizing her for being less able.

 

**Bloodborg-**

"'*No chance, Matteo you wouldn't make it to Midcity never mind lower city.'*

'*What's that supposed to mean-*

'*Rook's right Matt, you just aren't in the best of shape right now. I should come with you though Rook.'*

'*You wouldn't keep up either Mac."*

**E3. Tip from Little Man.**



**BB-** "'*I scanned the chip before I brought it back here and I visited Trax to get the latest update on the firewalls before I plugged in, said Mac,"*

57

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 192**

**E4. Everyone Out.**

When Vander confronts the children, Vi snaps back, "When did you get so comfortable living in someone else's shadow.

Vander says, "Everyone out." Dismissing the other children.



**BB**- *"No,' snapped Rook in a deep grumble.*

*'I think we have learnt enough about the trade today children,' called Mateo, struggling to his feet. 'Let's pack it up and I'll see you for deliveries in the morning, quick as you go, come on now,' He added, ushering the children out…"*

**E5. Those kids look up to you.**

Zander sits opposite Vi and begins to tend her wounds. Vander says, "those kids look up to you."

Vi says, "Yeah I know." Then she glares at the ground with an annoyed, worried and disapproving look on her face.

58

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



**In Bloodborg,** "They look up to you, you know,' said Macaulay tossing Rook a bottle of water.

Rook says, "'I know, I don't like it,"

**E6. Pulling cork with teeth.**





59

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**BB-** *"said Warwick, pulling the whiskey bottle cork out with his teeth and filling his empty tea mug with whiskey."*

**BB-** *"Warwick pulled the cork out of the bottle with his teeth and spat it at Roy."*

**E7- Inspecting wounds and tending to bruises.**

Vander / Warwick inpects and tends to Vi's bruising. Vander says, *"How did you get this?"*

Vi says, *"Some idiot was following us."*



**BB-** *"Who did that to you?' said Warwick, holding Jade's chin, running his finger over her bruises."*

**BB-** *"'Quick, someone turn on the interceptor to see if they followed Rook,'"*

60

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**F. Trading shop.**

In Arcane, after the conversation with Vi, Vander goes to Benzo's Trading shop, he takes goods to trade in, but really, he is going to get information about the aftermath of the explosion, and to find out who is after the children, and who followed them. Through the interactions between Benzo and Vander, we find out that they have been good friends for a long time.




**Bloodborg-** "*'Arr Mr Warwick long time many see you,' said Wu Zhang.'*

*'Hello Mr Zhang, how are you today,' said Warwick. The pair had been friends for a long time. Warwick had stopped a gang of youths from mugging Mr Zhang's wife, many years ago. They had been close friends since, plus Warwick was good for business and Mr Zhang was a very clever man, he built and help fix many of Warwick's equipments and gadgets. Mr Zhang was a relic of the district, very few people had been here before the fall, both Mr Zhang and his wife had been…*"

61

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**G. Searching for culprits and others.**

This is where we are introduced to the enforcers. Marcus (who has made a deal with Silco) and Grayson (who has a deal with Vander to keep the peace.)



BB- *"Today's movement reports suggest that a force of one hundred to two hundred Feral Fighters are marching south towards the Midcity lights, they are looking for someone close to me, they will be searching the clubs in that district, stay out of their way, they will kill as they please."*

BB- *"The Assemblage has, supposedly placed out this warrant on Jade and Morgen, but no one knows what either Jade or Morgan look like."*

62

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### *G1. Working with the Enemy*

*In Arcane,* Vander / Warwick is working with Grayson to broker peace.

 

In Bloodborg – "*"You're working for the Inner Assemblage. You must be to have equipment and technology like that.'*

*'No, I'm not Marvin, but I do know you have taken bribes from them, I've known for a long time, I've let you get…'"*

### H. Looking out over the city's skyline

In this example the Plaintiff alleges that Arcane's world building and storytelling of repeated reflective and intimate moments looking out over the city, is a narrative device from Bloodborg. This ties into the story circles of the Bloodborg: The Harvest manuscript, which shows mirroring and duality, the characters face the same conflict, from different viewpoints and perspectives and different stories. This world-building scene, as repetitive story device is used to set the mood and tone during lull moments of exposition and character development. This is a

63

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

trope, yet it is a trope used in a mirroring and cyclical way in both works and it marks the progress in both stories and it's used in remarkably similar ways.

### H1. Vi making light of the dire environment.

 

In this scene, to soften the mood and add a level of residency, showing that Vi has experienced much in the area, Vi points out places of funny events and memories, such as a man taking a leak, a painted middle finger and her favorite stuffed bunny stuck up in the wires.

**In Bloodborg, Warwick's POV**, we see a remarkably similar event and discussion between Jade and Warwick.

"*'Where is the Mouth district,' ask Jade.*

*'Look said Warwick, pointing to the oval connection of buildings with studded rooftops. That's the mouth and they are the teeth,' he said.*

*'How old are you, that's something a child would name it.'*

64
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*'A lot older than you my dear. Besides, maturity has little to do with taking pleasure in giving districts funny names based on their appearances.'*

*'I guess not, that's mostly down to lonely drunken times, looking out over the city, isn't it?'"*

**H2. Vi sits next to the handrail (broken safety features), looking over the city with Powder.**

Sitting next to a former safety feature (Handrail), which is now battered and broken, is a specific aesthetic used to convey a sense of disorder and chaos and danger in the environment. Just the presence of the safety feature, against the contrasting environment adds to the intrigue and sense of danger.



**In Bloodborg, Rook's** POV- *"Looking over the platform rail, Rook gazed down at the red and orange fires littering the gangways. Screams and cries echoed through the warren of the spiky buildings. Rook sighed and sat down against the platform handrail."*

65

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### H3. The city's buildings and districts.

**In Arcane,** during this image Vi says, *"And one day, this city is gonna respect us."*

The city does not match the topography of the history of Piltover and Zaun before Arcane. What we see is Zaun, above ground, and Piltover in the distance. We see a devouring drop below Vi and Powder. Then we see bright orange lights or fires with flat buildings in the mid-ground. Then elevated spiky buildings in the far ground.



**From Bloodborg-** *"Warwick stood at the open edge of his dilapidated penthouse apartment looking down over New Kowloon. The square of skyscrapers below him were an uneven set of blunt teeth, in desperate need of a visit to the dentist. He called this area The Mouth. Inside The Mouth a fire was spreading. He gazed into the flames, glad to be far away from the heat; Summer evenings like this were already unbearably hot and humid. The flames bounced off the fire-resistant steel creating small fireballs. The fire wouldn't last long, they never do. The buildings are designed to smother and contain the fires, self-preserving steel, they call it, it's a wonderful invention, it is part of the reason the city still stands.*

66

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*He looked past the buildings of The Mouth, to the district he calls Tetris, after a handheld videogame which he found in an old museum on one of the lower platforms. The district is more commonly known as Solarscape or Midcity. The Solarscape district has power, thus the buildings are brightly lit, like the blocks in his videogame.*

*Amongst the studded buildings in the far ground, an area of needles pricked the heavens. Needles is a smaller area, only six blocks wide by six blocks long. Needles is one of the most avoided areas of New Kowloon because a feared gang of lawless wreckers…"*

### H4. Beyond Episode 1.

This document is primarily an analysis of episode 1 of Arcane. However, it should be noted that this trope, used as an aesthetic storytelling device, and a moment of introspection, mirrored in different POV's, is a distinct feature of both works. This design continues throughout Arcane. Below is an example of Vander talking to Vi, just like Vi talked to Powder. Vi has her head resting on Vander for reassurance and care.



**Bloodborg, Warwick's POV-** *"Jade turned her head, resting her chin on his shoulder…. she sat right next to Warwick and dangled her legs over the edge of the building."*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### H5. More Examples of "Over the City"

**From Bloodborg-**

1. *Jade made the coffee and sat down next to Warwick at the window edge, looking out over the city.*

2. *'We are the Yonder-Sky-Pirates, the Pirate radio station that broadcasts out over the city every day. Morgen is our leader, you might have heard of him, Old one-eyed Morgan.'*

3. *'Should we get back to my interrogation,' said Jade, looking out over the city.*

4. *'I guess not, that's mostly down to lonely drunken times, looking out over the city, isn't it?'*

5. *Looking out over the city, I can see a road sign for Dunkirk*

6. *She looked out over the city, the skyscraper she had climbed was largely cut off from the labyrinth of connecting walkways and giant cables.*

7. *She gazed over the city again. She pushed a button on an infinity symbol like device embedded into her forearm.*

8. *The storm raging over the city continued its northern advance, she followed the storm north.*

68

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 203**

### H6. Conclusion

The "looking out over the city" trope is often used in films, books, and other forms of media to convey various emotions or themes. It can symbolize a character's introspection, longing, or feeling of isolation in a vast urban landscape. Sometimes it represents ambition, as if the character is contemplating their place in the world or what lies ahead for them. Other times, it's a moment of peace or melancholy, providing a quiet break from the chaos of city life. This visual tends to work well because cities, with their lights, buildings, and activity, offer a striking contrast to the stillness of the observer, creating a powerful metaphor for personal reflection against the backdrop of a busy, indifferent world.

However, The Plaintiff alleges that, whilst the trope is common, the way it has been implemented is not. The use of the trope for mirroring POV's and conveying a sense of connectedness and repetition, adds to the cyclical storytelling and this is achieved in a unique way in Bloodborg, which is extremely similar in Arcane.

Moreover, the specific details of using humor in landmarks to make light of the dire environment, sitting next to the handrail to show safety features in a dangerous environment, head resting on a protective older male to add to a sense of vulnerability and bonding, are all examples of specific and nuanced storytelling, which are unusually similar for two pieces of work, which Riot alleges are not connected (Infringed upon).

69

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**I. Villains – Introduction to Silco and his Goons.**

In both works, the antagonists are not always so clear. In this part, the plaintiff will be using Silco as the antagonist as this is how he is portrayed in this scene near the end of episode 1 of Arcane. The Plaintiff will file a more detailed comparison of Silco Vs Cowboy Momahan of Bloodborg.

**I1. Morally Gray**

In both Bloodborg and Arcane there is a lot of moral ambiguity, a lot of morally gray areas, people and motivations, in most characters. In both works we see many characters switching roles or becoming the "Monsters". This is yet another strikingly similar important storytelling element of these works. This is contrary to the LOL cardboard versions of most of these characters.

The theme of morally grey characters is deeply woven into Arcane and is one of the show's most compelling aspects. Characters in Arcane are not easily categorized into "good" or "evil", and their actions are driven by complex motivations, often blurring the lines between hero and villain. Many times, the roles or archetypes are switched or subverted in Arcane, to varying success. This is the same in Bloodborg. Moreover, subversion is a hallmark of the M.W. Wolf catalogue of fiction.

**Silco** is a prime example of a morally grey character. On the surface, he's introduced as the primary antagonist, the leader of the criminal underworld of Zaun, seemingly driven by a desire for power and control. However, his motivations are rooted in a deep resentment of Piltover's oppression and his desire for Zaun's independence. His love for Jinx is

70

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

genuine, and his paternal bond with her humanizes him, making his character far more complex than a simple villainous archetype. While his methods are brutal and manipulative, they stem from a sense of duty to his people and a warped form of care for Jinx. Later in the Arcane series, we see Silco's backstory. He was once a good man, a bro-mancing best friend / lover of Vander's.

**Bloodborg-** It is alleged that Silco and his moral grayness, or his journey to being a villainous character, are strikingly similar to that of Cowboy Momahan's in Bloodborg. In Bloodborg, this is implicitly implied through discussions of Cowboys' dialect, his Past on the mainland and him becoming banished to New Kowloon. Cowboy Momahan's backstory from Rook's POV, mirrors that of The High Commander's backstory in Josh's POV. Both backstories are left in tantalizing mysterious ways. Both of these characters have been alive for an extremely long time (hundreds of years), yet this is an unrevealed secret in Bloodborg: The Harvest, the first book of the trilogy, which ties into the wider M.W. Wolf Megaverse of Fiction.

