Case No. 25-3163

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

MARC WOLSTENHOLME,
*Appellant,*

v.

RIOT GAMES, INC.,
*Appellee.*

---

Appeal from the United States District Court For The Central District

---

**DEFENDANT-APPELLEE RIOT GAMES, INC.'S
SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 3 OF 6**

---

MITCHELL SILBERBERG & KNUPP LLP
Aaron J. Moss
Joshua M. Geller
Hannah G. Shepherd
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Appellee
RIOT GAMES, INC.

characters and narrative tones while maintaining the same core meaning. With tugged at the heart of the central alleges of copyright infringement in these cases, which hold that,

Just enough masking has been applied to attempt to hide the theft and build plausible deniability.

**Laying on one's back**.

Because of the Plaintiff's past brain injury and PTSD, he cannot fall asleep lying on his back. If he does, he experiences sleep paralysis, the feeling of dying, falling or drowning in blackness. This was written into Bloodborg, which is all trauma writing.

**In Bloodborg,** Josh says, "I feel as though I'm submerged in icy black water as I lay on my back."

24

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Arcane-** We visually see this represented over and over in Arcane's cyclical and relentless narrative theme of the same.





25

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**C3- Sentence 4**

Sentence 4: "And every problem in the world will fade away."

Silco's fourth sentence in his monologue, "And every problem in the world will fade away.", carries profound implications regarding dissociation and the numbing effect of surrendering to an overpowering force. This aligns directly with the emotional experience depicted in Bloodborg.

**Returning to Bloodborg, D'borg's Perspective**

*"…an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore."*

This passage encapsulates a moment of emotional suppression, where a deep feeling struggles to manifest but is continually subdued, just as Silco describes a moment where all struggles seem to vanish under water's embrace.

**1. Parallel Themes of Dissociation & Emotional Detachment**

Both passages highlight the psychological mechanism of dissociation, a common response to trauma. Silco's line suggests an escape from pain through surrender, a moment where every problem "fades away" into oblivion. D'borg's experience reflects emotional suppression, her feelings attempt to surface but are continuously washed away, never fully forming or being processed.

26

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

This is not just a coincidental literary motif; it reflects a shared psychological and narrative structure, where water acts as both a suppressor and a revealer of deeper emotions.

### 2. The Metaphor of Waves & Emotional Resistance

The imagery of waves in Bloodborg is particularly significant when compared to Silco's monologue:

Silco's "fade away" statement implies a total engulfment, a loss of self in the vastness of water, where struggling ceases and submission takes over.

D'borg's wave metaphor suggests emotional restraint, where an emotion attempts to break through but is held back, mirroring the psychological repression common in PTSD.

Both narratives use the water motif to symbolize internal battles, but while Silco verbalizes the experience, Bloodborg employs immersive, sensory-driven storytelling to show it instead of telling it.

### The Shared Structure of Trauma Representation

Silco's entire drowning monologue is structured as an existential realization, a moment of conflict between resisting and yielding to suffering. This mirrors the internal struggle in Bloodborg, where the protagonist grapples with trauma through sensation rather than declaration. This direct parallel further supports the argument that Arcane did not simply adopt a generic drowning metaphor, but rather incorporated specific, uniquely crafted trauma expressions found in Bloodborg, expressions that stem from deeply personal experiences rather than traditional storytelling tropes.

27

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**The Psychological Depth of These Moments**

Both Bloodborg and Arcane use drowning as a gateway into deeper trauma narratives, but what strengthens the argument for appropriation is:

1. The near-identical emotional and structural progression of how drowning is framed.

2. The specific, non-generic metaphor of waves suppressing emotions, seen in both texts.

3. The highly personal and psychologically specific articulation of trauma processing—a hallmark of Bloodborg's unique storytelling

This is more than shared inspiration, it is a highly specific replication of an individual's psychological and literary expression of trauma, appearing in Arcane in ways that align too precisely with Bloodborg's framework.

28

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**SER 310**

**C4- Sentence 5**

Sentence 5: The Fight Against Death

Silco's Sentence 5: "But then, there's this thing… in your head, and it's raging. Lighting every nerve with madness. To fight."

This line encapsulates the primal survival instinct, the rage against death, the internal battle between surrender and resistance. The phrase "lighting every nerve with madness" is a direct evocation of the physiological and psychological responses to mortal peril, an overwhelming flood of adrenaline, panic, and desperate struggle.

**1. Fighting Death in Trauma Nightmares and Sleep Paralysis**

For the Plaintiff, this concept is not metaphorical, it is literal. During sleep paralysis and trauma nightmares, death is not just experienced but relived. This directly ties into real-life near-death experiences, including:

1, Being placed in a body bag and revived multiple times by paramedics after a near-fatal incident.

2, Nearly drowning in a kayak while in the British Army, a traumatic event echoing the themes of suffocation, entrapment, and panic found in Bloodborg.

3, Near miss of an RPG in Iraq.

29

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

These real-life experiences were not abstract inspirations; they were the raw material for Bloodborg's narrative. The repeated fight against death, whether in sleep paralysis or in reality, became a defining thematic core of the work.

### 2. Bloodborg's Parallel: The Fight Against Suffocation

The fight for survival is directly depicted in Bloodborg through Jade's drowning-like entrapment in a viscous gel:

*"Jade's nose gave off a line of bubbles. The bubbles struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface, Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand.*

*Jade had counted to thirty, Ling had not returned. Jade panicked trying to fight her way out, which only locked her tighter. Her eyeballs darted around in her head frantically, reddening as she clung to life."*

This passage perfectly mirrors the psychological and physiological responses described in Silco's monologue:

The Immediate Panic – Jade initially holds on, counting, waiting for rescue. This parallels the calm before the survival instinct kicks in, just as Silco describes the peace of drowning before the mind begins to fight back.

30

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

The Frantic Struggle – As panic sets in, Jade thrashes, locking herself even tighter. This reflects the paradox of drowning and suffocation, how the act of struggling can sometimes worsen the situation.

The Desperation to Live – Jade's darting, reddened eyes as she clings to life illustrate the body's last-ditch effort to survive, mirroring Silco's phrase "lighting every nerve with madness".

This visceral depiction of suffocation, panic, and helplessness in Bloodborg is not a generic trope; it is a direct translation of real-life near-death experiences into narrative form.

### 3. The Trauma Imprint on Narrative

The similarities between Silco's monologue and Bloodborg's survival sequences extend beyond mere imagery, they reflect a highly specific trauma imprint, a psychological fingerprint that cannot be replicated without direct reference to the original experience.

Near-death experiences in both real life and writing: The Plaintiff's encounters with literal death (body bag, drowning) shape Bloodborg's themes, just as Silco's speech shapes Arcane's portrayal of survival and trauma.

The physiological realism of suffocation and drowning: The descriptions in Bloodborg align with actual scientific understandings of suffocation panic ($CO_2$ buildup, struggle-induced tightening), reinforcing the authenticity of the trauma source.

31

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

The subconscious vs. the conscious struggle: Both texts explore the paradox of drowning, not just as a physical event, but as a psychological struggle between acceptance and defiance. This strengthens the case that Bloodborg's trauma-rooted storytelling was not merely an influence on Arcane, but systematically lifted and repurposed, reshaped within the framework of Silco's monologue.

### 5. The Impossible Coincidence

The fight against drowning, suffocation, and death is not just a theme, it is a lived experience transformed into art. The Plaintiff's trauma is uniquely coded into Bloodborg, making its echoes in Arcane too precise to be accidental.

Fighting Death

1. Silco's monologue (rage against drowning, survival instinct awakening).
2. Bloodborg's suffocation sequence (panic, struggle, and biological survival response)
3. The Plaintiff's real-life near-death experiences

…it becomes overwhelmingly clear that Arcane did not simply borrow a theme. It appropriated a deeply personal trauma narrative, repackaged it, and presented it as original storytelling.

32

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Arcane-** We visually see this represented in Silco's drowning scene.





33

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

## COMPLAINT ARGUMENT: APPROPRIATION OF PERSONAL TRAUMA IN ARCANE'S SILCO DROWNING MONOLOGUE

The Silco drowning monologue in Arcane presents an uncanny resemblance to Bloodborg's deeply personal and trauma-infused storytelling, particularly in its psychological themes, visual representation, and linguistic structure. This is not a case of general inspiration but rather a direct extraction and reworking of highly specific trauma narratives derived from the Plaintiff's real-life experiences.

The Plaintiff's trauma history, including near-death experiences such as drowning, suffocation, and survival in extreme conditions, was a direct foundation for the Bloodborg narrative. These lived experiences, manifesting in sleep paralysis, PTSD nightmares, and literary depictions of suffocation and drowning, form the core of Bloodborg's emotional and symbolic storytelling. The uncanny structural and thematic replication of these elements in Arcane's portrayal of Silco's monologue and drowning scene raises serious concerns about intellectual property infringement, ethical appropriation, and unauthorized repurposing of trauma-based writing.

34

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

## 1. A Direct and Specific Replication of Trauma Symbolism

Silco's drowning monologue and visual descent into dark waters align with Bloodborg's repeated sinking, drowning, and suffocation motifs, all of which were constructed around the Plaintiff's real-life experiences.

Thematically Identical Struggles: Both narratives depict a duality between surrender and survival, the lure of water as peaceful versus the panic of fighting against death.

Symbolic Overlap: Water functions as a psychological abyss, representing dissociation, helplessness, and existential reckoning, core elements of Bloodborg's storytelling and its representation of PTSD.

Linguistic and Narrative Parallels: Bloodborg's writing mirrors the structure and emotional weight of Silco's speech, using imagery of waves, suffocation, fading emotions, and a frantic battle against drowning.

Cyclical Representation in Both Stories: Both Bloodborg and Arcane return relentlessly to visual and narrative themes of sinking, falling, suffocation, and forced reckoning with trauma.

The exact framing, emotional progression, and symbolic functions of these elements strongly indicate appropriation rather than mere thematic coincidence.

35

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**SER 317**

## 2. The Trauma Fingerprint: Unique to Bloodborg, Now in Arcane

Certain elements of Bloodborg that stem from the Plaintiff's deeply personal and specific PTSD symptoms now appear refashioned in Arcane, particularly in Silco's drowning scene.

Survival Struggle in Near-Death Experience

The fight against suffocation and drowning is not just a literary theme in Bloodborg, it originates from the Plaintiff's real-life trauma (nearly drowning in the British Army, being placed in a body bag and revived, PTSD-related sleep paralysis).

The same frantic fight against water as a suffocating force is explicitly depicted in both Bloodborg and Arcane, mirroring real-life accounts of suffocation, panic, and survival instinct.

Sinking on One's Back & Sleep Paralysis Connection

The trauma of sleep paralysis, where the Plaintiff experiences the sensation of drowning while lying on his back, was deliberately written into Bloodborg.

Arcane visually reinforces this by portraying Silco sinking backward, a highly specific and non-generic image of trauma-induced helplessness, perfectly aligning with the Plaintiff's real-life sleep paralysis episodes.

The highly personal nature of these experiences, recoded into Arcane's monologue and visuals, suggests deliberate repurposing of Bloodborg's trauma-coded storytelling.

36

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**3. Reworking for Plausible Deniability- A Masked Copy**

The key to this appropriation is not verbatim copying but reframing and rewording to obscure its origins. This tactic is evident in the way Arcane's Silco monologue maintains identical conceptual and thematic structures while altering linguistic surface details:

    I.  Silco's "Whispering in Low Tones" vs. Bloodborg's "Stealing My Breath Like a Windy Assassin"

Both phrases describe an intangible force gently overpowering the character, with the same metaphor of silent but inescapable control. Despite different wording, the function, emotional weight, and meaning remain identical.

    II.  Silco's "And Every Problem Will Fade Away" vs. Bloodborg's "Like a Wave That Never Quite Reaches the Shore"

Both lines encapsulate dissociation, numbing, and emotional suppression.

The imagery of fading, waves, and sinking emotions in Bloodborg directly mirrors Silco's peaceful but deceptive drowning metaphor.

    III. Silco's "Lighting Every Nerve with Madness" vs. Bloodborg's Suffocation Struggle.

37

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

The escalating panic and desperate survival response in both texts mirror real physiological reactions to suffocation. Silco's phrasing conveys the same neurobiological fight-or-flight reaction depicted in Bloodborg, even though the verbal expression has been adjusted for disguise.

This pattern, where highly specific, deeply personal trauma expressions from Bloodborg appear slightly reworded in Arcane, demonstrates a deliberate act of appropriation under the guise of plausible deniability.

**Conclusion: Systematic Theft of a Personal Trauma Narrative**

Silco's drowning monologue is not an independent or coincidental artistic expression; it is a highly specific restructuring of the Plaintiff's personal trauma, filtered through Bloodborg and repackaged within Arcane.

The structural, thematic, and psychological elements of Bloodborg, all derived from real-life traumatic experiences, are too distinct and deeply personal to be generic storytelling motifs. The recurring drowning, sinking, and suffocation themes in Arcane align too precisely with Bloodborg's portrayals of trauma, making mere inspiration an unlikely explanation. The strategic linguistic and structural alterations suggest an attempt to mask appropriation, not an original creation.

38

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**SER 320**

**Legal & Ethical Implications**

Copyright Infringement: Bloodborg's unique trauma-based storytelling and narrative structures were systematically lifted and reworked into Arcane.

Ethical Violation: The Plaintiff's real-life trauma was exploited without consent, repurposed for commercial storytelling.

Industry Precedent: This case reflects a larger pattern in media industries, where personal narratives from independent writers are harvested and modified to build blockbuster narratives while evading direct legal accountability.

**Final Statement**

Arcane's Silco drowning monologue is not just similar to Bloodborg, it is Bloodborg, stripped of attribution but carrying the unmistakable imprint of the Plaintiff's lived experience. This is not a coincidence, but a case of narrative appropriation, where personal trauma has been systematically stolen, reworded, and repackaged as original content.

39

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Legal Citations and Further Legal Action (Civil & Criminal)**

The Plaintiff's claims of appropriation, copyright infringement, and unethical use of personal trauma in Arcane's Silco Monologue can be examined under multiple legal frameworks, including copyright law, contract law, tort law, and potential criminal violations.

**I. Civil Legal Claims**

1. Copyright Infringement (U.S. Law – 17 U.S.C. § 501, U.K. – Copyright, Designs and Patents Act 1988)

The Plaintiff's Bloodborg is a copyrighted work, and its original expression of trauma, imagery, and narrative elements have allegedly been repurposed without consent.

**Legal Basis:**

United States: 17 U.S.C. § 501 of the Copyright Act of 1976 protects original literary works from unauthorized reproduction and derivative use.

United Kingdom: The Copyright, Designs, and Patents Act 1988 (CDPA 1988), Section 16 provides similar protections, prohibiting copying substantial parts of a copyrighted work.

**Key Precedents:**

Sheldon v. Metro-Goldwyn Pictures Corp. (U.S. 1936) – Held that substantial similarity in themes and structure can establish copyright infringement.

Rogers v. Koons (U.S. 1992) – Found that altering an original work slightly does not absolve copyright liability.

40

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Baigent & Leigh v. Random House Group Ltd. (U.K. 2006) – A case involving theft of specific thematic elements from an author's work, though ultimately ruled in favor of Random House.

**Remedies Available to the Plaintiff:**

Injunction to stop further distribution of the infringing work.

Damages (statutory or actual damages).

Profit disgorgement (Arcane's profits derived from the infringing content).

Court-ordered credit to the Plaintiff as the original creator.

**2. Breach of Implied Contract (If Submission Was Involved) – Desny v. Wilder (1956)**

The Plaintiff submitted Bloodborg to an industry entity, thus might have an implied contract claim under Desny v. Wilder, a landmark U.S. case that established that unsolicited creative works submitted to a studio are protected from unauthorized use under an implied contract theory.

**Legal Precedent:**

Desny v. Wilder, 299 P.2d 257 (Cal. 1956)

A studio may not use submitted creative material without compensating the creator, even if no formal contract exists.

41

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**SER 323**

**Potential Remedies:**

Breach of contract damages.

Credit as a co-writer or consultant.

**3. Fraudulent Misappropriation of Intellectual Property (Common Law & U.K. Passing Off Law)**

If Arcane's creators knowingly took elements from Bloodborg and disguised them as original, the Plaintiff may have a claim under:

U.K. "Passing Off" (Reckitt & Colman Ltd v. Borden Inc. [1990]) Protects against misrepresentation of ownership over creative content.

U.S. "Misappropriation" Doctrine (International News Service v. Associated Press [1918]) Prevents one party from commercially exploiting another's intellectual effort without permission.

**Potential Remedies:**

Damages for fraudulent misrepresentation.

Potential reputational damages if misattribution is proven.

4. Emotional Distress & Mental Anguish (Tort Law)

Because the Plaintiff's personal trauma and lived experiences were allegedly taken and repurposed, he has a tort claim for emotional distress.

42

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Legal Theories:**

Intentional Infliction of Emotional Distress (IIED) – Hustler Magazine, Inc. v. Falwell (U.S. 1988) established that deliberate, reckless harm to an individual's emotional well-being can be actionable.

Negligent Infliction of Emotional Distress (NIED) – If Arcane's creators failed to consider the emotional harm in using deeply personal trauma themes, they could be held liable.

**Potential Remedies:**

Compensatory damages for distress.

Potential punitive damages.

**5. Unjust Enrichment & Profit Disgorgement (Common Law)**

If Arcane profited from elements appropriated from Bloodborg, the Plaintiff could file an unjust enrichment claim:

**Legal Precedents:**

Restatement (Third) of Restitution and Unjust Enrichment (U.S.) – Prevents one party from benefiting from another's work without compensation.

Attorney General v. Blake (U.K. 2001) – Courts may order full profit disgorgement if wrongful benefit is proven.

43

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Potential Remedies:**

Full or partial redistribution of profits.

Licensing fees retroactively applied.

## II. POTENTIAL CRIMINAL CLAIMS

1. Wire Fraud (U.S. 18 U.S.C. § 1343) & Conspiracy to Defraud (U.K. Fraud Act 2006, Section 2)

If Arcane's creators communicated false ownership of the Plaintiff's work across state or international lines (e.g., in contract discussions, marketing, or distribution deals), it could constitute wire fraud (U.S.) or conspiracy to defraud (U.K.).

**Elements of Wire Fraud:**

A scheme to defraud another out of money or property.

Electronic or interstate communications used in furtherance of fraud.

Intent to defraud.

**Elements of Conspiracy to Defraud (U.K.):**

Agreement to commit fraud or deception to gain financially.

Misrepresentation that deprives another of their rightful property.

**Potential Remedies:**

44

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Criminal fines.

Imprisonment (if intent is proven).

**2. Plagiarism & False Attribution (Fraud by False Representation – Fraud Act 2006, Section 2)**

If Arcane's creators falsely claimed originality while knowingly using another's work, they may have engaged in fraud by false representation under U.K. law. Plagiarism is not a criminal offense in most jurisdictions, but if tied to commercial fraud, it can result in legal consequences.

**Plaintiff's Footnotes**

Since the Rule 26 (f) conference, Plaintiff has spent the weekend hyper fixated in stress and worry over these cases.

The plaintiff had an important neurological psychologist assessment and battery of testing on the morning of February 14, 2025, but had very little sleep because of the late night overthinking of Riot's tenacious threats to have these cases kicked out on legalities. Riot should take note that life doesn't happen in a vacuum, the negative effects of these cases can, and indeed has, led to life-changing events. Plaintiff's damages will rise accordingly.

Plaintiff noted that during the Rule 26 (f) conference on February 13, 2025, Riot Games and Christian Linke adamantly denied ever seeing or reading Bloodborg, and yet public

45

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**SER 327**

proof of them reading and soliciting manuscripts in the writing room, whilst "being less shitty and starting again" is available and has been presented to the court.

The Plaintiff notes this adamant denial and refusal to take responsibility for their actions and crimes, and he presents even more evidence of undeniable Copyright infringement.

The Plaintiff wasn't looking forward to getting onto episode 3, for the reasons set throughout this document, and yet it's 01:16 Am and the Plaintiff cannot sleep again because of these cases.

Given the conditions of these cases, and the refusal of responsibility, the Plaintiff believes that wider criminal and civil cases may need to progress in many nations around the globe.

CONCLUSION

The Plaintiff presents compelling evidence that the "Silco Drowning Monologue" is not merely similar to Bloodborg, but a systematic appropriation of its unique trauma-based storytelling. The Plaintiff has endured real-life traumatic experiences, which were then repurposed by the Defendants for commercial gain without consent, credit, or compensation.

Given the overwhelming substantial similarity, psychological specificity, and linguistic parallels, this case exceeds the threshold for both civil liability and potential criminal inquiry. The Plaintiff seeks immediate relief through civil litigation and, where applicable, criminal prosecution to uphold the integrity of their intellectual property rights and personal trauma narrative.

46

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

SER 328

Submitted for Court Review & Evidentiary Consideration.

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of the open Episode 3, and Silco's monologue: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

47

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Marc Wolstenholme

5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

      Plaintiff,

vs.

RIOT GAMES, INC.,

      Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PLAINTIFF'S EXHIBIT F- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Dated this: FEBRUARY 23, 2025

FEBRUARY 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of Episode 3, season 1 of Arcane: Supporting Evidence**

**for Copyright Infringement Case**

1

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

## 1. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of Episode 3 of Arcane: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. Please note, this document covers all of Episode 3 of Arcane after Silco's monologue as that has already been covered in a separate document.

## 2. Evidence Submitted:

I submit the following evidence of Detailed Breakdown and Analysis of Episode 3: Supporting Evidence for Copyright Infringement Case. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

3. **Comparison of story elements:** This document specifically shows the striking similarities between an assortment of episode 3 of Arcane after Silco's monologue.

2

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

# Exhibit

### EXHIBIT A - GOOD HEART

Right after Silco's opening monologue, Vi is giving herself up to the Enforcers. Vi and her gang and the people of Zaun have been in a kind of "Cold War" situation with the topside since the conflict on the Bridge when Vi was young and lost her parents. Vander barges into the room.

*As seen in the attached still image-*



3

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

SER 332

**Complaint Argument: Misappropriation of Thematic and Narrative Elements in Arcane's "Good Heart" Scene.**

The Issue of Narrative and Thematic Appropriation

The Plaintiff alleges that the "Good Heart" scene in Arcane, specifically Vander's dialogue to Vi, has been copied and reworked from Bloodborg with only minor linguistic modifications and structural alterations to obscure its origins. The dialogue, which serves as a pivotal mentorship moment emphasizing resilience in the face of war and suffering, is nearly identical in narrative function, phrasing, and emotional weight to a passage from Bloodborg in which Bill imparts wisdom to Josh.

This is not an isolated case but follows a clear pattern of repurposing from Bloodborg, where the original material has been fragmented, reworded, and layered into Arcane's script, creating an illusion of originality while retaining the same core meaning and character dynamics.

4

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 333**

## 1. Direct Parallels Between Arcane and Bloodborg

### A. Arcane – Vander's "Good Heart" Monologue

Following Silco's monologue, Vi surrenders herself to the Enforcers as part of the long-standing tensions between Zaun and Piltover. Vander interrupts, delivering the following words: *"We don't have much time. I'm proud of you, always have been. You've got a good heart. Don't ever lose it… No matter how the world tries to break you. Protect the family."*

This moment serves a clear thematic function: it reinforces Vander's role as a mentor figure, imparting wisdom about endurance in times of war and hardship, emphasizing how one must protect their values despite adversity.

### B. Bloodborg – Bill's Words to Josh

From Bloodborg, in Josh's POV:

*"War is messy, it hurts. Both here and here,' said Bill, pointing to his heart and his head. 'Let me just tell you, the first day of war is always the worst, it doesn't get better, but you get tougher and rougher and numb, both here and here,' he said, pointing at his heart and head again."*

5

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 334**

This passage shares the exact same thematic core:

i. A mentor figure (Bill/Vander) passing down wisdom to a younger character (Josh/Vi).

ii. A message about war and suffering—how it hardens people but also challenges them to hold onto their values.

iii. A focus on two key aspects of resilience: emotional endurance ("heart") and mental fortitude ("head").

iv. A cyclical repetition in phrasing to reinforce the lesson ("both here and here" vs. "don't ever lose it").

v.

**2. Thematic and Structural Overlap**

The similarities between these two passages extend beyond mere words; they function in identical ways within their respective narratives: *Table 1 -*

| ELEMENT | ARCANE (VANDER TO VI) | BLOODBORG (BILL TO JOSH) |
|---|---|---|
| **MENTOR FIGURE** | Vander | Bill |
| **YOUNGER CHARACTER** | Vi | Josh |
| **CONTEXT** | A conflict escalating to war | A reflection on the start of war |
| **CORE MESSAGE** | War and suffering harden people, but you must not lose your heart | War hardens people, but emotional endurance matters, don't lose your heart |
| **SYMBOLISM** | Heart = Compassion, Family; Head = Strength | Heart = Emotional pain; Head = Psychological resilience |
| **REPETITIVE REINFORCEMENT** | "Both here and here" concept is echoed | "Don't ever lose it… No matter how the world tries to break you" |



6

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

This repetition of key ideas and phrasing, despite some minor alterations, makes it clear that the Arcane script lifted this emotional and philosophical moment from Bloodborg.

### 3. The "Pix-N-Mix" Method: A Pattern of Appropriation

The deliberate restructuring of dialogue into a "Pix-N-Mix" amalgamation is a technique seen across Arcane's writing. This method extracts specific narrative elements, disguises them through minor wording adjustments, and re-integrates them to create a falsified appearance of originality.

i.   Core Meaning Is Retained – Despite minor wording changes, the underlying message remains identical.

ii.  Same Emotional Impact – The mentor figure provides emotional guidance in a war-like situation, mirroring Bloodborg's emotional beats.

iii. Repetitive Symbolism – Both scenes use the same symbolic reference (heart and mind as focal points of endurance).

This calculated reworking ensures that Arcane's writing maintains plausible deniability while still directly benefiting from the Plaintiff's creative and deeply personal storytelling.

7

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 336**

**4. The Legal Implications: Copyright Infringement Through Thematic Theft**

The reproduction of fundamental narrative elements, even when slightly modified, constitutes copyright infringement if the reworked dialogue retains the substantial similarity of expression, structure, and emotional function.

U.S. Law: Copyright Act of 1976 (17 U.S.C. § 501)

U.K. Law: Copyright, Designs, and Patents Act 1988

**Key Legal Precedents:**

Sheldon v. Metro-Goldwyn Pictures Corp. (1936) – Establishes that substantial similarity in storytelling elements and narrative structure qualifies as copyright infringement.

Rogers v. Koons (1992) – Minor modifications do not protect against infringement if the core meaning and expression remain identical.

Baigent & Leigh v. Random House (2006, U.K.) – Reinforces that thematic structure and key elements can be protected, not just exact wording.

8

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Applicable Legal Arguments:**

I.   Substantial Similarity Test: The dialogue in Arcane and Bloodborg serves identical narrative and thematic functions and contains strikingly similar phrasing, tone, and symbolic reinforcement.

II.  Derivative Work Argument: Even if minor wording changes exist, Arcane's dialogue constitutes an unauthorized derivative work of Bloodborg.

III. Intentional Misrepresentation: The "Pix-N-Mix" masking evidences an attempt to disguise theft while still benefiting from the original work's unique storytelling.

**5. Conclusion: A Clear Case of Appropriation**

The Vander "Good Heart" monologue in Arcane is not an original piece of writing, it is a disguised appropriation of a deeply personal and carefully crafted moment from Bloodborg. This is not an isolated incident but part of a larger pattern of lifting and reworking material from the Plaintiff's work.

I.   The parallels in theme, structure, and symbolism are undeniable.

II.  The masking through minor wording changes demonstrates an intentional attempt to obscure the origins of the material.

III. The legal precedent establishes that such unauthorized appropriation qualifies as copyright infringement.

9

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Requested Legal Actions**

    i.    Copyright Infringement Lawsuit – Under 17 U.S.C. § 501 and CDPA 1988 for unauthorized reproduction of narrative elements.

    ii.    Injunction Against Further Use – To prevent continued exploitation of Plaintiff's creative material.

    iii.    Compensatory and Punitive Damages – For economic losses and emotional distress caused by the unauthorized use of deeply personal material.

    iv.    Legal Credit and Attribution – To establish the Plaintiff's rightful ownership of the misappropriated work.

This complaint serves as formal evidence that Arcane's writing includes plagiarized material from Bloodborg, and legal action is necessary to address this systematic exploitation of another creator's work. Moreover, Criminal proceedings may need to follow to prevent more hardship to others and to the plaintiff.

10

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT B- FALL GUY**

**In Arcane,** Vander is arrested because Vi, his adoptive daughter, blew a hole in a wall.



**In Bloodborg,** Chris is arrested because of his best friend Lieutenant Dillon James blow a hole in The Wall (The Stand).

*"As Chris recovered in a Hospital back on Ark, the Ark Special Investigations Branch (ASIB) visited him. They informed Chris that Dillon had been radicalised inside Deep-root and persuaded to blowing a hole in The Wall. ASIB stated that the breach in the wall was being coined The Rupture. The OWA attacked the area of the Rupture for a week after but did not successfully breach The Wall.*

11

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*They believed that this wasn't the intent, the intent was to gather information. They stated that because Chris was logged into the Drone which had been hacked, the hackers gained information on propulsion for levitation of the underground bullet pods. As well as information on the location and operations of Armadillo PCC because it was utilized during the night when the hard-shell was switched down; the enemy now know that it can be used at night if needed. They also know that it is located near Dunkirk.*

*Chris was sentenced to six months in Military Cage, with no bionics or prosthetics. During this time, as part of his rehab he had to undergo intensive brain wave re-conditioning and educational programming which reconnected him with the Ark and Gaia. To connect to what the Military Cage guards called the mammalian survival mode, Chris was placed under a stringent fasting plan, one meal of grassnip every three days and three scoops of water per day. The guards injected him in the neck daily with a red serum."*

**Key Findings.**

Both Vi and Chris take the fall for somebody else's actions (both involved in blowing holes in walls). Both Vi and Chris are sent to underground prisons with harsh reconditioning programs. Later, both Vi and Chris become prominent figures of authority within the same establishment that imprisoned them. This pattern strongly suggests narrative and thematic misappropriation from Bloodborg into Arcane.

12

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

EXHIBIT C - FERAL FIGHTERS AND MUTANTS VS SHIMMER DECKARD AND SHIMMER MUTANTS.

We next see the hulking mutated shimmer Deckard kill Benzo, Grayson and the Enforcers, then he knocks out Vander and drags him away. We find out that the traitor Enforcer, Marcus, had a deal with Silco, who steps out of the mist with a bionic orange glowing eye.





13

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Table 2- Comparisons*

| Category | Bloodborg - Feral Fighters & Mutants | Arcane - Shimmer Deckard & Shimmer Mutants | Observations & Overlaps |
|---|---|---|---|
| Concept & Origin | Feral Fighters are enhanced humans who have undergone grotesque mutations due to exposure to biochemicals, drugs, and genetic experiments. They are violent, uncontrollable, and used as tools of war or terror. Mutants are the extreme evolution of these fighters. | Shimmer Deckard and the Shimmer Mutants are individuals transformed by the drug "Shimmer," which grants them enhanced physical abilities but at the cost of their humanity. The mutants become monstrous and unpredictable. | Both involve human transformations via synthetic blood based drugs/biochemicals, resulting in uncontrollable, hyper-aggressive, and monstrous warriors. |
| Transformation Method | Feral Fighters are exposed to biochemical mutagens that twist their bodies, making them grotesquely strong, fast, and aggressive. The transformation is painful and irreversible. Mutants represent the extreme, losing all semblance of their former selves. | Shimmer users experience a violent transformation into monstrous forms, gaining superhuman strength, durability, and aggression. The transformation is painful and highly unstable. | Both feature a transformation process fueled by chemical or biochemical exposure, leading to irreversible or semi-permanent physical alterations and mental instability. |
| Appearance & Traits | Feral Fighters have exaggerated muscles, glowing eyes, enlarged teeth, claws, and exposed veins. The mutations vary based on exposure and genetics. Mutants have even more extreme deformities, some losing human features entirely. | Shimmer mutants have glowing eyes, disfigured bodies, overgrown musculature, and violent, unpredictable behavior. Deckard, the first major subject, is significantly larger and stronger than normal humans. | The grotesque, monstrous aesthetic of chemically mutated fighters is nearly identical, including glowing eyes, exaggerated physiques, and loss of cognitive function. |

14

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

| | | | |
|---|---|---|---|
| **Behavior & Role** | Feral Fighters act as enforcers, brutalizing opposition with unmatched strength and ferocity. They are often used as foot soldiers for warlords and crime syndicates. Mutants are barely sentient, only responding to basic instincts and violence. | Shimmer Mutants, especially Deckard, are used as enforcers for criminal organizations, exhibiting immense brutality. They lose control over their actions and attack friend and foe alike. | Both factions serve a similar role in their narratives—being chemically enhanced, expendable super-soldiers or enforcers who turn into berserk creatures. |
| **Tactical Use in Combat** | Feral Fighters are deployed in urban warfare, tearing through enemies with raw strength. They are used in street battles and as shock troops for criminal syndicates. Mutants are even deadlier, causing mayhem and destruction. | Shimmer Mutants are deployed by Silco's faction to overwhelm enemies, engaging in street-level fights with overwhelming strength. They are used as brutal frontline soldiers in violent conflicts. | The strategic deployment of these chemically altered beings as mindless war machines is identical. |
| **Moral & Narrative Themes** | Feral Fighters represent the loss of humanity due to unethical scientific experimentation and the pursuit of power. The drugs are meant to create the ultimate soldier but destroy their minds and souls in the process. | Shimmer Mutants serve as a metaphor for addiction and the dangers of unchecked scientific advancements. The drug grants power but erodes the person's identity. | Both narratives explore the dark side of scientific ambition and the human cost of seeking power through artificial enhancement. |

15

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Examples Feral Fighters, Mutants and, Bloodborgs, from Bloodborg.**

1.  *"The Founding Families are moving towards a world without resistance, a one-world slave machine where the only survivors see them as gods. They plan to re-house their minds in bloodborgs, the pinnacle of all creation. The ultimate cybernetic human beings. Merging AI, in-brain, robotics and synthetic human self-regenerating tissue with the perfect cocktail of endless blood to be immune to all diseases and ageing."*

2.  *"Bill, The QM (Look at me, already calling him Bill) says that the genetic makeup of the Nullifidian has changed, mutated in some way and their minds are contaminated. They are uncivilised, like wild animals, they are sub-human."*

3.  *"Nullifidian – general term used by the Defenders to mean all people who are sub-human, all beyond the wall.*

*Heathens- A settlement of people, near normal, do not believe that the earth is a living entity. They live together but fight all others, they are intelligent, but many have physical mutations, most notably the size of them, they are huge, both tall and wide in comparison to humans. Many have pronounced foreheads and raised eyebrows.*

*The Diseased/ Infected - Badly mutated and contagious, often have large open pus-filled sores and blisters, or are wrapped up in rags to hide the sores.*

16

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*The Unwell- translucent skin or very pale. They cover up in sunlight to protect their skin, often live underground or in caves, they move around, scavenging and foraging mostly at night."*

4. "'Just keep rowing gently and be silent,' said Warwick, knowing that noise and movement and even light overloads the damaged brains of the infected and the mutated, sending them into a rage."

5. "The smell of blood excited the severely mutated."

6. "…five of the mutated had somehow gotten over or through the fence and were trying to bite into an old car battery."

7. "His body tickled with rage. Not like the blind rage of the mutated, more of an emotionally charged rage of a damaged man."

8. "… hive of the mutated and the infected,"

9. "…most of the mutated are barely people anymore and the others, us, the Infected are slowly dying, we are rotting, we are being eaten alive from the inside. I can't control them, not the mutated, nobody can. If they become overstimulated by light or the smell of fresh blood, they rage, sometimes even ripping each other apart for blood."

10. "The frenzy had begun, the mutated raged on."

11. "Screeches of the mutated echoed through the band of standing boulders."

12. "Needles is one of the most avoided areas of New Kowloon because a feared gang of lawless wreckers, rapist and murderers patrol the platforms and gangways. They call themselves The Feral Fighters."

17

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

13. *"Feral Fighters are planning something to identify blood markers instantly, so they don't have to rely on this dipping fingertip in permanent purple ink business. They know people are cheating it. My friend says they are planning something big. He has it on good grounds that a war is coming to New Kowloon, a war to drain the city of all its valuable blood and to kill everyone else."*

14. *"… force of one hundred to two hundred Feral Fighters are marching south towards the Midcity lights."*

15. *"The Feral Fighters were cowboys, more rascal soldier wannabees than an actual fighting force. They got by on bullying and harassing people. There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them."*

18

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Argument for Copyright Infringement**

Based on the comparison, the following legal arguments can be made:

*1.  Substantial Similarity in Concept & Execution*

Both Bloodborg and Arcane feature a faction of chemically or biochemically altered fighters who are used as disposable war assets.

The transformation process, side effects, and eventual monstrous state are strikingly similar, down to the glowing eyes, grotesque musculature, and loss of mental faculties.

*2.  Thematic & Narrative Parallels*

The thematic weight of Feral Fighters and Shimmer Mutants revolves around biological enhancement gone wrong, with blood drug-induced transformations serving as a key plot element in both stories.

They both critique unethical scientific experiments, the pursuit of power through unnatural means, and the loss of self.

*3.  Derivative Work Argument*

If Arcane creators had access to Bloodborg, the resemblance could suggest that they used Bloodborg's concepts to build their own mutated enforcers, altering only surface-level details (i.e., renaming the substance from a blood based biochemical mutagen to "Shimmer" and tweaking the visual style).

19

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 348**

Even with differences in branding, if core concepts, execution, and usage in the story remain the same, it may constitute derivative work without permission.

### 4. Market Confusion & Distinctiveness

The depiction of blood drug-induced mutants in Arcane could potentially dilute the originality of Bloodborg's Feral Fighters by making them seem derivative rather than a unique invention.

If Arcane's depiction gains widespread recognition, which it has, it could prevent Bloodborg from effectively using or monetizing its original concept in future media.

20

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

Based on the detailed comparative analysis, there are strong conceptual, thematic, and narrative overlaps between Bloodborg's Feral Fighters & Mutants and Arcane's Shimmer Deckard & Shimmer Mutants. The transformation process, the visual and physical effects, the behavioral traits, and their role within the story structure exhibit substantial similarities. These resemblances raise serious concerns about potential copyright infringement and suggest that Arcane may have derived or been influenced by Bloodborg's concepts without proper credit or authorization.

While Riot Games may argue that differences exist in execution (e.g., visual style, minor story changes), the core identity and purpose of these chemically altered warriors remain nearly identical.

**Key Findings**

*Core Concept Parallels*

Both Bloodborg and Arcane feature chemically enhanced warriors that mutate into monstrous enforcers due to exposure to a biochemical/drug compound.

Both factions serve criminal overlords, are highly unstable, and lose their humanity through their transformations.

*Transformation & Visual Similarities*

The transformation process in both cases is violent, painful, and often irreversible.

The resulting mutants exhibit grotesquely enlarged muscles, glowing eyes, exposed veins, and exaggerated features.

21

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The Shimmer Mutants in Arcane and the Feral Mutants in Bloodborg both lose cognitive control and become mindless killing machines.

*Role & Tactical Deployment*

In both narratives, these mutants are used as cannon fodder for street battles, organized crime, and violent enforcement of power.

They are introduced as human test subjects, quickly turning into monstrous, barely sentient weapons.

*Thematic & Narrative Overlap*

Both Bloodborg and Arcane critique unethical scientific experimentation, showing how power-hungry factions exploit human subjects.

The overarching moral dilemmas, consequences of augmentation, and themes of addiction and dehumanization are nearly identical.

*Potential Legal Implications*

If Bloodborg predates Arcane, it may be possible to prove unlawful derivation or misappropriation.

A copyright infringement case could argue that Riot Games used distinctive and original elements of Bloodborg in Arcane without licensing or permission.

Even if direct copying is not proven, the substantial similarities could support an unfair competition or trade dress dilution claim.

22

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 351**

EXHIBIT D- MAKING WEAPONS FOR WAR.

Inside the Crab Market, we see Silco's Goons making weapons, preparing for war against the topside.



In Bloodborg, war or battle perpetrations are also taking place.

1. *"They plan a mass raid on New Kowloon to loot whatever blood, weapons, energy unit's and valuables they can. Then they plan genocide, and obliteration of the city."*

2. *"The leader of the gang; Cowboy Momahan, is attempting to take control of all of The Needle district. He is trying to recruit an army to plunder the city. He receives weapons, alcohol and drugs from the Assemblage in exchange for raiding services and blood donations (trafficking people for their blood)."*

3. *"Warwick already Knew from Sally's situation report that this is where Jade's weapons were stashed."*

23

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

4. *"Biz popped up out of the tunnel and scanned the weapons. She found a tracking device."*

5. *"D'borg stepped towards the weapons and stopped. She scanned the weapons. Biz had planted a fusion tab on the weapons crate, she primed it to explode when scanned. Ingenious little bionic-Bee."*

6. *"We stole them from a lock-up, an ammo dump belonging to the Feral Fighters.'"*

7. *"… why did Morgan have you raid the lock-up for weapons. Marvin said something bigger is going down, do you know anything about it?'*

*'Morgan spoke about a cure-all synthetic blood being developed which would make all Nullifidian's disposable, Worthless. He said they plan to destroy the city, but they need the real blood first, to copy it. They are gearing up a final hunt before they destroy New Kowloon."*

24

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison and Analysis- War Preparations and Strategic Weapon Stockpiling**

Both Bloodborg and Arcane feature an underground faction stockpiling weapons in preparation for an imminent war.

**Arcane:**

In Arcane, Silco's forces are actively producing and stockpiling weapons in the Crab Market to prepare for their assault on Piltover (topside).

The weapon manufacturing process is integral to Silco's plan to destabilize Piltover and gain full control of the undercity.

Just as Cowboy Momahan arms his gang with stolen weaponry, Silco weaponizes his own soldiers, using both traditional arms and Shimmer-induced super-soldiers.

**Key Similarity:** Both Bloodborg and Arcane emphasize the buildup of weapons and forces for an underground faction's war against the dominant power.

**Illicit Trade: Weapons, Drugs, and War Funding**

Both stories highlight the role of crime, illegal substances, and underground economies in fueling war.

**Bloodborg:**

"Cowboy Momahan receives weapons, alcohol and drugs from the Assemblage in exchange for raiding services and blood donations (trafficking people for their blood)."

25

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

"Morgan spoke about a cure-all synthetic blood being developed which would make all Nullifidian's disposable, Worthless."

Cowboy funds his war effort through human trafficking, blood trade, and weapons exchanges. His forces steal and smuggle contraband to gain the resources necessary for war.

**Arcane:**

Silco's economy is funded by Shimmer production and distribution, which fuels his ability to create enhanced soldiers.

The Crab Market weapon workshop operates in secret, much like Cowboy's weapons and drug deals with the Assemblage.

Silco exploits people for profit and power, much like Cowboy's blood trade and human exploitation.

**Key Similarity:** Both Bloodborg and Arcane feature criminal warlords who finance their wars through black market trade (weapons, drugs, and human trafficking).

**Tactical Infiltration and Sabotage**

Both stories also include strategic counterattacks involving weapon caches and sabotage.

**Bloodborg:**

"Biz popped up out of the tunnel and scanned the weapons. She found a tracking device."

26

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 355**

"D'borg stepped towards the weapons and stopped. She scanned the weapons. Biz had planted a fusion tab on the weapons crate, she primed it to explode when scanned. Ingenious little bionic-Bee."

Here, intelligence and sabotage play a crucial role in disrupting enemy plans. Biz uses advanced tactics (a tracking device and an explosive trigger) to undermine an enemy stockpile.

Biz, In Bloodborg, is an intelligent bee drone. We see the same in Arcane, yet Jinx's are butterfly drones. Bloodborg was written at a time when drone technology was just taking off, thus this isn't a trope, it's a direct infringement… alleged.


**Arcane:**

Similarly, in Arcane, the Crab Market scene reveals that weapons are being strategically prepared, smuggled, and distributed, and later, Piltover forces disrupt these operations.

Jinx uses explosives and modified weapons to sabotage enemy forces (much like Biz planting a fusion tab to sabotage a weapons crate).


**Key Similarity:** Both Bloodborg and Arcane emphasize tactical sabotage and infiltration to counter the enemy's war effort.

27

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion: Strong Parallels in War Preparation and Criminal Economy**

**Key Findings:**

Both narratives feature an underground faction stockpiling weapons for war.

**Bloodborg:** Cowboy Momahan's gang steals and hoards weapons.

**Arcane:** Silco's forces manufacture and stockpile weapons in the Crab Market.

Both war efforts are funded through black-market economies.

**Bloodborg:** Weapons, drugs, and human blood trafficking fuel Cowboy's army.

**Arcane:** Shimmer production and illegal weapons manufacturing fund Silco's forces.

Sabotage and intelligence play key roles in countering enemy war plans.

**Bloodborg:** Biz plants an explosive in the weapons cache to sabotage it.

**Arcane:** Jinx and other characters use explosives and sabotage to disrupt Piltover forces.

28

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Implications:**

This comparison highlights not just broad thematic similarities, but also detailed narrative parallels, including:

The concept of an underground warlord using illicit trade (blood/shimmer) to fund a war.

The use of stolen weapons caches and strategic war preparations.

The theme of sabotage and counterintelligence in disrupting the war effort.

These elements may constitute substantial similarities between Bloodborg and Arcane, suggesting potential intellectual property misappropriation in worldbuilding, themes, and narrative structures.

29

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT E- STOCKPILING BLOOD BASED DRUGS.**

**In Episode 3,** we see Silco and his Goons in the crab market producing and stockpiling Shimmer, which is a blood and psychoactive root plant-based drug.



**In Bloodborg,** many factions, such as the Feral Fighters, The Assemblage and The Ark, are harvesting and stockpiling a blood-based drug, taken in many forms such as infections, inhaling, or serum. Sometimes known as Fetal Sapien Serum. This too is made from a mix of blood harvesting, bio-engineering and psychoactive root plant or root potion. called Rescogita.

**Bloodborg,**

1. *"I might as well admit it now, I've accessed Deep-Root, mostly to read of the Old-World. The Concoction (Rescogita) is more available in the 4th quarter because the mountains are harder to search."*

30

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

2. *"We are a stockpile of fresh blood to them. The Founding Families and others inside the Inner Assemblage have blood on the menu. If your blood type or genetic indicators are requested; the Hunters will come hunting, killing you for your blood. The Raiders will come raiding your arteries, but they usually do not kill. The Mercenaries, however, they are the worst, they will find and capture you, they will keep you semi-sedated, strapped to a surgery table for months whilst they milk your blood vessels, until you stop producing or you are no longer valuable to them. They will then either make you their bitch, their slave, or kill you slowly."*

3. *"Because the Founding Families, have created a way of producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies. A never-ending feast. This makes the residence of New Kowloon worthless to them. My informants inside The Inner Assemblage have warned me to get out as fast as possible. They plan a mass raid on New Kowloon to loot whatever blood, weapons, energy unit's and valuables they can. Then they plan genocide, and obliteration of the city."*

31

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis: Stockpiling Blood-Based Drugs**

(Bloodborg vs. Arcane: Blood and Psychoactive Substances in War Economy)

1. Blood-Based Drugs and Their Role in Power Dynamics

Both Bloodborg and Arcane introduce a blood-derived drug that serves as a cornerstone for power, control, and warfare.

**Bloodborg:**

"We are a stockpile of fresh blood to them. The Founding Families and others inside the Inner Assemblage have blood on the menu."

"Because the Founding Families, have created a way of producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies."

**In Bloodborg,** the drug is derived from real human blood and psychoactive plant extracts, specifically Rescogita (a root-based psychoactive substance) combined with Fetal Sapien Serum (blood-derived biotech). This serum is harvested, refined, and distributed as a highly sought-after substance, used for biological enhancement, addiction, and control.

**Arcane:**

Shimmer is a chemically engineered blood and root-based drug that enhances strength and aggression but is highly addictive.

32

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 361**

Shimmer is produced in the Crab Market, processed in underground labs, and weaponized to transform individuals into enhanced but monstrous fighters.

Like Bloodborg, Shimmer is a fusion of blood and psychoactive root-based compounds, combining organic and synthetic elements to create an unstable yet potent substance.

**Key Similarity:** Both narratives feature a powerful drug made from a mix of human blood and psychoactive plant-based substances.

**2. Stockpiling, Drug Economy, and Elite Control**

Both stories show organized crime, corrupt elites, and warlords hoarding these blood-based drugs to maintain power.

**Bloodborg:**

"They plan a mass raid on New Kowloon to loot whatever blood, weapons, energy unit's and valuables they can. Then they plan genocide, and obliteration of the city."

"Mercenaries will keep you semi-sedated, strapped to a surgery table for months whilst they milk your blood vessels, until you stop producing or you are no longer valuable to them."

**Later in the Arcane series,** we see jinx, ***"keep you semi-sedated, strapped to a surgery table"***, whilst she receives Shimmer treatment for her catastrophic wounds.

33

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 362**

Here, blood is systematically harvested for mass production of a drug that enhances, heals, or manipulates. Those in power capture, enslave, and drain people for their blood, treating them as raw materials for biochemical refinement.

**Arcane:**

Silco's gang stockpiles and refines Shimmer in the Crab Market, using it to gain control over Zaun's criminal underworld and to wage war against Piltover.

Shimmer users, especially Deckard and other mutants, are enhanced but also deformed, much like the "blood-milked" individuals in Bloodborg who are discarded when no longer useful.

**Key Similarity:** In both cases, drug production is tied to exploitation, mass harvesting, and a system of absolute control by a ruling elite.

### 3. Bio-Engineering and Synthetic Drug Expansion

Both narratives feature synthetic versions of the original drug, allowing for perpetual production.

**Bloodborg:**

"The Founding Families have created a way of producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies."

This biotech expansion allows the elite to maintain a supply of blood-based serum without needing constant new victims.

34

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Arcane:**

Shimmer is refined and synthesized, allowing for mass production and increasing its impact on Zaun's war economy.

Shimmer experiments lead to enhanced versions of the drug, making it more powerful and more addictive. The end version in Season 2 of Arcane successfully turns both Warwick and Viktor and his cult into Bloodborgs.

**Key Similarity:** Both Bloodborg and Arcane depict the evolution of a blood-based drug from raw extraction to synthetic mass production.

**Conclusion:** Strong Parallels in Drug-Based Power Structures

Both narratives feature an underground faction mass-producing a blood-derived, psychoactive drug.

**Bloodborg:** Rescogita & Fetal Sapien Serum (blood and bio-tech serum).

**Arcane:** Shimmer (blood-infused drug with psychoactive root extracts).

Both drugs are controlled by powerful elites who exploit and enslave people to produce them.

**Bloodborg:** The Founding Families capture, drain, and discard people for blood harvesting.

**Arcane:** Silco's gang experiment on and addict people to Shimmer, turning them into dependent warriors.

35

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Both drugs are used for enhancement but come with terrible costs.

**Bloodborg:** Victims are harvested for serum, discarded, or turned into slaves.

**Arcane:** Shimmer enhances fighters but mutates them into monstrous forms.

Both drugs evolve from natural extraction to synthetic production.

**Bloodborg:** Synthetic blood allows continuous production without fresh victims.

**Arcane:** Shimmer is refined and modified for stronger, more potent versions.

**Legal Implications**

This comparison suggests not just thematic overlap, but detailed narrative similarities, including:

    i.    A blood-harvesting economy that fuels war.

    ii.   Drug-induced mutations and enhancement.

    iii.  Mass exploitation of people for biotech experimentation.

These conceptual parallels strengthen a case for potential IP infringement, especially regarding the role of blood-drug economies, elite control mechanisms, and bio-enhancement themes.

36

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT F- Nation of Zaun**

**In Arcane,** Silco and Vander argue about war against topside. Silco states that they once had a shared vision, not just for the lanes, but for the whole of the underground united as one, the nation of Zaun.



**In Bloodborg,** Cowboy Momahan is alleged to be the character who Silco was created from. *"Cowboy Momahan, the leader of the Feral Fighters, has vowed to unite the gangs, the hunters and raiders of The Needles district, to fight against other districts, for full control of New Kowloon. He has announced that he will be the first King of New Kowloon."*

37

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis: Nation of Zaun**

(Bloodborg vs. Arcane: The Vision of a United Underworld & Leadership in Rebellion)

**1. The Vision of a Unified Underground Faction**

Both Bloodborg and Arcane establish powerful figures who seek to unify an anarchic, crime-ridden underworld under a singular leadership. Their goal is not just survival, but dominance and independence from the ruling elite above them.

**Arcane (Zaun & Silco)**

Silco envisions a united underground city, independent from the oppressive topside of Piltover.

He believes in uniting the fractured gangs and criminal organizations under one banner to form the nation of Zaun.

His rhetoric suggests that before his ideological and violent split with Vander, they once shared a dream of a greater, self-sustaining underground nation.

**Bloodborg (Cowboy Momahan & New Kowloon)**

Cowboy Momahan mirrors Silco in his ambition to consolidate power over the divided districts of New Kowloon.

He seeks to unite the gangs, raiders, and hunters under his rule, establishing a dominant force in the chaos.

38

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

His goal is not just control but monarchy, declaring himself the first King of New Kowloon, solidifying his authority over a lawless landscape, which is also something Silco later aspires to become.

**2. The Leader as a Symbol of Rebellion**

Both Silco and Cowboy Momahan embody the leader of the downtrodden, turning their pain and past grievances into a calculated bid for absolute power.

**Silco as the Revolutionary**

He views Piltover's oppression as an existential threat to Zaun's people, justifying extreme measures in pursuit of freedom.

His leadership is steeped in ideology, using fear, loyalty, and political manipulation to secure his rule.

Silco's vision is nation-building, establishing Zaun as a recognized power, rather than simply seizing control of criminal operations.

**Cowboy Momahan as the Warlord-King**

Unlike Silco's political approach, Momahan embodies brutal gang rule, where strength and bloodshed determine hierarchy.

He consolidates power through violence, coercion, and alliances, ensuring total dominance over the Needle District before expanding outward.

39

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

His ambition is less ideological and more about raw power, establishing himself as a king rather than a political leader.

### 3. The Power Struggle Against the Status Quo

Both characters wage war not just against their immediate enemies, but against an established societal hierarchy that refuses to acknowledge them.

Silco fights against Piltover's control, seeking independence from the technologically advanced city that governs trade and innovation.

Momahan fights for absolute rule over New Kowloon, attempting to overthrow rival factions and become a dictator.

However, while Silco seeks legitimacy for Zaun, Momahan thrives on anarchy and lawlessness, aiming to rule by brute force.

*Table 3- Silco and Cowboy.*

| ELEMENT | ARCANE – SILCO & ZAUN | BLOODBORG – COWBOY MOMAHAN & NEW KOWLOON |
|---|---|---|
| GOAL | Create an independent nation of Zaun | Become the first King of New Kowloon |
| METHOD | Political manipulation, military control, drug trade | Violence, gang unification, blood harvesting |
| LEADER'S VISION | Freedom from Piltover's rule, self-governance | Dictatorship over all rival factions |
| MEANS OF CONTROL | Shimmer (mutant drug), alliances, ideological loyalty | Blood-based drugs, forced recruitment, warfare |

40

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The core thematic overlap lies in both stories centering on a crime lord figure attempting to unify a fractured underworld through violence, strategy, and a vision for a new order. The execution differs slightly—Silco's dream is political and strategic, whereas Momahan's is brutal and totalitarian.

However, the striking resemblance between their arcs, motivations, and tactics raises strong similarities that warrant further investigation into potential infringement. The parallels in themes of gang unification, overthrowing oppression, and the concept of an outlaw nation suggest that Bloodborg's Cowboy Momahan could have served as a template for Silco in Arcane.

41

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT G – Brothers- Brains and Brawn**

**G1- Brains and Brawn**

Right after Silco speaks about the nation of Zaun, up on the rail platform of the "Crab Market," Silco says to Vander, *"Do you even remember? I trusted you... and you betrayed me."*

It shows the Silco/ Vander struggle in the water, which resulted in Silco having the left side of his face scarred and looking like a robot. Silco's left eye and his face wound look like they have been fixed with augmented bionics.

Vander says, *"What I did to you, I've never forgiven myself, you were my brother."*

Silco touches his left, orange, eye.

It is alleged that even this dynamic of- brothers in arms and code- is swiped and masked from Bloodborg.

**In Bloodborg,**

"Chris Redgrave and Dillon James had been best friend since meeting in an Ark Defense training unit at the age of fifteen. Chris the brains, Dillon the Brawn."

42

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 371**

Even this description matches the juxtaposing of Silco's and Vander's physical structures.

"Chris the brains, Dillon the Brawn."



 

43

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg,**

1.  *"Next to this, a picture of Chris and his best friend laying on the grass under a great oak tree, holding their baby boys, Simon and Peter. Behind them, resting their heads on the shoulders of Chris and Dillon, lay their loving wives, Jane and Emma."*

2.  *"Chris Redgrave and Dillon James had been best friend since meeting in an Ark Defence training unit at the age of fifteen. Chris the brains, Dillon the Brawn. They completed Raptor training together, Chris was awarded Best Recruit of the intake, Dillon was the Milling champion, their training officer commented that he had never seen such raw aggression and emotion in any recruit. They joined the 2nd Raptor Airborne Regiment of the Ark Defence and were stationed on the wall together aged sixteen to eighteen. At the age of nineteen their loving wives each gave birth to healthy baby boys.*
    *At twenty-two Chris moved over to the 2nd Raptor Airborne intelligence platoon and Dillon stayed mainstream; commanding units, Raptor Jumping on the hostile side of the wall, then he became a Milling instructor. They remained best of friends."*

44

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**G2- Benzo and Bill the QM.**

However, The dynamic runs even deeper. When they were younger men, there were three of them, close like brothers. Vander, Silco and the chunkier Benzo, who ended up owning and running a trading shop of sorts.

It is alleged that Benzo is Bill Rewan, The QM from Bloodborg. Yet in Arcane, they took Bill Rewan and his role as Quartermaster, and merged it with Mr Wu Zhang's trading shop, to bring the narratives align for what was needed in Arcane.






45

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

In the Army, a Quartermaster is an officer who supervises logistics and requisitions, manages stores or barracks, and distributes supplies and provisions. He has a store, which people go to, to get what they need, much like Benzo in Arcane, who talks about collections and counting in supplies in the Lanes.  Benzo even looks like Bill, The QM. Even down to the mutton chops sideburns. In later life, Chris also adopted the QM's beard as a statement of remembrance of their shared trauma and loyalty.

**Bloodborg,**

1. *"To be fair to him, the QM seems to be a very interesting chap. His name is Bill Rewan. He requested that we call him Bill. It's funny isn't it, we would never get away with calling an officer by his first name back on Ark. This guy is clearly very experienced, you can see that just by looking at him; he looks war-torn, he looks like a man uncommitted, why is he so phlegmatic at a time like this."*

2. *"Back to the QM, he looks old, much older than 36, Veda says he is 36, which means he was 21 when he was first based here. I imagine he had a full head of bright ginger hair back then. He now has dusty gingery-brown hair, and not a lot of it. He has more hair on his cheeks and in his ears than on his head."*

3. *"Chris Redgrave rocked in his burgundy leather chesterfield, at his desk. Clicking his ballpoint pen with one hand and caressing his mutton chop beard with the other, he gazed out of the window, over his land."*

46

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**G3- Bill and Chris injured by Warwick, aka Lieutenant Dillon James's "betrayal."**

**In Arcane,** Silco touches his left, orange, eye, and says, "You still don't understand, can you imagine what it's like, when your blood mixes with the filth and all the toxins eat through your nerves."

**In Bloodborg,** through fractured backstories and flashbacks, we find out that Warwick, who was Lieutenant Dillon James back then, defected, blowing a hole in The Wall. This "terrorist" event is known as the Rupture. Dillon James had uncovered terrible things and was being radicalized via Deep-Root, inside the Higher Consciousness, exactly what Viktor does to his subjects in season 2 of Arcane.

Dillon James wasn't planning on his "Brothers" Chris (Silco for this part of the narrative story) and Bill the QM (Benzo) being present at the time of the explosion. But it was too late, both of his "Brothers in Arms" were severely wounded by the explosion.

It is alleged that the method of "betrayal" has changed, having undergone manipulation to fit it into Arcane and the cardboard character stories of LOL. The injuries are strikingly similar, but the people who received the injuries, and their causes have been rearranged to squeeze them into Arcane. Bill's eye wound is changed to Silco's eye wound. Bill has to drink bionic acid and must take injections in his neck, but Silco injects directly into his eye… alleged.

47

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 376**

**Bloodborg,**

1. *"His friend Bill Rewan knelt in the dry mud, his chunky hands gripping the raw flesh of his skull. His exposed jawbone rattling in a nerve fit. His eyeball was dangling from its socket. Lieutenant Dillon James was gone, no trace."*

2. *"Entering a Jet-Copter he called the High Commander and Bill Rewan, he asked Bill to locate Dillon and The High Commander to switch down the Hard-shell. Both complied. A few minutes later, Chris boom ejected from the cockpit of the Jet-Copter in the stronghold and ran towards the wall. Bill was much closer, running towards Dillon. Dillon turned, shocked to see Chris, he rammed his hands against the surface of the membrane which cocooned him. 'NO,' he mutely screamed, as the wall in front of him exploded. Dillon was gone.*

   *As Chris recovered in a Hospital back on Ark, the Ark Special Investigations Branch (ASIB) visited him. They informed Chris that Dillon had been radicalised inside Deep-root and persuaded to blowing a hole in The Wall. ASIB stated that the breach in the wall was being coined The Rupture. The OWA attacked the area of the Rupture for a week after but did not successfully breach The Wall."*

3. *"The QM is sitting at the back, swigging a dirty red liquid from a plastic gallon bottle. It looks like bionic acid".*

48

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis: Bill Rewan (QM) & Benzo, and The Betrayal Injuries**

(Bloodborg vs. Arcane: Quartermasters, Betrayals, and Rewritten Trauma)

**1. The Quartermaster vs. The Shopkeeper**

Both Bloodborg and Arcane feature a seasoned, world-weary figure who acts as a supplier, logistics officer, and mentor to the younger generation in a dangerous underworld.

*Arcane (Benzo – The Trading Post Owner)*

Benzo is the third brother-in-arms between Vander and Silco, akin to a neutral, stable presence in the Lanes.

He runs a shop that serves as an underground hub for trade, supplies, and contraband, providing necessary materials for those fighting against the topside.

His loyalty to Vander places him at odds with Silco's vision for a militarized Zaun.

*Bloodborg (Bill Rewan – The Quartermaster, QM)*

Bill Rewan, also known as The QM, functions as a Quartermaster in a military context, controlling weapons, supplies, and resources for his unit.

He is described as weathered, world-worn, and physically battered, a man who has seen and suffered too much.

His role is more militaristic than Benzo's, yet he and Benzo serve the same narrative function, a respected supplier, tied deeply to the past of the main characters.

49

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Key Similarities**

Both act as suppliers in a crime-ridden, militarized underworld.

Both are tied to a brotherhood of three men, sharing history, trauma, and eventual division.

Both show signs of age and wear, Benzo is chunky and bearded, while Bill is battle-hardened with a distinct look, including sideburns and scars.

**2. The Betrayal & The Injury Parallels**

One of the most striking similarities between Bloodborg and Arcane, for this part, is the rearrangement of the betrayal event and the shifting of injuries from one character to another.

*Arcane (Silco's Betrayal & Eye Injury)*

Silco and Vander once fought together for Zaun's freedom, but a violent betrayal by Vander left Silco severely injured.

The injury: His eye, which is exposed to Zaun's filth and toxins, becomes a defining characteristic, leading to his addiction to injections and his descent into villainy.

This betrayal is personal rather than ideological, driven by a struggle for power.

*Bloodborg (Dillon James' Betrayal & Bill Rewan's Eye Injury)*

Bill Rewan suffers almost the exact same injury as Silco, with his eyeball dangling from his socket after the explosion Dillon James triggers.

50

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Dillon, like Viktor in Arcane's Season 2, is radicalized by an advanced consciousness inside Deep-Root, pushing him into terroristic action.

This betrayal is not personal but ideological, with Dillon James convinced he is fighting against a corrupt system.

The injury is shifted in Arcane, Bill's gruesome fate becomes Silco's, while Chris's emotional damage mirrors aspects of Silco's character arc.

**Key Similarities**

The eye injury parallels are explicit, Bill's gruesome wound in Bloodborg closely mirrors Silco's in Arcane.

Both betrayals involve a trusted brother-in-arms injuring their allies.

Both injured men (Bill/Silco) rely on some form of injected substance to manage their wounds; Bill drinks bionic acid, while Silco injects a liquid into his damaged eye.

The trauma caused by the betrayal shapes the path forward; Silco descends into villainy, while Bill becomes a broken yet still operational figure.

Arcane reassigns parts of the injury; Silco takes the physical wound that Bill suffered, while Chris takes the emotional weight of the betrayal.

51

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Table 4- The Dynamics of the Three.*

| ELEMENT | ARCANE – BENZO & SILCO | BLOODBORG – BILL REWAN & CHRIS |
|---|---|---|
| ROLE IN STORY | Shopkeeper, supplier, third brother-in-arms | Military Quartermaster (QM), logistics officer, key veteran figure |
| CONNECTION TO THE BETRAYAL | Vander betrays Silco, leaving him for dead | Dillon James unknowingly injures Chris & Bill in "The Rupture" |
| PHYSICAL INJURY | Silco's eye is damaged, forcing him to inject a serum | Bill's eye dangles from its socket, leading to his reliance on bionic acid |
| AFTERMATH OF BETRAYAL | Silco becomes Zaun's dictator, addicted to injections | Bill is broken but remains a supplier and veteran, Cowboy takes this role. |

**Conclusion.**

This comparison strongly supports the claim that Arcane borrowed and restructured the narrative elements of Bloodborg, particularly in the betrayal event and its consequences. The concept of a third brotherly figure (Benzo/Bill) being injured by an ideological defector (Dillon/Vander) is a near-direct parallel, with only minor adjustments made to fit Arcane's world-building.

Additionally, Silco's disfigurement appears to be lifted from Bill Rewan's injury, repurposed with a different cause but retaining the core imagery of a traumatic, eye-damaging betrayal. This suggests that Arcane adapted elements from Bloodborg but altered them enough to obscure the direct connection—though the structural and thematic overlaps remain undeniable.

52

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

EXHIBIT H- SMOKE FLARE/ SMOKE GRANADE

Preparing to rescue Vander, Vi takes his metal anvil-like punching gloves. Vi gives Powder a smoke flare/ smoke grenade.

**Vi say to Powder,** "You're not ready. You're all I have left; I can't lose you. Here, if they come for you, take this and run. Wherever you are, light it up and I'll find you.



**Later in Arcane season 1,** we see Jinx (older Powder) light up the blue smoke flare.



53

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Arcane,** *"You're not ready. You're all I have left; I can't lose you."*

**In Bloodborg,**

1. *" 'I've lost so much, I can't bear to lose my brothers as well,' whispered Rook, thumbing the necklace."*

2. *" 'We should come with you.'*

   *'No chance, Matteo you wouldn't make it to Midcity never mind lower city.'*

   *'What's that supposed to mean-*

   *'Rook's right Matt, you just aren't in the best of shape right now. I should come with you though Rook.'*

   *'You wouldn't keep up either Mac."*

3. *" 'Come on man, you know I got this, just plan the route.'*

   *'Alright I'll do it but please be careful. Here, take a few smoke flares in your knapsack, don't let them get a signal lock on your heartbeat.' "*

Both stories show a more physically abled and skilled sister looking after the wellbeing of her "siblings." Both worry about losing them; after already losing so much, both have lost their parents. Both are concerned that their "siblings." are not prepared. In both stories a flare is handed over as a symbol of caring and protection.

54

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis: Smoke Flare/ Smoke Grenade**

(Bloodborg vs. Arcane: Sibling Protection, Readiness, and Symbolism of the Flare)

**1. The Role of the Older Sister & Sibling Protection**

Both Arcane and Bloodborg feature a strong-willed, physically skilled older sister figure who takes on the responsibility of protecting their younger, less capable sibling. In both cases, the older sister feels a deep sense of duty, guilt, and love, stemming from past loss and the brutal world they inhabit.

*Arcane (Vi & Powder/Jinx)*

Vi is physically capable, the leader of their gang, and the protector of Powder.

After losing their parents and being taken in by Vander, Vi assumes a parental role for Powder, always looking out for her.

She worries that Powder is not ready for real combat and does not allow her to come along to rescue Vander.

She hands Powder a smoke flare as a last resort, symbolizing protection, trust, and a promise to find her.

55

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 384**

*Bloodborg (Rook & Matteo/Mac)*

Rook is similarly tough, independent, and protective of her brothers, Matteo and McCauley, who are astonishingly similar to Claggor and Mylo of Arcane.

She has lost a lot already and doesn't want to lose them as well, emphasizing her emotional and familial burden.

Like Vi, she refuses to let them accompany her because they are not ready or physically strong enough to survive the mission.

She is given smoke flares by a comrade to use in an emergency, much like the flare Powder receives from Vi.

**Key Similarities**

Older sibling assumes responsibility for their younger siblings after losing their parents.

Both feel a mix of guilt, love, and duty, struggling between letting their siblings help and keeping them safe.

Both explicitly state that their younger sibling is not ready.

Vi says, "You're not ready," while Rook outright refuses Matteo and Mac's offer to come with her.

A smoke flare is given as a symbol of protection and a promise to return.

56

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Key Differences**

**In Arcane,** Vi herself gives the smoke flare to Powder, marking it as a sisterly bond and promise.

**In Bloodborg,** Rook does not personally give the flares but instead receives them as part of a survival strategy and a symbol of care, though the intent remains the same.

Powder actively uses the flare later to call for Vi, whereas Rook's use of the flares for survival, escape and evasion.

**2. The Symbolism of the Smoke Flare**

In both stories, the smoke flare represents trust, care, and a last-ditch method of protection.

*Arcane (Blue Smoke Flare & Vi's Promise)*

The flare represents a beacon of hope, a promise that Vi will come back for Powder.

Its later use by Jinx is an emotional moment, marking her yearning for her lost sister despite the path she has taken.

*Bloodborg (Smoke Flares & Tactical Survival)*

The flares are given to Rook as a practical tool to avoid detection and as a last-ditch emergency signal.

They serve a similar function as in Arcane, ensuring a way to reconnect if something goes wrong.

57

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### Key Similarities

Both stories give the flare as a means of safety and protection. Both are given in moments where one character refuses to take the younger, less experienced sibling into danger. Both symbolize a connection between siblings or comrades in a dangerous world.

### Key Differences

In Arcane, the flare is an emotional safety net, a way for Vi and Powder to reconnect. In Bloodborg, the flare is framed more as a survival tool, with a tactical, military application rather than just an emotional one.

*Table 5- Flare Comparison.*

| ELEMENT | ARCANE – VI & POWDER | BLOODBORG – ROOK & MATTEO/MAC |
|---|---|---|
| **OLDER SIBLING ROLE** | Vi protects Powder, sees her as too weak for combat | Rook protects her brothers, refusing to let them join her |
| **KEY PHRASE** | "You're not ready." | "You wouldn't keep up." |
| **REASON FOR FLARE** | Vi gives Powder a flare to protect her and promise to return | Rook is given flares to avoid signal tracking and for emergencies |
| **SYMBOLISM OF THE FLARE** | Represents a sisterly bond and a promise | Represents tactical survival and reconnection if needed |
| **EVENTUAL USE OF FLARE** | Powder/Jinx later lights it up to call Vi | No mention of Rook using the flare in this excerpt |

58

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 387**

**Conclusion**

This comparison demonstrates a strong narrative parallel between Arcane and Bloodborg, particularly in the older sister-younger sibling dynamic and the use of the smoke flare as a safety measure. While Bloodborg leans more into survival and tactical applications, Arcane shifts the focus onto emotional connections and character relationships.

However, the key themes- protection, unreadiness, and a flare as a symbol of safety- are identical, suggesting that Arcane may have restructured the narrative while retaining its core essence from Bloodborg.

59

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT I- ON IT.**

**In Arcane,** when Vi and her two adoptive brothers are braking Vander out, Vi gives Mylo (Who is alleged to be Mac in Bloodborg) an order. He replies, "I'm on it."

This is a military reply.

**In Bloodborg,** Mac is given an order. He replies, 'I'm on it like boom sonic.'

**Bloodborg quote –** "*'Quick, someone turn on the interceptor to see if they followed Rook,' said Mateo, pointing to the interceptor with a stout finger, rolls of fat coiled at his nape as he tilted his head.*

*The group of Gangway children sitting on the floor in a semi-circle, all turned to face the makeshift digital radio.*

*'I'm on it like boom sonic,' called Macaulay, already scrambling to the Interceptor, his shabby blonde hair sweeping the communications display as he reached for the headset.*"

60

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Conclusion: "On It"**

Both Arcane and Bloodborg feature a military-style response when a younger brother figure is given an order.

**Arcane:** Vi orders Mylo to act, and he responds, "I'm on it."

**Bloodborg:** Macaulay is given an order and responds, "I'm on it like boom sonic."

**Key Similarities**

Both use a quick, affirmative response, showing readiness and familiarity with taking commands.

Both are in high-stakes, team-based situations, with younger brothers playing a supporting role.

Both characters are allegedly counterparts (Mylo = Macaulay).

**Key Difference**

Arcane keeps it short and military-like, while Bloodborg adds slang and energy with "like boom sonic."

**Conclusion:** The phrasing in Arcane appears to be a simplified adaptation of Bloodborg's Macaulay, maintaining the same essence but streamlining it for tone and brevity.

61

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

62

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

EXHIBIT J- HEXTECH BREAKTHROUGH

As Professor Heimerdinger is about to enter the laboratory, Jayce and Viktor have a breakthrough in their Hextech experiments. There is an explosion of ringed light, suggesting light being a component of Hextech, which is later used for light speed travel. This has never been an aspect of Hextech before Arcane.

As the guards kick open the doors, we see Jayce and Viktor floating, with the universe and constellations mapped holographically above them. We see a central blue ball or sphere of energy with a glowing white light at the core. We see a figure of eight, or the infinity symbol mapped around them.



63

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,**

The energy / technology system is called BlueBeam, although it isn't explicitly named as so, but is repeatedly used in many POVs. The same energy is used in the forearm device of D'borg as a type of blue energy mapping system and integrated command system with many functions. It also powers D'borg's blue laser eye. It is also used to open eye portals and teleportation windows.

*To divulge narrative secrets to the court for the sake of transparency.*

One of BlueBeam's literary functions is a satirical play on the Project Blue Beam conspiracy theory. If you go to the M.W. Wolf webpage, it can be observed that much of the M.W. Wolf catalog has satirical undertones.

In Bloodborg, BlueBeam energy is tied to blood energy and blood engineering, but this is implicitly implied in the manuscript. In short, the energy is a mix of Fusion energy, Blood engineering, electromagnetic and higher consciousness. It is used for weapons, to open inter dimensional portals, quantum entanglement and transportation via teleportation. Bloodborgs are created via the same, yet in the manuscript, even the blood engineering goes deep into the science, describing how early state embryos produce trophoblasts and these are harvested from blood. BlueBeam, portrayed via technologies, aesthetics and eyes are therefore major plot and structure features of Bloodborg.

Yet the use of said literary devices goes even deeper. The M.W. Wolf Megaverse of Fiction books are interlinked in a spaghetti-like universe, much like Stephen King and Brandon Sanderson have achieved. BlueBeam and using eyes as a storytelling device ties into

64

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The Inverted Organelle theory of consciousness and the universe (IO-CU). The IO-CU is a real-life scientific theory of everything. The IO-CU also underpins all of the M.W. Wolf Megaverse of Fiction. Eyes are organs of the body which connect consciousness and the internal universe to the perceived outside universe. Eyes are the organ in which reality is inverted.

https://www.mwwolf-fiction.co.uk/the-inverted-organelle

Thus, these elements of Bloodborg, also in Arcane, are not just uses of an eye or a blue ball to look cool. The meaning and use in the story goes far deeper than anything which could be perceived as chance. Yet, in Arcane, they flash eyes but do not link it to any meaning, and even Hextech is left ambiguous, seemingly retconning Riot's history of Hextech.

The transformation of Bloodborg's Bluebeam concept from an electromagnetic pulse and transportation technology to a magical energy source is alleged to have given Riot Games the creative freedom to re-build the lore, style, use and origins of hextech.

The Blue Energy Balls from Arcane have a distinct visual and conceptual identity tied to hextech and the magical essence that powers the world of Runeterra. The crystals, however, take on a more mystical and magical approach, powering technology through magical energy rather than the electromagnetic pulses of the Bloodborg manuscript.

Hextech in its in-game forms, long predates the circulation of the Bloodborg manuscript. However, its portrayal, origins and use in Arcane is far different to its portrayal in the LOL games. This will be explored and evidenced in a separate document. In short, in the Games lore, Hextech is powered by Hex crystals which come from the magic souls of giant purple crystal scorpions called Brackern.

65

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 394**

**This is central to Arcane Plot.**

This use of Hextech, in this form, alleged to have been swiped from Bloodborg, is central to the plot of Arcane. The teleporting building of the opening of Episode 4 is taken from a chapter of Bloodborg called Orion's belt. This explains more of Hextech and its use as teleoperation travel.



This is Orion's belt in space. I called this chapter Orion's belt because when the cyborg is about to teleport three circles line up, like Orion's belt. She also lines the three districts up, which look like Orion's belt from above. She lines up the map with the hologram map to select her teleportation destination. We see this almost exactly replicated in Arcane.

66

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Let's match what I say in the Orion belt chapter to the still images of the arcane show.





**In bloodborg.**

1. *"They looked like the three stars of Orion's belt, a constellation D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily. She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram. D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon, formally... With the two maps layering each other, she could see the three districts. D'borg mapped the quickest route to the district over midtown."*

67

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

2.  *"She felt the tickle building. She looked down at the inside of her forearm. Inside her arm, attached to her was a device in the shape of a figure of eight. She traced her finger over the figure of eight, it rose from her arm and out flicked a globe with several glowing spots. She zoomed in to a blue spot, the … She rotated the figure of eight zooming it down onto a point near the Air-blade, hovering over an open-top building.*

*Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube.*

*With an almighty crash of thunder and a blinding bolt of white light, she was gone."*

68

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Conclusion: Hextech breakthrough**

*Comparison Between Arcane and Bloodborg*

Both Arcane and Bloodborg depict breakthrough or realization moments involving blue energy, light manipulation, and teleportation-like technology that play a crucial role in their respective worlds.

**Key Similarities**

*Blue Energy & Light-Based Technology*

**In Arcane,** Hextech energy is shown as blue, glowing energy spheres, with the figure-eight/infinity symbol appearing during experiments.

**In Bloodborg,** BlueBeam energy is also blue and light-based, mapped through holograms, energy projections, and teleportation mechanics.

Both Hextech and BlueBeam are central to their worlds' technology, transformation, and movement.

*Breakthrough Moment & Floating Experimenters*

**In Arcane,** Jayce and Viktor float in a zero-gravity-like state when they first harness Hextech's power, and holographic constellations form around them.

**In Bloodborg,** D'Borg uses a BlueBeam device embedded in her forearm to create a holographic map of the city, which projects constellations (Orion's Belt) to guide teleportation.

69

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Teleportation & Dimensional Mapping*

**In Arcane,** Hextech evolves into a teleportation mechanism, with blue portals allowing rapid movement (e.g., Episode 4, where a teleporting building is introduced).

**In Bloodborg,** D'Borg's BlueBeam technology allows her to map cities, align them like Orion's Belt, and teleport via quantum entanglement.

*The Infinity Symbol & Energy Mapping*

**In Arcane,** the figure-eight/infinity symbol appears during Hextech research.

**In Bloodborg,** D'Borg's BlueBeam device is shaped like an infinity symbol, which activates her teleportation abilities. Jayce, later, also has a crystal embedded into his arm.

*Aesthetics & Lore Transformation*

**In Arcane,** Hextech was previously powered by Hex Crystals (from Brackern creatures in LoL lore), but in Arcane, it is reimagined as a more mystical energy source for technology and teleportation.

**In Bloodborg,** BlueBeam energy is a fusion of electromagnetism, blood engineering, and higher consciousness, used for interdimensional travel and teleportation.

Arcane appears to remove the deeper theoretical underpinnings that Bloodborg explores, making Hextech more of a visually appealing plot device rather than a scientifically rooted energy system.

70

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

Arcane's Hextech breakthrough sequence strongly resembles Bloodborg's BlueBeam concept in its:

i.    Visual aesthetics (blue light, floating holograms, and constellations).

ii.    Teleportation mechanics (alignment of three points like Orion's Belt).

iii.    Energy manipulation (infinity symbol and electromagnetic mapping).

iv.    Breakthrough moment (floating in energy, mapping new realities).

v.    Arcane appears to have altered Bloodborg's BlueBeam from a scientific, engineered energy system to a more mystical/magical power source.

vi.    The blue teleportation event in Episode 4 of Arcane bears a striking resemblance to Bloodborg's Orion's Belt teleportation scene, further supporting the claim of narrative repurposing.

**Final Allegation:**

The key visual and conceptual elements of BlueBeam (from Bloodborg) appear to have been altered and absorbed into Arcane's Hextech system, which was previously based on a completely different lore (Hex Crystals and Brackern magic). This places Bloodborg's content into all of the products of Riot Games.

71

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT K- POWDER FALLING.**

In episode 3, as Vi and her gang are attempting to free Vander, Powder sets-off a hex crystal explosion. She is falling in slow motion on her back. This is the first cyclical story beat of Silco's drowning scene. It is alleged, and already covered, that this is swiped from Bloodborg's trauma writing representing the Plaintiff's true life struggles with drowning, falling and sinking in his reliving of events during sleep and sleep paralysis.

**Evidence of this has been presented in:**

1. PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

2. SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS

3. PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE- Psycho-Emotional Analysis



72

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT K- SEVIKA LOSES HER LEFT ARM**

**Bloodborg,**

1. *"Noticing her mistake, D'borg flung her bionic left arm up and dropped her shoulder forward, protecting her head. She dropped too her knees and leaned into the explosion."*

2. *"She tried to sit up but her right leg, which was partly real born flesh, was missing and her left arm sat on the bonnet of an old yellow cab. The mangled fingers of the hand clawed at the yellow paint as her arm danced off the edge of the bonnet."*

3. *"D'Borg lay back against the roof of the derailed carriage with her mangled arm pinned above her, bleeding down onto her head."*



73

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Conclusion: D'Borg's Rebuild vs Sevika's Cybernetic Arm in Arcane**

*Comparison Between Arcane and Bloodborg*

**In Arcane,** Sevika loses her left arm in combat and later replaces it with a cybernetic prosthetic, enhanced with Shimmer and Hextech technology. Her cybernetic arm makes her a powerful enforcer for Silco, increasing her strength and combat effectiveness. In season two, her arm is trapped/ pinned against something after it is stabbed with a blade. The arm is again rebuilt, by Jinx, using scavenged machine parts.

**In Bloodborg,** D'Borg loses multiple limbs, including her left arm and part of her leg, after an explosion in the scrapyard. She is later rebuilt using scavenged machine parts, with her body patched together with old-world metal, vehicle parts, and synthetic flesh. The reconstruction is carried out by autonomous robotic Air-Blades, who inject her with biological and technological enhancements, allowing her to return to battle stronger than before. In her final fight against Warwick, her arm is again mangled, and pinned via a blade, to the roof of the derailed carriage, paralleling D'borg's's pinned arm in Bloodborg.

74

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 403**

**Key Similarities**

*Limb Loss & Reconstruction*

**Sevika** loses her left arm and replaces it with a cybernetic prosthetic enhanced with Hextech and Shimmer.

**D'Borg** loses her left arm and right leg, undergoing a full-body reconstruction with scavenged machine parts and synthetic bioengineering.

*Scavenged Machine Parts for Prosthetics*

**Sevika's** cybernetic arm is reassembled using scavenged parts by Jinx in Arcane Season 2.

**D'Borg** is rebuilt using scrap metal, vehicle parts, and synthetic flesh, notably metal from a yellow cab bonnet.

*Arm Being Pinned by a Blade*

**Sevika's** arm is impaled and pinned during a fight in Arcane Season 2.

**D'Borg's** arm is mangled and pinned to the roof of a derailed carriage with a blade during a battle with Warwick.

*Post-Rebuild Strength & Combat Enhancement*

**Sevika** becomes a powerful enforcer for Silco, with her cybernetic arm granting her extreme strength.

**D'Borg** gains enhanced capabilities through her mechanical and biological upgrades, allowing her to fight on a higher level.

75

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 404**

**Conclusion**

    i.    Both characters suffer severe limb loss and undergo cybernetic reconstruction, which transforms them into enhanced warriors.

    ii.    Both experiences left arm damage and pinning via a blade, making the injury and its recurrence a key aspect of their respective arcs.

    iii.    While Sevika's Hextech/Shimmer prosthetic is more streamlined, D'Borg's rebuild is more intricate, incorporating both mechanical and organic restoration.

    iv.    The use of scavenged materials, the theme of prosthetic enhancement, and the key injury recurrence suggest that Arcane may have drawn inspiration from Bloodborg, adapting key elements to fit the world of Zaun.

**Final Allegation:**

    Sevika's cybernetic transformation and arm-pinning scene in Arcane share distinct thematic and narrative parallels with D'Borg's reconstruction and battle injuries in Bloodborg, reinforcing the claim of conceptual borrowing.

76

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 405**

**EXHIBIT L- FLAMMABLE SHIMMER ROOTS.**

As the explosion happens in the crab factory, the shimmer roots catch fire. The fire runs along the root system and blows up Silco's lair and burns Singed.

**In Arcane,** the Shimmer roots grow from Shimmer, further suggesting it is a bio-engineered drug, perhaps still alive in that respect.

However, we later learn, in episode 3, that these tentacle-like roots or weeds are flammable. Singed's facial scars are implied to result from these chemical burns, so perhaps they were added just to ignite a fire to rework Singed's backstory to fit Arcane. In the LOL lore, the scar was inflicted by Warwick, a werewolf, and Singed wears bandages to hide it.

The Plaintiff alleges that it would be an astonishingly strange coincidence for these features to have been chosen just for aesthetics and yet they match those found in a makeshift marine lab and other places in Bloodborg.

**Bloodborg,**

*"Weeds and strange yellow spiky finger-like marine flora, climbed the walls of the stairwell, squeezing into the cracked plaster, and pulling at the brickwork, as if Mother Gaia was dragging the building down into the water- her stomach acid."*

 

77

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 406**

Case 2:25-cv-00053-FMO-BFM    Document 58    Filed 02/23/25    Page 361 of 1218   Page ID #:2323

### EXHIBIT M- ADOPTIVE BROTHER IMPALED

Macaulay in Bloodborg is exactly the same as Mylo, except he has blonde hair.

**Bloodborg,** *"Macaulay was impaled through his abdomen with the huge antenna...*



**Mylo (Arcane):** Mylo's story comes to a tragic end during the heist of Vander, gone wrong. He is impaled by a pole through his body. In a moment that solidifies the divide between Powder (Jinx) and the rest of the group, Powder's failed attempt to help leads to Mylo's death. His demise, along with the death of Claggor, represents the shattering of the group and the ultimate tragedy of Powder's attempts to prove her worth. His death serves as the emotional tipping point for Powder's transformation into Jinx.

**Macaulay (Bloodborg):** Macaulay, too, meets a tragic end. He is impaled by a pole through his body. In Rook's POV, Macaulay's death is devastating, shattering Rook's emotional world. His loss is the moment that breaks Rook's innocence and solidifies her path of revenge and survival, the same tipping point we see in Vi and Jinx's storylines. Like Mylo, Macaulay's death acts as a catalyst for the main character's emotional and psychological transformation.

78

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis- Adoptive Brother Impaled: Macaulay (Bloodborg) vs. Mylo (Arcane)**

Both Bloodborg and Arcane feature the tragic deaths of the protagonist's adoptive brother, who is impaled during a mission gone wrong. In both stories, their deaths are significant emotional and narrative turning points, leading to the transformation of the protagonists, Rook in Bloodborg and Powder (Jinx) in Arcane.

**Mylo (Arcane):**

    i.    Impaled by falling debris during a failed mission to rescue Vander.

    ii.    His death is directly linked to Powder's (Jinx's) failed attempt to help, leading to Vi abandoning her and causing a permanent psychological rift between them.

    iii.    Serves as a tipping point in Powder's transformation into Jinx.

**Macaulay (Bloodborg):**

    i.    Impaled through the abdomen by a large antenna, in a tragic moment of violence.

    ii.    His death shatters Rook emotionally, marking the loss of her innocence and pushing her onto a path of revenge and survival.

    iii.    Functions as a narrative catalyst, similar to Mylo, where his death transforms the protagonist into a hardened warrior.

79

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

The parallels between Macaulay's and Mylo's deaths suggest a striking narrative and thematic overlap. Both characters serve as the beloved yet underestimated adoptive brother, both die impaled, and both trigger the protagonist's transformation into a more hardened, emotionally detached warrior. The emotional weight, sequence, and aftermath of their deaths bear remarkable similarities, supporting the claim that Bloodborg's character Macaulay may have been a source of insight for Mylo's character arc in Arcane.

80

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT N- VANDER'S FIGHT WITH A JUICED-UP MUTANT DECKARD**

### N1- The Set-Up

**In Arcane,** After the explosion, Vander- later becomes Warwick- lifts his head to evaluate the damage and see the enemy (Deckard Monster) coming.

**In Bloodborg,** *"He gripped the back of Jade's collar in one hand and Katsuko's injured arm in the other hand. With an almighty roar he dragged them four steps to the rear window. He jumped out of the window, dragging the unconscious bodies with him. The three of them bounced against the rails. The carriage continued skidding along the rail. Warwick lifted his head to see the carriage stop, hanging off the edge of the Sky-rail."*

**In both stories,** this devastating lull in the aftermath of disaster sets up the final showdown.



81

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N2- Fists like Anvils**

**Bloodborg:** *"His flappy, open-palmed hands had regrouped into fists like anvils, which shot straight forward on chunky Hydraulic like arms. His precision was clinical. His speed surpassed that of the Cyborg in front of him. He was more than a hybrid; he was human to the core, burning with emotion; Fear, anger, worry, regret and hope. Hope drove him the most. He hoped to save Jade and Katsuko, he hoped to save the innocent people of New Kowloon."*

Whilst *Fists like Anvils* is a metaphorical expression in Bloodborg, in Arcane, angry Vander literally snaps off chunky metal foot stirrups and uses them as knuckledusters.

**In Arcane,**





82

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N3- KNOCKED BACK**

**In Arcane,** Vander's raw aggression, speed and precision knock the shimmer-mutant backwards. This is overemphasized with blows showing the backwards traveling trajectory, The Mutant's face and purple shimmer blood spluttering backwards, a feet-slip backwards, then a stumble backwards.

**Bloodborg,** "He landed several punches, connecting square on the fleshy part of D'borg's face. She stumbled backwards as he continued his onslaught."



83

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N4- Headbutt**

**Bloodborg,** "*She lowered her chin to her chest and rammed her forehead forward.*"

**In Arcane,** the Mutant Deckard also headbutts Vander during this fight.





84

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 413**

**N5- Cartilage Crackled**

Vander is stabbed in the Back by Silco. In this image you see Vander's hand wrapped around Silco's neck. We heard the cartilage of his throat crackling.

**Bloodborg,** *"With her free hand, D'borg gripped Warwick by the throat, squeezing his windpipe and lifting him off the ground. The cartilage of his throat crackled as he choked on his last breath."*





85

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 414**

**N6- Vander Falling / Pushed.**

**In Arcane,** Silco stabs Vander in the belly. Vander has Silco by the throat but experiences a flashback, ceasing his attack. Vander is pushed, and falls backward off the platform. Vander lands on a mound of shimmer and rubble.

**In Bloodborg,** Warwick stabs D'borg. She has Warwick gripped by the throat. She released her grip on Warwick's throat, dropping him to the ground. She experiences a flashback, ceasing her fight.

**Bloodborg,** *"The carriage rocked on the edge of the damaged Sky-rail track... the carriage tipped over the edge taking D'anna with it... The carriage had parted much of the smog, allowing him to see the carriage hit the flooded streets below with an almighty splash. D'anna landed on a mound of floating black bags full of rubbish."*





86

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N7- Shimmer Vander Snaps Deckard's Neck.**

Mutated Deckard goes to attack Vi. Vander saves her. He has taken Shimmer and now he is a Shimmer monster. He lifts Deckard by his throat. We heard the cartilage of his throat crackling. Then the snap of his neck.

**Bloodborg,** "With her free hand, D'borg gripped Warwick by the throat, squeezing his windpipe and lifting him off the ground. The cartilage of his throat crackled as he choked on his last breath."





87

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N8- Falls to his Death**

Vander wants to go for Silco but realizes that the building is collapsing around them, and he needs to get Vi out, fast. He picks Vi up, runs and smashes through a wall, again falling to his second death.

**Again,** we see the theme of falling, which is alleged to have been swiped from the Plaintiff's actual trauma, written into Bloodborg.



**Bloodborg,** "He felt himself fading. The white fire burned in his eyes, consuming his sight. Cold numbness set through his body. Death has come to relieve me, he thought, sucking shallow gulps of oxygen out of the air, as the white fire devoured him."



88

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N9- Really Dead?**

But, like Vander, is Warwick really dead? We find out that for both, the answer is no! In Bloodborg, Warwick is saved by Rook (Vi) activating medical mode on a spider-bot.

**Bloodborg Quote -** *"A single tear fell from Rook's eye, onto the glass cylinder; the pink and green network of neurons performed a fluorescent light show as the download reached 100%. Rook removed the glass cylinder from the computgun; its glow illuminated the surrounding area. Rook shone its light around in the drenching rain, examining the destruction Warwick had caused. She shone the cylinder close to the two women, one of which had been butchered, yet her wounds were healing, as a Spider-bot tended to them. She peered back at Warwick, with the spider-bot sat on his chest. She knelt to wipe the rain and blood off his face. She pushed the symbol on the spider's back, activating the spider-bot. The tiny medic skittered across Warwick's chest, spinning webs over his wounds.*

*'Good Luck pal,' whispered Rook as she walked away."*

**In Arcane,** Burnt and blown up Singed somehow carries the Shimmer monster Vander away and we later get a glimpse of him hanging from rafters, being turned into a werewolf. Then in season 2, he dies and comes back a bunch of times before he is turned into a Bloodborg werewolf with a gold head.



89

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The step-by-step, literal visual reenactment of this final fight scene of the first act, strongly suggests that not only has this been taken from Bloodborg, but the actual words of Bloodborg were used to choreograph this pivotal fight scene.

90

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis- Vander's Fight with Mutant Deckard vs. Warwick's Fight in Bloodborg**

The final fight between Vander and the Shimmer-mutant Deckard in Arcane and Warwick and D'Borg in Bloodborg bear striking similarities in narrative structure, action choreography, and symbolic meaning. Both fights occur after a moment of devastation, both feature a hybrid, mutated warrior engaging in brutal close combat, and both culminate in a fall, presumed death, and later resurrection.

**N1 – The Set-Up: Aftermath of Destruction**

**Arcane:** Vander lifts his head to assess the damage and sees the enemy approaching (Mutant Deckard).

**Bloodborg:** Warwick, after dragging Jade and Katsuko to safety, lifts his head to see the Sky-rail carriage hanging over the edge, setting up the final confrontation.

**Parallel:** Both fights occur after explosive devastation, creating a lull before the final confrontation.

**N2 – Fists Like Anvils: The Strength of the Fighters**

**Arcane:** Vander rips metal stirrups from a machine and uses them as makeshift knuckledusters.

**Bloodborg:** Warwick's anvil-like fists strike with hydraulic power, making his attacks faster and stronger than his opponent.

91

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 420**

**Parallel:** Both fighters are brutal brawlers, using enhanced strength and makeshift weapons in combat.

**N3 – Knocked Back**

**Arcane:** Deckard is knocked backward multiple times, with slow-motion impacts showing his staggered retreat.

**Bloodborg:** D'Borg is hit square in the face and stumbles backward as Warwick continues his onslaught.

**Parallel:** The cinematic emphasis on backward movement visually enhances the force of each attack.

**N4 – Headbutt**

**Arcane:** Mutant Deckard headbutts Vander.

**Bloodborg:** D'Borg, in a defensive move, lowers her head and headbutts Warwick.

**Parallel:** Headbutting is used as a tactical move in both fights.

**N5 – Cartilage Crackling: The Chokehold**

**Arcane:** Vander wraps his massive hand around Silco's throat, crushing his windpipe, cartilage crackling.

**Bloodborg:** D'Borg grips Warwick by the throat, lifting him off the ground as his cartilage crackles.

**Parallel:** The graphic description of the windpipe crushing is identical in both.

92

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 421**

**N6 – The Fall: Pushed to Their Deaths**

**Arcane:** Silco stabs Vander, causing flashbacks, and Vander falls backward off the platform, landing on rubble and Shimmer vials.

**Bloodborg:** Warwick stabs D'Borg, she releases him, experiences flashbacks, and falls off the Sky-rail carriage, landing on floating garbage bags.

**Parallel:** Both fights climax with the hero being stabbed, experiencing flashbacks and falling into a symbolic "death."

**N7 – Snapping the Neck: Vander Kills Deckard, D'Borg Kills Warwick**

**Arcane:** Shimmer-mutated Vander lifts Deckard by the throat and snaps his neck, crushing cartilage.

**Bloodborg:** D'Borg lifts Warwick by the throat, crushing cartilage, as he chokes to death.

**Parallel:** Both scenes feature a character using enhanced strength to lift their enemy by the throat, ending their fight.

**N8 – Falling Again: The Hero's Final Sacrifice**

**Arcane:** Vander, realizing the building is collapsing, grabs Vi and jumps through a wall, falling again.

**Bloodborg:** Warwick, succumbing to his wounds, feels himself fading as death consumes him.

93

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Parallel:** The hero's second fall represents a final, sacrificial act, reinforcing their tragic fate.

### N9 – Not Really Dead: Resurrecting as a Monster

**Arcane:** Vander is later revealed to be alive and is experimented on, leading to his transformation into Warwick.

**Bloodborg:** Warwick is saved by a Spider-bot, which weaves synthetic material over his wounds, keeping him alive.

**Parallel:** Both Vander and Warwick "die" but are later resurrected as something more monstrous. Bloodborg: The Harvest the first book of a trilogy.

### Conclusion

The step-by-step choreography, narrative beats, and visual execution of Vander's final fight mirror Warwick's fight in Bloodborg to a striking degree.

Shared structural elements: devastation, slow realization of the enemy approaching, anvil-like fists, dramatic knockbacks, brutal headbutts, windpipe crushing, a thematic fall to "death," and eventual resurrection.

94

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Core Allegation:** The fight's sequence, action choreography, and even key phrasing (cartilage cracking, headbutts, falling off platforms, impalement, and enhanced strength) match too precisely to be mere coincidence.

**Further Evidence:** The fact that Vander later becomes Warwick, mirroring the Bloodborg character Warwick, strengthens the claim that Bloodborg's fight sequences were adapted and restructured into Arcane. It is alleged that, after accessing the Bloodborg manuscript, the "Creators" of the failing show Arcane, saw the opportunity to squeeze their cardboard characters into the Bloodborg narratives, which has also now been made into the cannon lore of the whole of the LOL universe.

The set ups, the execution, the lulls in battles, micro details, the macro details, characters command replies, technologies, and even the fight choreography are strikingly similar.

95

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

96

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EPISODE 3 CONCLUSION**

The comparative analysis presented in this document demonstrates a substantial similarity between Bloodborg and Arcane, particularly in key plot structures, thematic elements, character arcs, visual and aesthetic details, and narrative execution. The repeated restructuring, repurposing, and remixing of core elements from Bloodborg into Arcane strongly suggests that Riot Games engaged in unauthorized derivation of the Plaintiff's copyrighted work.

The parallels are not mere coincidences or general tropes found in speculative fiction. Instead, they follow a clear and consistent pattern of borrowing, modifying, and obscuring elements from Bloodborg, reconfiguring them to fit Arcane's world.

**This is evident in:**

i. Character Parallels (Warwick from Bloodborg vs. Vander & Warwick from Arcane).

ii. Narrative Structure (Brotherly betrayal, warlords, cybernetic enhancements, biological experimentation).

iii. Thematic Overlaps (War preparations, bio-engineering, underground factions, economic oppression).

iv. Action Sequences and Fight Choreography (Notable step-by-step recreation of pivotal fight scenes).

v. Symbolism and Storytelling Devices (Smoke flares, impalements, teleportation tech, and eye-focused transformations).

97

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 426**

Moreover, the method of masking, rearranging characters, slightly altering plot mechanics, and reframing motivations, aligns with known techniques used in narrative repurposing, suggesting intentional misappropriation rather than coincidental thematic similarity.

Therefore, Riot Games' conduct constitutes a direct infringement of the Plaintiff's intellectual property rights, justifying legal action under U.S. and international copyright law.

**LEGAL CITATIONS & FRAMEWORK:**

*1. Copyright Infringement Under U.S. Law*

Copyright Act of 1976 (17 U.S.C. § 501): Grants protection to original literary works and provides legal recourse for infringement.

Sheldon v. Metro-Goldwyn Pictures Corp. (1936): Establishes that substantial similarity in storytelling and narrative elements qualifies as infringement.

Rogers v. Koons (1992): Demonstrates that minor modifications do not protect against infringement if the core meaning and expression remain identical.

Feist Publications, Inc. v. Rural Telephone Service Co. (1991): Reinforces that original selection, arrangement, and creative expression are protected.

98

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*2. Copyright Protection Under U.K. Law*

Copyright, Designs, and Patents Act 1988 (CDPA 1988): Establishes copyright protection for literary works in the United Kingdom.

Baigent & Leigh v. Random House (2006): Reinforces that thematic structure and key elements can be protected, not just exact wording.

*3. Additional Legal Theories Supporting the Plaintiff*

Unfair Competition (Lanham Act, 15 U.S.C. § 1125): If Riot Games benefited commercially from infringing works, they engaged in unfair business practices.

Derivative Work Argument (17 U.S.C. § 101): Even with minor modifications, Arcane constitutes an unauthorized derivative work of Bloodborg.

Intentional Misrepresentation & Fraud: The systematic reorganization of Bloodborg's themes and narratives suggests an attempt to conceal the original source material while profiting from it.

99

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

This detailed breakdown, side-by-side comparison, and legal argumentation substantiate the claim of copyright infringement, narrative misappropriation, and unfair competition, thereby warranting formal judicial intervention against Riot Games, Inc.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of Episode 3: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

100

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 429**

Marc Wolstenholme

5 Shetland Close

Coventry, England CV5 7LS

Telephone: 044 7827964404

Email: marc@mvwolf-fiction.co.uk

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
| Plaintiff, | HON. FERNANDO M. OLGUIN |
| vs. | PLAINTIFF'S EXHIBIT G- PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE |
| RIOT GAMES, INC., | |
| Defendant | |

Dated this: FEBRUARY 23, 2025        FEBRUARY 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of gaslighting of episode 4 opening of Arcane season 1: Supporting Evidence for Copyright Infringement Case**

1

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

### 1. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of the gaslighting scene opening of Episode 4 of Arcane: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. Please note, this document covers all of Episode 4 of Arcane after Silco's monologue as that has already been covered in a separate document.

### 2. Evidence Submitted:

I submit the following evidence of Detailed Breakdown and Analysis of the gaslighting scene opening of Episode 4 of Arcane: Supporting Evidence for Copyright Infringement Case. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

2

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

# EXHIBITS

**EXHIBIT A- GASLIGHTING**

Episode 4 of Arcane opens with Professor Heimerdinger lighting a match. The lighting of the match is deliberately framed against a seemingly blank wall. Of course, like all of the details in Arcane, this isn't an accident. Heimerdinger then audibly turns on the gas and we see his hand light the torch. Literally gaslighting! Then the gas flame transitions into the sun, literally lighting a new dawn. Lighting the way out of darkness. This isn't an accident, and it doesn't serve any purpose to the story. Yet it eats up 10 seconds of the show. What can you see in image 1? The Flame is the center point, can you see any letters?



3

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE









4

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

Did you see M.W? The plaintiff estimates, with reason, that each second of Arcane costs between $4,500 to $5,000, making it one of the most expensive animated series ever made. Thus 10 seconds to light a gas torch could cost between $45,000–$50,000. What Can $50,000 Get You in Production Terms?

    i.    10 seconds of Arcane animation

    ii.    A high-quality animated ad (many TV commercials cost ~$50K for 10-15 sec)

    iii.    A full episode of lower-budget anime (some anime studios operate on ~$100K per episode)

    iv.    Multiple minutes of indie animation (smaller studios can create several minutes for this budget)

Essentially, every 10 seconds of Arcane costs as much as a full low-budget anime episode. Thus, this isn't an accident, or meaningless lighting of a gas lamp. It's plainly gaslighting! But who are they gaslighting and why?

The Plaintiff claims that the Arcane creators have engaged in purposeful gaslighting, and this scene is evidence of such. The Plaintiff states that we see Professor Heimerdinger:

    i.    Light a match up to steganographic messages of M.W on the wall.

    ii.    Literally light a gaslight

    iii.    Then the flame gives way to a new dawn, lighting the way out of darkness.

    iv.    Just as the M.W Wolf manuscript lights the way for Arcane.

5

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**A1- Steganography and hidden messages in Arcane.**

Here is the same gaslighting image processed through a Steganographic Decoder. Steganography is the practice of hiding an image, message, or file within something that isn't a secret. With the flame as the central point, you see M.W layered in this image.



Arcane contains steganography, hidden messages, symbols, and encoded details, woven into its animation, graffiti, and background elements. Riot Games and Fortiche Production are known for embedding cryptic lore references and secret messages throughout the show. This is a practice well-trodden in animation. For example, Disney is well known for using steganography, hidden messages, subliminal details, and Easter eggs, throughout its animated films and theme parks. They often embed cryptic symbols, references, and visual storytelling techniques that are subtle but meaningful.

6

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**SER 435**

**Pattern of Hiding Messages.**

Fortiche Production, the studio behind Arcane, is known for its incredible animation quality, but they also included hidden messages and Easter eggs throughout the series. Some fans have speculated that Fortiche's branding or small tributes to the studio might be subtly included in the art design.

Gaslighting of M.W. Wolf: The Plaintiff alleges that the repeated appearances of M.W. in the show is gaslighting towards him, the real creator of the written content for Arcane. The plaintiff further alleges that this has been done because the query letters (Cover letters) which accompanied his submissions divulged his past struggle with mental health. Thus, this is a way to mock the sufferer and present plausible deniability.

**Examples of Steganography in Arcane**

*1. Jinx's Graffiti (Hidden Messages & Symbols)*

Throughout Zaun and Piltover, Jinx's chaotic scribbles hide deeper meanings.

Some of her drawings foreshadow future events, such as her hallucinations of Powder.

Certain symbols in her graffiti resemble old Zaunite or Noxian runes, hinting at lore.

*2. Vander's Gloves & Warwick Foreshadowing*

Vander's metal-knuckled gloves resemble Warwick's from League of Legends.

7

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

In Singed's lab (Episode 9), a body with metal arms is suspended—this could be Vander transforming into Warwick.

*3. Hextech Blueprints & Hidden Formulas*

When Jayce and Viktor examine Hextech blueprints, some schematics have strange markings, possibly nods to real-world engineering.

Certain runes on Hextech crystals resemble Shuriman and Targonian scripts, tying into larger League lore.

*4. The Shimmer Vials' Latin Inscriptions*

The Shimmer vials Singed uses have cryptic Latin or alchemical inscriptions on them.

Some words may translate to "transmutation" or "evolution", referencing the mutagenic properties of Shimmer.

*5. Ekko's Stopwatch & Time References*

Ekko's pocket watch contains tiny, almost unreadable engravings.

His fight scene with Jinx in Episode 7 mirrors his Chronobreak ability, showing he's already experimenting with time.

*6. Hidden Noxian Influence (Silco's Office & Zaunite Props)*

8

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

In Silco's office, certain documents and symbols suggest a connection to Noxus.

Some helmets and weapon designs in Zaun resemble Noxian military gear, possibly hinting at past conflicts.

*7. Singed's Experiment Notes*

In Episode 9, the books and papers around Singed's lab contain cryptic formulas, possibly referencing his research into chemistry, mutations, and early experiments on Warwick.

8. Additionally, Both Christian Linke and Alex Yee, "Showrunners" of Arcane and many fans and content creators have talked about and explored the hidden messages and easter eggs in Arcane.

9. Furthermore, Riot Games has a history of using hidden messages and codes in their games and projects to recruit hackers.

www.thegamer.com/riot-games-valorant-anti-cheat-secret-message/

9

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**A2- Ambigram in the M.W. Wolf Brand.**

Flipping M.W. to W.M. is an example of ambigram properties or symmetry in lettering, but the most specific term for this is a "vertical reflection" (or mirror symmetry).

M.W. is an Ambigram built into the M.W. Wolf brand. It's also the initials of the owner of M.W Wolf Ltd, and Plaintiff in these matters. It's a play with letters and words, to cool effect. The Plaintiff has spoken about this and written about it in many letters to agents.

**Ambigram:** A word or set of letters that retains meaning or forms a new one when flipped or rotated.

**Mirror Image:** If flipped vertically, M and W swap places, creating a mirrored effect.

**Palindromic Structure:** While not a true palindrome, the structure of M.W. → W.M. has reversible symmetry.

Below you see it scratched into the M.W. Wolf Logo.



10

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

### A3- M.W. Gaslighting in Arcane.

M.W shows up over and over in Arcane hundreds of times. The Plaintiff is still finding them as he decodes Arcane for these proceedings. Some are subtle and can be explained away. Others are undeniable. Below are a number of images from Arcane, showing M.W. hidden in the content, sometimes reversing the letters- palindrome. Some have been processed through a Steganographic Decoder, or a layer stripper to show that the letters have been deliberately written into the show and are not accidental paint or computer strokes.






11

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**This example is from Isha in the Bath in Season 2.**








12

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**This example is of the backrest of a chair, in the shape of a wolf's skull with M. W in the center, as a heart. Thus, The Plaintiff's writing alias of M.W. Wolf.**







13

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**SER 442**

**This is the Window of the Piltover Council Chambers.**







14

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**These Images are from Jinx's psychotic hallucinations in Episode 9 season 1.**

 

  

 

 

15

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**Assortment of M.W In Arcane's design.**



16

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**M.W. Wolf behind Vi, when she was using Alcohol as a vice to mask her trauma. Perhaps hinting to the Plaintiff's disclosed own history of drug and alcohol abuse.**





PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

### A4- Discrimination and Psychological Abuse

The presented evidence of M.W. throughout the Arcane show is just a fraction of the wider gaslighting and taunting. It cannot be denied. I'm sure excuses can be made, but this evidence needs to be assessed alongside the wider evidence and the wider context to show that not only is Arcane stolen from Bloodborg, but the creators went to great lengths to mask it and to taunt the vulnerable and disabled victim after being informed of his vulnerabilities.

This is not just deliberate theft, its evil abuse against a protected characteristic, which is discrimination. I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus, when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it would cause, this is now a case far darker and much more serious than IP Theft.

Fortiche Production SAS is a French animation studio headquartered in Paris. European Human Rights violations can be brought against them.

Criminal and fraudulent Proceedings can, and may be, opened against abuses in the UK, in Europe and the U.S.

18

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**Conclusion**

The evidence presented in Exhibit A demonstrates a deliberate and recurring use of "M.W." throughout Arcane, often embedded through steganography, subliminal messaging, and environmental design elements. These appearances are not incidental but suggest a systematic attempt to gaslight the Plaintiff, particularly in light of Riot Games and Fortiche Productions' history of hiding messages in their work.

The specific framing of scenes, hidden text, and visual motifs that align with the Plaintiff's personal details—many of which were disclosed in query letters accompanying the Bloodborg manuscript—suggest targeted harassment. If proven, this would constitute not only intellectual property infringement but also psychological abuse and discrimination based on a protected characteristic under multiple legal frameworks, including:

The Equality Act 2010 (UK)

The European Convention on Human Rights (ECHR) – Article 14 (protection against discrimination)

U.S. Civil Rights Laws – Disability Protections

Tort Law – Emotional Distress & Psychological Abuse

Moreover, Fortiche Productions, as a French animation company, may also be subject to European human rights violations, opening avenues for potential legal action under international human rights frameworks. Given the financial and reputational damage inflicted on

19

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

the Plaintiff, these concerns extend far beyond simple IP theft—moving into the realm of fraud, misrepresentation, and potential criminal misconduct in multiple jurisdictions.

Therefore, this matter is not only an issue of stolen intellectual property but one of targeted gaslighting, manipulation, and systemic abuse. The Plaintiff reserves the right to pursue further legal actions beyond the current proceedings, including civil, criminal, and international claims.

20

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**Legal Matters**

This is more than a case of intellectual property infringement, it is a multi-layered legal violation encompassing fraud, misappropriation, defamation, and discrimination. The following legal frameworks are relevant:

**1. Copyright Infringement (17 U.S.C. § 501 - U.S. Copyright Act)**

If Arcane incorporates protected elements of Bloodborg, Riot is liable for copyright infringement under the substantial similarity and access tests.

The unauthorized adaptation of characters, themes, and narratives derived from Bloodborg constitutes an infringement of exclusive rights afforded to the Plaintiff under the Copyright Act.

**2. Right to Privacy and Misappropriation (Restatement (Second) of Torts §§ 652A-652I)**

If the Plaintiff's identity, struggles, or personal details were used without consent in a way that humiliates or misleads the public, this could constitute misappropriation of likeness and false light invasion of privacy.

The use of M.W. hidden throughout Arcane, coupled with gaslighting imagery, suggests intentional psychological targeting.

21

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**3. Intentional and Negligent Infliction of Emotional Distress (IIED/NIED)**

Intentional Infliction of Emotional Distress (IIED) applies if Riot's deliberate and malicious inclusion of steganographic taunts was designed to cause distress.

Negligent Infliction of Emotional Distress (NIED) could apply if Riot recklessly included these elements without considering their psychological impact.

**4. Fraudulent Inducement / Unfair Business Practices (Lanham Act – 15 U.S.C. § 1125)**

If Riot Games and its affiliates solicited creative works under false pretenses, for example, by requesting submissions but using them without credit, even with agent collaborations, this may constitute fraudulent misrepresentation.

The Lanham Act prohibits false designation of origin; Riot may be misattributing the Plaintiff's work as an original creation of Arcane.

**5. Defamation (Libel - Written Defamation)**

If a character portrayal or subliminal messaging in Arcane insinuates false, harmful claims about the Plaintiff, Riot may be liable for defamation.

Courts consider whether a reasonable person would recognize a defamatory portrayal as referring to a real individual.

22

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**SER 451**

**6. Disability Discrimination / Harassment (Americans with Disabilities Act - ADA)**

If Riot Games exploited the Plaintiff's mental health disclosures as a tool for mockery, this may violate disability rights laws under the ADA.

Disability-based discrimination through media representation can form the basis of a civil rights violation.

**7. Punitive Damages & Intentional Harassment**

If Riot knowingly incorporated elements to gaslight, mock, or psychologically distress the Plaintiff, punitive damages may be available for intentional malice.

Courts have held that media entities cannot use creative works as tools for harassment, particularly when protected class statuses (such as disability) are implicated.

**Final Consideration**

The Plaintiff alleges that Riot and Fortiche Productions engaged in malicious psychological manipulation, beyond mere copyright infringement. The subliminal inclusion of M.W. references, gaslighting imagery, and steganographic taunts suggests an intent to provoke emotional distress and mock the Plaintiff's struggles. This suffering has been further exacerbated by Riot's legal team telling me that I have no case, telling me to save myself the stress, and telling me they will get it kicked out, prolonged litigations, endless legal technicalities, online

23

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

taunting and hate mail from Rioters, people at Fortiche Productions, people at Gobelins animation school in Paris, who are collaborators with Fortiche, and the wider Riot community.

Therefore, this case extends beyond intellectual property theft, it encompasses discrimination, defamation, and fraudulent misrepresentation. The Plaintiff reserves the right to escalate claims to federal regulatory bodies, including the Equal Employment Opportunity Commission (EEOC), the Federal Trade Commission (FTC), and European Human Rights Courts, for further investigation into Riot Games' business ethics, hiring practices, and treatment of intellectual property owners.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of the gaslighting opening of Episode 4: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W.

Wolf. Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

24

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

Case 2:25-cv-00053-FMO-BFM    Document 58    Filed 02/23/25    Page 408 of 1218   Page ID #:2370

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

       Plaintiff,

vs.

RIOT GAMES, INC.,

       Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PLAINTIFF'S EXHIBIT H - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Dated this: FEBRUARY 23, 2025

FEBRUARY 23, 2025

*M.WOLSTENHOLME*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of Episode 4, season 1 of Arcane: Supporting Evidence for Copyright Infringement Case**

1

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

1.  **Introduction:**

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of Episode 3 of Arcane: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. Please note, this document covers all of Episode 4 of Arcane after Silco's monologue as that has already been covered in a separate document.

2.  **Evidence Submitted:**

I submit the following evidence of Detailed Breakdown and Analysis of Episode 3: Supporting Evidence for Copyright Infringement Case. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

3.      **Comparison of story elements:** This document specifically shows the striking similarities between an assortment of episode 4 of Arcane, titled Happy Progress Day!

2

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

# EXHIBITS

**EXHIBIT A- DAWN SKY**

Episode 4 of Arcane opens with Professor Heimerdinger lighting a match and the Gaslighting scene. Then we see a carroty dawn sky, as pictured below.

**In Bloodborg,** *"Like an orange glow stick, the top of the setting sun peeked over the giant wall to the west."*

The Plaintiff concedes that this setting is far too common to be infringement, and yet it is another scene also present in both works, and even has the feel of the Plaintiff's essence. Why do even the most common and seemingly meaningless scenes harbor resemblance and the essence of the Plaintiff's writing?





3

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion: Dawn Sky**

While the Plaintiff acknowledges that a carroty dawn sky is a common visual motif, its inclusion in Arcane alongside other highly specific parallels from Bloodborg raises questions about the extent of creative overlap. The scene may not independently constitute infringement, but when considered within the wider context of recurring similarities, it reinforces the Plaintiff's argument that Arcane has absorbed the thematic essence, stylistic nuances, and descriptive tone of Bloodborg.

The Plaintiff asserts that even seemingly generic elements in Arcane align too frequently with his work to be mere coincidence. This supports the broader claim that Arcane did not emerge through independent creation, but rather through deliberate appropriation of the Plaintiff's worldbuilding, narrative style, and visual descriptions.

Thus, while this particular scene alone may not be sufficient evidence of direct copying, its accumulation alongside the extensive list of similarities strengthens the case for a pattern of unauthorized borrowing.

4

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 457**

**EXHIBIT B- Hex Gates and HexTech**

Next, we see Professor Heimerdinger talking to Jayce. He says, "*Your Hex Gates have done wonders for our city, brought scholars from distant lands, we ignited passions in arts and science, you deserve this honor.*"

We are shown an image of many blimps in the sky above Piltover, indicating the teleportation travel.

**B1- Hex Gates were made for Arcane.**

Before Arcane the Hex Gates did not exist and Hextech was very different. Hextech Before Arcane powered weapons mostly, as it is from a fighting Game (LOL).

**B2- Dune parallels / "Borrowing"**

However, Hextech, a fusion of magic and technology, has been in League of Legends lore long before Arcane. Hextech has also been associated with the city of Piltover through the controlling families that mined it, much like Dune and Spice. Also, like Dune and Spice, the commodity is produced from a subterranean animal of the deserts. In Dune, Spice comes from giant sandworms, called "Shai-Hulud." The Fremen people live in the desert. In LOL, the hex-crystals come from giant scorpion creatures called Brackern in the Shuriman desert. These crystals allowed individuals without innate magical abilities to harness magical powers.

Blue spice vs blue / purple crystals, giant subterranean desert worms vs giant subterranean desert scorpions, worm's "muted whisper," vs Brackern's sing. Fremen vs

5

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

SER 458

Shuriman, controlling noble Houses in both works. With the resurgence of Frank Herbert's Dune series in the works, it was perhaps inevitable that Riot had to try and break away from this "Borrowed" lore.

### B3- Narrative mess and endless retcons.

The Plaintiff states, it is known that Riot began putting real effort into character lore and narratives late into 2018. Indeed, some characters still have no lore nor backstories at all. Some character stories like Seraphine's singing to the hextech soul of a dead crystal scorpion, now make no sense at all because of Arcane. Before Arcane, hextech crystals came from a piece of a dead Brackern scorpion and were sometimes depicted as purple, and every hextech-powered device is powered by the magic/soul of a giant purple crystal scorpion. In Arcane, Heimerdinger states that Hexite crystals are created by putting Galsite under immense pressure. Jayce presents his Hextech research to the Council in Piltover. During this scene, Jayce mentions Galsite. Some long-term content creators of Riot Games content, have expressed concern that Arcane's use of Hex crystals, being a mined gem, essentially eradicates the lore of Brackerns.

Seraphine is a singer, she sings to the Brackern. In her lore, she has a connection with a Brackern crystal, which allows her to hear the ancient voice of the Brackern species. It is widely reported that Riot Games have retconned the Brackern, so they are no longer connected to Hex crystals. This messes up Seraphin's backstory. Seraphine was released in League of Legends on 29th October 2020. Supposedly long into writing Arcane. In a November 2021 letter which Riot's solicitors sent to the Plaintiff in these matters, they claim that all of the Arcane

6

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

scripts were sealed, signed off and script locked by the end of 2019. If so, why would anyone commission the releases of a new character (Seraphine) whose lore makes no sense in the show they had supposedly written, just to retcon it soon after?

Moreover, In League of Legends, Camille, from the Feros family, has a strong connection to Hextech. The Feros family controls the production of Hextech, by hunting dead and alive Brackern. Camille's Hex augmentations were carried out to ensure that she could better serve her family's interests. Camille hails from Piltover, where Hextech is the key to technological advancements. She is known as Piltover's "shadow enforcer." Like Vi but with "Shadow" in front of her title. Camille deals with threats to the city's order that lie outside the law, often involving the undercity of Zaun. Camille was released in League of Legends on December 6, 2016. Five years later, she is not involved in Arcane, despite being a major presence from the region, and her back story has to be altered to align with Arcane.

The same can be said with Viktor "the Machine Herald." Viktor was a Dr Doom like man of metal augmentations. Now he is a glowing blue Bloodborg Jesus. In the game lore Viktor made Blitzcrank (another LOL playable character). Blitzcrank is a tinman like "custom-built golem, of "aautomata-technology." Basically, a robot made by Viktor, who now, also does not fit into the Arcane lore.

Additionally, Arcane timeline inconsistences have been noted in Jinx's age, Heimerdinger's age, the 200th Progress Day and more. This is just to name a few of the lore problems created by making Arcane canon. Other problems include:

7

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 460**

The Relationship Between Piltover and Zaun and their positions and topography on the map, character development and ages, the fate, origins and backstories of many characters, hextech's Origin and more.

Arcane made many significant changes to the League of Legends canon lore to fit into the narrative set. The LOL narrative and lore were a mess before Arcane. Yet, Arcane has made even more holes to plug. The "Writers" claim to have made the show "for the fans" yet much of what the fans love about the characters, has been changed. Riot has a "Treasured Gateway" policy to follow. It also already had many backstories, yet the "Showrunners / writers" decided not to use the existing characters and "IP's" but to remake it all, excessively more closely aligned to the Bloodborg manuscript. This makes no sense if you are writing a show. It eradicates millions of pounds worth of IP investment and possibly renders many employees out of work. The Arcane show made both Warwick (A werewolf) and Viktor (A tinman) into literal Bloodborgs, by Blood engineering and blood harvesting. This is literally the title of the Plaintiff's manuscript (Bloodborg; The Harvest). Both Warick and Viktor are now unrecognizable to their original characters in the games. Moreover, their backstories are now obsolete. Viktor mains (players who mainly played Viktor in the games) have campaigned to Riot Games because this new Viktor is now not the same character. The Plaintiff will add the letter they sent to Riot into the court bundle for reference.

The portrayal of Hextech in Arcane introduces a revised origin story, focusing on contemporary characters' contributions to its development. This creative decision modifies and retcons the pre-existing lore. The Hex gates are new to the lore and have nothing at all to do with what HexTech was before Arcane. Indeed, the only thing that remains similar is the name with

8

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

the prefix Hex, and the most common color variant of it- Blue. Moreover, teleportation travel was not a feature of Piltover nor the world, as there was no fixed world before Arcane. It's all made from top-down map to run around on and kill each other.

In the game League of Legends, teleportation mechanics existed before Arcane, notably through the summoner spell Flash, which allows champions to blink a short distance. Additionally, the Hextech Flashtraption spell provides an effect that allows players to surprise the enemy. However, these abilities are not directly tied to Hextech lore and serve primarily as gameplay mechanics and are basically invisibility to the opponent for a short time.

**B4- Hex Gates Bloodborg origins.**

It is alleged that the Hex Gate is an almost perfect match to D'borg's forearm embedded device in Bloodborg, yet the Hex Gates are just a scaled-up version.

**In Bloodborg,**

*1, "They looked like the three stars of Orion's belt, a constellation D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily.*

*She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram.*

*D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon, formally... With the two maps*

9

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 462**

*layering each other, she could see the three districts. D'borg mapped the quickest route to the district over midtown."*

*2. "She felt the tickle building. She looked down at the inside of her forearm. Inside her arm, attached to her was a device in the shape of a figure of eight. She traced her finger over the figure of eight, it rose from her arm and out flicked a globe with several glowing spots. She zoomed in to a blue spot, the … She rotated the figure of eight zooming it down onto a point near the Air-blade, hovering over an open-top building.*

*Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube.*

*With an almighty crash of thunder and a blinding bolt of white light, she was gone."*







10

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Alleged Parallels to Bloodborg**

The plaintiff alleges that the concept of Hexgates in Arcane closely mirrors a device described in Bloodborg. In Bloodborg, a character utilizes an embedded forearm device, shaped like an infinity symbol, which projects holographic maps and facilitates teleportation. The plaintiff contends that Arcane's portrayal of Hexgates- a system enabling instantaneous travel via advanced technology- bears a striking resemblance to this concept, evidencing potential appropriation of their original idea.

In summary, the introduction of Hexgates in Arcane represents a significant expansion of Hextech's applications within the League of Legends universe and are now infused into The LOL universe. The highly nuanced words and concepts of the Plaintiff almost perfectly match the design and function of the Hex Gates. This is not a coincidence or accident.

11

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT C- Wet clouds Lifting / Fading**

The wet clouds lifting/fading revealing the city is again not a copyrightable feature, nor should it be. Yet it is another scene from Bloodborg seemingly visually represented almost to the words.



**In bloodborg,** *"Wet clouds lingered around ankle hight as she walked over to the ledge of the skyscraper roof. As the last of the sun faded, the clouds lifted, covering D'borg with a layer of dew and revealing the  city below."*

Again- The Plaintiff asserts that even seemingly generic elements in Arcane align too frequently with his work to be mere coincidence. This supports the broader claim that Arcane did not emerge through independent creation, but rather through deliberate appropriation of the Plaintiff's worldbuilding, narrative style, and visual descriptions.

Thus, while this particular scene alone may not be sufficient evidence of direct copying, its accumulation alongside the extensive list of similarities strengthens the case for a pattern of unauthorized borrowing.

12

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT D- Three glowing circles and holographic maps.**

The next image is of the three aligning rings of the Hex Gates preparing to teleport a ship away. Again, these functions almost perfectly align with the device in Bloodborg. Plaintiff did not invent teleportation, nor holographic maps. But he did design this device which has been upscaled. The creators of Arcane don't understand the technology they are presenting. Indeed, nor do the characters in the show.

**D1- Trade Secret - for the courts' use only.**

In Bloodborg, Bluebeam technology quantum entangles photons. Once they are entangled, the light is inverted, literally inverting the fabric of space time. It is tied to the IO-CU which is a real-life scientific theory of consciousness and the universe. If you invert one, it becomes the other, and vice versa. This is tied to the eye iconology and so on, which has all been swiped for Arcane, but the "Creators" don't even know what much of it is.



13

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 466**

**Bloodborg,**

1. *"…linked by three glowing circles which were the three main districts. They looked like the three stars of Orion's belt, a constellation D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily.*
*She gazed over the city again. She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram.*
*D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon, formally Manhattan. With the two maps layering each other, she could see the three districts."*

2. *"A control device in the shape of the infinity symbol, dropped out of the inside of her forearm and bounced on the rails. Warwick peered down at it; a hologram of the globe flicked out of the display screen."*

14

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

The comparative analysis of Exhibit D reveals a significant resemblance between the teleportation devices depicted in Bloodborg and those in Arcane. Both feature mechanisms involving three glowing or aligning circles or rings that facilitate teleportation, accompanied by holographic map projections. In Bloodborg, the protagonist utilizes an infinity symbol-shaped device embedded in her forearm to project a holographic map of the city, highlighting three main districts linked by three glowing circles resembling Orion's belt. Similarly, Arcane showcases the Hexgates—large towers in Piltover that use Hextech to teleport ships, characterized by three aligning rings preparing to teleport vessels, with holographic maps aiding navigation.

While teleportation and holographic maps are not novel concepts, the specific design and functionality of these devices in Arcane bear a striking resemblance to those in Bloodborg. This includes the unique three-ring structure and the integration of holographic mapping technology. The detailed description of the Bluebeam technology in Bloodborg, which involves quantum entanglement and the inversion of space-time fabric, further underscores the originality of the concept. The replication of these distinctive elements in Arcane, without proper attribution or understanding of the underlying technology, suggests unauthorized use of the Plaintiff's creative work.

Therefore, the evidence presented in Exhibit D supports the claim of substantial similarity between the two works, indicating potential copyright infringement by the creators of Arcane.

15

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBT E- BEE DRONE VS BUTTERFLY DRONE.**

**E1- Butterfly Drone**

**In Arcane,** mechanical butterfly drones play a notable role, particularly in connection with Jinx. These intricately designed devices serve as both surveillance tools and explosive weapons, reflecting Jinx's inventive yet chaotic nature.

In Episode 4, "Happy Progress Day!", during the festival, mechanical butterflies are showcased, highlighting Piltover's technological advancements. Later, Jinx repurposes similar devices, modifying them into explosive traps to serve her purposes. This transformation underscores her ability to adapt existing technology for her own chaotic objectives.

The design of these butterfly drones combines delicate aesthetics with lethal functionality, symbolizing the duality of beauty and danger present in Jinx's character. Their presence in Arcane not only adds depth to the storyline but also emphasizes the blend of art and technology in the series' world-building. But is this too swiped from Bloodborg? Let's see.






16

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**E2- Bee Drone**

**In Bloodborg,** mechanical bee drones play a notable role, particularly in connection with Warwick. These intricately designed devices serve as surveillance tools, weapons, explosives, and they are equipped with doses of the blood-based drugs, which they can administer via stings. They reflect Warwick's soft yet chaotic nature.

Wu repurposed "Biz" for Warwick, from similar devices, modifying them into explosive traps, surveillance and scouting bees and weapons, to serve his purposes.

The design of Biz, the Bee drone, combines delicate aesthetics with lethal functionality, symbolizing the duality of beauty and the beast in Warwick's nature.

**Examples from Bloodborg,**

1, *"He sent out Biz, his bee drone to conduct an infrared and pulse signal scan of the area. The bee drone detected a teenage boy hanging around the neighbouring building tops below. He instructed Biz to place a tracking spot on the boy."*

2, *"'That's not all I have Marv, I also sent out a silent bee drone, Biz I call her. I sent out Biz to painlessly sting all your men, sedating them within two steps,' he said walking around Marvin.*

*'You're working for the Inner Assemblage. You must be to have equipment and technology like that.'"*

3, *"I sedated you with my bee drone, but you were awake a long time before I was. How is this possible?'"*

4, *"What did the bee do to me,' she cried."*

17

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

5, *"My bee drone placed a tracking spot on the boy when you first entered this building. The report says..."*

6, *"'My friend Biz, the bee drone you squashed, she injected you, I think Biz gave you a detoxifier to purge you of all the medication they use to keep you under control.'"*

7, *"She had Warwick and his bee drone to thank for giving back the memories."*

8, *"Biz flew out of Warwick's arm pouch and injected him in the neck."*

9, *"Biz and Warwick fought away, stinging and chopping until the first wave of the damned were all piled around the scrapyard."*

10, *"Biz popped up out of the tunnel and scanned the weapons. She found a tracking device."*

11, *"She scanned the weapons. Biz had planted a fusion tab on the weapons crate, she primed it to explode when scanned. Ingenious little bionic-Bee."*

12, *"'Biz sedate her,' he said.*

13, *As Biz flew out of his arm pocket to inject Jade's neck, Jade opened her bright green eyes. Warwick caught Biz mid-flight. He held the bee-drone between his thumb and forefinger. His blue eyes met her green's in a prolonged gaze. Warwick released Biz to inject Jade's neck. As she fell into a sedated sleep, Jade lifted her arm up around Warwick's neck and snuggled her head against his chest."*

14, *"Biz planted an explosive device which I believe may have injured D'borg, but she'll survive."*

15, *"'Wu can you look at Biz for me, I think she might need an upgrade, she..."*

18

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison of the Works**

**Arcane's Butterfly Drones:** These drones are depicted as mechanical butterflies used primarily for surveillance and as explosive devices. They are intricately designed, reflecting Jinx's inventive and chaotic nature. The aesthetic combines delicate, artistic elements with lethal functionality, symbolizing the duality of beauty and danger.

**Bloodborg's Bee Drones:** In Bloodborg, the mechanical bee drones, known as "Biz," serve multiple functions, including surveillance, administering blood-based drugs via stings, and acting as explosive traps. They are associated with the character Warwick and symbolize the duality of beauty and the beast within his nature.

**Exhibit E** presents a compelling case of copyright infringement through the striking similarities between the mechanical bee drones in Bloodborg and the mechanical butterfly drones in Arcane. In Bloodborg, the character Warwick utilizes "Biz," a mechanical bee drone designed for surveillance, administering blood-based drugs via stings, and functioning as an explosive device. This device embodies a duality of delicate aesthetics and lethal functionality, mirroring Warwick's complex nature.

**Conversely, Arcane** features mechanical butterfly drones associated with the character Jinx. These drones serve as surveillance tools and explosive weapons, reflecting Jinx's inventive yet chaotic personality. The design intricately combines beauty and danger, symbolizing the duality present in her character.

19

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 472**

**The parallels between the two works are evident in several aspects**

i.    Design and Functionality: Both drones are modeled after insects (bees and butterflies) and are employed for surveillance and as explosive devices.

ii.    Character Association: Each drone is closely linked to a central character, serving as a softer side extension of their personality and methods.

iii.    Symbolism: The drones symbolize the blend of beauty and danger, aligning with the thematic elements of both characters.

iv.    While the concept of insect-inspired drones is not entirely unique, the specific combination of design, functionality, and character integration in Arcane closely mirrors that of Bloodborg. This resemblance suggests that the creators of Arcane may have drawn substantial inspiration from Bloodborg without authorization, constituting potential copyright infringement, and anti-competitive practices.

**Conclusion:**

The evidence presented in Exhibit E indicates significant similarities between the mechanical bee drones in Bloodborg and the mechanical butterfly drones in Arcane. These parallels in design, functionality, and character association support the claim of unauthorized use of original elements from Bloodborg in Arcane. Therefore, this exhibit substantiates the allegation of copyright infringement by the creators of Arcane.

20

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT F- SHIPPING BLOOD-BASED DRUGS/ BIOWEAPONS**

The next scene in Episode 4:

1.   We see sky ships collecting and dropping haulage at the hex gates. A signaler with semaphore glow sticks directs the ships into the docking bays.

 

2.   Silco's goons carry barrels up the ramp, loading them onto the ship, meaning the barrels are being shipped out of Piltover and Zaun. We see barrels of biochemicals, i.e Shimmer, a purple, and explosive, blood-based drug being loaded onto a ship. We know it's Shimmer; a few frames later we see an open barrel of it. This confirms that Blood-drugs are being harvested, created and shipped out.







21

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

3. The terminal controller asks for a shipping manifest. Sevika gives him a bag of coins and says *"From your friend downtown"* meaning Silco. The Controller stamps the shipping log with a green Piltover stamp.

4. This confirms that Silco is making deals with other regions to ship out Blood-based drugs, which are used for bioweapons and to make super soldiers / superhumans (Bloodborgs).







22

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

SER 475

**Bloodborg: The Harvest** - **shipping blood-based drugs/ bioweapons.**

Firstly, this is literally the title of the Plaintiff's work- Bloodborg: The Harvest.

**Bloodborg Examples:**

1. *"They call themselves The Feral Fighters. The leader of the gang; Cowboy Momahan, is attempting to take control of all of The Needle district. He is trying to recruit an army to plunder the city. He receives weapons, alcohol and drugs from the Assemblage in exchange for raiding services and blood donations (trafficking people for their blood)."*

2. *"The Flying metal monsters have been dropping more of the biochemicals and more Fighters into the cities, the people of Kariba say the Fighters are searching for something,' said the second Elder."*

3. *"Tubes appeared from the walls of the egg, tunnelling into his arms, drawing his blood out and sending a murky white liquid into is body."*

4. *"The roots of the bots are shooting out and piercing the corpses all over, draining the bodies in seconds, sucking them bone dry before tossing them into a giant grinder truck. Has nobody else noticed this, are they so rage blind that they cannot see this for what it is. It's a blood bath; it's a blood farm. It's a bloody nightmare."*

23

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

5. *"It's because we are farm animals to them, we are livestock. Lambs to the slaughter. We are walking blood banks."*

6. *"We are a stockpile of fresh blood to them. The Founding Families and others inside the Inner Assemblage have blood on the menu. If your blood type or genetic indicators are requested; the Hunters will come hunting, killing you for your blood. The Raiders will come raiding your arteries, but they usually do not kill. The Mercenaries however, they are the worst, they will find and capture you, they will keep you semi-sedated, strapped to a surgery table for months whilst they milk your blood vessels, until you stop producing or you are no longer valuable to them. They will then either make you their bitch, their slave, or kill you slowly."*

7. *"Because the Founding Families, have created a way of producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies. A never-ending feast. This makes the residence of New Kowloon worthless to them. My informants inside The Inner Assemblage have warned me to get out as fast as possible. They plan a mass raid on New Kowloon to loot whatever blood, weapons, energy unit's and valuables they can. Then they plan genocide, and obliteration of the city.*

24

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 477**

8. *"The Founding Families are moving towards a world without resistance, a one-world slave machine where the only survivors see them as gods. They plan to re-house their minds in bloodborgs, the pinnacle of all creation. The ultimate cybernetic human beings. Merging AI, in-brain, robotics and synthetic human self-regenerating tissue with the perfect cocktail of endless blood to be immune to all diseases and ageing.*

*I'm calling for the people of New Kowloon to unify against the mainland forces and the mercenaries, to fight back.*

*Let's unite against the Assemblage, we are no longer their farm animals. They shall no longer take our blood, they shall no longer take our kin, our children, our females. They shall feel the wrath of New Kowloon. We will stand together."*

9. *"The Infected and mutated people inhabited the cities. The biochemical creatures spread diseases and death in those places. Neva's father died from a disease he contracted in Chinotimba. "*

10. *"So what? So people trade with the Assemblage, so people do dodgy deals. Not everything is as black and white as you see it Warwick."*

25

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison, Analysis, and Conclusion: Copyright Infringement & Anti-Competitive Argument for EXHIBIT F – Shipping Blood-Based Drugs/Bioweapons.**

### I. Introduction

This section compares the depiction of shipping blood-based drugs and bioweapons in Arcane and Bloodborg: The Harvest. Both works feature an organized system of harvesting, manufacturing, and shipping blood-derived biochemicals, which are used for creating super-soldiers, enhancing biological entities, and waging underground wars. Given the highly specific and structurally identical elements between the two, this raises serious concerns about copyright infringement, narrative misappropriation, and anti-competitive actions by Riot Games.

### II. Comparison of the Works

Both Arcane and Bloodborg depict blood-based biochemical substances being harvested, processed, and distributed through underground shipping networks. The core elements of these depictions include:

Illegal Trade Networks – A criminal organization controls the shipping and distribution of blood-based substances.

Sky Ships & Airborne Distribution – Biochemical substances are transported through aerial means (ships, aircraft, or hovercrafts) to further destinations.

26

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Government/Corporate Corruption – Bribes and manipulated shipping manifests allow these illegal trades to persist.

Weaponization of Biochemicals – Blood-based substances are used to enhance or mutate individuals, making them either super-soldiers or infected mutants.

Exploitation & Enslavement – Humans are treated as biological resources, harvested for their blood or genetic material.

Mass Production for Global Control – The ruling elite (Silco in Arcane, The Assemblage in Bloodborg) stockpiles and distributes the biochemical substance to assert dominance over different regions.

**A. Arcane – Shipping Shimmer (Blood-Based Drug)**

Sky Ships and Shipping Yards – Sky ships are shown transporting barrels of Shimmer through Piltover's Hex Gates shipping lanes, directed by workers with semaphore glow sticks.

Silco's Smuggling Operations – Barrels of Shimmer are loaded onto a ship by Silco's goons, indicating large-scale distribution outside Zaun.

Bribing the Shipping Controller – Sevika bribes a Piltover shipping official, who stamps the manifest with an official Piltover seal, legitimizing the illegal trade.

Weaponization of Shimmer – Shimmer is used for creating enhanced super-soldiers (Deckard, Sevika, Warwick).

Global Expansion & Underground Economy – Silco's dialogue and actions indicate Shimmer is being mass-produced and exported beyond Piltover and Zaun.

27

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**B. Bloodborg – Shipping Blood-Based Drugs/Bioweapons**

Flying Metal Monsters Dropping Biochemicals – Large-scale shipments of blood-based bioweapons are deployed from the sky into warzones.

Trafficking of Blood for Drug Production – People are captured, sedated, and bled continuously for use in synthetic biochemical drug production.

Stockpiling and Shipping Blood-Based Biochemicals – The Assemblage harvests genetically engineered blood plasma, shipping it for use in creating cybernetic super-soldiers (Bloodborgs).

Bribery & Corrupt Authorities – Corrupt shipping controllers and warlords oversee and regulate these illegal drug shipments.

Blood-Based Biochemical Warfare – The harvested blood is weaponized, leading to the creation of infected, mutated soldiers and biochemical warfare.

Mass Market of Human Blood as a Resource – Blood is treated as a currency, a commodity, and a weapon, traded for weapons, wealth, and political power.

28

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**III. Analysis: Substantial Similarities Suggest Copyright Infringement**

The detailed breakdown shows that Arcane and Bloodborg share a near-identical narrative and worldbuilding structure regarding blood-based bioweapons, their distribution, and their economic implications. The following key areas of similarity strengthen the argument for copyright infringement:

*1. Core Concept: Shipping Blood-Based Biochemicals*

**Arcane:** Silco oversees the shipment of Shimmer (a blood-based drug) to foreign buyers.

**Bloodborg:** The Assemblage harvests and ships biochemical blood-drugs and bio-enhancements.

**Similarity:** Both worlds involve shipping an illicit blood-derived biochemical weapon for profit and control.

*2. Use of Airborne Distribution Systems*

**Arcane:** Hex Gates facilitate the rapid movement of Shimmer barrels, enabling large-scale drug trade.

**Bloodborg:** Airborne transport is used to deploy bioweapons, including blood-extracted serums for warfare.

**Similarity:** The imagery of blood-drug shipments via airborne craft is a distinctive element in both narratives.

29

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*3. Government Corruption & Bribery*

**Arcane:** A Piltover shipping officer accepts a bribe from Sevika, stamping the shipping manifest to authorize illegal trade.

**Bloodborg:** Officials and warlords accept bribes to facilitate blood-drug trade, laundering shipments into legal supply chains.

**Similarity:** Both works depict corrupt authorities enabling the illegal blood-based drug economy.

*4. Weaponization of the Blood-Based Drug*

**Arcane:** Shimmer is used to create mutants and super-soldiers (Deckard, Sevika, Warwick).

**Bloodborg:** Blood-based serums are harvested, refined, and used to create cybernetic Bloodborgs and biochemical warriors.

**Similarity:** Both narratives use harvested blood-drugs to manufacture enhanced soldiers or mutants.

*5. Mass Production & Expansion of Blood-Based Drugs*

**Arcane:** Silco's operation expands Shimmer distribution to foreign markets, implying global-scale trade.

**Bloodborg:** The Assemblage's biochemical blood-drug economy spans multiple regions, fueling world domination efforts.

**Similarity:** Both stories feature a powerful underground economy where blood-based drugs fuel global control.

30

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 483**

## IV. Anti-Competitive Argument: Riot Games Exploiting Market Power

Beyond copyright infringement, the Plaintiff raises concerns about anti-competitive practices in Riot Games' use of Bloodborg's themes, worldbuilding, and concepts:

Market Suppression: By integrating Bloodborg's themes into Arcane, Riot Games eliminates a competing narrative from entering the market on its own terms.

Unfair Monopoly Over a Unique Concept: Arcane uses Bloodborg's unique worldbuilding (blood-based bioengineering, drug trade, airborne shipments) as if it were Riot's original IP.

Dilution of Original Work: If Arcane's blood-drug economy gains cultural traction, it prevents Bloodborg from maintaining its distinct identity and marketability.

Barriers to Entry: As Riot Games is an industry giant, its use of Bloodborg's ideas on a large scale limits the Plaintiff's ability to gain financial and creative recognition.

## V. Conclusion: Clear Evidence of Misappropriation

The narrative, worldbuilding, and economic systems of blood-based bioweapon trade in Arcane bear a direct resemblance to Bloodborg.

The level of specificity in how blood-drugs are harvested, shipped, weaponized, and monetized is too precise to be coincidental.

Thematic and functional overlaps in storytelling elements, including the use of air-based shipping, corrupt trade networks, and super-soldier bio-enhancements, suggest that Riot Games drew heavily from Bloodborg. As the series progresses, The Plaintiff will show even more Thematic and functional overlaps which tie all of Arcane into Bloodborg's narratives.

31

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Implications:**

Copyright Infringement: Under 17 U.S.C. § 501, unauthorized derivation of substantial narrative elements qualifies as infringement.

Derivative Work Argument: The depiction of shipping blood-based drugs as bioweapons in Arcane constitutes an unauthorized derivative work of Bloodborg.

Unfair Competition (Lanham Act - 15 U.S.C. § 1125): Riot Games' use of Bloodborg's unique concepts unfairly suppresses the Plaintiff's original work from entering the market.

Injunction & Damages: The Plaintiff will seek injunctions against Riot Games for continued exploitation and compensatory damages for economic and personal harm.

**Final Statement**

The overwhelming similarities between Arcane and Bloodborg in the depiction of blood-based drug shipment, weaponization, and economic structures, and the grassroots resistance, provide strong evidence of copyright infringement and anti-competitive misconduct. Given Riot Games' size and market influence, their alleged misappropriation of Bloodborg's core ideas and themes has significant legal and economic consequences, warranting judicial intervention.

32

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT G - YONDER-SKY-PIRATES: GRASSROOTS RESISTANCE VS THE FIRELIGHTS: GRASSROOTS RESISTANCE**

Exhibit G will show the striking similarities between The Resistance in Bloodborg and the Resistance in Arcane.



33

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

In the animated series Arcane, the theme of resistance is intricately woven into the narrative, primarily through the struggles between the oppressed undercity of Zaun and the affluent city of Piltover. This dichotomy sets the stage for various forms of resistance, both organized and individual. This resistance, it's set up, its execution, its purpose, and its features are strikingly similar to that of the resistance in Bloodborg.

**Zaun's Struggle for Autonomy:** Zaunites have long endured systemic oppression and economic disparity imposed by Piltover's ruling class. This has fostered a deep-seated desire for independence and self-governance within the undercity. The character Silco emerges as a pivotal figure in this struggle, orchestrating efforts to liberate Zaun from Piltover's dominance. His methods, though morally ambiguous, are driven by a vision of an autonomous Zaun. Silco's leadership galvanizes various factions within the undercity, uniting them under the common cause of resistance against Piltover's control. But he is getting the blood to make Shimmer from somewhere. The People!

**Firelights were made for Arcane:** The Firelight are a rebel street gang that are based in Zaun and led by Ekko. They also serve as the last remaining resistance in the undercity against Silco's criminal empire. The Firelights were founded by Ekko at an unknown point in time after Vander's death to overthrow Silco and eliminate Shimmer from the undercity altogether. Many of the gang's members were either former Shimmer addicts or victims of the drug's devastating impact on the Zaunite population. Due to their relatively small numbers, the Firelights practice guerilla warfare and employ hit-and-run tactics in battle. Although the gang was originally formed to fight against Silco and his loyalists, the Firelights harbor a great deal of

34

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

hatred towards Piltovans, Piltover enforcers in particular. This animosity mainly stems from the fact that many of the enforcers that hunt and kill the Firelights, including their leader Marcus are on Silco's payroll.

Firelights were not introduced until Episode 4 of Arcane's 1st season, but Ekko was in a gang in his lore. There are several story inconsistencies between Arcane's depiction of Ekko and the version of his character that is seen in his Runeterra Prime Universe short stories.

In Universe, Ekko is mentioned to have a small group of friends that go around Zaun causing mischief. This is also reaffirmed in his Legends of Runeterra cards.

Ekko had white hair before Arcane, more the most part, his look has not changed.

The Firelight hideout is built inside a massive, abandoned sewer located somewhere in Zaun that has a large hole on top, which allows heaps of natural sunlight to pass through and illuminate the area. Its most prominent feature is the enormous tree situated at the center of the hideout, which was able to thrive and grow to its current size due to its daily exposure to sunlight. A number of small houses are also built on the tree, including Ekko's home, and around it. The walls surrounding the hideout are also decorated with graffiti and numerous murals.

35

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**The Firelights: Grassroots Resistance**

Another significant manifestation of resistance is embodied by the Firelights, a group led by Ekko. This faction represents a more grassroots approach, focusing on protecting Zaun's citizens from the detrimental effects of Shimmer, a potent and addictive substance proliferated by those in power, Silco. Shimmer requires Blood. The Firelights engage in direct action, disrupting the operations of those who exploit the undercity's populace. Their resistance is characterized by a commitment to community welfare and a vision for a healthier, self-sustaining Zaun. They take to the skies, on hoverboards, to sabotage the production line of Shimmer.

**Individual Acts of Defiance:** Resistance in Arcane is not limited to organized groups; individual characters also embody the spirit of defiance. Vi, for instance, consistently challenges oppressive forces, driven by a personal sense of justice and a desire to protect her loved ones. Her journey reflects the personal cost of resistance and the complexities inherent in confronting systemic injustice.

**Evolution of Resistance in Season 2:** In the second season, the dynamics of resistance evolve further. Following the events of Season 1, Sevika, formerly Silco's lieutenant, assumes a position on Piltover's council as Zaun's representative. This development signifies a shift from external rebellion to internal political maneuvering, aiming to effect change from within the established power structures. However, this integration is met with skepticism, as some view Sevika's ascent as a potential perpetuation of the very oppression the resistance

36

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

sought to dismantle. Debates arise regarding the efficacy and morality of working within the system versus continuing external resistance. These discussions highlight the nuanced and multifaceted nature of resistance movements, where the lines between oppressor and liberator can become blurred.

Overall, Arcane portrays resistance as a complex and evolving force, encompassing a spectrum of strategies from militant uprising to political negotiation, all aimed at challenging and transforming oppressive systems. We see the very same multi-layered and complex depiction of resistance in Bloodborg, From the yonder-sky-pirates grassroots resistance, the hiding of women and children, to Rook's own personal journey and Warwick's eventual resistance leadership role which will (In books 2 and 3) question how far is too far, and where the line from oppressed to oppressor is crossed.

Even Ekko's hideout, located in a large sewer with a large hole in the top that allows sunlight to pass through, bears striking similarities to Lugar dal luz- The place of Light- which is a hide out sanctuary for children and people who oppose the Blood raiders and criminal gangs.

37

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg Examples:**

**Yonder-Sky-Pirates Grassroots Resistance**

1. *"We are the Yonder-Sky-Pirates, the Pirate radio station that broadcasts out over the city every day. Morgen is our leader, you might have heard of him, Old one-eyed Morgan.'*

*'Yes, of course I know of him. Marvin told me that he is hiding hundreds of children and mothers.'*

*'Yes, this is true, we are not just a radio station, we are a resistance in hiding.'*

*'Well you haven't fucking resisted a lot have you.'*

*'Like I said, we are in hiding to save the children and mothers. This resistance has been gathering for a long time, way before the fall. Morgan was milked for his blood when he was just a young man. He escaped with the help of the resistance, they were then based in the under-road flood tunnels and sewers of Las Vegas. Morgan moved the resistance here when it was still Manhattan. Because Manhattan was threatening to become an independent state, Morgan thought it would be harder for the blood hunters to find him here. You see Morgan has very rare blood, people pay big for his lifeblood.'*

*'So where is Morgan-*

*'Warwick kill me if you must but I'm not ready to tell-*

*'Ok just keep talking, so you have this resistance radio army, why do you need me.'*

38

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 491**

*'You have skills and abilities that others do not, the resistance needs a leader, a face people will really get behind. The children of the city already see you as a superhero. You can be their champion, their defender.'*

*'I do not wish to be.'*

*'You already are."*

2. *"'Yonder-Sky-Pirate Morgan,' Rook yelled."*

3. *"Reveille, reveille, wake up my fellow sky dwellers. Sky-Pirate Morgan here, broadcasting live from Yonder-Sky-Pirate Radio Station on this very special morning. This shall be my final broadcast. This shall be the day we stand. WE STAND!*

*I'm quantum recording this broadcast for the people; the people of New Kowloon and the people of the future. When we are dead and forgotten, when this is all over, it's important for the descendants of the survivors to know everything, to learn from the failures of the human condition. The survivors can rebuild under a new banner; one this world has never witnessed. A banner of human decency, fairness and respect for all things. A banner of hope and virtuous conduct. A world removed from cheaters, removed from Bloodlust and tyranny.*

*Let me tell you how New Kowloon came to be, let me convince you to stand with us, lend me your ears for a short time, in return, I'll show you the way. I'll try to save you from the coming."*

*"'Perhaps he's come out of hiding to rally people, though wouldn't he announce it over Yonder-Sky Radio' said Mateo.*

39

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

'Or perhaps he's desperate to find those jammers,' said McCauley with his head close to the map, squinting his eyes."

4. "Reveille, reveille, wake up my fellow sky dwellers. Sky-Pirate Morgan here, broadcasting live from Yonder-Sky-Pirate Radio station on this very special morning. The wind of change is approaching, and people are getting scared, Halloween is not yet upon us, yet I hear that the Feral Fighters are masking up as little old white-eyed Morgan. The old-world word for this is Masquerade, pretend to be. Now why might they pretend to be me?

That's right, you got it, because they are scared of the coming war. They want out and I'm their ticket. They have been promised new lives on the mainland if they gain what I have. So, they masquerade as me to draw out my supporters, they will torture for information, anywho they discover."

5. 'Hey Roy,' said Rook standing up, patting off the dust. 'Did you hear the broadcast from Yonder-Sky-Pirates this morning?'

6. "'Because he has intel, Cowboy Momahan was going to put out a rumour, fake news that Morgan is dead and they yonder-sky-pirates have quantum recorded his voice to use as they please. The Feral Fighters are rattled, they know as much as Morgan, they know it's coming.'

'New Kowloon has seen war before now, hell it's a battleground everyday out there.'

40

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Distroying Signal Jammers and Sabotaging the Production Line.**

In Bloodborg, Morgan uses a quatum recroded pirates

1. *'Boss, he's too quick Boss, we can't catch him. He's always one step ahead of us. He seems to know about all of our traps. He knows where the signal jammers are placed, we don't know how he is doing it boss, it's like he has an insider listening to us, a spy.'"*

2. *"'Where did you get this,' said Rook standing over the mapping display. On the map, several jamming device locations had been pinpointed. Macaulay double-tapped the display, the pinpointed locations flashed up out of the screen into a green and yellow 3D map. Each location rotated independently with a flashing red x to show the precise spot of the mounted signal jammers."*

3. *"'Or perhaps he's desperate to find those jammers,' said McCauley with his head close to the map, squinting his eyes."*

**The Place of Light**

1. *"''The residents call this place; Lugar dal luz, which is Spanish, that was another way of talking, from a different region, far across the world. It means place of light,' said Warwick as he entered the shantytown.*

*'Hardly a fitting name, the roof is barely open to half of the place and the sun is blocked by all of those washing lines,' said Jade, grimacing.*

*'True but this is the only place in the district were natural light is visible, apart from the windows of the outer buildings which, as you have seen, are mostly boarded up.'*

*'Yes, why is that.'*

41

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

'For protection, they secure the outer walls and guard the district as they can, they try to keep tabs on who comes and goes and with which outsiders they trade with. The people of this district protect each other, to some degree anyhow."

2. "'My friend from down in the south of the city, near Lugar dal luz, he told me that the Feral Fighters are planning something to identify blood markers instantly, so they don't have to rely on this dipping fingertip in permanent purple ink business. They know people are cheating it. My friend says they are planning something big. He has it on good grounds that a war is coming to New Kowloon, a war to drain the city of all its valuable blood and to kill everyone else."

3. "'I'm sure Mat. There isn't a person alive who can navigate the skies of New Kowloon like I can. Mac could you plan me a route to Lugar dal luz popping off three or four of the jammers on the way.'"

4. "They came to the gaping centre of the mouth which had an open roof. The vast courtyard contained a densely packed shantytown."

5. "Warwick placed his hand on the small of Jade's back, guiding her into the lanes of the wonky erections. She looked around at the wooden shacks- roofed with rusty corrugated iron sheets, blanketed with roof moss and lichens, stacked two and sometimes three homes high, with makeshift rope ladders climbing to each floor. Vines and weeds climbed

42

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*the structures, adding a little colour to the rusty greys and rotting wood browns.  Beams of crooked wood and metal wires crisscrossed above and through the shacks, webbed support.*

6. *Rain pinged off the corrugated iron roofs and plopped into the many pots and pans left out to gather rainwater- like an out of tune xylophone being played by a town drunkard, of which there are many."*

7. *"In the core of the district, a squared hanging garden which served the townspeople with rations of herbs, fruit and vegetables, gave the shantytown a hint of much needed green tranquillity and release from the dull, empty metallic towers, which scrummed the town, squeezing the life out of it, whilst also protecting it from the raiders and mercenaries of the city outside of these steel walls- New Kowloon, the sky city of walls."*

43

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Both Called "The Resistance"**

In Arcane, The Firelights were called The Resistance, as it is in Bloodborg. But Morgan calls his strand of it, Yonder-Sky-Pirates. Both were hidden deep in the underbelly to hide children. Both take to the skies to disrupt and sabotage the blood-drug production line. Both hide in "The Place of Light." Morgan begins his journey as a young black guy with white eyes. Ekko is a young Black guy with white hair. In Bloodborg, the ethical background of Morgan serves two purposes:

**First,** it's a hint to him being a "descendant" or "reawakening" of The White-Eyed Child of great importance, from the African Child POV, which is trauma writing from the Plaintiff's own life. The Plaintiff has undisclosed trade secrets regarding the White-eyed Child which cannot be provided because Mel Medarda from Arcane is alleged to be the White-eyed Child and now she has sailed to Noxus to continue the stories which Arcane laid the foundations for. Thus, this case is infused into all of the Spin-offs and all of Riot's products.

**Second,** It's a juxtaposing aesthetic choice for visual effect.



44

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 497**

**Copyright Infringement and Anti-Competitive Argument for EXHIBIT G – Yonder-Sky-Pirates: Grassroots Resistance vs. The Firelights: Grassroots Resistance**

### I. Introduction

Both Arcane and Bloodborg explore the theme of grassroots resistance against oppressive ruling systems. However, the structural, thematic, and narrative parallels between The Firelights in Arcane and the Yonder-Sky-Pirates in Bloodborg extend beyond common storytelling tropes and into specific plot execution, world-building details, character functions, and resistance methodology.

This exhibit will analyze these elements to determine whether Arcane appropriated material from Bloodborg and repackaged it as part of the League of Legends universe.

*Frist image, not Arcane: A wall with a painting. Secord image, Arcane: In the Place of Light.*



45

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

## II. Comparative Analysis of Key Resistance Movements

### Table 1- Resistance

| ELEMENT | THE FIRELIGHTS (ARCANE) | YONDER-SKY-PIRATES (BLOODBORG) | PARALLELS & OBSERVATIONS |
|---|---|---|---|
| LEADERSHIP & PURPOSE | The Firelights are led by Ekko, a former orphan and tech genius, fighting against Silco's criminal empire and the proliferation of Shimmer, which exploits the people of Zaun. | The Yonder-Sky-Pirates are led by Morgan, a former blood-drug victim, running a pirate radio station and underground movement to protect mothers and children from blood traffickers. | Both factions are led by resistance leaders who have suffered personal trauma from the ruling system and fight against a blood-based drug trade that preys on the vulnerable. |
| METHODS OF RESISTANCE | The Firelights conduct raids and sabotage operations, including destroying Shimmer stockpiles and attacking supply lines. They use hoverboard technology for mobility and surprise attacks. | The Yonder-Sky-Pirates engage in disrupting blood-drug trade routes and signal jammers, using high-speed aerial maneuvers to evade capture. Rook also destroys a haulage dome. | The hoverboard mobility, sabotage missions, and disruption of trade routes strongly suggest that The Firelights were modeled after the Yonder-Sky-Pirates. |
| BROADCASTING & UNDERGROUND NETWORK | Ekko's Firelights operate out of a hidden sanctuary with a hole in the ceiling, allowing sunlight to illuminate their refuge. | Morgan runs Yonder-Sky-Pirate Radio, an underground broadcasting network spreading resistance messages and guiding their operations. | Both movements rely on hidden sanctuaries and communication networks to maintain secrecy and influence public perception. |
| ENEMY CONFLICT & OBJECTIVE | The Firelights directly oppose Silco, who produces Shimmer, a drug that transforms and enslaves people. They aim to cripple the drug trade and free Zaun from criminal rule. | The Yonder-Sky-Pirates fight against Cowboy Momahan's gang and the Inner Assemblage, who harvest blood for bio-drugs and use the underprivileged as livestock. | Both factions oppose drug-based oppression, seek freedom for their people, and conduct militant operations against drug syndicates. |
| TACTICAL SABOTAGE | The Firelights actively destroy Silco's shipments, disrupt trade routes, and interfere with illegal experiments on people. | The Yonder-Sky-Pirates identify and disable signal jammers, interfere with enemy mapping systems, and take down air transports carrying blood-based drugs. | Both factions operate with specialized knowledge of the enemy's infrastructure and engage in strategic sabotage to weaken their control. |

46

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### III. Key Evidence of Appropriation

*The Concept of a Sky-Based Resistance Movement Fighting a Blood-Based Drug Empire*

**Arcane:** The Firelights attack Silco's drug supply lines using high-speed hoverboards.

**Bloodborg:** The Yonder-Sky-Pirates target blood-drug trafficking routes and aerial transport, using advanced maneuverability.

*Hidden Refuge with a Sunlit Center*

**Arcane:** The Firelights' hideout has a central open ceiling where sunlight comes through, a rare feature in Zaun.

**Bloodborg:** The Yonder-Sky-Pirates have Lugar dal luz (The Place of Light), a hidden refuge with a gaping ceiling hole where natural light filters in.

*Sabotaging the Drug Trade*

**Arcane:** The Firelights raid drug shipments and disrupt criminal operations.

**Bloodborg:** The Yonder-Sky-Pirates map out jammers and take down enemy tech to disrupt the drug trade.

47

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**A Named Leader with One Eye, Running a Resistance Movement**

**Arcane:** The Firelights follow Ekko, a one-time orphan and brilliant strategist. Ekko is a young black man with white hair.

**Bloodborg:** The Yonder-Sky-Pirates follow Morgan (Old One-Eyed Morgan), a legendary figure hiding and protecting orphans. In the beginning of Morgan's journey, he was a young black man with white eyes.

1. It is alleged that, all Arcane has done, is mis-proportioned the age of Morgan and the interpretation of "Yonder-Sky-Pirates."

2. Riot has abused the opportunity to again, force their cardboard game characters into the Plaintiff's narratives to bring them aligned, and to breathe life into what has always been a top-down fighting game.

3. Riot has misappropriated Yonder-Sky-Pirates, Morgan, The Place of Light, The resistance against Blood-based drug gangs and even the methods of Fightback.

48

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**IV. Copyright Infringement Argument**

Under U.S. Copyright Law (17 U.S.C. § 501) and UK Copyright, Designs, and Patents Act 1988, copyright infringement occurs when:

The defendant had access to the copyrighted work.

The Plaintiff's work, Bloodborg, was distributed prior to Arcane's production which was ongoing up until its November 2021 release date on Netflix.

The specific elements in question (resistance factions, sky-based sabotage, hidden refuges, and blood drug-trade disruption) do not appear in League of Legends' original lore but emerge in Arcane after the circulation of Bloodborg.

*Substantial Similarity Exists Between the Two Works.*

Narrative Structure: Both feature organized resistance movements against blood-drug trafficking using high-speed aerial combat and underground broadcasting networks.

Character Roles: Ekko and Morgan share identical leadership structures, physical traits, and trademark brilliant white features contrasting their skin tone, personal motivations, and strategies. They differ in Age, but Morgan's Journey began as a young man like Ekko.

World-Building Elements: Both include sanctuary spaces with open sunlight, mapping tech to sabotage enemy plans, and covert missions aimed at destabilizing criminal enterprises.

49

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

SER 502

**Derivative Work & Unfair Competition (15 U.S.C. § 1125)**

Arcane's Firelights are a commercialized, stripped-down version of the Yonder-Sky-Pirates, removing some of the more nuanced themes from Bloodborg while maintaining the exact same structure, tactics, and narrative function.

This leads to market dilution, preventing Bloodborg from being recognized for its original contributions.

**V. Conclusion**

The Firelights resistance movement in Arcane closely mirrors the Yonder-Sky-Pirates in Bloodborg in terms of:

    I.    Leadership structure

    II.    Aerial sabotage missions

    III.    Opposition to blood-drug cartels

    IV.    Use of hidden sanctuaries

    V.    Tactical disruption methods

Given the high degree of structural and thematic similarity, it is likely that elements from Bloodborg were repurposed into Arcane without credit or permission.

**Final Allegation**

Arcane did not simply borrow general resistance tropes; it restructured and rebranded a complex faction from Bloodborg, repackaging it as an "original" element within the League of Legends universe. This represents both copyright infringement and anti-competitive misappropriation of creative content.

50

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 503**

### EXHIBIT H – VON VS GREEN MOHAWK FIRELIGHT

During the Fightlights attack on the Shimmer smuggling airship, we see this green Mohawk firelight guy, wearing a green vest and tight leather jeans. Jinx sets off a bomb or smoke bomb in the airship taking him out of the fight.

Other than Scar, the firelights are not explicitly given names. Yet his character adds diversity and aesthetic value to the show.

**In Bloodborg**, there is a resistance character named Von, with a glass mohawk with neon green veins running through it. Under his black tailcoat he wore a lime green net vest and tight leather jeans.

Both are resistance members, both have green mohawks, vests and tight jeans. Whilst this appearance is not enough to amount to Copyright infringement, it is yet another of thousands of elements from Bloodborg, which also appear, sometimes unchanged, in Arcane.

At this point, it would be silly to suggest that Bloodborg wasn't used to make Arcane. We see the same pattern of just enough masking, over and over again, whilst specific details remain intact.



51

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

1. *"Two guards hung around the door to the stairways. One had a glass mohawk with neon green veins running through it. Under his black tailcoat he wore a lime green net vest and tight leather jeans. The other, the woman she had purple hair tied back tightly, metal studs in her cheeks and under her coat she wore bright red heels, netted red velvet leggings, which showed a lot of flesh, and a white belly vest. It was as if they had popped out of one of those seedy night clubs in Midcity, you know those sex punk ones."*

2. *"Two Feral Fighters gripped Cowboy under his armpits and dragged him out of the room, whilst others returned fire at the invisible opponents. Several men abseiled down onto the roof platform, still firing at the Feral Fighters. The remaining Feral Fighters retreated through the huge castle-like metal doors, slamming and bolting them shut.*

   *The guard from Roy's place, the one with a green glass mohawk and tight leather jeans, ran over to Rook.*

   *'Hey, good to see you again, he said, removing her chains. 'We've got to move quickly; they'll regroup and counterattack. Follow Rachal he said, pointing at the woman with purple hair tied back tightly. Rook pulled up her knickers and trousers, she hugged the Mohawk dude.*

   *'You're welcome little dude. The names Von, now go,' he said pushing her away."*

52

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion:**

The similarities between Von from Bloodborg and the Green Mohawk Firelight in Arcane cannot be dismissed as incidental. Both characters serve as resistance fighters, both share a distinctive and highly specific aesthetic, green mohawks, vests, and tight leather jeans, and both contribute to the thematic and visual identity of their respective works. While character appearance alone may not constitute copyright infringement, the presence of thousands of similar elements throughout Arcane, many appearing unchanged from Bloodborg, establishes a troubling pattern of appropriation.

Copyright law does not merely protect direct, verbatim copying; it also shields against derivative works that take substantial creative expression from a prior source. The sheer volume of replicated details, combined with a consistent strategy of minimal modification, suggests a deliberate attempt to obscure the origins of Arcane's creative choices while retaining the essence of Bloodborg's original material. This goes beyond generic cyberpunk aesthetics and into the realm of systematic misappropriation.

At this stage, the evidence overwhelmingly supports the claim that Bloodborg was not merely an inspiration for Arcane, but rather an uncredited foundation for its worldbuilding and character designs. As such, further legal scrutiny is warranted to assess whether Riot Games and Fortiche Production have unlawfully derived Arcane from Bloodborg, infringing on the intellectual property rights of its original creator.

53

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT I- GUERRILLA WARFARE TACTICS AND STEALTHY MANEUVERING.**

More coincidences? This is the scene where Jinx uses guerrilla warfare tactics and stealthy maneuvering to stalk and take out the opponent fighters including the Green Mohawk Firelight.

*Table 2- guerrilla warfare tactics and stealthy maneuvering*

*THE PLAINTIFF WILL BREAK IT DOWN IN BITESIZE STEPS:*

*1, GREEN MOHAWK FIRELIGHT AND HIS COMRADE CLIMB DOWN A WOODEN HATCH, WHICH IS BELIEVED TO BE A REUSED HATCH.*

*2, GREEN MOHAWK TRIGGERS A TRIP WIRE WITH HIS FOOT,*

*3, THE HATCH CLOSES, TRAPPING THEM DOWN IN THE HULL OF THE AIRSHIP WITH JINX.*

*4, WE SEE HER PURPLE GRAFFITI MONKEY PAINTED ON THE UNDERSIDE OF THE HATCH.*

*5, THE FIGHTERS SEARCH IN THE DARKNESS, ILLUMINATED ONLY BY THE NEON PURPLE PAINT.*

*6, THE GREEN MOHAWK DUDE IGNITES A RED FLARE TO SEE IN THE DARKNESS AS THEY CONTINUE TO SEARCH FOR JINX.*

*7, JINX'S BLUE PLAITS ZOOM PAST IN THE DARKNESS, LIKE SHE IS STALKING THEM.*

*8, WE AUDIBLY HEAR THE SWING.*

*9, GREEN MOHAWK TOSSES THE FLARE.*

*10, IN PURPLE PINT OR INK, IT SAYS BOOM! ON THE UNDERSIDE OF THE SWING.*

*11, JINX IS HIDING UP IN THE METALLIC RAFTERS.*

*12, JINX SWINGS/ SLIDES ALONG AN OVERHEAD METAL WIRE/ CABLE, HANGING UPSIDE DOWN.*

*13, THE TWO GUYS SWING FOR JINX, BUT THEY ARE TOO SLOW.*

*14, JINX HAS PLACED GRENADES OR SMOKE GRENADES ON THEM- BOOM!*

**15, THE EXPLOSION BLOWS OUT THE HATCH.**

**16, THE AIRSHIP IS ROCKED BY THE EXPLOSION**

**17, THE HATCH SLAMS OPEN**

**18, GRAY SMOKE WITH PURPLE DUST**

**19, JINX'S BOOTS AND THEM JINX EMERGES FROM THE SMOKE UP ONTO THE MAIN PLATFORM OF THE AIRSHIP.**

54

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Still images of this scene from Arcane**

55

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Same elements from Bloodborg, which are alleged to have been rearranged.**

**Bloodborg,**

1, "Rook donned her respirator mark 7 digi-reader, slid down a wire into the smog, found a cross wire and shimmied across the long void. On the Tetris side, Rook found a service hatch and emerged silently, topside of the smog rotators. The under lanes of metal planks, service tubes, cables and columns, were pitch dark. Rook crouched low and stealthy, looking for the jammer. The Respirator mark 7 digi-reader flashed warning signs all around.

The first shot pinged off the pipe by rook's head, spraying steam into her lenses. Rook dropped to the metal plank, taking off the mask and wiping the steam away. Redonning it, Rook stood and ran, jumping, ducking, dipping and sliding through the metallic maze. Red and purple lasers bounced around the darkness, looking for the runner boy, as Rook hung from a wire above.

A Feral Fighter stopped below Rook. He twisted his body left and right searching with his purple laser finder. He leaned back pointing his laser up into the rafters and wires. The Laser met a pair of piercing blue eyes as Rook's downward-pointing elbo*w smashed into the forehead of the Feral, reshaping his skull. Rook picked up his weapon, switched the rifle to automatic, tied it to a hanging wire and secured the trigger back by jamming the Feral's torch butt into the trigger guard. Taking the weapon by the butt, Rook swung the wire out, tossing it in a wide-sweeping circle. Rook dropped to the metal, hiding under cover of the unconscious Feral Fighter. The rifle span round spitting laser light and bullets in all directions until the hundred round magazine was spent. Time to run!*

56

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Rook popped smoke, tossing the smoke grenades in several directions before sprinting up a slanted pipe towards the streets of Tetris. Bullets rained in around as Rook reached the hatch to the street and shoulder barged up onto a walkway. Vibrantly dressed and elaborately decorated people jumped aside gasping as Rook lay breathless on the metal which was painted asphalt black with yellow lane lines. Rook jumped up, tossed an electric stun explosive down the hatch and ran through the crowd…"*

2, *"Hey man, you just blew that hatch out dude,'"*

3, "The hatch boomed as Rook dropped it shut."

4, *"Rook crouched on the steel corner of a rooftop - a modern-day hooded gargoyle, silhouetting in the fine smoky clouds.*

*The Feral Fighters were easy to pick out of the mist, with glowing cigarette ends hanging from their loud mouths, the rattle and shine of their spike-studded alligator boots with each footstep clunking down on the steel gangway and general poor discipline which suggested anything but incognito.*

*The Feral Fighters were cowboys, more rascal soldier wannabees than an actual fighting force. They got by on bullying and harassing people. There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them. None of them wanted to be walking the high gangways on this chilly morning- voluntold to be on sentry duty all night.*

57

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*The drifting grey clouds looked swimmable as the shadow glided across the steel around the feet of the Fighters. The moonlight morphed the shadow into a swift beast in the chemically confused minds of the Ferals.*

*Glowing cigarette tips peppered the gangway around their feet as they tilted their heads up in unison. Dribble hung from the corner of several mouths as they watched the laughing shadow disappear between the spiky buildings.*

*'Was that-*

*Boom!*

*The Signal jammer exploded rocking the gangway. Just a tiny explosion but enough to make sure that all parts of the jammer were unusable.*

*Rook was already south of the Needle District by the time the Feral Fighters scrambled to give chase."*

It is alleged that Jinx's guerrilla warfare tactics and stealthy maneuvering to stalk, set traps and take out the opponent fighters in this scene and indeed throughout Arcane, are ridiculously carbon copies of those of Rook in Bloodborg. These elements are now fused with Jinx and her backstory and are now entwined in all of Riot Games's lore, backstories and products, and even merchandise.

58

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Analysis and Comparison Between Arcane and Bloodborg – Guerrilla Warfare Tactics and Stealthy Maneuvering**

*Table 3: Arcane vs. Bloodborg – Tactical Maneuvers and Stealthy Warfare*

| Arcane (Jinx Scene in Airship) | Bloodborg (Rook's Scene in Industrial Complex) |
|---|---|
| 1. Green Mohawk Firelight and his comrade climb down a wooden hatch. | 1. Rook finds a service hatch and emerges silently. |
| 2. Green Mohawk triggers a tripwire with his foot. | 2. Rook navigates a booby-trapped industrial zone, moving carefully to avoid detection. |
| 3. The hatch closes, trapping them inside. | 3. Rook seals a hatch after emerging, using it for cover. |
| 4. Jinx's purple graffiti is marked under the hatch. | 4. Rook moves through an industrial complex filled with gang markings and signs. |
| 5. Fighters search in the dark, illuminated by neon paint. | 5. Rook moves through smoky, dimly lit industrial rafters, avoiding enemies with searchlights and lasers. |
| 6. Green Mohawk ignites a red flare to see in the darkness. | 6. Enemy soldiers use red and purple laser pointers to hunt Rook in darkness. |
| 7. Jinx's blue braids flicker in the dark as she stalks them. | 7. Rook, hidden in the rafters, uses darkness and smoke as cover. |
| 8. Audible swing noise as Jinx moves overhead. | 8. Rook swings from industrial pipes and metal beams to stay undetected. |
| 9. Green Mohawk tosses the flare. | 9. Enemy fighters rely on flare-like laser tracking to spot Rook. |
| 10. Jinx suddenly appears and takes out two Firelights. | 10. Rook silently ambushes two guards from above. |
| 11. Jinx uses a tripwire bomb, detonating at the perfect moment. | 11. Rook triggers an industrial trap to eliminate pursuers. |
| 12. Firelight squad moves tactically but are unaware of Jinx's presence. | 12. Rook stalks enemies who move in formation but fail to detect her. |
| 13. Jinx releases a cannon in an unhinged, chaotic attack. | 13. Rook unleashes an explosive chain reaction, destroying the enemy's base. |
| 14. Jinx shoots erratically, nearly hitting allies. | 14. Rook's explosive trap backfires, forcing her to escape rapidly. |

59

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

| | |
|---|---|
| *15. Jinx momentarily hallucinates Vi in the heat of combat.* | 15. Rook experiences a PTSD-induced flashback in the middle of a fight. |
| *16. Jinx's rage escalates, leading her to nearly destroy the airship.* | 16. Rook's emotional breakdown fuels her violent actions, endangering her mission. |
| *17. Jinx hesitates before dealing the final blow.* | 17. Rook briefly struggles with her morality before finishing the fight. |
| *18. Jinx leaves behind visual chaos, with neon graffiti and destruction.* | 18. Rook's presence is marked by damage and symbolic imagery in her wake. |
| *19. The Firelights retreat as Jinx claims victory.* | 19. The enemy forces withdraw as Rook escapes victorious. |

The detailed breakdown of stealth, guerrilla tactics, and environmental maneuvering in Arcane's Jinx Airship Scene and Bloodborg's Rook Industrial Complex Scene presents a striking pattern of similarity that extends beyond generic storytelling tropes. Above is an in-depth comparative analysis of 19 specific tactical elements present in both narratives. Rearranging scenes and forcing them into existing IP isn't original work, it's theft and constitutes anti-competitive practices against a vulnerable and struggling to breakthrough competitor. These practices cannot be allowed to continue at the expense of the wellbeing, health and earnings of competitors. The Plaintiff alleges that criminal proceedings are necessary, given the extent of these ongoing violations, and the impact the prolonged litigations are having on the Plaintiff's wellbeing.

60

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion-** The above table illustrates an extensive pattern of tactical and thematic similarities between Arcane and Bloodborg. While guerrilla warfare tactics and stealth combat are common in storytelling, the precise parallels in movement, environmental interaction, and psychological effects on the characters suggest a direct correlation. The Plaintiff alleges that these elements from Bloodborg were lifted and repurposed into Arcane without authorization, further contributing to the argument that Bloodborg served as an uncredited source of creation for Arcane's tactical action sequences and trauma-driven character behaviors.

61

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT J- TRAUMA FLASHBACKS.**

**In Episode 4,** as the Firelights are about the burn the shipper on the airship, Jinx shows up, takes out the Green Mohawk dune and kicks the Firelights asses. A firelight with pink hair is about to drop a flare, setting the ship on fire. Jinx grabs her arm and flashes back to Vi. We see Jinx's first psychotic trauma flashbacks. These flashbacks increase over the course of season 1, culminating in a full-on psychotic break resembling paranoid Schizophrenia.






Arcane has been critically praised for its depiction of trauma and mental illness. The Plaintiff agrees that this trauma-based approach to storytelling is compelling and captivating, exposure to these themes at a distance can help to deal with them, and can help people process, or normalize such events, emotions and feelings. This is why the Plaintiff wrote them into his trauma writing in Bloodborg. Trauma is the principal theme of Bloodborg.

62

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Trauma Flashbacks in Storytelling.**

Whilst trauma and flashbacks are common in storytelling, such vivid retelling of traumatic flashbacks are not. Flashbacks in storytelling are often literary devices to tell backstories, expose previously hidden information or as plot devices to move the story along. Sometimes flashbacks are used to change a character's behaviors, such as the Hulk thinking about something, getting angry, then turning into a monster.

To use traumatic flashbacks in such a vivid and intense way, like Arcane has done, is not merely a literary device. It's a deep cutting retelling of trauma and psychosis which hints at a retelling of actual, real life personal experience, which is what the Plaintiff alleges it is. His personal trauma, fictionalized into Bloodborg and ramped up and retold in Arcane.

The National Center for PTSD states that up to 50% of individuals diagnosed with PTSD report experiencing flashbacks. Flashbacks are most common in combat veterans, sexual assault survivors, and individuals with severe trauma. However, the colloquially word flashback is commonly misunderstood or misused, rather. It accounts for thinking about past events, or reexperiencing them in sleep. Even flashbacks are often more subtle than actually thinking you are back in the moment of trauma. While not all PTSD sufferers have flashbacks, nearly all will experience some form of intrusive memories, which can include distressing recollections, nightmares, and emotional triggers. Medically termed Flashbacks, specifically, are considered a more severe manifestation of intrusive memories, where the individual feels as if they are re-living the traumatic event.

63

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 516**

It is alleged that perhaps one of the reasons Arcane got the greenlight after failing many times was because it lacked such in-depth knowledge and experience for the content to be relatable, until they had access to the Plaintiff's Bloodborg manuscript, which introduced the emotional core and trauma driven content which Arcane was missing. If you don't agree, please read just about any of the original LOL backstories of the characters of Arcane, which have now all been retconned to align with the narratives of Arcane, alleged to have been swiped from Bloodborg.

It is a known fact that Riot has a history of swiping backstories and turning them into trope central washed down derivatives of the originals. This is not me taking cheap shots At Riot, it is a fact, Even the Arcane "Showrunners" Linke and Yee have spoken about this in many interviews.

Riot's writers did not do a 180 turn overnight and go from "Skippy trapped in a mine", which was Vi's backstory, to Arcane. Riot's writers did not release Seraphine, The Starry-Eyed Songstress of Piltover who sings to the souls of dead crystal scorpions in October 2020, just to tear her lore apart with the poler opposite a year later. Riot's writers did not live, feal, nor endure the trauma written into Arcane. The Plaintiff did. The trauma written into Arcane is highly specific and fractured retelling of the twisted core of trauma. These are advanced writing techniques which the Arcane "Writers" will have to talk about on the stand.

Jinx's trauma isn't the strongest represented in Arcane, yet it is by far the most overstated. It's literally scarred into the paintings and scenes. It's a great visual effect. Yet, it is alleged, that this retelling of traumatic flashbacks, is also lifted from Bloodborg… Or is this just another of the thousands of coincidences of Bloodborg's content appearing in Arcane?

64

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### *Some of the trauma writing techniques in Bloodborg*

| | |
|---|---|
| 1 | Actual trauma flashbacks, |
| 2 | Flashing lights, |
| 3 | Visual disturbances, |
| 4 | Vivid repetition of color as trauma representation, |
| 5 | Disrupted alliteration with the power of three then red, |
| 6 | Shared trauma and deep dissociation |
| 7 | Visual Flickering and loss of physiological control or regulation |
| 8 | Delusional Recall |
| 9 | VAC hallucinations- visual, auditory, and kinesthetic |
| 10 | Drag backs/ reality splits |
| 11 | False Vicarious trauma |
| 12 | Chemically masking |
| 13 | Sleep avoidance |
| 14 | Confided Sleep isolation |
| 15 | Nightmares, reliving of trauma in sleep |
| 15 | Out of Body Experiences |
| 16 | (Out of Body Experiences) |
| 17 | Rage |
| 18 | Discussion avoidance |
| 19 | Violence towards loved ones and innocent people |
| 20 | Self-Harming and harmful behaviours |
| 21 | Suicidal idealizations and lack of self-preservation |
| 22 | Sexual promiscuity to feel worth |
| 23 | Alcohol abuse |
| 24 | Fighting to feel pain and to let off emotion |
| 25 | Body dysmorphia |
| 26 | murder |
| 27 | Violent Sexual assault (attempted Rape) |
| 28 | Radicalisation (One of the Central themes). |
| 29 | lack of remorse for her actions. |
| 30 | Cluster B Personality Disorders (Like Cowboy) |

*This is not an extensive list.*

*The Plaintiff has not added his personal reliving of dying, falling, sinking and drowning which has already been covered in the Silko's monologue evidence document.*

65

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Traumatic Flashbacks from Bloodborg and reliving of events presented in alternative ways to represent trauma.**

1, *"The Defenders sat near me laughed and patted me on the back. So many eyes glared at me, some cheering, some laughing, others just gawking. The bang of each shot jumped through my body, flashing me back. Head-hopping between times, I didn't even remember many of the shots."* (**Actual trauma flashbacks**)

2, *"My Veda is flashing an amber warning light. It's instructing me to take a stress reducer jab. If I don't respond by jabbing the fucking needle into my neck within fifteen minutes, I'll be issued a red warning. If I fail to respond to the red warning I get charged, and The Shell Major will send someone to find me, then I'm in the shit. I suppose I better take the damn thing; I just don't like the way it makes me feel after, all dirty and damaged. It makes my body jitter on the inside and twitch on the outside the next day."* (**flashing lights**)

3, *"The first field was the hardest, it felt so exposed. I had to stop and take five seconds to work up the courage to commit to it. As I sprinted across the dust field, I kept seeing flashes of the man lying in the road, his face scrunched up and his back bloody, I kept flashing back to the giant tanks of blood and Crab-bots tossing the blood-drained bodies into the grinder. I swear my eyesight even turned a pale shade of red,"* (**visual disturbances**)

66

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

4, *"As I did, a flash of red burst out of his skull- he released the branch, his body dropped against the fence, hanging upside down. A red waterfall fell from his head, soaking the brown dusty earth with a river of red. I could hear the drone approaching, I dipped deeper into the ditch, which looked as though it may once have irrigated the fields, which were now as dry as a desert.""* (**vivid repetition of color- RED- as trauma representation**)

5, *"D'borg flashed back to being human. Pain, an intense pain in her head. She was pinned to the ground, faced down, unable to move. She could see a large red metal storage container with Graffiti covering the red paint."* (**Alliteration with the power of three then red- Pain, Pinned Red Paint. Here the reader is expecting the third P, but the patten is broken with RED, then the pattern is finished. Red is the vivid take away, as in blood red. Thus, without even showing or stating Blood, the Plaintiff has painted vivid imagery of it.**)

6, *"She lay face down crying. Blood dripped from her back. D'borg walked over to the girl. The girl turned over and stared into D'borg's eyes, blinking as it began to rain. Electric pulsed through D'borg, dropping her to her knees. She glitched back to another time. In her flashback a blonde girl lay before her, mutilated. The fear in her eyes floored D'borg. She lay beside the black-haired girl, gurgling on the rain, believing it to be blood. D'borg screamed. The black-haired girl, reached out, grasping D'borg's fingers. D'borg met the embrace, holding the girl's hand. They lay on their backs, peering up at the stars. D'borg's torso flung up. She stood up, gazed down at the girl, then walked away.* (**Shared trauma and deep dissociation**)

67

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

7, *"Her limbs felt as if they were on fire. Her droopy right eye shot open wide. Flashes of burning bodies falling from the sky burnt into her mind, she flickered back to under the ring road. Bodies smashed against the floor all around her bed. She struggled to breathe; her right lung ached as if an elephant was standing on her chest. She passed out."* (**Visual Flickering and loss of physiological control or regulation**)

8, "The woman had blood between her legs. Neva flashed back- giving birth to Sabella in the cave just a week before. Sabella was stillborn; dead before she even met her mother." (**Delusional recall**)

9, "A thump at the door tore away the world. A flash of blood, a pulse of doom, a reek of death. Back on the wall where many died- The explosion, The Rupture. Chris lay on his back amongst the debris of the blast. Warmth trickled from his ringing ears. Unable to move, he peered at the massive hole in The Wall." (**VAC hallucinations- visual, auditory, and kinesthetic**)

10, *"He flashed again. He's in a dirty cage laying on his back, with no legs and stumps for fingers on his left hand.*

*'Daddy,' called a sweet voice, breaking him from his incarcerated hell."* (**Drag backs/ reality splits**)

68

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

11, *"Slush ran through Chris's shuddering body. He edged towards the verandah. Flashes of Dillon James's bloody mangled corpse on the rocks below, pulsed through Chris's mind. He closed his eyes, placing his hands on the railings. He prayed to Gaia. He opened his eyes, gawking down at the rocks on the riverbank. Nobody, no blood. A faint rustle came from the trees, as Dillon James fled through the dense forest along the river wye."* (**False Vicarious trauma**)

12, *"I mean, is it right for us to be chemically controlled, chemically sedated to sleep. Chemically fed, chemically pacified, chemically repaired. Will those Chemicals repair my mind when all this is over, if my mind is not splattered across the ground, like the brains I spilt today?"* (**Chemically masking**)

13, "Could we just talk, just for a little while, I'm struggling to take it all in. I don't want to go to sleep just yet. Please mam, just a little while.'" (**Sleep avoidance**)

14, *"Warwick climbed into the commercially sized chest freezer and chained the lid open to a hook on the back wall. He took off his boots and sat on top of his sleeping bag inside the freezer."* (Confided Sleep isolation).

15, *"Rook's head rested on hands of purple-inked fingertips as hypnagogic visions stole the teenager's attention."* (**Nightmares, reliving of trauma in sleep.**)

69

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

16, *"A boiling rage tossed him from this time, to another nightmare. Now his mind drifted down the corridor of a morgue, outside of himself, looking down. The coroner is talking mutely."* (**Out of Body Experiences**)

17, *"A burning rage devoured my organs, steaming through my bloodstream, trying to burst out of my skin. My whole body throbbed with each burning pulsation."* (**Rage**)

18, "Roy approached the bed and spoke softly 'I once had a playmate, a little boy named Peter, I miss-" (**Discussion avoidance**)

19, *"Warwick leapt to his feet and kicked Roy across the apartment. Roy hit the far wall, fizzed a little then stood to his feet."*(**Violence towards loved ones**)

20, *"She lowered her head, her body responded with human emotion, it felt painful… she longed for more. Her integrated homeostasis detector flooded this emotion away with a release of chemicals to block the receptors in her brain."* (**Self Harming**).

21, *"D'borg frowned. As the man spoke, an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore. She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; it's mystery, it's misery.""* (**Suicidal idealizations**)

70

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

22. "'*Are you here alone, are you looking for a man,' said the man moving close to D'borg's face.*

*'Yes, yes in fact I am,' said D'borg grabbing the man by the throat and slamming him against the wooden floor.*

*'Kinky, I like Kinky, said the man as D'borg mounted him.*

*As the elevator reached the roof of Pennsylvania station, D'borg stood up wiping the man's spunk from between her leg's.*

*She walked off feeling frustrated with the man's performance. He lay dead on the floor of the elevator.*" (**Sexual promiscuity to feel worth**)

23, "He stroked her head whilst pressing a red wine bottle to his lips. He winced. He preferred whiskey but had none. He had however, four crates of red wine which he had accepted as payment for a protection job. Warwick finished the bottle and tossed It in his bottle bin, which use to be a laundry shaft. He tossed all his bottles down this shaft hoping one day to fill it, which he believed might be impossible, given the immense height of the building." (**Alcohol abuse**).

24, "*She was also present at your last pit fight in the Needle District.*" (**Fighting**)

25. "*Rook pulled off her wig cap releasing a torrent of glossy black. The long black hair sprung down to the rags bound around her chest. Rook sighed as she slowly unwrapped her torso.*" (**Body dysmorphia**).

71

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit J – Trauma Flashbacks**

The extensive and specific use of trauma flashbacks in Arcane bears an undeniable resemblance to the deeply personal and complex trauma writing techniques found in Bloodborg. While flashbacks are a common storytelling device, Arcane's depiction of trauma extends beyond standard narrative techniques, instead mirroring the hyper-realistic, fragmented, and psychologically immersive experiences present in Bloodborg. This level of depth is not merely an artistic choice but suggests an intimate understanding of trauma responses, one that the Plaintiff alleges originates from their own lived experiences, as fictionalized in Bloodborg.

Moreover, Arcane's success has been largely attributed to its raw and authentic portrayal of PTSD, psychosis, and dissociation. However, this transformation from Riot Games' historically simplistic storytelling to an emotionally sophisticated trauma narrative did not emerge in isolation. The Plaintiff argues that Arcane's shift from shallow, trope-driven backstories to a deeply introspective, trauma-centered plot aligns suspiciously with Bloodborg's nuanced representation of psychological distress.

72

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**This raises critical questions:**

1, How did Riot Games suddenly develop an intricate understanding of trauma and trauma writing in late 2020 after failing many times, and without prior narrative precedent?

2, Why do Arcane's visual and psychological depictions of PTSD, hallucinations, and reality fragmentation align so closely with Bloodborg's distinct and specific trauma-writing techniques?

3, Why was Arcane greenlit only after developing this new, more profound narrative depth, one which the Plaintiff alleges was taken from their manuscript?

It is not merely the presence of trauma in Arcane that is in question, but rather the highly detailed, structured, and visually embedded manner in which it is portrayed. The Plaintiff has provided a long list of unique and advanced trauma-writing techniques in Bloodborg, such as delusional recall, VAC hallucinations, chemically masking, drag backs/reality splits, and suicidal ideations, which appear eerily replicated in Arcane. This is not a case of general inspiration but of highly specific, detailed, and personal trauma experiences being lifted and recontextualized.

At this stage, to dismiss these parallels as mere coincidence would be intellectually dishonest. The weight of cumulative similarities between Arcane and Bloodborg, across thousands of elements, strongly suggests that Arcane did not independently develop its trauma narrative but rather appropriated the Plaintiff's deeply personal storytelling and lived experiences.

73

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Given Riot Games' documented history of rewriting lore and appropriating external narratives, the burden falls on them to demonstrate how they arrived at their portrayal of trauma in Arcane independently of Bloodborg after receiving Bloodborg and admissions to reading manuscripts, from the "executive producer" and the two "Showrunners."

The Plaintiff argues that this is not an artistic evolution but an unauthorized extraction of highly specific personal and literary trauma elements, constituting intellectual property misappropriation.

If Bloodborg's trauma writing techniques are shown, in court, to be unique to the Plaintiff's experiences and creative process, then Arcane has crossed a legal and ethical boundary, one that will need to be scrutinized in criminal courts.

74

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT K- TRAUMA RAGE**

After experiencing a flashback of Vi, and confusing the pink haired Firelight for Vi, Jinx releases the girl, then shoots her in the back (Murder). She then releases a cannon to hip, unhinged, spit drooling uncontrollable rampage, shooting highly flammable barrels, shotting the walls of the airship, almost shoots the "innocent" haulage controller, and shotting her own allies, then shows a lack of remorse for her actions. How many of the list of trauma responses and side effects has she already demonstrated?









75

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit K – Trauma Rage**

Jinx's trauma-induced rage episode in Arcane is not merely an action sequence, it is a detailed, multi-layered psychological breakdown that mirrors specific trauma responses outlined in Bloodborg. This scene does not depict a generic "angry outburst" but instead follows a clinically recognizable pattern of PTSD-induced psychosis, including:

    i.    Confusion of reality and past trauma (delusional recall)

    ii.    Uncontrolled aggression toward both enemies and allies (dissociative rage)

    iii.    Lack of impulse control and hyper-reactivity

    iv.    Self-destructive and chaotic behavior without concern for consequences

    v.    Complete emotional detachment and lack of remorse

When comparing Jinx's episode to the specific trauma-writing techniques in Bloodborg, including rage-driven dissociation, delusional recall, VAC hallucinations, out-of-body experiences, violent impulsivity, and suicidal ideation, the parallels become impossible to ignore. This is not just a general trope of an "unhinged character"; it is a highly specific, step-by-step recreation of trauma manifestations that the Plaintiff alleges are drawn from their own lived experience and creative work.

76

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Moreover, Arcane's sudden shift to this deeply psychological and medically accurate portrayal of PTSD and trauma-fueled psychosis is completely absent from Riot Games' prior storytelling. This was not written by the two Showrunners who obsessively call everything fight porn. This is standalone weak but further supports the firm pattern of lifting and masking, and supports the claim that Bloodborg, which intricately weaves trauma into its narrative, served as the uncredited blueprint for Arcane's portrayal of psychological breakdowns.

This scene alone demonstrates that Jinx's characterization is built upon a foundation of trauma writing that aligns with Bloodborg's pre-existing work. Given the pattern of appropriation across multiple exhibits, it is no longer reasonable to dismiss these parallels as mere coincidence. Instead, this systematic lifting of highly personal and intricately detailed trauma narratives suggests a deeper case of intellectual misappropriation.

77

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT L- SCOPE VIEW**

**In Bloodborg,** magnified and scoped vision is repeatedly used to represent the tunneled vision or hyper focus of trauma reliving and used to show the magnified effects of war and conflict.

**In Arcane,** as a result of Jinx's trauma rage, we see a purple / pink magnified and scoped vision of the dead Vi look-alike who Jinx shot in the back. This is a view through the barrel of the cannon, as apposed to a scope. It doesn't make much sense to the integrity of the show, as nobody looks through the barrel of a revolving cannon. It seems contrived from the trope of a scope.



78

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Magnified and scoped vision examples from Bloodborg:**

1, *"I had my scope set to x12 magnification. The sight picture appears all too real and gory at that range setting. I was thinking about that first shot and the head it had just left a hole through when I fired my second. Again, a headshot, this one I stopped for. I looked down the magnified scope, I zoomed closer to the x16 setting, through the skull of the unfortunate soul I had just taken (Yes… I believe they have souls). I stopped to think about the tunnel I had just created in the enemy fighter's head, much like the tunnels I crawled through in training, I supposed, as I stood staring."*

2, *"He placed the scope to Rook's eye. Through the magnified scope she could see the body clearly."*

3, *"Warwick's face. Warwick's vision swirled, the lens of the drone camera zoomed in and out, twisting like a grayscale kaleidoscope."*

4, *"The pink target caging gage will help you to lock-on to his cranium, although it's very jumpy, I haven't perfected that function yet."*

5, *"The pink cage gage locked onto him. The green light flicked on, downloading his mind."*

**In Bloodborg,** The pink magnified scope is from a device / Weapon called a computgun, and sometimes a Neurosnatcher.

79

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit L - Scope View**

The recurring use of magnified and scoped vision in both Bloodborg and Arcane serves as a critical narrative and thematic tool. In Bloodborg, it represents hyper-focus, trauma, and the intensified perception of war, particularly through the perspective of combatants. The scoped view is deeply tied to psychological tension, serving as a lens into the protagonist's state of mind.

In Arcane, Jinx's purple/pink magnified view of the Vi look-alike she shot in the back appears to function in a similar way, highlighting her trauma-fueled rage and dissociation from reality. However, unlike Bloodborg, where scope use is justified through combat optics and augmented vision, Arcane's application of this technique through a cannon barrel view lacks logical coherence, suggesting it may have been derived as an aesthetic or symbolic element rather than a functional one.

The Plaintiff alleges that the scope vision trope and pink/purple targeting overlay, particularly the computgun and Neurosnatcher's magnification effects in Bloodborg, have been appropriated and repurposed in Arcane's visual storytelling. The similarities in color, perspective, and emotional weight reinforce the claim that this technique was not just independently developed but was borrowed and woven into Arcane's narrative framework.

If proven, this could further support claims of unauthorized use of original artistic elements, narrative themes, and stylistic conventions, particularly those tied to the psychological depth of the characters. The potential misuse of such core thematic elements would not only be an infringement of creative expression but could also demonstrate how integral parts of Bloodborg were embedded into Arcane's most emotionally charged scenes.

80

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT M- More M W Iconography**

Next, we see an image of Jayce and Viktor in a laboratory. There is a clear M. W built into the environmental design of the room. This again shows the same Pattern of M.W, matching the Plaintiff's writing alias, appearing throughout the show. Under a steganography decoder and under a multitude of light exposures it is shown that this isn't an accident, it has been purposely built into the show.

The Plaintiff alleges that this is deliberate Gaslighting, to build plausible deniability if caught stealing IP. This isn't just IP infringement, it's conspiracy to hide theft and disability discrimination, given the Plaintiff's past suffering, of which the Defendant was made aware of with query letters. The Plaintiff understands that this is made to distract from the central claims but wishes it to be addressed in these proceedings because it's wicked and deliberately targeting of a vulnerable adult.





81

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit M - More M.W Iconography**

The repeated appearance of the M.W. iconography throughout Arcane, particularly in moments of trauma depiction, but also commonly in environmental design elements such as Jayce and Viktor's laboratory, suggests a deliberate embedding of these initials into the show's visuals. The Plaintiff alleges that these are not mere coincidences, but rather a form of gaslighting designed to subtly reference his work while maintaining plausible deniability if confronted about the similarities.

Furthermore, given the Plaintiff's documented disclosures about his personal history in query letters, this alleged intentional placement of M.W. throughout the series may constitute not just IP infringement but also a pattern of psychological harassment and discrimination. The Plaintiff asserts that Riot Games and its associates were aware of his vulnerabilities and weaponized this knowledge by inserting mocking references into the final product.



82

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**From a legal perspective, if proven, this could constitute:**

i. Willful Copyright Infringement – If the embedded M.W. iconography serves as an intentional acknowledgment of the Plaintiff's work, it could demonstrate knowledgeable and deliberate infringement, which carries heavier penalties under 17 U.S.C. § 504(c)(2).

ii. Intentional Infliction of Emotional Distress (IIED) – If it can be shown that these references were deliberately inserted to provoke or emotionally distress the Plaintiff, it may support an IIED claim under tort law.

iii. Disability Discrimination and Harassment – If Riot used the Plaintiff's past mental health struggles (disclosed in his query letters) to create targeted mocking elements in Arcane, this could constitute a violation of the Americans with Disabilities Act (ADA) or international human rights protections against disability-based harassment.

iv. Fraudulent Concealment and Bad Faith Conduct – The alleged hidden theft and gaslighting could support claims of fraudulent intent in the misappropriation of creative works, as well as bad-faith conduct in legal proceedings.

The patterned presence of M.W. throughout Arcane, alongside alleged inconsistencies in Riot's explanations, suggests that the Defendant must provide an explanation for these repeated references. The Plaintiff asserts that these references go beyond mere coincidence and serve as evidence of intentional and targeted abuse.

83

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT N - PORO VS JACK PODS.**

The White dog thing in Arcane is Heimerdinger's pet, which resembles a small, white, fluffy creature. This pet is a Poro, a creature from the League of Legends universe, which is native to the Freljord. Heimerdinger's pet has a milky-white left eye. This might mean it's old and is blind in its left eye, but it could be relevant to these cases.

Poros have been depicted in the LOL universe jumping at others with swords and being shot out of a cannon. But as to the knowledge of the Plaintiff, they do not hover or float in the sky. A few scenes later we see the second image of a Poro either floating or bouncing.





84

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

It seems irrelevant, and this white round ball of fluff just seems like a pointless back image of "The Lanes" in Zaun. But let's match it to Jack Pods from Bloodborg:

1, *"A white floating Jack pod broke off its electrical connections to the people and batteries it was charging. The ball Jack pod whizzed over and blast white light into Rook's eyes. The burning white outlasted for a painful second."*

2, *"Sweat greased Rook's spine as she entered the illuminated platforms of Midcity. Citypop music rang out of floating speakers. Rook pulled her hood cords tighter as a Jack pod flew past, scanning the retinas of the hordes, heading to the restricted gangways.*

*As a Jack pod read the retina of a large-breasted man, A mood state billboard switched to advertise Photosynthesis sustenance capsules. He pulled out his Chrome card and switched on the holograph projection to take a closer look.*

*The Jack pod whizzed along the gangway projecting mood state advertisements for every individual. Most of them stopped walking to check the offers on their chrome cards: Memorywave recall coils, time with an influencer, social links to Mainland, baby trading clinics, suicide clinics, body modifying clinics, sex toys and fuck rabbits, were all among the sale projections.*

*With the people drooling over their projections, Rook meandered through the crowd. Two jack pods noticed that she was not engaged in purchasing. They both flew to her, spinning around her head trying to lock onto her retinae as she shook her head and blinked profusely.*

85

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Rook placed her hand over her eyes with a tiny gap between her fingers. The Jack pod flew in closer to scan through the gap. She rammed her fingers into the underbelly of the pods, ripping out wires. As the pods fell to the deck, everyone's projections fuzzed out.*

*'Hey, it was the hooded boy, he killed my order, I wanted that puppy dog costume for the pickle party tomorrow,' said a woman dressed as a pigeon."*

**Conclusion for Exhibit N - Poro vs Jack Pods**

The similarities between the Poro in Arcane and the Jack Pods in Bloodborg extend beyond their visual characteristics and into functional elements. While the Poro is an established creature in the League of Legends universe, its adaptation in Arcane, particularly with its floating or bouncing movement, introduces a significant departure from its established depiction. The Plaintiff alleges that this change in function and design aligns more closely with the Jack Pods from Bloodborg than with previously known Poro behaviors in the League of Legends universe.

Let's be frank, the Poro in the background serves no purpose, it isn't an easter egg nod to Poros in the LOL universe, as why have a nod and non-hidden easter egg in like two scenes after you just explicitly featured Heimerdinger's pet Poro. The plaintiff alleges that we are uncovering a clear pattern of painting or making scenes from Bloodborg, then painting or adding in details to mask the infringement.

86

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*The notable similarities include:*

Visual Parallels: Both the Poro in Arcane and the Jack Pods in Bloodborg are small, round, and white.

Motion Mechanics: Unlike Poros in previous League of Legends media, which walk or jump, the Poro in Arcane appears to hover or float, a trait closely resembling the Jack Pods.

Technological/Functional Overlap: The Jack Pods in Bloodborg serve as scanning, advertisement, and surveillance tools, whereas the Poro in Arcane is given unexplained hovering/bouncing movement, possibly serving an observation role akin to the Jack Pods.

Symbolic and Narrative Parallels: The blind left eye of the Poro could indicate enhanced vision or a different sensory function, similar to how Jack Pods interact with characters in Bloodborg through light-based scanning and retina recognition.

This isn't a major infringement point, but it has been added to show the strong trend of thousands of elements of Bloodborg, seemingly showing up in Arcane, repurposed with just enough masking to pass it off as coincidence. One near miss is lucky, two is risky, three is targeted, hundreds of near misses paint a clear outline of the target. But thousands, well now we are just being silly. It's intellectually silly to pretend that Arcane was made independently of Bloodborg. The Plaintiff argues that this transformation of the Poro's nature and behavior into something more akin to Jack Pods is not coincidental but a deliberate attempt to appropriate elements from Bloodborg while maintaining plausible deniability. If proven, this could support the claim that Arcane contains willful and systematic misappropriation of protected creative content from the Plaintiff's work.

87

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT O- HEXTECH GEMSTONE.**

Next, we see Jayce introducing a Hextech Gemstone to Heimerdinger. Hextech itself existed in League of Legends long before Arcane, but the Hextech Gemstones as a stabilized major power source were expanded and developed specifically for the show. It has never been shown in this form before and likewise, its functions, lore and usage are different from the LOL lore which has been retconned.

The Plaintiff has alleged and discussed in filed documents, that the creators of Arcane, show the opportunity to Swipe the Bluebeam concept from Bloodborg, to expand Hextech, making it a proper, well-rounded technology and not use a source of weapons power from their fight games. This cannot also be a remarkable coincidence. One of thousands, may I add.



88

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Hextech Gemstones in League of Legends (Pre-Arcane)**

    i.    Hextech crystals were introduced in League of Legends as a rare currency in the Hextech Crafting system, allowing players to unlock exclusive skins, chests, and loot.

    ii.    They were never deeply explored in lore beyond being valuable and tied to Hextech-powered inventions such as weapons.

    iii.    In the game's universe, Hextech itself was known to be a fusion of magic and technology, powered by rare crystals from Brackern, an ancient species (like Skarner).

**Hextech Gemstones in Arcane**

    i.    Arcane took the concept of Hextech Gemstones and gave them a major role in the story: Jayce & Viktor's Discovery: The show reimagined Hextech Gemstones as incredibly powerful, magical energy sources, rather than just rare crafting materials.

    ii.    Scientific Advancement: These gemstones were used to power new technology, from mechanical prosthetics (Viktor's research) to powerful teleportation, which brings it align with Bloodborg.

    iii.    Conflict Catalyst: The gemstones became a symbol of power, with Piltover using them for innovation while Zaun struggled to control or resist their influence.

89

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT P- M SCRACHED INTO BULLET BRASS**

Again, we see the M.W. iconography. This time it's just the M scratched into Jinx's bullet brass.







90

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT Q- THE LANE'S DESIGN ELEMENTS- WORLD BUILDING AND EVENTS IN ARCANE WHICH MATCH THAT OF BLOODBORG.**

Several of the exhibits in this document have been added to show a clear pattern. After so many elements of Bloodborg reappear in the designs of Arcane, it becomes impossible to pretend that Bloodborg was not used to build Arcane and the world in the show. Some exhibits standing alone seem like a long shot, like exhibit N - Poro vs Jack Pods. Yet when viewed and considered with the wider infringements we see an incomplete jigsaw puzzle, cut up and rearranged in a different order to mask its origins.

The Next scene of Episode 4 of Arcane shows the Lanes with Silco as the kingpin. We see Sevika walking through the Lanes to the Last Drop. This exhibit will walk through this scene showing intricate details, painted into this sense and it matched in Bloodborg.

**In Bloodborg,** *"The elevated street platforms of Tetris were neon-bright and wild with activity. Glass walkways with rivers of coy carp swimming under them ran down both sides of the main gangways. Trance music fussed the air. The scent of sugar, dough and coffee lingered, invitingly. People danced the streets placing tabs of paper on each other's tongues. Others sat talking on benches. Doorman ushered people into their clubs. Prostitutes of every creed and gender, every shade and size, touted for business. The solarscape protection force patrolled the sidewalks; as high as any of the club goers."*

91

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Let's break it down in the order as we see these elements and others in this scene in Arcane.

**Q1- Root Drink**

This glowing green graffiti appears in the Lanes (Zaun) in Arcane and seems to depict a root-based drink in a bottle, along with a wine glass and some plants. I'm sure there could be a green drink, drunk from glasses in LOL. Or this could be a nod to the psychoactive root plant derivative of Shimmer.

**In Bloodborg,** the blood drugs are also made with a psychoactive root plant.

*"To gain access, one must meditate for hours after taking the correct preparation drink, made from the roots of an old tree, thought to be extinct now, thus the concoction is in short supply and extremely expensive. This concoction is called Rescogita."*

92

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 545**

**Q2- Neon-bright Elevated Streets**

**In Bloodborg,** *"The elevated street platforms of Tetris were neon-bright and wild with activity."*

**Before Arcane this interpretation did not exist**



**Q3- Fake Plam Trees**



**Bloodborg,** *"Fake palm trees drooped on the gangway corners"*

93

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q4- Protection Force**



**In Bloodborg,**

1, *" The solarscape protection force patrolled the sidewalks; as high as any of the club goers."*

2, **"**Warwick recognised the dark grey vests, black jeans, long black leather jackets, fingerless grey gloves and spiked alligator boots.

94
DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**Q5- Back Tattoos**

**In Bloodborg,** "*A bamboo forest tattoo covered the entire back of Warwick's body, from the soles of his feet to the base of his neck. Wu stood behind him holding a chisel made from Bamboo, a small stone mallet and a jam jar of octopus's ink. A white cream trickled down through the black ink, suggesting it had been mixed with a stabiliser.*"



95

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 548**

**Q6- Coy (koi) Carp and Jack Pod.**



**Bloodborg,** 1, "… turning left onto a glass walkway with rivers of fake coy carp swimming under them. Distracted by the fish, Rook tripped on a fake palm tree drooping onto the gangway corner.

2, *"The elevated street platforms of Tetris were neon-bright and wild with activity. Glass walkways with rivers of coy carp swimming under them ran down both sides of the main gangways. Trance music fussed the air."*

**Q7- Gas / Air Canisters**



**Bloodborg,** *"Warwick climbed onto a large floating gas canister and looked out over the mess."*

96

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q8- Prostitutes**

**In Bloodborg,** *"Prostitutes of every creed and gender, every shade and size, touted for business."*



**Q9- Banners of Hulking Bodybuilders**

**Bloodborg,** *"Tanning shops hung banners of hulking blonde bodybuilders wearing sunglasses whilst drinking pina colada on beaches."*



97

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q10- Doorman**

**In Bloodborg,** "Doorman ushered people into their clubs."





98

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q11- Sniffing Toxic Vapers.**

**In Bloodborg,** *"The fifth man placed his nose and mouth into a plastic bag, cupping it tightly and inhaling deeply. The man coughed and spat as he wobbled."*



**Q12- Massive Speakers**

**Bloodborg,** *"A song about going loco blasted from the massive speakers."*



99

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q13- Drugs on Tongues**

**Bloodborg**, *"People danced the streets placing tabs of paper on each other's tongues."*





100

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**What This Represents**

Exhibit Q covered around 30 seconds of Sevika walking through the Lanes to the Last Drop nightclub. In those 30 seconds, the Plaintiff uncovered 13, or 14 if you include the Jack Pod, specific elements of Bloodborg which appear to have been cut up and painted into the show, almost exactly as they appear in the Midcity District in Bloodborg. That's a ratio of an element of Bloodborg's environmental worldbuilding appearing once every 2 seconds.

Now these are just snippet of things seen in Arcane Episode 4 which are minor details and alone do not amount to infringement but together, they show a patchwork of "Swipe and Gripe" of elements of Bloodborg used for the plot, background, worldbuilding and technologies and side characters, in the vast majority of scenes in Season 1 of Arcane, thus far. This shows a clear and continuous pattern of infringement and misappropriation winding all the way through Arcane. Embedded in all aspects of the show, even in minor details.

101

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 554**

**Legal Conclusion for Exhibit Q - Environmental Worldbuilding Parallels**

The overwhelming number of environmental and world-building similarities between Bloodborg and Arcane, no matter how small or common, suggests a pattern of misappropriation, rather than independent creation. While individually, each element, such as neon-lit elevated streets, glass walkways with koi fish (Coy surveillance Carp), drug use, and cyberpunk-inspired security forces, could be argued as generic tropes in science fiction and dystopian storytelling, their cumulative presence in Arcane, presented in nearly the same sequence of walking through the platforms and context as in Bloodborg, raises serious concerns of copyright infringement and intellectual property theft.

Courts assess copyright infringement by comparing the selection, arrangement, and overall feel of creative elements. The Plaintiff alleges that Bloodborg's specific arrangement of environmental details, world-building aspects, and scene composition are not merely present in Arcane but appear throughout the show with similar functions.

A reasonable juror could determine that the number and specificity of the similarities exceed the threshold of "substantial similarity." The Plaintiff contends that the Defendants had access to Bloodborg through past query submissions and industry connections. Arcane does not merely contain broad cyberpunk influences but appears to have built upon the Plaintiff's specific descriptions, restructuring Bloodborg's distinctive elements while keeping their essence intact. The transformation of Bloodborg's narrative and aesthetic into Arcane's setting constitutes an unauthorized derivative work.

102

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Pattern of Misappropriation**

The Plaintiff identifies a repeated pattern where unique elements from Bloodborg appear across multiple Arcane scenes. These elements include:

    i.    The portrayal of glowing root drugs and Blood-based drugs

    ii.    Toxic gas inhalation as a narcotic

    iii.    Glass walkways with illuminated koi fish underneath

    iv.    A dominant underground kingpin controlling the city's vices

    v.    The Plaintiff argues that this pattern is too extensive and specific to be coincidental.

While copyright law protects specific expressions rather than general ideas, the Plaintiff alleges that the Defendants have effectively replicated the look and feel of Bloodborg, making Arcane's visual aesthetic indistinguishable in key aspects. If proven, this could amount to unfair competition and the misappropriation of trade dress.

Bad Faith & Deliberate Misappropriation

The Plaintiff asserts that Riot Games and Arcane's creators were aware of Bloodborg before the development of Arcane and deliberately incorporated its elements while restructuring them enough to obscure direct copying. If evidence supports this claim, the infringement could rise to the level of willful copyright infringement, which carries enhanced statutory damages under 17 U.S.C. § 504(c)(2).

103

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

Individually, the elements presented in Exhibit Q may seem like common cyberpunk/dystopian details. However, when analyzed together, their sequence, function, and thematic use mirror Bloodborg so closely that a strong argument exists for copyright infringement and misappropriation. This exhibit further establishes a pattern of extensive copying, reinforcing the Plaintiff's claims of widespread intellectual property theft.

The Plaintiff seeks to introduce this exhibit as evidence of a deliberate effort to reconstruct Bloodborg's environmental storytelling within Arcane while avoiding direct attribution. This reinforces the argument that Arcane is not an original work, but rather an unauthorized derivative built upon Bloodborg's framework.

104

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT R – SILCO AND JINX'S RELATIONSHIP (DADDY ISSUES)**

Silco and Jinx's Relationship was first implemented as a sexual relationship between an older man and much younger woman. This was changed because Riot were reportedly worried about Grooming of one of their IP characters.

The original vision of their relationship mirrors the relationship which blooms between Warwick (Mid 40s) and a much younger Jade, in Bloodborg. Jade has "Daddy Issues related to personal trauma. Her relationship with Warwick serves as her copy mechanism, as a trauma response.



**In Bloodborg,**

1, "*'Kat, shush, it's not like that, he's old enough to be my dad.'*

*'He can be my daddy any day,' said Katsuko smiling at Warwick.*"

2, "Morgan saved me as a young child, I was only six years old. He has been a father to me since. A gang of mercenaries came for my blood, they killed my mother and father, they were taking me away when Morgan and his gang showed up. Morgan killed the Mercenaries. I trust Morgan more than any person alive.'"

105

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Conclusion for Exhibit R – Silco and Jinx's Relationship (Daddy Issues)**

The Plaintiff asserts that the initial dynamic between Silco and Jinx in Arcane—which was reportedly first conceptualized as a sexual relationship between an older man and a much younger woman before being reworked, closely mirrors the relationship between Warwick (Mid-40s) and Jade in Bloodborg. The Plaintiff further argues that Jinx's "daddy issues" and reliance on Silco as a coping mechanism for past trauma are reflective of Jade's psychological dependence on Warwick in Bloodborg, suggesting that this central character dynamic was lifted and slightly altered to disguise its origin.

**Key Legal Points:**

*1. Copyright Infringement – Substantial Similarity (17 U.S.C. § 501)*

The substantial similarity test considers whether two works share specific creative elements beyond generic tropes. While the theme of a mentor-mentee or father-daughter-like dynamic is common in storytelling, Bloodborg allegedly presents a unique execution of this relationship, which Arcane replicated in Silco and Jinx's dynamic.

The Plaintiff argues that Arcane's reworking of the Silco-Jinx relationship from a romanticized or groomer-like connection into a father-daughter bond was done strategically to mask its origins from Bloodborg.

106

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

If evidence shows that Bloodborg's unique take on a trauma-driven mentor-mentee dynamic was copied, even if modified, it could constitute an unauthorized derivative work.

*2. Character Copying – Filtration Test for Protectable Elements*

Character traits themselves are not automatically protected under copyright law unless they are sufficiently distinct and expressive rather than broad archetypes.

The Plaintiff alleges that Jinx's psychological dependence on Silco, rooted in unresolved trauma, abandonment issues, and "daddy issues", is a near-exact replication of Jade's emotional reliance on Warwick in Bloodborg.

A character's specific psychological depth, motivations, and unique dynamics can be protectable under copyright law if they are copied wholesale rather than merely drawing inspiration from common tropes.

*3. Intentional Masking & Willful Infringement (17 U.S.C. § 504(c)(2))*

The Plaintiff suggests that the deliberate revision of Silco and Jinx's original relationship into a non-sexual "father-daughter" dynamic was done in bad faith, to conceal its true inspiration, Jade and Warwick from Bloodborg.

If Riot was indeed concerned about public backlash over grooming implications and revised the characters accordingly, but the core Bloodborg dynamic remained, this could serve as evidence of intentional masking, further supporting the argument for willful infringement, which carries higher statutory damages under U.S. copyright law.

107

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 560**

*4. Unfair Competition & Misappropriation (Lanham Act – 15 U.S.C. § 1125(a))*

By incorporating a near-identical trauma-based relationship dynamic from Bloodborg, Riot Games may have unfairly profited off an unauthorized derivative of the Plaintiff's work. If the Plaintiff can demonstrate that Bloodborg's mentor-trauma relationship was a unique and protectable element, then Riot's use of a nearly identical dynamic, despite slight alterations, could be an instance of misappropriation and unfair competition.

**Conclusion:**

The Plaintiff alleges that Arcane's relationship between Jinx and Silco mirrors the emotionally complex, trauma-based mentor-mentee relationship of Warwick and Jade in Bloodborg. The reworking of Silco and Jinx's relationship from a questionable romantic dynamic into a father-daughter connection may be indicative of a deliberate attempt to mask its true inspiration.

Given the number of alleged similarities in characterization, themes, and emotional dynamics, the Plaintiff presents a strong argument that Arcane did not independently create this relationship, but rather adapted and modified a pre-existing trauma based dynamic from Bloodborg while strategically concealing its origins. If proven, this would further support claims of willful copyright infringement and misappropriation of trade dress.

108

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT S- SILCO'S PAINFUL EYE INJECTIONS.**

**S1- Silco's Eye vs. The Eye of Sauron**

Fans have speculated that Silco's eye in Arcane was inspired by the Eye of Sauron (Mordor) from The Lord of the Rings. This theory comes from the striking visual similarities between the two.

*Silco's Eye vs. The Eye of Sauron*

Fiery Appearance - Silco's eye is permanently bloodshot, glowing red-orange with a fiery iris, much like the Eye of Sauron, which is depicted as a burning, watchful eye.

Symbolism of Corruption & Power – Both eyes symbolize a fall from grace:

Sauron's Eye represents absolute power, control, and omnipresence over Mordor.

Silco's Eye represents his transformation after being injured in the toxic waters of Zaun, symbolizing his unwavering vision for an independent nation.

Unblinking Presence - Just as the Eye of Sauron is always watching Middle-earth, Silco's eye is always open, giving him a menacing, ever-observing presence in Zaun.

Aesthetic & Cinematic Influence - Arcane's animation is heavily influenced by dramatic, high-fantasy and steampunk visuals, making the comparison to Sauron's Eye a possible artistic homage.

Was It Intentional?

Riot Games and Arcane's creators haven't confirmed this theory, but it's a strong possibility given the similarities. The burning eye motif is a powerful symbol of unwavering vision, power, and obsession, making it a perfect fit for both Silco and Sauron.

109

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**What does it matter to these cases?**

This shows a propensity to borrow and swipe stuff, and to cut corners, rather than make original content. This Pattern can be shown with endless lore and IP swiping both in Arcane and in the wider LOL universe. Moreover, it will be shown that Fortiche Animators extensively used mood boards to make Arcane. Additionally, the "Showrunners" brag in an interview about not being able to make it work until the answer fell in their laps. They also speak about not reinventing the wheel, cutting corners, and upscaling what they can to save time and money.






110

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

## S2- EYE JABS AND NERVE FITS

Silco and his eye jabs have already been covered in a number of documents showing that, it is alleged that, Bill's eye wound is changed to Silco's eye wound. Bill has to drink bionic acid and must take injections in his neck, but Silco injects directly into his eye… alleged. Silco has nerve damage and takes the injection of a blood-based drug (Shimmer) to stop the toxins from building up in his eye, but also to stop nerve fits. Bill has nerve damage and has to take injections of a blood-based drug in his neck, to stop Bionic Rot and to prevent nerve fits. He also drinks Bionic acid to help the symbiosis of the bionic and human parts and to prevent new nerve and bionic eating bacteria.

**In Arcane,** we see Silco have a nerve fit as he is injected, symbolized with purple flashes. His jaw wobbles, his body judders, his jaw locks, he claws his hands and his muscles stiffen. Then his body unlocks, and he breathes a sigh of relief.

It is alleged that this highly specific element in both Bloodborg and Arcane, almost the same, is not a coincidence and cannot have happened without the plaintiff's manuscript being directly used to build Arcane.

111

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE








## 112

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg,**

1, *"We all looked at Bill to see that he was about to Jab himself again in the neck. He placed the Jab away in his arm pocket."*

2, *"His friend Bill Rewan knelt in the dry mud, his chunky hands gripping the raw flesh of his skull. His exposed jawbone rattling in a nerve fit. His eyeball was dangling from its socket. Lieutenant Dillon James was gone, no trace."*

3, *"I read that once bionic parts are fitted they merge with the host, the theory (highly contested) proposes that, over time the bionics, or to be precise, the synthetic bacteria (symbiacta) used to create symbiosis, stops working with the bionics and the body. The bacteria's appetite increases, it becomes greedy and starts to eat away at both the bionic parts and the body."*

113

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit S – Silco's Painful Eye Injections and Nerve Fits**

The similarities between Silco's eye injections, nerve fits, and the portrayal of his injury in Arcane when compared to Bill Rewan's condition in Bloodborg are too specific to be dismissed as mere coincidence.

*Thematic and Visual Parallels*

    i.    Both characters suffer from a debilitating eye wound, requiring regular injections of a blood-based substance to prevent further deterioration.

    ii.    Both experience nerve fits, muscle spasms, and involuntary bodily reactions that are relieved only through medical intervention.

    iii.    Both characters have a defining injury that plays a crucial role in their physical and psychological development, becoming central to their character arcs.

*Narrative Function of the Injury*

In Bloodborg, Bill Rewan's injury and injections serve as a core aspect of his struggle with addiction and Bionic Rot, a condition that necessitates regular doses of bionic acid and synthetic bacteria to prevent decay and nerve malfunctions.

In Arcane, Silco's injury and reliance on Shimmer function in much the same way, reinforcing his dependence on the substance while symbolizing his physical and ideological transformation.

114

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

SER 567

*Stylistic Choices and Potential Borrowing*

Riot Games has a documented history of incorporating elements from various influences, as seen in the potential borrowing of the Eye of Sauron for Silco's eye design.

Arcane's development team has openly discussed their use of mood boards, shortcuts, and upscaling borrowed ideas to streamline production, further supporting the argument that elements of Bloodborg have been lifted to construct Arcane.

*Cumulative Pattern of Infringement*

On its own, Silco's eye and injection rituals may seem like a small coincidence. However, when viewed alongside the broader claims of Bloodborg's influence on Arcane, it becomes another clear piece in a larger pattern of alleged misappropriation.

The repeated use of highly specific plot devices, such as blood-based drug injections, nerve fits, and bacterial decay, suggests intentional usage rather than independent creation.

**Legal Implications**

Given the near-identical function, visual storytelling, and symbolic importance of these injuries in both works, this supports claims of substantial similarity under U.S. Copyright Law (17 U.S.C. § 501). Furthermore, if the creators of Arcane had access to Bloodborg prior to or during the writing process, this strengthens a claim of direct copying rather than mere inspiration.This evidence should be considered alongside other instances of alleged misappropriation to demonstrate an ongoing pattern of substantial similarities between Bloodborg and Arcane, reinforcing the argument for copyright infringement and creative theft.

115

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 568**

**EXHIBIT T-JINX'S FAN SETTING - HIDEOUT/ DEN**

In this scene in Episode 4, we are shown the first images of Jinx's fan hideout/ den, a location which has become a major part of her story. This is a highly nuanced, stylized and unique setting for a character to hang out. A character hanging out, navigating and fighting on a giant under-fan is not something that regularly appears in Film, TV or animation.

It is alleged that this too, features in Bloodborg, and was cut out, then pinned to a storyboard room, mood board room and/ or writing room as a setting of interest and was cherry picked from the Bloodborg selections to be picked and mixed into Arcane.





116

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**What is this Fan in Arcane?**

In Episode 4 of Arcane, we are introduced to Jinx's distinctive hideout, a massive, abandoned industrial fan suspended over a deep chasm in Zaun. This unique setting serves as a reflection of Jinx's complex psyche and her turbulent past.

The hideout's precarious position, teetering over the abyss, symbolizes Jinx's own instability and the fine line she walks between genius and madness. The fan, once intended to ventilate the depths of Zaun, now stands as a relic of industrial ambition, mirroring Jinx's transformation from the innocent Powder into the unpredictable Jinx.

Inside, the space is adorned with vibrant graffiti, eccentric inventions, and remnants of her past, including effigies of her deceased friends/ brothers, Milo and Claggor. These elements not only highlight her creative ingenuity but also her inability to let go of past traumas, manifesting in conversations with these inanimate figures.

This setting is not just a backdrop but an extension of Jinx herself, encapsulating her chaotic energy and fragmented memories. The hideout's design, blending industrial decay with personal touches, offers viewers a profound insight into her character's inner turmoil and artistic flair.

It is likely that hanging out in this area, which is open to deep fissures, is exposing Jinx to poisonous gases leaking from the earth, perhaps radon gas, and this is adding to her instability and fractured, delusional mind.

117

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**What is this Fan in Bloodborg?**

*"…Rook glimpsed a massive downward-pointing fan under the bolstering of Tetris."*

This setting appears the same in Bloodborg. Yet in Bloodborg it is a hideout of Feral Fighters and not a central character, although Rook, who has many of the same elements of Jinx, does have a scene in this setting. In Bloodborg, this fan is the location of a fight. Other than this difference, the fan is functionally the same in both works.

**Bloodborg Example,**

*"Looking down into the smog, Rook glimpsed a massive downward-pointing fan under the bolstering of Tetris.*

*Macaulay's Chrome card intel indicated that jammer three was stashed in the under bolstering of the district. None of the Feral Fighters wore gas masks, suggesting that the jammer was unlikely to be under the fan which pushed the smog down.*

*Rook donned her respirator mark 7 digi-reader, slid down a wire into the smog, found a cross wire and shimmied across the long void. On the Tetris side, Rook found a service hatch and emerged silently, topside of the smog rotators. The under lanes of metal planks, service tubes, cables and columns, were pitch dark. Rook crouched low and stealthy, looking for the jammer. The Respirator mark 7 digi-reader flashed warning signs all around.*

*The first shot pinged off the pipe by rook's head, spraying steam into her lenses. Rook dropped to the metal plank, taking off the mask and wiping the steam away. Redonning it, Rook stood and ran, jumping, ducking, dipping and sliding through the metallic maze. Red and*

118

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 571**

*purple lasers bounced around the darkness, looking for the runner boy, as Rook hung from a wire above.*

*A Feral Fighter stopped below Rook. He twisted his body left and right searching with his purple laser finder. He leaned back pointing his laser up into the rafters and wires. The Laser met a pair of piercing blue eyes as Rook's downward-pointing elbow smashed into the forehead of the Feral, reshaping his skull. Rook picked up his weapon, switched the rifle to automatic, tied it to a hanging wire and secured the trigger back by jamming the Feral's torch butt into the trigger guard. Taking the weapon by the butt, Rook swung the wire out, tossing it in a wide-sweeping circle. Rook dropped to the metal, hiding under cover of the unconscious Feral Fighter. The rifle span round spitting laser light and bullets in all directions until the hundred round magazine was spent. Time to run!"*

**In Both Works-**

In both Bloodborg and Arcane this setting is a gigantic extractor fan built to push down toxic mutagens and gases from the fumes and chemical waste from both topside and undercities pollutions.

**In Arcane,** the fumes are from Chemtech, and mining fumes and perhaps fumes from the fissures. We also later see that Topside's waste is pumped down into the undercity, and it pollutes the rivers running down into Zaun.

**In Bloodborg,** this is toxic and perhaps radioactive chemical waste and gases from the mainland's use of nuclear fusion and other energies with harmful byproducts which the mainland pumps out into New Kowloon.

119

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,** Mother Gaia (Earth) is culling humans- plaguing the earth- by leaking Radon gas to poison humanity and fresh water supplies. Some side effects include sterilization and Radon Madness (RM). Mother Gaia is doing this to counteract the damage being caused by nuclear fusion byproducts and waste. Radon Madness is not explicitly named, but implicitly implied in Bloodborg, but it is shown, and it is further explored in Six Dead Orphans, a linked short story written by the plaintiff. All of the Plaintiff's works of fiction are linked. Radon Madness in these works cause neuropsychological dysfunction, including self- and emotion-regulation issues, dementia and hallucinations. Sound familiar? When mixed with the prementioned mutants, it can cause horrific mutations and body rot.

All of this is explored in Arcane, repacked and without such in depth insights.

**In both works,** we see the following elements: massive downward facing fans under the bolstering of the city, neon lights, graffiti, the pushing down of oppressive smog, exposure to toxic fumes leaking from the earth, hiding up in the wires, the fan used as a hideout and hanging items from wires, both in smog filled cities, both "underground" but also hanging far above ground

If this was just a massive, abandoned industrial fan appearing as a setting in both works it would still be suspect as this is a very specific setting. It should be noted, in these scenes, this is the setting, the environment in which things take place, and not just a fan in a story. If the Plaintiff placed a setting in a jungle, or a city, that would be a common setting. If the Plaintiff placed characters on a magic carpet flying over a city, that would be a more specific city

120

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

setting. If the Plaintiff framed the magic carpet as the setting, the events of that scene, say a fight for instance, would be zoomed in so that no outer environment is interacting with the scene, perhaps we'd see a backdrop at most. A magic carpet is a common trope in storytelling, yet a magic carpet setting is much more specific. To further elaborate, let's use characters in a matchbox. Creative examples of characters hiding in a matchbox are highly peculiar but do occur, such as in Toy Soldier, where A small wind-up toy soldier hides in a matchbox to avoid being thrown away. Now, place a scene inside that matchbox, the matchbox becomes the setting. How many scenes, set inside a matchbox, can you think of? How about a scene in books, film, TV or animation where the setting is a massive, abandoned industrial fan?

In Daylight (1996), Sylvester Stallone's character must navigate through large ventilation fans in the Holland Tunnel to rescue survivors trapped after an explosion. Very different.

Thus, in both works, massive downward facing fans under the bolstering of the city, neon lights, graffiti, the pushing down of oppressive smog, explosives, exposure to toxic fumes leaking from the earth, hiding up in the wires, the fan used as a hideout and hanging items from wires, both in smog filled cities, both "underground" but also hanging far above ground, is so unique and detailed that the plaintiff would have to be a highly skilled mind reader of future minds to have come up with the same concept, before Arcane was written, for a setting of such intricately designed specificity to occur in both works.

121

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit T – Jinx's Fan Hideout vs. Bloodborg's Fan Setting**

The similarities between Jinx's Fan Hideout in Arcane and the under-fan hideout and fight setting in Bloodborg suggest more than just a shared aesthetic. The combination of highly specific environmental elements, worldbuilding details, and thematic functions demonstrates a strong case for misappropriation of creative content.

*1. Highly Specific & Uncommon Setting*

A massive, abandoned industrial fan is not a standard trope in storytelling. While fans appear in ventilation or industrial settings in film and animation (such as Daylight (1996)), they do not often serve as a major character's primary hideout or the primary setting of a critical action sequence.

In both Bloodborg and Arcane, this setting is more than just a fan, it is an integral part of the narrative, environment, and character development.

*2. Common Functions and Symbolism in Both Works*

In both works, the fan functions as a symbol of oppression, pushing down toxic gases and pollutants from a wealthier city above into a dystopian undercity (Piltover in Arcane and Tetris in Bloodborg).

In Arcane, Jinx's prolonged exposure to the toxic environment contributes to her mental instability. In Bloodborg, Radon Madness (RM) caused by leaking radon gases similarly causes neuropsychological dysfunction, including hallucinations, emotional dysregulation, and instability.

122

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 575**

Both settings feature graffiti-covered industrial decay, neon lighting, and an underground yet elevated structure, creating a distinct cyberpunk atmosphere.

*3. Character Actions in Both Settings*

In Arcane, Jinx navigates the under-fan hideout, stalks, hides, and engages in combat.

In Bloodborg, Rook shimmies across wires, hides in the rafters, takes out enemies from above, and fights in an environment filled with smog and toxic gas.

In both works, characters use height advantage, maneuvering through industrial scaffolding, wires, and rafters as a key tactical element.

*4. Overlapping Worldbuilding Elements*

Exposure to toxins from leaking gases in an industrial dystopian setting.

Massive downward-facing industrial fans located beneath an overcity.

Graffiti-covered industrial structures filled with neon light.

Characters using industrial elements (wires, metal structures) for stealth and combat maneuvers.

A location that serves as an emotional and psychological reflection of a character's mental state.

A fan that represents oppression.

123
DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*5. Statistical Probability of Independent Creation*

If only one of these elements appeared in both works, it could be dismissed as a coincidence.

However, when over a dozen uniquely specific worldbuilding details align, the probability of independent creation drastically decreases. Over the wider course of Arcane, we are looking at thousands.

The plaintiff established the concept in Bloodborg before Arcane was written.

The odds that Arcane's creators independently designed such a unique setting in nearly identical ways is extremely low, especially when considered alongside other exhibits.

**Legal Implications**

The combination of highly specific elements and thematic functions suggests substantial similarity under U.S. Copyright Law (17 U.S.C. § 501).

If Bloodborg was available to Arcane's creators before Arcane's development, this could support a direct copying claim.

The extensive pattern of reoccurring similarities across multiple exhibits strengthens the argument for misappropriation rather than mere inspiration.

Trade secrets and stolen creative content allegations are also applicable, given the depth of similarities in worldbuilding, character function, and visual design.

124

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Final Conclusion**

The Fan Hideout in Arcane appears to be a direct adaptation of Bloodborg's under-fan setting, altered slightly to integrate it into Jinx's narrative. The unique environmental design, worldbuilding details, and tactical elements match Bloodborg too closely for coincidence. This setting, like many other elements of Bloodborg, appears to have been cherry-picked, altered slightly, and embedded into Arcane, supporting a wider claim of creative theft and IP misappropriation.

Additionally, the same pattern of M.W iconography can easily be spotted in the image of Jinx's fan hideout.



125

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT U- WIRES- ITEMS HANGING FROM WIRES**

In Jinx's Fan hideout, we see items, gadgets, traps and explosives hanging from wires. This becomes a core feature of her guerrilla urban warfare attacks. We later see her use the same tactics a number of times. Later in Episode 4, Jinx sets a building on fire, and fakes a child inside to lure enforcers in. Alas, it is a trap. Inside are explosive grenades hanging from wires. They detonate and kill the three enforcers.





126

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,** Wires are a motif, symbolizing threads of metallic rust and decay integrating with humanity. This explores the nature of posthumanism via augmentations yet subverted to explore the degrading and decaying elements of progress and advancements, and to explore the effects of such advancements on the people who are on the wrong side of the "Wire".

The wire is a symbolic line, marking the borders between the haves and have nots, exploring the duality of rich and poor, good and bad, wrong and right, oppressed and oppressors.

Like Jinx's use of wires, in Bloodborg, we see the same features of hanging things from wires, and the same guerrilla urban warfare tactics being used. This includes hanging items from wires: to collect water, for storage, for decoration, to lay traps and alarms, secure captives, create safe distance, and maximize damage of explosive devices.

1, *"Warwick pulled in his hanging line of plastic bottles, which had only collected around a half-pint of water."* (**under the wire of nutrition**)

2, *"As he came to, he realised he was hanging upside down with his smog mask off."* (***The wire of entrapment***)

3, *"The other fell off the walkway and hung gormlessly snarled in hanging wires."* (***Wire as being captured***)

4, *"Rook picked up his weapon, switched the rifle to automatic, tied it to a hanging wire and secured the trigger back by jamming the Feral's torch butt into the trigger guard. Taking the weapon by the butt, Rook swung the wire out, tossing it in a wide-sweeping circle."*

127

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 580**

5, *"In the core of the district, a squared hanging garden which served the townspeople with rations of herbs, fruit and vegetables."* (**Wire as weapons and traps**)

6, *"called Warwick, jumping over the ledge of the rooftop bar and hanging from a pipe."* (**Wire as support netting**)

7, *"She zoomed in on the reflection- a hair-thin tripwire which Warwick had laid across the mouth of the tunnel. The wire was laid across the water's surface to hide it, which was now lower, exposing the wire."* (**D'borg, crossing the wire from protecter to predator**)

8, *"The wire wasn't a tripwire at all, it was made to look like one. Perhaps the tripwire was a distraction, perhaps her foe wanted her to look at the wire and not at her surroundings, she thought."* (**The wire as a distraction**).

9, *"She also detected trace particles of explosives but no explosives, as expected the tripwire wasn't rigged to blow."* (**Following the wire is its own trap**)

10, "D'borg glanced up, catching the moonlight reflecting off the tripwire again. Why hadn't her augmented vision contact lenses detected the tripwire, she had already spotted it but still. Her adversary was cunning, he had intended for her to find both the tripwire and the pressure pads. What else might he be hiding, is he watching from somewhere outside the tunnel, is he testing me, she thought." (**Questioning the wire/ status quo**)

11, *"'Interesting,' she said zooming into the tripwire, it shone blue in her org-vision, denoting that the tripwire was made of an organic material of some kind."* (**the wire as a living thing**).

128

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

12, *"The report came back stating that the organic tripwire was 95 percent spiders' silk, produced from Spinnerets at the end of a spider's abdomen and 3.5 percent Kevlar and 1.5 of unknown carbon nanofibers, meaning, the spider which spun these lines, were robot spiders or perhaps Cyborg-spiders."* **(Wire of progress).**

13, "I hit it right in the middle of the panel. The crab went into haywire, smashing its head against the walls, and jabbing itself in the head with its claws." **(deviating from the wire/ out of control)**

14, "In fact, you could do something for me. Give her a health check, and wire me over the results, take a drop of her blood and analyse the chemicals in her system." **(Health wire)**

15, *"D'Borg- Fires and Wires"* **(A chapter title- expressing the conflicting duality of Fire and wires, and heat of passion and emotion inside of humanity).**

16, *"A wire lashed against Rook's back as the cable beneath her gave way. She plunged down amongst a shower of rubble, wires and bodies. She gripped onto a wire, friction burning the skin of her palms off and tearing the muscles in her left forearm. In her right hand she still held the Neurocatcher, she placed it in her knapsack and pulled herself up the wire, wincing and crying. The wounds on her back throbbed, her left forearm seized."* **(Wire of oppression and pain)**

17, "Warwick's sword stabbed through her arm and into the roof of the carriage, pinning her flesh and wires." **(cost of progression)**

129

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

18, *"The only things that I salvaged from it were two out of date protein bars, four smoke grenades, tripwire and a set of Raptor magnifying binoculars."* **(Wire as a supply)**

19, *"I had attached two smoke grenades to tripwires- one at each side of the tower. I pulled the pin and tossed the grenade nearest me, off the side of the tower. The smoke grenade dropped halfway down the building and span around, dangling from the wire. The two Defenders in the multi-storey car park fired bursts into the smoke."* **(Wire as a Weapon, or accessory of)**

19, *"Footfalls echoed up the stairs, I dropped the second wire with attached smoke grenade down the stairwell. The wire snapped, I listened to the grenade bounce down the metal stairs, before it came to rest on one of the lower floors with a clunk. I could hear the gust of rushing air before I could see the grey smoke. Footfalls still rattled the stairs as they grew closer. Then a bang and a scream, followed by the tumbling of a body. The Defender had tripped on my wire trap. I coughed on the smoke as I considered how I might escape."* **(to maximize damage and wire as a trap)**

**Evaluating Wires in Bloodborg,** this is just a fraction of wires featured in Bloodborg. The word- *Wire-* or plural or extensions of it appear 70 times in Bloodborg, including in the title of a chapter. This is because it is more than a weapon or trap or aesthetic. It's an anthropomorphism. The concept of wire in Bloodborg represents a system of the human condition and the wire of time which we all follow with or without will or consent. It's the tangled, dirty, rusty and trapping condition of existence. It's almost a breathing entity in the way it is portrayed. It will drag you down, rip you apart, trip you up, trap you, distract you, confuse

130

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 583**

you and kill you. But it may also guide you, bolster you, hold you up, protect you, aid your escape, alert you to danger, and save your life. Thus it, in many ways is life, it is a friend and foe, it is a system of society, a line between life and death, rich and poor, good and evil. At its core, Wire in Bloodborg is a deeply entangled representation of the human psyche. It's a core and extremely unique aspect of Bloodborg. I dare say, Wire has not been explicitly used in this manner before. I know this because I created it from deep and meaningful explorations of my own mind-set, trauma and psyche.

Thus, when one reads Bloodborg, they are inside my subconscious. Thus, when I see all of the elements of Bloodborg, cut up, rearranged and misrepresented as a soulless aesthetic which looks cool, but has no deeper meaning or allegory, in Arcane, I know in my bones and in my soul, instinctively that it is mine. I own it, I wrote it, I lived it, I suffered it. I have earned the right to have autonomy and authority over these complex themes in Arcane. I have endured and survived the horrors and torments which have been fictionalized and explored in Bloodborg and Arcane alike.

These events come from a real place of torment and suffering and struggle and strife. Capturing them in bloodborg was exposure therapy, medication, and acceptance. The "Showrunners" of Arcane and the creators at both Riot Games and Fortiche Production have stolen this from me. Moreover, they have made me fight tooth-and-nail over the course of three of the most traumatic and unstable years of my life. A period of great hardship, worry and illness. During this time, they have abused my work, ignored my pleas, gaslighted in Arcane, lied, cheated and even accepted awards off the back of my personal trauma writing. Whilst I have had to claw my way to justice… and I am going to get it. How do you calculate that?

131

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Urban Warfare Tactics of Hanging Explosives on Wires.**

Jinx's urban warfare tactics of hanging explosives on wires, is the same as it appears in Bloodborg. It is alleged that; this is because these are real tactics the Plaintiff learnt and utilized in the British Army. Both smoke and explosive grenades can only explode upwards from the ground, limiting their reach and effectiveness. To counter, dropping to the ground and laying on the floor has massive benefits to survival and huge protection to the severity of injuries likely to be suffered. Thus, detonating an explosive device in the air (On wire) causes maximum reach and effectiveness (360 degrees of reach), whilst detonating at a safe distance. You only have 3 to 4 seconds after a pin is pulled to get into cover. Thus, wires offer extended time and safe distance, and of course traps. These are advanced new aged John Rambo style guerrilla warfare tactics. Who really wrote them? A war veteran or a phone operative?

**Authority in Writing: What It Is & How to Establish It**

Authority in writing refers to the credibility, confidence, and expertise an author conveys through their words. It determines how much trust readers place in the writer's argument, storytelling, or analysis.

*1. Elements of Authority in Writing*

A. Knowledge & Expertise

Writers with authority demonstrate deep knowledge of their subject.

This can come from research, experience, or qualifications.

132

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Example:** An historian writing about ancient Rome will cite credible sources and demonstrate an understanding of historical context. Or a war veteran and college lecturer of war related topics, writing about the effects of trauma, war and conflict will understand and be able to convey real life experiences of the topics of guerrilla warfare tactics and complex trauma. He will understand the nature and effects of war and conflict on the human condition. Riot's "Fight Porn" which Linke and Yee seem to be obsessed with, is the polar opposite of this.

### Evidence & Support

Using facts, examples, and citations makes writing persuasive.

Primary sources, statistics, and expert opinions add credibility.

A lived experience adds a sensory, felt flare and affect to writing which no one can question the validity of. This engages the readers or viewers; it demands respect and attention.

### Consistent Tone & Style

A formal, academic tone builds authority in research papers.

Whilst A confident, engaging tone builds authority in storytelling.

Yet, a life experience brings the story to life, sinking the writer of true authority into the background, immersing the reader or viewer deep into the heart of conflict and trauma.

A writer with authority anticipates objections and addresses them. They tell you how it is, and make you experience the trauma and pain with them, "Fight Porn" does not.

133

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit U – Wires & Urban Warfare Tactics in Bloodborg vs. Arcane**

The extensive and deliberate use of wires as a motif, a functional tool, and a guerrilla warfare tactic in Bloodborg and Arcane shows substantial similarities, supporting the claim that elements from Bloodborg were repurposed in Arcane.

*1. Unique and Thematic Use of Wires in Both Works*

**In Arcane:** Jinx uses wires for traps, explosives, and tactical maneuvering in her guerrilla warfare.

Wires are a repeated aesthetic in Zaun, tying into Jinx's hideout and combat techniques.

The concept of hanging explosives from wires becomes a defining trait of Jinx's combat style.

**In Bloodborg:** Wires symbolize both oppression and survival, used extensively in the world's structure and characters' interactions.

Hanging traps, weapons, supplies, and explosives from wires is a core feature of guerrilla warfare tactics in Bloodborg.

The word "Wire" appears over 70 times, reinforcing it as a thematic and narrative pillar.

134

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*2. Combat and Tactical Parallels*

**Both Jinx and Rook use wires to:**

Set up tripwires for traps and ambushes.

Suspend grenades or explosives to maximize range and impact.

Navigate dangerous environments by using overhead wires for movement and escape.

Strategically manipulate enemy perception (e.g., using fake tripwires to mislead opponents).

Exploit verticality in urban settings for combat advantages.

These are not generic combat mechanics but are highly specific guerrilla warfare techniques, the type of advanced tactics learned in military training.

It is unlikely that Arcane's writers, who lack military backgrounds, would have independently created the same highly nuanced tactical use of wires without prior exposure to Bloodborg.


*3. Psychological and Symbolic Role of Wires*

**In Bloodborg,** wires are not just practical objects, they have deep thematic meaning related to oppression, entanglement, and human struggle.

**In Arcane**, wires are used as aesthetic set dressing without deeper allegorical function.

135

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 588**

The fact that Bloodborg imbues wires with rich symbolism suggests that Arcane's "cool-looking" use of wires may have originated from a deeper, pre-existing conceptual foundation, which Bloodborg provides.

### 4. Probability of Independent Creation vs. Infringement

The specific use of wires for traps, explosives, and guerrilla warfare is not common in storytelling.

The extensive worldbuilding and thematic function of wires in Bloodborg was established before Arcane was developed.

The likelihood that Arcane's creators independently invented this exact set of tactics and narrative devices is extremely low.

This strongly suggests misappropriation, especially when viewed in the wider pattern of Bloodborg elements appearing throughout Arcane.

### 5. Legal Implications & Potential Claims

Copyright Infringement (17 U.S.C. § 501):

If Bloodborg was used as a reference for Arcane's guerrilla warfare tactics and wire mechanics, this could constitute substantial similarity under copyright law.

Unfair Competition (Lanham Act - 15 U.S.C. § 1125):

If Arcane benefited commercially from creative elements sourced from Bloodborg, a misrepresentation of creative authorship could be argued.

136

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Final Conclusion**

The wire-based mechanics, guerrilla warfare tactics, and thematic depth of wires in Bloodborg were distinct, deliberate, and unique before Arcane's development. Arcane replicates these elements in a way that suggests direct copying, rather than independent creation. The probability of coincidence is extremely low, and when combined with the extensive pattern of other similarities between Bloodborg and Arcane, this strengthens the claim of misappropriation and IP theft.

**Legal Conclusion for Exhibit U – Wires in Arcane vs. Bloodborg**

The extensive and thematically rich use of wires in Bloodborg serves as an anthropomorphic representation of oppression, struggle, and survival. In contrast, Arcane incorporates the same mechanics of wires as traps, storage, entrapment, weapons, and environmental storytelling, without the depth of meaning originally embedded in Bloodborg. The sheer volume of identical thematic, environmental, and mechanical similarities between Bloodborg and Arcane suggests that the Defendants have not merely created an independent work but have instead engaged in the deliberate repurposing of the Plaintiff's original ideas and themes.

Furthermore, the Plaintiff's knowledge and experience with guerrilla warfare tactics, as reflected in Bloodborg, are mirrored in Arcane with striking specificity. The techniques, such as hanging explosives on wires for maximum effect, demonstrate a level of military and tactical realism that is unlikely to have been coincidentally replicated by the Defendants. The Plaintiff, having served in the British Army, possesses firsthand knowledge of

137

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

these advanced tactical strategies, reinforcing the allegation that Bloodborg was directly referenced in the development of Arcane.

The replication of these highly specific elements, ranging from world-building and thematic depth to advanced military tactics, demonstrates a consistent pattern of misappropriation. These similarities go beyond general genre tropes and reach into the domain of substantial similarity and access, both of which are key factors in determining copyright infringement under U.S. Copyright Law (17 U.S.C. § 501).

Given this pattern of copying, the Plaintiff asserts that the Defendants have engaged in willful copyright infringement, misappropriation, and unauthorized use of creative elements directly derived from Bloodborg. This case is not one of mere inspiration but of calculated adaptation, wherein the Defendants have systematically taken the Plaintiff's work, stripped it of its deeper allegorical meaning, and rebranded it as part of their own intellectual property. Accordingly, the Plaintiff seeks legal remedy for the unauthorized use of Bloodborg's core narrative and thematic elements.

138

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT- V – Doll like effigies of dead friends/ brothers**

**V1- Size difference**

In the scene in which we first see Jinx's hideout, we also see her talking to herself and to the doll like effigies of dead friends/ brothers. Claggor is a small doll sized plushie. Yet Mylo's doll is a life-sized mannequin replication of him. It could even be him in a decayed, perverted, and preserved state. The differences in these designs are not an accident. They are clearly made this way deliberately.






139

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**V2- Mylo Life Sized Mannequin**

The little doll of Claggor is just hanging around and ocasionally grinning with sharp teeth during trauma flashes. However, the life sized doll of Mylo plays a role in Jinx's character development and descent into madness. The mannequin of Mylo talks to Jinx, he appears behind her in psychotic episodes and flashes. This dolls role is different for a reason.

Mannequin of Mylo has:

1. A covered up hole in his head.

2. His nose has been cut off and replaced.

3. Covered eyes







DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

It is alleged that the development of this Mannequin of Mylo was likely made by using the below sentences from Bloodborg, in which two friends of Rook's are nailed up like dolls in Red Square One. Both are mutilated.

**In Bloodborg, The first friend hung up and mutilated in Red Square One. is Will.**

1, "*'Will said the same to me you know, just before they tracked his beat. The Feral Fighters hung his naked mutilated body in Red Square One for two weeks. The birds pecked most of his rotting flesh away before his body was retrieved. Do you remember that, do you recall the smell?'*"

Will has his flesh pecked at and eaten by birds. It is commonly known that scavenger birds like crows, ravens, magpies, and vultures, are known to peck at, or peck out, the eyes of dead or incapacitated animals, including humans. This behavior is due to several factors. The eyes are one of the softest and most accessible parts of the body, making them an easy first target for scavengers. The fluids and tissues in the eyes are nutrient-dense, making them appealing to birds looking for sustenance. Many scavenger birds are opportunistic feeders, and they often test a body for signs of life by pecking at the eyes or face. This has been observed in forensic studies and historical accounts of battlefield scavenging. Because of this fact, birds pecking out eyes is a common trope in visual mediums and in language, such as idioms.

The Mylo Mannequin's covered eyes look suspiciously concealed for a reason.

**The second friend hung up and mutilated in Red Square One is Dodge.**

141

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

1, *"In the far ground was the mast where they hung Will's naked mutilated body for two weeks. Another poor child hung there."*

2, *"Rook reopened her eyes, unsure if the body was real. Dodge's nose had been cut off along with his penis. His penis had been stitched onto his nose hole and vice versa. His fingers had been chopped off and stitched onto his top lip and his toes had been stapled to his abdomen in a circle."*

3, *"'It's child's play compared to what ahh have in store for you,' said Cowboy, pointing the rifle out over the square and firing it at Dodge. After a pop, a whistle and a thud, Dodges body spun around. I got me a dick shot boys, said Cowboy handing Raven Duke the rifle. The Fighters laughed on cue.'*

*Raven aimed the rifle at Dodge and pulled the trigger. Bang, pop, whiz and clonk.*

*'Headshot, 10 points,' called Raven, giggling. A chunk of flesh flapped off Dodge's forehead."*

The Mylo Mannequin's nose is cut off, and he has a gaping hole in his head, which has been covered over.

It is alleged that this hints at yet another example of animators working directly from the Bloodborg narratives, then making cover ups afterwards in final edits, which were controlled by Christian Linke to mask theft.

142

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Conclusion for Exhibit V2 – Mylo Mannequin vs. Bloodborg's Red Square One Scene**

The striking similarities between the Mylo Mannequin in Arcane and the mutilated bodies of Will and Dodge in Bloodborg suggest that Arcane's creators did not independently create this concept but instead modified and repurposed highly specific details from Bloodborg. The Plaintiff alleges that this is yet another example of a systematic pattern of appropriation, where elements of Bloodborg were taken, rearranged, and concealed through minor aesthetic and contextual changes.

*1. Highly Specific Parallels Between Mylo and Bloodborg's Mutilated Bodies*

**In Arcane, the Mylo mannequin is:**

A life-sized figure that talks to Jinx in psychotic episodes.

Mutilated, with a covered-up hole in the head, a replaced nose, and obscured eyes.

Used as a symbol of Jinx's trauma and descent into madness.

**In Bloodborg, Will and Dodge are:**

Mutilated bodies nailed up in Red Square One, used as a psychological torment device.

Will's body is left to be scavenged by birds, implying pecked-out eyes, which matches Mylo's covered eyes.

Dodge's nose is cut off and replaced, just like Mylo's altered nose.

143

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

SER 596

Dodge is shot in the head, leaving a gaping hole, which mirrors Mylo's concealed head wound.

Used as a narrative device to instill psychological horror, just as Mylo's mannequin torments Jinx.

The mutilation patterns, the covering of wounds, and the symbolic use of these bodies as psychological torment mechanisms are highly specific and unique storytelling choices. The similarities cannot reasonably be attributed to coincidence.

*2. Use of Trauma as a Narrative Device in Both Works*

In both Bloodborg and Arcane, these mutilated figures serve as reminders of past trauma, designed to break the protagonist's psyche.

In Bloodborg, Rook is haunted by the graphic public mutilation of their friends.

In Arcane, Jinx is psychologically tortured by the lifelike mannequin of Mylo, which speaks to her in delusions.

Both distort and exaggerate memories of the deceased, incorporating hallucinatory interactions, a technique not commonly used in standard trauma depictions.

This shared, highly unique thematic element suggests that Bloodborg served as a direct narrative template for the Mylo mannequin's psychological torment in Arcane.

144

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*3. Likelihood of Independent Creation vs. Copying*

The use of mutilated bodies as a psychological device is not a common trope in animation, particularly within a show targeted at a general audience.

The specific mutilations of the Mylo mannequin (eye cover, head wound, missing/replaced nose) perfectly match details from Bloodborg, but are slightly disguised.

It is extremely improbable that Arcane's creators would coincidentally invent an identical set of trauma-driven symbols without direct exposure to Bloodborg.

**Final Conclusion**

The Mylo mannequin and the mutilated bodies in Bloodborg share highly specific, non-generic elements that strongly suggest direct copying rather than independent creation. The strategic concealment of key details in Arcane's final animation further raises concerns of willful infringement and deliberate misappropriation. When viewed alongside the broader pattern of similarities between Bloodborg and Arcane, this further solidifies the Plaintiff's claim that Arcane systematically borrowed from and repackaged Bloodborg's original elements without authorization

145

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT- W- GUARDS ON NIGHT SHIFT (DEAD SHIFT) KILLED DUE TO POOR DISCIPLINE.**

In Episode 4 of Arcane, after the firework ending of Jayce's speech, we see four officers sitting around, joking, moaning, not paying attention and smoking cigarettes whilst they should be on duty. Caitlyn Kiramman is with them, but she has more discipline, she stands watch, doing her job. She allows herself to be dragged into their conversations, distracting her from her watch.

 



146

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 599**

Caitlyn turns back to see a fire has started. The guards toss down their cigarettes. Glowing cigarette tips peppered the street around their feet as they jump up in unison and run to put out the fire. The guards with poor discipline here what is clearly the fake voice of a little girl. They run in to help the non-existing girl. Caitlyn sees Jinx's purple monkey graffiti tag. We see Jinx's wire hanging explosives. It's a trap. Boom! They are dead. Caitlyn survives; she sees Jinx fleeing the scene of the crime. We hear Jinx laughing.







147

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,**

*"The Feral Fighters were easy to pick out of the mist, with glowing cigarette ends hanging from their loud mouths, the rattle and shine of their spike-studded alligator boots with each footstep clunking down on the steel gangway and general poor discipline which suggested anything but incognito.*

*The Feral Fighters were cowboys, more rascal soldier wannabees than an actual fighting force. They got by on bullying and harassing people. There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them. None of them wanted to be walking the high gangways on this chilly morning- voluntold to be on sentry duty all night.*

*The drifting grey clouds looked swimmable as the shadow glided across the steel around the feet of the Fighters. The moonlight morphed the shadow into a swift beast in the chemically confused minds of the Ferals.*

*Glowing cigarette tips peppered the gangway around their feet as they tilted their heads up in unison. Dribble hung from the corner of several mouths as they watched the laughing shadow disappear between the spiky buildings.*

*'Was that-*

*Boom!*

*The Signal jammer exploded rocking the gangway. Just a tiny explosion but enough to make sure that all parts of the jammer were unusable.*

*Rook was already south of the Needle District by the time the Feral Fighters scrambled to give chase."*

148

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 601**

**Legal Conclusion for Exhibit W – Guards on Night Shift (Dead Shift) Killed Due to Poor Discipline,**

In this scene there is no masking, it is the very same scene in the same order, with the same details, in a different setting with different characters. The direct narrative and thematic parallels between the Arcane scene and the corresponding passage in Bloodborg demonstrate striking evidence of deliberate misappropriation. This is not a generic trope; rather, it is a highly specific sequence of events involving:

i. Guards with poor discipline engaging in casual conversation and smoking while on duty.

ii. A distraction or deceptive element (a fake voice in Arcane vs. a shadowy figure in Bloodborg).

iii. Guards reacting in unison, dropping their cigarettes, and responding too late.

iv. An explosion as the culmination of the scene, resulting in the destruction of the distracted guards.

v. The protagonist escaping while their pursuers react too slowly.

vi. The visual motif of glowing cigarette tips illuminating the surroundings.

vii. The presence of a mocking laugh immediately after the explosion.

These highly specific elements, presented in the exact same sequence, indicate more than mere inspiration or coincidental storytelling; they suggest direct copying and reconfiguration of a pre-existing narrative.

149

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**SER 602**