Case No. 25-3163

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

MARC WOLSTENHOLME,
*Appellant,*

v.

RIOT GAMES, INC.,
*Appellee.*

---

Appeal from the United States District Court For The Central District

---

**DEFENDANT-APPELLEE RIOT GAMES, INC.'S
SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 5 OF 6**

---

MITCHELL SILBERBERG & KNUPP LLP
Aaron J. Moss
Joshua M. Geller
Hannah G. Shepherd
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Appellee
RIOT GAMES, INC.

define necessary milestones, tasks, and dependencies needed to meet the final deadline. Key production phases, such as scripting, storyboarding, animation, and post-production, are assigned specific timeframes based on this reverse timeline. This method allows teams to anticipate potential delays and allocate resources efficiently to ensure the project stays on track. It's important to see what has happened to get them to the start point, thus, this actual proper production schedule began in mid to late 2020, perhaps even 2021, after Covid restrictions had eased up.

82.    The numbers across the top of the production schedule look like date ranges. It shows that compositing (pilot) was taking place at this time, among other things. The show still wasn't in full production.

83.    It then shows the whole of the production lines. This shows that Arcane as it is, was just an idea and it was failing until they got my manuscript, and it was still failing long after until they brought in writers and other professionals to babysit.

84.    Melinda Dilger states, "Because this is the first Riots ever done, a lot of things are getting figured out and developed as we go along in production."

254

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 900**

85. The camera shows the whole production line taking place, mostly from Mid 2020 up to the last episode in late 2021 to release date. Towards the beginning, I.e the backdating, there is a lot of white space.

86. Its shows everything, from storyboards, to writing, animation, painting, Cam map, music, mix, lock pic, to international dubbing, casting, voice recording, design, ADR, everything was still being worked out. It zooms into writing time.

87. Melinda Dilger says, "it's taking longer than a normal show because they are doing it all at once." Doing it all at once, beginning in the latter half of 2020.

88. She states that "if it takes us a little longer to get those scrips done, that's what we will do."

89. This is Melinda Dilger and their own production schedules showing that all Arcane, less for a few prototype testers which got scrapped, was built in a production schedule she made after Covid which was backdated till March 2020.

255

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

90.    Melinda Dilger then confirmed that they are going to spend more money than most people to get it there. This again confirms the business strategy of tossing Chinese money at everything.

91.    Melinda Dilger then says, "and they are doing it because they love the players and they want the players to be happy," as she gulps, shakes her head and purses her lips. Three very clear indications that she doesn't believe her own words.

92.    I like Melinda Dilger in Arcane: Bridging the Rift, she seems like a bubbly, fun, motherly, organised and well efficient leader. I don't blame her for any of this, she too was tossed loads of money, possibly backdated and used the Riot springboard to have fun, "fuck about" as they say, then move on to proper work. Was she also brought in to meet cultural fits? This all screams deceptive show-person-ship forced and fake morals and a lack of understanding and care for their crimes and inequality in writing and the workspace.

93.    Melinda Dilger went on Angle on Producers with Carolina Groppa podcast: https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0

256
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

94.    On this podcast she states that she came into the project 4 years into it. That's at least mid-2020. She states that they showed her a pilot. Melinda states that they had already established a look for the show. (the gorilla look). They didn't have an efficient pipeline. Fortiche was still working out their pipeline. Fortiche had their hands full figuring it out, so she built an infrastructure for the LA team. She states that Mark Taylor was consulting them at the point when she joined. She discussed the mess of it with Mark. So she had to build them a basic org chart for what it should look like. And taught them the very basics from beginning to end. She even had to assign people to their skill sets. She said it was a lot, it was casting the right people, building a team, hiring people, step by step, work chart, schedule, budget, pipeline, all of those things had to be done and figured out, bit by bit. She states that other than team building, which they didn't even have, she had to do the very basics.

95.    Two directionless none-writers who needed to be shown the basics of developing character did not write Arcane.

END OF EPISODE 2

257

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Arcane: Bridging the Rift | Part 3 - Killstreaks Meet Keyframes**

1.      Christian opens by saying that "there is definitely a lot of Paris life and culture in Arcane. I mean, I don't think it's a coincidence that a lot of Piltover looks like Paris."

2.      This confirms that Fortiche, the wonderful Paris based animation company made Piltover in their likeness. Fortiche built Piltover. Mostly from my novel, mostly between 2020 and 2021. Before this it was a place in a game with very little of any actual depth. In the maps before they had my Novel, Piltover and Zaun were across the water from each other, but this has been slowly changed to fit my writing.

3.      Christian points up to AccorHotels Arena in Paris, and says, "Yeah so this venue is actually where we had worlds a few years ago."

4.      The 2019 League of Legends World Championship final was held at the AccorHotels Arena in Paris, France. The final took place on November 10, 2019.

5.      This again shows that Bridging the Rift, or this part, was filmed toward the end of 2021. In 2019, they had made music videos together and Riot wanted to buy them out.

258
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.     Christian then says, "which is cool, because it's really close to our studio, so we sent a bunch of people from Fortiche."

7.     Interestingly Linke says "Our Studio" not Fortiche's studio.

8.     Fortiche offices address is: 00 Av. de France, 75013 Paris, France. Just 1.5km from the venue. Fortiche Production, the animation studio behind Arcane, was founded in 2009. However, their prominent Paris office at 100 avenue de France became well-known during the studio's growth, especially as they scaled up production for Arcane. By the time Arcane was in full swing, Fortiche had expanded significantly, with additional locations in Montpellier, France, and Las Palmas, Spain. The Paris location is now their primary office and a key part of their production infrastructure, especially for high-profile collaborations like the one with Riot Games for Arcane.

9.     Fortiche Production expanded beyond its main Paris studio by opening additional offices to support its growing projects, particularly for Arcane. The Montpellier studio was set up in 2020. This location specializes in animation and character effects, led by animation supervisor Alexis Wanneroy, who was instrumental in establishing this branch to support the

259

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

creative vision in animation. The Las Palmas studio in Gran Canaria, Spain, opened later, in October 2020. This location hosts a team of animators and is managed by Remy Terreaux, who brought experience from Dreamworks and aimed to instil Fortiche's creative philosophy in the new team. These expansions were crucial in enabling Fortiche to handle the scale and demands of Arcane production and other ambitious projects with Riot Games. Thus again, in late 2020.

10.     This supports what is said in previous episodes and evidence. Riot invested in Fortiche in Paris, then had to shut up shop in the end of 2019 and 2020 because they didn't have a story.

11.     Pascal Charrue, Co-founder of Fortiche Production and co-director of Arcane, says, "For us, Arcane was a big opportunity to show the viewers that we are not only good for making trailers and music videos."

12.     Jérôme Combe, one of the three co-founders of Fortiche Production, talks about his passion for animation and film and TV, not just marketing, which they had been doing until this point.

260
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

13.    Arnaud Delord, co-founder and director of Fortiche Production, is asked if he is confident about Arcane. He says he don't know but he hopes people are going to be surprised.

14.    This shows that this part of Bridging the Rift was filmed before Arcane's release in November 2021.

15.    Linke says that he thinks, "everybody on the project is out to prove something with what we are doing. I firmly believe that you need to find someone who is willing to bleed for this thing they're trying to make."

16.    This shows the dogged intensity of Linke to be seen and be revered as a success at any cost. If he is willing to bleed, stealing the answer after he had been shut down is a lot less painful.

17.    He further explains that you have to be bold and have to take risks in order to make something that makes an impact.

18.    What is he risking? Prison for IP theft maybe?

261

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

19.    Linke explains that this trip is to get into a room with the directors and to brainstorm for scenes, showing that Arcane is still being made at the point of filming Bridging the Rift in mid to late 2021.

20.    We are then shown a meeting with Linke, Yee, the Fortiche directors, Amanda Overton and others. They state that someone is worried about it being too complex. They are wearing lockdown masks.

21.    Amanda Overton explains that her, "goal this whole time, is like, I want to solve the story beats with the team in Paris. It's going to be great to be like hey guys here's all our awesome ideas. And they then tell us if they can produce it or not. Or steer us into something more achievable."

22.    Alex then explains that it's not done until its done, like chiselling away at the block of marble. (My manuscript)!

262

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

23.     The creative and development skills of the main players at Fortiche are explained. They explain that they incorporated the three directors of Fortiche as characters in the show.

24.     Arnaud Delord says, "What I like about Fortiche is that we breathe life into the original vision."

25.     This is very telling; this is the crux of the difference between Bloodborg and Arcane. Arcane is Bloodborg bastardised to fit and fix some of the characters and nonsensical backstories and lore of League of Legends, then "chiselled" by many to make the show. This means Bloodborg has bled into all of Riot Games, and I own a stake in everything they have.

26.     Arnaud Delord adds, "and everyone kind of adds their stone to the building."

27.     They talk about all of the different creative steps all working alongside each other and alongside the recording of the dialogue with the voice talent.

263

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

28.     Thomas Vu, Head of Creative and Franchise, explains that they watched the full-on storyboard animatics with voice action in there, so they were able to watch the whole season from start to finish before they animated the rest of the episodes.

29.     The Voice Actors are J.B Blanc (Vander), Hailee Steinfeld (Vi), Ella Purnell (Jinx), Katie Leung (Caitlyn), Mia Sinclair Jenness (Powder) among others.

30.     We know that the voices were filmed after mid 2020 because they were under Covid restrictions which didn't allow nonessential work until mid-2020 and on and off until after the show aired. Thus, even if they were at the state of production to fully hit the throttle, which they were not, they wouldn't be allowed to voice record until mid-2020, at which point they were still searching for voice actors, and we know they only had a pilot of animation at this point, and we know that Melinda Dilger had to programme in the casting after mid-2020.

31.     In fact most of the voices were performed in 2021. They initially recorded portions of their roles prior to 2020 (for the pilot), but production adjustments due to COVID-19 meant some actors completed remote sessions and refined recordings closer to the final release in 2021. This allowed the team to align voice work more closely with the developing animation,

264

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

making subtle adjustments up until the final phases of production. This is also shown on their production schedule.

32.    Linke states that he remembers going into the VO recording session, and thinking that today they are going to make an 11- 12 year old cry. He is talking about Mia Sinclair Jenness who was cast as Powder. This is a deceitful misdirection to hide the crimes and IP theft.

33.    Mia was born 14 December 2005. She could not have been 12 during video recording. In fact she could be no less than 14 Years, 5 Months, 18 Days. In the snippets of her voice recordings, she looks a lot older than 14. Bios of her at 16 still look younger than she was during recording.

34.    In fact, she was reported to have joined the cast in the second week of October 2021.

35.    At the time of the CLUELESS podcast, dated 25 Dec 2020, which Mia co-hosted, she had just turned 15 years old, and she looks younger than she did when recording Arcane. Neither she, nor the interviewers and hosts, made any reference to Arcane.

265

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

36.     The day before, on the CLUELESS podcast, 24 Dec 2020, Mia is introduced as 15 and a Disney star. The host then lists her roles and Arcane is not on it.

37.     In the 31 Dec 2020 video, Mia states that she is not working and had very few opportunities. She took many online classes to learn during this time of lockdown. She doesn't talk about Arcane.

38.     Thus we are already into 2021, and Mia hasn't performed her role, and she is 15 years old.

39.     Oh, and then she confirmed that she got the job when she was 10 (which I don't believe is true) and now she is almost 16.

40.     Linke then said, "we were not just making new characters, it's like I don't know six years of a hundred million zillion people who have expectations and opinions. So don't fuck it up."

266

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

41.    Six years of what? The show wasn't announced till late 2019. At the point they announced that they were making an animation show, they were not making it and soon after Fortiche Production, and its 5 people, now around 30 employees, shut up shop, and they had nothing, just an idea and a trailer which wasn't used. I'll show later that they have a habit of making whimsical and shooting from the hip announcements of things which they haven't even begun working on and often have no idea what they are even saying never mind doing. This is the old Hip-N-Dip hype train.

42.    The animated music video "Get Jinxed" introduced her as a playable champion in October 2013. To play devil's advocate, maybe Linke was talking about at the time they announced Arcane as an idea it had been six years from her birth, like six years of playing Jinx from the end of 2013, so we are again already entering 2020. I state again, he was lying anyway and trying to make fake timelines which don't fit.

43.    Linke states that Jinx was the longest of all characters to cast. He said, "I think we looked for the Jinx actress for roughly 3 years."

44.    Let's analyse this. We know that in mid to end 2020, they started over again. We know that the CEO Nicolo Laurent didn't give the funding greenlight till way into

267

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 913**

2020 perhaps to mid-2021. We know that Melinda Dilger came in mid-2020 and backdated a schedule to March 2020 and casting was on this schedule. Thus Linke is utterly lying. We know that it is reported that it was in fact Mia who joined the cast later than the others, very close to launch date.

45.     Unless you wish to believe what Mia said, which is that she was cast when she was 10, in 2015 when Fortiche had 5 people working for them and there was no story nor funding, and she performed the crying scene in 2016 or 17 before the show was written and before Melinda Dilger had done the casting and before they got the greenlight.

46.     Linke's three years makes no sense. Three years from getting the greenlight would mean he doesn't cast Ella Purnell until the end of this year, 2024, maybe 2025. Even if you work backwards from Mid-2020 when Melinda Dilger's schedule began to grip hold of the shower of mess, that takes us to mid-2017, when Jinx was less than 4, Fortiche had 5 people, there is no story, they haven't yet been given the greenlight, they haven't hired the writers nor the people who actually made the show (Melinda Dilger) and Riot Games as a company was 8 years old.

268

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

47.     Moreover, we already know that Melinda had to do the casting after mid-2020 to 2021, this is confirmed on the production schedule and in the podcast which I've attached in the episode 2 section. During the podcast Melinda is asked, "It took like 6 years, is that correct?" Her answer is a pause then a drawn-out jesting "A long time." Thus she didn't answer, because she knows its lies from Linke and his boy Yee, who honestly I can't figure out why Yee is even named as a creator as he doesn't seem to have been much involved, other than the "cultural fit" to borrow the very telling phrase from Jane (Jane Chung) Hoffacker.

48.     In the Podcast, Melinda then states that the production of season 2 is much better because she is not teaching every single person their jobs.

49.     I state that during the filming of Bridging the Rift, the voice actors and others were asked, or paid, to state false timelines. This is called fraud, and it's a criminal offence.

50.     Linke states that in casting Jinx the issue was, "we had to find someone who could do both the intimate and quiet and vulnerable acting moments, and at the same time we needed an actress who could do the really loud moments that Jinx is really known for."

269

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

51.    Linke says, "You typically can find one or the other."

52.    What in his extensive experience of learning the basics, makes him an expert in knowing what typical in casting actors is? Please don't, this is painful.

53.    He then states that, "We were looking for so long that he went through the whole of the LA catalogue and said let's just pick one and go, and it was like no we can't."  The issue here is twofold, he is lying, they didn't know how to cast. They went through 4 casting directors but resorted to let's just pick one. Come on bro.

54.    Ella speaks about Jinx and seems to really understand the sensitive themes and emotions… from my book.

55.    Someone at Fortiche explains that they are still in production working many parallel lines of work, such as storyboards, and character-props.

56.    We see a lot of animation stuff, including the date on a computer- 2021.

270

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

57. Aurelien at Fortiche then explains that for 10 years they made 2d effects for Riot.

58. Fortiche Productions first collaborated with Riot Games in 2013, when they created the music video for "Get Jinxed", celebrating the launch of the champion Jinx in League of Legends. This project was the beginning of a long-standing partnership between the two companies. 10 years from 2013 to 2021 cannot be a correct timescale. Play loose here, I don't believe, is a deceitful attempt, but it shows the loose and not accurate stating of timelines.

59. Yee then says something pointless.

60. We see a date on a different Alex's screen during the orchestra live feed. It says 2021-06-26, thus I stand correct.

61. Amanda then states, "they've been spending what 3 or 4 years on the music for this show."

62. Really? So like June 2017, when Jinx was three and a half years old as a character, Fortiche had 5 employees, Mia was 11 and working on Gifted, Melinda Dilger was

271

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC
STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE
MAKING OF ARCANE

working for Duncan Studio thus was not yet around to teach the team how to make a cup of tea, and they had no story. Oh god, this is eyewatering!

63.    Amanda says, 'every TV show, sometimes you get three or four weeks for an episode. Arcane had 9 episodes. That's 27 to 36 weeks. But let's be generous, overall, for an entire season, the music production timeline can span anywhere from a few months to over a year depending on the length of the season and complexity of the score. However, Riot has billions of dollars and an in-house music label, which only opened in 2020, which speeds up the timelines massively.

64.    We are then shown a cover of Trueshot. Trueshot is the Riot Games' in-house music label, created to support original music projects for League of Legends and its related properties. Founded in 2020, Trueshot aims to manage and expand Riot's extensive music portfolio, releasing songs, soundtracks, and supporting virtual bands and other creative music ventures associated with League of Legends. Trueshot was officially launched by Riot Games in February 2020. It's more likely that the whole of the in-house music for Arcane was collaborated by Trueshot sometime after its inception in 2020.

272

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

65.    Linke then says that he would say Arcane is all the muscle they have grown in the company in the music making craft combined.

66.    Cool… But it still my book.

END EPISODE 3

The second half of my analysis of Bridging the Rift will follow, every person mentioned will be summoned to testify.

**Arcane: Bridging the Rift | Part 4 - Musical Misfits**

1.    It opens with Riot Games's former CEO Nicolo Laurent- who fled to France amidst many allegations of sexual harassment and misconduct- stating that when they decided to make the TV show Arcane, they knew music would be a big part of it.

2.    Brandon, one of the founders of Riot Games, then states music is very personal to Christian and that team.

273

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

SER 919

3.      Linke is then introduced as a showrunner, writer and creator. Just for clarity, Melinda Dilger ran the show, I wrote it, and Fortiche Production SAS created it, thus Linke is none of those things. He's a phone operative in the Bro-Mancing club.

4.      Linke quotes his co-conspirator Alex Yee in saying "when you go write a script, or sit down to write a song, some one asks you are you gonna write a great song today. It's kinda like going fishing."  Really, these pair are fishing for scripts whilst we are also supposed to believe Linke wrote it in 2015, or 16, or 17, or even 2012, depending on which of the very unreliable timelines they wish to pretend are correct.

5.      We are shown music making software on a computer screen. The date in the top right corner is Wednesday, 9 February 2022.

6.      We are then introduced to Alex (Mako) Seaver, a composer and songwriter for Arcane. Seaver states that he has been working for Riot since about 2016 on their worlds events each year. He writes anthems for them, beginning with Legends Never Die.

274
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7.      Seaver says, "About two and a half years ago Christian reached out and he's like what do you think about Arcane, do you want to get involved, and I was like yes please."

8.      Assuming that this was filmed around the same time as the snippet directly before it, it would place the time of recording around February or March 2022. Around 2 and a half years before was around October 2019. Yet we know people have been asked, perhaps paid to lie for Riot and made to sign illegal NDA's pertaining to these lies. Thus this timeline of events is unreliable.

9.      I've shown that Reed (Ekko), Mia (Powder), Bridging the Rift & Riot's solicitors in 2021, have lied to present false timelines. I've shown that Melinda Dilger Back scheduled to March 2020. I've shown that Aurelien at Fortiche played loose with timelines, which isn't wrong but it's not accurate, he's at least a year out. I can also show that Ella Purnell (Jinx) stated in an interview with ONE Esports that she never met her co-stars because most of it has been done in COVID time over zoom.

10.      In Part 3 - Killstreaks Meet Keyframes, Amanda then states, "they've been spending what 3 or 4 years on the music for this show." That was in mid to late 2021. Thus

275
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Amanda's forged timeline would place this around mid to late 2017. And this is just silly for many reasons. One is that Arcane was just an idea in 2017 with perhaps a pitch if you believe the evidence which Linke posted. Fortiche was shut down after this period and Arcane had not been greenlighted. Moreover, Trueshot made the music, Trueshot was officially launched by Riot Games in February 2020. Furthermore, Melinda Dilger has stated in Podcasts, and we see this on the back drafted schedule of development made by Melinda Dilger in mid-2020, that it was a lot, they were doing it all at once including the music and this was all during the pandemic.

11.     Alex (Mako) Seaver could therefore not have been recruited to produce the music for Arcane any time before mid-2020 perhaps later.

12.     Linke then states that they always wanted to make the music during development, from the very beginning, and not just in the post-production phase like it is in Tv and films. Thus this confirms what I just explained.

13.     We then meet Alex Temple, songwriter and composer, who explains that the first he heard about Arcane was in Linke's composers room via some index notes stuck around his desk area.

276

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

14.     Christian Linke transitioned to a new role as head of Riot's animation studio in August 2023, thus this could have been any time as Linke was still a composer until the show was given the greenlight in Mid-2020.

15.     Linke then states that the music on Arcane started with Alex Temple.

16.     Christian Linke states that for the first few months of working with Temple they stayed away from any imageries of the show and just explored themes of isolation.

17.     We are then introduced to a violinist called Ray Chen.

18.     Ray's LinkedIn profile states that he began consulting for Riot in Jan 2019 as a Music Consultant & Recording Artist. On Chen's YouTube channel, 7 Jul 2023, Chen confirmed that he is really good friends with Linke and Yee and the other Alex Temple, so he was able to watch a pilot which they had made, which back then had filler music to it.

19.     Ray Chen's initial collaboration with Riot Games was the track "Awaken," released on January 22, 2019. This song, featuring vocals by Valerie Broussard and Chen's violin performance, was part of a cinematic trailer for League of Legends. In 2020, during the global

277
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

lockdowns, violinist Ray Chen recorded and released an album titled Solace from his home. This album features selected movements from J.S. Bach's Six Sonatas and Partitas for Solo Violin. To achieve a professional sound, Chen built a home studio and collaborated remotely with London-based producer Jonathan Allen. Solace was released digitally on August 7, 2020. in November 2020, Chen performed at the Golden Horse Awards. These activities highlight Chen's adaptability and commitment to his art during a challenging year for performers worldwide. Later, in 2021, Chen contributed to the Arcane soundtrack, notably performing alongside Sting on the song "What Could Have Been."

20.     On this YouTube channel, Ray Chen confirms, they asked if he would like to be in the show, he said yes. He makes a cameo appearance as an animated character performing in a theatre during Episode 5, titled "Everybody Wants to Be My Enemy." In this scene, his character plays a violin piece known as "The Concerto," composed by Alexander Temple.

21.     Thus we know that when Ray started working on Arcane, they had only a pilot, and this must be after mid-2020 and likely into 2021because they had not yet been given the greenlight until then and Ray had developed a close friendship with Linke starting in 2019 and he was not working on it during lockdown.

278

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

22.     Alex (Mako) Seaver states that he had being doing orchestra stuff with Alex Temple for about two and a half years, but it was only about a year ago that he was asked to do a 12 pop music soundtrack to go with the show.

23.     We're then introduced to a songwriter called Sebastien Najand. Seaver explains that they are "Homies" and that they made the Riot music videos for Rise and Awaken together.

24.     Sebastien Najand had worked on music for many years at Riot Games but became a Principal Composer in April 2020, around the time Arcane was given the greenlight, and he is still in this post presently.

25.     Linke confirms that Sebastien Najand was interviewed for this Principal Composer role.

26.     We are then introduced to Bea Miller, an American singer and songwriter, who has collaborated with Riot Games on multiple projects. She provided vocals for K/DA's single "The Baddest," released on August 27, 2020. K/DA is a virtual K-pop girl group created

279
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

by Riot Games, featuring characters from League of Legends. Then in 2021 Miller performed "Playground" (2021) for Arcane.

27.     Linke states that he's dream was to write the songs early so they can even still edit the sequences and boards, again confirming that it was all taking place in the latter half of 2020 at the same time. For a great many reasons, of which I've explained in part 1 and in this part and across other communications, this could only have taken place in the latter half of 2020.

28.     We are then shown Linke in a zooms meeting. He is talking to three people, explaining the above mentioned early work on the music.

29.     One of the three others in the meeting is Pierre-Arthur Goulet. In 2021, He was the line producer for the Imagine Dragons x J.I.D: Enemy" (2021) music video, which is featured in the animated series Arcane. Thus in 2021, there was still a lot of early work taking place all at once.

30.     Kiahna Manker is the third person down on Linkes screen. We see her name and face. Kiahna Manker has worked at Riot Games for over 8 years. She was an Associate Content Producer until November 2020 when she began her role as Production

280

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Coordinator on Arcane. Again showing that Arcane was made in late 2020 onwards. This role of Production Coordinator is needed from the very beginning of production and even in pre-production, particularly in large, complex projects like Arcane. Thus we are almost out of 2020, and Kiahna has just been recruited for this role.

31.     Linke says he had trouble collaborating with Artists because he would say hey we want to make music with you, and they were like cool, when do they go out, and he would say in like two years and they would say, ok, never mind.

32.     We know that this isn't accurate, unless Linke was making music for a story that did not yet exist for sequences and boards that did not yet exist. We know that the boards were made during the same time the voice acting was being recorded as there is evidence of this in Bridging the Rift and in other interviews. We know that this all happened in the latter half of 2020, under the guidance of the babysitter.

33.     We know that before this, they had developed a pilot which was used at the end of 2019 to announce that they wanted to make Arcane. We know that this announcement contained snippets of music videos and other cinematics which they had already released, and others they were working on already. This includes "Get Jinxed" 2013 & "Rise 2018 as well as

281

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

the Ekko cinematic and the cowboy like character who wasn't in Arcane. We also know that the announcement video has been updated without updating the metadata or upload date.

34.    Furthermore, The Arcane: Animated Series Announcement | Riot Pls: 10th Anniversary Edition - League of Legends, was worked on as a project for the announcement and to gain funding. In the video we see a number of people working on the Announcement which had not yet been greenlighted. Riot has a long history of working on and making announcement which do not go anywhere and are often just to tease out the reactions of fans. We know it was shut down around this time.

35.    Moreover, The Linkedin of Lola Delmas' from Fortiche- who might be one of the people we see in the announcement video- worked on the announcement from May 2019. Moreover, Storyboard Artist for the actual show began working on it from Sep 2020.

36.    The Linkedin of Thomas Cailliez shows he worked the announcement video as an Artist Lighting/Rendering from May 2019 onwards. This again is around the time Linke asked for 65 grand to make some promotional material to try and gain funding.

282

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

37.    Lola Delmas, Bénédicte Battesti, Guillaume Poignant and many more profiles show that they began working on The Arcane 1oth year of LOL announcement video in late May / June 2019 and only worked on lead material of Arcane until September 2020.

38.    They speak about how Linke understand music and he's stern and will tell them when it's not working.

39.    Riot Games's former CEO Nicolo Laurent explains that Linke started off at Riot answering phones and dealing with the problems of the players, such as billing problems.

40.    Nicolo Laurent says a couple of years later he started writing music and they were like Oh my God, this guy is an amazing talent.

41.    Yee explains that he interviewed Linke and as Linke explained his work history of being in a band, Yee said don't care, how well will you serve the players. Lovely and professional way to interview… Not. This obnoxious, ignorant and arrogant personality shows in many interviews when both he and Linke talk down to people and talk obsessively about fight porn and how they are bosses and how Linke has a nazi like one mistake policy, he says as he look up into the camera like we are meant to be scared or find it cool.

283
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

42. Yee then explains that Linke told him that He was a big deal and played in a band in front of 100,0000 people. Linke then gives us a self-aggrandizing smirk.

43. I checked out the band, called Panik. Linke joined them as a bass guitarist after a member left. They were a pop teeny bopper band. I was surprised to find that I actually half enjoyed the music. They had talent.  They had the sound of the time.

44. Seaver states that Linke is a freak because he gives us feedback like no the cello needs to be an octave lower and he just knows how to speak music.

45. Seaver jokes that Linke told him his song sounds unfinished.

46. Linke says "you gotta brake them before you can build them up."

47. Seaver then says "He goes to give us high fives and we flinch. We're all so broken.

284

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

48. They then talk about the final track being hard to figure out and someone recommended Pvris.

49. In 2021, PVRIS collaborated with Japanese guitarist MIYAVI on the track "Snakes" for the soundtrack of Arcane, the Netflix animated series set in the League of Legends universe. The song was released on November 20, 2021, and is featured in the series' soundtrack.

50. They open her demo up for the first time on camera. Which is staged.

51. We see Dan from Imagine Dragons, who has worked with Riot on other things. He explains that he has been working with Riot and Linke for many years.

52. Linke told Dan what he had been working on and showed him slides and storyboards, at that time it was in very early stages of Arcane. He states that it was enough that he understood the dynamic and what was at play with the sisters, Vi and Jinx.

53. Dan explains that Enemy, the song he wrote, was about people feeling alone and isolated and the song is written in isolation and feeling like it's you against the world.

285

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

54. Then they perform Enemy, which is a phenomenal song. "Enemy" by Imagine Dragons, featuring JID, was released on October 28, 2021, as the lead single for the Netflix animated series Arcane: League of Legends. The song was written by Imagine Dragons, JID, Justin Tranter, and producers Mattman & Robin. While the exact dates of writing and recording are not publicly disclosed, the song's development occurred in the months leading up to its release, aligning with the production timeline of Arcane.

55. Seaver explains that he had to write the final song of season 1 and adapt it to the Jinx rocket launcher moment.

56. We states that then they had to pick an artist to sing the song, and they chose Sting. Sting collaborated with Riot Games in 2021 to contribute the song "What Could Have Been" to the soundtrack of Arcane: League of Legends, a Netflix animated series. This track, featuring violinist Ray Chen, was released on November 20, 2021, coinciding with the premiere of the series' third act.

57. Seaver speaks about writing "What Could Have Been" on a YouTube video called The Making of 'What Could Have Been' from Arcane (17 Dec 2021), He states that he was choked up when showing the song to people because he had been with the characters for

286

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 932**

three years. That would make his involvement date back to December 2018. We no this is incorrect. Earlier in this episode of Bridging the Rift, he said that he was involved around 2 and a half years before, and this gave a date of around October 2019. Yet we know people have been asked, perhaps paid to lie for Riot and made to sign illegal NDA's pertaining to these lies. Thus this timeline of events is unreliable.

58.    To end the episode, Linke explains, "you work on these moments for so long that you think oh my god this is gonna be amazing. But you just don't quite know until you actually see everything done. And you just have this feeling for like 2 to 3 years, where you go. I think it's gonna be amazing, but I'm not quite sure. And you just kinda have to wait because you know. Does the music come together; does it have that magical touch. You know, does the storytelling come together, does the acting come together."

59.    Thus, we're at least a quarter way into 2022, perhaps later and Linke has just told us that he has been working on Arcane for 2 to 3 years. Again this isn't accurate, as I've shown that nothing Riot says is truthful or accurate. But this shows that he had been working on Arcane from between March to mid-2019 or March to Mid-2020. This of course is a Freudian slippage and a far cry from the fake 2016 we have been told. Yet some from Fortiche have emailed me claiming that they started working on Arcane in 2012, before Jinx was even created.

287

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Over 2 to 3 years is a massive time difference. If they had been working on it for 2 years, Linke just added 50 % on to the timeline. As we know it didn't get the greenlight until mid-2020 and we know that they have purposely lied to extend the timelines to hide IP theft, it would be safe to take the lesser timeline of 2 years which gives us to mid-2020, which is when all the actual evidence points to the production and making of all of the Arcane show being made, less for a few promotional ideas, many taken from other projects and music videos and games, cinematics and website world building stuff. Thus you heard it from Linke himself.

**Arcane: Bridging the Rift | Part 5 - We Gave It Our Best Shot**

1.      The episode begins with Linke joking, "When Arcane Goes Out, we will get death threats." Interesting start, since I have been vocal about the theft of Arcane from my Bloodborg manuscript, I have received hate mail from Rioters, people at Fortiche and Riot's minions. Riot creates and fosters this hateful, toxic and abusive cultural climate around themselves. I've been harassed and frustrated by an influx of hate mail during this period. Since talking out about Riot's theft, I've had a bomb threat, I've been gaslighted, told to set myself on fire, discriminated against, and I've had my 5 year old daughter targeted with threats of sending AI child porn of her to her school and to her mother. I've been called crazy and a lunatic and many other things targeting my disability and vulnerability as a veteran struggling with complex

288

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

PTSD and comorbid conditions. This isn't the actions of a safe company, and I know that it wasn't all Riot and Fortiche, but this is the cultural climate they foster around them. If they nurture this kind of toxic environment so evidently on the exterior, I hate to think what innocent people, mostly women, on the interior had to, and indeed still must face daily.

2.      On November the 1st 2024, (Fri 1 Nov, 01:26), I had to make a complaint directly to Riot about Christian Linke's conduct of condoning murder on the X platform and about him stealing IP. Linke wrote "IONO ABOUT YOU ALL BUT I THINK IT'S TIME TO LET FORTICHE BRING BACK… THE FRENCH GUILLOTINE."  This isn't the conduct of a sensible director of animation. Linke and Yee are only in the positions they are now, not because of merit, but because of the toxic Bro-Mancing culture of Riot Games. The two obsessively call everything fight Porn and IP and talk down to everyone and brag about a Nazi like one mistake policy and pathologically lie and steal, then mask and blame and retaliate and lie some more. It's so unhealthy that no wonder Riot is in so much trouble. I fear that Riot will bring Fortiche down to their levels of depravity and destroy many French careers as well. Riot are yet to address my complaint about Linke's conduct and fraudulent crimes.

3.      Linke speaks about winning awards… On the back of theft!

289
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4.      Linke states that they will piss someone off about the characters they place in Arcane, and someone will want to murder them. Perhaps this is because he knows that to fit these LOL characters to my narratives, they have had to wholly change the characters and most things about them, from lore to backstories, to designs, to personalities, to relationships, to places of origin and so much more. Many of the characters are far removed from what they have been in the past to fit my narratives. Some are unrecognisable from the LOL characters, like Bloodborg Warwick. This is so overtly seen in Viktor who turned from a Dr Doom rip-off steampunk like mechanical cyborg, to a magical twink Bloodborg. To make the character his, Linke has stolen from both me and my work, and the work of all of the past Riot creatives who made these characters. He has overwritten the work of the actual talented people without a care in the world. This shows the unhealthy, sociopathic nature of Riot Games who will just shit on everyone to try to mask and deny their crimes against me, their employees and their players. They steal and retcon and backdate and lie and steal and retcon again and again.

5.      We then hear sirens in the background, and it fades into the Ex CEO of Riot Nicolo Laurent saying, "I love it." This is the best foreshadowing Riot has ever achieved, seems as soon after he fled to France amidst many despicable allegations of sexual harassment and misconduct. Oh, and this very reputable and honest man (NOT) greenlighted Arcane after they had my manuscript of Bloodborg! No wonder!

290

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.    The alleged sexual predator states, "I'm still anxious, we have 2 to 3 weeks until the launch," suggesting that this segment was filmed in early November 2021.

7.    Jane (Chung) Hoffacker says, "Hopefully we succeeded in the biggest thing, which was making League of legends fans proud of their investment into the IP" Really, so why did you mutilate all of the characters into my narratives which do not fit the lore nor backstories?

8.    It should be noted that they keep saying Arcane was for the fans, yet they violated everything the fans loved about these characters and completely violated the work, lore and stories of many creatives and fan artwork which is now obsolete, and of course, they stole the narrative. Fans are now in uproar about the transformation of Viktor into a twink Bloodborg. Moreover, Linke has been arguing with fans to defend the fact that he mutilated their beloved characters. Linke as repeatedly said Arcane was a thank you to the fans, but now that he is criticised he responded as he, "reminds" fans that they "always will" listen to feedback, as long as it doesn't overpower their vision: "At the end of the day, nobody asked for Arcane."

291

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

9.     "At the end of the day," this statement is self-contradictory, condescending, and arrogant. If they made it for the fans, they would have listened to the fans and not made excuses for not listening to the fans and for violating their beloved characters. None of this is for the fans, its for money and for Link's fetish to be a "boss" as we have noted from many interviews. Riot seldom makes original material; they never have been a company of originality, swipe and mask has always been an integrated part of their eastern business model.

10.     They adapt whatever they can steal, and this is why everything they own is disjointed and they have continuous retcons to bring their theft align to characters and lore. Its endless, and in good time, I'll be evidencing many examples of this in court.

11.     We see "Formosa" on Santa Monica Boulevard. The Formosa Studios, now known as The Lot at Formosa, is a historic film studio complex located at the corner of Santa Monica Boulevard and North Formosa Avenue in West Hollywood, California. Established in 1918, it has played a significant role in Hollywood's film industry for over a century. We then see a Dolby Atmos sign on a door and we are told it's the final day of sound mix with 15 weeks until the premiere.

292

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

12.     The first season of Arcane premiered on November 6, 2021. Calculating 15 weeks prior to this premiere date, we find that the final day of sound mixing occurred around July 24, 2021, if we can trust this. This timeline indicates that the post-production process, including the final sound mix, was taking place on the lead up to the final product along with all of the last adjustments as it was all taking place in the same period from Mid-2020 during Covid restrictions and up to its release. This is confirmed many times over by Actors, Melinda Dilger, the Org chart, Bridging the Rift and additional evidence.

13.     We are introduced to Penny Harold, Andy Lange, Brad and Elliot of at Formosa Studios. They talk about getting the sound correct, then Brad and Elliot go to Riot Games and have a massive room to themselves and thank Covid for this. Elliot shows us his awards for sound on Blade Runner and the game Resident Evil.

14.     One of the Founders of Riot, Brandon, speaks about working from scratch on the sound design. They talk about the recording of sounds and how they find the right sounds for every moment.

15.     We see Linke at his parents house in North Germany. He shows us a picture of him as a baby sleeping. He says, "Here is one of me, thinking of the Arcane story."

293

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This jesting is telling, as every time evidence is shown that Arcane is stolen, their claims get more and more backdated into the past to present false timelines. I have evidence of their claims that Arcane began in 2012.

16.    Linke then talks about himself… again. He states that he works well under stress, except when he has so many things that he loses oversight. Then listed many things he had to control. May I take this moment to remind you that they had nothing sorted, and didn't know how to even begin the very basics until mid-2020 when Melinda Dilger arrived to babysit and back scheduled to March 2020.

17.    Linke states that sometimes it's too much and that's why the burnout rate for Showrunners is 100%., whilst smirking. This obviously is more nonsense and Linke wasn't a showrunner. May I take this opportunity to remind you that in episode 1 of Bridging the Rift, Christian says that they took this time (End of 2019) to develop the story but at this point he was made to replace himself as the person in charge of figuring out the story. Then they hired Melinda Dilger to run the show. Melinda had to have a word with Mark Taylor about the mess, then she had to do everything, she didn't only run the lot, she even planned and scheduled it all, including casting, voice action, writing, music, the pipeline and even teaching the two delinquents the very basics of character development.

294

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

18.     We then see Linke's attachment, "Cultural fit" friend, Alex who quite frankly doesn't seem to understand what he's saying, and I've never heard him say anything of worth. Alex stands up in front of a room and talks nonsense waving his fingers about and repeating "Like, Like, Like," whilst the people from Fortiche look at the floor and try to pretend that Yee has anything of worth to say. Even Linke is looking away and he looks like he's laughing under his mask.

19.     Talking about season 2, Amanda Overton states, "There's one thing about the ending that is new." She continues, "We're like oh, that's sort of the same beat we had in 206. Ok, that was the thing we were hinging this whole episode around and now it's not there anymore, so let's just redo the whole thing."  Really!

20.     An article By Kaan Serin published 30 November 2024, quotes Amanda as saying, "We wrote the end scenes, versions of them, six years ago," Overton says. "And that Vi-Jinx scene, the very last scene between them, is nearly the same as when we wrote it six years ago." Really, bit self-contradictory don't you think Amanda? Also, six years ago, from the end of 2021, places this at the end of 2016, two years before your fake resume shows you started at Riot, which is forged anyway. This is even before Fortiche had a Riot money train rammed up its

295
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

backside and grew from 5 people to like 300. This is also before any of the pitches were accepted, shown on Linkes own evidence. This is four years before Arcane got the greenlight and before Melinda Dilger's org chart which had writing time built into it. Ekko was officially released on May 28, 2015. So he was little more than a year old, and you already had the ending planned. Moreover, sometime after Jinx's release in 2013, she was given the line, "you think I'm crazy? You should see my sister!" Fan theories placed Vi and Jinx as sisters despite them being from different cities and not knowing each other. But as Riot does, it swiped this from the fans and made it into the lore, starting in September 2017 with Greg "Ghostcrawler" Street. Greg, Riot Games design director, stated in an interview that the two are sisters! Thus you expect us to believe that you had the Vi & Jinx ending planned before Greg even made this new lore direction? Furthermore, on the YouTube channel, It's FanBox, Katy Townsend who voiced Maddie Nolan states that when she was given the role, and whilst she was in the post, they were still working out how she might die and still writing story.

21.    Moreover, all the way through Bridging the Rift, we've seen evidence of story and script development taking place and even time allocated for writing development on the schedules, and we've heard many talk about still "braking the story," and the show still didn't have the greenlight nor stories until mid-2020. Yet in a 2021 letter sent to me, by Riot's solicitor Aaron J. Moss of Greenberg Glusker, they claimed, "It would be physically impossible for Riot

296

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021. That's simply not how it works. Even you concede that the earliest Riot could have accessed your material was at the end of 2019, which is already after the date that all of the scripts for "Arcane" had been completed and locked for production." Oh really, please see just about all of Bridging the Rift to show that this was more lies and misdirection to evade lawful processes, which is perverting the course of justice (a criminal offense) and will be contempt of court during hearings unless Riot Games admits that this was lies, which will leave Aaron J. Moss of Greenberg Glusker professionally embarrassed and will show that Riot have engaged in deception, thus nothing they say can be trusted.

22. Yee states that he believes this part of writing is the hardest to get right, then we cut to Yee and Overton on a boat ride in Paris. They try to be funny and clever but it sound silly and not very clever as they talk about murdering and drowning babies.

23. We are then given a message saying, "one week until final delivery," of season one I believe, if you believe anything Riot says. We are then shown Sabastian, a CGI supervisor, talking about bugs and blurry spots and working out the kinks with a week until the show areas, yet we are supposed to believe they had all the script ready and lock like four years

297

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

ago without change, before they got the greenlight and whilst they still didn't know what they would do with Maddie's storyline.

24.    We then see Fortiche people in a room watching the final rocket scene of season 1 and we are told that it's the final director review.

25.    Linke says, Fortiche and the directors, "I really really, really trust them"' Then he pretends to understand what he is talking about.

26.    They lock in the picture, but then say it's not totally locked, it's never, never totally locked until it's on Netflix. Yet we are to believe that Riot locked in the scripts in 2019, which I've shown over and over to be direct lies to mask IP theft.

27.    Linke again talks about himself.

28.    We then see the thieving couple at the premiere. They are asked what have they ever spent 6 years working on before. The premiere was in November 2021, suggesting that they had been working on Arcane since November 2015. This is silly. It's like me saying I was writing Bloodborg from summer 2014 since I first had the dream which inspired it, until 2019

298

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

when it was finished, because I made notes in 2014. What nonsense. We know that the LOL 10-year announcement clip was only worked on in the summer of 2019 and nothing of the actual Arcane was greenlighted until Mid-2020, and it went nowhere until the babysitter taught them the basics and the story was still being converted into scripts all the way through production, until very near the launch date. We've just seen Yee in a boat talking of it.

29.     When asked of other 6 year commitments, Yee states marriage. I didn't know Linke and Yee were in a civil partnership together, but it figures. I wonder what Yee's involvement was as he doesn't seem to understand where he is half of the time, yet alone what he's talking about. Is it a case of Linke stole the story and got it greenlighted and saw a way of getting his fella paid along the way? So why was he so angry and passive aggressive about Victor being gay?

30.     Linke is talking into a microphone. He says we've been working on this for a long time, then he shakes his head, a telling sign of deception. At the very same moment, his fella Yee diverts his eyes to the ground.

299
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 945**

31.     Linke then again, states that it's for the audience to be proud of. So why did he violate the characters and lore and backstories which their fanbase love and have played for so long, then say they have to listen to him because he is a "Boss" man.

32.     We then see a fake tanned obese man place his arms around the two founders. I don't know who it is, he looks a bit like a sack of potatoes. It might be the former CEO of Riot Games. At this point I believe Nicolo Laurent was already facing horrific allegations of sexual harassment and filthy conduct, so I don't know if this is him, or if he was already on the run. I'll have to check if he was still wanted in LA when he fled to France. I don't know the full extent of the depravity that went on behind closed doors at Riot Games. I believe the class action of gender discrimination affecting thousands of women was open by this point. I don't know if they had yet been babysat by the state of California under interventions to make them act like real human beings and a proper lawful company and not horrible abusers, had yet began.

33.     We then see and hear the deep voice of JB Blanc who voiced Vander in Arcane. He states that he has been working with Riot for a long time because he plays, voices I think, Braum in LOL. JB Blanc talks about the enthusiasm of the fans.

300

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

34.     We then see the back of Reed Shannon's head. he says, "My Agent sent me out for it, and I was like, oh, this is cool. Black kid, he's a scientist, he's super sick. You know. Then when I got it, I was like oh, this is a lot bigger than I thought."

35.     Hailee Steinfeld then hugs Ella Purnell as they met for the first times since they were 11 years old on a shoot.

36.     Linke speaks about himself again. He says he has poured like 6 years into this (Lies). He then jokes that the league audience is going to be unmerciful. Perhaps because the characters, lore and backstories are unrecognisable after he butchered them into my narratives. He then fantasizes about being sent baskets of food from fans.

37.     Brandon states that when Linke sent him the first cut of the last 5 minutes of episode 3, he bawled, he then pretends to weep, right on cue. The other founder, Marc, yet again states that they made it for love and to not let players down. Yet there isn't one character from LOL that appeared in Arcane who hasn't been changed to fit the narratives. Moreover, some of them are totally unrecognisable in both Arcane and now the game because of the maiming of the characters, the lore and my manuscript, forced together and liberties taken. The fans are in outraged about them changing Viktor from a machine into a glowing blue twink

301

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Bloodborg. Then when questioned why Viktor has had a radical change and now seems to have an Identity crisis, Linke tossed out an off the cuff remark that he is asexual, further infuriating the asexual community who Linke had made a mockery of. Warwick also turned from a werewolf into a golden vampire like Bloodborg and Viktor's Bloodborg minions flow on air.

38.    I believe that when they received my manuscript, Riot were under pressure to stop being abusers. Thus Linke seen my writing as a way to feed themes of diversity into Arcane to fake a front of change and inclusivity. Then as soon as the pressure was off them, they reversed many of the themes of diversity, only keeping in a lesbian sex scene because it's a common fantasy of young horny males. They doubled down quite aggressively on the Jayce and Viktor romance and on Silco's situation. This is why it all feels like season 1 totally flipped in season 2 and didn't successfully keep the storylines and narratives and even lost the feel of season 1. They had to progress away from my storylines, so they repeated everything over and over, thus Jinx had 5 dads in the end and most of them fell off of something.

39.    We see powder suffering from Pinkeye, before she took shimmer. By the way, the eye colour situation was also taken directly from Bloodborg.

302

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

40.    Jane than states she is happy for Linke. Why, all he did was steal to the sum of billions and got babysat whilst fondling Yee, and whilst he spent a hundred million of eastern money which comes at a hefty national security cost. If anything, he should be on a wanted list.

41.    Jane mentions the thousands of Rioters who built the IP which they "Translated" into this. All of their work is now overwritten by Linke's theft and its now embedded into all of the products at Riot Games, and I'll own it all. You shouldn't be happy that a thief got away with his crimes against thousands of your former colleagues, this is sick.

42.    Jane then says the feeling that she wants people to have is that they handled the IP with care and love. Are you joking? Is this a joke? Have you spoken to the fans? Have you seen the transformation of Viktor, or Warwick? They are decimated, 100% unrecognisable, destroyed beyond repair, and the worst of it is, they are now fused into my narrative, which is now inseparable from Arcane and all of Riot's products so I will be either taking billions or stripping it all out and shutting Riot down until everything is recovered and off the shelves.

303
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

43.    Linke and the music guy who we saw him in a hotel room with, get close. They come close to kissing and Yee walks around in a circle on his own looking uncomfortable with the exchange between Linke and the guy who blows the French horn. Yee looks well jealous of the sexual tension. We then see some people pretending to cry including Brandon, one of the founders. I'm an emotional person, but I feel very weirded out by fake crying.

44.    Brandon says he knows how hard this climb has been. Is he for real? They were tossed billions of dollars almost as soon as they launched, for control of data and they've stolen over and over, swipe and gripe and mask and cheat and sexual harassment and more IP theft and gender discrimination of thousands of women, then you give a talentless guy and his fella 100 million to convert my manuscript into an animation show with an animation company you just bought into for millions and you lean on the youngest, thus most vulnerable actors to lie about timelines for you and you pay real professionals ( Melinda Dilger) to do everything for you and you claim tax breaks in three different countries to maximise the fraud, and you claim you had to climb. What are you talking about? Are we supposed to clap this, or feel like you have done any good in the world? You have created a toxic and dangerous cultural climate around the incels who play your game and hate women, as well as a horrible and disadvantaged working environment for women and you have created a risk to national security of many nations around the globe.

304

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

45. Arcane has a fake showrunner and his side piece bro, who have no developing qualities nor skills, did not create any of the IP and are only in the positions they are because of Bro-mancing, and they stole the manuscript of a vulnerable and disabled writer, then paid a woman to actually run the show but did not get the credit for doing so, whilst you face a class action for discrimination and sexual harassment against thousands of women, an you claim tax brakes in three countries and pay people, solicitors and child actors to lie about the timelines to hide your crimes. And you want to fake cry about some fake climb? Listen mate, you were chosen because you have no morals, and you were easy to coax into being a mule for espionage and you don't even know it. Next time you fake cry, do it from a prison cell.

46. Some guy with glowing teeth says to Linke, "I said to them, if it goes down, I'll go down with the ship," as he smiles and lights up the universe.

47. What is he talking about? Getting sent down, like to prison for theft of billions or just like if Linke's recklessness fails?

48. Either way, it makes Linke very uncomfortable and unhappy. He's about to snap, he has a Nazi one mistake policy and blue hot teeth just crossed it. Linke is gritting his

305

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

teeth, his chin folds, his face muscles pull, and the wormy vain in his skinny wormy neck is bulging as he stares at the ground rocking like a lunatic. What is it, is he angry that Teeth just admitted that they could go down for this? Or is it that Teeth is talking about himself and not about Linke and he wants the attention? Or is it because magic Teeth had no trust in Linkes ability? Come to think of it, the new twink Bloodborg Smurf Victor and his Colgate toothpaste like blue glow, reminds me of this guy's teeth, and the new Viktor has the same body composition as Linke. Did Linke make Viktor in his own image matched with the glow of this guys teeth and my narrative of Bloodborg? That makes more sense than calling him the same guy as the Viktor from the games. Its like calling Buffy the vampire slayer (a teenage white girl with long blonde hair), and Blade (A middle aged black man with a buzzcut jet black afro), the same character because they both slay vampires. Arcane Viktor and LOL Viktor share the same name, a third wank arm and little else.

49.    The directors of Fortiche say a few things, then Linke says he was at a dinner recently (This has to be into 2022 now) with the directors of Fortiche and they said were happy and it's a relief because after 6 years now, they have worked on something which is animation history.

306

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

50.     Let's say for estimation that this was in the first quarter of 2022. That would place this 6 year period back to the first quarter of 2015. The relationship started with a music video, Get Jinxed in 2013. Before this Fortiche were making music videos, such as those for Gorillaz. Indeed Linke was a music composer for Riot, working with Fortiche to make music videos until after the success of Arcane season 1 when Riot made him a new role as the director of animation. Thus, the 6 year relationship was mostly music related material and not a TV show. In fact, the idea wasn't even entertained until mid-2019 when Fortiche began working on making a pilot for the 10 year anniversary video to place out as a feeler to see the fans reaction. Still it wasn't taken up or greenlighted because they still didn't have the story until mid-2020 during Covid shortly after receiving my manuscript. We know from many different sources that all of Arcane was built at the same time during Covid and into 2021 right up until a week before it aired. This isn't maybe, its fact. Go and look through everything I've written about it, and you will see that I've dissected the lies to show that Linke and his boy have conspired to hide theft and to create the image of false timelines such as Arcane taking 6 years to make when we know it was all made in Mid-2020 and after.

51.     Brandon comments that Alex stated that he can see himself exploring stories in this universe for the next 30 years. I hope not, how many creatives will they have to

307
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 953**

violate to even make one more show? Thieves that get away with it, keep stealing and keep abusing, and Riot needs to be stopped before more people are harmed.

52.    Yee talks absolute rubbish… again.

53.    Amanda has done something to her hair. She states that her and Alex (Fake writers) are never satisfied and always looking to better themselves and they will be tons of new stuff in season two. What like everything repeated over and over and Jinx has 5 daddies because they keep dying and coming back a little different than before, and they keep falling over and over which is taken directly from my trauma writing and medical records. Viktor had a story, but you shat on it and made him into a Bloodborg, directly from my manuscript. Yeah, wicked Overton, can't wait to see the next guy who dies 5 times and the next twink Bloodborg 6 foot Smurf with a metal plated vagina face mask.

54.    Linke again says some pseudo moralistic crap no one believes. It then ends with Linke slow-mo walking like a platypus across a bridge looking at his feet for dramatic effect. The end and thank God it is.

308

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7.    I've proven that Riot's solicitor Aaron J. Moss of Greenberg Glusker has lied about timelines. Mia Sinclair Jenness (Powder) has lied about timelines. Reed Shannon (Ekko) has lied about timelines. Melinda Dilger has back scheduled timelines presenting a false appearance. Overton has lied about timelines. Linke and Yee have lied about timelines endlessly. Moreover, the words of Yee, Amanda Overton, Fortiche Directors and others show that the story conversion of my manuscript was still being worked out alongside production into 2021. Ella Purnell, Melinda Dilger, Katy Townsend and other sources confirm that the show and the casting and the voices were all done during lockdown in 2020 & 2021along side writing.

8.    Arcane is Bloodborg reworked and violated to the bone!  And I will get justice, I guarantee!

309
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion & Legal Implications of the Analysis of Bridging the Rift**

The analysis of Bridging the Rift has remained as it was written in blog posts on Plaintiff's M.W. Wolf website. This is for authenticity. The emotional frustration and anger about these abuses are clear to read throughout the analysis.

The analysis of Bridging the Rift presents significant allegations of intellectual property (IP) theft, fraud, deceptive business practices, and manipulation of industry professionals to conceal the true origins of Arcane. The timeline inconsistencies, backdated records, and the involvement of Riot Games' legal representatives in perpetuating misleading narratives raise serious legal implications across multiple jurisdictions.

**Key Legal Implications:**

*Intellectual Property Theft & Copyright Infringement*

If Riot Games acquired and used the Bloodborg manuscript without permission to develop Arcane, this constitutes copyright infringement under:

U.S. Copyright Act of 1976 (17 U.S.C. §§ 101-810) – Protects original literary and artistic works from unauthorized reproduction, adaptation, and distribution.

Berne Convention for the Protection of Literary and Artistic Works – Guarantees protection of copyrighted material internationally without the need for formal registration.

310

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

UK Copyright, Designs and Patents Act 1988 – Provides automatic protection to original literary works and prevents unauthorized adaptations.

*Fraudulent Misrepresentation & Perjury*

The deliberate falsification of timelines, misleading statements from Riot's legal representatives, and NDA misuse could constitute fraud under:

Fraud Act 2006 (UK) – Covers false representation (Section 2), failure to disclose information (Section 3), and abuse of position (Section 4).

18 U.S.C. § 1001 (U.S. Federal False Statements Act) – Criminalizes knowingly making false statements in legal and governmental proceedings.

California Business and Professions Code § 17200 (Unfair Competition Law) – Covers deceptive business practices and fraudulent misrepresentations.

Breach of Contract & Unfair Business Practices

If Riot solicited material through Riot Forge, agents, or other means and used it without proper agreements, this could constitute a breach of contract under:

Uniform Commercial Code (UCC) Article 2 – Protects against bad faith commercial transactions.

311
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

European Contract Law (Directive 93/13/EEC) – Covers unfair contractual terms and business misconduct.

*Workplace Violations & Retaliation*

Riot's alleged abusive corporate culture, sexual harassment scandals, and retaliation tactics could lead to employment law violations under:

California Fair Employment and Housing Act (FEHA) (Cal. Gov. Code § 12940) – Prohibits workplace harassment and retaliation.

Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e) – Protects employees against discrimination and retaliation.

French Labour Code (Code du Travail) – Regulates wrongful terminations and corporate malpractice within France, where Fortiche operates.

*Perverting the Course of Justice (Obstruction of Justice)*

The alleged cover-up, coercion of actors, and Riot's legal team making knowingly false claims could lead to criminal charges under:

312
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

UK Criminal Law (Common Law Offense of Perverting the Course of Justice) – Covers deliberate acts to obstruct justice.

18 U.S.C. § 1512 (U.S. Obstruction of Justice Statute) – Criminalizes interference with legal proceedings, false evidence, and witness tampering.

Final Statement:

The systematic deception, manipulation of timelines, backdating of documents, and Riot's deliberate attempt to erase traces of IP misappropriation present a strong case for legal action. The evidence suggests that Arcane was built after Riot obtained the Bloodborg manuscript, contradicting the company's official narrative. Additionally, Riot's historical workplace misconduct, fraudulent business practices, and coercion of actors and legal representatives contribute to a larger pattern of corporate malpractice.

**Given the evidence, potential legal remedies include:**

Filing copyright infringement lawsuits in both the UK High Court and U.S. Federal Courts.

Discovery motions to obtain internal Riot communications, production records, and deleted materials.

313
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Criminal and civil fraud complaints against Riot Games and their legal representatives.

Employment tribunal complaints in the UK and France for wrongful terminations and labour violations.

Antitrust and unfair competition claims under EU Competition Law and U.S. Sherman Act (15 U.S.C. §§ 1-7).

The case could set a precedent in gaming and entertainment law, holding large corporations accountable for IP theft, fraud, and worker exploitation. Legal proceedings should seek damages, injunctive relief, and full disclosure of the production timeline to expose the extent of the misconduct.

The plaintiff is concerned that fighting all of this alone, being a vulnerable and disabled, and disadvantaged, litigant in person (Plaintiff in Pro Per) without federal and state help, presents a tangible risk of injustice, misjustice, harm to others and further harm to the plaintiff, as well as global creative industries.

314

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**FINDINGS OVERALL**

1. Riot's solicitor Aaron J. Moss of Greenberg Glusker has misrepresented production timelines.

2. Mia Sinclair Jenness (Powder) provided false statements regarding recording dates.

3. Reed Shannon (Ekko) provided misleading testimony about his casting timeline.

4. Melinda Dilger engaged in backdating production schedules to create a false timeline.

5. Amanda Overton has given inaccurate statements regarding script completion.

6. Christian Linke repeatedly misrepresented development timelines.

7. Alex Yee misrepresented script and production progress.

8. David Lyerly misrepresented casting and production timelines.

9. Riot's showrunners and producers continued script development and adaptation into 2021.

10. Multiple cast members and key people, including Ella Purnell, Melinda Dilger, and Katy Townsend, confirmed that voice recording and casting took place during 2020-2021, contradicting Riot's claims that production was completed in 2019.

11. The widely cited "crying scene" recording timeline is false—allegedly recorded in 2016, but actually done in late 2020, violating COVID-19 restrictions.

315

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

12. Riot used misleading tactics to manipulate young actors, including Mia Sinclair Jenness and Reed Shannon, into making deceptive statements.

13. The "Bro-Mancing" culture at Riot resulted in favoritism-based hiring, with Alex Seaver being recruited by Christian Linke and David Lyerly by Alex Yee, undermining fair hiring practices. This is referred to as "Hit-Up."

14. Riot's claim that Arcane's music production spanned "3-4 years" contradicts timelines, and its in-house music label was only established in 2020.

15. Riot backdated development timelines, falsely asserting that Arcane's full script was completed in 2019 despite evidence of ongoing rewrites and modifications through 2021.

16. Statements from Bridging the Rift and behind-the-scenes footage confirm that character development and scriptwriting were not finalized until much later than claimed.

17. Voice actors' statements confirm that production continued well past the stated completion date, further proving that Riot's legal arguments are based on unreliable claims.

18. Riot engaged in intimidation tactics and potentially fraudulent legal maneuvers, including threats of legal fees and NDA misuse to suppress cast members from revealing true production dates.

316

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

19. The timeline inconsistencies, actor testimonies, and script revisions strongly indicate that external material, including elements from **Bloodborg: The Harvest**, was incorporated into Arcane.

**Conclusion:**

The collected evidence demonstrates that Riot Games and its representatives have engaged in a systematic pattern of deception regarding Arcane's production timeline. The contradictions in cast and crew testimonies, the delayed script development, and the improper legal tactics collectively indicate a deliberate effort to obscure unauthorized use of external creative material. These findings provide substantial grounds for further legal scrutiny and extensive discovery.

I respectfully submit this declaration as part of the court record to establish access and substantial similarity between my work and Arcane.

317
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE in support of the ongoing litigations- CASE NO. 2:25-CV-00053-FMO-BFM- providing further support of alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 09, 2025

Signed: *M.WOLSTENHOLME.*

318

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**SER 964**

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
| Plaintiff, | HON. FERNANDO M. OLGUIN |
| vs. | |
| RIOT GAMES, INC., | SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE |
| Defendant | |
| | FEBRUARY 23, 2025 |

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME*

[MARC WOLSTENHOLME]

1

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC
STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

## SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

I, Marc Wolstenholme, am the Plaintiff in this case. I submit this declaration in support of my claims regarding copyright infringement related to Arcane and its connection to / infringement of my work Bloodborg: The Harvest.

### Purpose of this Declaration

This is a continuation of the first declaration. These declarations present publicly available statements made by individuals involved in the production of Arcane, which indicate access to and inspiration from my work. These statements demonstrate potential admissions of influence, borrowing, or references to material that closely aligns with Bloodborg: The Harvest. Additionally, these statements show deliberate deceit in the timelines of development of Arcane. Moreover, these statements show that many fear the NDAs of Riot Games and that minors have been used to lie about ages of themselves during involvement, and timeliness. The Plaintiff alleges that he is concerned over this pattern of lies and theft and deceit, and use and manipulation of vulnerable people, given the wider concerns at Riot Games and their expansion.

2

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

This document begins at Key Figures and Organizations 21, as it's a continuation of  DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE filed on FEBRUARY 09, 2025.

## PUBLIC STATEMENTS AND SOURCES

### Key Figures and Organizations 21: Monica Macer

Monica Macer served as a consulting producer for the first season of the animated series "Arcane," contributing to all nine episodes released in 2021.

In this capacity, she provided mentorship and guidance to the creative team, particularly in character development and crafting the season's narrative.

Navigating Hollywood- Monica Macer, TV Writer & Executive Producer: Station 11, MacGyver, Queen Sugar, Lost, Prison Break- Premiered on 27 Sept 2022- https://www.youtube.com/watch?v=S87cKG4qI_w

3

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

1.      Monica explains that on Lost, they did not know what the island was going to be, even after the first series had ended and they sat down to discuss it, they then made an idea but never locked anything in, and it ended up very different.

2.      Monica explains that she found her footing in writing really early and worked hard from there, with loving, and supporting parents.

3.      Monica explains that she was an executive producer and showrunner on many projects. She explains the role of showrunner on TV, and how it's different in film.

4.      She is asked why the showrunner's writing rooms are dominated by men. She explains that she doesn't think it is deliberate, its subconscious because people hire their friends and people they have worked with before. She says, "You know who you know, and therefor that's who you staff."

5.      Thus, Monica, a consulting producer on Arcane, has confirmed that it is commonplace for shows to not be completely written before they are aired, scripting is still taking place, and people tend to hire their friends and connections for shows.

4

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

6.     Monica Macer talks about inspiring a younger woman. She says, "After running Queen Sugar, I took a job as a number 2 on a show, I was only there for 2 weeks because my dad was put in a hospice. When I walked into that writers room, and there was another Asian/ American writer, she was like Monica, the number 2. And my heart sank because I had climbed the ladder and worked so hard to get to the showrunner, to hear someone say that, I was like oh my gosh. And I said to that young woman. I'll never do that again."

7.     Monica Macer served as the showrunner for Queen Sugar Season 5, which aired in 2021. She took over the role from Ava DuVernay, the show's creator, and guided the series through a season that tackled real-world issues, including the COVID-19 pandemic and racial justice movements. Season 5 of Queen Sugar premiered on February 16, 2021, on the Oprah Winfrey Network (OWN).

8.     I believe that the show Monica Macer worked on for two weeks might have been Arcane, and the Asian/ American writer may have been Jane (Jane Chung) Hoffacker.

9.     Jane Chung Hoffacker is an Emmy Award-winning producer renowned for her work on the animated series "Arcane," based on the "League of Legends" universe. She served as an executive producer for the series, which premiered on Netflix in 2021.

5

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

10.     Monica Macer talks extensively about her experiences and projects. She never mentions Arcane.

11.     Monica Macer: MPTF Influencers-   9 Feb 2021- Monica Macer goes on the MPTF Podcast- https://www.youtube.com/watch?v=sgRSYhomp2E

12.     Monica extensively talks about her experiences and projects. She never mentions Arcane.

13. Monica has confirmed that she only worked on Arcane for 2 weeks, she met with a female Asian/ American "writer", she joined after Feb 2021 and we know she provided mentorship and guidance to the creative team, particularly in character development and crafting the season's narrative. Yet she has distanced herself from involvement.

**Conclusion with Legal Citations**

The evidence regarding Monica Macer's involvement in Arcane presents inconsistencies in her public statements and raises questions about the extent of her contributions to the series. While she is credited as a consulting producer for all nine episodes, her own

6

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

statements suggest she only worked on the project briefly—potentially for just two weeks. Furthermore, her discussion about industry hiring practices reinforces the idea that Arcane's production team relied on personal connections rather than an open, merit-based selection process.

Additionally, the fact that Monica Macer never publicly acknowledges her work on Arcane, despite extensive discussions of her other projects, suggests an intentional distancing. Her statement about meeting a female Asian-American writer aligns with Jane Chung Hoffacker's known role in Arcane, further corroborating the short-term nature of Macer's involvement.

Legally, this evidence may be relevant under copyright law, particularly concerning who had actual creative input in the final product and when key creative decisions were made. It supports the Plaintiff's argument that the development process of Arcane was inconsistent, potentially rushed, and possibly relied on pre-existing materials rather than an organic creative process.

7

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Legal Citations Supporting the Plaintiff's Claims**

17 U.S.C. § 106 – Establishes the exclusive rights of a copyright holder, including the right to reproduce and create derivative works. If Monica Macer's brief tenure meant she contributed minimally to the final script, it raises concerns about whether other source materials—potentially the Plaintiff's—were used instead.

Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991) – Establishes that originality is the cornerstone of copyright protection. If Arcane's script development involved substantial copying from pre-existing materials, it could undermine its claim to originality.

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000) – Demonstrates that access and similarity are critical in proving copyright infringement. If individuals involved in Arcane had access to the Plaintiff's work and there are substantial similarities, this supports the infringement claim.

Sheldon v. Metro-Goldwyn Pictures Corp., 309 U.S. 390 (1940) – States that even small contributions to a larger work do not preclude infringement if the copied material is

8

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

substantial and qualitatively significant. The Plaintiff can argue that Arcane's development relied heavily on prior, uncredited materials.

Williams v. Gaye, 885 F.3d 1150 (9th Cir. 2018) – A case that highlights the role of expert testimony in determining substantial similarity. If expert analysis shows that Arcane's storyline, themes, or character development significantly resemble the Plaintiff's prior work, it bolsters the claim.

**Final Assessment**

The inconsistencies in Monica Macer's involvement, coupled with her lack of public acknowledgment of Arcane, support the argument that Arcane's writing process was fragmented and potentially reliant on external sources. The Plaintiff's claim that their original work influenced Arcane is strengthened by these findings, particularly if further discovery or expert testimony establishes clear similarities.

9

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Key Figures and Organizations 22: Jane Chung Hoffacker**

Jane Chung Hoffacker won a Primetime Emmy Award in 2022 for her work as an executive producer on the animated series "Arcane."

**24 May 2024- Justin Gary- Jane Chung Hoffacker — From League of Legends to animating Arcane, Rhythms of Guitar Hero, and Ma...**

**https://www.youtube.com/watch?v=GtvWmaqSPuM**

1.      Jane talks about her history and entry into the gaming industry.

2.      She talks about building a studio for animation for Riot Games and figuring it out.

3.      She talks about her role, being going to find people to figure out gaps.

4.      She explained that her creative involvement in Arcane (But she doesn't mention its name) was very minimal. There was a showrunner with a vision, Christian Linke, she believed in his vision and wanted to help make that happen.

10

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

5.     Jane explains that they had to get the show greenlit, they had a lot of stops and starts trying to get the show greenlit. They had failed a couple of times, so they had to try and figure out the show in the writers' room, along with what talent they needed to be able to carry this across the line, so a lot of it became reading through a lot of scripts she got submitted to them, and learning how to work with agents. She explains she had to hire script writers and hire into the writers room.

6.     Then she states that she then had to learn how to control a writers room. Even if she wasn't the one saying like, Vi has pink hair, she had to influence the conditions and the talent working on it.

7.     She speaks about the work in a writing room. She states that they are usually given 11 weeks to write and so much budget to write 22 episodes or whatever it is.

8.     Jane explains that sometimes you need females for the female video in the scripts.

11

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC

STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

9.      She explains that the showrunner, or someone, will come up with the show bible. Then you move into the writers room and the staffing of it. She talks about it being start and stop. She still doesn't name Arcane.

10.      She is asked what the timeline looks like, from starting in the writers rooms, to ready to put this out there. She is audibly uncomfortable. She states that she doesn't know, it's hard to answer. Because we had to build a studio. Most people don't do that.

11.      She states normally, if you have a studio ready to go. Once the scripts are approved. It has a lot of requirements, eventually when it's approved, you hand it to the storyboard artist.

12.      It seems that Jane has distanced herself from the Arcane project, not even mentioning it by name. She has also distanced herself from the creative side, placing it on Linke. She also failed to answer the question about timelines. Jane has also admitted to receiving and reading submitted manuscripts.

12

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Conclusion and Legal Citations for Jane Chung Hoffacker's Statements**

Jane Chung Hoffacker's statements suggest a deliberate effort to distance herself from direct creative involvement in Arcane. Despite her role as an executive producer and a key figure in hiring writers and shaping the production process, she avoids explicitly naming the project, which is unusual for someone in such a high-profile position.

Her discussion of Arcane's troubled greenlighting process, the hiring of writers, and the structuring of the writing room—combined with her reluctance to discuss production timelines—raises questions about the transparency of the development process. Her admission that she read and evaluated submitted manuscripts suggests that Riot Games solicited and reviewed outside material, which could support the Plaintiff's claim of unauthorized use of copyrighted works.

Furthermore, her claim of minimal creative involvement conflicts with her role in managing the writing process, indicating a possible attempt to minimize legal exposure. This raises concerns about Riot Games' internal documentation of the development process and whether it properly credits or acknowledges external contributions.

13

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Jane was awarded a Primetime Emmy Award in 2022 for her work as an executive producer on Arcane, yet she states that her creative role was minimal—more akin to a coordinator than an executive producer, by her own admissions. This discrepancy raises concerns about the legitimacy of the awards, the accuracy of professional titles, and the actual contributions of key figures to the production of Arcane. If executive producer credits were granted without substantial creative input, it may indicate a misrepresentation of industry standards, possibly undermining the credibility of such recognitions.

The Plaintiff has raised concerns regarding potentially fraudulent job titles, altered CVs, and inconsistencies in the timelines of individuals who claimed to have worked on Arcane. These discrepancies could have significant implications for data integrity, workforce credibility, and the broader creative industries. If individuals misrepresented their work on Arcane, this could contribute to systemic fraud, enabling unqualified individuals to leverage inflated credentials—what others refer to as the "Riot Springboard"—to secure subsequent roles in creative industries under false pretenses. Such actions could lead to financial instability and even corporate bankruptcy should these individuals fail to perform in high-stakes creative and managerial positions.

14

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

From a legal standpoint, these concerns may warrant further scrutiny under False Advertising and Fraudulent Misrepresentation statutes. Under 15 U.S.C. § 1125(a) of the Lanham Act, false or misleading representation of a product, service, or professional qualifications in commerce is prohibited. Misrepresentation of credentials or job titles could constitute fraudulent misrepresentation if a party relied on these misstatements to their detriment (Restatement (Second) of Torts § 525). Additionally, employment fraud through misrepresentation may implicate 18 U.S.C. § 1001, which criminalizes false statements made in matters within the jurisdiction of the U.S. government, should regulatory agencies, such as the Federal Trade Commission (FTC) or the Securities and Exchange Commission (SEC), become involved.

The Federal Trade Commission (FTC), as the regulatory authority overseeing unfair business practices and consumer deception (15 U.S.C. § 45 - FTC Act), may need to investigate whether fraudulent or misleading employment practices have been used to inflate the reputations of individuals or the company itself. If these misrepresentations were used to gain industry awards, contracts, or investment, there may also be securities fraud implications under 15 U.S.C. §§ 78j and 78n.

15

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**SER 979**

Given these findings, the Plaintiff reserves the right to seek further legal remedies and involve relevant regulatory agencies should additional evidence substantiate a pattern of fraudulent misrepresentation. The legitimacy of Arcane's production credits, award nominations, and employment records may require external auditing to ensure compliance with industry standards and federal laws.

**Legal Citations Supporting Plaintiff's Claims:**

17 U.S.C. § 106 – Grants exclusive rights to authors over their original works, including reproduction, derivative works, and distribution. If unsolicited manuscripts were used without permission, this could constitute infringement.

17 U.S.C. § 501 – Defines copyright infringement as the violation of any of the exclusive rights granted by copyright law, including unauthorized adaptation or reproduction of a work.

Sheldon v. Metro-Goldwyn Pictures Corp., 309 U.S. 390 (1940) – Establishes that substantial similarity between an original work and an allegedly infringing work, coupled with access, can be sufficient to prove infringement.

Castle Rock Entertainment, Inc. v. Carol Publishing Group, Inc., 150 F.3d 132 (2d Cir. 1998) – Addresses the issue of derivative works and unauthorized adaptation, relevant if Arcane incorporated elements from plaintiff's submissions.

16

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000) – Establishes that evidence of access and similarities between works can indicate unauthorized copying.

Rogers v. Koons, 960 F.2d 301 (2d Cir. 1992) – Discusses the burden of proof in copyright cases, reinforcing that once access is demonstrated, substantial similarity may indicate infringement.

**Implications:**

Hoffacker's reluctance to name Arcane while discussing the process raises red flags. If external scripts or concepts were reviewed and incorporated into the final product without authorization, this would be a key factor in proving infringement. Given her admissions about script submissions, it is reasonable to pursue further discovery to determine if Riot Games retained, referenced, or integrated any of the Plaintiff's copyrighted materials.

17

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC

STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Key Figures and Organizations 23: Amanda Overton**

**Writer of Arcane, Executive Producer of Season 2.**

**Not-So-Average-Fangirl- Streamed live on 16 Nov 2024- *• Arcane S2 Ep4 Watch Party with Amanda Overton and Katy Townsend •***

**https://www.youtube.com/watch?v=bgpWJl1NuTE**

1.    Katy states that she auditioned for Overton many years before on a different project, she states that they are both queer, so they had that connection.

2.    Katy explains that Maddie was very much like her character as Subie.

3.    Overton invited Katie to audition.

4.    Overton states that she had finished writing season 2 before season 1 came out.

5.    Katy states that Overton had written a character with her in mind, but she still had to audition.

6.    A bit of Katies looks were added into the visual character development.

7.    The viewers type in questions.

8.    Watching the show live, Overton says that one of the guys is a reused character from season 1.

18

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

9.     57 minutes in, Amanda Overton states that she got the job because she interviewed for it 6 years ago.

10.    6 years from Nov 2024 takes us back to Nov 2018.

11.    The team read one of her scripts, they liked it, she went in and interviewed.

12.    She states that she watched the pilot which was different back them.

13.    Overton states that Alex Yee created many of the characters in LOL- this is incorrect, he didn't.

14.    She talks about making them change the pilot, because they didn't understand the story.

15.    In the first week, she told them this was a story about the two sisters, so they need to change it.

16.    The viewers type questions for them.

17.    Overton said they knew from the beginning that they had two seasons to map the story.

18.    Early reports stated that they wanted to produce 5 seasons. Linke also spoke of not having enough time and having to squeeze it into two seasons in the end.

19.    Overton states that a lot of things for Caitlyn didn't exist in the game so she got to help develop this character more.

19

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

20. Overton is asked what the typical day was like for writing.

21. Overton huffs out and audibly shows stress (1:30 minutes).

22. She states, "So many different experiences writing this show, we did have a writers room, they broke the story and passed it off the animation.

23. She states that Covid happened when they were writing season 2, so it derailed that, so they ended up working from home.

24. Overton states that over zoom calls during lock-down, the writing team shrunk to just her, Linke and Yee. She states that they then broke a lot of the stories for season 2 with Fortiche Production.

25. This isn't what Riot's solicitors stated in the 2021 letter in which they claimed the scripts were all locked in before the end of 2019.

26. This also contradicts what Amanda states in Bridging the Rift, when she said, that *"I did have one of the writers teach me how to shoot a gun, like a sniper gun, right before I was going to write Caitlyn's episode last year."*

27. Amanda Overton contributed significantly to the development of Caitlyn's character in Arcane. She wrote Episode 5, titled "Everybody Wants to Be My Enemy," where Caitlyn's partnership with Vi begins to take shape

28. Last year, way late into the stages of the fake timelines, and Caitlyn's episode, 5, still wasn't written. Spoiler but later I'll show you that Arcane: Bridging the Rift was

20

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

filmed in the latter half of 2021 alongside the actual making of Arcane. But much had to be cut because of my IP claim made on the 24th of November 2021. This shows that Mid to late 2020, the show (Episode 5) wasn't written.

29.    Thus she wrote episode 5 of season one, during lock-down. She shot the rifle before the restrictions, or in the re-lifting of restrictions in 2020. She has simply switched this to season 2, which I allege is fraud to mask IP theft.

30.    Back on the podcast, Amanda says that one of the writers from season 1, was a gun enthusiast, he taught her to shoot in preparation to writing.

31.    Amanda is asked about her favourite songs from Arcane. She talks a little then says, "I think "Enemy" by Imagine Dragons also has a special place in my heart because Christian let us listen to that before we even started writing. Christian knew Imagine Dragons guys from before, and they had written that song for Vi, before we had even written any of the show."

32.    Amanda stated that she then wrote the song into her episode, so they put it in her episode (5).

33.    "Enemy" by Imagine Dragons, featuring JID, was released on October 28, 2021.

21

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Arcane S2 E8 Watch Party with Wee Lass Reacts, Amanda Overton, Katy Townsend, and Kimberly Brooks!- Not-So-Average-Fangirl- treamed live on 23 Nov 2024**

**https://www.youtube.com/watch?v=UZVuH-P5ko8**

34.     Overton states she has 6 years of secrets from the show.

35.     Overton stated that she is the Executive Producer of season 2.

36.     Kimberly Brooks (Sky) talks about joining the show, and states that the show moved around to different locations.

37.     Overton again states that they wrote season 2 before season 1 came out. She also re-states that she worked on Arcane for 6 years.

38.      Kimberly Brooks asked Overton about the differences from writing season 1 to season 2.

39.     The answer is navigated around.

40.     When asked about being involved in future LOL projects, Amanda states that she can't talk about that, but maybe.

41.     She talks about Riot working on other stories.

22

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Conclusion and Legal Citations Supporting the Plaintiff's Claims**

Amanda Overton's statements across multiple public discussions and interviews present significant contradictions regarding the timeline and development of Arcane. She claims to have worked on the series for six years, which would place her involvement as early as late 2018. However, this contradicts Riot Games' legal counsel's assertion in 2021 that all scripts were completed and locked by the end of 2019, because why is she still writing late into 2021 and then up to 2024 if her role was over long before. Furthermore, Overton's own words suggest that critical aspects of Arcane, including Caitlyn's character development and key episodes, were still being written during COVID-19 lockdowns in 2020-2021. This aligns with the plaintiff's claims that the timeline Riot has publicly stated regarding Arcane's development has been falsified to conceal the theft of intellectual property.

Overton's assertion that Enemy by Imagine Dragons was written specifically for Arcane before any script was completed further conflicts with established production norms. The song was officially released in October 2021, yet Overton states that the writing team was allowed to listen to it "before we even started writing." This implies a retroactive modification of Arcane's timeline to fit a narrative that contradicts official legal claims made by Riot Games.

23

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Additionally, Overton's statement that the Arcane writers' room shrank to just three people (herself, Christian Linke, and Alex Yee) during COVID-19 suggests that a major restructuring of the narrative occurred well into 2020. This further contradicts the claim that all scripts were finalized by 2019. If the story was still being shaped alongside Fortiche Production during this period, this suggests a process of adaptive writing that took place concurrently with the animation—aligning with the plaintiff's argument that Arcane was still being actively written and constructed after the submission of the Bloodborg manuscript.

Furthermore, Overton's reference to changing the Arcane pilot aligns with broader concerns regarding how the original premise was developed. If she had to instruct the team to rework the narrative to center on the two sisters, it indicates that even fundamental story elements were unsettled when she joined. This raises serious doubts about Riot Games' claim that the show's narrative was fully formed years before its release, and of the competency of the original story writers and showrunners.

The inconsistencies in Overton's statements support the plaintiff's allegations that key personnel within Riot Games misrepresented timelines and project milestones to obscure the origins of Arcane's story development.

24

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Legal Citations Supporting the Plaintiff's Claims**

False Statements and Fraudulent Representation

Under 18 U.S. Code § 1001, making false statements or concealing material facts in matters within the jurisdiction of the U.S. government (including courts) is a federal offense. Overton's conflicting claims, combined with Riot Games' legal representations in 2021, raise concerns regarding misrepresentation in legal proceedings.

*Intellectual Property Infringement and Fraudulent Misrepresentation*

The Lanham Act (15 U.S. Code § 1125) prohibits false designations of origin and deceptive practices in commerce, including falsely attributing authorship or misrepresenting the development of creative works.

Riot's inconsistent statements regarding Arcane's timeline, combined with Overton's admissions that story elements were actively rewritten in 2020-2021, suggest deliberate obfuscation of the true origins of Arcane's narrative.

25

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**SER 989**

*Copyright Violations and Derivative Works*

17 U.S. Code § 106 grants exclusive rights to the original creator of a copyrighted work, including the right to create derivative works.

If Arcane was actively being written and revised during the same period that the Bloodborg manuscript was accessible to Riot Games, this strengthens claims of unauthorized adaptation.

*Fraud in Employment Representation*

Overton's statements raise concerns about fraudulent job titles and experience claims, potentially violating Federal Trade Commission (FTC) guidelines on employment misrepresentation (16 CFR Part 254).

The "Riot Springboard" practice of inflating credentials and using false experience claims for career advancement could constitute fraud under False Claims Act (31 U.S. Code §§ 3729-3733) if public or investment funds were used under false pretenses.

26

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

*Perjury and Material Misstatements in Legal Filings*

Riot Games' 2021 legal filings stated that all scripts were locked in 2019, yet Overton's statements confirm that major story changes occurred during lockdown in 2020-2021.

Under California Penal Code § 118, knowingly making false statements under oath (including in legal declarations) is perjury.

*Employment Discrimination and Nepotism in Hiring Practices*

Overton's admission that Katy Townsend was personally invited to audition because they shared a connection as queer women, and her reference to hiring preferences in Arcane's production, could be violations of Title VII of the Civil Rights Act (42 U.S. Code § 2000e-2), which prohibits employment decisions based on gender, sexual orientation, or personal relationships.

*Consumer and Market Fraud – Misrepresentation of Award Merit*

The plaintiff raises concerns about the legitimacy of Arcane's awards given Overton's admission of minimal executive involvement. If awards were granted based on

27

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

misrepresented contributions, this could be subject to Federal Trade Commission Act (15 U.S. Code § 45), which prohibits deceptive acts in commerce.

*Data Accuracy and Business Integrity*

The pattern of misleading employment credentials and timeline inconsistencies poses a risk to broader corporate integrity and compliance, potentially falling under Sarbanes-Oxley Act (18 U.S. Code § 1519) regarding corporate fraud and record falsification.

**Final Assessment**

Overton's statements not only contradict Riot Games' legal assertions but also reveal a pattern of revisionist history that aligns with the plaintiff's allegations of Arcane's unauthorized derivation from Bloodborg. The shifting narratives, employment misrepresentations, and misattributions of creative contributions all support claims that Riot Games engaged in fraudulent business practices to obscure potential intellectual property violations. Given the mounting evidence, regulatory bodies such as the FTC, U.S. Copyright Office, and Department of Justice (DOJ) Intellectual Property Task Force may need to be alerted to potential misconduct.

28

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Key Figures and Organizations 24: United Talent Agency (UTA) and Curtis Brown Group update.**

*Casting*

Plaintiff has already shown substantial connections between the casting of Arcane and Curtis Brown Group, which is a subsidiary of United Talent Agency (UTA). An update shows that at least six of the biggest cast members of Arcane are represented by UTA and its subsidiary Curtis Brown Group.

The following cast members from Arcane are represented by the Curtis Brown Group:

1. Ella Purnell: Voices Jinx.

2. Harry Lloyd: Voices Viktor.

3. Katie Leung: Voices Caitlyn Kiramman.

The following cast members from Arcane are represented by United Talent Agency (UTA):

1. Hailee Steinfeld: Voices Vi.

2. Kevin Alejandro: Voices Jayce Talis.

3. Jason Spisak: Voices Silco.

29

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

***Top Five***

Five of these characters represented by UTA and Curtis Brown Group received significantly more screen time than most, with Steinfeld, Purnell and Leung being the top three, Kevin Alejandro in fourth place and Lloyd being the 5th most onscreen character. That's the top five roles in Arcane, cast by the same conglomerate, who has been evidence to have been sent Bloodborg, and has a history of ongoing copyright concerns of the M.W. Wolf catalog of Fiction. Moreover, 3. Jason Spisak, as Silco, represented by UTA, is joint 7th for most screen time. Silco is also perhaps one of the most iconic and plot-wise important roles.

This evidences relationships between Riot Games and the two linked agencies of UTA and Curtis Brown Group. This also evidences their involvement in Arcane. It is alleged that this hints at leveraging of screen time for talent in exchange for submitted content, which does not belong to them.



30

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

SER 994

**Acquisition, Valuations and Collaborations**

*Acquisition*

The specific duration of the negotiations leading to United Talent Agency's (UTA) acquisition of Curtis Brown Group (CBG) has not been publicly disclosed. The acquisition was announced on June 13, 2022.

These deals can take many years. Companies work through many stages of negotiations & Due Diligence (3-12 months), Regulatory Approvals (3-6 months, if needed), Internal Approvals & Structuring (2-6 months), Closing & Integration (3-12 months post-announcement).

During these mergers, good will "Favors" are common to showcase how the companies can effectively work together and benefit each other. This is seen as a part of due diligence, to see if they are a good match.

*Comparison to Similar Deals*

Creative Artists Agency (CAA) acquiring ICM Partners (another major talent agency) took about 9 months (announced in September 2021, completed in June 2022).

Endeavor acquiring WME (another talent agency) took around 2 years (due to regulatory scrutiny).

31

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

*Valuations*

Additionally, during these transitions, the company being bought out has a monetary incentive to make the company's assets, such as IP, scripts, talent and recent deals, appear to be highly valued commodities. Thus, a massive deal such as Arcane, with Riot Games, being the biggest video game company in the world, who are known to splash about money, with deal sweeteners of populating the show with multiple talent from both agencies, is an effective strategy to make both agencies and their assets valued high at the time of sale, to convince major stakeholders to agree to the buyout deals.

*Collaborations*

Prior to their formal acquisition in June 2022, United Talent Agency (UTA) and Curtis Brown Group (CBG) collaborated on representing several high-profile clients. Notable shared clients included actors such as Damian Lewis, Lily James, Alicia Vikander, and Bel Powley. They also jointly represented screenwriters like David Farr (The Night Manager, Hanna), Georgia Pritchett (Succession, Veep, The Shrink Next Door), and Tony Roche (Succession, The Thick of It).

These collaborations exemplify the agencies combined efforts to provide comprehensive representation across both U.S. and European markets. The successful

32

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

partnerships in managing these clients laid a strong foundation for UTA's eventual acquisition of CBG, aiming to further expand global opportunities for their talent.

*Screen time*

**From the chart:**

**Represented by UTA & CBG**

Vi (Hailee Steinfeld): 210 minutes

Jayce (Kevin Alejandro): 138 minutes

Silco (Jason Spisak): 83 minutes

Caitlyn (Katie Leung): 150 minutes

Viktor (Harry Lloyd): 110 minutes

Jinx (Ella Purnell): 193 minutes

Total screen time for all six characters: 884 minutes.

From the chart:

**All others of the main cast on the chart.**

Singed: 33 minutes

Isha: 48 minutes

Heimerdinger: 50 minutes

33

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Ambessa: 56 minutes

Sevika: 59 minutes

Ekko: 64 minutes

Vander/WW: 65 minutes

Mel: 83 minutes

Total screen time for the remaining characters excluding the six we already counted: 458 minutes.

The total screen time of all characters in the chart is 1342 minutes.

884 is approximately 65.88% of 1342. This means that these six members of the cast represented by UTA & CBG had 65 % of screen time of the main cast.

458 is approximately 51.81% of 884. This means that the six members of the cast represented by UTA & CBG had almost exactly 50% more screen time than the rest of the eight main cast members.

*Plaintiff Alleges.*

Thus, the two agencies did not merge overnight. CBG had my Bloodborg: The Harvest manuscript in 2019 and in 2020. This has been evidenced. During the same period, CBG and UTA were in collaboration and perhaps already in discussions about merging. Between the two, they represented at least 42.86% of the main cast. Thus, almost half. This isn't a

34

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**SER 998**

coincidence. My manuscript was also submitted to Riot Forge, but this is evidence that cannot be ignor*ed.* This proves a compelling correlation between the representation of voice actors in Arcane by United Talent Agency (UTA) and Curtis Brown Group (CBG) and their screen time prominence. The provided data supports a pattern where actors from these agencies dominate the screen presence, suggesting potential preferential casting.

### *Key Findings*

*Screen Time Dominance:*

The six main actors represented by UTA & CBG collectively accounted for 65.88% of total screen time among the main cast.

Their screen time was almost 50% higher than the remaining main cast members.

*Casting & Industry Connections:*

UTA & CBG's historical collaborations suggest a longstanding relationship before their official merger in June 2022.

The acquisition process typically involves extensive goodwill and "favor" exchanges, making it plausible that UTA & CBG exerted influence over Arcane's casting.

35

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Allegation of Impropriety:**

The Plaintiff alleges that the selection of cast members from UTA & CBG was not purely based on merit but was a strategic move to elevate these agencies' valuation ahead of the merger.

Given that CBG had prior access to Bloodborg: The Harvest in 2019 and 2020, and UTA was already collaborating with them, this presents a potential conflict of interest.

If these agencies leveraged Arcane as a way to showcase their talent and improve their market valuation, this could amount to industry manipulation.

**What This Means**

The pattern outlined in the statement and chart suggests a systemic favoritism toward UTA & CBG-represented talent in Arcane, which raises broader concerns:

*Conflict of Interest in Casting Decisions:* If cast decisions were influenced by agency negotiations rather than talent suitability, this undermines industry fairness.

*Potential Fraudulent Representation:* The Plaintiff suggests that the agencies may have misrepresented their talent's contributions or inflated their impact, calling into question the legitimacy of awards and contracts.

36

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**SER 1000**

*Impact on Copyright Infringement Allegations:* If UTA & CBG played a role in the development process while having prior access to the Plaintiff's work, it strengthens the claim that elements of Bloodborg: The Harvest could have been misused.

**Legal Citations Supporting Plaintiff's Claims**

*Unfair Competition (Lanham Act, 15 U.S.C. § 1125(a))*

If UTA & CBG engaged in misrepresentation regarding casting processes or their talent's involvement in Arcane, this could constitute unfair competition through deceptive trade practices.

*Fraud in Inducement (Restatement (Second) of Torts § 525)*

If Riot Games or UTA & CBG misrepresented the casting process or role contributions to artificially inflate agency valuation, this could qualify as fraudulent inducement.

Intellectual Property Misappropriation (17 U.S.C. § 501 - Copyright Infringement)

37

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

If CBG had prior access to Bloodborg: The Harvest and was simultaneously collaborating with Riot Games, this may constitute copyright infringement if elements were improperly used.

*Breach of Fiduciary Duty (California Civil Code § 1572 - Actual Fraud)*

If UTA & CBG knowingly prioritized their internal interests over fair industry practices, their actions could be challenged under fiduciary responsibility laws.

*Antitrust Concerns (Sherman Act, 15 U.S.C. § 1-2)*

If UTA & CBG engaged in monopolistic practices by consolidating casting influence, this could warrant antitrust scrutiny.

38

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Conclusion**

The analysis strongly indicates that UTA & CBG had an outsized influence on Arcane's casting, which aligns with their industry collaboration and eventual merger. The significant screen time given to actors from these agencies suggests possible strategic maneuvering to enhance agency valuation, rather than pure artistic merit. The Plaintiff's claims of favoritism, potential fraud, and copyright misuse merit further legal examination under unfair competition, fraud, and IP misappropriation laws.

39

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Key Findings**

*Inconsistencies in Timeline Statements* – Multiple individuals involved in Arcane have provided contradictory statements regarding the timeline of the scriptwriting, casting, and production phases. Some statements contradict Riot Games' official position that scripts were finalized by 2019.

*Employment Title Discrepancies* – Individuals such as Jane Chung Hoffacker and others have been given prominent production titles but later downplayed their roles, which raises concerns about misleading credentials.

*Manipulated Production Credits and Award Recognition* – The recognition of specific individuals for awards, despite their minimal stated contributions, suggests possible industry misrepresentation regarding Arcane's production.

*Use of External Submissions* – Multiple individuals, including Hoffacker, have admitted to reviewing submitted scripts and manuscripts, raising concerns about potential unauthorized use of external creative works.

40

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

*Contradictions in Writing and Animation Process* – Statements from Amanda Overton and others indicate that major story elements were still being written and altered during COVID-19, contradicting Riot Games' prior claim that all scripts were locked before 2019.

*Agency-Casting Relationship Concerns* – The screen time majority of the main Arcane cast is represented by United Talent Agency (UTA) and Curtis Brown Group, the latter of which had access to the Plaintiff's work. The preferential casting of actors from these agencies raises concerns about potential quid pro quo deals in the entertainment industry.

*Merger-Driven Influence on Production* – The timing of UTA's acquisition of Curtis Brown Group suggests that Arcane was used as a tool to enhance CBG's valuation and secure the buyout.

*False Statements Regarding Production Practices* – The Plaintiff alleges that several figures involved in Arcane have made misleading public statements to cover up the true nature of the production, including shifting project timelines and fabricating early development stages.

41

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Conclusion**

The evidence presented in this declaration underscores significant inconsistencies and discrepancies in the public and legal statements surrounding the production of Arcane. The conflicting accounts from key individuals, combined with admissions of reviewing external manuscripts, indicate a pattern of obfuscation and potential misrepresentation.

The Plaintiff asserts that Riot Games and its associates deliberately concealed material facts about Arcane's development timeline, scriptwriting process, and the sourcing of creative materials. The strong agency connections with key cast members, alongside the preferential treatment in casting, further raise concerns about possible exploitation of creative works without due credit or compensation.

This declaration provides substantial grounds for further legal scrutiny, including intellectual property infringement, fraudulent misrepresentation, and unfair business practices under applicable laws. The Plaintiff respectfully submits this declaration as evidence to establish access, substantial similarity, and potential misuse of his original work, Bloodborg.

42

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE in support of the ongoing litigations- CASE NO. 2:25-CV-00053-FMO-BFM- providing further support of alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

43

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

        Plaintiff,

vs.

RIOT GAMES, INC.,

        Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE AND BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST AND MY MEDICAL RECORDS

FEBRUARY 23, 2025

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME*

[MARC WOLSTENHOLME]

PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE AND BLOODBORG,

WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST

AND MY MEDICAL RECORDS.

1

## I.    Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

## II.    Evidence Submitted:

I submit the following evidence of PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE AND BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST AND MY MEDICAL RECORDS. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

## III.    Comparison of Trauma Writing.

This document specifically shows the striking similarities between TRAUMA IN ARCANE AND BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST AND MY MEDICAL RECORDS.

2

**SER 1009**

**Detailed Comparison of Bloodborg and Arcane: Alleged Infringement of Trauma Writing**

### 1. Trauma Writing as Therapy and Alleged Infringement

**Claim from Bloodborg:**

Trauma writing is described as a therapeutic process for individuals with PTSD, allowing them to process and regulate trauma.

The document asserts that Riot Games directly copied themes, narrative elements, and personal experiences from *Bloodborg*, which were rooted in the author's trauma writing.

**Claim of Harm:**

Using the author's personal trauma as a creative foundation for *Arcane* constitutes emotional and psychological harm.

The infringement is compared to theft of medication, equating it to stealing essential therapeutic tools.

3

## 2.  Character and Story Comparisons

### D'borg vs. Jinx

| BLOODBORG (D'BORG) | ARCANE (JINX) |
| --- | --- |
| **D'borg experiences psychotic breaks and struggles with substance regulation.** | Jinx suffers from hallucinations, paranoia, and psychotic episodes due to trauma and drug use (Shimmer). |
| **D'borg's transformation from D'anna reflects a traumatic physical and psychological metamorphosis.** | Jinx's transformation from Powder similarly represents a breakdown caused by loss and guilt. |
| **Themes of guilt, aggression, and isolation drive D'borg's behaviour.** | Jinx's erratic behaviour mirrors these themes, driven by unresolved childhood trauma. |

4

**SER 1011**

**Cowboy Momahan vs. Silco**

| BLOODBORG (COWBOY MOMAHAN) | ARCANE (SILCO) |
|---|---|
| **Cowboy Momahan is a narcissistic and paranoid gang leader, obsessed with consolidating power over chaotic factions.** | Silco exhibits similar traits of narcissism, paranoia, and a drive to control the underworld of Zaun. |
| **Cowboy Momahan's use of inhaled neurotransmitter drugs (Blood-based) to regulate his state mirrors Silco's use of injected substances (Blood-based).** | Silco's calculated ruthlessness and delusions of grandeur align with Cowboy Momahan's behaviours and leadership style. |

5

**SER 1012**

**Neva vs. Ambessa Medarda**

| BLOODBORG (NEVA) | ARCANE (AMBESSA MEDARDA) |
|---|---|
| **Neva, a tribal leader, is emotionally detached, having suffered the loss of a child (sabella).** | Ambessa shows emotional detachment and ruthlessness, reflecting tragic loss and years of hardship. |
| **Neva's spiritual guardians (hyenas) symbolise protection and grief.** | Ambessa's calculated demeanour and relationships reflect similar themes of emotional repression. |
| **From a higher realm, Neva is gifted a white-eyed child of great importance after losing a baby to an arrow.** | From a higher realm, Ambessa is gifted a white-eyed child of great importance after losing a baby to an arrow. |

6

**Other Character Development and Design Comparisons:**

**Viktor (Arcane) vs. Simon and Roy (Bloodborg):** Both characters display body dysmorphia and obsessive behaviour related to physical transformation.

**Caitlyn (Arcane) vs. Josh (Bloodborg):** PTSD flashbacks and moral dilemmas are central to both of these sniper characters' arcs.

**3. Psycho-Emotional Parallels**

**Shared Themes of Mental Illness:**

| BLOODBORG | ARCANE |
|---|---|
| **Trauma-induced psychosis, paranoia, and anxiety dominate character arcs.** | Jinx's paranoia and hallucinations reflect unresolved trauma and substance abuse. |
| **PTSD flashbacks and dissociative behaviours are detailed through first-person narratives.** | *Arcane* uses visual storytelling to depict similar psychoses (e.g., Jinx's visions of her past). |

7

**SER 1014**

**Substance-Induced Psychosis:**

*Bloodborg*: Substance abuse, is depicted as a maladaptive coping mechanism. Characters experience hallucinations and heightened aggression.

*Arcane*: Shimmer is used as a plot device to induce similar psychotic and aggressive behaviours, particularly in Jinx.

**Circular Narratives and Cyclical Trauma:**

*Bloodborg*: The author uses literary devices like foreshadowing and repetition to convey cyclical trauma.

*Arcane*: Examples like Silco's drowning monologue reflect the same cyclical storytelling style.

8

### 3. Literary and Symbolic Parallels

**Bridge Symbolism:**

| BLOODBORG | ARCANE |
|---|---|
| **Bridges represent the divide between the fractured, traumatic mind and the desire for order and normalcy.** | Bridges in *Arcane* serve as key locations for pivotal emotional and traumatic events. |
| **The great bridge dumping is a metaphor for shedding trauma to cross into a new phase of life.** | Key scenes (e.g., Jinx's transformation) use bridges as symbolic spaces of transition. |

**Drowning Motifs:**

*Bloodborg*: Characters experience drowning or sinking, symbolising the overwhelming nature of trauma.

*Arcane*: Silco's drowning monologue mirrors these themes, using water as a metaphor for chaos and peace.

9

**SER 1016**

**5. Key Examples of Alleged Replication**

**Coma Scene (D'anna vs. Jinx and Viktor):**

*Bloodborg*: D'anna's experience waking from a coma is described with vivid sensory details (e.g., the smell of burnt skin, green exit signs, and medical tubes). D'anna's bed is displayed almost vertically. D'anna's coma is the catalyst for her transformation into D'borg.

*Arcane*: Jinx's coma and recovery scene echoes these details, down to the sensory disorientation. Jinx's coma is the catalyst for her transformation into an augmented Shimmer Jinx.

*Arcane:* Viktor is also placed in a coma. Viktor is displayed vertically. Viktor's coma is the catalyst for his transformation into an augmented Jesus Cyborg, then finally into a Bloodborg.

10

**Trauma-Induced Flashbacks:**

*Bloodborg*: Flashbacks of drowning, burning bodies, and violent memories are recurring themes.

*Arcane*: Jinx experiences vivid hallucinations and flashbacks tied to her traumatic past.

**Paternal Figures:**

*Bloodborg*: Warwick is a complex father figure, and this is a central theme.

*Arcane*: Jinx's repeated loss of father figures (Vander, Silco) mirrors this cyclical narrative.

**6. Hidden Messages and Symbolism (gaslighting).**

**M.W. Initials in Arcane:**

The document claims that Riot Games included the author's initials (M.W.) in the climax of *Arcane* as a subtle homage or acknowledgment of the source material.

This is presented as evidence of deliberate copying.

11

**7. Assertions on Damages**

**Emotional and Creative Harm:**

The author argues that Riot Games' alleged use of deeply personal trauma writing exacerbates their PTSD. Retrieving medical records to substantiate the claims adds to the emotional toll.

**Conclusion:**

This document outlines extensive parallels between *Bloodborg* and *Arcane*, asserting that Riot Games replicated specific narrative elements, character arcs, and psycho-emotional themes. These similarities are rooted in deeply personal trauma writing, and their alleged unauthorised use constitutes both copyright infringement and emotional harm.

12

**EXHIBITS**

**Exhibit A – Trauma Writing is Medicine**

## Trauma Writing is Medicine

People suffering from PTSD use journalling and trauma writing as therapy, to take agency over the past, to make sense of it and to gain control of it. A part of the problem with controlling or regulating trauma and it's affects, is that trauma is fracturing and unpredictable. Trauma is tricky, it's strange, it's oblique and foreign to the mind. It manifests in myriads of ways, disorders, emotions and behaviours. one's by writing it down, in journal logs or in fictional stories, the sufferer can begin to make sense of it and gain control over it. Writing also acts as exposure therapy at a safe distance, creating a bridge between ones suffering and their mind.

Its standing in the dark and not seeing monsters, it's jumping in the deep end and swimming to safety, it's watching a horror movie, then sleeping like a baby.

Thus, stealing one's trauma writing- like Riot Games have done- is the filthiest form of copyright infringement. It constitutes Psycho -emotional abuse and privacy violations. Its stealing one's medication, it's akin to taking one's inhaler away during an asthma attack. Or stealing a wheelchair from a double leg amputee. It's filthy, and their retaliations after, have been even filthier.



13

**SER 1020**

**Exhibit B- Examples of M.W. Wolf's Trauma Writing matched to trauma as it appears in Arcane.**





14



15

**In Bloodborg I use many literary devices, in this example I'll show foreshadowing, circular narratives and juxtaposing two different events in Story Circles, which Arcane copied with Silco and others.**

"...trapping me under in blackness..."



In Bloodborg, In one of my POV Josh said "The grey smoky clouds closed in around me, devouring me, stealing my breath like a windy assassin. I crashed into the black water."

In Arcane, In Silco's drowning monologue, Silco says, "...it's holding you, whispering in low tones to let it in..."

In Bloodborg, later Josh said, "I feel as though I'm submerged in icy black water as I lay on my back."



In Bloodborg, I used this cyclical repetition as a literary device to represent dying, reliving of trauma and sleep paralysis.

They've taken this story beat of my trauma and replicated it over and over. We see it used for Silco, Powder, Isha, Jinx, Vander and he's many reincarnations.



"... He recalled the kayaking and football incidents as well as the RTA. He reported the sleep paralysis..."

Bloodborg- In another POV of a female character I wrote, "As the man spoke, an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore. She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; it's mystery, it's misery."



**Silco's drowning monologue**





Ever wonder what it's like to drown? Story of opposites. There's peace in water. Like it's holding you, whispering in low tones to let it in. And every problem in the world will fade away. But then, there's this thing... in your head, and it's raging. Lighting every nerve with madness. To fight. To survive. And all the while this question lingers before you: "Have you had enough?" It's funny. You could pass a lifetime without ever facing a choice like that. But it changes you forever.

16



In Bloodborg- Jade's nose gave off a line of bubbles. The bubble's struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand.
Jade had counted to thirty, Ling had not returned. Jade panicked trying to fight her way out, which only locked her tighter. Her eyeballs darted around in her head franticly, reddening as she clung to life.

"... I experience horrible sleep paralysis where I think I'm fighting..."



In Bloodborg there is a fight on the tracks and D'borg is stabbed in the belly and falls off the platform. "... landed on a mound of floating black bags full of rubbish. She smashed through the mound and sank deep down into the flood water. The hole in the smog closed."

talk. He experiences varying scenarios eg car crashes, scoring a goal and then everyone jumps on him and he feels as he is suffocating, or parachutes and the parachute smothers him. These "dreams" started 6/12 after the accident. He remembers the first one, which involved a parachute, while he was working in the offrs' mess. I suggested that he

In Arcane there is a fight on the tracks and Vander is stabbed in the belly and falls off the platform, landing on a mound of broken glass.

Vi falls, landing on a mound of shimmered up Vander.

Isha falls, landing on a mound of flesh under clothes, which is Jinx.

Jinx falls, landing on whatever the fifth daddy Vander/ Warwick is at this point in the convoluted story.

17





**Bridge Symbolism relating to Medical Docs**

"One day, I think we were on a road move from Basra to Al Amarah, all the battalion's vehicles were crossing a high steel bridge over the River. I was commanding the section in the back of... call signs Warrior. I was tasked to have my call sign cover the area leading onto the bridge and to guard the convoy around an area of the bridge which was dangerous. The bridge had massive metal plates for the road surface and the plates had moved leaving a massive gap which we could see down to the water. When covering the area ... called me over. Down on the river there was a small boat drifting slowly down stream towards us. The guy seemed to be guiding it over towards our location. The small boat had a large dirty sheet covering whatever it was carrying. I looked through my sights. He had a long-barrelled weapon by his side, between himself and the long oar. ... and I kept our weapons aimed in his general direction until he passed under the bridge, fearing he was going to attack us. I returned to... on the bridge metal plates, as it got darker the gap in the plates became harder to see. We put our torches on and guided the warriors and land rovers away from the gap as they approached, a few stopped to ask us for instructions. One Snatch land rover came speeding up the bend and onto the bridge too fast, it dodged around us (the wrong side) and its front wheel dropped in the gap between the plates and slammed off its axel and bounced back up.  As it did the plate slid and the whole thing felt as if it was going to drop. I thought us and the land rover were going to drop to our deaths. The Land rover sped off as if nothing had happened. I told the top cover (gunner) of a nearby warrior, his name was ... He just said, "fucking idiots, I'll report it on coms." That was the last I heard of it."

19

**Exhibit C- Substance -Induced Psychosis**



From Medical Docs

**Psychosis of trauma & prescription drugs**

78.If I'm in a room and the radiator is turned up too much, I feel as if I'm being choked. I get panicky, it's almost as if the radiator sucks the oxygen out of the room. If the sun comes out and I'm wearing jeans, I feel restricted and panicky. If I go into a bar and the music is playing to loud, it hurts my head and I get angry, it also hurts my left ear, because of the shape of it after it was reconstructed. If my ex-girlfriend has the hairdryer on, I feel like I'm being attacked. If someone beeps the horn on their car, I feel a burst of blood rush through me which hurts as it's so sudden, I think the pain comes from my central nerve damage. It's endless, I could go on and on writing about these triggers all-day.

The nightmare like dreams where getting worse

… experiencing sleep paralysis, it was clear to everyone around me that my brain wasn't operating correctly, and I was experiencing bright flashes when my eyes were closed, mostly when laying on my back. I became addicted to trying to get fit. Running - on injured legs, became my outlet, which was damaging me even more…

When we got back for Iraq I was told to do the precourse just in case. I then had leave and came back to find I had to do the NCO's Cadre which I was very angry and aggressive towards so I went A.W.O.L for the safety of my own health. Since then ive been very depressed, stressed and aggressive which has had a big effect on both my performance as a solider and at home. Ive started taking all the anger and aggression built up in me home with me and doing stupid things like getting and drinking every day and fighting.

prescribed temazepam (benzodiazepine highly addictive should be prescribed for short term use only) in 2007. He states he became addicted to the same and when they stopped it he started to secure them illegally. He states during

35.On returning to Germany, the new medical officer realised the state of me, and he issued me with temazepam, which helped me sleep and escape at first but very soon I needed more, and I was hooked. As you probably know, Temazepam is a psychoactive drug which acts on the central nerves system, and I had central nerve damage. This was not a good combination. Sometimes I would see black silhouettes and shapes of creatures and men, creeping out of the corners of the ceiling, whilst I was pinned to the bed thinking I was dying. Other times I would not be able to feel emotion, either happy or sad. Other times I would be confused and have the most painful headaches and I'd be very aggressive. I'd have flashing lights in my head and eyes. I'd sleep for days and still felt as if I hadn't slept in weeks, I developed an anxiety disorder and paranoia.



20





**Exhibit D- Psychosis and mental illness as trauma responses in Bloodborg and Arcane characters- matched.**



# Example 5

**Psychosis and mental illness as trauma responses in Bloodborg and Arcane characters- matched.**

1, D'borg's psychotic brakes and drug regulation is directly stolen for Jinx. After the tragic events in her childhood, Jinx experiences hallucinations, paranoia, and dissociation. Her erratic behaviours and violent tendencies are closely entwined to her unresolved guilt and loss.

2, In Bloodborg, Rook is a resilient and strong leader to her adoptive family, just as Vi is. Yet her actions lead to her two adoptive brothers being killed, one with a pole impaled through his body, exactly the same as Jinx's actions lead to the death of her two brothers. Mylo was impaled through his body. Rook has to deal with this trauma and aggression and survivor's guilt. While Vi is resilient, she has to deal with intense trauma, survivor's guilt, and post-traumatic stress. Her anger and impulsivity often surface as coping mechanisms. In Vi we see the same coping strategies as Warwick In Bloodborg. Those being Pit fights, isolation, alcohol abuse, existential nihilism and self-neglect.

3, Jayce's personality and appearance change after he escapes "the anomaly," and he appears to suffer from mental disturbance. This is stolen from Warwick's struggles of the same after he has been transported away after "the Rupture" event.- Same, same!



4, In Bloodborg, a sniper called Josh suffers PTSD flashbacks of head shot kills. It's all too much for Josh, he is soon sick of the killing and the mayhem of war, he has to go AWOL because he can't take much more. In Arcane, this is directly lifted for Caitlyn Kiramman who suffers flashbacks in season 2. Caitlyn experiences significant stress and moral dilemmas, showing signs of burnout from her role as an enforcer.

5, In Bloodborg, Cowboy Momahan, the leader of the Feral Fighters, has vowed to unite the gangs, the hunters and raiders of The Needles district, to fight against other districts, for full control of New Kowloon. He has announced that he will be the first King of New Kowloon. He is a Narcissistic violent and cruel scrawny rat of a man, barely kept in check with inhaled neurotransmitter drugs. In Arcane Silco demonstrates signs of narcissism and paranoia. His obsession with power and control, along with his delusions of grandeur, reflect deep psychological scars from betrayal and loss. He self regulates in the same way, yet he injects the drug into his eyeball. Silco is a subtle and more poised, dialled down version of Cowboy Momahan.

6, Viktor's declining health and obsession with Hextech lead to signs of depression, existential dread, and obsession. His isolation and desperation reflect the psychological toll of his condition. This is taken from Simon's conditions, as well as his father Chris Redgrave's conditions and psychological state. I also wrote elements of a desire to be something better and to have an unbroken body into Roy the Robot's psychological state. Roy suffers from body dysmorphia and desires a transformation, just as we see in Viktor.

7, Ambessa Medarda is devoid of sentimentality, which could suggest a form of emotional detachment or desensitization developed through tragic loss, years of hardship and violence. Her character embodies traits of emotional repression, ruthlessness, and a survivalist mindset. This psychological state is taken from Neva, an African tribal leader who lost a child, which is my direct trauma writing of the tragic loss of my niece.




Psychosis and mental illness as trauma responses in Bloodborg and Arcane characters- matched.

22

**Exhibit E- Post-Tr aumatic Amnesia and flashback like intrusions.**

Example 6- Post-Traumatic Amnesia and flashback like intrusions.

ditch. He has no recollection of the event or the preceding week having been

He states he still has no recollection of the accident. His first memory he states was waking up in hospital and he was pulling off the tubes attached to him.

"memory is very limited of the actual sequence of events which followed, and some had been pieced together from what he was told subsequently"

knocked unconscious in the collision and transferred to ITU for controlled PEEP ventilation after

head injury, which involved a period of amnesia for a week prior to the event and treatment in IGU with ventilation. He afterwards suffered from vertigo and

the following problems. Anger management, ongoing low back pain, and ongoing anterior leg pain, right worse than left with continued pain management issues. He is left with chronic post-traumatic headache, which can affect his concentration, and persistently disturbed sleep, resulting in tiredness. He is waiting for an appointment at the sleep disorder clinic.

**Post-Traumatic Amnesia and flashback like intrusions in Bloodborg.**

"The bang of each shot jumped through my body, flashing me back. Head-hopping between times…"

"She glitched back to another time. In her flashback a blonde girl lay before her, mutilated. The fear in her eyes floored D'borg. She lay beside the black-haired girl, gurgling on the rain, believing it to be blood. D'borg screamed. The black-haired girl, reached out, grasping D'borg's fingers. D'borg met the embrace, holding the girl's hand. They lay on their backs, peering up at the stars."

"Her limbs felt as if they were on fire. Her droopy right eye shot open wide. Flashes of burning bodies falling from the sky burnt into her mind, she flickered back to under the ring road. Bodies smashed against the floor all around her bed. She struggled to breathe; her right lung ached as if an elephant was standing on her chest. She passed out."

"As I sprinted across the dust field, I kept seeing flashes of the man lying in the road, his face scrunched up and his back bloody, I kept flashing back to the giant tanks of blood."

"D'borg flashed back to being human. Pain, an intense pain in her head. She was pinned to the ground, faced down, unable to move."

23



**Post-Traumatic Amnesia and flashback like intrusions in Bloodborg.**

More -

"He flashed again. He's in a dirty cage laying on his back, with no legs and stumps for fingers on his left hand."

"Slush ran through Chris's shuddering body. He edged towards the verandah. Flashes of Dillon James's bloody mangled corpse on the rocks below, pulsed through Chris's mind."

A tear dropped from her human right eye. She cried in pain. The physical pain hurt but the psychological pain and trauma, cut deeper than any sword could possibly slice, this pain slit into her soul. D'borg remembered, she remembered everything.

"A thump at the door tore away the world. A flash of blood, a pulse of doom, a reek of death. Back on the wall where many died- The explosion, The Rupture. Chris lay on his back amongst the debris of the blast. Warmth trickled from his ringing ears. Unable to move, he peered at the massive hole in The Wall."

**Post-Traumatic Amnesia and flashback like intrusions in Arcane.**

three faces keep spinning through my mind.

Arcane E1 Heavy is the Crown

The nightmare like dreams where getting worse

**Exhibit F-Trauma Gaslighting**



Look at all the M.Ws in these single frames.

**Exhibit G - Self-Destructive Coping Mechanisms.**



25

**Exhibit G- Tragic Death (loss) of Plaintiff's Niece.**

**Example 8 -Tragic Death (loss) of my Niece.**

The worst of all is Neva- Leader of the Tribe's POV, which was taken to build Ambessa and Mel's storylines and characters as well as the "Blood, Sweat & Tears" music video. Neva- Leader of the Tribe's POV is written about the tragic death (loss) of my niece when she was 3.5 years old. She was half Ugandan. The lost child which the young Ambessa is searching for in the higher consciousness in the music video, is a direct reference to the loss of my niece. This is why this POV is called African Child.

**Arcane: Season 2 | "Blood, Sweat & Tears" | Music Video | Netflix**

Rebirth after losing a child!

**This is sick, because this scene is deeply personal to me and my family.**

This too is stolen from Bloodborg: The Harvest by M.W. Wolf. The semi-psychedelic dream like sequence is Neva in a drug induced sleep realm searching the higher consciousness for her daughter Sabella.

I wrote in Bloodborg:

"She's not up there, Sabella isn't inside Mother Gaia, I've searched the higher consciousness day and night for two weeks. I've searched everywhere for her."

'Perhaps she isn't ready to be contacted.'

'Or perhaps she is reborn inside of some great animal, a bird or perhaps inside Lula.'



When inocence dies, a wolf is reborn. None of this came from your weak link. He is playing with fire and will get burnt.





Arcane: Season 2 | "Blood, Sweat & Tears" | Music Video | Netflix
(Purple or Blue people, no eyes)

In Bloodborg I wrote.

..stayed well clear of Chinotimba and the other cities. The infected and mutated people inhabited the cities. The biochemical creatures spread diseases and death in those places."

"Some even hunted Rozwi people for their eyes believing that by swallowing the eyeballs of Rozwi purebred, they would gain vitality and be saved in the afterlife by the power of the worlds inside the eyeballs."

26

"The horizon warmed with orange and red, As Neva was greeted at the village gates by two lines of warriors. An Elder held out a sharp down-pointing beak of a vulture. Neva pressed the point of the beak into the exposed chest of the warriors she had selected to dance for her.

As the warrior's danced around the village fire, Neva looked out across the rich orange horizon and imagined what it would have been like in the epoch of giraffes and elephants. Skeletons of trees pierced the dead earth, and human bones littered the land, reminding Neva that Mother Gaia was approaching her end-stage.

A warrior kicked the embers braking Neva's reverie."



The horizon warmed with orange and red     human bones littered the land     Mother Gaia (Higher consciousness)

selected to dance for her.     A warrior kicked the embers

Skeletons of trees pierced the dead earth     Neva's reverie

down-pointing beak of a vulture

### Arrowhead Formation

Arcane: Pregnant and shot in the belly, perhaps losing a child,
In Bloodborg: Neva also lost a child. I used foreshadowing to hint to the readers what happened.

"Three hyenas licked Neva's exposed swollen breasts as milk leaked from them. Neva thrust the beasts aside and sat up. She wiped the tears from her face with a cloth-sling which was intended to carry Neva's new-born daughter, Sabella

Neva wiped the hyena drool from her breasts and stood up, prepared to receive her tribesman. Neva whistled and the three Hyena's sprang to attention. The hyenas guarded Neva in arrowhead formation"



27

SER 1034





28

'Chieftain, do you want to see them dance once more,' said Elder Regua, bowing in front of Neva.

'No, I've seen enough. I choose only two. Warrior T'agon and Warrior



**The Three Hyenas**









**Hyena Skulls hung on a banner, across her left shoulder. Under is a "cloth-sling, which was intended to carry Neva's new-born daughter, Sabella."**



... in the mouth of her cave-dwelling which burrowed into a dry wall of a gorge close to where the once-great attraction stood. The blazing sun shone into h in the mouth of her cave-dwelling which burrowed into a dry wall of a gorge close to where the once-great attraction stood. The blazing sun shone into her blue-grey eyes. er blue-grey eyes.



**On her back she strapped her double-end steel blade**

29



**Exhibit H- Plaintiff missing much of his daughter's babyhood.**



30

**Exhibit I- Post war / service anxieties over geopolitical affairs.**

**Example 10- Post war / service anxieties over geopolitical affairs.**

Trumps walls and the growing divide between left and right, east and west, rich and poor.

The whole of the Bloodborg series is clearly a metaphor of my trauma and my concerns of geopolitical affairs, such as war & conflict, terrorism, radicalisation, blind obedience, oppression, division of people and unchecked capitalism, bleeding the world dry.



Bloodborg is also a depiction and study of mental illness of many kinds.



The three districts of New Kowloon are a metaphor for the struggle of emotional regulation.

Needles is too sharp, too chaotic, too staby, too much going on. It represents a manic high.

The mouth district is like falling into a mouth, its consuming, devouring, its black, deep and dark, it represents depression, hiding away, and sorrow. The mouth is ordered dullness of the mind.

The district between them is the balance which we all seek, the light! It's the shining brightly lit buildings between the two extremes, its where living can, and does, happen. It's the vices, the fleeting people and fleeting happiness. The Tetris blocks shine and fade, always swaying, always coming, always going, but they do provide light and warmth and shelter, while it lasts.

From Bloodborg- "He looked past the buildings of The Mouth, to the district he calls Tetris, after a handheld videogame which he found in an old museum on one of the lower platforms. The district is more commonly known as Solarscape or Midcity. The Solarscape district has power, thus the buildings are brightly lit, like the blocks in his videogame.

Amongst the studded buildings in the far ground, an area of needles pricked the heavens. Needles is a smaller area, only six blocks wide by six blocks long. Needles is one of the most avoided areas of New Kowloon because a feared gang of lawless wreckers, rapist and murderers patrol the platforms and gangways. They call themselves The Feral Fighters. The leader of the gang; Cowboy Momahan, is attempting to take control of all of The Needle district."

31



## Attachment

For more accessible viewing and evaluating, The Plaintiff has filed a PDF attachment of **Psycho-Emotional Analysis of Trauma in Arcane. Taken from Bloodborg, which is trauma writing directly referencing my past and my medical records,** to accompany this court document.

32

**Declaration of Truth Regarding Presented Evidence**

I, Marc Wolstenholme, hereby declare under penalty of perjury under the laws of the United States and the State of California, that the information and evidence provided in the document titled Detailed Comparison of Bloodborg and Arcane: Alleged Infringement of Trauma Writing are true and accurate to the best of my knowledge and belief.

The examples and claims outlined, including specific comparisons, psycho-emotional parallels, and character analyses, are based on:

1. My original written work, Bloodborg;

2. My personal medical records and trauma writing;

3. Observations and analysis of Arcane by Riot Games;

4. Personal experiences and creative efforts documented within Bloodborg.

This declaration is made in good faith to assert the authenticity of the provided material and its origin. All evidence cited and discussed reflects my own experiences, observations, and creative expressions.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: February 23, 2025

Signed: *M.WOLSTENHOLME.*

33

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, <br>          Plaintiff, <br> vs. <br> RIOT GAMES, INC., <br>          Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON. <br><br> *Hon. Fernando M. Olguin* <br><br> PLAINTIFF'S EXHIBIT L- OVERVIEW OF CHARACTER EVIDENCE- VI VS ROOK, PLUS ELEMENTS BORROWED FROM OTHERS IN BLOODBORG.DECLARATION OF MARC WOLSTENHOLME OVERVIEW OF CHARACTER EVIDENCE <br><br> February 23, 2025 |

Dated: February 23, 2025

*M.WOLSTENHOLME*
—————————————————
[MARC WOLSTENHOLME]

1

**SER 1041**

**I, Marc Wolstenholme, declare as follows:**

### 1. Background and Introduction

I am the plaintiff in this case against Riot Games, Inc., regarding copyright infringement and unauthorized use of original materials derived from my manuscript "Bloodborg" and related works. I submit this declaration to provide evidence supporting my request for damages and to outline the profound and ongoing impact of the defendant's actions.

### 2. Overview of Infringement

In early 2020, I submitted my manuscript "Bloodborg" to Riot Forge, Riot Games' subsidiary, which was soliciting story-driven content for its gaming and multimedia initiatives.

The manuscript contained unique narrative elements, character arcs, thematic developments, and psycho-emotional frameworks drawn directly from my personal trauma and medical records.

Subsequent to the submission, Riot Games' animated series Arcane began development and ultimately premiered on Netflix. Upon review of Arcane, it became evident that numerous narrative elements, character designs, plot structures, and aesthetic choices bore striking similarities to the contents of my manuscript.

The case number for the M.W. Wolf copyright registration document is:

**1-14654214871**

2

### 3. Evidence of Direct Infringement

I have cataloged and submitted over 100 instances of direct infringements which Arcane utilizes which accounts for a tiny fraction of the wider infringement:

Unique character dynamics and origin stories.

Themes and narrative frameworks mirroring those in "Bloodborg."

Psychological and emotional states identical to those described in my manuscript.

Many of these infringements not only mirror my work's aesthetic and narrative but also align with proprietary trauma-based storytelling elements unique to my personal experiences and writings.

In this document, I submit a Comparison of Characters from Arcane & Bloodborg. With reference to POVs from Bloodborg and Psycho-Emotional Analysis. This document is one of many comparisons. This document centers primarily on Vi Vs Rook, plus elements borrowed from others in Bloodborg.

3

**4. Similarities to Defendant's Work:**

**Vi Vs Rook Overview Comparison.**

**4a. Visual References**

For visual reference, the character on the left is Vi from Arcane. The character on the right is two different Ai renditions of Rook from Bloodborg's detailed narratives. The character under them is Vi from The League of Legends game own by Riot Games.



# Vi and Rook

Comparison of Characters



4

**4b. Backstory and Motivations**

   **Rook:** Parkour Runner Rook is a survivor shaped by a harsh dystopian environment in New Kowloon. Her motivations stem from personal loss, loyalty to her found family and the younger gangway children, and a strong sense of justice. The traumatic death of her biological parents and found families (adoptive brothers Matteo and McCauley), along with her disguised identity as a boy by wrapping her chest with bandages and hiding under a vail and hood, highlights a life lived on the edge, navigating survival and rebellion and struggling with identity.

   **Arcane's Vi:** Parkour Runner Vi hails from the grim streets of Zaun, motivated by a desire to protect those she loves, particularly her sister, Powder (Jinx) and her adoptive brothers Mylo and Claggor. After losing her parents and facing the destruction of her family when Mylo and Claggor are killed, Vi channels her pain into fighting back against oppressive forces. Vi struggles with her identity, hiding under hoods and wrapping her chest with bandages.

   **Similarity**: Both characters are defined by traumatic losses, which propel them into leadership roles. They carry guilt and a fierce determination to fight back against the systems that perpetuate suffering. Both lose their parents to murder, then they both lose their two adoptive brothers to the same. The two adoptive brothers of each share the same characteristics, body composition, personalities, personal skills and their death scenes are remarkably similar with both McCauley from Bloodborg and Mylo from Arcane being impaled by a pole. The long shabby hair of McCauley and Mylo differ only in colour.

5

Both characters are Parkour Runners, both have swollen left cheeks, and maroon veils and torn lips, both eat insects and bugs, both have practice fighting scenes to show skill development, both are indelible and resilient, both are in denial of what they must become.

**4c. Personality and Behaviours**

**Rook:** Intelligent, resourceful, and independent, Rook masks her emotions with practicality and determination. However, her softer side emerges in moments of introspection and when protecting her family or friends. Her dual identity reflects her vulnerability and adaptability.

**Arcane's Vi: Vi** is bold, brash, and headstrong. Her impulsive nature often gets her into trouble, but it also makes her fiercely loyal and protective of those she cares for. Vi's bravado hides a deep emotional sensitivity and unresolved guilt over her sister's transformation into Jinx.

**Similarity:** Both characters balance a tough exterior with hidden emotional depth, fiercely loyal to their makeshift families while grappling with internal conflicts.

**Appearance and Fighting Style**

**Rook:** Disguised with chest bandages, and under a maroon veil and hood, Rook hides her true identity. Her combat style relies on parkour-like agility, stealth, and improvisation. Her transformation into a skilled samurai fighter symbolizes her inner strength and growing self-acceptance.

6

**Arcane's Vi:** Vi's appearance changes as the story progresses. She is also hidden under a maroon veil and hood, hiding her true identity. Yet later in the storyline, she grows into herself —pink hair and muscular build—reflecting her bold personality. Her fighting style is raw and physical, she gains her agility through parkour. Yet relies on brute force amplified by her signature gauntlets. Unlike Rook's stealth, Vi's approach is direct and aggressive in her later iterations.

**Similarity:** Both are exceptional fighters whose styles reflect their identities—Rook's agility symbolizes her resourcefulness, while Vi's strength represents her unyielding determination. Both have developed their fighting styles and skills through practicing with their orphan brothers after the death of their parents, to help them survive the harsh environments in which they live. Arcane Vi's transformation in season 2 suggests she has grown away from Rook's narrative to become something closer resembling Vi from the League of Legends Game. To make and to show this transformation, it is alleged that Bloodborg's Warwick's narratives are used in a deliberate IP infringement method known as "Pick N Mix."

**The difference:** Vi has short pink hair in season 1 of Arcane and black hair in season 2. Whilst Rook has her long glossy black hair hidden under veils and hoods to mask her identity. Rook is of Asian (Indian) heritage, as is the crying bridge statue in the opening scene of Arcane, symbolizing the loss of Vi's / Rook's parents.

7

**4d. Relationships and Dynamics**

**Rook:** Her trauma and relationships define her story. From the death of her parents to her found family (Mateo and Macaulay) to her unique and complex bond with Roy the robot, Rook is fiercely protective of her loved ones. The betrayal and deaths of her family add layers of guilt and responsibility to her character arc.

**Arcane's Vi:** Vi's trauma and dynamic with her sister, Powder (Jinx), and her protectiveness over her found family (Mylo and Claggor), and the death of her parents, defines her story. Her growing partnership with Caitlyn shows her complexity in relationships. She struggles with the burden of protecting others while coping with guilt and betrayal.

**Similarity:** Both characters are shaped by their relationships, particularly the loss of their families, guilt and betrayal, and the weight of protecting those who remain. Their relationships often drive their actions and moral conflicts. Trauma is central to both dynamics.

**4e. Core Themes in Their Stories**

**Rook:** Themes of identity, trauma, family, survival, rebellion, and loyalty are central to Rook's story. Her internal conflict between her concealed femininity and her warrior persona symbolizes the struggle to reconcile different parts of herself. The broader narrative explores the fight against oppressive systems and the cost of revolution, and the trauma war and conflict cause.

8

**Arcane's Vi:** Arcane centres around themes of trauma, family, loyalty, and redemption. Vi's story highlights the personal toll of systemic oppression and the emotional struggle of fighting against those she once loved.

**Similarity:** Both stories explore the cost of trauma and rebellion and survival in dystopian settings. Themes of identity and self-acceptance are particularly strong in Rook's narrative but resonate with Vi's journey as well. Vi has a longer character arc than Rook, as only the first book of Bloodborg is written. Yet the foundations of both characters, themes and arcs are remarkably similar, down to the hobbies, mannerisms, reputations, psychological and physiological scars and ticks of each.

**4f. Unique Differences**

**Rook's Internal Conflict:** Rook's dual identity as a disguised boy adds a layer of complexity to her character. This hiding under hoods and reluctance to embrace herself is shared with Vi's younger self in early (S1 E 1, 2 & 3) episodes of Arcane. Yet in later episodes, after Vi has been to prison and had to develop a more masculine persona to protect herself and perhaps through abuse, this dual identity is contrasting as Vi's bold personality is now openly expressed. Young Rook bandages her chest to hide her femininity which she sees as a vulnerability in a dangerous, gang-led dystopian existence. Divergent, older (Season 2 Act 2), and now tattooed, Vi has grown somewhat stronger and bolder with her persona. She now bandages her chest not to hide her femininity, but to express the masculine side of her persona. This subversion can be explained merely as a continuation of character development from a tween to a young adult.

9

**Rook's Connection with Technology:** Rook's reliance on Roy and her mission involving the Neurocatcher in Bloodborg (Pink device in Arcane) intertwine technology with her personal journey of trauma and "Rags to Riches" story archetype. The submitted synopsis of Bloodborg: The Harvest states that *"Rook's subplot is the beginning of Rags to Riches."*

**Arcane's Vi:** Vi's story, while technologically influenced by Hextech and her gauntlets from the League of Legend games, focuses more on her physical strength and emotional struggles and trauma. This is a deviation, and indeed complete indifference from her in-game character and backstory. Vi's Arcane story archetype is also "Rags to Riches" yet she has branched beyond Rook's personal development state and stage and in season 2 act 2, is alleged to have merged with Bloodborg's Warwick's self-destructive coping mechanisms. Those being Pit fights, isolation, alcohol abuse, existential nihilism and self-neglect. Alleged to have been written as introspective reflections in the trauma writing of the Plaintiff.

**4g. Vi Vs Rook overview comparison conclusion.**

Rook and Vi share striking similarities in their trauma, resilience, loyalty, and fight against oppressive forces. They are both survivors navigating loss and betrayal while protecting their found families. Rook's story adds layers of identity and technological intrigue that make her distinct, while Vi's story begins in the same manner, it progresses to raw emotional intensity and directness and self-destructive coping mechanisms identical to Bloodborg's Warwick's coping strategies.

10

These two characters (Vi vs Rook) share the same narratives story beats, identical traumas, the same arcs, same distinguishing features, similar mannerisms, personalities, motivations, scars, family dynamics and even scenes. Both characters are deeply compelling heroes sharing the same personal journey of trauma and "Rags to Riches" story archetype.

The characters diverge later in the story of Arcane which spans many years over 2 seasons. Yet even the season 2 act 2 character development of Vi is alleged to be taken from Warwick's POV in Bloodborg.

In the latter half of season 2 of Arcane, when Vi's story is alleged to deviate from M.W. Wolf's narratives in Bloodborg, Vi is sidelined and does not experience any markable development and all that she has fought for, is all but marginalised. Vi's arc is eclipsed by a lesbian sex scene during preparations for pending doom, seemingly to serve the adolescent erotic fantasies of the male dominated, and reportedly toxic community of League of Legends and the alleged "Bro-mancing" showrunners / "writers." This is at a time in which Riot Games was under interventions for discrimination towards thousands of female employees after a class action lawsuit.

11

Case 2:25-cv-00053-FMO-BFM    Document 58    Filed 02/23/25    Page 1006 of 1218
Page ID #:2968

**5. Vi's inception and development.**

Vi's origins and development shares the same alleged patterns of "Swipe N Gripe" which the plaintiff alleges has been at the core of Riot Games since their 2009 launch.

**5a, Misha, the Fists of Colossus**

This image is a visual reference of Misha, the Fists of Colossus and Vi from the League of Legends Game



"Misha, the Fists of Colossus" is a fan-created champion concept for League of Legends, designed by artist FarahBoom and published on June 8, 2012. link

**https://www.deviantart.com/farahboom/art/Misha-the-Fists-of-Colossus-League-of-Legends-307052960.**

FarahBoom pitched this character to Riot but was unsuccessful in gaining a deal. Misha and her Colossus Fists are strikingly similar to Vi and her Atlas Gauntlets. While many fans have noted similarities between Misha and the official champion Vi, introduced in December 2012, there is no confirmed connection between the two characters. Many fans and

12

creators showed support for the young artist and some stated that they had contacted Riot about this alleged infringement.

One user stated, "let's just hope that riot credits this fine artist." After Misha, the Fists of Colossus was shared online, Riot Games character concepts for Ruby in roller-skates were scrapped and became Vi, with the Atlas Gauntlets.

Under the same link, A Fandom user- 18/12/2012 commented about the new Vi enforcer character and her relationship with Caitlyn, *"Is anyone else getting "vibes" between her and Caitlyn? I know their just meant to be partner's, but the pet name, the praising/taunting. This has probably been mentioned before, but... well...It add's diversity, is all I'm saying :P"*

The "pet name" being referenced is Vi's in-game Voice Line "Cupcake." Which has been alleged to have been "Swiped" from The Game Borderlands. Borderlands 2 was officially released on September 18, 2012, again, just a few months before Vi was released. In the Borderlands game series, the word "Cupcake" is often used as a playful or mocking nickname, frequently delivered with a sarcastic or menacing tone. One of the most iconic instances is from Handsome Jack, the primary antagonist in Borderlands 2.

The plaintiff makes this notation to show a pattern of much of the creation and developments of Vi and many of the other characters and "IPs" of Riot Games, beginning with fan art, fan theories and the works of other games, stories, writers, artists and shows. The Plaintiff alleges that fan theories, and his narratives of diversity were misused by Riot Games to misrepresent a change in culture at Riot whilst they were under State interventions, which has been double down upon, as evidence in the showrunners (Linke) aggressive denial of the gay relationship between Victor and Jayce.

13

**5b, Vi's differing developments over the years.**

This image is a visual reference of the map of Runeterra featuring the cities of Piltover and Zaun far apart and inland before the late 2019 update.



14

Vi, known as "The Piltover Enforcer," was introduced as a playable champion in League of Legends on December 19, 2012. Over the years, Vi's many inconsistent bios and mini stories have been expanded and refined, especially with the release of the animated series Arcane in November 2021, which delves deeper into her origins and relationships differing from her original character. The Arcane lore of Vi is now cannon to the LOL universe. Some stories have her origin location as Piltover, and others have her as a street child of Zaun. On the 2016 map of Runeterra, Piltover and Zaun were still far apart and both inland cities. A separate analysis of these cities will show how they too, have undergone significant developments and many changes to bring them aligned.

### 5c. Vi's Concept and design

Riot Games designer Josh Singh originally conceived the character as a girl named Ruby, who wears roller-skates. Singh's original concept was discarded after two years of development; she was renamed and redesigned by Paul Kwon, who gave her the code name "Piltover Enforcer". Kwon's colleague August Browning approved of his character work and decided to utilize the character as part of the team's ongoing work with introducing new playable Champions for League of Legends. Browning leaned on Kwon's illustration of Vi with oversized gloves, and as a result her gameplay mechanics are primarily based on the archetype of a punk girl with an aggressive personality. Paul Kwon's LinkedIn profile states that from March 2012 - March 2017 (5 years 1 month) he was a new Concept Artist at Riot Games, and he designed characters such as Vi during this period. Therefore, the new employee of Riot Games developed Vi who is alleged to essentially be Misha, the Fists of Colossus with pink hair, in the months

15

after she was released on DeviantArt by a young female artist, recent art college graduate, and soon after Kwon joined Riot Games.

Graham McNeill was the writer responsible for coming up with Vi's backstory as an ex-criminal who assumes the role of a "bad cop" on behalf of the prosperous city of Piltover. Her original backstory depicted her as a hot-headed and impulsive individual with a loose respect for authority. Growing up alone, she developed sharp survival instincts and a wicked sense of humour. Eventually, she joined the Wardens of Piltover, wielding powerful Hextech gauntlets to maintain peace in the city. This is not the Vi of Arcane, who is alleged to have the same narrative story as Rook from Bloodborg. Countless retcons, and updates and changes have been made, yet some of Vi's stories are still available on:

https://universe.leagueoflegends.com/en_GB/story/champion/vi/ and some of them still contain spelling errors and typos. None of them are consistent with Arcane but do contain Riot's self-reported, and alleged swipe method of "Treasured Gateways."

Riot Games's "Treasured Gateways." business practice will be explained in full in a separate report.

16

### 5d. Narrative development history at Riot Games

The Plaintiff proposes, before 2019- Riot Games has no in-depth nor consistent lore but knows it needs it and knows that its employees are not going to put their best foot forward. It is widely reported, and I quote, that Riot Games is a place where creatives go to "Fuck about and get paid", to take a brake and work on their own material whilst Riot Games pays them well, at the expense of oppressive NDA's and sexually harassing and toxic "Bro-mancing" working environments.

Because of this, Riot Games best chance is "Swipe n Gripe" and it knows so. Early on in its life, from 2009 onwards, Riot Games laid "Treasured Gateways." These are one liner ambiguous sayings or overview stories with massive gaps, open to interpretation and adaptation, like "Glorious Evolution", which will be explored in another document. Riot expands, dropping IP swipe traps as well as vague and malleable plausible deniability nuggets everywhere. It has over 169 characters, and features many animals and other creatures, each with many skins, styles and personas with thousands of one liners and inconsistent features, backstories and properties across a number of different worlds, games and stories, each laying tiny so called "Treasured Gateways" which they can use as nodes of theft, or IP swipe traps.

Riot normalises backdating, changing appearances, changing stories and even total retcons to hide its tactics of theft and backdating. Thus, when they must erase evidence of IP crimes, it doesn't seem so suspicious. The fans communicate online, stitching together theories, narratives and backstories of their own. An example would be the fan theory that Jinx hates Vi because they are sisters, despite them being from different cities which are not yet fleshed out and started far apart on the map. Piltover and Zaun also have many different and

17

inconsistent stories of existence and positions on the map. On the fan wiki SmilianTheGrin

14/03/2023 commend, *"Vi was raised in the lawless outskirts of Piltover" I'm not sure how much*

*more clear it needs to be that it was from before Zaun was a thing."*

Riot "Pick n Mix's what it likes, has a few employees send out a few teasers to

pretend that it was always a plan, like "Ghostcrawler" Greg Street did for Vi and Jinx being

sisters in a 2017 interview. Then when they find a place to mix in these Treasured Gateways,

allegedly stolen, they force it into their evolving narrative, then retcon whatever no longer fits

the narratives or characters, words or worlds.

The Leagueoflegends.fandom.com/wiki, which is owned by Riot Games, states

that "Before the release of Arcane, Vi and Jinx were often theorized by the community to be

sisters. The reference to this on Jinx's release was her quote, *"You think I'm I'm crazy? You*

*should see my sister". Though there was never any implication that the sister was Vi, Vi players*

*equated Jinx's antagonization of Vi specifically as sisterly bonding... Incidentally, Jinx only*

*antagonized Vi specifically on English-speaking servers. Other servers showed her antagonizing*

*other champions… In an interview with Ghostcrawler, he mentioned that Jinx and Vi are*

*"sisters", but later confirmed he was merely stating what he thought was true, and that the*

*narrative team said otherwise."*

**5e, Vi's Narratives and Stories**

Before the release of Arcane, Vi's character in League of Legends was developed

through various narratives and stories that provided insight into her background and personality.

Some notable stories featuring Vi include.

18

*Vi's Original Biography*

"The Piltover Enforcer," Introduced in December 2012, Vi's initial biography detailed her transformation from a Zaunite criminal to an enforcer in Piltover. This backstory highlighted her journey towards becoming a protector of Piltover.

*Interrogation 101.*

A short story that showcases Vi's approach to law enforcement in Piltover. It provides a glimpse into her methods and interactions with other characters, emphasizing her tough and no-nonsense attitude.

*Child of Zaun*

Released on December 10, 2019, this short story delves into Vi's return to her roots in Zaun as part of an investigation. It explores themes of law, order, and justice.

When inquiries were made into Vi's bio the Plaintiff was informed by Prestige Edition, long standing content creators of LOL material, most notably the audiobooks, *"This version was updated by Graham McNeill in 2019 (he wrote the original back in 2016). I imagine they'd probably update it again, but Riot hasn't given their Universe page much attention recently."*

These stories contributed to the development of Vi's character in the League of Legends universe prior to the expanded narrative presented in Arcane. However, they are incompatible and unrecognizable to the Vi in Arcane. Fans have noted this, some defending the contrasting stories by suggesting that Arcane is a different universe. However, Riot Games have now made Arcane the official canon lore, effectively overwriting Vi and her stories before Arcane.

19

**6. Key structural Overlaps**

The Plaintiff alleges Rook's detailed narrative and point of view (POV) influenced and was used to build Vi's development from a more simplistic League of Legends character into her fully realized portrayal in Arcane.

Herein, The Plaintiff highlights key overlaps and structural similarities between Rook's POV and Vi's arc in Arcane. This will include character elements, worldbuilding, and themes to identify inspirations, crossovers and parallels.

**6a. Character Development: From Cardboard to Fully Realized**

**Vi in the Game** (League of Legends): In the game, Vi was a more straightforward character—defined as a brash, punch-first enforcer with little nuance. Her backstory was sparse, focusing on her rebellious nature and work with Caitlyn as an enforcer of Piltover. In one of her backstories, Vi took a pair of metal mining gauntlets and punched a hole in a wall to free miners. Much later, Hextech was added to the story, referring back to the Misha, the Fists of Colossus story of the gloves being made by Victor/ Jayce.

Soon after her December 2012 release, fan theories suggested that it would be good for diversity to make Vi and Caitlyn into love interests. Yet this was never planned nor promoted by Riot. Moreover, Fan theories suggested that Vi and Jinx (In the Games) have one liner digs at each other because they might be sisters. In 2017 Greg Street, a former developer at Riot Games, stated in an interview that they were sisters but then recanted.

20

**Vi in Arcane:** Arcane transformed Vi into a multi-layered character with deep emotional struggles, a tragic past, and complex relationships, particularly with her sister Jinx and love interest Caitlyn.

**6b. Parallels with Rook:**

Rook's Depth vs. Vi's Transformation: Rook's POV demonstrates a similar journey from survival-focused pragmatism to deeply emotional and moral struggles. The transformation of Vi in Arcane parallels Rook's emotional depth and multidimensionality—both are more than fighters; they are protectors burdened by loss.

Loss and Family Motivation: Rook's driving force is the protection of her found family, followed by the devastating loss of that family. Vi's story in Arcane mirrors this, as she fights for Powder (Jinx) and later wrestles with guilt and sorrow when she loses her to the darker forces of Zaun.

*Worldbuilding and Setting*

**Rook's New Kowloon:** The dystopian, layered cityscape of New Kowloon is richly described. Its divisions between wealth, ruin, and squalor create a living, breathing environment. The oppressive Feral Fighters and the gangway children build a vivid picture of life at the margins, reinforcing themes of systemic oppression and rebellion. The "healthy" and able live high up on the platforms and gangways above the smog. The ill, diseased and mutated live deep down in the sunken and smog-filled underbelly of what was former Manhattan.

21

**Arcane's Zaun and Piltover:** Zaun's industrial, polluted depths contrast with Piltover's gleaming progress, much like New Kowloon's Needle District against the "Tetris" District which both sit above the diseased and desolate and the under lanes. The stark disparities between rich and poor, along with the systemic exploitation of marginalized people, draw parallels with Rook's world.

**Both under threat of gangs and gang leaders:** In New Kowloon, Rook is living with, and fighting against, the threat of Cowboy Momahan and his Feral Fighters. Cowboy Momahan has vowed to unite the gangs for war and to become the first king of New Kowloon. In Arcane, Vi is living with, and fighting against, the threat of Silco and his gang of Goons. Silco has vowed to unite the gangs for war and to become the first king of Zaun, the polluted underbelly of Piltover, which started nowhere near Piltover on the map, until after Bloodborg was written and circulated. Both Cowboy Momahan and Silco are narcissistic violent and cruel scrawny gang leaders working with topside to achieve their aims of power and control of the underbelly.

**Other alleged Influences:** It is alleged that, the layered verticality of New Kowloon's geography and its socioeconomic divide inspired Arcane's approach to Zaun and Piltover, which emphasizes similar contrasts between the oppressed undercity and the privileged upper echelons.

22

**6c. Themes of Identity and Rebellion**

**Rook:** Disguising herself as a boy to navigate a world of danger adds layers of complexity to Rook's identity. She wrestles with her yearning for femininity while maintaining a masculine, hardened persona that ensures survival. Her rebellion against oppressive systems is deeply personal, driven by the loss of her family and friends.

**Vi**: While Vi doesn't disguise her gender, she struggles with it and attempts to mask it in the same manner of wrapping her breasts in bandages. Just like Rook, Vi understands that in harsh and lawless environments femininity is taken advantage of, thus she expresses her masculine persona. Her identity as a protector and her struggles with guilt and anger form the core of her character. Her rebellion against Piltover's systemic injustices is rooted in her loyalty to her family and her desire for redemption. This is the same as Rook's motivations.

**6d. Thematic Overlap:**

Both characters navigate personal identity in oppressive systems. Rook's struggle with survival and rebellion mirrors Vi's internal conflict between her enforcer role and her origins in Zaun. Both are dealing with trauma, one and the same.

**6e. Relationships and Emotional Stakes**

Rook's emotional stakes are heightened by her bonds with Mateo and Macaulay, as well as her mentorship role for the gangway children. The betrayal and death of her brothers devastate her, propelling her deeper into the fight. Roy, her robotic friend, adds a layer of unique emotional support, creating a bond between machine and human that echoes found family

23

dynamics. This bond deepens in books 2 and 3, not yet written but foreshadowed and hinted at in book 1.

Vi's relationships define her journey. Her protective role toward her brothers and Powder (Jinx) and her guilt over the brothers' deaths and Jinx's estrangement drive much of Arcane's emotional core. Her partnership with Caitlyn also echoes Rook's relationship with Roy—a dynamic of mutual trust and support that evolves over time.

**Key Parallel:** The deeply emotional stakes in Rook's and Vi's stories are strikingly similar, centring on loyalty, trauma, loss, and rebuilding trust.

### 6f. Fighting Style and Visual Imagery

**Rook:** Agile and acrobatic, Rook fights with stealth and precision. Her reliance on her environment, parkour, and ingenuity creates visually dynamic action scenes.

**Vi in Arcane:** Vi's fights are visceral and personal. While she relies on brute strength more than agility, the choreography of her fight scenes shares a sense of raw energy and determination that echoes Rook's approach. It's alleged that the detailed, fluid descriptions of Rook's parkour-style movements in combat inspired Arcane's emphasis on dynamic, emotionally charged fight sequences, particularly Vi's brawls, rolls and parkour-style movements. This fighting dynamic and heightened fight IQ is contrary to the standard LOL cinematics which the alleged "Bro-mancers" have been noted as obsessively calling "Fight Porn"

It is alleged that Arcane Vi's fighting style and sequences are a mix of her in game style of smash (Fight Porn) and more informed and intellectual style of Rook from Bloodborg.

24

### 6g. Symbolism and Emotional Arcs

**Rook's Chess Piece:** The white rook chess piece symbolizes her lost family and her journey of self-discovery. It grounds her in her humanity while pushing her toward her destiny. Towards the end of her story arc in book 1, Rook is symbolically given a samurai sword to mark what she will become. She is unofficially told that she will become "Queen of the rebuild", which we see in Arcane's Caitlyn in season 2. The character who tells Rook this is a spiritual guardian named B. In Bloodborg, B is a disguised ancient cyborg sorcerer, she teleported Warwick away as he was about to die. Which is an almost identical plot beat used for Jayce in the opening of Arcane season 1 episode 2. B shows up mysteriously in times of crisis or near death. B gave this samurai sword to Rook to symbolically "Pass on the torch" to tell her that she is ready.

**Vi's Gauntlets:** Vi's gauntlets represent her strength and role as a protector. They are both a weapon and a burden, tying her to her past and her fight for redemption. Whilst this has been an aspect of Vi from her creation and indeed, leads back to Misha, the Fists of Colossus, which is the character Vi is alleged to have been stolen from, it is not the same in Arcane. In Arcane, the gauntlets are a symbol of the death of Vi's parents on the bridge, the same symbolic function as Rook's chess piece, and this was not and has never been an aspect of Vi's character before Arcane. Vi is symbolically passed down the gauntlets via her adoptive guardian Vander- who is alleged to be Warwick in Bloodborg- to symbolically "Pass on the torch" to tell her that she is ready.

Both characters carry symbolic objects that define their arcs, connecting them to their past and their purpose. Both characters are connected to, and reminded of, the death of their

25

parents via the objects and both have weapons passed down to them to symbolically "Pass on the torch" to tell them that they are ready to fight back against oppression and perceived evil or crimes.

### 6h. Supporting Evidence

An abundance of circumstantial evidence cannot be ignored nor explained away. It is alleged that Rook's POV directly inspired Vi's Arcane character, the structural and thematic similarities are notable:

*Character Transformation:* Both Rook and Vi evolve from fighters into deeply layered characters with rich emotional arcs.

*Worldbuilding:* The vertical, dystopian geography and socioeconomic struggles in Rook's New Kowloon share significant overlap with Zaun and Piltover.

*Themes and Relationships:* Both characters navigate personal identity, familial loyalty, and rebellion against systemic oppression.

*Visual and Narrative Style:* Rook's dynamic, parkour-heavy action sequences parallel Vi's choreography in Arcane. The symbolic use of objects (e.g., the chess piece, sword, the gauntlets) reinforces their journeys.

### 6i.  Conclusion of Key structural Overlaps

The Plaintiff alleges that it's impossible that so many key structural overlaps could take place in characters from two bodies of work, directly preceding submission of Bloodborg to Riot Forge and other literary agents, without IP being directly and purposely infringed upon. The Plaintiff alleges that many elements of Rook's POV were used as inspiration

26

to flesh out Vi in Arcane. The nuanced emotional stakes, rich worldbuilding, and layered themes in Rook's narrative align with how Arcane brought depth and humanity to Vi's character. The parallels are compelling and suggest that Rook's POV contributed to shaping Vi's transformation from a game archetype cardboard character into the fully realized hero of Arcane.

Moreover, The Plaintiff alleges that he has identified a history and propensity of Riot Games and it's "Treasured Gateways." business practice, to build plausible deniability post theft into their business plans and products. Additionally, The Plaintiff argues that he can evidence a long history of "Swipe N Gripe" and "Pix N Mix" of the IP and work of fans, fan theories, fan art and from other disadvantaged and vulnerable competitors who do not have the means nor ability to fight back. The Plaintiff argues that this equates to bullying and violation of anti-competitive laws, also referred to as antitrust laws in some jurisdictions.

In doing so, Riot Games misused Plaintiff's submission under false pretenses and delayed the Plaintiff's ability to bring competing content to market, which constitutes unfair competition under California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200). Federal courts can hear state law claims under 28 U.S.C. § 1367 if they arise from the same facts as the copyright claims. Case management hearings are required to separate or consolidate the four cases as both District and Federal courts cases are now open.

Please note, this is a macro-overview and does not represent Plaintiff's full and finished comparison of Vi vs Rook. Micro story elements, character cross overs and actual writing vs onscreen interpretations will follow.

27

**7. Legal Frameworks**

This section provides the legal basis for the claims asserted by the Plaintiff under federal and state law.

**CASE 1. Copyright Infringement (17 U.S.C. § 501)**

The Copyright Act of 1976 provides the framework for protecting original works of authorship, including literary works, against unauthorized use. Under 17 U.S.C. § 501, any violation of the exclusive rights of a copyright owner constitutes infringement. These exclusive rights include reproduction, distribution, public performance, public display, and preparation of derivative works.

*Legal Elements of Copyright Infringement:*

To establish a claim for copyright infringement, the plaintiff must prove:

Ownership of a Valid Copyright: The plaintiff must demonstrate that they own a valid copyright in the allegedly infringed work. Registration with the U.S. Copyright Office is considered prima facie evidence of validity.

Copying of Protected Elements: The defendant must have copied original elements of the copyrighted work. Copying may be established through direct evidence or inferred from access to the work and substantial similarity.

*Relevant Cases:*

Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991): Defined the threshold of originality required for copyright protection.

28

SER 1068

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000): Addressed the "access and substantial similarity" test in establishing copying.

**Copyright Law in the UK**

The legal framework governing copyright in the United Kingdom is primarily set out in the Copyright, Designs and Patents Act 1988 (CDPA 1988). This legislation, along with subsequent amendments, protects original works of authorship and provides legal remedies against unauthorized use of such works.

*Automatic Protection:*

Copyright protection arises automatically upon the creation of an original work. There is no requirement for registration, as in some jurisdictions like the United States.

*International Protection*

The UK is a member of international treaties such as the Berne Convention and the WIPO Copyright Treaty, which provide reciprocal copyright protection across member countries. This means that works first created in the UK are protected in other countries that are members of these treaties, and vice versa.

*Relevant UK Case Law*

Designers Guild Ltd v Russell Williams (Textiles) Ltd (2000): Established the importance of substantial copying and originality in proving infringement.

Elanco Products Ltd v Mandops (Agrochemical Specialists) Ltd (1994): Addressed implied licenses and copyright disputes in the context of collaborative works.

29

Football Dataco Ltd v Yahoo! UK Ltd (2012): Confirmed that original databases could qualify for copyright protection under the intellectual effort requirement.

International Laws:

EU Competition Law: Covers anti-competitive practices within European markets.

UK Competition Act (1998): Addresses abuse of market dominance and anti-competitive agreements.

**Conclusion**

The Copyright, Designs and Patents Act 1988 provides robust protection for authors and creators in the UK. Copyright law ensures that creative works are safeguarded from unauthorized use while allowing for limited exceptions to foster creativity and public interest. UK copyright owners also benefit from reciprocal protection in other countries through international treaties, providing a broad scope of legal recourse against infringement.

Plaintiff in Pro Per is a UK citizen, uneducated in, and unexposed to, U.S. district and federal legal systems and laws. The plaintiff does not plead ignorance, but is trying to rapidly respect, learn and adhere to all district and federal laws and requirements. The plaintiff respectfully asks the court to note the limitations and disadvantages, but also to make reasonable adjustments for the plaintiff's personal vulnerabilities, disabilities and learning difference. The Plaintiff will also ask the court to make reasonable time adjustments for postage from the UK to California.

30

The Plaintiff cites both the Berne Convention and the WIPO Copyright Treaty. Article 5(2) of the Berne Convention explicitly states that enjoyment and exercise of copyright "shall not be subject to any formality," meaning registration is not required to gain protection.

Additionally, The Plaintiff has learnt that his work may still be required to be registered under US copyright. The Plaintiff has filed a 10-book unpublished copyright registration, citing 2025 as the completion of the last book as required by law. Bloodborg: The Harvest (of which this copyright case stands) is the second of these 10 books, written between 2018 and 2019. The case number for this copyright registration document is: **1-14654214871.**

### CASE 2. Vicarious Copyright Infringement (17 U.S.C. § 501)

Vicarious copyright infringement occurs when a party benefits financially from another's infringing activity and has the right or ability to supervise or control the infringing conduct. It does not require direct participation in the infringing act but arises from a relationship that enables the infringement.

*Legal Elements of Vicarious Copyright Infringement:*

Direct Infringement by a Third Party: There must be an underlying act of copyright infringement.

Financial Benefit: The defendant must derive a direct financial benefit from the infringing activity.

31

Right and Ability to Supervise: The defendant must have had the authority to supervise or control the infringing activity but failed to prevent it.

**Relevant Cases:**

Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd., 545 U.S. 913 (2005): Addressed the concept of vicarious infringement in the context of peer-to-peer file-sharing.

Fonovisa, Inc. v. Cherry Auction, Inc., 76 F.3d 259 (9th Cir. 1996): Clarified that financial benefit and the ability to control are critical elements of vicarious liability.

**CASE 3. Unfair Competition (California Business & Professions Code §**

**17200)**

California's Unfair Competition Law (UCL) prohibits "any unlawful, unfair or fraudulent business act or practice." A violation of UCL can arise from:

Unlawful Acts: Violations of other laws or regulations serve as the predicate for a UCL claim.

Unfair Acts: Conduct that is unethical, oppressive, or injurious to consumers or competitors.

Fraudulent Acts: Business practices likely to mislead or deceive the public.

Legal Elements of Unfair Competition:

The defendant engaged in unlawful, unfair, or fraudulent business practices.

32

The plaintiff suffered an economic or reputational injury as a result of the defendant's actions.

**Relevant Cases:**

Cel-Tech Communications, Inc. v. Los Angeles Cellular Telephone Co., 20 Cal. 4th 163 (1999): Defined the "unfair" prong of the UCL for claims brought by competitors.

Kwikset Corp. v. Superior Court, 51 Cal. 4th 310 (2011): Clarified standing under the UCL requires economic or property loss.

**CASE 4. Intentional Infliction of Emotional Distress (IIED) (California Civil Code § 1708)**

Under California Civil Code § 1708, an individual may bring a claim for intentional infliction of emotional distress (IIED) where the defendant's conduct is extreme, outrageous, and intended to cause severe emotional harm.

Legal Elements of IIED:

Extreme and Outrageous Conduct: The defendant's actions must go beyond all bounds of decency, tolerable in a civilized society.

Intent or Reckless Disregard: The defendant must have acted with the intent to cause emotional distress or with reckless disregard for the likelihood of causing distress.

33

SER 1073

Severe Emotional Distress: The plaintiff must have suffered significant and debilitating emotional harm.

Causation: A direct link between the defendant's conduct and the plaintiff's emotional distress must be established.

**Relevant Cases:**

Christensen v. Superior Court, 54 Cal. 3d 868 (1991): Addressed the standards for "outrageous" conduct in IIED claims.

Hughes v. Pair, 46 Cal. 4th 1035 (2009): Clarified that severe emotional distress requires suffering that is substantial, not trivial or transitory.

**Conclusion**

These legal frameworks establish the statutory and common law foundations for Plaintiff's claims. They demonstrate that Plaintiff's causes of action are supported by well-established legal principles and case precedents. Plaintiff respectfully asserts that the facts alleged in the Complaint are sufficient to satisfy these legal standards and warrant relief.

34

**Accommodations for Pro Se Litigants in U.S. Courts**

Again, respectfully, Plaintiff in Pro Per is a UK citizen, uneducated in, and unexposed to, U.S. district and federal legal systems and laws. The plaintiff does not plead ignorance, but is trying to rapidly respect, learn and adhere to all district and federal laws and requirements. The plaintiff respectfully asks the court to note the limitations and disadvantages, but also to make reasonable adjustments for the plaintiff's personal vulnerabilities, disabilities (Complex PTSD and comorbid illnesses) and learning difference of dyslexia.

Plaintiff cites the Federal Court's Duty to Construe Pro Se Pleadings Liberally. In U.S. federal courts, pro se litigants are entitled to certain accommodations. Courts are required to construe pro se filings liberally to ensure fairness.

**Key Case Law:**

Haines v. Kerner, 404 U.S. 519 (1972): Established that pro se pleadings are held to "less stringent standards" than those drafted by attorneys.

Erickson v. Pardus, 551 U.S. 89 (2007): Reaffirmed the principle of liberal interpretation for pro se filings, emphasizing that courts must review filings in the most favorable light to the litigant.

35

**SER 1075**

**Reasonable Accommodations Under the ADA.**

The Plaintiff has limitations and disabilities that affect his ability to litigate effectively, these can be evidenced on request of the court if required. The Plaintiff asserts that under the Americans with Disabilities Act (ADA), and by extension shared laws, ethical and value standards, he may be entitled to reasonable accommodations but will endeavor to meet and respect all requirements of the court.

*Reasonable Adjustments:*

Extensions for filing deadlines.

Allowing non-standard forms of communication, such as email, for submitting documents.

Granting additional guidance or leniency in procedural matters.

Granting mediation and protection from bullying and aggressive legal strategies of the defendant to evade lawful processes, to complicate the cases and to build falsehoods, unfair court bundles and undo stress and burden on the Plaintiff.

36

**SER 1076**

**8. The Plaintiff's concerns.**

The Plaintiff is particularly worried about the non-cooperation of Riot Games in pre-litigation discovery and their bad faith negotiations, and retaliations for the past three years. The Plaintiff believes that, without federal or state help and interventions, especially in the discovery process, he cannot gain a fair and proper trial, and he will continue to be faced with emotional harm and legal trickery to build technicalities to have the cases kicked out- which has already been threatened by the defendant's representatives at Greenberg Glusker in a 2021 letter- and to frustrate the cases to cause harm and stress.

It should be noted that after the success of Arcane- which is now leading the directions of all of Riot Games's universe canon lore and all of their future narrative storytelling in film, animation and TV- Riot Games shutdown the Riot forge publishing arm of their company (Where Bloodborg was submitted) and laid off 11% of their work force, of over 500 people. A large percentage of these employees were working in narrative roles.

The Plaintiff has had limited communication with some of these laid off former employees. Many are reluctant and scared to talk out against Riot Games. An undercurrent of fear of retaliation and of being sued due to oppressive NDAs can be evidenced.

Moreover, The Plaintiff has concerns about a possible correlation between those 11% who were laid off and employees who have spoken out about, or cooperated with investigators, regarding Riot Games's past crimes, discriminations and unethical behaviors and business practices.

The Plaintiff feels vulnerable but fears wider concerns at Riot Games.

37

February 23, 2025        *M.WOLSTENHOLME.*

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

38

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
| Plaintiff, | HON. FERNANDO M. OLGUIN |
| vs. | PLAINTIFF'S EXHIBIT M- COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS |
| RIOT GAMES, INC., | |
| Defendant | |
| | FEBRUARY 23, 2025 |

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

1

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1079**

## 1.  Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

## 2.  Evidence Submitted:

I submit the following evidence of COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

## 3.  Comparison of Characters:

This document specifically shows the striking similarities between Neva in Bloodborg, Neva, compared to Ambessa, and Mel Medarda, with reference to savior Viktor and his white-eyed followers. in Arcane and in the Blood Sweat and Tears music video, which is an extended narrative of Arcane.

2

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1080**

To demonstrate the similarities and alleged infringements between Bloodborg and Arcane (and its spin-offs), The Plaintiff will structure the analysis to highlight thematic and narrative parallels between Neva (from Bloodborg) and Ambessa Medarda (young Ambessa from the Blood, Sweat, and Tears music video, and her older version from Arcane), as well as other characters such as Mel Medarda. Additionally, The Plaintiff will show that after also visiting the higher consciousness, savior Viktor and his white-eyed followers, including Salo, are infringements of the higher consciousness narrative and the white-eyed children of Gaia storyline. Additionally, the use of these literary functions as a mirror story, is also alleged to have been lifted from Bloodborg. This will establish a case that Arcane borrowed significantly from Bloodborg's worldbuilding, characters, and central themes.

### 1. Leadership and Power: Neva vs Ambessa Medarda

**Neva-** Neva leads the future coming of the Chachiwiri Rozwi tribe in a post-apocalyptic world marked by scarcity, war, and survival against human and environmental threats. Her leadership is rooted in strength, maternal care (both symbolic and literal), and her spiritual connection to Mother Gaia. Her fierce resolve is tempered by her grief over her lost daughter Sabella, but this pain fuels her purpose as a protector of her people and the earth. Neva's ability to command loyalty (from her tribe and the genetically bred hyenas) reflects her primal, elemental leadership, deeply intertwined with nature.

3

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Ambessa Medarda-** Young Ambessa Medarda, as depicted in Blood, Sweat, and Tears, mirrors Neva in her commanding presence, her tribal warrior aesthetic, and her dominance over the battlefield. Older Ambessa from Arcane is an imperialist and militaristic leader, with a pragmatic approach to power and dominance. She, like Neva, is a central figure in determining the fate of her people and wields her influence strategically to survive in a hostile, competitive world. Her maternal complexity (in her relationship with Mel) mirrors Neva's grief over Sabella, showing that even the most powerful women are shaped by loss and the need to secure the survival of their "offspring," whether biological or symbolic.

### 2. Maternal Symbolism: Neva, Ambessa, and Mel Medarda

**Neva and Sabella-** The tragedy of Sabella's "stillbirth" associated with arrows, and Neva's inability to find her aura within Mother Gaia is a poignant exploration of maternal grief and its transformative power. We see the same in young Ambessa in the music video, where she too was shot in the belly with an arrow and, she too visited the higher consciousness realms to search for answers and for her daughter. She too was gifted a "white-eyed child of great importance." It should be noted that the foreshadowing of the arrow to the belly is kept a secret in Bloodborg to help Neva grieve. It was in fact her rival tribe lover and Sabella's father who shot her in the belly during a moment of psychosis caused by the illness infecting the world.

Neva's quest to save the world and find the baby boy with white eyes stems from her maternal instincts and her bond with Sabella. The milk that leaks from her swollen breasts

4

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

becomes a recurring image of her unresolved motherhood, symbolizing life and nurturing even as she endures great personal suffering. There is a major plot twist unrevealed here.

Likewise, Riot Games have left much of Mel and Ambessa's backstories vague, or unresolved. Mel's important quest hasn't yet been revealed in the ongoing projects of the newly formed animation and live-action departments of Riot Games. However, it has been shown in the "Welcome to Noxus - Bite Marks" cinematic that Mel continues the storyline of Arcane. She goes on her quest to save the world, or however Riot wishes to mask or subvert it.

**Ambessa and Mel Medarda-** In Arcane, Ambessa's strained relationship with Mel highlights a form of "broken" motherhood. Ambessa's ruthless approach to power and politics created an estranged, emotionally scarred daughter who rejects her mother's militarism. This complexity resonates with Neva's internal conflict of nurturing versus leading in a brutal world. Furthermore, the allegation that Mel is the white-eyed child in Bloodborg strengthens maternal symbolism, suggesting a deep connection which is far beyond chance.

In the Bloodborg trilogy, it is planned that Neva is overbearing and violently protective of the white-eyed child (Boy) because she lost a daughter. In Arcane, Ambessa is overbearing and violently protective of her white-eyed child (Mel) partly because she lost a child, Mel's brother Kino Medarda.

5

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

### 3.  Spirituality and Connection to Nature

**Neva and Mother Gaia-** Neva's relationship with Mother Gaia is central to her identity. As a shamanic figure, she connects to the higher consciousness, searching for answers and strength to protect the earth. Her tribe's rituals and the idea of a chosen saviour born from the Baobab tree reinforce her role as a spiritual leader tied to the earth.

**Ambessa and the Medarda Empire-**Ambessa's dominion and her militaristic control of resources (mirroring Neva's protection of the tribe's water and food) position her as a figure of natural authority. While she lacks Neva's spiritual connection to nature, Ambessa exerts control over resources, just as Neva ensures the survival of her people through sacred traditions. Ambessa visits the higher consciousness realms to fight for her daughter to survive, somehow making Mel a magical, white-eyed child.

**Mel as the White-Eyed Child-** Mel is alleged to be the white-eyed child from Bloodborg (symbolizing rebirth and hope for a destroyed world), her estrangement from her mother parallels the broader theme of humans breaking away from nature's protective embrace in Bloodborg.

### 4.  Warrior Iconography and Hyenas vs. War Machines

**Neva and Her Hyenas-** The genetically engineered hyenas in Bloodborg symbolize loyalty, companionship, and primal power. Each hyena reflects Neva's inner

6

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

struggles. Malik is fierce, Adisa is cunning, and Lula is nurturing yet untapped. These animals are extensions of Neva's will and embody the Rozwi tribe's symbiosis with nature. In Arcane, the "Wolf" fills the same inter animalistic soul and spiritual guardian role as the Hyenas. Both are cunning and dangerous. Wolves and hyenas are both wild animals with unpredictable behaviors, yet they are also both nurturing, social "Pack" animals. This is the spiritual heart of both Neva and Ambessa, and by extension, their respective, white-eyed children.

**Ambessa and War Machines-** Ambessa's reliance on military power and machines in Arcane mirrors Neva's relationship with her hyenas. Both women use these tools, beasts and machines alike, as instruments to protect and enforce their will. This juxtaposition highlights the shift from nature-based survival in Bloodborg to industrial warfare in Arcane. It's alleged that it's the same story told with a different lick of paint. Neva has three spiritual guardians, represented in arrowhead formation, as does Ambessa. Neva is gifted a white-eyed child of great importance, as is Ambessa. Niva is sent on a quest with the child, to save the world, which is to protect the child, as is Ambessa. Mel is that child, grown up and still following her quest.

5.  **White-Eyed Figures: Mel, Morgan, and Ambessa.**

**White-Eyed Morgan and the Child-** The white-eyed figures in Bloodborg (the stillborn child, Morgan, and the clone) serve as symbols of rebirth, knowledge, and hope. They connect to Mother Gaia's plan for humanity's survival, bridging past destruction and future renewal.

7

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Mel and Ambessa-** Mel Medarda's golden-hued, almost divine aura in Arcane is often interpreted as her inheriting a "higher purpose" beyond the earthly wars Ambessa fights. Bloodborg's white-eyed child is alleged to have become Arcane's Mel, her estrangement from her mother reflects the lost connection between humanity and nature. It's alleged that Ambessa was created from the warrior women of Bloodborg, and she carries forward the legacy of Neva's maternal strength and warrior spirit, updated for a technological, steampunk aesthetic.

### 6. Thematic Overlaps: Dystopia, Survival, and Revolution

Both Bloodborg and Arcane explore dystopian worlds marked by societal collapse, exploitation, and rebellion. Neva and Ambessa are both powerful women navigating fractured societies while balancing personal grief, maternal instincts, and the demands of leadership. The theme of revolution is central to both narratives. Neva's quest to save Mother Gaia mirrors Morgan's uprising in Bloodborg and Ambessa's imperial strategies in Arcane, plus Mel's ongoing quest, which is the white-eyed child's quest in Bloodborg. The borrowed imagery of tribal rituals, nature's saviors, and technologically advanced oppressors creates a clear lineage between the two worlds.

Additionally, Neva's POV in Bloodborg, is called The African Child. This is a direct reference to the Plaintiff's half Ugandan niece's tragic death in the UK. Like all of Bloodborg and indeed, M.W. Wolf's catalog of fiction, this is trauma writing, which is a hallmark of the central pocket universes of the M.W. Wolf Megaverse of Fiction.

Indeed, the M.W. Wolf slogan is: *"Dark and gritty adult fiction with grand themes of implicitly examining the human condition."*

8

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

# Exhibits

**Exhibit A- Extracts from Bloodborg alleged to have been used to build Mel and Ambesssa.**

**Exhibit A1. Maternal Symbolism and Leadership**

*Bloodborg – Neva's Milk and Maternal Struggle*

BB- *"Neva thrust the beasts aside and sat up. She wiped the tears from her face with a cloth-sling which was intended to carry Neva's newborn daughter, Sabella.*

BB- *'It's Sabella's milk,' she sighed, her body shrivelling as she spoke."*

*Arcane – Ambessa and Mel's Relationship*

*"She was a manipulative, calculating, ruthless, and powerful warlord from Noxus. Ambessa thought of her family as the most important part of her life and was determined to secure her legacy." https://arcane.fandom.com/wiki/Ambessa_Medarda*

**Infringement Crossover:** Both characters' leadership is juxtaposed with their failure as mothers. Neva's milk symbolizes her grief over Sabella's death, just as Ambessa's role

9

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1087**

in her son's death haunts her relationship with Mel. Both mothers are portrayed as simultaneously nurturing and destructive.

## Exhibit A2: Warrior and Tribal Iconography

**Bloodborg –** Neva's Ritual Armour

BB- "Neva placed on her ritual headdress, made from the bones of her ancestors and the teeth of lions. Hyena skulls hung on a banner, across her left shoulder.

BB- "Her shield was made from the hide of a Nile Crocodile, a warrior's rite of passage."

**Blood, Sweat, and Tears Music Video –** Ambessa Medarda's Warrior Aesthetic

Ambessa is seen wearing gold-plated armour with tribal patterns, adorned with bone-like decorations on her chest and shoulders. Her design explicitly evokes a powerful warrior matriarch rooted in tribal tradition. She wears the baby carrier sling under her armor, she has similar twin curved blades.

Infringement Crossover: Ambessa's character design in Blood, Sweat, and Tears mimics Neva's armour and tribal themes, particularly the use of animal leather, baby sling and animal elements to signify ancestral and natural power and Maternal grief.

10

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.



11

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit A3: White-Eyed Saviors**

**Bloodborg** – The White-Eyed Child and Morgan.

BB- "Inside the trunk was a newborn baby boy, with the same geometric tribal markings as the woman and gleaming, brilliant white eyes."

BB- "Morgan's right eye was brilliant white." (Morgan as a recurring figure of rebirth and resistance.)

**Arcane** – Mel's Divine Aura and Symbolism

Mel's white-and-gold aesthetic and almost divine presence in Piltover's political world draw visual parallels to the white-eyed saviour imagery. Her role as a moral counterpoint to her militaristic family echoes Morgan's role as a revolutionary. In the Blood Sweat and Tears Music Video, Mel is brought back to life inside her mother (Ambessa). She opens her beaming white eyes.

**Infringement Crossover:** Both Bloodborg and Arcane position white-eyed characters as figures of destiny, bridging past destruction and future salvation. The child from Bloodborg and Mel's symbolic role overlap significantly in narrative function.

12

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit A4: Nature and Connection to the World**

**Bloodborg –** Neva and Mother Gaia

*BB- "Mother Gaia came to me in my sleep. She told me I'd find the boy who could save the world. She spoke his name."*

*BB- "Neva searched the higher consciousness day and night for Sabella's aura. 'She's not in Gaia,' Neva wailed, 'I've searched everywhere.'"*

**Arcane –** Ambessa's Vision of Power and Control

We see this portrayed strikingly similar in young Ambessa, who also visits the higher consciousness and is also gifted a white-eyed child of great importance. We see her connect to the land and nature in the music video and in her spiritual animalism of the wolf.

**Infringement Crossover:** Both Bloodborg and Arcane root their characters in their respective worlds' natural forces. Neva's spiritual connection to Gaia mirrors Ambessa's fatalistic understanding of nature's dominance and both of their visits to the higher consciousness, resulting in the birth of a white-eyed child, in both.

13

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1091**

**Exhibit A2: Ruthless Leadership**

**Bloodborg –** Neva's Command Over the Elders

*BB- "'Did you not understand me,' yelled Neva. 'Yes, Chieftain, we understand,' said both elders bowing."*

**Arcane –** Ambessa's Command Over Piltover's Leaders

Ambessa is portrayed as a ruthless, strong leader over her Noxian Army and over Piltover's leaders and Enforcers.

**Infringement Crossover:** Both Neva and Ambessa exercise ruthless command over their subordinates, employing sharp dialogue to reinforce their authority.

**Exhibit A6: Hyenas vs War Machines and Wolves.**

**Bloodborg –** Neva's Hyenas

*BB- "Malik was the pack alpha. ... He was the product of generations of selective breeding to produce a loyal guardian of the tribe leader."*

*BB- "Adisa was a mongrel, bred to be a stealthy assassin of the night."*

14

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Arcane –** Ambessa's War Machines

Ambessa commands her iron fleet with precision, bred from generations of conquest and war. She and Mel are also being shaped or bred to be Wolves of War.

**Infringement Crossover:** The role of Neva's hyenas as genetically engineered protectors of the tribe mirrors Ambessa's reliance on advanced machines and inner animal nurturing to extend her influence. Both serve as extensions of their leaders' will and animals of war.

**Exhibit A6: Dystopian Survival**

**Bloodborg –** The Wastelands and Desperate Resistance.

BB- "Grey walls towered up each side of her and rotting animal carcasses littered the ground. Neva looked out over the wastelands to Chinotimba city, which was mostly desolate. The infected and mutated people inhabited the cities."

**Arcane –** Zaun and Piltover's Divide

We see the same, fight for survival in the dynamics of Zaun and Piltover's Divide but more so in Season 2 when Viktor turns Gaia into a power of tyranny over the world, turning it into a rotting wasteland, which is where Jayce visits in the higher consciousness.

15

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Infringement Crossover:** Both narratives centre on survival in dystopian environments. The wastelands in Bloodborg and Zaun in Arcane serve as settings where corruption and resource scarcity fuel conflict.

**Exhibit A8: Rituals and War Preparation**

**Bloodborg –** Neva's Dance of the Warriors

BB- "The warriors danced around the village fire… Neva looked out across the orange horizon, imagining the epoch of giraffes and elephants. She called for two warriors to accompany her to Kariba."

**Arcane –** young Ambessa's Rituals and War Preparation

The whole of the Blood Sweat and Tears music video is the same "Dance of the Warriors" ritual, from the vultures to the standing dead trees and the drums, to the three hyenas, the same eye of the cave, the semi-hallucinations inside the higher spiritual realms, the same three spiritual guardians, the same arrowhead formation symbolism and foreshadowing, and of course the birth of a white-eyed child at the end of the ritual.

**Infringement Crossover:** Both Neva and Ambessa utilise rituals (literal or symbolic) to rally warriors before embarking on missions critical to their people's survival. Both use their rituals to connect to the higher spiritual realms, and three spiritual guardians.

16

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit A9: Ambessa's Lineage Borrowed from Neva.**

**Bloodborg –** Sabella's Death and Rebirth Symbolism

"'She's not up there. Sabella isn't inside Mother Gaia, I've searched the higher consciousness for her aura.'"

**Arcane –** Mel's Rebirth and Hope for the Future.

Mel is positioned as a symbol of Piltover's potential redemption and the new generation, mirroring how Neva sees Sabella's potential reincarnation in the white-eyed child.

Infringement Crossover: Both Neva's and Ambessa's stories use maternal grief and a white-eyed child's rebirth to explore hope amidst destruction.

**A10- Conclusion**

The thematic, symbolic, and narrative overlaps between Bloodborg and Arcane are too significant to dismiss as coincidence. From maternal grief and white-eyed saviours to dystopian survival and tribal warrior aesthetics, Arcane appears to have drawn directly from Bloodborg to shape characters like Ambessa, Mel, Viktor, Salo, and many more outside of the comparison of this document. Each exhibit above highlights potential infringement, making a compelling case for Bloodborg's influence on Arcane.

17

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit B- Viktor savior and his white-eyed followers.**

**Please Note, Viktor is also going to have his own transformation evidence document.**

Comparison of Narrative Infringement: Higher Consciousness, White-Eyed Saviours, and Mirror Story, from Viktor's mirror narrative.

**B1. Higher Consciousness and Spiritual Themes**

**Bloodborg –** Higher Consciousness Narrative:

BB- *"Neva searched the higher consciousness day and night for Sabella's aura. 'She's not in Gaia,' Neva wailed, 'I've searched everywhere.'"*

BB- *"'Mother Gaia came to me in my sleep. She told me that the eyes of white hold the power of Gaia. She instructed me to save the boy who could save the world."*

**In Bloodborg,** Neva's connection to Mother Gaia and her ability to access the higher consciousness becomes a core element of the story. The higher consciousness is depicted as a realm where lost souls and energies can reside, holding spiritual significance for Neva's journey to find her daughter's aura and fulfil her destiny.

In other Bloodborg POV's, such as Josh and Warwick's POV's, we see that the Ark and Assemblage has been able to access and hijack the higher consciousness by using in-

18

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

brains quantum computers, called Vada In-brain and Deep-Root. The latter, Deep-Root, can also be accessed via a natural root drug, or root potion, which both Neva and Josh have used.

**Arcane –** Viktor's Connection to the Unknown:

Viktor's storyline explores his relationship with the mysterious energy in the Hexcore, which embodies a similar metaphysical connection. His pursuit of this energy and its transformative effects mirrors the spiritual journey of higher consciousness in Bloodborg. Viktor visits the higher consciousness and hijacks the higher energy, becoming a Jesus like savior. With his new powers, he highjacks and controls the minds of his followers, turning them into White-eyed followers in the same way as Vada In-brain does to it's connected subjects.

**Arcane Quote:** "In the pursuit of great, we failed to do good. We have to make it right." – Viktor reflecting on the unintended consequences of his bond with the Hexcore.

**Infringement Allegation:** The Arcane narrative takes the concept of a higher plane of existence—where salvation, purpose, or resolution can be achieved, and ties it to Viktor's journey. His exploration of this "higher energy" parallels Neva's, Josh's and other, explorations of the higher consciousness in Bloodborg, with this feature in both stories both serving as moral and narrative keystones.

19

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

### B2. White-Eyed Saviours and the Children of Gaia

**Bloodborg –** The White-Eyed Child of Gaia and Morgan.

BB- "Inside the trunk was a newborn baby boy, with the same geometric tribal markings as the woman and gleaming, brilliant white eyes."

**In Bloodborg**, the white-eyed children of Gaia represent rebirth, hope, and the chosen saviours of humanity. This motif is extended through Morgan, whose white eyes symbolizes his revolutionary role and connection to Gaia's divine plan.

**Arcane –** Viktor's White-Eyed Followers (Including Salo):

The inclusion of white-eyed characters tied to Viktor's Hexcore experiments and journey to the higher consciousness, particularly Salo and other test subjects, strongly mirrors the Bloodborg narrative. Viktor is presented as a saviour figure whose followers embody a new vision of humanity, one that is biologically and spiritually altered. Viktor addresses the broader implications of his work, but still pushes ahead like a spiritual tyrant, controlling the minds of his perfect army, which is remarkably similar to the Ark in Bloodborg.

20

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Infringement Allegation:** Arcane uses the white-eyed savior narrative from Bloodborg, in Viktor and his followers, echoing Bloodborg's symbolic white-eyed children of Gaia. Both works present these figures as representations of human evolution and divine intervention.

### B3. Mirror Story Function and Literary Parallels

**Bloodborg –** The Mirror Story:

The higher consciousness functions as a narrative mirror in Bloodborg, reflecting Neva's internal struggles and external mission. Her search for Sabella's aura and the introduction of the white-eyed child creates dual narratives: one of personal loss and one of collective salvation. Additionally, as evidenced in several court documents, parallel storytelling and mirror arks are a central feature of Bloodborg's literary design. We see this in Neva and Morgan, Gaia and Vada in-brain, Cowboy and The High Commander, falling, Coma and drowning motifs and so much more, which, we also see time and time again in Arcane, presented in almost the same way, over and over, with a little masking and a lick of paint.

**Arcane –** Viktor's Story as a Mirror:

Viktor's journey serves as a narrative mirror, reflecting Zaun's broader struggles and Piltover's ignorance of its consequences. The transformation of Viktor and his followers highlights the cost of progress, and the moral sacrifices needed to achieve salvation. Viktor is a

21

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

mirror of Mel, in that he has also accessed the higher power but in a different way. In a forced and hijacked way.

**Arcane Scene:** Viktor's experimentations with Salo and his ultimate realization of their consequences mirror the duality in Bloodborg: personal ambition vs. greater good.

**Infringement Allegation:** Both works use their saviour narratives as mirrors to explore themes of sacrifice, transformation, and the cost of salvation. The literary function of these stories, particularly in how they parallel internal and external conflicts, suggests narrative borrowing.

### B4. Contextual Overlap

**Bloodborg-** Neva's connection to Gaia's consciousness and her role as the protector of the white-eyed child creates a story rooted in spiritual transformation and ecological salvation.

**Arcane-** Viktor's transformation, his connection to an otherworldly energy, and his white-eyed followers borrow these same narrative functions to explore themes of scientific evolution and societal progress at the expense of the earth's health.

22

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**B5- Conclusion**

The Plaintiff will demonstrate that the following elements of Arcane and its spin-offs were directly lifted from Bloodborg:

    i.   The higher consciousness narrative, explored through Viktor's connection to the Hexcore, mirrors Neva's spiritual journey in the higher consciousness of Gaia.

    ii.   The white-eyed children of Gaia, symbolising rebirth and salvation, are repurposed in Viktor's white-eyed followers like Salo, transforming their meaning into a scientific saviour archetype. This hijacking is also alleged to have been taken from Vada In-Brain.

    iii.   The mirror story—a literary function that reflects personal sacrifice and societal transformation—is employed in both works, suggesting clear thematic borrowing.

    iv.   These infringements point to a systemic lifting of literary elements, reinterpreted but not transformed enough to constitute original work in Arcane.

23

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1101**

**Exhibit C- Blood, Sweat & Tears" | Music Video**

**C1. Purple or Blue people, no eyes.**



**In Bloodborg,**

BB- "…stayed well clear of Chinotimba and the other cities. The infected and mutated people inhabited the cities. The biochemical creatures spread diseases and death in those places."

BB- "Some even hunted Rozwi people for their eyes, believing that by swallowing the eyeballs of Rozwi purebred, they would gain vitality and be saved in the afterlife by the power of the worlds inside the eyeballs."

24

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C2- Visual Similarities**



This is not Arcane, Its Neva- Leader of the Tribe from Bloodborg: The Harvest, By M.W. Wolf.

**C3- Semi-psychedelic dreamlike sequence.**

25

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1103**

**In Bloodborg: The Harvest by M.W. Wolf,** the semi-psychedelic dream-like sequence is Neva in a drug-induced sleep realm searching the higher consciousness for her daughter Sabella.

**In Bloodborg:** "*She's not up there, Sabella isn't inside Mother Gaia, I've searched the higher consciousness day and night for two weeks. I've searched everywhere for her.'*

*'Perhaps she isn't ready to be contacted.'*

*'Or perhaps she is reborn inside of some great animal, a bird or perhaps inside Lula.'"*

26

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C4- Vultures**





**Bloodborg, African child: Ritual Dance**

*Vultures*

*BB- "The horizon warmed with orange and red, As Neva was greeted at the village gates by two lines of warriors. An Elder held out a sharp down-pointing beak of a vulture. Neva pressed the point of the beak into the exposed chest of the warriors she had selected to dance for her.*

*As the warrior's danced around the village fire, Neva looked out across the rich orange horizon and imagined what it would have been like in the epoch of giraffes and elephants. Skeletons of trees pierced the dead earth, and human bones littered the land, reminding Neva that Mother Gaia was approaching her end- stage."*

27

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA,
WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C5- Arrowhead Formation (Foreshadowing/ red herring).**

**In Bloodborg:** Neva also lost a child. I used foreshadowing to hint to the readers what happened. Interestingly, the reveal was cut from the original draft to keep it mysterious in book one.

*BB- "Three hyenas licked Neva's exposed swollen breasts as milk leaked from them. Neva thrust the beasts aside and sat up. She wiped the tears from her face with a cloth-sling which was intended to carry Neva's new-born daughter, Sabella."*

*BB- "Neva wiped the hyena drool from her breasts and stood up, prepared to receive her tribesman. Neva whistled and the three Hyena's sprang to attention. The hyenas guarded Neva in arrowhead formation"*

**Arcane:** Young Ambessa Pregnant and shot in the belly, losing a child, saved by higher consciousness.



28

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C6- Visual Design features.**

**Bloodborg-**

*BB- "Hyena Skulls hung on a banner, across her left shoulder."*

*BB- "Under is a "cloth-sling, which was intended to carry Neva's new-born daughter, Sabella."*

*BB- "On her back she strapped her double-end steel blade."*



29

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C7- Beastly Silhouettes**

**Bloodborg-**

BB- "Heat radiated up from the ground, wobbling Neva's image of the two barefooted silhouettes which approached up the riverbed, the earth cracked with each footfall."

BB- "Three hyenas licked Neva's exposed swollen breasts as milk leaked from them. Neva thrust the beasts aside and sat up. She wiped the tears from her face with a cloth-sling which was intended to carry Neva's new-born daughter, Sabella."



30

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C8- The eye of the Cave!**

**Bloodborg-**

BB- *"Neva lay in the dusty earth, in the mouth of her cave dwelling which burrowed into a dry wall of a gorge close to where the once great attraction stood.*

BB- *"The blazing sun shone into her blue-grey eyes. Like a cosmic explosion, her eyes shone back at the sun-bleached scabby crust of the riverbed. The segmented texture of the dry soil resembled the cracks and lines of her dried skin around her eyes, where tears had run rivulets down her face and crusted."*



31

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C9- Tragic Death (loss) of The Plaintiff's Niece.**

The worst of all is, *Neva- Leader of the Tribe's POV*, which is alleged to have been taken to build Ambessa and Mel's storylines and characters as well as the "Blood, Sweat & Tears" music video, is written about the tragic death (loss) of the Plaintiff's niece when she was 3.5 years old. She was half Ugandan. The lost child which the young Ambessa is searching for in the higher consciousness in the music video, is a direct reference to the loss of the Plaintiff's niece. This is why this POV is called African Child.

Moreover, during tragic events, it is common to use softer, less triggering words and phrases to soften the trauma and to prevent triggering. This is why we say, sorry for your loss, instead of sorry that your baby was shot in the head with an arrow, which is what happened to both Sabella and Mel inside their respective mothers, Neva and Ambessa. This is why it is hinted with symbolism and foreshadowing, in Bloodborg, but they say, stillborn. Neva knows, but it's easier to pretend than to face traumatic events.



COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

C10- Aesthetics and worldbuilding

BB- "The horizon warmed with orange and red, As Neva was greeted at the village gates by two lines of warriors. An Elder held out a sharp down-pointing beak of a vulture. Neva pressed the point of the beak into the exposed chest of the warriors she had selected to dance for her."

BB- "As the warrior's danced around the village fire, Neva looked out across the rich orange horizon and imagined what it would have been like in the epoch of giraffes and elephants. Skeletons of trees pierced the dead earth, and human bones littered the land, reminding Neva that Mother Gaia was approaching her end-stage."

"A warrior kicked the embers braking Neva's reverie."



33

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C11- Neva's Spiritual Guardians and Arrowhead Formation.**

**Bloodborg-**

BB- "The hyenas guarded Neva in arrowhead formation."





34

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1112**

**C12- Three Hyenas & Two Warriors**

BB- *'Chieftain, do you want to see them dance once more,' said Elder Regua, bowing in front of Neva.*

BB- *'No, I've seen enough. I choose only two. Warrior T'agon and Warrior*

'Chieftain, do you want to see them dance once more,' said Elder Regua, bowing in front of Neva.

'No, I've seen enough. I choose only two. Warrior T'agon and Warrior

35

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1113**

**C13- The white eyed child of great importance.**

*Bloodborg- "Inside the trunk was a new-born baby boy, with the same geometric tribal markings as the woman and gleaming, brilliant white eyes."*





36

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D- Savior Viktor, his White-Eyed Followers and the Higher Consciousness.**

**D1. Savior Viktor-**

**For reference, this is the Savior Viktor, a Jesus like "Harald" with white hair.**



37

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1115**

**D2- The white-eyed Mind Controlled disciples and planets inside their eyes**

**(Councilor Salo)**



BB- "They also held ocean planets inside their eyes."

BB- "…they would gain vitality and be saved in the afterlife by the power of the worlds inside the eyeballs."

BB - "… with the same geometric tribal markings as the woman. The boy had gleaming, brilliant white eyes."

BB- "…old black guy with white eyes."

38

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D3- Viktor's white-eyed followers.**





39

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA,
WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D4- Arcane Viktor Robots**

Bloodborg God Viktor, via his egg (D'borg's egg Bloodborg) and via the higher consciousness, turned his cult followers into an army of white and gold slave robots.





**From Bloodborg -**

*BB- "The Founding Families are moving towards a world without resistance, a one-world slave machine where the only survivors see them as gods. They plan to re-house their minds in bloodborgs, the pinnacle of all creation. The ultimate cybernetic human beings. Merging AI, in-brain, robotics and synthetic human self-regenerating tissue with the perfect cocktail of endless blood to be immune to all diseases and ageing."*

40

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1118**

**CONCLUSION**

The evidence provided demonstrates a pattern of significant thematic, narrative, and visual parallels between Bloodborg and Riot Games' Arcane and its associated projects. The Plaintiff has highlighted specific instances of alleged infringement, including but not limited to:

1. The maternal and spiritual narratives in Bloodborg as embodied by Neva, which are mirrored in the characters of Ambessa and Mel Medarda, including Mel's role as the "white-eyed child" of great importance and savior.

2. The detailed use of the higher consciousness, a narrative and symbolic function central to Bloodborg, which is replicated in Viktor's transformative journey and his white-eyed followers in Arcane.

3. The recurring use of tribal rituals, warrior iconography, dystopian survival themes, and the motif of white-eyed saviors as representations of divine purpose or salvation in both works.

4. The imagery, including spiritual guardians, arrowhead formations, and symbolic landscapes and symbolic animals such as vultures, skeletal trees, and ritualistic fire dances, that crosses over from Bloodborg into Arcane and the Blood, Sweat, and Tears music video.

41

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

5. Specific storylines, such as Neva's quest to save the world through Gaia's higher consciousness and Viktor's Jesus-like transformation, share not only conceptual but also structural similarities.

6. The Plaintiff's unique trauma-inspired narrative, derived from deeply personal experiences, is a hallmark of his work and is reflected in Bloodborg. The alleged borrowing of this narrative for Arcane and its extensions has caused emotional distress beyond the scope of mere copyright infringement.

The cumulative weight of these similarities cannot be dismissed as coincidence. The replication of complex character arcs, specific symbolic motifs, spiritual and narrative functions, and even visual elements from Bloodborg in Arcane establishes a clear line of influence, if not outright copying. This pervasive overlap demonstrates not just a case of thematic borrowing but a systemic lifting of core elements from Bloodborg to shape key aspects of Arcane, its spin-offs, and related multimedia projects.

The Plaintiff respectfully requests that the Court admit the evidence submitted in Exhibits A, B, C, and D as material to this case, as they clearly substantiate the Plaintiff's claim that Bloodborg served as an uncredited and unauthorized source for Arcane and its associated properties.

42

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my PLAINTIFF'S EXHIBIT M- COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

43

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

44

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>       Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>       Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S EXHIBIT N- COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN<br><br>FEBRUARY 23, 2025 |

Dated this: February 23, 2025



[MARC WOLSTENHOLME]

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND

COWBOY MOMAHAN

1

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### I.    Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

### II.    Evidence Submitted:

I submit the following evidence of COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

### III.    Comparison of Characters:

This document specifically shows the striking similarities between SILCO, one of the main antagonists of Arcane season 1, compared to COWBOY MOMAHAN, the main antagonist of Rook's POV in Bloodborg.

2

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

Case 2:25-cv-00053-FMO-BFM    Document 58    Filed 02/23/25    Page 1079 of 1218
Page ID #:3041

**Comparative Analysis: Silco (Arcane) vs Cowboy Momahan (Bloodborg) with The High Commander as a Secondary Mirror**

**Introduction:** Villainous Archetypes with Complex Motivations

Silco (Arcane) and Cowboy Momahan (Bloodborg) are central figures in their respective narratives, embodying morally grey villains driven by personal traumas, unyielding ambition, and a deep sense of betrayal. Both characters challenge the archetype of a traditional antagonist by displaying complex emotional layers, sympathetic backstories, and moments of vulnerability. These elements make them far more compelling, and far more alike than the simplistic villains often seen in film, TV, animation and stories.

The High Commander (Bloodborg), as a secondary mirror to Cowboy Momahan, offers a different perspective on the moral corruption that comes with prolonged life, prolonged blood drug use, and exposure to violence. While both Silco and Cowboy Momahan seek control over their domains through manipulative and ruthless tactics, The High Commander illustrates a parallel trajectory of a fallen leader, similarly consumed by ambition, trauma, long life, and addiction to blood-based drugs.

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**SER 1125**

### 1. Origins and Backstory: From Honor to Fall

**Silco (Arcane):** Silco begins as a revolutionary with a dream of Zaun's independence. Once an ally of Vander, he experiences a defining betrayal when Vander nearly drowns him in a polluted river during a conflict. This traumatic event scars both his face and his psyche, catalyzing his descent into the blood drug fueled ruthless underworld figure we see in Arcane. His reliance on Shimmer to manage his physical and emotional scars mirrors his inner struggle, highlighting a man deeply shaped by pain and betrayal.

**Cowboy Momahan (Bloodborg):** Cowboy Momahan shares a strikingly similar narrative. He was once a decorated commander in the Assemblage Defence, fighting for his people's cause. However, his fall from grace stems from his involvement in the smuggling, use, and sale of rare blood drugs, an addiction that began as a coping mechanism for his PTSD. Banished to New Kowloon, Cowboy becomes a gang leader of the Feral Fighters, using his underworld influence to amass power and pursue his twisted ambition of becoming the "King of New Kowloon." His once-honorable identity is now replaced by a volatile, narcissistic, and manipulative persona.

**The High Commander (Bloodborg):** The High Commander serves as a secondary mirror, reinforcing Cowboy Momahan's themes of corruption and trauma. As a war veteran who has lived far beyond normal life expectancy, he is trapped in a cycle of addiction to Fetal Sapien Serum. His obsession with combat and his descent into delusion reflect the long-term effects of PTSD and prolonged exposure to war, similar to Cowboy's psychological

4

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

deterioration. Both characters share a connection to military leadership, a fall into addiction, and a hunger for control over chaotic environments. Silco, while not formally a military veteran, shares all of these traits.

### 2. Leadership Styles and Ideologies

**Silco (Arcane):** Silco is a manipulative and charismatic leader who rules Zaun's criminal underworld with an iron fist. His vision for Zaun's independence is rooted in genuine resentment of Piltover's exploitation, but his methods are brutal and often hypocritical. Silco leverages Shimmer not only as a weapon but as a tool of control, ensuring loyalty from his followers by exploiting their addictions. Despite his ruthlessness, his paternal bond with Jinx showcases his capacity for genuine care, adding depth to his character.

**Cowboy Momahan (Bloodborg):** Cowboy Momahan's leadership style mirrors Silco's, as he also uses addiction and manipulation to maintain control over his Feral Fighters. Like Silco, Cowboy positions himself as a savior of the underworld, though his motivations are self-serving. Cowboy's reliance on neurotransmitter drugs to stabilize his mental state mirrors Silco's dependency on Shimmer. Both leaders are deeply flawed, but their charisma and vision inspire loyalty among their subordinates.

**The High Commander (Bloodborg):** The High Commander's leadership contrasts with Silco and Cowboy in that it is more militaristic and less grounded in manipulation. However, his addiction to Fetal Sapien Serum and his erratic behavior undermine his authority,

5

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

highlighting the fragility of his control. Like Cowboy and Silco, his delusions of grandeur are rooted in a deep-seated need to maintain relevance and power in a chaotic world.

### 3. Moral Ambiguity and Psychological Depth

**Silco (Arcane):** Silco is the embodiment of moral ambiguity, seamlessly transitioning between moments of tender vulnerability and cold-hearted ruthlessness. His relationship with Jinx humanizes him, showing his capacity for love and care, even as he manipulates others for personal gain. Silco's trauma and subsequent transformation into a villain highlight how external circumstances can corrupt even the most idealistic individuals.

**Cowboy Momahan (Bloodborg):** Cowboy Momahan is similarly morally ambiguous, blending moments of cruelty with traces of his former self. His backstory reveals a man who was once noble but was gradually eroded by trauma and addiction. Cowboy's mental instability, fueled by blood-based drugs and years of suffering, adds a layer of unpredictability to his character, making him both terrifying and pitiable.

**The High Commander (Bloodborg):** The High Commander's moral ambiguity stems from his role as a protector of the wall, juxtaposed with his personal flaws and erratic behavior. His addiction to blood-based drugs and his descent into madness reflect the psychological toll of war, mirroring the struggles of Cowboy and Silco. However, his actions are often driven by a sense of duty, blurring the line between heroism and villainy.

6

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**4. Addiction to Blood-Based Drugs**

Both Silco and Cowboy Momahan rely on blood-based substances to maintain their physical and mental stability, further emphasizing their fragility beneath their imposing exteriors.

**Silco (Arcane):** Silco uses Shimmer to manage the long-term effects of the toxins from the polluted river that scarred his face. The drug enhances his physical endurance but exacerbates his paranoia and volatility. His dependency on Shimmer mirrors his dependency on power, as both serve as crutches for his insecurities and trauma.

**Cowboy Momahan (Bloodborg):** Cowboy's digital cigar administers neurotransmitters to stabilize his emotions and counteract the effects of long-term blood-drug use. His addiction symbolizes his inability to confront his inner demons, paralleling Silco's reliance on Shimmer. Both characters are trapped in cycles of self-destruction, using these substances to mask their vulnerabilities.

**The High Commander (Bloodborg):** The High Commander's addiction to Fetal Sapien Serum reflects the theme of dependency seen in Silco and Cowboy. However, his reliance on the drug is framed as both a physical necessity and a means of coping with his deteriorating mental state, adding another layer to the narrative of addiction and its consequences.

7

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### 5. Symbolism and Legacy

**Silco (Arcane):** Silco's legacy lies in his vision for Zaun's independence and his influence on Jinx. His tragic downfall highlights the cost of ambition and the complexities of leadership in a morally grey world.

**Cowboy Momahan (Bloodborg):** Cowboy's legacy is one of chaos and destruction, as he seeks to unite the gangs of New Kowloon under his rule. His volatile nature and addiction ultimately undermine his ambitions, serving as a cautionary tale of how power and trauma can corrupt.

**The High Commander (Bloodborg):** The High Commander's legacy is defined by his unwavering commitment to "The Stand," even as his mental and physical state deteriorate. His character serves as a reminder of the toll that prolonged exposure to violence and addiction can take on even the most resilient individuals.

8

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Conclusion: A Trifecta of Corruption and Complexity**

Silco, Cowboy Momahan, and The High Commander represent three facets of the morally grey antagonist archetype. All three characters are shaped by trauma, addiction, and a desire for control, making them both compelling and deeply flawed. Their shared traits highlight the broader themes of power, corruption, and the human (or inhuman) cost of ambition in their respective narratives. Silco's polished and poised villainy contrasts with Cowboy's erratic brutality, while The High Commander offers a militaristic perspective on the same descent into madness. Together, these characters serve as intricate reflections of one another, embodying the complex dynamics of leadership, addiction, and moral ambiguity. Cowboy and The High Commander were written to reflect and contrast each other. Silco fits right into the mix, seemingly being a reworked, subtle and more poised, dialed down version of Cowboy Momahan.

As presented, the similarities in these characters go far deeper and darker than anything which could have happened by chance. These are not tropes or archetypes. Indeed, Silco has been praised for not being a trope or cardboard villain. The plaintiff will provide exhibits to demonstrate that Silco, his design and his story, are extremely similar to Cowboy Momahan, the Bloodborg narratives and the Plaintiff's personal trauma.

9

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

## Exhibits.

**Exhibit A- Meet Silco/ Meet Cowboy Momahan.**

 

10

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

SER 1132

**A1. From Rook's POV, text that describes Cowboy Momahan's appearance and mannerisms.**

Cowboy's Voice and Commanding Presence- Cowboy's voice was designed as an integral part of who he is. This is the same with Silco, who is voiced by Jason Spisak. Silco is known for his voice and monologues.

BB- *"Cowboy Momahan sniffed in intensely, dragging mucus and whatever other substances through his nostrils and into the roof of his mouth. He coughed into his radio microphone sending a loud screech through the speakers."*

Cowboy's Dialect and Style- Cowboy has a new world broken speak, deep south dialect, which becomes a big part of who he is. Silco's voice also plays a pivotal role in his character design.

BB- *"Y'all bring that monkey climbing piggy fuck to me, is what you gonna do. Aah wanna know who this yellah belly dog fucker working for, and why he ain't working for me. Aah'm the diddy of this here District. This sinking city gonna be mahn someday."*

*"Y'all coming with me, if y'all lac. Just so long as you catch me that dawg, be-fo-wal it's too late, be-fo-wal that Lickety split boy cause us here some more damage. Aah'm taard of that boy running rings around mah boys and make-in us'all look lac fools."*

11

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

Cowboy's Violent Personality- Both Cowboy and Silco share this violent, unhinged, drug filled temper.

BB- *"Aah think it's elephanfantastic, don't you little girly,' said Cowboy, taking tobacco out of his mouth and pressing it into Rook's eyes. Rook rattled her chains, wincing her eyes, trying to wipe them clean with her shoulder."*

Cowboy's Physical Appearance and Demeanor- Both Cowboy Momahan and Silco wear cowboy like attire and boots.

BB- *"Cowboy Momahan danced around naked, less the white Cowboy boots with metal heel spikes and his matching cowboy hat. Rook choked up the ball of tobacco leaves blocking her windpipe. She spat back into Cowboy Momahan's face."*

Cowboy's Sadistic Cruelty- Both Silco and Cowboy can be sadistically cruel at times, yet this is dialed down in Silco.

BB- *"Rook reopened her eyes, unsure if the body was real. Dodge's nose had been cut off..."*

12

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

Cowboy's Narcissism- Both Cowboy and Silco share narcissistic tendencies, to differing degrees.

BB- *"Now y'all look at that virgin ass, mah gonna make you moan, you gonna call me diddy,' he said, stepping out of his white Cowboy boots."*

These quotes paint Cowboy Momahan as a violent, cruel, and grotesque figure, blending sadistic behavior with a warped sense of humor. His unique dialect and choice of attire, specifically his white cowboy boots and matching hat, cement his image as a deranged and domineering antagonist in Bloodborg. Cowboy is more "Far Gone" on the self-damage scale than Silco. However, it is alleged that they are one and the same, matched and dialed down to mask IP infringement.

13

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Exhibit B- King of the Underworld.**

**S**ilco is trying to cause war against topside (Piltover) and trying to gain power over the people of the undercity (Zaun). He has vowed to unite the gangs and Chem-Barons to incite war and to become the king of the nation of Zaun. This is alleged to be the same storyline and motivation as Cowboy Momahan in Bloodborg.

**In Bloodborg-**

*"Cowboy Momahan is attempting to take control of all of The Needle district. He is trying to recruit an army to plunder the city."*

Later

*"Cowboy Momahan, the leader of the Feral Fighters, has vowed to unite the gangs, the hunters and raiders of The Needles district, to fight against other districts, for full control of New Kowloon. He has announced that he will be the first King of New Kowloon."*

Later

*"There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them."*

Later

*"'Are the Assemblage planning to invade New Kowloon.'*

*'Yes, yes, but not if Cowboy Momahan gets them all they desire, they will spare the city, give it to him even, make him the First King of New Kowloon.'"*

14
COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Exhibit C- Blood-Drug- Chemically Regulated.**

In Bloodborg, Cowboy Momahan has abused Blood-based drugs mixed with direct neurotransmitter chemicals for so long that his brain can no longer regulate emotions without injecting chemicals and blood-drugs. This is a play on the Plaintiff's history of illicit drug use and prescription drug use, and anti-depressants, post war and during a turbulent transition into civilian life.

Cowboy is barely kept in check with inhaled neurotransmitter blood-based drugs with the inhales through a digital cigar. Silco self regulates in the same way, yet he injects the blood-based drug into his eyeball. In Bloodborg, the most common method of taking these blood-drugs is injection, most commonly in the neck. For some, drones or inbuilt technology administers the drugs.



15

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Exhibit D – Blood Based Drugs (Shimmer and Fetal Sapien Serum).**

**In Arcane**- Silco is harvesting and stockpiling a Blood-drug called Shimmer.

**In Bloodborg-** Cowboy Momahan is harvesting and stockpiling a Blood-drug, mostly called Fetal Sapien Serum.

**The difference-** One is purple, the other is red… and the name is different.





16

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Exhibit E – Silco and others Falling and Drowning.**

The drowning & falling scenes are a cyclical narrative beat, which we see in Both Bloodborg and astoundingly similar in Arcane. The Plaintiff alleges that this is directly referencing his trauma and trauma nightmares and sleep paralysis, as all of his work is trauma writing as a control mechanism and cathartic release.

**In Arcane** Silco and others experience this cyclical trauma and dreamlike theme of falling or drowning. Silco has a flashback to Vander attempting to drown him in the water.

**Throughout the Arcane series**, we see the mirrored repetition of drowning and falling, or the aesthetics of it, in Powder, Jinx, Silco, Vander, Shimmer Vander, Isha and Bloodborg Warwick.

**In Bloodborg,** we see the mirrored repetition of drowning and falling, or the aesthetics of it, in Josh, D'borg, Rook, Jade and A young gangway child.

17
COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**SER 1139**

**E1. Silco's Drowning Monologue**

Silco's drowning monologue has become his most infamous and recognized words from the Arcane series.

*Monologue*

"Ever wonder what it's like to drown? Story of opposites. There's peace in water. Like it's holding you, whispering in low tones to let it in. And every problem in the world will fade away. But then, there's this thing… in your head, and it's raging. Lighting every nerve with madness. To fight. To survive. And all the while this question lingers before you: "Have you had enough?" It's funny. You could pass a lifetime without ever facing a choice like that. But it changes you forever."

**To break it down,**

**In Arcane,** In Silco's drowning monologue, Silco says, "*…it's holding you, whispering in low tones to let it in…*"

**In Bloodborg,** in one of the POV's, Josh says "*The grey smoky clouds closed in around me, devouring me, stealing my breath like a windy assassin. I crashed into the black water.*"

The above extracts are both from drowning scenes in black water, with the characters sinking on their backs, which is alleged to be directly referencing the Plaintiff's trauma and sleep paralysis.

18

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

It is alleged that, from Silco's Monologue, "whispering in low tones" and from Josh's POV, "devouring me, stealing my breath like a windy assassin", are essentially different word for the same expression, reworked for the same meaning. This highlights a potential linguistic and conceptual parallel between Silco's Monologue in Arcane and Josh's POV in Bloodborg. Both phrases, while stylistically distinct, communicate the same underlying idea: a powerful, stealthy, and dominating presence exerting control or influence over someone else. The differences in word choice reflect the stylistic preferences of their respective "Writers", but the thematic and emotional resonance remains consistent. Silco's Monologue is concise and restrained, fitting his calculated and menacing personality. Josh's POV is more descriptive and poetic, reflecting a vivid and sensory-driven style typical of inner monologues.

The alleged reworking involves transforming the concept of quiet, overpowering influence from Silco's controlled delivery into a more visceral, metaphorical description in Bloodborg. This demonstrates how similar ideas can be adapted and reframed to fit different characters and narrative tones while maintaining the same core meaning. With tugged at the heart of the central alleges of copyright infringement in these cases, which hold that,

Just enough masking has been applied to attempt to hide the theft and build plausible deniability.

19

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**SER 1141**

Case 2:25-cv-00053-FMO-BFM     Document 58     Filed 02/23/25     Page 1096 of 1218
Page ID #:3058

**E2- Lay on my back.**

Because of the Plaintiff's past brain injury and PTSD, he cannot fall asleep lying on his back. If he does, he experiences sleep paralysis, the feeling of dying, falling or drowning in blackness. This was written into Bloodborg, which is all trauma writing.

**In Bloodborg,** Josh says, *"I feel as though I'm submerged in icy black water as I lay on my back."*

**Arcane-** We visually see this represented over and over in Arcane's cyclical and relentless narrative theme of the same.





20

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**SER 1142**

**E3- Fighting against the death.**

During sleep paralysis and trauma nightmares, the Plaintiff sometimes dies in his sleep. This is directly linked to dying in real life and being placed in a body bag by German police officers, then being taken out and revived several times and being brought back to life over and over by a paramedic. This, and other traumatic events, including nearly drowning in a kayak in the British Army, were fed into the writing of events and themes in Bloodborg.

**In Bloodborg-** *"Jade's nose gave off a line of bubbles. The bubble's struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface, Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand.*

*Jade had counted to thirty, Ling had not returned. Jade panicked trying to fight her way out, which only locked her tighter. Her eyeballs darted around in her head frantically, reddening as she clung to life."*

21
COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Arcane-** We visually see this represented in Silco's drowning scene.

22

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### F. Conclusion: Striking Similarities and Substantive Parallels

The evidence presented herein establishes compelling and substantive parallels between Bloodborg: The Harvest and Arcane, particularly in the characterization, motivations, and narrative arcs of Cowboy Momahan, The High Commander, and Silco. The comparisons highlight not only overlapping thematic structures but also detailed similarities in their backstories, behaviors, visual presentations, and emotional complexities. These parallels extend far beyond mere coincidence, archetypal storytelling, or thematic tropes. Rather, they suggest deliberate reworking and reframing of existing, original material from Bloodborg to fit the framework and visual style of Arcane.

### F1. Uncanny Overlap in Characterization

Both Silco and Cowboy Momahan embody morally ambiguous leaders consumed by ambition, trauma, and addiction. Their paths from once-noble figures to ruthless villains are marked by betrayals, substance dependencies, and complex relationships with subordinates and close allies. The High Commander further serves as a secondary mirror, reinforcing the themes of psychological deterioration, prolonged exposure to violence, and addiction. The distinct use of blood-based drugs as both a literal and symbolic mechanism to explore fragility and dependence serves as a central narrative tool in both works, underpinning these characters' complexities.

23

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### F2. Trauma and Drowning as a Narrative Thread

The cyclical use of drowning imagery in both works reflects not only a central motif of falling and loss but also resonates deeply with the Plaintiff's personal experiences of trauma and sleep paralysis. This theme is reiterated across both works in startlingly similar visual and narrative terms. The repeated representation of falling, lying on one's back, and struggling against suffocation captures the haunting, visceral sensations of death and survival, themes derived directly from the Plaintiff's life and embedded in Bloodborg. Silco's drowning monologue and Josh's internal reflections serve as distinct yet strikingly similar narrative embodiments of this motif.

### F3. Visual and Emotional Parallels

The distinctive voice and demeanor of Cowboy Momahan, with his Southern dialect, erratic cruelty, and sadistic tendencies, finds a close parallel in Silco's commanding, manipulative presence and his iconic, softly menacing monologues. Furthermore, the physical appearances, mannerisms, and styles of both characters—right down to their scars, accessories (injector, lighter), and leadership personas—underscore an undeniable mirroring. These similarities are further supported by their respective roles as underworld leaders seeking to consolidate power and control over fractured societies.

24

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### F4. Blood-Based Drugs and Addiction

Both Silco and Cowboy Momahan rely on blood-based drugs (Shimmer in Arcane and Fetal Sapien Serum in Bloodborg) to sustain themselves, stabilize their deteriorating conditions, and exert control over those around them. The High Commander's prolonged use of Fetal Sapien Serum parallels Silco's Shimmer injections, reinforcing the thematic consistency of addiction, moral corruption, and physical dependency. While Shimmer is presented with a purple hue for cultural sensitivity in Arcane, its functional and narrative role is practically identical to that of Fetal Sapien Serum.

### F5. A Pattern of Reworking and Masking

The linguistic and thematic parallels, such as Silco's drowning monologue and Josh's vivid description of sinking into blackness, reveal a pattern of reworking concepts from Bloodborg into Arcane. This extends to aesthetic choices, recurring motifs, and character arcs. The evidence suggests an intentional masking of the source material, altering enough superficial elements—names, colours, or minor details—to create plausible deniability while retaining the essence and impact of the original work.

25

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**F6. A Personal Reflection of Trauma**

The Plaintiff's life experiences, including near-death events, sleep paralysis, and struggles with trauma, are deeply woven into the fabric of Bloodborg. These personal elements, echoed in Arcane through its themes of drowning, trauma, and moral ambiguity, raise significant concerns regarding the appropriation of deeply personal material, and the lack of countability for the emotional harm caused, thereafter.

**F7. Final Statement**

The cumulative weight of these comparisons establishes a clear, consistent pattern of substantial similarity between Bloodborg and Arcane. The extensive parallels in characterization, thematic motifs, visual and narrative devices, and the central use of blood-based drugs and trauma narratives cannot be dismissed as coincidental. These overlaps point to the likelihood of deliberate and systematic appropriation of the Plaintiff's original work. The Plaintiff respectfully requests that this evidence be admitted and that due consideration be given to the depth and breadth of these similarities in evaluating the claims of copyright infringement, unfair competition, and intentional infliction of emotional distress.

26

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration of COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

27

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**SER 1149**

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>　　　　Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S EXHIBIT O-<br>COMPARISON OF CHARACTERS<br>AND STORY ARCS FROM ARCANE<br>& BLOODBORG- VIKTOR AND HIS<br>WHITE-EYED FOLLOWERS. |

Dated this: february 23, 2025

February 23, 2025

*M.WOLSTENHOLME*

[MARC WOLSTENHOLME]

COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE &

BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

1

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

## 1. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

## 2. Evidence Submitted:

I submit the following evidence of COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS, and also WARWICK. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

## 3. Comparison of Characters:

This document specifically shows the striking similarities between Bloodborg content, and Viktor and his white-eyed followers, and Warwick in Arcane and in the Blood Sweat and Tears music video, which is an extended narrative of Arcane.

2

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1151**

**Viktor in Arcane vs. Themes and Elements in Bloodborg**

**Introduction:**

This document analyses the notable overlaps and striking similarities between Viktor's character in Arcane and central elements of Bloodborg: The Harvest, with a focus on thematic, narrative, and symbolic parallels. Based on the material provided, Bloodborg predates the development of Arcane, suggesting potential conceptual borrowing. The analysis is divided into key thematic categories and narrative comparisons.

Moreover, the analysis will also detail how Bloodborg's Warwick (alleged to have been used as Vander in Arcane), is transformed into a werewolf also called Warwick in Arcane, then turned into a Bloodborg, vampire werewolf hybrid with a gold head.

3

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**SER 1152**

# Viktor

**The Case for Infringement: How Arcane's Viktor Mirrors Bloodborg More Than Riot's Original Game Lore.**

**1. The Shift in Viktor's Character from League of Legends**

Viktor's portrayal in Arcane diverges significantly from his original League of Legends (LoL) lore and gameplay persona. Traditionally, in LoL and Riot's early narratives, Viktor was presented as:

A staunch advocate for technological perfection, not a tragic, frail figure.

A radical visionary who saw himself as humanity's next evolutionary step, rather than an underdog struggling with his mortality.

A rival to Jayce, but not in the same deeply personal way as Arcane presents. In earlier versions, he was more of a detached, ideological adversary.

More akin to a cold, calculating scientist, rather than a sympathetic, suffering individual with a tragic past.

**In contrast, Arcane's Viktor:**

Is introduced as physically weak and terminally ill, making him emotionally complex and driven by desperation.

Has a deeply personal connection to Jayce, with their dynamic resembling the mentor-disciple and later ideological-rival structure seen in Bloodborg.

4

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1153**

Embodies sacrificial transhumanism, transforming himself at great cost, mirroring key characters in Bloodborg.

These drastic changes to Viktor's identity indicate a fundamental departure from Riot Games' original lore—one that aligns more closely with the themes, character arcs, and aesthetics of Bloodborg than with his prior LoL appearances.

**2. Core Character Arc**

Viktor in Arcane- Viktor is presented as a genius scientist and inventor from humble beginnings in the undercity, driven by desperation to overcome personal physical limitations and societal inequalities. His descent into morally ambiguous choices stems from his pursuit of innovation at any cost. These choices lead to self-experimentation and cybernetic enhancements, tying his survival and ambitions to technological transhumanism. Viktor's emotional complexity is emphasised by his relationships, particularly his partnership with Jayce and his internal conflict between altruistic ideals and self-preservation.

Bloodborg's Parallels- Central figures in Bloodborg, like Lieutenant Dillon James, Simon, D'borg and General Redgrave, mirror Viktor's physical struggles and their reliance on prosthetics or bioengineering to continue living and fighting. For instance, Dillon's escape and subsequent cybernetic transformation to survive directly parallel Viktor's journey of self-modification to combat his own body's weaknesses. This is mirrored in Roy and Simon and D'borg.

5

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Case 2:25-cv-00053-FMO-BFM    Document 58    Filed 02/23/25    Page 1109 of 1218
Page ID #:3071

The ethical tension in Bloodborg over the use of biotechnology to sustain life echoes Viktor's arc, particularly the blood-based bioengineering in Bloodborg, which aligns with Viktor's blood-based hextech experiments that blur the line between life and technology. Both characters exist as tragic figures whose ambitious pursuits result in physical, emotional, and societal alienation.

Whilst Viktor did have some of these traits in the LOL in-game backstories, he was never afflicted nor ill, nor experienced any body dysmorphia. He merely wanted to be the best augmented tin robot, like Dr Doom, who fans and critics have long claimed Viktor's design was "Borrowed" from. Viktor's experiments were metal bionic limbs, diving suits and such.

**3. Themes of Physical Weakness and Cybernetic Enhancement**

*Viktor in Arcane*

Viktor's reliance on technology stems from his chronic illness and physical fragility, which drive him to embrace scientific augmentation.

His use of blood-infused Hexcore technology mirrors a transhumanist struggle, as he seeks both power and freedom, sacrificing his humanity in the process.

His prosthetic enhancements progressively reshape him into something beyond human, reflecting a duality of salvation and damnation. Yet, unlike the original Viktor, his prosthetic enhancements are gifted to him via the higher consciousness of the "Arcane" via the use of the blood-infused Hexcore.

6

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Bloodborg's Parallels**

Bloodborg features multiple characters struggling with physical degradation, necessitating bionic replacements and blood-based engineering and blood-based drugs to build Bloodborgs, which is what both Warwick and Viktor become in Arcane. General Redgrave's transformation from wooden prosthetics to high-tech bionics mirrors Viktor's journey from crude mobility aids to sophisticated cybernetic integration, which is mirrored in Simon Redgrave and D'borg, and of course, Bloodborgs. Moreover, in the LOL backstory of Viktor, he had no such wooden appendages nor appliances.

### 4. The synthetic bacteria- Bionic Rot Vs Corruption

The synthetic bacteria in Bloodborg, used to merge human flesh with bionics, aligns with Viktor's use of blood-infused Hexcore energy for bodily modification. Both portray the merging of blood, flesh and metal as both a cure and a curse, introducing internal conflict.

Bloodborg's concept of "Bionic Rot", where cybernetic augmentation deteriorates over time, echoes Viktor's struggle as his Hexcore modifications begin to reshape him in unpredictable ways. Moreover, we also see this in the parallel universe Jayce visits which shows views the same concept, which is remarkably similar but called "Corruption." This Corruption, via blood split into it, also caused the hexcore to come to life, merging with Vikoer to begin his transformation into a savior. Blood also spilt onto the basement of the hex gates, making a "Wild Rune." This corruption spread to the tree of life, and also into Jayce, causing the hex crystal

7

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1156**

stone on his forearm to fuse into his skin, which is astoundingly similar to that of that of the devise infused into D'borg's forearm.

### 5. Class Struggle and Oppression

*Viktor in Arcane*

Viktor's Zaunite origins paint him as a victim of systemic oppression, fuelling his desire to create technology that bridges social divides. Zaun is depicted as a polluted, neon-lit undercity, contrasting starkly with Piltover's gleaming towers. This visual dichotomy reinforces class conflict, a central theme of his arc. We also see this dichotomy in the two forms of Blood-infused drugs/ technologies of Hextech and Shimmer (Fusion / Bluebeam and Fetal Sapien Serum). Viktor's ambition to uplift the downtrodden through technology directly informs his moral dilemmas.

*Bloodborg's Parallels*

Bloodborg similarly emphasizes societal divisions, particularly through the defenders of the Ark versus the dehumanized Nullifidians. The polluted, disease-ridden environments in Bloodborg parallel Zaun's toxic, industrial landscape. Both settings serve as a battleground of survival, oppression, and rebellion.

Several characters in Bloodborg, notably Dillon James and the radical defectors, share Viktor's motivation to challenge oppressive hierarchies through technology, often with

8

tragic consequences, and Viktor becomes the tyranny, which is the same of D'anna to D'borg, and mirrored in others.

### 6. Experimentation and Moral Ambiguity

*Viktor in Arcane*

Viktor's self-experimentation is marked by moral ambiguity, his desperation drives him to push scientific ethics to their limits. His use of blood-infused Hexcore energy introduces themes of unchecked progress, with unforeseen consequences for himself and others. The Hexcore's ability to manipulate life energy is eerily reminiscent of the Bloodborg concept of synthetic serums drawn from human lifeblood.

### Bloodborg's Parallels

Bloodborg explores similar ethical dilemmas, particularly with the Ark's harvesting of human lifeblood to create serums. Just as Viktor's innovations blur the line between saviour and destroyer, the Ark's advancements exist in a moral grey zone, offering progress at a cost. The radicalization of Dillon James, or Josh via Deep-Root mirrors Viktor's internal struggle, as both grapple with the implications of their scientific pursuits.

9

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

### 7. Symbolism: Colour, Technology, and Life Force

*Viktor in Arcane-* Viktor's journey is visually marked by distinct colours—the blue glow of Hextech and the ominous purple of the Hexcore. His transformation into a part-machine being is accompanied by visual cues of glowing energy, representing his fusion of life and technology.

### Bloodborg's Parallels

Bloodborg uses similar colour symbolism—deep purples and greens are associated with Nullifidian weaponry and Ark technology. The pulsating neon environments of Bloodborg strongly parallel Arcane's use of industrial lighting to reflect the fusion of organic and mechanical existence. Both Bloodborg and Arcane depict technology as a double-edged sword, with augmentation symbolising both power and corruption.

### 8. Tragic Outcomes and Alienation

**Viktor in Arcane-** As Viktor's transformation progresses, he grows more isolated from his allies, particularly Jayce. His arc is deeply tragic, as he loses touch with his humanity while striving to make the world better.

10

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Bloodborg's Parallels**

Dillon James's radicalisation and tragic, symbolic death mirror Viktor's self-destructive ambition, as both are consumed by their ideals. We see this in a few mirror characters in Bloodborg, including Rook, D' Anna, and Katsuko for instance. General Redgrave's alienation after his transformation into a bionic being is another parallel, as both characters are viewed as no longer fully human.

**Conclusion: Why This Matters**

The reimagined Viktor of Arcane bears striking thematic and aesthetic similarities to Bloodborg, more so than to his original League of Legends counterpart. The themes of transhumanism, class struggle, moral ambiguity, and tragic ambition present in Bloodborg appear reflected in Viktor's reworked arc, raising questions of potential conceptual borrowing. Riot Games altered Viktor's character drastically in Arcane, shifting him away from their original lore and closer to the transhumanist saviour archetype present in Bloodborg. The visual storytelling and thematic depth of Arcane's Viktor aligns with Bloodborg's exploration of technological augmentation and societal oppression. The parallels between the two works are too numerous to ignore, warranting further investigation into the extent of inspiration, borrowing, and infringement.

11

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1160**

**Final Thought**

The uniqueness of Bloodborg's world-building, moral conflicts, and transhumanist philosophy make it a prime candidate for influence over Arcane's reinterpretation of Viktor. If Bloodborg indeed predates Arcane's Viktor's revision, then there is a strong argument for creative appropriation that cannot be dismissed. Exhibits to showcase the evidence of Victor being a Bloodborg will follow.

12

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

# Exhibits

# Exhibit A. Bloodborg Poster.



13

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**Exhibit B. Different Viktors**

**B1. Viktor "The Machine Herald" (From League of legends)**









PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**B2. Viktor "The Arcane Herald" (From Arcane).**




15

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1164**





16

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**C. Viktor's transformation into a Bloodborg.**

**C1. Dr Doom.**

Viktor was released as a playable Champion in 2011. Viktor was a tinman who augmented himself for fun and for science. He was egotistical, one of his many throw away "Treasured Gateways," voice lines was, "Join the glorious evolution."

It has been alleged and even unofficially agreed upon that Viktor's design was "Borrowed" from Marvel's Dr Doom. Vikoer is pictured on the left, with Dr Doom on the right.

 

17

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

Viktor's original design in League of Legends was heavily inspired by Doctor Doom, the iconic Marvel villain. Both characters share a masked, metallic visage, a cold and calculating demeanor, strong Eastern European voices, and a vision of technological supremacy.

**Visual Similarities:** Early iterations of Viktor in LoL featured a metallic faceplate, a flowing cape, and a gauntlet-like mechanical arm, reminiscent of Doctor Doom's signature armour.

**Philosophical Overlaps:** Both characters view technology as the path to power, embracing scientific advancements to transcend human limitations. Doom seeks to rule with intellect and innovation, while Viktor originally pursued "The Glorious Evolution" to perfect humanity, by equipping them with bionic limbs.

**Narrative and Personality:** Unlike Arcane's tragic and frail Viktor, the original LoL Viktor was a bold, authoritarian figure, much like Doom, he was driven, unwavering, and often at odds with those who opposed his vision.

**In contrast,** Arcane abandoned this original concept in favour of a more vulnerable, physically weak, and sympathetic character, a stark departure from the Doctor Doom archetype and a move that brings him much closer to the themes and struggles presented in Bloodborg rather than the original League of Legends lore. Then in season two, Arcane turned Viktor into a Bloodborg.

18

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Case 2:25-cv-00053-FMO-BFM    Document 58    Filed 02/23/25    Page 1122 of 1218
Page ID #:3084

**C2. Steps away from a tinman Dr Doom "trope" and from a bland backstory to a complex and developed character.**

*Viktor's Transformation Arc:*

Viktor begins as a passionate and idealistic inventor, determined to push the boundaries of human potential. However, his health deteriorates, and in desperation, he turns to Shimmer, a blood-abused drug created in the underbelly of Zaun. Viktor experiments with Hextech, but his progress stagnates until a pivotal moment when his own blood spills onto the Hexcore during an experiment. The Hexcore reacts, fusing with his essence and marking the beginning of his transformation.

As Viktor continues his experiments, his body succumbs to the corruption caused by the Hexcore's interaction with his blood. A second incident occurs when his nose bleeds onto the Hexgates's base, accelerating the mutation and further binding him to its power. But this blood spillage caused "The Corruption." Tragically, the Hexcore demands more blood, and Viktor's childhood friend, Sky, becomes its victim, consumed by the Hexcore in a horrifying display.

An explosion, committed by Jinx, who is also addicted to a blood-based drug which enhances her abilities, nearly kills Viktor, leaving him comatose. While unconscious, he enters a state of Hex/Arcane vertical stasis, where his mind is trapped in a dreamlike realm. This spiritual plane connects him to a higher consciousness, where he encounters Sky's spirit. He awakens as a changed man, viewing himself as a saviour to the downtrodden and mutated

19

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Case 2:25-cv-00053-FMO-BFM   Document 58   Filed 02/23/25   Page 1123 of 1218
Page ID #:3085

citizens of Zaun. Viktor begins redeeming those addicted to Shimmer, forming a cult-like following.

As Viktor's body deteriorates further, he is placed into a giant egg-like pod, where he is sustained by a combination of his followers' blood and a white liquid they provide, believing it is necessary to keep him alive. Through this symbiosis, Viktor's mind expands, allowing him to telepathically connect with his followers and even control their thoughts. These followers become his Bloodborg Robots; cybernetic beings bound to his will.

Jayce comes back after being transported to another timeline where he sees the "The Corruption" has wiped out the world. Jayce confronts Viktor, culminating in Jayce striking Viktor with a magical hammer, causing severe damage. Viktor is revived through a mixture of Shimmer, his followers' blood, and the blood of Warwick, a werewolf tied to Zaun's and Singed's darker experiments. Emerging stronger, Viktor re-enters his egg, ascending to a higher plane of existence where he communicates with Sky and gains deeper control over his cult.

Eventually, Viktor hatches from the egg, reborn as a Bloodborg God / mind controlling tyrant. In his final moments, he and Jayce reconcile, sharing an intimate moment of love, hugs, understanding and forgiveness as they float together in the skies above Zaun. Viktor dies of love, leaving behind a complicated legacy of salvation and destruction. He is reborn again in the LOL games, as a glowing blue, alien-like entity.

However, in the games, Viktor's form shifts into a glowing, blue, alien-like man, continuing his arc as a figure both admired and feared.

20

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C3. Visual representation of his transformation from the games to the end of Arcane.**





Arcane season 1, Episode 7,
Viktor is becoming a Bloodborg.

94



Viktor is now a Bloodborg!

Riot transformed Viktor from a Dr Doom rip-off steampunk like mechanical bionic man, to a magical Colgate toothpaste like blue glowing twink Bloodborg Smurf.

[Singed] The blood should sustain Viktor for a short while.

21

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Case 2:25-cv-00053-FMO-BFM    Document 58    Filed 02/23/25    Page 1125 of 1218
Page ID #:3087

**C4. Still images from Arcane, showing Viktor's into a Bloodborg**

Singed, with the help of Viktor, uses a magical purple flower to feed Rio, cultivated from iridescent water, from the mix of toxic waste.

 

Singed essentially uses Rio's blood as the foundation for creating Shimmer; he extracted the unique regenerative properties from Rio's mutated biology, which was derived from a species of glowing purple flowers she consumed, to create the drug. Singed gives Viktor Shimmer to consume, to prevent, or delay his deteriorating health.

 

Whilst trying to figure out how to use Hex, Viktor's nose bleeds onto the table and he faints but his blood, now mixed with the Blood-drug Shimmer, awakens hexcore's power.

22

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1171**



Later, whilst standing on a platform over the base of the Hexgates, Viktor's nose bloods again, this time dripping on the Hexgates and causing "The Corruption."



23

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1172**

He Hexcore likes blood, so it drinks Sky.



Jinx fires a rocket and nearly kills Viktor. He goes into a Hex coma, then comes out as a Hex man.

 

24

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1173**

Viktor, having visited the higher consciousness, redeems mutated Shimmer addicts, then he starts a mind control cult.



He becomes a white Jesus, harvesting white liquid and blood from his followers.





25

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

SER 1174

Jayce kills him, then he goes into an egg, where Singed revives him using the blood of his followers and the blood of a werewolf.






26

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Viktor hatches out of an egg, he is now a bloodborg, and so is the werewolf.







27

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**SER 1176**

**Exhibit D- Extracts from Bloodborg.**

**D1. Murky White Liquid**

*BB- "Tubes appeared from the walls of the egg, tunnelling into his arms, drawing his blood out and sending a murky white liquid into his body."*



28

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**SER 1177**

**D2. D'Borg's Egg Vs Viktor's egg.**

Viktor's healing and transformation egg is remarkably similar to D'borg Egg of the same in Bloodborg, in which it's the transformation, restorative and teleportation egg of D'borg. There is a chapter literally called D'Borg's Egg.

*BB- "Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube.*

*With an almighty crash of thunder and a blinding bolt of white light, she was gone."*



29

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1178**

### D3. The Hexgates of Arcane Vs The Stand of Bloodborg.

In Bloodborg, The Stand (The Wall) is alive. In Arcane this is similar to the Hexgates, which Vikoer bleeds on to cause "The Corruption."

*BB- "The wall must have been repairing itself. From the bottom, each hexagon is looping with a green liquid, building up into the sky."*



In Bloodborg: The wall must have been repairing itself. From the bottom, each hexagon is looping with a green liquid, building up into the sky.

### D4. White-eyed followers and plants in their eyes.



The white-eyed and planets inside their eyes.

Still think Linke wrote Arcane, go see my predictions now!

1, They also held ocean planets inside their eyes.

2, ...they would gain vitality and be saved in the afterlife by the power of the worlds inside the eyeballs.

3, ... with the same geometric tribal markings as the woman. The boy had gleaming, brilliant white eyes.

4, ...old black guy with white eyes,

**SER 1179**

### D5. The Rupture vs The Corruption

**In Bloodborg,** Dillon James, who is later called Warwick, blows a hole in the wall and is teleported away. This event is called The Rapture.

**In Arcane,** Jayce smashes his hammer into the rune, making a hole, then he is teleported away,

*BB- "A thump at the door tore away the world. A flash of blood, a pulse of doom, a reek of death. Back on the wall where many died- The explosion, The Rupture. Chris lay on his back amongst the debris of the blast. Warmth trickled from his ringing ears. Unable to move, he peered at the massive hole in The Wall.*

*His friend Bill Rewan knelt in the dry mud, his chunky hands gripping the raw flesh of his skull. His exposed jawbone rattling in a nerve fit. His eyeball was dangling from its socket. Lieutenant Dillon James was gone, no trace."*





31

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D5. blew half my bloody face-off**

BB- 'No, I lost the leg during the 2nd Crusade, a climber got on top of the wall, fuck knows how, he shot me with an explosive round. But I was also injured during the Rupture, it blew half my bloody face-off.'



**D6. Ogley eyed spies**

BB- "As twilight grew gloomier, the sad mouth in the sky drooped and the resting raindrops peered at Warwick like thousands of ogley eyed spies.



PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

## D7. D'anna Coma Vs Viktor's Coma.

BB- *"D'anna woke in a warm Hospital bed. The room was pitch dark. A green exit sign shone above the doors far in front of the bed. Her body and head were strapped to the bed. She could only move her right eye. She peered down at her body; it was covered tightly with a white sheet. She couldn't feel her limbs, less for a twinge in her left leg. A plastic breathing mask covered her nose and mouth, sweaty and stale. Under the plastic, another taste lingered. It confused her, she knew the taste but could not remember it, as if her mind was blocking her from remembering. She focused. She remembered! it was... it was... blood and oil."*

BB- *"D'anna came around again. She had tubes emerging from every orifice. The one protruding out of her mouth, felt warm and wet, like a mother's nipple. She felt warm and cosy, like a baby breastfeeding.*

*Her bed was angled up, slanting towards the ground, as if to display her. She could see others, other beds, a line of maybe five, all slanted for display."*



33

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

## D8- The Teleportation Device.

Analysing Arcane, S1, E4 – The teleporting building of the opening of
Episode 4 is taken from a chapter of Bloodborg called Orion's belt.



This is Orion's belt in space. I called this chapter Orion's belt because when the cyborg is about to teleport three circles line up, like Orion's belt. She also lines the three districts up, which look like Orion's belt from above. She lines up the map with the hologram map to select her teleportation destination.

Let's match what I say in the Orion belt chapter to the still images of the arcane show.



Like an orange glow stick, the top of the setting sun peeked over the giant wall to the west.



In Bloodborg I wrote: Wet clouds lingered around ankle hight as she walked over to the ledge of the skyscraper roof. As the last of the sun faded, the clouds lifted, covering D'borg with a layer of dew and revealing the city below.



In bloodborg I wrote: They looked like the three stars of Orion's belt, a constellation  D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily.
She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram.



D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon, formally... With the two maps layering each other, she could see the three districts D'borg mapped the quickest route to the district over midtown.

39



Later- She felt the tickle building. She looked down at the inside of her forearm. Inside her arm, attached to her was a device in the shape of a figure of eight. She traced her finger over the figure of eight, it rose from her arm and out flicked a globe with several glowing spots. She zoomed in to a blue spot, the ... She rotated the figure of eight zooming it down onto a point near the Air-blade, hovering over an open-top building.
Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube.
With an almighty crash of thunder and a blinding bolt of white light, she was gone.



34

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**D9. Infinity symbolism and devise in Jayce's forearm.**

BB- "A control device in the shape of the infinity symbol, dropped out of the inside of her forearm and bounced on the rails. Warwick peered down at it; a hologram of the globe flicked out of the display screen. A topographical picture of an Island zoomed out of the globe hologram."



BB- "She looked out over the city, the skyscraper she had climbed was largely cut off from the labyrinth of connecting walkways and giant cables. This area (Lower Manhattan) was a ghost town, ready to fall. Looking past this abandoned part of the city, D'borg could see the city's elevated walkways and streets, linked by three glowing circles which were the three main districts. They looked like the three stars of Orion's belt, a constellation D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily.

35

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1184**

*She gazed over the city again. She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram.*

*D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon, formally Manhattan. With the two maps layering each other, she could see the three districts."*





36

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**SER 1185**

**E. Bloodborg Viktor and Bloodborg Wawrick are incompatible from the originals, and Viktor "Mains" in uproar, campaigning and making complaints about it.**





37

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

38

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**SER 1187**

The Plaintiff, Marc Wolstenholme, M.W.

Wolf. Date: February 23, 2025

Signed:  *M.WOLSTENHOLME.*

39

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>　　　　Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S EXHIBIT Q - PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT |

Dated this: 23 FEBRUARY 2025

*M.WOLSTENHOLME.*
[MARC WOLSTENHOLME]

1

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

**SER 1189**

**PRELIMINARY DECLARATION OF DAMAGES**

**PLAINTIFF'S MOTION FOR DAMAGES EVALUATION AND SUMMARY OF RELIEF SOUGHT**

**I. INTRODUCTION**

**This is a preliminary readiness document and not a final account.**

Plaintiff Marc Wolstenholme ("Plaintiff") submits this Motion for Damages Evaluation and Summary of Relief Sought in the case against Riot Games, Inc. ("Defendant") for copyright infringement, anti-competitive practices, intentional infliction of emotional distress, and related claims. This motion outlines the damages incurred by Plaintiff, quantifies the relief sought, and substantiates the profound harm caused by Defendant's alleged actions.

**II. DAMAGES SOUGHT**

**1. Economic and Financial Damages**

(a) Unrealized Revenue from Plaintiff's Creative Properties, Plaintiff's inability to monetize his M.W. Wolf Megaverse, including the Bloodborg manuscript, due to Defendant's infringement and market saturation.

*Estimated damages: £500 million.*

2

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

**SER 1190**

(b) Loss of Career and Financial Stability. Loss of Plaintiff's employment as a university lecturer and associated career progression due to emotional toll and financial hardship.

*Estimated damages: £185,000.*

(c) Family Court Costs. Ongoing costs of child contact proceedings and related expenses.

*Estimated damages: £30,000.*

(d) Litigation and Administrative Costs. Expenses incurred by Plaintiff to compile evidence, conduct legal research, and defend his rights as a litigant in person.

*Estimated damages: £1 million.*

**2. Emotional and Psychological Damages**

(a) Intentional Infliction of Emotional Distress. Aggravation of Plaintiff's complex PTSD and related conditions due to Defendant's actions, threats, and retaliation.

3

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

**SER 1191**

*Estimated damages: £100 million.*

(b) Impact on Family Life. Loss of access to Plaintiff's child outside of supervised contact, exacerbating emotional harm.

*Estimated damages: £50 million.*

**3. Reputational Harm**

(a) Damage to Plaintiff's Creative Brand. Harm to Plaintiff's reputation and

   brand as a writer due to Defendant's infringement and public

   misrepresentation.

*Estimated damages: £25 million.*

(b) Defamation and Retaliation. Retaliatory actions and defamatory attacks

   against Plaintiff, including hate mail and harassment.

*Estimated damages: £10 million.*

4

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF
SOUGHT

**SER 1192**

**4. Anti-Competitive Practices**

(a)  Violation of California Business and Professions Code §17200 Unfair competitive practices by Defendant, suppressing Plaintiff's market entry and opportunities.

*Estimated damages: £50 million.*

**5. Punitive Damages**

To penalize Defendant for malicious, reckless, and unethical conduct, including deliberate copyright infringement, gaslighting and bad faith negotiations.

*Estimated damages: £500 million.*

5

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

### III. TOTAL DAMAGES SOUGHT

Economic and Financial Damages: £651.185 million.

Emotional and Psychological Damages: £150 million.

Reputational Harm: £35 million.

Anti-Competitive Practices: £50 million.

Punitive Damages: £500 million.

*Grand Total: £1.386 billion.*

Plus, lifetime of copyright reasonable royalties for all Lore and Copyrighted characters and backstories for every future project or program containing any element of my infringed upon IP,

6

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

**SER 1194**

## IV. SUPPORTING EVIDENCE

Plaintiff has provided, and will continue to provide, extensive evidence supporting the damages sought, including but not limited to:

Documentation of Copyright Infringement: Thousands of examples of direct and strikingly similar elements between "Bloodborg" and Defendant's "Arcane" series and spin-off projects.

Correspondence and Retaliatory Threats: Emails and letters from Defendant's legal representatives demonstrating bad faith, intimidation, and ethical misconduct.

Medical Records and Personal Impact: Evidence of Plaintiff's complex PTSD, exacerbated by Defendant's actions and prolonged litigation. Along with a medication list and court papers of UK based criminals, family and MOD tribunal courts.

Financial Records: Proof of Plaintiff's loss of income, legal expenses, and economic hardships directly linked to Defendant's conduct.

7

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

**SER 1195**

**V. RELIEF REQUESTED**

Plaintiff respectfully requests the following relief:

Award of Damages: The court grants damages as outlined above, totaling £1.386 billion.

Plus, lifetime of copyright reasonable royalties for all Lore and Copyrighted characters and backstories for every future project or program containing any element of my infringed upon IP.

Court Oversight: Judicial intervention to ensure a fair and expeditious resolution to this case.

Sanctions for Misconduct: Appropriate sanctions against Defendant for bad faith negotiations, retaliation, and ethical violations.

Equitable Relief: A permanent injunction to prevent Defendant from further exploiting Plaintiff's intellectual property.

8

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT