# EXHIBIT A
## The Art and Making of Arcane – Riot Games Art Book
*(Internet Archive PDF and Supporting Evidence)*

---

**Plaintiff's Supporting Statement:**

Due to technical limitations encountered when attempting to capture clean, uninterrupted content from the Internet Archive, this exhibit includes multiple forms of supporting material to ensure clarity and authenticity. Specifically, the following are included in Exhibit A:

- 1, Screenshots from the Internet Archive's hosted copy of *The Art and Making of Arcane*

- 2, Photographs of the Plaintiff's personal hard-copy edition of the same publication

- 3, The Text Retyped Excerpt Verbatim

- 4, DECLARATION OF MARC WOLSTENHOLME REGARDING INTERNET ARCHIVE MATERIALS USED IN EXHIBIT A

- 5, Plaintiff's Analysis of This Excerpt

- 7, Interpretive Note on Timeline and Authorship Attribution

- 8, Publication Date

- 9, Downloaded PDF from the Internet Archive- Merged PDFs

These materials are presented together to ensure fidelity of the timeline and content, and to affirm the Plaintiff's representation of Riot Games' own published development history as central to the timeline of access and narrative revision in this case.

0

# 1, Screenshots from the Internet Archive's hosted copy of The Art and Making of Arcane

## A. Cover Page



## B. Page 10 internet Spread (In hardback it's actually page 15)



## C. Page 10 Spread- zoomed into the bottom right corner text.



## D. Page 10 Spread Text Cropped Screenshop

To further help *Arcane* cross the finish line, Riot hired producer Melinda Dilger in 2020. She devised an L.A. production pipeline in coordination with Hervé Dupont at Fortiche to complete the first season's nine episodes. It was around this time that Riot secured a distribution deal with Netflix. At the time the streamer's executives signed on based on the pilot and, really, not much else. That's because that one episode (which was further refined after the version delivered at the end of 2017) made the project's uniqueness evident: In less than an hour, viewers were introduced to a fully formed, visually and sonically sophisticated universe. Immediately, it established a sense of history and people you cared for, as well as a virtuosic mise en scène—the introductory parkour scene alone could be taught in film schools.

A major reason for *Arcane's* success is that the show skillfully weaves seemingly irreconcilable perspectives and sensibilities into a cohesive whole. Think about it: A Los Angeles game company and an artsy French studio joined forces to create a series that delights players while also welcoming those who have never heard of Runeterra—or aren't into

2

## 2, Photographs of the Plaintiff's personal hard-copy edition of the same publication

### A. Cover Photo



### B. Pages 14 and 15 Spread



## C. Page 15 bottom right corner text zoomed in photo.



To further help *Arcane* cross the finish line, Riot hired producer Melinda Dilger in 2020. She devised an L.A. production pipeline in coordination with Hervé Dupont at Fortiche to complete the first season's nine episodes. It was around this time that Riot secured a distribution deal with Netflix. At the time the streamer's executives signed on based on the pilot and, really, not much else. That's because that one episode (which was further refined after the version delivered at the end of 2017) made the project's uniqueness evident: In less than an hour, viewers were introduced to a fully formed, visually and sonically sophisticated universe. Immediately, it established a sense of history and people you cared for, as well as a virtuosic mise en scène—the introductory parkour scene alone could be taught in film schools.

A major reason for *Arcane*'s success is that the show skillfully weaves seemingly irreconcilable perspectives and sensibilities into a cohesive whole. Think about it: A Los Angeles game company and an artsy French studio joined forces to create a series that delights players while also welcoming those who have never heard of Runeterra—or aren't into

OPPOSI
Vi anim

4

**3, The Page 10 Spread Text Excerpt Retyped Verbatim**

"To further help Arcane cross the finish line, Riot hired producer Melinda Dilger in 2020. She devised an LA production pipeline in coordination with Hervé Dupont at Fortiche to complete the first season's nine episodes. It was around this time that Riot secured a distribution deal with Netflix. At the time the streamer's executives signed on based on the show's early look, not much else. That's because the original pitch (which was further refined after the version delivered at the end of 2017) made the project's uniqueness evident: In less than an hour, viewers were introduced to a fully formed, visually and sonically sophisticated universe. Immediately, it established a sense of history and people you cared for, as well as a virtuosic mise en scène—the introductory parkour scene alone could be taught in film schools.

A major reason for Arcane's success is that the show skilfully weaves seemingly irreconcilable perspectives and sensibilities into a cohesive whole. Think about it: A Los Angeles game company and an artsy French studio joined forces to create a series that delights players while also welcoming those who have never heard of Runeterra—or aren't into..."

## 4, DECLARATION OF MARC WOLSTENHOLME
## REGARDING INTERNET ARCHIVE MATERIALS
## USED IN EXHIBIT A

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am the Plaintiff-Appellant in the above-captioned matter.

On August 1st, 2025, I accessed the Internet Archive at the following URL:

https://archive.org/details/arcaneartbook1/mode/2up

I captured images and downloaded a PDF of The Art and Making of Arcane, as hosted at that address, in order to preserve the contents as evidence in this case.

Due to inconsistencies and formatting issues when viewing the material online, I supplemented this with screenshots and photographs taken from my personal hard copy of the same book to ensure accuracy and continuity.

These materials are submitted as Exhibit A in support of my Reply to DKT 14 Brief in the matter of Wolstenholme v. Riot Games, Inc., Case No. 25-3163, before the United States Court of Appeals for the Ninth Circuit.

Executed on August 1st, 2025

Coventry, England

Signed: *M.WOLSTENHOLME*

Marc Wolstenholme

Plaintiff-Appellant

6

**5, Plaintiff's Analysis of This Excerpt**

This passage is critical for several reasons:

**Date Confirmation:** It places key development decisions and the hiring of Melinda Dilger, specifically for narrative restructuring, in 2020, directly after Plaintiff's submission of Bloodborg.

**Contradiction of Riot's Legal Position:** Riot previously claimed in court and in legal correspondence that all writing and production concluded and were locked in, in 2019 (Exhibit B). This excerpt directly contradicts that position.

**Evidence of Re-scope:** The passage describes a revision and refinement of the Arcane narrative and visual style in 2020. This supports Plaintiff's claim and wider evidance that the series underwent a narrative pivot directly post-submission.

**Connection to Netflix Deal:** The timing of Riot securing the Netflix distribution deal is described as occurring after this 2020 restructuring, consistent with Plaintiff's timeline that identifies mid-2020 as the point of greenlight after access, and the wider misuse of M.W. Wolf's work "Access" pipeline.

7

**6, Line-by-Line Analysis of Riot's Art Book Passage**

**Line 1:**

"To further help Arcane cross the finish line, Riot hired producer Melinda Dilger in 2020."

This contradicts Riot's sworn legal position that writing and production concluded in 2019. It introduces new creative personnel in 2020, well after Plaintiff's submission. It misleads and implies that Melinda Dilger came in at the end, to help "cross the finish line."

We know this isn't true because the Plaintiff has shown a great deal of evidence to rebut this in PLAINTIFF'S EXHIBIT I- DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE FEBRUARY 23, 2025 (Excerpt attached).

In this court filing the plaintiff has demonstrated with evidence,

1, Melinda Dilger's CV was backdated falsifying a 2019 start at Riot Games, a method the Plaintiff has shown that Riot have used many times to hide the true timelines.

2, "extensive evidence indicates that the vast majority of the show was developed between late 2020 and 2021, following the hiring of Melinda Dilger, who structured production and writing after the acquisition of the Plaintiff's manuscript, Bloodborg."

3, "Melinda Dilger went on Angle on Producers with Carolina Groppa podcast: https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0 (Melinda Dilger - Producer of "Arcane" and Global Head of Animation Production at Riot Games- 31 May 2023 - Angle on Producers with Carolina Groppa- 01:03:19)

During this podcast discussion, Melinda Dilger says, "It was a lot, it was casting the right people, building a team, hiring people, step by step, work chart, schedule, budget, pipeline, all of those things had to be done and figured out, bit by bit." She states that other than team building, which they didn't even have, she had to do the very basics."

4, "On this podcast, Melinda Dilger states, Riot Games didn't have an efficient pipeline. Fortiche was still working out their pipeline. Fortiche had their hands

full figuring it out, so she built an infrastructure for the LA team. She states that Mark Taylor was consulting them at the point when she joined. She discussed the mess of it with Mark. So, she had to build them a basic org chart for what it should look like. And taught them the very basics from beginning to end."

5, We know that Melinda Dilger back scheduled the org chart. *"We know that the show, scripts weren't yet "written", as she confirms it and it's on the Org Chart. Thus, we know that the letter sent to me from Riot's solicitors (Greenberg Glusker) in 2021, presents false timelines.*

*In Arcane: Bridging the Rift, Jane (Jane Chung) Hoffacker states that finally, one time she got connected with a woman named Melinda Dilger.*

*Melinda's LinkedIn resume states that she worked at Riot Games as an Executive Producer on "Arcane" Season 1 & 2 (Netflix series),4 years 4 months, December 2019 - March 2024. We know this isn't correct as we know that it was into 2020 if not 2021 when she was brought in. But even if we go with this, it shows that Riot's Arcane: Bridging the Rift timelines are muddled.*

*Milinda states that she worked at home because of Covid.*

*In Los Angeles, COVID-19 restrictions began in early 2020 and went through multiple stages of tightening and loosening based on case surges. The first stay-at-home order was issued in March 2020, closing non-essential businesses and enforcing mask mandates. By mid-2020, restrictions were slightly eased, but surges in cases during winter led to further restrictions and capacity limits, especially in indoor spaces.*

*So, we know that it was after March 2020. At the beginning of Covid, businesses didn't have their lockdown protocols in place, it was simply lockdown. It was mid-2020 before the restrictions were eased slightly."*

6, and many more examples can befound in the court excerpt listed above.

**Line 2:**

"She devised an LA production pipeline in coordination with Hervé Dupont at Fortiche to complete the first season's nine episodes.

1, Shows continued production planning and development post-2019, including with new staff and external vendors. The Plaintiff has already shown this in

great detail as listed in: PLAINTIFF'S EXHIBIT I- DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE FEBRUARY 23, 2025.

2, "to complete the first season's nine episodes." Season 1 was only 9 episodes. Yet again we see rhetoric trying to mislead over timelines. This shows Melinda Dilger came in in meid-2020 and worked on the whole product from start to finish, all 9 episodes.

**Line 3:**

"It was around this time that Riot secured a distribution deal with Netflix."

Thus again, in 2020, Melinda Dilger entered from an undisclosed agency. She set the whole pipeline and production up and "had to teach them the very basics". Simultaneously in 2020, they got the greenlight and distribution deal with Netflix, which all fits the Plaintiff's timelines perfectly and does not support the falsified timelines presented and publicly circulated by Riot Games.

**Line 4:**

"At the time the streamer's executives signed on based on the show's early look, not much else."

This line, published in Riot's official Art and Making of Arcane book, critically undermines Riot's sworn position that Arcane's writing and production were completed and "locked" by the end of 2019. It openly admits that Netflix executives agreed to distribute the show based not on a finished product, but on a preliminary visual concept — "not much else."

This admission is incompatible with Riot's legal claims in 2021 that the show was fully written and in production prior to the Plaintiff's submission of Bloodborg. Instead, it supports the Plaintiff's position that Riot was still in early development and narrative restructuring into 2020, and that Netflix's commitment came before major story and character decisions were finalized.

Furthermore, this statement implies a conditional or exploratory greenlighting by Netflix, consistent with industry practice when visuals precede scripts. This

10

context, combined with Riot's later hiring of key production personnel like Melinda Dilger in 2020, makes it clear that Arcane was not a finished work in 2019, but an evolving project potentially shaped by submissions made during this critical window, which we know they were soliciting manuscripts at this time because Alex Yee admits it in Bridging the Rift.

Moreover, Jane Chung Hoffacker, who won a Primetime Emmy Award in 2022 for her work as an executive producer on the animated series Arcane, admits it on a Podcast.

24 May 2024- Justin Gary- Jane Chung Hoffacker — From League of Legends to animating Arcane, Rhythms of Guitar Hero, and Ma...
https://www.youtube.com/watch?v=GtvWmaqSPuM

During which she distanced herself from the show and stated that she was little more than a runner, after accepting an Emmy for executive producer and after pre-litigation notices were sent in 2021.

During the show, Jane explains that they had to get Arcane greenlit, they had a lot of stops and starts trying to get the show greenlit. They had failed a couple of times, so they had to try and figure out the show in the writers' room, along with what talent they needed to be able to "carry this across the line", so a lot of it became reading through a lot of scripts she got submitted to them, and learning how to work with agents. She explains she had to hire script writers and hire into the writers room.

This is detailed in SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE FEBRUARY 23, 2025 (Excerpt attached).

Thus we have an executive producer of Arcane stating in no uncertain terms that in the period which I submitted my manuscript, they had failed to get the greenlight and were reading lots of manuscript submissions and were talking to agents and had to hire script writers. This is the opposite of what Riot Games claim, which is that they did not read any manuscripts, were not accepting submissions, had no such submission portal, and the whole show was written and produced in house. The lies are incredible and far exceed fraud on the court.

11

On Wed, 1 Dec 2021 at 03:06, to mislead the Plaintiff and to pressure him to drop the cases, Moss, Aaron wrote an Email to Marc Wolstenholme and Cc Geller, Joshua.

In the email (Exhibit B) they claimed,

*"Aside from the fact that your assertions are the type of sheer speculation and conjecture that cannot support a claim of access under the U.S. Copyright Act as a matter of law, the timeline indicated in your email demonstrates beyond any doubt that Riot simply could not have used your Manuscript to create "Arcane."*

*The "Arcane" story was conceived by Riot beginning in 2016. Production-ready scripts of the first three episodes were completed in 2018. The scripts for the final episodes were completed by mid-2019. In other words, at the time you contend your manuscript was likely obtained (i.e., after Friday, September 18, 2020), all of the written material underlying the "Arcane" program had been long completed. And, as I previously noted, all of the main characters, themes, settings and motifs in Arcane are a decade old.*

*Frankly, your assertions reflect a fundamental lack of understanding as to how long television production (especially animation) actually takes. It would be physically impossible for Riot to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021. That's simply not how it works. Even you concede that the earliest Riot could have accessed your material was at the end of 2019, which is already after the date that all of the scripts for "Arcane" had been completed and locked for production.*

*If required to do so in a court of law, Riot can easily corroborate these timelines, given the hundreds if not thousands of people who were involved in the production of its series. And to be clear, if you were to proceed with this matter in court, Riot would vigorously defend itself and, upon prevailing, would seek its attorneys' fees and other available sanctions against you. There will be no mediation, out of court settlement, or bestowed credit at any time. Rather than continue to send emails, I strongly suggest that you speak with competent U.S. copyright counsel who can properly explain the law to you as well as the risks you take by moving forward. All of Riot's rights and remedies are, of course, reserved."*

12

All of this has been shown to be aggressive litigation lies to bully a vulnerable creative out of processing with his complaints. In this one email, the Plaintiff can show, with evidence, at lease 13 lies to hide theft.

Therefore, this line strengthens the Plaintiff's argument for access, post-submission development, and the need for further discovery into the nature and timing of the Netflix-Riot agreement and development materials reviewed.

**Phrase: "Cross the Finish Line"**

In both the Art Book's excerpt and in the 24 May 2024- Justin Gary- Jane Chung Hoffacker podcast, the Phrase: "Cross the Finish Line" or variations of it are used, directly followed by whole pipelines, reading of manuscripts, hiring into the writing room, getting the greenlight, the Netflix deal and the very basics of crafting a show.

Thus "carry this across the line" actually means, do everything apart from a failed pilot, some 3D animation character models, three of which were disused after the Mid-2020 reworking of the show, and "really, not much else."

**7, Interpretive Note on Timeline and Authorship Attribution:**

Plaintiff believes, and will demonstrate through related filings and evidence, that this passage was retrospectively added or edited in Riot's Art Book following increased litigation risk, pre- litigation notices, and after Plaintiff's notice of intent to subpoena producer Melinda Dilger. The timing and language suggest a deliberate attempt to retroactively align development narratives with legal defenses raised in this case.

Obstruction Pattern by Key Personnel

Following the initiation of legal proceedings and formal inquiries into development timelines, Melinda Dilger, Executive Producer on Arcane, has blocked the Plaintiff on professional platforms, including LinkedIn and others. This conduct aligns with a pattern of litigation obstruction already documented in this case, where relevant individuals have either refused contact, evaded public questioning, distanced themselves from Arcane or limited visibility of their public records following specific filings or subpoenas.

Given Ms. Dilger's central role in structuring Arcane's production and pipeline, after the alleged submission of Bloodborg and at a point when Riot now claims development was complete, this distancing is both telling and problematic. It undermines transparency, prevents clarification of critical timeline discrepancies, and supports the Plaintiff's call for compelled discovery or deposition to confirm facts that cannot be reasonably obtained without court intervention.

Plaintiff further contends that this excerpt reflects an effort by Ms. Dilger to distance herself from falsified production timelines previously advanced by Riot's legal team. Phrases such as "cross the finish line," and "devised a production pipeline... to complete the nine episodes" imply active, material work occurring in 2020, contradicting Riot's litigation claim that "all scripts were locked by the end of 2019."

14

The inclusion of this material in a high-profile publication, timed with Riot's litigation posture, supports the inference that this was not a passive oversight, but a strategic adjustment in Riot's narrative, motivated by anticipated exposure.

**8, Publication Date**

The art book, titled "The Art and Making of Arcane – League of Legends", was officially published on December 12, 2023, as shown in the metadata from the Internet Archive screenshot provided (bottom left corner of the page).

So, to clarify:

Publication Date: December 12, 2023

Hosted by: Internet Archive (uploader: mariinatedd)

Relevance: This date places the book's release more than two years after Riot's legal team claimed (in 2021) that Arcane's scripts were "locked" by the end of 2019. That supports the argument that this content was added after the onset of litigation, and can be used to highlight inconsistencies in Riot's timeline defense.

**What this indicates:**

The studio-authorized art book states that Riot 'scored a distribution deal with Netflix' contemporaneously with Melinda Dilger's 2020 appointment to run the Los Angeles pipeline, reinforcing the timeline in which UTA- and Curtis Brown–linked contacts facilitated a quid-pro-quo arrangement between Netflix and Riot. I have shown, and it's stated in Bridging the Rift, that Dilger's production schedule started in the summer of 2020, but she back scheduled it to March 2020, which is standard Industry practice.

16

**DECLARATION OF MARC WOLSTENHOLME REGARDING LITIGATION-RELATED OBSTRUCTION BY MELINDA DILGER**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States that the following is true and correct:

I am the Plaintiff-Appellant in the above-captioned action and submit this declaration in support of my reply brief and requests for relief in this matter.

I make this declaration based on my personal knowledge and direct experience with the individuals and facts set forth herein.

On or around August 2025, I observed that Melinda Dilger, credited as Executive Producer of Arcane, and a central figure involved in the production timeline at issue, blocked me on professional networking platforms, including LinkedIn.

This blocking occurred after I initiated specific legal filings that questioned Ms. Dilger's role in the production timeline of Arcane, particularly in relation to representations made in Riot Games' legal responses, including statements that the show was "completed" by the end of 2019.

Ms. Dilger's public interviews, podcast appearances, and resume statements are key to resolving inconsistencies about when Arcane was actually produced, revised, and structured. Her involvement, by Riot's own Art Book and other evidence, appears to have begun no earlier than mid-2020, well after the alleged "completion" of the show.

The act of blocking the Plaintiff, in this context, prevents further professional engagement or requests for clarification and fits a broader pattern of litigation evasion and obstruction already documented by the Plaintiff.

17

This conduct supports Plaintiff's position that certain factual records are being suppressed or intentionally obfuscated and demonstrates the need for discovery or deposition to determine the truth regarding timeline manipulation and access to Plaintiff's submitted work.

Executed on this 6th day of August 2025 in Coventry, United Kingdom.

*M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff-Appellant

Email: marc@mwwolf-fiction.co.uk

Phone: +44 782 796 4404

**9, Downloaded PDF from the Internet Archive- Merged PDFs**

As presented, The Art and Making of Arcane - League of Legends captured from the Internet Archive does not correctly show the passage, it scrambles the text.

01/08/2025, 15:47　　The Art and Making of Arcane - League of Legends : mariinatedd : Free Download, Borrow, and Streaming : Internet Archive

Dilger in 2020. She devised an L.A.-based coordination with Hervé Dupont at Fortiche for the first season's nine episodes. It was around this time that Riot secured a distribution deal with Netflix. The streamer's executives signed on based on the first episode and not much else. That's because that one episode—later refined after the version delivered at the pitch—made the project's uniqueness evident. In less than a minute, viewers were introduced to a fully formed, technically sophisticated universe. Immediately, it established a sense of history and people you cared for, as well as a dynamic mise en scène—the introductory parkour scene could be taught in film school. Crucial for Arcane's success is that the show skillfully balances seemingly irreconcilable perspectives and seemingly disparate elements into a cohesive whole. Think about it: A Los Angeles video game studio joined forces to...



Favorite　Share　Flag

# The Art and Making of Arcane - League of Legends
by mariinatedd

https://archive.org/details/arcaneartbook1/page/n9/mode/2up　　　　1/3

01/08/2025, 15:47     The Art and Making of Arcane - League of Legends : mariinatedd : Free Download, Borrow, and Streaming : Internet Archive

| | |
|---|---|
| Publication date | 2024-12-03 |
| Topics | league of legends, arcane, netflix, artbook, illustration, artwork, jinx |
| Collection | opensource |
| Language | English |
| Item Size | 200.0M |

**Filled with gorgeous illustrations and concept art from the hit Netflix series, *The Art and Making of Arcane* is an immersive journey behind the scenes of the Emmy Award-winning Animated Series!**

*The Art and Making of Arcane* takes readers through the visual journey of Riot Games' and Fortiche's revolutionary animated series. Featuring early art styles, evolving character designs, and jaw-dropping world-building artwork, this volume is the definitive compendium of *Arcane*'s creative process and vision.

*Arcane* and *League of Legends* fans alike will be amazed by the visual development of fan-favorite champions, the breathtaking cityscapes of Piltover and Zaun, and the riveting inventions of hextech and Shimmer.

This book includes early designs showing how characters evolved visually, gorgeous vistas of sprawling background and setting art, and interviews with over 20 key animators, writers, directors, artists, game designers, musicians, and other creators.

| | |
|---|---|
| Addeddate | 2025-05-23 01:13:11 |
| Identifier | arcaneartbook1 |
| Identifier-ark | ark:/13960/s2mf9qn6vq6 |
| Ocr | tesseract 5.3.0-6-g76ae |
| Ocr_detected_lang | en |
| Ocr_detected_lang_conf | 1.0000 |
| Ocr_detected_script | Latin |
| Ocr_detected_script_conf | 0.6040 |
| Ocr_module_version | 0.0.21 |
| Ocr_parameters | -l eng |
| Page_number_confidence | 0 |
| Page_number_module_version | 1.0.5 |

SHOW MORE

# 💬 Reviews

➕ Add Review

There are no reviews yet. Be the first one to **write a review**.

## 204 Views

## 17 Favorites

Case: 25-3163, 08/06/2025, DktEntry: 17.2, Page 23 of 23

01/08/2025, 15:47      The Art and Making of Arcane - League of Legends : mariinatedd : Free Download, Borrow, and Streaming : Internet Archive

**DOWNLOAD OPTIONS**

| | |
|---|---|
| CHOCR | 1 file |
| DAISY<br>For users with print-disabilities | Generate |
| EPUB | Generate |
| FULL TEXT | 1 file |
| HOCR | 1 file |
| ITEM TILE | 1 file |
| OCR PAGE INDEX | 1 file |
| OCR SEARCH TEXT | 1 file |
| PAGE NUMBERS JSON | 1 file |
| PDF | 1 file |
| PDF WITH TEXT | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |
| TORRENT | 1 file |

SHOW ALL

16 Files

6 Original

**IN COLLECTIONS**

Community Texts

Uploaded by
# tgf862
on May 23, 2025

Terms of Service (last updated 12/31/2014)