# Exhibit C – Riot's Misrepresentation of Riot Forge Portal Functionality and Access

This Exhibit includes materials rebutting Riot Games' representation, made during confidential settlement proceedings and later filings, that the Riot Forge portal never accepted narrative submissions. Contrary to Riot's claims, contemporaneous video, archival, support, and platform documentation confirms the portal accepted full-length submissions, including Plaintiff's manuscript, and did not impose technical restrictions preventing such uploads. The assertion used to dismiss access was materially false and misled the Court at a critical stage of litigation.

**Supplemental Statement on Misuse of Settlement Process and Fraud on the Court**

Moreover, the evidence presented here demonstrates that Riot Games knowingly misused a confidential settlement conference to mislead both the Court and the Plaintiff. Riot introduced selectively archived web evidence, specifically, incomplete Wayback Machine snapshots of the Riot Forge portal, falsely suggesting that the portal was incapable of accepting narrative submissions. This was done despite Riot's knowledge that the portal had accepted submissions, and that Plaintiff had, in fact, submitted his full manuscript through it.

By exploiting the confidential nature of the settlement conference, Riot was able to present this misleading exhibit without cross-examination or evidentiary challenge, misleading the Magistrate Judge and prejudicing the Plaintiff's access claims. At no point did Riot disclose or correct the known deficiencies in their presentation, despite having internal knowledge and documentation confirming the portal's function.

0

**Prejudice During Settlement Proceedings**

During the confidential settlement conference, the Plaintiff directly raised objections to Riot Games' reliance on a single Wayback Machine screenshot to falsely imply that the Riot Forge submission portal was restricted to 150 words and incapable of receiving full-length manuscripts. The Magistrate Judge referenced Riot's assertion that the portal field was limited in capacity and questioned the Plaintiff's submission on those grounds. The Plaintiff responded by clarifying that the printout used by Riot was materially misleading: it failed to reflect the digital interface functionality, including an expandable text box feature in the bottom-right corner which allowed for full narrative uploads. The Plaintiff had used this functionality in 2023 to verify his submission and retained email and screenshot documentation of the process.

Despite this rebuttal, the Plaintiff's evidence was not accepted or explored further, as the discussion occurred within the informal and confidential parameters of a settlement conference. Over two and a half hours, the Plaintiff, litigating pro se and without counsel, was compelled to argue the merits in an adversarial setting without procedural safeguards. Riot Games did not engage in any meaningful attempt to settle, instead using the forum to preview and assert arguments based on incomplete or misleading records through procedural ambush.

The Plaintiff also raised concerns at that time about the selective use of a single public-facing archive snapshot when Riot Games, as the platform operator, maintained complete control over internal submission logs, server records, and metadata which were never disclosed. The strategic omission of this complete and authoritative data, while weaponizing a limited, static printout, reinforces the pattern of procedural manipulation and informational asymmetry that has defined Riot's litigation conduct, abuse and bullying since 2021.

This conduct constitutes fraud on the court as defined in Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944), where the U.S. Supreme Court held that fraud on the court includes conduct that prevents "the judicial

1

machinery from performing in the usual manner its impartial task of adjudging cases."

Additionally, under Chambers v. NASCO, Inc., 501 U.S. 32 (1991), the Court has inherent authority to impose sanctions where a party has acted in bad faith, including by submitting deceptive evidence or suppressing material facts.

In this case, Riot Games' actions, knowingly presenting false evidence during a judicially supervised settlement conference, rise to this threshold. The Plaintiff, a disabled and unrepresented litigant, was denied an opportunity to challenge these misrepresentations, and the Court was misled in a manner that contributed to dismissal without the benefit of full discovery or evidentiary testing. Such conduct violates both Rule 11 of the Federal Rules of Civil Procedure and the broader ethical obligation of candour toward the tribunal.

**Contextual Summary:**

This exhibit is central to the Plaintiff's claim that Riot Games misled the Court about the availability and function of its submission portals, through procedural ambush during a settlement conference. Riot's denial of open submissions is contradicted by multiple snapshots from the Internet Archive, community posts, and video walkthroughs. Furthermore, the portal's removal of submission fields post-2020 aligns with the Plaintiff's allegations of evidence concealment.

Plaintiff respectfully requests the Court to treat Riot's selective archival citation as materially misleading, and to allow full consideration of Exhibit D, which contains direct video evidence of full-manuscript submissions.

2

**Exhibit C Contents Page**

Cover Sheet

Content:

1. Plaintiff's Declaration on Riot Forge Portal (from Dkt. 116)
2. Plaintiff's Screenshots Showing Expandable Field
3. Archive Access Timeline Gaps and Skips & Wayback Tampering Visual Proof
4. Riot Forge First Blog


    I.   Declaration of Suppressed Access Mechanisms and Submission History
    II.  Conclusion for Exhibit C
    III. Plaintiff's Declaration for Exhibit C:


Attached to the end As PDFs in this order:

4b.    Riot Forge First Blog

5. League of Legends Support Article Confirming Portal Closure
6. Riot Forge- With all of Bloodborg in it
7. Riot Forge Support Site 2023 Submission
8. Geller Email Screenshot PDF
9. Wayback Archive Screenshot Used by Riot (for rebuttal)

3

**1. PLAINTIFF'S DECLARATION ON RIOT FORGE PORTAL (Dkt. 116 and Exhibit Materials)**

**Declarant:** Marc Wolstenholme
**Date of Execution:** April 25, 2025
**Location:** Coventry, England

**Key Facts and Evidence Included:**

1. **Purpose of Declaration:**

   To confirm the **Riot Forge portal was functionally capable** of accepting long-form submissions, including the Plaintiff's manuscript, *Bloodborg: The Harvest*, at the time of submission (April 2020) and therefore shows direct "Access."

   Rebutting Riot's claim during confidential settlement and litigation that the portal was limited to a 150-word field or incapable of manuscript uploads.

2. **Plaintiff's Actual Submission (April 2020):**

   The Plaintiff submitted excerpts and full narrative content via the Riot Forge portal using a field that could be digitally expanded (evidenced by Wayback snapshots and functional testing).

   Structure and interface used during submission was consistent with a **Wayback snapshot from December 2019**, proving the same submission format persisted.

   "Submission occurred on or around April 2020, as confirmed in Plaintiff's declaration dated April 25, 2025 (Dkt. 116)."

4

3. **Misleading Use of Wayback Evidence:**

> Riot submitted a static Wayback printout to the Magistrate Judge during a confidential settlement, claiming submission limits.

> Plaintiff alleges this was procedural ambush, violating fair process.

> Riot failed to present internal logs or metadata, which they control and which would definitively confirm or deny submission receipt.

4. **Supplementary Evidence Lodged in Dkt. 116:**

> **Exhibit D:** Riot Games API Terms and Conditions – confirms Riot had full rights to retain, modify, and use public submissions.

> **Exhibit E:** Developer Portal Overview – demonstrates structured intake process for creative submissions.

> **Exhibit F:** Riot Games Privacy Notice – confirms Riot tracks user content and data from the Forge portal.

> **Exhibit H:** Authenticated 2023 Riot Forge submission via public portal (Ticket #88552815), proving long-form submission capabilities remained functional years later.

5. **Wayback Archive Screenshots (Exhibit A in Declaration):**

> Screenshots show full manuscript content inputted via the Forge portal interface.

> Demonstrate no technical restriction on word count, in contradiction to Riot's assertions.

6.  **Legal and Procedural Implications:**

    Plaintiff argues Riot's settlement conduct constitutes fraud on the court under *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944).

    Riot's actions also meet the threshold for sanctions under *Chambers v. NASCO*, 501 U.S. 32 (1991), due to willful misrepresentation and suppression of material facts.

7.  **Plaintiff's Reservation:**

    Plaintiff had initially withheld some of this proof to allow Riot's misrepresentations to crystallize.

    Upon seeing the Magistrate Judge accept Riot's false representations during the settlement, Plaintiff now submits this evidence to prevent further prejudice and correct the judicial record after offering it during the settlement conference.

6

## 2. Plaintiff's Screenshots Showing Expandable Field

https://web.archive.org/web/20191210012320/https://riotforgegames.com/















### 3. Archive Access Timeline Gaps and Skips & Wayback Tampering Visual Proof

The Wayback Machine is now skipping the years in question. Many of the pages that were previously captured are now missing, in most instances between the end of 2019 till 2025. When clicked on, a sudden jump in Wayback Machine archives from 2019 directly to 2025 is experienced on multiple attempts from the different links.

This kind of archive void usually results from one of the following:

### Robots.txt Blocking

Riot Games likely updated their website's robots.txt file to prevent the Wayback Machine from crawling or preserving pages. This blocks all automatic archiving and can retroactively hide past captures.

### Manual Takedown Requests

Entities can submit legal or DMCA-style requests to the Internet Archive to remove or suppress pages, especially during or in anticipation of litigation.

### Content Deletion / Redesign

If Riot fully removed the submission portal or changed its structure, Wayback may not have been able to track the changed URLs, creating the illusion of a "gap."

**Legal Argument**

Following the Plaintiff's submission and litigation activity, Riot Games appears to have actively scrubbed or suppressed public-facing archives of its developer portal, after fraud on the court was raised. This creates a gap in the evidentiary record and suggests bad faith concealment of submission channels. Combined with Riot's refusal to engage in meaningful discovery and its presentation of misleading Wayback evidence at settlement, this raises a presumption of spoliation and procedural manipulation.

Courts have recognized that where a party controls and withholds the best evidence of access (such as internal logs), negative inferences may apply. See Nationwide Life Ins. Co. v. Bankers Leasing Ass'n, Inc., 182 F.3d 157, 162 (2d Cir. 1999).

**This strengthens the Plaintiff's request for:**

Discovery into internal records.

Sanctions or evidentiary inferences.

A hearing on spoliation or fraud on the court.

Wider Criminal investigations.

**After the Purge:**









13

**Before the Purge:**











### 4. Riot Forge First Blog: Public Call for Creative Collaborators

Plaintiff submits Riot Forge's original public blog post announcing its launch and explicitly seeking creative partners, including writers and worldbuilders, as proof that the portal was designed to solicit and receive original narrative submissions from external creators.

**Key Evidence Included:**
https://web.archive.org/web/20200123235804/https://twitter.com/RiotForge

A. Blog Screenshot File

First Blog, looking for publishing producers
This image captures Riot's blog headline and content encouraging submissions and publishing partnerships.

*"Riot Forge Retweeted*
*Maxwell Zierath @MaxwellZierath*
*18 Dec 2019*
*More*
*We're looking for a sharp publishing producer who's great at working with external teams to keep games on track! If you're interested in working with Riot Forge on a number of new League of Legends games, please reach out! @RiotForge"*



16

**4B. Contextual Metadata (from Archive and Public Sources)**

Date of the blog post (can be sourced from archive or Riot Forge timeline): circa 18 Dec 2019.

Public statements from Riot Games indicating openness to "original, developer-driven storytelling using League IP."

Relevance to the Case:
This contradicts Riot's settlement claim that it "never accepted narrative submissions."

Demonstrates intent and structure to solicit creative ideas, not merely feedback or bug reports.

Reinforces Plaintiff's assertion that Riot Forge was a legitimate route of access through which Bloodborg was submitted.

**Legal Framing:**

Under Arista Records, LLC v. Doe 3, 604 F.3d 110 (2d Cir. 2010), submission to a shared intermediary supports plausible access. Riot Forge's own public materials show they positioned themselves as such an intermediary.

Furthermore, presenting this blog strengthens the Plaintiff's right to discovery under the plausibility standard of Bell Atl. Corp. v. Twombly, 550 U.S. 544 (2007), where allegations supported by contextual public documents justify further evidentiary review.

17

## I.    Suppressed Access Mechanisms and Submission History

Plaintiff-Appellant respectfully includes Exhibit C and Exhibit D as supplemental evidence necessary to correct the record and rebut misrepresentations made by Defendant-Appellee Riot Games, Inc. during confidential settlement and litigation. These materials address suppressed access mechanisms and submission history not previously available to the Court due to procedural asymmetry and strategic evidentiary concealment. If necessary, Plaintiff is prepared to file a motion for leave or Rule 60(b)(3) relief to ensure proper judicial review.

## II.    Conclusion for Exhibit C:

The evidence presented in this exhibit directly contradicts Riot Games' claim that the Riot Forge submission portal was incapable of receiving narrative submissions. The platform's structure, Wayback archival captures, internal submission ticketing, public outreach, and visual interface all confirm that the portal was both operational and fully capable of receiving long-form creative material, including the Plaintiff's manuscript, in 2020 and beyond.

Riot's use of a single Wayback snapshot to mislead the Magistrate Judge during confidential settlement proceedings, without disclosing contradictory internal logs or submission records, constitutes material misrepresentation. Riot leveraged its superior technical access and legal resources to suppress and distort the evidentiary record in a forum where the Plaintiff, a disabled and unrepresented litigant, was unable to fully rebut in real time.

Plaintiff respectfully submits that this Exhibit be accepted into the record and treated as evidence of:

Riot's access to the Plaintiff's work through the Riot Forge portal,

Riot's material misrepresentations during settlement,

And a broader pattern of evidentiary suppression and procedural abuse that prejudiced Plaintiff's access and copyright claims.

This exhibit justifies a finding of fraud on the court, warrants renewed discovery access, and supports Plaintiff's request for relief from prior rulings improperly based on Riot's false representations.

The Plaintiff respectfully submits that unless criminal investigations are initiated, Riot Games and its affiliated agents will continue to manipulate judicial processes, exploit creative labour, and distort economic systems across Western industries with impunity. Financial penalties are insufficient deterrents for billion-dollar entities, only criminal accountability can meaningfully interrupt this ongoing pattern of abuse.

### III.  Plaintiff's Declaration for Exhibit C:

Declaration of Marc Wolstenholme

Regarding Riot Games' Misrepresentation of the Riot Forge Portal

I, Marc Wolstenholme, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

A.  That I am the Plaintiff-Appellant in the above-captioned action and make this declaration in support of Exhibit C, submitted with my Reply Brief to Dkt. 14.

B.  That I personally submitted original narrative content, including the manuscript titled Bloodborg: The Harvest, through the Riot Forge portal in or around April 2020.

C.  That the Riot Forge portal at that time accepted long-form submissions, including full manuscripts, and was not limited to a 150-word field as later alleged by Riot Games.

D.  That I later confirmed the portal's expandable field functionality using archived versions of the submission interface, and that I preserved screenshots, submission ticket logs, and other documentation of my submission process.

E.  That Riot Games presented incomplete and misleading Wayback Machine printouts during a confidential settlement conference to falsely suggest their portal was technically incapable of accepting my submission. This was done without providing internal server logs, metadata, or platform data that they control.

20

F.  That my real-time rebuttals to this claim were not accepted or considered during the settlement conference, and that I was compelled to litigate the core facts of access without procedural safeguards, representation, or adequate opportunity to present counterevidence.

G.  That this misrepresentation materially influenced the perception of access and undermined the legal integrity of the proceedings.

H.  That I respectfully request the Court treat this Exhibit as evidence of procedural fraud and deception, and consider its content when assessing Riot's access defences and Plaintiff's right to discovery and equitable review.

Executed on this 06th day of August,

2025 Coventry, England

*M.WOLSTENHOLME*

Marc Wolstenholme

Plaintiff-Appellant

21

**Attached to the end As PDFs in this order:**

**4b.**    **Riot Forge First Blog**

**5.**    **League of Legends Support Article Confirming Portal Closure**

**6.**    **Riot Forge- With all of Bloodborg in it**

**7.**    **Riot Forge Support Site 2023 Submission**

**8.**    **Geller Email Screenshot PDF**

**9.**    **Wayback Archive Screenshot Used by Riot (for rebuttal)**

Home  Moments  Search Twitter  Have an account? Log in ▾



| Tweets | Following | Followers | Likes | |
|---|---|---|---|---|
| 22 | 14 | 39.4K | 6 | Follow |

 **Home**    **Moments**

Have an account? **Log in** ▾

# Riot Forge ✓
@RiotForge

Publishing team at @RiotGames working with third party developers to create new games set in the @LeagueofLegends universe riotforgegames.com

🔗 riotforgegames.com

📅 Joined May 2019

🖼 **7 Photos and videos**




---

 **Riot Forge** ✓ @RiotForge · 19 Dec 2019                                 ▾
We loved finally sharing Riot Forge, Ruined King: A League of Legends Story, and CONV/RGENCE: A League of Legends story with you. We're signing off as we continue game development with our partner studios. Counting down the days until we can share more. Until then, GLHF!

💬 **16**      ↺ **66**         **1.1K**

---

↺ Riot Forge Retweeted

 **Maxwell Zierath** @MaxwellZierath · 18 Dec 2019                    ▾
We're looking for a sharp publishing producer who's great at working with external teams to keep games on track! If you're interested in working with Riot Forge on a number of new League of Legends games, please reach out! @RiotForge

💬         ↺ **13**           **83**

---

 **Riot Forge** ✓ @RiotForge · 13 Dec 2019                                 ▾
Head over to the Nexus to learn more about Riot Forge, Ruined King: A League of Legends Story, and CONV/RGENCE: A League of Legends Story.

💬 **15**      ↺ **56**         **702**

---

↺ Riot Forge Retweeted

 **Airship Syndicate** @AirshipSyn · 12 Dec 2019                     ▾
Whassup @dblstallion 🤝



💬 **5**      ↺ **6**         **175**

---

 **Riot Forge** ✓ @RiotForge · 12 Dec 2019                                 ▾
Learn more:

💬 **8**      ↺ **48**         **418**

Show this thread

---

↺ Riot Forge Retweeted

 **Double Stallion Games** @dblstallion · 12 Dec 2019               ▾
We can finally share the news! We are so excited to partner with @RiotForge on CONV/RGENCE: A League of Legends Story and let players experience the city of Zaun through the eyes of Ekko, one of our favourite #LeagueofLegends characters.

>   **Riot Forge** ✓ @RiotForge
> Explore the city of Zaun with Ekko in CONV/RGENCE: A League of Legends Story by @dblstallion and Riot Forge.
> Show this thread
> `0:47`

💬 **18**      ↺ **131**         **831**

---

 **Riot Forge** ✓ @RiotForge · 12 Dec 2019                                 ▾
Explore the city of Zaun with Ekko in CONV/RGENCE: A League of Legends Story by @dblstallion and Riot Forge.



💬 110      🔁 2.4K      9.8K

Show this thread

⟲ Riot Forge Retweeted

**Airship Syndicate** @AirshipSyn · 12 Dec 2019                            ⌄
We're THRILLED to finally announce our work on the first @RiotForge title, Ruined
King: A League of Legends Story.

Iconic characters, an immersive world, and a new twist on turn-based combat... its
coming!

🔥 ruinedking.com 🔥

💬 39      🔁 335      1.6K

⟲ Riot Forge Retweeted

**Frank J. Barbiere** ✓ @atlasincognita · 12 Dec 2019                       ⌄
So proud of my amazing team at @AirshipSyn. Working on Ruined King with
@RiotForge has been a highlight of my career and I can't wait for you all to see it.
I promise we've been writing a killer story that you'll love.

💬 13      🔁 25      259

**Riot Forge** ✓ @RiotForge · 12 Dec 2019                                  ⌄
Find the latest Ruined King: A League of Legends Story news here:

💬 4      🔁 132      707

Show this thread

**Riot Forge** ✓ @RiotForge · 12 Dec 2019                                  ⌄
The Burning Tides was just the beginning. The next chapter unfolds in Ruined
King: A League of Legends Story by Riot Forge and @airshipsyn.

💬 170      🔁 3.3K      12K

Show this thread

**Riot Forge** ✓ @RiotForge · 12 Dec 2019                                  ⌄
Excited for tonight! Tune in to #TheGameAwards to see our first Riot Forge
developer reveal their game.

**The Game Awards** ✓ @thegameawards

03/08/2025, 14:56        Riot Forge (@RiotForge) | Twitter



🔴 YouTube (4K): bit.ly/tga19live

💬 19    ⟲ 189    1.2K

---

**Riot Forge** ✓ @RiotForge · 10 Dec 2019    ⌄

There are endless places to explore in Runeterra. Here's a look at where we're heading...



💬 133    ⟲ 1.3K    8.6K

---

⟲ Riot Forge Retweeted

**Loombe** @LLoombe · 9 Dec 2019    ⌄

Thursday! Exciting times #riotforge #TheGameAwards

💬 4    ⟲ 9    123

---

**Riot Forge** ✓ @RiotForge · 5 Dec 2019    ⌄

#CCXP19 was amazing. It was great to meet so many fans of @LeagueofLegends. Now we're looking ahead to @thegameawards on 12/12 where we'll see our first Forge developer announce their game.



Greg Street and Loombe

💬 17    ⟲ 28    402

---

⟲ Riot Forge Retweeted

**Bret Forbus** @RiotAshekandi · 5 Dec 2019    ⌄

Just announced at #RiotNaCCXP - Riot Forge is our indie publishing arm, working

03/08/2025, 14:56                                          Riot Forge (@RiotForge) | Twitter

 



**League of Legends Brasil | #Season2020** ✓ @LoLegen...
⚡Dê boas-vindas a @RiotForgeBR!⚡

Riot Forge é nossa desenvolvedora para jogos
"completáveis", com um aspecto single player em...

💬 14          ⟲ 104              619

Show this thread

⟲ Riot Forge Retweeted

 **The Game Awards** ✓ @thegameawards · 5 Dec 2019                    ⌄
We're excited to welcome @riotgames to #TheGameAwards for the first time!
Don't miss the first @riotforge developer announce their @leagueoflegends
game live next Thursday night! Streaming globally around the world.



💬 20          ⟲ 241            1.1K

⟲ Riot Forge Retweeted

 **Greg Street** ✓ @Ghostcrawler · 5 Dec 2019                          ⌄
I have been fortunate to be a part of some truly amazing game franchises, but I
joined them all after they launched.

Riot Forge is something I am proud to have helped create. We are now an indie
game publisher! The story-based games you want in the League universe are
coming!

💬 34          ⟲ 182            1.8K

 **Riot Forge** ✓ @RiotForge · 5 Dec 2019                             ⌄
The @LeagueofLegends Universe is filled with stories to be told. We're excited to
continue expanding our Universe with new games by working with talented
developers in a variety of genres and platforms. riotforgegames.com



https://web.archive.org/web/20200123235804/https://twitter.com/RiotForge                                        5/7

  Home    Moments

Have an account? **Log in** ▾



💬 96     ⇄ 751          4.3K

## Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit
Twitter Status for more information.



## Want to take advantage of all the new Twitter features?

It's simple – just log in.

Log in

**Sign up**

## Worldwide trends

**#NickiMinajIsComing**
37.2K Tweets

**Jim Lehrer**
32.1K Tweets

**#DoomsdayClock**
37.4K Tweets

**Marsha**
38.7K Tweets

**Purple Heart**
5,738 Tweets

**Vindman**
46.6K Tweets

**#WOLLIV**
72.7K Tweets

**#colourpop9milli**
17.5K Tweets

**#AnswerWentPlatinum**
30.3K Tweets

**Tessa Violet**
1,314 Tweets

© 2020 Twitter   About
Help Center   Terms
Privacy policy   Cookies
Ads info

 **Home**    ⚡ **Moments**

Have an account? **Log in** ▾

  



League of Legends Support › Events, apps, promos, & merch › Live community events

SEARCH



**Community Forums**

# Support for Forge Has Ended



**Wolf**
September 4, 2024 at 7:51 PM

After half a dozen titles over four years, we're closing the doors on the Riot Forge initiative. It's a bittersweet farewell, but we cannot thank you all enough for your support and for giving this wonderful experiment a chance.

## WHAT DOES "SUPPORT ENDED" MEAN?

Put briefly, Forge games will no longer get any patches or updates. What's out now should be considered the final copy of each game.

Additionally, we will begin phasing out direct support for Forge games. If you have a question that needs answering, you can instead rely on the below resources.

## RUINED KING

- [Steam](#)

- [GoG](#)

- [Epic](#)

- [Xbox](#)

- [Playstation](#)

- [Nintendo](#)

## HEXTECH MAYHEM

- [Steam](#)

- [GoG](#)

- [Epic](#)

- [Netflix Games](#)

- [Nintendo](#)

## THE MAGESEEKER

- [Steam](#)

- [GoG](#)

- [Epic](#)

- [Xbox](#)

- [Playstation](#)

- [Nintendo](#)

## CONVERGENCE

- [Steam](#)

- [GoG](#)

- [Epic](#)

- [Xbox](#)

- [Playstation](#)

- [Nintendo](#)

## SONG OF NUNU

- [Steam](#)

- [GoG](#)

- [Epic](#)

- [Xbox](#)

- [Playstation](#)

- [Nintendo](#)

## BANDLE TALE

- [Steam](#)

- [GoG](#)

- [Xbox](#)

- [Nintendo](#)

# COMMUNITY FORUMS

Finally, we encourage you to seek out other players who may play the same games and have the same questions. You can find them by searching for your game of choice in places like [Discord](#) and [Reddit](#).

**Was this article helpful?** 👍 👎

# Related articles

MOST POPULAR      **MOST RECENT**

Support for Forge Has Ended

/ VIEW ALL

# Need More Help? Contact Us.

This site isn't even our final form.
Reach out to us directly for hard-to-answer questions.

**SUBMIT A TICKET**



© 2025 Riot Games Inc. All rights reserved. League of Legends
and Riot Games Inc. are trademarks or registered trademarks of
Riot Games, Inc.

    

| Reference | Follow Us |
|---|---|
| **Privacy Notice** | Facebook |
| Cookie Preferences | Instagram |
| Terms of Service | YouTube |
| **Illegal Content (EU & UK Only)** | X |
| | Twitch |

## Games

League of Legends

Legends of Runeterra

Teamfight Tactics

VALORANT

League of Legends: Wild Rift

The Wayback Machine - https://web.archive.org/web/20191210012320/https://...





# NEVER MISS AN UPDATE

Stay up-to-date to learn about our games, updates, and more!

EMAIL ADDRESS

28/07/2025, 22:22

**EMAIL ADDRESS**

☐ I agree to receive occasional emails from Riot Games, such as news, offers and surveys. Read our [Privacy Policy](#) for more details on how your information may be used.



**BIRTHDATE**

By

Marc Wolstenholme

Bloodborg

The Harvest

Please contact

Marc Wolstenholme

Marc.wolstenholme@yahoo.co.uk

07827964404

The Ark of Civilization; The stand

Diary entry, Day 1 - War against the Old-World Army

1

On the wall again. I hate guarding The Stand on the best of days, this day is worse, this might be the day I take another humans life. Nullifidian or not they are still humans, or near like. Well most of them are, in my opinion.

We have been ordered to switch from stun rounds to live ammunition. The Stand is defended with live ammunition every day, but mostly stun and gas rounds are used, besides, we are still in training, we have only fired stun, rubber and localised burn bullets. Until today that is, today The Stand is fortified by all Ark personal stationed on the continent wall. We're expecting a war. Back on Ark they have already coined it; The 4th Crusade against the Old-World Army (OWA).

The High Commander keeps shouting something about Rorke's drift. I don't get the reference, none of us Crows do. Crows... that's what they call us young'uns. I'm fourteen so I'm one of the youngest in recruitment unit D2, but even the older recruits haven't a clue what Rorke's drift is. I guess it is something of the old world, perhaps a battle or war. Or maybe it's just something the High Commander made up in his head, he often speaks in tongues unknown to me, or to anyone that I've spoken to on the south wall for that matter. People say the High Commander has taken The Stand for too long, and he fraternises with

# [Riot Games Player Support]

| | |
|---|---|
| From: | Riot Forge Support Site (support@support-riotforge.zendesk.com) |
| To: | marc.wolstenholme@yahoo.co.uk |
| Date: | Wednesday 21 June 2023 at 21:13 BST |

##- Please type your reply above this line -##

Thanks for contacting our Player Support Team! We received your request (#88552815) .

Looks like a response will take a little longer than normal due to a high volume of requests, sit tight and one of our specialists will answer you as soon as they can. Try not to bump your ticket unless you have additional information that we could use to help you since bumping your ticket repeatedly will increase your wait time.

If you were logged in to the support site when creating your ticket you can use the following link below to be taken directly to it:

http://support-riotforge.riotgames.com/hc/requests/88552815

This email is a service from Riot Games - Riot Forge . Sent by Riot Games.

[2K11WG-JDNVR]



Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

## Wolstenholme v. Riot

21 messages

---

**Geller, Josh** <jxg@msk.com>                                    24 April 2025 at 21:29
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Cc: "Moss, Aaron" <ajm@msk.com>

Mr. Wolstenholme,


Further to our conversation before the Magistrate Judge just now, please see the attached screenshot.



**Josh M. Geller** | **Partner**

T: 310.312.3166 | josh.geller@msk.com

**Mitchell Silberberg & Knupp LLP** | **www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

---

 **Riot Forge screenshot - Wayback Machine.pdf**
3277K

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>                    24 April 2025 at 22:08
To: "Geller, Josh" <jxg@msk.com>

That is the website for contact form.

I'll make a record of these antics for public interest,

What a joke of a fake conference.

My 1.5 Billion settlement is now off the table and I'm shutting Riot down.
[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>                    24 April 2025 at 22:13
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron"
<ajm@msk.com>

Why are Riot using a public nonsensical no admissible site and producing it as evidence in a closed
Settlement hearing when it's on their servers and A Moss has discussed combing through their submissions and this
is recorded?

I can not believe I was duped into even attending that hearing and now feel that every single hearing needs to be recorded and conducted in public.


Many Thanks


Marc

[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>                         25 April 2025 at 00:02
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>

Please see all of Bloodborg in a submission portal which the judge opened. What a joke of a conference. I'll be making filing tomorrow. That was an attack on Access and nothing more. Riot did not attend and nor did the insurance. Took me about 10 minutes to debunk ll of the conference, which was just litigating in a closed setting. This is low, very low.



[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>                         25 April 2025 at 00:25
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>

Dear all,

I am utterly shocked at the way that Conference was handled. I'll be taking advice on matters very soon.I always take precautions to protect myself.

Please see the very same portal Magistrate Judge Brianna Fuller Mircheff presented as evidence against me, from Riot Games in the Statement Conference.

In this video you can see that the whole of Bloodborg fits in the submissions portal.

I was very upset that I found myself littigaion

[Quoted text hidden]

---

📄 **Bloodborg in the Portal.mp4**
18288K

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>          25 April 2025 at 00:33
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov

I was very upset that I found myself litigating against access and not discussing settlement and everything I said was played down with the Judge concentrating on my health and the impact of these cases.

I'm so shocked that the Judge would not only use this as evidence but even more so that it was so easily shown to be nonsense.

Riot has yet again abused the court and I'll be making filings and protective requests to make all  hearings recorded and publicly available.

This was the lowest and most desperate tick Riot has pulled so far.

I need a State federal now.

Riot needs to be shut down before they do more damage.

Many Thanks,

Marc Wolsteholme

[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>          25 April 2025 at 01:59
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov

I am utterly shocked that that conference and the post conference harassment has been allowed to happen.

[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>          25 April 2025 at 17:01
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin

Dera all,

Please see attached of 108 which shows, yet again that Riot had access and the Riot Forge portal allowed access and this was so evident.

I can not believe the state of that fake Settlement hearing and I am struggling to comprehend why the Magistrate Judge grilled me on access, presented a falsified Riot Forge portal as evidence and kicked back on all state and barely spoke about settlement, allowed the converse to go ahead when their celery was no stemmlent going to be reached and I hd expressed  my concerns, then threatened that Riot will just keep abusing until they get the case kicked out, without addressing the abuse and harassment she was pointing out. I had already expressed my concerns at Riot using motions to add pressure and harm, and the Judge further pressed on this.

This is shocking and dangerous, I feel so utterly violated by the fake settlement concerts which I was made to endure.

I am not willing to attend any hearings unless they are recorded in public and run by the direct Judge.

Please add protections into these proceedings now,

Without interventions, courts and state are allowing bullying predators to run riot and cause further harm.

Mark my words, Unless Riot are shut down, These cases will resurface in years to come when people are asking what more could have been done to protect people.

[Quoted text hidden]

 **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO BIFURCATE DISCOVERY AND PERMIT EARLY SUMMARY JUDGMENT ON ACCESS.pdf**
843K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>           25 April 2025 at 17:22
To: marc@mwwolf-fiction.co.uk

 **Address not found**

Your message wasn't delivered to **oigcompl@lapd.onlin** because the domain lapd.onlin couldn't be found. Check for typos or unnecessary spaces and try again.

**LEARN MORE**

The response was:

```
DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN Domain name not
found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain
```

Final-Recipient: rfc822; oigcompl@lapd.onlin
Action: failed
Status: 5.1.2
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN Domain name not found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain
Last-Attempt-Date: Fri, 25 Apr 2025 09:22:10 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin
Cc:
Bcc:
Date: Fri, 25 Apr 2025 17:01:05 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

**BFM Chambers** <BFM_Chambers@cacd.uscourts.gov>                    25 April 2025 at 17:26
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Cc: "Geller, Josh" <jxg@msk.com>, "Moss, Aaron" <ajm@msk.com>

Mr. Wolstenholme,

Any requests concerning this case must be filed on the docket and must comply with the Local Rules. No substantive discussion of the settlement proceeding (nor anything else of substance about the case) should be sent to this inbox unless the Court specifically authorizes it.

---

**From:** Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
**Sent:** Friday, April 25, 2025 9:01 AM
**To:** Geller, Josh <jxg@msk.com>; BFM Chambers <BFM_Chambers@cacd.uscourts.gov>; Moss, Aaron <ajm@msk.com>; CACD ECFMAIL <cacd_ecfmail@cacd.uscourts.gov>; Civil Intake <do-not-reply@cacd.uscourts.gov>; cia_foia@ucia.gov; dan.chang@riotgames.com; contact.center@calcivilrights.ca.gov; comments@whitehouse.gov; foipaquestions@fbi.gov; oigcompl@lapd.online; oigcompl@lapd.onlin
**Subject:** Re: Wolstenholme v. Riot

**CAUTION - EXTERNAL:**

[Quoted text hidden]
[Quoted text hidden]

  [Quoted text hidden]
  [Quoted text hidden]

    [Quoted text hidden]
    [Quoted text hidden]

      [Quoted text hidden]
      [Quoted text hidden]

        [Quoted text hidden]



On Thu, 24 Apr 2025 at 22:13, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

> Why are Riot using a public nonsensical no admissible site and producing it as evidence in a closed Settlement hearing when it's on their servers and A Moss has discussed combing through their submissions and this is recorded?
>
> I can not believe I was duped into even attending that hearing and now feel that every single hearing needs to be recorded and conducted in public.
>
> Many Thanks
>
> Marc
>
> On Thu, 24 Apr 2025 at 22:08, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:
>
>> That is the website for contact form.
>>
>> I'll make a record of these antics for public interest,
>>
>> What a joke of a fake conference.
>>
>> My 1.5 Billion settlement is now off the table and I'm shutting Riot down.
>>
>> On Thu, 24 Apr 2025 at 21:29, Geller, Josh <jxg@msk.com> wrote:
>>
>>> Mr. Wolstenholme,

Further to our conversation before the Magistrate Judge just now, please see the attached screenshot.



**Josh M. Geller** | **Partner**

T: 310.312.3166 | josh.geller@msk.com

**Mitchell Silberberg & Knupp** LLP | **www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

<u>THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS.</u> THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    26 April 2025 at 03:05
To: marc@mwwolf-fiction.co.uk



# Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 45 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:42e8: timed out]
[whitehouse.gov 192.0.66.51: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1

Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
 [whitehouse.gov 2a04:fa87:fffd::c000:42e8: timed out]
 [whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Fri, 25 Apr 2025 19:05:57 -0700 (PDT)
Will-Retry-Until: Sun, 27 Apr 2025 16:54:21 -0700 (PDT)


---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron"
<ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>,
cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov,
foipaquestions@fbi.gov
Cc:
Bcc:
Date: Fri, 25 Apr 2025 00:33:19 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>        26 April 2025 at 03:46
To: marc@mwwolf-fiction.co.uk



# Delivery incomplete

There was a temporary problem while delivering your message
to **comments@whitehouse.gov**. Gmail will retry for 46 more
hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
```
https://support.google.com/mail/answer/7720 `[whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]`
 `[whitehouse.gov 192.0.66.51: timed out]`


Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
 [whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Fri, 25 Apr 2025 19:46:43 -0700 (PDT)
Will-Retry-Until: Sun, 27 Apr 2025 18:20:20 -0700 (PDT)

---

**noname**
4K

---

03/08/2025, 12:03 Marc Wolstenholme Mail - Wolstenholme v. Riot

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    26 April 2025 at 20:21
To: marc@mwwolf-fiction.co.uk



# Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 45 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
```
https://support.google.com/mail/answer/7720 [whitehouse.gov `2a04:fa87:fffd::c000:4233: timed out`] [whitehouse.gov `192.0.66.51: timed out`]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
 [whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sat, 26 Apr 2025 12:21:24 -0700 (PDT)
Will-Retry-Until: Mon, 28 Apr 2025 09:22:09 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin
Cc:
Bcc:
Date: Fri, 25 Apr 2025 17:01:05 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    27 April 2025 at 03:05
To: marc@mwwolf-fiction.co.uk



# Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 23 more

hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
```

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
 [whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sat, 26 Apr 2025 19:05:53 -0700 (PDT)
Will-Retry-Until: Sun, 27 Apr 2025 18:20:20 -0700 (PDT)

📄 **noname**
   4K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                27 April 2025 at 03:30
To: marc@mwwolf-fiction.co.uk



# Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 21 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
```

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed

Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
 [whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sat, 26 Apr 2025 19:30:15 -0700 (PDT)
Will-Retry-Until: Sun, 27 Apr 2025 16:54:21 -0700 (PDT)


---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron"
<ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>,
cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov,
foipaquestions@fbi.gov
Cc:
Bcc:
Date: Fri, 25 Apr 2025 00:33:19 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    27 April 2025 at 20:57
To: marc@mwwolf-fiction.co.uk



# Delivery incomplete

There was a temporary problem while delivering your message
to **comments@whitehouse.gov**. Gmail will retry for 20 more
hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
```

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
 [whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sun, 27 Apr 2025 12:57:13 -0700 (PDT)
Will-Retry-Until: Mon, 28 Apr 2025 09:22:09 -0700 (PDT)


---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron"
<ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>,

cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin
Cc:
Bcc:
Date: Fri, 25 Apr 2025 17:01:05 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>       28 April 2025 at 01:43
To: marc@mwwolf-fiction.co.uk



# Message not delivered

There was a problem delivering your message to **comments@whitehouse.gov**. See the technical details below or try resending in a few minutes.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:42c0: timed out] [whitehouse.gov 192.0.66.84: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
 [whitehouse.gov 2a04:fa87:fffd::c000:42c0: timed out]
 [whitehouse.gov 192.0.66.84: timed out]
Last-Attempt-Date: Sun, 27 Apr 2025 17:43:42 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov
Cc:
Bcc:
Date: Fri, 25 Apr 2025 00:33:19 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>       28 April 2025 at 03:47
To: marc@mwwolf-fiction.co.uk



# Message not delivered

There was a problem delivering your message to **comments@whitehouse.gov**. See the technical details below or try resending in a few minutes.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:42b9: timed out]
[whitehouse.gov 192.0.66.51: timed out]
```

Final-Recipient: rfc822; comments@whitehouse.gov
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
 [whitehouse.gov 2a04:fa87:fffd::c000:42b9: timed out]
 [whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sun, 27 Apr 2025 19:47:44 -0700 (PDT)

📄 **noname**
4K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    28 April 2025 at 19:42
To: marc@mwwolf-fiction.co.uk



# Message not delivered

There was a problem delivering your message to **comments@whitehouse.gov**. See the technical details below or try resending in a few minutes.

**LEARN MORE**

The response was:

03/08/2025, 12:03                        Marc Wolstenholme Mail - Wolstenholme v. Riot

The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
 [whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Mon, 28 Apr 2025 11:42:54 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron"
<ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>,
cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov,
foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin
Cc:
Bcc:
Date: Fri, 25 Apr 2025 17:01:05 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**CRD Contact Center (Contact Center)** <contact.center@dfeh.zendesk.com>     2 May 2025 at 18:37
Reply-To: Contact Center <contact.center+idL3KGEL-M9XK3@dfeh.zendesk.com>
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

##- Please type your reply above this line -##

## Support

Your request (#175149) has been updated. Reply to this email or click the link below:
https://crdcontactcenter.zendesk.com/hc/requests/175149

### CRD Contact Center (CRD Contact Center)

May 2, 2025, 10:37 AM PDT

Request #175182 "Fwd: Form Submission - Welcome T..." was closed and merged into this request.

Last comment in request #175182:

**[EXTERNAL]** This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear all, please see Riot and its communities' continued hate mail enabled by the settlement conference which had nothing to do with Settlement. This is what happens when Riot are allowed to abuse and the court fails to protect people who fight back.

---------- Forwarded message ---------

From: **Squarespace** form-submission@squarespace.info

03/08/2025, 12:03                                      Marc Wolstenholme Mail - Wolstenholme v. Riot

Date: Fri, 25 Apr 2025 at 03:24

Subject: Form Submission - Welcome To The Wolf Pack

To: marc@mwwolf-fiction.co.uk

**Email:** cryinglaugh@real.com, accepts marketing: false

**Message:** Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Sent via form submission from *M.W. Wolf's Megaverse*

**Email:** cryinglaugh@real.com, accepts marketing: false

**Message:** Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Manage Submissions

Does this submission look like spam? Report it here.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.

---

## Marc Wolstenholme

Apr 25, 2025, 9:22 AM PDT

**[EXTERNAL]** This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dera all,

Please see attached of 108 which shows, yet again that Riot had access and the Riot Forge portal allowed access and this was so evident.

I can not believe the state of that fake Settlement hearing and I am struggling to comprehend why the Magistrate Judge grilled me on access, presented a falsified Riot Forge portal as evidence and kicked back on all state and barely spoke about settlement, allowed the converse to go ahead when their celery was no stemmlent going to be reached and I hd expressed my concerns, then threatened that Riot will just keep abusing until they get the case kicked out, without addressing the abuse and harassment she was pointing out. I had already expressed my concerns at Riot using motions to add pressure and harm, and the Judge further pressed on this.

This is shocking and dangerous, I feel so utterly violated by the fake settlement concerts which I was made to endure.

I am not willing to attend any hearings unless they are recorded in public and run by the direct Judge.

Please add protections into these proceedings now,

Without interventions, courts and state are allowing bullying predators to run riot and cause further harm.

Mark my words, Unless Riot are shut down, These cases will resurface in years to come when people are asking what more could have been done to protect people.

On Fri, 25 Apr 2025 at 01:59, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:
I am utterly shocked that that conference and the post conference harassment has been allowed to happen.

On Fri, 25 Apr 2025 at 00:33, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

**Mitchell Silberberg & Knupp**LLP|**www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.

Attachment(s)

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO BIFURCATE DISCOVERY AND PERMIT EARLY SUMMARY JUDGMENT ON ACCESS.pdf

---

## Marc Wolstenholme

Apr 24, 2025, 6:20 PM PDT

**[EXTERNAL]** This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am utterly shocked that that conference and the post conference harassment has been allowed to happen.

On Fri, 25 Apr 2025 at 00:33, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

> [Quoted text hidden]
>> [Quoted text hidden]
>>> [Quoted text hidden]
>>>> [Quoted text hidden]
>>>>> [Quoted text hidden]
>>>>>> [Quoted text hidden]
>>>>>>> [Quoted text hidden]
>>>>>>>> [Quoted text hidden]
>>>>>>>>> [Quoted text hidden]
>>>>>>>>>> [Quoted text hidden]
>>>>>>>>>>> [Quoted text hidden]
>>>>>>>>>>> [Quoted text hidden]

**Mitchell Silberberg & Knupp**LLP|**www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.

---

## Marc Wolstenholme

Apr 24, 2025, 4:54 PM PDT

**[EXTERNAL]** This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.

03/08/2025, 12:03 Marc Wolstenholme Mail - Wolstenholme v. Riot

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

**Mitchell Silberberg & Knupp**<sub>LLP</sub>|**www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

**THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS.** THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

You have been sent this message because you recently opened a help request with CRD.

[L3KGEL-M9XK3]

**CRD Contact Center (Contact Center)** <contact.center@dfeh.zendesk.com>      2 May 2025 at 18:38
Reply-To: Contact Center <contact.center+idL3KGEL-M9XK3@dfeh.zendesk.com>
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

##- Please type your reply above this line -##

Support

Thank you for contacting the Civil Rights Department (CRD).

03/08/2025, 12:03                                                                                          Marc Wolstenholme Mail - Wolstenholme v. Riot

http://crdcontactcenter.zendesk.com/hc/requests/175149

---

### CRD Contact Center (CRD Contact Center)

May 2, 2025, 10:38 AM PDT

Thank you for contacting the Civil Rights Department (CRD), marc@mwwolf-fiction.co.uk.

Your email appears to have been sent to multiple recipients. Please do not copy the CRD Contact Center on any correspondence that is not directed specifically to us. We cannot assist you in corresponding with other parties and will not retain these emails for future reference.

If you would like a response from CRD or assistance in filing a complaint with our department, please address your question to us and do not include any other email addresses.

CRD Contact Center

[Quoted text hidden]

Your request has been solved. To reopen this request, reply to this email or click the link below:
https://crdcontactcenter.zendesk.com/hc/requests/175149

Thank you,
CRD Contact Center

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

You have been sent this message because you recently opened a help request with CRD.

[L3KGEL-M9XK3]



| | |
|---|---|
| Document title: | About Riot Forge |
| Capture URL: | https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm |
| Page loaded at (UTC): | Tue, 15 Apr 2025 18:55:12 GMT |
| Capture timestamp (UTC): | Tue, 15 Apr 2025 18:55:13 GMT |
| Capture tool: | 3.8.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 6 |
| Capture ID: | b4UceRvmrG6mp9H1nXRbE4 |
| Display Name: | whk |

PDF REFERENCE #:    aJ9xtiZoyf9BdjbAH3qhQS



RIOT FORGE    RUINED KING    CONV/RGENCE      ↓ Contact Us



# ABOUT RIOT FORGE

"We're a player- and developer-focused publisher; our mission is to bring awesome new League of Legends games to players by partnering with experienced and talented developers from around the world.

The League Universe and its champions offer limitless possibilities; by supporting and empowering passionate partners to tell their own stories and expand the League world, we'll deliver a variety of bespoke games that enable players of all types to experience League in new and exciting ways.

We can't wait to get these games to players and play them ourselves!

Document title: About Riot Forge
Capture URL: https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm
Capture timestamp (UTC): Tue, 15 Apr 2025 18:55:13 GMT
Estimated post date: 04/26/2020 12:59:33 PM



supporting and empowering passionate partners to tell their own stories and expand the League world, we'll deliver a variety of bespoke games that enable players of all types to experience League in new and exciting ways.

We can't wait to get these games to players and play them ourselves!

If you're a developer and want to be a part of our mission, we want to hear from you."

↓ Contact Us

# FREQUENTLY ASKED QUESTIONS

| 1. How is Riot Forge different from Riot Games? ^ | 2. How does Riot Forge work with developers? ^ |
|---|---|
| 3. Is Riot Forge releasing new games from Riot Games? ^ | 4. Which platforms will Riot Forge games release on? ^ |
| 5. Which developers is Riot Forge working with? ^ | 6. When can I play a Riot Forge game? ^ |
| 7. I'm a developer—how can I work with you? ^ | |

Document title: About Riot Forge
Capture URL: https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm
Capture timestamp (UTC): Tue, 15 Apr 2025 18:55:13 GMT
Estimated post date: 04/26/2020 12:59:33 PM

7. I'm a developer—how can I work with you?          ∧



# NEVER MISS AN UPDATE

Stay up-to-date to learn about our games, updates, and more!

EMAIL ADDRESS

BIRTHDATE

Subscribe

☐ I agree to receive occasional emails from Riot Games, such as news, offers and surveys. Read our Privacy Policy for more details on how your information may be used.

Document title: About Riot Forge
Capture URL: https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm
Capture timestamp (UTC): Tue, 15 Apr 2025 18:55:13 GMT
Estimated post date: 04/26/2020 12:59:33 PM                                    Page 3 of 5



# CONTACT US

Please send your message below. We will get back to you at the earliest!

### PERSONAL

NAME

EMAIL

PHONE

BIRTHDATE

### PROFESSIONAL EXPERIENCE

STUDIO / COMPANY NAME

GAMES RELEASED

MESSAGE

**Submit Form**

☐ I agree to receive occasional emails from Riot Games, such as news, offers and surveys. Read our *Privacy Policy* for more details on how your information may be used.



™ & © 2019 Riot Games, Inc. League of Legends, Riot Forge and all related logos, characters, names and distinctive likenesses thereof are the exclusive property of Riot Games, Inc. All rights reserved.

Privacy Notice   Terms of Service

Document title: About Riot Forge
Capture URL: https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm
Capture timestamp (UTC): Tue, 15 Apr 2025 18:55:13 GMT
Estimated post date: 04/26/2020 12:59:33 PM