# Cover Sheet for Exhibit D

---

**Exhibit D – Video Evidence of Riot Forge Portal Accepting Full-Length Narrative Submissions**

This exhibit contains video documentation captured by the Plaintiff demonstrating that the Riot Forge portal, at the time of use, allowed for the submission of full-length narrative content. The video (1 minute and 14 seconds long) clearly shows that:

The submission field was digitally expandable, contradicting Riot's claim that it was limited to 150 characters or restricted in function.

The portal contained no warnings, disclaimers, or content limitations that would bar submission of original narrative material such as the Plaintiff's manuscript.

The content was submitted and processed without rejection or constraint by the Riot Forge system.

This video is submitted in direct rebuttal to Riot Games' misleading presentation of a limited static screenshot during confidential proceedings and later filings. The video confirms that Riot's assertion about portal limitations was materially false and used to prevent the Plaintiff from proving access.

**Declaration of Authenticity for Exhibit D**

Declaration of Marc Wolstenholme

I, Marc Wolstenholme, declare under penalty of perjury that the following is true and correct:

A. I am the Plaintiff in this case and submit this declaration in support of Exhibit D, which includes a video I recorded directly from my personal mobile device.

B. The video, titled Exhibit_D_Riot_Forge_Submission_Video.mp4, was recorded by me on 28th of July 2025 and it captures the Riot Forge submission portal as it appeared during and after my original submission of the Bloodborg manuscript.

C. The footage demonstrates that the portal interface accepted narrative submissions in full, and that the text field could be expanded to accommodate large bodies of text. No warnings or restrictions were visible in the portal at the time of this submission.

D. The recording was made to preserve the functionality of the portal, which was later misrepresented by Riot Games during confidential settlement proceedings.

E. This declaration is submitted in support of my argument that Riot Games knowingly misled the Court regarding the capabilities of the Riot Forge submission portal.

Executed on 06th of August 2025, in Coventry, England.

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme