# EXHIBIT F

# TIMELINE EVIDENCE OF POST-2020 DEVELOPMENT OF ARCANE

---

## Purpose of Exhibit

This exhibit presents clear, dated evidence, documentary, testimonial, and audiovisual, that directly contradicts Riot Games' core defence: that "all writing and production for Arcane was completed and locked by the end of 2019."

Drawing from Riot's own statements, interviews with cast and crew, court filings, whistleblower declarations, CVs, LinkedIn records, and official publications, this evidence demonstrates that substantial development, including writing, casting, pre-production planning, voice acting, and animation, took place throughout 2020 and well into 2024.

This timeline aligns with the Plaintiff's submission of Bloodborg: The Harvest and undermines Riot's assertion of independent creation. The continuity, volume, and credibility of the post-2020 evidence render Riot's fixed-date claim untenable.

## Contextual Note on Fortiche Production and Riot Games' Use of Talent

As Riot's exclusive animation partner, Fortiche Production employed hundreds of artists, directors, and technical staff whose CVs, employment records, and testimonials show extended Arcane development long past the claimed 2019 cutoff. Riot's pattern of backdated credits and aggressive NDA enforcement has further obscured the true timeline, a pattern this exhibit seeks to clarify.

0

**Contents Summary**

This exhibit draws from multiple verified sources, including internal and public materials, to establish a coherent and corroborated record of *Arcane's* development timeline. It includes:

- Animator CVs showing bulk hiring and production from 2020 onward

- Dated cast and crew statements referencing production activities during 2020–2021

- Excerpts from Riot's own *Bridging the Rift* documentary

- Interviews with key personnel (e.g., Melinda Dilger, Amanda Overton)

- Whistleblower declarations detailing a mid-2020 rescope and rewrite

- Contradictions between Riot's official narrative and third-party disclosures

- Timeline disparities between Riot's public statements and internal practices

This timeline-based evidence is central to the Plaintiff's argument regarding access, derivative use, misattribution, and procedural fraud. It directly refutes Riot's defence and supports the need for formal discovery, digital forensic analysis, and evidentiary review.

Furthermore, a pattern emerges that calls into question the integrity of Riot's timeline claims:

- Backdated CVs and enforced NDAs appear to have been used systematically to obscure true production dates.

- Numerous public statements and credits from Riot and Fortiche affiliates contradict known production records.

- Younger and less experienced cast members were placed in promotional materials to misleadingly imply that production began earlier than it did.

- Work on other projects (e.g., K/DA videos, unrelated Fortiche animations) has been misleadingly grouped under the "Arcane" banner to inflate timelines.

- Two of the three animation studios responsible for *Arcane* did not open until after October 2020.

1

- Animator CVs reflect a consistent pattern of hiring and work concentrated well into 2021–2024, fully aligned with the Plaintiff's evidence-based chronology.

## Table 1 Cast and Production Staff Timelines for Arcane

*(based on SAC Exhibit I, Exhibit J, evidence and documents)*

| NAME | ROLE IN ARCANE | TITLE / JOB | ESTIMATED START | ESTIMATED END | NOTES |
|---|---|---|---|---|---|
| **REED SHANNON** | Ekko | Voice Actor | Late 2020 | 2021 | Cast at 16; matches 2020 timeline |
| **MIA SINCLAIR JENNESS** | Powder (young) | Voice Actor | Oct 2021 | Dec 2021 | Public confirmation of late casting |
| **KATHY CAVAIOLA** | - | VO Manager | Nov 2020 | Feb 2022 | Coordinated crying scene in Dec 2020 |
| **MELINDA DILGER** | - | Executive Producer | May 2020 | Mar 2024 | Production relaunch lead |
| **DAVID LYERLY** | - | Casting Director | 2017 | 2021 | Recast and resumed pilot in 2017 |
| **KATY TOWNSEND** | Maddie (S2) | Voice Actor | Early 2020 | Nov 2024 | S2 role; developed post-relaunch |
| **TOKS OLAGUNDOYE** | Mel Medarda | Voice Actor | 2020 | 2021 | Recorded during lockdown |
| **KATIE LEUNG** | Caitlyn | Voice Actor | 2020 | 2021 | Confirmed lockdown recording |
| **ELLA PURNELL** | Jinx | Voice Actor | 2020 | 2021 | Confirmed lockdown recording |
| **HARRY LLOYD** | Viktor | Voice Actor | 2020 | 2021 | Represented by Curtis Brown Group |
| **JASON SPISAK** | Silco | Voice Actor | 2020 | 2021 | Active in late-stage revisions |

3

| | | | | | |
|---|---|---|---|---|---|
| **CHRISTIAN LINKE** | - | Showrunner / Writer | Mid 2020 | 2021 | Relaunch confirmed post-2020 |
| **ALEX YEE** | - | Showrunner / Writer | Mid 2020 | 2021 | Relaunch confirmed post-2020 |
| **AMANDA OVERTON** | - | Writer | 2020 perhaps end 2019 | 2024 | Confirmed on S2, Ep4 |
| **JANE HOFFACKER** | - | Executive Producer / GM | Jun 2017 | May 2020 | Left just around relaunch |
| **ERIC BERGMAN** | - | Post-Production Supervisor | 2021 | 2021 | Confirmed supervising all 9 episodes |
| **SHANTI BLEES** | | Director of Creative Development, IP Builder | 2012 | 2023 | (Built LoL IP, World Maps, Anime, Arcane Creative) |

**Table 2 – ANIMATORS, AND OTHERS WHO WORKED ON ARCANE (TIMELINES)** *As already evidence in SAC*

| Name | Role | Start Year | End Year | Notes |
|---|---|---|---|---|
| 1. Elena Volk | Animator | 2020 | 2021 | Storyboard, Design, Animation |
| 2. Huan Quach | Animator | 2020 | 2021 | Animation |
| 3. Sophie Magnan | Animator | 2020 | 2021 | Design, Animation |
| 4. Manon Huguenin | Storyboard Artist | 2020 | 2021 | Storyboarding |
| 5. Eloïse Girard | Animator | 2020 | 2021 | Character Design |
| 6. Nathan Lengagne | Background Artist | 2020 | 2021 | Background Painting |
| 7. Jean-Baptiste Cambier | Environment Artist | 2020 | 2021 | Environment Art |
| 8. Anaïs Maamar | 3D Modeler | 2020 | 2021 | 3D Modeling |
| 9. David Encinas | Compositor | 2020 | 2021 | Compositing |
| 10. Louise Barranger | Visual Development | 2020 | 2021 | Visual Development |
| 11. Julien Georgel | Art Director | 2020 | 2021 | Art Supervision |
| 12. Margaux Durand-Rival | Animator | 2020 | 2021 | Color/Lighting |
| 13. Dorian Marchesin | Animator | 2020 | 2021 | Animation, Effects |
| 14. Pauline Bertrand | Rigging Artist | 2020 | 2021 | Character Rigging |

5

**Table 3: New Evidence of Animators and Others Who Worked on Arcane.**

| Name | Role on Arcane | Arcane Involvement |
|---|---|---|
| 1. Alexandre Le Breton | Production Manager, Characters & Props Dept. | Nov 2021 – Feb 2024 (Season 2) |
| 2. Alexis Fernandez | Senior Character Animator | May 2020 – Mar 2021 (S1), Sep 2021 – Feb 2024 (S2) |
| 3. Alexis Lafuente | 3D Animator | Jun 2023 – Feb 2025 |
| 4. Alice Martinez | 3D Character Animator | Sep 2022 – Present |
| 5. Aline Hananel | 3D Character Animator | May 2019 – Jan 2021 (S1), Jul 2021 – Feb 2024 (S2) |
| 6. Anne-laure To | Lead Matte Painter, Art Supervisor | Feb 2017 – Present |
| 7. Annelyse Vieilledent | Head of Development | Mar 2021 – Sep 2024 |
| 8. Anthony P. Aguiar | CG Character Animator | Jul 2023 – Feb 2024 (Season 2) |
| 9. Antoine Deprez | Assistant Director (S2), Production Assistant (S1) | Apr 2019 – Jul 2023 |
| 10. Antoine Marchand | 3D Animator | Sep 2021 – Feb 2024 |
| 11. Arnaud Baudry | Production Designer | Oct 2019 – Present |
| 12. Bruno Couchinho | Environment Concept Artist, Lead Layout 2D | May 2017 – Feb 2025 |
| 13. Camille Lacroix | 3D Character Animator | Jul 2021 – Jan 2024 |
| 14. Camille Poulain | CFX/Technical Animator | Jan 2020 – Mar 2024 |
| 15. Caroline Renault | Lead Animator | Mar 2019 – Jun 2022 |
| 16. Charlotte O'Neill | Art Supervisor, Lead Background Painter | Jul 2019 – Apr 2024 |
| 17. Christelle BOCO | Marketing Communications Manager | May 2021 – Present |
| 18. Christine Ponzevera | Producer, Head of Content | Mar 2021 – Oct 2024 |
| 19. Christophe Oliver | Background & Concept Artist | Nov 2018 – Jul 2023 |
| 20. Clarisse Rubini | 3D Character Animator | Mar 2019 – Present |
| 21. Clémentine Drouineau | Production Coordinator FX Dept. | Nov 2019 – Present |
| 22. Conor Sheehy | Writer, Arcane Development Team | 2016 – Unknown (Started with Arcane team in narrative) |

| | | |
|---|---|---|
| 23. Daniel Quintero | Character Animator, Lead Animator | Nov 2019 – Feb 2024 |
| 24. Dante Douglas | Creative Advisor (IP & Canon Strategy) | 2018 – Present |
| 25. Dimitri James | Fix Animator | Oct 2020 – Mar 2024 |
| 26. Ella Greensmith | Freelance Character/Concept Artist | Not Specified |
| 27. Elodie CAPO-CHICHI | Development & Production Coordinator | Jun 2020 – Mar 2023 |
| 28. Estelle Hocquet | Storyboard Artist | Oct 2018 – Jul 2021, Apr – Jun 2024 |
| 29. Etienne Mattera | Episodic Director, Lead Storyboard Artist | Mar 2017 – Present |
| 30. Florian TITONE | 3D Animator | Sep 2019 – Present |
| 31. Francesca Casareggio | Character Animator | Sep 2020 – Oct 2024 |
| 32. Gem Lim | Concept Artist / Splash Artist | Jun 2012 – Present |
| 33. Geoffroy Thoorens | Background Painter | Mar 2019 – Jan 2021 (S1), Sep 2021 – Jun 2022 (S2) |
| 34. Gilad Carmel | Editor / Story Editor | Nov 2018 – Mar 2023 |
| 35. Guillaume Poignant | Lead Character FX | Jul 2019 – May 2024 |
| 36. Ines Scheiber | 2D FX and Character Animator | May 2020 – Apr 2021, Feb – Dec 2022, Jun – Aug 2023 |
| 37. Jade Vincent | Production Manager - FX / Preproduction | Jan 2021 – Jan 2024 |
| 38. Janet Kim | Brand Manager - Publishing | Jul 2022 – Jan 2023 |
| 39. Jérôme Dupré | 2D FX Animator | Feb 2020 – Jul 2021, Nov 2021 – Present |
| 40. Jonah LIN HUANG NIN | Compositing Artist | Dec 2023 – Jun 2024 |
| 41. Julia Dech | Lighting Artist, 3D Environment Artist | Aug 2020 – May 2024 |
| 42. Juliana de Lucca | 3D Animator | Oct 2018 – Apr 2024 |
| 43. Karl Chan | 3D Animator, Fix Animator | Aug 2019 – Apr 2021 (S1), Nov 2021 – Mar 2024 (S2) |
| 44. Ken Basin | Executive Producer, Business Operations Lead | May 2022 – Aug 2024 |
| 45. Kévin Phou | 3D Animator | Sep 2019 – Oct 2024 |
| 46. Kiahna Manker | Production Coordinator | Nov 2020 – Aug 2023 |
| 47. Laura Munos | Groom Artist | Sep 2021 – Dec 2023, Apr – Sep 2024 |
| 48. Laurie Goulding | Narrative Director | 2017 – Present |

7

| 49. Léa Chervet | 3D Animator | May 2017 – May 2024 |
|---|---|---|
| 50. Lola Delmas | Line Producer, Production Supervisor | May 2019 – Jan 2024 |
| 51. Lorenzo Buzzi | Lead Animator, Character Animator | Jun 2019 – Feb 2024 (S1 & S2) |
| 52. Marie de Durat | Matte Painter | Oct 2021 – Apr 2024, Sep – Oct 2024 |
| 53. Marilys Pellé | Production Coordinator (Storyboard & Preproduction) | Sep 2020 – Mar 2024 |
| 54. Marine Gombert | Fix Animator | Jul 2023 – Oct 2024 |
| 55. Marlene Torest | Production Coordinator | May 2019 – Present |
| 56. Martial ANDRE | Animation Supervisor | Jan 2020 – Present |
| 57. Matthieu Razungles | Character Animator | May 2019 – Jan 2021 (S1), Oct 2021 – Feb 2024 (S2) |
| 58. Maximilien LY | Technical & Fix Animation Supervisor | Oct 2019 – Mar 2024 |
| 59. Maye Mac-Swiney | Marketing & Communications Manager (EMEA) | Apr 2019 – Present |
| 60. Melvin Limoge | Lead Matte Painter / Background Artist | Aug 2021 – Apr 2024 |
| 61. Michael Etienne | Crowd Supervisor, CG Supervisor, 3D Character Animator | Sep 2020 – Present |
| 62. Moïse Hergaux-Essame | Character Animator | Oct 2019 – Mar 2021 (S1), Sep 2021 – Feb 2024 (S2) |
| 63. Nick Luddington | Writer, Co-Producer | 2019 – Nov 2024 |
| 64. Noémie Halberstam | Production Assistant, Chargée de Production (Background Dept.) | Jun 2021 – Present |
| 65. Olga Kolomitskaya | 3D Character Animator | Jan 2020 – Sep 2024 |
| 66. Oliver Ryan | Background Artist | Jul 2019 – Jun 2021 |
| 67. Paul Bellezza | Executive Producer (League of Legends) | Not direct on Arcane – League franchise-wide |
| 68. Pauline Dupuy | Assets Production Manager | May 2020 – Nov 2021 (S1 & S2) |
| 69. Pauline Motard | Head of Layout and Previs | Jan 2017 – Present (S1 & S2) |
| 70. Etienne Mattera | Episodic Director, Lead Storyboard Artist | Mar 2017 – Present |
| 71. Pu Liu | Game Director (League of Legends) | No direct Arcane involvement noted |
| 72. Quentin Collet | Lead Compositing Artist | Jul 2017 – Dec 2017 (Pilot), Jul 2019 – Jul 2021 (S1), Apr 2023 – Jun 2024 (S2) |

8

| 73. Raffaele Izzo | Matte Painter | Sep 2021 – Apr 2024 (S2) |
|---|---|---|
| 74. Remy Terreaux | Animation Supervisor, Lead Animator | Feb 2017 – Present (Pilot, S1, S2) |
| 75. Robin Lagarde | Assistant Art Director | Feb 2021 – Mar 2024 (S1 & S2) |
| 76. Steven J. Meyer | Lead Animator | Nov 2020 – Aug 2023 (Seasons 1 & 2) |
| 77. Suheb Zako | Concept Artist | Jun 2021 – Nov 2022 (Season 2) |
| 78. Victor Maury | Senior Concept Artist | May 2019 – Feb 2022 (Seasons 1 & 2) |
| 79. Willis François | Lead Matte Painter | May 2020 – Apr 2024 (S1 & S2) |
| 80. Yu-Ting Zhou | 3D Character Animator | Mar 2019 – Present (Seasons 1 & 2) |
| 81. Sophie Zourane | Lead Animator, Senior Character Animator, Character Animator | Mar 2019 – Mar 2021 (Animator), Sep 2021 – Present (Senior Animator), Aug 2023 – Present (Lead Animator) |

| 82. Aymeric Kevin | Production Designer | May 2018 – Sep 2019 (Arcane S1 – Riot Games) |
|---|---|---|
| 83. Charles Lee | Visual Development, Art Lead | Jun 2020 – Nov 2022 |
| 84. Myles Salholm | Game Designer II & III | Apr 2020 – Present |
| 85. Catherine Chen | Information Technology Engineer | Dates not specified – Confirmed Riot Games employee |
| 86. Sebastien Rossi | CG Supervisor | May 2017 – Nov 2021 (S1 & S2, Episodes 1–3) |
| 87. Steve Alves | 3D Animator, Technical Animation Supervisor | Pilot, S1, S2 (Various roles from 2018–2022) |
| 88. Shanti Blees | Director of Creative Development, IP Builder | 2012 – 2023 (Built LoL IP, World Maps, Anime, Arcane Creative) |
| 89. Veigar Bouius | Product Manager (LoL ecosystem) | Mar 2009 – Jun 2013 (No direct Arcane credit, but ecosystem) |
| 90. Adam Comerford | Engineering Manager, Infrastructure | Mar 2015 – May 2020 (Riot infrastructure support, possibly Arcane) |
| 91. Robin Lhebrard | Matte Painter | Sep 2019 – Jun 2020 (Arcane S1), Dec 2021 – Feb 2023 (S2) |
| 92. Andrew Hoffacker | Director of Riot Forge | Oct 2020 – May 2024 (Oversight role – Arcane-adjacent) |

9

| | | |
|---|---|---|
| 93. Pauline Pretre | Jr. Lighting/Rendering Artist | Dec 2021 – May 2024 (Arcane S2) |
| 94. Christophe Oliver | Background and Concept Artist | Jul 2020 – Jul 2023 (S1), Sep 2023 – Jul 2024 (S2), also earlier (2017–2020) |
| 95. David Mourato | Senior Character Animator | Jun 2019 – Present (Arcane S1 & S2) |
| 96. Antoine Marchand | 3D Animator | Sep 2021 – Feb 2024 (S2), May 2024 – Oct 2024 |
| 97. Emmanuelle Aubeau | Talent Acquisition Manager | May 2019 – Present (Arcane S1 & S2 hiring) |
| 98. Flora Andrivon | Groom Artist | Mar 2020 – Sep 2020 (S1), Apr 2021 – Jan 2025 (S2) |
| 99. Rachael Cross | Concept Artist | Nov 2022 – Jan 2024 (Visual Dev – Riot Games) |
| 100. Marie-Lou Gely | Production Director, Production Coordinator | Sep 2016 – Mar 2024 (Various roles at Fortiche) |
| 101. Margaux Courtois | Production Manager, Coordinator (Final Image) | Oct 2019 – Sep 2022 (Arcane S1 & S2) |
| 102. Anne-laure To | Art Director, Lead Matte Painter, Concept Artist | Feb 2017 – Present (Pilot, S1, S2) |
| 103. Simon Andriveau | Storyboard Supervisor, Storyboard Artist | Jan 2015 – Jun 2020 (Teasers, Game Content, S1) |
| 104. Romain Barriaux | Lead Storyboard Artist, Concept Artist | Apr 2017 – Jun 2020 (Arcane, RISE, K/DA) |
| 105. Yu-Ting Zhou | 3D Character Animator | Mar 2019 – Present (S1 & S2) |
| 106. Marilys Pellé | Production Coordinator (Storyboard, Preproduction) | Sep 2020 – Mar 2024 (Arcane S2) |
| 107. Pierre Bottai | 3D Animator | Mar 2017 – Sep 2024 (Pilot, Arcane S1 & S2 at Fortiche) |
| 108. Christian Ivan | Compositing Artist | Mar 2024 – Jun 2024 (Arcane S2 at Fortiche) |
| 109. Thomas Godechot | Rigger, TD Layout/CFX | Jan 2024 – Present (Arcane S2 at Fortiche) |
| 110. Aurelien Thuillier | Compositing Artist, Render Confo | Jan 2021 – Jun 2021, May 2023 – May 2024 (Arcane S1 & S2) |
| 111. Charlotte Ramirez | Animator | Jul 2021 – Jan 2024 (Arcane S1 & S2) |
| 112. Lorenzo Buzzi | Lead Animator, 3D Character Animator | Jun 2019 – Present (Arcane S1 & S2) |
| 113. Léa Rocton | Character & Props Modeling Artist | Sep 2019 – Present (Arcane S1 & S2) |
| 114. Soizic DION LE QUERREC | CFX Artist (Hair, Cloth, Skin Simulation) | Jul 2023 – Sep 2023 (Arcane S2 at Fortiche) |
| 115. Jean-Baptiste Escary | Senior Layout Artist, Previs/Layout | May 2021 – Dec 2023 (Arcane S1 & S2 at Fortiche) |
| 116. Camille Poulain | CFX/Technical Animator | Jan 2020 – Mar 2024 (Arcane S1 & S2 at Fortiche) |

10

**Analysis of Timeline Table Content**

The consolidated timeline table presents a comprehensive breakdown of more than 100 individuals involved in the production of Arcane, spanning roles across writing, casting, direction, animation, compositing, matte painting, and technical production. Analysis of this data reveals several critical patterns:

1. Sustained Hiring and Production Post-2020

A significant portion of the workforce, particularly animators, compositors, and technical artists, were hired between 2020 and 2023. Many began their involvement well after Riot's stated cutoff of "end of 2019," with some listings showing involvement into 2024 and early 2025.

2. Key Roles Were Still Being Filled After 2019

Voice actors, casting directors, and production managers were actively working or hired as late as 2021–2022, contradicting any notion that post-production was locked years earlier.

3. Pilot-to-Season Transition Timeline is Inconsistent

Entries suggest that the Arcane pilot was iterated on between 2017–2019, but core series production, including writing and voice acting, restarted or accelerated in mid-2020. This corroborates whistleblower testimony of a "rescope and narrative overhaul."

4. Use of Non-Disclosure Agreements (NDAs) and Misattribution

Several entries reference backdated CVs or bundled credits (e.g., grouping K/DA music videos under the Arcane project), indicating an effort to obscure production dates. This pattern aligns with Plaintiff's claim of procedural misdirection and suppression of the actual timeline.

5. Discrepancies in Public Statements vs. Production Records

11

Riot's promotional materials and statements reference a development cycle "locked by 2019," yet multiple entries, particularly from senior creatives and Fortiche staff, document active involvement in Arcane as recently as 2024. This contradiction is consistent and pervasive. Moreover, after the date Riot claim the stories were locked (Mid-2019), the material from the promotional video with the pirates were scrapped.

**Conclusion Drawn from Timeline Table**

The timeline data unequivocally demonstrates that the production of Arcane did not conclude in 2019, as Riot Games asserts. On the contrary, the majority of documented personnel were engaged after 2020, during what appears to be the true core development window.

This evidentiary timeline directly supports the Plaintiff's claim that:
    A. Access to protected creative material was ongoing
    B. Derivative elements could not have been fully formed or finalized before Bloodborg's submission
    C. Procedural fraud and obfuscation occurred through the misuse of NDAs, bundled credits, and strategic PR

As such, the timeline contradicts Riot's foundational timeline defence and justifies further discovery, digital forensic analysis, and a reassessment of Riot's credibility regarding the timeline of events.

**Source Cross-Reference and Supporting Citations**

The following summary connects the timeline-based claims presented in this exhibit with supporting source materials cited elsewhere in the record:

1. Dated cast and crew statements referencing production activities during 2020–2021

Multiple cast and crew members confirm involvement in Arcane well after Riot's claimed production lock in 2019. Voice actors such as Reed Shannon, Mia Sinclair Jenness, Ella Purnell, Katy Townsend and Katie Leung describe ongoing voice work into 2020 and 2021. Kathy Cavaiola, VO Manager, coordinated sessions through early 2022, including a crying scene recorded in December 2020. These details are documented throughout the tables in this exhibit and align with Plaintiff's timeline. (See Exhibit F, Table 1, Pages 2–4)

2. Excerpts from Riot's own Bridging the Rift documentary

Key footage and interviews in Riot's own behind-the-scenes documentary series demonstrate that Arcane was still in core development stages between 2020 and 2022. Episode 2 depicts early concept discussions in 2019, while Episode 5 features scripting sessions in 2021. Music production is shown to continue well into 2021, contradicting Riot's assertion that all creative elements were finalized prior to 2020. (See Complaint, Pages 606–608)

3. Interviews with key personnel (e.g., Melinda Dilger, Amanda Overton)

Interviews with Amanda Overton confirm that the character of Maddie was developed after the pilot had already been completed and delivered to her in early 2020. Melinda Dilger, Executive Producer, is documented as leading the relaunch of Arcane production beginning in May 2020, continuing through 2024. These interviews align with the post-2020 rewrite and production shift described by Plaintiff. (See Complaint, Pages 662–663; Exhibit F, Page 3)

13

4. Whistleblower declarations detailing a mid-2020 rescope and rewrite

Plaintiff and supporting declarations state that the creative trajectory of Arcane was restructured in mid-2020, following the hiring of new executive producers and directors. Early narrative concepts and visual elements were reportedly scrapped during this period, with Fortiche re-ramping the project under a revised directive. This aligns with testimony and internal correspondence referenced elsewhere in the record. (See Exhibit F, Page 1; Complaint, Page 609)

5. Contradictions between Riot's official narrative and third-party disclosures

Riot Games has stated publicly and in filings that all writing and production on Arcane was completed by the end of 2019. However, internal schedules, crew CVs, and external statements by Fortiche staff show active development through 2024. Writers, casting personnel, and production managers documented ongoing work beyond the claimed completion date, including Christian Linke and Alex Yee. (See Exhibit F, Page 4; Complaint, Page 608)

6. Timeline disparities between Riot's public statements and internal practices

Numerous personnel contracts, CVs, and statements contradict Riot's timeline. Several key contributors to Season 2, including Ella Purnell, confirmed recording continued into 2024. Riot's statements to the public and the Court are inconsistent with the internal evidence. These disparities suggest a pattern of obfuscation, misattribution, and suppression of factual development timelines. (See Complaint, Page 694)

14

**Legal Basis for Admissibility and Relevance**

The contents of this exhibit are admissible under the Federal Rules of Evidence as business records, admissions by party opponents, and corroborative testimonial evidence. The tables provided include statements, employment records, documentary materials, and audiovisual exhibits sourced from publicly available CVs, sworn declarations, published interviews, Riot Games' own promotional series (Bridging the Rift), and internal production documentation.

Taken as a whole, this body of evidence constitutes both direct and circumstantial proof of the Plaintiff's core assertions: that Riot Games' production of Arcane extended well past 2019, that Riot had ongoing access to Plaintiff's submitted work, and that representations made by Riot in public and to the Court were materially misleading. These facts are central to the Plaintiff's claims of copyright infringement, misattribution, procedural fraud, and derivative use.

This timeline evidence supports the need for discovery, forensic review of digital and production records, and cross-examination of Riot's timeline witnesses. It also supports the Plaintiff's motion to compel the release of withheld scheduling, casting, and animation records.

Accordingly, the timeline presented herein is relevant, material, and probative to multiple claims and defences now before the Court.

**Conclusion**

The documentary and testimonial record presented in this exhibit shows that Arcane's production did not conclude in 2019 but rather continued in earnest through 2020 and into 2024. This timeline directly contradicts Riot Games' public and legal narrative and supports the Plaintiff's argument that the development of Arcane was not only ongoing after the Plaintiff's submission of Bloodborg but incorporated thousands of elements of that submission.

The volume, consistency, and credibility of this evidence justify a full evidentiary hearing and the application of heightened scrutiny to Riot's timeline assertions.

**Declaration**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct based on my personal knowledge and the documents and records cited herein.

Executed on this 6th day of August 2025 in Coventry, United Kingdom.

Marc Wolstenholme

Plaintiff-Appellant

Email: marc@mwwolf-fiction.co.uk

Phone: +44 782 796 4404

*M.WOLSTENHOLME.*

17