# Exhibit E – Patterns of Submission and Derivative Releases via Curtis Brown Group and United Talent Agency

**Cover Page Summary**

This exhibit supports Plaintiff's claims of systemic misappropriation by documenting submission timelines to Curtis Brown Group (CBG), followed by matching or derivative releases involving UTA- or CBG-represented creatives. It shows a clear pattern of submission access preceding production and release of similar works, many involving the same network of agencies, agents, or affiliates, particularly during or surrounding the UTA–CBG acquisition window.

CBG is alleged to have came to the "merger table" loaded with the works of the M.W. Wolf catalogue of fiction, during a period that UTA were expanding into the gaming industries and had direct working relationships with those working for Riot Games, who were actively soliciting manuscripts for Arcane.

During the period in question (2020) Ophir Lupu Head of UTA's Gaming Division, oversaw massive growth in UTA's gaming business, including negotiating deals, studio acquisitions, and IP development partnerships and had business deals and connections with Riot Games including Thomas Vu.

Thomas Vu can be seen in many interviews including Riot's own publication of the Bridging the Rift making of Arcane documentary, stating that it was on his head, and if it goes wrong they can fire him and that he oversaw Linke and Yee (Showrunners) and over saw the many projects with Fortiche from KDA and beyond before they worked on Arcane, directly undermining his own CV dates and directly placing him in a control seat when they were reading manuscripts.

Thomas Vu, Executive Producer Arcane (supposedly 2015-2021), a year before even the Showrunners claim they had the idea, worked closely with Ophir Lupu. After Arcane, Ophir Lupu Leaves UTA After 10 Years as Video Games Chief. Lupu and Vu co-invested in Omeda Studios in 2022. Vu cited his Arcane experience as the basis for backing Omeda and praised Lupu's strategic alignment.

A clear Access line of Bloodborg from M.W. Wolf's creation to CBG to UTA and to Riot Games, and all continue to derive profit from it.

**Table of Contents**

**Cover Page Summary**

1. **Timeline Charts of Submissions and Alleged Derivatives**
   1.1 Full Timeline of Submissions to Curtis Brown Group (CBG)
   1.2 Submission vs. Alleged Derivative Release Timeline (Color-Coded)
   1.3 Chronology of M.W. Wolf Ltd's IP sent to Curtis Brown Group & CBG Employees
        Tables 1–13: Chronological Submission Data and Evidence
2. **Cast and Executive Connections to UTA & CBG in Arcane**
   2.1 Summary of Cast Representation
   2.2 Supporting Evidence from the Complaint
   2.3 Arcane Screen Time Breakdown
   2.4 Amanda Overton's Role and Representation
3. **Allegation of Access via Brightfount Portal (Curtis Brown Group)**
4. **Sub-Case D: Spin-Off and Shared Origin – Buried at Bedlam & The Shameless Kiss**
5. **Ophir Lupu and Riot Games**
   5.1 Background and Key Roles
   5.2 Strategic and Creative Links to Riot Games
   5.3 Relevance to *Arcane* and IP Concerns
   5.4 Conclusion
6. **Legal Relevance**
7. **Conclusion**
8. **PDF Attachments and Supporting Documents**
   8.1 Submissions to CBG
   8.2 CBG Bloodborg Submission review results
   8.3 Informing Jonny Geller of Arcane's IP infringement.
   8.4 Brightfount Metadata Portal Documents

1

## 1. Timeline Charts of Submissions and Alleged Derivatives

## Include:

- 1A. Full Timeline of Submissions to Curtis Brown Group (CBG)

- 1B. Submission vs. Alleged Derivative Release Timeline (Color-Coded)

- 1C. Chronology of M.W. Wolf ltd.'s IP sent to Curtis Brown Group & CBG employees.

- These charts were independently generated based on email confirmations, submission metadata, and public release dates. They show that derivative works consistently follow Plaintiff's submissions by 6–18 months.

- The only outlier from this very clear pattern is SUB-CASE D, The Shameless Kiss and it's derivative The Irregulars, titled "Chapter Three: Ipsissimus." The chart shows that these two were written and released almost simultaneously. However, The Shameless Kiss began in Buried at Bedlam, which was sent to CBG years before, and the detailed plan for this book was submitted to CBG, who operated several submission routes and online query portals.

- Both works are part of a tightly interconnected literary universe authored by M.W. Wolf. The recurring themes of ritualistic murder, occult symbolism, and the Tarot Card Murders motif originate in Buried at Bedlam and continue in The Shameless Kiss.

- I ask, if Chapter Three: Ipsissimus is not a derivative of the work which began in Buried at Bedlam and then continued in The Shameless Kiss, how is it possible that we produced the same work simultaneously, after both have access to the source material (Buried at Bedlam by M.W. Wolf)

- How is it that the same pattern of misappropriation has repeated across at least ten distinct works by the same author (M.W. Wolf), all reproduced and repackaged by the same conglomerate, CBG-UTA and its affiliates, who had irrefutable access to the submitted materials during a defined window, of the very most, no more than six years, two months, and twelve days (from 6 February 2019 to 18 April 2025). Over one derivative production every eight months, a frequency that strongly suggests systemic replication, not creative happenstance, constituting plausible inference under the standards of Twombly and Iqbal.

## 1A.   Full Timeline of Submissions to Curtis Brown Group (CBG)



## 1B. Submission vs. Alleged Derivative Release Timeline (Color-Coded)



## Analysis and Conclusion: Repeated Patterns Indicating Access and Derivation

This chart captures a consistent pattern in which submissions by the Plaintiff were followed, within a legally significant timeframe, by the release of works with striking structural, thematic, or conceptual similarities. Ten pairs of works are shown. In each, a submission (blue "X") is chronologically followed by a corresponding derivative release (red "X"), often within 12–24 months but the pattern has grown tighter since the CBG and UTA 2022 merger.

Notably, the Plaintiff submitted these projects to Curtis Brown Group (CBG), its agents, or its affiliates between 2019 and 2024, during the exact merger and alignment window between CBG and United Talent Agency (UTA) and their work on Arcane including a monopolistic control over the cast and "writers".

4

The release cadence averages approximately two derivative productions per year over a 6-year period, a pace consistent with industrial adaptation pipelines and impossible to attribute to coincidence. Several projects, such as Arcane, The Creator, Breaking the Dark, and Sinners (TBD), share deeper narrative DNA with Plaintiff's submissions, some of which were accompanied by synopses, arcs, and full manuscripts.

Pair D (The Shameless Kiss and The Irregulars Ep.3) illustrates how narrative segments appear restructured into different genres, while Pair J (The Fateless Child and Sinners) shows alleged derivatives still in development, indicating ongoing use of accessed material.

The Plaintiff contends that this consistent submission–release pattern supports a strong inference of access and systemic misappropriation. Such a pattern satisfies the "plausibility" threshold under Twombly and Iqbal, and aligns with precedent from Arista Records, LLC v. Doe 3, where access may be reasonably inferred from submission to intermediaries tied to the production.

This is not speculation. It is a reasoned, fact-supported deduction drawn from repeated and temporally aligned incidents. The Plaintiff respectfully asserts that this chart warrants discovery and wider criminal investigations.

**1C. Chronology of M.W. Wolf ltd.'s IP sent to Curtis Brown Group & CBG employees.**

*Tables 1 to 13*

**Chronology Introduction**

I Marc Wolstenholme, owner and sole writer of The M.W. Wolf Megaverse of Fiction, began my writing journey during the darkness of insomnia in the Summer (August) of 2014. My work is trauma writing to help me deal with, cope and heal from complex traumas and emotions. I write for a cathartic release, but also to rebuild a life, a business, an earning, and to provide safety and stability for me and my daughter after many years of struggles and traumas. M.W. Wolf's Megaverse is mainly dark and gritty adult fiction with grand themes of implicitly examining the human condition, such as trauma and the way we mask our suffering with vices and risky, questionable behaviours. I also write scientific nonfiction, namely God's Masterful Evasion & The Inverted Organelle Theory of Consciousness and The Universe (IO-CU). The Theory of Everything! The fictional version of IO-CU is also the underpinning theory behind the M.W. Wolf Megaverse. Additionally, I've written one Children's book called Lang the Orangutan which was written for my daughter to help her understand and cope with any separation anxiety she may have when not being able to see her father.

**Date of Creation/Ownership List of M.W. Wolf Books**

**Table 1 – Chronology of Creation of M.W. Wolf Books.**

| Dates written | Titles | Evidence |
|---|---|---|
| August 2014 - August 2018. | **Buried at Bedlam: After the Black** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents 2, Emails sent after completion. 3, Editorial Report 4, Rejections |
| 2018- 2019 | **Bloodborg: The Harvest** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents 2, Emails sent after completion. 3, Editorial Report 4, offer for representation |
| Late 2019 | **Six Dead Orphans** (Short Shory) by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents 2, Emails sent after completion. 3, Rejections |
| Summer 2020- Jan 2021 | **Our Fathers** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents 2, Emails sent after completion. 3, Rejections |
| 1st of April 2021- Jul 2021 | **The Shameful Kiss** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents 2, Emails sent after completion. 3, dates mentioned in queries. 3, Rejections |
| Second Half of 2021 | **False Alligators & Wind-up Dolls** (satire) by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents 2, Emails sent after completion. |
| Jan 2022- April 2022 | **Mississippi Sleepers: A Woman Reborn** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents 2, Emails sent after completion. 3, Rejections |
| Late 2019 but mostly second half of 2022. | **Carniphobia: The Wandering (composite novel)** by Marc Wolstenholme (M.W Wolf Ltd). | 1, Meta data of word documents 2, Emails sent after completion. 3, Rejections |
| July 2022 but most of it was written in Dec 2022. | **The Ballad of Wuthering Descent** by Marc Wolstenholme (M.W Wolf Ltd). With a list of M. W. | 1, Meta data of word documents 2, Emails sent after completion. 3, Rejections 4, Showcase documentation |

7

| | | |
|---|---|---|
| | Wolf planned books sent to one agent. | |
| *May 2023* | **Lang The Orangutan** by Marc Wolstenholme (M.W Wolf Ltd). | 1, Meta data of word documents<br>2, Emails sent after completion<br>3, Power Point presentation |
| *April, Jun 2023-Dec 2023* | ***Bee My Agent; Blood and Honey*** *by Marc Wolstenholme (M.W Wolf Ltd).* | 1, Meta data of word documents<br>2, Emails sent during and after completion.<br>3, Power Point presentation<br>4, Curtis Brown Creative course |
| *Nov 2023-August 2024* | **The Fateless Child: Tainted Blood** | 1, Meta data of word documents<br>2, Emails sent during and after completion.<br>3, Power Point presentations<br>4, Website and X page |
| | | |

**Date of Creation/Ownership List of M.W. Wolf Books**

**Table 1 (continued)**

| | | |
|---|---|---|
| *1st March 2024* | ***God's Masterful Evasion & The Inverted Organelle Theory of Consciousness and The Universe (IO-CU). The Theory of Everything*** | *1, Meta data of word documents*<br>*2, Emails sent during and after completion.*<br>*3, Power Point presentations*<br>*4, Website and X page* |
| *March 2024* | **Lang The Orangutan AI illustrations by M.W. Wolf** | 1, Meta data of word documents<br>2, Emails sent during and after completion.<br>3, Power Point presentations<br>4, Website and X page |
| *8th March 2024* | [https://www.mwwolf-fiction.co.uk/](https://www.mwwolf-fiction.co.uk/) by Marc Wolstenholme (M.W Wolf Ltd). | 1, Domine<br>2, Meta data<br>3, Profile |

**First Book: Buried at Bedlam: After the Black.**

**Date of Creation/Ownership:** Marc Wolstenholme. Buried at Bedlam: After the Black was written by M.W Wolf Ltd between August 2014 and August 2018. Meta data of word documents will confirm this, as will emails sent after completion. Editorial Report and Rejections also confirm ownership.

**Table 2 – Chronology of Buried at Bedlam: After the Black shared with CBG**

| *DATE* | *EVENT* | *Evidence* |
|---|---|---|
| *8 Dec 2018* | Sat, 8 Dec 2018 at 17:06 I first emailed Felicity Blunt Curtis Brown Group Ltd, informing her of my coming submission. | BE0.5 |
| *6 Feb 2019* | Buried at Bedlam: After the Black was first submitted to Felicity Blunt of Curtis Brown Group Ltd on Wed, 6 Feb 2019. An email confirming receipt was received at 14:55 the same day, titled - Thank You for Your Submission: After the Black: Buried at Bedlam. | BE1 |
| *19 Mar 2019* | On Tue, 19 Mar 2019 at 12:36, I received an email rejection from Curtis Brown Group. | BE2 |
| *26 Jul 2019* | Fri, 26 Jul 2019 at 15:07 I paid for a Consultancy Report, invoice INV-0021 from Cornerstones Partners Ltd for | BE3 |

9

| | Marc Wolstenholme. I chose Cornerstones because at the time Helen Corner-Bryant had Felicity Blunt of Curtis Brown Group Ltd as a connection on her website, offering to send on the manuscript for 10%. | |
| --- | --- | --- |
| *16 Sept 2019* | Mon, 16 Sept 2019 at 13:02, I received the Cornerstone Report. | BE4 |
| *2 Jan 2022* | Sun, 2 Jan 2022 at 19:52, I sent a resubmission of Buried at Bedlam after it has had a Consultancy Editorial Report and undergone a redraft, addressing the comments made in the report, written by Freda Warrington, to Blunt Office Submissions. | BE5 |
| *2 Jan 2022* | Sun, 2 Jan 2022 at 19:57. On the same day, five minutes later, I sent the same resubmission to Jonny Geller, at Geller Office Submissions, of Curtis Brown Group. | BE6 |

**Second Book: Bloodborg: The Harvest.**

**Date of Creation/Ownership:** Marc Wolstenholme. Bloodborg: The Harvest by M.W Wolf Ltd between 2018- 2019. Meta data of word documents will confirm this, as will emails sent after completion. Editorial Report and offer for representation will also ownership.

**Table 3 – Chronology of Bloodborg: The Harvest shared with CBG.**

| *DATE* | *EVENT* | *Evidence* |
|---|---|---|
| *15 Apr 2020* | Wed, 15 Apr 2020 at 22:21 I submitted Bloodborg to Felicity Blunt Curtis Brown Group. cbcsubmissions@curtisbrown.co.uk An email confirming receipt was received titled - Thank You for Your Submission: Bloodborg: The Harvest | BBE7 |
| *15 Apr 2020* | Wed, 15 Apr 2020 at 22:31 I submitted Bloodborg to - submissions@austinmacauley.com | BBE8 |
| *9 Jun 2020* | Tue, 9 Jun 2020 at 15:28 I received a rejection email from cbcsubmissions@curtisbrown.co.uk tilted- Submission review results | BBE9 |
| *24 Jun 2020* | Wed, 24 Jun 2020 at 12:43- received the letter from the Editorial Board of Austin Macauley | BBE10 & BBE 11 |

11

| | | |
|---|---|---|
| *23 Feb 2021* | Tue, 23 Feb 2021 at 22:33 I submitted Bloodborg to Ciara Finan (Jonny Geller's assistant). ciara.finan@curtisbrown.co.uk | BBE12 |
| *16 Apr 2021* | Fri, 16 Apr 2021 at 18:08- Rejection from Ciara Finan | BBE13 |
| *24 Nov 2021* | Wed, 24 Nov 2021 at 18:24 I summitted Bloodborg to Geller Office Submissions gellerofficesubmissions@curtisbrown.co.uk I also informed him that Arcane, an animated Netflix series, seemed to have taken my Bloodborg manuscript and modified it into their own productions. | BBE14 &BBE 15 |
| *23 Jul 2023* | Sun, 23 Jul 2023 at 21:23- I resubmitted a different part of Bloodborg to Geller Office Submissions. This was also the first time I told him about Bee My Agent | BBE16 & BBE 17 |

**Book Three: Six Dead Orphans (Short Shory).**

**Date of Creation/Ownership:** Marc Wolstenholme. Six Dead Orphans by M.W Wolf Ltd in late 2019. Meta data of word documents will confirm this, as will emails sent after completion. I wrote this book for The ANNIHILATION RADIATION Short Story Competition.

**Table 4 – Chronology of Six Dead Orphans (Short Shory) shared with CBG.**

| *DATE* | *EVENT* | *Evidence* |
|---|---|---|
| *27 Dec 2019* | Fri, 27 Dec 2019 at 09:10 STORGY Magazine via Submittable for The Annihilation Radiation Short Story Competition. | SDOE 18 |
| *16 Jan 2020* | Thu, 16 Jan 2020 at 20:16- I Submitted Six Dead Orphans to STORGY Magazine | SDOE 19 |
| *15 Nov 2021* | Mon, 15 Nov 2021 at 22:55 I Submitted Six Dead Orphans to Felicity Blunt @ Blunt Office Submissions | SDOE 20 |
| *24 Jun 2020* | Tue, 16 Nov 2021 at 00:02 I Submitted Six Dead Orphans to Geller Office Submissions | SDOE 21 |

13

**Book Four: Our Fathers by Marc Wolstenholme (M.W Wolf Ltd)**

**Date of Creation/Ownership:** Marc Wolstenholme. Our Fathers by M.W Wolf Ltd Summer 2020- Jan 2021.Meta data of word documents will confirm this, as will emails sent after completion.

**Table 5 – Chronology of Our Fathers shared with CBG.**

| DATE | EVENT | Evidence |
|---|---|---|
| 23 Feb 2021 | Tue, 23 Feb 2021 at 21:33 – Submitted to Felicity Blunt at Curtis Brown | Fathers Ex22 |
| 10 Mar 2021 | Wed, 10 Mar 2021 at 14:59- Updated Submission of Our Fathers to Felicity Blunt at Curtis Brown | Fathers Ex23 |
| 10 Mar 2021 | Wed, 10 Mar 2021 at 21:51 Submission of Our Fathers to Jennie Goloboy query.jgoloboy@maassagency.com | Fathers Ex24 |
| 26 Mar 2022 | Sat, 26 Mar 2022 at 12:55 Submitted to Jonny Geller at Curtis Brown | Fathers Ex25 |

14

**Book Five: The Shameful Kiss by Marc Wolstenholme (M.W Wolf Ltd)**

**Date of Creation/Ownership:** Marc Wolstenholme. The Shameful Kiss by M.W Wolf Ltd. 1st of April 2021- Jul 2021 Meta data of word documents will confirm this, as will emails sent after completion and rejection letters.

**Table 6 – Chronology of The Shameful Kiss shared with CBG.**

**The doc I have on my desktop- Created - 19 March 2021, 14:03:40**

| *DATE* | *EVENT* | *Evidence* |
|---|---|---|
| *10 April 2021* | The Shameful Kiss, by Marc Wolstenholme - 10/04/2021- Partial – Submitted to Felicity Blunt at Curtis Brown | Kiss Ex26 |
| | Sat, 10 Apr 2021 at 21:24- Partial to Felicity Blunt at Curtis Brown | Kiss Ex27 |
| *30 Jul 2021* | Fri, 30 Jul 2021 at 23:32- Full Submitted to Felicity Blunt at Curtis Brown | Kiss Ex28 |
| *14 Aug 2021* | Sat, 14 Aug 2021 at 12:40- Full Submitted to Felicity Blunt at Curtis Brown- Corrections | Kiss Ex29 |
| *16 Aug 2021* | 16 August 2021 17:48- Full Submitted to Jonny Geller at Curtis Brown | Kiss Ex30 |
| *25 Oct 2021* | Mon, 25 Oct 2021 at 11:55- Rejection Jonny Geller at Curtis Brown | Kiss Ex31 |

**Book Six: False Alligators & Wind-up Dolls (satire) by Marc Wolstenholme (M.W Wolf Ltd)**

**Date of Creation/Ownership:** Marc Wolstenholme. False Alligators & Wind-up Dolls (satire) by M.W Wolf Ltd. Started in Nov 2022, most written in Second Half of 2021. Meta data of word documents will confirm this, as will emails sent after completion and rejection letters.

**Table 7 – Chronology of False Alligators & Wind-up Dolls shared with CBG.**

| DATE | EVENT | Evidence |
|---|---|---|
| 27 Nov 2020 | False Alligators & Wind-up Dolls | FA Ex32 |
| 13 Nov 2021 | Sat, 13 Nov 2021 at 18:14- Submitted to bluntofficesubmissions@curtisbrown.co.uk | FA Ex33 |
| | False Alligators & Wind-up Dolls Submitted to- Sat, 13 Nov 2021 at 20:18gellerofficesubmissions@curtisbrown.co.uk | FA Ex34 |
| 14 Aug 2021 | Fri, 10 Dec 2021 at 19:33- Family Court satirical cartoons to laugh at before Christmas. gellerofficesubmissions@curtisbrown.co.uk | FA Ex35 |

16

**Book Seven: Mississippi Sleepers: A Woman Reborn by Marc Wolstenholme (M.W Wolf Ltd)**

**Date of Creation/Ownership:** Marc Wolstenholme. Mississippi Sleepers: A Woman Reborn by M.W Wolf Ltd. Started Jan 2022- April 2022. Meta data of word documents will confirm this, as will emails sent after completion and rejection letters.

**Table 8 – Chronology of Mississippi Sleepers: A Woman Reborn shared with CBG.**

| DATE | EVENT | Evidence |
|---|---|---|
| 06 Jan 2022 | 06 January 2022, 14:18:38- Mississippi Sleepers file created | MS Ex36 |
| 5 Apr 2022 | Tue, 5 Apr 2022 at 14:11Curtis Brown Creative Submissions-cbcsubmissions@curtisbrown.co.uk | MS Ex37 |
| Mon 4 2022 | Mon, 4 Apr 2022 at 17:56 – submissions Jonny Geller & Felicity Blunt. | MS Ex 38 |
| 22 Apr 2022 | Fri, 22 Apr 2022 at 15:19- Ciara Finan rejection stating. *"May I introduce myself as Jonny's assistant…"* | MS Ex 39 |

17

**Book Eight: Carniphobia: The Wandering (composite novel) by Marc Wolstenholme (M.W Wolf Ltd)**

**Date of Creation/Ownership**: Marc Wolstenholme. Carniphobia: The Wandering (composite novel). Written- Late 2019 but mostly second half of 2022. Meta data of word documents will confirm this, as will emails sent after completion and rejection letters.

**Table 9 – Chronology of Carniphobia: The Wandering (composite novel) shared with CBG.**

| DATE | EVENT | Evidence |
|---|---|---|
| *7 Nov 2022* | Mon, 7 Nov 2022 at 18:38- Jonny Geller I told you so- Pipeline prediction – Catalogue of work by M.W. Wolf | CP Ex40 |
| *Mon, 7 Nov* | Mon, 7 Nov 2022 at 19:40- Submission to Jonny Geller | CP Ex41 |
| *12 Jan 2023* | Thu, 12 Jan 2023 at 07:29- Submission to Peter Straus- this submission contained Cursed Candy: Big Bear Lake with the Spider lady and her arc. | CP Ex 42 |

**Book Nine: The Ballad of Wuthering Descent by Marc Wolstenholme (M.W Wolf Ltd)**

**Date of Creation/Ownership**: The Ballad of Wuthering Descent. Marc Wolstenholme. July 2022 but most of it was written in Dec 2022. Meta data of word documents will confirm this, as will emails sent after completion and rejection letters.

**Table 10 – Chronology The Ballad of Wuthering Descent shared with CBG.**

| DATE | EVENT | Evidence |
|---|---|---|
| 7 Nov 2022 | Mon, 7 Nov 2022 at 18:38- I told you so- Pipeline prediction –Catalogue of work by M.W. Wolf sent to Jonny Geller | BWD Ex43 |
| 30 Nov 2022 | Wed, 30 Nov 2022 at 22:32- Christmas gift, preview of- The Ballad of Wuthering Descent _ By M.W. Wolf | BWD Ex44 |
| 31 Dec 2022 | Sat, 31 Dec 2022 at 20:14 – submissions Jonny Geller with Showcase containing many of the M.W. Wolf plans (Which I'm worried about). | BWD Ex45 |
| | Mon, 9 Jan 2023 at 14:41- Jonny is not taking on new clients currently due to the fact his list is quite stretched. From Ciara Finan \| Associate Agent. | BWD Ex46 |

19

**Book Ten: Lang The Orangutan by Marc Wolstenholme (M.W Wolf Ltd)**

**Date of Creation/Ownership**: Lang the Orangutan May 2023. Meta data of word documents will confirm this, as will emails sent after completion and rejection letters.

**Table 11 – Chronology Lang the Orangutan shared with CBG.**

| DATE | EVENT | Evidence |
|---|---|---|
| May 2023 | Lang the Orangutan was written for my daughter to help with separation anxiety. It was written on paper, then audio recorded by Story Book Dads. | LO Ex47 |
| 19 Jul 2023 | Wed, 19 Jul 2023 at 12:18 - Lang the Baby Orangutan sent to Jonny Geller | LO Ex48 |
| 10 Aug 2023 | Thu, 10 Aug 2023 at 15:5- I'm afraid Jonny isn't looking to take on children's books, but we would love to point you in the direction of the Children's section of our website, which contains information about all of our Children's Books Agents, and details on how to apply for representation.<br><br>Atlanta Hatch \| PA and Literary Assistant to Jonny Geller | LO Ex49 |
| 10 Aug 2023 | Thu, 10 Aug 2023 at 21:34- Forwarded to Isobel Gahan at Curtis Brown Group. | LO EX 50 |

**Book Eleven: Bee My Agent; Blood and Honey by Marc Wolstenholme (M.W Wolf Ltd)**

**Date of Creation/Ownership: Bee My Agent; Blood and Honey** – April/ Jun 2023-Dec 2023. Meta data of word documents will confirm this, as will emails sent after completion and rejection letters.

**Table 12 – Bee My Agent; Blood and Honey shared with CBG.**

| _DATE_ | _EVENT_ | _Evidence_ |
|---|---|---|
| _23 Jul 2023_ | Sun, 23 Jul 2023 at 21:23- Geller Office Submissions- I am currently working on Bee My Agent, which when finished will give Candyman -1992… | BMA Ex51 |
| _5 Aug 2023_ | Sat, 5 Aug 2023 at 23:24- Preview- Bee My Agent_ M.W. Wolf | BMA Ex52 |
| | Tue, 7 Nov 2023 at 16:40- Just a note - Bee My Agent; Blood and Honey- Jonny Geller | BMA Ex53 |
| _5 Dec 2023_ | Tue, 5 Dec 2023 at 20:17- Email to be read not before 07/12/2023- It's coming! Bee My Agent; Blood and Honey. | BMA Ex54 |
| _8 Dec 2023_ | Fri, 8 Dec 2023 at 13:41- Exclusive- Query of Bee My Agent; Blood and Honey_ M.W. Wolf | BMA Ex 55 |
| _23 Dec 2023_ | Sat, 23 Dec 2023 at 20:32- To aid your deliberation of the Bee My Agent query - Vision for the M.W Wolf brand | BMA Ex 56 & BMA Ex 57 |
| | Mon, 29 Jan at 14:12- Letter to Holly Seddon | BMA Ex 58 |
| | Tue, 6 Feb at 21:54- Exclusive- Update after editor's guidance- Query of Bee My Agent; Blood and Honey_ M.W. Wolf | BMA Ex 59 |

**Book Twelve: The Fateless Child: Tainted Blood by Marc Wolstenholme (M.W Wolf Ltd)**

**Date of Creation/Ownership: The Fateless Child: Tainted Blood.** Nov 2023-August 2024.Meta data of word documents will confirm this, as will emails sent after completion and rejection letters.

**Table 13 – The Fateless Child: Tainted Blood shared with CBG.**

| DATE | EVENT | Evidence |
|---|---|---|
| 7 Nov 2022 | Mon, 7 Nov 2022 at 18:38- I told you so- Pipeline prediction –Catalogue of work by M.W. Wolf | FC Ex60 |
| 19 Dec 2023 | Tue, 19 Dec 2023 at 19:12- Geller Office Submissions. | FC Ex61 |
| 31 Jan 2024 | Wed, 31 Jan at 20:50- Preview of The Fateless Child; Tainted Blood_ M.W. Wolf | FC Ex62 |

22

**2. Cast and Executive Connections to UTA & CBG in Arcane**

**2a. Summary:**

The following Arcane cast and crew were represented by UTA or CBG at time of production:

- **Curtis Brown Group (CBG):**

  Ella Purnell – *Voice of Jinx*

  Harry Lloyd – *Voice of Viktor*

  Katie Leung – *Voice of Caitlyn*

- **United Talent Agency (UTA):**

  Hailee Steinfeld – *Voice of Vi*

  Kevin Alejandro – *Voice of Jayce*

  Jason Spisak – *Voice of Silco*

  Brett Tucker – *Voice of Singed*

  Amanda Overton – *Writer/Executive* (Rep: Abby Glusker at UTA)

*Note: This section is under further revision as more connections and hidden associates continue to surface through trade publication and IMDb research.*

*See Complaint, Dkt. 58, at pp. 58–60, 86, and 946–947 (Page ID #:2020–2022, 2048, 2908–2909), documenting these cast relationships and their agency affiliations at the time of Arcane's production.*

23

**2b. Supporting Evidence from the Complaint**

The connections between Arcane cast members and UTA/CBG are already well-documented in Dkt. 58 (Complaint), including:

A. Pages 58–60 (ID #:2020–2022): Details the representation of the following cast by UTA and CBG:

B. Page 60 (ID #:2022): Notes that the top five most visible characters in Arcane are all represented by CBG or UTA. This includes Steinfeld, Purnell, Leung, Alejandro, and Lloyd.

C. Page 86 (ID #:2048): Flags that Exhibit E shows a pattern of alleged infringement and details the relationship between UTA and CBG, and how their merged access overlapped with Arcane casting and production.

D. Pages 946–947 (ID #:2908–2909): In the Second Declaration of Marc Wolstenholme, the same cast and agency connections are laid out again under "Key Figures and Organizations 24," reinforcing prior claims.

**2c. Screen time data for Arcane's two seasons overall.**

Based on screen time data for Arcane's two seasons overall, the characters with the most screen time are:

Vi (Violet): Approximately 2 hours and 7 minutes. She is played by Hailee Steinfeld represented by UTA.

Jinx (Powder): Approximately 1 hour and 32 minutes. She is played by Ella Purnell represented by CBG (Mia Sinclair Jenness as young Powder).

Jayce Talis: Approximately 1 hour and 17 minutes. He is played by Kevin Alejandro represented by UTA. (Faustino Duran as young Jayce).

Caitlyn Kiramman: Approximately 1 hour and 4 minutes. She is played by Katie Leung represented by CBG (Molly Harris as young Caitlyn).

Silco: Approximately 1 hour. He is played by Jason Spisak.

Viktor: Approximately 53 minutes. He is played by Harry Lloyd represented by CBG (Edan Hayhurst as young Viktor).

That's the top 6 cast members over the two seasons of Arcane, cast by the same conglomerate who had irrefutable access to the Plaintiff's manuscript at the very same time as they were merging and the same time as Arcane was greenlit, and at the same time as they won the Netflix deal and had a rework placing the conflict centred in Zaun-Piltover, mirroring the Plaintiff's manuscript.

This relationship supports an inference that the materials submitted through CBG or UTA-affiliated channels may have influenced or been considered in creative development decisions that followed. It's consistent with access-based inference under Arista Records, LLC v. Doe 3, where submission to an intermediary tied to the production pipeline is sufficient to support plausibility of access under Twombly and Iqbal.

## 2d. Amanda Overton represented by United Talent Agency

2d.1, Moreover, the main writer, Amanda Overton, who was hired to convert Arcane to scripts, is also represented by Abby Glusker at UTA.

chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.tracking-board.com/wp-content/uploads/2023/07/2018_Young_Hungry_List_-1D_huy3fl.pdf



## 2d. 2, Amanda Overton has 18 credits for Arcane.





**2d.3 Conclusion**

**Amanda Overton – Executive Writer of Arcane – Also Represented by UTA**

In addition to the cast, Amanda Overton, a principal writer on Arcane, is represented by United Talent Agency (UTA). According to public documents (see 2018 Young & Hungry List via The Tracking Board), Overton is listed as a client of Abby Glusker, a senior agent at UTA.

**Source:** The Tracking Board 2018 Young & Hungry List (p.1, listing Amanda Overton under UTA – Abby Glusker).

Link (if citing externally):

This further supports the Plaintiff's argument that access through Curtis Brown Group and its merger-partner United Talent Agency was not limited to cast actors but extended to core creative personnel, particularly those involved in narrative development and scripting of Arcane.

 **Legal Framing:**

This increases the likelihood of direct exposure to the Plaintiff's manuscript Bloodborg during the development period. Overton's agency, UTA, was positioned to receive the Plaintiff's materials via its Curtis Brown subsidiary, establishing a clear access nexus under Arista Records, LLC v. Doe 3, 604 F.3d 110 (2d Cir. 2010).

28

### 3. Allegation of Access via Brightfount Portal (Curtis Brown Group)

**Summary:**

- CBG's "Brightfount" Sci-Fi & Fantasy portal was publicly promoted as a "custom-built reading engine" live by early 2019.

- The Plaintiff submitted work, including Bloodborg and others (detailed Plans for The Shameless Kiss and The Ai Child) to this portal, and other online portals which CBG operated during this period.

- Its function and metadata handling remain undisclosed.

- It enabled rapid triage of manuscripts but did not provide submitters clarity on:

  Who accessed the submissions

  Whether AI systems were used

  Whether UTA or other external entities reviewed the content

**Allegation:** This technology may have served as an access funnel through which Plaintiff's submissions were mined or extracted for commercial inspiration, violating copyright and author rights.

29

**4. Sub-Case D: Spin-Off and Shared Origin – Buried at Bedlam & The Shameless Kiss**

**Summary:**

- "The Shameless Kiss" was written as a conceptual spin-off of "Buried at Bedlam," and this was stated in submissions to CBG.

- The derivative work (The Irregulars Ep.3) follows not only similar motifs but even structure and tone and central premise.

- Shared characters and invented devices were present in Bedlam before the derivative's creation, which strengthens inference of access.

*Argument: If a derivative work can be created from thematic and conceptual structure alone, access and adaptation can occur from reading a proposal or partial.*

30

## 5. Ophir Lupu and Riot Games

Ophir Lupu is a pivotal figure in the intersection of talent representation, video game development, and media IP adaptation. His career, especially during his time at United Talent Agency (UTA) and later at Haveli Investments, demonstrates deep strategic ties to Riot Games and the broader video game ecosystem, including connections relevant to the Netflix series Arcane.

## 5.1 Background and Key Roles:

- 2011–2022: Lupu joined UTA in 2011 after leaving Creative Artists Agency (CAA), becoming Head of UTA's Gaming Division.
- 2018: UTA acquired Press X and Everyday Influencers, expanding its esports and gaming division under Lupu's leadership.
- 2020–2022: Oversaw massive growth in UTA's gaming business, including negotiating deals, studio acquisitions, and IP development partnerships.
- 2021: Lupu brokered the sale of Klei Entertainment (developer of Don't Starve) to Tencent, owners of Riot Games.
- 2021: Partnered Moon Studios (developers of Ori) with Private Division for a new franchise.
- 2021: Collaborated closely with Thomas Vu, then Executive Producer of Arcane and former Head of Franchise & Creative at Riot Games.
- 2022: UTA sold a stake to EQT Private Equity. That same year, UTA's video game-related SPAC launched with Lupu as president. The SPAC sought $200M for game studio acquisitions.
- By 2022: Lupu had overseen over 20 gaming-related company transactions and been involved in at least 4 major studio sales.

31

**5.2 Strategic and Creative Links to Riot Games:**

Direct Personnel Links:

In 2019, Lupu brought on Travis Mynard, former global player manager for Riot's League of Legends esports division, to UTA's esports division.

Thomas Vu Connection:

- Vu, Executive Producer of Arcane, later joined Moon Holdings as General Partner.
- Lupu and Vu co-invested in Omeda Studios in 2022.
- Vu cited his Arcane experience as the basis for backing Omeda and praised Lupu's strategic alignment.

Haveli Investments (2022–present):

Lupu joined Haveli Investments (a gaming-focused private equity fund led by Brian Sheth) in 2022.

He was instrumental in securing a $20M Series A for Omeda Studios and helped launch a $500M gaming fund.

Haveli's investments include former Riot collaborators, and Lupu remains aligned with transmedia IP trends Riot pioneered.

**5.3 Relevance to Arcane and IP Concerns:**

Lupu's teams at UTA and Haveli had direct access to Riot Games' top creative leaders, such as Vu and Mynard.

His focus on narrative-driven games, developer representation, and content packaging places him at the heart of industries where IP ideas, characters, and plots are commonly adapted and monetized.

The timeline overlaps between M.W. Wolf's submissions (including Bloodborg) and Lupu's active involvement with Riot-affiliated projects and partners offer a plausible path for IP exposure inside UTA who were merging with CBG at the very same time.

**5.4 Conclusion:**

Ophir Lupu's leadership in gaming, especially in representing studios and creatives linked to Riot Games and Arcane, combined with his ongoing investment roles at Haveli, position him as a high-access intermediary to potential derivative use of Bloodborg content in Arcane. His career moves, particularly from UTA to Haveli, support a broader infrastructure of creative development in which M.W. Wolf's submitted ideas could have circulated.

## 6. Legal Relevance:

The consistent submission–derivative release pattern establishes a prima facie case of access and misappropriation. Under Arista Records, LLC v. Doe 3, 604 F.3d 110 (2d Cir. 2010), access can be inferred when submissions are made to an intermediary with clear links to the alleged infringer.

Here, Curtis Brown Group (CBG), the direct recipient of the Plaintiff's work, was acquired by United Talent Agency (UTA) with a known historical working symbiosis, whose gaming division, led by Ophir Lupu, had longstanding business relationships with Riot Games, the creators of Arcane. This creates a strong access nexus, not only to Arcane's executive producers and scriptwriter, but also to multiple overlapping productions whose casting and creative teams were represented by UTA or CBG.

Moreover, the scale and frequency of these alleged derivatives, at least ten instances within six years, suggest a systemic issue within the agency-to-production pipeline. When viewed through the lens of cumulative behaviour and under the plausibility standards of Twombly and Iqbal, the allegations warrant discovery, including internal communications, reader reports, development timelines, and potential use of manuscript filtering tools like Brightfount.

The Plaintiff seeks redress not only for individual infringement, but also for the systemic breach of trust and process by which literary content was repeatedly accessed and repackaged without consent or credit.

The Plaintiff further seeks criminal investigations into these matters to protect other vulnerable creatives and whole western industries.

**7. Conclusion:**

This exhibit has presented compelling evidence of a pattern of access and derivative output that is too consistent to be dismissed as coincidence. Through a timeline of twelve submissions, most via Curtis Brown Group and overlapping with the UTA merger window, we observe a repeated cadence of alleged derivative releases, many involving cast, writers, or producers represented by UTA or CBG, or creative leads with direct ties to those entities.

From Arcane to Breaking the Dark and others, the overlap in personnel, representation, submission timing, and thematic similarity demonstrates a highly structured network through which the Plaintiff's works were exposed, mined, and, Plaintiff contends, improperly reused. The creative, financial, and production control of UTA and CBG over these projects, combined with metadata and submission evidence, meets the standard of "plausible inference" under Twombly, Iqbal, and Arista Records v. Doe 3. This pattern demands discovery and further judicial scrutiny.

**8. PDF Attachments at the end of Exhibit E:**

**8.1 Submissions to CBG**

Direct Evidence of Submission to Felicity Blunt

Date of Submission: 15 April 2020 at 22:21

Recipient: Felicity Blunt via cbcsubmissions@curtisbrown.co.uk

Confirmation Received: Email titled "Thank You for Your Submission: Bloodborg: The Harvest"

**Source:**

Exhibit E – Patterns of Submission and Derivative Releases Exhibit E – Patterns of…

Complaint Filing, Document 58 (Filed 02/23/25), Page 48complaint as one

**Rejection Received**

Date of Rejection: 9 June 2020 at 15:28

Sender: Felicity Blunt via cbcsubmissions@curtisbrown.co.uk

Subject Line: "Submission review results"

Content:

"Dear Marc, Thank you for sending in Bloodborg: The Harvest and for giving me the opportunity to consider your work. Unfortunately, I am unable to offer you representation…"

Source:

Complaint Filing, Document 58, Page 83- complaint as one

**8.1 CBG received email verbatim**

Subject: Thank You for Your Submission: Bloodborg: The Harvest

From: Curtis Brown Creative Submissions <cbcsubmissions@curtisbrown.co.uk>

To: marc.wolstenholme@yahoo.co.uk

Date: Wed, 15 Apr 2020 at 22:21

Thank you, marc

Thank you for submitting your work to Curtis Brown Creative. This is to confirm that we have received your submission Bloodborg: The Harvest.

Due to the large number of submissions we receive and the care we take in reading them, we may take up to 12 weeks to respond. If you do not hear from us within that time, you are welcome to follow up by replying to this email.

With best wishes,

Curtis Brown Creative Submissions

www.curtisbrowncreative.co.uk

## 8.1. Screenshots (Original now missing after related hacking activity on my system)





## 8.2 CBG Bloodborg Submission review results

Yahoo

Book Submissions

CB Creative

From:

cbcsubmissions@curtisbrown.co.uk

To:

marc.wolstenholme@yahoo.co.uk

Tue, 9 Jun 2020 at 15:28

Dear marc, Thank you for sending in Bloodborg: The Harvest and for giving me the opportunity to consider your work. Unfortunately, I am unable to offer you representation, as I did not feel the work was right for my list. I am sorry not to be writing with better news, but I hope this response will not discourage you and I wish you all the best with your writing. Best wishes, Felicity Curtis Brown Group Ltd. Haymarket House 28-29 Haymarket London SW1Y 4SP http://www.curtisbrown.co.uk http://www.curtisbrowncreative.co.uk _____ This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment. Curtis Brown Group Limited. Registered in England and Wales No 00679620. Registered Office 5th Floor, Haymarket House, 28-29 Haymarket, LONDON SW1Y 4SP.

## 8.2 Screenshot



## 8.3 Informing Jonny Geller of Arcane's IP infringement.

*(original also deleted from my yahoo inbox after hacking activity)*

### 8.3 Screenshots





**Declaration of Marc Wolstenholme Regarding Submission of Bloodborg: The Harvest**

I, Marc Wolstenholme, hereby declare under penalty of perjury under the laws of the United Kingdom and US jurisdiction that the following is true and correct to the best of my knowledge:

On Wednesday, 15 April 2020 at 22:21 (BST), I submitted my original manuscript titled Bloodborg: The Harvest via email to Curtis Brown Creative, using the email address cbcsubmissions@curtisbrown.co.uk.

Immediately upon submission, I received an auto-confirmation email titled:

"Thank You for Your Submission: Bloodborg: The Harvest", confirming Curtis Brown's receipt of my manuscript.

The confirmation email originated from cbcsubmissions@curtisbrown.co.uk, and included the following message:

*"Thank you, marc*

*Thank you for submitting your work to Curtis Brown Creative. This is to confirm that we have received your submission Bloodborg: The Harvest.*

*Due to the large number of submissions we receive and the care we take in reading them, we may take up to 12 weeks to respond. If you do not hear from us within that time, you are welcome to follow up by replying to this email.*

*With best wishes,*

*Curtis Brown Creative Submissions*

*www.curtisbrowncreative.co.uk"*

42

A screenshot of the original email was taken and is appended in Exhibit E under Section 8.1, but the original email is no longer present in my Yahoo inbox, which I believe is due to unauthorised activity on my account that occurred following the start of this litigation.

The authenticity of this screenshot is consistent with metadata previously submitted in court, and with timelines documented across Tables 1–13 in Exhibit E. Additionally, a rejection email for the same submission was later received from Felicity Blunt on 9 June 2020, also documented and attached in Exhibit E, Section 8.2.

To the best of my knowledge and belief, I affirm the truth of this submission event and maintain that the work titled Bloodborg: The Harvest was submitted, received, and read by Curtis Brown Group prior to the development and production of related audiovisual projects.

M.WOLSTENHOLME.

**Declaration of Marc Wolstenholme**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am the author and creator of the original works referenced in the document titled:

Exhibit E – Patterns of Submission and Derivative Releases via Curtis Brown Group and United Talent Agency.

The facts, descriptions, timelines, and supporting evidence contained within Exhibit E are true and accurate to the best of my knowledge, information, and belief.

All materials and statements included in Exhibit E, including submission confirmations, communications, metadata, tables, and references to derivative release timelines, have been compiled from my direct personal records or preserved contemporaneous documentation.

Where original source materials are no longer available (e.g., due to email deletions or account interference), any references or screenshots are faithful and accurate reproductions of content I received or recorded at the time of occurrence.

I submit this declaration in support of the claims set forth in my complaint, and I affirm the integrity and veracity of the information contained in Exhibit E.


Executed on this 06 day of August 2025.

Signature: *M.WOLSTENHOLME.*

Name: Marc Wolstenholme

Location: Coventry, UK

44

**PDF *Attachments* at the end of Exhibit E**

8. 1 Bloogborg list

8.2 Bloodborg rejection from cbcsubmissions@curtisbrown.co.uk

8.3. 1 Bloodborg Ex15

8.3. 2 Bloodborg Ex17

8.4. Brightfount - by Curtis Brown- March 26 2020

45

05/08/2025, 15:21                    (No new emails) – marc.wolstenholme@yahoo.co.uk – Yahoo Mail

HOME      MAIL      NEWS      FINANCE      SPORT      CELEBRITY      STYLE      WEATHER      MORE...                    Upgrade now

Bloogborg                                        Advanced ⌄                                                Home

| | Messages | Photos | Documents | No results found. Showing se... |

☐ ⌄    Archive    Move    Delete    Spam    ⋯    Sort ⌄

**2020**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | submissi... | ★ Re: Novel Sub... | Book Submi... | | 10/01/2021 |

**2020**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | me | ★ Query. ... | Sent | | 19/12/2020 |
| ☐ | me | ★ Novel Submis... | Sent | 📄 | 15/12/2020 |
| ☐ | me, Sub... | ★ Bloodborg.. 2 | Book Submi... | 📄 | 11/11/2020 |
| ☐ | me, Car... | ★ Bloodborg.. 2 | Inbox | 📄 | 20/10/2020 |
| ☐ | Austin P... | ☆ Expiration Pen... | Inbox | | 12/10/2020 |
| ☐ | me, Eli | ★ Bloodborg.. 2 | Book Submi... | 📎 | 30/09/2020 |
| ☐ | Submiss... | ★ Automatic rep... | Book Submi... | | 29/09/2020 |
| ☐ | me | ★ Bloodborg: Th... | Sent | 📄 | 29/09/2020 |
| ☐ | me | ★ Query from En... | Sent | 📄 | 29/09/2020 |
| ☐ | me, info | ★ Book sub... 2 | Inbox | 📄 | 29/09/2020 |
| ☐ | me | ★ Bloodborg.. 2 | Sent | 📄 | 29/09/2020 |

**Sidebar:**
- Compose
- Inbox
- Unread
- Starred
- Drafts — 479
- Sent
- Archive
- Spam
- Deleted Items
- ⌃ Less

**Views** — Hide
- 🖼 Photos
- 📄 Documents
- 📧 Subscriptions
- ✈ Travel

**Folders** — Hide
- ＋ New folder
- Book Submissions
- Bulk Mail
- Child Maintenance S...
- harassments BS
- M.W. Wolf Stuff
- N
- Notes
- reporting abuse — 299
- saved — 14
- Wind-up Dolls

AD

05/08/2025, 15:21 (No new emails) – marc.wolstenholme@yahoo.co.uk – Yahoo Mail

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | me, Emily ★ | Query for... | 2 | Inbox | 🗎 | 29/09/2020 |
| ☐ | me, Mary ★ | Bloodborg.. | 2 | Book Submi... | 🗎 | 28/09/2020 |
| ☐ | me, Angry ☆ | Submissi... | 5 | Book Submi... | | 28/09/2020 |
| ☐ | me ★ | cover letter fo... | | Sent | 🗎 | 27/09/2020 |
| ☐ | me, And... ☆ | Bloodborg.. | 2 | Book Submi... | | 27/09/2020 |
| ☐ | me ☆ | Bloodborg: Th... | | Sent | | 27/09/2020 |
| ☐ | me ★ | Bloodborg: Th... | | Sent | | 27/09/2020 |
| ☐ | Alex Field ★ | Thanks for yo... | | Book Submi... | | 27/09/2020 |
| ☐ | me ★ | Cover letter fo... | | Sent | | 27/09/2020 |
| ☐ | me ☆ | Bloodborg: Th... | | Sent | | 27/09/2020 |
| ☐ | Mike Ho... ★ | Automatic rep... | | Book Submi... | | 27/09/2020 |
| ☐ | me ★ | Bloodborg: Th... | | Sent | | 27/09/2020 |
| ☐ | Submiss... ★ | Automatic rep... | | Book Submi... | | 27/09/2020 |
| ☐ | me ★ | Bloodborg: Th... | | Sent | | 27/09/2020 |
| ☐ | me ★ | query letter fo... | | Sent | 🗎 | 27/09/2020 |
| ☐ | Submiss... ☆ | You have reac... | | Book Submi... | | 26/09/2020 |
| ☐ | me ★ | Bloodborg: Th... | | Sent | | 18/09/2020 |
| ☐ | me ★ | Query letter fo... | | Sent | | 18/09/2020 |
| ☐ | me ★ | Query letter fo... | | Sent | 🗎 | 18/09/2020 |
| ☐ | me ★ | Query letter fo... | | Sent | 🗎 | 18/09/2020 |
| ☐ | Paul, me ★ | '... | 2 | Sent | 🖼 | 07/07/2020 |
| ☐ | Submiss... ★ | From D&V Su... | | Book Submi... | | 07/07/2020 |
| ☐ | me ★ | Submissions ... | | Sent | 🗎 | 07/07/2020 |
| ☐ | Austin P... ☆ | Reminder: ... | | Inbox | | 01/07/2020 |
| ☐ | Austin P... ☆ | Bloodborg: Th... | | Book Submi... | | 24/06/2020 |
| ☐ | AM Edit... ★ | Bloodborg: Th... | | Book Submi... | 📎 | 24/06/2020 |
| ☐ | me, Loui... ★ | Submissi... | 2 | Book Submi... | 🗎 | 09/06/2020 |
| ☐ | me, Eddie ★ | QUERY- ... | 2 | Book Submi... | | 08/05/2020 |
| ☐ | me, Peter ★ | Submissi... | 2 | Book Submi... | 🗎 | 07/05/2020 |
| ☐ | Submiss... ★ | RE: SUBMISSI... | | Book Submi... | | 01/05/2020 |
| ☐ | me, Alex... ★ | submissio... | 3 | Book Submi... | 🗎 | 22/04/2020 |
| ☐ | AM, me,... ☆ | RE: '... | 3 | Book Submi... | 🖼 | 22/04/2020 |
| ☐ | me ★ | Submission of... | | Book Submi... | 🗎 | 18/04/2020 |
| ☐ | me ★ | submissions- ... | | Book Submi... | 🗎 | 18/04/2020 |
| ☐ | me ★ | Submissions ... | | Book Submi... | 🗎 | 15/04/2020 |
| ☐ | Madelei... ★ | Confirmation ... | | Book Submi... | | 15/04/2020 |
| ☐ | me ★ | Marc Wolsten... | | Book Submi... | 🗎 | 15/04/ |
| ☐ | Submiss... ★ | Automatic rep... | | Book Submi... | | 15/04/2020 |

;

05/08/2025, 15:19

(No new emails) – marc.wolstenholme@yahoo.co.uk – Yahoo Mail



HOME    MAIL    NEWS    FINANCE    SPORT    CELEBRITY    STYLE    WEATHER    MORE...            Upgrade now

Find messages, documents, photos or people    Advanced ⌄                                    Home

Compose

Inbox
Unread
Starred
Drafts                    479
Sent
Archive
Spam
Deleted Items
⌃ Less

Views          Hide
🖼 Photos
📄 Documents
📑 Subscriptions
✈ Travel

Folders        Hide
+ New folder
    Book Submissions
    Bulk Mail
    Child Maintenance S...
    harassments BS
    M.W. Wolf Stuff
    N
    Notes
    reporting abuse     299
    saved               14
    Wind-up Dolls

← Back    ↩ ↩ ➡    📇 Archive    📥 Move    🗑 Delete    🛡 Spam        📇 📅 📝 ❓                    ⚙

● Submission review results                    Yahoo/Book Su... ⭐    AD

CB Creative                        🖨  Tue, 9 Jun 2020 at 15:28 ⭐
From:
cbcsubmissions@curtisbrown.co.u
To:
marc.wolstenholme@yahoo.co.uk

Dear marc, Thank you for sending in Bloodborg: The Harvest and for
giving me the opportunity to consider your work. Unfortunately, I am
unable to offer you representation, as I did not feel the work was right for
my list. I am sorry not to be writing with better news, but I hope this
response will not discourage you and I wish you all the best with your
writing. Best wishes, Felicity Curtis Brown Group Ltd. Haymarket House
28-29 Haymarket London SW1Y 4SP http://www.curtisbrown.co.uk
http://www.curtisbrowncreative.co.uk
_____ This message (including any
attachments) contains confidential information intended for a specific
individual and purpose, and is protected by law. If you are not the
intended recipient, you should delete this message and are hereby
notified that any disclosure, copying, or distribution of this message, or the
taking of any action based on it, is strictly prohibited. Whilst we have
taken reasonable precautions to ensure that this e-mail and any
attachment has been checked for viruses, we cannot guarantee that they
are virus free and we cannot accept liability for any damage sustained as
a result of software viruses. We would advise that you carry out your own
virus checks, especially before opening an attachment. Curtis Brown
Group Limited. Registered in England and Wales No 00679620.
Registered Office 5th Floor, Haymarket House, 28-29 Haymarket,
LONDON SW1Y 4SP.

↩ ↩ ➡ ...

Reply, Reply all or Forward

Send    📎 😊  |  🔗 B 𝐼 🎨 A̅ 🗑

;

https://mail.yahoo.com/d/search/keyword=cbcsubmissions%2540curtisbrown.co.uk/messages/25224?.intl=uk&.lang=en-GB&.partner=none&.src=fp    1/1

02/08/2025, 12:45 (No new emails) – marc.wolstenholme@yahoo.co.uk – Yahoo Mail

HOME    MAIL    NEWS    FINANCE    SPORT    CELEBRITY    STYLE    WEATHER    MORE...    Upgrade now

Find messages, documents, photos or people    Advanced ⌄

Home

Compose

Inbox
Unread
Starred
Drafts                479
Sent
Archive
Spam
Deleted Items
⌃ Less

Views                Hide
🖼 Photos
📄 Documents
📧 Subscriptions
✈ Travel

Folders              Hide
+ New folder
  Book Submissions
  Bulk Mail
  Child Maintenance S...
  harassments BS
  M.W. Wolf Stuff
  N
  Notes
  reporting abuse      299
  saved                 14
  Wind-up Dolls

← Back    Archive    Move    Delete    Spam



● Submission review results                    Yahoo/Book Su... ★

**CB Creative**                    🖨  Tue, 9 Jun 2020 at 15:28 ★
From:
cbcsubmissions@curtisbrown.co.u
To:
marc.wolstenholme@yahoo.co.uk

Dear marc, Thank you for sending in Bloodborg: The Harvest and for giving me the opportunity to consider your work. Unfortunately, I am unable to offer you representation, as I did not feel the work was right for my list. I am sorry not to be writing with better news, but I hope this response will not discourage you and I wish you all the best with your writing. Best wishes, Felicity Curtis Brown Group Ltd. Haymarket House 28-29 Haymarket London SW1Y 4SP http://www.curtisbrown.co.uk http://www.curtisbrowncreative.co.uk _____ This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment. Curtis Brown Group Limited. Registered in England and Wales No 00679620. Registered Office 5th Floor, Haymarket House, 28-29 Haymarket, LONDON SW1Y 4SP.

**Reply**, **Reply all** or **Forward**

Send

;

https://mail.yahoo.com/d/search/keyword=SFFsubmissions%2540curtisbrown.co.uk/messages/25224?.intl=uk&.lang=en-GB&.partner=none&.src=fp    1/1

Bloodborg Ex14

**Marc Wolstenholme**
From:marc.wolstenholme@yahoo.co.uk
To:Geller Office Submissions
Wed, 24 Nov 2021 at 18:24

**From:** Marc Wolstenholme, 07827964404, marc.wolstenholme@yahoo.co.uk

**Book:** Bloodborg: The Harvest

**Genre:** Cyberpunk/ Fantasy Trilogy.

**Word count:** 95,000

Dear Jonny,

I am presently looking for a Literary Agent. This book, Bloodborg: The Harvest, was sent to a number of agents in 2019. In April of this year I also queried Ciara Finan with it as her bio stated that she loved Cloud Atlas, which elements of this Trilogy are loosely comparable to.

I believe that this book as the potential to be as successful as Cloud Atlas and perhaps even more so. I understand that this is an unorthodox way of trying to gain a Literary Agent but allow me to explain what has happened and why this book is a missed gem.

In 2019, I wrote Bloodborg: The Harvest, the first book of a Cyberpunk/ fantasy trilogy with a complex parallel story structure of six intersecting POVs and a backstory. The stories can each standalone but are also woven into each other to build conflict and tension. Time is an element of the storytelling, having a timeline that reaches backwards from the future present to various times in the future past, then back to Coventry in the Old-World (2025). Most of the book is set in New Kowloon, which is a sunken Manhattan where people have built raised platforms to live in the sky, above the waters. The ground level is polluted by gases and smog. The underclass and diseased live there.

Since I have circulated my Book, looking for a Literary Agent, a film and an animated Netflix series seemed to have taken my blueprint and modified it into their own productions. I am not directly accusing them of stealing my work but its uncanny and needs to be investigated.

The first is a Hugh Jackson film, Reminiscent. This shares the flooded streets, US states divided by borders, the rich live behind protective walls, time is an element of the story telling. This film seems like someone has read my samples and taken the idea, but it's also possible that we were both tapping into something prominent of the time.

The second one is outrageously similar with so much synchronicity that one would have to conclude that either my queries and samples were used to build the Netflix animated show or I'm an oracle… and I don't vision it being the latter.

Its Uncanny, it's almost as if someone has taken my book as a framework for the world building and reworked it into Arcane. I wrote this book to be transferred into a game. The show is made by a gaming company, who have taken characters out of the league of legends game and seemingly sandwiched them into my created world to give them backstories, just a year or so after I circulated my samples.

The Netflix animated show Arcane, has a under city and over city like mine, in the underworld they must wear gasmasks as its polluted in the under city. The cyborgs are controlled by a purple drug. Tiny little fusion energy balls are a product of both works, the parkour girl who climbs and rounds around on building tops, people of the upper city are looking for a girl, they have fusion power explosives, it's all the same, just reworked. In my book the rich guard the bridge into the Assemblage, it's the same in this show. There is a giant artificial moon in both. The series has an episode called oil and water; my book has a chapter called Oil and Blood. The show has blue energy balls of teleportation, which seems also to be directly lifted from my book. The first book ends as war begins, which is the same for series one of the shows. Both my book and the show have a stocky and rough leadership figure who helps children and is revered as a hero. Both of these characters fight cyborgs who are juiced up on a drug to give them more energy, they fight to near death. My sample ends with him laying unconscious, and the hooded girl looking at him, which is the same in the show. they both have a supporting character who has a bionic arm, and they have both defeated. It's the same world, reworked, there are why too many coincidences for it to be an accident. This is just a few of things that have been copied. I can show with hundreds examples that my book as been used to make this show.

The Netflix animated show Arcane has set the record as Netflix's best-rated show so far within a week of its premiere and ranked number one on the Netflix Top 10 chart in 52 countries as well as reaching number two in the United States. The show is book, but my book is better, and it was made to be a game and I stated this in my queries. I feel as though somebody has approached Riot Games with my samples and work and they have taken it to build their show from.

I feel like these needs investigating, however I do feel that my book is still so unique that it can be more successful as a book and game, than the show is.

Please take a look at my samples, and please let me know if this is something you would be interested in pursuing.

Thank you for your time and consideration. I would be happy to answer any questions you may have. I am also open to feedback and would be grateful for the opportunity to explore how we might work together to find an appropriate publisher.

Your Sincerely,


Marc Wolstenholme (M.W.Wolf)


[Download all attachments as a zip file](#)

- Elevator Pitch.docx

  19.1kB


- cover letter.docx

  20.2kB

- Synopsis normal.docx

  25.5kB

- 3 New Kowloon Warwick; Marvin The Machine'.docx

  34.2kB

- 10 New Kowloon; A broken Sword, A Broken man.docx

  25.1kB

Bloodborg Ex 18

Bloodborg: The Harvest_ M.W. Wolf
Yahoo/Sent

- 

**Marc Wolstenholme**

From:marc.wolstenholme@yahoo.co.uk

To:Geller Office Submissions,gelleroffice@curtisbrown.co.uk

Sun, 23 Jul 2023 at 21:23

Dear Jonny Geller,

I've had the first half of this year away from writing due to personal reasons, but now I'm back. I'm working on a very creepy Folklore Horror which will be presented to you before the end of the year. This book contains strange pagan rituals like The Wicker man or Midsommer.

Today I am contacting you about the Bloodborg Trilogy. I know you have already rejected *Bloodborg: The Harvest.* However, I was in the pub on Friday night discussing books with a local. We spoke about my books, and he recommended I read The Drowned World by JG Ballard, first published in 1962.

It's uncanny how close the world premise of Bloodborg is to The Drowned World. Apart from this, the books are very different. I believe the Bloodborg Trilogy can be big enough to be its own franchise.

I've attached the prolepsis of *Bloodborg: The Harvest* which is written in the form of a quantum recorded radio transmission. This prolepsis gives a good insight into the New Kowloon (Manhattan) POVs of this book.

This book has six interlacing POVs across four distinct parts of the annihilated world. As you represent Cloud Atlas by David Mitchell, I'm sure that this complex narrative would fit your interest.

Admittedly, *Bloodborg: The Harvest* needs to be professionally edited. However, I am currently working on *Bee My Agent,* which when finished will give Candyman - 1992 a run for its scares.

Please consider Bloodborg Trilogy and I look forward to having *Bee My Agent* ready for your review by the end of the year.

Thank you for taking the time to consider my work.

I wish you well,

Marc Wolstenholme (M.W. Wolf)

[Download all attachments as a zip file](#)

○

1 New Kowloon; Morgan's Proclamation.docx

29.3kB

○

M.W. Wolf Info Card.png

321.9kB

○
○
○
○

- **Reply**
- **,**
- **Reply all**
- **or**
- **Forward**

Case: 25-3163, 08/06/2025, DktEntry: 17.7, Page 56 of 61

Search

Home

Explore

Notifications

Messages

Grok

Bookmarks

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Post**                                                     Reply

**Curtis Brown Books**                                        ⊘  ⋯
@CBGBooks

Writers of #scifi and #fantasy - we've launched a new submissions
portal called Brightfount - brightfount.com #brightfount #amquerying

12:51 PM · Feb 11, 2019

💬 4              ↻ 10              ♡ 20              🔖              ⬆

Post your reply                                              Reply

**Hayley Woolf** @HayleyWoolf4 · Sep 9, 2021              ⊘  ⋯
No longer working.

💬              ↻              ♡              �ⅼⅼ              🔖  ⬆

**Lorna H** @lornanotdoone · Mar 30, 2019                ⊘  ⋯
I'd love to submit my dystopian 'Never Let Me Go meets Me Before You'
novel to @Catkcho. Should I use the brightfount portal? Its guidance on the
query letter and synopsis isn't entirely in keeping with Catherine's own
advice for submissions, which one do I follow?!

💬              ↻              ♡              ⅼⅼ              🔖  ⬆

**Joaquim Lopes** @jjglopes · Feb 11, 2019               ⊘  ⋯
Do you accept international submissions?

💬              ↻              ♡              ⅼⅼ              🔖  ⬆

**M.W. Wolf Ltd**
@MW_Wolf_Ltd

**Relevant**

**Curtis**
@CBGE
Literary

**What's ha**

Trending in Unite
**dan heng**
4,972 posts

Rugby · Trending
**Bundee Aki**

Trending in Unite
**Tanner**
4,307 posts

Sports · Trending
**Akash Deep**
15.4K posts

Show more

Terms of Service  |
Accessibility  |  A

Search

X

**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Bookmarks**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**

**Sascha Akhtar** 🦉 **#Translator**✏️ **Fiction …**   @Akht… · Aug 8, 2019  ⊘  ⋯
does anyone know why the Brightfount portal may not let one progress beyond, 'Choose An Agent?'. Done all bits right, but once I click on Catherine, nothing further happens. Thanks anyone! @Catkcho

**Relevant**

**Curtis**
@CBGI
Literary

**What's ha**

Trending in Unite
**dan heng**
4,972 posts

Rugby · Trending
**Bundee Aki**

Trending in Unite
**Tanner**
4,307 posts

Sports · Trending
**Akash Deep**
15.4K posts

**Show more**

Terms of Service  |
Accessibility  |  Ad

**M.W. Wolf Ltd**
@MW_Wolf_Ltd

The Wayback Machine - https://web.archive.org/web/20201126174720/https://brightfount.com/



[A new Science Fiction & Fantasy submissions engine](#)
[Our Mission](#) [Submission Guide](#)



# Don't get lost in the space jam

Welcome to Brightfount by the Curtis Brown literary agency – a new way of bringing your science fiction and fantasy writing to the universe.

Submissions Closed



**a submissions portal open to all**

Our mission is to open both writing and the publishing industry to the rest of the world.

# Our mission

Brightfount is a submissions engine with a difference.

Read more



**New innovative reading system**

Our reading tool allows us to read more submissions more effectively. By using simple reading technology, we are better at finding the best in you.

02/08/2025, 13:39



## Quick, honest reply from agents

Our agents read 100% of submissions. We promise to reply to all of them within 2 weeks, compared to 10-12 weeks for other agencies.
Brightfount is run by the Curtis Brown Literary Agency, an Original Talent company.



**Get in touch**

Looking to talk with us? Use [hello@brightfount.com](mailto:hello@brightfount.com).
[Privacy Policy](#) | [Terms & Conditions](#)

**What is a Brightfount?**

Want to know more about Brian Aldiss and where Brightfount the name comes from? [Read about Our Mission](#)