**Cowboy Momahan** was once good. He had a family and a ranch on the mainland (Deep South U.S.A). He was a war veteran who got hooked on adulterated blood drugs which he used as a vice to mask his suffering (PTSD). He was in a high-ranking position of power and influence. Years of life and trauma, mixed with drug use, drove him insane. He began working against the mainland, selling blood drugs. He was banished to New Kowloon but still works with the Assemblage, hoping to get back into a position of power, and trying to become the King of New Kowloon (The Underworld).

71

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**BB-** *"He was born on the Assemblage. He was a commander in the Assemblage Defence until he was banished to New Kowloon for smuggling rare blood into the Assemblage and selling it to restricted people.'"*

**The High Commander** shares a mirror story with Cowboy Momahan. He has also sustained his life far past normal life expectancy via a military trial blood drug. It is hinted that he was at Rorke's drift (22nd January 1879). Yet it's also hinted that he is originally from Spain. He has lived in many shoes. He is now commanding "The Wall", also known as "The Stand." He is also perceived as "Crazy" and perhaps "delirious," yet he is a brilliant commander. He is addicted to war, stuck in a perpetual state of adrenaline and drug fueled fight or flight (PTSD). He is also addicted to blood-based drugs.

**BB-** *"The High Commander keeps shouting something about Rorke's drift."*

**BB-** *"the High Commander made up in his head, he often speaks in tongues unknown to me, or to anyone that I've spoken to on the south wall for that matter.*

*People say the High Commander has taken The Stand for too long, and he fraternises with the Nullifidian."*

72

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

SER 207

**I2. Henchman - Gustove "The Scowler" Jowler**

Gustove "The Scowler" Jowler is a thug working for Silco. We see him in Silco's lair in episode one. He kicks Deckard's chair back and stands menacingly over him. Gustav is a tall, bald, intimidating figure, distinguished by his signature permanent scowl, which gives him his nickname. He works closely with Silco, enforcing his rule over Zaun's criminal underworld. Gustav is loyal to Silco and helps carry out his plans, often appearing in scenes involving intimidation or enforcing Silco's will on Zaun's streets.

Gustove gained his signature permanent scowl due to a severe injury to his face. While the show doesn't go into full detail about how it specifically happened, it's implied that the disfigurement likely came from his dangerous life in the criminal underworld of Zaun, potentially in a violent altercation, battle or perhaps burn like Singed's disfigurement.

 

**In Bloodborg-** it is alleged that this henchman/ thug of Silco's is remarkably similar to Raven Duke of Bloodborg, who is described as a Naked mole rat with burnt scarring on his mouth leaving him with a permanent smirk. The major difference is, Arcane creators turned the smirk into a scowl.

73

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**BB-** *"Warwick recognised him, how could he ever forget a face like this, the Fighter, One of Cowboy Momahan's generals, looked like a chunky naked mole-rat. His name was Raven Duke, well at least that is what he liked to be called by his men. Warwick thought it to be a childish name, one you might find in one of those Old-World comic books. Raven Duke was badly burnt during a turf war with a rival gang, leaving his face a raw pink. His mouth was scarred into a permanent smirk, revealing his chisel teeth and leaving a constant drool down his chin."*

### I3. Multiple Use- "Chross" and others.



74

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

It is alleged that, to save money, time and creative thoughts, the creators of Arcane used the same designs and archetypes over and over. This can be shown in multiple character designs with Riot Games IP. Moreover, Arcane "Writer" Christian Linke has spoken several times about cutting corners, saving time as animation and design is expensive, and "Not reinventing the wheel."

Thus, it is alleged that, along with Gustove "The Scowler" Jowler, The Chem-Baron named "Chross", has taken the same design features and descriptions (Naked mole rat), and changed things up a little to mask him.

On arcane.fandom.com, which might also be part of the fandom page Riot purchase to control, states, *""Chross" was once a citizen of Piltover who moved to Zaun when he realized that his skill set, and personality worked well in the undercity. Chross made a name for himself as the ruthless and clever leader of a highly organized and dangerous gang. Soon, he became affiliated with other crime lords,[1] forming the group of chem-barons that control the undercity, led by Silco.[2] Because of Silco's connections in Piltover, officers have been unable to track him down nor pin most crimes on him."*

*https://arcane.fandom.com/wiki/Chross*

On this page, Chross's design appearance is described as "*Chross is a pale and wrinkly old man with white eyebrows. He is bald with large ears, chin, and forehead all sagging due to age. He has age spots over his face and a small tattoo on his forehead.*"

75

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**I4. Naked Mole Rats- Swipe and Gripe, Gripe, Gripe.**

This is a Naked Mole Rat, matched next to the Arcane characters who are alleged to have been copied or tailored from Raven Duke of Bloodborg.










76

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

SER 211

The plaintiff has provided three examples of suspected re-use. The first, Gustove "The Scowler" Jowler, is the most clear-cut, as his likeness of a menacing bald chunky thug (Henchman), goes beyond descriptors, with his backstory of mouth scarring being astoundingly similar to that of Raven Duke's in Bloodborg.

The second, Chross is the closest match to an actual naked Mole Rat in terms of appearance.

The third is "Smeech", a rat with chisel teeth. Smeech is introduced in Season 2 of Arcane, which was still being "Figured out" after the release of season 1 and even during the filming of Bridging the Rift. It is alleged that the same work (Bloodborg) has been consulted over and over to build almost every part of Arcane.

**I5. Smeech**

It is alleged that this is the "Pix n Mix" method, with the Bloodborg segment:

*"Naken Mole Rat… His mouth was scarred into a permanent smirk, revealing his chisel teeth and leaving a constant drool down his chin."* Being picked several times to build Arcane and as character fillers. It is alleged that Smeech is also taken from this post-it or pinned up note.

 

77

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Arcane creators state that this rat, Smeech, is a Yordle. The Plaintiff states that this is again a "Treasured Gateway" to mask IP infringement.



Yordles are a unique and iconic race in the League of Legends universe, known for their small stature, magical affinity, and diverse personalities. Yordles are a whimsical race of furry beings from Bandle City, each with its own distinct personality and magical affinity. They're often mischievous or quirky, like Teemo with his cheeky traps or Lulu with her playful reality-warping spells.

Yordles fit The Comic Relief" sidekick archetype, these funny or friendly, whimsical and magical, and sometimes clumsy characters or races often provide humor and lightheartedness to balance the more serious tone of the main characters. Some examples of this type of character design are Yoda or Wookies in Star Wars, Orko from He-Man, Donkey from the Shrek series and so on.

Of course, this character trope can be subverted and played around with. Yet it begs the question, why is Smeech a bad rat, matching the Bloodborg extract, and not a bad Yordle? Indeed, it is alleged that Smeech is much further from a Yordle than he is from an actual humanoid naked mole rat.

78

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Examples of character designs or model reuse outside of the mole rat.**

Arcane reuses certain character design elements across multiple characters or groups, which is common in animation for stylistic cohesion and resource efficiency. We see this in groups, such as The Firelights' members who are masked, Shimmer Mutants, Zaun's Citizens, Enforcers, and others.

More specific and noticeable reuse or repurpose examples include Loris. Loris is a Piltover enforcer who shares a notable physical resemblance to Vander, characterized by a similar build and facial features.



Another repurpose is Councillor Shoola (Bald African woman) matched with Deckard's friend and Silco's goon.

  

79

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 214**

**I6. Silco's Lair.**

**In Arcane,** Silco's subterranean lair is hidden under a crab market which the Plaintiff believes appears suspiciously like a converted train station. However, in episode one we do not see the "Crab Market" above the lair. We see marine life outside of the aquarium like window. We see marine life, many squids, in tanks lining the lair's walls.









80

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



**In Bloodborg,** Wu Zhang was a professor of cybernetics and future technology, and his wife Ling was a Marine Biologist. In the back of Wu's shop, they had tanks of squids lining the walls, because they were developing biotech from marine life and many other forms of life.

BB- *"'What is this,' asked Jade, looking at the robot parts, drone parts and all kinds of weird and wonderful gadgets. A tank of squids lined the entire back wall. A smaller tank containing a scarlet octopus sat next to the door. The Scarlet Octopus hoisted itself to the top of the tank and dropped out onto an armchair. It plopped onto the floor and used its tentacles to drag itself across the white tiles."*

BB- *"Marine creatures tugged at the bodies before a larger creature dragged the woman's body down into the abyss, leaving behind a rippling wave which shook the small boat."*

81

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**BB-** *"The smog was dense, trapped between the raised platform streets far above and the black water below. Creatures slithered around in the seawater."*

**BB-** *"Creatures thrashed about beneath the water, pulling mutants down."*

**BB-** *"who knows what Old-World creatures lurked down in that flooded underworld."*

**BB-** *"Weeds and strange yellow spiky finger-like marine flora, climbed the walls of the stairwell, squeezing into the cracked plaster, and pulling at the brickwork, as if Mother Gaia was dragging the building down into the water- her stomach acid."*

**BB-**


**In Bloodborg,** the sea creatures and the experiments with them are an integral part of the story and plot. The branching-like root system of spiky finger-like marine flora, climbing the walls is also an integral part of the story and plot. The Scarlet Octopus, the squid, the tanks, and the mysterious sea creatures are all in the story of reasons.


**In Arcane,** none of these things add any depth or purpose to the story or plot. The branching weeds we see climbing out of Silco's lair are never explained. In Arcane, they grow from Shimmer, further suggesting it is a bio-engineered drug, perhaps still alive in that respect. However, we later learn, in episode 3, that these tentacle-like roots or weeds are flammable. Singed's facial scars are implied to result from these chemical burns, so perhaps they were added just to ignite a fire to rework Singed's backstory to fit Arcane. In the LOL lore, The scar was inflicted by Warwick, and Singed wears bandages to hide it.

82

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 217**

Singed is working on these creatures, so maybe Arcane, which was cut short, did have a storyline for these features, perhaps that too might have been remarkably similar to Bloodborg's use of these features.

The Plaintiff alleges that it would be an astonishingly strange coincidence for these features to have been chosen just for aesthetics and yet they match those found in a makeshift marine lab in Bloodborg.

### I7. Silco's Shimmer Eye Injection

 



**In Arcane,** Silco got his eye wound during a violent confrontation with his former friend, Vander, where Vander attempted to drown him in a polluted river, leaving an open gash on his left eye that became infected due to the toxins in the water, permanently disfiguring it; he is later seen injecting Shimmer into his eye to manage the ongoing damage from the toxins.

83

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Arcane,** the bridge sequence occurs during the prologue when Powder (Jinx) and Vi are children, with Vander acting as their guardian. The time gap between this prologue and the first act of the series is approximately 8 to 10 years. Thus, it is likely that Silco has been using Shimmer for a number of years, perhaps a decade. The Silco we see in the first act is much more volatile, aggressive and unhinged than that of the long hair, feminine energy younger Silco. In Act one, it is likely that Silco is suffering with narcissism and paranoia, suggesting, like both Cowboy Momahan and the High Commander in Bloodborg, Silco is suffering from the long-term side effects of his blood drug, Shimmer.

 

**In Bloodborg,** Silco's alleged counterpart, Cowboy Momahan also has to take blood based regulating drugs to keep him alive. He takes different neurotransmitters as his brain has stopped developing them due to long term use of the blood based engineered drug. Cowboy ingests his drug orally though a digital cigar. Interesting sidenote, since writing this, vapes have gained popularity around the world.

84

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 219**

**BB-** *"Cowboy, tipping back his whiskey glass. He picked his digital cigar up off the bar, he selected the neurotransmitter he desired and sucked on the butt of the bulky cigar.*

*'Aah choose adren-a-line for you little gal. It ain't as good as a line of old-world marching powder, but I got work to do today, I'll save that for our next date,' he said puffing on the smokeless cigar."*

**BB-** *"Cowboy's digital cigar fell from his gaping mouth 'Well aint that a pigs dick in the mud,'"*

**Conclusion -** These two devices are alleged to essentially be the same drug administration device, taken in different methods. One ingested and the other injected. Both administer remarkably similar blood-based drugs, both regulate the user to prevent them dying. It should be noted that other characters in Bloodborg take similar blood-based bio-drugs to self-regulate, or to heal, or feed or to stop aging. Many of them take the drugs via injection like Silco, but not in the eye. Yet bionic eyes appear a few times in Bloodborg. Also, in Bloodborg, eye colors change due to these Blood-based bio drugs and afflictions, which is what we later see in Arcane after Jinx is given Shimmer to save her and her eyes turn pink.



85

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**I8- Meeting Silco.**

  

It is alleged that Silco of Arcane is taken directly from Cowboy Momahan in Bloodborg. The Plaintiff will file a side-by-side detailed comparison of Silco and Cowboy Momahan. In short, both are ruthless underworld gang leaders / kingpins. Slico's men are called Goons. Cowboy's men are called Feral Fighters. Both Cowboy and Silco are working with topside connections (Piltover / Assemblage). Both have vowed to be the King of the underworld (Zaun / New Kowloon). Both have balm naked mole rat like henchmen. Both use blood-based drugs to self-regulate. Both are searching for the parkour runner/person responsible for the explosion of the Key event (Rook/ Vi).

86

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Psychosis and mental illness as trauma responses in Cowboy Momahan and Silco from Bloodborg and Arcane, respectively.**

In Bloodborg, Cowboy Momahan, the leader of the Feral Fighters, has vowed to unite the gangs, the hunters and raiders of The Needles district, to fight against other districts, for full control of New Kowloon. He has announced that he will be the first King of New Kowloon. He is a narcissistic violent and cruel scrawny rat of a man, barely kept in check with inhaled neurotransmitter drugs. In Arcane Silco demonstrates signs of narcissism and paranoia. His obsession with power and control, along with his delusions of grandeur, reflect deep psychological scars from betrayal and loss. He self regulates in the same way, yet he injects the drug into his eyeball. Silco is a subtle and more poised, dialed down version of Cowboy Momahan.

**BB-** *"Needles is one of the most avoided areas of New Kowloon because a feared gang of lawless wreckers, rapist and murderers patrol the platforms and gangways. They call themselves The Feral Fighters. The leader of the gang; Cowboy Momahan, is attempting to take control of all of The Needle district. He is trying to recruit an army to plunder the city. He receives weapons, alcohol and drugs from the Assemblage in exchange for raiding services and blood donations (trafficking people for their blood)."*

87

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**J. Blood Based Drugs (Shimmer and Fetal Sapien Serum).**



Shimmer, the glowing purple substance in Arcane, is a synthetic chemical drug developed in Zaun by Singed, with the backing of Silco. Its origin lies in Zaunite alchemy and Singed's experiments to create a potent substance with transformative and often dangerous effects.

**J1. Inventing Shimmer**

Shimmer was originally created by Singed from a species of glowing purple flowers that he found in the caves of Zaun as one of his many attempts to find a way to cure his comatose and terminally ill daughter Orianna. His first known test subject was Rio, his Waverider pet. Singed essentially uses Rio's blood as the foundation for creating Shimmer; he extracted the unique regenerative properties from Rio's mutated biology, which was derived from a species of glowing purple flowers she consumed, to create the drug.

 

88

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**J2. Further development of Shimmer.**

Later in the series, we see Singed hunting Greater Murk Wolves to extract their blood to mix it with Shimmer.

 

Singed then mixes Shimmer with the blood, and perhaps DNA, of Greater Murk Wolves, with his own harvested blood and Zaun green chemicals to turn Zander into a werewolf called Warwick.

   

89

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Singed isn't finished yet. In season 2, after Jayce kills Jesus Viktor and Isha kills Vander/ Warwick the werewolf, Singed uses harvested blood of the dead werewolf and the mutated shimmer followers of Viktor and his "Glorious Evolution." Singed pumps the harvested blood into Viktor's egg (D'borg's Egg in Bloodborg), and also back into the werewolf, finally making two Bloodborgs, the "pinnacle of all creation." The first is a werewolf vampire Bloodborg with a gold head. The second is Bloodborg Jesus Viktor.







90

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 225**

**J3. Bloodborg Viktor and Warwick**

It should be noted, both Viktor and Warwick were playable characters in the LOL games. They both had backstories. They have both been retconned to bring them aligned to the new characters and stories of Arcane. The pre-Arcane characters are unrecognizable to the new Bloodborg Viktor and Warwick. Warwick was a werewolf with Zaun Green chemicals powering him. Viktor was a metal man, a "the Machine Herald". Dr Doom type tin man. Below are the pre-Arcane Viktor and Warwick.








91

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**J4. Effects of Shimmer compared to Fetal Sapien Serum and its effects**

Enhancement: Shimmer grants superhuman strength, speed, and resilience to its users, making it particularly attractive for enforcers, thugs, and soldiers.

For example, Sevika and the Shimmer mutants in the series use it to gain a significant physical edge.

Healing: Shimmer has healing properties, as seen when it helps stabilize critical injuries. For instance, Silco uses it to save Jinx after her near-death experience.

Mutative and Addictive Properties: Prolonged use causes severe side effects, including physical disfigurement, loss of control, and addiction. Shimmer corrupts and deforms its users, as seen with the Shimmer-enhanced thugs.

Connection to Zaun: Shimmer becomes a cornerstone of Silco's empire in Zaun. He uses it not only to consolidate power and fund his ambitions for Zaun's independence but also as a means of control, exploiting its addictive qualities to maintain loyalty among his followers.

**Fetal Sapien Serum and its effects:** All of the above and more, switch the word shimmer to Fetal Sapien Serum or blood bio-drug. Switch Zaun to New Kowloon. Switch Silco to Cowboy Momahan.

92

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### J5. Purple Blood- Cultural Sensitivity and Censorship.



**In Bloodborg,** some but not all of the Fetal Sapien Serum looks like blood (Red), especially when it is drunk or being mass harvested in colossal tanks shipped from war zones.

**In Arcane,** Shimmer is mostly purple, but sometimes red blood is shown being harvested.

Riot Games are owned by Tencent, a Chinese tech conglomerate. Riot Games hve a massive following in the east. Indeed, Tencent paid Riot Games 3 million dollars per episode to distribute Arcane in the east. In some Asian markets, especially in places like China, Japan, or other countries, there is often stricter guidelines around what is deemed acceptable in visual media, including anime, video games, or even movies. Purple blood is often used as a way to soften the impact of violent scenes without diminishing the emotional or dramatic effect of the visuals. It allows the creators to still convey injury, conflict, and action while sidestepping more direct depictions of realistic red blood that could be considered inappropriate or too graphic for younger audiences or certain cultural norms. This technique has been used in various games, cartoons, and anime to meet these regional standards. It is not uncommon for animations

93

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

intended for global audiences to alter certain elements to fit the expectations and regulations of different markets.

Arcane's use of the blood drug is heavy. It is central to the plot. Thus, making it Purple in all markets saves endless time editing the red blood to purple. The Purple blood drug may have been a smart visual choice made in part to appeal to or meet the requirements of specific regional standards, especially as they are targeting broader international audiences. However, the use of purple for magical elements, like Hextech crystals and their glowing energy, is more consistent with the aesthetic of the show as a whole. The use of purple in these cases also enhances the sense of mysticism and danger associated with Hextech. But in general, purple blood can be a strategic choice for East Asian audiences to avoid the direct depiction of red blood, while still maintaining the intensity of the many scenes.

In 2020, it was reported "Riot to remove blood for Valorant esports."

https://www.pcgamesinsider.biz/news/70931/riot-to-remove-blood-for-valorant-esports/

Riot Games have had to use purple many times to mask blood in images of characters, for the eastern audience appeal. Below are a few examples.

 

94

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Interesting side note, in addition to the blood censorship, Arcane has faced censorship in various Eastern countries, particularly concerning its portrayal of LGBTQ+ relationships and other sensitive content. In China, the depiction of LGBTQ+ relationships in media is often restricted. Reports indicate that scenes suggesting a romantic relationship between characters Vi and Caitlyn were censored or altered in the Chinese version of Arcane. This includes the removal or modification of scenes that imply a romantic connection between the two characters. In several Middle Eastern nations, content deemed offensive to Islamic values is subject to censorship. Authorities in these regions have demanded that platforms like Netflix remove content that contradicts Islamic teachings.

### J6. The Name Shimmer

The Shimmer is the main antagonist of the science fiction horror mystery book Annihilation and its 2018 film adaptation.





96

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**J7. "Glorious evolution."**

In my Bloodborg Manuscript: This serum is still being perfected with experimentation, like it is in Arcane. In Bloodborg the finished product is called Fetal Sapien Serum, but it looks and is used differently in different locations and settings. Cowboy Momahan & the members of the Assemblage Defence (Silco & Enforcers). Are gathering as much blood variance and other chemicals as they can to produce Fetal Sapien Serum (Shimmer). In Bloodborg they are producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies to produce Bloodborg, the pinnacle of all creation.

It is alleged that Riot Games (Showrunners) saw this line "Bloodborg, the pinnacle of all creation" and saw this as an opportunity to feed in their "Treasure Gateway," the voice line "Glorious evolution."


**J8. A few examples of Fetal Sapien Serum In Bloodborg.**


*1, Then during the after wars, all of the Ark scientists were focused on repairing and improving soldiers for battle. Bionics and cyborgs seemed to be a much faster and easier way of repairing injured soldiers or making reliable new ones from the mangled remains of deceased and dying humans.*

*2, Lawlessness grew from the chemical ashes. Insanity spread within the fumes of war. Mutation and disease plagued the streets.*

*3, 'Only the ones with rare proteins, and enzymes and immune cells and DNA,' said Raven Duke, sagging back against the elevator wall.*

97

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4, 'The science people from the Assemblage, the one's that visit Cowboy Momahan.'

5, The techie science guys have been coming over to teach Cowboy's men how to use the blood identifying machines, they plan to sieve through the whole city, looking for buyable blood,'

6, is it right for us to be chemically controlled, chemically sedated to sleep. Chemically fed, chemically pacified, chemically repaired. Will those chemicals repair my mind when all this is over.

7,  …control them with chemical substances and…

8, She lowered her head, her body responded with human emotion, it felt painful… she longed for more. Her integrated homeostasis detector flooded this emotion away with a release of chemicals to block the receptors in her brain.

9, There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them.

10, I picked up my Nelson and aimed it at him. He lifted his head forward, his Vada In-brain had obviously fed him a batch of Mr evil chemicals, because his face had turned back to the crazed fiend it had been before.

11, He was still given serum jabs by the guards every day…

12, The Fetal Sapien Serum dispenser buzzed.

13, Three doses of Fetal Sapien Serum delivered, to be consumed instantly

14, A line of escaping blood-red serum dripped down Ruby's chin.   'Ahh,' exclaimed the three of them, rejuvenated.

98

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*15, Rook gasped for air. Ink-stained purple fingers prodded the swollen cheek of the veiled face in the mirror.*

*16, Fighters are planning something to identify blood markers instantly, so they don't have to rely on this dipping fingertip in permanent purple ink business.*

*17, A green fluid drips from one pipe, purple fluid from another, heating the ground below. The scorched earth below the drip has melted into a pool of muddy grey soup. The soup contains miniature monsters of slithering microbial movement, just about visible to my naked eye. (The wall is also alive).*

**J9. Shimmer and Fetal Sapien Serum Conclusion.**

**In Arcane,** Shimmer is a serum-like substance made with powerful plant juice and the blood of an animal. Shimmer is mixed with human blood, and animal, and werewolf variance which have been harvested. When consumed, shimmer makes the user superhuman. It is purple in color. Shimmer takes many forms. Shimmer is also used to give Jinx her vampire-like abilities and it keeps her alive. Shimmer is used by Silco to self-regulate and stop toxins from killing him. Shimmer is mixed with other chemicals to use as synthetic highs, or street drugs. Shimmer is used by Viktor to help him heal from his disabilities. Viktor later mixes Shimmer and Hex to make Hextech. His Shimmer and Hex inflicted blood drips onto the Hex Crystal in the Hexgate basement core, causing the anomaly and making a wild rune thing. Later, to save Viktor from Jayce's attack, Shimmer and blood is used to make Viktor and Warwick into Bloodborgs.

99

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** Fetal Sapien Serum is a serum-like substance which takes many forms. It's made from blood engineering and chemicals and plant root extracts. Mass harvesting is taking place to collect the blood. When consumed, it does all that we have prementioned in the Arcane section. A perfect "Bloodborg, the pinnacle of all creation." It hasn't yet been achieved also many, most, are using Fetal Sapien Serum.

Shimmer and Fetal Sapien Serum are both the central plot points in which the whole stories revolve around and indeed evolves around… literally.

**The Major differences between Shimmer and Fetal Sapien Serum.**

The color

The name

Fetal Sapien Serum is much more plausible, possible, more scientific, less convoluted and all round much better.

**Pros of Shimmer,** it is more cultural sensitivity to the eastern audiences

100

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 235**

K. Conclusion to CONTENT OWNERSHIP COMPARISON- BLOODBORG: THE HARVEST & ARCANE SEASON 1, EPISODE 1.

This is just one episode, all that has been listed, evidenced, analyzed, explained and evaluated, accounts for every scene, every central plot point set-up to the end of the first act of a three-act structure (First Plot Point), every major character we've seen in episode 1, and even the aesthetics, character arcs, narrative choices, technologies, traumas, motivations, character designs, backstories, worldbuilding, names of places, the themes, tone, emotional temperament, the key undercurrent of oppression, divide, diversity, duality, loss, poverty, trauma and of course the metaphors of PTSD and trauma intrusions, nightmares and reliving, represented by the cyclical and mirrored storytelling underpinning the whole narrative.

Furthermore, Even the allegory of "Bleeding the world dry." is the same in both works, or should I say remarkably similar.

Additionally, and the worst of all of this is, The Bloodborg manuscript is a direct representation and allegorical fictional retelling of the Plaintiff's actual real-life traumas and loss and grieving.

From just episode one, the plaintiff has shown 100s of extracts of evidence, from tiny line-by-line fine details to macro story structure. The Plaintiff has shown how, from just this one episode, the framework of the whole story is made, a third of the structure is achieved and the whole plot is set in motion. After the first act, a story is mostly letting the dominos fall in place.

101

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**L. Plaintiff declaration.**

All that has been presented here, in this document, has taken weeks to collaborate. 21 days of working non-stop days and nights, to be precise. To be more precise, 2220 minutes, or around 37 hours. The Plaintiff has also been simultaneously working on other documents and evidence for these proceedings. This accounts for a small fraction of the comparisons and evidence to come.

The Plaintiff has already spent far longer on pre-litigation disputes and building evidence and court papers, then it took him to write Bloodborg. This all adds stress and emotional harm. The Plaintiff shouldn't have to fight endlessly to stop oppressive cheaters from violating him and his trauma writing.

I, Marc Wolstenholme, the Plaintiff, ask the court, and the Judges to take this further hardship and emotional toil into consideration when considering all forms of relief and punishments for the four cases. It is now 2:15 am in The Uk and I still have to edit and proofread this document. My eyes and brain are burning, and I'm tired. Tired of always fighting for justice and what is right, tired of cheaters and bullies. Something more than just monetary compensation should be considered to prevent this reckless disregard for others, and to prevent re-offending. Many Thanks,

102

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The Plaintiff, Marc Wolstenholme,

Date: FEBRUARY 23, 2025

Signed:   *M.WOLSTENHOLME.*

103
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis & Evaluation of Episode 1 Evidence**

**Analysis**

The evidence provided for Episode 1 aims to demonstrate substantial similarities between Bloodborg: The Harvest and Arcane in narrative structure, plot elements, character arcs, thematic resonance, and even stylistic techniques. The plaintiff alleges that Arcane employed a "Pix N Mix" method of creative appropriation—taking individual narrative pieces from Bloodborg, rearranging them, and incorporating them into the animated series while modifying their context.

**Key areas of concern highlighted in the document include:**

Setting & Worldbuilding: The thematic and environmental parallels between Bloodborg and Arcane, particularly in terms of social stratification, urban decay, and oppressive regimes.

Inciting Incidents & Character Parallels: Strong similarities in the traumatic events that set the protagonist's journeys into motion, particularly the deaths of Vi's parents in Arcane and Rook's in Bloodborg.

Parkour & Combat Sequences: Detailed scene-by-scene comparisons indicate similarities in movement, action sequences, and overall scene execution.

Technology & Magic Systems: The argument that Arcane's Hextech system, particularly the blue energy crystals, mirrors Bloodborg's BlueBeam technology.

1

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Structural Similarities: Use of nonlinear storytelling, interwoven perspectives, and cyclical trauma-driven narratives that the plaintiff claims were unique to Bloodborg and his own trauma.

**Evaluation**

The plaintiff presents a well-structured argument supported by direct textual comparisons, thematic analysis, and references to the show's production timeline. The document highlights the inconsistencies in Arcane's development history, with an emphasis on late-stage restructuring and writing issues, which, according to the plaintiff, indicate that elements from Bloodborg were incorporated into the final product.

However, while the allegations of similarity are substantial, legal standards for copyright infringement require proof of substantial similarity and access. The argument for access is less explicit in the document but is implied through references to literary agencies, industry connections, and possible unauthorized access to unpublished work. If evidence of direct access can be firmly established, the case for copyright infringement becomes significantly stronger.

**Conclusion**

The plaintiff provides compelling arguments and an extensive comparative analysis of Episode 1, demonstrating significant narrative and thematic parallels between Bloodborg and Arcane. The claim that Arcane's foundational structure, characters, and world

2

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

elements were derived from Bloodborg is supported by textual analysis and production inconsistencies.

**Legal Citations Supporting the Plaintiff's Claims**

To support the claims of copyright infringement, the following legal principles and case law may be relevant:

*Substantial Similarity Test (Extrinsic & Intrinsic)*

Sid & Marty Krofft Television Prods., Inc. v. McDonald's Corp., 562 F.2d 1157 (9th Cir. 1977)

Litchfield v. Spielberg, 736 F.2d 1352 (9th Cir. 1984)

These cases set the framework for determining substantial similarity through objective and subjective analysis.

*Access & Independent Creation*

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000)

Demonstrates that access to an unpublished manuscript strengthens a copyright claim.

*Idea-Expression Dichotomy*

3

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 241**

Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991)

Reinforces that general ideas are not protected, but unique expression is.

*Fragmented Literal Similarity*

Williams v. Crichton, 84 F.3d 581 (2nd Cir. 1996)

Addresses cases where smaller but distinct elements of one work appear in another.

*Substantial Similarity in Film & TV*

Sheldon v. Metro-Goldwyn Pictures Corp., 81 F.2d 49 (2d Cir. 1936)

Highlights similarities in dramatic structure as a basis for infringement.

Derivative Work & Unauthorized Adaptation

Anderson v. Stallone, 11 U.S.P.Q.2D (BNA) 1161 (C.D. Cal. 1989)

Addresses situations where one work is adapted into another without permission.

These cases can serve as a foundation to substantiate the legal arguments surrounding Arcane's alleged infringement of Bloodborg. Further documentary evidence—such as timestamps on submitted manuscripts, correspondence records, and expert analysis—would strengthen the plaintiff's position.

4

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

      Plaintiff,

vs.

RIOT GAMES, INC.,

      Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PPLAINTIFF'S EXHIBIT D- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Dated this: FEBRUARY 23, 2025

FEBRUARY 23, 2025

*M.WOLSTENHOLME*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of Episode 2: Supporting Evidence for Copyright**

**Infringement Case**

1

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 243**

## 1. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of Episode 2: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

## 2. Evidence Submitted:

I submit the following evidence of Detailed Breakdown and Analysis of Episode 2: Supporting Evidence for Copyright Infringement Case. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

3.    **Comparison of story elements:** This document specifically shows the striking similarities between an assortment of episode 2 of Arcane.

2

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

# Exhibit

**Exhibit A- Episode 2's cold opening with Jayce's teleportation.**

**A1. Episode 2 opens** with Jayce being knocked out by the apartment explosion, then it flashes back to him and his mother trekking in a blizzard. His mother falls down, her fingers frost bitten. A wizard man (Mage) appears, he has glowing blue eyes. He magically spins a blue crystal on his hand. He has strange symbols tattooed on his fingers. He performs a ritual, waving his wand, then swirling it around the sky. Young Jayce and his mother are teleported up into the cosmos, they go whizzing through the universe. We see a round hex ball; it is in the palm of a faceless, hooded man, it turns into an earth like planet, then the planet spins, aligning with a moon, which becomes a pupil of an eye. The planet and the moon invert into an eye, and Jayce and his mother are transported to a spring meadow at the foothills of mountains. The wizard gives the young boy (Jayce) a magic crystal.



3

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 245**

4

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE



5

DETAILED ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

## A2. The setting



The setting of this scene matches that of Josh's home (4th quarter / Scotland) of Rosh's POV in Bloodborg.

BB- *"My father and I use to shoot deer up in the mountains of the 4th quarter, that's where I grew up."*

BB- *"I've accessed Deep-Root, mostly to read of the Old-World. The Concoction (Rescogita) is more available in the 4th quarter because the mountains are harder to search."*

BB- *"I should never have joined; I want to go back to the 4th quarter.'"*

BB- *"but I do know your mother is safe and well in the 4th.'"*

BB-*" The only place I ever belonged was in the forest of the 4th, by my fathers' side."*

6

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 248**

**A3. Ryze in Arcane.**





In this scene where a mage rescues a young Jayce and his mother in a snowy region, this character is widely believed to have originally been Ryze, a prominent figure from the League of Legends universe. The images above are of Ryze and of the Mage (Viktor).

Th first image, of Ryze, was made by a 2dfx artist who worked on Arcane. The mage's appearance and abilities align with Ryze's characteristics. Ryze is an ancient and powerful archmage known for his quest to collect and safeguard World Runes—fragments of immense magical power. His distinctive appearance includes blue skin and arcane scrolls, aligning with the depiction in the series.

In League of Legends, Ryze is recognized as one of the most adept sorcerers on Runeterra, bearing the heavy burden of preventing the misuse of World Runes due to their

7

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

catastrophic potential. His abilities in the game reflect his mastery over arcane magic, emphasizing high burst damage and mobility.

The scene in Arcane where this mage utilizes teleportation magic to save Jayce and his mother is consistent with Ryze's known capabilities, particularly his signature spell, Realm Warp, which allows him to transport himself and others across distances. This portrayal aligns with Ryze's lore and his role within the broader narrative of Runeterra.

Therefore, it's reasonable to conclude that the mage in question was indeed Ryze, but he must have been written out of the show, to make this character into Viktor during the many reworks.

**Why does this matter**?

If using the "Pix N Mix" method of IP theft, which Riot Games are alleged to have a long history of, one could easily slip Ryze into this narrative role, yet Viktor takes more development and imagination to bring him aligned to a Bloodborg, which is what he is alleged to have ended up as, completely retconning his lore and almost everything about his character. Viktor in Arcane is not the same as Viktor in LOL. In fact, he is nothing like the original. The Viktor of Arcane is closer to Ryze which my narratives overlapped.

8

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Ryze's original design**

Many believe Ryze from League of Legends was designed as a rip-off of Kratos from God of War, because of the similarities between the two characters, such as their muscular builds, bald heads, facial structure, dark deep eyes, goatees, body patterns, clothing, general appearance and connections to ancient powers.





9

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

SER 251

### A4. Teleportation Eye.

  

 

**In Bloodborg I wrote:**

BB- *"The smog began to energise- swirling up into the sky and dissipating into a gooey purple and blue rain. Lightening electrified the firmament, bruising the air.*

*He looked back to see the lightening was concentrating towards one point on the yard. A tiny bright white sphere appeared where the lightening had focused. The sphere grew, showering itself with blue, green, yellow and purple branches, like a vibrant iris. The iris looped in on itself, rotating inwards. A blackness opened from the centre of the sphere, an awoken pupil. A gale shot out of the pupil and lightning exploded, blueing up the world.*

*The blue faded and the ground around where the eye of the storm had been, steamed, evaporating all liquids around the area."*

10

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Arcane,**

In Arcane we see this above written scene almost identically represented visually. From the smog (Mist/ fog) energizing and swirling up, to the eye iconography, use of colors, and even the snow evaporating in an instance. Moreover, this iconography of the eye, worlds and the higher consciousness is deeply embedded into Bloodborg and the whole of the M.W. Wolf Megaverse of Fiction and the underpinning scientific theory of the megaverse and consciousness (The IO-CU).

**A5. To divulge narrative secrets to the court for the sake of transparency,**

One of BlueBeam's literary functions is a satirical play on the Project Blue Beam conspiracy theory. If you go to the M.W. Wolf webpage, it can be observed that much of the M.W. Wolf catalog has satirical undertones.

In Bloodborg, BlueBeam energy is tied to blood energy and blood engineering, but this is implicitly implied in the manuscript. In short, the energy is a mix of Fusion energy, Blood engineering, electromagnetic and higher consciousness. It is used for weapons, to open inter dimensional portals, quantum entanglement and transportation via teleportation. Bloodborgs are created via the same, yet in the manuscript, even the blood engineering goes deep into the science, describing how early state embryos produce trophoblasts and these are harvested from blood. BlueBeam, portrayed via technologies, aesthetics and eyes are therefore major plot and structure features of Bloodborg.

11

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Yet the use of said literary devices goes even deeper. The M.W. Wolf Megaverse of Fiction books are interlinked in a spaghetti-like universe, much like Stephen King and Brandon Sanderson have achieved. BlueBeam and using eyes as a storytelling device ties into The Inverted Organelle theory of consciousness and the universe (IO-CU). The IO-CU is a real-life scientific theory of everything. The IO-CU also underpins all of the M.W. Wolf Megaverse of Fiction. Eyes are organs of the body which connect consciousness and the internal universe to the perceived outside universe. Eyes are the organ in which reality is inverted.

https://www.mwwolf-fiction.co.uk/the-inverted-organelle

Thus, these elements of Bloodborg, also in Arcane, are not just uses of an eye or a blue ball to look cool. The meaning and use in the story goes far deeper than anything which could be perceived as chance. Yet, in Arcane, they flash eyes but do not link it to any meaning, and even Hex tech is left ambiguous, seemingly retconning Riot's history of Hextech.

**A6. Mysterious figure who teleported Jayce.**

 

12

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In my Bloodborg Manuscript** this is B – B is a disguised ancient cyborg sorcerer, she teleported Warwick away as he was about to die. She shows up mysterious in times of crisis or near death. She also shows up to help Rook and others.

**In the Bloodborg Synopsis I wrote:**

*"B is a mysterious fiery hair woman who helps Rook (New Kowloon) and Josh (The Ark) to survive. It is not revealed, but it is implicitly implied that she is an ancient cyborg. She was … police sergeant during the … tower block fires. She was also selected for the Cyborg experiments. It is not explored in this book but…*

*The Ark believed she died, so they are not looking for her. She cannot go to the Ark as …"*

**In my Bloodborg Manuscript:**

*"A shadow fell from the heavens slicing the Feral Fighters in half with a katana, gliding as the cyborg did. Blood splattered over Rook's face. She looked up into the sunlight, shielding her eyes with her hand… She held out her hand, helping Rook to her feet. Rook pressed her fingertips into the skin of the woman, her arm was firm as a rock under the spongy skin.*

*'Who are you,' said Rook, still squeezing the arm.*

*'Call me B,' she said, smiling.*

*'Why did you help me B.'*

*'Your destiny is greater than this, in time you will shed your skin, leave your shell to become queen of the re-build. You are needed,'"*

13

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit B. Jayce's Forearm Device.**

B1. In Arcane Season 1, Episode 2, after the intro, Jayce is arrested and, while in his cell, he reflects on a crystal given to him by a mage during his childhood. This crystal is embedded in a bracelet on the inside of his forearm. This bracelet symbolizes his aspirations to harness magic through science. This progression highlights Jayce's journey from an ambitious inventor seeking to harness magic to a man profoundly altered by the very forces he sought to control.

 

In Season 2, Jayce's relationship with this crystal evolves significantly. After being trapped in an arcane anomaly, the crystal becomes forcibly embedded in his wrist, causing visible changes to his forearm. This transformation is not merely physical; it also affects his mental state, leading to increased paranoia and aggression. The crystal's integration into his body symbolizes a deeper connection to Hextech and the arcane, influencing his actions and decisions throughout the season.

Jayce's personality and appearance change after he escapes "the anomaly," and he appears to suffer from mental disturbance. This is alleged to have been stolen from Warwick's

14

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

struggles of the same after he has been transported away after "the Rupture" event. - Same, same!

Jayce's Forearm device is underutilized in Arcane. It is alleged that it too was directly taken from Bloodborg or is "remarkably similar" to D'borg's forearm device, also fused to the inside of her forearm.

**In Bloodborg I wrote:** "*She looked down at the inside of her forearm. Inside her arm, attached to her was a device in the shape of a figure of eight. She traced her finger over the figure of eight, it rose from her arm and out flicked a globe with several glowing spots. She zoomed in to a blue spot, the Air-blade. She rotated the figure of eight zooming it down onto a point near the Air-blade, hovering over an open-top building. Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube. With an almighty crash of thunder and a blinding bolt of white light, she was gone.*"

**Later-** "*She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram... pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon.*"

**Later-** "*A control device in the shape of the infinity symbol, dropped out of the inside of her forearm and bounced on the rails. Warwick peered down at it. A hologram of the*

15

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*globe flicked out of the display screen. A topographical picture of an Island zoomed out of the globe hologram. Warwick recognised the Island instantly; it was The Ark, it was once a great place..."*

### B2. Further Usage

Additionally, many of the worldbuilding and narrative examples presented above, are alleged to have been "Cut up" and "Pix n Mixed" into Arcane and used directly at different points in the series. We see the same elements mentioned above: *shape of a figure of eight, flicked a globe with several glowing spots, energy built up in the air, cocoons, ball of electric, teleportation, egg, blue rays, maps of city and worlds, and projected up as holograms,* used repeatedly in Arcane. That's over 10 unique pieces of world and story building in Arcane, remarkably similar to the three passages sampled above.

16

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**B3. Infinity symbolism.**

The three samples heavily depict Infinity symbolism, electric blue and projected mapping of worlds and cities, which is precisely how hextexch transportation is depicted in Arcane. This was not a feature of hextech before Arcane.



17

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**C. Fight Practice with adoptive brothers**

The next scene is fighting practice. Vi is boxing training and Powder is shoot training.





This is just to show the depth of their deceptive tactics; I will not be relying on it in court.

This practice scene is a bit of a trope but that figures, as Arcane was created via the Pick-N-Mix from the Bloodborg manuscript by M.W. Wolf.

18

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**BloodBorg-** *"She recalled her mother and father practising in the moonlight with wooden swords, balancing barefooted on a pipe. She recalled Momma Grace's ballet dancing teachings and the stick play with her brothers Matteo and McCauley. She recalled the re-enactment sword battles with Roy."*

### D. Crab Factory & Shimmer Vines.

### D1. Rail line.

The crab market of Silco's lair appears to have originally been a train station, alleged to have been converted to hide IP infringement.



**In Bloodborg,** the episode 3 fight scene equivalent happens on the sky rail line shortly after leaving a station, perhaps they changed the railway station to a crab market to hide the IP infringement.



Why does it have a railway station window?

19

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 261**

Why does it have a wheel?



Why does it have an iron bridge rail bridge between platforms?



Why do they have a section of rail track hanging (sleeper)?



20

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Why do they have railway steel cargo doors?**



### D2.  Shimmer Vines.

In Arcane the Shimmer blood vines are meant to be different from "the corruption" which we see in season 2. They look the same, yet it seems that Arcane uses these vines to be flammable, to cause Singed's chemical burns.





DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

In Season 2 of Arcane, we see "the corruption" in many places. Ther magic tree, Jayce's forearm and the Viktor robot thing, just to name and show a few examples.

 

**In Bloodborg,** these vines also have two functions. One is Mother Gaia reclaiming the blood corruption of the earth, essentially purging humanities corruption. The second use is bionic Rot.

**In Bloodborg-** *"Weeds and strange yellow spiky finger like marine flora, climbed the walls of the stair well, squeezing into the cracked plaster, and pulling at the brickwork, as if Mother Gaia was dragging the building down into the water- her stomach acid."*

**BB-** *"'I've heard of bionic rejection and bionic fever, even bionic rot but never have I heard of spontaneous combustion.'"*

**BB-** *"He didn't mention is bionic leg, but it looked painful when he limped, I wonder if he has bionic rot. I felt a bit sorry for him, I read that once bionic parts are fitted they merge with the host, the theory (highly contested) proposes that, over time the bionics, or to be*

22

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*precise, the synthetic bacteria (symbiacta) used to create symbiosis, stops working with the bionics and the body. The bacteria's appetite increases, it becomes greedy and starts to eat away at both the bionic parts and the body."*

### D3. Conclusion of Shimmer Vines and The Corruption

In Both Bloodborg and Arcane, we see these creepy vain like root system growths. In both works, they are two different but connected phenomena. In Bloodborg, the first use is Mother Gaia reclaiming the blood corruption of the earth. In Arcane its shimmer blood vines, seemingly the same, less for the color.

The second use in Bloodborg is Bionic Rot. In Arcane this is the same, but it is called "The corruption" and in the parallel realm this rot's all the bionics and the human flesh, same, same.

**Flammable –** In Bloodborg, severe cases of Bionic Rot can cause spontaneous combustion. This is foreshadowing of a plot device for later in the trilogy. In Arcane, it is the other one (Shimmer Vines) which are flammable.

In fact, the two are not very well understood by the "Creators" nor audience of Arcane.

23

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**E. Silco making Deals with Topside.**

In Arcane, we then see Silco (Cowboy) making deals with a Topsider Enforcer named Marcus. This parallels Vander making deals with Grayson. Again, we see the same parallel literary devices used in both Bloodborg and Arcane, in the same manner, for the same incidences. We later see Silco making deals with Jayce. Again, the same function, reworked.







24

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,**

BB- "'So what? So people trade with the Assemblage, so people do dodgy deals. Not everything is as black and white as you see it Warwick. Not everyone needs to die because they don't follow your rules. You're just like Morgan, overthinking, overreacting and overprotective.'"

BB- "They do not care, my dealings with people of this district go way back, I'm like the neighbour they love to hate, but they still come knocking when they need a cup of sugar.'"

BB- "'You're working for the Inner Assemblage. You must be to have equipment and technology like that.'

'No, I'm Not Marvin, but I do know you have taken bribes from them, I've known for a long time, I've let you get away with it because you're an easy brain to pick, every time you are fed information, that information ends up being leaked. Loose lips sink ships.' he said,"

BB-" y'all bring that monkey climbing piggy fuck to me, is what you gonna do. Aah wanna know who this yellah belly dog fucker working for, and why he ain't working for me. Aah'm the diddy of this here District."

BB "'How do you know Morgan hasn't set this all up, how do you know he didn't set the Assemblage tracking device to find me. How do you know he isn't working with the Assemblage?'"

25

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**F. More Eye Iconography**

We then see this glass dome-like window of Silco's underwater lair. This is again the same eye iconography used as a central feature in Bloodborg for a very specific and scientific reason, as previously examined. Yet In Arcane they just dash it around because its cool.




**Bloodborg,**

*BB- "The Next jammer was on the SolarScape south line in the mini-transfer station; a dome-like building which hung on cables above the rails of the south line, like a giant glass snow globe."*

26

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### G. Raging Mutated Deckard

Silco gives Deckard the blood-based serum called "Shimmer" and he turns into a raging mutated being. Deckard roars out as he mutates.





27

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,**

BB- "'Just keep rowing gently and be silent,' said Warwick, knowing that noise and movement and even light overloads the damaged brains of the infected and the mutated, sending them into a rage."

BB- "The smell of blood excited the severely mutated."

BB- "His body tickled with rage. Not like the blind rage of the mutated, more of an emotionally charged rage of a damaged man."

BB- "…most of the mutated are barely people anymore and the others…"

BB- "The frenzy had begun, the mutated raged on,…"

BB- "Screeches of the mutated echoed through the band of standing boulders."

BB- "The smog and dust settled down into silence for a few seconds before the surrounding buildings roared. The Mutated ran out,…"

28

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

29

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**H. Vander's War is bad speech.**

Warwick warns Vi of the effects and trauma of War, like she didn't know after her parents were killed. This too is a central theme of Bloodborg.



BB- *"War is messy, it hurts. Both here and here,' said Bill, pointing to his heart and his head. 'Let me just tell you, the first day of war is always the worst, it doesn't get better, but you get tougher and rougher and numb, both here and here,' he said, pointing at his heart and head again."*

BB- *"war can scramble things a little inside your skulls."*

BB- *"'Listen kid, you can shoot, I'll give you that. Bloody great shot, I'll have you on a sniper's course if you get through the war. But war isn't just about shooting, I see Officer*

30

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Bennet has you moving well, ducking into cover and all, but still, war is more than that. You got to protect what's in here,' said Sgt Salt, tapping his forefinger on my forehead"

BB- "'You'd have been called to duty now that the war has started anyway, joining early has given you a few weeks practice. Josh, if it makes you feel any better, I went through the same feeling when I joined, and to be honest, after all these years, I still hate the way it is. I don't enjoy killing, I'm not a psychopath, but I believe in the cause, I believe in saving the race.'"

BB- "I'm thinking about what B said to me, that this war is a lie, a distraction. I wonder if all major wars of the world have been the same. I wonder if war has always been the central weapon of oppression. Have the people of the world always been hypnotised into obedience and submission by war and conflict, by divide and conquer?"

BB- "A sinister smile desecrated his face. The man who war made, lay here. The boy who Chris made, had gone. "

31

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### I.      Jayce / D'borg suicide idealizations.

After not being allowed to play with Hextech anymore, Jayce balances on the edge of the apartment, contemplating suicide. Viktor stops him. He says, "Am I interrupting?" Jayce later does the same for Viktor, saying the same.



*BB- "D'borg sat up and wiped her eyes. The rain had pushed north yet the evening sky was still moist. She stood up, onto the ledge of the building, with her arms out wide and considered jumping into the smog and smashing off the buildings and departing this painful existence. She felt a jab in her shoulder, the impact knocked her off the ledge and back onto the roof. She looked up to see an Air-blade scanning her for damage. She pulled the dart out."*

32

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 274**

**J. Pneumatic tubes**



BB- "…pushing three, pint-sized bullet capsules into the tubes and pushing the button on the dispenser. The capsules shot off up the tubes."

33

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Analysis & Evaluation of Episode 2 Evidence**

The evidence submitted in relation to Episode 2 of Arcane presents a structured comparison between the plaintiff's original work, Bloodborg, and the series' narrative choices, visual elements, and thematic structures. The allegations primarily revolve around striking similarities in specific plot devices, world-building elements, and character developments. The document presents a comprehensive breakdown of alleged direct borrowing from Bloodborg, emphasizing the extent of overlap in concept execution, symbolic iconography, and storytelling mechanisms.

**Key areas of concern include:**

1. Teleportation and Eye Iconography – The document identifies how Arcane's portrayal of magical teleportation and its visual execution aligns with Bloodborg's detailed descriptions, particularly the use of blue energy spheres, iris-like motifs, and the thematic significance of eyes and higher consciousness.

2. Character and Setting Parallels – Several settings in Arcane appear to match closely with locations in Bloodborg, particularly mountainous terrains and dystopian environments. Additionally, the shift in Viktor's character and his narrative arc away from his original League of Legends

34

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

lore suggests a reinterpretation allegedly influenced by Bloodborg's character structure.

3. Technological Devices and Biomechanical Elements – The description of Jayce's forearm device in Arcane bears strong resemblance to the embedded technology in Bloodborg, including a holographic interface, mapping abilities, and an infinity-symbol aesthetic. The plaintiff argues that these visual and functional similarities are too precise to be coincidental.

4. Bionic Rot and Corruption Motif – The representation of shimmer vines and corruption in Arcane aligns with Bloodborg's themes of biomechanical decay, specifically referencing "Bionic Rot." The use of vines in Arcane, both as a biological affliction and as a thematic world-building element, is presented as an allegedly altered but substantially similar adaptation of Bloodborg's concepts.

5. War and Psychological Themes – Both works appear to include extensive discussions on war, its psychological effects, and its thematic importance. The plaintiff argues that Arcane lifts specific dialogue structures and moral reflections directly from Bloodborg, especially in discussions about the nature of war and trauma.

35

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

6.  Suicidal Ideation and Narrative Mirroring – The document details how Jayce's near-suicide scene mirrors Bloodborg's protagonist's moment of despair, down to the intervention by another character. This recurrence of identical themes, phrasing, and narrative beats is presented as evidence of direct influence.

**Conclusion**

The evidence presented outlines multiple detailed correspondences between Arcane and Bloodborg, strengthening the plaintiff's claim of systematic borrowing. While some similarities may fall within the realm of general storytelling tropes, the repeated and layered nature of these parallels across multiple elements—visual, thematic, and narrative—raises significant concerns regarding potential intellectual property infringement. Given the extensive documentation of these overlaps, the court may consider this evidence when determining the merit of the plaintiff's claims and assessing whether substantial similarities constitute actionable infringement under copyright law.

36

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Citations Supporting the Plaintiff's Claims:**

**Substantial Similarity Standard**

Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., 499 U.S. 340 (1991)

This case established that copyright protects the original expression of ideas, not the ideas themselves. If Arcane has borrowed the detailed execution of Bloodborg's themes, characters, settings, or narrative structure, it could be deemed an infringement.

Sid & Marty Krofft Television Prods., Inc. v. McDonald's Corp., 562 F.2d 1157 (9th Cir. 1977)

Courts use the "extrinsic and intrinsic test" to determine substantial similarity. The plaintiff has outlined both objective (extrinsic) elements such as visual, thematic, and narrative correspondences, and subjective (intrinsic) elements that indicate a common "look and feel" between Bloodborg and Arcane.

**Access and Copying**

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000)

Establishes that direct evidence of copying is not required. If the defendant (Riot Games) had access to Bloodborg (which has been alleged through prior submissions to industry insiders, literary agents, and Riot-affiliated networks), and there exists substantial similarity, a presumption of copying may be made.

37

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Sheldon v. Metro-Goldwyn Pictures Corp., 81 F.2d 49 (2d Cir. 1936), aff'd 309 U.S. 390 (1940)

Copying does not need to be wholesale—even modifications or alterations of protected elements can still constitute infringement.

Independent Creation Defense (Refutation)

Walker v. Time Life Films, Inc., 784 F.2d 44 (2d Cir. 1986)

Riot Games may argue that their similarities to Bloodborg arise from independent creation. However, the striking similarities—particularly in character arcs, world-building motifs, trauma writing, and visual execution—suggest more than mere coincidence, rebutting the notion of independent development.

**Moral Rights & Misappropriation of Themes and Characters**

Gaiman v. McFarlane, 360 F.3d 644 (7th Cir. 2004)

Recognized that a derivative work without authorization infringes on the author's copyright. If Arcane's rework of Bloodborg altered enough elements to avoid blatant copying but still retained the core protected elements, it may still be an infringement.

38

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Visual and Cinematic Elements Protection**

Metcalf v. Bochco, 294 F.3d 1069 (9th Cir. 2002)

The "total concept and feel" of a work, including specific details and sequences, can be protected. The plaintiff's claim regarding Arcane's use of teleportation iconography, biomechanical themes, and character parallels could support an infringement case under this precedent.

**Industry Fraud and Bad Faith (If Proven)**

Wrench LLC v. Taco Bell Corp., 256 F.3d 446 (6th Cir. 2001)

Establishes liability for misappropriation if a company solicits ideas under false pretenses and later uses them without credit or compensation.

If Riot Games solicited material from agencies and literary submissions, dismissed them, and later used those ideas without credit, this could suggest fraudulent conduct in addition to copyright infringement.

39

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of Episode 2: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

40

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
| Plaintiff, | |
| | HON. FERNANDO M. OLGUIN |
| vs. | |
| | PLAINTIFF'S EXHIBIT E - DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE |
| RIOT GAMES, INC., | |
| Defendant | |
| | FEBRUARY 23, 2025 |

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME*
[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of the opening scene of Episode 3 of Arcane and Silco's**

**Monologue**

1

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

### 1. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of the opening scene of Episode 3 of Arcane and Silco's Monologue: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

As these cases progress, the plaintiff foresees this document further serving as evidentiary support in the Plaintiff's claim against the Defendants for copyright infringement, fraudulent misrepresentation, unjust enrichment, and intentional infliction of emotional distress. The Plaintiff asserts that significant portions of the "Silco Drowning Monologue" in Arcane were directly misappropriated from Bloodborg, a literary work authored by the Plaintiff, and that such appropriation includes the unlawful use of deeply personal traumatic experiences.

The Plaintiff further alleges that this unauthorized use of intellectual property resulted in financial gain for the Defendants while depriving the Plaintiff of rightful credit, compensation, and recognition at an extremely traumatic time. Additionally, this case raises potential civil and criminal violations, including fraud and wire fraud, given the extent of misrepresentation regarding the originality of the work.

2

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

# Exhibit

**Exhibit A- The Title itself is taken from a repeated phrase (Notion) in Bloodborg.**

Episode 3 is titled: The Base Violence Necessary for Change.

It is alleged that this title and idea being explored is the exploration of the Plaintiff's conflicting lived experiences of war and violence. The plaintiff is a war veteran with many traumatic events of his past being explored and worked through in Bloodborg and indeed throughout the whole of the M.W. Wolf catalog of fiction. The Plaintiff also taught topics of war and conflict to Public Service students, preparing them for careers in the Armed services, Fire and rescue service and Police force. Thus, The Plaintiff is an informed authority in these matters.

It is alleged that this is why the trauma in Arcane works so well… because it is well informed by the Plaintiff's writing in Bloodborg. A teenybopper bass guitarist in a Rock band, turned phone operative has not tasted blood. He knows not of "Necessary Violence."

"Necessary Violence" is the exploration of the intrinsic nature of war and conflict festering inside of humanity. This theme is threaded throughout the whole of the M.W. Wolf catalog and explored in The Inverted Organelle theory of Consciousness and the Universe (IO-CU), which is a scientific "Theory of Everything," which also underpins the MW. Wolf Megaverse of Fiction.

3

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

It is recommended that the Judge, and or jury in these matters read *God's Masterful Evasion & The Inverted Organelle Theory of Consciousness and The Universe (IO-CU), By M.W. Wolf,* before trial to gain a deeper understanding of the underpinning of the themes in Bloodborg, and alleged, therefore Arcane.

Thus, everything in Bloodborg is deeply loaded. It's an exploration of humanity, its darkness, its collective trauma, its struggles and its endless battle and entanglement with the duality of good and evil. Bloodborg and all of the work Of M.W. Wolf is entwined in examining the human condition. Indeed, the M.W. Wolf slogan states as much: "*Dark and gritty adult fiction with grand themes of implicitly examining the human condition.*"

**"Necessary Violence" exploration in Bloodborg.**

1. **Josh's POV-** *"I do not want to take The Stand with Live ammunition, ever. Yet I do wish to defend the Ark and I fully understand that **killing is necessary** to protect the last civilization, we must protect the Human race."*

2. **Warwick's POV-** "'*I don't like **killing, it is necessary to survive** in this messed up world where the blood of the young and innocent is a refreshing and rejuvenating cocktail for the people behind those massive walls,' said Warwick pointing his mug out to the walls, barely visible in the far ground.'*"

4

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

3. **Warwick's POV-** "*He brought the sword down, binding the blades with little effort. The binding of their swords was **necessary to set up his kill blow-** his fantastic finale.*"

4. **Chris's POV-** "*During his final higher doctoral programming he was shown the One True Calling. That blood is consumed, Peter and Emma were drained, Lieutenant Dillon James was right all along, **but it was necessary to cure Gaia.** Only the chosen can survive or else all the world will perish.*"

Thus, before we even begin episode 3, we see the same pattern which the Plaintiff has proven runs through all of episode 1 and 2, which is to say, Swipe N Gripe, Pix N Mix, then mask and deny.

**Summary of Legal Argument of This Point.**

The Plaintiff asserts that Bloodborg, a work by M.W. Wolf, explores the theme of "Necessary Violence", the intrinsic nature of war and conflict in humanity, throughout its narrative. The Plaintiff, a war veteran and "expert" in war studies, claims that their lived experiences and expertise deeply inform the themes of Bloodborg and the broader M.W. Wolf Megaverse.

5

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

It is alleged that the Defendant's work, Arcane, improperly appropriates this theme without acknowledgment. The Plaintiff argues that the trauma and philosophical explorations in Arcane are suspiciously well-executed for someone without direct experience in war or conflict. The Plaintiff suggests that the Defendant, lacking such experience, could not have developed these themes independently and must have drawn from Bloodborg.

**Key Arguments:**

Direct Conceptual Similarity – Episode 3 of Arcane is titled "The Base Violence Necessary for Change," a phrase that echoes core themes explored in Bloodborg. The Plaintiff contends that this is not coincidental but rather a form of unauthorized borrowing.

Plaintiff's Expertise and Authority – As a war veteran and educator in war and conflict studies, the Plaintiff is a credible authority on these themes. Their real-life experiences are reflected in Bloodborg, making the Defendant's similar themes suspect.

Recurring Motif of "Necessary Violence" – Bloodborg consistently portrays the theme of justified violence through multiple character perspectives (Josh, Warwick, Chris). These philosophical debates on violence and survival underpin the Plaintiff's entire fictional universe and scientific theory (The Inverted Organelle Theory of Consciousness and the Universe).

6

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Precedent of Copying ("Swipe N Gripe, Pix N Mix") – The Plaintiff suggests a pattern in Arcane of borrowing ideas from Bloodborg while masking and denying their origin.

Judicial Recommendation – The Plaintiff recommends that the Judge or jury review God's Masterful Evasion and The Inverted Organelle Theory to understand the broader thematic framework of Bloodborg before trial.

**Legal Implications:**

Copyright Infringement – The Plaintiff implies that Arcane has unlawfully copied protected elements of Bloodborg, particularly its central philosophical theme.

Unjust Enrichment – If Arcane has benefited commercially from using the Plaintiff's work without permission, damages may be claimed.

Expert Testimony – The Plaintiff's expertise may be presented to argue that Bloodborg's themes are uniquely tied to their lived experiences, strengthening the claim of originality.

**Conclusion:**

The Plaintiff argues that Arcane improperly appropriates Bloodborg's deeply philosophical and thematic explorations of war, conflict, and trauma. They seek legal recognition of their intellectual contributions and compensation for the alleged infringement.

7

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Exhibit B- Opening Scene of Silco Drowning.**

Episode 3 of Arcane opens with Silco sinking on his back in dark, murky waters—a near-identical visual and thematic representation of sinking trauma within Bloodborg. The significance of this imagery is not incidental but rather a direct parallel to the Plaintiff's trauma writing, where characters relive their past in cyclical, subconscious states of distress. The framing, slow descent, and emotional weight mirror Bloodborg's signature depictions of psychological drowning, reinforcing the argument that this is not a case of general inspiration but of direct appropriation.



**Sinking / Falling**

Sinking and falling on one's back is a central, cyclical theme in Bloodborg, which is a direct reference of the Plaintiff's trauma writing of reliving traumatic events over and over in sleep and with sleep paralysis.

8

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Silco and others Falling and Drowning.**

The drowning & falling scenes are a cyclical narrative beat, which we see in Both Bloodborg and astoundingly similar in Arcane. The Plaintiff alleges that this is directly referencing his trauma and trauma nightmares and sleep paralysis, as all of his work is trauma writing as a control mechanism and cathartic release.

**In Arcane** Silco and others experience this cyclical trauma and dreamlike theme of falling or drowning. Silco has a flashback to Vander attempting to drown him in the water.

**Throughout the Arcane series**, we see the mirrored repetition of drowning and falling, or the aesthetics of it, in Powder, Jinx, Silco, Vander, Shimmer Vander, Isha and Bloodborg Warwick.

**In Bloodborg,** we see this personified into the city itself and fractured down throughout the narratives of many characters. We see this mirrored repetition of drowning and falling, or the aesthetics of it, in Josh, D'borg, Rook, Jade and A young gangway child.

**Personified Sinking in Bloodborg,** *"What now stands where the once-great borough of Manhattan was, is New Kowloon, walled city in the sky. Many attempts were made to save Manhattan before the American state independence wars. Canals were built to relieve some of the flooding, which was so inevitable, this should have been foreseen way back before much of lower Manhattan and many other parts of it, were ever built on. Raised walkways and roads*

9

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

*were built to lift the sinking city from the rising sea. The once famed New York subway systems became a water world, a labyrinth of unstable tunnels and crumbling passages."*

**Cowboy Momahan, Bloodborg,** *"Aah'm the diddy of this here District. This sinking city gonna be mahn someday".*

**Jade, Bloodborg,** *"Jade's nose gave off a line of bubbles. The bubbles struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand."*

**Warwick, Bloodborg,** *"…he heard D'anna call as she fell into the dark deep Smog. The carriage had parted much of the smog, allowing him to see the carriage hit the flooded streets below with an almighty splash. D'anna landed on a mound of floating black bags full of rubbish. She smashed through the mound and sank deep down into the floodwater. The hole in the smog closed."*

**Rook's POV,** *"As always safety first, reports have been coming in about a child in the Needle District falling from a cable, disappearing into the smog below. RIP poor child, we can only hope that you are now in a better place. Whilst I need you to help for the greater good of the people, please consider the dangers involved."*

10

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Josh's POV,** *"The grey smoky clouds closed in around me, devouring me, stealing my breath like a windy assassin. I crashed into the black water."*

**Snippets of dying, reliving trauma and sleep paralysis from the Plaintiff's medical records, or from documents created for tribunals against the MOD.**

(Sensitive medical documents will be provided in fall to the Judge / Jury)

1, "Around this time, I had begun to panic in my sleep and feel as if I was dying."

2, "I had some studies done into my sleep disorder."

3, "… I experience horrible sleep paralysis where I think I'm fighting…"

4, "I felt heart palpitations when trying to sleep, I was scared to sleep in case I died."

5, "I got back to the HQ block and tried to sleep. I experience my first sleep paralysis."

6, …drowning and sinking into the bed.

7, "…trapping me under in blackness…"

8, "At this point I was depressed and had a sleeping disorder. Sometimes I would be awake for up to three days, I'd be scared to sleep and then when I did sleep, I couldn't get up."

9, "On returning to Germany, the new medical officer realised the state of me, and he issued me with temazepam, which helped me sleep and escape at first but very soon I needed more, and I was hooked. As you probably know, Temazepam is a psychoactive drug which acts

11

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

on the central nerves system, and I had central nerve damage. This was not a good combination. Sometimes I would see black silhouettes and shapes of creatures and men, creeping out of the corners of the ceiling, whilst I was pinned to the bed thinking I was dying. Other times I would not be able to feel emotion, either happy or sad. Other times I would be confused and have the most painful headaches and I'd be very aggressive. I'd have flashing lights in my head and eyes. I'd sleep for days and still felt as if I hadn't slept in weeks, I developed an anxiety disorder and paranoia."

10, "I sat lingering in the repeated violence, threats, injuries and violations of my boundaries, personal space and my body when I was trying to sleep, recover and come to terms with what was happening. I had no safe space, no respite."

11, " …isolated bed rest…"

12, "… me run on the spot in a small cell or they made me bite through my fingers and pull out my ligaments and bones. This was on top of the dreams in which I'm dying and the sleep paralysis which I had had for many years by now."

13, "During Kayaking in North Yorkshire, I capsized in rapids on a river. I was trapped under water, smashing my helmet off the rocks. I don't know how long I was under or if I was unconscious. I recall waking with the spray deck smothering my face under water. I think I was pulled out of the kayak by the instructor. This was also a sleeping, hypnogogic flashback of the first sleepwalking/ sleep paralysis weekend in 2004/5 after the trauma in Sennelager."

14, "experiencing sleep paralysis, it was clear to everyone around me that my brain wasn't operating correctly, and I was experiencing bright flashes when my eyes were closed, mostly when laying on my back"

12

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

15, "his nightmares and bad dreams started – he began to have panic attacks and became scared to fall asleep as he felt as if he was dying in his dreams. He recalled the kayaking and football incidents as well as the RTA. He reported the sleep paralysis to the medics and was given a book on stress at work but no other treatment."

**Psycho-emotional Analysis of Sinking / Falling**

Dreams of drowning, sinking, and falling often carry deep psychological and emotional meanings. They are typically associated with feelings of being overwhelmed, losing control, or facing an unavoidable descent into something troubling. Sinking, drowning and falling are recurring features of the plaintiff's reliving of trauma during sleep and his fight back against them during sleep paralysis and hypnagogic states.

1.  **Drowning Represents**

Overwhelmed & Anxiety –feeling consumed by emotions, responsibilities, and PTSD stress in waking life.

Emotional Suppression – Water is tied to emotions, and drowning in sleep can be related to suppressing feelings that are now surfacing.

Loss of Control – It can reflect a situation where the Plaintiff, or characters feel powerless or unable to keep their head above metaphorical waters.

13

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**2. Sinking Represents**

Failure or Helplessness – Sinking suggests a gradual decline, often in self-esteem, relationships, or work situations.

Feeling Trapped – Unlike falling, sinking can symbolize a slow but inevitable descent into depression or despair.

Giving In to Something – It can indicate that the sufferer is surrendering to an emotional or external pressure.

**3. Falling Represents**

Loss of Stability – Falling dreams often happen when the sufferer feels insecure or uncertain in life.

Fear of Failure –One might be afraid of losing status, a job, or a relationship.

Lack of Control – These dreams can occur when something is happening too fast and the sufferer feels powerless.

**Common Themes & Causes**

Stress & Anxiety – When a sufferer is dealing with real-life fears, these dreams can be a subconscious response.

Emotional Turmoil – Unresolved emotions, trauma, or inner conflicts can manifest as drowning, sinking, or falling.

14

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Major Life Changes – If someone is going through transitions (loss, breakup, trauma, convictions, illness or pain), their mind may process it through these dreams.

**Interchangeable**

The above-mentioned feelings, traumas, emotions, etc., are extremely hard for a sufferer to make sense of, and sometimes even harder to face. Thus, the sufferer often experiences and processes these demons in the subconscious. Interrelated and intrinsically entwined deep subconscious suffering and experiences like this change the fabric of one's soul. Thus, expressions of one, maybe related to expressions, or amalgamation of all of the above.

This is the core of the suffering which is being represented over and over in fractured cyclical ways throughout Bloodborg, and alleged, to have been directly lifted to make Arcane.

The mere expression of these traumas shows that they are directly related to real life suffering, such as the Plaintiff's complex PTSD and comorbid conditions and not the outcome of an inexperienced writer's room gazing through submissions to "Find the Story".

**Industry Context: Extracting Trauma for Storytelling**

Modern media increasingly incorporates psychological trauma into storytelling, but there is a moral and legal distinction between inspiration and appropriation. The Plaintiff's deeply personal experiences, intricately woven into Bloodborg, were allegedly lifted and repurposed in Arcane without proper attribution. The assertion that this theme was "discovered"

15

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

in a writer's room rather than derived from submitted material is not only suspect but aligns with documented industry practices of "narrative appropriation."

### Psychological & Neurological Basis

Sleep disturbances are a well-documented symptom of post-traumatic stress disorder (PTSD), with insomnia and recurrent nightmares being particularly prevalent. Studies indicate that 70% to 90% of individuals with PTSD experience significant sleep-related issues.

In their 2021 article, "Disturbed Sleep in PTSD: Thinking Beyond Nightmares," Lancel et al. provide a comprehensive overview of the complex relationship between post-traumatic stress disorder (PTSD) and sleep disturbances. They highlight that insomnia, and nightmares are core symptoms of PTSD, with 70–90% of patients reporting significant sleep-related issues. The authors emphasize that these disturbances are not merely symptoms but play a central role in both the development and maintenance of PTSD. They discuss how various sleep disorders, including insomnia and nightmares, are prevalent among individuals with PTSD and how these disturbances can exacerbate PTSD symptoms. The article also explores the reciprocal relationship between sleep disturbances and PTSD, suggesting that addressing sleep issues is crucial for effective PTSD treatment and management (Lancel, et, al. 2021).

These disturbances often extend beyond typical insomnia, encompassing a range of parasomnias, including sleep paralysis. Sleep paralysis occurs when an individual, upon falling asleep or waking, is conscious but temporarily unable to move or speak. This phenomenon is frequently accompanied by intense fear and hallucinations. Research suggests

16

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

that individuals with PTSD are more susceptible to experiencing sleep paralysis, likely due to the hyperarousal and heightened stress associated with the disorder.

In their 2021 article, "Nightmare Disorder and Isolated Sleep Paralysis," Stefani and Högl explore the significant distress caused by these REM parasomnias. They note that nightmare disorder is particularly prevalent among individuals with psychiatric conditions, including post-traumatic stress disorder (PTSD). The authors discuss how hyperarousal and impaired fear extinction contribute to the generation of nightmares, implicating brain regions involved in emotion regulation. They also highlight that isolated sleep paralysis, often accompanied by vivid hallucinations, represents a dissociated state where REM atonia persists into wakefulness. Predisposing factors for these conditions include sleep deprivation, irregular sleep-wake schedules, and jet lag. The authors emphasize the importance of addressing these factors in treatment, with non-medication approaches like imagery rehearsal therapy proving especially effective for nightmare disorder (Stefani & Högl, 2021).

The hypnagogic state—the transitional phase between wakefulness and sleep—is another period during which trauma-related sleep disturbances can manifest. During this phase, individuals may experience vivid sensory phenomena, including hallucinations and fragmented dream-like experiences. For those with PTSD, the hypnagogic state can trigger re-experiencing of traumatic events, leading to distressing sensations of sinking, falling, or drowning.

In their 2023 article, "The Hypnagogic State: A Brief Update," Ghibellini and Meier explore the transitional phase between wakefulness and sleep, known as the hypnagogic state. This state is characterized by spontaneous sensory experiences across various modalities,

17

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

including visual, auditory, and kinesthetic perceptions. The authors highlight that while these experiences are generally benign, they can be distressing for individuals with conditions such as PTSD, where hypnagogic hallucinations may involve re-experiencing traumatic events. The review emphasizes the need for further research into the emotional quality of hypnagogic states and their prevalence in different sensory modalities (Ghibellini and Meier, 2023).

These trauma-related sleep disturbances are not only distressing but can also exacerbate PTSD symptoms, creating a cyclical pattern of sleep disruption and heightened trauma responses. Understanding and addressing these sleep disturbances are crucial components of effective PTSD treatment and management. Thus, when the Plaintiff incorporates these cyclical themes into his trauma writing, it is a form of treatment and exposure therapy. To steal one's treatment and expression of such is pure evil to the core.

It's triggering, it's re-traumatizing and it's disturbing just how low people will go for fame and fortune, or just to "Be a Boss" like Linke has done. Then to accept awards for this trauma writing, after already being informed of the infringement and the nature of the writing, whilst the suffering and true writer is going through the most traumatic time of his life, is pure wicked, satanic degradation of human behaviors.

Then making the sufferer fight for years on end to prove these cases, is beyond what Riot Games has in the bank to put right. The Plaintiff believes that, when these cases are proven, criminal proceedings are needed to protect others from these behaviors. Lengthy custodial sentences of the main culprits are the only suitable remedy, as money isn't a worry when you have 22 billion and insurance protections. What is the incentive to not do this again if it's "No skin off one's back" to payout.

18

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**C. Silco's Drowning Monologue**

The opening scene of Episode 3 in Arcane presents a striking and emotionally charged moment—Silco sinking backward into dark waters while delivering his infamous drowning monologue. This monologue has since become one of his most recognized and quoted lines from the series, encapsulating profound existential conflict and internal struggle.

**Monologue**

"Ever wonder what it's like to drown? Story of opposites. There's peace in water. Like it's holding you, whispering in low tones to let it in. And every problem in the world will fade away. But then, there's this thing… in your head, and it's raging. Lighting every nerve with madness. To fight. To survive. And all the while this question lingers before you: 'Have you had enough?' It's funny. You could pass a lifetime without ever facing a choice like that. But it changes you forever."

**Breaking it Down: The Psychological & Narrative Weight**

Silco's monologue is a meditation on duality, the paradox of water as both a soothing embrace and a merciless force, a space of surrender versus a battleground of survival. This mirrors the experience of trauma processing, particularly in survivors of deep psychological wounds, where the mind constantly wrestles between letting go and fighting back.

19

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

## C1- Sentence 1 & 2

### 1. The Opening Duality

Silco begins:

Sentence 1: "Ever wonder what it's like to drown? Story of opposites."

Sentence 2: "There's peace in water."

The reference to "opposites" suggests an inherent contradiction in the experience of drowning, where serenity and terror coexist. This directly parallels Bloodborg's depiction of sinking, where the protagonist experiences both connection and unease in the presence of deep, dark water.

### 2. Direct Literary Parallel in Bloodborg

### To show the whole snippet:

*"As the man spoke, an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore. She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; it's mystery, it's misery."*

In D'borg POV, Bloodborg- "She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; its mystery, its misery."

20

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

In this passage, the feeling is shown, not told, which is a literary device that enhances the reader's immersion. Unlike Silco's direct verbalization of the experience, Bloodborg allows the sensation of emotional conflict to unfold organically through imagery and internal perspective. The protagonist does not merely speak about the abyss—she experiences it, feels its pull, its familiarity, and its darkness.

The subtle yet profound alignment between these two passages reinforces the argument that the themes and symbolic framework of drowning, sinking, and duality in Arcane bear a striking resemblance to the personalized trauma expressions within Bloodborg.

### 3. The Emotional and Psychological Significance of Drowning Imagery

Silco's monologue and Bloodborg's abyss imagery both function as trauma metaphors, tapping into deep-seated psychological struggles:

The Peace vs. The Fight – Both passages capture the internal conflict between surrendering to suffering and resisting it. In trauma survivors, this is analogous to the freeze response vs. survival instinct.

Water as an Emotional Abyss – The blackwater in Bloodborg and the drowning imagery in Arcane serve as metaphors for subconscious depth, unresolved grief, and suppressed pain.

A Personal or Existential Reckoning – Silco's "Have you had enough?" moment echoes a critical trauma threshold, much like how the protagonist in Bloodborg is drawn into a psychological confrontation with the abyss.

21

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Thematic and Structural Overlap**

It is essential to highlight that this is not merely a common literary theme, but a deeply personal articulation of trauma that was already embedded in Bloodborg. The striking similarities in:

    i.   The drowning metaphor as a defining character moment

    ii.  The contrasting elements of allure and danger in water

    iii. The existential questioning embedded within the monologue

    iv. The cyclical nature of this struggle, appearing throughout Bloodborg's narrative

…strongly indicate that this is not just general inspiration but a direct thematic and psychological extraction from Bloodborg's work.

**The Weight of Trauma Narratives**

Silco's monologue, much like the imagery in Bloodborg, is more than just a poetic moment. It is an articulation of internalized trauma, dissociation, and the fractured psyche of someone struggling with their past. The fact that these elements appear so distinctly in Arcane, echoing a previously established trauma narrative, only strengthens the claim that this was not merely a case of coincidental thematic overlap but a deliberate repurposing of deeply personal material.

22

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**C2- Sentence 3**

Sentence 3: "Like it's holding you, whispering in low tones to let it in."

**In Bloodborg,** in one of the POV's, Josh says "The grey smoky clouds closed in around me, devouring me, stealing my breath like a windy assassin. I crashed into the black water."

The above extracts are both from drowning scenes in black water, with the characters sinking on their backs, which is alleged to be directly referencing the Plaintiff's trauma and sleep paralysis.

It is alleged that, from Silco's Monologue, "whispering in low tones" and from Josh's POV, "devouring me, stealing my breath like a windy assassin", are essentially different word for the same expression, reworked for the same meaning. This highlights a potential linguistic and conceptual parallel between Silco's Monologue in Arcane and Josh's POV in Bloodborg. Both phrases, while stylistically distinct, communicate the same underlying idea: a powerful, stealthy, and dominating presence exerting control or influence over someone else. The differences in word choice reflect the stylistic preferences of their respective "Writers", but the thematic and emotional resonance remains consistent. Silco's Monologue is concise and restrained, fitting his calculated and menacing personality. Josh's POV is more descriptive and poetic, reflecting a vivid and sensory-driven style typical of inner monologues.

The alleged reworking involves transforming the concept of quiet, overpowering influence from Silco's controlled delivery into a more visceral, metaphorical description in Bloodborg. This demonstrates how similar ideas can be adapted and reframed to fit different

23

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE