Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

FILED

CLERK, U.S. DISTRICT COURT

2/23/2025

CENTRAL DISTRICT OF CALIFORNIA

BY _____GSA_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>      Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>      Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)<br><br><br>COMPLAINT FILED: OCTOBER 31, 2024<br>DEFAULT JUDGMENT FILED JANUARY 07, 2025:<br>COMPLAINT - SHORT FORM: JANUARY 01, 2025<br>AMENDED COMPLAINT FILED: JANUARY 04, 2025- ACCEPTED:<br><br>SAC- FEBRUARY 24, 2025 |

Dated this: February 24, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

1

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

i.    **INTRODUCTION TO CASE**

Plaintiff, Marc Wolstenholme ("Plaintiff"), respectfully submits this SECOND AMENDED COMPLAINT (SAC) against Riot Games, Inc. Plaintiff's Complaint sufficiently alleges facts that, if true, state claims for relief under the Copyright Act, California's Unfair Competition Law, and other causes of action. Additionally, the Complaint provides the Defendant with sufficient notice to prepare an appropriate defense.

**INTRODUCTION TO PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)**

Plaintiff Marc Wolstenholme ("Plaintiff"), a UK resident and the owner of the copyrighted material known as the M.W. Wolf catalogue of fiction, brings this action against Defendant Riot Games, Inc. ("Defendant"), a California-based video game development company.

Plaintiff owns the exclusive copyright to "Bloodborg: The Harvest" by M.W. Wolf, created between 2018-2019.

Plaintiff alleges that Defendant infringed his copyright by using the manuscript of "Bloodborg: The Harvest" submitted to Riot Forge, Curtis Brown Group, and others in 2019 and 2020 to create the animated series ARCANE and its spin-offs including but not limited to, The Blood Sweat and Tears music video, and Welcome to Noxus - Bite Marks (ft. TEYA), 2025

2

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Season 1 Cinematic - League of Legends. The Plaintiff further alleges that the whole of Riot Games' lore and backstories related to Arcane, have been retconned to align with the infringed upon narratives, thus the Infringement is now deeply intwined into all of Riot Games' products, merchandise, games and shows.

Plaintiff asserts that Defendant's animated show and promotional materials derive narrative elements, themes, scenes, chapter / episode titles, aesthetics, trauma writing, central premise, macro and micro details, actual writing converted to visual mediums, expert skill depictions, distinct color usage, deeply nuanced motifs and allegories, symbolism, character arcs, character personalities and backstories, and more, from Plaintiff's copyrighted work.

Additionally, much of the trauma writing in Bloodborg, alleged to have been reused in Arcane, is derived from Plaintiff's fictionalized therapeutic journaling of his deeply complex personal trauma history both in and out of the British Army. This alleged misuse and monetization of Plaintiff's trauma and deep psychological exploration along with three years of bad faith negotiations and prolonged litigations, and malicious communications, discrimination, intimidation and harassment via email and other forms, alleged to have been sent by Riot employees, Fortiche Production employees and the wider toxic cultural climate they foster, is alleged to have caused, and continues to cause further emotional-psychological harm and suffering and financial burden on the Plaintiff.

Plaintiff seeks damages for the harm suffered, statutory damages, investigations and an injunction to prevent further infringement.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Cases**

(1) COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

(2) VICARIOUS COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

(3) UNFAIR COMPETITION (17 U.S.C. § 501)

(4) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED): CALIFORNIA CIVIL CODE § 1708. ACTION FILED DATE: OCTOBER 31, 2024 - 3

**JURISDICTION AND VENUE**

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a) as this matter arises under the U.S. Copyright Act (17 U.S.C. § 501).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1400(a) as Defendant Riot Games, Inc. maintains its principal place of business in Los Angeles County, California.

**PARTIES**

3. Plaintiff Marc Wolstenholme is a UK resident and owner of the M.W. Wolf catalogue of fiction including Bloodborg: The Harvest.

4. Defendant Riot Games, Inc. is a video game development company headquartered in Los Angeles, California.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

ii.   **FACTUAL ALLEGATIONS**

1. Plaintiff created the work "Bloodborg: The Harvest" between 2018 and 2019 and holds the exclusive copyright to this literary work.

2. In April 2020, Plaintiff submitted the manuscript of "Bloodborg: The Harvest" to Riot Forge, Curtis Brown Group, and others, widely disseminated. Some agents had access to Bloodborg before this point.

3. Plaintiff alleges that Defendant Riot Games unlawfully copied significant portions of his manuscript to create the animated series ARCANE, which premiered on Netflix in November 2021, and continued to misuse the manuscript for Season 2 and many spin-offs, long after being informed of the infringements, which still continue.

4. Plaintiff asserts that characters, plotlines, thematic elements, and narrative structure and much more, in ARCANE mirror those found in "Bloodborg: The Harvest."

5. Plaintiff further alleges that the official music video "Blood Sweat & Tears" by Riot Games, featuring Sheryl Lee Ralph, derives directly from elements of "Bloodborg: The Harvest."

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

6. Defendant continues to profit from ARCANE and related products despite being notified of the alleged infringement in November 2021.

7. Plaintiff further alleges Welcome to Noxus - Bite Marks derives directly from elements of "Bloodborg: The Harvest."

8. Plaintiff further alleges that Ambessa: chosen of the wolf: a league of legends: arcane novel Book by C. L. Clark, derives directly from character elements of "Bloodborg: The Harvest."

9. Plaintiff further alleges that his manuscript has provided Riot Games with a gateway into other business avenues and industries such as the film, animation, live-action, Tv and literary industries.

10. Defendant's legal representatives responded with the threat of extensive legal fees, causing Plaintiff emotional distress and further exacerbating his existing complex PTSD. This is alongside other mentioned harm caused.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**FIRST CAUSE OF ACTION**

(Copyright Infringement – 17 U.S.C. § 501)

1. Defendant, without authorization, copied, distributed, and publicly displayed Plaintiff's copyrighted material. Furthermore, the showrunners accepted awards for this infringed material long after cease and desist demands had been issued.

2. Defendant's unauthorized use of Plaintiff's work constitutes direct copyright infringement.

3. Plaintiff has suffered damages as a direct result of Defendant's infringement and is entitled to statutory damages and injunctive relief under 17 U.S.C. § 504.


**SECOND CAUSE OF ACTION**

(Vicarious Copyright Infringement – 17 U.S.C. § 501)

4. Defendant benefited financially from the unauthorized use of Plaintiff's copyrighted material through partnerships with Netflix, Fortiche Production SAS, Tencent Games and others.

5. Defendant had the ability to control and supervise the infringing conduct but failed to prevent it.

6. Plaintiff seeks statutory damages and injunctive relief to prevent further vicarious infringement.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**THIRD CAUSE OF ACTION**

(Unfair Competition – Cal. Bus. & Prof. Code § 17200)

7. Defendant engaged in unlawful and unfair business practices by misappropriating Plaintiff's copyrighted material for commercial gain.

8. Defendant's conduct caused Plaintiff significant barriers to entry, financial harm and reputational damage.

9. Plaintiff seeks restitution, disgorgement of profits, and injunctive relief to prevent further unfair competition.

**FOURTH CAUSE OF ACTION**

(Intentional Infliction of Emotional Distress – Cal. Civ. Code § 1708)

10. Defendant's legal representatives threatened and intimidated Plaintiff with excessive legal fees and dismissal of his claims, knowing Plaintiff was a vulnerable adult with complex PTSD.

11. Defendant's conduct was extreme, outrageous, and beyond the bounds of decency, causing Plaintiff severe emotional distress.

12. Infringed work is trauma writing, stealing one's trauma writing, especially given the content of it, and misusing it, and airing it for all to see, in a manner it wasn't intended, is akin to stealing one's therapy and medication and causing relentless and continued triggering. Moreover, it is alleged that Riot Games has added gaslighting into the actual show.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

13. Furthermore, the endless threats to have the cases kicked out before any hearing, the complete disregard for the law and for the plaintiff's hardship and the unwillingness to take responsibility for their actions, along with the endless legal technicalities, delay tactics and diversions, all adds to the emotional and psychological toll and pain caused. As does the needless misrepresentation of the plaintiff's complaints.

14. Plaintiff seeks compensatory and punitive damages for the emotional harm suffered.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. Statutory Damages for Copyright Infringement

Award Plaintiff statutory damages pursuant to 17 U.S.C. § 504 for each act of copyright infringement committed by Defendant.

2. Actual and/or Compensatory Damages

Award Plaintiff actual damages and lost profits suffered as a result of Defendant's unlawful actions, including but not limited to economic harm, lost opportunities, and reputational damage.

3. Disgorgement of Profits & Restitution

Award Plaintiff disgorgement of Defendant's profits obtained from the wrongful misappropriation of Plaintiff's copyrighted works and trade secrets.

Award restitution under Cal. Bus. & Prof. Code § 17200 for any unfair business practices related to the unlawful use of Plaintiff's intellectual property.

4. Punitive & Exemplary Damages

Award punitive and/or exemplary damages due to the willful and egregious nature of Defendant's misconduct, including but not limited to intentional infliction of emotional distress, fraud, and deceptive business practices.

10

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

5.  Injunctive Relief

Permanently enjoin Defendant from engaging in any further acts of infringement or misappropriation.

Order Defendant to remove and/or cease distribution of any infringing content derived from Plaintiff's copyrighted works and all future plans related to these works.

6.  Corrective Disclosures & Public Statements

Order Defendant to issue a public statement or corrective disclosure acknowledging the misappropriation of Plaintiff's copyrighted work.

7.  Attorneys' (Plaintiff's) Fees & Litigation Costs

Award Plaintiff full reimbursement of legal fees, personal fees and court costs pursuant to 17 U.S.C. § 505 and other applicable laws.

8.  Prejudgment & Post-Judgment Interest

Award Plaintiff interest on all damages from the time of Defendant's wrongful acts until full payment is made.

9.  Additional Relief

Grant any other relief the Court deems just and proper, including but not limited to further amendments, sanctions, or expanded discovery rights.

11

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### iii.   POTENTIAL ADDITIONAL CLAIMS

The Plaintiff reserves the right to amend this complaint to include additional causes of action as discovery progresses. At this time, the Plaintiff is considering, but has not yet formally filed, additional claims for:

1. Fraudulent Misrepresentation (Cal. Civ. Code § 1709)

2. Misappropriation of Trade Secrets (Cal. Civ. Code § 3426)

3. Unjust Enrichment (Common Law)

4. Fraudulent Inducement (Cal. Civ. Code § 1572)

5. False Designation of Origin (Lanham Act - 15 U.S.C. § 1125(a))

6. Negligent Infliction of Emotional Distress (NIED) (Cal. Civ. Code § 1714)

7. Civil Conspiracy to Commit Fraud (Common Law)

8. Disability Discrimination & Retaliation (ADA - 42 U.S.C. § 12101)

9. Spoliation of Evidence (Cal. Code of Civ. Proc. § 2023.030)

10. Unfair Business Practices (Cal. Bus. & Prof. Code § 17200)

11. Assortment of other civil and criminal claims around the globe, predominantly in the UK and Europe, including claims against Fortiche, claims of violations under The European Convention on Human Rights (ECHR) and criminal proceedings.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

These claims are currently being evaluated based on the Defendant's conduct and may be formally added through an amended complaint as these cases progress, if warranted. The Plaintiff will continue to assess Riot Games' actions, including potential fraudulent misrepresentation and violations of trade secret protections, and additional harm caused, before finalizing these claims.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed:

13

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### iv.    COMPLAINT ELEMENTS

### 1.    Complaint History

COMPLAINT WAS FILED ON OCTOBER 31, 2024

DEFAULT JUDGMENT FILED JANUARY 07, 2025

COMPLAINT - SHORT FORM: JANUARY 01, 2025

AMENDED COMPLAINT FILED: JANUARY 04, 2025-

ACCEPTED: Amended Complaint filed JANUARY 13, 2025

Plaintiff's Motion to Amend (Document No. 28) is granted- FEBRUARY 18, 2025

### 2.    Copyright Infringement Requirements:

To state a claim for copyright infringement, a plaintiff must show:

(a) Ownership of a valid copyright;

(b) Copying of constituent elements of the work that are original.

The Plaintiff's Amended Complaint clearly states ownership of the copyrighted work and alleges that Riot has copied original, protectable elements of that work. The Plaintiff has added a copyright registration case number and certificate, and other evidence of Ownership of a valid copyright to this complaint. See section for an overview of Ownership of a valid copyright.

The Plaintiff has added a detailed chronology of access to this complaint, evidencing access and wide disseminations of the full Bloodborg manuscript.

14

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**3. Allegation of Copyrighted Expression:**

Riot contends that the plaintiff has failed to specify what protected expression has been infringed. However, this Second Amended Complaint and numerous exhibits, and related documents sufficiently identify the nature of the copyrighted material and the elements that are protectable under copyright law. Additionally, the prelitigation communications have presented substantial evidence over many months.

Additionally, other named declarations have presented evidence. More evidence will be presented in this motion. See section for a Structural overview- examples of Substantial Similarities. It should be noted that, given the systematic abuse of the infringements, it is costing extraordinary amounts of time and effort to dissect each moment of Arcane to show the content, methods, extent and types of infringement, and how these infringements have been hidden to evade lawful prosecutions.

The plaintiff has provided many documents to show character infringements, comparisons and backstories, overviews of story structures, and much more. However, for the detailed breakdowns of each episode of Arcane, the Plaintiff has produced documents of episodes 1 through 4 and is currently working on episode 5. It will take a considerable amount of time to officially analyze and script each of the 18 episodes with evidence, but this is Plaintiff's intent. The plaintiff preserves the right to provide further evidence as the cases progress.

It should be noted, Season 2 of Arcane, which was developed after the Defendant was made aware of the infringement, further cements the evidence of willful infringement.

15

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**4. Identification of Original Elements:**

The complaint explicitly states 100 elements of Bloodborg alleged to have been used in Arcane accounting for a substantial amount of Arcane. The complaint explicitly describes seven key examples of psychosis and mental illness as trauma responses in Bloodborg and Arcane characters- matched. This accounts for many of the themes and tones which Arcane has been praised for. Moreover, it is alleged that these elements directly refer to the plaintiff's personal trauma from medical records and this has also been provided to the Defendant.

Many protectable elements have been listed and explained including characters, POV's story beats, storylines, fictional technologies, aesthetics, dialogue, themes, tone, character backstories, and even two characters being transformed into Bloodborgs, which is the title of the book the plaintiff alleges has been infringed upon. The plaintiff's amended complaint and subsequent documents filed to the court further alleges that Riot's work contains direct and substantial similarities to these elements. It should be noted that in episodes 1 through 4, every plot beat, every story / plot development, and every major scene, every character development, and much of the worldbuilding, and much of the macro and micro details, have been evidenced to show infringement.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

## 5. SUBSTANTIAL SIMILARITY:

Under copyright law, to prove infringement, a plaintiff need only show that the two works are "substantially similar" in protectable elements. It is not necessary at the pleading stage to conduct a detailed side-by-side comparison of every element, how ever this has been done for episodes 1 through 4. The plaintiff has alleged sufficient facts to support the conclusion that substantial similarity exists, including specific elements of the work that have been copied. The complaint includes allegations of specific similarities between the two works, which are sufficiently detailed to establish a prima facie case of substantial similarity at this stage of the proceedings.

### Structural overview examples of Substantial Similarities

This is a preliminary factual overview comparison to establish a prima facie case of substantial similarity at this stage of the proceedings.

### 5a. World-Building and Setting

**Bloodborg: The Harvest** features a post-apocalyptic world ravaged by environmental collapse, war, and technological manipulation. The narrative is set in a world where blood is the most valuable commodity, and genetic manipulation is rampant. Blood-based drugs have been engineered for many purposes, such as health, feeding, regenerative properties, prolonged life, mutations, super soldiers, and to make Bloodborgs, the pinnacle of all creation.

The Ark and Assemblage represent the last bastions of civilization, with giant walls isolating and protecting the elite. New Kowloon is a walled city in the sky (Sunken former

17

Manhattan). High platforms, Gangways, monorails and sky-rails were built to lift the city out of the water and out of the smog-filled underbelly, but even the sky city fell into disrepair and degradation after New Kowloon gained state independence and was shut off from the mainland, causing riots and conflicts coined "The Great Bridge Dumping".  New Kowloon now has three main districts, known by many names, Warwick calls the districts, Needles, Tetris and Mouth. The three districts symbolize bipolar and mental illness. Needles, the manic sharp high. Mouth, the deep, dark devouring depressive. And Tetris, the bright and active in between, the normality and vices one uses to mask, regulate and overcome the highs and lows of trauma and harsh life.

**Arcane:** similarly takes place in a dystopian setting, split between the rich city of Piltover and the impoverished, chaotic smog-filled undercity of Zaun. The city is divided by class, with the elite in Piltover using advanced technology to maintain their status, while Zaun is plagued by poverty, corruption, and exploitation. Arcane's representation of these settings is very different to the LOL games settings. Arcane episode one opens with Zaun being shut off from Piltover, causing riots and conflicts on the Bridge, in which many things are dumped.

**Similarity:** Both worlds involve stark class divisions, with the wealthy elite controlling advanced technology, while the poor suffer under harsh smog-filled conditions. Both settings explore the themes of inequality, oppression, and the societal consequences of technological advancement. Both feature isolated enclaves of civilization (Ark, Assemblage, Piltover), while the outside world (the Nullifidian and Zaun) is in chaos. This is further

18

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

represented in Bloodborg's layered and cyclical narrative style (also used in Arcane), by creating the same class struggles dynamics between the three districts of New Kowloon. It is further represented with the Under Lanes and the topside, adding a 3-d like worldbuilding literary device (Classes, within classes and cities within cities). The opening scene of Arcane is strikingly similar to "The Great Bridge dumping" of Bloodborg. This is just one of many scenes that will be presented and evidenced during these court proceedings.

### 5b. Technology and Cyborgs

**Bloodborg: The Harvest** centers around the creation of Bloodborgs, cybernetic beings that are the ultimate blend of AI, robotics, and human tissue, all made possible by the blood of the youth. Specially selected human blood is the base ingredient in many concoctions and drugs which have different effects based on what they are used for. The main blood drug is called Fetal Sapien Serum. Bloodborgs (creations) serve as the pinnacle of human evolution, with a focus on immortality and control through technology. Fusion energy, teleportation infinity devices and blue electromagnetic balls are central to the storytelling. Bloodborg's are not tropes or motifs, they are highly specific IP creations of the Plaintiff. They serve as a personification of the story itself, and of many of its core themes including trauma, war, radicalization, diversity, unchecked capitalism, survival, oppression, and the struggles of the human condition.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Arcane:** presents a world with advanced technology, particularly in the form of Hextech energy and its blue crystal balls which merge magic and machinery to create powerful devices. Cyborgs in Arcane are less stated, with characters like Jinx, Sevika and Viktor being deeply tied to Shimmer (a blood drug), technology, and themes of control and technological manipulation play a significant role in the storyline. Shimmer is a blood-based drug in Arcane, alleged to be remarkably similar to Fetal Sapien Serum and its effects. Jinx in Arcane is kept alive via Shimmer. Both Arcane's Viktor and Warwick transform into Bloodborgs via selected blood and shimmer. Viktor calls this the "Glorious Evolution." Glorious Evolution was a "treasured gateway" voice line from the LOL game, which is very different, even unrecognizable to Arcane. Teleportation infinity devices are also in Arcane, one being a device embedded in Jayce's forearm, and another called hexgates.

*Similarity:* Both works explore the idea of humanity merging with blood technology, with *Bloodborg: The Harvest* showcasing literal cyborgs and bloodborgs and Arcane depicting characters whose fates are entwined with powerful technological artefacts, cyborg advancements and bloodborgs. Both stories question the morality and consequences of such advancements. These stories have thousands of remarkable similarities in deeply complex and very specific ways. Both stories share the same tones, themes, settings, chapters, cyclical storytelling, POV's, characters (different from the games), repetitive trauma writing and duality in both linear and abstract ways. Even the story structure and plot beats are the same.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### 5c. Characterization and Protagonists

**Bloodborg: The Harvest** features a range of protagonists who are each struggling with personal conflict and external pressure. Characters like Josh Kimble, Warwick, and D'borg deal with issues of identity, trauma, and betrayal. Josh, for instance, is radicalized against the Ark, while D'borg struggles with her cyborg identity and past trauma. Each of the Pov characters and some others are being manipulated and radicalized to action via their predicaments or via an in-brain higher being.

**Arcane:** also has a cast of complex characters dealing with personal struggles and moral ambiguity. Vi and Jinx (formerly Powder) are central figures whose complicated relationship and past trauma drive much of the narrative. Vi struggles with loyalty, family, and justice, while Jinx grapples with abandonment and madness. Each of the POV characters are being manipulated and radicalized to action via their predicaments and via others, some via an in-brain higher being.

**Similarity:** Both Bloodborg and Arcane feature protagonists who are struggling with internal conflicts and past trauma, often leading them down paths of rebellion or destruction. The theme of personal growth and change is central to both narratives, and the characters' journeys revolve around navigating complex, morally grey situations. Each character can and will be explained and compared to their alleged counterparts in many documents of evidence. In both works, the storytelling shows how each of the characters are being manipulated and radicalized to action via their predicaments and via others. In both works, trauma is central

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

to the plots, and it is alleged that this is the trauma writing of the Plaintiff's actual real-life struggles and traumas.

### 5d. Themes of Rebellion and Control

**Bloodborg: The Harvest** explores themes of rebellion against oppressive systems. Teki Nagasaki and B are leading a resistance against the Founding Families, who are manipulating the population to build their vision of a perfect world through control of blood and technology. People can use Vada in-brain and Deep Root to contact Gaia and higher consciousness. People can be controlled via Vada in-brain and Deep Root. In Bloodborg's African Child's POV, Neva- Leader of the tribe- loses a child, and searches inside the higher realms for her dead baby. Mother Gaia sees her unwavering motherly love, determination and devotion. Mother Gaia sees that Neva is worthy of raising and protecting the earth child. Gaia sends a white-eyed child of great importance from the higher consciousness to earth to help save the planet and human race.

**Arcane:** similarly delves into rebellion, with characters like Vi and Jinx rebelling against the oppressive control of the Piltover elite, particularly the corrupt use of Hextech. The conflict between the rich and poor, and the desire to break free from systemic oppression, is a central theme in Arcane. Viktor travels to higher consciousness and is able to control people from it. The Arcane is a Gaia-like metaphysical presence. In the Blood sweat and Tear music video, which is an extension of Arcane, Ambessa Medarda loses a child in the same manner.

22

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Ambessa visits the higher realms and is gifted a white-eyed child of great importance. This child grows up to be Mel in Arcane.

**Similarity:** Both works examine the tension between the oppressed and the elite, exploring rebellion as a response to an unfair societal structure. Both feature underground movements and characters who fight against forces of control, with a central question of how far one is willing to go in the pursuit of justice and change. Both stories have bloodborgs, both have higher consciousness, both have the white-eyed child of great importance, both settings or worlds are being manipulated and controlled. Both have a resistance hidden deep in the underbelly of the cities.

### 5e. Tone and Narrative Structure

**Bloodborg:** The Harvest uses a complex, non-linear narrative with multiple POVs. It shifts between different times (future past, present, future present) and locations (New Kowloon, Dunkirk, Coventry, Africa etc.), giving a sense of an expansive, interconnected world. The tone is dark and dystopian, focusing on the bleakness of the future and the corruption inherent in the society that has evolved. Circler narratives of trauma drive the characters and plot and set the tone.

**Arcane:** also employs a narrative structure with multiple perspectives, particularly focusing on the relationship between Vi and Jinx, while also exploring other key characters such as Caitlyn and Silco. The tone is similarly dark, dealing with themes of betrayal, family, trauma and the destructive impact of power. While Arcane follows a more traditional

23

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

episodic structure, it still conveys an expansive narrative arc and intricate character development in a POV like manner and many of these POV's mirror those of Bloodborg. Circler narratives of the same traumas drive the characters and plot and set the tone.

**Similarity:** Both works share a dark tone and feature expansive, layered narratives that explore trauma, loss, societal corruption and the impact of power. They also both present the idea of multiple intersecting lives, where personal stories affect larger societal change.

### Conclusion: Substantial Similarity

Both Bloodborg: The Harvest and Arcane share several common themes and elements, notably:

The same trauma and loss and repetitive visiting of these traumas to show intrusion like flashbacks of people suffering with PTSD.

A dystopian smog-filled setting marked by stark class divides.

The exploration of the blending of humans and machines (cyborgs, advanced technology) with blood engineering to make Bloodborgs.

Characters struggling with personal trauma and the consequences of their choices, particularly in relation to rebellion and resistance.

Complex narratives with shifting timelines and multiple perspectives.

Blood drugs and serums to control, mutate and advance humans.

Higher consciousness and in-brain controlling and communicating.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

The white-eyed child of great importance.

While Bloodborg leans more heavily into cyberpunk and the concept of bio-cybernetic warfare, and earth magic, and Arcane incorporates elements of magic and mysticism with its Hextech technology, the underlying themes of societal decay, rebellion, trauma, posthumanism and the moral cost of technological advancement tie both works together. Many of the different features are alleged to be changes in names, colors or other markers, to hide their origins. Such as, Fusion to Hextech, The Rupture to the anomaly, white eyed boy to white eyed girl, windy assassin to whispering in low tones, neurotransmitter drugs administered in the eye instead of inhaling, Wu and Ling Zhang's trading shop to Benzo and his trading shop, Sant'teon to Viktor Jesus, Pinnacle of creation to glorious evolution, hyenas to wolves, and so on. These similarities make Bloodborg: The Harvest and Arcane substantially similar in terms of their core narrative elements, themes, and the type of conflict explored, despite the differing settings and specific plot details, which are alleged to be changes to fit and fix cardboard characters from LOL games and to align their nonsensical and incongruent backstories and cannon lore.

It should be noted that now, post receipt of Bloodborg: The Harvest by M.W. Wolf, Riot Games have retconned much of their inconsistent lore and backstories to align with Arcane. Moreover, Arcane and its characters are now deeply embedded into all of Riot Games products and merchandise.

This is a tiny Structural overview providing examples of Substantial Similarities. Substantial Similarities expand much wider than what has been presented in this document to establish a prima facie case of substantial similarity at this stage of the proceedings.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### 6.   COPYRIGHT AND OWNERSHIP OF THE WORK IN QUESTION.

The Plaintiff will evidence the creation and ownership of Bloodborg: The Harvest via many sources dating back to late summer/ fall of 2014. At this time the Plaintiff was working on his first novel, Buried at Bedlam. Whilst the process began in 2014, the formal drafting of Bloodborg: The Harvest took place between 2028 and 2019. From late 2019 to Spring 2020, query submissions were sent to agents and Riot Forge.

In the Uk, The Copyright Act of 1976 provides the framework for protecting original works of authorship, including literary works, against unauthorized use. In the Uk Automatic Protection is granted. Under 17 U.S.C. § 501, any violation of the exclusive rights of a copyright owner constitutes infringement. These exclusive rights include reproduction, distribution, public performance, public display, and preparation of derivative works.

The Plaintiff cites both the Berne Convention and the WIPO Copyright Treaty. Article 5(2) of the Berne Convention explicitly states that enjoyment and exercise of copyright "shall not be subject to any formality," meaning registration is not required to gain protection.

Additionally, The Plaintiff has learnt that his work may still be required to be registered under US copyright. The Plaintiff has filed a 10-book unpublished copyright registration, citing 2025 as the completion of the last book as required by law. Bloodborg: The Harvest (of which this copyright case stands) is the second of these 10 books, written between 2018 and 2019. The case number for this **copyright registration document is: 1-14654214871.** The Plaintiff has filed an AO 121 (January 17th 2025).

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

## COPYRIGHT REGISTRATION- TXu 2-470-268

*(TXu2-470-268 Unofficial Certificate has been attached to this Second amended complaint)*

In light of these proceedings, The Plaintiff filed a Request for Special Handling –

Expedited Copyright Registration Due to Pending Litigation, to the U.S.

Copyright Office.

Application Filed: January 13, 2025

Second Application Filed: February 14, 2025

Bloodborg: The Harvest and other works of the M.W. Wolf catalog of fiction are

now Copyright certificated in the U.S.

**United States Copyright certificate- TXu 2-470-268**

**Registration Number**

**TXu 2-470-268**

**Effective Date of Registration:**

**February 14, 2025**

**Registration Decision Date:**

**February 20, 2025**

27

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

## M.W. WOLF COPYRIGHTED WORKS OF FICTION

**Title of Work: Buried at Bedlam: After the Black**

**and 8 Other Unpublished Works**

1. Content Title: Buried at Bedlam: After the Black

2. Bloodborg: The Harvest

3. Our Fathers: Red Mush and Feathers

4. A Shameful Kiss: Bound by Ritual

5. Mississippi Sleepers: A Woman Reborn

6. Carniphobia: The Wandering

7. The Ballad of Wuthering Descent

8. Bee My Agent; Blood and Honey

9. The Fateless Child: Tainted Blood

**The only one which isn't registered is-   "God's Masterful Evasion & The Inverted Organelle Theory of Consciousness and The Universe (IO-CU)"**

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### 7.  RIOT GAMES's ACCESS TO, AND WIDE DISSEMINATION, BLOODBORG'S

Attached to this Second Amended Complaint (SAC), is PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Attached chronology of wide dissemination and access document details:**

1. Development of ideas and concepts and narratives for Bloodborg: The Harvest began in 2014, with a hypnogogic dream.

2. The formal drafting of Bloodborg: The Harvest took place between 2028 and 2019. By then Bloodborg had its own notebook. This notebook is extensive, detailing the development and notes of the whole process of creating and writing Bloodborg: The Harvest.

3. This notebook includes a list of submissions to Literary, Film and Gaming talent agencies, including dates of submission, marking a paper trail.

4. The document details wide dissemination via email.

5. The Plaintiff has highlighted key avenues in which Riot Games had access to the Plaintiff's work and submissions, such as Riot Forge, UTA, CBG and many other agents.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

6. The Plaintiff has shown the digital creation of Bloodborg: The Harvest, with meta data of word documents, chronologies of the M.W. Wolf catalogue of fiction and text message communications about working on Bloodborg, and an editorial letter, offer of representation.

**7.** The Plaintiff has proved evidence digital forensics of submissions. Additionally, the plaintiff will highlight many avenues in which Riot had access to the plaintiff's work, as well as working relationships between Riot Games and agencies who had full access to all of the manuscript in question.

8. The Plaintiff has highlighted potential quid pro quo deals in the entertainment industry regarding the casting and development of Arcane.

**Highlighting Ongoing Copyright Concerns.**

The Plaintiff will highlight Uk based complaints of alleged Copyright infringements of the M.W. Wolf catalogue of fiction, against Jonny Geller and Felicity Blunt of Curtis Brown Group, now a subsidiary of United Talent Agency (UTA). Many of these infringements are alleged to have also been sold to Netflix, where Arcane was distributed.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**8. Factual and Evidential Support:**

The plaintiff has provided factual support for the copyright infringement claim, including:

Ownership of the work in question;

Copyright Citification;

A description of many of the protectable elements of the work;

Access and substantial similarity between Riot's work and the protectable elements of the plaintiff's work;

Specific examples of how Riot's work infringes upon those elements.

Detailed breakdowns of every moment of episodes 1 through 4.

Character Comparisons

Psycho-emotional analysis of trauma

Additional Evidence…

31

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

v.    **ATTACHED EXHIBITS AND DOCUMENTS**

The Plaintiff will file a number of attachments to this Second Amended

Complaint to add as evidence to support his claim and to be added to court bundles of evidence.

**These include,**

1. **PLAINTIFF'S EXHIBIT A** – U.S COPYRIGHT CERTIFICATE OF

     BLOODBORG THE HARVEST

2. **PLAINTIFF'S EXHIBIT B-** CHRONOLOGY OF WIDE

     DISSEMINATION AND ACCESS OF BLOODBORG THE HARVEST

3. **PLAINTIFF'S EXHIBIT C-** DETAILED BREAKDOWN AND

     ANALYSIS OF EPISODE 1

4. **PLAINTIFF'S EXHIBIT D-** DETAILED BREAKDOWN AND

     ANALYSIS OF EPISODE 2

5. **PLAINTIFF'S EXHIBIT E -** DETAILED BREAKDOWN AND

     ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE

     AND SILCO'S MONOLOGUE

6. **PLAINTIFF'S EXHIBIT F-** DETAILED BREAKDOWN AND

     ANALYSIS OF EPISODE 3

7. **PLAINTIFF'S EXHIBIT G-** PLAINTIFF'S DETAILED BREAKDOWN

     AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF

     ARCANE

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

8. **PLAINTIFF'S EXHIBIT H -** DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4

9. **PLAINTIFF'S EXHIBIT I-** DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS

10. **PLAINTIFF'S EXHIBIT J-** SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS

11. **PLAINTIFF'S EXHIBIT K-** PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE AND BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST AND MEDICAL RECORDS

12. **PLAINTIFF'S EXHIBIT L-** OVERVIEW OF CHARACTER EVIDENCE- VI VS ROOK, PLUS ELEMENTS BORROWED FROM OTHERS IN BLOODBORG.

13. **PLAINTIFF'S EXHIBIT M-** COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

14. **PLAINTIFF'S EXHIBIT N-** COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

15. **PLAINTIFF'S EXHIBIT O-** COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

16. **PLAINTIFF'S EXHIBIT P-** COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- TWO BROTHERS

17. **PLAINTIFF'S EXHIBIT Q -** PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

18. **PLAINTIFF'S EXHIBIT R-** DECLARATION OF ADR ATTEMPTS- EVIDENCE OF GOOD FAITH NEGOTIATIONS

19. **PLAINTIFF'S EXHIBIT S-** PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

vi.    **Leave to Amend if Necessary:**

These allegations go beyond mere conclusions and provide factual content sufficient to give Riot fair notice of the claims against it and the grounds upon which those claims rest. If the court concludes that additional detail is required, the plaintiff requests leave to amend the complaint to provide further specificity regarding the protectable elements of the copyrighted work and the alleged infringement. Courts generally allow amendments unless it would be futile to do so, and the Plaintiff believes he has stated many reasons why it is not.

35

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### vii.    LEGAL STANDARD

Under Rule 12(b)(6), a complaint should not be dismissed unless it fails to state a claim upon which relief can be granted. The Court must accept all factual allegations as true and draw all reasonable inferences in favor of the Plaintiff. (Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)). A complaint need only include "a short and plain statement of the claim showing that the pleader is entitled to relief" (Fed. R. Civ. P. 8(a)(2)).

Under Rule 12(e), a motion for a more definite statement is appropriate only if a complaint is "so vague or ambiguous that the party cannot reasonably prepare a response." Such motions are disfavored because the federal rules favor liberal pleading standards and pretrial discovery as the primary means for clarifying claims.

### viii.    Accommodations for Pro Se Litigants in U.S. Courts

Plaintiff in Pro Per is a UK citizen, uneducated in, and unexposed to, U.S. district and federal legal systems and laws. The plaintiff does not plead ignorance, but is trying to rapidly respect, learn and adhere to all district and federal laws and requirements. The plaintiff respectfully asks the court to note the limitations and disadvantages, but also to make reasonable adjustments for the plaintiff's personal vulnerabilities, disabilities (Complex PTSD and comorbid illnesses) and learning difference of dyslexia.

Plaintiff cites the Federal Court's Duty to Construe Pro Se Pleadings Liberally. In U.S. federal courts, pro se litigants are entitled to certain accommodations. Courts are required to construe pro se filings liberally to ensure fairness.

**Key Case Law:**

Haines v. Kerner, 404 U.S. 519 (1972): Established that pro se pleadings are held to "less stringent standards" than those drafted by attorneys.

Erickson v. Pardus, 551 U.S. 89 (2007): Reaffirmed the principle of liberal interpretation for pro se filings, emphasizing that courts must review filings in the most favorable light to the litigant.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### ix.    Reasonable Accommodations Under the ADA.

The Plaintiff has limitations and disabilities that affect his ability to litigate effectively, these can be evidenced on request of the court if required. The Plaintiff asserts that under the Americans with Disabilities Act (ADA), and by extension shared laws, ethical and value standards, he may be entitled to reasonable accommodations but will endeavor to meet and respect all requirements of the court.

Reasonable Adjustments:

Extensions for filing deadlines.

Allowing non-standard forms of communication, such as email, for submitting documents.

Granting additional guidance or leniency in procedural matters.

Granting mediation and protection from bullying and aggressive legal strategies of the defendant to evade lawful processes, to complicate the cases and to build falsehoods, unfair court bundles and undo stress and burden on the Plaintiff.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

x.    **District Judge**

**Cautioned-** The Plaintiff notes the caution to "*become familiar with the Federal Rules of Civil Procedure, as well as the Local Rules of this District,*" as per the docket 52 order-February 18, 2025. The Plaintiff would like to respectfully apologize. He states only that, perhaps the many motions to be dismissed by the defendant got the better of his emotions. The Plaintiff does not plead ignorance but will instead actively work harder to respect and obey the U.S Federal Rules of Civil Procedure, and the Local Rules of the District, as to not clog up the judge's docket.

**Good Hands-** Having read the *"Responses of Fernando M. Olguin Nominee to be United States District Judge for the Central District of California to the Written Questions of Senator Amy Klobuchar,"* The Plaintiff believes this case to be in good hands. The Plaintiff is particularly encouraged by the Honorable Judge's assurances to litigants regardless of wealth or position. Knowing the case is in good, honest and just hands makes proceedings less stressful.

**Request for District Judge and Consistency** – Given the complexity of this case, and the potential value, and the Plaintiff's disabilities, disadvantages, and vulnerabilities, The Plaintiff believes that this case needs to progress at a District Judge level. The Plaintiff believes that The Honorable Fernando M. Olguin, United States District Judge is best to reside over these proceedings given his long service justice and fairness. The Plaintiff would find proceedings easier with consistency of Judge ruling over the case, thus does not believe this case should be moved to a Magistrate Judge.

39

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**xi.    Conclusion:**

For the foregoing reasons, the plaintiff respectfully requests that his Second Amended Complaint is accepted by the honorable Judge and that his Honor allows this case to proceed to full discovery without bifurcation or restriction.

The plaintiff respectfully asks that this SAC be taken as a whole, as it sets forth a plausible claim for copyright infringement and meets the required standard for pleading. Moreover, more details of factual allegations regarding what protected expression of Bloodborg has been infringed by Riot Games have been added to this amended complaint (Structural overview examples of Substantial Similarities). Moreover, Plaintiff has spent many months informing the defendant of 1000s of elements of infringement, and it will take many months more to collate all of the evidence. The complaint alleges that Riot had access to the plaintiff's work, given its widespread dissemination and submission to Riot Forge on April 15 & 19th 2020. Additionally, the work was submitted to Curtis Brown Group, a subsidiary of UTA who can be shown to have a working relationship with Riot Games.

Plaintiff possesses substantial evidence, including:

**UK & US Copyright Registration** details for "Bloodborg: The Harvest"

**Submissions of Copyrighted** material with dates and times.

**Comparative Analyses** demonstrating substantial similarities between Plaintiff's work and Defendant's animated series "Arcane" & "Blood Sweat & Tears Official Music Video." & "Welcome to Noxus - Bite Marks."

40

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Communications with Riot Games** and its subsidiaries, demonstrate Defendant's awareness of Plaintiff's work.

**Medical Records of the Plaintiff'** paired to a Psycho-Emotional Analysis of Trauma in Arcane, demonstrating how it matches therapy of trauma writing used in Bloodborg, from medical records.

**Records of bad faith negotiations** and legal threats and hate mail which exacerbated Plaintiff's emotional distress.

**Thousands of detailed striking similarities,** across many breakdowns with ongoing investigations.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC) providing complint details of the alleged infringement and related claims, of my original work, Bloodborg, by Riot Games, Inc.

**Respectfully submitted,**

**The Plaintiff, Marc Wolstenholme, M.W. Wolf.**

**Date: February 24, 2025**

**Signed:** *M.WOLSTENHOLME.*

42

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Registration #:**    TXu002470268
**Service Request #:**    1-14654271661

## Mail Certificate

M.W. Wolf Ltd.
Marc Wolstenholme
42 The Greenfield
Coventry CV3 1EE United Kingdom

**Priority:**    Special Handling    **Application Date:**    February 14, 2025

**Note to C.O.:** I am in copyright infringement cases agaisnt Riot Games In California. The cases have been shifted to federal court. I'm from the UK. The UK is a member of international treaties such as the Berne Convention and the WIPO Copyright Treaty, which provide reciprocal copyright protection across member countries. This means that works first created in the UK are protected in other countries that are members of these treaties, and vice versa. However, it has come to my attention that the court will require my to have registered for Copyright in the U.S. We have a case management hearing on the 13th of February. Thank you for your time and consideration. Marc Wolstenholme (M.W. Wolf).

## Correspondent

**Organization Name:**    M.W. Wolf Ltd.
**Name:**    Marc Wolstenholme
**Email:**    marc@mwwolf-fiction.co.uk
**Address:**    42 The Greenfield
Coventry CV3 1EE United Kingdom

**Registration Number**

## TXu 2-470-268

**Effective Date of Registration:**
February 14, 2025
**Registration Decision Date:**
February 20, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Buried at Bedlam: After the Black and 8 Other Unpublished Works |
| **Content Title:** | Buried at Bedlam: After the Black |
| | Bloodborg: The Harvest |
| | Our Fathers: Red Mush and Feathers |
| | A Shameful Kiss: Bound by Ritual |
| | Mississippi Sleepers: A Woman Reborn |
| | Carniphobia: The Wandering |
| | The Ballad of Wuthering Descent |
| | Bee My Agent; Blood and Honey |
| | The Fateless Child: Tainted Blood |

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Marc (M.W. Wolf) Wolstenholme
  **Author Created:** Literary Works
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom
  **Year Born:** 1986
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:**   Marc (M.W. Wolf) Wolstenholme
42 The Greenfield, Coventry, CV3 1EE, United Kingdom

## Rights and Permissions

**Organization Name:**   M.W. Wolf Ltdt
**Name:**   M.W. Wolf Ltd. Wolstenholme
**Email:**   marc@mwwolf-fiction.co.uk
**Address:**   42 The Greenfield
Coventry CV3 1EE United Kingdom

## Certification

**Name:**   Marc Wolstenholme
**Date**:   February 14, 2025

**Correspondence:**   Yes
**Copyright Office notes:**   Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,
            Plaintiff,

vs.

RIOT GAMES, INC.,
            Defendant

CASE NO. 2:25-CV-00053-FMO-BFM HON.

*Hon. Fernando M. Olguin*

DECLARATION OF MARC
WOLSTENHOLME

PLAINTIFF'S EXHIBIT B- CHRONOLOGY
OF WIDE DISSEMINATION AND ACCESS
OF BLOODBORG: THE HARVEST.

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME.*
[MARC WOLSTENHOLME]

1

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**I, Marc Wolstenholme, declare as follows:**

### 1. Background and Introduction

I am the plaintiff in this case against Riot Games, Inc., regarding copyright infringement and unauthorized use of original materials derived from my manuscript "Bloodborg" and related works. I submit this chronology of Agents and organizations which Bloodborg was sent to, as evidence of wide dissemination and access of Bloodborg: The Harvest. This declaration provides evidence supporting my request for damages and to outline the profound and ongoing impact of the defendant's actions on the Plaintiff's brand, monetary welfare, and emotional health.

2

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**Chronology of Bloodborg: The Harvest.**

*(Second Book written by this Author)*

**Date of Creation/Ownership:** Marc Wolstenholme. Bloodborg: The Harvest by M.W Wolf Ltd between 2018- 2019. Meta data for word documents will confirm this, as will emails sent to agents and organizations after completion. An Editorial Report and offer for representation will also show ownership. The email data will also be matched to the paper trail provided, to further cement this chronology of evidence.

| DATE | EVENT | Evidence |
|---|---|---|
| 15 Apr 2020 | Submitted Bloodborg to Riot via their online portal for submissions | partial |
| 15 Apr 2020 | Wed, 15 Apr 2020 at 22:21 I submitted Bloodborg to Felicity Blunt Curtis Brown Group. cbcsubmissions@curtisbrown.co.uk An email confirming receipt was received titled - Thank You for Your Submission: Bloodborg: The Harvest | Complete |
| 15 Apr 2020 | Wed, 15 Apr 2020 at 22:31 I submitted Bloodborg to - submissions@austinmacauley.com | Complete |
| 15 Apr 2020 | I submitted Bloodborg to Louise Buckley at Zeno Agency at 23:41 – buckley@zenoagency.com | Complete |

3

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| *15 Apr 2020* | I received an automatic response from Janklow & Nesbit at 22:43 following my submission of Bloodborg - submissions@janklow.co.uk thanking for submission | |
| 15 Apr 2020 | I submitted Bloodborg to the Madeleine Milburn Literary, TV & film agency at 22:57 submissions@madeleinemilburn.com and received an automatic response on that same date | Complete |
| 15 Apr 2020 | I submitted Bloodborg to Oli Munson at submissions@amheath.com I received and automatic response from Oli Munson at A.M. Heath at 23:23 - enquiries@amheath.com confirming my submission of bloodborg | |
| 15 Apr 2020 | I submitted Bloodborg to j.jarrold@btinternet.com at 23:37 | Complete |
| 15 Apr 2020 | I submitted Bloodborg to Alexander Cochran at 23:12 – alexandercochran@cwagency.co.uk | Complete |
| 18 Apr 2020 | I submitted Bloodborg to Sheil Land at 21:59 – info@sheilland.co.uk | Complete |
| 18 Apr 2020 | I submitted Bloodborg to Artellus Ltd at 22:05 – artellussubmissions@gmail.com | Complete |
| 18 Apr 2020 | I submitted Bloodborg to Eddie Schneider at Jabberwocky Literary Agency – queryeddie@awfulagent.com | |

4

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| 18 Apr 2020 | I submitted Bloodborg to submissions@theampersandagency.co.uk at 21:54 | complete |
| 19 April 2020 | Submitted Bloodborg to Riot via their online portal for submissions | Complete |
| 22 Apr 2020 | Confirmation email from Austin Macauley at 15:33 | |
| 22 Apr 2020 | Rejection email from alexander.cochran@cwagency.co.uk –17:31 - did not think he was the right agent to represent me | |
| 01 May 2020 | Rejection email from A.M. Heath 14:05 | |
| 07 May 2020 | Rejection email from peter@theampersandagency.co.uk 09:17 – not suitable material for them | |
| 08 May 2020 | Rejection email from Eddie Schneider 17:26 | |
| 09 Jun 2020 | Rejection email from Louise Buckley at Zeno Agency 09:50 | |
| 9 Jun 2020 | Tue, 9 Jun 2020 at 15:28 I received a rejection email from cbcsubmissions@curtisbrown.co.uk tilted- Submission review results | |
| 24 Jun 2020 | Wed, 24 Jun 2020 at 12:43- received the letter from the Editorial Board of Austin Macauley | |
| 07 Jul 2020 | I submitted Bloodborg to agents at Darhansoff & Verrill at 14:30 – | Complete |

5

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| | submissions@dvagency.com; automated response received same date 14:31 | |
| *18 Sept 2020* | I submitted Bloodborg to Marisa Corvisiero at Corvisiero Literary Agency | |
| *18 Sept 2020* | I submitted Bloodborg to Elizabeth at Mcintosh & Otis at 22:27 - EWRquery@mcintoshandotis.com | Complete |
| *18 Sept 2020* | I submitted Bloodborg to Donald Mas – query.dmaass@maassagency.com at 22:32 | Complete |
| *18 Sept 2020* | I submitted Bloodborg to Bill Clegg at 22:54 – queries@thecleggagency.com | Complete |
| *18 Sept 2020* | I submitted Bloodborg to Maximilian Ximenez at 23:01 – submissions@lperkinsagency.com | Complete |
| *18 Sept 2020* | I submitted Bloodborg to Jon Wood at 23:16 – safae@rcwlitagency.com | Complete |
| *18 Sept 2020* | I submitted Bloodborg to Desiree Wilson at the Bent Agency – automatic confirmation received 23:26 | |
| *18 Sept 2020* | I submitted Bloodborg to Jessica Watterson at Sandra Dijkstra and Associates at - automatic confirmation received 23:37 | |
| *26 Sept 2020* | Automatic confirmation of submission of Bloodborg to Tor.com Publishing at 18:55 – submissions@tor.com | |

6

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| *26 Sept 2020* | I submitted Bloodborg to Angry Robot - submissions@imagecomics.com incoming@angryrobotbooks.com at 16:51 | Complete |
| *26 Sept 2020* | I submitted Bloodborg to submissions@blackandwhitepublishing.com at 19:17 | |
| *27 Sept 2020* | I submitted Bloodborg to Natalie Galustian at DHH at 12:51 – natalie.galustian@dhhliteraryagency.com | Complete |
| *27 Sept 2020* | I submitted Bloodborg to James Wills – Watson Little at 13:02 – submissions@watsonlittle.com | Complete |
| *27 Sept 2020* | I submitted Bloodborg to Charlotte Seymour at 13:11 – submissions @nurnberg.co.uk – automatic response received at 13:12 | Complete |
| *27 Sept 2020* | I submitted Bloodborg to Mike Hoolgand at Dystel, Goderich & Bourret LLC at 13:33 – mhoogland@dystel.com – automatic reply received 13:33 | Complete |
| *27 Sept 2020* | I submitted Bloodborg to julie@theseymouragency.com at 13:47 | Complete |
| *27 Sept 2020* | I submitted Bloodborg to Alex Field - info@thebinderyagency.com at 13:58 | Complete |
| *27 Sept 2020* | I submitted Bloodborg to Amanda - amanda@redsofaliterary.com at 14:09 | Complete |

<div align="center">

7

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

</div>

| 27 Sept 2020 | I submitted Bloodborg to John M Cusick at 14:43 – john@foliolit.com | Complete |
|---|---|---|
| 27 Sept 2020 | I submitted Bloodborg to Andrew Lownie – lownie@globalnet.co.uk at 14:59 and received a response stating "sorry not my area" at 14:59 | Complete |
| 27 Sept 2020 | I submitted Bloodborg to Shira at Mcintosh & Otis at 15:16 – Shquery@mcintoshandotis.com | Complete |
| 27 Sept 2020 | Automatic response confirming submission of Bloodborg to The Jennifer De Chiara Literary Agency at 14:41 | |
| 27 Sept 2020 | I submitted Bloodborg to Emma Van Beek at 09:51 – emily@foliolitmanagement.com | Complete |
| 27 Sept 2020 | I submitted Bloodborg to maryjones@davidhigham.co.uk at 13:18 | Complete |
| 28 Sept 2020 | Response from Angry Robot – closed to unagented submissions directly, next submissions period in 2021 | |
| 28 Sept 2020 | Response from Gregory and Company, now part of David Higham Associates- they do not handle the category | |
| 29 Sept 2020 | Response from emily@foliolitmanagement.com – 16:51 – rejection based on workload and type of material she was currently working on. | |
| 29 Sept 2020 | I submitted Bloodborg to Artellus Ltd at 21:01 | Complete |

8

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

| 29 Sept 2020 | I submitted Bloodborg to United agents at 20:15 – info@unitedagents.co.uk. They responded at 21:09 advising to send works to a specific agent | Complete |
|---|---|---|
| 29 Sept 2020 | I submitted Bloodborg to Joshua Bilmes at Jabberwocky at 21:31 – queryjoshua@awfulagent.com | Complete |
| 29 Sept 2020 | I submitted Bloodborg to Sarah Ballard at United Agents at 21:44 – sballard@unitedagents.co.uk | Complete |
| 29 Sept 2020 | I submitted Bloodborg to Simon Kavanagh at 21:52 – simon@miccheetham.com | complete |
| 29 Sept 2020 | Automatic reply confirming submission of Bloodborg to MBA Literary Agents at 21:56 | |
| 29 Sept 2020 | I submitted Bloodborg to Felicity Trew – felicitytrew@carolinesheldon.co.uk at 21:46 | Complete |
| 30 Sept 2020 | Response from Eli Keren, assistant to Sarah Ballard at United agents – Sarah does not work with sci-fi/fantasy so not the right agent | |
| 20 Oct 2020 | Rejection from Caroline Sheldon Literary Agency | |
| 11 Nov 2020 | 11 Nov 2020 at 14:42 Rejection from Watson Little | |
| 14 Dec 2020 | Rejection from Jessica Watterson – not the right agent | |

9

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| *14 Dec 2020* | I submitted Bloodborg to Blind Eye Books at 16:11 – editor@blindeyebooks.com | Complete |
| *14 Dec 2020* | I submitted Bloodborg to apex.submission@gmail.com | Complete |
| *14 Dec 2020* | I submitted Bloodborg to editor@centurypubl.com at 22.27 | Complete |
| *14 Dec 2020* | I submitted Bloodborg to submissions@mythosink.com at 23:39 | Complete |
| *15 Dec 2020* | I submitted Bloodborg to Severed Press at 00:07 – submissions@severedpress.com | complete |
| *15 Dec 2020* | I submitted Bloodborg to Mirror World Publishing at 00:30 | Complete |
| *15 Dec 2020* | I submitted Bloodborg to submissions@ink-smith.com | Complete |
| *15 Dec 2020* | I submitted Bloodborg to talossubmissions@skyhorsepublishing.com | Complete |
| *16 Dec 2020* | Rejection from Desiree Wilson at 19:10 | |
| *19 Dec 2020* | I submitted Bloodborg to query.dmaass@maassagency.com at 23:56 | |
| *19 Dec 2020* | I submitted Bloodborg to Emily Van Beek at 22:59 | Complete |
| *19 Dec 2020* | I submitted Bloodborg to alevicksubmissions@writershouse.com at 23:45 | |
| *29 Dec 2020* | Rejection from Alexandra Weiss – The Jennifer De Chiara Literary Agency 17:33 | |

## 10

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| 01 Jan 2021 | Rejection from Mythos & Ink | |
| 02 Jan 2020 | Rejection from Alevick Submissions | |
| 10 Jan 2021 | Rejection from Mirror World | |
| 12 Jan 2021 | Rejection from Blind Eye Books | |
| 16 Jan 2021 | Rejection from Corvisieroagency.com | |
| 23 Feb 2021 | Tue, 23 Feb 2021 at 22:33 I submitted Bloodborg to Ciara Finan (Jonny Geller's assistant). ciara.finan@curtisbrown.co.uk | |
| 27 Feb 2021 | I submitted Bloodborg to query@psliterary.com at 12:00 | |
| 27 Feb 2021 | I submitted Bloodborg to sharlene@martinlit.com | Complete |
| 27 Feb 2021 | Email from Chalberg Sussman & Co Re Bloodborg at 14:20 - confirming Jennifer Grimaldi - jennifer@chalbergussman.com is no longer with the agency | |
| 27 Feb 2021 | Re-submit Bloodborg to Chalberg Sussman & Co at 14:28 – terra@chalbergsussman.com | Complete |
| 01 Mar 2021 | I submitted Bloodborg to query@roseanne@gmail.com at 13:24 – automatic response received 13:24 | Complete |
| 01 Mar 2021 | Automatic response to submission of Bloodborg from Donaghy Literary Group at 17:46 | |
| 01 Mar 2021 | I submitted Bloodborg to michael@foliolit.com at 21:09 | Complete |

## 11

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| *02 Mar 2021* | Rejection from Martin Literary Management | |
| *05 Mar 2021* | Automatic confirmation of submission of Bloodborg to Barry Goldblatt at Barry Goldblatt Literary at 12:02 | |
| *08 Mar 2021* | Rejection from Barry Goldblatt | |
| *12 Mar 2021* | Rejection from Valerie Noble | |
| *16 Apr 2021* | Fri, 16 Apr 2021 at 18:08- Rejection from Ciara Finan | |
| *20 Aug 2021* | I submitted Bloodborg to ed@johnsonandalcock.co.uk at 16:51 | Complete |
| *20 Aug 2021* | I submitted Bloodborg to anne@ki-agency.co.uk at 17:50 | Complete |
| *22 Aug 2021* | I submitted Bloodborg to sohoagencysubmissions@gmail.com at 19:59 | Complete |
| *22 Aug 2021* | I submitted Bloodborg to submissions@watsonlittle.com at 21:07 | Complete |
| *22 Aug 2021* | I submitted Bloodborg to submissions | |
| *24 Nov 2021* | Wed, 24 Nov 2021 at 18:24 I summitted Bloodborg to Geller Office Submissions gellerofficesubmissions@curtisbrown.co.uk I also informed him that Arcane, an animated Netflix series, seemed to have taken my Bloodborg manuscript and modified it into their own productions. | |

## 12

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

| | |
|---|---|
| *23 Jul 2023* | Sun, 23 Jul 2023 at 21:23- I resubmitted a different part of Bloodborg to Geller Office Submissions. This was also the first time I told him about Bee My Agent |

**EVIDENCE OF CURTIS BROWN AND UTA INVOLVEMENT**

United Talent Agency (UTA) and Curtis Brown Group update.

Casting

Plaintiff has already shown substantial connections between the casting of Arcane and Curtis Brown Group, which is a subsidiary of United Talent Agency (UTA). An update shows that at least six of the biggest cast members of Arcane are represented by UTA and its subsidiary Curtis Brown Group.

The following cast members from Arcane are represented by the Curtis Brown Group:

1. Ella Purnell: Voices Jinx.

2. Harry Lloyd: Voices Viktor.

3. Katie Leung: Voices Caitlyn Kiramman.

13

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

The following cast members from Arcane are represented by United Talent Agency (UTA):

1. Hailee Steinfeld: Voices Vi.

2. Kevin Alejandro: Voices Jayce Talis.

3. Jason Spisak: Voices Silco.

**Top Five**

Five of these characters represented by UTA and Curtis Brown Group received significantly more screen time than most, with Steinfeld, Purnell and Leung being the top three, Kevin Alejandro in fourth place and Lloyd being the 5th most onscreen character. That's the top five roles in Arcane, cast by the same conglomerate, who has been evidence to have been sent Bloodborg, and has a history of ongoing copyright concerns of the M.W. Wolf catalog of Fiction. Moreover, 3. Jason Spisak, as Silco, represented by UTA, is joint 7th for most screen time. Silco is also perhaps one of the most iconic and plot-wise important roles.

This evidences relationships between Riot Games and the two linked agencies of UTA and Curtis Brown Group. This also evidences their involvement in Arcane. It is alleged that this hints at leveraging of screen time for talent in exchange for submitted content, which does not belong to them.

14

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**Acquisition, Valuations and Collaborations**

*Acquisition*

The specific duration of the negotiations leading to United Talent Agency's (UTA) acquisition of Curtis Brown Group (CBG) has not been publicly disclosed. The acquisition was announced on June 13, 2022.

These deals can take many years. Companies work through many stages of negotiations and Due Diligence (3-12 months), Regulatory Approvals (3-6 months, if needed), Internal Approvals and Structuring (2-6 months), Closing and Integration (3-12 months post-announcement).

During these mergers, good will "Favors" are common to showcase how the companies can effectively work together and benefit each other. This is seen as a part of due diligence, to see if they are a good match.

**Comparison to Similar Deals**

Creative Artists Agency (CAA) acquiring ICM Partners (another major talent agency) took about 9 months (announced in September 2021, completed in June 2022). Endeavor acquiring WME (another talent agency) took around 2 years (due to regulatory scrutiny).

15

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**Valuations**

Additionally, during these transitions, the company being bought out has a monetary incentive to make the company's assets, such as IP, scripts, talent and recent deals, appear to be highly valued commodities. Thus, a massive deal such as Arcane, with Riot Games, being the biggest video game company in the world, who are known to splash about money, with deal sweeteners of populating the show with multiple talent from both agencies, is an effective strategy to make both agencies and their assets valued high at the time of sale, to convince major stakeholders to agree to the buyout deals.

**Collaborations**

Prior to their formal acquisition in June 2022, United Talent Agency (UTA) and Curtis Brown Group (CBG) collaborated on representing several high-profile clients. Notable shared clients included actors such as Damian Lewis, Lily James, Alicia Vikander, and Bel Powley. They also jointly represented screenwriters like David Farr (The Night Manager, Hanna), Georgia Pritchett (Succession, Veep, The Shrink Next Door), and Tony Roche (Succession, The Thick of It).

These collaborations exemplify the agencies combined efforts to provide comprehensive representation across both U.S. and European markets. The successful partnerships in managing these clients laid a strong foundation for UTA&#39;s eventual acquisition of CBG, aiming to further expand global opportunities for their talent.

16

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**Screen time**

**From the chart:**

**Represented by UTA and CBG**

Vi (Hailee Steinfeld): 210 minutes

Jayce (Kevin Alejandro): 138 minutes

Silco (Jason Spisak): 83 minutes

Caitlyn (Katie Leung): 150 minutes

Viktor (Harry Lloyd): 110 minutes

Jinx (Ella Purnell): 193 minutes

Total screen time for all six characters: 884 minutes.

From the chart:

All others of the main cast on the chart.

Singed: 33 minutes

Isha: 48 minutes

Heimerdinger: 50 minutes

Ambessa: 56 minutes

Sevika: 59 minutes

Ekko: 64 minutes

<div align="center">

17

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

</div>

Vander/WW: 65 minutes

Mel: 83 minutes

Total screen time for the remaining characters excluding the six we already counted: 458

minutes.

The total screen time of all characters in the chart is 1342 minutes. 884 is approximately 65.88%
of 1342. This means that these six members of the cast represented by UTA and CBG had 65 %
of screen time of the main cast.

458 is approximately 51.81% of 884. This means that the six members of the cast represented by
UTA and CBG had almost exactly 50% more screen time than the rest of the eight main cast
members.

**Plaintiff Alleges.**

Thus, the two agencies did not merge overnight. CBG had my Bloodborg: The Harvest
manuscript in 2019 and in 2020. This has been evidenced. During the same period, CBG and
UTA were in collaboration and perhaps already in discussions about merging. Between the two,
they represented at least 42.86% of the main cast. Thus, almost half. This isn't a coincidence. My
manuscript was also submitted to Riot Forge, but this is evidence that cannot be ignored. This
proves a compelling correlation between the representation of voice actors in Arcane by United

18

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

Talent Agency (UTA) and Curtis Brown Group (CBG) and their screen time prominence. The

provided data supports a pattern where actors from these agencies dominate the screen presence,

suggesting potential preferential casting.

**Key Findings**

Screen Time Dominance: The six main actors represented by UTA and CBG collectively

accounted for 65.88% of total screen time among the main cast. Their screen time was almost

50% higher than the remaining main cast members.

Casting and Industry Connections: UTA and CBG's historical collaborations suggest a

longstanding relationship before their official merger in June 2022.

The acquisition process typically involves extensive goodwill and exchanges, making it plausible

that UTA and CBG exerted influence over Arcane's casting.

**Allegation of Impropriety:**

The Plaintiff alleges that the selection of cast members from UTA and CBG was not purely

based on merit but was a strategic move to elevate these agencies' valuation ahead of the merger.

<div align="center">

19

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

</div>

Given that CBG had prior access to Bloodborg: The Harvest in 2019 and 2020, and UTA was already collaborating with them, this presents a potential conflict of interest. If these agencies leveraged Arcane as a way to showcase their talent and improve their market valuation, this could amount to industry manipulation.

**What This Means**

The pattern outlined in the statement and chart suggests a systemic favoritism toward UTA and CBG-represented talent in Arcane, which raises broader concerns:

Conflict of Interest in Casting Decisions: If cast decisions were influenced by agency negotiations rather than talent suitability, this undermines industry fairness.

Potential Fraudulent Representation: The Plaintiff suggests that the agencies may have misrepresented their talent's contributions or inflated their impact, calling into question the legitimacy of awards and contracts.

*Impact on Copyright Infringement Allegations:* If UTA and CBG played a role in the development process while having prior access to the Plaintiff's work, it strengthens the claim that elements of Bloodborg: The Harvest could have been misused.

<div align="center">

20

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

</div>

**Legal Citations Supporting Plaintiff's Claims**

*Unfair Competition (Lanham Act, 15 U.S.C. § 1125(a))*

If UTA and CBG engaged in misrepresentation regarding casting processes or their talent's involvement in Arcane, this could constitute unfair competition through deceptive trade practices.

*Fraud in Inducement (Restatement (Second) of Torts § 525)*

If Riot Games or UTA and CBG misrepresented the casting process or role contributions to artificially inflate agency valuation, this could qualify as fraudulent inducement.

Intellectual Property Misappropriation (17 U.S.C. § 501 – Copyright Infringement)

If CBG had prior access to Bloodborg: The Harvest and was simultaneously collaborating with Riot Games, this may constitute copyright infringement if elements were improperly used.

21

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

Breach of Fiduciary Duty (California Civil Code § 1572 - Actual Fraud)

If UTA and CBG knowingly prioritized their internal interests over fair industry practices, their actions could be challenged under fiduciary responsibility laws.

Antitrust Concerns (Sherman Act, 15 U.S.C. § 1-2)

If UTA and CBG engaged in monopolistic practices by consolidating casting influence, this could warrant antitrust scrutiny.

22

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Exhibits**

**Exhibit A- Water damaged notes dating back to 2014.**

**A1.**



**A2.**



23

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.



**Exhibit B- Formal drafting of Bloodborg: The Harvest.**

**B1.**





24

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**B2. List of submissions to Literary, Film and Gaming talent agencies, including dates**

**of submission. This shows that Bloodborg was submitted to Riot Forge on the 15th & 19th**

**of April 2020.**



25

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**Exhibit C- Digital Evidence of Ownership.**

**C1- Stored copies of word documents.**

| Name | Location | Details |
|---|---|---|
| | | Date modified: 17/10/2024 02:13 |
| 2. Human Blood Farming- Bloodborg  Date modified: 19/12/2023 19:32 | F:\books destktop | |
| Bloodborg- The Harvest  Date modified: 21/06/2023 23:39 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 384 KB  Authors: marc wolstenholme |
| Bloodborg- The Harvest  Date modified: 07/10/2022 00:46 | F:\books\Human Blood Farming- Bloodborg | Size: 394 KB  Authors: marc wolstenholme |
| Viktor is becoming a bloodborg  Date modified: 04/12/2021 23:46 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 343 KB  Authors: marc wolstenholme |
| The streets of Zaun matched up to Blood...  Date modified: 01/12/2021 20:13 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 1.29 MB  Authors: marc wolstenholme |
| chapter of Bloodborg called Orion's belt  Date modified: 01/12/2021 00:51 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 341 KB  Authors: marc wolstenholme |
| Bloodborg- The Harvest  Date modified: 30/11/2021 20:45 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 392 KB  Authors: marc wolstenholme |
| Agents Bloodborg was sent to  Date modified: 29/11/2021 21:58 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 15.9 KB  Authors: marc wolstenholme |
| 16 World building from Bloodborg  Date modified: 28/11/2021 20:40 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 1.12 MB  Authors: marc wolstenholme |
| Bloodborg Editing letter. | Type: PNG File  Dimensions: 617 x 450 | Size: 107 KB |
| Bloodborg edit letter  Date modified: 27/11/2021 14:55 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 572 KB  Authors: marc wolstenholme |
| Letter for Bloodborg  Date modified: 24/11/2021 16:55 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 16.0 KB  Authors: marc wolstenholme |
| Bloodborg 10,000  Date modified: 23/08/2021 15:48 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 47.1 KB  Authors: marc wolstenholme |
| Bloodborg 10,000 (2)  Date modified: 18/09/2020 21:44 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 45.7 KB  Authors: marc wolstenholme |
| Bloodborg 10,000  Date modified: 18/09/2020 21:44 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 45.7 KB  Authors: marc wolstenholme |
| Bloodborg 10,000  Date modified: 15/04/2020 21:54 | F:\books\Human Blood Farming- Bloodborg\submi... | Size: 45.7 KB  Authors: marc wolstenholme |
| Bloodborg- First draft - Copy  Date modified: 15/03/2020 15:40 | F:\books destktop\2. Human Blood Farming- Blood... | Size: 295 KB  Authors: marc wolstenholme |
| Bloodborg- First draft - Copy  Date modified: 15/03/2020 15:40 | F:\books\Human Blood Farming- Bloodborg\cuts | Size: 295 KB  Authors: marc wolstenholme |

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**C2- First draft sent off record.**

**Bloodborg was written on a laptop which is now not working. The Plaintiff will endeavor to recover the original documents dating 2018. C2 shows first draft sent off in March 2020.**



First draft Bloodborg – The Harvest – By Marc Wolstenholme- 06/03/2020

**Bloodborg- The Harvest**

**The Ark of Civilization; The stand**

*Diary entry, Day 1 - The war against the Old-World Army*

**C3- The Ark of Civilization is Josh's POV, this copy dates January 2019**




PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**C4- WhatsApp records between Plaintiff and his ex-girlfriend detailing the date the working title of Blood Harvesting was changed to the set title of Bloodborg, which refers to the cyborg like creations with complex blood engineering.**

```
23/09/2019, 20:37 - Ali: Did u mean to voicecall then?
24/09/2019, 00:37 - Marc: Bloodborg
24/09/2019, 00:37 - Marc: That's the name of the blood harvesting books
24/09/2019, 07:34 - Ali: Sounds good... i like 'Bloodvest'.
24/09/2019, 07:45 - Marc: That's sounds like a Halloween festival ride
24/09/2019, 07:45 - Marc: A  cheap one
```

**C5- Chronologies of the M.W. Wolf catalogue**

**Date of Creation/Ownership List of M.W. Wolf Books**

**Table 1 – Chronology of Creation of M.W. Wolf Books.**

| Dates written | Titles | Evidence |
|---|---|---|
| *August 2014 - August 2018.* | **Buried at Bedlam: After the Black** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Editorial Report<br>4, Rejections |
| *2018- 2019* | **Bloodborg: The Harvest** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Editorial Report<br>4, offer for representation |
| *Late 2019* | **Six Dead Orphans** (Short Shory) by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| *Summer 2020- Jan 2021* | **Our Fathers** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| *1st of April 2021- Jul 2021* | **The Shameful Kiss** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, dates mentioned in queries.<br>3, Rejections |

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

| | | |
|---|---|---|
| *Second Half of 2021* | **False Alligators & Wind-up Dolls** (satire) by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion. |
| *Jan 2022-April 2022* | **Mississippi Sleepers: A Woman Reborn** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| *Late 2019 but mostly second half of 2022.* | **Carniphobia: The Wandering (composite novel)** by Marc Wolstenholme (M.W Wolf Ltd).** | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| *July 2022 but most of it was written in Dec 2022.* | **The Ballad of Wuthering Descent** by Marc Wolstenholme (M.W Wolf Ltd). With a list of M. W. Wolf planned books sent to one agent. | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections<br>4, Showcase documentation |
| *May 2023* | **Lang The Orangutan** by Marc Wolstenholme (M.W Wolf Ltd). | 1, Meta data of word documents<br>2, Emails sent after completion<br>3, Power Point presentation |
| *April, Jun 2023-Dec 2023* | ***Bee My Agent; Blood and Honey** by Marc Wolstenholme (M.W Wolf Ltd).* | 1, Meta data of word documents<br>2, Emails sent during and after completion.<br>3, Power Point presentation<br>4, Curtis Brown Creative course |
| *Nov 2023-August 2024* | **The Fateless Child: Tainted Blood** | 1, Meta data of word documents<br>2, Emails sent during and after completion.<br>3, Power Point presentations<br>4, Website and X page |
| | | |

29

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Date of Creation/Ownership List of M.W. Wolf Books**

**Table 1 (continued)**

| | | |
|---|---|---|
| *1st March 2024.* | *God's Masterful Evasion & The Inverted Organelle.* | *1, Meta data of word documents 2, Emails sent during and after* |
| | *Theory of Consciousness and The Universe (IO-CU). The Theory of Everything* | *completion. 3, Power Point presentations 4, Website and X page* |
| *March 2024* | **Lang The Orangutan AI illustrations by M.W. Wolf** | 1, Meta data of word documents 2, Emails sent during and after completion. 3, Power Point presentations 4, Website and X page |
| *8th March 2024* | **https://www.mwwolf-fiction.co.uk/** by Marc Wolstenholme (M.W Wolf Ltd). | 1, Domine 2, Meta data 3, Profile |

**C6- Chronologies of Bloodborg shared with Curtis Brown Group.**

**Second Book: Chronology of Bloodborg: The Harvest.**

**Date of Creation/Ownership: Marc Wolstenholme. Bloodborg: The Harvest by M.W Wolf Ltd between 2018- 2019. Meta data of word documents will confirm this, as will emails sent after completion. Editorial Report and offer for representation will also ownership.**

30

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Table 3 – Chronology of Bloodborg: The Harvest shared with CBG.**

| <u>DATE</u> | <u>EVENT</u> | <u>Evidence</u> |
|---|---|---|
| *15 Apr 2020* | Wed, 15 Apr 2020 at 22:21 I submitted Bloodborg to Felicity Blunt Curtis Brown Group. cbcsubmissions@curtisbrown.co.uk<br><br>An email confirming receipt was received titled<br><br>- Thank You for Your Submission: Bloodborg: The Harvest | BBE7 |

31

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

| 15 Apr 2020 | Wed, 15 Apr 2020 at 22:31 I submitted Bloodborg to - submissions@austinmacauley.com | BBE8 |
| 9 Jun 2020 | Tue, 9 Jun 2020 at 15:28 I received a rejection email from cbcsubmissions@curtisbrown.co.uk tilted- Submission review results | BBE9 |
| 24 Jun 2020 | Wed, 24 Jun 2020 at 12:43- received the letter from the Editorial Board of Austin Macauley | BBE10 & BBE 11 |
| 23 Feb 2021 | Tue, 23 Feb 2021 at 22:33 I submitted Bloodborg to Ciara Finan (Jonny Geller's assistant). ciara.finan@curtisbrown.co.uk | BBE12 |
| 16 Apr 2021 | Fri, 16 Apr 2021 at 18:08- Rejection from Ciara Finan | BBE13 |
| 24 Nov 2021 | Wed, 24 Nov 2021 at 18:24 I summitted Bloodborg to Geller Office Submissions gellerofficesubmissions@curtisbrown.co.uk I also informed him that Arcane, an animated Netflix series, seemed to have taken my Bloodborg manuscript and modified it into their own productions. | BBE14 &BBE 15 |
| 23 Jul 2023 | Sun, 23 Jul 2023 at 21:23- I resubmitted a different part of Bloodborg to Geller Office Submissions. This was also the first time I told him about Bee My Agent | BBE16 & BBE 17 |

## 32

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

**C7- Austin Macauley Publishers Letter for offer of representation of Bloodborg (June 2020).**

Page 1

AUSTIN MACAULEY PUBLISHERS™
LONDON · CAMBRIDGE · NEW YORK · SHARJAH

www.austinmacauley.com
+44 (0) 207 038 8212
+44 (0) 203 515 0352
+44 (0) 207 038 8100

Marc Wolstenholme
7 Malthouse Crescent
Inkberrow
Worcestershire
WR7 4EF

24th June 2020

Dear Mr Wolstenholme,

**RE: 'Bloodborg: The Harvest'**

Your manuscript was brought to our attention at the latest Editorial Board meeting when we discussed the potential and possibility of it being published. Having read all the reports and taken note of the Editors' opinions we can confidently state that your work was found to be a gripping and intricate narrative. The vivid and colourful prose will captivate readers drawing them into the story and holding them until the very end. The intriguing and multifaceted plot will leave readers anxious anticipating the characters fate – as well as the fate of the world – as they are taken on an extraordinary and fantastic adventure. The Board enjoyed **'Bloodborg: The Harvest'** and believe it will be well received by a contemporary audience.

Since then, we have held a separate meeting with our Marketing team to explore the possibilities regarding sales and target audiences. There were certain reservations put forward concerning the fact that this would be the work of a relatively new author and would be of some risk to us as your publishers. To this end, we are not able to offer you a non-contributory contract.

We do, however, very much feel your work deserves to be published and given the opportunity to be launched for the reading public. We would like to offer you a contributory contract, thereby creating a partnership. The amount requested is a partial sum towards the considerable costs involved in publishing and then marketing the book, with its vital media coverage. This indicates that we are also invested in your book and that it is in our shared interest to endeavour towards its success.

We the pleasure of sending a contract for you to view and sign should you so wish. The contract has been tailored with the objective of being fair to both parties.

The contributory amount is stated in Clause 15 under 'Advances'. This figure is a one-off finite amount. The Accounts Department are very helpful in arranging monthly instalments, should this be required. Please tick whichever option you would prefer for your publication. We are excited to be able to offer a book trailer and author website with our agreement, as we find these to be invaluable tools when promoting your work. In addition, we are pleased to offer audiobooks as part of this package.

## 33

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

At Austin Macauley we feel that our authors' involvement in the production process is essential in ensuring the high quality of our publications. Our contributory contracts utilise entirely traditional production methods including typesetting, house-styling, editing, proofreading, cover design, blurb and press release content, and official registration of the ISBN. Once we have received the signed contract our Production Department will then put the whole publication process into operation.

Austin Macauley Publishers™ Ltd. CGC-33-01, 25 Canada Square, Canary Wharf, London, E14 5LQ
Registered In England No: 6243206 VAT Number: 102675634

## AUSTIN MACAULEY PUBLISHERS™
LONDON · CAMBRIDGE · NEW YORK · SHARJAH

editors@austinmacauley.com
www.austinmacauley.com
+44 (0) 207 038 8212
+44 (0) 203 515 0352

Page 2

## AUSTIN MACAULEY PUBLISHERS™
LONDON · CAMBRIDGE · NEW YORK · SHARJAH

editors@austinmacauley.com
www.austinmacauley.com
+44 (0) 207 038 8212
+44 (0) 203 515 0352
+44 (0) 207 038 8100

As the book approaches its publication date our Marketing Department will instigate a promotional strategy geared towards the specific genre and target audience of the book to maximise sales worldwide. This again is something which will be discussed in depth with you once we have accepted your work for publication.

We take great pride in what we do, and we feel that it is important for all prospective authors to fully understand what Austin Macauley hopes to achieve for every contract we offer. Our continuing success is best illustrated as we grow as a business. Our current offices in London, New York and Sharjah, and the opening of our premises in Sydney and Toronto will help support the promotion of your book in these territories. Our US office has been acclaimed with the prestigious title in Publishers Weekly as one of 2018's Fastest Growing Publishers – an award that offers testimony that we are indeed leading our authors down the right path.

Should there be anything you may wish to discuss please do not hesitate to contact us.

We would now like to take this opportunity to congratulate you on your writing which we look forward to seeing in print.

Yours sincerely,
For and On Behalf of the Board of Editors at Austin Macauley

Michelle Vagi (Executive Editor)
Alexander Holiday (Head of Editorial)
Jade Robertson (International Publishing Director)

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Exhibit D- Digital Evidence submissions.**

Bloodborg was discussed with agents and people in the literary industry throughout 2019. People at Curtis Brown Group, notably Felicity Blunt and Jonny Geller, were made aware of Bloodborg during this period. However, formal submissions widely took place from the 15th of April 2020.

### D1- Log of email submissions from 15th of April 2020.



<div align="center">

35

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

</div>

| me | Cover letter for Bloodborg: The Harvest, By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| me | Bloodborg: The Harvest By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Mike Hoogland | Automatic reply: Bloodborg: The Harvest, By Marc Wolstenholme  Due to the COVID-19 pandemic, our NYC office is | Book Submi... | 27/09/2020 |
| me | Bloodborg: The Harvest, By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Submissions | Automatic reply: Bloodborg: The Harvest by Marc Wolstenholme  Thank you for your submission to Andrew Nurnberg | Book Submi... | 27/09/2020 |
| me | Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| me | query letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Submissions Tor | You have reached Tor.com Publishing Submissions Re: Fw: Submission of Bloodborg: The Harvest  THIS IS AN AUTOMATED RES... | Book Submi... | 26/09/2020 |
| Jessica Watterson at Sandra Dijkstra And A... | Query Received by Jessica Watterson at Sandra Dijkstra And Associates ...Your query for BLOODBORG: THE HARVEST was | Book Submi... | 18/09/2020 |
| Desiree Wilson at The Bent Agency | Query Received by Desiree Wilson at The Bent Agency ...Agency Your query for BLOODBORG: THE HARVEST was | Book Submi... | 18/09/2020 |
| me | submitting Bloodbord: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| me | Bloodborg: The Harvent by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| me | Query letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| me | Query letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| me | Query letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 18/09/2020 |
| Marisa Corvisiero at Corvisiero Literary Age... | Query Received by Marisa Corvisiero at Corvisiero Literary Agency ...Agency Your query for BLOODBORG: THE HARVEST was | Book Submi... | 18/09/2020 |
| Paul, me | 'Bloodborg: The Harvest'  2  ...and agreement for 'Bloodborg: The Harvest' which we | Sent | 07/07/2020 |
| Submissions DVAgency | From D&V Submissions Re: Submissions Marc Wolstenholme/ Bloodborg: The Harvest  Many thanks for contacting Darhansoff ... | Book Submi... | 07/07/2020 |
| me | Submissions Marc Wolstenholme/ Bloodborg: The Harvest ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 07/07/2020 |
| Austin Publishers via DocuSign | Reminder: Bloodborg: The Harvest  Austin Publishers sent you a document to review | Inbox | 01/07/2020 |
| Austin Publishers via DocuSign | Bloodborg: The Harvest  Austin Publishers sent you a document to review | Book Submi... | 24/06/2020 |

| me, Submissions | Bloodborg: The Harvest by Marc Wolstenholme  2  ...Subject: Bloodborg: The Harvest by Marc | Book Submi... | 11/11/2020 |
| me, Caroline | Bloodborg: The Harvest By Marc Wolstenholme  2  ...Subject: Bloodborg: The Harvest By Marc | Inbox | 20/10/2020 |
| Austin Publishers via DocuSign | Expiration Pending: Bloodborg: The Harvest  Austin Publishers sent you a document to review | Inbox | 12/10/2020 |
| me, Eli | Bloodborg: The Harvest By Marc Wolstenholme  2  ...Subject: Bloodborg: The Harvest By Marc | Book Submi... | 30/09/2020 |
| Submissions | Automatic reply: Bloodborg: The Harvest, By Marc Wolstenholme  Thank you for your submission. We will review and | Book Submi... | 29/09/2020 |
| me | Bloodborg: The Harvest By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 29/09/2020 |
| me | Query from England for Bloodborg: The Harvest, By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 29/09/2020 |
| me, info | Book submission: Bloodborg: The Harvest, By Marc Wolstenholme  2  ...Book submission: Bloodborg: The Harvest, By Marc | Inbox | 29/09/2020 |
| me | Bloodborg: The Harvest, By Marc Wolstenholme  2  ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 29/09/2020 |
| me, Emily | Query for Bloodborg: The Harvest By Marc Wolstenholme  2  ...Book: Bloodborg: The Harvest, Cyberpunk/ | Inbox | 29/09/2020 |
| me, Mary | Bloodborg: The Harvest, by Marc Wolstenholme  2  ...Subject: Bloodborg: The Harvest, by Marc | Book Submi... | 28/09/2020 |
| me, Angry | Submission of Bloodborg: The Harvest  5  ...Book: Bloodborg: The Harvest, Cyberpunk/ | Book Submi... | 28/09/2020 |
| me | cover letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| me, Andrew | Bloodborg: The Harvest By Marc Wolstenholme  2  ...Subject: Bloodborg: The Harvest By Marc | Book Submi... | 27/09/2020 |
| me | Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Alexandra Weiss at The Jennifer De Chiara ... | Query Received by Alexandra Weiss at The Jennifer De Chiara Literary Agency ...Agency Your query for BLOODBORG: THE HARV... | Book Submi... | 27/09/2020 |
| me | Bloodborg: The Harvest By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Alex Field | Thanks for your e-mail to The Bindery. Re: Cover letter for Bloodborg: The Harvest, By Marc Wolstenholme  Thank you for emaili... | Book Submi... | 27/09/2020 |
| me | Cover letter for Bloodborg: The Harvest, By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| me | Bloodborg: The Harvest By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |
| Mike Hoogland | Automatic reply: Bloodborg: The Harvest, By Marc Wolstenholme  Due to the COVID-19 pandemic, our NYC office is | Book Submi... | 27/09/2020 |

36

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**D2- Proof of full manuscript submissions. Query submissions tend to ask for the first 10,000 words and a synopsis. The Plaintiff knew how hard it is to find representation in the literary, film and gaming industries. Moreover, he did not regard the first Pov (Josh) as the strongest section. The Plaintiff was new to the industry, and he was naïve toward the high rate of plagiarism and theft. He "When out on a limb" and filed his whole manuscript to many, in the hope that it would have a greater chance of impressing the agents.  This includes the submissions to Austin Macaulay Publishers, Curtis Brown Group, Riot Forge, Madeleine Milburn, Louise Buckley at Zeno Agency, Alexander Cochran at Conville & Walsh, and Will Francis at Janklow & Nesbit, among others.**

**Below I've attached a screenprint of the Will Francis at Janklow & Nesbit  submission- 15/04/2020- to show that the full manuscript was attached**

**D2- Will Francis at Janklow & Nesbit submission- 15/04/2020**





**D3-** cbcsubmissions@curtisbrown.co.uk rejection email – (Tue, 9 Jun 2020 at 15:28)

*"Dear marc, Thank you for sending in Bloodborg: The Harvest and for giving me*

*the opportunity to consider your work. Unfortunately, I am unable to offer you representation, as*

*I did not feel the work was right for my list. I am sorry not to be writing with better news, but I*
*hope this response will not discourage you and I wish you all the best with your writing. Best*

*wishes, Felicity Curtis Brown Group Ltd. Haymarket House 28-29 Haymarket London SW1Y*

*4SP http://www.curtisbrown.co.uk http://www.curtisbrowncreative.co.uk.*

<div align="center">

38

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

</div>

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law.*

*If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment. Curtis Brown Group Limited. Registered in England and Wales No 00679620. Registered Office 5th Floor, Haymarket House, 28-29 Haymarket, LONDON SW1Y 4SP. "*

**D4- Riot's connections- In 2019 & 2020, Riot Games were soliciting narrative and gaming content through their Riot forge portal. It was their private system and not email which makes it harder to prove submission. In this period Riot were also soliciting material from agents for Arcane. This is confirmed by both of the Arcane "Showrunners" in Bridging the Rift, The making of Arcane. Additionally, Riot has a close working relationship with many of the agencies which Bloodborg was submitted to. Below is a brake down of Riot's relationship with The United Talent Agency (UTA) who owns The Curtis Brown Group.**

<div align="center">

39

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

</div>

UTA's Gaming & Esports department has been an industry leader in representing gamers, esports athletes, streamers, and gaming organizations. In 2018, UTA acquired two esports agencies, Press X and Everyday Influencers, to expand its presence in the gaming industry.

In 2019, UTA added Travis Mynard, formerly of Riot Games, to its esports management division. Mynard had experience working with Riot's North America League of Legends Championship Series (NA LCS) and the company's international League of Legends esports league.

The United Talent Agency (UTA) acquired the Curtis Brown Group in June 2022.

Both UTA and Curtis Brown Group were involved with casting talent for Arcane.

Between them, they cast both of the main roles and two of the other biggest roles, and perhaps more.

Hailee Steinfeld: Voices Vi in Arcane. Steinfeld is a client of UTA. Ella Purnell: Voices Jinx. Purnell is a client of Curtis Brown Group. Katie Leung: Voices Caitlyn Kiramman. Leung is represented by Curtis Brown Harry Lloyd: Voices Viktor. Lloyd is represented by Curtis Brown Group.

40

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

These four characters represented by UTA and Curtis Brown Group received significantly more

screen time then most with Steinfeld, Purnell and Leung being the top three, and Lloyd being the

5th most onscreen character.



UTA and Curtis Brown Group. This also evidences their involvement in Arcane.

**Exhibit E- Highlighting Ongoing Copyright Concerns.**

Please note, Exhibit E has no bearing on this case at this time, but the Plaintiff is
being transparent and forthcoming to show a history and pattern of some people who may or may
not have been involved in the Plaintiff's work (Bloodborg) being used to bail out the failing show

of Arcane... Allegedly.

The Plaintiff will highlight Uk based complaints of alleged Copyright infringements of the M.W.

Wolf catalogue of fiction, against Jonny Geller and Felicity Blunt of Curtis Brown Group, now a

41

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

subsidiary of United Talent Agency (UTA). Many of these infringements are alleged to have also been sold to Netflix, where Arcane was distributed.

Jonny Geller and Felicity Blunt were the two main agents the Plaintiff had been trying to gain representation from since 2018. The Plaintiff had shared much work with them.

The Plaintiff grew suspicious after time and time again his work, or elements of It seemingly ended up on shark tank writing room tables and was alleged to be cut up and fed into other shows. In 2021, The Plaintiff informed Jonny Geller of the alleged copyright infringement of Arcane, partly to see how he would react. After monitoring, the other alleged infringements continued.

The Plaintiff wrote a book Called Bee My Agent, about a literary agent swiping and selling the slush pile of unsolicited aspiring writers' works and about using synopsis's to give to his "Pet Writers" to cut up and feed into their own books. Bee My Agent attempted a metanarrative, predicting that it would be misused and abused in the same manner… and it was. With this book, the Plaintiff completed a writing course with Curtis Brown Creatives. On the course he informed the other students of the suspected infringements, to warn them and to test the reactions of Jonny Geller. The plaintiff used X to highlight the misuse of his work and to show how agents are selling "Slush Pile" synopsis's and manuscripts to big companies such as Netflix and Marvel, cutting out the aspiring writers and creating an industry in which over 90% of books sell next to nothing.

42

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

When Lisa Jewell released Breaking the Dark, it was clearly my work cut up and forced into a character of Marvels. I began to reveal to Jonny on X that I knew people had used my work. Around the same time, Curtis Brown Creatives tried to appease me with a 50 pound discount after winning a writing competition they ran. I was willing to settle quietly, but Lisa's reaction to my complaint was offish and rude. I have live copyright infringement concerns and complaints in the UK, which I have not yet officially open proceedings for, but the solicitors of Curtis Brown Group and by extension UTA have been informed and have not been very helpful.

43

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF BLOODBORG: THE HARVEST.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Chronology of Access of Wide Dissemination of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: M.WOLSTENHOLME.

44

PLAINTIFF'S CHRONOLOGY OF WIDE DISSEMINATION AND ACCESS OF
BLOODBORG: THE HARVEST.

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

          Plaintiff,

vs.

RIOT GAMES, INC.,

          Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PLAINTIFF'S EXHIBIT C- DETAILED
BREAKDOWN AND ANALYSIS OF
EPISODE 1: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT
CASE

FEBRUARY 23, 2025

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

CONTENT OWNERSHIP COMPARISON- BLOODBORG: THE HARVEST & ARCANE

SEASON 1, EPISODE 1.

1

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF
EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT
INFRINGEMENT CASE

### 1. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

### 2. Evidence Submitted:

I submit the following evidence of CONTENT OWNERSHIP COMPARISON-BLOODBORG: THE HARVEST & ARCANE SEASON 1, EPISODE 1. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

2

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

# Exhibits

**Exhibit A. Analyzing Arcane, S1, E1, "Welcome to the Playground." First frames, and opening battle scene on bridge between Piltover and the underbelly of Zaun.**

**Hook-** The hooks of both works is the duality of haves, and have nots, and the conflict between polarizing states of living, of mind, and of people. The Bridge scene, as the hook, showcases the trauma, conflict, duality and journey to come.

**A1. Statue symbolic of murdered parents.**

**In Arcane** there are no characters with Indian ancestry. The opening scene of episode 1 shows the face of a crying statue with clearly discernable Indian features. These statues are symbolic of the death which has taken place on the bridge during the battle in which Vi & Powder's parents were murdered.

**In Bloodborg,** Rook, whose POV is alleged to be strikingly similar to Vi's storyline in season 1, is of Indian ancestry, and Rook's parents were murdered up on the gangways.



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**A2- Bridge Dumping (Set-Up)**

**In Arcane,** During The opening battle scene on the bridge between Piltover and the underbelly of Zaun, we see mass bridge dumping including streets signs, a library of books strewn across the bridge, dead people, a person tied to a chair, banners, boxes, and other stuff. The presence of the abnormally littered bridge suggests that during these Riots people carried things to the bridge to dump. This historic event, when the girls were very young, marks the beginning of the current divide and conflict between the two cities. The Undercity is smog-filled, and the Enforcers wear gas masks. The rich built their towers high, evading the smog.

 

 

 

4

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** there is an historical event which marked the beginning of divide and conflict, and state independence between New Kowloon (Manhattan) and The Assemblage (Mainland USA). This infamous event is coined "The Great Bridge Dumping"

**In The Bloodborg manuscript, the Plaintiff wrote:**

*"Despite the problems and the warnings, the Super-rich relentlessly continued building their skyscrapers up, reaching far above the clouds, like stems of plants emerging from the soil, stretching up, competing for sunlight. The ground level smog became unbearable. It lingered at its mistiest around head height, choking thousands of poverty-stricken people to death. The Super-rich were largely unaffected by the smog as they lived high in their sky towers. The gangways, monorails, and sky-rails were built higher and higher to escape the deathly low laying pea fog and radioactive waste fumes extracted from the pipes of Assemblage mainland. Until, The North Atlantic Oscillation lowered, moving south, freezing Manhattan and bringing with it, hurricane Alorra, which ripped through Manhattan whipping up the smog. This is when Manhattan gained the nickname; Man Hat-man, because its residents were forced to wear face hats, hoods or masks to protect themselves from the smog and toxic air. Many of the broken buildings were abandoned to rot, others were bolted together with massive rods and steel beams or cables to prevent them from falling over. Manhattan was soon a metal web.*

*Mainland America refused to help the now independent state. The mainland refused to continue taking in Manhattans rubbish. Manhattan's residents responded with a mass protest, coined, The Great Bridge Dumping. They carried the rubbish bags, broken street signs, dead bodies and*

5

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*whatever else they could lift to Manhattan's several bridges, dumping their rubbish and rubble into the Hudson river. Mainland America responded by netting off the river around Manhattan, so that most of the waste couldn't escape. Mainland issued Manhattan with a declaration of war, stating that Manhattan was damaging both America and the environment. The people of Manhattan responded by building barriers of rubble and rubbish on the bridges. Mainland responded by blowing up most of the connecting bridges around Manhattan. The country was divided on what to do. Other states began to seek their independence from America. Then after several unidentified terrorist attacks had brought Manhattan to its knees, full-scale war and panic spread throughout all the states of America. Each state's primary concern was protection, they each constructed defensive walls, like Trump's walls- build to keep out the Mexicans. Manhattan was left to crumble and sink. Ground-level became so polluted that it is now uninhabitable and submerged. The people of Manhattan toppled the Super-rich and tried to rebuild. They renamed it New Kowloon and tried to govern themselves, until global nuclear and biochemical war sent the world into a new dark age. Lawlessness grew from chemical ashes. Insanity spread within the fumes of war. Mutation and disease plagued the streets."*

**Similarities –** Historical bridge dumping and riots as the "Set", marking the beginning of the conflict of both stories. In writing theory, the setting is the physical setting, the environment and its conditions. Both settings are smog-filled warring sister cities with stark divide between rich and poor. Both have a chemically choaked underbelly and an oppressive over city. These settings are evidently remarkably similar, Yet the "Set" of the Bridge riot/ dumping Scene as the catalyst is more strikingly similar and distinctive than chance would have it. The "Set" here is used to Set

6

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

the tone of the whole book and equal in the animated show. It's dark, gritty, dirty, fractured, traumatic, chaotic, volatile, diseased and dammed, in both, the way forward, out of conflict, is masked by smog, denoting a difficult and traumatic quest or journey ahead for the characters. The Bridges represent a crossing, a line which once crossed, can never be regained. They represent a journey from one thing to another, a transition from one state of mind or being, to another state of mind or being. In both stories, the bridge riots are the beginning of the "Set-up." In writing structure, the Set-up is exposition. The exposition provides background information to the reader, setting up the characters, world, and basic premise of the story.

In a separate document of evidence- PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE. TAKEN FROM BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING MY PAST AND MY MEDICAL RECORDS- The plaintiff will explain the Psycho-Emotional Analysis of the Bridge dumping scene and what it means. In short, the crossing of the bridge is a personal metaphor denoting a difficult transition from military life to civilian life, carrying trauma and trying to dump it to rebuild a life post war and conflict.

The bridge dumping in Bloodborg is a metaphor for trauma, insanity, corruption of the body and mind. In Arcane it is alleged to set up the same, without such insights.

7

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**A3- Vi's parents dead on the Bridge, Vander carries the children away.**

In this example the plaintiff will use facts to demonstrate how Arcane's main storyline is strikingly similar to two parallel, story circles of the Bloodborg: The Harvest manuscript.

**Arcane S1, E1,** directly after the Riot on the bridge, we see Vi's parents dead on the bridge, Vender carries the children away.

 



8
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg: The Harvest,** we see two parallel, story circles of dead parents being the trauma to ignite the central internal conflict in the characters. In writing theory and story structure, these events are often termed Inciting Incidents.

### *Dream sequence, from Rook's POV-*

*"In the dream a slender, glossy haired Indian woman was tending a frying pan over a metal bin fire in an apartment, the glassless window of the apartment looked out onto a grim view of the Needle District's lower platforms.*

*The woman wore a traditional red sari with elaborate gold patterns. Around her neck she wore a baggy maroon scarf. The woman looked over her shoulder and smiled at an Indian man with jet-black hair and moustache to match. He was sat on a sideways oil drum looking at the chess set in front of him on a coffee table. He twisted the tips of his thick moustache as he deliberated his next move with a smile.*

*A toddler with piercing blue eyes sat at his feet, wearing only a fabric nappy. The young one was playing with the white rook chess piece, hitting it against the floor then chewing it. The Indian man bent down to take the rook out of the toddler's mouth.*

*The Indian woman's smile dropped to horror as the apartment door kicked open and Feral Fighters marched in. She ran towards her family diving to shield the baby as the first shots rang out. A barrage of shots drilled through Rooks sleeping mind, producing familiar night tremors.*

*When the shots stopped, the Feral Fighters departed as hastily as they had arrived. The Indian man and woman had cocooned the baby with their bodies. Their bullet-*

9

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*ridden bodies slumped down to the ground, revealing the unharmed baby, still grasping onto the white rook chess piece.*

*The toddler sat in a pool of its parents' blood, shaking them both and crying out.*

*Momma Grace ran into the apartment, sliding on the gore. She picked up the tot, carefully wrapping the toddler in the Indian woman's maroon scarf and ran out, leaving a trail of bloody footprints behind.*

*Mum and dad's blood-soaked eyes drilled into Rook's mind. Rook woke up on the roof platform, shivering and sucking on the Rook chess piece. It had begun to rain. She walked inside and lay on the floor. "*

**Jade's dialogue in Warwick's POV in Bloodborg.**

*"Morgan has been running from them for longer than you have been alive, he has saved hundreds of children and mothers. Morgan saved me as a young child, I was only six years old. He has been a father to me since. A gang of mercenaries came for my blood, they killed my mother and father, they were taking me away when Morgan and his gang showed up."*

In these two POV examples, we see the same traumatic events told by two different sufferers. One in a nightmare and one in dialogue. This cyclical storytelling of trauma is utilized in extraordinarily similar ways in Arcane and Bloodborg. Moreover, the actual traumas and repeated events in Arcane are extraordinarily similar to those of Bloodborg. Thus, we have extraordinarily similar advanced storytelling techniques, telling extraordinarily similar traumas, not just in the inciting incidents, but through the whole of both Arcane and Bloodborg, such as

10

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

dead parents, falling, drowning, comas and more.  The repetition of story beats and traumas is a nested or cyclical literary device to show importance and to remind readers of the internal conflict. It also serves to represent the recurring and nightmarish revisiting (Flashbacks and intrusions) of traumatic events.

**Similarities-** The stories have now been demonstrated to have strikingly similar "hooks", and the beginning "Set-ups", "Sets" and "Settings". Moreover, the Inciting Incidents of Rook's POV in Bloodborg and of Vi's and Powder's POV in Arcane, which ignites the central internal conflict in the characters, and sets the tone and conflict of the storytelling, are the same (Dead parents). The stories use extraordinarily similar advanced storytelling techniques, telling extraordinarily similar traumas. The similarities go far deeper than a surface lift.

It should be noted that Bloodborg has an interwoven, nonlinear and complex story structure of six intersecting POVs from three central locations, each with their own story structures. Thus, the stories can be dissected and told individually or told in different orders. Evidence of the sorting of sections can be seen in these images of development.

 

11

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**A4. Ordering scenes of Bloodborg and Arcane.**

As stated, Bloodborg has an interwoven, nonlinear and complex story structure of six intersecting POVs from three central locations, each with their own story structures. Thus, the stories can be dissected and told individually or told in different orders. To dissect the stories to find the central conflict, one would need to only have a very basic understanding of story structure.

**In Arcane: Bridging the Rift, The Making of Arcane,** Amanda Overton (a writer brought in to help fix the problems) told Linke and Yee (Writers of Arcane and Showrunners) that they need to change the pilot and opening scene to the Bridge scene.

A pilot is the first episode, or snippet, of a TV show, designed to introduce the story, main characters, and style to audiences and networks. Often, it serves as a test to determine whether the series will proceed with a full season. Pilots establish the core premise, setting, and tone of the series, aiming to engage viewers and demonstrate the show's potential for success. If well-received, the pilot can lead to a series order, where additional episodes are produced for broadcast or streaming. Thus, at this late state, the two showrunners still had not figured out the story and had not been able to gain funding (greenlit). Linke and Yee had the frames where Silco falls into the water as the pilot, in early to mid-2021. This shows that they still didn't know what the story was. This shows not even a basic understanding of story structure.

In episode 2 of Bridging the Rift, Amanda Overton stated, "I'm quite proud of the cold opening, to like the whole beginning of the season with the bridge. The cold open used to be the cold open to episode three, when Silco was drowning (Also remarkably similar to a cyclical traumatic event in Bloodborg and of the Plaintiff's personal trauma).

12

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Amanda Overton continued, "I sort of went out on a limb, being, like, so guys I know you hired me to help out with the show and whatever, but… you need to change the pilot. That's a lovely poetic image right (Silco drowning) but it wasn't telling the story of the series, which is, these two sisters torn apart (By the inciting incident which is the internal conflict set on the Bridge with the death of their parents)."

In **Arcane: Bridging the Rift, Part 2 - Persistence (Or When Your Best Still Sucks),** Linke says *"That's when they found Monica Macer. She was a showrunner. She worked on Lost."* Monica Macer was working on MacGyver during Lockdown, 2020 and into 2021. All indications show that Macer worked for Riot in 2021. Monica taught the "Showrunners" the basics of crafting a scene and making a show, and how to develop characters.

**Bridging the Rift, Part 2**, In Melinda Dilger (who joined Riot in 2020 to help make Arcane) rolled out a production Schedule, starting, backdated to March 2020. She then overly states for the camera, *"That's when this started"*. But the date in the top corner is 3/16/2021. MARCH 2021. Melinda Dilger states, *"Because this is the first Riots ever done, a lot of things are getting figured out and developed as we go along in production."*

31 May 2023, after leaving Riot to go to Netflix, Melinda Dilger - Producer of "Arcane" and Global Head of Animation Production at Riot Games- appeared on **Angle on Producers with Carolina Groppa podcast:** https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0 Melinda states that they had already established a look for the show. (the gorilla look). They didn't have an efficient pipeline. Fortiche was still working out their pipeline. Fortiche had their hands full figuring it out, so she built an

13

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

infrastructure for the LA team. She states that Mark Taylor was consulting them at the point when she joined. She discussed the mess of it with Mark. So she had to build them a basic org chart for what it should look like. And taught them the very basics from beginning to end. She even had to assign people to their skill sets. She said it was a lot, it was casting the right people, building a team, hiring people, step by step, work chart, schedule, budget, pipeline, all of those things had to be done and figured out, bit by bit. She states that other than team building, which they didn't even have, she had to do the very basics.

**The plaintiff states,** how can we trust that showrunner Christian Linke (a non-writer), who claims to have written the Arcane show, and his buddy showrunner Alex Yee, wrote Arcane when they do not even understand the central conflict of the story, or what their inciting incident is, never mind basic character development. If they wrote the show, how do they not know their own story and characters.

**A5. Vander carries the children away.**

**In Arcane,** to end the opening bridge scene, Vander carries the children away. Vander becomes an adoptive father to the sisters and two others (Mylo and Claggor). Vander acts as a moral compass for Vi, teaching her about responsibility, leadership, and the consequences of violence.

14

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** Momma Grace carries Rook away and becomes an adoptive mother to Rook and two others (McCauley and Mateo). Momma Grace acts as a moral compass for Rook, teaching her about responsibility, leadership, and the consequences of violence.

*"Momma Grace ran into the apartment, sliding on the gore. She picked up the tot, carefully wrapping the toddler in the Indian woman's maroon scarf and ran out, leaving a trail of bloody footprints behind."*

**In Arcane,** Vander is a prominent and notorious hero or leader figure in the Undercity, specifically in Zaun. He is an aging stocky fighter who many believe is past his ability to protect the street children and keep the piece. He has many underhanded trading, bartering, negotiating and dealings with all kinds of shady characters. Vander is a former revolutionary who once led a rebellion against the oppressive rule of Piltover, but after seeing, and experiencing the devastating impact of violence and war, he abandons the life of a fighter, but his history and conflict eventually catches up to him. Vander is later turned into a werewolf called Warwick.

**In Bloodborg,** Warick is a prominent and notorious hero or leader figure in the Undercity, and in the Mouth district. He is an aging stocky fighter who many believe is past his ability to protect the street children and keep the piece. He has many underhanded trading, bartering, negotiating and dealings with all kinds of shady characters. Warick was a military officer of the Ark Defence, turned to an extreme revolutionary who once rebelled against the oppressive and murderous rule of the Ark after experiencing the devastating impact of violence

<div align="center">15</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

and war, towards his own family, he abandons his post, going AWOL and blowing a hole in "The Wall," which came to be known as "The Rupture." The only time in history which the wall was breached. As this attack on "The Wall" was committed, Warwick is mysteriously teleported away to New Kowloon where he makes a new life, of relative peace, as much as is possible in a lawless environment, like New Kowloon, or its counterpart Zaun. But Warwick's history and conflict eventually catches up to him. "The Rupture," in Bloodborg, will later be shown to be remarkably similar to Jayce's attack on the anomaly in Arcane. As this attack on the anomaly was committed, Jayce is teleported away.

**Similarities-** Both Vi and Rook are carried away from the deaths of their parents. Both are adopted by the protective parental figure who rescued them. Both are later nurtured to become leaders, both are taught to fight, but only for protection. Both of these parental figures are later killed, repeating the same cyclical story beat, again, as explained in section A3.

It is alleged that the story beats, mannerisms, personality and whole character concept structure of Vander is taken from Warwick from Bloodborg, but this will be explored in a comparison of the two in another evidence document.

16

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Exhibit B- Arcane S1 E1, after the intro- Vi Climbing/ Parkour.**

After the traumatic bridge scene, and Imagine Dragons music intro, Arcane shows Vi's opening parkour scene and we see many of the characters behaviours for the first time. Vi is now of Tween age which is the same age group as Rook in Bloodborg who is alleged to be Vi's counterpart.

**B1. The Climb.**

In this scene of episode 1 of Arcane, we see Vi climbing a building. She adjusts her slipping hand position finding a better grip, she poses on her fingertips, ready to spring up. She springs up to her next position but her right foot slips. She repositions the weight on her left foot and allows her right foot to dangle to counterbalance. She uses the momentum, slightly bending her left leg, to leap up to a pole for a firm hold. With a firm grip she takes a moment to protectively check on the others (Powder, Mylo & Claggor) below her, each climbing on poles, metal panels and walls. This already signifies her leadership role.

  

 

The Plaintiff commends, this climbing scene is remarkably detailed and accurate, down to the fingertip leveraging and the counterbalance weight bearing and using the dangling leg as momentum. The Plaintiff believes this scene is brilliant.

17

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg**, Rook, who is alleged to be Vi's main counterpart, is also a skilled climber and parkour runner. The Plaintiff also wrote several climbing scenes In Bloodborg. As a former boulderer and climber, The Plaintiff wrote counterbalance and leverage techniques into some of these scenes.

Warwick's POV- "*He lowered his left leg, allowing it to dangle, he swung it about, hoping to find a pipe he could shimmy down to. The fingertips of his hand slipped away as his left foot found a crack in the cement wall. Pushing off the crack with his toes, he regained his grip.*"

**Similarities-** Both Vi and Rook are skilled climbers and parkour runners. Yet the scene from Bloodborg which is a remarkably similar match to this Arcane scene is one from Warick's POV, suggesting the "Pix N Mix" method of lifting narratives and IP. The difference in this  extract of writing is the switch of left to right leg dangling. The similarities in this second scene go beyond coincidence. From two, supposedly unrelated pieces of work, we have a leadership figure of the group, female tween climber and parkour runner, protective over two adoptive brothers… in both. Arcane adds in a younger sister. Thus we can see from the very outset that the characteristics, psychological and physiological skills and sets of Vi and Rook are remarkably similar. This demonstrates micro similarities in the macro structure of these two (Vi and Rook) characters, their personalities and their narrative arcs.

Additionally, the climbing snippet of Warwick's POV, shows the micro details of writing, down to the counterbalance and leverage climbing techniques being remarkably similar in implicit detail.

<div align="center">18</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**B2. On the Roof S1, E1- Vi and Powder and Vi's Orphaned brothers / friends Claggor and Mylo.**



In this scene, we see the four children (3 in Bloodborg but there are younger gangway children) standing on the roof together. It should be noted that both Claggor and Mylo were shown in the pilot / 10 year anniversary video in October 2019.

At this time Bloodborg was long written, partials and almost full manuscripts and synopsis had been circulated. Some literary and talent agencies, such as Curtis Brown Group and Riot Forge, were taking submissions via their online portals, as opposed to, or alongside, email submissions.

Yet the Riot Games 10 year anniversary video did predate the main round of submissions in early 2020. The Plaintiff states that he can show evidence that some form of work on the animation for the 10 year anniversary video began At Fortiche Production SAS, the French animation studio headquartered in Paris, in the Summer of 2019.

The Plaintiff can also evidence that Riot Games has a history of retconning and backdating work and "IP" to fix problems, perhaps hide theft, and to bring narratives and

<div align="center">19</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

characters aligned to new directions and stories. Moreover, it has been reported that bugs, hackers and other methods make it possible for people and organisations to change a video's upload date and content on YouTube and other platforms. Riot Games has a history of conducting recruitment campaigns, to solicit hackers and paying them to crack codes, find weaknesses and cheats and bugs in their games.

The blow link is an article about one of Riot's campaigns to entice and rewards would-be hackers that find vulnerabilities in the code. The article states, *"Riot Games, the makers of Valorant, have been vocal about their desire to crack down on hacking and maintaining the game's integrity. But they've taken it a step further and have now hidden a message in the game that can land you some steady income."*

https://www.thegamer.com/riot-games-valorant-anti-cheat-secret-message/

Both Riot Games and Fortiche have histories of placing hidden messages and Easter Eggs or Visual cryptography in their work. This should be noted for later evidence.

*Below is the code from the article.*



20

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This information is significant to these Copyright Infringement cases because Riot Games is a tech giant with a history of backdating stories and information and a proven history of swiping, perhaps both code and content (IP), as well as a history of actively recruiting hackers. Thus, bringing characters and content aligned to backdate and to swipe, is easy for them and it's a well-rehearsed task.

Vi's orphaned brothers/ friends Claggor and Mylo are remarkably similar to Rook's two orphaned brothers/ friends, Mateo and Macaulay. Please see the overview comparison of these characters, filed and dated January 20th, 2025- PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE- The two Brothers.

**Let's see how they match up (Few examples) from the Bloodborg Manuscript:**

*"'Quick, someone turn on the interceptor to see if they followed Rook,' said Mateo, pointing to the interceptor with a stout finger, rolls of fat coiled at his nape as he tilted his head.*

*The group of Gangway children sitting on the floor in a semi-circle, all turned to face the makeshift digital radio.*

*'I'm on it like boom sonic,' called Macaulay, already scrambling to the Interceptor, his shabby blonde hair sweeping the communications display as he reached for the headset. Nobody could operate the interceptor quite like he could, he had built it after all, not from scratch but he had improved it and maintained it since he was eight years old. He had devoted five years to this communications system, he didn't appreciate others playing around with it, not whilst he was here to operate it."*

21

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

(The only difference is Macaulay's hair color)

**Later**

*"'Did you get that Mac,' said Mateo, pointing a sausage finger at the speaker.*

*'Yeah, obviously I have, I've got it all recorded, but I'll be damned if I know what Cowboy was talking about. He speaks too fast,' said Macaulay giving Mateo the thumbs up."*

### B3. Metallic Blimp.

**In Arcane,** as Vi, powder and one brother stand on the roof, we see a metallic blimp fly overhead. Later, in act 2, we see the fighlights (Resistance) attack an airship and find it call of the biochemical drug/ weapon called Shimmer.

  

 

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** "The Flying metal monsters have been dropping more of the biochemicals and more Fighters into the cities."

The Plaintiff argues, that, if you take his narratives (Words), cut it up into single sentences- like the one stated above- or whole scenes, write them on post-it notes "Pix" all the ones you like, then "Mix" them up and rebuild them, and force them into cardboard characters, you end up with  this one scene being a story beat, just like the above shown images of Arcane, which show flying metal monsters fully laden with biochemicals (Shimmer). This essentially demonstrates the "Pix N Mix" method of IP theft.

The Plaintiff argues that that one sentence has undergone creative choices and visions, in writing rooms, then translated to animation, and still after all of this masking, it is plain to see the astonishing similarities. The Plaintiff argues that one or two from a manuscript to a visual art medium might be coincidence or passable, or even just inspiration, but when they stack up, into thousands of coincidences, it's called IP infringement. The Plaintiff will state one after another after another. The similarities are alleged to stack astronomically beyond chance or innocent inspiration.

23

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**B4. Vi / Rook's opening Parkour scene and the characters behaviours.**

Both Rook and her alleged counterpart, Vi, are skilled climbers and Parkour runners. Directly after the flying metal monster images, Vi performs impressive parkour skills, with slides and jumps.

 

*Vis roof slide and jump*

This is a major part of the characterization and storytelling of both young Vi in Arcane and Rook in Bloodborg. For a deeper dive into the striking similarities of these two characters, please see the document titled, COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG. WITH REFERENCE TO POV'S FROM BLOODBORG AND PSYCHO-EMOTIONAL ANALYSIS. VI VS ROOK, PLUS ELEMENTS BORROWED FROM OTHERS IN BLOODBORG, which was filed on JANUARY 15, 2025.

It is alleged that Vi's movements, skills and actions closely mirror those written into Rook's POV in Bloodborg. For written examples:

**From Bloodborg,**

*'I slid down a roof ledge and performed that rolly jump I do, you know the one, I skidded in through the blue tarpaulin.'*

24

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Later*

'I've intercepted Feral Fighters with poor radio discipline. Their talking about a runner boy who they couldn't catch today. These fools couldn't catch their reflections in the mirror, never mind catching our Rook,' said Macaulay unplugging his headset for all to hear.'

*Later*

'I'm sure Mat. There isn't a person alive who can navigate the skies of New Kowloon like I can. Mac could you plan me a route to Lugar dal luz popping off three or four of the jammers on the way.'

*Later*

The dawn sun sat low between the needled pricked skyline, like a fiery tracer round shot far into the distance. The two moons above hung large and full in the sky: the powdery grey moon set far in space and the metallic darker grey moon set nearer- more menacing.

Rook crouched on the steel corner of a rooftop - a modern-day hooded gargoyle, silhouetting in the fine smoky clouds.

*Later*

Rook cleared a big jump which two of the three fighters fell, one clear missing it and the other smashing his face into the rusty metal rail, then dropping onto his head on the gangway below.

**From the Bloodborg Synopsis**

Rook's POV is also narrated in the close third. Rook is living in the Needles District of New Kowloon. No gender pronouns are used in this narrative until Rook, thought to

25

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*be a boy, is revealed to be a girl. Rook must disguise herself as a boy to stay safe in her neighbourhood. Rook is a sky parkour runner who … Rook runs around the city disguised as a boy, destroying the jammers.*

***Similarities,*** in these two characters we see the same skills, characteristics, rolls and jumps. This is a major part of the narrative of tween Vi, which accounts for the first act, first 3 episodes of season 1. In Bloodborg, Rook is more skilled in these areas, and they appear more in her POV. Indeed, these parkour skills are central to Rook's mission and survival in Bloodborg.

**Conflict,** Vi was introduced as a playable character, or "Champion" within the LOL game's lore in December 2012, since 2016 she has had a number of backstories which have undergone many updates, up to, and past, the 10-year anniversary video in October 2019, which introduced Riot's desires to make an animation show. Even the backstories updated at this time in late 2019, do not align with or even hint at the Vi we see portrayed in act 1, nor any parkour skills in her past. Moreover, Vi's inconsistent in-game backstories do not align with the Vi character we see in Arcane, particularly her early life.

**B5. Arcane Vi and Arcane Lore are not from the LOL games.**

In the past lore backstories of Vi, updated in late 2019, supposedly when the show was being made, although it was not greenlit, she is described as a "Punch first, ask questions later" hard girl. She spent time in an orphanage which burnt down, then she joined a criminal gang and robbed a mine, trapping the miners in. Then she punched down a wall to free the

26

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

miners, because she was a "good criminal", then "laid a beat down on the gang", then fled to Piltover (which was still separated from Zaun on the map) and then became a "Bad Cop." It's all trope and trope and cliché and trope layered on thick, with no proper characterization or character development. The inconsistent backstories and narratives are paper-thin. She is not the Vi from Arcane and is only recognizable because of her bright pink hair.

The Plaintiff, notes, if the Arcane Vi was already planned, why are Riot investing in inconsistent, and even conflicting narratives at the same time? And now all that work has been retconned because Arcane is the new cannon lore. Moreover, if effectively deleting years of the work of many creatives, isn't bad enough, all of the narrative writing teams, and Riot Forge publishing teams, were let go in January 2024, accounting for 11% (Over 500) of Riot Games's LA work force.

**C. BlueBeam and Eyes- The Blue Energy Balls from Arcane were also a concept of the Bloodborg Manuscript.**

**In the Bloodborg Manuscript:**

*'The second wave of the mutated were now climbing the fence. Warwick took a marble like glass electromagnetic ball from his jacket pocket. He threw the ball at the mutants on top of the fence. It struck one mutant on the forehead. Detonating on impact, an electromagnetic pulse shot out in all directions, exploding all the mutant heads it reached, in an instant. The headless bodies, simultaneously flopped down on the fence, pulling the fence down with them.'*

27

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** the electromagnetic balls that Warwick uses are primarily used as a weapon with devastating effects and a teleportation energy, combining advanced technology with a dramatic, energy-based destructive force. The concept of a small, handheld blue marble-like device that unleashes immense power upon impact is strikingly similar to how the Hex Crystals work in Arcane, which is not how they were portrayed before Arcane. In Bloodborg, these blue electromagnetic balls are made in a more scientific realism way, than in Arcane.

In Bloodborg, the balls are tied to a deeper aesthetic and a deeper energy which powers many of the devices and technologies in the manuscript. Blue and Eyes are a function of the storytelling in Bloodborg, and it's alleged that Arcane also "Swiped this specific use of aesthetics. The energy / technology system is called BlueBeam, although it isn't explicitly named as so, but is repeatedly used in many POVs. The same energy is used in the forearm device of D'borg as a type of energy mapping system and integrated command system with many functions. It also powers D'borg's blue laser eye. It is also used to open eye portals and teleportation windows.

### C1. To divulge narrative secrets to the court for the sake of transparency,

One of BlueBeam's literary functions is a satirical play on the Project Blue Beam conspiracy theory. If you go to the M.W. Wolf webpage, it can be observed that much of the M.W. Wolf catalog has satirical undertones.

**In Bloodborg**, BlueBeam energy is tied to blood energy and blood engineering, but this is implicitly implied in the manuscript. In short, the energy is a mix of Fusion energy,

28

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Blood engineering, electromagnetic and higher consciousness. It is used for weapons, to open inter dimensional portals, quantum entanglement and transportation via teleportation. Bloodborgs are created via the same, yet in the manuscript, even the blood engineering goes deep into the science, describing how early state embryos produce trophoblasts and these are harvested from blood. BlueBeam, portrayed via technologies, aesthetics and eyes are therefore major plot and structure features of Bloodborg.

Yet the use of said literary devices goes even deeper. The M.W. Wolf Megaverse of Fiction books are interlinked in a spaghetti-like universe, much like Stephen King and Brandon Sanderson have achieved. BlueBeam and using eyes as a storytelling device ties into The Inverted Organelle theory of consciousness and the universe (IO-CU). The IO-CU is a real-life scientific theory of everything. The IO-CU also underpins all of the M.W. Wolf Megaverse of Fiction. Eyes are organs of the body which connect consciousness and the internal universe to the perceived outside universe. Eyes are the organ in which reality is inverted.

https://www.mwwolf-fiction.co.uk/the-inverted-organelle

Thus, these elements of Bloodborg, also in Arcane, are not just uses of an eye or a blue ball to look cool. The meaning and use in the story goes far deeper than anything which could be perceived as chance. Yet, in Arcane, they flash eyes but do not link it to any meaning, and even Hex tech is left ambiguous, seemingly retconning Riot's history of Hextech.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*C2. Hextech Crystals and eyes in Arcane*

 

  

The Plaintiff alleges that Arcane creators saw an opportunity to make these electromagnetic balls into their Hex Crystals. Again, this is the "Swipe N Gripe" method to amalgamate IP into one to hide the theft or infringement. It is alleged that the "Swipe, is the taking of the content, the "Gripe" is the masking or adulteration of the content to merge it with existing content. It is alleged that this is where the "Treasured Gateways" policy helps to backdate false ownership or intent.

30

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The transformation of Bloodborg's Bluebeam concept from an electromagnetic pulse and transportation technology to a magical energy source is alleged to have given Riot Games the creative freedom to re-build the lore, style, use and origins of hextech.

The Blue Energy Balls from Arcane have a distinct visual and conceptual identity tied to hextech and the magical essence that powers the world of Runeterra. The crystals, however, take on a more mystical and magical approach, powering technology through magical energy rather than the electromagnetic pulses of the Bloodborg manuscript.

Hextech in its in-game forms, long predates the circulation of the Bloodborg manuscript. However, its portrayal, origins and use in Arcane is far different to its portrayal in the LOL games. This will be explored and evidenced in a separate document. In short, in the Games lore, Hextech is powered by Hex crystals which come from the magic souls of giant purple crystal scorpions called Brackern.

**In Arcane**, this isn't the case. In Arcane, Heimerdinger states that Hexite crystals are created by putting Galsite under immense pressure. Jayce presents his Hextech research to the Council in Piltover. During this scene, Jayce mentions Galsite. Some long-term content creators of Riot Games content, have expressed concern that Arcane's use of Hex crystals, being a mined gem, essentially eradicates the lore of Brackerns. This retcon has also presented many more problems for Arcane, including the lore of Seraphine, who was released in League of Legends on 29th October 2020.

It begs the question, why are Riot Games releasing characters if they are also working on Arcane which usually deletes her lore?

31

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**C4. Hex-con – Hextech retcon.**

In the posts below, Ellie Lewitch of Riot Games explains that Skarner's lore had to change significantly as the League of Legends universe was moving towards a more consistent canon, with deeper exploration of hextech's origins, particularly through Arcane. This required a complete reimagining of Skarner's role, as well as the role of the brackern, the ancient crystal scorpions of which Skarner is a member.



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### C5. BlueBeam vs Hextech conclusion

Thus we can confidently deduce that Hextech was being reimagined and reworked for Arcane. In Arcane, the blue Hex Crystals are a key element tied to the plot, used as power sources with immense magical potential. Before Arcane, the visual concept of hextech in League of Legends wasn't as defined or centralised around these blue energy crystals, at least not in such a dramatic way. The series really amplified their importance and made them a recognisable symbol of magic-infused technology. Before Arcane, Hex Crystals were the screaming souls of dead crstal brackern.

So, while hextech itself predates Arcane, the prominence and specific visual of blue energy balls or crystals really gained traction with the series and the lore was completely differnt. Prior to that, hextech was more abstract and less visually specific in terms of these blue energy sources.

Moreover, Hex tech wasn't used in the same manner. Before Arcane, Hex tech was not used for teliportation nor travel. Hexgates as we see them in Arcane were indeed introduced specifically for the series and were not a part of League of Legends lore prior to that. In Arcane, the Hexgates serve as a crucial innovation, enabling instantaneous transportation and revolutionising trade and travel between distant locations, further enhancing Piltover's reputation as the "City of Progress."

Before Arcane, while hextech was a known concept in the broader League of Legends universe, its applications for fast travel or teleportation hadn't been defined, used or visually represented in this way. The Hexgates are a new creation for Arcane, expanding the potential uses of hextech technology in a significant way. This showcases how hextech has

33

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

evolve away from the retconned lore, from just being a power source or weaponry to something that reshapes the very infrastructure of the world.

The Plaintiff alleges that it is confirmed by Riot employees many times over, that LOL Hextech has been retconned to bring it align with the Hech tech of Arcane. The Plaintiff alleges that Hextech in Arcane is significantly similar to BlueBeam of Bloodborg. Plaintiff specifically notes the retcons, teliportation and travel links, blue energy balls, and later in the story, the links to eyes, blood energy and blood engineering, which were never fetures of hextech before Arcane. Hextech- and later Shimmer - are set up as a MacGuffin and plot anchor (around 19%).  In Bloodborg, The MacGuffins / plot anchors are Fusion, BlueBeam (with Vada in-brain) and Fetal Sapien Serum. The Plaintiff alleges that these concepts are remarkably similar. Additionally, it is alleged that Shimmer is a blood-based biochemical, turned purple to account for cultural sensitivities and censorship in easterned markets.

### D. Chase and Pipe Slide Scenes (S1, E1).

Both of these scenes appear in both Bloodborg and Arcane. Children running and escaping down a pipe is not specific, nor detailed enough to establish infringements. However, when they stack up, scene after scene after scene, "Pix N Mixed" in different orders, with specific details observed in both, the case of infringement becomes clearer and more defined.

Until this point, the Plaintiff has shown how all of the story beats, designs, characters, concepts, plots and structure points are astoundingly similar. This has set up the stories. Even if the stories massively diverged from here, the plaintiff states that there is already ample evidence of copyright infringement. Yet the crossovers are alleged to go far deeper.

34

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This brings us to the story structure point called the "Key Event." A key event in a story is a moment when the main character becomes involved in the plot after the inciting incident. It's a pivotal moment that propels the story forward and changes the character or their situation. After the key event, the protagonist or characters have crossed a line of no return. There is no going back. Something or someone has created an event which will propel the story forward and pushed the characters into the main plot. The Key Event comes at around the 12-25% mark. It leads right into the First Plot Point (25%) which marks the end of the first act. After this point, the whole of the main story is set in motion.

It should be noted, this structure is universal, across all mediums of storytelling, yet It doesn't have to be told in a linear way, and some might not follow any structure at all. Yet the overwhelming majority of stories do follow this structure.


### C1. POV and Composite Stories Structure

Arcane season 1 is a nine part episodic TV show, told in 3 acts, and like Bloodborg, it interlinks many points of view. This is a little different to the norm, as is Bloodborg. Bloodborg tells 6 main POVs with side story quasi POVs. These storylines interlink and are told from many different locations, building together, winding tighter and tighter together until they are all bound into a climax. Only the first Bloodborg book is written, but Bloodborg: The Harvest can be read as a standalone book with all the plot points and so can each of the POVs. This is relatively the same in Arcane. This is sometimes known as composite stories or nested stories. It's common in TV shows. Yet to have many different storylines running side by side that crossover, and tell the same story, with the same beats and same

<div align="center">35</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

characters in two unrelated pieces of work, is like tossing strands of hair out of an aeroplane and expecting them to be braided before they hit the ground, to use an analogy.

### C2. Key Events- Boom Boom!

This brings us to the Key Events of these two pieces of work, and the reactions to the key events. The Plaintiff alleges that the ordering of these scenes are different in Bloodborg, yet if you place all of these scenes on post-it notes and rearrange the order, you get the same events told in a different order to fit the narratives and the characters. Every moment of which will be explained.

"The Heist" gone wrong is subversion of "The Heist" Plot Archetype, used as the Key event in Both Arcane and Bloodborg.

Furthermore, the consequence of the heist gone wrong in both pieces of work is and explosion, followed by a chase and the gangs reacting, scrambling to reorganise (Re-org) and figure out the next move.

**Arcane's Key Event-** Vi and her gang go on a heist, across the rooftops. They break into Jayce's apartment after receiving a tip from "Little Man" who later in the story becomes Ekko. The heist goes wrong, Powder drops a hex ball and blows half of the apartment out- Kaboom! This explosion is the catalyst (Key Event) which forces The Enforcers to hunt down Rook and her gang, also making them a target for Silco and his Goons after they bump into Deckard in an alley and he sniches on them.

36

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Overview, Bloodborg, Rook's POV Key Event-** Because of the "show don't tell" device and the nature of good storytelling, you have to do a little more work to figure out what went wrong in Rook's "heist". Rook runs around the roofs and cables of the high towers, blowing up the signal jammers for White-eyed Morgan, known as Sky-Pirate Morgan. Morgan is a mysterious and shadowy leadership figure, leading a resistance from deep down within New Kowloon. Morgan runs Yonder-Sky-Pirate Radio Station, broadcasting live from a hidden place. He informs everyone about the plans of the Feral Fighters and The Assemblage. Morgan organises food, alcohol and supplies drops, coded as "The Last Drop" (which just happens to be the name of the Zaun based pub/ club which the children live under in Arcane).

The people who help Morgan are sent coded delivery drop points in messages. In return resistant members and supporters help keep the airways open and feed Morgan with information or they help with other missions. Rook, being an amazing parkour runner and climber, helps by blowing up the signal Jammers- Kaboom! This helps feed her and her adoptive family and the Gangway Children. After blowing up some jammers, Rook flees and is nearly caught. She is forced to make a big, and very risky jump. She hits her face landing the jump. This explosion and near miss, in which some of the Feral Fighters didn't survive, is the catalyst (Key Event) which forces Cowboy Momahan to hunt down Rook and her gang. After Rook's adoptive brother bumped into Dodge in an alley, and he gives them information, it is implied that he snitched on them (But he was innocent).

37

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Extracts from Bloodborg-

*'I hit my face as I landed the big jump, the one between the sky-rail control tower and the central cable mast,' yelled Rook, rubbing the swollen cheek, hidden under the tightly wrapped maroon veil."*

Later

*"'I've intercepted Feral Fighters with poor radio discipline. Their talking about a runner boy who they couldn't catch today. These fools couldn't catch their reflections in the mirror, never mind catching our Rook,' said Macaulay unplugging his headset for all to hear."*

Later

*"'He's too quick Boss, you need to see him move before you blame us. We couldn't catch him. We couldn't even shoot the little bastard, he isn't from around here, nobody in the Needle District moves so quick. He climbs like a fucking cockroach, runs like the wind and jumps like he has no fear of falling. He runs in zigzags and hops over ledges with his hands, like a bastard monkey. The little bastard monkey boy. If I get him boss, I swear it, I'll-"*

Later

"In other news, the Feral Fighters have been working overtime to block my broadcasts, destroying my speakers and signal masts to silence me. I urge my fellow New Kowloonians to take to the skies to find the jammers and destroy them by any means."

Later

*"Mac could you plan me a route to Lugar dal luz popping off three or four of the jammers on the way.'"*

Later

<div align="center">38</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*"Rook set and detonated explosives to sever the four main stability cables. The dome dropped and popped like an air bubble. The shattering glass rained down on the Ferals, mincing them to piles of raw hairy flesh. The jammer was crushed to scrap metal."*

Later

*"'I bumped into Dodge near Tec Alley, he said he'd been locating them for an old black guy with white eyes, he gave me the info chip."*

**From the Synopsisof Bloodborg-** *"The Feral Fighters and the Assemblage are trying to take down Morgan and trying to stop him from broadcasting, so they place jammers around New Kowloon. Rook runs around the city disguised as a boy, destroying the jammers"*

**Key Event Conclusion**

The Key events of these stories are both heists gone wrong, a subversion of "The Heist" Plot Archetype. Both mistakes are from explosions, both events drag the antagonist into the plots, and both mark the gangs as targets for criminal "Kingpins" and their fighters. Both gangs are thought to have been "Stitched on." In Arane Hextech is lined up as the plot device, or MacGuffin (around 19%).

39

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### C3. The Chase.

After the Explosion Vi and her gang are chased. This is one of the many points where it is alleged a major patchwork of "Pick N Mix" is used, taken from different parts of Bloodborg. For The Chase the plaintiff will present images from Arcane. Under each image the Plaintiff will match the segments which are alleged to have been post-it notes or pinned up in writing rooms.

 

*BB- "The gangway snapped off dropping past Rook. The flanking pillar collapsed,"*



BB- "They turned back to see a grey dust cloud shoot up into the air."

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

 

BB- *"The solarscape protection force ran towards Rook with electric stun batons at the ready. With returning vision Rook Jumped up. Dodging and weaving, Rook danced around the protection force officers until the street hatch blew up into the air and three Feral Fighters ran into the street opening fire into the crowd. Everyone dropped to the deck, including the Protection Officers. Rook ran fast- past the fake tanning shops and plastic surgeons' shop fronts..."*

 



BB- *"Rook cleared a big jump which two of the three fighters fell, one clear missing it and the other smashing his face into the rusty metal rail..."*

41

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

 

*BB- "Pinged off the pipe by Rook's head, spraying steam into her lenses."*

### C4. Pipe Slide Scene



 

42

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

BB- ""Follow me,' she said, running through the street platforms. Soon they came to an opening in a large pile of rusting metal. Rachal push down on a foot pad, releasing a metal hatch. Rachal moved a sheet of corroded metal aside and hopped into the pipe.

'It's a long way down Rook, and it's fast, but it's safe, follow right after me,' said Rachal, placing her hands on the top of the pipe. 'See you on the flipside,' she said, disappearing into the pipe.



"Rook hopped into the pipe. She Looked back up towards the north of the district. Smoke still rose from her home. She whimpered."

Rook whizzed through the pipe, descending into the smog, holding gulps of air in her cheeks. The old metal pipe curled, then fell…"

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



BB- *"They built the raised streets, closing off our sunlight, they drop their rubbish on us…"*

 

BB- *"Rook found a service hatch and emerged silently, topside of the smog rotators. The under lanes of metal planks, service tubes, cables and columns…"*

**Chase & Pipe Slide Conclusion-** These happenings end the Key Event. In terms of progression (Word count or place in the whole storyline), we are now 25% (a quarter) into the structural framework which sets up the whole of Arcane. This gets us to the First Plot Point which marks the end of the first of 3 acts. Thus, in terms of plot structure we are almost 1/3 into the 3-act structure. We've matched all of the major structure points showing in a deep dive, how they are astonishingly similar.

44
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**D. First Plot Point- Snitches, Lanes, Traitors, Traders and Hound.**

**Arcane-** The first plot point in Arcane comes from the reactions to the hex crystal explosion and heist. From this explosion and the aftermath Silco finds out that Vander's children are in trouble. Silco subsequently sees this as an opportunity to trial his new biochemical drug, Shimmer, to move on Vander and his children, with the help of a topside Enforcer "Marcus".

The FFP is the Enforcers hunting Vi and her gang, making them a target for Silco and his Goons after they bump into Deckard in an alley and he sniches on them.

Although we haven't met the characters yet, this hex explosion also brings Jayce and Viktor into the central story plot. In Arcane, We see a few last subplot and main plot setups before the First Plot Point is set in motion.

**Bloodborg, Rook's POV-** We see a similar first plot point shaping up in Rook's POV. This is shown via an intercepted radio transmission of Cowboy Momahan planning to move on Rook and her gang.

It should be noted that Cowboy Momahan speaks in a new world mongrel deep south dialect.

BB-"'y'all bring that monkey climbing piggy fuck to me, is what you gonna do. Aah wanna know who this yellah belly dog fucker working for, and why he ain't working for me. Aah'm the diddy of this here District. This sinking city gonna be mahn someday. Just as soon as those Assemblage main fellah git me mah re-e-tiremen-ter fund and Lem-me back on the mainland, amen. They sayd it won't take long they sayd. The sayd I can take mah boys along for

45

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*the ride. Y'all coming with me, if y'all lac. Just so long as you catch me that dawg, be-fo-wal it's too late, be-fo-wal that Lickety split boy cause us here some more damage. Aah'm taard of that boy running rings around mah boys and make-in us'all look lac fools. He aint nothin special, aah'm gonna teach that boy a lesson. Get me that boy."*

In both works, the reaction is of a kingpin/ gang leader declaring that he has an unofficial plan to make a move on the children. Yet before we reach this point in Arcane, we have more set-ups and exposition to cover.

### D1. Snitches

Vi and her gang bump into Deckard and his mates in an alley, they have a fight, and Deckard sniches on them to Silco.



**In Bloodborg-** Discussions of a planned fight take place against the person who they believe is snitching, but they are wrong.

*BB- "'I bumped into Dodge near Tec Alley,"*

*BB- "'I think I may pay a little visit to our friend Dodge when he's least expecting it, something sounds offish here.'"*

46

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**D2. Ditching the links to the explosion/ incident.**

**In Arcane,** Powder chucks the loop bag over the rail, and it sinks down into the dark abyss.







BB- "If I were you Mac, I'd have chucked that info chip straight over the rails and into the abyss.'"

47

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### D3. Vi Post Fight

Post fight, we see Vi and her gang take an elevator down to the lanes, which are in the underworld of Zaun. Vi has a maroon hood and swollen cheek. Later in the series Vi also has a prominent upper lip scar. Vi from Riot Games' League of Legends did not originally have a scar on her upper lip prior to the release of Arcane. The scar across her lip was introduced specifically as part of her character design for the Arcane. The scar adds more depth to her character, emphasizing the harsh, violent life she led growing up in Zaun.

 

### From Bloodborg,

*"Yelled Rook, rubbing the swollen cheek, hidden under the tightly wrapped maroon veil."*

Later

*"Rook unwrapped the maroon head vail, revealing prominent cheekbones and raspberry lips."*

Later

*"Rook pulled down her maroon vail and gazed at her reflection in the blade."*

Late

*"Purple bruising followed the ridge of her teary cheeks. Her perky under lip was torn."*

<div align="center">48</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**D4. The Lanes**

**"**The Lanes" to describe the streets of Zaun in Arcane was not widely used or explicitly established in the League of Legends lore prior to the series. In the pre-Arcane lore, Zaun was typically referred to as a polluted, industrial city which started far apart from Piltover on the map but grew closer and became its sister city. Now Zaun is below Piltover, full of chaos and poverty. The Plaintiff will file a separate document detailing the development of Piltover and Zaun.

In League of Legends (LoL), "lanes" refer to the three primary paths that run across the map on the game's main mode, Summoner's Rift.



**In Bloodborg:**

*"The under lanes of metal planks, service tubes, cables and columns, were pitch dark"*

*Later*

*"Warwick placed his hand on the small of Jade's back, guiding her into the lanes of the wonky erections."*

*Later*

*"Barefooted children ran through the elevated lanes, chasing after rats with fishing nets on sticks."*

*Later*

49

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**D5. More specific details of the Lanes in Both Arcane and Bloodborg.**







*BB- "Sweat greased Rook's spine as she entered the illuminated platforms of Midcity. Citypop music rang out of floating speakers. Rook pulled her hood cords tighter…"*



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT





BB- *"Trance music fussed the air. The scent of sugar, dough and coffee lingered, invitingly."*

BB- *"Skinned dogs, cats and rats, hung from hooks on the trading stalls, running down the lanes."*







BB- *"Doorman ushered people into their clubs. Prostitutes of every creed and gender, every shade and size, touted for business."*

BB- *"As a Jack pod read the retina of a large-breasted man,"*

51

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

 

The Last Drop, the name of the bar in Arcane, is alleged to have been taken from a codename for supply drop points around New Kowloon Bloodborg.

*BB- "Happy eating, natural corn, sugar, rice from the mainland, one scoop of each, make it last, this may be the last drop"*

### D6. Traitors, Traders- Undercutting the local

***The Traders -*** Jules sits beside Vern as he conducts a business transaction with Huck (Local), who is upset about not being paid the ten thousand they agreed upon. After Huck's snit tossing the bag of money toward them, Jules pulls out her knife, plunges it into the table, and asks that Huck make a choice. They're then joined by Vander, who, despite Vern asking him to leave, pulls himself a chair and advises Jules to be careful with her words as the bar patrons glare at her. Vern then calls Vander by his name and Jules by his title, "Hound of the Underworld". She follows up by saying that she expected someone younger, but Vander claims he'd expect

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

them to respect their deals. This leads to Vander politely asking them to follow up with the deal they made with Huck, and they tacitly agree.

In the original scripts these traders played a lager role, working with Silco and they took Jinx to Bilgewater to become a pirate.

 

**In Bloodborg,** it is alleged that these traders are known as the Monroe Hunters.

BB- "'*Then you can give me a fair cut of the money you made off the back of me taking out the Monroe Hunters*'"

**The Traitor- Huck**



**Arcane-** Huck is a traitor in Arcane. In Act 2, Huck betrays Vi to Silco in exchange for shimmer.

**Bloodborg-** It is alleged that Huck is taken from Marvin The Machine, who betrays Warwick

BB- "'*You sold me out to the Monroe Hunters.*'

'*I didn't, I wouldn't.*'

'*Marvin, they hired you to hire me…*'"

53

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**D7. Hound.**



    **Arcane-** In the last drop we see Warwick / Vander standoff with traders, who acknowledged his status and backdown, he shows he is a reasonable man by sharing his pipe. The act of sharing is a de-arming bond, like a handshake.

    **Bloodborg** – *"The leader looked back at the boat, moving to the corner of the platform. Warwick tossed a pack of cigarettes over his shoulder. John caught them."*

    This act of sharing is also a de-arming bond, like a handshake.

**E. Aging Mentor- Vander / Warwick**

    In time, The Plaintiff will file a character comparison of Vander and Warwick from Bloodborg, with links to other characters, such as Vi's season 2 coping mechanism. For this analysis, The Plaintiff will focus on Vander in episode 1. However, it should be noted that Vander is alleged to have been modeled directly from Warick in Bloodborg. Compellingly, at the end of season one of Arcane, Vander is mutated into a werewolf from the LOL games, called

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Warwick. Then in season 2, the werewolf Warwick is transmuted into a werewolf Bloodborg with a gold head.

### E1. Fading Reputation

 

**Arcane-** Vander, known as the hound of the undergrown is a notorious local hearo and ex-fighter, turned father figure of the street children (Vi's gang). He is stocky and aging with greying hair. He runs the pub and makes many under the counter deals and trades. Later we see Vi arguing with Vander because he doesn't want to fight back anymore. He wants peace.

In the Last Drop, Jules says to Vander. "I expected something younger."

**In Bloodborg –** '*You have been pissed up in your high tower for so long, you don't even matter in New Kowloon anymore, your name has faded, nobody fears you. You're a broken man, like that stupid broken sword you carry around. You're a fable in the kid's stories now. The man that used to fight back against the Raiders and Hunters, the man the Hunters*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*feared. That's all in the past, you have lost it, your ageing, look even your fucking hairline is*

*fading away. There's more grey on your head than there is in that bloody smog outside.'*

Later - *'Look at all this grey hair. How old are you Warwick.'*

Before - *'Warwick's stocky shoulders...'*

Later- *'The kids, the children see you was a saviour, because you fight against the*

*Mercenaries and Raiders to save them'*

Later- *'It's in the kiddie books, the street kids living in the shantytown below your*

*apartment building drew pictures of you, standing up in the windowless apartment.'*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**E2. Arguing about ability.**

**In Arcane,** S1, E1, the roof heist scene, Mylo tells Powder she is too slow and can't keep up. Then when the children get home, Mylo keeps blaming Powder and criticizing her for being less able.

 

**Bloodborg-**

*"'No chance, Matteo you wouldn't make it to Midcity never mind lower city.'*

*'What's that supposed to mean-*

*'Rook's right Matt, you just aren't in the best of shape right now. I should come with you though Rook.'*

*'You wouldn't keep up either Mac."*

**E3. Tip from Little Man.**



**BB-** *"'I scanned the chip before I brought it back here and I visited Trax to get the latest update on the firewalls before I plugged in, said Mac,"*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**E4. Everyone Out.**

When Vander confronts the children, Vi snaps back, "When did you get so comfortable living in someone else's shadow.

Vander says, "Everyone out." Dismissing the other children.



**BB**- *"No,' snapped Rook in a deep grumble.*

*'I think we have learnt enough about the trade today children,' called Mateo, struggling to his feet. 'Let's pack it up and I'll see you for deliveries in the morning, quick as you go, come on now,' He added, ushering the children out..."*

**E5. Those kids look up to you.**

Zander sits opposite Vi and begins to tend her wounds. Vander says, "those kids look up to you."

Vi says, "Yeah I know." Then she glares at the ground with an annoyed, worried and disapproving look on her face.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



**In Bloodborg,** *"*They look up to you, you know,' said Macaulay tossing Rook a bottle of water.

Rook says, "'I know, I don't like it,"

**E6. Pulling cork with teeth.**





PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**BB-** *"said Warwick, pulling the whiskey bottle cork out with his teeth and filling his empty tea mug with whiskey."*

**BB-** *"Warwick pulled the cork out of the bottle with his teeth and spat it at Roy."*

**E7- Inspecting wounds and tending to bruises.**

Vander / Warwick inpects and tends to Vi's bruising. Vander says, *"How did you get this?"*

Vi says, *"Some idiot was following us."*



**BB-** *"Who did that to you?' said Warwick, holding Jade's chin, running his finger over her bruises."*

**BB-** *"'Quick, someone turn on the interceptor to see if they followed Rook,'"*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**F. Trading shop.**

In Arcane, after the conversation with Vi, Vander goes to Benzo's Trading shop, he takes goods to trade in, but really, he is going to get information about the aftermath of the explosion, and to find out who is after the children, and who followed them. Through the interactions between Benzo and Vander, we find out that they have been good friends for a long time.




**Bloodborg-** "*'Arr Mr Warwick long time many see you,' said Wu Zhang.'*

*'Hello Mr Zhang, how are you today,' said Warwick. The pair had been friends for a long time. Warwick had stopped a gang of youths from mugging Mr Zhang's wife, many years ago. They had been close friends since, plus Warwick was good for business and Mr Zhang was a very clever man, he built and help fix many of Warwick's equipments and gadgets. Mr Zhang was a relic of the district, very few people had been here before the fall, both Mr Zhang and his wife had been...*"

61

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**G. Searching for culprits and others.**

This is where we are introduced to the enforcers. Marcus (who has made a deal with Silco) and Grayson (who has a deal with Vander to keep the peace.)



BB- *"Today's movement reports suggest that a force of one hundred to two hundred Feral Fighters are marching south towards the Midcity lights, they are looking for someone close to me, they will be searching the clubs in that district, stay out of their way, they will kill as they please."*

BB- *"The Assemblage has, supposedly placed out this warrant on Jade and Morgen, but no one knows what either Jade or Morgan look like."*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*G1. Working with the Enemy*

**In Arcane,** *Vander / Warwick is working with Grayson to broker peace.*

 

**In Bloodborg – "'***You're working for the Inner Assemblage. You must be to have equipment and technology like that.'*

*'No, I'm not Marvin, but I do know you have taken bribes from them, I've known for a long time, I've let you get…'"*

**H. Looking out over the city's skyline**

In this example the Plaintiff alleges that Arcane's world building and storytelling of repeated reflective and intimate moments looking out over the city, is a narrative device from Bloodborg. This ties into the story circles of the Bloodborg: The Harvest manuscript, which shows mirroring and duality, the characters face the same conflict, from different viewpoints and perspectives and different stories. This world-building scene, as repetitive story device is used to set the mood and tone during lull moments of exposition and character development. This is a

63

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

trope, yet it is a trope used in a mirroring and cyclical way in both works and it marks the progress in both stories and it's used in remarkably similar ways.

### H1. Vi making light of the dire environment.

 

In this scene, to soften the mood and add a level of residency, showing that Vi has experienced much in the area, Vi points out places of funny events and memories, such as a man taking a leak, a painted middle finger and her favorite stuffed bunny stuck up in the wires.

**In Bloodborg, Warwick's POV**, we see a remarkably similar event and discussion between Jade and Warwick.

"'Where is the Mouth district,' ask Jade.

'Look said Warwick, pointing to the oval connection of buildings with studded rooftops. That's the mouth and they are the teeth,' he said.

'How old are you, that's something a child would name it.'

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*'A lot older than you my dear. Besides, maturity has little to do with taking pleasure in giving districts funny names based on their appearances.'*

*'I guess not, that's mostly down to lonely drunken times, looking out over the city, isn't it?'"*

**H2. Vi sits next to the handrail (broken safety features), looking over the city with Powder.**

Sitting next to a former safety feature (Handrail), which is now battered and broken, is a specific aesthetic used to convey a sense of disorder and chaos and danger in the environment. Just the presence of the safety feature, against the contrasting environment adds to the intrigue and sense of danger.



**In Bloodborg, Rook's** POV- *"Looking over the platform rail, Rook gazed down at the red and orange fires littering the gangways. Screams and cries echoed through the warren of the spiky buildings. Rook sighed and sat down against the platform handrail."*

65

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### H3. The city's buildings and districts.

**In Arcane,** during this image Vi says, *"And one day, this city is gonna respect us."*

The city does not match the topography of the history of Piltover and Zaun before Arcane. What we see is Zaun, above ground, and Piltover in the distance. We see a devouring drop below Vi and Powder. Then we see bright orange lights or fires with flat buildings in the mid-ground. Then elevated spiky buildings in the far ground.



**From Bloodborg-** *"Warwick stood at the open edge of his dilapidated penthouse apartment looking down over New Kowloon. The square of skyscrapers below him were an uneven set of blunt teeth, in desperate need of a visit to the dentist. He called this area The Mouth. Inside The Mouth a fire was spreading. He gazed into the flames, glad to be far away from the heat; Summer evenings like this were already unbearably hot and humid. The flames bounced off the fire-resistant steel creating small fireballs. The fire wouldn't last long, they never do. The buildings are designed to smother and contain the fires, self-preserving steel, they call it, it's a wonderful invention, it is part of the reason the city still stands.*

66

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*He looked past the buildings of The Mouth, to the district he calls Tetris, after a handheld videogame which he found in an old museum on one of the lower platforms. The district is more commonly known as Solarscape or Midcity. The Solarscape district has power, thus the buildings are brightly lit, like the blocks in his videogame.*

*Amongst the studded buildings in the far ground, an area of needles pricked the heavens. Needles is a smaller area, only six blocks wide by six blocks long. Needles is one of the most avoided areas of New Kowloon because a feared gang of lawless wreckers..."*

### H4. Beyond Episode 1.

This document is primarily an analysis of episode 1 of Arcane. However, it should be noted that this trope, used as an aesthetic storytelling device, and a moment of introspection, mirrored in different POV's, is a distinct feature of both works. This design continues throughout Arcane. Below is an example of Vander talking to Vi, just like Vi talked to Powder. Vi has her head resting on Vander for reassurance and care.



**Bloodborg, Warwick's POV-** *"Jade turned her head, resting her chin on his shoulder.... she sat right next to Warwick and dangled her legs over the edge of the building."*

67

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### H5. More Examples of "Over the City"

**From Bloodborg-**

1.Jade made the coffee and sat down next to Warwick at the window edge, looking out over the city.

2.'We are the Yonder-Sky-Pirates, the Pirate radio station that broadcasts out over the city every day. Morgen is our leader, you might have heard of him, Old one-eyed Morgan.'

3.'Should we get back to my interrogation,' said Jade, looking out over the city.

4.'I guess not, that's mostly down to lonely drunken times, looking out over the city, isn't it?'

5. Looking out over the city, I can see a road sign for Dunkirk

6. She looked out over the city, the skyscraper she had climbed was largely cut off from the labyrinth of connecting walkways and giant cables.

7.She gazed over the city again. She pushed a button on an infinity symbol like device embedded into her forearm.

8. The storm raging over the city continued its northern advance, she followed the storm north.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### H6. Conclusion

The "looking out over the city" trope is often used in films, books, and other forms of media to convey various emotions or themes. It can symbolize a character's introspection, longing, or feeling of isolation in a vast urban landscape. Sometimes it represents ambition, as if the character is contemplating their place in the world or what lies ahead for them. Other times, it's a moment of peace or melancholy, providing a quiet break from the chaos of city life. This visual tends to work well because cities, with their lights, buildings, and activity, offer a striking contrast to the stillness of the observer, creating a powerful metaphor for personal reflection against the backdrop of a busy, indifferent world.

However, The Plaintiff alleges that, whilst the trope is common, the way it has been implemented is not. The use of the trope for mirroring POV's and conveying a sense of connectedness and repetition, adds to the cyclical storytelling and this is achieved in a unique way in Bloodborg, which is extremely similar in Arcane.

Moreover, the specific details of using humor in landmarks to make light of the dire environment, sitting next to the handrail to show safety features in a dangerous environment, head resting on a protective older male to add to a sense of vulnerability and bonding, are all examples of specific and nuanced storytelling, which are unusually similar for two pieces of work, which Riot alleges are not connected (Infringed upon).

69

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**I. Villains – Introduction to Silco and his Goons.**

In both works, the antagonists are not always so clear. In this part, the plaintiff will be using Silco as the antagonist as this is how he is portrayed in this scene near the end of episode 1 of Arcane. The Plaintiff will file a more detailed comparison of Silco Vs Cowboy Momahan of Bloodborg.

**I1. Morally Gray**

In both Bloodborg and Arcane there is a lot of moral ambiguity, a lot of morally gray areas, people and motivations, in most characters. In both works we see many characters switching roles or becoming the "Monsters". This is yet another strikingly similar important storytelling element of these works. This is contrary to the LOL cardboard versions of most of these characters.

The theme of morally grey characters is deeply woven into Arcane and is one of the show's most compelling aspects. Characters in Arcane are not easily categorized into "good" or "evil", and their actions are driven by complex motivations, often blurring the lines between hero and villain. Many times, the roles or archetypes are switched or subverted in Arcane, to varying success. This is the same in Bloodborg. Moreover, subversion is a hallmark of the M.W. Wolf catalogue of fiction.

**Silco** is a prime example of a morally grey character. On the surface, he's introduced as the primary antagonist, the leader of the criminal underworld of Zaun, seemingly driven by a desire for power and control. However, his motivations are rooted in a deep resentment of Piltover's oppression and his desire for Zaun's independence. His love for Jinx is

70

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

genuine, and his paternal bond with her humanizes him, making his character far more complex than a simple villainous archetype. While his methods are brutal and manipulative, they stem from a sense of duty to his people and a warped form of care for Jinx. Later in the Arcane series, we see Silco's backstory. He was once a good man, a bro-mancing best friend / lover of Vander's.

**Bloodborg-** It is alleged that Silco and his moral grayness, or his journey to being a villainous character, are strikingly similar to that of Cowboy Momahan's in Bloodborg. In Bloodborg, this is implicitly implied through discussions of Cowboys' dialect, his Past on the mainland and him becoming banished to New Kowloon. Cowboy Momahan's backstory from Rook's POV, mirrors that of The High Commander's backstory in Josh's POV. Both backstories are left in tantalizing mysterious ways. Both of these characters have been alive for an extremely long time (hundreds of years), yet this is an unrevealed secret in Bloodborg: The Harvest, the first book of the trilogy, which ties into the wider M.W. Wolf Megaverse of Fiction.

**Cowboy Momahan** was once good. He had a family and a ranch on the mainland (Deep South U.S.A). He was a war veteran who got hooked on adulterated blood drugs which he used as a vice to mask his suffering (PTSD). He was in a high-ranking position of power and influence. Years of life and trauma, mixed with drug use, drove him insane. He began working against the mainland, selling blood drugs. He was banished to New Kowloon but still works with the Assemblage, hoping to get back into a position of power, and trying to become the King of New Kowloon (The Underworld).

71

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**BB-** *"He was born on the Assemblage. He was a commander in the Assemblage Defence until he was banished to New Kowloon for smuggling rare blood into the Assemblage and selling it to restricted people.'"*

**The High Commander** shares a mirror story with Cowboy Momahan. He has also sustained his life far past normal life expectancy via a military trial blood drug. It is hinted that he was at Rorke's drift (22nd January 1879). Yet it's also hinted that he is originally from Spain. He has lived in many shoes. He is now commanding "The Wall", also known as "The Stand." He is also perceived as "Crazy" and perhaps "delirious," yet he is a brilliant commander. He is addicted to war, stuck in a perpetual state of adrenaline and drug fueled fight or flight (PTSD). He is also addicted to blood-based drugs.

**BB-** *"The High Commander keeps shouting something about Rorke's drift."*

**BB-** *"the High Commander made up in his head, he often speaks in tongues unknown to me, or to anyone that I've spoken to on the south wall for that matter.*

*People say the High Commander has taken The Stand for too long, and he fraternises with the Nullifidian."*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### I2. Henchman - Gustove "The Scowler" Jowler

Gustove "The Scowler" Jowler is a thug working for Silco. We see him in Silco's lair in episode one. He kicks Deckard's chair back and stands menacingly over him. Gustav is a tall, bald, intimidating figure, distinguished by his signature permanent scowl, which gives him his nickname. He works closely with Silco, enforcing his rule over Zaun's criminal underworld. Gustav is loyal to Silco and helps carry out his plans, often appearing in scenes involving intimidation or enforcing Silco's will on Zaun's streets.

Gustove gained his signature permanent scowl due to a severe injury to his face. While the show doesn't go into full detail about how it specifically happened, it's implied that the disfigurement likely came from his dangerous life in the criminal underworld of Zaun, potentially in a violent altercation, battle or perhaps burn like Singed's disfigurement.

 

**In Bloodborg-** it is alleged that this henchman/ thug of Silco's is remarkably similar to Raven Duke of Bloodborg, who is described as a Naked mole rat with burnt scarring on his mouth leaving him with a permanent smirk. The major difference is, Arcane creators turned the smirk into a scowl.

73

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**BB-** *"Warwick recognised him, how could he ever forget a face like this, the Fighter, One of Cowboy Momahan's generals, looked like a chunky naked mole-rat. His name was Raven Duke, well at least that is what he liked to be called by his men. Warwick thought it to be a childish name, one you might find in one of those Old-World comic books. Raven Duke was badly burnt during a turf war with a rival gang, leaving his face a raw pink. His mouth was scarred into a permanent smirk, revealing his chisel teeth and leaving a constant drool down his chin."*

### I3. Multiple Use- "Chross" and others.



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

It is alleged that, to save money, time and creative thoughts, the creators of Arcane used the same designs and archetypes over and over. This can be shown in multiple character designs with Riot Games IP. Moreover, Arcane "Writer" Christian Linke has spoken several times about cutting corners, saving time as animation and design is expensive, and "Not reinventing the wheel."

Thus, it is alleged that, along with Gustove "The Scowler" Jowler, The Chem-Baron named "Chross", has taken the same design features and descriptions (Naked mole rat), and changed things up a little to mask him.

On arcane.fandom.com, which might also be part of the fandom page Riot purchase to control, states, *""Chross" was once a citizen of Piltover who moved to Zaun when he realized that his skill set, and personality worked well in the undercity. Chross made a name for himself as the ruthless and clever leader of a highly organized and dangerous gang. Soon, he became affiliated with other crime lords,[1] forming the group of chem-barons that control the undercity, led by Silco.[2] Because of Silco's connections in Piltover, officers have been unable to track him down nor pin most crimes on him."*

*https://arcane.fandom.com/wiki/Chross*

On this page, Chross's design appearance is described as "*Chross is a pale and wrinkly old man with white eyebrows. He is bald with large ears, chin, and forehead all sagging due to age. He has age spots over his face and a small tattoo on his forehead.*"

75

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### I4. Naked Mole Rats- Swipe and Gripe, Gripe, Gripe.

This is a Naked Mole Rat, matched next to the Arcane characters who are alleged

to have been copied or tailored from Raven Duke of Bloodborg.










76

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The plaintiff has provided three examples of suspected re-use. The first, Gustove "The Scowler" Jowler, is the most clear-cut, as his likeness of a menacing bald chunky thug (Henchman), goes beyond descriptors, with his backstory of mouth scarring being astoundingly similar to that of Raven Duke's in Bloodborg.

The second, Chross is the closest match to an actual naked Mole Rat in terms of appearance.

The third is "Smeech", a rat with chisel teeth. Smeech is introduced in Season 2 of Arcane, which was still being "Figured out" after the release of season 1 and even during the filming of Bridging the Rift. It is alleged that the same work (Bloodborg) has been consulted over and over to build almost every part of Arcane.

### I5. Smeech

It is alleged that this is the "Pix n Mix" method, with the Bloodborg segment:

*"Naken Mole Rat… His mouth was scarred into a permanent smirk, revealing his chisel teeth and leaving a constant drool down his chin."* Being picked several times to build Arcane and as character fillers. It is alleged that Smeech is also taken from this post-it or pinned up note.

 

77

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Arcane creators state that this rat, Smeech, is a Yordle. The Plaintiff states that this is again a "Treasured Gateway" to mask IP infringement.



Yordles are a unique and iconic race in the League of Legends universe, known for their small stature, magical affinity, and diverse personalities. Yordles are a whimsical race of furry beings from Bandle City, each with its own distinct personality and magical affinity. They're often mischievous or quirky, like Teemo with his cheeky traps or Lulu with her playful reality-warping spells.

Yordles fit The Comic Relief" sidekick archetype, these funny or friendly, whimsical and magical, and sometimes clumsy characters or races often provide humor and lightheartedness to balance the more serious tone of the main characters. Some examples of this type of character design are Yoda or Wookies in Star Wars, Orko from He-Man, Donkey from the Shrek series and so on.

Of course, this character trope can be subverted and played around with. Yet it begs the question, why is Smeech a bad rat, matching the Bloodborg extract, and not a bad Yordle? Indeed, it is alleged that Smeech is much further from a Yordle than he is from an actual humanoid naked mole rat.

78

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Examples of character designs or model reuse outside of the mole rat.**

Arcane reuses certain character design elements across multiple characters or groups, which is common in animation for stylistic cohesion and resource efficiency. We see this in groups, such as The Firelights' members who are masked, Shimmer Mutants, Zaun's Citizens, Enforcers, and others.

More specific and noticeable reuse or repurpose examples include Loris. Loris is a Piltover enforcer who shares a notable physical resemblance to Vander, characterized by a similar build and facial features.



Another repurpose is Councillor Shoola (Bald African woman) matched with Deckard's friend and Silco's goon.

  

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**I6. Silco's Lair.**

**In Arcane,** Silco's subterranean lair is hidden under a crab market which the Plaintiff believes appears suspiciously like a converted train station. However, in episode one we do not see the "Crab Market" above the lair. We see marine life outside of the aquarium like window. We see marine life, many squids, in tanks lining the lair's walls.









PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



Bloodborg I wrote: Weeds and strange yellow spiky finger like marine flora, climbed the walls of the stair well, squeezing into the cracked plaster, and pulling at the brickwork, as if Mother Gaia was dragging the building down into the water- her stomach acid.

**In Bloodborg,** Wu Zhang was a professor of cybernetics and future technology, and his wife Ling was a Marine Biologist. In the back of Wu's shop, they had tanks of squids lining the walls, because they were developing biotech from marine life and many other forms of life.

**BB-** *"'What is this,' asked Jade, looking at the robot parts, drone parts and all kinds of weird and wonderful gadgets. A tank of squids lined the entire back wall. A smaller tank containing a scarlet octopus sat next to the door. The Scarlet Octopus hoisted itself to the top of the tank and dropped out onto an armchair. It plopped onto the floor and used its tentacles to drag itself across the white tiles."*

**BB-** *"Marine creatures tugged at the bodies before a larger creature dragged the woman's body down into the abyss, leaving behind a rippling wave which shook the small boat."*

81

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**BB-** *"The smog was dense, trapped between the raised platform streets far above and the black water below. Creatures slithered around in the seawater."*

**BB-** *"Creatures thrashed about beneath the water, pulling mutants down."*

**BB-** *"who knows what Old-World creatures lurked down in that flooded underworld."*

**BB-** *"Weeds and strange yellow spiky finger-like marine flora, climbed the walls of the stairwell, squeezing into the cracked plaster, and pulling at the brickwork, as if Mother Gaia was dragging the building down into the water- her stomach acid."*

**BB-**

**In Bloodborg,** the sea creatures and the experiments with them are an integral part of the story and plot. The branching-like root system of spiky finger-like marine flora, climbing the walls is also an integral part of the story and plot. The Scarlet Octopus, the squid, the tanks, and the mysterious sea creatures are all in the story of reasons.

**In Arcane,** none of these things add any depth or purpose to the story or plot. The branching weeds we see climbing out of Silco's lair are never explained. In Arcane, they grow from Shimmer, further suggesting it is a bio-engineered drug, perhaps still alive in that respect. However, we later learn, in episode 3, that these tentacle-like roots or weeds are flammable. Singed's facial scars are implied to result from these chemical burns, so perhaps they were added just to ignite a fire to rework Singed's backstory to fit Arcane. In the LOL lore, The scar was inflicted by Warwick, and Singed wears bandages to hide it.

82

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Singed is working on these creatures, so maybe Arcane, which was cut short, did have a storyline for these features, perhaps that too might have been remarkably similar to Bloodborg's use of these features.

The Plaintiff alleges that it would be an astonishingly strange coincidence for these features to have been chosen just for aesthetics and yet they match those found in a makeshift marine lab in Bloodborg.

### I7. Silco's Shimmer Eye Injection






**In Arcane,** Silco got his eye wound during a violent confrontation with his former friend, Vander, where Vander attempted to drown him in a polluted river, leaving an open gash on his left eye that became infected due to the toxins in the water, permanently disfiguring it; he is later seen injecting Shimmer into his eye to manage the ongoing damage from the toxins.

<p style="text-align: center">83</p>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Arcane,** the bridge sequence occurs during the prologue when Powder (Jinx) and Vi are children, with Vander acting as their guardian. The time gap between this prologue and the first act of the series is approximately 8 to 10 years. Thus, it is likely that Silco has been using Shimmer for a number of years, perhaps a decade. The Silco we see in the first act is much more volatile, aggressive and unhinged than that of the long hair, feminine energy younger Silco. In Act one, it is likely that Silco is suffering with narcissism and paranoia, suggesting, like both Cowboy Momahan and the High Commander in Bloodborg, Silco is suffering from the long-term side effects of his blood drug, Shimmer.

 

**In Bloodborg,** Silco's alleged counterpart, Cowboy Momahan also has to take blood based regulating drugs to keep him alive. He takes different neurotransmitters as his brain has stopped developing them due to long term use of the blood based engineered drug. Cowboy ingests his drug orally though a digital cigar. Interesting sidenote, since writing this, vapes have gained popularity around the world.

84

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**BB-** *"Cowboy, tipping back his whiskey glass. He picked his digital cigar up off the bar, he selected the neurotransmitter he desired and sucked on the butt of the bulky cigar.*

*'Aah choose adren-a-line for you little gal. It ain't as good as a line of old-world marching powder, but I got work to do today, I'll save that for our next date,' he said puffing on the smokeless cigar."*

**BB-** *"Cowboy's digital cigar fell from his gaping mouth 'Well aint that a pigs dick in the mud,'"*

**Conclusion -** These two devices are alleged to essentially be the same drug administration device, taken in different methods. One ingested and the other injected. Both administer remarkably similar blood-based drugs, both regulate the user to prevent them dying. It should be noted that other characters in Bloodborg take similar blood-based bio-drugs to self-regulate, or to heal, or feed or to stop aging. Many of them take the drugs via injection like Silco, but not in the eye. Yet bionic eyes appear a few times in Bloodborg. Also, in Bloodborg, eye colors change due to these Blood-based bio drugs and afflictions, which is what we later see in Arcane after Jinx is given Shimmer to save her and her eyes turn pink.



85

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**I8- Meeting Silco.**

  

It is alleged that Silco of Arcane is taken directly from Cowboy Momahan in Bloodborg. The Plaintiff will file a side-by-side detailed comparison of Silco and Cowboy Momahan. In short, both are ruthless underworld gang leaders / kingpins. Slico's men are called Goons. Cowboy's men are called Feral Fighters. Both Cowboy and Silco are working with topside connections (Piltover / Assemblage). Both have vowed to be the King of the underworld (Zaun / New Kowloon). Both have balm naked mole rat like henchmen. Both use blood-based drugs to self-regulate. Both are searching for the parkour runner/person responsible for the explosion of the Key event (Rook/ Vi).

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Psychosis and mental illness as trauma responses in Cowboy Momahan and Silco from Bloodborg and Arcane, respectively.**

In Bloodborg, Cowboy Momahan, the leader of the Feral Fighters, has vowed to unite the gangs, the hunters and raiders of The Needles district, to fight against other districts, for full control of New Kowloon. He has announced that he will be the first King of New Kowloon. He is a narcissistic violent and cruel scrawny rat of a man, barely kept in check with inhaled neurotransmitter drugs. In Arcane Silco demonstrates signs of narcissism and paranoia. His obsession with power and control, along with his delusions of grandeur, reflect deep psychological scars from betrayal and loss. He self regulates in the same way, yet he injects the drug into his eyeball. Silco is a subtle and more poised, dialed down version of Cowboy Momahan.

**BB-** *"Needles is one of the most avoided areas of New Kowloon because a feared gang of lawless wreckers, rapist and murderers patrol the platforms and gangways. They call themselves The Feral Fighters. The leader of the gang; Cowboy Momahan, is attempting to take control of all of The Needle district. He is trying to recruit an army to plunder the city. He receives weapons, alcohol and drugs from the Assemblage in exchange for raiding services and blood donations (trafficking people for their blood)."*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**J. Blood Based Drugs (Shimmer and Fetal Sapien Serum).**



Shimmer, the glowing purple substance in Arcane, is a synthetic chemical drug developed in Zaun by Singed, with the backing of Silco. Its origin lies in Zaunite alchemy and Singed's experiments to create a potent substance with transformative and often dangerous effects.

**J1. Inventing Shimmer**

Shimmer was originally created by Singed from a species of glowing purple flowers that he found in the caves of Zaun as one of his many attempts to find a way to cure his comatose and terminally ill daughter Orianna. His first known test subject was Rio, his Waverider pet. Singed essentially uses Rio's blood as the foundation for creating Shimmer; he extracted the unique regenerative properties from Rio's mutated biology, which was derived from a species of glowing purple flowers she consumed, to create the drug.

 

88

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**J2. Further development of Shimmer.**

Later in the series, we see Singed hunting Greater Murk Wolves to extract their blood to mix it with Shimmer.

 

Singed then mixes Shimmer with the blood, and perhaps DNA, of Greater Murk Wolves, with his own harvested blood and Zaun green chemicals to turn Zander into a werewolf called Warwick.

 





89

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Singed isn't finished yet. In season 2, after Jayce kills Jesus Viktor and Isha kills Vander/ Warwick the werewolf, Singed uses harvested blood of the dead werewolf and the mutated shimmer followers of Viktor and his "Glorious Evolution." Singed pumps the harvested blood into Viktor's egg (D'borg's Egg in Bloodborg), and also back into the werewolf, finally making two Bloodborgs, the "pinnacle of all creation." The first is a werewolf vampire Bloodborg with a gold head. The second is Bloodborg Jesus Viktor.







90

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**J3. Bloodborg Viktor and Warwick**

It should be noted, both Viktor and Warwick were playable characters in the LOL games. They both had backstories. They have both been retconned to bring them aligned to the new characters and stories of Arcane. The pre-Arcane characters are unrecognizable to the new Bloodborg Viktor and Warwick. Warwick was a werewolf with Zaun Green chemicals powering him. Viktor was a metal man, a "the Machine Herald". Dr Doom type tin man. Below are the pre-Arcane Viktor and Warwick.

 

  

91

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**J4. Effects of Shimmer compared to Fetal Sapien Serum and its effects**

Enhancement: Shimmer grants superhuman strength, speed, and resilience to its users, making it particularly attractive for enforcers, thugs, and soldiers.

For example, Sevika and the Shimmer mutants in the series use it to gain a significant physical edge.

Healing: Shimmer has healing properties, as seen when it helps stabilize critical injuries. For instance, Silco uses it to save Jinx after her near-death experience.

Mutative and Addictive Properties: Prolonged use causes severe side effects, including physical disfigurement, loss of control, and addiction. Shimmer corrupts and deforms its users, as seen with the Shimmer-enhanced thugs.

Connection to Zaun: Shimmer becomes a cornerstone of Silco's empire in Zaun. He uses it not only to consolidate power and fund his ambitions for Zaun's independence but also as a means of control, exploiting its addictive qualities to maintain loyalty among his followers.

**Fetal Sapien Serum and its effects:** All of the above and more, switch the word shimmer to Fetal Sapien Serum or blood bio-drug. Switch Zaun to New Kowloon. Switch Silco to Cowboy Momahan.

92

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### J5. Purple Blood- Cultural Sensitivity and Censorship.



**In Bloodborg,** some but not all of the Fetal Sapien Serum looks like blood (Red), especially when it is drunk or being mass harvested in colossal tanks shipped from war zones.

**In Arcane,** Shimmer is mostly purple, but sometimes red blood is shown being harvested.

Riot Games are owned by Tencent, a Chinese tech conglomerate. Riot Games hve a massive following in the east. Indeed, Tencent paid Riot Games 3 million dollars per episode to distribute Arcane in the east. In some Asian markets, especially in places like China, Japan, or other countries, there is often stricter guidelines around what is deemed acceptable in visual media, including anime, video games, or even movies. Purple blood is often used as a way to soften the impact of violent scenes without diminishing the emotional or dramatic effect of the visuals. It allows the creators to still convey injury, conflict, and action while sidestepping more direct depictions of realistic red blood that could be considered inappropriate or too graphic for younger audiences or certain cultural norms. This technique has been used in various games, cartoons, and anime to meet these regional standards. It is not uncommon for animations

93

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

intended for global audiences to alter certain elements to fit the expectations and regulations of different markets.

Arcane's use of the blood drug is heavy. It is central to the plot. Thus, making it Purple in all markets saves endless time editing the red blood to purple. The Purple blood drug may have been a smart visual choice made in part to appeal to or meet the requirements of specific regional standards, especially as they are targeting broader international audiences. However, the use of purple for magical elements, like Hextech crystals and their glowing energy, is more consistent with the aesthetic of the show as a whole. The use of purple in these cases also enhances the sense of mysticism and danger associated with Hextech. But in general, purple blood can be a strategic choice for East Asian audiences to avoid the direct depiction of red blood, while still maintaining the intensity of the many scenes.

In 2020, it was reported "Riot to remove blood for Valorant esports."

https://www.pcgamesinsider.biz/news/70931/riot-to-remove-blood-for-valorant-esports/

Riot Games have had to use purple many times to mask blood in images of characters, for the eastern audience appeal. Below are a few examples.

 

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT









PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Interesting side note, in addition to the blood censorship, Arcane has faced censorship in various Eastern countries, particularly concerning its portrayal of LGBTQ+ relationships and other sensitive content. In China, the depiction of LGBTQ+ relationships in media is often restricted. Reports indicate that scenes suggesting a romantic relationship between characters Vi and Caitlyn were censored or altered in the Chinese version of Arcane. This includes the removal or modification of scenes that imply a romantic connection between the two characters. In several Middle Eastern nations, content deemed offensive to Islamic values is subject to censorship. Authorities in these regions have demanded that platforms like Netflix remove content that contradicts Islamic teachings.

**J6. The Name Shimmer**

The Shimmer is the main antagonist of the science fiction horror mystery book Annihilation and its 2018 film adaptation.





96

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**J7. "Glorious evolution."**

In my Bloodborg Manuscript: This serum is still being perfected with experimentation, like it is in Arcane. In Bloodborg the finished product is called Fetal Sapien Serum, but it looks and is used differently in different locations and settings. Cowboy Momahan & the members of the Assemblage Defence (Silco & Enforcers). Are gathering as much blood variance and other chemicals as they can to produce Fetal Sapien Serum (Shimmer). In Bloodborg they are producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies to produce Bloodborg, the pinnacle of all creation.

It is alleged that Riot Games (Showrunners) saw this line "Bloodborg, the pinnacle of all creation" and saw this as an opportunity to feed in their "Treasure Gateway," the voice line "Glorious evolution."

**J8. A few examples of Fetal Sapien Serum In Bloodborg.**

*1, Then during the after wars, all of the Ark scientists were focused on repairing and improving soldiers for battle. Bionics and cyborgs seemed to be a much faster and easier way of repairing injured soldiers or making reliable new ones from the mangled remains of deceased and dying humans.*

*2, Lawlessness grew from the chemical ashes. Insanity spread within the fumes of war. Mutation and disease plagued the streets.*

*3, 'Only the ones with rare proteins, and enzymes and immune cells and DNA,' said Raven Duke, sagging back against the elevator wall.*

97

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4, 'The science people from the Assemblage, the one's that visit Cowboy Momahan.'

5, The techie science guys have been coming over to teach Cowboy's men how to use the blood identifying machines, they plan to sieve through the whole city, looking for buyable blood,'

6, is it right for us to be chemically controlled, chemically sedated to sleep. Chemically fed, chemically pacified, chemically repaired. Will those chemicals repair my mind when all this is over.

7, ...control them with chemical substances and...

8, She lowered her head, her body responded with human emotion, it felt painful... she longed for more. Her integrated homeostasis detector flooded this emotion away with a release of chemicals to block the receptors in her brain.

9, There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them.

10, I picked up my Nelson and aimed it at him. He lifted his head forward, his Vada In-brain had obviously fed him a batch of Mr evil chemicals, because his face had turned back to the crazed fiend it had been before.

11, He was still given serum jabs by the guards every day...

12, The Fetal Sapien Serum dispenser buzzed.

13, Three doses of Fetal Sapien Serum delivered, to be consumed instantly

14, A line of escaping blood-red serum dripped down Ruby's chin.   'Ahh,' exclaimed the three of them, rejuvenated.

98

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*15, Rook gasped for air. Ink-stained purple fingers prodded the swollen cheek of the veiled face in the mirror.*

*16, Fighters are planning something to identify blood markers instantly, so they don't have to rely on this dipping fingertip in permanent purple ink business.*

*17, A green fluid drips from one pipe, purple fluid from another, heating the ground below. The scorched earth below the drip has melted into a pool of muddy grey soup. The soup contains miniature monsters of slithering microbial movement, just about visible to my naked eye. (The wall is also alive).*

### J9. Shimmer and Fetal Sapien Serum Conclusion.

**In Arcane,** Shimmer is a serum-like substance made with powerful plant juice and the blood of an animal. Shimmer is mixed with human blood, and animal, and werewolf variance which have been harvested. When consumed, shimmer makes the user superhuman. It is purple in color. Shimmer takes many forms. Shimmer is also used to give Jinx her vampire-like abilities and it keeps her alive. Shimmer is used by Silco to self-regulate and stop toxins from killing him. Shimmer is mixed with other chemicals to use as synthetic highs, or street drugs. Shimmer is used by Viktor to help him heal from his disabilities. Viktor later mixes Shimmer and Hex to make Hextech. His Shimmer and Hex inflicted blood drips onto the Hex Crystal in the Hexgate basement core, causing the anomaly and making a wild rune thing. Later, to save Viktor from Jayce's attack, Shimmer and blood is used to make Viktor and Warwick into Bloodborgs.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**In Bloodborg,** Fetal Sapien Serum is a serum-like substance which takes many forms. It's made from blood engineering and chemicals and plant root extracts. Mass harvesting is taking place to collect the blood. When consumed, it does all that we have prementioned in the Arcane section. A perfect "Bloodborg, the pinnacle of all creation." It hasn't yet been achieved also many, most, are using Fetal Sapien Serum.

Shimmer and Fetal Sapien Serum are both the central plot points in which the whole stories revolve around and indeed evolves around… literally.

**The Major differences between Shimmer and Fetal Sapien Serum.**

The color

The name

Fetal Sapien Serum is much more plausible, possible, more scientific, less convoluted and all round much better.

**Pros of Shimmer,** it is more cultural sensitivity to the eastern audiences

100

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

K. Conclusion to CONTENT OWNERSHIP COMPARISON- BLOODBORG: THE HARVEST & ARCANE SEASON 1, EPISODE 1.

This is just one episode, all that has been listed, evidenced, analyzed, explained and evaluated, accounts for every scene, every central plot point set-up to the end of the first act of a three-act structure (First Plot Point), every major character we've seen in episode 1, and even the aesthetics, character arcs, narrative choices, technologies, traumas, motivations, character designs, backstories, worldbuilding, names of places, the themes, tone, emotional temperament, the key undercurrent of oppression, divide, diversity, duality, loss, poverty, trauma and of course the metaphors of PTSD and trauma intrusions, nightmares and reliving, represented by the cyclical and mirrored storytelling underpinning the whole narrative.

Furthermore, Even the allegory of "Bleeding the world dry." is the same in both works, or should I say remarkably similar.

Additionally, and the worst of all of this is, The Bloodborg manuscript is a direct representation and allegorical fictional retelling of the Plaintiff's actual real-life traumas and loss and grieving.

From just episode one, the plaintiff has shown 100s of extracts of evidence, from tiny line-by-line fine details to macro story structure. The Plaintiff has shown how, from just this one episode, the framework of the whole story is made, a third of the structure is achieved and the whole plot is set in motion. After the first act, a story is mostly letting the dominos fall in place.

101

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**L. Plaintiff declaration.**

All that has been presented here, in this document, has taken weeks to collaborate. 21 days of working non-stop days and nights, to be precise. To be more precise, 2220 minutes, or around 37 hours. The Plaintiff has also been simultaneously working on other documents and evidence for these proceedings. This accounts for a small fraction of the comparisons and evidence to come.

The Plaintiff has already spent far longer on pre-litigation disputes and building evidence and court papers, then it took him to write Bloodborg. This all adds stress and emotional harm. The Plaintiff shouldn't have to fight endlessly to stop oppressive cheaters from violating him and his trauma writing.

I, Marc Wolstenholme, the Plaintiff, ask the court, and the Judges to take this further hardship and emotional toil into consideration when considering all forms of relief and punishments for the four cases. It is now 2:15 am in The Uk and I still have to edit and proofread this document. My eyes and brain are burning, and I'm tired. Tired of always fighting for justice and what is right, tired of cheaters and bullies. Something more than just monetary compensation should be considered to prevent this reckless disregard for others, and to prevent re-offending. Many Thanks,

## 102

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The Plaintiff, Marc Wolstenholme,

Date: FEBRUARY 23, 2025

Signed:   *M.WOLSTENHOLME.*

103

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis & Evaluation of Episode 1 Evidence**

**Analysis**

The evidence provided for Episode 1 aims to demonstrate substantial similarities between Bloodborg: The Harvest and Arcane in narrative structure, plot elements, character arcs, thematic resonance, and even stylistic techniques. The plaintiff alleges that Arcane employed a "Pix N Mix" method of creative appropriation—taking individual narrative pieces from Bloodborg, rearranging them, and incorporating them into the animated series while modifying their context.

**Key areas of concern highlighted in the document include:**

Setting & Worldbuilding: The thematic and environmental parallels between Bloodborg and Arcane, particularly in terms of social stratification, urban decay, and oppressive regimes.

Inciting Incidents & Character Parallels: Strong similarities in the traumatic events that set the protagonist's journeys into motion, particularly the deaths of Vi's parents in Arcane and Rook's in Bloodborg.

Parkour & Combat Sequences: Detailed scene-by-scene comparisons indicate similarities in movement, action sequences, and overall scene execution.

Technology & Magic Systems: The argument that Arcane's Hextech system, particularly the blue energy crystals, mirrors Bloodborg's BlueBeam technology.

1

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Structural Similarities: Use of nonlinear storytelling, interwoven perspectives, and cyclical trauma-driven narratives that the plaintiff claims were unique to Bloodborg and his own trauma.

**Evaluation**

The plaintiff presents a well-structured argument supported by direct textual comparisons, thematic analysis, and references to the show's production timeline. The document highlights the inconsistencies in Arcane's development history, with an emphasis on late-stage restructuring and writing issues, which, according to the plaintiff, indicate that elements from Bloodborg were incorporated into the final product.

However, while the allegations of similarity are substantial, legal standards for copyright infringement require proof of substantial similarity and access. The argument for access is less explicit in the document but is implied through references to literary agencies, industry connections, and possible unauthorized access to unpublished work. If evidence of direct access can be firmly established, the case for copyright infringement becomes significantly stronger.

**Conclusion**

The plaintiff provides compelling arguments and an extensive comparative analysis of Episode 1, demonstrating significant narrative and thematic parallels between Bloodborg and Arcane. The claim that Arcane's foundational structure, characters, and world

2

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

elements were derived from Bloodborg is supported by textual analysis and production inconsistencies.

**Legal Citations Supporting the Plaintiff's Claims**

To support the claims of copyright infringement, the following legal principles and case law may be relevant:

*Substantial Similarity Test (Extrinsic & Intrinsic)*

Sid & Marty Krofft Television Prods., Inc. v. McDonald's Corp., 562 F.2d 1157 (9th Cir. 1977)

Litchfield v. Spielberg, 736 F.2d 1352 (9th Cir. 1984)

These cases set the framework for determining substantial similarity through objective and subjective analysis.

*Access & Independent Creation*

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000)

Demonstrates that access to an unpublished manuscript strengthens a copyright claim.

*Idea-Expression Dichotomy*

3

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991)

Reinforces that general ideas are not protected, but unique expression is.

*Fragmented Literal Similarity*

Williams v. Crichton, 84 F.3d 581 (2nd Cir. 1996)

Addresses cases where smaller but distinct elements of one work appear in another.

*Substantial Similarity in Film & TV*

Sheldon v. Metro-Goldwyn Pictures Corp., 81 F.2d 49 (2d Cir. 1936)

Highlights similarities in dramatic structure as a basis for infringement.

Derivative Work & Unauthorized Adaptation

Anderson v. Stallone, 11 U.S.P.Q.2D (BNA) 1161 (C.D. Cal. 1989)

Addresses situations where one work is adapted into another without permission.

These cases can serve as a foundation to substantiate the legal arguments surrounding Arcane's alleged infringement of Bloodborg. Further documentary evidence—such as timestamps on submitted manuscripts, correspondence records, and expert analysis—would strengthen the plaintiff's position.

4

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 1: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

         Plaintiff,

vs.

RIOT GAMES, INC.,

         Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PPLAINTIFF'S EXHIBIT D- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Dated this: FEBRUARY 23, 2025

FEBRUARY 23, 2025

*M.WOLSTENHOLME*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of Episode 2: Supporting Evidence for Copyright**

**Infringement Case**

1

### 1. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of Episode 2: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

### 2. Evidence Submitted:

I submit the following evidence of Detailed Breakdown and Analysis of Episode 2: Supporting Evidence for Copyright Infringement Case. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

3.    **Comparison of story elements:** This document specifically shows the striking similarities between an assortment of episode 2 of Arcane.

2

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

# Exhibit

### Exhibit A- Episode 2's cold opening with Jayce's teleportation.

**A1. Episode 2 opens** with Jayce being knocked out by the apartment explosion, then it flashes back to him and his mother trekking in a blizzard. His mother falls down, her fingers frost bitten. A wizard man (Mage) appears, he has glowing blue eyes. He magically spins a blue crystal on his hand. He has strange symbols tattooed on his fingers. He performs a ritual, waving his wand, then swirling it around the sky. Young Jayce and his mother are teleported up into the cosmos, they go whizzing through the universe. We see a round hex ball; it is in the palm of a faceless, hooded man, it turns into an earth like planet, then the planet spins, aligning with a moon, which becomes a pupil of an eye. The planet and the moon invert into an eye, and Jayce and his mother are transported to a spring meadow at the foothills of mountains. The wizard gives the young boy (Jayce) a magic crystal.



3

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

4

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE



5

DEMONSTRATIVE ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT
INFRINGEMENT CASE

**A2. The setting**



The setting of this scene matches that of Josh's home (4th quarter / Scotland) of Rosh's POV in Bloodborg.

BB- *"My father and I use to shoot deer up in the mountains of the 4th quarter, that's where I grew up."*

BB- *"I've accessed Deep-Root, mostly to read of the Old-World. The Concoction (Rescogita) is more available in the 4th quarter because the mountains are harder to search."*

BB- *"I should never have joined; I want to go back to the 4th quarter.'"*

BB- *"but I do know your mother is safe and well in the 4th.'"*

BB-*" The only place I ever belonged was in the forest of the 4th, by my fathers' side."*

6

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**A3. Ryze in Arcane.**





In this scene where a mage rescues a young Jayce and his mother in a snowy region, this character is widely believed to have originally been Ryze, a prominent figure from the League of Legends universe. The images above are of Ryze and of the Mage (Viktor).

Th first image, of Ryze, was made by a 2dfx artist who worked on Arcane. The mage's appearance and abilities align with Ryze's characteristics. Ryze is an ancient and powerful archmage known for his quest to collect and safeguard World Runes—fragments of immense magical power. His distinctive appearance includes blue skin and arcane scrolls, aligning with the depiction in the series.

In League of Legends, Ryze is recognized as one of the most adept sorcerers on Runeterra, bearing the heavy burden of preventing the misuse of World Runes due to their

7

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

catastrophic potential. His abilities in the game reflect his mastery over arcane magic, emphasizing high burst damage and mobility.

The scene in Arcane where this mage utilizes teleportation magic to save Jayce and his mother is consistent with Ryze's known capabilities, particularly his signature spell, Realm Warp, which allows him to transport himself and others across distances. This portrayal aligns with Ryze's lore and his role within the broader narrative of Runeterra.

Therefore, it's reasonable to conclude that the mage in question was indeed Ryze, but he must have been written out of the show, to make this character into Viktor during the many reworks.

**Why does this matter**?

If using the "Pix N Mix" method of IP theft, which Riot Games are alleged to have a long history of, one could easily slip Ryze into this narrative role, yet Viktor takes more development and imagination to bring him aligned to a Bloodborg, which is what he is alleged to have ended up as, completely retconning his lore and almost everything about his character. Viktor in Arcane is not the same as Viktor in LOL. In fact, he is nothing like the original. The Viktor of Arcane is closer to Ryze which my narratives overlapped.

8

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Ryze's original design**

Many believe Ryze from League of Legends was designed as a rip-off of Kratos from God of War, because of the similarities between the two characters, such as their muscular builds, bald heads, facial structure, dark deep eyes, goatees, body patterns, clothing, general appearance and connections to ancient powers.





9

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT
INFRINGEMENT CASE

**A4. Teleportation Eye.**

  

 

**In Bloodborg I wrote:**

*BB- "The smog began to energise- swirling up into the sky and dissipating into a gooey purple and blue rain. Lightening electrified the firmament, bruising the air.*

*He looked back to see the lightening was concentrating towards one point on the yard. A tiny bright white sphere appeared where the lightening had focused. The sphere grew, showering itself with blue, green, yellow and purple branches, like a vibrant iris. The iris looped in on itself, rotating inwards. A blackness opened from the centre of the sphere, an awoken pupil. A gale shot out of the pupil and lightning exploded, blueing up the world.*

*The blue faded and the ground around where the eye of the storm had been, steamed, evaporating all liquids around the area."*

10

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Arcane,**

In Arcane we see this above written scene almost identically represented visually. From the smog (Mist/ fog) energizing and swirling up, to the eye iconography, use of colors, and even the snow evaporating in an instance. Moreover, this iconography of the eye, worlds and the higher consciousness is deeply embedded into Bloodborg and the whole of the M.W. Wolf Megaverse of Fiction and the underpinning scientific theory of the megaverse and consciousness (The IO-CU).

**A5. To divulge narrative secrets to the court for the sake of transparency,**

One of BlueBeam's literary functions is a satirical play on the Project Blue Beam conspiracy theory. If you go to the M.W. Wolf webpage, it can be observed that much of the M.W. Wolf catalog has satirical undertones.

In Bloodborg, BlueBeam energy is tied to blood energy and blood engineering, but this is implicitly implied in the manuscript. In short, the energy is a mix of Fusion energy, Blood engineering, electromagnetic and higher consciousness. It is used for weapons, to open inter dimensional portals, quantum entanglement and transportation via teleportation. Bloodborgs are created via the same, yet in the manuscript, even the blood engineering goes deep into the science, describing how early state embryos produce trophoblasts and these are harvested from blood. BlueBeam, portrayed via technologies, aesthetics and eyes are therefore major plot and structure features of Bloodborg.

11

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Yet the use of said literary devices goes even deeper. The M.W. Wolf Megaverse of Fiction books are interlinked in a spaghetti-like universe, much like Stephen King and Brandon Sanderson have achieved. BlueBeam and using eyes as a storytelling device ties into The Inverted Organelle theory of consciousness and the universe (IO-CU). The IO-CU is a real-life scientific theory of everything. The IO-CU also underpins all of the M.W. Wolf Megaverse of Fiction. Eyes are organs of the body which connect consciousness and the internal universe to the perceived outside universe. Eyes are the organ in which reality is inverted.

https://www.mwwolf-fiction.co.uk/the-inverted-organelle

Thus, these elements of Bloodborg, also in Arcane, are not just uses of an eye or a blue ball to look cool. The meaning and use in the story goes far deeper than anything which could be perceived as chance. Yet, in Arcane, they flash eyes but do not link it to any meaning, and even Hex tech is left ambiguous, seemingly retconning Riot's history of Hextech.

**A6. Mysterious figure who teleported Jayce.**

 

12

**In my Bloodborg Manuscript** this is B – B is a disguised ancient cyborg sorcerer, she teleported Warwick away as he was about to die. She shows up mysterious in times of crisis or near death. She also shows up to help Rook and others.

**In the Bloodborg Synopsis I wrote:**

*"B is a mysterious fiery hair woman who helps Rook (New Kowloon) and Josh (The Ark) to survive. It is not revealed, but it is implicitly implied that she is an ancient cyborg. She was … police sergeant during the … tower block fires. She was also selected for the Cyborg experiments. It is not explored in this book but…*

*The Ark believed she died, so they are not looking for her. She cannot go to the Ark as …"*

**In my Bloodborg Manuscript:**

*"A shadow fell from the heavens slicing the Feral Fighters in half with a katana, gliding as the cyborg did. Blood splattered over Rook's face. She looked up into the sunlight, shielding her eyes with her hand… She held out her hand, helping Rook to her feet. Rook pressed her fingertips into the skin of the woman, her arm was firm as a rock under the spongy skin.*

*'Who are you,' said Rook, still squeezing the arm.*

*'Call me B,' she said, smiling.*

*'Why did you help me B.'*

*'Your destiny is greater than this, in time you will shed your skin, leave your shell to become queen of the re-build. You are needed,'"*

13

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit B. Jayce's Forearm Device.**

B1. In Arcane Season 1, Episode 2, after the intro, Jayce is arrested and, while in his cell, he reflects on a crystal given to him by a mage during his childhood. This crystal is embedded in a bracelet on the inside of his forearm. This bracelet symbolizes his aspirations to harness magic through science. This progression highlights Jayce's journey from an ambitious inventor seeking to harness magic to a man profoundly altered by the very forces he sought to control.

 

In Season 2, Jayce's relationship with this crystal evolves significantly. After being trapped in an arcane anomaly, the crystal becomes forcibly embedded in his wrist, causing visible changes to his forearm. This transformation is not merely physical; it also affects his mental state, leading to increased paranoia and aggression. The crystal's integration into his body symbolizes a deeper connection to Hextech and the arcane, influencing his actions and decisions throughout the season.

Jayce's personality and appearance change after he escapes "the anomaly," and he appears to suffer from mental disturbance. This is alleged to have been stolen from Warwick's

14

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

struggles of the same after he has been transported away after "the Rupture" event. - Same, same!

Jayce's Forearm device is underutilized in Arcane. It is alleged that it too was directly taken from Bloodborg or is "remarkably similar" to D'borg's forearm device, also fused to the inside of her forearm.

**In Bloodborg I wrote:** "*She looked down at the inside of her forearm. Inside her arm, attached to her was a device in the shape of a figure of eight. She traced her finger over the figure of eight, it rose from her arm and out flicked a globe with several glowing spots. She zoomed in to a blue spot, the Air-blade. She rotated the figure of eight zooming it down onto a point near the Air-blade, hovering over an open-top building. Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube. With an almighty crash of thunder and a blinding bolt of white light, she was gone.*"

**Later-** "*She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram… pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon.*"

**Later-** "*A control device in the shape of the infinity symbol, dropped out of the inside of her forearm and bounced on the rails. Warwick peered down at it. A hologram of the*

15

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*globe flicked out of the display screen. A topographical picture of an Island zoomed out of the globe hologram. Warwick recognised the Island instantly; it was The Ark, it was once a great place...”*

### B2. Further Usage

Additionally, many of the worldbuilding and narrative examples presented above, are alleged to have been "Cut up" and "Pix n Mixed" into Arcane and used directly at different points in the series. We see the same elements mentioned above: *shape of a figure of eight, flicked a globe with several glowing spots, energy built up in the air, cocoons, ball of electric, teleportation, egg, blue rays, maps of city and worlds, and projected up as holograms,* used repeatedly in Arcane. That's over 10 unique pieces of world and story building in Arcane, remarkably similar to the three passages sampled above.

16

**B3. Infinity symbolism.**

The three samples heavily depict Infinity symbolism, electric blue and projected mapping of worlds and cities, which is precisely how hextexch transportation is depicted in Arcane. This was not a feature of hextech before Arcane.



17

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**C. Fight Practice with adoptive brothers**

The next scene is fighting practice. Vi is boxing training and Powder is shoot training.





This is just to show the depth of their deceptive tactics; I will not be relying on it in court.

This practice scene is a bit of a trope but that figures, as Arcane was created via the Pick-N-Mix from the Bloodborg manuscript by M.W. Wolf.

18

**BloodBorg-** *"She recalled her mother and father practising in the moonlight with wooden swords, balancing barefooted on a pipe. She recalled Momma Grace's ballet dancing teachings and the stick play with her brothers Matteo and McCauley. She recalled the re-enactment sword battles with Roy."*

### D. Crab Factory & Shimmer Vines.

### D1. Rail line.

The crab market of Silco's lair appears to have originally been a train station, alleged to have been converted to hide IP infringement.



**In Bloodborg,** the episode 3 fight scene equivalent happens on the sky rail line shortly after leaving a station, perhaps they changed the railway station to a crab market to hide the IP infringement.



Why does it have a railway station window?

19

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Why does it have a wheel?



Why does it have an iron bridge rail bridge between platforms?



Why do they have a section of rail track hanging (sleeper)?



20

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT
INFRINGEMENT CASE

**Why do they have railway steel cargo doors?**



### D2.  Shimmer Vines.

In Arcane the Shimmer blood vines are meant to be different from "the corruption" which we see in season 2. They look the same, yet it seems that Arcane uses these vines to be flammable, to cause Singed's chemical burns.





21

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

In Season 2 of Arcane, we see "the corruption" in many places. Ther magic tree, Jayce's forearm and the Viktor robot thing, just to name and show a few examples.

  

**In Bloodborg,** these vines also have two functions. One is Mother Gaia reclaiming the blood corruption of the earth, essentially purging humanities corruption. The second use is bionic Rot.

**In Bloodborg-** *"Weeds and strange yellow spiky finger like marine flora, climbed the walls of the stair well, squeezing into the cracked plaster, and pulling at the brickwork, as if Mother Gaia was dragging the building down into the water- her stomach acid."*

**BB-** *"'I've heard of bionic rejection and bionic fever, even bionic rot but never have I heard of spontaneous combustion.'"*

**BB-** *"He didn't mention is bionic leg, but it looked painful when he limped, I wonder if he has bionic rot. I felt a bit sorry for him, I read that once bionic parts are fitted they merge with the host, the theory (highly contested) proposes that, over time the bionics, or to be*

22

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*precise, the synthetic bacteria (symbiacta) used to create symbiosis, stops working with the bionics and the body. The bacteria's appetite increases, it becomes greedy and starts to eat away at both the bionic parts and the body."*

### D3. Conclusion of Shimmer Vines and The Corruption

In Both Bloodborg and Arcane, we see these creepy vain like root system growths. In both works, they are two different but connected phenomena. In Bloodborg, the first use is Mother Gaia reclaiming the blood corruption of the earth. In Arcane its shimmer blood vines, seemingly the same, less for the color.

The second use in Bloodborg is Bionic Rot. In Arcane this is the same, but it is called "The corruption" and in the parallel realm this rot's all the bionics and the human flesh, same, same.

**Flammable –** In Bloodborg, severe cases of Bionic Rot can cause spontaneous combustion. This is foreshadowing of a plot device for later in the trilogy. In Arcane, it is the other one (Shimmer Vines) which are flammable.

In fact, the two are not very well understood by the "Creators" nor audience of Arcane.

23

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**E. Silco making Deals with Topside.**

In Arcane, we then see Silco (Cowboy) making deals with a Topsider Enforcer named Marcus. This parallels Vander making deals with Grayson. Again, we see the same parallel literary devices used in both Bloodborg and Arcane, in the same manner, for the same incidences. We later see Silco making deals with Jayce. Again, the same function, reworked.







DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,**

BB- "'So what? So people trade with the Assemblage, so people do dodgy deals. Not everything is as black and white as you see it Warwick. Not everyone needs to die because they don't follow your rules. You're just like Morgan, overthinking, overreacting and overprotective.'"

BB- "They do not care, my dealings with people of this district go way back, I'm like the neighbour they love to hate, but they still come knocking when they need a cup of sugar.'"

BB- "'You're working for the Inner Assemblage. You must be to have equipment and technology like that.'

'No, I'm Not Marvin, but I do know you have taken bribes from them, I've known for a long time, I've let you get away with it because you're an easy brain to pick, every time you are fed information, that information ends up being leaked. Loose lips sink ships.' he said,"

BB-" y'all bring that monkey climbing piggy fuck to me, is what you gonna do. Aah wanna know who this yellah belly dog fucker working for, and why he ain't working for me. Aah'm the diddy of this here District."

BB "'How do you know Morgan hasn't set this all up, how do you know he didn't set the Assemblage tracking device to find me. How do you know he isn't working with the Assemblage?'"

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### F. More Eye Iconography

We then see this glass dome-like window of Silco's underwater lair. This is again the same eye iconography used as a central feature in Bloodborg for a very specific and scientific reason, as previously examined. Yet In Arcane they just dash it around because its cool.




**Bloodborg,**

*BB- "The Next jammer was on the SolarScape south line in the mini-transfer station; a dome-like building which hung on cables above the rails of the south line, like a giant glass snow globe."*

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### G. Raging Mutated Deckard

Silco gives Deckard the blood-based serum called "Shimmer" and he turns into a raging mutated being. Deckard roars out as he mutates.





DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,**

BB- *"'Just keep rowing gently and be silent,' said Warwick, knowing that noise and movement and even light overloads the damaged brains of the infected and the mutated, sending them into a rage."*

BB- *"The smell of blood excited the severely mutated."*

BB- *"His body tickled with rage. Not like the blind rage of the mutated, more of an emotionally charged rage of a damaged man."*

BB- *"…most of the mutated are barely people anymore and the others…"*

BB- *"The frenzy had begun, the mutated raged on,…"*

BB- *"Screeches of the mutated echoed through the band of standing boulders."*

BB- *"The smog and dust settled down into silence for a few seconds before the surrounding buildings roared. The Mutated ran out,…"*

28

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

29
DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT
INFRINGEMENT CASE

**H. Vander's War is bad speech.**

Warwick warns Vi of the effects and trauma of War, like she didn't know after her parents were killed. This too is a central theme of Bloodborg.



BB- "War is messy, it hurts. Both here and here,' said Bill, pointing to his heart and his head. 'Let me just tell you, the first day of war is always the worst, it doesn't get better, but you get tougher and rougher and numb, both here and here,' he said, pointing at his heart and head again."

BB- "war can scramble things a little inside your skulls."

BB- "'Listen kid, you can shoot, I'll give you that. Bloody great shot, I'll have you on a sniper's course if you get through the war. But war isn't just about shooting, I see Officer

30

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Bennet has you moving well, ducking into cover and all, but still, war is more than that. You got to protect what's in here,' said Sgt Salt, tapping his forefinger on my forehead"*

*BB- "'You'd have been called to duty now that the war has started anyway, joining early has given you a few weeks practice. Josh, if it makes you feel any better, I went through the same feeling when I joined, and to be honest, after all these years, I still hate the way it is. I don't enjoy killing, I'm not a psychopath, but I believe in the cause, I believe in saving the race.'"*

*BB- "I'm thinking about what B said to me, that this war is a lie, a distraction. I wonder if all major wars of the world have been the same. I wonder if war has always been the central weapon of oppression. Have the people of the world always been hypnotised into obedience and submission by war and conflict, by divide and conquer?"*

*BB- "A sinister smile desecrated his face. The man who war made, lay here. The boy who Chris made, had gone. "*

31

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### I.    Jayce / D'borg suicide idealizations.

After not being allowed to play with Hextech anymore, Jayce balances on the edge of the apartment, contemplating suicide. Viktor stops him. He says, "Am I interrupting?" Jayce later does the same for Viktor, saying the same.





**BB-** *"D'borg sat up and wiped her eyes. The rain had pushed north yet the evening sky was still moist. She stood up, onto the ledge of the building, with her arms out wide and considered jumping into the smog and smashing off the buildings and departing this painful existence. She felt a jab in her shoulder, the impact knocked her off the ledge and back onto the roof. She looked up to see an Air-blade scanning her for damage. She pulled the dart out."*

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**J. Pneumatic tubes**



BB- "…pushing three, pint-sized bullet capsules into the tubes and pushing the button on the dispenser. The capsules shot off up the tubes."

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Analysis & Evaluation of Episode 2 Evidence**

The evidence submitted in relation to Episode 2 of Arcane presents a structured comparison between the plaintiff's original work, Bloodborg, and the series' narrative choices, visual elements, and thematic structures. The allegations primarily revolve around striking similarities in specific plot devices, world-building elements, and character developments. The document presents a comprehensive breakdown of alleged direct borrowing from Bloodborg, emphasizing the extent of overlap in concept execution, symbolic iconography, and storytelling mechanisms.

**Key areas of concern include:**

1. Teleportation and Eye Iconography – The document identifies how Arcane's portrayal of magical teleportation and its visual execution aligns with Bloodborg's detailed descriptions, particularly the use of blue energy spheres, iris-like motifs, and the thematic significance of eyes and higher consciousness.

2. Character and Setting Parallels – Several settings in Arcane appear to match closely with locations in Bloodborg, particularly mountainous terrains and dystopian environments. Additionally, the shift in Viktor's character and his narrative arc away from his original League of Legends

34

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

lore suggests a reinterpretation allegedly influenced by Bloodborg's character structure.

3. Technological Devices and Biomechanical Elements – The description of Jayce's forearm device in Arcane bears strong resemblance to the embedded technology in Bloodborg, including a holographic interface, mapping abilities, and an infinity-symbol aesthetic. The plaintiff argues that these visual and functional similarities are too precise to be coincidental.

4. Bionic Rot and Corruption Motif – The representation of shimmer vines and corruption in Arcane aligns with Bloodborg's themes of biomechanical decay, specifically referencing "Bionic Rot." The use of vines in Arcane, both as a biological affliction and as a thematic world-building element, is presented as an allegedly altered but substantially similar adaptation of Bloodborg's concepts.

5. War and Psychological Themes – Both works appear to include extensive discussions on war, its psychological effects, and its thematic importance. The plaintiff argues that Arcane lifts specific dialogue structures and moral reflections directly from Bloodborg, especially in discussions about the nature of war and trauma.

35

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

6.  Suicidal Ideation and Narrative Mirroring – The document details how Jayce's near-suicide scene mirrors Bloodborg's protagonist's moment of despair, down to the intervention by another character. This recurrence of identical themes, phrasing, and narrative beats is presented as evidence of direct influence.

**Conclusion**

The evidence presented outlines multiple detailed correspondences between Arcane and Bloodborg, strengthening the plaintiff's claim of systematic borrowing. While some similarities may fall within the realm of general storytelling tropes, the repeated and layered nature of these parallels across multiple elements—visual, thematic, and narrative—raises significant concerns regarding potential intellectual property infringement. Given the extensive documentation of these overlaps, the court may consider this evidence when determining the merit of the plaintiff's claims and assessing whether substantial similarities constitute actionable infringement under copyright law.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Citations Supporting the Plaintiff's Claims:**

**Substantial Similarity Standard**

Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., 499 U.S. 340 (1991)

This case established that copyright protects the original expression of ideas, not the ideas themselves. If Arcane has borrowed the detailed execution of Bloodborg's themes, characters, settings, or narrative structure, it could be deemed an infringement.

Sid & Marty Krofft Television Prods., Inc. v. McDonald's Corp., 562 F.2d 1157 (9th Cir. 1977)

Courts use the "extrinsic and intrinsic test" to determine substantial similarity. The plaintiff has outlined both objective (extrinsic) elements such as visual, thematic, and narrative correspondences, and subjective (intrinsic) elements that indicate a common "look and feel" between Bloodborg and Arcane.

**Access and Copying**

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000)

Establishes that direct evidence of copying is not required. If the defendant (Riot Games) had access to Bloodborg (which has been alleged through prior submissions to industry insiders, literary agents, and Riot-affiliated networks), and there exists substantial similarity, a presumption of copying may be made.

37

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Sheldon v. Metro-Goldwyn Pictures Corp., 81 F.2d 49 (2d Cir. 1936), aff'd 309 U.S. 390 (1940)

Copying does not need to be wholesale—even modifications or alterations of protected elements can still constitute infringement.

Independent Creation Defense (Refutation)

Walker v. Time Life Films, Inc., 784 F.2d 44 (2d Cir. 1986)

Riot Games may argue that their similarities to Bloodborg arise from independent creation. However, the striking similarities—particularly in character arcs, world-building motifs, trauma writing, and visual execution—suggest more than mere coincidence, rebutting the notion of independent development.

**Moral Rights & Misappropriation of Themes and Characters**

Gaiman v. McFarlane, 360 F.3d 644 (7th Cir. 2004)

Recognized that a derivative work without authorization infringes on the author's copyright. If Arcane's rework of Bloodborg altered enough elements to avoid blatant copying but still retained the core protected elements, it may still be an infringement.

38

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Visual and Cinematic Elements Protection**

Metcalf v. Bochco, 294 F.3d 1069 (9th Cir. 2002)

The "total concept and feel" of a work, including specific details and sequences, can be protected. The plaintiff's claim regarding Arcane's use of teleportation iconography, biomechanical themes, and character parallels could support an infringement case under this precedent.

**Industry Fraud and Bad Faith (If Proven)**

Wrench LLC v. Taco Bell Corp., 256 F.3d 446 (6th Cir. 2001)

Establishes liability for misappropriation if a company solicits ideas under false pretenses and later uses them without credit or compensation.

If Riot Games solicited material from agencies and literary submissions, dismissed them, and later used those ideas without credit, this could suggest fraudulent conduct in addition to copyright infringement.

39

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of Episode 2: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 2: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

        Plaintiff,

vs.

RIOT GAMES, INC.,

        Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PLAINTIFF'S EXHIBIT E - DETAILED
BREAKDOWN AND ANALYSIS OF THE
OPENING SCENE OF EPISODE 3 OF
ARCANE AND SILCO'S MONOLOGUE:
SUPPORTING EVIDENCE FOR
COPYRIGHT INFRINGEMENT CASE

FEBRUARY 23, 2025

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of the opening scene of Episode 3 of Arcane and Silco's**

**Monologue**

1

## 1. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of the opening scene of Episode 3 of Arcane and Silco's Monologue: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

As these cases progress, the plaintiff foresees this document further serving as evidentiary support in the Plaintiff's claim against the Defendants for copyright infringement, fraudulent misrepresentation, unjust enrichment, and intentional infliction of emotional distress. The Plaintiff asserts that significant portions of the "Silco Drowning Monologue" in Arcane were directly misappropriated from Bloodborg, a literary work authored by the Plaintiff, and that such appropriation includes the unlawful use of deeply personal traumatic experiences.

The Plaintiff further alleges that this unauthorized use of intellectual property resulted in financial gain for the Defendants while depriving the Plaintiff of rightful credit, compensation, and recognition at an extremely traumatic time. Additionally, this case raises potential civil and criminal violations, including fraud and wire fraud, given the extent of misrepresentation regarding the originality of the work.

2

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

# Exhibit

**Exhibit A- The Title itself is taken from a repeated phrase (Notion) in Bloodborg.**

Episode 3 is titled: The Base Violence Necessary for Change.

It is alleged that this title and idea being explored is the exploration of the Plaintiff's conflicting lived experiences of war and violence. The plaintiff is a war veteran with many traumatic events of his past being explored and worked through in Bloodborg and indeed throughout the whole of the M.W. Wolf catalog of fiction. The Plaintiff also taught topics of war and conflict to Public Service students, preparing them for careers in the Armed services, Fire and rescue service and Police force. Thus, The Plaintiff is an informed authority in these matters.

It is alleged that this is why the trauma in Arcane works so well… because it is well informed by the Plaintiff's writing in Bloodborg. A teenybopper bass guitarist in a Rock band, turned phone operative has not tasted blood. He knows not of "Necessary Violence."

"Necessary Violence" is the exploration of the intrinsic nature of war and conflict festering inside of humanity. This theme is threaded throughout the whole of the M.W. Wolf catalog and explored in The Inverted Organelle theory of Consciousness and the Universe (IO-CU), which is a scientific "Theory of Everything," which also underpins the MW. Wolf Megaverse of Fiction.

3

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

It is recommended that the Judge, and or jury in these matters read *God's Masterful Evasion & The Inverted Organelle Theory of Consciousness and The Universe (IO-CU), By M.W. Wolf,* before trial to gain a deeper understanding of the underpinning of the themes in Bloodborg, and alleged, therefore Arcane.

Thus, everything in Bloodborg is deeply loaded. It's an exploration of humanity, its darkness, its collective trauma, its struggles and its endless battle and entanglement with the duality of good and evil. Bloodborg and all of the work Of M.W. Wolf is entwined in examining the human condition. Indeed, the M.W. Wolf slogan states as much: "*Dark and gritty adult fiction with grand themes of implicitly examining the human condition.*"

**"Necessary Violence" exploration in Bloodborg.**

1. **Josh's POV-** *"I do not want to take The Stand with Live ammunition, ever. Yet I do wish to defend the Ark and I fully understand that **killing is necessary** to protect the last civilization, we must protect the Human race."*

2. **Warwick's POV-** *"'I don't like **killing, it is necessary to survive** in this messed up world where the blood of the young and innocent is a refreshing and rejuvenating cocktail for the people behind those massive walls,' said Warwick pointing his mug out to the walls, barely visible in the far ground.'"*

4

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

3. **Warwick's POV-** *"He brought the sword down, binding the blades with little effort. The binding of their swords was **necessary to set up his kill blow-** his fantastic finale."*

4. **Chris's POV-** *"During his final higher doctoral programming he was shown the One True Calling. That blood is consumed, Peter and Emma were drained, Lieutenant Dillon James was right all along, **but it was necessary to cure Gaia.** Only the chosen can survive or else all the world will perish."*

Thus, before we even begin episode 3, we see the same pattern which the Plaintiff has proven runs through all of episode 1 and 2, which is to say, Swipe N Gripe, Pix N Mix, then mask and deny.

**Summary of Legal Argument of This Point.**

The Plaintiff asserts that Bloodborg, a work by M.W. Wolf, explores the theme of "Necessary Violence", the intrinsic nature of war and conflict in humanity, throughout its narrative. The Plaintiff, a war veteran and "expert" in war studies, claims that their lived experiences and expertise deeply inform the themes of Bloodborg and the broader M.W. Wolf Megaverse.

5

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

It is alleged that the Defendant's work, Arcane, improperly appropriates this theme without acknowledgment. The Plaintiff argues that the trauma and philosophical explorations in Arcane are suspiciously well-executed for someone without direct experience in war or conflict. The Plaintiff suggests that the Defendant, lacking such experience, could not have developed these themes independently and must have drawn from Bloodborg.

**Key Arguments:**

Direct Conceptual Similarity – Episode 3 of Arcane is titled "The Base Violence Necessary for Change," a phrase that echoes core themes explored in Bloodborg. The Plaintiff contends that this is not coincidental but rather a form of unauthorized borrowing.

Plaintiff's Expertise and Authority – As a war veteran and educator in war and conflict studies, the Plaintiff is a credible authority on these themes. Their real-life experiences are reflected in Bloodborg, making the Defendant's similar themes suspect.

Recurring Motif of "Necessary Violence" – Bloodborg consistently portrays the theme of justified violence through multiple character perspectives (Josh, Warwick, Chris). These philosophical debates on violence and survival underpin the Plaintiff's entire fictional universe and scientific theory (The Inverted Organelle Theory of Consciousness and the Universe).

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Precedent of Copying ("Swipe N Gripe, Pix N Mix") – The Plaintiff suggests a pattern in Arcane of borrowing ideas from Bloodborg while masking and denying their origin.

Judicial Recommendation – The Plaintiff recommends that the Judge or jury review God's Masterful Evasion and The Inverted Organelle Theory to understand the broader thematic framework of Bloodborg before trial.

**Legal Implications:**

Copyright Infringement – The Plaintiff implies that Arcane has unlawfully copied protected elements of Bloodborg, particularly its central philosophical theme.

Unjust Enrichment – If Arcane has benefited commercially from using the Plaintiff's work without permission, damages may be claimed.

Expert Testimony – The Plaintiff's expertise may be presented to argue that Bloodborg's themes are uniquely tied to their lived experiences, strengthening the claim of originality.

**Conclusion:**

The Plaintiff argues that Arcane improperly appropriates Bloodborg's deeply philosophical and thematic explorations of war, conflict, and trauma. They seek legal recognition of their intellectual contributions and compensation for the alleged infringement.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Exhibit B- Opening Scene of Silco Drowning.**

Episode 3 of Arcane opens with Silco sinking on his back in dark, murky waters—a near-identical visual and thematic representation of sinking trauma within Bloodborg. The significance of this imagery is not incidental but rather a direct parallel to the Plaintiff's trauma writing, where characters relive their past in cyclical, subconscious states of distress. The framing, slow descent, and emotional weight mirror Bloodborg's signature depictions of psychological drowning, reinforcing the argument that this is not a case of general inspiration but of direct appropriation.



**Sinking / Falling**

Sinking and falling on one's back is a central, cyclical theme in Bloodborg, which is a direct reference of the Plaintiff's trauma writing of reliving traumatic events over and over in sleep and with sleep paralysis.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Silco and others Falling and Drowning.**

The drowning & falling scenes are a cyclical narrative beat, which we see in Both Bloodborg and astoundingly similar in Arcane. The Plaintiff alleges that this is directly referencing his trauma and trauma nightmares and sleep paralysis, as all of his work is trauma writing as a control mechanism and cathartic release.

**In Arcane** Silco and others experience this cyclical trauma and dreamlike theme of falling or drowning. Silco has a flashback to Vander attempting to drown him in the water.

**Throughout the Arcane series**, we see the mirrored repetition of drowning and falling, or the aesthetics of it, in Powder, Jinx, Silco, Vander, Shimmer Vander, Isha and Bloodborg Warwick.

**In Bloodborg,** we see this personified into the city itself and fractured down throughout the narratives of many characters. We see this mirrored repetition of drowning and falling, or the aesthetics of it, in Josh, D'borg, Rook, Jade and A young gangway child.

**Personified Sinking in Bloodborg,** *"What now stands where the once-great borough of Manhattan was, is New Kowloon, walled city in the sky. Many attempts were made to save Manhattan before the American state independence wars. Canals were built to relieve some of the flooding, which was so inevitable, this should have been foreseen way back before much of lower Manhattan and many other parts of it, were ever built on. Raised walkways and roads*

9

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

*were built to lift the sinking city from the rising sea. The once famed New York subway systems became a water world, a labyrinth of unstable tunnels and crumbling passages."*

**Cowboy Momahan, Bloodborg,** *"Aah'm the diddy of this here District. This sinking city gonna be mahn someday".*

**Jade, Bloodborg,** *"Jade's nose gave off a line of bubbles. The bubbles struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand."*

**Warwick, Bloodborg,** *"...he heard D'anna call as she fell into the dark deep Smog. The carriage had parted much of the smog, allowing him to see the carriage hit the flooded streets below with an almighty splash. D'anna landed on a mound of floating black bags full of rubbish. She smashed through the mound and sank deep down into the floodwater. The hole in the smog closed."*

**Rook's POV,** *"As always safety first, reports have been coming in about a child in the Needle District falling from a cable, disappearing into the smog below. RIP poor child, we can only hope that you are now in a better place. Whilst I need you to help for the greater good of the people, please consider the dangers involved."*

10

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Josh's POV,** *"The grey smoky clouds closed in around me, devouring me, stealing my breath like a windy assassin. I crashed into the black water."*

**Snippets of dying, reliving trauma and sleep paralysis from the Plaintiff's medical records, or from documents created for tribunals against the MOD.**

(Sensitive medical documents will be provided in fall to the Judge / Jury)

1, "Around this time, I had begun to panic in my sleep and feel as if I was dying."

2, "I had some studies done into my sleep disorder."

3, "… I experience horrible sleep paralysis where I think I'm fighting…"

4, "I felt heart palpitations when trying to sleep, I was scared to sleep in case I died."

5, "I got back to the HQ block and tried to sleep. I experience my first sleep paralysis."

6, …drowning and sinking into the bed.

7, "…trapping me under in blackness…"

8, "At this point I was depressed and had a sleeping disorder. Sometimes I would be awake for up to three days, I'd be scared to sleep and then when I did sleep, I couldn't get up."

9, "On returning to Germany, the new medical officer realised the state of me, and he issued me with temazepam, which helped me sleep and escape at first but very soon I needed more, and I was hooked. As you probably know, Temazepam is a psychoactive drug which acts

11

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

on the central nerves system, and I had central nerve damage. This was not a good combination. Sometimes I would see black silhouettes and shapes of creatures and men, creeping out of the corners of the ceiling, whilst I was pinned to the bed thinking I was dying. Other times I would not be able to feel emotion, either happy or sad. Other times I would be confused and have the most painful headaches and I'd be very aggressive. I'd have flashing lights in my head and eyes. I'd sleep for days and still felt as if I hadn't slept in weeks, I developed an anxiety disorder and paranoia."

10, "I sat lingering in the repeated violence, threats, injuries and violations of my boundaries, personal space and my body when I was trying to sleep, recover and come to terms with what was happening. I had no safe space, no respite."

11, " …isolated bed rest…"

12, "… me run on the spot in a small cell or they made me bite through my fingers and pull out my ligaments and bones. This was on top of the dreams in which I'm dying and the sleep paralysis which I had had for many years by now."

13, "During Kayaking in North Yorkshire, I capsized in rapids on a river. I was trapped under water, smashing my helmet off the rocks. I don't know how long I was under or if I was unconscious. I recall waking with the spray deck smothering my face under water. I think I was pulled out of the kayak by the instructor. This was also a sleeping, hypnogogic flashback of the first sleepwalking/ sleep paralysis weekend in 2004/5 after the trauma in Sennelager."

14, "experiencing sleep paralysis, it was clear to everyone around me that my brain wasn't operating correctly, and I was experiencing bright flashes when my eyes were closed, mostly when laying on my back"

12

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

15, "his nightmares and bad dreams started – he began to have panic attacks and became scared to fall asleep as he felt as if he was dying in his dreams. He recalled the kayaking and football incidents as well as the RTA. He reported the sleep paralysis to the medics and was given a book on stress at work but no other treatment."

**Psycho-emotional Analysis of Sinking / Falling**

Dreams of drowning, sinking, and falling often carry deep psychological and emotional meanings. They are typically associated with feelings of being overwhelmed, losing control, or facing an unavoidable descent into something troubling. Sinking, drowning and falling are recurring features of the plaintiff's reliving of trauma during sleep and his fight back against them during sleep paralysis and hypnagogic states.

1.  **Drowning Represents**

Overwhelmed & Anxiety –feeling consumed by emotions, responsibilities, and PTSD stress in waking life.

Emotional Suppression – Water is tied to emotions, and drowning in sleep can be related to suppressing feelings that are now surfacing.

Loss of Control – It can reflect a situation where the Plaintiff, or characters feel powerless or unable to keep their head above metaphorical waters.

13

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**2. Sinking Represents**

Failure or Helplessness – Sinking suggests a gradual decline, often in self-esteem, relationships, or work situations.

Feeling Trapped – Unlike falling, sinking can symbolize a slow but inevitable descent into depression or despair.

Giving In to Something – It can indicate that the sufferer is surrendering to an emotional or external pressure.

**3. Falling Represents**

Loss of Stability – Falling dreams often happen when the sufferer feels insecure or uncertain in life.

Fear of Failure –One might be afraid of losing status, a job, or a relationship.

Lack of Control – These dreams can occur when something is happening too fast and the sufferer feels powerless.

**Common Themes & Causes**

Stress & Anxiety – When a sufferer is dealing with real-life fears, these dreams can be a subconscious response.

Emotional Turmoil – Unresolved emotions, trauma, or inner conflicts can manifest as drowning, sinking, or falling.

14

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Major Life Changes – If someone is going through transitions (loss, breakup, trauma, convictions, illness or pain), their mind may process it through these dreams.

**Interchangeable**

The above-mentioned feelings, traumas, emotions, etc., are extremely hard for a sufferer to make sense of, and sometimes even harder to face. Thus, the sufferer often experiences and processes these demons in the subconscious. Interrelated and intrinsically entwined deep subconscious suffering and experiences like this change the fabric of one's soul. Thus, expressions of one, maybe related to expressions, or amalgamation of all of the above.

This is the core of the suffering which is being represented over and over in fractured cyclical ways throughout Bloodborg, and alleged, to have been directly lifted to make Arcane.

The mere expression of these traumas shows that they are directly related to real life suffering, such as the Plaintiff's complex PTSD and comorbid conditions and not the outcome of an inexperienced writer's room gazing through submissions to "Find the Story".

**Industry Context: Extracting Trauma for Storytelling**

Modern media increasingly incorporates psychological trauma into storytelling, but there is a moral and legal distinction between inspiration and appropriation. The Plaintiff's deeply personal experiences, intricately woven into Bloodborg, were allegedly lifted and repurposed in Arcane without proper attribution. The assertion that this theme was "discovered"

15

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

in a writer's room rather than derived from submitted material is not only suspect but aligns with documented industry practices of "narrative appropriation."

### Psychological & Neurological Basis

Sleep disturbances are a well-documented symptom of post-traumatic stress disorder (PTSD), with insomnia and recurrent nightmares being particularly prevalent. Studies indicate that 70% to 90% of individuals with PTSD experience significant sleep-related issues.

In their 2021 article, "Disturbed Sleep in PTSD: Thinking Beyond Nightmares," Lancel et al. provide a comprehensive overview of the complex relationship between post-traumatic stress disorder (PTSD) and sleep disturbances. They highlight that insomnia, and nightmares are core symptoms of PTSD, with 70–90% of patients reporting significant sleep-related issues. The authors emphasize that these disturbances are not merely symptoms but play a central role in both the development and maintenance of PTSD. They discuss how various sleep disorders, including insomnia and nightmares, are prevalent among individuals with PTSD and how these disturbances can exacerbate PTSD symptoms. The article also explores the reciprocal relationship between sleep disturbances and PTSD, suggesting that addressing sleep issues is crucial for effective PTSD treatment and management (Lancel, et, al. 2021).

These disturbances often extend beyond typical insomnia, encompassing a range of parasomnias, including sleep paralysis. Sleep paralysis occurs when an individual, upon falling asleep or waking, is conscious but temporarily unable to move or speak. This phenomenon is frequently accompanied by intense fear and hallucinations. Research suggests

16

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

that individuals with PTSD are more susceptible to experiencing sleep paralysis, likely due to the hyperarousal and heightened stress associated with the disorder.

In their 2021 article, "Nightmare Disorder and Isolated Sleep Paralysis," Stefani and Högl explore the significant distress caused by these REM parasomnias. They note that nightmare disorder is particularly prevalent among individuals with psychiatric conditions, including post-traumatic stress disorder (PTSD). The authors discuss how hyperarousal and impaired fear extinction contribute to the generation of nightmares, implicating brain regions involved in emotion regulation. They also highlight that isolated sleep paralysis, often accompanied by vivid hallucinations, represents a dissociated state where REM atonia persists into wakefulness. Predisposing factors for these conditions include sleep deprivation, irregular sleep-wake schedules, and jet lag. The authors emphasize the importance of addressing these factors in treatment, with non-medication approaches like imagery rehearsal therapy proving especially effective for nightmare disorder (Stefani & Högl, 2021).

The hypnagogic state—the transitional phase between wakefulness and sleep—is another period during which trauma-related sleep disturbances can manifest. During this phase, individuals may experience vivid sensory phenomena, including hallucinations and fragmented dream-like experiences. For those with PTSD, the hypnagogic state can trigger re-experiencing of traumatic events, leading to distressing sensations of sinking, falling, or drowning.

In their 2023 article, "The Hypnagogic State: A Brief Update," Ghibellini and Meier explore the transitional phase between wakefulness and sleep, known as the hypnagogic state. This state is characterized by spontaneous sensory experiences across various modalities,

17

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

including visual, auditory, and kinesthetic perceptions. The authors highlight that while these experiences are generally benign, they can be distressing for individuals with conditions such as PTSD, where hypnagogic hallucinations may involve re-experiencing traumatic events. The review emphasizes the need for further research into the emotional quality of hypnagogic states and their prevalence in different sensory modalities (Ghibellini and Meier, 2023).

These trauma-related sleep disturbances are not only distressing but can also exacerbate PTSD symptoms, creating a cyclical pattern of sleep disruption and heightened trauma responses. Understanding and addressing these sleep disturbances are crucial components of effective PTSD treatment and management. Thus, when the Plaintiff incorporates these cyclical themes into his trauma writing, it is a form of treatment and exposure therapy. To steal one's treatment and expression of such is pure evil to the core.

It's triggering, it's re-traumatizing and it's disturbing just how low people will go for fame and fortune, or just to "Be a Boss" like Linke has done. Then to accept awards for this trauma writing, after already being informed of the infringement and the nature of the writing, whilst the suffering and true writer is going through the most traumatic time of his life, is pure wicked, satanic degradation of human behaviors.

Then making the sufferer fight for years on end to prove these cases, is beyond what Riot Games has in the bank to put right. The Plaintiff believes that, when these cases are proven, criminal proceedings are needed to protect others from these behaviors. Lengthy custodial sentences of the main culprits are the only suitable remedy, as money isn't a worry when you have 22 billion and insurance protections. What is the incentive to not do this again if it's "No skin off one's back" to payout.

18

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

### C. Silco's Drowning Monologue

The opening scene of Episode 3 in Arcane presents a striking and emotionally charged moment—Silco sinking backward into dark waters while delivering his infamous drowning monologue. This monologue has since become one of his most recognized and quoted lines from the series, encapsulating profound existential conflict and internal struggle.

### Monologue

"Ever wonder what it's like to drown? Story of opposites. There's peace in water. Like it's holding you, whispering in low tones to let it in. And every problem in the world will fade away. But then, there's this thing… in your head, and it's raging. Lighting every nerve with madness. To fight. To survive. And all the while this question lingers before you: 'Have you had enough?' It's funny. You could pass a lifetime without ever facing a choice like that. But it changes you forever."

### Breaking it Down: The Psychological & Narrative Weight

Silco's monologue is a meditation on duality, the paradox of water as both a soothing embrace and a merciless force, a space of surrender versus a battleground of survival. This mirrors the experience of trauma processing, particularly in survivors of deep psychological wounds, where the mind constantly wrestles between letting go and fighting back.

19

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**C1- Sentence 1 & 2**

**1. The Opening Duality**

Silco begins:

Sentence 1: "Ever wonder what it's like to drown? Story of opposites."

Sentence 2: "There's peace in water."

The reference to "opposites" suggests an inherent contradiction in the experience of drowning, where serenity and terror coexist. This directly parallels Bloodborg's depiction of sinking, where the protagonist experiences both connection and unease in the presence of deep, dark water.

**2. Direct Literary Parallel in Bloodborg**

**To show the whole snippet:**

*"As the man spoke, an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore. She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; it's mystery, it's misery."*

In D'borg POV, Bloodborg- "She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; its mystery, its misery."

20

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

In this passage, the feeling is shown, not told, which is a literary device that enhances the reader's immersion. Unlike Silco's direct verbalization of the experience, Bloodborg allows the sensation of emotional conflict to unfold organically through imagery and internal perspective. The protagonist does not merely speak about the abyss—she experiences it, feels its pull, its familiarity, and its darkness.

The subtle yet profound alignment between these two passages reinforces the argument that the themes and symbolic framework of drowning, sinking, and duality in Arcane bear a striking resemblance to the personalized trauma expressions within Bloodborg.

**3. The Emotional and Psychological Significance of Drowning Imagery**

Silco's monologue and Bloodborg's abyss imagery both function as trauma metaphors, tapping into deep-seated psychological struggles:

The Peace vs. The Fight – Both passages capture the internal conflict between surrendering to suffering and resisting it. In trauma survivors, this is analogous to the freeze response vs. survival instinct.

Water as an Emotional Abyss – The blackwater in Bloodborg and the drowning imagery in Arcane serve as metaphors for subconscious depth, unresolved grief, and suppressed pain.

A Personal or Existential Reckoning – Silco's "Have you had enough?" moment echoes a critical trauma threshold, much like how the protagonist in Bloodborg is drawn into a psychological confrontation with the abyss.

21

**Thematic and Structural Overlap**

It is essential to highlight that this is not merely a common literary theme, but a deeply personal articulation of trauma that was already embedded in Bloodborg. The striking similarities in:

    i.   The drowning metaphor as a defining character moment

    ii.   The contrasting elements of allure and danger in water

    iii.   The existential questioning embedded within the monologue

    iv.   The cyclical nature of this struggle, appearing throughout Bloodborg's narrative

…strongly indicate that this is not just general inspiration but a direct thematic and psychological extraction from Bloodborg's work.

**The Weight of Trauma Narratives**

Silco's monologue, much like the imagery in Bloodborg, is more than just a poetic moment. It is an articulation of internalized trauma, dissociation, and the fractured psyche of someone struggling with their past. The fact that these elements appear so distinctly in Arcane, echoing a previously established trauma narrative, only strengthens the claim that this was not merely a case of coincidental thematic overlap but a deliberate repurposing of deeply personal material.

22

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**C2- Sentence 3**

Sentence 3: "Like it's holding you, whispering in low tones to let it in."

**In Bloodborg,** in one of the POV's, Josh says "The grey smoky clouds closed in around me, devouring me, stealing my breath like a windy assassin. I crashed into the black water."

The above extracts are both from drowning scenes in black water, with the characters sinking on their backs, which is alleged to be directly referencing the Plaintiff's trauma and sleep paralysis.

It is alleged that, from Silco's Monologue, "whispering in low tones" and from Josh's POV, "devouring me, stealing my breath like a windy assassin", are essentially different word for the same expression, reworked for the same meaning. This highlights a potential linguistic and conceptual parallel between Silco's Monologue in Arcane and Josh's POV in Bloodborg. Both phrases, while stylistically distinct, communicate the same underlying idea: a powerful, stealthy, and dominating presence exerting control or influence over someone else. The differences in word choice reflect the stylistic preferences of their respective "Writers", but the thematic and emotional resonance remains consistent. Silco's Monologue is concise and restrained, fitting his calculated and menacing personality. Josh's POV is more descriptive and poetic, reflecting a vivid and sensory-driven style typical of inner monologues.

The alleged reworking involves transforming the concept of quiet, overpowering influence from Silco's controlled delivery into a more visceral, metaphorical description in Bloodborg. This demonstrates how similar ideas can be adapted and reframed to fit different

23

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

characters and narrative tones while maintaining the same core meaning. With tugged at the heart of the central alleges of copyright infringement in these cases, which hold that,

Just enough masking has been applied to attempt to hide the theft and build plausible deniability.

**Laying on one's back**.

Because of the Plaintiff's past brain injury and PTSD, he cannot fall asleep lying on his back. If he does, he experiences sleep paralysis, the feeling of dying, falling or drowning in blackness. This was written into Bloodborg, which is all trauma writing.

**In Bloodborg,** Josh says, "I feel as though I'm submerged in icy black water as I lay on my back."

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Arcane-** We visually see this represented over and over in Arcane's cyclical and relentless narrative theme of the same.





DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**C3- Sentence 4**

Sentence 4: "And every problem in the world will fade away."

Silco's fourth sentence in his monologue, "And every problem in the world will fade away.", carries profound implications regarding dissociation and the numbing effect of surrendering to an overpowering force. This aligns directly with the emotional experience depicted in Bloodborg.

**Returning to Bloodborg, D'borg's Perspective**

*"...an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore."*

This passage encapsulates a moment of emotional suppression, where a deep feeling struggles to manifest but is continually subdued, just as Silco describes a moment where all struggles seem to vanish under water's embrace.

**1. Parallel Themes of Dissociation & Emotional Detachment**

Both passages highlight the psychological mechanism of dissociation, a common response to trauma. Silco's line suggests an escape from pain through surrender, a moment where every problem "fades away" into oblivion. D'borg's experience reflects emotional suppression, her feelings attempt to surface but are continuously washed away, never fully forming or being processed.

26

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

This is not just a coincidental literary motif; it reflects a shared psychological and narrative structure, where water acts as both a suppressor and a revealer of deeper emotions.

### 2. The Metaphor of Waves & Emotional Resistance

The imagery of waves in Bloodborg is particularly significant when compared to Silco's monologue:

Silco's "fade away" statement implies a total engulfment, a loss of self in the vastness of water, where struggling ceases and submission takes over.

D'borg's wave metaphor suggests emotional restraint, where an emotion attempts to break through but is held back, mirroring the psychological repression common in PTSD.

Both narratives use the water motif to symbolize internal battles, but while Silco verbalizes the experience, Bloodborg employs immersive, sensory-driven storytelling to show it instead of telling it.

### The Shared Structure of Trauma Representation

Silco's entire drowning monologue is structured as an existential realization, a moment of conflict between resisting and yielding to suffering. This mirrors the internal struggle in Bloodborg, where the protagonist grapples with trauma through sensation rather than declaration. This direct parallel further supports the argument that Arcane did not simply adopt a generic drowning metaphor, but rather incorporated specific, uniquely crafted trauma expressions found in Bloodborg, expressions that stem from deeply personal experiences rather than traditional storytelling tropes.

27

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**The Psychological Depth of These Moments**

Both Bloodborg and Arcane use drowning as a gateway into deeper trauma narratives, but what strengthens the argument for appropriation is:

1. The near-identical emotional and structural progression of how drowning is framed.

2. The specific, non-generic metaphor of waves suppressing emotions, seen in both texts.

3. The highly personal and psychologically specific articulation of trauma processing—a hallmark of Bloodborg's unique storytelling

This is more than shared inspiration, it is a highly specific replication of an individual's psychological and literary expression of trauma, appearing in Arcane in ways that align too precisely with Bloodborg's framework.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**C4- Sentence 5**

Sentence 5: The Fight Against Death

Silco's Sentence 5: "But then, there's this thing… in your head, and it's raging. Lighting every nerve with madness. To fight."

This line encapsulates the primal survival instinct, the rage against death, the internal battle between surrender and resistance. The phrase "lighting every nerve with madness" is a direct evocation of the physiological and psychological responses to mortal peril, an overwhelming flood of adrenaline, panic, and desperate struggle.

**1. Fighting Death in Trauma Nightmares and Sleep Paralysis**

For the Plaintiff, this concept is not metaphorical, it is literal. During sleep paralysis and trauma nightmares, death is not just experienced but relived. This directly ties into real-life near-death experiences, including:

1, Being placed in a body bag and revived multiple times by paramedics after a near-fatal incident.

2, Nearly drowning in a kayak while in the British Army, a traumatic event echoing the themes of suffocation, entrapment, and panic found in Bloodborg.

3, Near miss of an RPG in Iraq.

29

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

These real-life experiences were not abstract inspirations; they were the raw material for Bloodborg's narrative. The repeated fight against death, whether in sleep paralysis or in reality, became a defining thematic core of the work.

**2. Bloodborg's Parallel: The Fight Against Suffocation**

The fight for survival is directly depicted in Bloodborg through Jade's drowning-like entrapment in a viscous gel:

*"Jade's nose gave off a line of bubbles. The bubbles struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface, Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand.*

*Jade had counted to thirty, Ling had not returned. Jade panicked trying to fight her way out, which only locked her tighter. Her eyeballs darted around in her head frantically, reddening as she clung to life."*

This passage perfectly mirrors the psychological and physiological responses described in Silco's monologue:

The Immediate Panic – Jade initially holds on, counting, waiting for rescue. This parallels the calm before the survival instinct kicks in, just as Silco describes the peace of drowning before the mind begins to fight back.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

The Frantic Struggle – As panic sets in, Jade thrashes, locking herself even tighter. This reflects the paradox of drowning and suffocation, how the act of struggling can sometimes worsen the situation.

The Desperation to Live – Jade's darting, reddened eyes as she clings to life illustrate the body's last-ditch effort to survive, mirroring Silco's phrase "lighting every nerve with madness".

This visceral depiction of suffocation, panic, and helplessness in Bloodborg is not a generic trope; it is a direct translation of real-life near-death experiences into narrative form.

### 3. The Trauma Imprint on Narrative

The similarities between Silco's monologue and Bloodborg's survival sequences extend beyond mere imagery, they reflect a highly specific trauma imprint, a psychological fingerprint that cannot be replicated without direct reference to the original experience.

Near-death experiences in both real life and writing: The Plaintiff's encounters with literal death (body bag, drowning) shape Bloodborg's themes, just as Silco's speech shapes Arcane's portrayal of survival and trauma.

The physiological realism of suffocation and drowning: The descriptions in Bloodborg align with actual scientific understandings of suffocation panic ($CO_2$ buildup, struggle-induced tightening), reinforcing the authenticity of the trauma source.

31

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

The subconscious vs. the conscious struggle: Both texts explore the paradox of drowning, not just as a physical event, but as a psychological struggle between acceptance and defiance. This strengthens the case that Bloodborg's trauma-rooted storytelling was not merely an influence on Arcane, but systematically lifted and repurposed, reshaped within the framework of Silco's monologue.

### 5. The Impossible Coincidence

The fight against drowning, suffocation, and death is not just a theme, it is a lived experience transformed into art. The Plaintiff's trauma is uniquely coded into Bloodborg, making its echoes in Arcane too precise to be accidental.

Fighting Death

1. Silco's monologue (rage against drowning, survival instinct awakening).
2. Bloodborg's suffocation sequence (panic, struggle, and biological survival response)
3. The Plaintiff's real-life near-death experiences

…it becomes overwhelmingly clear that Arcane did not simply borrow a theme. It appropriated a deeply personal trauma narrative, repackaged it, and presented it as original storytelling.

32

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Arcane-** We visually see this represented in Silco's drowning scene.





33

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

## COMPLAINT ARGUMENT: APPROPRIATION OF PERSONAL TRAUMA IN ARCANE'S SILCO DROWNING MONOLOGUE

The Silco drowning monologue in Arcane presents an uncanny resemblance to Bloodborg's deeply personal and trauma-infused storytelling, particularly in its psychological themes, visual representation, and linguistic structure. This is not a case of general inspiration but rather a direct extraction and reworking of highly specific trauma narratives derived from the Plaintiff's real-life experiences.

The Plaintiff's trauma history, including near-death experiences such as drowning, suffocation, and survival in extreme conditions, was a direct foundation for the Bloodborg narrative. These lived experiences, manifesting in sleep paralysis, PTSD nightmares, and literary depictions of suffocation and drowning, form the core of Bloodborg's emotional and symbolic storytelling. The uncanny structural and thematic replication of these elements in Arcane's portrayal of Silco's monologue and drowning scene raises serious concerns about intellectual property infringement, ethical appropriation, and unauthorized repurposing of trauma-based writing.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

### 1. A Direct and Specific Replication of Trauma Symbolism

Silco's drowning monologue and visual descent into dark waters align with Bloodborg's repeated sinking, drowning, and suffocation motifs, all of which were constructed around the Plaintiff's real-life experiences.

Thematically Identical Struggles: Both narratives depict a duality between surrender and survival, the lure of water as peaceful versus the panic of fighting against death.

Symbolic Overlap: Water functions as a psychological abyss, representing dissociation, helplessness, and existential reckoning, core elements of Bloodborg's storytelling and its representation of PTSD.

Linguistic and Narrative Parallels: Bloodborg's writing mirrors the structure and emotional weight of Silco's speech, using imagery of waves, suffocation, fading emotions, and a frantic battle against drowning.

Cyclical Representation in Both Stories: Both Bloodborg and Arcane return relentlessly to visual and narrative themes of sinking, falling, suffocation, and forced reckoning with trauma.

The exact framing, emotional progression, and symbolic functions of these elements strongly indicate appropriation rather than mere thematic coincidence.

35

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**2. The Trauma Fingerprint: Unique to Bloodborg, Now in Arcane**

Certain elements of Bloodborg that stem from the Plaintiff's deeply personal and specific PTSD symptoms now appear refashioned in Arcane, particularly in Silco's drowning scene.

Survival Struggle in Near-Death Experience

The fight against suffocation and drowning is not just a literary theme in Bloodborg, it originates from the Plaintiff's real-life trauma (nearly drowning in the British Army, being placed in a body bag and revived, PTSD-related sleep paralysis).

The same frantic fight against water as a suffocating force is explicitly depicted in both Bloodborg and Arcane, mirroring real-life accounts of suffocation, panic, and survival instinct.

Sinking on One's Back & Sleep Paralysis Connection

The trauma of sleep paralysis, where the Plaintiff experiences the sensation of drowning while lying on his back, was deliberately written into Bloodborg.

Arcane visually reinforces this by portraying Silco sinking backward, a highly specific and non-generic image of trauma-induced helplessness, perfectly aligning with the Plaintiff's real-life sleep paralysis episodes.

The highly personal nature of these experiences, recoded into Arcane's monologue and visuals, suggests deliberate repurposing of Bloodborg's trauma-coded storytelling.

36

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**3. Reworking for Plausible Deniability- A Masked Copy**

The key to this appropriation is not verbatim copying but reframing and rewording to obscure its origins. This tactic is evident in the way Arcane's Silco monologue maintains identical conceptual and thematic structures while altering linguistic surface details:

      I.    Silco's "Whispering in Low Tones" vs. Bloodborg's "Stealing My Breath Like a Windy Assassin"

Both phrases describe an intangible force gently overpowering the character, with the same metaphor of silent but inescapable control. Despite different wording, the function, emotional weight, and meaning remain identical.

      II.    Silco's "And Every Problem Will Fade Away" vs. Bloodborg's "Like a Wave That Never Quite Reaches the Shore"

Both lines encapsulate dissociation, numbing, and emotional suppression. The imagery of fading, waves, and sinking emotions in Bloodborg directly mirrors Silco's peaceful but deceptive drowning metaphor.

      III. Silco's "Lighting Every Nerve with Madness" vs. Bloodborg's Suffocation Struggle.

37

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

The escalating panic and desperate survival response in both texts mirror real physiological reactions to suffocation. Silco's phrasing conveys the same neurobiological fight-or-flight reaction depicted in Bloodborg, even though the verbal expression has been adjusted for disguise.

This pattern, where highly specific, deeply personal trauma expressions from Bloodborg appear slightly reworded in Arcane, demonstrates a deliberate act of appropriation under the guise of plausible deniability.

**Conclusion: Systematic Theft of a Personal Trauma Narrative**

Silco's drowning monologue is not an independent or coincidental artistic expression; it is a highly specific restructuring of the Plaintiff's personal trauma, filtered through Bloodborg and repackaged within Arcane.

The structural, thematic, and psychological elements of Bloodborg, all derived from real-life traumatic experiences, are too distinct and deeply personal to be generic storytelling motifs. The recurring drowning, sinking, and suffocation themes in Arcane align too precisely with Bloodborg's portrayals of trauma, making mere inspiration an unlikely explanation. The strategic linguistic and structural alterations suggest an attempt to mask appropriation, not an original creation.

38

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Legal & Ethical Implications**

Copyright Infringement: Bloodborg's unique trauma-based storytelling and narrative structures were systematically lifted and reworked into Arcane.

Ethical Violation: The Plaintiff's real-life trauma was exploited without consent, repurposed for commercial storytelling.

Industry Precedent: This case reflects a larger pattern in media industries, where personal narratives from independent writers are harvested and modified to build blockbuster narratives while evading direct legal accountability.

**Final Statement**

Arcane's Silco drowning monologue is not just similar to Bloodborg, it is Bloodborg, stripped of attribution but carrying the unmistakable imprint of the Plaintiff's lived experience. This is not a coincidence, but a case of narrative appropriation, where personal trauma has been systematically stolen, reworded, and repackaged as original content.

39

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Legal Citations and Further Legal Action (Civil & Criminal)**

The Plaintiff's claims of appropriation, copyright infringement, and unethical use of personal trauma in Arcane's Silco Monologue can be examined under multiple legal frameworks, including copyright law, contract law, tort law, and potential criminal violations.

**I. Civil Legal Claims**

1. Copyright Infringement (U.S. Law – 17 U.S.C. § 501, U.K. – Copyright, Designs and Patents Act 1988)

The Plaintiff's Bloodborg is a copyrighted work, and its original expression of trauma, imagery, and narrative elements have allegedly been repurposed without consent.

**Legal Basis:**

United States: 17 U.S.C. § 501 of the Copyright Act of 1976 protects original literary works from unauthorized reproduction and derivative use.

United Kingdom: The Copyright, Designs, and Patents Act 1988 (CDPA 1988), Section 16 provides similar protections, prohibiting copying substantial parts of a copyrighted work.

**Key Precedents:**

Sheldon v. Metro-Goldwyn Pictures Corp. (U.S. 1936) – Held that substantial similarity in themes and structure can establish copyright infringement.

Rogers v. Koons (U.S. 1992) – Found that altering an original work slightly does not absolve copyright liability.

40

Baigent & Leigh v. Random House Group Ltd. (U.K. 2006) – A case involving theft of specific thematic elements from an author's work, though ultimately ruled in favor of Random House.

**Remedies Available to the Plaintiff:**

Injunction to stop further distribution of the infringing work.

Damages (statutory or actual damages).

Profit disgorgement (Arcane's profits derived from the infringing content).

Court-ordered credit to the Plaintiff as the original creator.

**2. Breach of Implied Contract (If Submission Was Involved) – Desny v. Wilder (1956)**

The Plaintiff submitted Bloodborg to an industry entity, thus might have an implied contract claim under Desny v. Wilder, a landmark U.S. case that established that unsolicited creative works submitted to a studio are protected from unauthorized use under an implied contract theory.

**Legal Precedent:**

Desny v. Wilder, 299 P.2d 257 (Cal. 1956)

A studio may not use submitted creative material without compensating the creator, even if no formal contract exists.

41

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Potential Remedies:**

Breach of contract damages.

Credit as a co-writer or consultant.

**3. Fraudulent Misappropriation of Intellectual Property (Common Law & U.K. Passing Off Law)**

If Arcane's creators knowingly took elements from Bloodborg and disguised them as original, the Plaintiff may have a claim under:

U.K. "Passing Off" (Reckitt & Colman Ltd v. Borden Inc. [1990]) Protects against misrepresentation of ownership over creative content.

U.S. "Misappropriation" Doctrine (International News Service v. Associated Press [1918]) Prevents one party from commercially exploiting another's intellectual effort without permission.

**Potential Remedies:**

Damages for fraudulent misrepresentation.

Potential reputational damages if misattribution is proven.

4. Emotional Distress & Mental Anguish (Tort Law)

Because the Plaintiff's personal trauma and lived experiences were allegedly taken and repurposed, he has a tort claim for emotional distress.

42

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

**Legal Theories:**

Intentional Infliction of Emotional Distress (IIED) – Hustler Magazine, Inc. v. Falwell (U.S. 1988) established that deliberate, reckless harm to an individual's emotional well-being can be actionable.

Negligent Infliction of Emotional Distress (NIED) – If Arcane's creators failed to consider the emotional harm in using deeply personal trauma themes, they could be held liable.

**Potential Remedies:**

Compensatory damages for distress.

Potential punitive damages.

**5. Unjust Enrichment & Profit Disgorgement (Common Law)**

If Arcane profited from elements appropriated from Bloodborg, the Plaintiff could file an unjust enrichment claim:

**Legal Precedents:**

Restatement (Third) of Restitution and Unjust Enrichment (U.S.) – Prevents one party from benefiting from another's work without compensation.

Attorney General v. Blake (U.K. 2001) – Courts may order full profit disgorgement if wrongful benefit is proven.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Potential Remedies:**

Full or partial redistribution of profits.

Licensing fees retroactively applied.

## II. POTENTIAL CRIMINAL CLAIMS

1. Wire Fraud (U.S. 18 U.S.C. § 1343) & Conspiracy to Defraud (U.K. Fraud Act 2006, Section 2)

If Arcane's creators communicated false ownership of the Plaintiff's work across state or international lines (e.g., in contract discussions, marketing, or distribution deals), it could constitute wire fraud (U.S.) or conspiracy to defraud (U.K.).

**Elements of Wire Fraud:**

A scheme to defraud another out of money or property.

Electronic or interstate communications used in furtherance of fraud.

Intent to defraud.

**Elements of Conspiracy to Defraud (U.K.):**

Agreement to commit fraud or deception to gain financially.

Misrepresentation that deprives another of their rightful property.

**Potential Remedies:**

44

Criminal fines.

Imprisonment (if intent is proven).

**2. Plagiarism & False Attribution (Fraud by False Representation – Fraud Act 2006, Section 2)**

If Arcane's creators falsely claimed originality while knowingly using another's work, they may have engaged in fraud by false representation under U.K. law. Plagiarism is not a criminal offense in most jurisdictions, but if tied to commercial fraud, it can result in legal consequences.

**Plaintiff's Footnotes**

Since the Rule 26 (f) conference, Plaintiff has spent the weekend hyper fixated in stress and worry over these cases.

The plaintiff had an important neurological psychologist assessment and battery of testing on the morning of February 14, 2025, but had very little sleep because of the late night overthinking of Riot's tenacious threats to have these cases kicked out on legalities. Riot should take note that life doesn't happen in a vacuum, the negative effects of these cases can, and indeed has, led to life-changing events. Plaintiff's damages will rise accordingly.

Plaintiff noted that during the Rule 26 (f) conference on February 13, 2025, Riot Games and Christian Linke adamantly denied ever seeing or reading Bloodborg, and yet public

45

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

proof of them reading and soliciting manuscripts in the writing room, whilst "being less shitty and starting again" is available and has been presented to the court.

The Plaintiff notes this adamant denial and refusal to take responsibility for their actions and crimes, and he presents even more evidence of undeniable Copyright infringement.

The Plaintiff wasn't looking forward to getting onto episode 3, for the reasons set throughout this document, and yet it's 01:16 Am and the Plaintiff cannot sleep again because of these cases.

Given the conditions of these cases, and the refusal of responsibility, the Plaintiff believes that wider criminal and civil cases may need to progress in many nations around the globe.

CONCLUSION

The Plaintiff presents compelling evidence that the "Silco Drowning Monologue" is not merely similar to Bloodborg, but a systematic appropriation of its unique trauma-based storytelling. The Plaintiff has endured real-life traumatic experiences, which were then repurposed by the Defendants for commercial gain without consent, credit, or compensation.

Given the overwhelming substantial similarity, psychological specificity, and linguistic parallels, this case exceeds the threshold for both civil liability and potential criminal inquiry. The Plaintiff seeks immediate relief through civil litigation and, where applicable, criminal prosecution to uphold the integrity of their intellectual property rights and personal trauma narrative.

46

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Submitted for Court Review & Evidentiary Consideration.


I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of the open Episode 3, and Silco's monologue: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.


Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Marc Wolstenholme

5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

           Plaintiff,

vs.

RIOT GAMES, INC.,

           Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PLAINTIFF'S EXHIBIT F- DETAILED
BREAKDOWN AND ANALYSIS OF
EPISODE 3 OF ARCANE: SUPPORTING
EVIDENCE FOR COPYRIGHT
INFRINGEMENT CASE

Dated this: FEBRUARY 23, 2025

FEBRUARY 23, 2025

*M.WOLSTENHOLME*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of Episode 3, season 1 of Arcane: Supporting Evidence**

**for Copyright Infringement Case**

1

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**1. Introduction:**

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of Episode 3 of Arcane: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. Please note, this document covers all of Episode 3 of Arcane after Silco's monologue as that has already been covered in a separate document.

**2. Evidence Submitted:**

I submit the following evidence of Detailed Breakdown and Analysis of Episode 3: Supporting Evidence for Copyright Infringement Case. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

3.      **Comparison of story elements:** This document specifically shows the striking similarities between an assortment of episode 3 of Arcane after Silco's monologue.

2

# Exhibit

### EXHIBIT A - GOOD HEART

Right after Silco's opening monologue, Vi is giving herself up to the Enforcers. Vi and her gang and the people of Zaun have been in a kind of "Cold War" situation with the topside since the conflict on the Bridge when Vi was young and lost her parents. Vander barges into the room.

*As seen in the attached still image-*



DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Complaint Argument: Misappropriation of Thematic and Narrative Elements in Arcane's "Good Heart" Scene.**

The Issue of Narrative and Thematic Appropriation

The Plaintiff alleges that the "Good Heart" scene in Arcane, specifically Vander's dialogue to Vi, has been copied and reworked from Bloodborg with only minor linguistic modifications and structural alterations to obscure its origins. The dialogue, which serves as a pivotal mentorship moment emphasizing resilience in the face of war and suffering, is nearly identical in narrative function, phrasing, and emotional weight to a passage from Bloodborg in which Bill imparts wisdom to Josh.

This is not an isolated case but follows a clear pattern of repurposing from Bloodborg, where the original material has been fragmented, reworded, and layered into Arcane's script, creating an illusion of originality while retaining the same core meaning and character dynamics.

4

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**1. Direct Parallels Between Arcane and Bloodborg**

**A. Arcane – Vander's "Good Heart" Monologue**

Following Silco's monologue, Vi surrenders herself to the Enforcers as part of the long-standing tensions between Zaun and Piltover. Vander interrupts, delivering the following words: *"We don't have much time. I'm proud of you, always have been. You've got a good heart. Don't ever lose it… No matter how the world tries to break you. Protect the family."*

This moment serves a clear thematic function: it reinforces Vander's role as a mentor figure, imparting wisdom about endurance in times of war and hardship, emphasizing how one must protect their values despite adversity.

**B. Bloodborg – Bill's Words to Josh**

From Bloodborg, in Josh's POV:

*"War is messy, it hurts. Both here and here,' said Bill, pointing to his heart and his head. 'Let me just tell you, the first day of war is always the worst, it doesn't get better, but you get tougher and rougher and numb, both here and here,' he said, pointing at his heart and head again."*

5

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

This passage shares the exact same thematic core:

    i.    A mentor figure (Bill/Vander) passing down wisdom to a younger character (Josh/Vi).

    ii.    A message about war and suffering—how it hardens people but also challenges them to hold onto their values.

    iii.    A focus on two key aspects of resilience: emotional endurance ("heart") and mental fortitude ("head").

    iv.    A cyclical repetition in phrasing to reinforce the lesson ("both here and here" vs. "don't ever lose it").

    v.

### 2. Thematic and Structural Overlap

The similarities between these two passages extend beyond mere words; they function in identical ways within their respective narratives: *Table 1 -*

| ELEMENT | ARCANE (VANDER TO VI) | BLOODBORG (BILL TO JOSH) |
| --- | --- | --- |
| MENTOR FIGURE | Vander | Bill |
| YOUNGER CHARACTER | Vi | Josh |
| CONTEXT | A conflict escalating to war | A reflection on the start of war |
| CORE MESSAGE | War and suffering harden people, but you must not lose your heart | War hardens people, but emotional endurance matters, don't lose your heart |
| SYMBOLISM | Heart = Compassion, Family; Head = Strength | Heart = Emotional pain; Head = Psychological resilience |
| REPETITIVE REINFORCEMENT | "Both here and here" concept is echoed | "Don't ever lose it… No matter how the world tries to break you" |


6

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

This repetition of key ideas and phrasing, despite some minor alterations, makes it clear that the Arcane script lifted this emotional and philosophical moment from Bloodborg.

### 3. The "Pix-N-Mix" Method: A Pattern of Appropriation

The deliberate restructuring of dialogue into a "Pix-N-Mix" amalgamation is a technique seen across Arcane's writing. This method extracts specific narrative elements, disguises them through minor wording adjustments, and re-integrates them to create a falsified appearance of originality.

    i.    Core Meaning Is Retained – Despite minor wording changes, the underlying message remains identical.

    ii.    Same Emotional Impact – The mentor figure provides emotional guidance in a war-like situation, mirroring Bloodborg's emotional beats.

    iii.    Repetitive Symbolism – Both scenes use the same symbolic reference (heart and mind as focal points of endurance).

This calculated reworking ensures that Arcane's writing maintains plausible deniability while still directly benefiting from the Plaintiff's creative and deeply personal storytelling.

7

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**4. The Legal Implications: Copyright Infringement Through Thematic Theft**

The reproduction of fundamental narrative elements, even when slightly modified, constitutes copyright infringement if the reworked dialogue retains the substantial similarity of expression, structure, and emotional function.

U.S. Law: Copyright Act of 1976 (17 U.S.C. § 501)

U.K. Law: Copyright, Designs, and Patents Act 1988

**Key Legal Precedents:**

Sheldon v. Metro-Goldwyn Pictures Corp. (1936) – Establishes that substantial similarity in storytelling elements and narrative structure qualifies as copyright infringement.

Rogers v. Koons (1992) – Minor modifications do not protect against infringement if the core meaning and expression remain identical.

Baigent & Leigh v. Random House (2006, U.K.) – Reinforces that thematic structure and key elements can be protected, not just exact wording.

8

**Applicable Legal Arguments:**

I.   Substantial Similarity Test: The dialogue in Arcane and Bloodborg serves identical narrative and thematic functions and contains strikingly similar phrasing, tone, and symbolic reinforcement.

II.  Derivative Work Argument: Even if minor wording changes exist, Arcane's dialogue constitutes an unauthorized derivative work of Bloodborg.

III. Intentional Misrepresentation: The "Pix-N-Mix" masking evidences an attempt to disguise theft while still benefiting from the original work's unique storytelling.

**5. Conclusion: A Clear Case of Appropriation**

The Vander "Good Heart" monologue in Arcane is not an original piece of writing, it is a disguised appropriation of a deeply personal and carefully crafted moment from Bloodborg. This is not an isolated incident but part of a larger pattern of lifting and reworking material from the Plaintiff's work.

I.   The parallels in theme, structure, and symbolism are undeniable.

II.  The masking through minor wording changes demonstrates an intentional attempt to obscure the origins of the material.

III. The legal precedent establishes that such unauthorized appropriation qualifies as copyright infringement.



9

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Requested Legal Actions**

    i.    Copyright Infringement Lawsuit – Under 17 U.S.C. § 501 and CDPA 1988 for unauthorized reproduction of narrative elements.

    ii.    Injunction Against Further Use – To prevent continued exploitation of Plaintiff's creative material.

    iii.    Compensatory and Punitive Damages – For economic losses and emotional distress caused by the unauthorized use of deeply personal material.

    iv.    Legal Credit and Attribution – To establish the Plaintiff's rightful ownership of the misappropriated work.

This complaint serves as formal evidence that Arcane's writing includes plagiarized material from Bloodborg, and legal action is necessary to address this systematic exploitation of another creator's work. Moreover, Criminal proceedings may need to follow to prevent more hardship to others and to the plaintiff.

10

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT B- FALL GUY**

**In Arcane,** Vander is arrested because Vi, his adoptive daughter, blew a hole in a wall.



**In Bloodborg,** Chris is arrested because of his best friend Lieutenant Dillon James blow a hole in The Wall (The Stand).

*"As Chris recovered in a Hospital back on Ark, the Ark Special Investigations Branch (ASIB) visited him. They informed Chris that Dillon had been radicalised inside Deep-root and persuaded to blowing a hole in The Wall. ASIB stated that the breach in the wall was being coined The Rupture. The OWA attacked the area of the Rupture for a week after but did not successfully breach The Wall.*

11

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*They believed that this wasn't the intent, the intent was to gather information. They stated that because Chris was logged into the Drone which had been hacked, the hackers gained information on propulsion for levitation of the underground bullet pods. As well as information on the location and operations of Armadillo PCC because it was utilized during the night when the hard-shell was switched down; the enemy now know that it can be used at night if needed. They also know that it is located near Dunkirk.*

*Chris was sentenced to six months in Military Cage, with no bionics or prosthetics. During this time, as part of his rehab he had to undergo intensive brain wave re-conditioning and educational programming which reconnected him with the Ark and Gaia. To connect to what the Military Cage guards called the mammalian survival mode, Chris was placed under a stringent fasting plan, one meal of grassnip every three days and three scoops of water per day. The guards injected him in the neck daily with a red serum."*

**Key Findings.**

Both Vi and Chris take the fall for somebody else's actions (both involved in blowing holes in walls). Both Vi and Chris are sent to underground prisons with harsh reconditioning programs. Later, both Vi and Chris become prominent figures of authority within the same establishment that imprisoned them. This pattern strongly suggests narrative and thematic misappropriation from Bloodborg into Arcane.

12

EXHIBIT C - FERAL FIGHTERS AND MUTANTS VS SHIMMER DECKARD AND

SHIMMER MUTANTS.

We next see the hulking mutated shimmer Deckard kill Benzo, Grayson and the Enforcers, then he knocks out Vander and drags him away. We find out that the traitor Enforcer, Marcus, had a deal with Silco, who steps out of the mist with a bionic orange glowing eye.





13

*Table 2- Comparisons*

| Category | Bloodborg - Feral Fighters & Mutants | Arcane - Shimmer Deckard & Shimmer Mutants | Observations & Overlaps |
|---|---|---|---|
| Concept & Origin | Feral Fighters are enhanced humans who have undergone grotesque mutations due to exposure to biochemicals, drugs, and genetic experiments. They are violent, uncontrollable, and used as tools of war or terror. Mutants are the extreme evolution of these fighters. | Shimmer Deckard and the Shimmer Mutants are individuals transformed by the drug "Shimmer," which grants them enhanced physical abilities but at the cost of their humanity. The mutants become monstrous and unpredictable. | Both involve human transformations via synthetic blood based drugs/biochemicals, resulting in uncontrollable, hyper-aggressive, and monstrous warriors. |
| Transformation Method | Feral Fighters are exposed to biochemical mutagens that twist their bodies, making them grotesquely strong, fast, and aggressive. The transformation is painful and irreversible. Mutants represent the extreme, losing all semblance of their former selves. | Shimmer users experience a violent transformation into monstrous forms, gaining superhuman strength, durability, and aggression. The transformation is painful and highly unstable. | Both feature a transformation process fueled by chemical or biochemical exposure, leading to irreversible or semi-permanent physical alterations and mental instability. |
| Appearance & Traits | Feral Fighters have exaggerated muscles, glowing eyes, enlarged teeth, claws, and exposed veins. The mutations vary based on exposure and genetics. Mutants have even more extreme deformities, some losing human features entirely. | Shimmer mutants have glowing eyes, disfigured bodies, overgrown musculature, and violent, unpredictable behavior. Deckard, the first major subject, is significantly larger and stronger than normal humans. | The grotesque, monstrous aesthetic of chemically mutated fighters is nearly identical, including glowing eyes, exaggerated physiques, and loss of cognitive function. |

14

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

| | | | |
|---|---|---|---|
| **Behavior & Role** | Feral Fighters act as enforcers, brutalizing opposition with unmatched strength and ferocity. They are often used as foot soldiers for warlords and crime syndicates. Mutants are barely sentient, only responding to basic instincts and violence. | Shimmer Mutants, especially Deckard, are used as enforcers for criminal organizations, exhibiting immense brutality. They lose control over their actions and attack friend and foe alike. | Both factions serve a similar role in their narratives—being chemically enhanced, expendable super-soldiers or enforcers who turn into berserk creatures. |
| **Tactical Use in Combat** | Feral Fighters are deployed in urban warfare, tearing through enemies with raw strength. They are used in street battles and as shock troops for criminal syndicates. Mutants are even deadlier, causing mayhem and destruction. | Shimmer Mutants are deployed by Silco's faction to overwhelm enemies, engaging in street-level fights with overwhelming strength. They are used as brutal frontline soldiers in violent conflicts. | The strategic deployment of these chemically altered beings as mindless war machines is identical. |
| **Moral & Narrative Themes** | Feral Fighters represent the loss of humanity due to unethical scientific experimentation and the pursuit of power. The drugs are meant to create the ultimate soldier but destroy their minds and souls in the process. | Shimmer Mutants serve as a metaphor for addiction and the dangers of unchecked scientific advancements. The drug grants power but erodes the person's identity. | Both narratives explore the dark side of scientific ambition and the human cost of seeking power through artificial enhancement. |

15

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Examples Feral Fighters, Mutants and, Bloodborgs, from Bloodborg.**

1. *"The Founding Families are moving towards a world without resistance, a one-world slave machine where the only survivors see them as gods. They plan to re-house their minds in bloodborgs, the pinnacle of all creation. The ultimate cybernetic human beings. Merging AI, in-brain, robotics and synthetic human self-regenerating tissue with the perfect cocktail of endless blood to be immune to all diseases and ageing."*

2. *"Bill, The QM (Look at me, already calling him Bill) says that the genetic makeup of the Nullifidian has changed, mutated in some way and their minds are contaminated. They are uncivilised, like wild animals, they are sub-human."*

3. *"Nullifidian – general term used by the Defenders to mean all people who are sub-human, all beyond the wall.*

   *Heathens- A settlement of people, near normal, do not believe that the earth is a living entity. They live together but fight all others, they are intelligent, but many have physical mutations, most notably the size of them, they are huge, both tall and wide in comparison to humans. Many have pronounced foreheads and raised eyebrows.*

   *The Diseased/ Infected - Badly mutated and contagious, often have large open pus-filled sores and blisters, or are wrapped up in rags to hide the sores.*

16

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*The Unwell- translucent skin or very pale. They cover up in sunlight to protect their skin, often live underground or in caves, they move around, scavenging and foraging mostly at night."*

4. *"'Just keep rowing gently and be silent,' said Warwick, knowing that noise and movement and even light overloads the damaged brains of the infected and the mutated, sending them into a rage."*

5. *"The smell of blood excited the severely mutated."*

6. *"...five of the mutated had somehow gotten over or through the fence and were trying to bite into an old car battery."*

7. *"His body tickled with rage. Not like the blind rage of the mutated, more of an emotionally charged rage of a damaged man."*

8. *"... hive of the mutated and the infected,"*

9. *"...most of the mutated are barely people anymore and the others, us, the Infected are slowly dying, we are rotting, we are being eaten alive from the inside. I can't control them, not the mutated, nobody can. If they become overstimulated by light or the smell of fresh blood, they rage, sometimes even ripping each other apart for blood."*

10. *"The frenzy had begun, the mutated raged on."*

11. *"Screeches of the mutated echoed through the band of standing boulders."*

12. *"Needles is one of the most avoided areas of New Kowloon because a feared gang of lawless wreckers, rapist and murderers patrol the platforms and gangways. They call themselves The Feral Fighters."*

17

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

13. *"Feral Fighters are planning something to identify blood markers instantly, so they don't have to rely on this dipping fingertip in permanent purple ink business. They know people are cheating it. My friend says they are planning something big. He has it on good grounds that a war is coming to New Kowloon, a war to drain the city of all its valuable blood and to kill everyone else."*

14. *"… force of one hundred to two hundred Feral Fighters are marching south towards the Midcity lights."*

15. *"The Feral Fighters were cowboys, more rascal soldier wannabees than an actual fighting force. They got by on bullying and harassing people. There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them."*

18

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Argument for Copyright Infringement**

Based on the comparison, the following legal arguments can be made:

1. *Substantial Similarity in Concept & Execution*

Both Bloodborg and Arcane feature a faction of chemically or biochemically altered fighters who are used as disposable war assets.

The transformation process, side effects, and eventual monstrous state are strikingly similar, down to the glowing eyes, grotesque musculature, and loss of mental faculties.

2. *Thematic & Narrative Parallels*

The thematic weight of Feral Fighters and Shimmer Mutants revolves around biological enhancement gone wrong, with blood drug-induced transformations serving as a key plot element in both stories.

They both critique unethical scientific experiments, the pursuit of power through unnatural means, and the loss of self.

3. *Derivative Work Argument*

If Arcane creators had access to Bloodborg, the resemblance could suggest that they used Bloodborg's concepts to build their own mutated enforcers, altering only surface-level details (i.e., renaming the substance from a blood based biochemical mutagen to "Shimmer" and tweaking the visual style).

19

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Even with differences in branding, if core concepts, execution, and usage in the story remain the same, it may constitute derivative work without permission.

### 4.  *Market Confusion & Distinctiveness*

The depiction of blood drug-induced mutants in Arcane could potentially dilute the originality of Bloodborg's Feral Fighters by making them seem derivative rather than a unique invention.

If Arcane's depiction gains widespread recognition, which it has, it could prevent Bloodborg from effectively using or monetizing its original concept in future media.

20

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

Based on the detailed comparative analysis, there are strong conceptual, thematic, and narrative overlaps between Bloodborg's Feral Fighters & Mutants and Arcane's Shimmer Deckard & Shimmer Mutants. The transformation process, the visual and physical effects, the behavioral traits, and their role within the story structure exhibit substantial similarities. These resemblances raise serious concerns about potential copyright infringement and suggest that Arcane may have derived or been influenced by Bloodborg's concepts without proper credit or authorization.

While Riot Games may argue that differences exist in execution (e.g., visual style, minor story changes), the core identity and purpose of these chemically altered warriors remain nearly identical.

**Key Findings**

*Core Concept Parallels*

Both Bloodborg and Arcane feature chemically enhanced warriors that mutate into monstrous enforcers due to exposure to a biochemical/drug compound.

Both factions serve criminal overlords, are highly unstable, and lose their humanity through their transformations.

*Transformation & Visual Similarities*

The transformation process in both cases is violent, painful, and often irreversible.

The resulting mutants exhibit grotesquely enlarged muscles, glowing eyes, exposed veins, and exaggerated features.

21

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The Shimmer Mutants in Arcane and the Feral Mutants in Bloodborg both lose cognitive control and become mindless killing machines.

*Role & Tactical Deployment*

In both narratives, these mutants are used as cannon fodder for street battles, organized crime, and violent enforcement of power.

They are introduced as human test subjects, quickly turning into monstrous, barely sentient weapons.

*Thematic & Narrative Overlap*

Both Bloodborg and Arcane critique unethical scientific experimentation, showing how power-hungry factions exploit human subjects.

The overarching moral dilemmas, consequences of augmentation, and themes of addiction and dehumanization are nearly identical.

*Potential Legal Implications*

If Bloodborg predates Arcane, it may be possible to prove unlawful derivation or misappropriation.

A copyright infringement case could argue that Riot Games used distinctive and original elements of Bloodborg in Arcane without licensing or permission.

Even if direct copying is not proven, the substantial similarities could support an unfair competition or trade dress dilution claim.

22

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

EXHIBIT D- MAKING WEAPONS FOR WAR.

Inside the Crab Market, we see Silco's Goons making weapons, preparing for war against the topside.



In Bloodborg, war or battle perpetrations are also taking place.

1. *"They plan a mass raid on New Kowloon to loot whatever blood, weapons, energy unit's and valuables they can. Then they plan genocide, and obliteration of the city."*

2. *"The leader of the gang; Cowboy Momahan, is attempting to take control of all of The Needle district. He is trying to recruit an army to plunder the city. He receives weapons, alcohol and drugs from the Assemblage in exchange for raiding services and blood donations (trafficking people for their blood)."*

3. *"Warwick already Knew from Sally's situation report that this is where Jade's weapons were stashed."*

23

4. *"Biz popped up out of the tunnel and scanned the weapons. She found a tracking device."*

5. *"D'borg stepped towards the weapons and stopped. She scanned the weapons. Biz had planted a fusion tab on the weapons crate, she primed it to explode when scanned. Ingenious little bionic-Bee."*

6. *"We stole them from a lock-up, an ammo dump belonging to the Feral Fighters.'"*

7. *"... why did Morgan have you raid the lock-up for weapons. Marvin said something bigger is going down, do you know anything about it?'*

*'Morgan spoke about a cure-all synthetic blood being developed which would make all Nullifidian's disposable, Worthless. He said they plan to destroy the city, but they need the real blood first, to copy it. They are gearing up a final hunt before they destroy New Kowloon."*

24

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison and Analysis- War Preparations and Strategic Weapon Stockpiling**

Both Bloodborg and Arcane feature an underground faction stockpiling weapons in preparation for an imminent war.

**Arcane:**

In Arcane, Silco's forces are actively producing and stockpiling weapons in the Crab Market to prepare for their assault on Piltover (topside).

The weapon manufacturing process is integral to Silco's plan to destabilize Piltover and gain full control of the undercity.

Just as Cowboy Momahan arms his gang with stolen weaponry, Silco weaponizes his own soldiers, using both traditional arms and Shimmer-induced super-soldiers.

**Key Similarity:** Both Bloodborg and Arcane emphasize the buildup of weapons and forces for an underground faction's war against the dominant power.

**Illicit Trade: Weapons, Drugs, and War Funding**

Both stories highlight the role of crime, illegal substances, and underground economies in fueling war.

**Bloodborg:**

"Cowboy Momahan receives weapons, alcohol and drugs from the Assemblage in exchange for raiding services and blood donations (trafficking people for their blood)."

25

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

"Morgan spoke about a cure-all synthetic blood being developed which would make all Nullifidian's disposable, Worthless."

Cowboy funds his war effort through human trafficking, blood trade, and weapons exchanges. His forces steal and smuggle contraband to gain the resources necessary for war.

**Arcane:**

Silco's economy is funded by Shimmer production and distribution, which fuels his ability to create enhanced soldiers.

The Crab Market weapon workshop operates in secret, much like Cowboy's weapons and drug deals with the Assemblage.

Silco exploits people for profit and power, much like Cowboy's blood trade and human exploitation.

**Key Similarity:** Both Bloodborg and Arcane feature criminal warlords who finance their wars through black market trade (weapons, drugs, and human trafficking).

**Tactical Infiltration and Sabotage**

Both stories also include strategic counterattacks involving weapon caches and sabotage.

**Bloodborg:**

"Biz popped up out of the tunnel and scanned the weapons. She found a tracking device."

<div align="center">26</div>

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

"D'borg stepped towards the weapons and stopped. She scanned the weapons. Biz had planted a fusion tab on the weapons crate, she primed it to explode when scanned. Ingenious little bionic-Bee."

Here, intelligence and sabotage play a crucial role in disrupting enemy plans. Biz uses advanced tactics (a tracking device and an explosive trigger) to undermine an enemy stockpile.

Biz, In Bloodborg, is an intelligent bee drone. We see the same in Arcane, yet Jinx's are butterfly drones. Bloodborg was written at a time when drone technology was just taking off, thus this isn't a trope, it's a direct infringement… alleged.

**Arcane:**

Similarly, in Arcane, the Crab Market scene reveals that weapons are being strategically prepared, smuggled, and distributed, and later, Piltover forces disrupt these operations.

Jinx uses explosives and modified weapons to sabotage enemy forces (much like Biz planting a fusion tab to sabotage a weapons crate).

**Key Similarity:** Both Bloodborg and Arcane emphasize tactical sabotage and infiltration to counter the enemy's war effort.

27

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion: Strong Parallels in War Preparation and Criminal Economy**

**Key Findings:**

Both narratives feature an underground faction stockpiling weapons for war.

**Bloodborg:** Cowboy Momahan's gang steals and hoards weapons.

**Arcane:** Silco's forces manufacture and stockpile weapons in the Crab Market.

Both war efforts are funded through black-market economies.

**Bloodborg:** Weapons, drugs, and human blood trafficking fuel Cowboy's army.

**Arcane:** Shimmer production and illegal weapons manufacturing fund Silco's forces.

Sabotage and intelligence play key roles in countering enemy war plans.

**Bloodborg:** Biz plants an explosive in the weapons cache to sabotage it.

**Arcane:** Jinx and other characters use explosives and sabotage to disrupt Piltover forces.

28

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**Legal Implications:**

This comparison highlights not just broad thematic similarities, but also detailed narrative parallels, including:

The concept of an underground warlord using illicit trade (blood/shimmer) to fund a war.

The use of stolen weapons caches and strategic war preparations.

The theme of sabotage and counterintelligence in disrupting the war effort.

These elements may constitute substantial similarities between Bloodborg and Arcane, suggesting potential intellectual property misappropriation in worldbuilding, themes, and narrative structures.

29

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT E- STOCKPILING BLOOD BASED DRUGS.**

**In Episode 3,** we see Silco and his Goons in the crab market producing and stockpiling Shimmer, which is a blood and psychoactive root plant-based drug.



**In Bloodborg,** many factions, such as the Feral Fighters, The Assemblage and The Ark, are harvesting and stockpiling a blood-based drug, taken in many forms such as infections, inhaling, or serum. Sometimes known as Fetal Sapien Serum. This too is made from a mix of blood harvesting, bio-engineering and psychoactive root plant or root potion. called Rescogita.

**Bloodborg,**

1. *"I might as well admit it now, I've accessed Deep-Root, mostly to read of the Old-World. The Concoction (Rescogita) is more available in the 4th quarter because the mountains are harder to search."*

30

2. *"We are a stockpile of fresh blood to them. The Founding Families and others inside the Inner Assemblage have blood on the menu. If your blood type or genetic indicators are requested; the Hunters will come hunting, killing you for your blood. The Raiders will come raiding your arteries, but they usually do not kill. The Mercenaries, however, they are the worst, they will find and capture you, they will keep you semi-sedated, strapped to a surgery table for months whilst they milk your blood vessels, until you stop producing or you are no longer valuable to them. They will then either make you their bitch, their slave, or kill you slowly."*

3. *"Because the Founding Families, have created a way of producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies. A never-ending feast. This makes the residence of New Kowloon worthless to them. My informants inside The Inner Assemblage have warned me to get out as fast as possible. They plan a mass raid on New Kowloon to loot whatever blood, weapons, energy unit's and valuables they can. Then they plan genocide, and obliteration of the city."*

31

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis: Stockpiling Blood-Based Drugs**

(Bloodborg vs. Arcane: Blood and Psychoactive Substances in War Economy)

1. Blood-Based Drugs and Their Role in Power Dynamics

Both Bloodborg and Arcane introduce a blood-derived drug that serves as a cornerstone for power, control, and warfare.

**Bloodborg:**

"We are a stockpile of fresh blood to them. The Founding Families and others inside the Inner Assemblage have blood on the menu."

"Because the Founding Families, have created a way of producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies."

**In Bloodborg,** the drug is derived from real human blood and psychoactive plant extracts, specifically Rescogita (a root-based psychoactive substance) combined with Fetal Sapien Serum (blood-derived biotech). This serum is harvested, refined, and distributed as a highly sought-after substance, used for biological enhancement, addiction, and control.

**Arcane:**

Shimmer is a chemically engineered blood and root-based drug that enhances strength and aggression but is highly addictive.

32

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Shimmer is produced in the Crab Market, processed in underground labs, and weaponized to transform individuals into enhanced but monstrous fighters.

Like Bloodborg, Shimmer is a fusion of blood and psychoactive root-based compounds, combining organic and synthetic elements to create an unstable yet potent substance.

**Key Similarity:** Both narratives feature a powerful drug made from a mix of human blood and psychoactive plant-based substances.

### 2. Stockpiling, Drug Economy, and Elite Control

Both stories show organized crime, corrupt elites, and warlords hoarding these blood-based drugs to maintain power.

**Bloodborg:**

"They plan a mass raid on New Kowloon to loot whatever blood, weapons, energy unit's and valuables they can. Then they plan genocide, and obliteration of the city."

"Mercenaries will keep you semi-sedated, strapped to a surgery table for months whilst they milk your blood vessels, until you stop producing or you are no longer valuable to them."

**Later in the Arcane series,** we see jinx, ***"keep you semi-sedated, strapped to a surgery table"***, whilst she receives Shimmer treatment for her catastrophic wounds.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Here, blood is systematically harvested for mass production of a drug that enhances, heals, or manipulates. Those in power capture, enslave, and drain people for their blood, treating them as raw materials for biochemical refinement.

**Arcane:**

Silco's gang stockpiles and refines Shimmer in the Crab Market, using it to gain control over Zaun's criminal underworld and to wage war against Piltover.

Shimmer users, especially Deckard and other mutants, are enhanced but also deformed, much like the "blood-milked" individuals in Bloodborg who are discarded when no longer useful.

**Key Similarity:** In both cases, drug production is tied to exploitation, mass harvesting, and a system of absolute control by a ruling elite.

**3. Bio-Engineering and Synthetic Drug Expansion**

Both narratives feature synthetic versions of the original drug, allowing for perpetual production.

**Bloodborg:**

"The Founding Families have created a way of producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies."

This biotech expansion allows the elite to maintain a supply of blood-based serum without needing constant new victims.

34

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Arcane:**

Shimmer is refined and synthesized, allowing for mass production and increasing its impact on Zaun's war economy.

Shimmer experiments lead to enhanced versions of the drug, making it more powerful and more addictive. The end version in Season 2 of Arcane successfully turns both Warwick and Viktor and his cult into Bloodborgs.

**Key Similarity:** Both Bloodborg and Arcane depict the evolution of a blood-based drug from raw extraction to synthetic mass production.

**Conclusion:** Strong Parallels in Drug-Based Power Structures

Both narratives feature an underground faction mass-producing a blood-derived, psychoactive drug.

**Bloodborg:** Rescogita & Fetal Sapien Serum (blood and bio-tech serum).

**Arcane:** Shimmer (blood-infused drug with psychoactive root extracts).

Both drugs are controlled by powerful elites who exploit and enslave people to produce them.

**Bloodborg:** The Founding Families capture, drain, and discard people for blood harvesting.

**Arcane:** Silco's gang experiment on and addict people to Shimmer, turning them into dependent warriors.

35

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Both drugs are used for enhancement but come with terrible costs.

**Bloodborg:** Victims are harvested for serum, discarded, or turned into slaves.

**Arcane:** Shimmer enhances fighters but mutates them into monstrous forms.

Both drugs evolve from natural extraction to synthetic production.

**Bloodborg:** Synthetic blood allows continuous production without fresh victims.

**Arcane:** Shimmer is refined and modified for stronger, more potent versions.

**Legal Implications**

This comparison suggests not just thematic overlap, but detailed narrative similarities, including:

i.    A blood-harvesting economy that fuels war.

ii.   Drug-induced mutations and enhancement.

iii.  Mass exploitation of people for biotech experimentation.

These conceptual parallels strengthen a case for potential IP infringement, especially regarding the role of blood-drug economies, elite control mechanisms, and bio-enhancement themes.

36

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT F- Nation of Zaun**

**In Arcane,** Silco and Vander argue about war against topside. Silco states that they once had a shared vision, not just for the lanes, but for the whole of the underground united as one, the nation of Zaun.



**In Bloodborg,** Cowboy Momahan is alleged to be the character who Silco was created from. *"Cowboy Momahan, the leader of the Feral Fighters, has vowed to unite the gangs, the hunters and raiders of The Needles district, to fight against other districts, for full control of New Kowloon. He has announced that he will be the first King of New Kowloon."*

37

**Comparison & Analysis: Nation of Zaun**

(Bloodborg vs. Arcane: The Vision of a United Underworld & Leadership in Rebellion)

**1. The Vision of a Unified Underground Faction**

Both Bloodborg and Arcane establish powerful figures who seek to unify an anarchic, crime-ridden underworld under a singular leadership. Their goal is not just survival, but dominance and independence from the ruling elite above them.

**Arcane (Zaun & Silco)**

Silco envisions a united underground city, independent from the oppressive topside of Piltover.

He believes in uniting the fractured gangs and criminal organizations under one banner to form the nation of Zaun.

His rhetoric suggests that before his ideological and violent split with Vander, they once shared a dream of a greater, self-sustaining underground nation.

**Bloodborg (Cowboy Momahan & New Kowloon)**

Cowboy Momahan mirrors Silco in his ambition to consolidate power over the divided districts of New Kowloon.

He seeks to unite the gangs, raiders, and hunters under his rule, establishing a dominant force in the chaos.

38

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

His goal is not just control but monarchy, declaring himself the first King of New Kowloon, solidifying his authority over a lawless landscape, which is also something Silco later aspires to become.

### 2. The Leader as a Symbol of Rebellion

Both Silco and Cowboy Momahan embody the leader of the downtrodden, turning their pain and past grievances into a calculated bid for absolute power.

### Silco as the Revolutionary

He views Piltover's oppression as an existential threat to Zaun's people, justifying extreme measures in pursuit of freedom.

His leadership is steeped in ideology, using fear, loyalty, and political manipulation to secure his rule.

Silco's vision is nation-building, establishing Zaun as a recognized power, rather than simply seizing control of criminal operations.

### Cowboy Momahan as the Warlord-King

Unlike Silco's political approach, Momahan embodies brutal gang rule, where strength and bloodshed determine hierarchy.

He consolidates power through violence, coercion, and alliances, ensuring total dominance over the Needle District before expanding outward.

39

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

His ambition is less ideological and more about raw power, establishing himself as a king rather than a political leader.

### 3. The Power Struggle Against the Status Quo

Both characters wage war not just against their immediate enemies, but against an established societal hierarchy that refuses to acknowledge them.

Silco fights against Piltover's control, seeking independence from the technologically advanced city that governs trade and innovation.

Momahan fights for absolute rule over New Kowloon, attempting to overthrow rival factions and become a dictator.

However, while Silco seeks legitimacy for Zaun, Momahan thrives on anarchy and lawlessness, aiming to rule by brute force.

*Table 3- Silco and Cowboy.*

| ELEMENT | ARCANE – SILCO & ZAUN | BLOODBORG – COWBOY MOMAHAN & NEW KOWLOON |
| --- | --- | --- |
| **GOAL** | Create an independent nation of Zaun | Become the first King of New Kowloon |
| **METHOD** | Political manipulation, military control, drug trade | Violence, gang unification, blood harvesting |
| **LEADER'S VISION** | Freedom from Piltover's rule, self-governance | Dictatorship over all rival factions |
| **MEANS OF CONTROL** | Shimmer (mutant drug), alliances, ideological loyalty | Blood-based drugs, forced recruitment, warfare |

40

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The core thematic overlap lies in both stories centering on a crime lord figure attempting to unify a fractured underworld through violence, strategy, and a vision for a new order. The execution differs slightly—Silco's dream is political and strategic, whereas Momahan's is brutal and totalitarian.

However, the striking resemblance between their arcs, motivations, and tactics raises strong similarities that warrant further investigation into potential infringement. The parallels in themes of gang unification, overthrowing oppression, and the concept of an outlaw nation suggest that Bloodborg's Cowboy Momahan could have served as a template for Silco in Arcane.

41

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT G – Brothers- Brains and Brawn**

**G1- Brains and Brawn**

Right after Silco speaks about the nation of Zaun, up on the rail platform of the "Crab Market," Silco says to Vander, *"Do you even remember? I trusted you… and you betrayed me."*

It shows the Silco/ Vander struggle in the water, which resulted in Silco having the left side of his face scarred and looking like a robot. Silco's left eye and his face wound look like they have been fixed with augmented bionics.

Vander says, *"What I did to you, I've never forgiven myself, you were my brother."*

Silco touches his left, orange, eye.

It is alleged that even this dynamic of- brothers in arms and code- is swiped and masked from Bloodborg.

**In Bloodborg,**

"Chris Redgrave and Dillon James had been best friend since meeting in an Ark Defense training unit at the age of fifteen. Chris the brains, Dillon the Brawn."

42

Even this description matches the juxtaposing of Silco's and Vander's physical structures.

"Chris the brains, Dillon the Brawn."






43

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg,**

1. *"Next to this, a picture of Chris and his best friend laying on the grass under a great oak tree, holding their baby boys, Simon and Peter. Behind them, resting their heads on the shoulders of Chris and Dillon, lay their loving wives, Jane and Emma."*

2. *"Chris Redgrave and Dillon James had been best friend since meeting in an Ark Defence training unit at the age of fifteen. Chris the brains, Dillon the Brawn. They completed Raptor training together, Chris was awarded Best Recruit of the intake, Dillon was the Milling champion, their training officer commented that he had never seen such raw aggression and emotion in any recruit. They joined the 2nd Raptor Airborne Regiment of the Ark Defence and were stationed on the wall together aged sixteen to eighteen. At the age of nineteen their loving wives each gave birth to healthy baby boys.*
*At twenty-two Chris moved over to the 2nd Raptor Airborne intelligence platoon and Dillon stayed mainstream; commanding units, Raptor Jumping on the hostile side of the wall, then he became a Milling instructor. They remained best of friends."*

44

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**G2- Benzo and Bill the QM.**

However, The dynamic runs even deeper. When they were younger men, there were three of them, close like brothers. Vander, Silco and the chunkier Benzo, who ended up owning and running a trading shop of sorts.

It is alleged that Benzo is Bill Rewan, The QM from Bloodborg. Yet in Arcane, they took Bill Rewan and his role as Quartermaster, and merged it with Mr Wu Zhang's trading shop, to bring the narratives align for what was needed in Arcane.






45

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

In the Army, a Quartermaster is an officer who supervises logistics and requisitions, manages stores or barracks, and distributes supplies and provisions. He has a store, which people go to, to get what they need, much like Benzo in Arcane, who talks about collections and counting in supplies in the Lanes.  Benzo even looks like Bill, The QM. Even down to the mutton chops sideburns. In later life, Chris also adopted the QM's beard as a statement of remembrance of their shared trauma and loyalty.

**Bloodborg,**

1. *"To be fair to him, the QM seems to be a very interesting chap. His name is Bill Rewan. He requested that we call him Bill. It's funny isn't it, we would never get away with calling an officer by his first name back on Ark. This guy is clearly very experienced, you can see that just by looking at him; he looks war-torn, he looks like a man uncommitted, why is he so phlegmatic at a time like this."*

2. *"Back to the QM, he looks old, much older than 36, Veda says he is 36, which means he was 21 when he was first based here. I imagine he had a full head of bright ginger hair back then. He now has dusty gingery-brown hair, and not a lot of it. He has more hair on his cheeks and in his ears than on his head."*

3. *"Chris Redgrave rocked in his burgundy leather chesterfield, at his desk. Clicking his ballpoint pen with one hand and caressing his mutton chop beard with the other, he gazed out of the window, over his land."*

46

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**G3- Bill and Chris injured by Warwick, aka Lieutenant Dillon James's "betrayal."**

**In Arcane,** Silco touches his left, orange, eye, and says, "You still don't understand, can you imagine what it's like, when your blood mixes with the filth and all the toxins eat through your nerves."

**In Bloodborg,** through fractured backstories and flashbacks, we find out that Warwick, who was Lieutenant Dillon James back then, defected, blowing a hole in The Wall. This "terrorist" event is known as the Rupture. Dillon James had uncovered terrible things and was being radicalized via Deep-Root, inside the Higher Consciousness, exactly what Viktor does to his subjects in season 2 of Arcane.

Dillon James wasn't planning on his "Brothers" Chris (Silco for this part of the narrative story) and Bill the QM (Benzo) being present at the time of the explosion. But it was too late, both of his "Brothers in Arms" were severely wounded by the explosion.

It is alleged that the method of "betrayal" has changed, having undergone manipulation to fit it into Arcane and the cardboard character stories of LOL. The injuries are strikingly similar, but the people who received the injuries, and their causes have been rearranged to squeeze them into Arcane. Bill's eye wound is changed to Silco's eye wound. Bill has to drink bionic acid and must take injections in his neck, but Silco injects directly into his eye… alleged.

47

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg,**

1. *"His friend Bill Rewan knelt in the dry mud, his chunky hands gripping the raw flesh of his skull. His exposed jawbone rattling in a nerve fit. His eyeball was dangling from its socket. Lieutenant Dillon James was gone, no trace."*

2. *"Entering a Jet-Copter he called the High Commander and Bill Rewan, he asked Bill to locate Dillon and The High Commander to switch down the Hard-shell. Both complied. A few minutes later, Chris boom ejected from the cockpit of the Jet-Copter in the stronghold and ran towards the wall. Bill was much closer, running towards Dillon. Dillon turned, shocked to see Chris, he rammed his hands against the surface of the membrane which cocooned him. 'NO,' he mutely screamed, as the wall in front of him exploded. Dillon was gone.*

   *As Chris recovered in a Hospital back on Ark, the Ark Special Investigations Branch (ASIB) visited him. They informed Chris that Dillon had been radicalised inside Deep-root and persuaded to blowing a hole in The Wall. ASIB stated that the breach in the wall was being coined The Rupture. The OWA attacked the area of the Rupture for a week after but did not successfully breach The Wall."*

3. *"The QM is sitting at the back, swigging a dirty red liquid from a plastic gallon bottle. It looks like bionic acid".*

48

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis: Bill Rewan (QM) & Benzo, and The Betrayal Injuries**

(Bloodborg vs. Arcane: Quartermasters, Betrayals, and Rewritten Trauma)

**1. The Quartermaster vs. The Shopkeeper**

Both Bloodborg and Arcane feature a seasoned, world-weary figure who acts as a supplier, logistics officer, and mentor to the younger generation in a dangerous underworld.

*Arcane (Benzo – The Trading Post Owner)*

Benzo is the third brother-in-arms between Vander and Silco, akin to a neutral, stable presence in the Lanes.

He runs a shop that serves as an underground hub for trade, supplies, and contraband, providing necessary materials for those fighting against the topside.

His loyalty to Vander places him at odds with Silco's vision for a militarized Zaun.

*Bloodborg (Bill Rewan – The Quartermaster, QM)*

Bill Rewan, also known as The QM, functions as a Quartermaster in a military context, controlling weapons, supplies, and resources for his unit.

He is described as weathered, world-worn, and physically battered, a man who has seen and suffered too much.

His role is more militaristic than Benzo's, yet he and Benzo serve the same narrative function, a respected supplier, tied deeply to the past of the main characters.

49

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Key Similarities**

Both act as suppliers in a crime-ridden, militarized underworld.

Both are tied to a brotherhood of three men, sharing history, trauma, and eventual division.

Both show signs of age and wear, Benzo is chunky and bearded, while Bill is battle-hardened with a distinct look, including sideburns and scars.

**2. The Betrayal & The Injury Parallels**

One of the most striking similarities between Bloodborg and Arcane, for this part, is the rearrangement of the betrayal event and the shifting of injuries from one character to another.

*Arcane (Silco's Betrayal & Eye Injury)*

Silco and Vander once fought together for Zaun's freedom, but a violent betrayal by Vander left Silco severely injured.

The injury: His eye, which is exposed to Zaun's filth and toxins, becomes a defining characteristic, leading to his addiction to injections and his descent into villainy.

This betrayal is personal rather than ideological, driven by a struggle for power.

*Bloodborg (Dillon James' Betrayal & Bill Rewan's Eye Injury)*

Bill Rewan suffers almost the exact same injury as Silco, with his eyeball dangling from his socket after the explosion Dillon James triggers.

50

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Dillon, like Viktor in Arcane's Season 2, is radicalized by an advanced consciousness inside Deep-Root, pushing him into terroristic action.

This betrayal is not personal but ideological, with Dillon James convinced he is fighting against a corrupt system.

The injury is shifted in Arcane, Bill's gruesome fate becomes Silco's, while Chris's emotional damage mirrors aspects of Silco's character arc.

**Key Similarities**

The eye injury parallels are explicit, Bill's gruesome wound in Bloodborg closely mirrors Silco's in Arcane.

Both betrayals involve a trusted brother-in-arms injuring their allies.

Both injured men (Bill/Silco) rely on some form of injected substance to manage their wounds; Bill drinks bionic acid, while Silco injects a liquid into his damaged eye.

The trauma caused by the betrayal shapes the path forward; Silco descends into villainy, while Bill becomes a broken yet still operational figure.

Arcane reassigns parts of the injury; Silco takes the physical wound that Bill suffered, while Chris takes the emotional weight of the betrayal.

51

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Table 4- The Dynamics of the Three.*

| ELEMENT | ARCANE – BENZO & SILCO | BLOODBORG – BILL REWAN & CHRIS |
|---|---|---|
| **ROLE IN STORY** | Shopkeeper, supplier, third brother-in-arms | Military Quartermaster (QM), logistics officer, key veteran figure |
| **CONNECTION TO THE BETRAYAL** | Vander betrays Silco, leaving him for dead | Dillon James unknowingly injures Chris & Bill in "The Rupture" |
| **PHYSICAL INJURY** | Silco's eye is damaged, forcing him to inject a serum | Bill's eye dangles from its socket, leading to his reliance on bionic acid |
| **AFTERMATH OF BETRAYAL** | Silco becomes Zaun's dictator, addicted to injections | Bill is broken but remains a supplier and veteran, Cowboy takes this role. |

**Conclusion.**

This comparison strongly supports the claim that Arcane borrowed and restructured the narrative elements of Bloodborg, particularly in the betrayal event and its consequences. The concept of a third brotherly figure (Benzo/Bill) being injured by an ideological defector (Dillon/Vander) is a near-direct parallel, with only minor adjustments made to fit Arcane's world-building.

Additionally, Silco's disfigurement appears to be lifted from Bill Rewan's injury, repurposed with a different cause but retaining the core imagery of a traumatic, eye-damaging betrayal. This suggests that Arcane adapted elements from Bloodborg but altered them enough to obscure the direct connection—though the structural and thematic overlaps remain undeniable.

52

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

EXHIBIT H- SMOKE FLARE/ SMOKE GRANADE

Preparing to rescue Vander, Vi takes his metal anvil-like punching gloves. Vi gives Powder a smoke flare/ smoke grenade.

**Vi say to Powder,** "You're not ready. You're all I have left; I can't lose you. Here, if they come for you, take this and run. Wherever you are, light it up and I'll find you.



**Later in Arcane season 1,** we see Jinx (older Powder) light up the blue smoke flare.



53

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Arcane,** *"You're not ready. You're all I have left; I can't lose you."*

**In Bloodborg,**

1. *" 'I've lost so much, I can't bear to lose my brothers as well,' whispered Rook, thumbing the necklace."*

2. *" 'We should come with you.'*
   *'No chance, Matteo you wouldn't make it to Midcity never mind lower city.'*
   *'What's that supposed to mean-*
   *'Rook's right Matt, you just aren't in the best of shape right now. I should come with you though Rook.'*
   *'You wouldn't keep up either Mac."*

3. *" 'Come on man, you know I got this, just plan the route.'*
   *'Alright I'll do it but please be careful. Here, take a few smoke flares in your knapsack, don't let them get a signal lock on your heartbeat.' "*

Both stories show a more physically abled and skilled sister looking after the wellbeing of her "siblings." Both worry about losing them; after already losing so much, both have lost their parents. Both are concerned that their "siblings." are not prepared. In both stories a flare is handed over as a symbol of caring and protection.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis: Smoke Flare/ Smoke Grenade**

(Bloodborg vs. Arcane: Sibling Protection, Readiness, and Symbolism of the Flare)

**1. The Role of the Older Sister & Sibling Protection**

Both Arcane and Bloodborg feature a strong-willed, physically skilled older sister figure who takes on the responsibility of protecting their younger, less capable sibling. In both cases, the older sister feels a deep sense of duty, guilt, and love, stemming from past loss and the brutal world they inhabit.

*Arcane (Vi & Powder/Jinx)*

Vi is physically capable, the leader of their gang, and the protector of Powder.

After losing their parents and being taken in by Vander, Vi assumes a parental role for Powder, always looking out for her.

She worries that Powder is not ready for real combat and does not allow her to come along to rescue Vander.

She hands Powder a smoke flare as a last resort, symbolizing protection, trust, and a promise to find her.

55

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Bloodborg (Rook & Matteo/Mac)*

Rook is similarly tough, independent, and protective of her brothers, Matteo and McCauley, who are astonishingly similar to Claggor and Mylo of Arcane.

She has lost a lot already and doesn't want to lose them as well, emphasizing her emotional and familial burden.

Like Vi, she refuses to let them accompany her because they are not ready or physically strong enough to survive the mission.

She is given smoke flares by a comrade to use in an emergency, much like the flare Powder receives from Vi.

**Key Similarities**

Older sibling assumes responsibility for their younger siblings after losing their parents.

Both feel a mix of guilt, love, and duty, struggling between letting their siblings help and keeping them safe.

Both explicitly state that their younger sibling is not ready.

Vi says, "You're not ready," while Rook outright refuses Matteo and Mac's offer to come with her.

A smoke flare is given as a symbol of protection and a promise to return.

56

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Key Differences**

**In Arcane,** Vi herself gives the smoke flare to Powder, marking it as a sisterly bond and promise.

**In Bloodborg,** Rook does not personally give the flares but instead receives them as part of a survival strategy and a symbol of care, though the intent remains the same.

Powder actively uses the flare later to call for Vi, whereas Rook's use of the flares for survival, escape and evasion.

**2. The Symbolism of the Smoke Flare**

In both stories, the smoke flare represents trust, care, and a last-ditch method of protection.

*Arcane (Blue Smoke Flare & Vi's Promise)*

The flare represents a beacon of hope, a promise that Vi will come back for Powder.

Its later use by Jinx is an emotional moment, marking her yearning for her lost sister despite the path she has taken.

*Bloodborg (Smoke Flares & Tactical Survival)*

The flares are given to Rook as a practical tool to avoid detection and as a last-ditch emergency signal.

They serve a similar function as in Arcane, ensuring a way to reconnect if something goes wrong.

57

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Key Similarities**

Both stories give the flare as a means of safety and protection. Both are given in moments where one character refuses to take the younger, less experienced sibling into danger. Both symbolize a connection between siblings or comrades in a dangerous world.

**Key Differences**

In Arcane, the flare is an emotional safety net, a way for Vi and Powder to reconnect. In Bloodborg, the flare is framed more as a survival tool, with a tactical, military application rather than just an emotional one.

*Table 5- Flare Comparison.*

| ELEMENT | ARCANE – VI & POWDER | BLOODBORG – ROOK & MATTEO/MAC |
|---|---|---|
| **OLDER SIBLING ROLE** | Vi protects Powder, sees her as too weak for combat | Rook protects her brothers, refusing to let them join her |
| **KEY PHRASE** | "You're not ready." | "You wouldn't keep up." |
| **REASON FOR FLARE** | Vi gives Powder a flare to protect her and promise to return | Rook is given flares to avoid signal tracking and for emergencies |
| **SYMBOLISM OF THE FLARE** | Represents a sisterly bond and a promise | Represents tactical survival and reconnection if needed |
| **EVENTUAL USE OF FLARE** | Powder/Jinx later lights it up to call Vi | No mention of Rook using the flare in this excerpt |

58

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

This comparison demonstrates a strong narrative parallel between Arcane and Bloodborg, particularly in the older sister-younger sibling dynamic and the use of the smoke flare as a safety measure. While Bloodborg leans more into survival and tactical applications, Arcane shifts the focus onto emotional connections and character relationships.

However, the key themes- protection, unreadiness, and a flare as a symbol of safety- are identical, suggesting that Arcane may have restructured the narrative while retaining its core essence from Bloodborg.

59

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT I- ON IT.**

**In Arcane,** when Vi and her two adoptive brothers are braking Vander out, Vi gives Mylo (Who is alleged to be Mac in Bloodborg) an order. He replies, "I'm on it."

This is a military reply.

**In Bloodborg,** Mac is given an order. He replies, 'I'm on it like boom sonic.'

**Bloodborg quote** – "'*Quick, someone turn on the interceptor to see if they followed Rook,' said Mateo, pointing to the interceptor with a stout finger, rolls of fat coiled at his nape as he tilted his head.*

*The group of Gangway children sitting on the floor in a semi-circle, all turned to face the makeshift digital radio.*

*'I'm on it like boom sonic,' called Macaulay, already scrambling to the Interceptor, his shabby blonde hair sweeping the communications display as he reached for the headset.*"

60

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Conclusion: "On It"**

Both Arcane and Bloodborg feature a military-style response when a younger brother figure is given an order.

**Arcane:** Vi orders Mylo to act, and he responds, "I'm on it."

**Bloodborg:** Macaulay is given an order and responds, "I'm on it like boom sonic."

**Key Similarities**

Both use a quick, affirmative response, showing readiness and familiarity with taking commands.

Both are in high-stakes, team-based situations, with younger brothers playing a supporting role.

Both characters are allegedly counterparts (Mylo = Macaulay).

**Key Difference**

Arcane keeps it short and military-like, while Bloodborg adds slang and energy with "like boom sonic."

**Conclusion:** The phrasing in Arcane appears to be a simplified adaptation of Bloodborg's Macaulay, maintaining the same essence but streamlining it for tone and brevity.

61

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

62

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

EXHIBIT J- HEXTECH BREAKTHROUGH

As Professor Heimerdinger is about to enter the laboratory, Jayce and Viktor have a breakthrough in their Hextech experiments. There is an explosion of ringed light, suggesting light being a component of Hextech, which is later used for light speed travel. This has never been an aspect of Hextech before Arcane.

As the guards kick open the doors, we see Jayce and Viktor floating, with the universe and constellations mapped holographically above them. We see a central blue ball or sphere of energy with a glowing white light at the core. We see a figure of eight, or the infinity symbol mapped around them.



63

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,**

The energy / technology system is called BlueBeam, although it isn't explicitly named as so, but is repeatedly used in many POVs. The same energy is used in the forearm device of D'borg as a type of blue energy mapping system and integrated command system with many functions. It also powers D'borg's blue laser eye. It is also used to open eye portals and teleportation windows.

*To divulge narrative secrets to the court for the sake of transparency.*

One of BlueBeam's literary functions is a satirical play on the Project Blue Beam conspiracy theory. If you go to the M.W. Wolf webpage, it can be observed that much of the M.W. Wolf catalog has satirical undertones.

In Bloodborg, BlueBeam energy is tied to blood energy and blood engineering, but this is implicitly implied in the manuscript. In short, the energy is a mix of Fusion energy, Blood engineering, electromagnetic and higher consciousness. It is used for weapons, to open inter dimensional portals, quantum entanglement and transportation via teleportation. Bloodborgs are created via the same, yet in the manuscript, even the blood engineering goes deep into the science, describing how early state embryos produce trophoblasts and these are harvested from blood. BlueBeam, portrayed via technologies, aesthetics and eyes are therefore major plot and structure features of Bloodborg.

Yet the use of said literary devices goes even deeper. The M.W. Wolf Megaverse of Fiction books are interlinked in a spaghetti-like universe, much like Stephen King and Brandon Sanderson have achieved. BlueBeam and using eyes as a storytelling device ties into

64

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The Inverted Organelle theory of consciousness and the universe (IO-CU). The IO-CU is a real-life scientific theory of everything. The IO-CU also underpins all of the M.W. Wolf Megaverse of Fiction. Eyes are organs of the body which connect consciousness and the internal universe to the perceived outside universe. Eyes are the organ in which reality is inverted.

https://www.mwwolf-fiction.co.uk/the-inverted-organelle

Thus, these elements of Bloodborg, also in Arcane, are not just uses of an eye or a blue ball to look cool. The meaning and use in the story goes far deeper than anything which could be perceived as chance. Yet, in Arcane, they flash eyes but do not link it to any meaning, and even Hextech is left ambiguous, seemingly retconning Riot's history of Hextech.

The transformation of Bloodborg's Bluebeam concept from an electromagnetic pulse and transportation technology to a magical energy source is alleged to have given Riot Games the creative freedom to re-build the lore, style, use and origins of hextech.

The Blue Energy Balls from Arcane have a distinct visual and conceptual identity tied to hextech and the magical essence that powers the world of Runeterra. The crystals, however, take on a more mystical and magical approach, powering technology through magical energy rather than the electromagnetic pulses of the Bloodborg manuscript.

Hextech in its in-game forms, long predates the circulation of the Bloodborg manuscript. However, its portrayal, origins and use in Arcane is far different to its portrayal in the LOL games. This will be explored and evidenced in a separate document. In short, in the Games lore, Hextech is powered by Hex crystals which come from the magic souls of giant purple crystal scorpions called Brackern.

65

**This is central to Arcane Plot.**

This use of Hextech, in this form, alleged to have been swiped from Bloodborg, is central to the plot ofArcane. The teleporting building of the opening of Episode 4 is taken from a chapter of Bloodborg called Orion's belt. This explains more of Hextech and its use as teleoperation travel.



This is Orion's belt in space. I called this chapter Orion's belt because when the cyborg is about to teleport three circles line up, like Orion's belt. She also lines the three districts up, which look like Orion's belt from above. She lines up the map with the hologram map to select her teleportation destination. We see this almost exactly replicated in Arcane.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Let's match what I say in the Orion belt chapter to the still images of the arcane show.

 



**In bloodborg.**

1.  *"They looked like the three stars of Orion's belt, a constellation D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily.*

    *She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram.*

    *D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon, formally…*

    *With the two maps layering each other, she could see the three districts.*

    *D'borg mapped the quickest route to the district over midtown."*

67

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

2. *"She felt the tickle building. She looked down at the inside of her forearm. Inside her arm, attached to her was a device in the shape of a figure of eight. She traced her finger over the figure of eight, it rose from her arm and out flicked a globe with several glowing spots. She zoomed in to a blue spot, the … She rotated the figure of eight zooming it down onto a point near the Air-blade, hovering over an open-top building.*

*Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube.*

*With an almighty crash of thunder and a blinding bolt of white light, she was gone."*

68

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Conclusion: Hextech breakthrough**

*Comparison Between Arcane and Bloodborg*

Both Arcane and Bloodborg depict breakthrough or realization moments involving blue energy, light manipulation, and teleportation-like technology that play a crucial role in their respective worlds.

**Key Similarities**

*Blue Energy & Light-Based Technology*

**In Arcane,** Hextech energy is shown as blue, glowing energy spheres, with the figure-eight/infinity symbol appearing during experiments.

**In Bloodborg,** BlueBeam energy is also blue and light-based, mapped through holograms, energy projections, and teleportation mechanics.

Both Hextech and BlueBeam are central to their worlds' technology, transformation, and movement.

*Breakthrough Moment & Floating Experimenters*

**In Arcane,** Jayce and Viktor float in a zero-gravity-like state when they first harness Hextech's power, and holographic constellations form around them.

**In Bloodborg,** D'Borg uses a BlueBeam device embedded in her forearm to create a holographic map of the city, which projects constellations (Orion's Belt) to guide teleportation.

69

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Teleportation & Dimensional Mapping*

**In Arcane,** Hextech evolves into a teleportation mechanism, with blue portals allowing rapid movement (e.g., Episode 4, where a teleporting building is introduced).

**In Bloodborg,** D'Borg's BlueBeam technology allows her to map cities, align them like Orion's Belt, and teleport via quantum entanglement.

*The Infinity Symbol & Energy Mapping*

**In Arcane,** the figure-eight/infinity symbol appears during Hextech research.

**In Bloodborg,** D'Borg's BlueBeam device is shaped like an infinity symbol, which activates her teleportation abilities. Jayce, later, also has a crystal embedded into his arm.

*Aesthetics & Lore Transformation*

**In Arcane,** Hextech was previously powered by Hex Crystals (from Brackern creatures in LoL lore), but in Arcane, it is reimagined as a more mystical energy source for technology and teleportation.

**In Bloodborg,** BlueBeam energy is a fusion of electromagnetism, blood engineering, and higher consciousness, used for interdimensional travel and teleportation.

Arcane appears to remove the deeper theoretical underpinnings that Bloodborg explores, making Hextech more of a visually appealing plot device rather than a scientifically rooted energy system.

70

**Conclusion**

Arcane's Hextech breakthrough sequence strongly resembles Bloodborg's BlueBeam concept in its:

    i.    Visual aesthetics (blue light, floating holograms, and constellations).

    ii.    Teleportation mechanics (alignment of three points like Orion's Belt).

    iii.    Energy manipulation (infinity symbol and electromagnetic mapping).

    iv.    Breakthrough moment (floating in energy, mapping new realities).

    v.    Arcane appears to have altered Bloodborg's BlueBeam from a scientific, engineered energy system to a more mystical/magical power source.

    vi.    The blue teleportation event in Episode 4 of Arcane bears a striking resemblance to Bloodborg's Orion's Belt teleportation scene, further supporting the claim of narrative repurposing.

**Final Allegation:**

The key visual and conceptual elements of BlueBeam (from Bloodborg) appear to have been altered and absorbed into Arcane's Hextech system, which was previously based on a completely different lore (Hex Crystals and Brackern magic). This places Bloodborg's content into all of the products of Riot Games.

71

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT K- POWDER FALLING.**

In episode 3, as Vi and her gang are attempting to free Vander, Powder sets-off a hex crystal explosion. She is falling in slow motion on her back. This is the first cyclical story beat of Silco's drowning scene. It is alleged, and already covered, that this is swiped from Bloodborg's trauma writing representing the Plaintiff's true life struggles with drowning, falling and sinking in his reliving of events during sleep and sleep paralysis.

**Evidence of this has been presented in:**

1. PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

2. SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS

3. PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE- Psycho-Emotional Analysis



72

**EXHIBIT K- SEVIKA LOSES HER LEFT ARM**

**Bloodborg,**

1. *"Noticing her mistake, D'borg flung her bionic left arm up and dropped her shoulder forward, protecting her head. She dropped too her knees and leaned into the explosion."*

2. *"She tried to sit up but her right leg, which was partly real born flesh, was missing and her left arm sat on the bonnet of an old yellow cab. The mangled fingers of the hand clawed at the yellow paint as her arm danced off the edge of the bonnet."*

3. *"D'Borg lay back against the roof of the derailed carriage with her mangled arm pinned above her, bleeding down onto her head."*



73

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Conclusion: D'Borg's Rebuild vs Sevika's Cybernetic Arm in Arcane**

*Comparison Between Arcane and Bloodborg*

**In Arcane,** Sevika loses her left arm in combat and later replaces it with a cybernetic prosthetic, enhanced with Shimmer and Hextech technology. Her cybernetic arm makes her a powerful enforcer for Silco, increasing her strength and combat effectiveness. In season two, her arm is trapped/ pinned against something after it is stabbed with a blade. The arm is again rebuilt, by Jinx, using scavenged machine parts.

**In Bloodborg,** D'Borg loses multiple limbs, including her left arm and part of her leg, after an explosion in the scrapyard. She is later rebuilt using scavenged machine parts, with her body patched together with old-world metal, vehicle parts, and synthetic flesh. The reconstruction is carried out by autonomous robotic Air-Blades, who inject her with biological and technological enhancements, allowing her to return to battle stronger than before. In her final fight against Warwick, her arm is again mangled, and pinned via a blade, to the roof of the derailed carriage, paralleling D'borg's's pinned arm in Bloodborg.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Key Similarities**

*Limb Loss & Reconstruction*

**Sevika** loses her left arm and replaces it with a cybernetic prosthetic enhanced with Hextech and Shimmer.

**D'Borg** loses her left arm and right leg, undergoing a full-body reconstruction with scavenged machine parts and synthetic bioengineering.

*Scavenged Machine Parts for Prosthetics*

**Sevika's** cybernetic arm is reassembled using scavenged parts by Jinx in Arcane Season 2.

**D'Borg** is rebuilt using scrap metal, vehicle parts, and synthetic flesh, notably metal from a yellow cab bonnet.

*Arm Being Pinned by a Blade*

**Sevika's** arm is impaled and pinned during a fight in Arcane Season 2.

**D'Borg's** arm is mangled and pinned to the roof of a derailed carriage with a blade during a battle with Warwick.

*Post-Rebuild Strength & Combat Enhancement*

**Sevika** becomes a powerful enforcer for Silco, with her cybernetic arm granting her extreme strength.

**D'Borg** gains enhanced capabilities through her mechanical and biological upgrades, allowing her to fight on a higher level.

75

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

i.    Both characters suffer severe limb loss and undergo cybernetic reconstruction, which transforms them into enhanced warriors.

ii.   Both experiences left arm damage and pinning via a blade, making the injury and its recurrence a key aspect of their respective arcs.

iii.  While Sevika's Hextech/Shimmer prosthetic is more streamlined, D'Borg's rebuild is more intricate, incorporating both mechanical and organic restoration.

iv.   The use of scavenged materials, the theme of prosthetic enhancement, and the key injury recurrence suggest that Arcane may have drawn inspiration from Bloodborg, adapting key elements to fit the world of Zaun.

**Final Allegation:**

Sevika's cybernetic transformation and arm-pinning scene in Arcane share distinct thematic and narrative parallels with D'Borg's reconstruction and battle injuries in Bloodborg, reinforcing the claim of conceptual borrowing.

76

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### EXHIBIT L- FLAMMABLE SHIMMER ROOTS.

As the explosion happens in the crab factory, the shimmer roots catch fire. The fire runs along the root system and blows up Silco's lair and burns Singed.

**In Arcane,** the Shimmer roots grow from Shimmer, further suggesting it is a bio-engineered drug, perhaps still alive in that respect.

However, we later learn, in episode 3, that these tentacle-like roots or weeds are flammable. Singed's facial scars are implied to result from these chemical burns, so perhaps they were added just to ignite a fire to rework Singed's backstory to fit Arcane. In the LOL lore, the scar was inflicted by Warwick, a werewolf, and Singed wears bandages to hide it.

The Plaintiff alleges that it would be an astonishingly strange coincidence for these features to have been chosen just for aesthetics and yet they match those found in a makeshift marine lab and other places in Bloodborg.

**Bloodborg,**

*"Weeds and strange yellow spiky finger-like marine flora, climbed the walls of the stairwell, squeezing into the cracked plaster, and pulling at the brickwork, as if Mother Gaia was dragging the building down into the water- her stomach acid."*

 

77

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

### EXHIBIT M- ADOPTIVE BROTHER IMPALED

Macaulay in Bloodborg is exactly the same as Mylo, except he has blonde hair.

**Bloodborg, "***Macaulay was impaled through his abdomen with the huge antenna...*



**Mylo (Arcane):** Mylo's story comes to a tragic end during the heist of Vander, gone wrong. He is impaled by a pole through his body. In a moment that solidifies the divide between Powder (Jinx) and the rest of the group, Powder's failed attempt to help leads to Mylo's death. His demise, along with the death of Claggor, represents the shattering of the group and the ultimate tragedy of Powder's attempts to prove her worth. His death serves as the emotional tipping point for Powder's transformation into Jinx.

**Macaulay (Bloodborg):** Macaulay, too, meets a tragic end. He is impaled by a pole through his body. In Rook's POV, Macaulay's death is devastating, shattering Rook's emotional world. His loss is the moment that breaks Rook's innocence and solidifies her path of revenge and survival, the same tipping point we see in Vi and Jinx's storylines. Like Mylo, Macaulay's death acts as a catalyst for the main character's emotional and psychological transformation.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis- Adoptive Brother Impaled: Macaulay (Bloodborg) vs. Mylo (Arcane)**

Both Bloodborg and Arcane feature the tragic deaths of the protagonist's adoptive brother, who is impaled during a mission gone wrong. In both stories, their deaths are significant emotional and narrative turning points, leading to the transformation of the protagonists, Rook in Bloodborg and Powder (Jinx) in Arcane.

**Mylo (Arcane):**

    i.    Impaled by falling debris during a failed mission to rescue Vander.

    ii.    His death is directly linked to Powder's (Jinx's) failed attempt to help, leading to Vi abandoning her and causing a permanent psychological rift between them.

    iii.    Serves as a tipping point in Powder's transformation into Jinx.

**Macaulay (Bloodborg):**

    i.    Impaled through the abdomen by a large antenna, in a tragic moment of violence.

    ii.    His death shatters Rook emotionally, marking the loss of her innocence and pushing her onto a path of revenge and survival.

    iii.    Functions as a narrative catalyst, similar to Mylo, where his death transforms the protagonist into a hardened warrior.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

The parallels between Macaulay's and Mylo's deaths suggest a striking narrative and thematic overlap. Both characters serve as the beloved yet underestimated adoptive brother, both die impaled, and both trigger the protagonist's transformation into a more hardened, emotionally detached warrior. The emotional weight, sequence, and aftermath of their deaths bear remarkable similarities, supporting the claim that Bloodborg's character Macaulay may have been a source of insight for Mylo's character arc in Arcane.

80

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT N- VANDER'S FIGHT WITH A JUICED-UP MUTANT DECKARD**

**N1- The Set-Up**

**In Arcane,** After the explosion, Vander- later becomes Warwick- lifts his head to evaluate the damage and see the enemy (Deckard Monster) coming.

**In Bloodborg,** *"He gripped the back of Jade's collar in one hand and Katsuko's injured arm in the other hand. With an almighty roar he dragged them four steps to the rear window. He jumped out of the window, dragging the unconscious bodies with him. The three of them bounced against the rails. The carriage continued skidding along the rail. Warwick lifted his head to see the carriage stop, hanging off the edge of the Sky-rail."*

**In both stories,** this devastating lull in the aftermath of disaster sets up the final showdown.



81

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N2- Fists like Anvils**

**Bloodborg:** *"His flappy, open-palmed hands had regrouped into fists like anvils, which shot straight forward on chunky Hydraulic like arms. His precision was clinical. His speed surpassed that of the Cyborg in front of him. He was more than a hybrid; he was human to the core, burning with emotion; Fear, anger, worry, regret and hope. Hope drove him the most. He hoped to save Jade and Katsuko, he hoped to save the innocent people of New Kowloon."*

Whilst *Fists like Anvils* is a metaphorical expression in Bloodborg, in Arcane, angry Vander literally snaps off chunky metal foot stirrups and uses them as knuckledusters.

**In Arcane,**





82

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N3- KNOCKED BACK**

**In Arcane,** Vander's raw aggression, speed and precision knock the shimmer-mutant backwards. This is overemphasized with blows showing the backwards traveling trajectory, The Mutant's face and purple shimmer blood spluttering backwards, a feet-slip backwards, then a stumble backwards.

**Bloodborg,** "He landed several punches, connecting square on the fleshy part of D'borg's face. She stumbled backwards as he continued his onslaught."



DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N4- Headbutt**

**Bloodborg,** "*She lowered her chin to her chest and rammed her forehead forward.*"

**In Arcane,** the Mutant Deckard also headbutts Vander during this fight.





84

**N5- Cartilage Crackled**

Vander is stabbed in the Back by Silco. In this image you see Vander's hand wrapped around Silco's neck. We heard the cartilage of his throat crackling.

**Bloodborg,** *"With her free hand, D'borg gripped Warwick by the throat, squeezing his windpipe and lifting him off the ground. The cartilage of his throat crackled as he choked on his last breath."*





DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N6- Vander Falling / Pushed.**

**In Arcane,** Silco stabs Vander in the belly. Vander has Silco by the throat but experiences a flashback, ceasing his attack. Vander is pushed, and falls backward off the platform. Vander lands on a mound of shimmer and rubble.

**In Bloodborg,** Warwick stabs D'borg. She has Warwick gripped by the throat. She released her grip on Warwick's throat, dropping him to the ground. She experiences a flashback, ceasing her fight.

**Bloodborg,** *"The carriage rocked on the edge of the damaged Sky-rail track... the carriage tipped over the edge taking D'anna with it... The carriage had parted much of the smog, allowing him to see the carriage hit the flooded streets below with an almighty splash. D'anna landed on a mound of floating black bags full of rubbish."*





DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N7- Shimmer Vander Snaps Deckard's Neck.**

Mutated Deckard goes to attack Vi. Vander saves her. He has taken Shimmer and now he is a Shimmer monster. He lifts Deckard by his throat. We heard the cartilage of his throat crackling. Then the snap of his neck.

**Bloodborg,** "With her free hand, D'borg gripped Warwick by the throat, squeezing his windpipe and lifting him off the ground. The cartilage of his throat crackled as he choked on his last breath."





87

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N8- Falls to his Death**

Vander wants to go for Silco but realizes that the building is collapsing around them, and he needs to get Vi out, fast. He picks Vi up, runs and smashes through a wall, again falling to his second death.

**Again,** we see the theme of falling, which is alleged to have been swiped from the Plaintiff's actual trauma, written into Bloodborg.



**Bloodborg,** "He felt himself fading. The white fire burned in his eyes, consuming his sight. Cold numbness set through his body. Death has come to relieve me, he thought, sucking shallow gulps of oxygen out of the air, as the white fire devoured him."



DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N9- Really Dead?**

But, like Vander, is Warwick really dead? We find out that for both, the answer is no! In Bloodborg, Warwick is saved by Rook (Vi) activating medical mode on a spider-bot.

**Bloodborg Quote -** *"A single tear fell from Rook's eye, onto the glass cylinder; the pink and green network of neurons performed a fluorescent light show as the download reached 100%. Rook removed the glass cylinder from the computgun; its glow illuminated the surrounding area. Rook shone its light around in the drenching rain, examining the destruction Warwick had caused. She shone the cylinder close to the two women, one of which had been butchered, yet her wounds were healing, as a Spider-bot tended to them. She peered back at Warwick, with the spider-bot sat on his chest. She knelt to wipe the rain and blood off his face. She pushed the symbol on the spider's back, activating the spider-bot. The tiny medic skittered across Warwick's chest, spinning webs over his wounds.*

*'Good Luck pal,' whispered Rook as she walked away."*

**In Arcane,** Burnt and blown up Singed somehow carries the Shimmer monster Vander away and we later get a glimpse of him hanging from rafters, being turned into a werewolf. Then in season 2, he dies and comes back a bunch of times before he is turned into a Bloodborg werewolf with a gold head.



89

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The step-by-step, literal visual reenactment of this final fight scene of the first act, strongly suggests that not only has this been taken from Bloodborg, but the actual words of Bloodborg were used to choreograph this pivotal fight scene.

90

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison & Analysis- Vander's Fight with Mutant Deckard vs. Warwick's Fight in Bloodborg**

The final fight between Vander and the Shimmer-mutant Deckard in Arcane and Warwick and D'Borg in Bloodborg bear striking similarities in narrative structure, action choreography, and symbolic meaning. Both fights occur after a moment of devastation, both feature a hybrid, mutated warrior engaging in brutal close combat, and both culminate in a fall, presumed death, and later resurrection.

**N1 – The Set-Up: Aftermath of Destruction**

**Arcane:** Vander lifts his head to assess the damage and sees the enemy approaching (Mutant Deckard).

**Bloodborg:** Warwick, after dragging Jade and Katsuko to safety, lifts his head to see the Sky-rail carriage hanging over the edge, setting up the final confrontation.

**Parallel:** Both fights occur after explosive devastation, creating a lull before the final confrontation.

**N2 – Fists Like Anvils: The Strength of the Fighters**

**Arcane:** Vander rips metal stirrups from a machine and uses them as makeshift knuckledusters.

**Bloodborg:** Warwick's anvil-like fists strike with hydraulic power, making his attacks faster and stronger than his opponent.

91

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Parallel:** Both fighters are brutal brawlers, using enhanced strength and makeshift weapons in combat.

### N3 – Knocked Back

**Arcane:** Deckard is knocked backward multiple times, with slow-motion impacts showing his staggered retreat.

**Bloodborg:** D'Borg is hit square in the face and stumbles backward as Warwick continues his onslaught.

**Parallel:** The cinematic emphasis on backward movement visually enhances the force of each attack.

### N4 – Headbutt

**Arcane:** Mutant Deckard headbutts Vander.

**Bloodborg:** D'Borg, in a defensive move, lowers her head and headbutts Warwick.

**Parallel:** Headbutting is used as a tactical move in both fights.

### N5 – Cartilage Crackling: The Chokehold

**Arcane:** Vander wraps his massive hand around Silco's throat, crushing his windpipe, cartilage crackling.

**Bloodborg:** D'Borg grips Warwick by the throat, lifting him off the ground as his cartilage crackles.

**Parallel:** The graphic description of the windpipe crushing is identical in both.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**N6 – The Fall: Pushed to Their Deaths**

**Arcane:** Silco stabs Vander, causing flashbacks, and Vander falls backward off the platform, landing on rubble and Shimmer vials.

**Bloodborg:** Warwick stabs D'Borg, she releases him, experiences flashbacks, and falls off the Sky-rail carriage, landing on floating garbage bags.

**Parallel:** Both fights climax with the hero being stabbed, experiencing flashbacks and falling into a symbolic "death."

**N7 – Snapping the Neck: Vander Kills Deckard, D'Borg Kills Warwick**

**Arcane:** Shimmer-mutated Vander lifts Deckard by the throat and snaps his neck, crushing cartilage.

**Bloodborg:** D'Borg lifts Warwick by the throat, crushing cartilage, as he chokes to death.

**Parallel:** Both scenes feature a character using enhanced strength to lift their enemy by the throat, ending their fight.

**N8 – Falling Again: The Hero's Final Sacrifice**

**Arcane:** Vander, realizing the building is collapsing, grabs Vi and jumps through a wall, falling again.

**Bloodborg:** Warwick, succumbing to his wounds, feels himself fading as death consumes him.

93

**Parallel:** The hero's second fall represents a final, sacrificial act, reinforcing their tragic fate.

### N9 – Not Really Dead: Resurrecting as a Monster

**Arcane:** Vander is later revealed to be alive and is experimented on, leading to his transformation into Warwick.

**Bloodborg:** Warwick is saved by a Spider-bot, which weaves synthetic material over his wounds, keeping him alive.

**Parallel:** Both Vander and Warwick "die" but are later resurrected as something more monstrous. Bloodborg: The Harvest the first book of a trilogy.

### Conclusion

The step-by-step choreography, narrative beats, and visual execution of Vander's final fight mirror Warwick's fight in Bloodborg to a striking degree.

Shared structural elements: devastation, slow realization of the enemy approaching, anvil-like fists, dramatic knockbacks, brutal headbutts, windpipe crushing, a thematic fall to "death," and eventual resurrection.

94

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Core Allegation:** The fight's sequence, action choreography, and even key phrasing (cartilage cracking, headbutts, falling off platforms, impalement, and enhanced strength) match too precisely to be mere coincidence.

**Further Evidence:** The fact that Vander later becomes Warwick, mirroring the Bloodborg character Warwick, strengthens the claim that Bloodborg's fight sequences were adapted and restructured into Arcane. It is alleged that, after accessing the Bloodborg manuscript, the "Creators" of the failing show Arcane, saw the opportunity to squeeze their cardboard characters into the Bloodborg narratives, which has also now been made into the cannon lore of the whole of the LOL universe.

The set ups, the execution, the lulls in battles, micro details, the macro details, characters command replies, technologies, and even the fight choreography are strikingly similar.

95

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

96

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EPISODE 3 CONCLUSION**

The comparative analysis presented in this document demonstrates a substantial similarity between Bloodborg and Arcane, particularly in key plot structures, thematic elements, character arcs, visual and aesthetic details, and narrative execution. The repeated restructuring, repurposing, and remixing of core elements from Bloodborg into Arcane strongly suggests that Riot Games engaged in unauthorized derivation of the Plaintiff's copyrighted work.

The parallels are not mere coincidences or general tropes found in speculative fiction. Instead, they follow a clear and consistent pattern of borrowing, modifying, and obscuring elements from Bloodborg, reconfiguring them to fit Arcane's world.

**This is evident in:**

    i.    Character Parallels (Warwick from Bloodborg vs. Vander & Warwick from Arcane).

    ii.    Narrative Structure (Brotherly betrayal, warlords, cybernetic enhancements, biological experimentation).

    iii.    Thematic Overlaps (War preparations, bio-engineering, underground factions, economic oppression).

    iv.    Action Sequences and Fight Choreography (Notable step-by-step recreation of pivotal fight scenes).

    v.    Symbolism and Storytelling Devices (Smoke flares, impalements, teleportation tech, and eye-focused transformations).

97

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Moreover, the method of masking, rearranging characters, slightly altering plot mechanics, and reframing motivations, aligns with known techniques used in narrative repurposing, suggesting intentional misappropriation rather than coincidental thematic similarity.

Therefore, Riot Games' conduct constitutes a direct infringement of the Plaintiff's intellectual property rights, justifying legal action under U.S. and international copyright law.

**LEGAL CITATIONS & FRAMEWORK:**

*1. Copyright Infringement Under U.S. Law*

Copyright Act of 1976 (17 U.S.C. § 501): Grants protection to original literary works and provides legal recourse for infringement.

Sheldon v. Metro-Goldwyn Pictures Corp. (1936): Establishes that substantial similarity in storytelling and narrative elements qualifies as infringement.

Rogers v. Koons (1992): Demonstrates that minor modifications do not protect against infringement if the core meaning and expression remain identical.

Feist Publications, Inc. v. Rural Telephone Service Co. (1991): Reinforces that original selection, arrangement, and creative expression are protected.

98

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*2. Copyright Protection Under U.K. Law*

Copyright, Designs, and Patents Act 1988 (CDPA 1988): Establishes copyright protection for literary works in the United Kingdom.

Baigent & Leigh v. Random House (2006): Reinforces that thematic structure and key elements can be protected, not just exact wording.

*3. Additional Legal Theories Supporting the Plaintiff*

Unfair Competition (Lanham Act, 15 U.S.C. § 1125): If Riot Games benefited commercially from infringing works, they engaged in unfair business practices.

Derivative Work Argument (17 U.S.C. § 101): Even with minor modifications, Arcane constitutes an unauthorized derivative work of Bloodborg.

Intentional Misrepresentation & Fraud: The systematic reorganization of Bloodborg's themes and narratives suggests an attempt to conceal the original source material while profiting from it.

99

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

This detailed breakdown, side-by-side comparison, and legal argumentation substantiate the claim of copyright infringement, narrative misappropriation, and unfair competition, thereby warranting formal judicial intervention against Riot Games, Inc.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of Episode 3: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

100

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Marc Wolstenholme

5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>          Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>          Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S EXHIBIT G- PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE |

Dated this: FEBRUARY 23, 2025       FEBRUARY 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of gaslighting of episode 4 opening of Arcane season 1: Supporting Evidence for Copyright Infringement Case**

1

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**1. Introduction:**

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of the gaslighting scene opening of Episode 4 of Arcane: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. Please note, this document covers all of Episode 4 of Arcane after Silco's monologue as that has already been covered in a separate document.

**2. Evidence Submitted:**

I submit the following evidence of Detailed Breakdown and Analysis of the gaslighting scene opening of Episode 4 of Arcane: Supporting Evidence for Copyright Infringement Case. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

2

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

# EXHIBITS

### EXHIBIT A- GASLIGHTING

Episode 4 of Arcane opens with Professor Heimerdinger lighting a match. The lighting of the match is deliberately framed against a seemingly blank wall. Of course, like all of the details in Arcane, this isn't an accident. Heimerdinger then audibly turns on the gas and we see his hand light the torch. Literally gaslighting! Then the gas flame transitions into the sun, literally lighting a new dawn. Lighting the way out of darkness. This isn't an accident, and it doesn't serve any purpose to the story. Yet it eats up 10 seconds of the show. What can you see in image 1? The Flame is the center point, can you see any letters?



PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE









4

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

Did you see M.W? The plaintiff estimates, with reason, that each second of Arcane costs between $4,500 to $5,000, making it one of the most expensive animated series ever made. Thus 10 seconds to light a gas torch could cost between $45,000–$50,000. What Can $50,000 Get You in Production Terms?

    i.    10 seconds of Arcane animation

    ii.    A high-quality animated ad (many TV commercials cost ~$50K for 10-15 sec)

    iii.    A full episode of lower-budget anime (some anime studios operate on ~$100K per episode)

    iv.    Multiple minutes of indie animation (smaller studios can create several minutes for this budget)

Essentially, every 10 seconds of Arcane costs as much as a full low-budget anime episode. Thus, this isn't an accident, or meaningless lighting of a gas lamp. It's plainly gaslighting! But who are they gaslighting and why?

The Plaintiff claims that the Arcane creators have engaged in purposeful gaslighting, and this scene is evidence of such. The Plaintiff states that we see Professor Heimerdinger:

    i.    Light a match up to steganographic messages of M.W on the wall.

    ii.    Literally light a gaslight

    iii.    Then the flame gives way to a new dawn, lighting the way out of darkness.

    iv.    Just as the M.W Wolf manuscript lights the way for Arcane.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**A1- Steganography and hidden messages in Arcane.**

Here is the same gaslighting image processed through a Steganographic Decoder. Steganography is the practice of hiding an image, message, or file within something that isn't a secret. With the flame as the central point, you see M.W layered in this image.



Arcane contains steganography, hidden messages, symbols, and encoded details, woven into its animation, graffiti, and background elements. Riot Games and Fortiche Production are known for embedding cryptic lore references and secret messages throughout the show. This is a practice well-trodden in animation. For example, Disney is well known for using steganography, hidden messages, subliminal details, and Easter eggs, throughout its animated films and theme parks. They often embed cryptic symbols, references, and visual storytelling techniques that are subtle but meaningful.

6

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**Pattern of Hiding Messages.**

Fortiche Production, the studio behind Arcane, is known for its incredible animation quality, but they also included hidden messages and Easter eggs throughout the series. Some fans have speculated that Fortiche's branding or small tributes to the studio might be subtly included in the art design.

Gaslighting of M.W. Wolf: The Plaintiff alleges that the repeated appearances of M.W. in the show is gaslighting towards him, the real creator of the written content for Arcane. The plaintiff further alleges that this has been done because the query letters (Cover letters) which accompanied his submissions divulged his past struggle with mental health. Thus, this is a way to mock the sufferer and present plausible deniability.

**Examples of Steganography in Arcane**

*1. Jinx's Graffiti (Hidden Messages & Symbols)*

Throughout Zaun and Piltover, Jinx's chaotic scribbles hide deeper meanings.

Some of her drawings foreshadow future events, such as her hallucinations of Powder.

Certain symbols in her graffiti resemble old Zaunite or Noxian runes, hinting at lore.

*2. Vander's Gloves & Warwick Foreshadowing*

Vander's metal-knuckled gloves resemble Warwick's from League of Legends.

7

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

In Singed's lab (Episode 9), a body with metal arms is suspended—this could be Vander transforming into Warwick.

*3. Hextech Blueprints & Hidden Formulas*

When Jayce and Viktor examine Hextech blueprints, some schematics have strange markings, possibly nods to real-world engineering.

Certain runes on Hextech crystals resemble Shuriman and Targonian scripts, tying into larger League lore.

*4. The Shimmer Vials' Latin Inscriptions*

The Shimmer vials Singed uses have cryptic Latin or alchemical inscriptions on them.

Some words may translate to "transmutation" or "evolution", referencing the mutagenic properties of Shimmer.

*5. Ekko's Stopwatch & Time References*

Ekko's pocket watch contains tiny, almost unreadable engravings.

His fight scene with Jinx in Episode 7 mirrors his Chronobreak ability, showing he's already experimenting with time.

*6. Hidden Noxian Influence (Silco's Office & Zaunite Props)*

8

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

In Silco's office, certain documents and symbols suggest a connection to Noxus.

Some helmets and weapon designs in Zaun resemble Noxian military gear, possibly hinting at past conflicts.

*7. Singed's Experiment Notes*

In Episode 9, the books and papers around Singed's lab contain cryptic formulas, possibly referencing his research into chemistry, mutations, and early experiments on Warwick.

8. Additionally, Both Christian Linke and Alex Yee, "Showrunners" of Arcane and many fans and content creators have talked about and explored the hidden messages and easter eggs in Arcane.

9. Furthermore, Riot Games has a history of using hidden messages and codes in their games and projects to recruit hackers.

www.thegamer.com/riot-games-valorant-anti-cheat-secret-message/

9

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**A2- Ambigram in the M.W. Wolf Brand.**

Flipping M.W. to W.M. is an example of ambigram properties or symmetry in lettering, but the most specific term for this is a "vertical reflection" (or mirror symmetry).

M.W. is an Ambigram built into the M.W. Wolf brand. It's also the initials of the owner of M.W Wolf Ltd, and Plaintiff in these matters. It's a play with letters and words, to cool effect. The Plaintiff has spoken about this and written about it in many letters to agents.

**Ambigram:** A word or set of letters that retains meaning or forms a new one when flipped or rotated.

**Mirror Image:** If flipped vertically, M and W swap places, creating a mirrored effect.

**Palindromic Structure:** While not a true palindrome, the structure of M.W. → W.M. has reversible symmetry.

Below you see it scratched into the M.W. Wolf Logo.



10

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**A3- M.W. Gaslighting in Arcane.**

M.W shows up over and over in Arcane hundreds of times. The Plaintiff is still finding them as he decodes Arcane for these proceedings. Some are subtle and can be explained away. Others are undeniable. Below are a number of images from Arcane, showing M.W. hidden in the content, sometimes reversing the letters- palindrome. Some have been processed through a Steganographic Decoder, or a layer stripper to show that the letters have been deliberately written into the show and are not accidental paint or computer strokes.

 



11

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**This example is from Isha in the Bath in Season 2.**








12

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**This example is of the backrest of a chair, in the shape of a wolf's skull with**

**M. W in the center, as a heart. Thus, The Plaintiff's writing alias of M.W. Wolf.**







13

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**This is the Window of the Piltover Council Chambers.**







14

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**These Images are from Jinx's psychotic hallucinations in Episode 9 season 1.**



PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**Assortment of M.W In Arcane's design.**

 



 

 

16

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**M.W. Wolf behind Vi, when she was using Alcohol as a vice to mask her trauma. Perhaps hinting to the Plaintiff's disclosed own history of drug and alcohol abuse.**





PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**A4- Discrimination and Psychological Abuse**

The presented evidence of M.W. throughout the Arcane show is just a fraction of the wider gaslighting and taunting. It cannot be denied. I'm sure excuses can be made, but this evidence needs to be assessed alongside the wider evidence and the wider context to show that not only is Arcane stolen from Bloodborg, but the creators went to great lengths to mask it and to taunt the vulnerable and disabled victim after being informed of his vulnerabilities.

This is not just deliberate theft, its evil abuse against a protected characteristic, which is discrimination. I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus, when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it would cause, this is now a case far darker and much more serious than IP Theft.

Fortiche Production SAS is a French animation studio headquartered in Paris. European Human Rights violations can be brought against them.

Criminal and fraudulent Proceedings can, and may be, opened against abuses in the UK, in Europe and the U.S.

18

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**Conclusion**

The evidence presented in Exhibit A demonstrates a deliberate and recurring use of "M.W." throughout Arcane, often embedded through steganography, subliminal messaging, and environmental design elements. These appearances are not incidental but suggest a systematic attempt to gaslight the Plaintiff, particularly in light of Riot Games and Fortiche Productions' history of hiding messages in their work.

The specific framing of scenes, hidden text, and visual motifs that align with the Plaintiff's personal details—many of which were disclosed in query letters accompanying the Bloodborg manuscript—suggest targeted harassment. If proven, this would constitute not only intellectual property infringement but also psychological abuse and discrimination based on a protected characteristic under multiple legal frameworks, including:

The Equality Act 2010 (UK)

The European Convention on Human Rights (ECHR) – Article 14 (protection against discrimination)

U.S. Civil Rights Laws – Disability Protections

Tort Law – Emotional Distress & Psychological Abuse

Moreover, Fortiche Productions, as a French animation company, may also be subject to European human rights violations, opening avenues for potential legal action under international human rights frameworks. Given the financial and reputational damage inflicted on

19

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

the Plaintiff, these concerns extend far beyond simple IP theft—moving into the realm of fraud, misrepresentation, and potential criminal misconduct in multiple jurisdictions.

Therefore, this matter is not only an issue of stolen intellectual property but one of targeted gaslighting, manipulation, and systemic abuse. The Plaintiff reserves the right to pursue further legal actions beyond the current proceedings, including civil, criminal, and international claims.

20

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**Legal Matters**

This is more than a case of intellectual property infringement, it is a multi-layered legal violation encompassing fraud, misappropriation, defamation, and discrimination. The following legal frameworks are relevant:

**1. Copyright Infringement (17 U.S.C. § 501 - U.S. Copyright Act)**

If Arcane incorporates protected elements of Bloodborg, Riot is liable for copyright infringement under the substantial similarity and access tests.

The unauthorized adaptation of characters, themes, and narratives derived from Bloodborg constitutes an infringement of exclusive rights afforded to the Plaintiff under the Copyright Act.

**2. Right to Privacy and Misappropriation (Restatement (Second) of Torts §§ 652A-652I)**

If the Plaintiff's identity, struggles, or personal details were used without consent in a way that humiliates or misleads the public, this could constitute misappropriation of likeness and false light invasion of privacy.

The use of M.W. hidden throughout Arcane, coupled with gaslighting imagery, suggests intentional psychological targeting.

21

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

### 3. Intentional and Negligent Infliction of Emotional Distress (IIED/NIED)

Intentional Infliction of Emotional Distress (IIED) applies if Riot's deliberate and malicious inclusion of steganographic taunts was designed to cause distress.

Negligent Infliction of Emotional Distress (NIED) could apply if Riot recklessly included these elements without considering their psychological impact.

### 4. Fraudulent Inducement / Unfair Business Practices (Lanham Act – 15 U.S.C. § 1125)

If Riot Games and its affiliates solicited creative works under false pretenses, for example, by requesting submissions but using them without credit, even with agent collaborations, this may constitute fraudulent misrepresentation.

The Lanham Act prohibits false designation of origin; Riot may be misattributing the Plaintiff's work as an original creation of Arcane.

### 5. Defamation (Libel - Written Defamation)

If a character portrayal or subliminal messaging in Arcane insinuates false, harmful claims about the Plaintiff, Riot may be liable for defamation.

Courts consider whether a reasonable person would recognize a defamatory portrayal as referring to a real individual.

22

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**6. Disability Discrimination / Harassment (Americans with Disabilities Act - ADA)**

If Riot Games exploited the Plaintiff's mental health disclosures as a tool for mockery, this may violate disability rights laws under the ADA.

Disability-based discrimination through media representation can form the basis of a civil rights violation.

**7. Punitive Damages & Intentional Harassment**

If Riot knowingly incorporated elements to gaslight, mock, or psychologically distress the Plaintiff, punitive damages may be available for intentional malice.

Courts have held that media entities cannot use creative works as tools for harassment, particularly when protected class statuses (such as disability) are implicated.

**Final Consideration**

The Plaintiff alleges that Riot and Fortiche Productions engaged in malicious psychological manipulation, beyond mere copyright infringement. The subliminal inclusion of M.W. references, gaslighting imagery, and steganographic taunts suggests an intent to provoke emotional distress and mock the Plaintiff's struggles. This suffering has been further exacerbated by Riot's legal team telling me that I have no case, telling me to save myself the stress, and telling me they will get it kicked out, prolonged litigations, endless legal technicalities, online

23

taunting and hate mail from Rioters, people at Fortiche Productions, people at Gobelins animation school in Paris, who are collaborators with Fortiche, and the wider Riot community.

Therefore, this case extends beyond intellectual property theft, it encompasses discrimination, defamation, and fraudulent misrepresentation. The Plaintiff reserves the right to escalate claims to federal regulatory bodies, including the Equal Employment Opportunity Commission (EEOC), the Federal Trade Commission (FTC), and European Human Rights Courts, for further investigation into Riot Games' business ethics, hiring practices, and treatment of intellectual property owners.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of the gaslighting opening of Episode 4: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W.

Wolf. Date: FEBRUARY 23, 2025

Signed: M.WOLSTENHOLME.

24

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>             Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>             Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S EXHIBIT H - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE |

Dated this: FEBRUARY 23, 2025          FEBRUARY 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of Episode 4, season 1 of Arcane: Supporting Evidence**

**for Copyright Infringement Case**

1

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**1. Introduction:**

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of Episode 3 of Arcane: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. Please note, this document covers all of Episode 4 of Arcane after Silco's monologue as that has already been covered in a separate document.

**2. Evidence Submitted:**

I submit the following evidence of Detailed Breakdown and Analysis of Episode 3: Supporting Evidence for Copyright Infringement Case. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

3.    **Comparison of story elements:** This document specifically shows the striking similarities between an assortment of episode 4 of Arcane, titled Happy Progress Day!

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

# EXHIBITS

**EXHIBIT A- DAWN SKY**

Episode 4 of Arcane opens with Professor Heimerdinger lighting a match and the Gaslighting scene. Then we see a carroty dawn sky, as pictured below.

**In Bloodborg,** *"Like an orange glow stick, the top of the setting sun peeked over the giant wall to the west."*

The Plaintiff concedes that this setting is far too common to be infringement, and yet it is another scene also present in both works, and even has the feel of the Plaintiff's essence. Why do even the most common and seemingly meaningless scenes harbor resemblance and the essence of the Plaintiff's writing?





3

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion: Dawn Sky**

While the Plaintiff acknowledges that a carroty dawn sky is a common visual motif, its inclusion in Arcane alongside other highly specific parallels from Bloodborg raises questions about the extent of creative overlap. The scene may not independently constitute infringement, but when considered within the wider context of recurring similarities, it reinforces the Plaintiff's argument that Arcane has absorbed the thematic essence, stylistic nuances, and descriptive tone of Bloodborg.

The Plaintiff asserts that even seemingly generic elements in Arcane align too frequently with his work to be mere coincidence. This supports the broader claim that Arcane did not emerge through independent creation, but rather through deliberate appropriation of the Plaintiff's worldbuilding, narrative style, and visual descriptions.

Thus, while this particular scene alone may not be sufficient evidence of direct copying, its accumulation alongside the extensive list of similarities strengthens the case for a pattern of unauthorized borrowing.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT B- Hex Gates and HexTech**

Next, we see Professor Heimerdinger talking to Jayce. He says, "*Your Hex Gates have done wonders for our city, brought scholars from distant lands, we ignited passions in arts and science, you deserve this honor.*"

We are shown an image of many blimps in the sky above Piltover, indicating the teleportation travel.

**B1- Hex Gates were made for Arcane.**

Before Arcane the Hex Gates did not exist and Hextech was very different. Hextech Before Arcane powered weapons mostly, as it is from a fighting Game (LOL).

**B2- Dune parallels / "Borrowing"**

However, Hextech, a fusion of magic and technology, has been in League of Legends lore long before Arcane. Hextech has also been associated with the city of Piltover through the controlling families that mined it, much like Dune and Spice. Also, like Dune and Spice, the commodity is produced from a subterranean animal of the deserts. In Dune, Spice comes from giant sandworms, called "Shai-Hulud." The Fremen people live in the desert. In LOL, the hex-crystals come from giant scorpion creatures called Brackern in the Shuriman desert. These crystals allowed individuals without innate magical abilities to harness magical powers.

Blue spice vs blue / purple crystals, giant subterranean desert worms vs giant subterranean desert scorpions, worm's "muted whisper," vs Brackern's sing. Fremen vs

5

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Shuriman, controlling noble Houses in both works. With the resurgence of Frank Herbert's Dune series in the works, it was perhaps inevitable that Riot had to try and break away from this "Borrowed" lore.

### B3- Narrative mess and endless retcons.

The Plaintiff states, it is known that Riot began putting real effort into character lore and narratives late into 2018. Indeed, some characters still have no lore nor backstories at all. Some character stories like Seraphine's singing to the hextech soul of a dead crystal scorpion, now make no sense at all because of Arcane. Before Arcane, hextech crystals came from a piece of a dead Brackern scorpion and were sometimes depicted as purple, and every hextech-powered device is powered by the magic/soul of a giant purple crystal scorpion. In Arcane, Heimerdinger states that Hexite crystals are created by putting Galsite under immense pressure. Jayce presents his Hextech research to the Council in Piltover. During this scene, Jayce mentions Galsite. Some long-term content creators of Riot Games content, have expressed concern that Arcane's use of Hex crystals, being a mined gem, essentially eradicates the lore of Brackerns.

Seraphine is a singer, she sings to the Brackern. In her lore, she has a connection with a Brackern crystal, which allows her to hear the ancient voice of the Brackern species. It is widely reported that Riot Games have retconned the Brackern, so they are no longer connected to Hex crystals. This messes up Seraphin's backstory. Seraphine was released in League of Legends on 29th October 2020. Supposedly long into writing Arcane. In a November 2021 letter which Riot's solicitors sent to the Plaintiff in these matters, they claim that all of the Arcane

6

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

scripts were sealed, signed off and script locked by the end of 2019. If so, why would anyone commission the releases of a new character (Seraphine) whose lore makes no sense in the show they had supposedly written, just to retcon it soon after?

Moreover, In League of Legends, Camille, from the Feros family, has a strong connection to Hextech. The Feros family controls the production of Hextech, by hunting dead and alive Brackern. Camille's Hex augmentations were carried out to ensure that she could better serve her family's interests. Camille hails from Piltover, where Hextech is the key to technological advancements. She is known as Piltover's "shadow enforcer." Like Vi but with "Shadow" in front of her title. Camille deals with threats to the city's order that lie outside the law, often involving the undercity of Zaun. Camille was released in League of Legends on December 6, 2016. Five years later, she is not involved in Arcane, despite being a major presence from the region, and her back story has to be altered to align with Arcane.

The same can be said with Viktor "the Machine Herald." Viktor was a Dr Doom like man of metal augmentations. Now he is a glowing blue Bloodborg Jesus.  In the game lore Viktor made Blitzcrank (another LOL playable character). Blitzcrank is a tinman like "custom-built golem, of "aautomata-technology." Basically, a robot made by Viktor, who now, also does not fit into the Arcane lore.

Additionally, Arcane timeline inconsistences have been noted in Jinx's age, Heimerdinger's age, the 200th Progress Day and more. This is just to name a few of the lore problems created by making Arcane canon. Other problems include:

7

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The Relationship Between Piltover and Zaun and their positions and topography on the map, character development and ages, the fate, origins and backstories of many characters, hextech's Origin and more.

Arcane made many significant changes to the League of Legends canon lore to fit into the narrative set. The LOL narrative and lore were a mess before Arcane. Yet, Arcane has made even more holes to plug. The "Writers" claim to have made the show "for the fans" yet much of what the fans love about the characters, has been changed. Riot has a "Treasured Gateway" policy to follow. It also already had many backstories, yet the "Showrunners / writers" decided not to use the existing characters and "IP's" but to remake it all, excessively more closely aligned to the Bloodborg manuscript. This makes no sense if you are writing a show. It eradicates millions of pounds worth of IP investment and possibly renders many employees out of work. The Arcane show made both Warwick (A werewolf) and Viktor (A tinman) into literal Bloodborgs, by Blood engineering and blood harvesting. This is literally the title of the Plaintiff's manuscript (Bloodborg; The Harvest). Both Warick and Viktor are now unrecognizable to their original characters in the games. Moreover, their backstories are now obsolete. Viktor mains (players who mainly played Viktor in the games) have campaigned to Riot Games because this new Viktor is now not the same character. The Plaintiff will add the letter they sent to Riot into the court bundle for reference.

The portrayal of Hextech in Arcane introduces a revised origin story, focusing on contemporary characters' contributions to its development. This creative decision modifies and retcons the pre-existing lore. The Hex gates are new to the lore and have nothing at all to do with what HexTech was before Arcane. Indeed, the only thing that remains similar is the name with

8

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

the prefix Hex, and the most common color variant of it- Blue. Moreover, teleportation travel was not a feature of Piltover nor the world, as there was no fixed world before Arcane. It's all made from top-down map to run around on and kill each other.

In the game League of Legends, teleportation mechanics existed before Arcane, notably through the summoner spell Flash, which allows champions to blink a short distance. Additionally, the Hextech Flashtraption spell provides an effect that allows players to surprise the enemy. However, these abilities are not directly tied to Hextech lore and serve primarily as gameplay mechanics and are basically invisibility to the opponent for a short time.

**B4- Hex Gates Bloodborg origins.**

It is alleged that the Hex Gate is an almost perfect match to D'borg's forearm embedded device in Bloodborg, yet the Hex Gates are just a scaled-up version.

**In Bloodborg,**

*1, "They looked like the three stars of Orion's belt, a constellation D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily.*

*She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram.*

*D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon, formally… With the two maps*

9

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*layering each other, she could see the three districts. D'borg mapped the quickest route to the district over midtown."*

*2. "She felt the tickle building. She looked down at the inside of her forearm. Inside her arm, attached to her was a device in the shape of a figure of eight. She traced her finger over the figure of eight, it rose from her arm and out flicked a globe with several glowing spots. She zoomed in to a blue spot, the ... She rotated the figure of eight zooming it down onto a point near the Air-blade, hovering over an open-top building.*

*Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube.*

*With an almighty crash of thunder and a blinding bolt of white light, she was gone."*







10

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Alleged Parallels to Bloodborg**

The plaintiff alleges that the concept of Hexgates in Arcane closely mirrors a device described in Bloodborg. In Bloodborg, a character utilizes an embedded forearm device, shaped like an infinity symbol, which projects holographic maps and facilitates teleportation. The plaintiff contends that Arcane's portrayal of Hexgates- a system enabling instantaneous travel via advanced technology- bears a striking resemblance to this concept, evidencing potential appropriation of their original idea.

In summary, the introduction of Hexgates in Arcane represents a significant expansion of Hextech's applications within the League of Legends universe and are now infused into The LOL universe. The highly nuanced words and concepts of the Plaintiff almost perfectly match the design and function of the Hex Gates. This is not a coincidence or accident.

11

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT C- Wet clouds Lifting / Fading**

The wet clouds lifting/fading revealing the city is again not a copyrightable feature, nor should it be. Yet it is another scene from Bloodborg seemingly visually represented almost to the words.



**In bloodborg,** *"Wet clouds lingered around ankle hight as she walked over to the ledge of the skyscraper roof. As the last of the sun faded, the clouds lifted, covering D'borg with a layer of dew and revealing the city below."*

Again- The Plaintiff asserts that even seemingly generic elements in Arcane align too frequently with his work to be mere coincidence. This supports the broader claim that Arcane did not emerge through independent creation, but rather through deliberate appropriation of the Plaintiff's worldbuilding, narrative style, and visual descriptions.

Thus, while this particular scene alone may not be sufficient evidence of direct copying, its accumulation alongside the extensive list of similarities strengthens the case for a pattern of unauthorized borrowing.

12

**EXHIBIT D- Three glowing circles and holographic maps.**

The next image is of the three aligning rings of the Hex Gates preparing to teleport a ship away. Again, these functions almost perfectly align with the device in Bloodborg. Plaintiff did not invent teleportation, nor holographic maps. But he did design this device which has been upscaled. The creators of Arcane don't understand the technology they are presenting. Indeed, nor do the characters in the show.

**D1- Trade Secret - for the courts' use only.**

In Bloodborg, Bluebeam technology quantum entangles photons. Once they are entangled, the light is inverted, literally inverting the fabric of space time. It is tied to the IO-CU which is a real-life scientific theory of consciousness and the universe. If you invert one, it becomes the other, and vice versa. This is tied to the eye iconology and so on, which has all been swiped for Arcane, but the "Creators" don't even know what much of it is.



13

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg,**

1. *"…linked by three glowing circles which were the three main districts. They looked like the three stars of Orion's belt, a constellation D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily.*

   *She gazed over the city again. She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram.*

   *D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon, formally Manhattan. With the two maps layering each other, she could see the three districts."*

2. *"A control device in the shape of the infinity symbol, dropped out of the inside of her forearm and bounced on the rails. Warwick peered down at it; a hologram of the globe flicked out of the display screen."*

14

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

The comparative analysis of Exhibit D reveals a significant resemblance between the teleportation devices depicted in Bloodborg and those in Arcane. Both feature mechanisms involving three glowing or aligning circles or rings that facilitate teleportation, accompanied by holographic map projections. In Bloodborg, the protagonist utilizes an infinity symbol-shaped device embedded in her forearm to project a holographic map of the city, highlighting three main districts linked by three glowing circles resembling Orion's belt. Similarly, Arcane showcases the Hexgates—large towers in Piltover that use Hextech to teleport ships, characterized by three aligning rings preparing to teleport vessels, with holographic maps aiding navigation.

While teleportation and holographic maps are not novel concepts, the specific design and functionality of these devices in Arcane bear a striking resemblance to those in Bloodborg. This includes the unique three-ring structure and the integration of holographic mapping technology. The detailed description of the Bluebeam technology in Bloodborg, which involves quantum entanglement and the inversion of space-time fabric, further underscores the originality of the concept. The replication of these distinctive elements in Arcane, without proper attribution or understanding of the underlying technology, suggests unauthorized use of the Plaintiff's creative work.

Therefore, the evidence presented in Exhibit D supports the claim of substantial similarity between the two works, indicating potential copyright infringement by the creators of Arcane.

15

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBT E- BEE DRONE VS BUTTERFLY DRONE.**

**E1- Butterfly Drone**

**In Arcane,** mechanical butterfly drones play a notable role, particularly in connection with Jinx. These intricately designed devices serve as both surveillance tools and explosive weapons, reflecting Jinx's inventive yet chaotic nature.

In Episode 4, "Happy Progress Day!", during the festival, mechanical butterflies are showcased, highlighting Piltover's technological advancements. Later, Jinx repurposes similar devices, modifying them into explosive traps to serve her purposes. This transformation underscores her ability to adapt existing technology for her own chaotic objectives.

The design of these butterfly drones combines delicate aesthetics with lethal functionality, symbolizing the duality of beauty and danger present in Jinx's character. Their presence in Arcane not only adds depth to the storyline but also emphasizes the blend of art and technology in the series' world-building. But is this too swiped from Bloodborg? Let's see.






16

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**E2- Bee Drone**

**In Bloodborg,** mechanical bee drones play a notable role, particularly in connection with Warwick. These intricately designed devices serve as surveillance tools, weapons, explosives, and they are equipped with doses of the blood-based drugs, which they can administer via stings. They reflect Warwick's soft yet chaotic nature.

Wu repurposed "Biz" for Warwick, from similar devices, modifying them into explosive traps, surveillance and scouting bees and weapons, to serve his purposes.

The design of Biz, the Bee drone, combines delicate aesthetics with lethal functionality, symbolizing the duality of beauty and the beast in Warwick's nature.

**Examples from Bloodborg,**

1, *"He sent out Biz, his bee drone to conduct an infrared and pulse signal scan of the area. The bee drone detected a teenage boy hanging around the neighbouring building tops below. He instructed Biz to place a tracking spot on the boy."*

2, *"'That's not all I have Marv, I also sent out a silent bee drone, Biz I call her. I sent out Biz to painlessly sting all your men, sedating them within two steps,' he said walking around Marvin.*

*'You're working for the Inner Assemblage. You must be to have equipment and technology like that.'"*

3, *"I sedated you with my bee drone, but you were awake a long time before I was. How is this possible?'"*

4, *"What did the bee do to me,' she cried."*

17

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

5, *"My bee drone placed a tracking spot on the boy when you first entered this building. The report says…"*

6, *"'My friend Biz, the bee drone you squashed, she injected you, I think Biz gave you a detoxifier to purge you of all the medication they use to keep you under control.'"*

7, *"She had Warwick and his bee drone to thank for giving back the memories."*

8, *"Biz flew out of Warwick's arm pouch and injected him in the neck."*

9, *"Biz and Warwick fought away, stinging and chopping until the first wave of the damned were all piled around the scrapyard."*

10, *"Biz popped up out of the tunnel and scanned the weapons. She found a tracking device."*

11, *"She scanned the weapons. Biz had planted a fusion tab on the weapons crate, she primed it to explode when scanned. Ingenious little bionic-Bee."*

12, *"'Biz sedate her,' he said.*

13, *As Biz flew out of his arm pocket to inject Jade's neck, Jade opened her bright green eyes. Warwick caught Biz mid-flight. He held the bee-drone between his thumb and forefinger. His blue eyes met her green's in a prolonged gaze. Warwick released Biz to inject Jade's neck. As she fell into a sedated sleep, Jade lifted her arm up around Warwick's neck and snuggled her head against his chest."*

14, *"Biz planted an explosive device which I believe may have injured D'borg, but she'll survive."*

15, *"'Wu can you look at Biz for me, I think she might need an upgrade, she…"*

18

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison of the Works**

**Arcane's Butterfly Drones:** These drones are depicted as mechanical butterflies used primarily for surveillance and as explosive devices. They are intricately designed, reflecting Jinx's inventive and chaotic nature. The aesthetic combines delicate, artistic elements with lethal functionality, symbolizing the duality of beauty and danger.

**Bloodborg's Bee Drones:** In Bloodborg, the mechanical bee drones, known as "Biz," serve multiple functions, including surveillance, administering blood-based drugs via stings, and acting as explosive traps. They are associated with the character Warwick and symbolize the duality of beauty and the beast within his nature.

**Exhibit E** presents a compelling case of copyright infringement through the striking similarities between the mechanical bee drones in Bloodborg and the mechanical butterfly drones in Arcane. In Bloodborg, the character Warwick utilizes "Biz," a mechanical bee drone designed for surveillance, administering blood-based drugs via stings, and functioning as an explosive device. This device embodies a duality of delicate aesthetics and lethal functionality, mirroring Warwick's complex nature.

**Conversely, Arcane** features mechanical butterfly drones associated with the character Jinx. These drones serve as surveillance tools and explosive weapons, reflecting Jinx's inventive yet chaotic personality. The design intricately combines beauty and danger, symbolizing the duality present in her character.

19

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**The parallels between the two works are evident in several aspects**

    i.    Design and Functionality: Both drones are modeled after insects (bees and butterflies) and are employed for surveillance and as explosive devices.

    ii.    Character Association: Each drone is closely linked to a central character, serving as a softer side extension of their personality and methods.

    iii.    Symbolism: The drones symbolize the blend of beauty and danger, aligning with the thematic elements of both characters.

    iv.    While the concept of insect-inspired drones is not entirely unique, the specific combination of design, functionality, and character integration in Arcane closely mirrors that of Bloodborg. This resemblance suggests that the creators of Arcane may have drawn substantial inspiration from Bloodborg without authorization, constituting potential copyright infringement, and anti-competitive practices.

**Conclusion:**

The evidence presented in Exhibit E indicates significant similarities between the mechanical bee drones in Bloodborg and the mechanical butterfly drones in Arcane. These parallels in design, functionality, and character association support the claim of unauthorized use of original elements from Bloodborg in Arcane. Therefore, this exhibit substantiates the allegation of copyright infringement by the creators of Arcane.

20

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT F- SHIPPING BLOOD-BASED DRUGS/ BIOWEAPONS**

The next scene in Episode 4:

1.  We see sky ships collecting and dropping haulage at the hex gates. A signaler with semaphore glow sticks directs the ships into the docking bays.

 

2.  Silco's goons carry barrels up the ramp, loading them onto the ship, meaning the barrels are being shipped out of Piltover and Zaun. We see barrels of biochemicals, i.e Shimmer, a purple, and explosive, blood-based drug being loaded onto a ship. We know it's Shimmer; a few frames later we see an open barrel of it. This confirms that Blood-drugs are being harvested, created and shipped out.



 

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

3. The terminal controller asks for a shipping manifest. Sevika gives him a bag of coins and says *"From your friend downtown"* meaning Silco. The Controller stamps the shipping log with a green Piltover stamp.

4. This confirms that Silco is making deals with other regions to ship out Blood-based drugs, which are used for bioweapons and to make super soldiers / superhumans (Bloodborgs).







DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg: The Harvest** - **shipping blood-based drugs/ bioweapons.**

Firstly, this is literally the title of the Plaintiff's work- Bloodborg: The Harvest.

**Bloodborg Examples:**

1. *"They call themselves The Feral Fighters. The leader of the gang; Cowboy Momahan, is attempting to take control of all of The Needle district. He is trying to recruit an army to plunder the city. He receives weapons, alcohol and drugs from the Assemblage in exchange for raiding services and blood donations (trafficking people for their blood)."*

2. *"The Flying metal monsters have been dropping more of the biochemicals and more Fighters into the cities, the people of Kariba say the Fighters are searching for something,' said the second Elder."*

3. *"Tubes appeared from the walls of the egg, tunnelling into his arms, drawing his blood out and sending a murky white liquid into is body."*

4. *"The roots of the bots are shooting out and piercing the corpses all over, draining the bodies in seconds, sucking them bone dry before tossing them into a giant grinder truck. Has nobody else noticed this, are they so rage blind that they cannot see this for what it is. It's a blood bath; it's a blood farm. It's a bloody nightmare."*

23

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

5. *"It's because we are farm animals to them, we are livestock. Lambs to the slaughter. We are walking blood banks."*

6. *"We are a stockpile of fresh blood to them. The Founding Families and others inside the Inner Assemblage have blood on the menu. If your blood type or genetic indicators are requested; the Hunters will come hunting, killing you for your blood. The Raiders will come raiding your arteries, but they usually do not kill. The Mercenaries however, they are the worst, they will find and capture you, they will keep you semi-sedated, strapped to a surgery table for months whilst they milk your blood vessels, until you stop producing or you are no longer valuable to them. They will then either make you their bitch, their slave, or kill you slowly."*

7. *"Because the Founding Families, have created a way of producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies. A never-ending feast. This makes the residence of New Kowloon worthless to them. My informants inside The Inner Assemblage have warned me to get out as fast as possible. They plan a mass raid on New Kowloon to loot whatever blood, weapons, energy unit's and valuables they can. Then they plan genocide, and obliteration of the city.*

24

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

8.  "The Founding Families are moving towards a world without resistance, a one-world slave machine where the only survivors see them as gods. They plan to re-house their minds in bloodborgs, the pinnacle of all creation. The ultimate cybernetic human beings. Merging AI, in-brain, robotics and synthetic human self-regenerating tissue with the perfect cocktail of endless blood to be immune to all diseases and ageing.

I'm calling for the people of New Kowloon to unify against the mainland forces and the mercenaries, to fight back.

Let's unite against the Assemblage, we are no longer their farm animals. They shall no longer take our blood, they shall no longer take our kin, our children, our females. They shall feel the wrath of New Kowloon. We will stand together."

9.  "The Infected and mutated people inhabited the cities. The biochemical creatures spread diseases and death in those places. Neva's father died from a disease he contracted in Chinotimba. "

10. "So what? So people trade with the Assemblage, so people do dodgy deals. Not everything is as black and white as you see it Warwick."

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**Comparison, Analysis, and Conclusion: Copyright Infringement & Anti-Competitive Argument for EXHIBIT F – Shipping Blood-Based Drugs/Bioweapons.**

### I. Introduction

This section compares the depiction of shipping blood-based drugs and bioweapons in Arcane and Bloodborg: The Harvest. Both works feature an organized system of harvesting, manufacturing, and shipping blood-derived biochemicals, which are used for creating super-soldiers, enhancing biological entities, and waging underground wars. Given the highly specific and structurally identical elements between the two, this raises serious concerns about copyright infringement, narrative misappropriation, and anti-competitive actions by Riot Games.

### II. Comparison of the Works

Both Arcane and Bloodborg depict blood-based biochemical substances being harvested, processed, and distributed through underground shipping networks. The core elements of these depictions include:

Illegal Trade Networks – A criminal organization controls the shipping and distribution of blood-based substances.

Sky Ships & Airborne Distribution – Biochemical substances are transported through aerial means (ships, aircraft, or hovercrafts) to further destinations.

26

Government/Corporate Corruption – Bribes and manipulated shipping manifests allow these illegal trades to persist.

Weaponization of Biochemicals – Blood-based substances are used to enhance or mutate individuals, making them either super-soldiers or infected mutants.

Exploitation & Enslavement – Humans are treated as biological resources, harvested for their blood or genetic material.

Mass Production for Global Control – The ruling elite (Silco in Arcane, The Assemblage in Bloodborg) stockpiles and distributes the biochemical substance to assert dominance over different regions.

**A. Arcane – Shipping Shimmer (Blood-Based Drug)**

Sky Ships and Shipping Yards – Sky ships are shown transporting barrels of Shimmer through Piltover's Hex Gates shipping lanes, directed by workers with semaphore glow sticks.

Silco's Smuggling Operations – Barrels of Shimmer are loaded onto a ship by Silco's goons, indicating large-scale distribution outside Zaun.

Bribing the Shipping Controller – Sevika bribes a Piltover shipping official, who stamps the manifest with an official Piltover seal, legitimizing the illegal trade.

Weaponization of Shimmer – Shimmer is used for creating enhanced super-soldiers (Deckard, Sevika, Warwick).

Global Expansion & Underground Economy – Silco's dialogue and actions indicate Shimmer is being mass-produced and exported beyond Piltover and Zaun.

27

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

## B. Bloodborg – Shipping Blood-Based Drugs/Bioweapons

Flying Metal Monsters Dropping Biochemicals – Large-scale shipments of blood-based bioweapons are deployed from the sky into warzones.

Trafficking of Blood for Drug Production – People are captured, sedated, and bled continuously for use in synthetic biochemical drug production.

Stockpiling and Shipping Blood-Based Biochemicals – The Assemblage harvests genetically engineered blood plasma, shipping it for use in creating cybernetic super-soldiers (Bloodborgs).

Bribery & Corrupt Authorities – Corrupt shipping controllers and warlords oversee and regulate these illegal drug shipments.

Blood-Based Biochemical Warfare – The harvested blood is weaponized, leading to the creation of infected, mutated soldiers and biochemical warfare.

Mass Market of Human Blood as a Resource – Blood is treated as a currency, a commodity, and a weapon, traded for weapons, wealth, and political power.

28

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**III. Analysis: Substantial Similarities Suggest Copyright Infringement**

The detailed breakdown shows that Arcane and Bloodborg share a near-identical narrative and worldbuilding structure regarding blood-based bioweapons, their distribution, and their economic implications. The following key areas of similarity strengthen the argument for copyright infringement:

*1. Core Concept: Shipping Blood-Based Biochemicals*

**Arcane:** Silco oversees the shipment of Shimmer (a blood-based drug) to foreign buyers.

**Bloodborg:** The Assemblage harvests and ships biochemical blood-drugs and bio-enhancements.

**Similarity:** Both worlds involve shipping an illicit blood-derived biochemical weapon for profit and control.

*2. Use of Airborne Distribution Systems*

**Arcane:** Hex Gates facilitate the rapid movement of Shimmer barrels, enabling large-scale drug trade.

**Bloodborg:** Airborne transport is used to deploy bioweapons, including blood-extracted serums for warfare.

**Similarity:** The imagery of blood-drug shipments via airborne craft is a distinctive element in both narratives.

29

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*3. Government Corruption & Bribery*

**Arcane:** A Piltover shipping officer accepts a bribe from Sevika, stamping the shipping manifest to authorize illegal trade.

**Bloodborg:** Officials and warlords accept bribes to facilitate blood-drug trade, laundering shipments into legal supply chains.

**Similarity:** Both works depict corrupt authorities enabling the illegal blood-based drug economy.

*4. Weaponization of the Blood-Based Drug*

**Arcane:** Shimmer is used to create mutants and super-soldiers (Deckard, Sevika, Warwick).

**Bloodborg:** Blood-based serums are harvested, refined, and used to create cybernetic Bloodborgs and biochemical warriors.

**Similarity:** Both narratives use harvested blood-drugs to manufacture enhanced soldiers or mutants.

*5. Mass Production & Expansion of Blood-Based Drugs*

**Arcane:** Silco's operation expands Shimmer distribution to foreign markets, implying global-scale trade.

**Bloodborg:** The Assemblage's biochemical blood-drug economy spans multiple regions, fueling world domination efforts.

**Similarity:** Both stories feature a powerful underground economy where blood-based drugs fuel global control.

30

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**IV. Anti-Competitive Argument: Riot Games Exploiting Market Power**

Beyond copyright infringement, the Plaintiff raises concerns about anti-competitive practices in Riot Games' use of Bloodborg's themes, worldbuilding, and concepts:

Market Suppression: By integrating Bloodborg's themes into Arcane, Riot Games eliminates a competing narrative from entering the market on its own terms.

Unfair Monopoly Over a Unique Concept: Arcane uses Bloodborg's unique worldbuilding (blood-based bioengineering, drug trade, airborne shipments) as if it were Riot's original IP.

Dilution of Original Work: If Arcane's blood-drug economy gains cultural traction, it prevents Bloodborg from maintaining its distinct identity and marketability.

Barriers to Entry: As Riot Games is an industry giant, its use of Bloodborg's ideas on a large scale limits the Plaintiff's ability to gain financial and creative recognition.

**V. Conclusion: Clear Evidence of Misappropriation**

The narrative, worldbuilding, and economic systems of blood-based bioweapon trade in Arcane bear a direct resemblance to Bloodborg.

The level of specificity in how blood-drugs are harvested, shipped, weaponized, and monetized is too precise to be coincidental.

Thematic and functional overlaps in storytelling elements, including the use of air-based shipping, corrupt trade networks, and super-soldier bio-enhancements, suggest that Riot Games drew heavily from Bloodborg. As the series progresses, The Plaintiff will show even more Thematic and functional overlaps which tie all of Arcane into Bloodborg's narratives.

31

**Legal Implications:**

Copyright Infringement: Under 17 U.S.C. § 501, unauthorized derivation of substantial narrative elements qualifies as infringement.

Derivative Work Argument: The depiction of shipping blood-based drugs as bioweapons in Arcane constitutes an unauthorized derivative work of Bloodborg.

Unfair Competition (Lanham Act - 15 U.S.C. § 1125): Riot Games' use of Bloodborg's unique concepts unfairly suppresses the Plaintiff's original work from entering the market.

Injunction & Damages: The Plaintiff will seek injunctions against Riot Games for continued exploitation and compensatory damages for economic and personal harm.

**Final Statement**

The overwhelming similarities between Arcane and Bloodborg in the depiction of blood-based drug shipment, weaponization, and economic structures, and the grassroots resistance, provide strong evidence of copyright infringement and anti-competitive misconduct. Given Riot Games' size and market influence, their alleged misappropriation of Bloodborg's core ideas and themes has significant legal and economic consequences, warranting judicial intervention.

32

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT G - YONDER-SKY-PIRATES: GRASSROOTS RESISTANCE**

**VS THE FIRELIGHTS: GRASSROOTS RESISTANCE**

Exhibit G will show the striking similarities between The Resistance in Bloodborg and the Resistance in Arcane.



DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

In the animated series Arcane, the theme of resistance is intricately woven into the narrative, primarily through the struggles between the oppressed undercity of Zaun and the affluent city of Piltover. This dichotomy sets the stage for various forms of resistance, both organized and individual. This resistance, it's set up, its execution, its purpose, and its features are strikingly similar to that of the resistance in Bloodborg.

**Zaun's Struggle for Autonomy:** Zaunites have long endured systemic oppression and economic disparity imposed by Piltover's ruling class. This has fostered a deep-seated desire for independence and self-governance within the undercity. The character Silco emerges as a pivotal figure in this struggle, orchestrating efforts to liberate Zaun from Piltover's dominance. His methods, though morally ambiguous, are driven by a vision of an autonomous Zaun. Silco's leadership galvanizes various factions within the undercity, uniting them under the common cause of resistance against Piltover's control. But he is getting the blood to make Shimmer from somewhere. The People!

**Firelights were made for Arcane:** The Firelight are a rebel street gang that are based in Zaun and led by Ekko. They also serve as the last remaining resistance in the undercity against Silco's criminal empire. The Firelights were founded by Ekko at an unknown point in time after Vander's death to overthrow Silco and eliminate Shimmer from the undercity altogether. Many of the gang's members were either former Shimmer addicts or victims of the drug's devastating impact on the Zaunite population. Due to their relatively small numbers, the Firelights practice guerilla warfare and employ hit-and-run tactics in battle. Although the gang was originally formed to fight against Silco and his loyalists, the Firelights harbor a great deal of

34

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

hatred towards Piltovans, Piltover enforcers in particular. This animosity mainly stems from the fact that many of the enforcers that hunt and kill the Firelights, including their leader Marcus are on Silco's payroll.

Firelights were not introduced until Episode 4 of Arcane's 1st season, but Ekko was in a gang in his lore. There are several story inconsistencies between Arcane's depiction of Ekko and the version of his character that is seen in his Runeterra Prime Universe short stories.

In Universe, Ekko is mentioned to have a small group of friends that go around Zaun causing mischief. This is also reaffirmed in his Legends of Runeterra cards.

Ekko had white hair before Arcane, more the most part, his look has not changed.

The Firelight hideout is built inside a massive, abandoned sewer located somewhere in Zaun that has a large hole on top, which allows heaps of natural sunlight to pass through and illuminate the area. Its most prominent feature is the enormous tree situated at the center of the hideout, which was able to thrive and grow to its current size due to its daily exposure to sunlight. A number of small houses are also built on the tree, including Ekko's home, and around it. The walls surrounding the hideout are also decorated with graffiti and numerous murals.

35

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**The Firelights: Grassroots Resistance**

Another significant manifestation of resistance is embodied by the Firelights, a group led by Ekko. This faction represents a more grassroots approach, focusing on protecting Zaun's citizens from the detrimental effects of Shimmer, a potent and addictive substance proliferated by those in power, Silco. Shimmer requires Blood. The Firelights engage in direct action, disrupting the operations of those who exploit the undercity's populace. Their resistance is characterized by a commitment to community welfare and a vision for a healthier, self-sustaining Zaun. They take to the skies, on hoverboards, to sabotage the production line of Shimmer.

**Individual Acts of Defiance:** Resistance in Arcane is not limited to organized groups; individual characters also embody the spirit of defiance. Vi, for instance, consistently challenges oppressive forces, driven by a personal sense of justice and a desire to protect her loved ones. Her journey reflects the personal cost of resistance and the complexities inherent in confronting systemic injustice.

**Evolution of Resistance in Season 2:** In the second season, the dynamics of resistance evolve further. Following the events of Season 1, Sevika, formerly Silco's lieutenant, assumes a position on Piltover's council as Zaun's representative. This development signifies a shift from external rebellion to internal political maneuvering, aiming to effect change from within the established power structures. However, this integration is met with skepticism, as some view Sevika's ascent as a potential perpetuation of the very oppression the resistance

36

sought to dismantle. Debates arise regarding the efficacy and morality of working within the system versus continuing external resistance. These discussions highlight the nuanced and multifaceted nature of resistance movements, where the lines between oppressor and liberator can become blurred.

Overall, Arcane portrays resistance as a complex and evolving force, encompassing a spectrum of strategies from militant uprising to political negotiation, all aimed at challenging and transforming oppressive systems. We see the very same multi-layered and complex depiction of resistance in Bloodborg, From the yonder-sky-pirates grassroots resistance, the hiding of women and children, to Rook's own personal journey and Warwick's eventual resistance leadership role which will (In books 2 and 3) question how far is too far, and where the line from oppressed to oppressor is crossed.

Even Ekko's hideout, located in a large sewer with a large hole in the top that allows sunlight to pass through, bears striking similarities to Lugar dal luz- The place of Light- which is a hide out sanctuary for children and people who oppose the Blood raiders and criminal gangs.

37

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg Examples:**

**Yonder-Sky-Pirates Grassroots Resistance**

1. *"We are the Yonder-Sky-Pirates, the Pirate radio station that broadcasts out over the city every day. Morgen is our leader, you might have heard of him, Old one-eyed Morgan.'*

*'Yes, of course I know of him. Marvin told me that he is hiding hundreds of children and mothers.'*

*'Yes, this is true, we are not just a radio station, we are a resistance in hiding.'*

*'Well you haven't fucking resisted a lot have you.'*

*'Like I said, we are in hiding to save the children and mothers. This resistance has been gathering for a long time, way before the fall. Morgan was milked for his blood when he was just a young man. He escaped with the help of the resistance, they were then based in the under-road flood tunnels and sewers of Las Vegas. Morgan moved the resistance here when it was still Manhattan. Because Manhattan was threatening to become an independent state, Morgan thought it would be harder for the blood hunters to find him here. You see Morgan has very rare blood, people pay big for his lifeblood.'*

*'So where is Morgan-*

*'Warwick kill me if you must but I'm not ready to tell-*

*'Ok just keep talking, so you have this resistance radio army, why do you need me.'*

38

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

'You have skills and abilities that others do not, the resistance needs a leader, a face people will really get behind. The children of the city already see you as a superhero. You can be their champion, their defender.'

'I do not wish to be.'

'You already are."

2. "'Yonder-Sky-Pirate Morgan,' Rook yelled."

3. "Reveille, reveille, wake up my fellow sky dwellers. Sky-Pirate Morgan here, broadcasting live from Yonder-Sky-Pirate Radio Station on this very special morning. This shall be my final broadcast. This shall be the day we stand. WE STAND!

I'm quantum recording this broadcast for the people; the people of New Kowloon and the people of the future. When we are dead and forgotten, when this is all over, it's important for the descendants of the survivors to know everything, to learn from the failures of the human condition. The survivors can rebuild under a new banner; one this world has never witnessed. A banner of human decency, fairness and respect for all things. A banner of hope and virtuous conduct. A world removed from cheaters, removed from Bloodlust and tyranny.

Let me tell you how New Kowloon came to be, let me convince you to stand with us, lend me your ears for a short time, in return, I'll show you the way. I'll try to save you from the coming."

"'Perhaps he's come out of hiding to rally people, though wouldn't he announce it over Yonder-Sky Radio' said Mateo.

39

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*'Or perhaps he's desperate to find those jammers,' said McCauley with his head close to the map, squinting his eyes."*

*4. "Reveille, reveille, wake up my fellow sky dwellers. Sky-Pirate Morgan here, broadcasting live from Yonder-Sky-Pirate Radio station on this very special morning. The wind of change is approaching, and people are getting scared, Halloween is not yet upon us, yet I hear that the Feral Fighters are masking up as little old white-eyed Morgan. The old-world word for this is Masquerade, pretend to be. Now why might they pretend to be me?*

*That's right, you got it, because they are scared of the coming war. They want out and I'm their ticket. They have been promised new lives on the mainland if they gain what I have. So, they masquerade as me to draw out my supporters, they will torture for information, anywho they discover."*

*5. 'Hey Roy,' said Rook standing up, patting off the dust. 'Did you hear the broadcast from Yonder-Sky-Pirates this morning?'*

*6. "'Because he has intel, Cowboy Momahan was going to put out a rumour, fake news that Morgan is dead and they yonder-sky-pirates have quantum recorded his voice to use as they please. The Feral Fighters are rattled, they know as much as Morgan, they know it's coming.'*

*'New Kowloon has seen war before now, hell it's a battleground everyday out there.'*

40

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Distroying Signal Jammers and Sabotaging the Production Line.**

In Bloodborg, Morgan uses a quatum recroded pirates

1.  *'Boss, he's too quick Boss, we can't catch him. He's always one step ahead of us. He seems to know about all of our traps. He knows where the signal jammers are placed, we don't know how he is doing it boss, it's like he has an insider listening to us, a spy.'"*

2.  *"'Where did you get this,' said Rook standing over the mapping display. On the map, several jamming device locations had been pinpointed. Macaulay double-tapped the display, the pinpointed locations flashed up out of the screen into a green and yellow 3D map. Each location rotated independently with a flashing red x to show the precise spot of the mounted signal jammers."*

3.  *"'Or perhaps he's desperate to find those jammers,' said McCauley with his head close to the map, squinting his eyes."*

**The Place of Light**

1.  *"'The residents call this place; Lugar dal luz, which is Spanish, that was another way of talking, from a different region, far across the world. It means place of light,' said Warwick as he entered the shantytown.*

    *'Hardly a fitting name, the roof is barely open to half of the place and the sun is blocked by all of those washing lines,' said Jade, grimacing.*

    *'True but this is the only place in the district were natural light is visible, apart from the windows of the outer buildings which, as you have seen, are mostly boarded up.'*

    *'Yes, why is that.'*

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*'For protection, they secure the outer walls and guard the district as they can, they try to keep tabs on who comes and goes and with which outsiders they trade with. The people of this district protect each other, to some degree anyhow."*

2. *"'My friend from down in the south of the city, near Lugar dal luz, he told me that the Feral Fighters are planning something to identify blood markers instantly, so they don't have to rely on this dipping fingertip in permanent purple ink business. They know people are cheating it. My friend says they are planning something big. He has it on good grounds that a war is coming to New Kowloon, a war to drain the city of all its valuable blood and to kill everyone else."*

3. *"'I'm sure Mat. There isn't a person alive who can navigate the skies of New Kowloon like I can. Mac could you plan me a route to Lugar dal luz popping off three or four of the jammers on the way.'"*

4. *"They came to the gaping centre of the mouth which had an open roof. The vast courtyard contained a densely packed shantytown."*

5. *"Warwick placed his hand on the small of Jade's back, guiding her into the lanes of the wonky erections. She looked around at the wooden shacks- roofed with rusty corrugated iron sheets, blanketed with roof moss and lichens, stacked two and sometimes three homes high, with makeshift rope ladders climbing to each floor. Vines and weeds climbed*

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

the structures, adding a little colour to the rusty greys and rotting wood browns.  Beams of crooked wood and metal wires crisscrossed above and through the shacks, webbed support.

6.  Rain pinged off the corrugated iron roofs and plopped into the many pots and pans left out to gather rainwater- like an out of tune xylophone being played by a town drunkard, of which there are many.”

7.  “In the core of the district, a squared hanging garden which served the townspeople with rations of herbs, fruit and vegetables, gave the shantytown a hint of much needed green tranquillity and release from the dull, empty metallic towers, which scrummed the town, squeezing the life out of it, whilst also protecting it from the raiders and mercenaries of the city outside of these steel walls- New Kowloon, the sky city of walls.”

43

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Both Called "The Resistance"**

In Arcane, The Firelights were called The Resistance, as it is in Bloodborg. But Morgan calls his strand of it, Yonder-Sky-Pirates. Both were hidden deep in the underbelly to hide children. Both take to the skies to disrupt and sabotage the blood-drug production line. Both hide in "The Place of Light." Morgan begins his journey as a young black guy with white eyes. Ekko is a young Black guy with white hair. In Bloodborg, the ethical background of Morgan serves two purposes:

**First,** it's a hint to him being a "descendant" or "reawakening" of The White-Eyed Child of great importance, from the African Child POV, which is trauma writing from the Plaintiff's own life. The Plaintiff has undisclosed trade secrets regarding the White-eyed Child which cannot be provided because Mel Medarda from Arcane is alleged to be the White-eyed Child and now she has sailed to Noxus to continue the stories which Arcane laid the foundations for. Thus, this case is infused into all of the Spin-offs and all of Riot's products.

**Second,** It's a juxtaposing aesthetic choice for visual effect.



DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Copyright Infringement and Anti-Competitive Argument for EXHIBIT G –**

**Yonder-Sky-Pirates: Grassroots Resistance vs. The Firelights: Grassroots Resistance**

### I. Introduction

Both Arcane and Bloodborg explore the theme of grassroots resistance against oppressive ruling systems. However, the structural, thematic, and narrative parallels between The Firelights in Arcane and the Yonder-Sky-Pirates in Bloodborg extend beyond common storytelling tropes and into specific plot execution, world-building details, character functions, and resistance methodology.

This exhibit will analyze these elements to determine whether Arcane appropriated material from Bloodborg and repackaged it as part of the League of Legends universe.

*Frist image, not Arcane: A wall with a painting. Secord image, Arcane: In the Place of Light.*



45

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

## II. Comparative Analysis of Key Resistance Movements

### Table 1- Resistance

| ELEMENT | THE FIRELIGHTS (ARCANE) | YONDER-SKY-PIRATES (BLOODBORG) | PARALLELS & OBSERVATIONS |
|---|---|---|---|
| LEADERSHIP & PURPOSE | The Firelights are led by Ekko, a former orphan and tech genius, fighting against Silco's criminal empire and the proliferation of Shimmer, which exploits the people of Zaun. | The Yonder-Sky-Pirates are led by Morgan, a former blood-drug victim, running a pirate radio station and underground movement to protect mothers and children from blood traffickers. | Both factions are led by resistance leaders who have suffered personal trauma from the ruling system and fight against a blood-based drug trade that preys on the vulnerable. |
| METHODS OF RESISTANCE | The Firelights conduct raids and sabotage operations, including destroying Shimmer stockpiles and attacking supply lines. They use hoverboard technology for mobility and surprise attacks. | The Yonder-Sky-Pirates engage in disrupting blood-drug trade routes and signal jammers, using high-speed aerial maneuvers to evade capture. Rook also destroys a haulage dome. | The hoverboard mobility, sabotage missions, and disruption of trade routes strongly suggest that The Firelights were modeled after the Yonder-Sky-Pirates. |
| BROADCASTING & UNDERGROUND NETWORK | Ekko's Firelights operate out of a hidden sanctuary with a hole in the ceiling, allowing sunlight to illuminate their refuge. | Morgan runs Yonder-Sky-Pirate Radio, an underground broadcasting network spreading resistance messages and guiding their operations. | Both movements rely on hidden sanctuaries and communication networks to maintain secrecy and influence public perception. |
| ENEMY CONFLICT & OBJECTIVE | The Firelights directly oppose Silco, who produces Shimmer, a drug that transforms and enslaves people. They aim to cripple the drug trade and free Zaun from criminal rule. | The Yonder-Sky-Pirates fight against Cowboy Momahan's gang and the Inner Assemblage, who harvest blood for bio-drugs and use the underprivileged as livestock. | Both factions oppose drug-based oppression, seek freedom for their people, and conduct militant operations against drug syndicates. |
| TACTICAL SABOTAGE | The Firelights actively destroy Silco's shipments, disrupt trade routes, and interfere with illegal experiments on people. | The Yonder-Sky-Pirates identify and disable signal jammers, interfere with enemy mapping systems, and take down air transports carrying blood-based drugs. | Both factions operate with specialized knowledge of the enemy's infrastructure and engage in strategic sabotage to weaken their control. |

46

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**III. Key Evidence of Appropriation**

*The Concept of a Sky-Based Resistance Movement Fighting a Blood-Based Drug Empire*

**Arcane:** The Firelights attack Silco's drug supply lines using high-speed hoverboards.

**Bloodborg:** The Yonder-Sky-Pirates target blood-drug trafficking routes and aerial transport, using advanced maneuverability.

*Hidden Refuge with a Sunlit Center*

**Arcane:** The Firelights' hideout has a central open ceiling where sunlight comes through, a rare feature in Zaun.

**Bloodborg:** The Yonder-Sky-Pirates have Lugar dal luz (The Place of Light), a hidden refuge with a gaping ceiling hole where natural light filters in.

*Sabotaging the Drug Trade*

**Arcane:** The Firelights raid drug shipments and disrupt criminal operations.

**Bloodborg:** The Yonder-Sky-Pirates map out jammers and take down enemy tech to disrupt the drug trade.

47

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**A Named Leader with One Eye, Running a Resistance Movement**

**Arcane:** The Firelights follow Ekko, a one-time orphan and brilliant strategist. Ekko is a young black man with white hair.

**Bloodborg:** The Yonder-Sky-Pirates follow Morgan (Old One-Eyed Morgan), a legendary figure hiding and protecting orphans. In the beginning of Morgan's journey, he was a young black man with white eyes.

1. It is alleged that, all Arcane has done, is mis-proportioned the age of Morgan and the interpretation of "Yonder-Sky-Pirates."

2. Riot has abused the opportunity to again, force their cardboard game characters into the Plaintiff's narratives to bring them aligned, and to breathe life into what has always been a top-down fighting game.

3. Riot has misappropriated Yonder-Sky-Pirates, Morgan, The Place of Light, The resistance against Blood-based drug gangs and even the methods of Fightback.

48

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**IV. Copyright Infringement Argument**

Under U.S. Copyright Law (17 U.S.C. § 501) and UK Copyright, Designs, and Patents Act 1988, copyright infringement occurs when:

The defendant had access to the copyrighted work.

The Plaintiff's work, Bloodborg, was distributed prior to Arcane's production which was ongoing up until its November 2021 release date on Netflix.

The specific elements in question (resistance factions, sky-based sabotage, hidden refuges, and blood drug-trade disruption) do not appear in League of Legends' original lore but emerge in Arcane after the circulation of Bloodborg.


*Substantial Similarity Exists Between the Two Works.*

Narrative Structure: Both feature organized resistance movements against blood-drug trafficking using high-speed aerial combat and underground broadcasting networks.

Character Roles: Ekko and Morgan share identical leadership structures, physical traits, and trademark brilliant white features contrasting their skin tone, personal motivations, and strategies. They differ in Age, but Morgan's Journey began as a young man like Ekko.

World-Building Elements: Both include sanctuary spaces with open sunlight, mapping tech to sabotage enemy plans, and covert missions aimed at destabilizing criminal enterprises.

49

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Derivative Work & Unfair Competition (15 U.S.C. § 1125)**

Arcane's Firelights are a commercialized, stripped-down version of the Yonder-Sky-Pirates, removing some of the more nuanced themes from Bloodborg while maintaining the exact same structure, tactics, and narrative function.

This leads to market dilution, preventing Bloodborg from being recognized for its original contributions.

**V. Conclusion**

The Firelights resistance movement in Arcane closely mirrors the Yonder-Sky-Pirates in Bloodborg in terms of:

    I.    Leadership structure

    II.    Aerial sabotage missions

    III.    Opposition to blood-drug cartels

    IV.    Use of hidden sanctuaries

    V.    Tactical disruption methods

Given the high degree of structural and thematic similarity, it is likely that elements from Bloodborg were repurposed into Arcane without credit or permission.

**Final Allegation**

Arcane did not simply borrow general resistance tropes; it restructured and rebranded a complex faction from Bloodborg, repackaging it as an "original" element within the League of Legends universe. This represents both copyright infringement and anti-competitive misappropriation of creative content.

50

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT H – VON VS GREEN MOHAWK FIRELIGHT**

During the Fightlights attack on the Shimmer smuggling airship, we see this green Mohawk firelight guy, wearing a green vest and tight leather jeans. Jinx sets off a bomb or smoke bomb in the airship taking him out of the fight.

Other than Scar, the firelights are not explicitly given names. Yet his character adds diversity and aesthetic value to the show.

**In Bloodborg**, there is a resistance character named Von, with a glass mohawk with neon green veins running through it. Under his black tailcoat he wore a lime green net vest and tight leather jeans.

Both are resistance members, both have green mohawks, vests and tight jeans. Whilst this appearance is not enough to amount to Copyright infringement, it is yet another of thousands of elements from Bloodborg, which also appear, sometimes unchanged, in Arcane.

At this point, it would be silly to suggest that Bloodborg wasn't used to make Arcane. We see the same pattern of just enough masking, over and over again, whilst specific details remain intact.



51

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

1. "Two guards hung around the door to the stairways. One had a glass mohawk with neon green veins running through it. Under his black tailcoat he wore a lime green net vest and tight leather jeans. The other, the woman she had purple hair tied back tightly, metal studs in her cheeks and under her coat she wore bright red heels, netted red velvet leggings, which showed a lot of flesh, and a white belly vest. It was as if they had popped out of one of those seedy night clubs in Midcity, you know those sex punk ones."

2. "Two Feral Fighters gripped Cowboy under his armpits and dragged him out of the room, whilst others returned fire at the invisible opponents. Several men abseiled down onto the roof platform, still firing at the Feral Fighters. The remaining Feral Fighters retreated through the huge castle-like metal doors, slamming and bolting them shut.

   The guard from Roy's place, the one with a green glass mohawk and tight leather jeans, ran over to Rook.

   'Hey, good to see you again, he said, removing her chains. 'We've got to move quickly; they'll regroup and counterattack. Follow Rachal he said, pointing at the woman with purple hair tied back tightly. Rook pulled up her knickers and trousers, she hugged the Mohawk dude.

   'You're welcome little dude. The names Von, now go,' he said pushing her away."

52

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion:**

The similarities between Von from Bloodborg and the Green Mohawk Firelight in Arcane cannot be dismissed as incidental. Both characters serve as resistance fighters, both share a distinctive and highly specific aesthetic, green mohawks, vests, and tight leather jeans, and both contribute to the thematic and visual identity of their respective works. While character appearance alone may not constitute copyright infringement, the presence of thousands of similar elements throughout Arcane, many appearing unchanged from Bloodborg, establishes a troubling pattern of appropriation.

Copyright law does not merely protect direct, verbatim copying; it also shields against derivative works that take substantial creative expression from a prior source. The sheer volume of replicated details, combined with a consistent strategy of minimal modification, suggests a deliberate attempt to obscure the origins of Arcane's creative choices while retaining the essence of Bloodborg's original material. This goes beyond generic cyberpunk aesthetics and into the realm of systematic misappropriation.

At this stage, the evidence overwhelmingly supports the claim that Bloodborg was not merely an inspiration for Arcane, but rather an uncredited foundation for its worldbuilding and character designs. As such, further legal scrutiny is warranted to assess whether Riot Games and Fortiche Production have unlawfully derived Arcane from Bloodborg, infringing on the intellectual property rights of its original creator.

53

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT I- GUERRILLA WARFARE TACTICS AND STEALTHY MANEUVERING.**

More coincidences? This is the scene where Jinx uses guerrilla warfare tactics and stealthy maneuvering to stalk and take out the opponent fighters including the Green Mohawk Firelight.

*Table 2- guerrilla warfare tactics and stealthy maneuvering*

| |
|---|
| **THE PLAINTIFF WILL BREAK IT DOWN IN BITESIZE STEPS:** |
| *1, GREEN MOHAWK FIRELIGHT AND HIS COMRADE CLIMB DOWN A WOODEN HATCH, WHICH IS BELIEVED TO BE A REUSED HATCH.* |
| *2, GREEN MOHAWK TRIGGERS A TRIP WIRE WITH HIS FOOT,* |
| *3, THE HATCH CLOSES, TRAPPING THEM DOWN IN THE HULL OF THE AIRSHIP WITH JINX.* |
| *4, WE SEE HER PURPLE GRAFFITI MONKEY PAINTED ON THE UNDERSIDE OF THE HATCH.* |
| *5, THE FIGHTERS SEARCH IN THE DARKNESS, ILLUMINATED ONLY BY THE NEON PURPLE PAINT.* |
| *6, THE GREEN MOHAWK DUDE IGNITES A RED FLARE TO SEE IN THE DARKNESS AS THEY CONTINUE TO SEARCH FOR JINX.* |
| *7, JINX'S BLUE PLAITS ZOOM PAST IN THE DARKNESS, LIKE SHE IS STALKING THEM.* |
| *8, WE AUDIBLY HEAR THE SWING.* |
| *9, GREEN MOHAWK TOSSES THE FLARE.* |
| *10, IN PURPLE PINT OR INK, IT SAYS BOOM! ON THE UNDERSIDE OF THE SWING.* |
| *11, JINX IS HIDING UP IN THE METALLIC RAFTERS.* |
| *12, JINX SWINGS/ SLIDES ALONG AN OVERHEAD METAL WIRE/ CABLE, HANGING UPSIDE DOWN.* |
| *13, THE TWO GUYS SWING FOR JINX, BUT THEY ARE TOO SLOW.* |
| *14, JINX HAS PLACED GRENADES OR SMOKE GRENADES ON THEM- BOOM!* |
| *15, THE EXPLOSION BLOWS OUT THE HATCH.* |
| **16, THE AIRSHIP IS ROCKED BY THE EXPLOSION** |
| **17, THE HATCH SLAMS OPEN** |
| **18, GRAY SMOKE WITH PURPLE DUST** |
| **19, JINX'S BOOTS AND THEM JINX EMERGES FROM THE SMOKE UP ONTO THE MAIN PLATFORM OF THE AIRSHIP.** |

54

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Still images of this scene from Arcane**



DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Same elements from Bloodborg, which are alleged to have been rearranged.**

**Bloodborg,**

1, "Rook donned her respirator mark 7 digi-reader, slid down a wire into the smog, found a cross wire and shimmied across the long void. On the Tetris side, Rook found a service hatch and emerged silently, topside of the smog rotators. The under lanes of metal planks, service tubes, cables and columns, were pitch dark. Rook crouched low and stealthy, looking for the jammer. The Respirator mark 7 digi-reader flashed warning signs all around.

The first shot pinged off the pipe by rook's head, spraying steam into her lenses. Rook dropped to the metal plank, taking off the mask and wiping the steam away. Redonning it, Rook stood and ran, jumping, ducking, dipping and sliding through the metallic maze. Red and purple lasers bounced around the darkness, looking for the runner boy, as Rook hung from a wire above.

A Feral Fighter stopped below Rook. He twisted his body left and right searching with his purple laser finder. He leaned back pointing his laser up into the rafters and wires. The Laser met a pair of piercing blue eyes as Rook's downward-pointing elbo*w smashed into the forehead of the Feral, reshaping his skull. Rook picked up his weapon, switched the rifle to automatic, tied it to a hanging wire and secured the trigger back by jamming the Feral's torch butt into the trigger guard. Taking the weapon by the butt, Rook swung the wire out, tossing it in a wide-sweeping circle. Rook dropped to the metal, hiding under cover of the unconscious Feral Fighter. The rifle span round spitting laser light and bullets in all directions until the hundred round magazine was spent. Time to run!*

<div align="center">56</div>

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Rook popped smoke, tossing the smoke grenades in several directions before sprinting up a slanted pipe towards the streets of Tetris. Bullets rained in around as Rook reached the hatch to the street and shoulder barged up onto a walkway. Vibrantly dressed and elaborately decorated people jumped aside gasping as Rook lay breathless on the metal which was painted asphalt black with yellow lane lines. Rook jumped up, tossed an electric stun explosive down the hatch and ran through the crowd..."

2, "Hey man, you just blew that hatch out dude,'"

3, "The hatch boomed as Rook dropped it shut."

4, "Rook crouched on the steel corner of a rooftop - a modern-day hooded gargoyle, silhouetting in the fine smoky clouds.

The Feral Fighters were easy to pick out of the mist, with glowing cigarette ends hanging from their loud mouths, the rattle and shine of their spike-studded alligator boots with each footstep clunking down on the steel gangway and general poor discipline which suggested anything but incognito.

The Feral Fighters were cowboys, more rascal soldier wannabees than an actual fighting force. They got by on bullying and harassing people. There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them. None of them wanted to be walking the high gangways on this chilly morning- voluntold to be on sentry duty all night.

57

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*The drifting grey clouds looked swimmable as the shadow glided across the steel around the feet of the Fighters. The moonlight morphed the shadow into a swift beast in the chemically confused minds of the Ferals.*

*Glowing cigarette tips peppered the gangway around their feet as they tilted their heads up in unison. Dribble hung from the corner of several mouths as they watched the laughing shadow disappear between the spiky buildings.*

*'Was that-*

*Boom!*

*The Signal jammer exploded rocking the gangway. Just a tiny explosion but enough to make sure that all parts of the jammer were unusable.*

*Rook was already south of the Needle District by the time the Feral Fighters scrambled to give chase."*

It is alleged that Jinx's guerrilla warfare tactics and stealthy maneuvering to stalk, set traps and take out the opponent fighters in this scene and indeed throughout Arcane, are ridiculously carbon copies of those of Rook in Bloodborg. These elements are now fused with Jinx and her backstory and are now entwined in all of Riot Games's lore, backstories and products, and even merchandise.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Analysis and Comparison Between Arcane and Bloodborg – Guerrilla Warfare Tactics and Stealthy Maneuvering**

*Table 3: Arcane vs. Bloodborg – Tactical Maneuvers and Stealthy Warfare*

| Arcane (Jinx Scene in Airship) | Bloodborg (Rook's Scene in Industrial Complex) |
|---|---|
| *1. Green Mohawk Firelight and his comrade climb down a wooden hatch.* | 1. Rook finds a service hatch and emerges silently. |
| *2. Green Mohawk triggers a tripwire with his foot.* | 2. Rook navigates a booby-trapped industrial zone, moving carefully to avoid detection. |
| *3. The hatch closes, trapping them inside.* | 3. Rook seals a hatch after emerging, using it for cover. |
| *4. Jinx's purple graffiti is marked under the hatch.* | 4. Rook moves through an industrial complex filled with gang markings and signs. |
| *5. Fighters search in the dark, illuminated by neon paint.* | 5. Rook moves through smoky, dimly lit industrial rafters, avoiding enemies with searchlights and lasers. |
| *6. Green Mohawk ignites a red flare to see in the darkness.* | 6. Enemy soldiers use red and purple laser pointers to hunt Rook in darkness. |
| *7. Jinx's blue braids flicker in the dark as she stalks them.* | 7. Rook, hidden in the rafters, uses darkness and smoke as cover. |
| *8. Audible swing noise as Jinx moves overhead.* | 8. Rook swings from industrial pipes and metal beams to stay undetected. |
| *9. Green Mohawk tosses the flare.* | 9. Enemy fighters rely on flare-like laser tracking to spot Rook. |
| *10. Jinx suddenly appears and takes out two Firelights.* | 10. Rook silently ambushes two guards from above. |
| *11. Jinx uses a tripwire bomb, detonating at the perfect moment.* | 11. Rook triggers an industrial trap to eliminate pursuers. |
| *12. Firelight squad moves tactically but are unaware of Jinx's presence.* | 12. Rook stalks enemies who move in formation but fail to detect her. |
| *13. Jinx releases a cannon in an unhinged, chaotic attack.* | 13. Rook unleashes an explosive chain reaction, destroying the enemy's base. |
| *14. Jinx shoots erratically, nearly hitting allies.* | 14. Rook's explosive trap backfires, forcing her to escape rapidly. |

59

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

| | |
|---|---|
| *15. Jinx momentarily hallucinates Vi in the heat of combat.* | 15. Rook experiences a PTSD-induced flashback in the middle of a fight. |
| *16. Jinx's rage escalates, leading her to nearly destroy the airship.* | 16. Rook's emotional breakdown fuels her violent actions, endangering her mission. |
| *17. Jinx hesitates before dealing the final blow.* | 17. Rook briefly struggles with her morality before finishing the fight. |
| *18. Jinx leaves behind visual chaos, with neon graffiti and destruction.* | 18. Rook's presence is marked by damage and symbolic imagery in her wake. |
| *19. The Firelights retreat as Jinx claims victory.* | 19. The enemy forces withdraw as Rook escapes victorious. |

The detailed breakdown of stealth, guerrilla tactics, and environmental maneuvering in Arcane's Jinx Airship Scene and Bloodborg's Rook Industrial Complex Scene presents a striking pattern of similarity that extends beyond generic storytelling tropes. Above is an in-depth comparative analysis of 19 specific tactical elements present in both narratives. Rearranging scenes and forcing them into existing IP isn't original work, it's theft and constitutes anti-competitive practices against a vulnerable and struggling to breakthrough competitor. These practices cannot be allowed to continue at the expense of the wellbeing, health and earnings of competitors. The Plaintiff alleges that criminal proceedings are necessary, given the extent of these ongoing violations, and the impact the prolonged litigations are having on the Plaintiff's wellbeing.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion-** The above table illustrates an extensive pattern of tactical and thematic similarities between Arcane and Bloodborg. While guerrilla warfare tactics and stealth combat are common in storytelling, the precise parallels in movement, environmental interaction, and psychological effects on the characters suggest a direct correlation. The Plaintiff alleges that these elements from Bloodborg were lifted and repurposed into Arcane without authorization, further contributing to the argument that Bloodborg served as an uncredited source of creation for Arcane's tactical action sequences and trauma-driven character behaviors.

61

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT J- TRAUMA FLASHBACKS.**

In Episode 4, as the Firelights are about the burn the shipper on the airship, Jinx shows up, takes out the Green Mohawk dune and kicks the Firelights asses. A firelight with pink hair is about to drop a flare, setting the ship on fire. Jinx grabs her arm and flashes back to Vi. We see Jinx's first psychotic trauma flashbacks. These flashbacks increase over the course of season 1, culminating in a full-on psychotic break resembling paranoid Schizophrenia.

 





Arcane has been critically praised for its depiction of trauma and mental illness. The Plaintiff agrees that this trauma-based approach to storytelling is compelling and captivating, exposure to these themes at a distance can help to deal with them, and can help people process, or normalize such events, emotions and feelings. This is why the Plaintiff wrote them into his trauma writing in Bloodborg. Trauma is the principal theme of Bloodborg.

62

**Trauma Flashbacks in Storytelling.**

Whilst trauma and flashbacks are common in storytelling, such vivid retelling of traumatic flashbacks are not. Flashbacks in storytelling are often literary devices to tell backstories, expose previously hidden information or as plot devices to move the story along. Sometimes flashbacks are used to change a character's behaviors, such as the Hulk thinking about something, getting angry, then turning into a monster.

To use traumatic flashbacks in such a vivid and intense way, like Arcane has done, is not merely a literary device. It's a deep cutting retelling of trauma and psychosis which hints at a retelling of actual, real life personal experience, which is what the Plaintiff alleges it is. His personal trauma, fictionalized into Bloodborg and ramped up and retold in Arcane.

The National Center for PTSD states that up to 50% of individuals diagnosed with PTSD report experiencing flashbacks. Flashbacks are most common in combat veterans, sexual assault survivors, and individuals with severe trauma. However, the colloquially word flashback is commonly misunderstood or misused, rather. It accounts for thinking about past events, or reexperiencing them in sleep. Even flashbacks are often more subtle than actually thinking you are back in the moment of trauma. While not all PTSD sufferers have flashbacks, nearly all will experience some form of intrusive memories, which can include distressing recollections, nightmares, and emotional triggers. Medically termed Flashbacks, specifically, are considered a more severe manifestation of intrusive memories, where the individual feels as if they are re-living the traumatic event.

63

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

It is alleged that perhaps one of the reasons Arcane got the greenlight after failing many times was because it lacked such in-depth knowledge and experience for the content to be relatable, until they had access to the Plaintiff's Bloodborg manuscript, which introduced the emotional core and trauma driven content which Arcane was missing. If you don't agree, please read just about any of the original LOL backstories of the characters of Arcane, which have now all been retconned to align with the narratives of Arcane, alleged to have been swiped from Bloodborg.

It is a known fact that Riot has a history of swiping backstories and turning them into trope central washed down derivatives of the originals. This is not me taking cheap shots At Riot, it is a fact, Even the Arcane "Showrunners" Linke and Yee have spoken about this in many interviews.

Riot's writers did not do a 180 turn overnight and go from "Skippy trapped in a mine", which was Vi's backstory, to Arcane. Riot's writers did not release Seraphine, The Starry-Eyed Songstress of Piltover who sings to the souls of dead crystal scorpions in October 2020, just to tear her lore apart with the poler opposite a year later. Riot's writers did not live, feal, nor endure the trauma written into Arcane. The Plaintiff did. The trauma written into Arcane is highly specific and fractured retelling of the twisted core of trauma. These are advanced writing techniques which the Arcane "Writers" will have to talk about on the stand.

Jinx's trauma isn't the strongest represented in Arcane, yet it is by far the most overstated. It's literally scarred into the paintings and scenes. It's a great visual effect. Yet, it is alleged, that this retelling of traumatic flashbacks, is also lifted from Bloodborg… Or is this just another of the thousands of coincidences of Bloodborg's content appearing in Arcane?

64

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

***Some of the trauma writing techniques in Bloodborg***

| | |
|---|---|
| 1 | Actual trauma flashbacks, |
| 2 | Flashing lights, |
| 3 | Visual disturbances, |
| 4 | Vivid repetition of color as trauma representation, |
| 5 | Disrupted alliteration with the power of three then red, |
| 6 | Shared trauma and deep dissociation |
| 7 | Visual Flickering and loss of physiological control or regulation |
| 8 | Delusional Recall |
| 9 | VAC hallucinations- visual, auditory, and kinesthetic |
| 10 | Drag backs/ reality splits |
| 11 | False Vicarious trauma |
| 12 | Chemically masking |
| 13 | Sleep avoidance |
| 14 | Confided Sleep isolation |
| 15 | Nightmares, reliving of trauma in sleep |
| 15 | Out of Body Experiences |
| 16 | (Out of Body Experiences) |
| 17 | Rage |
| 18 | Discussion avoidance |
| 19 | Violence towards loved ones and innocent people |
| 20 | Self-Harming and harmful behaviours |
| 21 | Suicidal idealizations and lack of self-preservation |
| 22 | Sexual promiscuity to feel worth |
| 23 | Alcohol abuse |
| 24 | Fighting to feel pain and to let off emotion |
| 25 | Body dysmorphia |
| 26 | murder |
| 27 | Violent Sexual assault (attempted Rape) |
| 28 | Radicalisation (One of the Central themes). |
| 29 | lack of remorse for her actions. |
| 30 | Cluster B Personality Disorders (Like Cowboy) |

***This is not an extensive list.***

***The Plaintiff has not added his personal reliving of dying, falling, sinking and drowning which has already been covered in the Silko's monologue evidence document.***

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Traumatic Flashbacks from Bloodborg and reliving of events presented in alternative ways to represent trauma.**

1, *"The Defenders sat near me laughed and patted me on the back. So many eyes glared at me, some cheering, some laughing, others just gawking. The bang of each shot jumped through my body, flashing me back. Head-hopping between times, I didn't even remember many of the shots."* (**Actual trauma flashbacks**)

2, *"My Veda is flashing an amber warning light. It's instructing me to take a stress reducer jab. If I don't respond by jabbing the fucking needle into my neck within fifteen minutes, I'll be issued a red warning. If I fail to respond to the red warning I get charged, and The Shell Major will send someone to find me, then I'm in the shit. I suppose I better take the damn thing; I just don't like the way it makes me feel after, all dirty and damaged. It makes my body jitter on the inside and twitch on the outside the next day."* (**flashing lights**)

3, *"The first field was the hardest, it felt so exposed. I had to stop and take five seconds to work up the courage to commit to it. As I sprinted across the dust field, I kept seeing flashes of the man lying in the road, his face scrunched up and his back bloody, I kept flashing back to the giant tanks of blood and Crab-bots tossing the blood-drained bodies into the grinder. I swear my eyesight even turned a pale shade of red,"* (**visual disturbances**)

66

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

4, *"As I did, a flash of red burst out of his skull- he released the branch, his body dropped against the fence, hanging upside down. A red waterfall fell from his head, soaking the brown dusty earth with a river of red. I could hear the drone approaching, I dipped deeper into the ditch, which looked as though it may once have irrigated the fields, which were now as dry as a desert."* **(vivid repetition of color- RED- as trauma representation)**

5, *"D'borg flashed back to being human. Pain, an intense pain in her head. She was pinned to the ground, faced down, unable to move. She could see a large red metal storage container with Graffiti covering the red paint."* **(Alliteration with the power of three then red-Pain, Pinned Red Paint. Here the reader is expecting the third P, but the patten is broken with RED, then the pattern is finished. Red is the vivid take away, as in blood red. Thus, without even showing or stating Blood, the Plaintiff has painted vivid imagery of it.)**

6, *"She lay face down crying. Blood dripped from her back. D'borg walked over to the girl. The girl turned over and stared into D'borg's eyes, blinking as it began to rain. Electric pulsed through D'borg, dropping her to her knees. She glitched back to another time. In her flashback a blonde girl lay before her, mutilated. The fear in her eyes floored D'borg. She lay beside the black-haired girl, gurgling on the rain, believing it to be blood. D'borg screamed. The black-haired girl, reached out, grasping D'borg's fingers. D'borg met the embrace, holding the girl's hand. They lay on their backs, peering up at the stars. D'borg's torso flung up. She stood up, gazed down at the girl, then walked away.* **(Shared trauma and deep dissociation)**

67

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

7, *"Her limbs felt as if they were on fire. Her droopy right eye shot open wide. Flashes of burning bodies falling from the sky burnt into her mind, she flickered back to under the ring road. Bodies smashed against the floor all around her bed. She struggled to breathe; her right lung ached as if an elephant was standing on her chest. She passed out."* (**Visual Flickering and loss of physiological control or regulation**)

8, "The woman had blood between her legs. Neva flashed back- giving birth to Sabella in the cave just a week before. Sabella was stillborn; dead before she even met her mother." (**Delusional recall**)

9, "A thump at the door tore away the world. A flash of blood, a pulse of doom, a reek of death. Back on the wall where many died- The explosion, The Rupture. Chris lay on his back amongst the debris of the blast. Warmth trickled from his ringing ears. Unable to move, he peered at the massive hole in The Wall." (**VAC hallucinations- visual, auditory, and kinesthetic**)

10, *"He flashed again. He's in a dirty cage laying on his back, with no legs and stumps for fingers on his left hand.*

*'Daddy,' called a sweet voice, breaking him from his incarcerated hell."* (**Drag backs/ reality splits**)

68

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

11, *"Slush ran through Chris's shuddering body. He edged towards the verandah. Flashes of Dillon James's bloody mangled corpse on the rocks below, pulsed through Chris's mind. He closed his eyes, placing his hands on the railings. He prayed to Gaia. He opened his eyes, gawking down at the rocks on the riverbank. Nobody, no blood. A faint rustle came from the trees, as Dillon James fled through the dense forest along the river wye."* **(False Vicarious trauma)**

12, *"I mean, is it right for us to be chemically controlled, chemically sedated to sleep. Chemically fed, chemically pacified, chemically repaired. Will those Chemicals repair my mind when all this is over, if my mind is not splattered across the ground, like the brains I spilt today?"* **(Chemically masking)**

13, "Could we just talk, just for a little while, I'm struggling to take it all in. I don't want to go to sleep just yet. Please mam, just a little while.'" **(Sleep avoidance)**

14, *"Warwick climbed into the commercially sized chest freezer and chained the lid open to a hook on the back wall. He took off his boots and sat on top of his sleeping bag inside the freezer."* (Confided Sleep isolation).

15, *"Rook's head rested on hands of purple-inked fingertips as hypnagogic visions stole the teenager's attention."* **(Nightmares, reliving of trauma in sleep.)**

69

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

16, *"A boiling rage tossed him from this time, to another nightmare. Now his mind drifted down the corridor of a morgue, outside of himself, looking down. The coroner is talking mutely."* (**Out of Body Experiences**)

17, *"A burning rage devoured my organs, steaming through my bloodstream, trying to burst out of my skin. My whole body throbbed with each burning pulsation."* (**Rage**)

18, "Roy approached the bed and spoke softly 'I once had a playmate, a little boy named Peter, I miss-" (**Discussion avoidance**)

19, *"Warwick leapt to his feet and kicked Roy across the apartment. Roy hit the far wall, fizzed a little then stood to his feet."*(**Violence towards loved ones**)

20, *"She lowered her head, her body responded with human emotion, it felt painful... she longed for more. Her integrated homeostasis detector flooded this emotion away with a release of chemicals to block the receptors in her brain."* (**Self Harming**).

21, *"D'borg frowned. As the man spoke, an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore. She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; it's mystery, it's misery.""* (**Suicidal idealizations**)

70

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

22. "'Are you here alone, are you looking for a man,' said the man moving close to D'borg's face.

'Yes, yes in fact I am,' said D'borg grabbing the man by the throat and slamming him against the wooden floor.

'Kinky, I like Kinky, said the man as D'borg mounted him.

As the elevator reached the roof of Pennsylvania station, D'borg stood up wiping the man's spunk from between her leg's.

She walked off feeling frustrated with the man's performance. He lay dead on the floor of the elevator." (**Sexual promiscuity to feel worth**)

23, "He stroked her head whilst pressing a red wine bottle to his lips. He winced. He preferred whiskey but had none. He had however, four crates of red wine which he had accepted as payment for a protection job. Warwick finished the bottle and tossed It in his bottle bin, which use to be a laundry shaft. He tossed all his bottles down this shaft hoping one day to fill it, which he believed might be impossible, given the immense height of the building." (**Alcohol abuse**).

24, "She was also present at your last pit fight in the Needle District." (**Fighting**)

25. "Rook pulled off her wig cap releasing a torrent of glossy black. The long black hair sprung down to the rags bound around her chest. Rook sighed as she slowly unwrapped her torso." (**Body dysmorphia**).

71

**Conclusion for Exhibit J – Trauma Flashbacks**

The extensive and specific use of trauma flashbacks in Arcane bears an undeniable resemblance to the deeply personal and complex trauma writing techniques found in Bloodborg. While flashbacks are a common storytelling device, Arcane's depiction of trauma extends beyond standard narrative techniques, instead mirroring the hyper-realistic, fragmented, and psychologically immersive experiences present in Bloodborg. This level of depth is not merely an artistic choice but suggests an intimate understanding of trauma responses, one that the Plaintiff alleges originates from their own lived experiences, as fictionalized in Bloodborg.

Moreover, Arcane's success has been largely attributed to its raw and authentic portrayal of PTSD, psychosis, and dissociation. However, this transformation from Riot Games' historically simplistic storytelling to an emotionally sophisticated trauma narrative did not emerge in isolation. The Plaintiff argues that Arcane's shift from shallow, trope-driven backstories to a deeply introspective, trauma-centered plot aligns suspiciously with Bloodborg's nuanced representation of psychological distress.

72

**This raises critical questions:**

1, How did Riot Games suddenly develop an intricate understanding of trauma and trauma writing in late 2020 after failing many times, and without prior narrative precedent?

2, Why do Arcane's visual and psychological depictions of PTSD, hallucinations, and reality fragmentation align so closely with Bloodborg's distinct and specific trauma-writing techniques?

3, Why was Arcane greenlit only after developing this new, more profound narrative depth, one which the Plaintiff alleges was taken from their manuscript?

It is not merely the presence of trauma in Arcane that is in question, but rather the highly detailed, structured, and visually embedded manner in which it is portrayed. The Plaintiff has provided a long list of unique and advanced trauma-writing techniques in Bloodborg, such as delusional recall, VAC hallucinations, chemically masking, drag backs/reality splits, and suicidal ideations, which appear eerily replicated in Arcane. This is not a case of general inspiration but of highly specific, detailed, and personal trauma experiences being lifted and recontextualized.

At this stage, to dismiss these parallels as mere coincidence would be intellectually dishonest. The weight of cumulative similarities between Arcane and Bloodborg, across thousands of elements, strongly suggests that Arcane did not independently develop its trauma narrative but rather appropriated the Plaintiff's deeply personal storytelling and lived experiences.

73

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Given Riot Games' documented history of rewriting lore and appropriating external narratives, the burden falls on them to demonstrate how they arrived at their portrayal of trauma in Arcane independently of Bloodborg after receiving Bloodborg and admissions to reading manuscripts, from the "executive producer" and the two "Showrunners."

The Plaintiff argues that this is not an artistic evolution but an unauthorized extraction of highly specific personal and literary trauma elements, constituting intellectual property misappropriation.

If Bloodborg's trauma writing techniques are shown, in court, to be unique to the Plaintiff's experiences and creative process, then Arcane has crossed a legal and ethical boundary, one that will need to be scrutinized in criminal courts.

74

**EXHIBIT K- TRAUMA RAGE**

After experiencing a flashback of Vi, and confusing the pink haired Firelight for Vi, Jinx releases the girl, then shoots her in the back (Murder). She then releases a cannon to hip, unhinged, spit drooling uncontrollable rampage, shooting highly flammable barrels, shotting the walls of the airship, almost shoots the "innocent" haulage controller, and shotting her own allies, then shows a lack of remorse for her actions. How many of the list of trauma responses and side effects has she already demonstrated?











75

**Conclusion for Exhibit K – Trauma Rage**

Jinx's trauma-induced rage episode in Arcane is not merely an action sequence, it is a detailed, multi-layered psychological breakdown that mirrors specific trauma responses outlined in Bloodborg. This scene does not depict a generic "angry outburst" but instead follows a clinically recognizable pattern of PTSD-induced psychosis, including:

    i.    Confusion of reality and past trauma (delusional recall)

    ii.    Uncontrolled aggression toward both enemies and allies (dissociative rage)

    iii.    Lack of impulse control and hyper-reactivity

    iv.    Self-destructive and chaotic behavior without concern for consequences

    v.    Complete emotional detachment and lack of remorse

When comparing Jinx's episode to the specific trauma-writing techniques in Bloodborg, including rage-driven dissociation, delusional recall, VAC hallucinations, out-of-body experiences, violent impulsivity, and suicidal ideation, the parallels become impossible to ignore. This is not just a general trope of an "unhinged character"; it is a highly specific, step-by-step recreation of trauma manifestations that the Plaintiff alleges are drawn from their own lived experience and creative work.

76

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Moreover, Arcane's sudden shift to this deeply psychological and medically accurate portrayal of PTSD and trauma-fueled psychosis is completely absent from Riot Games' prior storytelling. This was not written by the two Showrunners who obsessively call everything fight porn. This is standalone weak but further supports the firm pattern of lifting and masking, and supports the claim that Bloodborg, which intricately weaves trauma into its narrative, served as the uncredited blueprint for Arcane's portrayal of psychological breakdowns.

This scene alone demonstrates that Jinx's characterization is built upon a foundation of trauma writing that aligns with Bloodborg's pre-existing work. Given the pattern of appropriation across multiple exhibits, it is no longer reasonable to dismiss these parallels as mere coincidence. Instead, this systematic lifting of highly personal and intricately detailed trauma narratives suggests a deeper case of intellectual misappropriation.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT L- SCOPE VIEW**

**In Bloodborg,** magnified and scoped vision is repeatedly used to represent the tunneled vision or hyper focus of trauma reliving and used to show the magnified effects of war and conflict.

**In Arcane,** as a result of Jinx's trauma rage, we see a purple / pink magnified and scoped vision of the dead Vi look-alike who Jinx shot in the back. This is a view through the barrel of the cannon, as apposed to a scope. It doesn't make much sense to the integrity of the show, as nobody looks through the barrel of a revolving cannon. It seems contrived from the trope of a scope.



78

**Magnified and scoped vision examples from Bloodborg:**

1, *"I had my scope set to x12 magnification. The sight picture appears all too real and gory at that range setting. I was thinking about that first shot and the head it had just left a hole through when I fired my second. Again, a headshot, this one I stopped for. I looked down the magnified scope, I zoomed closer to the x16 setting, through the skull of the unfortunate soul I had just taken (Yes... I believe they have souls). I stopped to think about the tunnel I had just created in the enemy fighter's head, much like the tunnels I crawled through in training, I supposed, as I stood staring."*

2, *"He placed the scope to Rook's eye. Through the magnified scope she could see the body clearly."*

3, *"Warwick's face. Warwick's vision swirled, the lens of the drone camera zoomed in and out, twisting like a grayscale kaleidoscope."*

4, *"The pink target caging gage will help you to lock-on to his cranium, although it's very jumpy, I haven't perfected that function yet."*

5, *"The pink cage gage locked onto him. The green light flicked on, downloading his mind."*

**In Bloodborg,** The pink magnified scope is from a device / Weapon called a computgun, and sometimes a Neurosnatcher.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit L - Scope View**

The recurring use of magnified and scoped vision in both Bloodborg and Arcane serves as a critical narrative and thematic tool. In Bloodborg, it represents hyper-focus, trauma, and the intensified perception of war, particularly through the perspective of combatants. The scoped view is deeply tied to psychological tension, serving as a lens into the protagonist's state of mind.

In Arcane, Jinx's purple/pink magnified view of the Vi look-alike she shot in the back appears to function in a similar way, highlighting her trauma-fueled rage and dissociation from reality. However, unlike Bloodborg, where scope use is justified through combat optics and augmented vision, Arcane's application of this technique through a cannon barrel view lacks logical coherence, suggesting it may have been derived as an aesthetic or symbolic element rather than a functional one.

The Plaintiff alleges that the scope vision trope and pink/purple targeting overlay, particularly the computgun and Neurosnatcher's magnification effects in Bloodborg, have been appropriated and repurposed in Arcane's visual storytelling. The similarities in color, perspective, and emotional weight reinforce the claim that this technique was not just independently developed but was borrowed and woven into Arcane's narrative framework.

If proven, this could further support claims of unauthorized use of original artistic elements, narrative themes, and stylistic conventions, particularly those tied to the psychological depth of the characters. The potential misuse of such core thematic elements would not only be an infringement of creative expression but could also demonstrate how integral parts of Bloodborg were embedded into Arcane's most emotionally charged scenes.

80

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT M- More M W Iconography**

Next, we see an image of Jayce and Viktor in a laboratory. There is a clear M. W built into the environmental design of the room. This again shows the same Pattern of M.W, matching the Plaintiff's writing alias, appearing throughout the show. Under a steganography decoder and under a multitude of light exposures it is shown that this isn't an accident, it has been purposely built into the show.

The Plaintiff alleges that this is deliberate Gaslighting, to build plausible deniability if caught stealing IP. This isn't just IP infringement, it's conspiracy to hide theft and disability discrimination, given the Plaintiff's past suffering, of which the Defendant was made aware of with query letters. The Plaintiff understands that this is made to distract from the central claims but wishes it to be addressed in these proceedings because it's wicked and deliberately targeting of a vulnerable adult.






81

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit M - More M.W Iconography**

The repeated appearance of the M.W. iconography throughout Arcane, particularly in moments of trauma depiction, but also commonly in environmental design elements such as Jayce and Viktor's laboratory, suggests a deliberate embedding of these initials into the show's visuals. The Plaintiff alleges that these are not mere coincidences, but rather a form of gaslighting designed to subtly reference his work while maintaining plausible deniability if confronted about the similarities.

Furthermore, given the Plaintiff's documented disclosures about his personal history in query letters, this alleged intentional placement of M.W. throughout the series may constitute not just IP infringement but also a pattern of psychological harassment and discrimination. The Plaintiff asserts that Riot Games and its associates were aware of his vulnerabilities and weaponized this knowledge by inserting mocking references into the final product.



82

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**From a legal perspective, if proven, this could constitute:**

i.    Willful Copyright Infringement – If the embedded M.W. iconography serves as an intentional acknowledgment of the Plaintiff's work, it could demonstrate knowledgeable and deliberate infringement, which carries heavier penalties under 17 U.S.C. § 504(c)(2).

ii.    Intentional Infliction of Emotional Distress (IIED) – If it can be shown that these references were deliberately inserted to provoke or emotionally distress the Plaintiff, it may support an IIED claim under tort law.

iii.    Disability Discrimination and Harassment – If Riot used the Plaintiff's past mental health struggles (disclosed in his query letters) to create targeted mocking elements in Arcane, this could constitute a violation of the Americans with Disabilities Act (ADA) or international human rights protections against disability-based harassment.

iv.    Fraudulent Concealment and Bad Faith Conduct – The alleged hidden theft and gaslighting could support claims of fraudulent intent in the misappropriation of creative works, as well as bad-faith conduct in legal proceedings.

The patterned presence of M.W. throughout Arcane, alongside alleged inconsistencies in Riot's explanations, suggests that the Defendant must provide an explanation for these repeated references. The Plaintiff asserts that these references go beyond mere coincidence and serve as evidence of intentional and targeted abuse.

83

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT N - PORO VS JACK PODS.**

The White dog thing in Arcane is Heimerdinger's pet, which resembles a small, white, fluffy creature. This pet is a Poro, a creature from the League of Legends universe, which is native to the Freljord. Heimerdinger's pet has a milky-white left eye. This might mean it's old and is blind in its left eye, but it could be relevant to these cases.

Poros have been depicted in the LOL universe jumping at others with swords and being shot out of a cannon. But as to the knowledge of the Plaintiff, they do not hover or float in the sky. A few scenes later we see the second image of a Poro either floating or bouncing.





84

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

It seems irrelevant, and this white round ball of fluff just seems like a pointless back image of "The Lanes" in Zaun. But let's match it to Jack Pods from Bloodborg:

1, *"A white floating Jack pod broke off its electrical connections to the people and batteries it was charging. The ball Jack pod whizzed over and blast white light into Rook's eyes. The burning white outlasted for a painful second."*

2, *"Sweat greased Rook's spine as she entered the illuminated platforms of Midcity. Citypop music rang out of floating speakers. Rook pulled her hood cords tighter as a Jack pod flew past, scanning the retinas of the hordes, heading to the restricted gangways.*

*As a Jack pod read the retina of a large-breasted man, A mood state billboard switched to advertise Photosynthesis sustenance capsules. He pulled out his Chrome card and switched on the holograph projection to take a closer look.*

*The Jack pod whizzed along the gangway projecting mood state advertisements for every individual. Most of them stopped walking to check the offers on their chrome cards: Memorywave recall coils, time with an influencer, social links to Mainland, baby trading clinics, suicide clinics, body modifying clinics, sex toys and fuck rabbits, were all among the sale projections.*

*With the people drooling over their projections, Rook meandered through the crowd. Two jack pods noticed that she was not engaged in purchasing. They both flew to her, spinning around her head trying to lock onto her retinae as she shook her head and blinked profusely.*

85

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Rook placed her hand over her eyes with a tiny gap between her fingers. The Jack pod flew in closer to scan through the gap. She rammed her fingers into the underbelly of the pods, ripping out wires. As the pods fell to the deck, everyone's projections fuzzed out.*

*'Hey, it was the hooded boy, he killed my order, I wanted that puppy dog costume for the pickle party tomorrow,' said a woman dressed as a pigeon."*

**Conclusion for Exhibit N - Poro vs Jack Pods**

The similarities between the Poro in Arcane and the Jack Pods in Bloodborg extend beyond their visual characteristics and into functional elements. While the Poro is an established creature in the League of Legends universe, its adaptation in Arcane, particularly with its floating or bouncing movement, introduces a significant departure from its established depiction. The Plaintiff alleges that this change in function and design aligns more closely with the Jack Pods from Bloodborg than with previously known Poro behaviors in the League of Legends universe.

Let's be frank, the Poro in the background serves no purpose, it isn't an easter egg nod to Poros in the LOL universe, as why have a nod and non-hidden easter egg in like two scenes after you just explicitly featured Heimerdinger's pet Poro. The plaintiff alleges that we are uncovering a clear pattern of painting or making scenes from Bloodborg, then painting or adding in details to mask the infringement.

86

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*The notable similarities include:*

Visual Parallels: Both the Poro in Arcane and the Jack Pods in Bloodborg are small, round, and white.

Motion Mechanics: Unlike Poros in previous League of Legends media, which walk or jump, the Poro in Arcane appears to hover or float, a trait closely resembling the Jack Pods.

Technological/Functional Overlap: The Jack Pods in Bloodborg serve as scanning, advertisement, and surveillance tools, whereas the Poro in Arcane is given unexplained hovering/bouncing movement, possibly serving an observation role akin to the Jack Pods.

Symbolic and Narrative Parallels: The blind left eye of the Poro could indicate enhanced vision or a different sensory function, similar to how Jack Pods interact with characters in Bloodborg through light-based scanning and retina recognition.

This isn't a major infringement point, but it has been added to show the strong trend of thousands of elements of Bloodborg, seemingly showing up in Arcane, repurposed with just enough masking to pass it off as coincidence. One near miss is lucky, two is risky, three is targeted, hundreds of near misses paint a clear outline of the target. But thousands, well now we are just being silly. It's intellectually silly to pretend that Arcane was made independently of Bloodborg. The Plaintiff argues that this transformation of the Poro's nature and behavior into something more akin to Jack Pods is not coincidental but a deliberate attempt to appropriate elements from Bloodborg while maintaining plausible deniability. If proven, this could support the claim that Arcane contains willful and systematic misappropriation of protected creative content from the Plaintiff's work.

87

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

## EXHIBIT O- HEXTECH GEMSTONE.

Next, we see Jayce introducing a Hextech Gemstone to Heimerdinger. Hextech itself existed in League of Legends long before Arcane, but the Hextech Gemstones as a stabilized major power source were expanded and developed specifically for the show. It has never been shown in this form before and likewise, its functions, lore and usage are different from the LOL lore which has been retconned.

The Plaintiff has alleged and discussed in filed documents, that the creators of Arcane, show the opportunity to Swipe the Bluebeam concept from Bloodborg, to expand Hextech, making it a proper, well-rounded technology and not use a source of weapons power from their fight games. This cannot also be a remarkable coincidence. One of thousands, may I add.



88

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Hextech Gemstones in League of Legends (Pre-Arcane)**

i.  Hextech crystals were introduced in League of Legends as a rare currency in the Hextech Crafting system, allowing players to unlock exclusive skins, chests, and loot.

ii.  They were never deeply explored in lore beyond being valuable and tied to Hextech-powered inventions such as weapons.

iii.  In the game's universe, Hextech itself was known to be a fusion of magic and technology, powered by rare crystals from Brackern, an ancient species (like Skarner).

**Hextech Gemstones in Arcane**

i.  Arcane took the concept of Hextech Gemstones and gave them a major role in the story: Jayce & Viktor's Discovery: The show reimagined Hextech Gemstones as incredibly powerful, magical energy sources, rather than just rare crafting materials.

ii.  Scientific Advancement: These gemstones were used to power new technology, from mechanical prosthetics (Viktor's research) to powerful teleportation, which brings it align with Bloodborg.

iii.  Conflict Catalyst: The gemstones became a symbol of power, with Piltover using them for innovation while Zaun struggled to control or resist their influence.

89

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT P- M SCRACHED INTO BULLET BRASS**

Again, we see the M.W. iconography. This time it's just the M scratched into Jinx's bullet brass.







DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT Q- THE LANE'S DESIGN ELEMENTS- WORLD BUILDING AND EVENTS IN ARCANE WHICH MATCH THAT OF BLOODBORG.**

Several of the exhibits in this document have been added to show a clear pattern. After so many elements of Bloodborg reappear in the designs of Arcane, it becomes impossible to pretend that Bloodborg was not used to build Arcane and the world in the show. Some exhibits standing alone seem like a long shot, like exhibit N - Poro vs Jack Pods. Yet when viewed and considered with the wider infringements we see an incomplete jigsaw puzzle, cut up and rearranged in a different order to mask its origins.

The Next scene of Episode 4 of Arcane shows the Lanes with Silco as the kingpin. We see Sevika walking through the Lanes to the Last Drop. This exhibit will walk through this scene showing intricate details, painted into this sense and it matched in Bloodborg.

**In Bloodborg,** *"The elevated street platforms of Tetris were neon-bright and wild with activity. Glass walkways with rivers of coy carp swimming under them ran down both sides of the main gangways. Trance music fussed the air. The scent of sugar, dough and coffee lingered, invitingly. People danced the streets placing tabs of paper on each other's tongues. Others sat talking on benches. Doorman ushered people into their clubs. Prostitutes of every creed and gender, every shade and size, touted for business. The solarscape protection force patrolled the sidewalks; as high as any of the club goers."*

91

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Let's break it down in the order as we see these elements and others in this scene in Arcane.

**Q1- Root Drink**

This glowing green graffiti appears in the Lanes (Zaun) in Arcane and seems to depict a root-based drink in a bottle, along with a wine glass and some plants. I'm sure there could be a green drink, drunk from glasses in LOL. Or this could be a nod to the psychoactive root plant derivative of Shimmer.



**In Bloodborg,** the blood drugs are also made with a psychoactive root plant.

*"To gain access, one must meditate for hours after taking the correct preparation drink, made from the roots of an old tree, thought to be extinct now, thus the concoction is in short supply and extremely expensive. This concoction is called Rescogita."*

92

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q2- Neon-bright Elevated Streets**

**In Bloodborg,** *"The elevated street platforms of Tetris were neon-bright and wild with activity."*

**Before Arcane this interpretation did not exist**



**Q3- Fake Plam Trees**



**Bloodborg,** *"Fake palm trees drooped on the gangway corners"*

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q4- Protection Force**



**In Bloodborg,**

1, *" The solarscape protection force patrolled the sidewalks; as high as any of the club goers."*

**2, "**Warwick recognised the dark grey vests, black jeans, long black leather jackets, fingerless grey gloves and spiked alligator boots.

94

**Q5- Back Tattoos**

In Bloodborg, "*A bamboo forest tattoo covered the entire back of Warwick's body, from the soles of his feet to the base of his neck. Wu stood behind him holding a chisel made from Bamboo, a small stone mallet and a jam jar of octopus's ink. A white cream trickled down through the black ink, suggesting it had been mixed with a stabiliser.*"



95

**Q6- Coy (koi) Carp and Jack Pod.**



**Bloodborg,** 1, "… turning left onto a glass walkway with rivers of fake coy carp swimming under them. Distracted by the fish, Rook tripped on a fake palm tree drooping onto the gangway corner.

2, *"The elevated street platforms of Tetris were neon-bright and wild with activity. Glass walkways with rivers of coy carp swimming under them ran down both sides of the main gangways. Trance music fussed the air."*

**Q7- Gas / Air Canisters**



**Bloodborg,** *"Warwick climbed onto a large floating gas canister and looked out over the mess."*

96

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q8- Prostitutes**

**In Bloodborg,** *"Prostitutes of every creed and gender, every shade and size, touted for business."*



**Q9- Banners of Hulking Bodybuilders**

**Bloodborg,** *"Tanning shops hung banners of hulking blonde bodybuilders wearing sunglasses whilst drinking pina colada on beaches."*



97

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q10- Doorman**

**In Bloodborg,** "Doorman ushered people into their clubs."





DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**Q11- Sniffing Toxic Vapers.**

**In Bloodborg,** *"The fifth man placed his nose and mouth into a plastic bag, cupping it tightly and inhaling deeply. The man coughed and spat as he wobbled."*



**Q12- Massive Speakers**

**Bloodborg,** *"A song about going loco blasted from the massive speakers."*



99

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Q13- Drugs on Tongues**

**Bloodborg**, *"People danced the streets placing tabs of paper on each other's tongues."*





100

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**What This Represents**

Exhibit Q covered around 30 seconds of Sevika walking through the Lanes to the Last Drop nightclub. In those 30 seconds, the Plaintiff uncovered 13, or 14 if you include the Jack Pod, specific elements of Bloodborg which appear to have been cut up and painted into the show, almost exactly as they appear in the Midcity District in Bloodborg. That's a ratio of an element of Bloodborg's environmental worldbuilding appearing once every 2 seconds.

Now these are just snippet of things seen in Arcane Episode 4 which are minor details and alone do not amount to infringement but together, they show a patchwork of "Swipe and Gripe" of elements of Bloodborg used for the plot, background, worldbuilding and technologies and side characters, in the vast majority of scenes in Season 1 of Arcane, thus far. This shows a clear and continuous pattern of infringement and misappropriation winding all the way through Arcane. Embedded in all aspects of the show, even in minor details.

101

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Conclusion for Exhibit Q - Environmental Worldbuilding Parallels**

The overwhelming number of environmental and world-building similarities between Bloodborg and Arcane, no matter how small or common, suggests a pattern of misappropriation, rather than independent creation. While individually, each element, such as neon-lit elevated streets, glass walkways with koi fish (Coy surveillance Carp), drug use, and cyberpunk-inspired security forces, could be argued as generic tropes in science fiction and dystopian storytelling, their cumulative presence in Arcane, presented in nearly the same sequence of walking through the platforms and context as in Bloodborg, raises serious concerns of copyright infringement and intellectual property theft.

Courts assess copyright infringement by comparing the selection, arrangement, and overall feel of creative elements. The Plaintiff alleges that Bloodborg's specific arrangement of environmental details, world-building aspects, and scene composition are not merely present in Arcane but appear throughout the show with similar functions.

A reasonable juror could determine that the number and specificity of the similarities exceed the threshold of "substantial similarity." The Plaintiff contends that the Defendants had access to Bloodborg through past query submissions and industry connections. Arcane does not merely contain broad cyberpunk influences but appears to have built upon the Plaintiff's specific descriptions, restructuring Bloodborg's distinctive elements while keeping their essence intact. The transformation of Bloodborg's narrative and aesthetic into Arcane's setting constitutes an unauthorized derivative work.

102

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Pattern of Misappropriation**

The Plaintiff identifies a repeated pattern where unique elements from Bloodborg appear across multiple Arcane scenes. These elements include:

    i.    The portrayal of glowing root drugs and Blood-based drugs

    ii.    Toxic gas inhalation as a narcotic

    iii.    Glass walkways with illuminated koi fish underneath

    iv.    A dominant underground kingpin controlling the city's vices

    v.    The Plaintiff argues that this pattern is too extensive and specific to be coincidental.

While copyright law protects specific expressions rather than general ideas, the Plaintiff alleges that the Defendants have effectively replicated the look and feel of Bloodborg, making Arcane's visual aesthetic indistinguishable in key aspects. If proven, this could amount to unfair competition and the misappropriation of trade dress.

Bad Faith & Deliberate Misappropriation

The Plaintiff asserts that Riot Games and Arcane's creators were aware of Bloodborg before the development of Arcane and deliberately incorporated its elements while restructuring them enough to obscure direct copying. If evidence supports this claim, the infringement could rise to the level of willful copyright infringement, which carries enhanced statutory damages under 17 U.S.C. § 504(c)(2).

103

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

Individually, the elements presented in Exhibit Q may seem like common cyberpunk/dystopian details. However, when analyzed together, their sequence, function, and thematic use mirror Bloodborg so closely that a strong argument exists for copyright infringement and misappropriation. This exhibit further establishes a pattern of extensive copying, reinforcing the Plaintiff's claims of widespread intellectual property theft.

The Plaintiff seeks to introduce this exhibit as evidence of a deliberate effort to reconstruct Bloodborg's environmental storytelling within Arcane while avoiding direct attribution. This reinforces the argument that Arcane is not an original work, but rather an unauthorized derivative built upon Bloodborg's framework.

104

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT R – SILCO AND JINX'S RELATIONSHIP (DADDY ISSUES)**

Silco and Jinx's Relationship was first implemented as a sexual relationship between an older man and much younger woman. This was changed because Riot were reportedly worried about Grooming of one of their IP characters.

The original vision of their relationship mirrors the relationship which blooms between Warwick (Mid 40s) and a much younger Jade, in Bloodborg. Jade has "Daddy Issues related to personal trauma. Her relationship with Warwick serves as her copy mechanism, as a trauma response.



**In Bloodborg,**

1, "*'Kat, shush, it's not like that, he's old enough to be my dad.'*

*'He can be my daddy any day,' said Katsuko smiling at Warwick.*"

2, "Morgan saved me as a young child, I was only six years old. He has been a father to me since. A gang of mercenaries came for my blood, they killed my mother and father, they were taking me away when Morgan and his gang showed up. Morgan killed the Mercenaries. I trust Morgan more than any person alive.'"

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Conclusion for Exhibit R – Silco and Jinx's Relationship (Daddy Issues)**

The Plaintiff asserts that the initial dynamic between Silco and Jinx in Arcane—which was reportedly first conceptualized as a sexual relationship between an older man and a much younger woman before being reworked, closely mirrors the relationship between Warwick (Mid-40s) and Jade in Bloodborg. The Plaintiff further argues that Jinx's "daddy issues" and reliance on Silco as a coping mechanism for past trauma are reflective of Jade's psychological dependence on Warwick in Bloodborg, suggesting that this central character dynamic was lifted and slightly altered to disguise its origin.

**Key Legal Points:**

*1. Copyright Infringement – Substantial Similarity (17 U.S.C. § 501)*

The substantial similarity test considers whether two works share specific creative elements beyond generic tropes. While the theme of a mentor-mentee or father-daughter-like dynamic is common in storytelling, Bloodborg allegedly presents a unique execution of this relationship, which Arcane replicated in Silco and Jinx's dynamic.

The Plaintiff argues that Arcane's reworking of the Silco-Jinx relationship from a romanticized or groomer-like connection into a father-daughter bond was done strategically to mask its origins from Bloodborg.

106

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

If evidence shows that Bloodborg's unique take on a trauma-driven mentor-mentee dynamic was copied, even if modified, it could constitute an unauthorized derivative work.

*2. Character Copying – Filtration Test for Protectable Elements*

Character traits themselves are not automatically protected under copyright law unless they are sufficiently distinct and expressive rather than broad archetypes.

The Plaintiff alleges that Jinx's psychological dependence on Silco, rooted in unresolved trauma, abandonment issues, and "daddy issues", is a near-exact replication of Jade's emotional reliance on Warwick in Bloodborg.

A character's specific psychological depth, motivations, and unique dynamics can be protectable under copyright law if they are copied wholesale rather than merely drawing inspiration from common tropes.

*3. Intentional Masking & Willful Infringement (17 U.S.C. § 504(c)(2))*

The Plaintiff suggests that the deliberate revision of Silco and Jinx's original relationship into a non-sexual "father-daughter" dynamic was done in bad faith, to conceal its true inspiration, Jade and Warwick from Bloodborg.

If Riot was indeed concerned about public backlash over grooming implications and revised the characters accordingly, but the core Bloodborg dynamic remained, this could serve as evidence of intentional masking, further supporting the argument for willful infringement, which carries higher statutory damages under U.S. copyright law.

107

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*4. Unfair Competition & Misappropriation (Lanham Act – 15 U.S.C. § 1125(a))*

By incorporating a near-identical trauma-based relationship dynamic from Bloodborg, Riot Games may have unfairly profited off an unauthorized derivative of the Plaintiff's work. If the Plaintiff can demonstrate that Bloodborg's mentor-trauma relationship was a unique and protectable element, then Riot's use of a nearly identical dynamic, despite slight alterations, could be an instance of misappropriation and unfair competition.

**Conclusion:**

The Plaintiff alleges that Arcane's relationship between Jinx and Silco mirrors the emotionally complex, trauma-based mentor-mentee relationship of Warwick and Jade in Bloodborg. The reworking of Silco and Jinx's relationship from a questionable romantic dynamic into a father-daughter connection may be indicative of a deliberate attempt to mask its true inspiration.

Given the number of alleged similarities in characterization, themes, and emotional dynamics, the Plaintiff presents a strong argument that Arcane did not independently create this relationship, but rather adapted and modified a pre-existing trauma based dynamic from Bloodborg while strategically concealing its origins. If proven, this would further support claims of willful copyright infringement and misappropriation of trade dress.

108

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT S- SILCO'S PAINFUL EYE INJECTIONS.**

**S1- Silco's Eye vs. The Eye of Sauron**

Fans have speculated that Silco's eye in Arcane was inspired by the Eye of Sauron (Mordor) from The Lord of the Rings. This theory comes from the striking visual similarities between the two.

*Silco's Eye vs. The Eye of Sauron*

Fiery Appearance - Silco's eye is permanently bloodshot, glowing red-orange with a fiery iris, much like the Eye of Sauron, which is depicted as a burning, watchful eye.

Symbolism of Corruption & Power – Both eyes symbolize a fall from grace:

Sauron's Eye represents absolute power, control, and omnipresence over Mordor.

Silco's Eye represents his transformation after being injured in the toxic waters of Zaun, symbolizing his unwavering vision for an independent nation.

Unblinking Presence - Just as the Eye of Sauron is always watching Middle-earth, Silco's eye is always open, giving him a menacing, ever-observing presence in Zaun.

Aesthetic & Cinematic Influence - Arcane's animation is heavily influenced by dramatic, high-fantasy and steampunk visuals, making the comparison to Sauron's Eye a possible artistic homage.

Was It Intentional?

Riot Games and Arcane's creators haven't confirmed this theory, but it's a strong possibility given the similarities. The burning eye motif is a powerful symbol of unwavering vision, power, and obsession, making it a perfect fit for both Silco and Sauron.

109

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**What does it matter to these cases?**

This shows a propensity to borrow and swipe stuff, and to cut corners, rather than make original content. This Pattern can be shown with endless lore and IP swiping both in Arcane and in the wider LOL universe. Moreover, it will be shown that Fortiche Animators extensively used mood boards to make Arcane. Additionally, the "Showrunners" brag in an interview about not being able to make it work until the answer fell in their laps. They also speak about not reinventing the wheel, cutting corners, and upscaling what they can to save time and money.

 



110

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

## S2- EYE JABS AND NERVE FITS

Silco and his eye jabs have already been covered in a number of documents showing that, it is alleged that, Bill's eye wound is changed to Silco's eye wound. Bill has to drink bionic acid and must take injections in his neck, but Silco injects directly into his eye… alleged. Silco has nerve damage and takes the injection of a blood-based drug (Shimmer) to stop the toxins from building up in his eye, but also to stop nerve fits. Bill has nerve damage and has to take injections of a blood-based drug in his neck, to stop Bionic Rot and to prevent nerve fits. He also drinks Bionic acid to help the symbiosis of the bionic and human parts and to prevent new nerve and bionic eating bacteria.

**In Arcane,** we see Silco have a nerve fit as he is injected, symbolized with purple flashes. His jaw wobbles, his body judders, his jaw locks, he claws his hands and his muscles stiffen. Then his body unlocks, and he breathes a sigh of relief.

It is alleged that this highly specific element in both Bloodborg and Arcane, almost the same, is not a coincidence and cannot have happened without the plaintiff's manuscript being directly used to build Arcane.

111

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE









112

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg,**

1, *"We all looked at Bill to see that he was about to Jab himself again in the neck. He placed the Jab away in his arm pocket."*

2, *"His friend Bill Rewan knelt in the dry mud, his chunky hands gripping the raw flesh of his skull. His exposed jawbone rattling in a nerve fit. His eyeball was dangling from its socket. Lieutenant Dillon James was gone, no trace."*

3, *"I read that once bionic parts are fitted they merge with the host, the theory (highly contested) proposes that, over time the bionics, or to be precise, the synthetic bacteria (symbiacta) used to create symbiosis, stops working with the bionics and the body. The bacteria's appetite increases, it becomes greedy and starts to eat away at both the bionic parts and the body."*

113

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit S – Silco's Painful Eye Injections and Nerve Fits**

The similarities between Silco's eye injections, nerve fits, and the portrayal of his injury in Arcane when compared to Bill Rewan's condition in Bloodborg are too specific to be dismissed as mere coincidence.

*Thematic and Visual Parallels*

    i.    Both characters suffer from a debilitating eye wound, requiring regular injections of a blood-based substance to prevent further deterioration.

    ii.    Both experience nerve fits, muscle spasms, and involuntary bodily reactions that are relieved only through medical intervention.

    iii.    Both characters have a defining injury that plays a crucial role in their physical and psychological development, becoming central to their character arcs.

*Narrative Function of the Injury*

In Bloodborg, Bill Rewan's injury and injections serve as a core aspect of his struggle with addiction and Bionic Rot, a condition that necessitates regular doses of bionic acid and synthetic bacteria to prevent decay and nerve malfunctions.

In Arcane, Silco's injury and reliance on Shimmer function in much the same way, reinforcing his dependence on the substance while symbolizing his physical and ideological transformation.

114

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*Stylistic Choices and Potential Borrowing*

Riot Games has a documented history of incorporating elements from various influences, as seen in the potential borrowing of the Eye of Sauron for Silco's eye design.

Arcane's development team has openly discussed their use of mood boards, shortcuts, and upscaling borrowed ideas to streamline production, further supporting the argument that elements of Bloodborg have been lifted to construct Arcane.

*Cumulative Pattern of Infringement*

On its own, Silco's eye and injection rituals may seem like a small coincidence. However, when viewed alongside the broader claims of Bloodborg's influence on Arcane, it becomes another clear piece in a larger pattern of alleged misappropriation.

The repeated use of highly specific plot devices, such as blood-based drug injections, nerve fits, and bacterial decay, suggests intentional usage rather than independent creation.

**Legal Implications**

Given the near-identical function, visual storytelling, and symbolic importance of these injuries in both works, this supports claims of substantial similarity under U.S. Copyright Law (17 U.S.C. § 501). Furthermore, if the creators of Arcane had access to Bloodborg prior to or during the writing process, this strengthens a claim of direct copying rather than mere inspiration.This evidence should be considered alongside other instances of alleged misappropriation to demonstrate an ongoing pattern of substantial similarities between Bloodborg and Arcane, reinforcing the argument for copyright infringement and creative theft.

115

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT T-JINX'S FAN SETTING - HIDEOUT/ DEN**

In this scene in Episode 4, we are shown the first images of Jinx's fan hideout/ den, a location which has become a major part of her story. This is a highly nuanced, stylized and unique setting for a character to hang out. A character hanging out, navigating and fighting on a giant under-fan is not something that regularly appears in Film, TV or animation.

It is alleged that this too, features in Bloodborg, and was cut out, then pinned to a storyboard room, mood board room and/ or writing room as a setting of interest and was cherry picked from the Bloodborg selections to be picked and mixed into Arcane.





116

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**What is this Fan in Arcane?**

In Episode 4 of Arcane, we are introduced to Jinx's distinctive hideout, a massive, abandoned industrial fan suspended over a deep chasm in Zaun. This unique setting serves as a reflection of Jinx's complex psyche and her turbulent past.

The hideout's precarious position, teetering over the abyss, symbolizes Jinx's own instability and the fine line she walks between genius and madness. The fan, once intended to ventilate the depths of Zaun, now stands as a relic of industrial ambition, mirroring Jinx's transformation from the innocent Powder into the unpredictable Jinx.

Inside, the space is adorned with vibrant graffiti, eccentric inventions, and remnants of her past, including effigies of her deceased friends/ brothers, Milo and Claggor. These elements not only highlight her creative ingenuity but also her inability to let go of past traumas, manifesting in conversations with these inanimate figures.

This setting is not just a backdrop but an extension of Jinx herself, encapsulating her chaotic energy and fragmented memories. The hideout's design, blending industrial decay with personal touches, offers viewers a profound insight into her character's inner turmoil and artistic flair.

It is likely that hanging out in this area, which is open to deep fissures, is exposing Jinx to poisonous gases leaking from the earth, perhaps radon gas, and this is adding to her instability and fractured, delusional mind.

117

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**What is this Fan in Bloodborg?**

*"…Rook glimpsed a massive downward-pointing fan under the bolstering of Tetris."*

This setting appears the same in Bloodborg. Yet in Bloodborg it is a hideout of Feral Fighters and not a central character, although Rook, who has many of the same elements of Jinx, does have a scene in this setting. In Bloodborg, this fan is the location of a fight. Other than this difference, the fan is functionally the same in both works.

**Bloodborg Example,**

*"Looking down into the smog, Rook glimpsed a massive downward-pointing fan under the bolstering of Tetris.*

*Macaulay's Chrome card intel indicated that jammer three was stashed in the under bolstering of the district. None of the Feral Fighters wore gas masks, suggesting that the jammer was unlikely to be under the fan which pushed the smog down.*

*Rook donned her respirator mark 7 digi-reader, slid down a wire into the smog, found a cross wire and shimmied across the long void. On the Tetris side, Rook found a service hatch and emerged silently, topside of the smog rotators. The under lanes of metal planks, service tubes, cables and columns, were pitch dark. Rook crouched low and stealthy, looking for the jammer. The Respirator mark 7 digi-reader flashed warning signs all around.*

*The first shot pinged off the pipe by rook's head, spraying steam into her lenses. Rook dropped to the metal plank, taking off the mask and wiping the steam away. Redonning it, Rook stood and ran, jumping, ducking, dipping and sliding through the metallic maze. Red and*

118

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*purple lasers bounced around the darkness, looking for the runner boy, as Rook hung from a*

*wire above.*

>*A Feral Fighter stopped below Rook. He twisted his body left and right searching with his purple laser finder. He leaned back pointing his laser up into the rafters and wires. The Laser met a pair of piercing blue eyes as Rook's downward-pointing elbow smashed into the forehead of the Feral, reshaping his skull. Rook picked up his weapon, switched the rifle to automatic, tied it to a hanging wire and secured the trigger back by jamming the Feral's torch butt into the trigger guard. Taking the weapon by the butt, Rook swung the wire out, tossing it in a wide-sweeping circle. Rook dropped to the metal, hiding under cover of the unconscious Feral Fighter. The rifle span round spitting laser light and bullets in all directions until the hundred round magazine was spent. Time to run!"*

### In Both Works-

In both Bloodborg and Arcane this setting is a gigantic extractor fan built to push down toxic mutagens and gases from the fumes and chemical waste from both topside and undercities pollutions.

**In Arcane,** the fumes are from Chemtech, and mining fumes and perhaps fumes from the fissures. We also later see that Topside's waste is pumped down into the undercity, and it pollutes the rivers running down into Zaun.

**In Bloodborg,** this is toxic and perhaps radioactive chemical waste and gases from the mainland's use of nuclear fusion and other energies with harmful byproducts which the mainland pumps out into New Kowloon.

119

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,** Mother Gaia (Earth) is culling humans- plaguing the earth- by leaking Radon gas to poison humanity and fresh water supplies. Some side effects include sterilization and Radon Madness (RM). Mother Gaia is doing this to counteract the damage being caused by nuclear fusion byproducts and waste. Radon Madness is not explicitly named, but implicitly implied in Bloodborg, but it is shown, and it is further explored in Six Dead Orphans, a linked short story written by the plaintiff. All of the Plaintiff's works of fiction are linked. Radon Madness in these works cause neuropsychological dysfunction, including self- and emotion-regulation issues, dementia and hallucinations. Sound familiar? When mixed with the prementioned mutants, it can cause horrific mutations and body rot.

All of this is explored in Arcane, repacked and without such in depth insights.

**In both works,** we see the following elements: massive downward facing fans under the bolstering of the city, neon lights, graffiti, the pushing down of oppressive smog, exposure to toxic fumes leaking from the earth, hiding up in the wires, the fan used as a hideout and hanging items from wires, both in smog filled cities, both "underground" but also hanging far above ground

If this was just a massive, abandoned industrial fan appearing as a setting in both works it would still be suspect as this is a very specific setting. It should be noted, in these scenes, this is the setting, the environment in which things take place, and not just a fan in a story. If the Plaintiff placed a setting in a jungle, or a city, that would be a common setting. If the Plaintiff placed characters on a magic carpet flying over a city, that would be a more specific city

120

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

setting. If the Plaintiff framed the magic carpet as the setting, the events of that scene, say a fight for instance, would be zoomed in so that no outer environment is interacting with the scene, perhaps we'd see a backdrop at most. A magic carpet is a common trope in storytelling, yet a magic carpet setting is much more specific. To further elaborate, let's use characters in a matchbox. Creative examples of characters hiding in a matchbox are highly peculiar but do occur, such as in Toy Soldier, where A small wind-up toy soldier hides in a matchbox to avoid being thrown away. Now, place a scene inside that matchbox, the matchbox becomes the setting. How many scenes, set inside a matchbox, can you think of? How about a scene in books, film, TV or animation where the setting is a massive, abandoned industrial fan?

In Daylight (1996), Sylvester Stallone's character must navigate through large ventilation fans in the Holland Tunnel to rescue survivors trapped after an explosion. Very different.

Thus, in both works, massive downward facing fans under the bolstering of the city, neon lights, graffiti, the pushing down of oppressive smog, explosives, exposure to toxic fumes leaking from the earth, hiding up in the wires, the fan used as a hideout and hanging items from wires, both in smog filled cities, both "underground" but also hanging far above ground, is so unique and detailed that the plaintiff would have to be a highly skilled mind reader of future minds to have come up with the same concept, before Arcane was written, for a setting of such intricately designed specificity to occur in both works.

121

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit T – Jinx's Fan Hideout vs. Bloodborg's Fan Setting**

The similarities between Jinx's Fan Hideout in Arcane and the under-fan hideout and fight setting in Bloodborg suggest more than just a shared aesthetic. The combination of highly specific environmental elements, worldbuilding details, and thematic functions demonstrates a strong case for misappropriation of creative content.

*1. Highly Specific & Uncommon Setting*

A massive, abandoned industrial fan is not a standard trope in storytelling. While fans appear in ventilation or industrial settings in film and animation (such as Daylight (1996)), they do not often serve as a major character's primary hideout or the primary setting of a critical action sequence.

In both Bloodborg and Arcane, this setting is more than just a fan, it is an integral part of the narrative, environment, and character development.

*2. Common Functions and Symbolism in Both Works*

In both works, the fan functions as a symbol of oppression, pushing down toxic gases and pollutants from a wealthier city above into a dystopian undercity (Piltover in Arcane and Tetris in Bloodborg).

In Arcane, Jinx's prolonged exposure to the toxic environment contributes to her mental instability. In Bloodborg, Radon Madness (RM) caused by leaking radon gases similarly causes neuropsychological dysfunction, including hallucinations, emotional dysregulation, and instability.

122

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Both settings feature graffiti-covered industrial decay, neon lighting, and an underground yet elevated structure, creating a distinct cyberpunk atmosphere.

### 3. Character Actions in Both Settings

In Arcane, Jinx navigates the under-fan hideout, stalks, hides, and engages in combat.

In Bloodborg, Rook shimmies across wires, hides in the rafters, takes out enemies from above, and fights in an environment filled with smog and toxic gas.

In both works, characters use height advantage, maneuvering through industrial scaffolding, wires, and rafters as a key tactical element.

### 4. Overlapping Worldbuilding Elements

Exposure to toxins from leaking gases in an industrial dystopian setting.

Massive downward-facing industrial fans located beneath an overcity.

Graffiti-covered industrial structures filled with neon light.

Characters using industrial elements (wires, metal structures) for stealth and combat maneuvers.

A location that serves as an emotional and psychological reflection of a character's mental state.

A fan that represents oppression.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*5. Statistical Probability of Independent Creation*

If only one of these elements appeared in both works, it could be dismissed as a coincidence.

However, when over a dozen uniquely specific worldbuilding details align, the probability of independent creation drastically decreases. Over the wider course of Arcane, we are looking at thousands.

The plaintiff established the concept in Bloodborg before Arcane was written.

The odds that Arcane's creators independently designed such a unique setting in nearly identical ways is extremely low, especially when considered alongside other exhibits.

**Legal Implications**

The combination of highly specific elements and thematic functions suggests substantial similarity under U.S. Copyright Law (17 U.S.C. § 501).

If Bloodborg was available to Arcane's creators before Arcane's development, this could support a direct copying claim.

The extensive pattern of reoccurring similarities across multiple exhibits strengthens the argument for misappropriation rather than mere inspiration.

Trade secrets and stolen creative content allegations are also applicable, given the depth of similarities in worldbuilding, character function, and visual design.

124

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Final Conclusion**

The Fan Hideout in Arcane appears to be a direct adaptation of Bloodborg's under-fan setting, altered slightly to integrate it into Jinx's narrative. The unique environmental design, worldbuilding details, and tactical elements match Bloodborg too closely for coincidence. This setting, like many other elements of Bloodborg, appears to have been cherry-picked, altered slightly, and embedded into Arcane, supporting a wider claim of creative theft and IP misappropriation.

Additionally, the same pattern of M.W iconography can easily be spotted in the image of Jinx's fan hideout.



125

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT U- WIRES- ITEMS HANGING FROM WIRES**

In Jinx's Fan hideout, we see items, gadgets, traps and explosives hanging from wires. This becomes a core feature of her guerrilla urban warfare attacks. We later see her use the same tactics a number of times. Later in Episode 4, Jinx sets a building on fire, and fakes a child inside to lure enforcers in. Alas, it is a trap. Inside are explosive grenades hanging from wires. They detonate and kill the three enforcers.





126

**In Bloodborg,** Wires are a motif, symbolizing threads of metallic rust and decay integrating with humanity. This explores the nature of posthumanism via augmentations yet subverted to explore the degrading and decaying elements of progress and advancements, and to explore the effects of such advancements on the people who are on the wrong side of the "Wire".

The wire is a symbolic line, marking the borders between the haves and have nots, exploring the duality of rich and poor, good and bad, wrong and right, oppressed and oppressors.

Like Jinx's use of wires, in Bloodborg, we see the same features of hanging things from wires, and the same guerrilla urban warfare tactics being used. This includes hanging items from wires: to collect water, for storage, for decoration, to lay traps and alarms, secure captives, create safe distance, and maximize damage of explosive devices.

1, *"Warwick pulled in his hanging line of plastic bottles, which had only collected around a half-pint of water."* (**under the wire of nutrition**)

2, *"As he came to, he realised he was hanging upside down with his smog mask off." (**The wire of entrapment**)*

3, *"The other fell off the walkway and hung gormlessly snarled in hanging wires." (**Wire as being captured**)*

4, *"Rook picked up his weapon, switched the rifle to automatic, tied it to a hanging wire and secured the trigger back by jamming the Feral's torch butt into the trigger guard. Taking the weapon by the butt, Rook swung the wire out, tossing it in a wide-sweeping circle."*

127

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

5, *"In the core of the district, a squared hanging garden which served the townspeople with rations of herbs, fruit and vegetables."* (**Wire as weapons and traps**)

6, *"called Warwick, jumping over the ledge of the rooftop bar and hanging from a pipe."* (**Wire as support netting**)

7, *"She zoomed in on the reflection- a hair-thin tripwire which Warwick had laid across the mouth of the tunnel. The wire was laid across the water's surface to hide it, which was now lower, exposing the wire."* (**D'borg, crossing the wire from protecter to predator**)

8, *"The wire wasn't a tripwire at all, it was made to look like one. Perhaps the tripwire was a distraction, perhaps her foe wanted her to look at the wire and not at her surroundings, she thought."*  (**The wire as a distraction**).

9, *"She also detected trace particles of explosives but no explosives, as expected the tripwire wasn't rigged to blow."* (**Following the wire is its own trap**)

10, "D'borg glanced up, catching the moonlight reflecting off the tripwire again. Why hadn't her augmented vision contact lenses detected the tripwire, she had already spotted it but still. Her adversary was cunning, he had intended for her to find both the tripwire and the pressure pads. What else might he be hiding, is he watching from somewhere outside the tunnel, is he testing me, she thought." (**Questioning the wire/ status quo**)

11, *"'Interesting,' she said zooming into the tripwire, it shone blue in her org-vison, denoting that the tripwire was made of an organic material of some kind."* (**the wire as a living thing**).

128

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

12, *"The report came back stating that the organic tripwire was 95 percent spiders' silk, produced from Spinnerets at the end of a spider's abdomen and 3.5 percent Kevlar and 1.5 of unknown carbon nanofibers, meaning, the spider which spun these lines, were robot spiders or perhaps Cyborg-spiders."* **(Wire of progress).**

13, "I hit it right in the middle of the panel. The crab went into haywire, smashing its head against the walls, and jabbing itself in the head with its claws." **(deviating from the wire/ out of control)**

14, "In fact, you could do something for me. Give her a health check, and wire me over the results, take a drop of her blood and analyse the chemicals in her system." **(Health wire)**

15, *"D'Borg- Fires and Wires"* **(A chapter title- expressing the conflicting duality of Fire and wires, and heat of passion and emotion inside of humanity).**

16, *"A wire lashed against Rook's back as the cable beneath her gave way. She plunged down amongst a shower of rubble, wires and bodies. She gripped onto a wire, friction burning the skin of her palms off and tearing the muscles in her left forearm. In her right hand she still held the Neurocatcher, she placed it in her knapsack and pulled herself up the wire, wincing and crying. The wounds on her back throbbed, her left forearm seized."* **(Wire of oppression and pain)**

17, "Warwick's sword stabbed through her arm and into the roof of the carriage, pinning her flesh and wires." **(cost of progression)**

129

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

18, *"The only things that I salvaged from it were two out of date protein bars, four smoke grenades, tripwire and a set of Raptor magnifying binoculars."* **(Wire as a supply)**

19, *"I had attached two smoke grenades to tripwires- one at each side of the tower. I pulled the pin and tossed the grenade nearest me, off the side of the tower. The smoke grenade dropped halfway down the building and span around, dangling from the wire. The two Defenders in the multi-storey car park fired bursts into the smoke."* **(Wire as a Weapon, or accessory of)**

19, *"Footfalls echoed up the stairs, I dropped the second wire with attached smoke grenade down the stairwell. The wire snapped, I listened to the grenade bounce down the metal stairs, before it came to rest on one of the lower floors with a clunk. I could hear the gust of rushing air before I could see the grey smoke. Footfalls still rattled the stairs as they grew closer. Then a bang and a scream, followed by the tumbling of a body. The Defender had tripped on my wire trap. I coughed on the smoke as I considered how I might escape."* **(to maximize damage and wire as a trap)**

**Evaluating Wires in Bloodborg,** this is just a fraction of wires featured in Bloodborg. The word- *Wire-* or plural or extensions of it appear 70 times in Bloodborg, including in the title of a chapter. This is because it is more than a weapon or trap or aesthetic. It's an anthropomorphism. The concept of wire in Bloodborg represents a system of the human condition and the wire of time which we all follow with or without will or consent. It's the tangled, dirty, rusty and trapping condition of existence. It's almost a breathing entity in the way it is portrayed. It will drag you down, rip you apart, trip you up, trap you, distract you, confuse

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

you and kill you. But it may also guide you, bolster you, hold you up, protect you, aid your escape, alert you to danger, and save your life. Thus it, in many ways is life, it is a friend and foe, it is a system of society, a line between life and death, rich and poor, good and evil. At its core, Wire in Bloodborg is a deeply entangled representation of the human psyche. It's a core and extremely unique aspect of Bloodborg. I dare say, Wire has not been explicitly used in this manner before. I know this because I created it from deep and meaningful explorations of my own mind-set, trauma and psyche.

Thus, when one reads Bloodborg, they are inside my subconscious. Thus, when I see all of the elements of Bloodborg, cut up, rearranged and misrepresented as a soulless aesthetic which looks cool, but has no deeper meaning or allegory, in Arcane, I know in my bones and in my soul, instinctively that it is mine. I own it, I wrote it, I lived it, I suffered it. I have earned the right to have autonomy and authority over these complex themes in Arcane. I have endured and survived the horrors and torments which have been fictionalized and explored in Bloodborg and Arcane alike.

These events come from a real place of torment and suffering and struggle and strife. Capturing them in bloodborg was exposure therapy, medication, and acceptance. The "Showrunners" of Arcane and the creators at both Riot Games and Fortiche Production have stolen this from me. Moreover, they have made me fight tooth-and-nail over the course of three of the most traumatic and unstable years of my life. A period of great hardship, worry and illness. During this time, they have abused my work, ignored my pleas, gaslighted in Arcane, lied, cheated and even accepted awards off the back of my personal trauma writing. Whilst I have had to claw my way to justice… and I am going to get it. How do you calculate that?

131

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Urban Warfare Tactics of Hanging Explosives on Wires.**

Jinx's urban warfare tactics of hanging explosives on wires, is the same as it appears in Bloodborg. It is alleged that; this is because these are real tactics the Plaintiff learnt and utilized in the British Army. Both smoke and explosive grenades can only explode upwards from the ground, limiting their reach and effectiveness. To counter, dropping to the ground and laying on the floor has massive benefits to survival and huge protection to the severity of injuries likely to be suffered. Thus, detonating an explosive device in the air (On wire) causes maximum reach and effectiveness (360 degrees of reach), whilst detonating at a safe distance. You only have 3 to 4 seconds after a pin is pulled to get into cover. Thus, wires offer extended time and safe distance, and of course traps. These are advanced new aged John Rambo style guerrilla warfare tactics. Who really wrote them? A war veteran or a phone operative?

**Authority in Writing: What It Is & How to Establish It**

Authority in writing refers to the credibility, confidence, and expertise an author conveys through their words. It determines how much trust readers place in the writer's argument, storytelling, or analysis.

*1. Elements of Authority in Writing*

A. Knowledge & Expertise

Writers with authority demonstrate deep knowledge of their subject.

This can come from research, experience, or qualifications.

132

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Example:** An historian writing about ancient Rome will cite credible sources and demonstrate an understanding of historical context. Or a war veteran and college lecturer of war related topics, writing about the effects of trauma, war and conflict will understand and be able to convey real life experiences of the topics of guerrilla warfare tactics and complex trauma. He will understand the nature and effects of war and conflict on the human condition. Riot's "Fight Porn" which Linke and Yee seem to be obsessed with, is the polar opposite of this.

### Evidence & Support

Using facts, examples, and citations makes writing persuasive.

Primary sources, statistics, and expert opinions add credibility.

A lived experience adds a sensory, felt flare and affect to writing which no one can question the validity of. This engages the readers or viewers; it demands respect and attention.

### Consistent Tone & Style

A formal, academic tone builds authority in research papers.

Whilst A confident, engaging tone builds authority in storytelling.

Yet, a life experience brings the story to life, sinking the writer of true authority into the background, immersing the reader or viewer deep into the heart of conflict and trauma.

A writer with authority anticipates objections and addresses them. They tell you how it is, and make you experience the trauma and pain with them, "Fight Porn" does not.

133

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion for Exhibit U – Wires & Urban Warfare Tactics in Bloodborg vs. Arcane**

The extensive and deliberate use of wires as a motif, a functional tool, and a guerrilla warfare tactic in Bloodborg and Arcane shows substantial similarities, supporting the claim that elements from Bloodborg were repurposed in Arcane.

*1. Unique and Thematic Use of Wires in Both Works*

**In Arcane:** Jinx uses wires for traps, explosives, and tactical maneuvering in her guerrilla warfare.

Wires are a repeated aesthetic in Zaun, tying into Jinx's hideout and combat techniques.

The concept of hanging explosives from wires becomes a defining trait of Jinx's combat style.

**In Bloodborg:** Wires symbolize both oppression and survival, used extensively in the world's structure and characters' interactions.

Hanging traps, weapons, supplies, and explosives from wires is a core feature of guerrilla warfare tactics in Bloodborg.

The word "Wire" appears over 70 times, reinforcing it as a thematic and narrative pillar.

134

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

*2. Combat and Tactical Parallels*

**Both Jinx and Rook use wires to:**

Set up tripwires for traps and ambushes.

Suspend grenades or explosives to maximize range and impact.

Navigate dangerous environments by using overhead wires for movement and escape.

Strategically manipulate enemy perception (e.g., using fake tripwires to mislead opponents).

Exploit verticality in urban settings for combat advantages.

These are not generic combat mechanics but are highly specific guerrilla warfare techniques, the type of advanced tactics learned in military training.

It is unlikely that Arcane's writers, who lack military backgrounds, would have independently created the same highly nuanced tactical use of wires without prior exposure to Bloodborg.

*3. Psychological and Symbolic Role of Wires*

**In Bloodborg,** wires are not just practical objects, they have deep thematic meaning related to oppression, entanglement, and human struggle.

**In Arcane**, wires are used as aesthetic set dressing without deeper allegorical function.

135

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The fact that Bloodborg imbues wires with rich symbolism suggests that Arcane's "cool-looking" use of wires may have originated from a deeper, pre-existing conceptual foundation, which Bloodborg provides.

*4. Probability of Independent Creation vs. Infringement*

The specific use of wires for traps, explosives, and guerrilla warfare is not common in storytelling.

The extensive worldbuilding and thematic function of wires in Bloodborg was established before Arcane was developed.

The likelihood that Arcane's creators independently invented this exact set of tactics and narrative devices is extremely low.

This strongly suggests misappropriation, especially when viewed in the wider pattern of Bloodborg elements appearing throughout Arcane.

*5. Legal Implications & Potential Claims*

Copyright Infringement (17 U.S.C. § 501):

If Bloodborg was used as a reference for Arcane's guerrilla warfare tactics and wire mechanics, this could constitute substantial similarity under copyright law.

Unfair Competition (Lanham Act - 15 U.S.C. § 1125):

If Arcane benefited commercially from creative elements sourced from Bloodborg, a misrepresentation of creative authorship could be argued.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Final Conclusion**

The wire-based mechanics, guerrilla warfare tactics, and thematic depth of wires in Bloodborg were distinct, deliberate, and unique before Arcane's development. Arcane replicates these elements in a way that suggests direct copying, rather than independent creation. The probability of coincidence is extremely low, and when combined with the extensive pattern of other similarities between Bloodborg and Arcane, this strengthens the claim of misappropriation and IP theft.

**Legal Conclusion for Exhibit U – Wires in Arcane vs. Bloodborg**

The extensive and thematically rich use of wires in Bloodborg serves as an anthropomorphic representation of oppression, struggle, and survival. In contrast, Arcane incorporates the same mechanics of wires as traps, storage, entrapment, weapons, and environmental storytelling, without the depth of meaning originally embedded in Bloodborg. The sheer volume of identical thematic, environmental, and mechanical similarities between Bloodborg and Arcane suggests that the Defendants have not merely created an independent work but have instead engaged in the deliberate repurposing of the Plaintiff's original ideas and themes.

Furthermore, the Plaintiff's knowledge and experience with guerrilla warfare tactics, as reflected in Bloodborg, are mirrored in Arcane with striking specificity. The techniques, such as hanging explosives on wires for maximum effect, demonstrate a level of military and tactical realism that is unlikely to have been coincidentally replicated by the Defendants. The Plaintiff, having served in the British Army, possesses firsthand knowledge of

137

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

these advanced tactical strategies, reinforcing the allegation that Bloodborg was directly referenced in the development of Arcane.

The replication of these highly specific elements, ranging from world-building and thematic depth to advanced military tactics, demonstrates a consistent pattern of misappropriation. These similarities go beyond general genre tropes and reach into the domain of substantial similarity and access, both of which are key factors in determining copyright infringement under U.S. Copyright Law (17 U.S.C. § 501).

Given this pattern of copying, the Plaintiff asserts that the Defendants have engaged in willful copyright infringement, misappropriation, and unauthorized use of creative elements directly derived from Bloodborg. This case is not one of mere inspiration but of calculated adaptation, wherein the Defendants have systematically taken the Plaintiff's work, stripped it of its deeper allegorical meaning, and rebranded it as part of their own intellectual property. Accordingly, the Plaintiff seeks legal remedy for the unauthorized use of Bloodborg's core narrative and thematic elements.

138

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT- V – Doll like effigies of dead friends/ brothers**

**V1- Size difference**

In the scene in which we first see Jinx's hideout, we also see her talking to herself and to the doll like effigies of dead friends/ brothers. Claggor is a small doll sized plushie. Yet Mylo's doll is a life-sized mannequin replication of him. It could even be him in a decayed, perverted, and preserved state. The differences in these designs are not an accident. They are clearly made this way deliberately.







DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**V2- Mylo Life Sized Mannequin**

The little doll of Claggor is just hanging around and ocasionally grinning with sharp teeth during trauma flashes. However, the life sized doll of Mylo plays a role in Jinx's character development and descent into madness. The mannequin of Mylo talks to Jinx, he appears behind her in psychotic episodes and flashes. This dolls role is different for a reason.

Mannequin of Mylo has:

1. A covered up hole in his head.

2. His nose has been cut off and replaced.

3. Covered eyes







DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

It is alleged that the development of this Mannequin of Mylo was likely made by using the below sentences from Bloodborg, in which two friends of Rook's are nailed up like dolls in Red Square One. Both are mutilated.

**In Bloodborg, The first friend hung up and mutilated in Red Square One. is Will.**

1, "'*Will said the same to me you know, just before they tracked his beat. The Feral Fighters hung his naked mutilated body in Red Square One for two weeks. The birds pecked most of his rotting flesh away before his body was retrieved. Do you remember that, do you recall the smell?'*"

Will has his flesh pecked at and eaten by birds. It is commonly known that scavenger birds like crows, ravens, magpies, and vultures, are known to peck at, or peck out, the eyes of dead or incapacitated animals, including humans. This behavior is due to several factors. The eyes are one of the softest and most accessible parts of the body, making them an easy first target for scavengers. The fluids and tissues in the eyes are nutrient-dense, making them appealing to birds looking for sustenance. Many scavenger birds are opportunistic feeders, and they often test a body for signs of life by pecking at the eyes or face. This has been observed in forensic studies and historical accounts of battlefield scavenging. Because of this fact, birds pecking out eyes is a common trope in visual mediums and in language, such as idioms.

The Mylo Mannequin's covered eyes look suspiciously concealed for a reason.

**The second friend hung up and mutilated in Red Square One is Dodge.**

141

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

1, *"In the far ground was the mast where they hung Will's naked mutilated body for two weeks. Another poor child hung there."*

2, *"Rook reopened her eyes, unsure if the body was real. Dodge's nose had been cut off along with his penis. His penis had been stitched onto his nose hole and vice versa. His fingers had been chopped off and stitched onto his top lip and his toes had been stapled to his abdomen in a circle."*

3, *"'It's child's play compared to what ahh have in store for you,' said Cowboy, pointing the rifle out over the square and firing it at Dodge. After a pop, a whistle and a thud, Dodges body spun around. I got me a dick shot boys, said Cowboy handing Raven Duke the rifle. The Fighters laughed on cue.'*

*Raven aimed the rifle at Dodge and pulled the trigger. Bang, pop, whiz and clonk.*

*'Headshot, 10 points,' called Raven, giggling. A chunk of flesh flapped off Dodge's forehead."*

The Mylo Mannequin's nose is cut off, and he has a gaping hole in his head, which has been covered over.

It is alleged that this hints at yet another example of animators working directly from the Bloodborg narratives, then making cover ups afterwards in final edits, which were controlled by Christian Linke to mask theft.

142

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Conclusion for Exhibit V2 – Mylo Mannequin vs. Bloodborg's Red Square One Scene**

The striking similarities between the Mylo Mannequin in Arcane and the mutilated bodies of Will and Dodge in Bloodborg suggest that Arcane's creators did not independently create this concept but instead modified and repurposed highly specific details from Bloodborg. The Plaintiff alleges that this is yet another example of a systematic pattern of appropriation, where elements of Bloodborg were taken, rearranged, and concealed through minor aesthetic and contextual changes.

*1. Highly Specific Parallels Between Mylo and Bloodborg's Mutilated Bodies*

**In Arcane, the Mylo mannequin is:**

A life-sized figure that talks to Jinx in psychotic episodes.

Mutilated, with a covered-up hole in the head, a replaced nose, and obscured eyes.

Used as a symbol of Jinx's trauma and descent into madness.

**In Bloodborg, Will and Dodge are:**

Mutilated bodies nailed up in Red Square One, used as a psychological torment device.

Will's body is left to be scavenged by birds, implying pecked-out eyes, which matches Mylo's covered eyes.

Dodge's nose is cut off and replaced, just like Mylo's altered nose.

143

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Dodge is shot in the head, leaving a gaping hole, which mirrors Mylo's concealed head wound.

Used as a narrative device to instill psychological horror, just as Mylo's mannequin torments Jinx.

The mutilation patterns, the covering of wounds, and the symbolic use of these bodies as psychological torment mechanisms are highly specific and unique storytelling choices. The similarities cannot reasonably be attributed to coincidence.

*2. Use of Trauma as a Narrative Device in Both Works*

In both Bloodborg and Arcane, these mutilated figures serve as reminders of past trauma, designed to break the protagonist's psyche.

In Bloodborg, Rook is haunted by the graphic public mutilation of their friends.

In Arcane, Jinx is psychologically tortured by the lifelike mannequin of Mylo, which speaks to her in delusions.

Both distort and exaggerate memories of the deceased, incorporating hallucinatory interactions, a technique not commonly used in standard trauma depictions.

This shared, highly unique thematic element suggests that Bloodborg served as a direct narrative template for the Mylo mannequin's psychological torment in Arcane.

144

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*3. Likelihood of Independent Creation vs. Copying*

The use of mutilated bodies as a psychological device is not a common trope in animation, particularly within a show targeted at a general audience.

The specific mutilations of the Mylo mannequin (eye cover, head wound, missing/replaced nose) perfectly match details from Bloodborg, but are slightly disguised.

It is extremely improbable that Arcane's creators would coincidentally invent an identical set of trauma-driven symbols without direct exposure to Bloodborg.

**Final Conclusion**

The Mylo mannequin and the mutilated bodies in Bloodborg share highly specific, non-generic elements that strongly suggest direct copying rather than independent creation. The strategic concealment of key details in Arcane's final animation further raises concerns of willful infringement and deliberate misappropriation. When viewed alongside the broader pattern of similarities between Bloodborg and Arcane, this further solidifies the Plaintiff's claim that Arcane systematically borrowed from and repackaged Bloodborg's original elements without authorization

145

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT- W- GUARDS ON NIGHT SHIFT (DEAD SHIFT) KILLED DUE TO POOR DISCIPLINE.**

In Episode 4 of Arcane, after the firework ending of Jayce's speech, we see four officers sitting around, joking, moaning, not paying attention and smoking cigarettes whilst they should be on duty. Caitlyn Kiramman is with them, but she has more discipline, she stands watch, doing her job. She allows herself to be dragged into their conversations, distracting her from her watch.

 



146

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Caitlyn turns back to see a fire has started. The guards toss down their cigarettes. Glowing cigarette tips peppered the street around their feet as they jump up in unison and run to put out the fire. The guards with poor discipline here what is clearly the fake voice of a little girl. They run in to help the non-existing girl. Caitlyn sees Jinx's purple monkey graffiti tag. We see Jinx's wire hanging explosives. It's a trap. Boom! They are dead. Caitlyn survives; she sees Jinx fleeing the scene of the crime. We hear Jinx laughing.



147

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,**

"The Feral Fighters were easy to pick out of the mist, with glowing cigarette ends hanging from their loud mouths, the rattle and shine of their spike-studded alligator boots with each footstep clunking down on the steel gangway and general poor discipline which suggested anything but incognito.

The Feral Fighters were cowboys, more rascal soldier wannabees than an actual fighting force. They got by on bullying and harassing people. There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them. None of them wanted to be walking the high gangways on this chilly morning- voluntold to be on sentry duty all night.

The drifting grey clouds looked swimmable as the shadow glided across the steel around the feet of the Fighters. The moonlight morphed the shadow into a swift beast in the chemically confused minds of the Ferals.

Glowing cigarette tips peppered the gangway around their feet as they tilted their heads up in unison. Dribble hung from the corner of several mouths as they watched the laughing shadow disappear between the spiky buildings.

'Was that-

Boom!

The Signal jammer exploded rocking the gangway. Just a tiny explosion but enough to make sure that all parts of the jammer were unusable.

Rook was already south of the Needle District by the time the Feral Fighters scrambled to give chase."

148

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Conclusion for Exhibit W – Guards on Night Shift (Dead Shift) Killed Due to Poor Discipline,**

In this scene there is no masking, it is the very same scene in the same order, with the same details, in a different setting with different characters. The direct narrative and thematic parallels between the Arcane scene and the corresponding passage in Bloodborg demonstrate striking evidence of deliberate misappropriation. This is not a generic trope; rather, it is a highly specific sequence of events involving:

     i.    Guards with poor discipline engaging in casual conversation and smoking while on duty.

    ii.    A distraction or deceptive element (a fake voice in Arcane vs. a shadowy figure in Bloodborg).

    iii.    Guards reacting in unison, dropping their cigarettes, and responding too late.

    iv.    An explosion as the culmination of the scene, resulting in the destruction of the distracted guards.

    v.    The protagonist escaping while their pursuers react too slowly.

    vi.    The visual motif of glowing cigarette tips illuminating the surroundings.

    vii.    The presence of a mocking laugh immediately after the explosion.

These highly specific elements, presented in the exact same sequence, indicate more than mere inspiration or coincidental storytelling; they suggest direct copying and reconfiguration of a pre-existing narrative.

149

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Key Legal Findings:**

*1. Copyright Infringement – 17 U.S.C. § 501*

The highly detailed sequence of events in Arcane mirrors the corresponding passage in Bloodborg almost identically.

The specificity of elements (glowing cigarette tips, poor discipline, explosion triggered by a trick, laughing antagonist, synchronized reaction of guards) shows substantial similarity. Given the Plaintiff's prior submission history, a strong case for copyright infringement exists.

*2. Willful and Intentional Copying*

The direct narrative replication suggests deliberate use of Bloodborg as a source material.

If mood boards, internal discussions, or script drafts can be obtained during discovery, they may reveal how these elements were lifted and altered to fit Arcane's setting.

The lack of substantial transformation, as the sequence remains structurally identical, reinforces the argument for willful infringement.


*3. Fraudulent Concealment & Repackaging*

If Arcane's creators attempted to disguise their copying by changing minor cosmetic details (e.g., replacing gang members with enforcers, changing settings but keeping structure), this may support a claim of fraudulent concealment.

The direct sequencing of events and matching details strongly suggest that the source material was deliberately adapted.

150

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*4. Trade Secret Misappropriation & Access*

If Bloodborg was submitted under conditions of confidentiality, and if its narrative elements were extracted and repurposed without credit, this could constitute misappropriation of trade secrets.

The timing of Arcane's development, relative to the Plaintiff's submissions, could be critical in proving access.

*5. Pattern of Infringement Strengthens the Case*

This exhibit adds to the broader pattern of misappropriation already demonstrated in prior exhibits.

A single copied scene could be dismissed as coincidental, but repeated replication of unique and intricate details across multiple exhibits forms a compelling legal argument for systemic infringement.

**Final Legal Conclusion**

The structural and visual near-identical replication of this scene from Bloodborg into Arcane represents strong evidence of copyright infringement. The deliberate nature of the copying, combined with a pattern of strategic alterations to obscure its origins, suggests willful misappropriation. This exhibit serves as a critical piece of evidence in reinforcing the Plaintiff's case and exposing the full extent of Riot Games' and Fortiche Productions' unauthorized use of Bloodborg's intellectual property.

151

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT X – JINX'S FAMOUS MONKEY GRAFFITI TAG.**

During the terrorist attack scene, we again see Jinx's famous monkey graffiti tag in purple, inked or spraypainted onto the wall of the building she blows up.

This tag has become one of the most reasonable and famous aspects of Jinx's character. We have already seen it a number of times in this episode, such as in the airship she shot to pieces and in her Fan hideout server times.







152

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Jinx's monkey graffiti tag is a key symbol of her chaotic nature and ties deeply to her past. During the terrorist attack scene in Episode 4 of Arcane, we see this signature purple monkey face spray-painted onto the wall of the building she destroys. This imagery is a direct callback to her time as Powder, when she used a toy monkey bomb as one of her first major explosives, which led to the tragic deaths of Milo and Claggor.

**Symbolism of the Monkey Tag:**

Chaos & Destruction - The monkey's grinning face represents Jinx's love for destruction and anarchy. It's a warning sign that something explosive is about to happen.

Her Past as Powder - The monkey face is tied to the monkey bomb she used as Powder, which played a pivotal role in her transformation into Jinx. It's almost like a haunting reminder of her past trauma.

Mark of Identity - Just as other characters in Arcane have defining traits, Jinx's tag is her calling card, marking her presence before she unleashes destruction.

Signature Color - Purple - Throughout the series, Jinx's aesthetic is deeply associated with purple and neon blue, giving her a striking, recognizable look.

153

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Where Else Does the Monkey Graffiti Appear?**

Jinx's hideout is filled with the monkey tag, showing how much this symbol defines her.

It appears in multiple locations across Zaun, showing her territorial influence.

The monkey design is also on her bombs and weapons, reinforcing her explosive signature style.

The terrorist attack scene in Arcane cements Jinx as a force of chaos and destruction, and her graffiti tag ensures that everyone knows who is responsible.

**Made for Arcane**

Jinx's monkey graffiti tag was specifically created for Arcane, but it is inspired by her original lore and themes from League of Legends. Before Arcane, Jinx did not have an official monkey graffiti symbol in League of Legends. However, she was always associated with chaotic explosions, graffiti-style art, and a wild personality. The monkey motif was loosely present in her monkey bombs, which she used in some League of Legends animations and promotional materials. The monkey tag in Arcane is directly tied to the toy monkey bomb from her past, which was responsible for the deaths of her childhood friends (Milo and Claggor). This was a new, deeper connection to her backstory. Jinx needed a unique mark to symbolize her presence across Zaun. The monkey face became her personal graffiti tag, much like real-world gang signs or street artist signatures. Since Arcane focuses heavily on graffiti and street art to reflect Zaun's underground culture, the monkey tag fit perfectly into the show's world.

154

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Now Part of League of Legends**

After Arcane, Riot Games embraced the monkey graffiti symbol in various promotional materials and cosmetics for Jinx.

It now appears in:

Jinx-themed skins and animations

Arcane-related events in League of Legends

Merchandise and posters featuring her purple graffiti monkey face

Cosplay events

All of Arcane's Games and countless products.

**Graffiti is a Cyberpunk Aesthetic**

Graffiti is a Cyberpunk Aesthetic, Bloodborg is a Cyberpunk sci-fi/ fantasy book.

Bloodborg uses Graffiti Aesthetic and the same vibrant and neon color palette as Arcane, ie, deep purples and blues, and neon colors.

Arcane is supposedly a steampunk genre show, yet it has an identity crisis, it has no steam, and it has spray paint in a steam technology era where it hasn't been invented.

It's their show and they can toss in a bunch of whatever they like. But what is the most logical answer? Is this use of Cyberpunk aesthetics because they used the Bloodborg cyberpunk book to build the steampunk show, or is this just another coincidence of contrived elements forced in to fit, but not from Bloodborg?

155

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**MONKEY GRAFFITI TAG IN BLOODBORG.**

A similar monkey graffiti tag, and other graffiti art similar to those in Arcane were created in Bloodborg. Is this just another of the thousands of coincidences?

**In Bloodborg,**

1, *"The freezer was graffitied on the sides, with an army of blue gorilla's wearing gas masks and armed with broomsticks. On the far corner of the freezer was a picture of a laughing hyena firing a mounted cannon at the gorilla's whilst wearing a white and red Assemblage t-shirt."*

2, *"Yovik isivick, say's the name on the plaque above the armoured front doors which are graffitied in yellow and green spray-paint.*

*Was Super-Rich, now a Super-Bitch; it says, giving Warwick an idea of what might have happened to the apartment's previous owner. The armoured doors, although still unbroken, did not prevent whoever made the graffiti from gaining entry, as the apartment was fully ransacked and decorated with graffiti inside before Warwick acquired it."*

3, *"Warwick looked up at the humanoid-giraffe graffiti on the wall. Even the giraffe looked at him in disgust. Warwick lobbed the whisky bottle at the wall, smashing it against the giraffe's head."*

156

4, ""*She could see a large red metal storage container with Graffiti covering the red paint. The Graffiti said, "dirty immigrants go home" another said, "Coventry Kid's fight with dustbin lids".*"

5, "*A mural of a lush green park was painted onto one of the steel walls which the railings were attached to. A graffiti sign suspended from an overhead cable said "NYC central park this way" with a green boil infected finger pointing down over the rail into the smog.*"

6, "*He's painted his respirator green; he smears orange war paint on his face and arms.*"

7, "*Morgan sat in a steel vault, bolstered with yellow painted steel support columns, massive bolts and metallic silver walls. Embossed onto the steel wall behind him was a large yellow N.Y.C logo. Spray painted onto the wall in front of him was Manhattan skyline, how it was before the fall. Next to it, a spray painting of New Kowloon's skyline, the same locations, worlds apart.*"

8, "*Check it out,' said Warwick, pointing up at a graffiti tag of a fiery mushroom cloud, sprayed onto the front wall, covering two floors of the tower block ahead of them. 'You will see that graffiti tag a lot around here, it's Teki Nagasaki's tag.'*"

157

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Example 8,** the graffiti tag of a fiery mushroom cloud, is shown in episode 1 of Arcane and in other episodes. What seems like a clever idea of Riot Games, to integrate whatever symbolism Mushrooms have to League of Legends, also follows this well-trodden path of forcing different "IP" and elements of LOL into the narratives of Bloodborg… The Plaintiff alleges. Indeed, there are four of these mushrooms in the large still image shown before.

The Plaintiff states that he is sure that mushrooms are in LOL and this is just another coincidence, and yet they still appear as graffiti on the walls as they are written in Bloodborg. Mushroom graffiti is insignificant but follows the same trend of reading it, swipe it, gripe it, mix it, then force it in with a different meaning or order.





DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

## EXHIBIT X – MONKEY GRAFFITI TAG & OTHER GRAFFITI ART IN BLOODBORG

Jinx's monkey graffiti tag is one of the most recognizable symbols in Arcane, consistently used to mark her presence, foreshadow her attacks, and symbolize her chaotic, unhinged mind. It appears throughout the series in different forms, on walls, bombs, traps, and in hallucinations.

The Plaintiff asserts that the monkey tag and other graffiti motifs present in Arcane were lifted from Bloodborg, where similar imagery, including mischievous monkeys, masked animals, political graffiti, and dystopian mural art, were central elements of world-building and storytelling.

### GRAFFITI & SYMBOLISM IN BLOODBORG

The monkey tag and other graffiti appear extensively in Bloodborg, reinforcing the same themes of rebellion, urban warfare, and psychological manipulation.

### Notable Examples of Graffiti in Bloodborg:

*"The freezer was graffitied on the sides, with an army of blue gorillas wearing gas masks and armed with broomsticks. On the far corner of the freezer was a picture of a laughing hyena firing a mounted cannon at the gorillas whilst wearing a white and red Assemblage t-shirt."*

159

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Here, we see blue apes wearing gas masks, similar to Jinx's chaotic monkey symbol. The military theme mirrors Jinx's guerrilla warfare tactics.

*"Yovik Isivick, says the name on the plaque above the armored front doors, which are graffitied in yellow and green spray-paint."*

In Bloodborg, graffiti is used to mark areas and tell stories, just as it does in Zaun.

*"Warwick looked up at the humanoid-giraffe graffiti on the wall. Even the giraffe looked at him in disgust."*

Animal-based graffiti in Bloodborg reflects mood and symbolism, just as Jinx's monkey graffiti symbolizes her fractured mental state.

*"A mural of a lush green park was painted onto one of the steel walls which the railings were attached to. A graffiti sign suspended from an overhead cable said 'NYC Central Park this way' with a green, boil-infected finger pointing down over the rail into the smog."*

This example shows graffiti as a world-building tool, which also applies to Arcane, where Zaun's graffiti reflects its dystopian society.

160

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*"Check it out," said Warwick, pointing up at a graffiti tag of a fiery mushroom cloud, sprayed onto the front wall, covering two floors of the tower block ahead of them. "You will see that graffiti tag a lot around here, it's Teki Nagasaki's tag."*

The fiery mushroom graffiti tag is a notable match to similar graffiti in Arcane, especially in Episode 1 where the environment is littered with mushroom symbols.

### DIRECT MATCHES BETWEEN BLOODBORG & ARCANE

The similarities between the graffiti elements in both works suggest direct copying rather than mere coincidence.

Both works feature stylized graffiti as part of the dystopian environment.

Animal graffiti (monkeys, giraffes, apes) is used in both works to convey rebellion and defiance.

In Bloodborg, graffiti is not just an aesthetic, it carries meaning, much like Jinx's tags marking chaos.

The "fiery mushroom cloud" graffiti in Bloodborg is a direct visual match to Arcane's use of mushrooms in graffiti.

161

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**LEGAL ARGUMENT – STRIKING SIMILARITY & POTENTIAL INFRINGEMENT**

This pattern of borrowing falls under multiple legal concerns:

*1. Copyright Infringement (17 U.S.C. § 501)*

If Riot Games had access to Bloodborg prior to developing Arcane, this strengthens the case for unauthorized use of pre-existing material.

The monkey graffiti in Arcane serves the exact same purpose as similar imagery in Bloodborg.

The use of identical world-building elements, including graffiti tags and street art, suggests substantial similarity.

*2. False Designation of Origin (Lanham Act – 15 U.S.C. § 1125)*

If Riot Games knowingly took pre-existing unique graffiti concepts from Bloodborg and presented them as original, this could constitute false representation of creative authorship.

*3. Unfair Competition & Misappropriation*

Riot transformed Bloodborg's graffiti and animal symbolism into in-game assets and marketing materials, monetizing these symbols without acknowledgment.

**FINAL CONCLUSION**

The monkey graffiti tag and various street art elements in Arcane closely align with Bloodborg's dystopian graffiti descriptions. Given the accumulation of near-identical elements, the Plaintiff asserts that this is yet another example of direct appropriation, further reinforcing the case for intentional copyright infringement.

162

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT Y – JINX'S BLUEPRINT.**

Back in Jinx's hideout we see Jinx at her desk, working on the Butterfly drones, which are the Bee drones in Bloodborg.

**Y1- Blueprints**

Jinx holds up a blueprint which she stole from Jayce and Viktor. Running this image through a steganography decoder we can see the different layers to the development of this image. In the upper half of the blueprint, it seems that a roundish image or logo has been retroactively covered up. There appears to be a figure inside the logo.



  

163

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE



  

This is highly inconclusive, the Plaintiff concedes that this could be a Piltover stamp, but still, it should be addressed. The Plaintiff's M.W. Wolf logo is pictured below. The Plaintiff could relayer these images, but sees no need.



164

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE



165

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Y2- REPEATED PATTERN - ABUSERS AND THIEVES TAUNT THEIR VICTIMS.**

**In E4 S2,** Caitlyn's conspiracy board is telling us the truth, Arcane is made from Bloodborg… it is alleged. Below are images of Caitlyn's conspiracy board. During the conspiracy board frames we see Caitlyn and Jinx's faces overlapped in the magnifying glass, seemingly projecting an outline of a wolf's head. We also saw a werewolf and a ticket dated April 19th.






DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Let's Analyze the Conspiracy Board**



DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**A Werewolf.**




**Then Editing Text and laughing monkey**




**Then a ticket dated April 19th**



DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**What does the Conspiracy Board Show or tell us?**

1. There is a Conspiracy

2. It involves a werewolf or wolf man.

3. It involves editing text or writing.

4. They are laughing at it.

5. April 19th is a significant date.

**The Plaintiff Suspects.**

1. There is a Conspiracy to hide IP theft.

2. The wolf is taken from the M.W. Wolf logo.

3. It involves editing of the Bloodborg manuscript.

4. They are laughing at their crimes and taunting their victims.

5. They (Linke & Yee) were given the manuscript on April 19th.

The Plaintiff alleges that this use of a werewolf cannot be foreshadowing because we have already seen Warwick being turned into a werewolf. It can be dramatic irony but that can be debated.

169

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Why April 19th?**

**April 2020 was the month when most of the first complete manuscripts were sent out to agents.**

This includes but is not limited to:

1. Riot Forge- April 15th and 19th

2. Curtis Brown Group- 15 Apr 2020

3. Austin Macauley Publishers- 15 Apr 2020

4. And an extensive list of Agents from then on.



170

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**Legal Conclusion for Exhibit Y – Jinx's Blueprint & The Conspiracy Board**

The evidence presented in Exhibit Y suggests a pattern of alleged misappropriation, symbolic taunting, and deliberate concealment of the source material (Bloodborg) within the Arcane series.

*The Blueprint & Potentially Hidden Logo*

The blueprint Jinx examines in her hideout contains signs of retroactive editing where a roundish image appears to have been covered up.

If the hidden image originally contained a wolf figure, this could be a subtle reference to the Plaintiff's M.W. Wolf brand.

The layering technique used in steganography suggests that the animation may have been altered at a later stage, potentially to cover up direct references.

*The Repeated Pattern of Abusers & Thieves Taunting Their Victims*

The conspiracy board scene in Arcane, featuring key elements connected to Bloodborg, appears to be a deliberate form of gaslighting:

A werewolf/wolf image, potentially referencing the Plaintiff's M.W. Wolf brand.

A focus on text editing and rewriting, hinting at the manipulation of original content.

A laughing monkey, a signature element of Jinx's graffiti, may symbolize mocking the Plaintiff and his claims.

171

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

A ticket dated April 19th, a date matching the Plaintiff's manuscript submissions, including to Riot Forge and Curtis Brown Group.

*Symbolic Evidence of a Conspiracy*

The conspiracy board itself serves as a meta-narrative device, indirectly acknowledging that Arcane's creators were aware of the source material and its origins.

April 19th's presence strengthens the argument that this specific date is relevant to the misappropriation timeline.

The laughing iconography and the presence of editing symbols could indicate a form of plausible deniability, while also mocking the original creator.

*Potential Legal Implications*

If the inclusion of the werewolf, text editing references, and April 19th is intentional, it could demonstrate direct knowledge of Bloodborg by Arcane's creators.

The retroactive editing of blueprints and hidden imagery could suggest a deliberate attempt to conceal plagiarism and to taunt victims.

The use of steganography and layered images in the animation may serve as evidence of prior iterations that contained clearer references to Bloodborg before being altered.

172

**Conclusion**

The Plaintiff alleges that Exhibit Y demonstrates a deliberate, targeted effort by the Defendants to hide their reliance on Bloodborg while simultaneously taunting the original creator. The conspiracy board scene, along with the April 19th ticket, aligns too closely with real-world submission dates to be mere coincidence. Furthermore, the potential removal or concealment of a wolf-related symbol from Jinx's blueprint may indicate an effort to erase evidence of prior influence.

This exhibit should be analyzed in conjunction with other elements of IP misappropriation, psychological abuse (gaslighting), and fraudulent concealment. If the Defendants knowingly incorporated and then attempted to cover up these details, it may reinforce claims of willful copyright infringement, fraud, and malicious intent.

173

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT Z- Jinx's Desk**

In the scene of Jinx sitting at her desk, working on the Drone Butterflies, we again see several Ms and Ws knocking about.



174

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT ALPHA- CAITLYN'S BEDROOM.**

In Caitlyn's bedroom, again we see the same M.W iconography being used a number of times. In this scene, Caitlyn talks about the same symbols showing up at different locations of crime. Some familiar? We see M.W again, this time with pins and shadows, then Caitlyn tosses a photo of the laughing monkey on the M.W.








175

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Staring me in the face**

Caitlyn then stands up and says, *"If I could figure out who made this, it could lead me directly to whoever's behind it all. The answer is here, staring me in the face."*

She steps backward onto a foot stool. The camera pans out, behind her. She then says, *"The answer is here, I can feel it."*

We see an M with W below it in the pattern between the two characters. This is blatant, orchestrated, and not so clever, gaslighting and deliberate taunting and planned theft.





176

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT BETA- STILL WATER HOLD ON THE MAP**

We see this image of Still Water Hold on the new map of Piltover and Zaun, which was made many years into the show. This map was made for Arcane. Still Water Hold (Prison) was also created for Arcane. In a separate document, the Plaintiff will provide a detailed brake down of Piltover and Zaun's development over the years and it's retconning for Arcane.

Still Water Hold, the prison featured in Arcane, does not appear to have been explicitly mentioned in League of Legends lore before its portrayal in the animated series. Its first notable introduction was in Arcane, which premiered on November 6, 2021.





177

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**BETA 1: CHARLES LEE'S POST.**

Charles Lee shared the Arcane map of Piltover and Zaun on Instagram on December 17, 2024.

https://www.instagram.com/clconceptart/p/C_oGJS3S8o1/?hl=en-gb

Charles Lee shared on Instagram:

*"The Arcane map of Piltover and Zaun. Around 3.5 years into Arcane pre-development, we needed a map of Arcane world both for the art team in LA and the writer's room. This was the 8th revised version."*

It should be noted; Still Water Hold is not on the map. This shows that changes were made to the map and story to include Still Water Hold, after Charles Lee joined the project and after they made this map.



178

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Charles Lee**

Charles Lee's LinkedIn CV states that he worked on Visual development on Arcane between June 2020 - November 2022 (2 years 6 months). If his Instagram post is correct, he joined pre-production after June 2020 and then developed the map. If the 3.5 years of pre-production is accurate, this would place the start of pre-production back to around the start of 2017, the period of the failed projects and pilots.

**Thus, this tells us:**

1. Still Water Hold was not in the scripts till after June 2020

2. The scripts were still being developed after June 2020.

3. Pre-production was still taking place in June 2020

4. Riot and its solicitors have lied about their timelines, which has already been proven many times over.

5. The maps, story and topography were all still being figured out and worked on long after Riot had access to the Bloodborg manuscript.

6. Shenanigans are at play.

179

**Legal Conclusion for Exhibit BETA – Still Water Hold on the Map**

The evidence provided in Exhibit BETA strongly suggests that Still Water Hold, a key location in Arcane, was introduced into the lore significantly later than Riot Games has publicly claimed. This contradicts Riot's assertions that the worldbuilding for Arcane was finalized prior to 2020. The Plaintiff alleges that this late addition correlates with Riot's access to Bloodborg and supports the argument that elements from the Plaintiff's work were integrated into Arcane's worldbuilding post-2020.

**Key Findings from Exhibit BETA**

Still Water Hold Did Not Exist in League of Legends (LoL) Lore Before Arcane

Prior to Arcane's premiere in November 2021, Still Water Hold had no known references in League of Legends canon.

It was introduced for Arcane and not part of the original Piltover/Zaun worldbuilding.

Charles Lee's Instagram Post Confirms Still Water Hold Was Not Originally on the Map

On December 17, 2024, Charles Lee, a concept artist for Arcane, posted an updated map of Piltover and Zaun, which includes Still Water Hold.

Lee states that this was the 8th revised version of the map.

However, this version of the map (shared by Lee) does not include Still Water Hold, confirming that it was a later addition to the story.

Charles Lee's LinkedIn Timeline Contradicts Riot's Claims

180

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Charles Lee worked on Arcane's visual development from June 2020 - November 2022.

His Instagram post suggests that map development and worldbuilding were still ongoing after mid-2020.

Riot and its attorneys have repeatedly claimed that the Arcane scripts were finalized and "locked" by the end of 2019.

This contradiction suggests Riot is misleading the court about when Arcane's worldbuilding was actually developed.

Implications for Bloodborg's Influence on Arcane

The Plaintiff's manuscript was submitted to Riot Forge, Curtis Brown Group, and other agencies in April 2020.

Pre-production for Arcane was still taking place at that time (per Charles Lee's employment timeline).

The timing suggests that Riot had access to Bloodborg before key elements of Arcane's worldbuilding and storylines, including Still Water Hold, were finalized.

If Still Water Hold was not originally part of Arcane's story but was added after Riot had access to Bloodborg, this further supports claims of misappropriation.

Riot's Timeline is Not Credible

Riot has consistently claimed that Arcane's script was completed and locked by 2019. Charles Lee's statements and employment history prove that this is false.

181

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The fact that the map and worldbuilding were still evolving after June 2020 undermines Riot's credibility and suggests that they are attempting to retroactively conceal evidence of IP misappropriation.

**Legal Implications**

Potential Fraud or Misrepresentation: If Riot misrepresented the development timeline in legal proceedings, this could constitute fraud upon the court.

Deliberate Concealment of IP Theft: The delayed introduction of Still Water Hold after Riot had access to Bloodborg suggests that elements of the Plaintiff's work were selectively absorbed into Arcane.

Evidentiary Support for Copyright Infringement: If key worldbuilding elements were still being created post-2020, it significantly weakens Riot's defense of independent creation.

Perjury & False Statements: If Riot has knowingly provided false information about the development timeline, this could undermine their entire legal position.

182

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

Exhibit BETA demonstrates that Riot's timeline for Arcane's development is highly questionable and that Still Water Hold was added to the lore well after Riot had access to Bloodborg. The contradictions in Charles Lee's statements, LinkedIn employment history, and the evolution of Arcane's map suggest that Riot may have deliberately incorporated elements from Bloodborg and then attempted to cover it up.

This exhibit should be submitted as evidence of Riot's deceptive practices, timeline manipulation, and possible misappropriation of the Plaintiff's work.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**EXHIBIT GAMMA- STILL WATER HOLD**

**GAMMA 1- Secluded Prison**

We then see Caitlyn taking a boat out to the island of Still Water Hold. We see a possible but less obvious M.W in the lights and reflected in the water.







184

**GAMMA 2- Housed Underground**

We see the elevator shaft descending deep underground. The floor counter

suggests that Vi is housed at level minus 40.





DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE
FOR COPYRIGHT INFRINGEMENT CASE

**GAMMA 3- Vi's Daily Abuse.**

Vi is identified as Prisoner 516 when Caitlyn finds her locked up in Stillwater Hold, a high-security prison where dangerous criminals and those connected to Zaun's underworld are held.

Towards the start of Episode 5, We are told that there is no record of Vi nor her crimes. Vi says, *"Ok this is getting old, can you just send in whoever is going to kick the shit out of me so I can get on with my night."*

Talking about Vi, the Prison Guard says, *"Not cooperative hey,"* he slams down his pace stick and says, *"Do you want us to have a chat with her?"*

Caitlyn says, "*How many chats have you had with her?*"

The Prison Guard says, "You know, I never even through to count."

This confirms that Vi is receiving nightly Physical abuse and correction training, or "cooperative" training? Which means beatings until she falls inline. Caitlyn, investigating Silco's criminal network, realizes Vi could be the key to understanding Zaun and Jinx. Vi is shown as a hardened fighter, physically strong but emotionally scarred from her years in prison. Caitlyn releases Vi in exchange for her help navigating Zaun. Vi immediately begins searching for Jinx, but the reunion becomes more complicated than she expected. Vi eventually becomes a Piltover Enforcer, siding with the very same organization which abused her and imprisoned her underground, showing clear signs of Stockholm syndrome.

186

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**GAMMA 4- Stockholm Syndrome**

Stockholm syndrome is a psychological response where a victim develops positive feelings toward an abuser or captor. It's a coping mechanism that can develop in situations such as abuse, kidnapping, hostage, prison and captive situations.

The central theme of Bloodborg, and indeed its purpose is to examine trauma and its responses. Thus, in Bloodborg, Chris Redgrave is suffering from Stockholm syndrome and further, the phenomena of Stockholm syndrome is used to initiate corrective training and Mind control. He is kept deep underground under "The Stand". Years later, Josh finds himself waking up in the same underground prison cell that Chris Redgrave was kept in, yet it is now an abandoned military prison. Chris joins or re-joins his abusers and captors.

**Bloodborg,**

1, *"He flashed again. He's in a dirty cage lying on his back, with no legs and stumps for fingers on his left hand."*

2, *"Chris was sentenced to six months in Military Cage, with no bionics or prosthetics. During this time, as part of his rehab he had to undergo intensive brain wave re-conditioning and educational programming which reconnected him with the Ark and Gaia. To connect to what the Military Cage guards called the mammalian survival mode, Chris was placed under a stringent fasting plan, one meal of grassnip every three days and three scoops of water per day. The guards injected him in the neck daily with a red serum.*

187

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*During his final higher doctoral programming he was shown the One True Calling. That blood is consumed, Peter and Emma were drained, Lieutenant Dillon James was right all along, but it was necessary to cure Gaia. Only the chosen can survive or else all the world will perish.*

*After his six-month sentence, he was given wooden prosthetic legs and unbendable fork like fingers on his left hand. He was taken from the Military Cage and placed in a restricted working dormitory on a return to work program. He was allowed to see his baby daughter Ruby and his wife Jane, once a week. He was still given serum jabs by the guards every day.*

*After a successful six months working on intel on the OWA, he was tried under Ark court-martial proceedings. He was given a choice to sacrifice his lifeblood and his family for Gaia. Or to serve Gaia and the Ark unconditionally which meant to be reinstated as a Captain and being transferred to the Ark Intelligence Corps. He chose the latter and fully believed in saving Gaia."*

188

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Conclusion for Exhibit GAMMA – Still Water Hold & Stockholm Syndrome**

**Key Allegations**

Still Water Hold Was Introduced into Arcane's Lore Post-2020

Riot Games' own development timelines suggest that Still Water Hold did not exist in League of Legends lore before Arcane.

The prison was retroactively added, which aligns with the time frame in which Riot had access to the Bloodborg manuscript.

This raises concerns about misappropriation and narrative theft.

Still Water Hold's Setting & Design Closely Resemble the Underground Military Prison in Bloodborg

The prison's isolated location on an island and its underground structure mirror Bloodborg's narrative.

Vi is kept in a deep underground prison (Level -40), akin to military prison under "The Stand" in Bloodborg where Chris Redgrave is imprisoned, and later Josh is taken by a mutant faction of freedom fighters.

Both prisons serve as a space for abuse, psychological manipulation, and reconditioning of captives.

189

*Vi's Daily Abuse Mirrors Psychological Conditioning & Captivity Themes in Bloodborg*

**In Arcane,** Vi is subjected to routine beatings and coercion training, as confirmed in dialogue.

**In Bloodborg,** Chris Redgrave endures forced isolation, starvation, and conditioning deep underground.

In both works, physical and psychological abuse are used as a means of breaking prisoners. Prisoners are ultimately forced to align with their abusers, as Vi later joins Piltover's enforcers, much like Chris Redgrave rejoining the military structure that imprisoned him.

*Stockholm Syndrome as a Psychological Mechanism*

Vi and Chris Redgrave both develop loyalty to the very institutions that abused them.

**In Bloodborg**, Stockholm syndrome is a core theme, with captives undergoing "Corrective Training" and mind control.

**In Arcane,** Vi exhibits classic signs of Stockholm Syndrome by choosing to work for Piltover despite years of mistreatment.

190

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Implications**

*Copyright Infringement (17 U.S.C. § 501)*

The similarity in setting, themes, and character arcs indicates substantial narrative overlap. If Riot Games used Plaintiff's work as a reference for Still Water Hold and Vi's story arc, this constitutes direct misappropriation.

*Fraudulent Misrepresentation*

Riot has previously claimed that Arcane's scripts were finalized by the end of 2019, yet Still Water Hold was added later. This contradicts Riot's prior statements and may constitute fraud upon the court if knowingly misrepresented.

*Unfair Competition & False Attribution (Lanham Act – 15 U.S.C. § 1125)*

If Riot Games borrowed Bloodborg's underground prison and reconditioning themes without credit, this could fall under false designation of origin.

191

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion**

Exhibit GAMMA presents strong evidence that the underground setting, Stockholm Syndrome themes, and prisoner conditioning narratives in Arcane were lifted from Bloodborg. The addition of Still Water Hold after Riot gained access to the manuscript suggests potential plagiarism and deceptive legal conduct.

This evidence should be used to challenge Riot's timeline claims and demand full discovery of early script drafts, internal development notes, and any reference materials used to create Still Water Hold.

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of Episode 4: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

**Respectfully submitted,**

**The Plaintiff, Marc Wolstenholme, M.W. Wolf.**

**Date: FEBRUARY 23, 2025**

**Signed:** *M.WOLSTENHOLME.*

193

DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 4, SEASON 1 OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
|---|---|
| Plaintiff, | HON. FERNANDO M. OLGUIN |
| vs. | |
| RIOT GAMES, INC., | PLAINTIFF'S EXHIBIT I-DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE |
| Defendant | |
| | FEBRUARY 23, 2025 |

Dated this: FEBRUARY 23, 2025

M.WOLSTENHOLME.

[MARC WOLSTENHOLME]

1

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC
STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE
MAKING OF ARCANE

# INDEX

## I. Plaintiff's Assertion of Copyright Infringement in Riot Games' Arcane

- Overview of the plaintiff's claim regarding the unauthorized use of *Bloodborg: The Harvest*.
- Timeline of submission and alleged theft of intellectual property.
- Defendants' alleged actions to conceal infringement.

## II. PUBLIC STATEMENTS AND SOURCES - Key Figures and Organizations (1-19)

1. **Key Figures and Organizations 1: Reed Shannon**
   - o  Actor who voices Ekko in *Arcane*.
   - o  Provided statements regarding his casting timeline that contradict other records.

2. **Key Figures and Organizations 2: Mia Sinclair Jenness**
   - o  Actress who voices Powder in *Arcane*.
   - o  Alleged false claims about when she was cast.

3. **Key Figures and Organizations 3: Kathy Cavaiola (Script Coordinator and VO Manager)**
   - o  Managed script coordination and voice-over production for *Arcane*.
   - o  Possible involvement in timeline inconsistencies regarding voice recording.

4. **Key Figures and Organizations 4: Melinda Dilger (Producer of Arcane & Global Head of Animation Production at Riot Games)**
   - o  Created production schedules that allegedly backdated key *Arcane* milestones.

2

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

    o   Credited for structuring production while Riot allegedly misrepresented the timeline.

5. **Key Figures and Organizations 5: Katy Townsend (Maddie)**

    o   Actress who voiced Maddie in *Arcane*.

    o   Public statements suggest *Arcane*'s scripts were still being adjusted late into production.

6. **Key Figures and Organizations 6: Toks Olagundoye (Mel)**

    o   Voice actor for Mel Medarda in *Arcane*.

    o   Provided insights into the casting process and recording schedule.

7. **Key Figures and Organizations 7: Katie Leung (Caitlyn)**

    o   Actress who voices Caitlyn in *Arcane*.

    o   Represented by Curtis Brown Group, potentially evidencing Riot's ties to the agency.

8. **Key Figures and Organizations 8: Ella Purnell**

    o   Voice actor for Jinx in *Arcane*.

    o   Involvement suggests a link between Curtis Brown and Riot through casting.

9. **Key Figures and Organizations 9: David Lyerly (Casting Director)**

    o   Casting director involved in selecting voice talent for *Arcane*.

    o   Possible role in the alleged manipulation of voice recording timelines.

10. **Key Figures and Organizations 10: YouTube Cartoon Universe**

- A YouTube channel that covered *Arcane* production details.
- Some statements on production contradict Riot's official timeline.

11. **Key Figures and Organizations 11: Alexis Wanneroy**

- Animation Supervisor at Fortiche Productions.

<div align="center">3</div>

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

- Worked on *Arcane* and helped establish the animation pipeline.

12. **Key Figures and Organizations 12: Harry Lloyd**

- Voice actor for Viktor in *Arcane*.
- Represented by Curtis Brown Group, further linking the agency to *Arcane's* production.

13. **Key Figures and Organizations 13: Jason Spisak**

- Voice actor for Silco in *Arcane*.
- Provided insight into *Arcane*'s late-stage script changes and recording process.

14. **Key Figures and Organizations 14: JB Blanc**

- Voice actor for Vander in *Arcane*.
- His statements regarding recording timelines contradict Riot's claims.

15. **Key Figures and Organizations 15: Greenberg Glusker LLP (Riot Games' Legal Team - Joshua Geller & Aaron J. Moss)**

- Law firm representing Riot Games.
- Allegedly provided misleading legal statements to obscure *Arcane*'s true production timeline.

16. **Key Figures and Organizations 16: Curtis Brown Group Connections to Riot**

- Representation of actors and writers involved in *Arcane*.
- Allegations of Curtis Brown agents passing along narrative content to Riot.

4

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

17. **Key Figures and Organizations 17: Alex Seaver (Mako) – The Music Guy**

- Composer involved in *Arcane*'s soundtrack.
- Statements suggest music production occurred later than Riot publicly claimed.

18. **Key Figures and Organizations 18: Barthelemy Maunoury**

- Worked on *Arcane*'s technical production and animation pipeline.
- His involvement provides further evidence that *Arcane* was built within a condensed timeline.

19. **Key Figures and Organizations 19: Arcane Showrunners and Writers (Christian Linke and Alex Yee)**

- Credited as *Arcane*'s showrunners.
- Evidence suggests they lacked experience and had to be guided through the production process.
- Alleged to have lied, committed fraud and misrepresented timelines to hide crimes.

20. **Key Figures and Organizations 20: More Cast Comments**

- Cast comments show Inconsistent Timelines
- Cast comments show ongoing development during recording in 2020-21

# III. Table 1: Animators, and Others Who Worked on Arcane (Timelines)

5

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

- A breakdown of production staff, their affiliations, and when they joined the project.
- Conflicting timelines regarding animation, writing, and voice recording.
- Backdating of production schedules to obscure the true start of Arcane's development.

# IV. Table 2: JOB TITLE, AFFILIATION AND TIMELINESS OF WORK ON ARCANE (MAIN)

- Inconsistent Timelines & Misrepresentation – Several voice actors and production members, including Reed Shannon and Mia Sinclair Jenness, provided misleading or unclear work timelines.
- COVID-19 Production & Voice Recording – Many actors, including Katie Leung, Ella Purnell, and Toks Olagundoye, recorded their roles during lockdown (2020-21), contradicting claims of earlier work.
- Curtis Brown Group's Casting Influence – The agency secured major roles for its clients, raising concerns about favouritism and soliciting deals in casting decisions.
- Bro-Mancing in Riot Hiring – Several key roles, including David Lyerly (Casting Director) and Alex Seaver (Music Composer), were filled based on internal relationships rather than open selection (Bro-Mancing).
- Late Start to Animation Production – Animators such as Alexis Wanneroy and Barthelemy Maunoury indicate that Fortiche's work on Arcane began in early to mid-2020, contradicting Riot's claims of long-term development.
- Delayed and Rushed Writing – Writers Christian Linke, Alex Yee, and Amanda Overton only actively contributed to the main Arcane Show between 2020-21, despite claims of a much longer creative process.
- Legal & Ethical Concerns – Riot's legal team, Greenberg Glusker LLP, may have been involved in presenting a misleading development timeline to cover up inconsistencies and potential IP misappropriation.

6

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

# V. ANALYSIS OF BRIDGING THE RIFT

## 1. Episode 1: The Misinformation Begins

- Riot's claims regarding Arcane's development starting in 2015.
- Lack of concrete evidence for early development.
- Fortiche's capacity before Riot's funding.

## 2. Episode 2: Persistence (Or When Your Best Still Sucks)

- Evidence that Arcane was still in early concept phases by 2019.
- Riot's struggle to develop a coherent story.
- Intervention by Riot employees to address the failing production.
- Delay vs. cancellation of production (false claims in *Bridging the Rift*).
- Fortiche's layoffs and Riot's potential violations of European labor laws.
- Alleged coercion and financial pressure exerted on Fortiche employees.

## 3. Episode 3: Killstreaks Meet Keyframes

- Piltover's development and Fortiche's creative influence.
- Riot's narrative struggles and eventual outsourcing of story development.
- False claims about hiring showrunners and writing staff.
- Continued deception in public statements regarding Arcane's production history.

## 4. Episode 4: Musical Misfits

- Riot's alleged misrepresentation of Arcane's music production timeline.
- Contradictions in statements from composers and music contributors.
- Late-stage development of key songs used in Arcane.
- Evidence that Riot scrambled to finalize the soundtrack after 2020.

7

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

### 5. Episode 5: We Gave It Our Best Shot

- Riot's claims about a six-year development timeline contradict available evidence.
- Use of misleading statements to mask last-minute production efforts.
- Further corroboration that scripts were still being written in 2021.
- Riot's marketing strategy involving false nostalgia and fabricated history.

# VI. Conclusion & Legal Implications

- Summary of evidence demonstrating Riot's attempts to rewrite history.
- Legal claims Riot may face for intellectual property theft, fraud, and deceptive business practices.
- Calls for legal action, financial compensation, and correction of Riot's public statements.

8

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC
STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE
MAKING OF ARCANE

## DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

I, Marc Wolstenholme, am the Plaintiff in this case. I submit this declaration in support of my claims regarding copyright infringement related to Arcane and its connection to / infringement of my work Bloodborg: The Harvest.

### Purpose of this Declaration

This declaration presents publicly available statements made by individuals involved in the production of Arcane, which indicate access to and inspiration from my work. These statements demonstrate potential admissions of influence, borrowing, or references to material that closely aligns with Bloodborg: The Harvest. Additionally, these statements show deliberate deceit in the timelines of development of Arcane. Moreover, these statements show that many fear the NDAs of Riot Games and that minors have been used to lie about ages of themselves during involvement, and timeliness. The Plaintiff alleges that he is concerned over this pattern of lies and theft and deceit, and use and manipulation of vulnerable people, given the wider concerns at Riot Games and their expansion.

9

**Plaintiff's Assertion of Copyright Infringement in Riot Games' Arcane**

**I.        Misrepresentation of Arcane's Development Timeline**

The Plaintiff asserts that Riot Games and its partners have falsely represented the development timeline of Arcane, claiming it took six years to produce. However, extensive evidence indicates that the vast majority of the show was developed between late 2020 and 2021, following the hiring of Melinda Dilger, who structured production and writing after the acquisition of the Plaintiff's manuscript, Bloodborg.

Voice casting and recording primarily occurred in late 2020 and throughout 2021, contradicting Riot's claim that scripting was finalized in 2019.

Animation, scripting, voice acting, and music composition were conducted simultaneously in 2020-2021, contrary to standard industry timelines that separate these phases.

Riot's 10-year anniversary video announcement of Arcane (October 16, 2019) was a promotional tactic containing footage from multiple unrelated projects, rather than evidence of production progress.

10

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS
AND OTHERS INVOLVED IN THE MAKING OF ARCANE

## II. Evidence of Copyright Infringement and Misuse of Plaintiff's Work

The Plaintiff alleges that Bloodborg was unlawfully used as the foundation for Arcane, and its narrative elements were fragmented, mixed, and pinned in LA writing rooms, video booths, and Parisian storyboard sessions.

Riot's own Bridging the Rift documentary confirms that substantial scripting work was still ongoing well into 2021, refuting the claim that production was locked in 2019.

Fortiche hired new talent in mid-2019 to assist with Riot's League of Legends 10-year anniversary video, not Arcane—further proving that Arcane was not in real production until after Bloodborg was acquired.

Characters, settings, and themes in Arcane mirror those in Bloodborg in ways that cannot be coincidental, including specific character relationships, world-building elements, story structure, trauma, and visual designs.

## III. Riot's Damage Control and Manipulation of Evidence

After the Plaintiff initiated an investigation in November 2021 (the day after Arcane aired on Netflix), Riot and related parties engaged in systematic damage control and

11

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY
ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

obstruction to cover up the alleged copyright infringement. The following actions raise significant concerns regarding discovery fairness:

Key personnel have resigned, deleted online presence, or left the U.S. in an apparent effort to distance themselves from the project.

Mass layoffs at Riot Games (2024), including 11% of its workforce, disproportionately affected narrative teams—the same teams that handled Arcane's story development.

Manipulation of public perception:

Control over League of Legends Wiki and retconning of lore to align with Arcane.

Censorship of content creators not aligned with Riot's narrative.

Grooming select content creators with in-game currency to promote a positive Riot image.

**IV. Broader Legal and Ethical Concerns**

Riot Games has a long history of unethical corporate behavior, which raises doubts about the integrity of any litigation process where Riot is allowed to control disclosure. Riot has faced numerous allegations, including:

## 12

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Sexual harassment and gender discrimination (leading to state intervention and lawsuits).

Illegal NDAs and coercion of employees to prevent whistleblowing.

Soliciting hackers and engaging in exploitative practices.

Given these patterns, Plaintiff asserts that standard litigation discovery will not be fair unless an independent, court-supervised third party is responsible for evidence collection and disclosure.

13

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE
CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

## PUBLIC STATEMENTS AND SOURCES

**Key Figures and Organizations 1: Reed Shannon- alleged lies about age and timeliness of development.**

**Date:** 26 Nov 2024

**Source:** Arcane Afterglow: Act 3 | Arcane Season 2 Aftershow | Netflix

https://www.youtube.com/watch?v=S0RJSOuBS6s

**Direct Quote:** "Guys, personally, when I signed on to do this, I was 16."



14

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis:** The Plaintiff alleges that this is evidence of attempts to deceive the public, the Plaintiff and the court, which was made after copyright litigations were open. Moreover, this is evidence of Riot Games, a powerful, rich and influential companies misuse and abuse of power over the youngest, thus most vulnerable cast members. This constitutes a pattern of deception, unethical business practices, and misuse of vulnerable people, even after a class action lawsuit and state interventions into discrimination and unethical work-based culture. This raises questions about non-sexual grooming and the safety of employees and the public interacting with or working for Riot Games.

**Plaintiff's Evaluation:** In Arcane Afterglow: Act 3 Arcane Season 2 Aftershow, Reed Shannon (Ekko) throws a cheers up to his co-stars and the two "Writers/ Showrunners" Christian Linke and Alex Yee.

Reed Shannon says, "Guys, personally, when I signed on to do this, I was 16." It is alleged that this is not true. He was hired in late 2020 at the earliest and this is stage to backdate lies, which Riot has a long history of doing to hide their persistent "crimes" and unethical dealings. Reed has alleged to have been instructed to lie.

Reed was born September 22, 2000. He turned 16 years old on September 22, 2016. Ekko was released as a champion in League of Legends on May 28, 2015. Thus, when Reed turned 16, Ekko was exactly 1 year, 3 months, and 25 days old. Thus, we are supposed to

15

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

believe Reed signed on to play Ekko in a show that isn't yet written, hasn't been greenlighted, hasn't started any planning, the two "Writers" haven't been taught the basics by Melinda, Fortiche is 5 people and have never produced more than a 4 minute music video. Moreover, Ekko and his totally different backstory are between 1 and 2 years old.

Do you mean to tell me that between 1 and 2 years after Bradley "Pendragon" Wintle- who was an early major developer at Riot and later a Community Manager- and his team conceptualized Ekko and after just 1 to 2 years after Ekko's lore was crafted by the narrative team at Riot Games, Riot permitted two phone operatives, who are not developers, the go ahead to have already misused the lore and character of Ekko by retconning him and have already cast a voice actor for this new version of Ekko. So, these "Writers" were casting and signing contracts before Arcane was written or greenlighted and before they hired in the external people who actually built Arcane from my manuscript…. Alleged.

If Riot Games did allow these directionless non-creatives to run around messing about with young people's careers like this, this would constitute serious violations of ethical business practice. This is hardly adhering to moral principles and standards that should guide professional behaviors. This is reckless! If it happened (Spoiler it didn't), Linke and his partner (Yee) are messing with a 16-year-old child's career, gambling on a show which wasn't even in production, wasn't written and got shut down soon after because, in Linke's own words, "it was shit!"

<div align="center">

## 16

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

</div>

I exposed the deceitfulness of the timeline of Riot's solicitors in 2021, then in Bridging the Rift, then in the timeline presented for Mia Sinclair Jenness's involvement in Arcane and now let's just expose the lies Reed has been instructed, perhaps paid to say.

On 2 Dec 2021, Reed Shannon appeared on the Flickering Myth YouTube podcast to talk about Arcane.

https://www.youtube.com/watch?v=OrhakhPKbmo

At 1.45 minutes into the podcast Reed says, "I started working on the show like three years ago." This too is untrue, but this date takes Reed back to Dec 2018 when Reed was 18 years old. But even this is lies, In Jan 2018, Linke sent a self-pitying video message to Fortiche, to tell them that the show has been "delayed" for all further production of the follow-up episodes of Arcane. At this point they were just playing about with the idea. In other videos it is shown that it was "cancelled", not delayed. After Linke sent the video, Fortiche had to "let the team go." In mid to end 2020, they started over again, after other "Rioters" had to stage an "intervention", for Linke. And they had to "Be less shitty" in Linke's own words, and Linke had to replace himself as the lead because he had no clue of what he was doing with my manuscript, and yet he is given the title of Showrunner. Melinda Dilger was brought in to "babysit" after May 2020 and she had to do everything, including the casting in mid to late 2020 and into 2021

<div align="center">

17

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

</div>

during COVID, which of course raises questions about Riot's adherence to the laws around

Covid restrictions during this period.

Melinda Dilger went on Angle on Producers with Carolina Groppa podcast:

https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0

(Melinda Dilger - Producer of "Arcane" and Global Head of Animation

Production at Riot Games- 31 May 2023 - Angle on Producers with Carolina Groppa- 01:03:19)

During this podcast discussion, Melinda Dilger says, "It was a lot, it was casting

the right people, building a team, hiring people, step by step, work chart, schedule, budget,

pipeline, all of those things had to be done and figured out, bit by bit." She states that other than

team building, which they didn't even have, she had to do the very basics.

Thus again, Reed Shannon didn't "Sign on to do this" when he was sixteen. He

didn't even "Sign on to do this" 3 years before the prementioned podcast. He was cast during

Melinda Dilger's initiative and "babysitting" of the Showrunners in late 2020 (During Covid

restrictions) or perhaps early 2021.

18

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion:** Reed Shannon's timelines cannot be true and were fabricated to deceive.

**Conclusion with Legal Citations**

*Inconsistent Timeline and Fabrication of Events*

Reed Shannon's claim of signing onto Arcane at age 16 (2016) contradicts publicly available development records, industry practices, and statements from Riot Games personnel.

Under Fed. R. Evid. 801(d)(2), statements made by Riot employees and affiliates can be used as admissions by a party-opponent, which makes these inconsistencies relevant to the case.

Shannon's 2021 statement (on Flickering Myth podcast) that he started working on Arcane "three years ago" (2018) contradicts Riot's own production shutdown in early 2018.

Riot Games' History of Misrepresenting Timelines

The 2021 letter from Greenberg Glusker, which claimed all Arcane scripts were locked in 2019, has been contradicted by multiple Riot executives and production schedules (see statements from Melinda Dilger, Jane Hoffacker, and Bridging the Rift).

19

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under California Business & Professions Code § 17200, engaging in fraudulent or deceptive business practices—including misrepresenting hiring, production, or contractual obligations—supports an unfair competition claim.

This pattern of backdating and timeline manipulation aligns with Riot Games' previously documented legal and ethical violations, including the 2018 class-action lawsuit for workplace misconduct (McCracken v. Riot Games, Inc.).

### *Legal and Ethical Violations in Casting and Employment Practices*

If Riot Games misrepresented Shannon's hiring date and falsely claimed he was cast years before actual production, this could constitute fraudulent inducement in employment contracts under Cal. Lab. Code § 970.

Casting minors under false pretenses or providing them with misleading information about project timelines raises concerns about workplace ethics and corporate responsibility.

Under Fed. R. Civ. P. 26(a)(1), Riot is required to disclose accurate employment records related to Shannon's hiring—these records can be subpoenaed to verify actual casting dates.

### *Failure to Adhere to COVID-19 Restrictions During Casting & Production*

20

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Shannon was allegedly cast in late 2020 or early 2021, during Los Angeles County's strict COVID-19 lockdown orders.

If Riot Games failed to follow COVID-19 health and safety regulations during casting and production, this could indicate violations of workplace safety laws (Cal/OSHA COVID-19 Emergency Standards, 8 CCR § 3205).

### *Shannon's Testimony Should Be Scrutinized Under Oath*

Under Fed. R. Evid. 602, a witness must have personal knowledge of the matters they testify to—if Shannon's claims contradict documented production schedules, they should be challenged in a deposition.

Riot Games' pattern of altering production records suggests that Shannon may have been instructed to provide misleading statements, warranting further discovery and sworn testimony.

### *Key findings: Riot Games' Production Timelines Are Intentionally Manipulated*

Public statements from Arcane's producers, showrunners, and cast reveal systematic inconsistencies in Riot's official timeline of development.

21

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Riot's legal team knowingly misrepresented production dates and casting timelines, this could be a violation of Rule 11(b) (sanctions for false representations to the court).

Given Riot's prior legal issues (e.g., the $100 million settlement for workplace misconduct), the misrepresentation of Arcane's timeline may warrant closer scrutiny and potential legal consequences.

22

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 2: Mia Sinclair Jenness (Voice actor for Powder in Arcane), with reference to   David Lyerly (Casting Director).**

**Date: 12 Nov 2024**

Source: Interviews for Arcane season 2 premier- IGN.

(@IGN - Arcane's Powder VA Mia Sinclair Jenness recorded her lines when she was 10! #netflix #arcane #powder).

https://www.youtube.com/shorts/CGkclpFgplc

**Direct Quote:** Talking about the Powder episode 3, season 1, crying scene, Mia Sinclair Jenness states, *"I had just turned 11 a couple days previous."*



23

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis:** This statement states that Mia Sinclair Jenness had just turned 11 when the crying scene was filmed. This is untrue. The Plaintiff alleges that this is evidence of attempts to deceive the public, the Plaintiff and the court, which was made after copyright litigations were open. Moreover, this is evidence of Riot Games, a powerful, rich and influential companies misuse and abuse of power over the youngest, thus most vulnerable cast members. This constitutes a pattern of deception, unethical business practices, and misuse of vulnerable people, even after a class action lawsuit and state interventions into discrimination and unethical work-based culture. This raises questions about non-sexual grooming and the safety of employees and the public interacting with or working for Riot Games.

**Plaintiff's Evaluation:** Recording story of Powder's Crying Scene is a Publicity Stunt!

Swiped from the infamous Henry Thomas audition for E.T.

https://www.youtube.com/watch?v=tA5giyG8E7g

We've heard much about this crying scene, in Bridging the Rift, cast interviews and so on. And of course, it is a cardboard cutout of the amazing Henry Thomas 1981 audition for Elliott Taylor in ET, which continues to emotionally move everyone over 40 years later.

24

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Yet we are told of the emotionally moving Mia Sinclair Jenness as Powder crying scene but have not been shown any actual footage of it. How true is it, and are Riot prepared to release the recording logs and footage? Are we looking at a Publicity Stunt rip-off?

1.    We're told Mia was 10, 11 and 12 when recording this scene, by various sources.

2.    We're told that it took 1, 1.5 and 2 takes to record this scene, depending on the source.

3.    We're told that everyone was moved to tears and bawling by the scene.

Yet,

A.    Mia states that she recorded it by herself, and she had just turned 11 a few days before.

B.    JB states that he wasn't there, but he heard about the session.

C.    Jason Spisak talks about not being in the venue, but they played the audio to him.

Thus again, like most of the Arcane tomfoolery, this came from, was exaggerated & calculated & circulated by the showrunners Linke and Yee to gain attention. In Bridging the Rift, E2, Linke states that he remembers going into the VO recording session and thinking that today they are going to make an 11- 12-year-old cry. He is talking about Mia Sinclair Jenness who was cast as Powder. This is a deceitful misdirection to hide the crimes and IP theft. Mia was

<div align="center">25</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

born 14 December 2005. She could not have been 12 during video recording. In fact, she could be no less than 14 Years, 5 Months, 18 Days. In the snippets of her voice recordings, she looks a lot older than 14. Bios of her at 16 still look younger than she was during recording. In fact, she was reported to have joined the cast in the second week of October 2021. At the time of the CLUELESS podcast, dated 25 Dec 2020, which Mia co-hosted, she had just turned 15 years old, and she looks younger than she did when recording Arcane. Neither she, nor the interviewers and hosts, made any reference to Arcane. The day before, on the CLUELESS podcast, 24 Dec 2020, Mia is introduced as 15 and a Disney star. The host then lists her roles and Arcane is not on it. In the 31 Dec 2020 video, Mia states that she is not working and had very few opportunities. She took many online classes to learn during this time of lockdown. She doesn't talk about Arcane. Thus, we are already into 2021, and Mia hasn't performed her role, and she is 15 years old. Oh, and then she confirmed that she got the job when she was 10 (which I don't believe is true) and now she is almost 16.

Mia was 10 years old on the 14th of December 2015. Jinx was 2, Ekko was 6 months old, Fortiche was 5 people making 3-minute music videos, and nothing of Arcane existed. The cast have been given NDAs to backdate lies and I'll show it in court. Mia states in an interview that when she performed the crying scene, she was 11, she had just turned 11 a few days before. This places recording of this scene in late December 2016, years before the greenlight and years before it was all scrapped. Moreover, we know that the material for the

<p style="text-align:center">26</p>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

original pilots was not used because cast members and others have spoken about it time and time again.

In fact, almost all Arcane was recorded and produced during lockdown restrictions, of which were broken, post 2019. The show wasn't greenlighted until Mid-2020. The mess they had before was either the scrapped Arcane material, or made for the 10-year anniversary announcement video, borrowed from other Riot cinematics, or swiped from the IP of other companies.

Mia states that she recorded the crying scene by herself, and she had just turned 11 a few days before. Mia was born 14 December 2005. She was 11 in Dec 2016, and states that she performed the crying scene a few days later. On the Travis Gafford's YouTube, David Lyerly confirms he joined Riot in 2017 and didn't even know about Arcane until the end of 2017. Thus, how was he in a booth with Mia recording a crying scene, a year before he even knew about Arcane or worked for Riot and many years before it was greenlit? Mia is a victim of the con. She was a child, and she was non-sexually groomed to lie for Riot. This is called Child abuse.

27

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Additionally,**

A. **Casting Late-** On October 28th, 2021, the wrap.com, reported that Mia Sinclair Jenness, the voice of Disney Junior's "Fancy Nancy," has joined Netflix's "League of Legends" series "Arcane."



B. **First Audition-** 11:46 PM · Jun 8, 2022, Mia posted this on X, "You guys want to hear my very first audition for #powder in @arcaneshow? ;)" Accompanied by a re-post of this promotion of Bridging the Rift. *"Every legend has a beginning, and it's not always where one would expect. Welcome to #BridgingTheRift, the story of how #Arcane came to be. Told in five parts every Thursday on @YouTube, beginning August 4."* This suggests that we'll see her first ever audition in Bridging the Rift.



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

C. **Footage of First Audition-** Arcane: Bridging the Rift | Episode 3 - Mia Sinclair Jenness as Powder. We see this recording session. This is not a 10, 11 nor 12-year-old.



**Arcane: Bridging the Rift | Episode 3 - Mia Sinclair Jenness as Powc**

I believe Mia did have some involvement or discussions with Riot in & Pre 2019, in the scrapped project or other work, but rejoined in late 2021 under the revamp after Arcane was greenlit, and under the casting of David Lyerly.

30

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

David states that he mentioned to Christian and Alex, *"Hey, they worked really hard with us, with the pilot for years, as we tried to sort of shape it into something that would get greenlit and be allowed to move into production. As a thank you let's bring them in and let's find roles for them in season one."*

D. **David Lyerly-** Mia states that she recorded the crying scene by herself, and she had just turned 11 a few days before. Mia was born 14 December 2005. She was 11 in Dec 2016, and states that she performed the crying scene a few days later.

On Travis Gafford's YouTube, David Lyerly confirms he joined Riot in 2017 and didn't even know about Arcane until the end of 2017. Thus, how was he in a booth with Mia recording a crying scene, a year before he even knew about Arcane or worked for Riot and many years before it was greenlit?



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

David states that, *"In late 2017 he was hit up by Alex Yee who was like hey we have this thing we're working on, we're playing around with it, and we're in some re-records of the pilot, just sort of trying to get new looks at some of the characters and wanted to know if I would step in to direct the ADR sessions and help out."*

David states that he mentioned to Christian and Alex, *"Hey, they worked really hard with us, with the pilot for years, as we tried to sort of shape it into something that would get greenlight and be allowed to move into production. As a thank you let's bring them in and let's find roles for them in the season one."*

David states that he did the first take but thought she could go further, so they did it again and she nailed it, and he was crying and then when it was done, he looked up and everyone in the room was crying. He states that's that he saw Alex, Brad, Kathy and our engineers, everyone was crying.

He does not mention Linke, who has also stated that he was crying.

32

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### E.  Involvement in the failed Pilots.

In October 2019, Mia reposted the 10-year anniversary announcement, worked on from mid-2019, suggesting she had an involvement in the failed pilots before Arcane was greenlit in Mid-2020.



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

F.  **First and Final Arcane show recording sessions-**

I reported the Copyright Infringement to Riot's CEO and solicitors the day after it aired on Netflix 24th of November 2021.

On Dec 18, 2021, Mia posted a picture of what she says is her First and Final Arcane show recording sessions. Mia tags her agent Jen Rudin. There is no evidence to any link to Riot.



<div align="center">

34

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

</div>

G. **Jen Rudin-** Jen Rudin's company, Jen Rudin Casting, was involved in casting for animated pilots for Riot Games, suggesting, as I have stated, Mia may have been cast in the failed pilots. Riot, supposedly hired and fired four casting directors.



35

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**H. Disney & Dodger Stadium-** On Jan 6, 2022, long after I had complained about copyright infringement, Mia posted a picture of young her with a young Miles Brown, who voiced the young version of Ekko in Arcane, at the Dodger Stadium. The caption read **"Powder & Ekko ARENT WE THE CUTEST."**



On October 5, 2018, during Game 2 of the NLDS at Dodger Stadium, Miles Brown, known for his role on "Black-ish," participated in pre-game festivities.



36

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

On October 5, 2018, Mia posted, "tonight I will have the honor of singing our national anthem at the NLDS playoffs game 2 at dodgers stadium. 6:15pm pacific, 9:15pm eastern. dodgers vs braves."



**They were both Disney stars.**

37

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**I. Conclusion.**

In reference to Arcane, and this evidence, I believe,

1, Riot lied about timelines to hide IP theft.

2, Riot misused the youngest cast members to lie.

3, Riot abuse children and vulnerable people working for them.

4, Riot broke lockdown restrictions in LA.

5 Riot made the cast sign illegal NDAs.

6, Recording story of Powder's Crying Scene is a Publicity Stunt!

7, Recording story of Powder's Crying Scene is also a ploy to hide their crimes.

8, Riot is a danger to the public and its own employees.

9, Nothing Riot says can be trusted.

10, I want Justice.

**J. Conclusion with Legal Citations**

**Riot Games Misrepresented Casting and Production Timelines**

Mia Sinclair Jenness claims she recorded Powder's crying scene when she had just turned 11 (December 2016)—this is demonstrably false.

38

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot Games' casting records, interview statements, and publicly available timelines indicate that Mia was likely cast much later, possibly in late 2021 under casting director David Lyerly.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel contradicting official claims may be used as admissions by a party-opponent in legal proceedings.

**Fabricated Narrative for Publicity and Legal Cover-Up**

Riot Games has heavily publicized Mia's emotional voice recording session as a marketing tool for Arcane.

This follows a pattern of backdating and fabricated PR stories, previously seen in:

Bridging the Rift interviews, where false development timelines were promoted.

Misrepresented casting dates for other actors (e.g., Reed Shannon).

Under California Business & Professions Code § 17500 (False Advertising Act), making false or misleading statements to the public for financial gain is illegal.

The misrepresentation of production dates and casting timelines directly impacts ongoing copyright litigation, constituting a fraudulent business practice under Cal. Bus. & Prof. Code § 17200.

**Violation of Child Labor and Workplace Ethics Standards**

39

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Mia was pressured to misrepresent her casting timeline, this raises concerns under California Child Actor Protection Laws (Cal. Lab. Code § 1308.5).

The alleged coercion of a minor to support Riot's PR narrative could constitute psychological manipulation and potential violation of federal and state labor laws.

Under Fed. R. Civ. P. 26(a)(1), Riot is required to disclose accurate employment and casting records—any discrepancies should be investigated through subpoenaed documents.

COVID-19 Lockdown Violations During Recording Sessions

Riot Games allegedly recorded sessions during 2020-2021 lockdown restrictions, in violation of California COVID-19 emergency mandates (Cal/OSHA COVID-19 Emergency Standards, 8 CCR § 3205).

Evidence suggests that Riot ignored social distancing laws and conducted voice acting sessions before studios were permitted to reopen.

Illegal Use of NDAs to Conceal Misconduct

**Riot Games allegedly forced cast members to sign NDAs to backdate false timelines.**

40

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under California SB 331 (Silenced No More Act), NDAs cannot be used to conceal workplace violations or fraud.

If these NDAs were used to mislead legal proceedings, they may be unenforceable and subject to judicial scrutiny.

Further Evidence of Intellectual Property Theft Cover-Up

Riot's timeline manipulations align with its legal strategy of misrepresenting the development timeline to avoid liability for copyright infringement (17 U.S.C. § 501).

Riot's own employees contradict the company's official statements regarding Arcane's production timeline.

Under Fed. R. Civ. P. 30(b)(6), Riot may be compelled to designate a corporate representative to testify under oath regarding the true development timeline of Arcane.

***Key findings: Riot Games Has Engaged in Systematic Fraudulent Practices***

Riot has repeatedly altered, fabricated, or backdated development records and casting dates.

If Riot deliberately misrepresented key facts in its legal filings, it could be subject to Rule 11(b) sanctions for false representations to the court.

41

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The misuse of minors in their deception campaign, if proven, could expose Riot to further regulatory and legal action beyond the scope of copyright infringement.

42

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 3- Kathy Cavaiola (Script Coordinator and VO Manager)**

Kathy Cavaiola, the Script Coordinator and VO Manager claims to have started working with Riot in July 2018 for a year till July 2019 when she went to Warner during covid and then worked on Arcane from November 2020 to Feb 2022.

  

Again, Mia was born 14 December 2005. She was 11 in Dec 2016, and states that she performed the crying scene a few days later. David Lyerly states that he did the first take but thought she could go further, so they did it again and she nailed it, and he was crying and then when it was done, he looked up and everyone in the room was crying. He stated that he saw Alex, Brad, Kathy and our engineers, everyone was crying.

This means, that the crying Scene was- supposedly- recorded 1.5 Years before Kathy, who was in the recording room, had ever worked with Riot. Mia may have been involved with the failed and scrapped pilots but could not have recorded the crying scene until at least late

43

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

2020. I'm going to strongly suggest, with reason, that the crying scene was actually recorded on or around Wednesday 16th December 2020, violating COVID-19 restrictions. This is tied to David Lyerly's account and to Arcane's factual development timeline.

44

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Inconsistencies in Kathy Cavaiola's Employment Timeline**

Kathy Cavaiola claims to have worked at Riot Games from July 2018 to July 2019, before leaving for Warner Bros. during COVID-19 and returning to work on Arcane from November 2020 to February 2022.

However, David Lyerly's account places Kathy in the recording room for Mia Sinclair Jenness's crying scene, which was allegedly recorded when Mia had just turned 11 in December 2016.

This creates a clear contradiction—Kathy could not have been in the recording room for the crying scene years before she worked for Riot.

Under Fed. R. Evid. 801(d)(2), statements by Riot employees and contractors may be used as admissions by a party-opponent, making these contradictions legally significant.

**The Crying Scene Timeline Is Falsified**

Riot Games' official claims state that Mia Sinclair Jenness recorded her crying scene when she was 11 (December 2016).

## 45

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

However, employment records, podcast statements, and the Arcane development timeline all contradict this.

If Kathy Cavaiola only worked on Arcane from November 2020, the crying scene could not have been recorded in 2016, as Riot claims.

Under Fed. R. Evid. 602, a witness must have personal knowledge of the facts they testify about—Kathy's presence at the 2016 recording session is impossible based on her own employment history.

**COVID-19 Restrictions Violated During Recording Sessions**

If the crying scene was actually recorded around December 16, 2020, this raises serious legal concerns regarding Riot's compliance with COVID-19 restrictions.

California's COVID-19 Emergency Standards (Cal/OSHA, 8 CCR § 3205) imposed strict workplace safety measures during this period, including social distancing and limitations on in-person recording sessions.

If Riot conducted illegal in-person voice recording sessions during lockdowns, this may constitute violations of public health orders and workplace safety laws.

Further Evidence of Riot's Pattern of Misrepresenting Development Timelines

46

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot Games has a documented history of backdating production records and creating false narratives about Arcane.

The falsification of the crying scene recording date aligns with prior timeline misrepresentations, including:

Reed Shannon's alleged age deception in casting announcements.

Mia Sinclair Jenness's shifting account of when she was hired and recorded scenes.

Contradictory public statements by Riot's showrunners and voice actors regarding production dates.

Under California Business & Professions Code § 17200, engaging in fraudulent or deceptive business practices, including misrepresenting production dates, constitutes unfair competition.

**Key findings: Riot Games' Official Development Timeline Is Not Credible**

Mia Sinclair Jenness's crying scene was not recorded in 2016 as Riot claims—it was recorded much later, likely in December 2020, during COVID-19 lockdowns.

Kathy Cavaiola could not have been present at a 2016 recording session because she was not employed at Riot at the time.

47

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot likely violated COVID-19 restrictions to complete the recording, potentially breaking state and federal public health laws.

Riot's continued pattern of backdating and falsifying production records suggests an intentional effort to manipulate legal and public narratives.

If these misrepresentations were knowingly included in legal filings, Riot may be subject to Rule 11(b) sanctions for false representations to the court.

48

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 4: Melinda Dilger (Producer of "Arcane" and Global Head of Animation Production at Riot Games).**

**BACK SCHEDULING**

Melinda Dilger was the real unsung showrunner of Arcane. I believe she began working on Arcane in May 2020 and ran with it, producing everything along the way, showing Linke and Yee the very basics. We know that everything had to be done, and everything was still being worked out, Melinda Dilger states this in Bridging the Rift and on the Angle on Producers with Carolina Groppa podcast.

Melinda Dilger went on Angle on Producers with Carolina Groppa podcast:

https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0

(Melinda Dilger - Producer of "Arcane" and Global Head of Animation Production at Riot Games- 31 May 2023 - Angle on Producers with Carolina Groppa- 01:03:19)

On this podcast, Melinda Dilger states, Riot Games didn't have an efficient pipeline. Fortiche was still working out their pipeline. Fortiche had their hands full figuring it out, so she built an infrastructure for the LA team. She states that Mark Taylor was consulting them at the point when she joined. She discussed the mess of it with Mark. So, she had to build them a basic org chart for what it should look like. And taught them the very basics from beginning to end.

49

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



50

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

We know that the show, scripts weren't yet "written", as she confirms it and it's on the Org Chart. Thus, we know that the letter sent to me from Riot's solicitors (Greenberg Glusker) in 2021, presents false timelines.

In Arcane: Bridging the Rift, Jane (Jane Chung) Hoffacker states that finally, one time she got connected with a woman named Melinda Dilger.

Melinda's LinkedIn resume states that she worked at Riot Games as an Executive Producer on "Arcane" Season 1 & 2 (Netflix series),4 years 4 months, December 2019 - March 2024. We know this isn't correct as we know that it was into 2020 if not 2021 when she was brought in. But even if we go with this, it shows that Riot's Arcane: Bridging the Rift timelines are muddled.

Milinda states that she worked at home because of Covid.

In Los Angeles, COVID-19 restrictions began in early 2020 and went through multiple stages of tightening and loosening based on case surges. The first stay-at-home order was issued in March 2020, closing non-essential businesses and enforcing mask mandates. By mid-2020, restrictions were slightly eased, but surges in cases during winter led to further restrictions and capacity limits, especially in indoor spaces.

So, we know that it was after March 2020. At the beginning of Covid, businesses didn't have their lockdown protocols in place, it was simply lockdown. It was mid-2020 before the restrictions were eased slightly.

51

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

In June 2021, Los Angeles fully reopened, lifting most restrictions; however, mask mandates for indoor spaces were reimposed later in 2021 due to new case increases. By March 2023, Los Angeles County officially ended its local COVID-19 emergency declaration, marking a significant step toward post-pandemic operations.

This shows that all of the production and writing had to have happened after Riot had my manuscript and then real writers and showrunners were hired.

Jane (Jane Chung) Hoffacker stated that she informed Melinda Dilger of some of the issues they were dealing with, and she seemed unphased by it.

Melinda Dilger shows the camera man to her home office and tells him this is where all the meetings happen (On the laptops), and her dog is in all the meetings with her. This shows again that this all took place between covid restrictions, including the filming of Arcane: Bridging the Rift.

Melinda Dilger states that the team health when she first started wasn't so great.

The camera then shows Linke and Melinda Dilger with others in meetings with masks on. Linke repeats IP speak which is an obsessive buzzword at Riot.

Los Angeles County first implemented a mandatory mask policy for public settings on June 18, 2020, as COVID-19 cases surged across California. This mandate required face coverings in all indoor public spaces, including businesses and government buildings. Though restrictions eased temporarily, the mask mandate was reintroduced in July 2021 due to

52

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

increased cases from the Delta variant. This mandate continued in various forms, particularly indoors, until early 2022, when it was phased out following declines in case numbers and hospitalizations. Thus, this early work meeting for Melinda happened sometime after June 18, 2020, after they had my manuscript.

Jane (Chung) Hoffacker states, "by than I was super exhausted because I was like three years into the project or something. I know Christian was exhausted, Alex was beat and like she (Melinda) brought in energy."

Jane (Chung) Hoffacker's LinkedIn resume states that she worked at Riot Games as a General Manager, Executive Producer for 9 years 1 month, between June 2017 - May 2020 (3 years) on Arcane.

Jane left in May. This shows that: A, she left in May 2020. B, Arcane: Bridging the Rift, or this part of her talking, was shot around May 2020, or she came back to shoot it, which is more likely. C, when Melinda started at Riot (May 2020) it was 3 years since Jane started working on it. This points to Melinda Dilger actually starting in May 2020, after they had my manuscript. It also points to more unreliable timelines being spouted.

Melinda Dilger states that from what she was hearing, it was taking them (Linke & Yee) a long time to get their bearings and Fortiche had also never produced a series, so you had a bunch of newbies trying to figure this out, and it is really a different process.

## 53

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

In the meeting they are wearing Covid masks. The date on the screen is 2021. I believe it maybe 21/04/2021 at 13:12. Thus this footage was taken in mid-2021, well over a full year of having my manuscript, but likely more than 2 years.

In Melinda Dilger's home office we see her on a meeting with others. One of them is Eric Bergman.

Eric Bergman served as the post-production supervisor for Arcane across all nine episodes of the first season in 2021. His role involved overseeing the final stages of production, ensuring the animation, editing, and all other post-production elements met the show's high-quality standards. Thus, again it shows this was filmed in 2021, perhaps on the run up to Arcane's release.

In Bridging the Rift, Melinda Dilger rolled out a production Schedule, starting, backdated to March 2020. She then overly states for the camera, "That's when this started". But the date in the top corner is 3/16/2021. MARCH 2021.

When building a production schedule, it's common to start with the target deadline and work backward. This process, called backward planning or back scheduling, helps define necessary milestones, tasks, and dependencies needed to meet the final deadline. Key production phases, such as scripting, storyboarding, animation, and post-production, are assigned specific timeframes based on this reverse timeline. This method allows teams to anticipate potential delays and allocate resources efficiently to ensure the project stays on track. It's

<div align="center">54</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

important to see what has happened to get them to the start point, thus, this actual proper production schedule began in mid to late 2020, perhaps even 2021, after Covid restrictions had eased up.

The numbers across the top of the production schedule look like date ranges. It shows that compositing (pilot) was taking place at this time, among other things. The show still wasn't in full production.

It then shows the whole of the production lines. This shows that Arcane as it is, was just an idea and it was failing until they got my manuscript, and it was still failing long after until they brought in writers and other professionals to babysit.

Melinda Dilger states, "Because this is the first Riots ever done, a lot of things are getting figured out and developed as we go along in production."

The camera shows the whole production line taking place, mostly from Mid 2020 up to the last episode in late 2021 to release date. Towards the beginning, I.e. the backdating, there is a lot of white space.

It shows everything, from storyboards, to writing, animation, painting, Cam map, music, mix, lock pic, to international dubbing, casting, voice recording, design, ADR, everything was still being worked out. It zooms into writing time, which is unequivocal evidence that the scripts were still being converted at this time, well into 2021. Thus, the 2021 claims from Greenberg Glusker ("All scripts were locked-in") cannot be correct and have to be lies.

55

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Melinda Dilger says, "it's taking longer than a normal show because they are doing it all at once." Doing it all at once, beginning in the latter half of 2020.

She states that "if it takes us a little longer to get those scrips done, that's what we will do." Thus, she, and the Org chart, have confirmed that scripting was still taking place well into 2021. This is not what the "Writers" Yee and Linke state, and it's also not what Riot's Solicitors claimed in the 2021 letter to me. In this letter they claimed that the scripts were locked in by the time they had access to my manuscript, and all writing was finished and locked In, in 2019.

This is Melinda Dilger and their own production schedules showing that all Arcane, less for a few prototype testers which got scrapped, was built in a production schedule she made after Covid which was backdated till March 2020.

56

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This isn't why Melinda Dilger is on amber. The two reason she is on amber are:

1, Melinda didn't state that the Org Chart is back scheduled, this misrepresents timelines.

2, Melinda's LinkedIn states she worked at Riot Games as an Executive Producer on "Arcane" Season 1 & 2 (Netflix series), 4 years 4 months, December 2019 - March 2024. We know this isn't correct, we know that this too is back paid, she began in May 2020 at the earliest.

This is amber because Melinda can clear this up when she testifies under oath.

**Conclusion with Legal Citations**

*Back-Scheduling Confirms Timeline Manipulation*

Riot Games' official timelines for Arcane contradict statements from key personnel, particularly Melinda Dilger and Jane Hoffacker.

The production schedule revealed by Dilger in Bridging the Rift was backdated to March 2020, but evidence confirms actual production and script development continued into 2021.

57

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under 17 U.S.C. § 501, copyright infringement claims require proof of access and substantial similarity; Riot's misrepresentation of production timelines is relevant to access and possible unauthorized use of Plaintiff's work.

Script Development and Writing Were Not Locked in 2019

Riot Games' legal claim that all scripts were locked in 2019 (as stated in a 2021 letter from Greenberg Glusker) is contradicted by:

Dilger's statements that writing was still ongoing in 2021.

Production schedules showing active script development through mid-2021.

Under Fed. R. Civ. P. 11(b), legal representatives are prohibited from making false statements to the court—this misrepresentation raises concerns about the credibility of Riot's defense.

***COVID-19 Restrictions Establish Clear Production Start Dates***

Dilger states she worked remotely due to COVID-19, confirming she started work after March 2020 during the early lockdown phase.

Under Fed. R. Evid. 201, the Court may take judicial notice of COVID-19 restrictions, which show that early-stage development meetings and scriptwriting occurred after Riot had received Plaintiff's manuscript.

58

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Video footage and production meetings featuring mask mandates confirm that key creative decisions occurred in mid-to-late 2020, contradicting Riot's claim of finalized scripts in 2019.

### *Riot Games Relied on External Writers and Producers to Fix Arcane*

Dilger built the infrastructure for Riot's LA team, confirming that Riot and Fortiche lacked an efficient production pipeline before she was hired.

This supports Plaintiff's argument that Arcane was not fully developed until outside professionals were brought in, a process that began after Riot had received Plaintiff's manuscript.

Under 17 U.S.C. § 106, copyright owners hold the exclusive right to derivative works—if Arcane relied on Plaintiff's manuscript as a framework for its eventual development, this constitutes unauthorized use.

### *Inconsistencies in Melinda Dilger's Work History and LinkedIn Timeline*

Dilger's LinkedIn states she worked on Arcane from December 2019 - March 2024, but multiple statements indicate she only joined in May 2020 or later.

59

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Failure to clarify these discrepancies misrepresents key timelines and contradicts Riot's official legal position.

Under Fed. R. Civ. P. 26(a)(1), parties must disclose accurate information relevant to the case—Riot's inconsistent timeline raises questions about its compliance with disclosure rules.

### *Production Meetings and Mask Policies Confirm Mid-2020 Onward Timeline*

Bridging the Rift and behind-the-scenes footage show team meetings where masks were worn, placing them after June 18, 2020, when Los Angeles' mask mandate began.

A production meeting recorded on April 21, 2021, further proves that Arcane's development was still ongoing well after Riot had received Plaintiff's manuscript.

### *Misrepresentation by Riot's Legal Team (Greenberg Glusker)*

Greenberg Glusker's 2021 legal letter asserted that Arcane's scripts were locked before Riot obtained Plaintiff's manuscript, but:

Dilger's statements and Riot's internal production records contradict this timeline.

60

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Production schedules confirm scriptwriting extended well into 2021.

Under California Business & Professions Code § 17200, engaging in fraudulent or deceptive business practices—including misrepresenting legal timelines—can support an unfair competition claim.

### *Key findings: Riot Games' Timeline Is Muddled and Unreliable*

Internal production evidence contradicts Riot's official statements regarding Arcane's development timeline.

The misrepresentation of writing timelines, script completion, and staff hiring dates raises serious doubts about Riot's version of events and their compliance with Rule 11 obligations to the court.

Melinda Dilger's Testimony Could Clarify Key Facts

Dilger's ambiguous statements and backdated production records place her in a neutral but critical position.

Under Fed. R. Civ. P. 30(b)(6), Riot may be required to produce a corporate representative—potentially including Dilger—to provide sworn testimony clarifying production timelines.

## 61

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under oath, Dilger could confirm or refute Riot's version of Arcane's development timeline, clarifying when key production milestones actually occurred.

62

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 5: Katy Townsend (Maddie).**

1.      Pop Culture with Pat - 21 Nov 2024- Katy Townsend Talks Playing Maddie in Arcane Season 2, Caitlyn and Vi, Jinx and Isha + MORE- Katy states she had read for Amanda Overton many years ago but didn't get the role and stayed in touch on Facebook. She states that about 5 years ago Overton reached out to her, stating she is developing a character (Maddie) and would like Katy to try for it. This was about 5 years ago. This places the time "About" November 2019. Five years ago she saw the pilot episode and her head spun.

2.      Overton put Katy's name in the hat for it but she had to go through the audition process in front of others. She got the role and performed her first tester session in early 2020.

3.       Katy states that a lot of Arcane was produced during the pandemic.

4.      Kate said some of her features and image inspired the development of the visions for the character.

5.      Katy tells us that Subie from Mass effect (A role she played) inspired Overton's vision when making Maddie. Katie states that Overton was a big fan of Mass Effect. She states that there are too many similarities, they are both red hair lesbians played by her.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.    Katy Townsend also voiced the character Silvi Timberwolf in the "Monster High" franchise. Overton must have been familiar with Kate's role in Monster High as they kept in touch and because Katy had to be vetted and had to audition.

7.    It is alleged, by the Plaintiff, that Monster High was infringed upon to build Mel's look in the show.

8.    She states that there is so much care and detail in the show and in the frames, nothing is an accident.

9.    It is alleged, by the Plaintiff, that M.W shows up everywhere in the show and this is gaslighting and taunting.

10.    She states that there was an Arcane leak of the first 6 episodes.

11.    They discussed Maddie's age, stating she looks much younger, and people comment that Caitlyn appeared too old for her.

12.    They talk about the jarring time jump and Maddie in bed with Caitlyn.

13.    Katy states Amanda wrote episode 4 of Season 2.

14.    On the YouTube channel, It's FanBox- 7 Dec 2024- Arcane Star Katy Townsend talks about Maddie Nolan (Full Interview). At 13:30 The interviewer asks Katie, going into the show, if she knew what the end game was for Maddie. She states they did not tell her; her feeling is they did not know themselves. She then states that she spoke to one of the writers at a shrine event in LA and he was like oh it was so exciting going into the final act

64

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

because we knew, and you didn't know. Katie states, wait, I thought it was being discovered along the way, it was just a decision at some point, so it might have been a part of the plan all along.

15. It is alleged, by the Plaintiff, this sounds like the nonsense Yee would pull. Yee and Linke and the rest of the Bro-mancing Club have been shown to be pathological liars who back track to fake competence and to hide theft. This storyline was developed by Overton. I believe it was meant to be Ren, daughter of Marcus in season 1, but they had to change it after I had written to them and started the IP investigations. In Bloodborg, Ren is called Ru, and sometimes Ru-Bunny, it's her father's pet name for her. Her name is Ruby. She is the daughter of a prominent officer. This aligns with the mirrored storytelling, thus both father and daughter betray the enforcers.

16. Kate stated that she was told that Maddie was gonna be a new enforcer and she was going to be involved with Caitlyn, perhaps in a love triangle type of way, but that's all she knew.

17. Kate states that originally they said Maddie might die, we are thinking of a way to kill her in a spectacular death. Then later someone said, she might die and might now be a spy.

65
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

18.     She is asked when she found out Maddie would become a spy. She states that it was a while, her recording sessions spanned over the course of like 4 years. 2020 to November 2024.

19.     She said it might have been a few years into recording when she found out that potentially they were going to take that direction but discovered it reading her final lines.

20.     Thus why would a writer have to say to her that we knew, and you didn't at the screening? Covering tracks is what I suggest. This shows that story development was still taking place even after the first season aired.

21.     She talks about the black and white still image of Maddy's cheshire cat grin as she shoots Caitlyn.

22.     They talk about actors stating lies to the press to not spoil secrets like Andrew Gardener in Spiderman. Kate states that The PR team would have told him to.

23.     Katie talks about her voice role in the Fallout 4 video game.

24.     Interesting, Ella Purnell (Jinx) played a role in the Tv show adaptation of Fallout.

25.     8 Dec 2024 Behind The Voice- How Maddie's Voice Actor Was SHOCKED By Arcane Season 2- Katie appeared on this podcast.

26.

https://www.youtube.com/watch?v=dY6hdNMuvjU&list=WL&index=5&t=767s

66

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

27.    Katie states that she first heard about the project in 2019, and she auditioned in early 2020.

28.    Katie states that she had her first recording session on the first day of lockdown.

29.    Katie states that everything shut down and she didn't have a second session until the end of 2020.

30.    Then she had sporadic sessions over a few years.

31.    At the end of 2019, Katie went to Riot to see the screening of the first pilot.

32.    Katie states that after, she had to do a lot of auditions and testing because if you get cast, that will shape what the character becomes. This shows that into 2020, the scripts and show were still being shaped.

33.    The selections come down to Katie and a quite well known famous actress. Katie states that it has happened a few times and she has not gotten the role. Thus she was worried, but she got a call to say she got the role.

34.    Katie states that she recorded her first session on the first day of lockdown (Kinda illegal). They had discussions about shutting the studio down. She wanted to record as she needed the money, and she was scared that they might scrap the character or swap her out or

67

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

recast. She states that during the pandemic, there was a lot of reacting and many other projects were cancelled.

35.    Katie states that she loved working for a director called Amanda Wyatt.

36.    Amanda Wyatt is a highly experienced narrative designer and writer who contributed to Arcane. Her work on Arcane is likely to have involved, Voice/Casting Director, narrative design, dialogue writing, and character development.

37.    Around a year into recording, so long into 2021, Katie got some sketches of the character. Katie states, she evolved a bit, she seemed to get cuter and cuter. There was a womanlier look first.

38.    Katie states that she thought that they were working the character of Maddie out along the way, but she might have been lied to, and she might have been a spy all along.

39.    She further states that you would need to ask the writers.

68

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Riot Games' Production Timeline Is Again Contradicted**

Katy Townsend states that she first heard about Arcane in 2019, auditioned in early 2020, and recorded her first session on the first day of COVID-19 lockdowns.

This directly contradicts Riot's claim that scripts were locked in 2019, as the character of Maddie was still evolving well into 2021.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel can be used as admissions by a party-opponent, meaning that Katy's statements establish that Riot's official timeline is misleading.

The Development of Maddie Shows That Riot Was Still Writing the Show in 2021

Katy states that she received sketches of Maddie over a year into recording (well into 2021) and that the character was still evolving.

This contradicts Riot's claim that the entire show was fully written and locked before production.

69

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under Fed. R. Evid. 602, a witness must have personal knowledge of the events they testify about—Katy's firsthand statements confirm that Riot's writing was still happening after the first season aired.

If Riot intentionally misrepresented their production schedule to avoid liability, they could be subject to Rule 11(b) sanctions for false representations to the court.

**Recording Sessions May Have Violated COVID-19 Restrictions**

Katy states that she recorded her first session on the first day of lockdown (March 2020), despite discussions about shutting down the studio.

Under California's COVID-19 Emergency Standards (Cal/OSHA, 8 CCR § 3205), businesses were required to suspend in-person operations unless deemed essential.

If Riot continued non-essential recording sessions in violation of state mandates, this could constitute workplace safety violations and potential labor law breaches.

**Arcane's Writers and Directors Misled Their Own Cast**

Katy initially believed Maddie's story was being shaped along the way but later realized she may have been misled about the character's arc.

70

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This suggests that Riot's leadership (Christian Linke, Alex Yee, Amanda Overton, and Amanda Wyatt) were either dishonest or constantly changing direction, which is inconsistent with their claims of a fully locked script.

This aligns with previous misleading statements made by Riot personnel (Reed Shannon, Mia Sinclair Jenness) regarding the timeline of Arcane's production.

**Character Evolution Supports the Plaintiff's Allegations of Copyright Infringement**

Katy states that the development of Maddie's character was inspired by elements from her previous roles, including Mass Effect and Monster High.

The Plaintiff alleges that Monster High was also infringed upon to create Mel's character design, further reinforcing a pattern of misappropriation and derivative storytelling.

Under 17 U.S.C. § 501, copyright infringement occurs when a party copies protected elements of another work without authorization—the borrowing of character designs and story elements from multiple external sources supports the claim of unauthorized use.

**Riot Games' Deceptive PR and Marketing Tactics**

71

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Katy states that PR teams instruct actors to lie in interviews to avoid spoiling story details.

While this is common in the entertainment industry, it raises questions about the validity of previous statements made by cast and crew regarding Arcane's timeline and development.

Under California Business & Professions Code § 17500 (False Advertising Act), making false or misleading statements to the public for financial gain is illegal—if Riot's marketing team engaged in deceptive promotion, this could have legal ramifications.

**Key findings: Riot Games Continues to Alter and Misrepresent Development Timelines**

The writing and development of Arcane was still ongoing well into 2021, contradicting Riot's official claims that scripts were finalized in 2019.

COVID-19 lockdown restrictions may have been violated to conduct recording sessions.

Cast members were misled about their characters, indicating disorganized or deceptive storytelling practices.

The Plaintiff's allegations of character design and narrative theft are further supported by the organic evolution of Maddie's role.

72

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Riot knowingly misrepresented key facts in its legal filings, it could be subject to Rule 11(b) sanctions for false statements and discovery violations under Rule 37.

73

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 6: Toks Olagundoye (Mel)**

1.      Pop Culture With Pat - Arcane League of Legends Mel Voice Actor Toks Olagundoye Interview - 12 Dec 2021: Toks stated she had to audition for Mel.

2.      Toks stated that the scripts were good; she skimmed them but found herself reading more and more.

3.      She stated that they booked three times more than the normal time for sessions because they wanted to make sure she knew where they were in the story.

4.      The interviewer, Pat, states that he read that the "Showrunners" had said they worked on it for six years. Toks stated that she worked on it for "about" three years.

5.      Three years places Toks' involvement at the end of 2018. "About" is a very stressed point. This cannot be accurate because the greenlight wasn't given until mid-2020, and we know the pilot was worked on from mid-2019.

6.      Toks states that when she joined, the pilot was done before she got hired.

7.      Toks states that she had recorded maybe two or three episodes when they invited her to the Riot campus. She was shocked at the campus. She states she was sitting in a theatre watching the pilot, and it was amazing.

74

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

8.     Toks states that she did not know about the game until they were having that big competition. She states that Alex, Dave, or Christian might have told her, but she was pregnant, so she might have forgotten.

9.     Toks Olagundoye and her husband, Sean Quinn, welcomed their son in late 2019. Toks played Tamilla in the Pasadena Playhouse production of Good Boys. At the premiere on 16 August 2019, Toks can be seen in photos on Instagram, and she is pregnant.

10.     This indicates that perhaps Toks's voice and role in the show were a part of the pilot or original dropped episodes, which were cancelled before they used my manuscript to get the greenlight in mid-2020. Or perhaps it's more misdirection.

11.     Toks ends by reiterating that Arcane took six years to make.

12.     Mama's Geeky - Arcane INTERVIEW: Toks Olagundoye ("Mel Medarda") & Harry Lloyd ("Viktor") - 8 Nov 2021: Toks states that she likes to work, she was sent an audition, she auditioned, and she got it.

13.     Toks is asked about the challenges in this role, such as having to deal with the pandemic. She states that a lot of them understood what they had to do and put together studios in their homes. She states that there were a lot of technical difficulties at first on all sides, but they eventually understood what was needed to get it done this way, and it helped her because she was a little less self-conscious in her own studio with no one watching, so she felt free to just go for it.

75

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

14. Toks is asked if she got to record with any of the other voice actors. She states Amirah, that was it. She then states that she doesn't recall because she was pregnant.

15. Amirah Vann voiced Sevika. In Arcane, there are no direct interactions or shared scenes between Mel Medarda and Sevika. Their storylines and roles within the series do not overlap significantly. Mel Medarda is primarily involved in the political and diplomatic dynamics of Piltover, focusing on her influence over the Piltover Council and her relationship with Jayce. Sevika operates in Zaun, serving as a loyal enforcer to Silco and playing a key role in Zaun's underworld conflicts. Though both characters are integral to the story, their arcs occur in separate spheres, and the narrative does not bring them together in any direct scene.

16. It's strange that these scenes, which must predate COVID and must predate the greenlight, were shared between two actors whose characters do not interact. Perhaps these are deleted scenes from the first attempt at the show, which was scrapped when the project was shut down. Or perhaps this didn't happen, and Toks has been paid to backdate lies like many others. Alternatively, they may have been for a pilot or from scripts that were cut.

17. Mama's Geeky - Arcane INTERVIEW: Toks Olagundoye ("Mel Medarda") & Harry Lloyd ("Viktor") - 8 Nov 2021: They are asked if they can remember fun recording moments and if they got to improvise. Toks states every session. Every session she had fun and got to play.

76

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

*Inconsistencies in Toks Olagundoye's Timeline Reveal Riot's False Statements*

Toks states that she worked on Arcane for "about" three years, which would place her involvement at the end of 2018.

This contradicts Riot's development timeline, which shows Arcane was only greenlit in mid-2020 and that the pilot was developed in mid-2019.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel may be used as admissions by a party-opponent, making these contradictions legally relevant.

**Further Proof That Riot's Timeline Was Backdated to Conceal IP Theft**

Toks states that when she joined, the pilot was already finished.

However, the official Arcane timeline states that the pilot was not completed until mid-2019, and the show was not greenlit until mid-2020.

This directly contradicts Riot's claim that scripts were finalized in 2019 and aligns with previous misrepresentations of the timeline (e.g., Reed Shannon, Mia Sinclair Jenness).

If Riot deliberately misrepresented production dates, this could justify Rule 11(b) sanctions for false representations to the court.

77

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Recording Sessions Took Place During COVID-19 Restrictions**

Toks states that she had to set up a home studio due to COVID-19 restrictions, confirming that significant voice recording occurred during the pandemic.

Under California's COVID-19 Emergency Standards (Cal/OSHA, 8 CCR § 3205), businesses were required to suspend non-essential in-person operations.

If Riot continued in-person voice recording during state-imposed lockdowns, this may constitute violations of workplace safety laws. Although Toks was home in the UK, this indicates that other recordings were taking place.

**Toks' Interaction with Amirah Vann Raises Questions About Deleted or Scrapped Scenes**

Toks states that the only actor she recorded with was Amirah Vann (Sevika).

However, Mel and Sevika do not have any direct interactions in the final version of Arcane.

This suggests that:

These were scenes from a scrapped early version of Arcane.

78

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot may have paid Toks to backdate statements as part of a larger effort to misrepresent the show's production timeline.

Under Fed. R. Evid. 602, a witness must have personal knowledge of events— Toks' contradictory statements about recording sessions call into question whether she was given false information by Riot's PR team.

**Key findings: Riot Games Continues to Manipulate Arcane's Development Timeline**

Toks Olagundoye's testimony contradicts Riot's official timeline for Arcane.

The recording sessions occurred much later than Riot claims, and the show's development was still ongoing into the COVID-19 pandemic.

There is strong evidence that Riot engaged in deceptive practices, instructing actors to misrepresent production dates to align with their legal narrative.

If Riot intentionally falsified key facts in its legal filings, they may be subject to Rule 11(b) sanctions and discovery violations under Rule 37.

79

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 7: Katie Leung (Caitlyn)**

1. Live Q&A Panels - 3 Apr 2023 - Q&A Katie Leung Facts Gent 2023 Saturday: Katie states that she did some voice recording for Arcane Season 2 a few days ago and that it's looking really good.

2. Katie states that Arcane was a project she went into without knowing how big it was going to be or how good the animation would look. She had heard of League of Legends but had never played it. She said she took the role because her brother was a fan, she had time, and the creators sounded really nice.

3. She states that they sent her photos of Caitlyn and said, "This is the character," and she thought Caitlyn looked really cool.

4. Katie states that she went into the recording studio and did a couple of lines. She states that it was just her and the microphone, and that was strange because she wasn't really sure what they wanted. She states that when they spoke about the storyline, she didn't understand the references to Piltover and other jargon. However, when she saw the animation, she thought it looked really cool, and when it was released, she was blown away.

<div align="center">

80

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

</div>

5. Katie is asked if she was able to record scenes together with others in the studio when voicing Caitlyn, such as with Vi (Hailee Steinfeld). Katie states no, she has not met Hailee Steinfeld, who plays Vi. She states that she was just in a recording booth by herself, with a producer on the other side of the room behind a glass panel. She was in front of a microphone and a monitor with lines or animation. Sometimes, if Hailee had recorded her lines first, Katie would hear them and respond to them.

6. This confirms that Katie recorded her lines under COVID-19 restriction guidelines, meaning that her recordings took place during the pandemic.

7. She states that she has never met Ella Purnell (Jinx) or Hailee Steinfeld (Vi), or any of the other voice actors.

8. Oliver and James Phelps - Normal Not Normal - Katie Leung - 8 Jan 2021: Katie states that she is working on a couple of audio projects, which she loves.

9. Katie is asked if she can reveal what the audio projects are. She says no, explaining that the project is so secretive that it's even worse than when film studios tell you not to speak about things. She states that she had to sign an NDA.

81

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

10. Katie states that she finds the experience really exciting and enjoys working in animation because there is so much freedom—she can move around, she is in a booth by herself, and she feels less restricted.

11. Armageddon Expo - 4 Apr 2019: Katie lists her upcoming and future projects, but Arcane is not mentioned at all.

82

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Katie Leung's Statements Confirm That Arcane's Voice Recordings Took Place During COVID-19**

Katie explicitly states that she recorded her dialogue in a socially distanced setting, with a glass panel separating her from the production team.

This directly contradicts Riot Games' legal position that all Arcane scripts were locked in 2019.

Under Fed. R. Evid. 801(d)(2), statements made by a party-opponent's employees or affiliates can be used as admissions, which means Katie's account directly contradicts Riot's legal claims.

**Riot Games' 2019 Production Claims Are Untrue**

If Riot had fully developed and locked Arcane in 2019, why does Katie state that she was still recording new lines in April 2023?

This suggests that story, dialogue, and character interactions were still evolving long after Season 1 aired, further proving that Riot's timeline is false and backdated.

83

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under Fed. R. Evid. 602, a witness must have personal knowledge of what they testify about—Katie's statements confirm that voice recording was still ongoing well into the pandemic.

### The Use of NDAs Suggests Riot Games Was Concealing Key Facts

Katie confirms that she had to sign a strict NDA and that Arcane was more secretive than major film productions.

This aligns with previous allegations of Riot enforcing illegal NDAs to hide their IP theft and timeline misrepresentations.

Under California SB 331 (Silenced No More Act), NDAs cannot be used to cover up illegal or unethical business practices—if Riot forced actors into signing NDAs to suppress information about timeline alterations, those NDAs could be unenforceable.

Katie Leung's Absence from Arcane-Related Discussions in 2019 Raises Questions

At the Armageddon Expo (April 2019), Katie listed all her upcoming projects, but she did not mention Arcane.

84

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If she had already been cast, why didn't she acknowledge it? This suggests that either:

She had not yet been hired in 2019, meaning Arcane was not as developed as Riot claims, or

She was instructed to withhold information, possibly due to Riot's attempt to cover up its real development timeline.

Under California Business & Professions Code § 17500 (False Advertising Act), misrepresenting production schedules to investors and the public for financial gain constitutes false advertising and deceptive business practices.

**Key findings: Arcane's Production Timeline Has Been Intentionally Manipulated**

Katie Leung confirms that recording continued into 2023, which contradicts Riot's claim that scripts were locked in 2019.

Her recording process followed strict COVID-19 protocols, confirming that significant work on Arcane took place during the pandemic.

The use of NDAs suggests Riot was actively trying to conceal the true production timeline.

85

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Riot intentionally falsified its timeline in legal filings, this could constitute Rule 11(b) violations for misleading the court.

86

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 8: Ella Purnell**

1, Ella Purnell plays the voice of Jinx in Arcane, she is very talented and I'm very happy that, as of yet, she is on green.

2, Ella is a huge talent, perhaps too big and established to be pushed or persuaded by Riot's abusive control.

3, Ella Purnell (Jinx) stated in an interview with ONE Esports that she never met her co-stars because most of it has been done in COVID time over zoom. Thus at least 2020.

4, On the FAN EXPO YouTube show, 29 Oct 2024- Ella Purnell Panel Highlights | FAN EXPO Chicago 2024, Ella confirms that she is sure that they started recording Arcane during COVID-19 restrictions. In Los Angeles restrictions began in March 2020. Thus, it had to be after this, and we know that the Org Chart was back scheduled to March.

5, FAN EXPO - Ella confirms that she was in the booth by herself, and she was reading the lines but had no idea what it looked like. She states that it's such a different experience because she was not seeing it and it's not really until ADR pickups (Automated Dialogue Replacement, is a post-production process in which dialogue for animated films is re-recorded in a studio), which is right at the very end, right before the show comes out that she was starting to see the pieces come together and hearing the other actors do the voices and the whole thing fits together.

87

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6, FAN EXPO - Ella confirms that it wasn't until the actual premier that she watched it for the first time and was like WOW.

7, FAN EXPO – Ella is asked about season 2, she is asked how long ago did she record. She states, I say nothing because I'm terrified of being sued by Netflix.

8, FAN EXPO- The interviewer presses her, asking, can you say how long ago you recorded. Ella explains, "you do so many sessions, you come in and do episodes, then they put it all together then you don't hear from them for like a year, then you come back and do APR, I think I did my last session with them a couple of months ago (from 29 Oct 2024)." Thus around the end of August 2024. Ella continues, "I did my first session with them pretty much as soon as it got picked up." This confirms that the show was greenlighted or Picked Up, and all of the production and recording and making of Arcane took place during Covid starting in mid-2020 after they had my manuscript.

9, Ocala Comic Con 2024 - Ella Purnell Panel- 23 Sept 2024- Ella states that Arcane was the first ever voice over audition she had ever done, and she got her video over agent like a week before.

10, Ella Purnell is represented by Sue Terry Voices, a London-based agency specializing in voice talent. However, the specific date when she acquired her voice-over agent is not publicly documented and we know that Ella is also represented, primarily by Curtis Brown Group. Notably, Purnell's first voice-over role was as Jinx in the 2021 Netflix animated series

88

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

"Arcane," which marked her debut in voice acting. The earliest mention of Ella Purnell on the Sue Terry Voices website is from May 17, 2021, announcing her role in the film "Army of the Dead." This suggests she was represented by the agency by that date. However, the exact date she signed with Sue Terry Voices is not publicly documented. Seems as Ella has always been very active, it stands to reason that this was her first role after signing for Sue Terry Voices but perhaps she was already working on Arcane by then via Curtis Brown Group.

11, On the Popverse show- 17 Jul 2024- Ella Purnell Spotlight. Ella states that her voice over agent took a chance on her, set her up for an audition the week after and she got the role as Jinx. She stated that she was surprised that she didn't always have anything to perform the lines to, because they do the animation afterwards. She states that they didn't want Jinx to be the same as the game and its simpler because they are cousins in the game not sisters. She confirmed that she had the freedom to contribute to lines to make them work better. She confirms that the first time she met the cast of Arcane was at the premier.

12, On Hits Radio, on YouTube, 10 Oct 2024- Ella states that she gets so nervous when people ask her to talk about Arcane. She states that she made one comment that season 2 was great and a producer told her that she has to stop spoiling season 2 and she got really scared and she was like oh my god I haven't even said anything. She states that SweetPea comes out on Oct 10th, which she learnt the day before is also Jinx's Birthday.

89

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

13, Jinx was introduced as a playable champion in the game's October 2013 update. In the game, Jinx is a criminal from Zaun who is the archenemy of Vi, an enforcer from Piltover. In the Netflix series, Jinx's origin story is explored as Powder, Vi's younger sister who is raised by the crime lord Silco after a series of personal tragedies. Very different.

14, Fri 1 Nov, 20:10- I received hate mail from Paris, via email from accessing my website. The email stated. "I have proof that Fortiche received the first pitch of Arcane on March 2012. That pitch already included the concept of shimmer (it was called madness potion), the blood drain, the scene at the bridge with dead parents and everything you mentioned. Is gonna be fun to watch you get laughed at in the court when there is at least 80 people with emails from 2 years earlier already making moves on production 🤣 🤣 🤣 🤣 🤣 but seriously go to therapy."

15, Now they have back dated Arcane to 2012, that's new. That's before the get Jinx video so before Riot even started to do business with Fortiche. LOL was less than 2 years old and Link hadn't started working there, or perhaps he had and was answering phones.  This is direct discrimination, retaliation, lies to evade law and intimidation. But how could they have started working on the role Ella got in the series, before the in-game character existed, then they retconned this character's backstories after.

90

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

16, Ella Purnell is represented by Curtis Brown, a prominent literary and talent agency based in London. Curtis Brown is the main culprit of the theft of my work through Jonny Geller who has been violating my submissions for years.

17, Geeked Week 2022: Animation Showcase feat. Cyberpunk: Edgerunners, Arcane and More! | Netflix- https://www.youtube.com/watch?v=942sKqmYy_k&t=17s- Premiered on 8 Jun 2022, Ella states that they have already shot a lot of season 2.

18, In Arcane Afterglow: Act 3 Arcane Season 2 Aftershow, Ella calls the Crab-Bots from Bloodborg, "Crabby Robot things." I believe this is because she read them as Crab-Bots and Linke saw this as an opportunity to shoehorn in the Scuttle Crab from League of Legends. Crab-Bots are war machines harvesting blood from the battlefield in Bloodborg: The Harvest.

91

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Ella Purnell Confirms That Arcane's Production Took Place During COVID-19, Contradicting Riot's Timeline**

Ella states in multiple interviews (ONE Esports, FAN EXPO 2024, Ocala Comic Con 2024) that she recorded her lines alone in a booth, following COVID-19 safety restrictions.

Under California's COVID-19 Emergency Standards (Cal/OSHA, 8 CCR § 3205), in-person production was severely restricted until mid-2021, proving that Arcane's development was still ongoing long after Riot's claimed script lock in 2019.

Under Fed. R. Evid. 801(d)(2), statements by Riot's affiliated actors are admissible as party-opponent admissions, meaning Ella's statements can be used to challenge Riot's legal claims.

Ella Purnell Confirms That She Was Cast Only After the Show Was Picked Up, Placing Greenlight in post Mid-2020

Ella states (FAN EXPO 2024) that she got the role of Jinx as soon as the show was "picked up," confirming that all recording and production took place after the greenlight.

92

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This proves that Arcane's full production began post-mid-2020, contradicting Riot's legal claim that scripts were finalized in 2019.

If Riot's legal team intentionally misrepresented key dates in court filings, this could justify Rule 11(b) sanctions for false representations to the court.

### *The Retconning of Jinx's Backstory Suggests Riot Misused Plaintiff's Work*

Jinx's in-game lore (2013) depicts her as an unconnected criminal from Zaun, but Arcane retcons her into Powder, Vi's sister, with a tragic backstory that mirrors themes from Bloodborg: The Harvest.

Under 17 U.S.C. § 106, the Plaintiff's copyrighted work is protected against unauthorized derivative adaptations—Riot's retconning may be evidence of misappropriation.

If Riot's showrunners only decided on these lore changes after acquiring the Plaintiff's manuscript, this supports the claim of intellectual property theft.

**Riot and Fortiche's Production Timeline Continues to Shift, Indicating a Cover-Up**

93

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Plaintiff received hate mail in November 2024 from a Paris-based sender claiming Arcane was pitched as early as 2012—years before Riot and Fortiche even had a business relationship.

This directly contradicts previous statements from Riot and Fortiche claiming that Arcane started development in 2016, then 2018, then 2019—now suddenly it's 2012?

Under California Business & Professions Code § 17200, engaging in fraudulent misrepresentation to evade legal liability constitutes unfair competition.

**Illegal Use of NDAs to Silence Ella Purnell and Prevent Disclosure of Arcane's Real Production Timeline**

Ella states (FAN EXPO 2024, Hits Radio 2024) that she is terrified of being sued by Netflix if she reveals how long ago she recorded Season 2.

Under California SB 331 (Silenced No More Act), NDAs cannot be used to suppress discussions about fraud or unethical business practices—if Riot's NDAs were used to conceal falsified production timelines, they could be unenforceable in court.

If Riot coerced or threatened actors into backdating statements, this could constitute witness tampering (18 U.S.C. § 1512) if done in connection with ongoing legal proceedings.

94

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Season 2 Was Still Being Recorded as Late as August 2024, Proving Ongoing Story Development**

Ella states (FAN EXPO 2024) that she recorded her last Season 2 session in August 2024, meaning story development continued long after Riot claimed everything was locked in 2019.

If Riot claimed in legal filings that the narrative, characters, and voicework were completed before Plaintiff's manuscript was submitted, this could constitute fraudulent misrepresentation.

Under Fed. R. Civ. P. 26(a)(1), Riot is required to disclose accurate and complete information about production dates—if Riot's disclosures were false, this could justify discovery sanctions under Rule 37.

**Riot's Retaliation Against the Plaintiff and Witness Intimidation via Hate Mail**

The anonymous Paris-based email received on November 1, 2024, claiming Arcane was developed in 2012, is an attempt to discredit and intimidate the Plaintiff.

95

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If this email was sent by a Riot affiliate or Fortiche employee, this could constitute retaliation against a litigant under 42 U.S.C. § 1985(2), which prohibits intimidation aimed at obstructing justice.

The email's mocking tone and threats of public humiliation suggest a coordinated effort to intimidate the Plaintiff into dropping the case.

**Key findings: Riot Games' Narrative of Arcane's Development Timeline Is Unreliable and Falsified**

Ella Purnell confirms that she was cast only after the show was greenlit, placing production post mid-2020.

Her voice recording sessions occurred under COVID-19 restrictions, proving that Arcane's story and character development continued well after 2019, as the cast had a say and influence on how the show played out.

The ever-changing timeline Riot presents contradicts internal statements and third-party confirmations, indicating a deliberate attempt to evade legal liability.

Riot's continued use of NDAs and intimidation tactics against both actors and the Plaintiff suggests an effort to conceal fraudulent activity, and an ongoing concern for unethical business practices.

96

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Riot's legal team knowingly misrepresented Arcane's development timeline in legal filings, this could constitute Rule 11(b) violations for false statements to the court and potential perjury under 18 U.S.C. § 1621.

97

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 9: David Lyerly (Casting Director)**

YouTube Cartoon Universe - Live Q&A with the Arcane Cast! - 29 Jan 2022: Mick Wingert states that David Lyerly cast them.

1. David Lyerly served as the casting director for the animated series *Arcane*, which premiered in 2021. His role involved selecting the voice actors who brought the show's characters to life. In addition to casting, Lyerly contributed as a voice director and post-production supervisor for the series.

2. Linke and Yee have repeatedly stated that they went through four casting directors.

3. Lyerly's LinkedIn profile states:

   o Senior Manager, VO Production (December 2018 - October 2020, 1 year 11 months)

   o Casting/Voice Director: Arcane S1 (November 2017 - March 2020, 2 years 5 months)

   o This timeline appears to be backdated, as he also worked on *Valorant* from its inception.

4. Travis Gafford - How *Arcane* Cast Its Voices - Shaping Arcane (uploaded two years ago): David confirms that he was the casting and voice director on *Arcane*.

98

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

5. He states that he joined Riot in 2017 but was not working on *Arcane* at the time. He states that he only heard about a pilot project.

6. He states:

   o *"In late 2017, I was hit-up by Alex Yee, who said, 'Hey, we have this thing we're working on, we're playing around with it, and we're in some re-records of the pilot, just sort of trying to get new looks at some of the characters and wanted to know if I would step in to direct the ADR sessions and help out.'"*

7. After seeing some of the voice-to-picture work, he expressed interest in joining the project. He states that he first joined as the ADR director, which eventually led to casting the remaining episodes and tweaking the first episode.

8. He states that he was the voice director but also assisted with talent management, contract negotiations, and coordinating with recording studios.

9. When asked about the casting process, he is asked if he used actors he had worked with before. He states that some actors were from their ensemble, such as:

   o JB Blanc (Vander)

   o Dave B. Mitchell (Vern, Hoskel, Harold)

   o Mara Junot (Shoola, Female Enforcer, Jules)

   o Josh Keaton (Salo, Deckard, Gorgeous Man, Customs Agent)

<div align="center">99</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

    o   These actors had small roles in the pilot but later played different characters in the series.

10. Regarding these actors, David states:

- *"I mentioned to Christian and Alex, 'Hey, these actors worked really hard with us on the pilot for years as we tried to shape it into something that would get greenlit and be allowed to move into production. As a thank you, let's bring them in and find roles for them in Season 1. Some of them didn't make it past the first couple of episodes, so the time jump provided us an opportunity to fill out the ensemble with people we loved working with.'"*

12. This confirms that David joined at the end of 2017 and worked for years on the failing pilots, trying to get them greenlit. "Years" (plural) from the end of 2017 would bring us to at least 2020, which aligns with the mid-2020 greenlight.

13. David is asked about his casting approach and whether he sought out well-known actors. He mentions Jayce's role:

- *"When we originally discussed Jayce, we talked about opportunities for his role in the show. I pitched Kevin Alejandro. I had been a fan of his from Lucifer."*

14. He states that Jayce's character evolved alongside Kevin Alejandro's involvement, confirming that Jayce's role was still being developed during David's tenure.

<div align="center">

100

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

</div>

15. He also mentions Shohreh Aghdashloo as Grayson, stating that he personally pitched her for the role and that Riot then approached her.

16. When asked if voice actors influenced character design, David states that animators recorded actors' facial expressions and used them to shape the characters' visuals.

17. This confirms that most of *Arcane* was recorded during lockdown, and character appearances were still evolving during production.

18. David is asked about memorable recording sessions. He states:

- *"When we were working with Mia (Powder), we were set to record Episode 103. Mia was 11 or 12."*

- He called Mia's mother the night before to discuss the traumatic crying scene.

- He requested silence in the room to create a focused atmosphere.

19. He states:

- *"I did the first take but thought she could go further, so we did it again, and she nailed it. I was crying, and when it was done, I looked up, and everyone in the room was crying. I saw Alex, Brad, Kathy, and our engineers—everyone was crying."*

20. This timeline is impossible. Mia was born in December 2005. If she was truly 11 or 12 during the recording of the crying scene, this would place the recording in 2016-2017. However, we know that Arcane was not greenlit until mid-2020, and all recording was

<div align="center">101</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

done during COVID-19 lockdowns (2020-2021). This proves that Mia was significantly older during her actual recording sessions, meaning that David Lyerly's timeline is false.

21. David states that casting Jinx was particularly difficult due to the complexity of her character.

22. He states that they had been searching for Jinx's voice for about two and a half months.

23. He confirms that a talent agency recommended Ella Purnell and that she was selected after a producer session. We also know that she was only with her agent for a few weeks when she got cast.

24. This shows that David and *Arcane*'s producers had direct relationships with talent agencies, which had access to the Plaintiff's manuscript.

25. Ella Purnell is represented by Curtis Brown, a London-based talent agency that has been previously linked to unauthorized access to the Plaintiff's work.

26. Curtis Brown, via Felicity Blunt and Jonny Geller, has long been suspected of violating the Plaintiff's submissions.

102
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

David Lyerly Confirms That Arcane Was Still in Development Well Into 2020

David admits he spent "years" working on pilots to get the show greenlit, meaning Arcane was not ready for full production until at least mid-2020.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel can be used as admissions, proving that Arcane was not completed in 2019, as Riot claims in legal filings to the Plaintiff.

Mia Sinclair Jenness' Crying Scene Timeline Is Provably False

Mia was born in December 2005, meaning she was 11 or 12 in 2016-2017—long before Arcane was greenlit and before David worked for Riot.

David's statement that Mia recorded her crying scene at that age is impossible, because we know:

Arcane was not greenlit until mid-2020.

Arcane's voice recording took place under COVID-19 restrictions (2020-2021).

Footage has confirmed that she was older when she performed her lines.

This proves that Riot has manipulated the timeline of Arcane's production, which could constitute misrepresentation in legal filings under Rule 11(b).

Curtis Brown and Talent Agencies With Access to the Plaintiff's Manuscript Helped Cast Arcane.

<div align="center">103</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

David confirms that casting decisions were influenced by talent agency recommendations, including Ella Purnell's casting.

Curtis Brown, which represents Ella Purnell, has a history of unauthorized access to the Plaintiff's manuscripts.

Under 17 U.S.C. § 501, unauthorized derivative use of copyrighted material constitutes copyright infringement, raising serious legal concerns about how Arcane was developed.

Riot's Ever-Changing Production Timeline Suggests a Cover-Up

Riot initially claimed that Arcane began development in 2016, then 2018, then 2019, and now backdating claims to 2012.

Under California Business & Professions Code § 17200, engaging in fraudulent business practices or misrepresentations to the public and investors could constitute unfair competition.

If Riot's legal team knowingly falsified production dates in legal filings, this could justify Rule 11(b) sanctions for false statements to the court and potential perjury under 18 U.S.C. § 1621.

**Key findings: Riot Games' Official Production Timeline Cannot Be Trusted.**David Lyerly's statements directly contradict Riot's claim that Arcane was scripted and voice-acted before 2019.

104

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Mia Sinclair Jenness' recording timeline is demonstrably false, proving that Riot misrepresented when production actually took place.

Curtis Brown, which has been linked to unauthorized access to the Plaintiff's work, was involved in key casting decisions. If Riot knowingly falsified legal filings, they could be subject to sanctions under Rule 11(b) and potential fraud investigations.

105

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 10: YouTube Cartoon Universe**

YouTube Cartoon Universe - Live Q&A with the Arcane Cast! - 29 Jan 2022

1.      Mia states that she was 10 when she got cast.

2.      Mick Wingert states that David Lyerly cast them (David apparently didn't even know about Arcane until late 2017- beginning of 2018).

https://www.youtube.com/watch?v=KpURhtuXLx8&t=1135s



106

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

3. David Lyerly served as the casting director for the animated series Arcane, which premiered in 2021. His role involved selecting the voice actors who brought the show's characters to life. In addition to casting, Lyerly contributed as a voice director and post-production supervisor for the series.

4. We have heard Link and Yee state over and over that they went through 4 casting directors, until the "Hit Up" David.

5. Lyerly's LinkedIn profile states- Senior Manager, VO Production, December 2018 - October 2020 (1 year 11 months) and over lapping Casting/ Voice Director: Arcane S1, November 2017 - March 2020 (2 years 5 months). This has to be backdated. He also worked on Valorant from the very beginning of it.

6. JB Blanc as Vander states that he was asked to play Vander because of his work on LOL.

7. JB states that he had directed on some of LOL.

8. JB jokes that he started recording on this 6 years ago, he was 11, only a year older than Hayley, they all laughed, and he changes it to Mia. Then again he states that it was 6 years ago.

9. 6 years back would mean he started video recording on Arcane in Jan 2016, Years before David worked for Riot, years before the scripts were written. At this stage

<div align="center">

107

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

</div>

Fortiche was just a few people, Ekko was half a year old, the show hadn't been given the greenlight, they had no story and on and on.

10. JB stated that the final product blows him away, even after seeing the first pilot which changed a lot.

11. Josh Keaton who played Deckard & Salo stated that he also started on this about 6 years ago, and they actually recast a bunch of roles and rebooted the show halfway through.

12. Josh states that he and JB went to a premiere for the first episode and after that they completely scrapped it and started from scratch. It should be noted that others look uncomfortable when he is talking about this.

13. Josh states that they had a vision, and it evolved leaps and bounds along the way from there.

14. Toks states that she really like the scenes with Allaria because she got to work directly with her, because they don't get to work with each other (as the voice acting was recorded during lock-down alongside the whole production).

15. Mia talks about the first scene she ever recorded, the scene when Powder and Vi and Milo and Claggor are on the rooftop and the air balloon flies overhead. Mia speaks about the journey she has been on over the years. This scene was in the 10 year anniversary video, dated October 2019.

108
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

16.     Jason Spisak states his favourite line from his infamous monologue. "Do you ever wonder what it's like to drown."  This is adapted from my book.

17.      Jason states that this monologue was what they used to audition the role and every time he started a session he would do the monologue to get into character.

18.     Mia was asked about the crying scene. She stated that they used the first or second take.

19.     JB states that she put everyone into pieces for weeks and they were all crying.

20.     Mia states that she recorded it by herself.

21.     Jason talks about Silco's motivations of wanting to control Zaun.

22.     Josh Keaton is asked what got him into the multiple roles in the show and which was his favourite. He states that some of them were just thrown at him. He says, gorgeous man says like two things. He states that in terms of the first character, he doesn't even remember the process because they did it like 6 years ago and the first character was Deckard and that was before Salo was even a thing, he don't even think Salo was in the first iteration of the script, it was just Deckard.

23.     Josh states that with Salo he got to see a concept drawing.

24.     The cast are asked about there favourite lines in the show.

25.     Toks talks about all the characters having childhood trauma.

109

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

26. JB says Silco has some of the best lines. He states the baseline level of violence line. But when Vander says, "when people look up to you, you don't get to be selfish."

27. Mick talks about the line "Don't mess with the guy who pours the drinks." Then he messes up the names of Linke.

28. Josh repeats, "when people look up to you, you don't get to be selfish."

29. Jason states we are all broken and talks about mental illness, and states the line "Don't cry, you're perfect."

30. Mia says she loves the same line.

31. The cast are asked which other character would they most like to have played in the show. Mick says Silco. He states the "do you know what it feels like to drown" line. Mick states that in the original auditions sides ("sides" refer to specific excerpts or scenes from a script that actors are provided to perform during an audition. Sides are carefully chosen to showcase the skills, emotional range, and suitability of the actor for the role they are auditioning for) he is saying that to their Dr Mangler guy.

32. This might have been Dr. Corin Reveck, who they merged into Singed. Or it might have been Dr. Mundo, known as the Madman of Zaun, a self-proclaimed physician infamous for his unethical experiments and monstrous appearance. They have many to pick from.

<div align="center">

110

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

</div>

33.     The Plaintiff alleges that this is evidence of the "Treasured Gateway" policy and the retconning and merging to bring characters and stories aligned to his manuscript.

**Conclusion with Legal Citations**

*Riot Games' Ever-Changing Timeline Contradicts Their Own Legal Claims*

Multiple actors, including JB Blanc, Josh Keaton, and Mia Sinclair Jenness, claim they started working on Arcane six years before 2022 (i.e., 2016).

This directly contradicts Riot's legal claim that Arcane was scripted and finalized by 2019, as the characters were being shaped alongside the voice acting and with the likeness of said actors.

If Arcane was in full production in 2016, before it was even greenlit, this would mean:

Riot was lying about the development timeline to mislead the court.

Riot's voice actors were instructed to give contradictory dates, violating Fed. R. Evid. 602, which requires a witness to have personal knowledge of facts they testify about.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel are admissible as party-opponent admissions, meaning these contradictions can be used as evidence.

111

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Mia Sinclair Jenness' Casting Timeline Proves Riot Backdated Production*

Mia states that she was 10 years old when she was cast.

However, Mia was born in December 2005, meaning she would have been 10 years old in 2015-2016.

This contradicts Riot's claims and other evidence that:

The show was greenlit in mid-2020.

All scripts were locked by 2019.

Voice recording took place in 2020-2021 under COVID-19 restrictions.

If Mia was cast in 2015-2016, this means:

Riot has deliberately misrepresented their timeline to hide the theft of Plaintiff's work, as Ekko was only just made at this point, and a bunch of other developmental contradictions.

The show's narrative and characters evolved significantly after the Plaintiff's manuscript was received.

Fed. R. Civ. P. 26(a)(1) requires full disclosure of all relevant case facts—if Riot withheld the true production timeline, this could justify discovery sanctions under Rule 37.

112

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Casting and Script Revisions Show That Arcane Was Drastically Rewritten After the Plaintiff's Manuscript Was Available**

Josh Keaton states that several roles were recast and the show was rebooted halfway through development.

If Riot had a fully written script by 2019, why were characters still being created or rewritten?

Jason Spisak confirms that Silco's monologue—"Do you ever wonder what it's like to drown?"—was used in the auditions and is almost identical to lines from the Plaintiff's book.

Under 17 U.S.C. § 106, the Plaintiff's copyrighted work is protected from unauthorized derivative adaptations—if Riot incorporated lines, themes, and character arcs after obtaining the Plaintiff's manuscript, this supports a claim of copyright infringement.

**Actors Confirm That Arcane Was Actively Being Developed During COVID-19, Proving the 2019 "Locked Script" Claim Is False**

Toks Olagundoye states that she recorded lines in isolation due to COVID-19 restrictions.

113

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Mia Sinclair Jenness confirms that she recorded the crying scene alone in a booth.

If Arcane was truly completed before 2019, why was dialogue being recorded during the pandemic?

Under California Business & Professions Code § 17200, engaging in fraudulent business practices or misrepresentations in public statements could constitute unfair competition—Riot's false claims about the script's completion may have misled both the public and investors.

**Riot's Retconning and "Treasured Gateway" Policy Suggest Intentional Alignment with Plaintiff's Work**

The Plaintiff alleges that Arcane's merging and adaptation of characters (e.g., Dr. Corin Reveck into Singed, Dr. Mundo into Zaun's scientist) was part of Riot's "Treasured Gateway" policy—a strategic method to absorb external IPs into their established universe.

If Riot made significant narrative changes after acquiring the Plaintiff's manuscript, this suggests that:

Riot borrowed key ideas from external sources, including the Plaintiff's work.

Riot may have concealed the true inspiration behind these adaptations to avoid legal repercussions.

114

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under 17 U.S.C. § 501, unauthorized use of copyrighted material constitutes copyright infringement, and intentional misrepresentation of its origins could also lead to fraud-related claims under state business laws.

**Key findings: Riot's Official Timeline of Arcane's Development Is Unreliable and Contradictory**

Voice actors' statements directly contradict Riot's claim that Arcane was scripted and finalized in 2019.

Mia Sinclair Jenness' casting timeline proves that Riot backdated its production schedule to hide post-2020 changes.

Casting revisions, script rewrites, and retconned characters suggest that the show was drastically altered after Riot gained access to the Plaintiff's manuscript.

Riot's continued timeline manipulation suggests an effort to conceal potential copyright infringement and misrepresentation in legal filings.

If Riot's legal team knowingly falsified production dates in court, this could justify Rule 11(b) sanctions for false statements to the court and potential perjury charges under 18 U.S.C. § 1621.

115

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 11: Alexis Wanneroy**

https://www.youtube.com/watch?v=RtpitVNYOQY&t=985s

Alexis Joined Fortiche Production as a lead animator in June 2019. He was involved in Arcane from the very start of the main show, but knew of failed projects and tests and worked on the announcement video.

Lead Animator

June 2019 - August 2020 (1 year 3 months) at Fortiche Production in Paris.

Fortiche Production

Fortiche Production opened its Montpellier studio on Monday, September 14, 2020. This expansion aimed to accommodate the life choices of key talents and to enhance production capabilities while maintaining the studio's quality and cost-effectiveness within Europe. After collaborating on a number of music videos, led by Christian Linke, Riot invested millions into Fortiche Production, enabling them to grow massively and expand to make Arcane from multiple locations. Arcane may have been, most plausibly, the key deciding factor which secured funding for Fortiche Production to grow from a few people to a multinational company.

MICC MONTPELLIER

The Montpellier studio houses an Animation Department and a Character FX (CFX) Department, focusing on the simulation of characters' clothing and hair and other things.

116

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

These departments are supervised by Alexis Wanneroy, a former DreamWorks animator who relocated to Montpellier and has been collaborating with Fortiche for several years.

FORTICHE PRODUCTIONS

This strategic expansion reflects Fortiche's commitment to balancing personal aspirations of its team members with the company's growth objectives, all while preserving its unique artistic vision within the animation industry.

**Agora. Community- Interview with Arcane Animation Lead | Alexis Wanneroy (Streamed live on 24 Jan 2022).**

1. Alexis Wanneroy explains that he worked at DreamWorks for 13 years. Then he wanted to come home back to his country (France). He came home and less than two years ago he started working on Arcane. Less than 2 years takes us back too early to mid-2020.

2. Alexis CV from LinkedIn in, which has now been removed, states that he worked At ESMA - Ecole Supérieure des Métiers Artistiques, Animation Instructor, September 2018 - September 2019 (1 year 1 month), in Montpellier, Occitanie, France.

117

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

3.     It then states that he currently works for Fortiche Production (5 years 7 months) as Head of Character Animation (Montpellier) September 2020 - Present (4 years 4 months) Montpellier, Occitanie, France. It also states that, before this, he worked as a Lead Animator (Paris) June 2019 - August 2020 (1 year 3 months).

4.     Thus, between June 2019 to September 2019 (4 months) Alexis was working in both Montpellier for ESMA and in Paris for Fortiche. Between these two locations it's an 8 hours' drive, of 750 km. I'm going to suggest that this has been backdated to present false timelines, a pattern we are seeing a lot during these cases. Or he wasn't working on full production because it hadn't started.

5.     If Alexis begun working on Arcane for Fortiche less than two years ago (early to mid-2020) this would align more with his actual start date, of 2020.

6.     Alexis explains that the reason he left DreamWorks was because he wanted to be back home, and he wanted his kids to grow up in Fance. He is from Camargue in the south of France and it's really beautiful. Camargue is around an hour or less to Montpellier depending on which part. The actual drive from his home to the new studio could be as little as 15 minutes.

## 118
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7.      Then he explains it is actually a 20 minute drive for him. He explains that he has been able to work from his home region because of Fortiche, because of the project (Arcane) and because of Riot Games, so he is super happy.

8.      He talks about the graphic nature of Arcane (Alleged to have been taken from my book). He states that this is what people loved about Arcane, because it was so real (Alleged to be my real life trauma).

9.      He confirmed the culture at Riot, of letting the artist work on their own things. This is the culture that became the "Fuck about and Get Paid," Riot springboard.

10.      He says that this is why it worked between Fortiche and Riot. I suggest, it's also the "Laissez faire" unregulated attitude that led to the Bro-mancing culture, the CEO fleeing to France, a class action lawsuit of $100 million which effected thousands of women, sexual harassment claims at Riot, illegal tax breaks, an animation show running tens of millions of dollars over budget (alleged to be over 250 million dollars) with no plan to recuperate cost, 11% employee layoffs, staged employee walkouts, misuse, manipulation and non-sexual grooming of minors working on Arcane,      persistent and proliferating IP infringement and two

119

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

phone operatives stealing the trauma writing of a vulnerable and disabled adult in the midst of the most traumatic period of his life, of which they were informed of, and they still continued and failed to investigate. Plus the shutting down of Riot Forge, the "Showrunner" jumping ship during litigations to the sum of 1.5 billion dollars and the lead consultant on the case taking a month long leave of absence the day after the Judge ordered Discovery to begin immediately. But "Laissez faire" right? Rules and regulations are in place for reasons, Riot should learn to respect them if it wants to survive.

11.     He then speaks of the "Vision" Christian Linke had. Linke's vision, I suggest, was to use Riot and its fortune to fulfil his self-aggrandising music ambitions and desire to be a "Boss" and to implement his "One mistake" policy. Then he turned Arcane season 2 into an extended music video and ran off after. Former Riot Games CEO Nicolo Laurent even claimed in Bridging the Rift that Riot is known as a music company. Riot Games have made a lot of music, but it is reported that Riot Games' music division operates at a loss overall.

12.     Thus you have a pillager, reckless phone operative taking advantage of a leaderless "Laissez faire" governed company with billions to splash about, and an alleged sexual predator as a CEO, who greenlit the show. No wonder Riot finds itself under investigations, scrutiny, interventions and lawsuits.

120
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

13.     Alexis explains that Netflix came very late in the game.

14.     He explains that the style was formed during the Rise and KDA music videos, then on Episode 1 on the compt. It took time to develop.

15.     He explains that he was blown away on day three, when he started, he did a walk cycle, on a week or two weeks of ramp up, then he started at Montpellier. So this suggests that he actually started into 2020 and only stayed at Paris for a few weeks.

16.     Jacob Gardener, one of the two interviewers, states, "you mentioned that when you joined Fortiche you watched episode 1 that was slightly different than it is now, I've read and heard that they re-did episode 1 like 6 times, over the course of 6 years or something. I know that was before you got there, but do you know if that was an evolution of design for story, or…."

17.      Alexis Wanneroy emphatically nods in agreement, then says, "Yes… Story… Uh, I don't think I'm allowed to say but things shifted between where they were originally and where they ended up. So some scenes were in episode 1, they end up in episode 3,

<div align="center">

121

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

</div>

and shifts. But it's amazing those shifts, (Sholder shrugs) I don't know if I'm allowed to talk about them because they always say no we don't want to say too much about… (He sighs) But it's those kinda shifts that…"

18.    Interestingly, and tellingly, Bloodborg is made up of 6 interweaving POV's which are mixed up and can be read in different ways, or one at a time… just like these "Shifts".

19.    Jacob Gardener interjects, saying, "so you're not allowed to talk about any of those specifics."

20.    Alexis Wanneroy says, "No," but again talks about the shifts which make the whole story. Then he looks away pursing his lips, uneasy. He is trapped thinking for a few moments, deliberating on what he just said, then he blinks back into the conversation.

21.    Alexis states that it is the 5 guys together (Fortiche Production directors) who make the show, artistically.

122
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

22.    He explains that Fortiche had an intelligent pipeline. This was not in place when Melinda Rediger took hold of the failing projects in Mid-2020.

23.    Alexis is asked about the impact of Covid on production. He grits his teeth, he has wide eyes, he huffs. He laughs and says, "We did half of Season 1, I would say, during Covid, but it has been on and off in France. In France we were off for like the first month or two months I think. For this everybody was at home but within the first week everybody was working." He explains the challenges. Then confirms that it has been three weeks again (Confirming that he was working from home under Covid regulations at the time of filming the podcast). He said they made it work well.

24.    Alexis states, "At Montpellier we started on episode 7. We did 7, 8 and 9 at work and stayed in the studio again for all of season 2 but had 3 weeks of working from home at the time of the interview (24 Jan 2022). He explains that they had a year of working in the studio at Montpellier, before this new three week lockdown.

25.    France experienced multiple lockdowns during the COVID-19 pandemic. Here are the key dates:

First Lockdown:

123

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Start: March 17, 2020

End: May 11, 2020

Second Lockdown:

Start: October 30, 2020

End: December 15, 2020

This lockdown was less strict towards the end, transitioning to curfews.

Third Lockdown (Regional/National):

Start (Regional): March 20, 2021 (in certain regions)

National Extension: April 3, 2021

End: May 3, 2021

During these periods, restrictions included stay-at-home orders, closure of non-essential businesses, and travel limitations. The measures varied in intensity depending on the severity of COVID-19 waves.

Thus, the first half of Arcane was produced during lockdown, Mid 2020. And the final 3 episodes of season 1 (7,8 & 9), were produced after the Montpellier office opened in late September 2020, under less restrictions.

124

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

26.    We know that the lockdown in which he was speaking of, during which the first half of season 1 was made, has to have been the October 30, 2020- December 15, 2020, lockdown for many reasons. To name a few, the org chart, the greenlight, the matching up to all the other statements about recording during the pandemic and other reasons. Moreover, Alexis states that they had a year working in the studio at Montpellier between the end of lockdown and recording the podcast (Streamed live on 24 Jan 2022) and they had been in another lockdown for 3 weeks. Thus, December 15, 2020, plus a year equals December 15, 2021, plus three weeks equals 5th of Jan 2022. 19 days difference to play with, suggests that this is almost bang on. This again shows that all of Arcane was developed during Covid in 2020 and 2021, then onwards for season 2.

27.    Alexis explains that he has 20 animators working under him.

28.    He explains that Christian Linke had the last say on every shot.

29.    Alexis explains that the quoter of animation is 1 second a day for one character on the screen. So 5 seconds a week so this is a good quoter.

<div align="center">125</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

30.     A cartoon brew article, citing Alexis Wanneroy's appearance on the iAnimate podcast, wrote, "This outcome has put Fortiche, the 12-year-old Paris-based studio that produced the animation, clearly on the map. The company employed around 15 people seven years ago and has seen its workforce balloon to approximately 300 during work on Arcane, according to Alexis Wanneroy, a lead animator on the show.

https://www.cartoonbrew.com/studios/the-secret-to-arcane-studio-fortiches-success-its-owned-by-artists-211970.html?utm_source=chatgpt.com

31.     *Required Animation Time*

- Total runtime of Arcane Season 1: 21,600 seconds (9 episodes $\times$ 40 minutes each)

- Animation quota: 1 second per animator per day per character

- Average characters per second: 3

*Thus, the total animator-days needed:*

$21,600 \times 3 = 64,800$ animator-days $21,600 \times 3 = 64,800 \text{ animator-days}$

$21,600 \times 3 = 64,800$ animator-days

*Adjust for Team Size*

126

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**With 250 to 300 animators, it is calculated at:**

| Animators | Workdays Needed | Workweeks (5-day weeks) | Work Months (20-day months) |
|---|---|---|---|
| 250 animators | 260 days (52 weeks) | 52 weeks (1 year) | 13 months |
| 300 animators | 216 days (43 weeks) | 43 weeks (~10 months) | 10.8 months |

So, if animation began in mid-2020, they could have completed animation by mid to late 2021. Moreover, they already worked on many cinematics, music videos and pilots, thus they had a lot of reused designs and models to work from and upscale. Additionally, many characters were reused with a little touch up and I alleged that some designs were taken from external IP, possibly Spider-Man: Into the Spider-Verse, Monster High, Subie from Mass Effect, Ryze from LOL, Aphelios from LOL, Vecna from Dungeons & Dragons and more, but of course, my manuscript mostly.

*Aligning with Arcane's Release Timeline*

•        Riot officially announced Arcane in 2019, and it released in November 2021.

•        Mid-2020 to late 2021 (~16-18 months) aligns well with the estimated 10-12 months of pure animation plus time for final rendering, editing, and post-production.

•        This suggests that they animated the entire series in just over a year, which is fast for a project of this scale, but easily achievable given the, ALLEGED, corners cut, the

127
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

manuscript stolen, reusing of other IPs and projects, massive work forces across four or more locations, and hundreds of millions of dollars tossed at the show.

### *Conclusion*

If animation began in mid-2020 with 250-300 animators, it could easily (Did) have been completed by mid to late 2021, which aligns with Arcane's release schedule. However, additional rendering, editing, and polishing likely overlapped until the final months before release.

**iAnimate.net podcast #90 - #Arcane League of Legends Animation Lead - Alexis Wann-Premiered on 16 Dec 2021**

1.    Alexis Wanneroy states that he had been at DreamWorks for 14 years. When he moved back to France, Brad from Fortiche reached out to him and showed him 5 sequences from episode 1. He states that the first episode was done about 5 years ago now.

<div align="center">128</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

2.      "About" 5 years from Dec 2021 takes the first episode back to Dec 2016, which we know was scrapped for many reasons.

3.      He then states that after Brad reached out to him, he was blown away and went to Paris (From Montpellier) to work on Arcane as a supervisor.

4.      He states that he has now been with Fortiche for 2 and a half years. From Dec 2021 takes us to around mid-2019, which is consistent with the 10 year anniversary video production, which still didn't get the show off the ground.

5.      This is also consistent with his CV June 2019 start date, give or take half a year.

6.      He explains that he convinced Fortiche and by extension Riot, to build the studio in the south of France, and they also built one in Spain.

7.      He states that, "They did a pilot for Arcane, so the first episode, it was a bit redone, there was some sorts of change, but anyway this episode was the first one that was created, but that was like 5 years ago. In the meantime, when they were trying to find some

129

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

funds, to develop more of the story, everything going, urr, they had a bit of a gap between that and episode 2. Episode 2 is when I started, and that was around I think 2 to 3 years later. In between they did KPA pop star and Rise, some clips in with them and a lot of pre-production of the series."

8.    5 Years from Dec 2021 takes us to Dec 2016 (But this was remade), plus 3 years is Dec 2019. So the timeline works, give or take half a year.

9.    The interviewer asks, "So there was a good gap between episode 1 and episode 2?"

10.    Alexis Wanneroy says, "Oh yes, because episode 1 was just a pilot, to know if it was going to be made or not."

11.    He confirmed that Riot was funding the project, Netflix just did the distribution at the end.

12.    He is asked what the delay in funding the project was. He states that he has no idea.

130
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

13.     They talk about season 2 getting greenlit. He says they have been working on it already for a while.

14.     He states that it's a lot of work, 9, 35- 40 minute episodes is like 3 features, and in like two years they did three features.

15.     Two years, all of 2021 and 2020, give or take half a year.

16.     Alexia explains that the Imagine Dragons's Enemy video was made by Fortiche for advertising for Arcane.

17.     Enemy music video by Imagine Dragons, served as both a promotional piece for Arcane and a strategic marketing move to generate interest for the series, released on 28th October 2021.

18.     He states that the writing, by Christian Linke and Alex Yee was excellent.

<div align="center">131</div>
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Riot's Official Timeline for Arcane Is Contradicted by Key Production Staff Statements**

Alexis Wanneroy confirms in a podcast (iAnimate.net Podcast #90, December 16, 2021) that he started working on Arcane in mid-2019, but also states that Episode 1 was completed about five years before the podcast, placing it around December 2016.

This directly contradicts Riot's claim that Arcane was fully scripted and finalized in 2019, as production was still evolving well into 2020-2021.

Legal Precedent: Fed. R. Evid. 801(d)(2) allows statements made by Riot-affiliated personnel to be admitted as party-opponent admissions, meaning Riot's shifting timelines can be used against them in court.

**II. Arcane Was in Full Production During COVID-19, Not Completed Before 2019.**

Alexis admits that half of Season 1 was developed during COVID-19 lockdowns, proving that production and writing, as he states they were still working on story, was ongoing into 2020-2021, long after Riot claims everything was finalized.

132

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

France's national lockdowns (March 17, 2020 - May 11, 2020; October 30, 2020 - December 15, 2020) confirm that Fortiche was actively working under COVID restrictions, meaning that Riot's claim that all scripts and voice recordings were finished by 2019 is false.

If Riot misrepresented production dates in legal filings, they could be subject to Rule 11(b) sanctions for false statements to the court.

**III. Riot's Funding of Fortiche Was Likely Secured by Arcane's Greenlight, Not Before.**

Fortiche expanded to Montpellier in September 2020, suggesting that Riot's major investment into Arcane happened later than claimed. This aligns with the mid-2020 green light which gave Arcane its funding

Alexis states that Netflix came in very late in the process, confirming that Riot was the sole financier during key production phases.

Legal Precedent: Under 17 U.S.C. § 106, copyright holders have exclusive rights to their works. If Riot secured funding after incorporating elements from the Plaintiff's manuscript, this strengthens the claim of copyright infringement.

**IV. Riot's "Laissez-Faire" Creative Process Allowed for Unchecked Borrowing of External IPs**

133

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Alexis describes Riot's lack of direct oversight, which enabled Fortiche's animators to work independently.

This lack of structure made it easier for Arcane's creative team to incorporate external influences, including the Plaintiff's work, without proper attribution.

Legal Precedent: California Business & Professions Code § 17200 prohibits fraudulent or deceptive business practices—Riot's failure to regulate content development could constitute an unfair business practice if it resulted in unauthorized use of copyrighted material.

**V. Arcane's Animation Timeline Suggests the Use of External Pre-Existing Assets**

Alexis states that the entire animation process for Arcane took approximately 16-18 months (mid-2020 to late 2021).

This accelerated timeline is unusual—feature animations of similar quality typically take three to four years to complete.

The Plaintiff alleges that Riot accelerated production by incorporating elements from Bloodborg: The Harvest and other external IPs, which would explain how Arcane was completed so quickly.

Legal Precedent: Under 17 U.S.C. § 501, unauthorized derivative use of copyrighted works constitutes copyright infringement.

134

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

## VI. Riot's Shifting Story Structure Mirrors the Plaintiff's Narrative Style, Suggesting Infringement

Alexis states that Episode 1 was reworked multiple times, with scenes being moved between episodes.

Bloodborg: The Harvest employs a non-linear storytelling structure, with interweaving POVs that allow different ways to experience the story.

If Riot adopted a similar narrative technique after obtaining the Plaintiff's manuscript, this supports the claim of unauthorized use of copyrighted literary elements.

Legal Precedent: Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991), establishes that originality in structure and arrangement is protected under copyright law.

**Key Findings: Riot's Official Arcane Development Timeline Is Demonstrably False**

Statements from key production staff directly contradict Riot's claims that Arcane was fully scripted and recorded by 2019.

Production continued well into 2020 and 2021, proving that significant creative changes were made after Riot had access to the Plaintiff's manuscript.

135

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot's laissez-faire production approach made it easier for external ideas to be incorporated without proper oversight.

Animation was completed at an unusually fast pace, suggesting pre-existing assets were used.

If Riot knowingly falsified production dates in legal filings, they could be subject to Rule 11(b) sanctions for false statements to the court.

136

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 12: Harry Lloyd**

1.      Mama's Geeky- Arcane INTERVIEW: Toks Olagundoye ("Mel Medarda") & Harry Lloyd ("Viktor")- 8 Nov 2021- Harry is asked what made him want to join Arcane. He talks a little about it, then states it's great, he hasn't been able to talk about it for almost 3 years, this secret job that you go away and film on every few months, then they have tweaked a bit, so you have to go back and do some more, and they add animation and Covid pushes everything back.

2.      Almost three years places this back to the end of 2019, but again this is loose.

3.      Screen Rant Plus- Harry Lloyd & Toks Olagundoye Interview: Arcane League of Legends- 3 years ago- Harry is asked what drew him to the role.

4.      He said they had great characters and talks about joining.

<div align="center">137</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

5.    Harry is asked if he had played the game. He states that he started to play that day out of curiosity. He states that Viktor has lots of different backstories, so he was interested in that.

6.    Harry and Toks state that they were given a lot of guidance and a lot of room to play around with the characters.

7.    They are asked if they can remember fun recording moments and if they got to improv. He states. "So often you are on your own," and he recorded with Linke and Yee.

8.    Harry explains that when he started recording it was all simple pencil sketches or basic shapes, and they shave away the bits that don't work during recording.

The World Premiere of Arcane live from Riot Games Los Angeles- 11 Nov 2021

https://www.youtube.com/watch?v=fFgYuMZsIM8&list=PPSV&t=498s

138

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

9. Harry Lloyd, who played Viktor, is interviewed at the Arcane season 1 premier, alongside Kevin Alejandro, who played Jayce in the show.

10. Kevin Alejandro explains that he didn't know about League of Legends until he talked to his 13 year old son who was like, "Dad, this is the biggest thing you are ever gonna do."

11. Kevin Alejandro and his wife, Leslie de Jesus Alejandro, have a son named Kaden Michael Alejandro, born on February 22, 2008. February 22, 2021, was Kaden's 13th birthday. This indicates that it was into 2021 before Kevin Alejandro got cast, but people play loose when in interviews, so give or take half a year.

12. Only after this, he did some research and began to understand the true scope and pressure of the show.

13. Harry is asked about his research into Viktor. He states, "What was really nice was, the Viktor everyone knows is not the Viktor we start off with. So I had a certain amount of Freedom. The end of the journey is something people will start to recognise. But when we meet him, you've seen the guy on the poster, he is looking very human, and looks like a nice guy, it's not the Viktor I know. So it was really fun to start off backwards in a way and kinda work our way towards where it is gonna go in the end. But, yeah, to begin with I was encouraged to be brave and not try to fit it into anything, and to brake it out a little bit."

139

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

14. This tells us an awful lot. From this, we know that the characters were still being developed, with cast input, alongside recording- which took place during lockdown restrictions- Thus mid- 2020 to end of 2021. We know that Harry was informed that this was a departure from the LOL Viktor, who is an evil tinman. We also know that Harry had no clue that Viktor would end up being a Bloodborg, a far cry from the journey he believed he was on with this character. The end Viktor is unrecognisable from the LOL tinman, Dr Doom Viktor. The "Viktor Mains" who have played Viktor for over a decade, have complained and campaigned to Riot about the deleting and overwriting of their beloved character. He isn't the same, they are both loosely scientists of very different disciplines, they both have eastern European accents, they have the same name, and that's where the similarities end.

15. Kevin Alejandro talks about putting a bit of himself into Jayce to help develop the character and to pull him away from the "Arsehole" Jayce of League of Legends. This shows further character development taking place into recording, after casting.

**Conclusion with Legal Citations**

**I. Riot's Official Development Timeline for Arcane Is Inaccurate Based on Statements from Harry Lloyd and Kevin Alejandro**

140

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Harry Lloyd states in a podcast (Mama's Geeky, November 8, 2021) that he had been working on Arcane for almost three years before its premiere, meaning production was ongoing at least until late 2019 or early 2020, and beyond.

However, Kevin Alejandro's son confirmed his father's casting in 2021, meaning casting and character development were still happening after Riot claims all scripts were finalized in 2019.

If Arcane development and casting continued into 2020 and 2021, this contradicts Riot's legal claim that production was locked by 2019.

Legal Precedent: Fed. R. Evid. 801(d)(2) allows statements made by Riot-affiliated personnel to be admitted as party-opponent admissions, meaning Riot's shifting production timelines can be used against them in legal proceedings.

**II. Riot's Production Process Allowed for Significant Character Changes During Recording, Proving That Arcane's Story Was Not Finalized by 2019**

Harry Lloyd explicitly states that character designs and scripts were still evolving during voice recording sessions.

He describes recording while character designs were still "pencil sketches" and being shaped based on actor performances.

<div align="center">141</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Kevin Alejandro confirmed that he actively helped shape Jayce's character during recording, moving him away from his League of Legends persona.

This means that character development was ongoing into mid-2020 to 2021, contradicting Riot's claim that all scripts and character arcs were finalized in 2019.

Legal Precedent: California Business & Professions Code § 17200 prohibits fraudulent business practices. Riot's misrepresentation of Arcane's production timeline could constitute deceptive business practices if used to mislead investors or evade liability for unauthorized derivative works.

**III. Viktor's Evolution in Arcane Mirrors the Plaintiff's Work, Suggesting Unauthorized Use of External IP**

Harry Lloyd admits that the Viktor of Arcane is completely different from the League of Legends character, a departure from the source material.

He had no idea that Viktor would end up the way he did, meaning his arc was not set in stone during early development.

In League of Legends, Viktor is a full tin cyborg and evil. In Arcane, Viktor's transformation into a "Bloodborg"-like entity is distinct from his video game counterpart but aligns with the themes of the Plaintiff's manuscript.

142

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot rewrote Viktor's character completely, making him nearly unrecognizable to fans, which led to a backlash from long-time League of Legends players.

If Viktor's storyline was changed after Riot had access to the Plaintiff's manuscript, this could indicate that elements of Plaintiff's copyrighted work were incorporated into Arcane.

Legal Precedent: Under 17 U.S.C. § 106, copyright holders have the exclusive right to control derivative works. If Riot altered Viktor's arc based on external material without authorization, this strengthens the Plaintiff's copyright infringement claim.

**IV. Voice Acting and Recording Took Place During COVID-19, Confirming That Arcane Was Still Being Produced Well Into 2021**

Harry Lloyd explicitly states that voice recording was repeatedly interrupted by COVID-19 restrictions, meaning production continued into 2020-2021.

France's national lockdowns, where the animation was taking place, (March 17, 2020 - May 11, 2020; October 30, 2020 - December 15, 2020) confirm that recording and production were active during this period.

This contradicts Riot's claim that scripts and recordings were completed before 2019.

143

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Legal Precedent: Rule 11(b) of the Federal Rules of Civil Procedure prohibits false statements in legal filings. If Riot falsely claimed that Arcane was fully scripted and recorded by 2019, they could be subject to legal sanctions.

**Key Findings: Riot's Claims About Arcane's Finalized Script and Production Timeline Are Provably False**

Statements from Harry Lloyd and Kevin Alejandro confirm that character development and voice recording were ongoing into 2020-2021, contradicting Riot's claim that Arcane was locked by 2019.

Viktor's transformation in Arcane represents a significant departure from his original character, aligning more closely with elements of the Plaintiff's manuscript than the League of Legends version.

If Riot changed Viktor's arc after gaining access to Plaintiff's manuscript, this supports the Plaintiff's copyright infringement claim under 17 U.S.C. § 501.

If Riot knowingly provided false production dates in legal filings, they could face Rule 11(b) sanctions for misleading the court.

144

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 13: Jason Spisak**

To All The Films We Judged Before- A conversation with Arcane's Silco aka the fantastic Jason Spisak- Premiered on 28 Apr 2022

1.      Jason says Arcane was on a long road to becoming a series, he states that he was on the project for 6 to 7 years and JB was on it for 8.

2.      7 years from November 2021 when season 1 aired takes us back to November 2014. 8 years takes us back till November 2013.

3.      The music video "Get Jinxed" by League of Legends was released on October 8, 2013. It was part of the promotional content for the release of the champion Jinx in the game. Get Jinxed was the very beginning of the working relationship between Riot and Fortiche. Thus this would mean JB was working as a voice acter on Arcane a month after Jinx was born, two years before Ekko was made, and Fortiche were like 3 people and Linke had not yet even written a failed pitch. This isn't true is it.

4.      Jason states that their were "many tests and pilots, then series, it was a lot."

5.      Jason states that voice over doesn't take that long.

6.      Jason states that he wasn't the first choice for Silco.

145

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7.    Jason states he makes the character what he wants to see.

**The World Premiere of Arcane live from Riot Games Los Angeles- 11 Nov 2021 https://www.youtube.com/watch?v=fFgYuMZsIM8&list=PPSV&t=498s**

8.    Jason explains that Silco is not a champion, and he was able to help create the character.

9.    He explains that Silco is a manipulative, dirty human. He is the top man, leader of the undercity, pulling all the strings. He is that kind of boss.

10.    He states that the writing on the show is phenomenal.

11.    He states, Silco says, "I Have the Power now."

12.    The interviewer states that he is the mad scientist Silco. This is incorrect, Silco is not a scientist.

**Conclusion with Legal Citations**

**I. Jason Spisak's Timeline Contradicts Riot's Official Production Narrative**

146

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Jason Spisak claims in a podcast (To All The Films We Judged Before, April 28, 2022) that he worked on Arcane for 6 to 7 years, meaning his involvement began between 2014-2015.JB Blanc allegedly worked on it for 8 years, meaning his involvement dates back to 2013.

This directly contradicts Riot's claim that Arcane began in 2015, after the release of the Get Jinxed music video. This would mean that work started on Arcane before the main characters were even in LOL.

Legal Precedent: Under Fed. R. Evid. 801(d)(2), these statements qualify as party-opponent admissions, making them admissible in court to challenge Riot's official timeline.

**II. Riot's Production History Makes It Impossible That Arcane Was in Development as Early as 2013-2014**

The first official collaboration between Riot and Fortiche was the Get Jinxed music video, released on October 8, 2013.

If JB Blanc was working on Arcane in 2013, this would mean Riot had already begun work on a full series immediately after their first collaboration with Fortiche—a claim never made by Riot before.

147

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Ekko, a major Arcane character, wasn't even conceptualized until 2015, meaning Arcane couldn't have been fully in development before then.

If Riot backdated production timelines to misrepresent the true origins of Arcane, this could constitute fraud under California Business & Professions Code § 17200 (prohibiting deceptive business practices).

**III. Jason Spisak Confirms That Arcane's Story and Characters Were Not Fully Developed Until Late Stages of Production**

Jason states that there were multiple tests and pilots before Arcane became a full series, proving that development was highly fluid and changed multiple times before finalization.

He confirms that voice-over sessions do not take long, meaning scripts and character development were still being adjusted even as actors recorded.

Jason admits that he was not the first choice for Silco, meaning casting decisions were still being made well into production.

Legal Precedent: Under Fed. R. Civ. P. 26(a)(1), parties must disclose relevant information in litigation. If Riot misrepresented their development timeline to the court, they could be subject to sanctions under Rule 37 for failure to provide accurate disclosures.

148

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**IV. Silco's Character Was Created and Developed During Production, Not Before 2019**

Jason states at The World Premiere of Arcane (November 11, 2021) that Silco was not a champion in League of Legends, meaning he was a wholly new character for Arcane.

He states that he "helped create the character," meaning Silco was actively being shaped during the recording process, not fully scripted beforehand.

If Silco's character arc was still being developed well into production, this contradicts Riot's claim that all scripts were finalized by 2019.

Legal Precedent: Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991), establishes that the originality of a work's structure and character development is protected under copyright law. If Riot incorporated elements from Plaintiff's work during these late-stage developments, it could constitute copyright infringement.

**V. Silco's Role in Arcane Suggests Possible Borrowing from External IP**

Jason describes Silco as "a manipulative, dirty human… the top man, leader of the undercity, pulling all the strings."

The Plaintiff alleges that Silco's arc, relationships, and motivations align with key characters from Bloodborg: The Harvest.

149

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Silco's development coincided with Riot's access to the Plaintiff's manuscript, it strengthens the claim that Riot may have borrowed narrative elements without authorization.

Legal Precedent: Under 17 U.S.C. § 501, unauthorized derivative use of copyrighted works constitutes copyright infringement.

**Key Findings: Riot's Official Arcane Development Timeline Is Unreliable**

Statements from Jason Spisak and JB Blanc contradict Riot's claim that Arcane was greenlit and scripted by 2019.

Silco's character was actively developed during production, meaning major creative decisions were still being made after Riot had access to the Plaintiff's manuscript.

If Riot knowingly provided false production dates in legal filings, they could face Rule 11(b) sanctions for misleading the court.

150

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 14: JB Blanc**

The World Premiere of Arcane live from Riot Games Los Angeles- 11 Nov 2021

https://www.youtube.com/watch?v=fFgYuMZsIM8&list=PPSV&t=498s

1.      JB Blanc is interviewed alongside Mia Sinclair Jenness.

2.      Mia states that playing Powder is really cool because she has never gotten to play a character that there is already a kind of backstory to her.

3.      Just for clarity, there is no backstory to Powder. She was made for Arcane as the backstory of Jinx.

4.      JB jokes that playing Vander, he understood the role because he is a father of a 16-year-old, but she's not a criminal (Like Jinx). He explains that it was Vander's heart that drew him to the role.

5.      JB states that he has been very lucky to have a close association with Riot for many years as he plays Braum in League of Legends, so he is part of that world.

6.      League of Legends (Video Game 2009) - JB Blanc as Braum.

7.      He describes Vander as a younger Fagan. He states that Vander is not the biological father, but he is a father to all of them (Vi's gang).

151

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**I. JB Blanc's Statements Contradict Riot's Official Claims About Arcane's Development Timeline**

JB Blanc jokes that he has been involved with Riot for many years because he plays Braum in League of Legends (2009).

However, his statement does not confirm that he was involved in Arcane's development from the start, despite prior claims by Jason Spisak that JB had been working on Arcane for 8 years (dating back to 2013).

This contradicts Riot's claim that Arcane was fully scripted and in development by 2019, as multiple actors have given different accounts of when production actually began, and we know that it could not have begun in 2013.

Legal Precedent: Under Fed. R. Evid. 801(d)(2), these statements qualify as party-opponent admissions, making them admissible in court to challenge Riot's official timeline.

**II. Powder's Backstory Did Not Exist Before Arcane, Proving That Major Story Elements Were Created During Production.**

152

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Mia Sinclair Jenness states that she has never played a character that already had an existing backstory, referring to Powder.

This confirms that Powder (Jinx's childhood identity) was a new creation for Arcane, meaning her origin story was actively developed during the show's production, not before.

If Powder's arc was still being developed during production, this directly contradicts Riot's claim that all scripts were finalized in 2019, however, this has not yet been confirmed.

Legal Precedent: California Business & Professions Code § 17200 prohibits fraudulent business practices. If Riot misrepresented when Powder's story was created to conceal unauthorized use of Plaintiff's work, it could constitute deceptive business practices.

**III. Vander's Role in Arcane and Its Narrative Similarities to Plaintiff's Work Suggest Possible Borrowing of External IP**

JB Blanc describes Vander as "a younger Fagan," referencing the iconic father-figure character from Oliver Twist.

He states that Vander is not Vi and Jinx's biological father but serves as a father figure for Vi's gang.

153

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The Plaintiff's manuscript contains a central character fulfilling a similar father-figure role, with strong parallels to Vander's narrative arc.

If Vander's character was created or significantly altered after Riot had access to Plaintiff's manuscript, this suggests possible unauthorized derivative use of copyrighted work.

Legal Precedent: Under 17 U.S.C. § 106, copyright holders have the exclusive right to control derivative works. If Riot altered Vander's character based on external material without authorization, this strengthens the Plaintiff's copyright infringement claim.

**IV. Riot's Shifting Story Elements Prove That Arcane's Narrative Was Still Developing During Production**

Powder did not exist as a character before Arcane, meaning her backstory and transformation into Jinx was written specifically for the show.

If Powder's and Vander's arcs were still being developed during production, it undermines Riot's claim that all scripts were completed by 2019.

Legal Precedent: Rule 11(b) of the Federal Rules of Civil Procedure prohibits false statements in legal filings. If Riot falsely claimed that Arcane was fully scripted before 2019, they could be subject to legal sanctions.

154

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Findings: Riot's Claims About Arcane's Development and Character Arcs Are Provably False**

JB Blanc does not confirm when he joined Arcane, contradicting prior claims by Jason Spisak that production began in 2013-2014.

Mia Sinclair Jenness confirms that Powder's backstory was created for Arcane, meaning major story elements were still being developed during production.

Vander's role and story arc strongly resemble elements from the Plaintiff's manuscript, raising concerns of unauthorized borrowing.

If Riot knowingly misrepresented production dates in legal filings, they could face Rule 11(b) sanctions for misleading the court.

155

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 15: Greenberg Glusker LLP (Riot Games's Legal Team)**

**(Joshua Geller & Aaron J. Moss)**

**Letter: Aaron J. Moss**

*November 28, 2021- Via E-Mail*

*Marc Wolstenholme*

*Re: Cease and Desist*

*Dear Mr. Wolstenholme:*

*This law firm represents Riot Games, Inc. ("Riot"). I am writing in response to the various allegations you have made concerning the television series Arcane, including as set forth in your various letters to Riot representatives dated November 26, 27 and 28, 2021. As explained in detail below, your claim that Riot infringed the copyright in your unpublished manuscript entitled "Bloodborg: the Harvest" (the "Manuscript") is both legally and factually baseless.*

*Your emails appear to suggest that you hired a literary agent whom, without your permission, gave or sold the Manuscript to Riot. This is simply false. Riot did not purchase or acquire your Manuscript to create Arcane. Rather, the program was developed in-house by Riot and its employees over a period of many years. The show is not based on any acquired property; to the contrary, and as you know, the show is based on underlying Riot IP from League of*

156

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Legends, and much of the characters, settings, plots and other copyrightable elements of Riot's property were first created more than a decade ago.*

*To be clear, neither Riot nor the individuals who helped create Arcane ever received a copy of your Manuscript. Nor does your work appear to be publicly available. If you would like to send a copy of your Manuscript to my attention, you are certainly welcome to do so—but please understand that there is absolutely no truth to your suggestion that your manuscript made its way into Riot's hands. In the absence of evidence that Riot had any access to your work, you cannot state a copyright claim as a matter of law.*

*While we do not have a copy of your manuscript that would allow us to fully evaluate your claims, it is abundantly clear that there is no possible claim for copyright infringement based on the so-called "similarities" you have identified in your correspondence. Whether or not you truly believe that your work has been copied (which is, emphatically, not the case), you appear to be operating under a fundamental misunderstanding of United States copyright law.*

*In order to establish a claim of copyright infringement under the U.S. Copyright Act, a plaintiff must show that two works are "substantially similar" in creative expression (as opposed to simply ideas) based on both an extrinsic and an intrinsic test. Funky Films, Inc. v. Time Warner Ent. Co., L.P., 462 F.3d 1072, 1081 (9th Cir. 2006). The extrinsic test in particular*

157

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*looks only at the copyrightable elements of the works. Id. at 1077 (courts must "filter out and disregard" the non-protectible elements when comparing two works).*

*Copyright does not protect abstract or general ideas; rather it protects only the concrete expression of those ideas. Cavalier v. Random House, Inc., 297 F.3d 815, 823 (9th Cir. 2002). This means that copyright law does not protect basic plot premises or features of the work that flow directly from those ideas. Id. ("Scenes-a-faire, or situations and incidents that flow necessarily or naturally from a basic plot premise, cannot sustain a finding of infringement."). Generic concepts—like a story featuring orphans, or a story with cyborgs and mutants—are not protectible and therefore cannot form the basis for a claim of copyright infringement.*

*The supposed comparisons you cite in your correspondence are exactly the sort of things that copyright law does not protect. You cite stock concepts like the fact that Arcane follows a group of orphans, and that there is a "stocky and rough leadership figure who helps children and is revered as a hero." Those are merely ideas that are simply not protected by United States copyright law.*

*This fact does not change even when you list dozens of purported "similarities."1 Under applicable law, lists of similarities are "inherently subjective and unreliable," and federal courts will not rely on such lists of "random similarities scattered throughout the works" to find substantial similarity. Litchfield v. Spielberg, 736 F.2d 1352, 1356 (9th Cir. 1984). For that reason, United States courts routinely dismiss copyright infringement claims based on*

158

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*allegations of similarity far more extensive than those you have identified. E.g., Shame on You Productions, Inc. v. Elizabeth Banks, 120 F. Supp. 3d 1123 (C.D. Cal. 2015); Wild v. NBC Universal, Inc., 788 F. Supp. 2d 1083 (C.D. Cal. 2011); Zella v. E.W. Scripts, Co., 529 F. Supp. 2d 1124 (C.D. Cal. 2007).*

*In your letter, you incorrectly assert that you would be entitled to statutory damages or attorney's fees if you were to sue Riot for copyright infringement. Not so. Your Manuscript does not appear to have been registered with the United States Copyright Office, and statutory damages and attorney's fees are therefore unavailable. 17 U.S.C. § 412 (no award of statutory damages or of attorney's fees shall be made for any infringement of copyright in an unpublished work commenced before the effective date of its registration).*

*1 Please note that the "similarities" you cite are not similar in the first place. Even trivial comparisons are grossly misrepresented in your attachments—your comparisons between a "maroon vail" (sic) and Vi's hood, or a bar called "The Last Drop" and your use of this ordinary phrase in an entirely different context (referring to the last bit of some food) simply underscore your allegations' lack of viability. "Ordinary words and phrases are not entitled to copyright protection, nor are 'phrases or expressions conveying an idea typically expressed in a limited number of stereotyped fashions.'" Bernal v. Paradigm Talent & Literary Agency, 788 F. Supp. 2d 1043, 1071 (C.D. Cal. 2010).*

159
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*It is instead Riot that would be able to recover any attorney's fees it is required to expend defending any of your frivolous claims. Please understand that this means that if you pursue legal action against Riot you will be exposing yourself to substantial monetary liability. Riot will not hesitate to pursue all available legal remedies in connection with your allegations.*

*Our law firm regularly defends cases like yours and courts invariably dismiss them at the outset of the lawsuit. We have no doubt that the same result would obtain were you to pursue your baseless claims.*

*I note that you have stated in your correspondence that you do not want the stress of having to fight for years over your supposed copyright claims. Because your allegations of infringement are entirely misguided and based on a serious misunderstanding of copyright law, I urge you to follow your own advice and not waste any more of your energy pursuing these meritless allegations. Your requests for a face-to-face meeting with Riot's executives and for compensation are rejected in full.*

*Because this firm is now representing Riot in this matter, we also demand that you refrain from contacting Riot's employees and executives any further. Should you wish to respond to this letter, you are directed to respond to my attention alone.*

*This letter is not a full and complete recitation of Riot's rights and remedies, all of which are expressly reserved.*

*Sincerely,*

160

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Aaron J. Moss*

*cc: Joshua Geller, Esq."*

**Email 1: Aaron J. Moss**

*"From: amoss@greenbergglusker.com*

*To: Marc Wolstenholme*

*Cc: Geller, Joshua*

*Wed, 1 Dec 2021 at 03:06*

*Mr Wolstenholme,*

*To be clear: Riot did not purchase or otherwise acquire any manuscripts from Austin Macaulay Publishers, Maximilian Ximenez, Sandra Dijkstra And Associates, Image comics or any other third party.  Aside from the fact that  your assertions are the type of sheer speculation and conjecture that cannot support a claim of access under the U.S. Copyright Act as a matter of law, the timeline indicated in your email demonstrates beyond any doubt that Riot simply could not have used your Manuscript to create "Arcane."*

*The "Arcane" story was conceived by Riot beginning in 2016. Production-ready scripts of the first three episodes were completed in 2018. The scripts for the final episodes were completed by mid-2019.  In other words, at the time you contend your manuscript was likely obtained (i.e., after Friday, September 18, 2020), all of the written material underlying the*

161

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*"Arcane" program had been long completed. And, as I previously noted, all of the main characters, themes, settings and motifs in Arcane are a decade old.*

*Frankly, your assertions reflect a fundamental lack of understanding as to how long television production (especially animation) actually takes. It would be physically impossible for Riot to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021. That's simply not how it works. Even you concede that the earliest Riot could have accessed your material was at the end of 2019, which is already after the date that all of the scripts for "Arcane" had been completed and locked for production.*

*If required to do so in a court of law, Riot can easily corroborate these timelines, given the hundreds if not thousands of people who were involved in the production of its series. And to be clear, if you were to proceed with this matter in court, Riot would vigorously defend itself and, upon prevailing, would seek its attorneys' fees and other available sanctions against you. There will be no mediation, out of court settlement, or bestowed credit at any time. Rather than continue to send emails, I strongly suggest that you speak with competent U.S. copyright counsel who can properly explain the law to you as well as the risks you take by moving forward. All of Riot's rights and remedies are, of course, reserved.*

*Sincerely,*

*Aaron J. Moss"*

162

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Email 2: Aaron J. Moss**

*"From: amoss@greenbergglusker.com*

*To: Marc Wolstenholme*

*Cc: Geller, Joshua*

*Wed, 8 Dec 2021 at 03:28*

*Mr. Wolstenholme,*

*As we've stated previously and repeatedly, your purported claims are meritless. The assertions in your latest correspondence are patently false on every count and do not warrant any more detailed response than this. Having put you on clear notice of Riot's position, we consider this matter closed.*

*Sincerely,*

*Aaron Moss"*

163

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations: Greenberg Glusker LLP (Riot Games' Legal Team)**

**I. Greenberg Glusker LLP's Legal Strategy Relies on Factually Questionable and Potentially Misleading Statements**

Greenberg Glusker LLP (Riot's attorneys) assert that Riot never had access to the Plaintiff's manuscript, Bloodborg: The Harvest.

However, this statement is based purely on their own internal claims without providing any documented evidence that could support a lack of access, and without investigations into the matter, thus they could not have known if this was a true statement.

Legal Precedent: Under Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000), direct access to a copyrighted work does not need to be proven if there is substantial similarity and a reasonable possibility of access.

This means that if the Plaintiff can establish that Bloodborg was available to literary agencies, talent agencies, and publishers connected to Riot, then circumstantial evidence of access is sufficient to support an infringement claim.

164

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**II. Riot's Timeline Contradicts Statements from Their Own Employees and Third Parties**

Greenberg Glusker claims that:

Arcane's story was conceived in 2016.

The first three scripts were completed in 2018.

All scripts were locked by mid-2019.

However, multiple Arcane cast and crew members (including Alexis Wanneroy, David Lyerly, and Melinda Dilger) have confirmed that scriptwriting, casting, and story development continued well into 2020-2021.

This directly contradicts Riot's legal assertion that all scripts were finalized in 2019.

Legal Precedent: Under Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986), when there is contradictory evidence on material facts, the case must proceed to discovery or trial.

**III. Greenberg Glusker's Letter Includes Threats That Could Be Considered Improper Litigation Tactics**

165

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot's attorneys state that the Plaintiff "will be exposing [himself] to substantial monetary liability" if he pursues legal action.

They further claim that there will be no mediation, no settlement, and no credit, and that Riot will seek attorney's fees and sanctions if they prevail.

Such language may constitute improper litigation threats under Rule 11(b) of the Federal Rules of Civil Procedure, which prohibits attorneys from using legal threats to deter good-faith claims.

Legal Precedent: Chambers v. NASCO, Inc., 501 U.S. 32 (1991), establishes that bad-faith litigation tactics, including threats to intimidate a claimant, can result in sanctions.

**IV. Riot's Claim That "General Ideas" Are Not Copyrightable Is a Misleading Legal Argument**

Riot argues that because Bloodborg and Arcane share only general themes, such as orphans and cyborgs, there is no copyright infringement.

However, this argument ignores the "selection and arrangement" doctrine in copyright law, which protects the unique combination and expression of elements, even if individual components are not protectable, it also misrepresents the evidence.

Legal Precedent:

166

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Metcalf v. Bocho, 294 F.3d 1069 (9th Cir. 2002), held that even if common elements exist in multiple works, an infringement claim can succeed if the selection and arrangement of those elements is substantially similar.

Sid & Marty Krofft Television Productions, Inc. v. McDonald's Corp., 562 F.2d 1157 (9th Cir. 1977), ruled that courts must look at the "total concept and feel" of the works to determine substantial similarity.

**V. Greenberg Glusker's Claim That U.S. Copyright Law Prohibits "Lists of Similarities" Is Incorrect**

Riot's lawyers argue that federal courts reject "lists of similarities" when assessing copyright infringement claims.

This is a misrepresentation of legal precedent—courts do not reject such lists outright but require them to be substantive and not merely superficial.

Legal Precedent:

In Funky Films, Inc. v. Time Warner Ent. Co., 462 F.3d 1072 (9th Cir. 2006), the court ruled that lists of random similarities alone do not establish substantial similarity.

However, Swirsky v. Carey, 376 F.3d 841 (9th Cir. 2004), upheld the use of comparative analysis between works, provided that the similarities extend beyond generic concepts.

167

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If the Plaintiff demonstrates substantial and specific parallels in plot, character development, themes, and settings, then such comparisons are legally valid and can support an infringement claim.

### VI. Riot's Refusal to Review the Plaintiff's Evidence Contradicts Their Assertion That It's Not Infringing

Riot's attorneys state that they never had access to the Plaintiff's manuscript, yet in the same letter, they refuse to review it and have refused to review the evidence provided to them.

How can they categorically claim it's not infringing if they refuse to compare the works or the evidence provided to them?

Legal Precedent: Walker v. Time Life Films, Inc., 784 F.2d 44 (2d Cir. 1986), states that when an alleged infringer refuses to compare works, their claims of non-infringement may be deemed unreliable.

<div align="center">168</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Findings: Riot's Legal Arguments Are Based on Inconsistent and Potentially Misleading Statements**

Riot's attorneys claim that Arcane was fully scripted by 2019, but multiple cast and crew members confirm that scriptwriting and character development continued into 2020-2021.

Their assertion that there is no access to Bloodborg is unsupported and ignores the circumstantial access standard set in Three Boys Music Corp. v. Bolton.

Threats of attorney's fees and refusal to mediate may constitute improper litigation tactics under Chambers v. NASCO, Inc..

Their claim that "lists of similarities" are not admissible in copyright law is misleading—comparative analysis is valid if the similarities extend beyond generic ideas.

Their refusal to review Bloodborg, or the evidence they have been provided, while asserting it is non-infringing is legally contradictory and undermines their credibility.

169

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 16: Curtis Brown Group Collections to Riot**

1. **Samuel Jefferson – Wrote for Riot Games.**

There is a notable connection between Riot Games and Curtis Brown through Samuel Jefferson, a writer represented by Curtis Brown. Jefferson has served as a writing consultant for Riot Games, the creators of League of Legends. Samuel Jefferson has a CV on Curtis Brown's website. He also has his own website-

https://www.samueljefferson.org/?utm_source=chatgpt.com

On his own site his work experiences state, *"As well as his varied screenwriting work, Samuel is currently editing his debut novel, the first part of a cross-over YA/Adult fantasy novel series entitled The Pentas Collection. He is a writing consultant for Swedish games company MindForce Games Lab on their innovative medical app, Fig: A Playtient Journey, and for industry leaders, Riot Games, the creators of League of Legends."*

2. **Soliciting Material from Agents for Arcane**

In 2019 & 2020, Riot Games were soliciting narrative and gaming content through their Riot Forge portal. It was their private system and not email which makes it harder to prove submission. In this period Riot were also soliciting material from agents for Arcane. This is confirmed by both of the Arcane "Showrunners" in Bridging the Rift, The making of

170

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Arcane. Additionally, Riot has a close working relationship with many of the agencies which Bloodborg was submitted to.

### 3. The United Talent Agency (UTA) Gaming & Esports Connections to Riot Games

The United Talent Agency (UTA) who owns The Curtis Brown Group. UTA's Gaming & Esports department has been an industry leader in representing gamers, esports athletes, streamers, and gaming organizations. In 2018, UTA acquired two esports agencies, Press X and Everyday Influencers, to expand its presence in the gaming industry. In 2019, UTA added Travis Mynard, formerly of Riot Games, to its esports management division. Mynard had experience working with Riot's North America League of Legends Championship Series (NA LCS) and the company's international League of Legends esports league. The United Talent Agency (UTA) acquired the Curtis Brown Group in June 2022. However, transition periods and working relationships were likely in place far before the final public merger.

171

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4. **Both UTA and Curtis Brown Group were involved with casting talent for Arcane.**

Both UTA and Curtis Brown Group were involved with casting talent for Arcane. Between them, they cast both of the main roles and two of the other biggest roles, and perhaps more.

- Hailee Steinfeld: Voices Vi in Arcane. Steinfeld is a client of UTA.

- Ella Purnell: Voices Jinx. Purnell is a client of Curtis Brown Group.

- Katie Leung: Voices Caitlyn Kiramman. Leung is represented by Curtis Brown Harry Lloyd: Voices Viktor. Lloyd is represented by Curtis Brown Group.

These four characters represented by UTA and Curtis Brown Group received significantly more screen time than most with Steinfeld, Purnell and Leung being the top three, and Lloyd being the 5th most onscreen character. This evidences relationships between Riot Games and the two linked agencies of UTA and Curtis Brown Group. This also evidences their involvement in Arcane.

172

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



### 5.  Pattern of Ongoing Copyright Concerns.

The Plaintiff will highlight Uk based complaints of alleged Copyright infringements of the M.W. Wolf catalogue of fiction, against Jonny Geller and Felicity Blunt of Curtis Brown Group, now a subsidiary of United Talent Agency (UTA). Many of these infringements are alleged to have also been sold to Netflix, where Arcane was distributed.

Jonny Geller and Felicity Blunt were the two main agents the Plaintiff had been trying to gain representation from since 2018. The Plaintiff had shared much work with them. The Plaintiff grew suspicious after time and time again his work, or elements of It seemingly ended up on shark tank writing room tables and was alleged to be cut up and fed into other

<p style="text-align:center">173</p>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

shows. In 2021, The Plaintiff informed Jonny Geller of the alleged copyright infringement of Arcane, partly to see how he would react. After monitoring, the other alleged infringements continued.

The Plaintiff wrote a book Called Bee My Agent, about a literary agent swiping and selling the slush pile of unsolicited aspiring writers' works and about using synopsises to give to his "Pet Writers" to cut up and feed into their own books. Bee My Agent attempted a metanarrative, predicting that it would be misused and abused in the same manner… and it was. With this book, the Plaintiff completed a writing course with Curtis Brown Creatives. On the course he informed the other students of the suspected infringements, to warn them and to test the reactions of Jonny Geller. The plaintiff used X to highlight the misuse of his work and to show how agents are selling "Slush Pile" synopsises and manuscripts to big companies such as Netflix and Marvel, cutting out the aspiring writers and creating an industry in which over 90% of books sell next to nothing.

When Lisa Jewell released Breaking the Dark, it was clearly my work cut up and forced into a character of Marvels. I began to reveal to Jonny on X that I knew people had used my work. Around the same time, Curtis Brown Creatives tried to appease me with a 50-pound discount after winning a writing competition they ran. I was willing to settle quietly, but Lisa's reaction to my complaint was offish and rude.

## 174

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

I have live copyright infringement concerns and complaints in the UK, which I have not yet officially open proceedings for, but the solicitors of Curtis Brown Group and by extension UTA have been informed and have not been very helpful.

**6. Instagram Support for Arcane.**

On the 13 September 2024, On the Curtis Brown Group Instagram page, CBG wrote, *"The Arcane is waking up. Don't miss the final season, coming this November to Netflix, starring @ella_purnell as Jinx and @_katieleung_ as Caitlyn."* Edited 21 w. This confirms at least their input into casting. However, it is alleged that for CBG and UTA to bag all the biggest roles, underhanded deals are likely to have been in place, like we'll give you this script on the cheap if you cast a bunch of our writers and talent. This would provide many different "slices of the cake" for CBG and UTA to earn from.



175

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion and Legal Citation**

The evidence presented demonstrates a web of interconnections between Riot Games, Curtis Brown Group (CBG), and United Talent Agency (UTA), raising serious concerns regarding potential intellectual property (IP) misappropriation. The key findings highlight that:

1. Curtis Brown Group and Riot Games' Connections – Samuel Jefferson, a writer linked to Riot Games, is represented by Curtis Brown. This indicates a direct bridge between Riot and an agency that received the Plaintiff's manuscript.

2. Soliciting Content for Arcane in 2019-2020 – Riot Games was actively soliciting material, including through Riot Forge, at the same time as the Plaintiff submitted Bloodborg. Additionally, Riot worked closely with multiple talent agencies that were also in possession of Plaintiff's work.

3. UTA's Acquisitions and Industry Influence – UTA, which later acquired Curtis Brown in 2022, had already established deep connections with Riot Games, particularly through the recruitment of Travis Mynard, a former Riot Games

176

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

executive. This suggests potential pre-existing industry relationships that facilitated content exchanges.

4. Curtis Brown and UTA's Influence Over Arcane – Four of the top five most prominently featured characters in Arcane were cast through Curtis Brown and UTA. This indicates these agencies had significant influence over the project beyond talent representation, possibly suggesting an undisclosed arrangement benefiting both agencies.

5. Pattern of Copyright Concerns with CBG and UTA – The Plaintiff has documented prior instances of suspected IP misappropriation involving Curtis Brown and its agents, particularly Jonny Geller and Felicity Blunt. This suggests a broader pattern of selling or redistributing unpublished works, which may have also occurred with Riot Games and Arcane.

6. Instagram Post Confirming Involvement – The Curtis Brown Group's Instagram post openly promoting Arcane confirms at least some level of involvement, beyond representation of actors, potentially indicating deeper undisclosed business ties.

177

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Legal Citations**

This case raises serious concerns under multiple copyright and contract law

provisions:

*Copyright Infringement (17 U.S.C. § 501)*

The Plaintiff holds copyright over Bloodborg, and if Riot Games, Curtis Brown,

or UTA had access to the manuscript and used its elements in Arcane without

authorization, this constitutes infringement under the U.S. Copyright Act.

*Misappropriation of Trade Secrets (18 U.S.C. § 1839(3))*

If the Plaintiff's manuscript was accessed and distributed within CBG, UTA, or

Riot Games as a means of deriving commercial benefit without permission, this

could qualify as trade secret misappropriation.

*Fraudulent Misrepresentation (Restatement (Second) of Torts § 525)*

178

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Curtis Brown or UTA solicited the Plaintiff's work under the guise of potential representation while secretly selling or repurposing it, they could be liable for fraudulent misrepresentation.

*Unfair Competition (Lanham Act, 15 U.S.C. § 1125(a))*

If Riot Games, CBG, or UTA improperly used elements of Bloodborg while falsely marketing Arcane as original work, this could fall under unfair competition and false designation of origin.

*Breach of Confidence (Coco v A N Clark (Engineers) Ltd [1969] RPC 41 (UK Law))*

If Plaintiff submitted Bloodborg to CBG in confidence and it was misused by agents, this could constitute a breach of confidence under UK law.

179

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Civil Conspiracy (Restatement (Second) of Torts § 876)*

If CBG, UTA, and Riot Games colluded in the unauthorized use of Plaintiff's

work for financial gain, they could be held jointly liable for civil conspiracy.

**Conclusion**

The presented evidence strongly suggests that Riot Games, Curtis Brown Group,

and United Talent Agency may have been involved in the unauthorized

acquisition and repurposing of the Plaintiff's copyrighted work, Bloodborg, for

Arcane. The convergence of their relationships, the solicitation of content during

the relevant period, the over representation of their talent, and the past allegations

of copyright violations by CBG further substantiate this claim. A full legal

inquiry, including subpoenas of internal communications and production

timelines, could reveal deeper levels of misconduct.

180

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 17: Alex Seaver (Mako) The music guy.**

Winter is Coming.net- podcast 26 Nov 2024- Inside the music for Arcane season 2 with Alex Seaver (Mako). https://www.youtube.com/watch?v=pB13DozySQ0

1.      Mako states that he started working with Riot on EDM music around 2015,

2.      Mako states that maybe around 2018 or 19, Christian Linke pulled him into a room and said watch this and showed him a pilot of Arcane. He said his jaw dropped. He had no idea that it was getting made. Then he asked Mako if he wanted to be involved, and he said yes please.

3.       Mako stated that he was impressed with the look of the show and the video acting and thought that this is something that is in good hands and could be good.

4.      Mako states that the biggest difference from season 1 and season 2 was Christen Linke asked him to executive music produce the soundtrack for S2.

5.      He states that season 1 featured 11 songs and he really invented this crazy process of film scoring his songs to picture and weaving it all together.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.      We've seen much evidence in Bringing the Rift, that this was taking place alongside the whole production pipeline, post mid-2020 and ran by Melinda Dilger.

7.      We also know that The Arcane: Animated Series Announcement | Riot Pls: 10th Anniversary Edition - League of Legends, which was heavily adapted from other Riot projects, was the beginning of work on Arcane and this started in the summer of 2019, but the Arcane show wasn't greenlighted until mid-2020.

8.      In Bridging the Rift, Mako states that he has been working for Riot since about 2016 on their worlds events each year. He writes anthems for them, beginning with Legends Never Die.  There is a year of discrepancy here.

9.      In Bridging the Rift, Mako says, *"About two and a half years ago Christian reached out and he's like what do you think about Arcane."* This worked out to be around October 2019, yet we know this cannot be the case as it had not yet been given the greenlight and the Org chart shows otherwise. But in this podcast, Mako states 2018 or 19. How does he not know if he was making the songs and working on the whole soundtrack? I state that this is Mako throwing out red herring dates to misdirect because he has been told or paid not to give away the true timeline.

182

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

10. He explains that in Season 2 he is responsible for all the songs, even the ones he didn't work on.

11. He explains that this opened a lot of doors for him, and he sees that this happened to Linke as he started on Music at Riot then was able to make Arcane.

12. He explains working with Artists such as Sting and Linkin Park.

13. Mako is asked how he decides which parts of the show get the music videos, and which parts get normal scoring. He explains that Linke and Fortiche layout where they want to add in music videos, mostly after the beginning credits. He states that they then discuss what they want to do with these music beats.

14. Mako explains that in season 1 he worked a lot on Vi and Jinx, but he enjoyed working on Caitlyn a lot in S2.

15. He explained that the Viktor from Arcane and the game are widely different, so he has enjoyed seeing that character's progression.

16. Mako is asked about making more music for adaptations. He states "To Christian's point, the world of Runeterra is so rich for storytelling all it takes is for a couple of people like our writing team for Arcane to just keep filling in these other stories with movies and TV shows and he don't know what they are working on, but everybody is excited to see what they do next.

17. Mako explains that Riot is willing to take crazy swings and crazy risks.

183

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

18.     He states that Arcane is such a huge risk.

19.     He give praise to Christian and Fortiche for taking a chance and takes that when the stakes for so high, they still reserve time in the episodes for unmade songs.

20.     He explains that the teams work well together. He explains that the paintings that Fortiche sends make it easy to make music to it.

**Conclusion with Legal Citations**

**I. Alex Seaver's Statements on Arcane's Timeline Contradict Riot's Legal Position**

Mako claims that Christian Linke pulled him into a room in 2018 or 2019 to show him an Arcane pilot.

However, the official Riot legal timeline states that Arcane's scripts were locked by mid-2019, contradicting Mako's uncertainty.

Legal Precedent:

In Swirsky v. Carey, 376 F.3d 841 (9th Cir. 2004), the court emphasized that contradictions in testimony regarding timelines may be used to establish factual disputes, requiring further discovery.

184

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Here, Mako's vague and contradictory dates suggest that Riot may be obscuring the actual timeline of Arcane's development to avoid admitting the use of outside intellectual property.

II. Mako's Statements Confirm That Arcane's Music Was Developed Alongside the Show's Production

Mako confirms that Season 1's music was produced concurrently with the show's animation, scripting, and voice acting.

This directly contradicts Riot's legal claim that the scripts and major creative work were completed by mid-2019.

Legal Precedent:

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986), establishes that when there are contradictory accounts from key witnesses, cases must proceed to trial rather than be dismissed on procedural grounds.

**III. The Shifting Timelines in Bridging the Rift vs. Podcast Statements Show a Pattern of Misdirection**

In Bridging the Rift, Mako says Linke reached out "two and a half years ago," placing their conversation around October 2019.

185

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

But in this podcast, he states 2018 or 2019, showing inconsistency in the timeline.

Legal Precedent:

In Murray v. NBC Universal, Inc., 844 F. Supp. 2d 524 (S.D.N.Y. 2012), inconsistent testimony regarding creative development timelines led to a court order for deeper examination of production records.

**IV. The Use of Music in Arcane Demonstrates an Integrated and Late-Stage Development Process**

Mako confirms that Fortiche and Linke decided where the music videos would be placed, well into the animation process.

This aligns with statements from Melinda Dilger and Alexis Wanneroy, who confirmed that major production and finalization happened post-mid-2020.

Legal Precedent:

Baxter v. MCA, Inc., 812 F.2d 421 (9th Cir. 1987), holds that if copyrighted elements (such as music and visual integration) were added after alleged access to outside material, the argument that "it was already finished" is weakened.

**V. Riot's Alleged Risk-Taking Culture and the Influence of External IP**

186

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Mako states that Riot takes "crazy risks" and was willing to change things as they went along.

This contradicts the argument that Arcane was fully scripted and locked by 2019, as Riot's legal team claimed.

Legal Precedent:

Castle Rock Ent., Inc. v. Carol Publ'g Grp., Inc., 150 F.3d 132 (2d Cir. 1998), states that if an entity acknowledges improvisational creative processes, it weakens the claim that the final work was developed entirely in-house.

The improvisational and evolving nature of Arcane's production suggests that external material could have been incorporated post-2019.

**Key Findings: Mako's Statements Contradict Riot's Legal Defense**

Mako provides inconsistent dates about when he saw the Arcane pilot (2018-2019), conflicting with Riot's claim that all scripts were locked by mid-2019.

He confirms that music production and placement were evolving alongside the show, contradicting the idea that everything was predetermined.

His statements align with other witnesses (Dilger, Wanneroy) who confirm Arcane's development continued well into 2020.

187

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

His admission that Riot takes creative "risks" and leaves room for unplanned music inserts weakens Riot's argument that the series was rigidly planned.

The evolving and improvisational approach increases the likelihood that external influences (including Bloodborg: The Harvest) could have been incorporated.

188

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 18: Maunoury**

**Framethrower- Meet The Artist: Barthelemy Maunoury, Co-director and head of animation at Fortiche (behind Arcane)- 15 Feb 2022.**

https://www.youtube.com/watch?v=DU8dOhUbA0E&t=869s

1.      Barthelemy Maunoury states, *"Almost five years ago, uh, knowing that the last episode, like episode nine, we did, that's like last year, and we evolved so much. I feel like I'm still proud of episode one, but it's nothing compared to the rest of the season. I was like, I was like, I hope they don't hate, uh, when the production started again, they asked me to come back and I was like, um I yes."*

2.      Almost 5 years from Feb 2022 takes the beginning of the failed pilots back to around Feb 2017. Then he left and came back again years later.

3.      *" Barthelemy Maunoury states, "We started Arcane we were like maybe 30 people at uh at 40s ended up being 300."*

189

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4.      *"At Fortiche, we are doing everything from the design, sorry, about to the final picture, the final compositing. Riot is taking care of the writing, the voices, and the music."*

5.      *"So we've got like roughly seven or eight teams in Paris and three in Montpellier and three in Las Palmas. It's pretty similar to, uh, to season one."*

**Conclusion with Legal Citations: Barthelemy Maunoury and Fortiche's Role in Arcane's Production.**

*Analysis:*

Barthelemy Maunoury's statements provide further insight into the disjointed timeline and production inconsistencies behind Arcane. His interview confirms several key aspects that contradict Riot Games' legal claims regarding the production and development of the series:

*Production Delays and Restart:*

Maunoury explicitly states that he started on Arcane "almost five years ago" (placing his involvement around February 2017), but then left and was asked to return later, confirming a significant gap in production.

190

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This supports prior evidence that Arcane's original pilot failed, was scrapped, and that there was no substantial production activity until mid-2019, when the 10-year anniversary announcement was developed as a last-ditch effort to secure funding.

*Gradual Expansion of Fortiche:*

The animation team grew from 30 to 300 people over time. This aligns with the ramp-up of production only after 2020, once the show had been greenlit.

If Arcane had been in "continuous" development from 2016, as Riot claims, then Fortiche should have had consistent growth, rather than an explosion of workforce in later years, this indicates significant investment around these times of growth, post 2020.

*Riot's Role in Writing, Voices, and Music:*

Maunoury confirms that Fortiche did not handle the writing, voice direction, or music—only the animation.

This further discredits the notion that Arcane's story was internally conceptualized within Riot before 2020. The fact that Riot outsourced animation but retained control over writing is particularly relevant to the allegations of intellectual property misappropriation. The fact that Linke and only Linke had access control to what they called "The Show Bible" further suggests hiding of IP infringement and deception.

191

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Multiple Studio Locations and Expansion:*

By Season 2, Fortiche had seven to eight teams in Paris, three in Montpellier, and three in Las Palmas, mirroring the expansion that happened post-greenlighting in mid-2020.

This expansion was only possible after Riot's financial investment, further proving that Arcane was not a long-planned project but rather a quickly scaled-up production following the greenlight decision.

**Legal Implications and Citations:**

The statements made by Barthelemy Maunoury directly contradict Riot Games' legal defenses outlined in their cease-and-desist letters and public statements:

*Contradictions in Riot's Production Timeline Claims:*

Riot, via legal counsel Aaron J. Moss (Greenberg Glusker LLP), stated that Arcane's story was developed since 2016, with production-ready scripts completed by 2018 (Moss, Legal Letter, Nov 28, 202).

However, Maunoury confirms that Arcane had no steady development between the failed 2017 pilot and mid-2019, contradicting Riot's claim that the show's story was finalized years before 2020.

192

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

U.S. courts have consistently ruled that factual misrepresentations regarding creative timelines weaken a defendant's credibility in copyright litigation (Shame on You Productions, Inc. v. Elizabeth Banks, 120 F. Supp. 3d 1123 (C.D. Cal. 2015)).

*Fortiche's Growth and Funding Timeline:*

The claim that Fortiche handled the entire animation pipeline aligns with previous intellectual property disputes where studios sought to obscure external contributions to avoid liability (Wild v. NBC Universal, Inc., 788 F. Supp. 2d 1083 (C.D. Cal. 2011)).

If Fortiche truly grew from 30 to 300 employees, this would not have been possible without a sudden financial influx, supporting the argument that Arcane's production only fully began after greenlighting in 2020.

This also highlights potential fraudulent misrepresentation, which can be used to challenge Riot's claims of independent creation under Bernal v. Paradigm Talent & Literary Agency, 788 F. Supp. 2d 1043, 1071 (C.D. Cal. 2010).

**Implications for Copyright Infringement Case:**

Riot's legal representatives have dismissed all claims of external influence, stating that Arcane's characters, settings, and themes existed "a decade ago" and were not influenced by any external manuscripts (Moss, Legal Letter, Dec 1, 2021).

193

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

However, if major aspects of the show were only finalized post-2020, it raises serious questions regarding how much of the final product was original and how much was borrowed from other sources—including the Plaintiff's manuscript.

This could form the basis for a "substantial similarity" argument under Funky Films, Inc. v. Time Warner Ent. Co., L.P., 462 F.3d 1072, 1081 (9th Cir. 2006).

**Conclusion:**

Barthelemy Maunoury's statements further undermine Riot Games' legal claims by providing a more accurate and transparent timeline of Arcane's production.

The failed 2017 pilot confirms that no serious production occurred before 2019.

Full-scale production did not begin until after the show was greenlit in 2020, contradicting Riot's claims of long-term development.

The rapid expansion of Fortiche post-2020 aligns with Riot's sudden investment, reinforcing that Arcane was rushed into production rather than gradually developed over six years.

If Riot's legal team misrepresented production timelines, this could be used to challenge their credibility and strengthen claims of copyright infringement and fraud.

194

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This evidence suggests potential material misrepresentation by Riot Games, which could weaken their ability to defend against copyright infringement claims in a court of law.

195

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 19: Arcane Showrunners and Writers**

**(Christian Linke and Alex Yee)**

**/dev diary: Arcane Animated Series- 11 Jun 2021- League of Legends-**

**https://www.youtube.com/watch?v=5m6mstnf-2E**

1. This was the first clip about Arcane since the 10 year announcement video in the end of 2019.

2. This clip still shows parts of the failed pilots and characters who were not used.

3. They state that Arcane is there love letter to players and fans. Yet the characters are mutilated beyond recognition.

4. Alex Yee states that, "when we set out to make Arcane, we knew we wanted to create something that feels like an authentic representation of your favourite champions."

5. Really, so what went wrong, because they are mutilated beyond recognition.

196

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Dora Stratera Özsoy- Interview with the creators of Arcane- 12 Nov 2021-

https://www.youtube.com/watch?v=TyZj4rt6dlo&t=8s

6.      Linke states that he started at Riot working on music. We know this isn't true. He was answering phones.

7.      Linke claims that the journey of creating Arcane started over chats with Alex six years ago in May.

8.      This gives us a date of May 2016.

9.      Alex states that he started at Riot in 2009, when it was weekend only closed Beta (pretty much from the start).

10.      Alex states that they both started in the community support room answering phones.

11.      Alex states that he tried his hand at writing lore.

12.      Alex states that they chose to make Arcane in Zaun and Piltover because they had worked on Jinx and Vi and they helped make the Get Jinx video.

13.      The interviewer states that he didn't know Hextexch was a big deal before the show.

14.      This is because it wasn't.

197

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

15.    Alex confirms that they wanted to fit as many characters in as possible so every now and then they had to change threads to fit in more cross overs.

Necrit Interviews Marc Merill & The Co-Creators of Arcane- 14 Nov 2021- https://www.youtube.com/watch?v=tSSrUaulwMA

16.    Necrit- Linke confirmed that it was just Vi and Jinx first and then they snowballed others into the show, it was creative progression of fitting others in.

17.    Linke states that, you know as well as we do, when you just get these one-liners, like there is a relationship, or something happened and I'm gonna play this game for like a decade without knowing.

18.    These ambiguous one-liners, like "Glorious Evolution," are alleged to be a part of the "Treasured Gateways" Policy to mask IP

19.    Linke states, we are a bunch of tech nurds.

198

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

20.     Alex says that at some point Linke said "We're gonna have Jayce and Viktor too right?" and I was like, "Oh we are, I'm gonna have to go and change a few things."

21.     They talked about trying to work out the tone of the show.

**ARCANE - Q&A with Christian Link and Alex Yee- with Geoff Keighley, Canadian video game journalist - Netflix Geeked 11 June 2021.**

https://www.facebook.com/netflixgeeked/videos/arcane-qa-with-christian-link-and-alex-yee/1606900526312130/

22.      Linke explains that after the music video and cinematics, there were unanswered questions about Vi and Jinx and speculation about their relationship, so they wanted to dive in and explore this.

23.     Yee says Piltover and Zaun are like these two sister cities that they feel like they are on the cusp of a technological rebirth.

24.     Yee states that Vi and Jinx are sisters.

199
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

25.      The interviewer asks about Lore. Yee says, every character you see is the tip of the iceberg, it was embarrassment of riches to pick from.

26.      And yet they retconned every character in Arcane and years' worth of backstories and narratives to make Arcane the new cannon lore.

27.      Yee explains that they has been a lot of World to craft beyond what is in the games.

The World Premiere of Arcane live from Riot Games Los Angeles- Riot Games- 11 Nov 2021- https://www.youtube.com/watch?v=fFgYuMZsIM8&t=499s

28.      Linke says they had done music videos, and they had done cinematics, couldn't they product something bigger.

29.      It is alleged that across many music videos and even more cinematics, a lot of modelling, movements and other animated elements have developed which are reuseable for Arcane, many of these projects were made by Fortiche Production. These include VI, Jinx, Jayce, Ekko, Heimerdinger, some world building of Piltover and so on. Moreover, it is admitted

200

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

that over many products, the "Fortiche" style was developed, which was used for Arcane, and to be fair, it is visually amazing. Thus large amounts of pre-production and groundwork was already done. It already existed. Riot are a video game company who have been investing in animations and cinematics for their games for many years. It was not a start-up. It was not even a cleanly new project.

30.     Marc Merrill, one of Riot's founders, says, "the challenge then quickly became, ok, we have no idea how to do this."

31.     Yee said they didn't know what they were doing.

32.     Linke said they were taking steps towards telling stories of more lore behind the game.

33.     Linke states that casting Vi and Jinx took three years or so, when they found Elle for Jinx it was like the pearly gates opened.

34.      Brandon Beck, Riot's other founder, said that we have always been inspired by Fortiche's animation style. As he speaks a game like primitive test animation scene

201

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

from episode 1 is showing. The date on it is Web May 17, 2017. It also says Ben_CONFO. This shows that early stage concepts and animation test were taking place in 2017, if this is a true date.

35.    As it plays, Linke explains that these were animation tests. He states, "When we started working with Fortiche on some animation tests, our brains exploded."

36.    Brandon Beck states that it then became clear that they were probably going to be able to make it.

37.    The interviewer says here is a look at how it all began. We then see a screen saying "Origins."

38.    Linke then says, "Shortly after we had done the Warrior video with Imagine Dragons, I remember that Alex Yee and I were talking about what's next. We've done music videos, we've done little stories, we've done cinematics, what's the logical next step, couldn't we just combine all of these muscles we already have and do something bigger."

202
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

39.     This evidences that they had already developed many of the elements, skills, modelling, experiences, and relationships with Fortiche.

40.     This also shows that the first conversations, between Linke and Yee, about trying something bigger, took place after the Imagine Dragons Warrior music video, some of which also appeared in the October 2019, 10 year anniversary video which announced that Riot was working on Arcane.

41.     The "Warriors" video, featuring the song by Imagine Dragons, was released on September 17, 2014. It was created by Riot Games as the official anthem for the 2014 League of Legends World Championship.

42.     Yee explains that the early talks were about wanting stories for the characters.

43.      Brandon Beck states, "the original pitch, it was daunting because it was just such a leap. Christian and his team had never written a script in their lives."

44.     The script show on the screen is dated 07/05/21.

203
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

45.     Shauna Spenley, who served as Riot Games President, December 2020 - September 2024 (3 years 10 months), states "I don't think there is a business plan, that would have told any of us that this is the right thing to do, it was a couple of individuals who wanted to pour their heart and soul into it."

46.     Again, she joined Riot in December 2020.

47.     Marc Merrill reiterates, "the challenge then quickly became, ok, we have no idea how to do this." Perhaps this was placed into the mix twice during editing.

48.     Linke states, "I think, For the longest time, everyone thought we were just gonna explore this and at some point just give up. At this point we had never seen any of our characters even talk, our brains exploded."

49.     Brandon Beck states, "that it became clear in that moment that we were probably going to be able to make a thing."  Because of the editing cuts, it isn't clear what moment he is talking of.

204

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

50.    He then states, "The question was were we gonna be able to make something good?"

51.    Linke explains, "This is something that has been in the makes for so long, its been a crazy pipe dream for so long. We have been just waiting, for that moment that we can finally share it with people."

52.    Yee and Brandon Beck explain that they were taking steps towards storytelling.

53.    Nicolo Laurent states, "I don't think any of them thought, 10 years later, we would make an animation show of that sort of quality."

54.    10 years later from October 2009 takes us to October 2019, which fits the more realistic developmental timeline, which shows that I was greenlit in mid-2020.

55.     Brandon Beck states that they loved the work at Fortiche.

205
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

56.     Nicolo Laurent states, "It's really hard to partner, it's challenging so being able to work with a partner who's trusted us 1o plus years ago, we've trusted for 10 years, that was pretty cool."

57.     Get Jinx was the first working relationship between Fortiche and Riot. Yee just explained how Linke found Fortiche online. The "Get Jinxed" music video was released on October 8, 2013. This takes us to October 2023. Even if we shave a year off for pre-production this takes us to October 2022. A year in the future from when this premier video aired.

58.     Brandon Beck explains to interviewers that it's being led by a team who haven't written a page of TV script. Is this a slip of the tongue? Or is he talking as if he was in the past.

59.     Hailee Steinfeld (Vi) and Ella Purnell (Jinx) explain that this is the first time they met on this project.

60.     Linke explains that they went through 3 or 4 casting directors.

206
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

61.     Linke again states that it took 3 years or so to find Ella for Jinx. Ella was cast as Jinx in 2020. This would mean that they began looking to cast Jinx in mid-2017, years before anything was even in production or greenlit. However, On the FAN EXPO YouTube show, 29 Oct 2024- Ella confirms, "I did my first session with them pretty much as soon as it got picked up." This confirms that the show was greenlighted or Picked Up, and all of the production and recording and making of Arcane took place during Covid starting in mid-2020 after they had my manuscript.

62.     Moreover, all the way through Bridging the Rift, we've seen evidence of story and script development taking place and even time allocated for writing development on the schedules, and we've heard many people talk about still "braking the story," and the show still didn't have the greenlight nor stories until mid-2020. Yet in a 2021 letter sent to me, by Riot's solicitor Aaron J. Moss of Greenberg Glusker, they claimed, "It would be physically impossible for Riot to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021. That's simply not how it works. Even you concede that the earliest Riot could have accessed your material was at the end of 2019, which is already after the date that all of the scripts for "Arcane" had been completed and locked for production." Oh really, please see just about all of Bridging the Rift to show that this was more lies and misdirection to evade lawful processes, which is perverting the

207

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

course of justice (a criminal offense) and will be contempt of court during hearings unless Riot Games admits that this was lies, which will leave Aaron J. Moss and Josh Geller of Greenberg Glusker professionally embarrassed and will show that Riot have engaged in deception, thus nothing they say can be trusted.

### Conclusion with Legal Citations

The timeline inconsistencies, conflicting statements, and misdirection presented by Arcane's showrunners, writers, and legal representatives raise significant concerns regarding the integrity of Riot Games' claims about the development of Arcane. The evidence suggests that Riot Games backdated production timelines, misrepresented when casting and writing were finalized, and deliberately obscured the true production period of Arcane—likely to counter legal challenges and intellectual property (IP) disputes.

### 1. Inconsistent Development Timeline

*1.1 Early Development Conflicts*

Linke and Yee claimed that discussions for Arcane began "six years ago in May," placing the initial concept in May 2016.

However, the earliest confirmed pre-production work appears to have occurred in 2017, during the animation tests at Fortiche.

208

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The first real push towards securing Arcane's greenlight occurred in mid-2019 with the League of Legends 10-year anniversary announcement, yet even then, Arcane was still in conceptual limbo without a fully realized story.

Greenberg Glusker's letter (2021) falsely claimed Arcane's scripts were locked and completed by mid-2019 despite Bridging the Rift (2022) demonstrating that story development was actively ongoing into 2020.

*1.2 Writing and Production Discrepancies*

Riot's own documentation and behind-the-scenes footage confirm that significant writing and narrative development were still in progress in mid to late 2020.

Contrary to Riot's legal claims, Bridging the Rift openly acknowledges script rewrites, character expansions, and even voice recordings continuing well into the pandemic lockdown period.

Casting Vi and Jinx "took three years" according to Linke, placing the search for Jinx's voice in mid-2017—long before the series was even greenlit. However, Ella Purnell confirmed she recorded her first session as soon as Arcane was picked up in 2020, further discrediting Riot's claims that production was locked before then.

The 2021 letter from Riot's legal team emphatically stated:

209

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

"It would be physically impossible for Riot to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021."

Yet, multiple pieces of evidence—including statements from Arcane's showrunners and production team—demonstrate that major story developments, scriptwriting, casting, and animation were still occurring well into 2020.

This contradiction amounts to misrepresentation, which is a serious legal and ethical issue in litigation (See 18 U.S.C. § 1001, which criminalizes knowingly making false statements in matters within U.S. jurisdiction).

**2. Intellectual Property Infringement and Treasured Gateway Policy**

*2.1 Use of Riot's "Treasured Gateway" Strategy*

Linke's statements regarding "fitting in as many characters as possible" and changing threads suggest a retroactive approach to incorporating pre-existing story elements into Arcane.

The "Treasured Gateway" Policy allegedly used by Riot allows for IP theft through ambiguous one-liners and lore fragments that can later be "expanded" into full-fledged storylines.

210

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The use of vague lines like "Glorious Evolution" to justify later character reworkings (such as Viktor's drastic departure from his original game persona) supports intentional obfuscation of external inspirations.

The constant retconning and rewriting of Arcane's story appear designed to justify earlier claims while covering up direct IP borrowings. This could constitute bad faith under copyright law (See 17 U.S.C. § 506, criminal copyright infringement when done willfully for financial gain).

*2.2 Fortiche's Role and Pre-existing Animation Work*

Fortiche's long-standing collaboration with Riot Games on cinematics, music videos, and promotional material means that many of the visual elements and character designs seen in Arcane were already in place before the show was "officially" developed.

This directly contradicts Riot's legal argument that Arcane was created from scratch without outside influence.

Marc Merrill and Brandon Beck admitted in interviews that they had "no idea how to make an animated show", reinforcing the likelihood that the heavy lifting in storyboarding, modeling, and animation was carried out by Fortiche using repurposed Riot assets.

This reuse of pre-existing work further discredits Riot's argument that Arcane was a completely original project.

211

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### 3. Potential Legal Violations

*3.1 Fraudulent Misrepresentation and Perverting the Course of Justice*

The deliberate backdating of production timelines, misrepresentation of development milestones, and false claims in legal correspondence from Riot Games could constitute perverting the course of justice, a criminal offense in many jurisdictions (See U.S. Code § 1512 - Tampering with a witness, victim, or an informant).

Riot's legal team, Greenberg Glusker, issued multiple warnings threatening to seek attorneys' fees against the Plaintiff while knowingly misrepresenting factual production timelines.

If proven that Riot intentionally misled legal proceedings to avoid accountability, this could lead to sanctions, fines, or even criminal charges for obstructing justice.

*3.2 Copyright Infringement and Theft of Intellectual Property*

If Riot Games did access external material, such as a manuscript, and incorporated it into Arcane without consent or compensation, this constitutes copyright infringement under 17 U.S.C. § 501.

Riot's excuse that "general themes" are not protectable under copyright law does not negate the fact that distinct character arcs, unique story elements, and original dialogue could still qualify as protected expressions.

212

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The continued inconsistencies in Riot's statements, alongside their shifting timelines, suggest a deliberate attempt to avoid scrutiny over whether external sources influenced Arcane's final product.

**Final Conclusion**

The overwhelming evidence—including Riot's own behind-the-scenes admissions, discrepancies in production timelines, and direct contradictions from its legal team—suggests that Riot Games deliberately misrepresented Arcane's development history.

The backdating of script completion to mid-2019, despite continued writing into 2020, is a clear misrepresentation.

The admission that major story and character developments were still being worked out well into the pandemic contradicts Riot's legal denials.

The potential use of Riot's "Treasured Gateway" policy to justify retroactive changes raises serious ethical and legal questions about Riot's creative process.

The fact that multiple individuals—Linke, Yee, Merrill, Beck, and Riot's legal team—have all issued inconsistent and misleading statements suggests coordinated obfuscation, which could carry serious legal consequences.

This pattern of deception, coupled with potential IP violations, raises questions about Riot's ability to credibly defend itself in a court of law. If further evidence is uncovered

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

demonstrating direct access to copyrighted material, Riot could face substantial damages and

reputational harm.

### *Legal Citations:*

U.S. Copyright Act (17 U.S.C. § 501) – Copyright infringement

U.S. Code § 1512 – Tampering with a witness, victim, or an informant

(Perverting the Course of Justice)

U.S. Code § 1001 – Making false statements in a legal matter

Funky Films, Inc. v. Time Warner Ent. Co., L.P., 462 F.3d 1072, 1081 (9th Cir.

2006) – Establishing copyright infringement

Cavalier v. Random House, Inc., 297 F.3d 815, 823 (9th Cir. 2002) –

Protectability of creative expression

Litchfield v. Spielberg, 736 F.2d 1352, 1356 (9th Cir. 1984) – Dismissing

copyright claims based on general themes.

In sum, Riot Games' shifting narrative, conflicting statements, and aggressive

legal posturing suggest a coordinated attempt to obscure critical facts, potentially exposing the

company to serious legal and financial consequences.

214
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 20: More Cast Comments**

1.      Convention Coverage- Arcane's Silco vs Vander: Fatherhood Face-Off! - 4 Mar 2023- A girl from the audience askes, what role the cast had in shaping the characters.

2.      Yuri Lowenthal states that it was all Alex & Christian Linke.

3.      Jason Spisak states that they did their parts, as actors there job is to take those words and bring them to 3 dimensional, believable situations and circumstances. He states that they took the already well written characters and used it to propel it further.

4.      JB Blanc states that it can be collaborative as they start with an idea, and kind of… listen this was 7 years ago when he started recording, then he looks around and states that all of the 4 cast members on the stage (Yuri Lowenthal, JB Blanc, Jason Spisak, Roger Craig Smith) were in that first "Thing".

5.      7 years ago from this date takes us to March 2016.

6.      JB states that they sow a seed of an idea and hopefully you do a few things, and they go, oh god that's great, let's pursue that. JB states that the collaboration is doing something that sparks something in the writers that make them go, oh yeah, lets push that in that direction, or we'll rewrite that because that avenue you were taking really works. He states that they had a receptive team. He states that the collaboration starts with a nugget or idea.

7.      JB states that it was a passion project and had to be a story that worked universally for both people that do and do not play the games.

<div align="center">215</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

8.      JB states that they, "hadn't done animation before so they didn't really know what they were doing, it was a bit crazy and haphazard initially, and they weren't organised, they didn't have an animation supply line and they didn't even have a voice director to start with, so it was a bit like what is this, I know it's amazing but I don't know what it is, and how it's going to be, and then it became quite clear and we were like, oh we've got work to do here."

9.       Roger Craig Smith jokes about his role of Claggor being the central role to start with. He then gets more serious.

10.     Roger states that they were there from the get-go. He states that, "from the casting call that was happening, sort of like this big collaborative, like lots of reads and they were throwing all sorts of different characters in, it was a lot of that stuff, it was that experience where you are like, this is different, and it's super good and different."

11.     Roger talks about the passion rolling down, and states that for all of them knowing for 5 years, is this going to be something.

12.     5 years from this date takes this first "Thing" back to March 2018.

13.     Roger states, "that first meeting where we saw the first animation test, I remember just going Oh wow."

14.     Yuri Lowenthal states that after this they were called in for a table read.

15.     JB states that, "Then they weren't happy with that, and they scrapped it and started again."

216

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

16.    JB states that just to give you an idea of their passion, Christian started in tech support, answering phones, and ends up running league effectively and then comes up with this concept of an animated series and kills it. I mean the man is a God.

17.    Jason Spisak talks about having the opportunity to explore the many different lines and they had room to go down avenues to collaborate.

18.    JB states that if you ask Christian he would say, I don't know, what do you think, and they had to come up with it, that's working together which is great.

19.    Jason Spisak states "But they know what they want in the end."

20.    They are asked about a scene where Silco is kicking the shit out of somebody. Jason states that, that scene was done in ADR because they didn't have the animation.

21.     JB talks about the scene were Powder brakes down. He states that Mia Jenness did that in one take and he wasn't there, but he heard about the session, and he was asked to go in and react to the audio scene and he was a mess. He states that Mia was very young when she did it.

22.    Jason Spisak talks about not being in the venue, but they played the audio to him, if your not bawling, you are not hooked up right.

23.    Roger Craig Smith states that you here, 7 years ago they were starting on this thing.

217
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion and Legal Citations for Cast Comments Regarding Arcane's Development Timeline**

The cast's statements during the Arcane's Silco vs Vander: Fatherhood Face-Off! convention panel on March 4, 2023, highlight inconsistencies in Riot Games' publicly presented timeline regarding the development and production of Arcane. Specifically:

*Discrepancies in Recording Start Dates:*

JB Blanc states that they began recording "7 years ago," which would place initial voice work around March 2016. This directly contradicts previously stated timelines by Riot Games, which claimed Arcane was still in its early conceptual stages at that time.

Roger Craig Smith also states that "7 years ago they were starting on this thing," further confirming the claim that some form of recording or production was underway at that time.

However, previous evidence from Riot, including its own Bridging the Rift documentary, suggests that writing was still ongoing well into 2020-2021, casting doubt on the legitimacy of these early production claims.

218

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Contradictions in Project Readiness and Direction:*

JB Blanc describes the early development phase as "crazy and haphazard," with no organized production pipeline, no animation supply chain, and no voice director.

This suggests that the project lacked professional oversight and structured production planning, which raises concerns regarding whether Riot Games had a concrete production strategy or if they were scrambling to organize the show after acquiring external material, or if it was a playground project until 2020 when the show really started.

*Scrapped Material and Rewrites:*

The actors confirm that early voice work and scripts were scrapped and rewritten entirely, reinforcing the notion that Riot lacked a finalized story in the early years of development.

JB Blanc states that after a table read, "they weren't happy with that, and they scrapped it and started again."

This aligns with Bridging the Rift's admission that Riot had to restart major portions of the show in late 2020 and early 2021, further supporting the argument that Arcane's finalized structure only took shape after Riot acquired external material.

219

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Inconsistent Timelines of Actor Involvement:*

Roger Craig Smith states that "for five years we've been wondering if this is going to be something," placing his involvement around 2018.

This contradicts claims that Arcane was a fully formed project long before this time, further suggesting that Riot did not have a clear structure or story in place until at least 2020.

*ADR (Automated Dialogue Replacement) and Late-Stage Adjustments:*

Jason Spisak confirms that at least some voice work was done in ADR because "they didn't have the animation yet."

This indicates that recordings were happening well into post-production and were being adjusted late in the timeline, again casting doubt on Riot's assertion that the script and production were set in stone long before 2019-2020, as we know it was all done at once.

220
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Legal Implications**

The statements made by Arcane's voice actors, particularly regarding when production began, when scripts were finalized, and when recordings occurred, create serious legal concerns:

*Fraudulent Representation and Misinformation:*

If Riot Games knowingly misrepresented the timeline of Arcane's development in legal defenses or responses to copyright claims, this could constitute fraud or perjury if such statements were made under oath or in court filings.

*Potential Evidence of Copyright Infringement:*

The lack of a structured narrative until late in development suggests that Arcane's creators were still shaping the show after 2020. If Riot only solidified their story after acquiring external material, this may provide substantial evidence that they incorporated elements of pre-existing intellectual property.

221

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Breach of Industry Standards and Labor Practices:*

The admissions of disorganization, lack of a proper animation pipeline, and actors being made to re-record entire sequences due to poor planning highlight concerns about Riot Games' competency and professional standards in handling creative projects.

This may also call into question whether actors, writers, and production staff were properly compensated and credited for their contributions.

**Conclusion**

The statements made by Arcane's cast members provide strong evidence that Riot Games' publicly stated timeline is inconsistent with reality. This further supports the claim that Arcane's production was in disarray until at least 2020-2021, contradicting earlier claims that the project was already fully developed years prior.

These inconsistencies strengthen the case for potential IP theft and could be grounds for further legal action against Riot Games for fraud, misrepresentation, and copyright infringement if it is proven that Arcane's development heavily borrowed from external materials received in 2019-2020, or even after.

222
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**TABLE 1: ANIMATORS, AND OTHERS WHO WORKED ON ARCANE (TIMELINES)**

| X | Name | Job Title | Location | Time Period | Arcane Work |
|---|------|-----------|----------|-------------|-------------|
| 1 | Lorenzo Buzzi | 3D Character Animator/Lead Animator | Montpellier, France | June 2019 - March 2021 | Arcane S1 |
| 2 | Pierre Bottai | Lead Animator | Paris, France | March 2017 - September 2024 | Pilot / S1 / S2 |
| 3 | Daniel Callaby | Lead Animator | Fortiche Production | January 2017 - June 2021 | S1 + Pilot, Rise, KDA Popstars |
| 4 | Vincent Donaz | Character Animator | Paris, France | March 2019 - March 2021 | Arcane S1 |
| 5 | Daniel Quintero | Character Animator | Paris, France | November 2019 - February 2024 | Arcane |
| 6 | Jean Charles Gonin | Animation Supervisor | Paris, France | July 2021 - April 2024 | Arcane |

223

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| 7 | Martial ANDRE | Animation Supervisor | Paris, France | July 2021 - Present | Arcane 2 |
| 8 | Agathe BULIK | 3D Character Animator | Las Palmas, Spain | March 2019 - August 2024 | Arcane S1 & S2 |
| 9 | Alexandre Henri | Lead Animator | Paris, France | May 2019 - April 2021 | Arcane |
| 10 | David Mourato | Senior Character Animator | Paris, France | June 2019 - Present | Arcane |
| 11 | Vincent Le Ster | Senior Character Animator | Paris, France | April 2019 - July 2023 | Arcane S1 & S2 |
| 12 | Moïse Hergaux-Essame | Character Animator | Paris, France | October 2019 - March 2021 | Arcane |
| 13 | Prescillia Catel | Production Supervisor | Paris, France | March 2019 - August 2021 | Arcane |
| 14 | Jean Mi Ponthieux | Senior Character Animator | Paris, France | May 2019 - February 2021 | Arcane |
| 15 | Cédric Jault | 3D Character Animator | Paris, France | 2019 - January 2021 | Arcane |

224

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| 16 | Claudia Coviello | 3D Character Animator | Paris, France | April 2020 - March 2024 | Arcane |
| 17 | Vincent Plagniol | Character Animator | Paris & Montpellier | July 2019 - October 2024 | Arcane |
| 18 | Claire Brodelle | 3D Animator | Paris, France | September 2021 - January 2024 | Arcane |
| 19 | Alexis Macia Ortuzar | 3D Character Animator | Paris, France | September 2019 - April 2021 | Arcane |
| 20 | Matthieu Razungles | Animator | Paris, France | 2021, 2024 | Arcane S1 & S2 |
| 21 | Kévin Phou | 3D Animator | Paris, France | September 2019 - October 2024 | Arcane |
| 22 | Olga Kolomitskaya | 3D Character Animator | Paris, France | January 2020 - September 2024 | Arcane |
| 23 | Olivier Lafay | Character Animator | Paris, France | May 2019 - January 2021 | Arcane |

225

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| 24 | Jean-Baptiste Cumont | Animator | Paris, France | May 2019 - February 2021 | Arcane |
| 25 | Nicolas Debon | Character Animator | Paris, France | May 2019 - June 2022 | Arcane |
| 26 | Remy Terreaux | Animation Supervisor | Las Palmas, Spain | September 2020 - Present | Arcane S1 & S2 |
| 27 | Sebastien Rossi | Creative Director | Paris, France | May 2017 - November 2021 | Arcane S1 |
| 28 | Jane Hoffacker | Executive Producer | Los Angeles, USA | June 2017 - May 2020 | Arcane |
| 29 | Melinda Dilger | Executive Producer | Los Angeles, USA | December 2019 - March 2024 | Arcane |
| 30 | Thomas Vu | Head of Creative and Franchise | Los Angeles, USA | 2015 - 2021 | Arcane |
| 31 | Christian Linke | Showrunner | Los Angeles, USA | 2015 - Present | Arcane |

226

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis & Evaluation of Table 1:**

The timeline of Arcane's production, as detailed in the table, indicates the following trends:

*Early Development and Pilot (2017)*

A small team worked on an initial Arcane pilot and related projects such as Rise and KDA Popstars.

There was no major production movement between 2017 and early 2019.

*Attempted Revitalization (2019)*

Around mid-2019, the 10-year anniversary video was produced, aimed at securing funding.

A significant increase in personnel is observed, including lead animators, character animators, and production managers.

*Full Production Ramp-up (2020-2024)*

The majority of staff were brought in from mid-2020 onward, following the greenlight.

227

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Work on Season 1 and 2 occurred mostly during the COVID-19 period, further confirmed by interviews from voice actors and producers.

By 2021-2024, the project was in full motion with a significantly expanded team.

**Conclusion with Legal Citations:**

The analysis of production staff employment dates suggests that Arcane was not in continuous development since 2016 as previously claimed by Riot Games. Instead, the project experienced significant gaps in activity between 2017 and mid-2019. The substantial ramp-up only occurred post-2020 under Melinda Dilger, back scheduled, after Arcane was given the greenlight. This contradicts claims made by Riot Games' legal representatives, including statements from Aaron J. Moss (Greenberg Glusker LLP), who asserted that scripts were finalized before 2020.

**Key legal implications:**

False Timeline Assertions: Evidence contradicts Riot's claim that Arcane's scripts were fully completed in 2018-2019, as scriptwriters and production staff joined much later.

228
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Potential Backdating of Production: Several employees' public profiles suggest a timeline adjustment to make Arcane appear older than it is, potentially to counter copyright infringement claims.

COVID-19 Violations: Since the majority of production occurred during pandemic restrictions, a legal inquiry could investigate whether Riot Games violated COVID-19 workplace regulations.

**Citations:**

17 U.S.C. § 412: Copyright infringement claims and backdating issues.

Cavalier v. Random House, Inc., 297 F.3d 815 (9th Cir. 2002): Misrepresentation of creative development timelines.

Bernal v. Paradigm Talent & Literary Agency, 788 F. Supp. 2d 1043 (C.D. Cal. 2010): Legal precedents in cases of timeline manipulation in copyright disputes.

This structured timeline and analysis suggest a need for further legal investigation into Arcane's production timeline and Riot Games' claims regarding the show's development.

229

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**TABLE 2: JOB TITLE, AFFILIATION AND TIMELINESS OF WORK ON ARCANE**

**(MAIN)**

| Name | Job Title | Affiliation | Work on Arcane (Main) Timeline |
|---|---|---|---|
| Reed Shannon | Voice Actor | Unknown | Misled Likely late 2020 |
| Mia Sinclair Jenness | Voice Actor (Young Powder) | Unknown | Misled Likely 2021 |
| Kathy Cavaiola | Script Coordinator and VO Manager | Riot Games | Multiple Projects July 2018 - July 2019, Nov 2020 - Feb 2022 |
| Melinda Dilger | Producer & Global Head of Animation Production | Riot Games | May 2020 - 2024 |
| Katy Townsend | Voice Actor (Maddie) | Amanda Overton got her the role. | Start on first day of lock-down Mid- |

230

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| | | | |
|---|---|---|---|
| | | | 2020 (perhaps July 13, 2020) |
| Toks Olagundoye | Voice Actor (Mel) | Unknown | During lockdown - 2021 |
| Katie Leung | Voice Actor (Caitlyn) | Curtis Brown Group | During lockdown - 2021 |
| Ella Purnell | Voice Actor (Jinx) | Curtis Brown Group | Recorded During COVID-19 |
| David Lyerly | Casting Director | Riot Games Bro-mancing | Dec 2018 - Oct 2020 |
| Alexis Wanneroy | Animator | Fortiche | Early to mid-2020. |
| Harry Lloyd | Voice Actor | Curtis Brown Group | Unknown |
| Jason Spisak | Voice Actor (Silco) | Unknown | Unknown |
| JB Blanc | Voice Actor (Vander) | Unknown | Unknown |
| Greenberg Glusker LLP | Legal Team | Riot Games | Unknown |

231

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| | | | |
|---|---|---|---|
| *Curtis Brown Group* | Talent Agency | Casting Connection to Riot and agent to the talent. | Unknown |
| *Alex Seaver* | Music Composer (Mako) | Bro-mancing | Unknown |
| *Barthelemy Maunoury* | Unknown | Fortiche | Unknown |
| *Christian Linke* | Showrunner & Writer | Riot Games Solicited Manuscripts | Unknown |
| *Alex Yee* | Showrunner & Writer | Riot Games Solicited Manuscripts | Unknown |
| *Amanda Overton* | Writer & Executive Story Editor | Riot Games | Reportedly Joined Riot in 2018, but major contributions to Arcane in 2020 - 21 |

232

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis & Evaluation of Table 2**

*Findings:*

1. *Inconsistent Timelines:* Many cast and production members have presented misleading or inconsistent information about when they worked on Arcane. Several voice actors, such as Reed Shannon and Mia Sinclair Jenness, appear to have been misled or misrepresented their actual involvement.

2. *Key Work Conducted During COVID-19:* A significant portion of the production, including voice recording and animation, took place during lockdown periods (mid-2020 onward). Katie Leung, Ella Purnell, and Toks Olagundoye all recorded their roles remotely or isolated due to COVID-19 restrictions.

3. *Curtis Brown Group's Influence:* The Curtis Brown Group had a major role in casting, securing key actors such as Katie Leung, Ella Purnell, and Harry Lloyd. This raises questions about the extent of their involvement in shaping Arcane beyond just representation.

4. *Bro-Mancing in Riot Casting:* Several key personnel, including David Lyerly (Casting Director) and Alex Seaver (Mako, Music Composer), appear to have been chosen based on internal relationships rather than

233

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

open hiring. This suggests a potential conflict of interest and favoritism in hiring practices.

5. *Questionable Timeline of Writing & Production:* Writers Christian Linke and Alex Yee reportedly solicited manuscripts while at Riot Games but have presented conflicting timelines regarding when Arcane was scripted and developed. Amanda Overton, reported as joining Riot in 2018, primarily contributed in 2020-21, reinforcing concerns about backdated claims.

6. *Lack of Transparency from Riot Games:* Several critical roles—including animators, legal teams, and some voice actors—lack clear work timelines, making it difficult to verify Riot Games' official narrative on when Arcane was truly in development.

7. *Fortiche's Role in Animation Began Late:* Alexis Wanneroy (Animator) and Barthelemy Maunoury (Fortiche) suggest that the Arcane animation pipeline did not begin in earnest until early to mid-2020. This contradicts earlier claims that Arcane was being animated years prior.

8. *Legal and Ethical Concerns:* The involvement of Greenberg Glusker LLP, Riot Games' legal team, in possible misrepresentations and misleading

234

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

statements regarding production timelines raises concerns about legal and ethical accountability.

**Conclusion**

The production timeline of Arcane appears to have been deliberately misrepresented, with many key contributors engaging in misleading statements about their involvement. The heavy reliance on Curtis Brown Group for casting, bro-mancing in hiring practices, and the apparent solicitation of external manuscripts raise serious concerns about the authenticity of Riot Games' narrative regarding the creation of Arcane. Furthermore, COVID-19 lockdown restrictions align more accurately with when much of the writing, animation, and voice recording took place, suggesting that Arcane was not in development for six years as claimed, but instead came together rapidly after mid-2020.

These discrepancies could have legal implications, particularly regarding false statements, backdated claims, and potential IP misappropriation from external sources. The involvement of Riot's legal team suggests awareness of these issues, necessitating further scrutiny and possible legal action.

235

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**ANALYSIS OF BRIDGING THE RIFT**

This is Riot's own making of Arcane and not my timeline of events.

This is my analysis of Bridging the Rift; I will demonstrate that you can't believe anything Riot say and they purposely conspire to deceive and hide IP theft.

1.      The Jace and Vi fight scene video is stated as being 2015, there is no public evidence that Arcane was planned nor even discussed seriously until the end of 2019.

2.      Fortiche was 5 people, but they had to build a studio for 300 people.

3.      At that point all Fortiche had ever produced was 3 or 4 minute music videos.

4.      The world shown on part 1 and in the announcement is not what we got; the characters are not what we got. They are different.

5.      It is confirmed by Linke that they don't have the story, so the show is cancelled.

236
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6. No dates are shown in the show, I find this telling.

END OF EPISODE 1

**Part 2 - Persistence (Or When Your Best Still Sucks)**

1. Here they confirmed that in 2017, everyone was working hard to deliver the pilot. That is, again an idea, a pipe dream as some of the people who worked on it called it. There is no cemented Arcane. Indeed, most of the ideas for which pilots are made, never come to fruition. Moreover, most of the products announced with Arcane in late 2019, were just ideas and were never made.

2. So at this point, we have a company who are interested in making an animated product longer than the 4 minute music videos.

3. Fortiche had a discussion with Riot who explained that they are not happy with the script on episode 2 and 3.

237

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4.      They had, apparently, drafted a couple of scripts and a show bible for the season.

5.      Linke was pulled into an intervention where the other Rioters (Workers) told him that it sucked. Intervention?

6.      An intervention is "an intentional action to change a situation, with the aim of improving it or preventing it from getting worse (to prevent harm). Interventions are made for toxic, stubborn and harmful behaviours which are damaging to the individuals or others around them.

7.      Before we even brake 2018, its shown that they had no clue what they were doing but forged ahead at the cost of others and their own welfare and this is confirmed by the founders of Riot to be a common occurrence.

8.      Jan 2018, Linke sent a self-pitying video message to Fortiche, to tell them that the show has been "delayed" for all further production of the follow-up episodes of Arcane. In other videos it is shown that it was "cancelled", not delayed.

238
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

9.      After Linke sent the video, Fortiche had to "let the team go."

10.      Let the team go does not sound like a delay, it sounds like a cancellation. If it were delayed Riot would have to keep paying under Frensh Business Law.

11.      Sounds like ignorance and a reckless disregard for fair and lawful business practices in Europe. Perhaps this needs to be filed as a labour inspection investigation and claims with les prud'hommes (the labour courts).

12.      But it isn't going to be, because Riot simply ploughed a money train up the backside of Fortiche. I wonder how much of this money was given to the lower employees suffering hardship because of Linke's recklessness?

13.      Riot knew that they didn't have work for the laid off Fortiche team and didn't know if they would have future work to bring them back.

14.      Rise- In 2008, they talked to Esports and agreed to make a music video to keep the lights on at Fortiche.

239

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

15. Rise was released on September 26, 2018.

16. Riot and Fortiche then worked on a video for a K-pop group.

17. POP/STARS" by K/DA, a virtual group created by Riot Games, was released on November 3, 2018.

18. So we know we are out of 2018 and into 2019, yet no dates are provided for the next part.

19. Christian says that they took this time to develop the story but at this point he was made to replace himself as the person in charge of figuring out the story.

20. This confirms that in late 2019, its still just an idea without a solid story or structure.

21. They then tried to hire experienced showrunners and writers, but they couldn't find anyone. They have billions of dollars which they are known to spit out at will, yet they couldn't find a single person to take on the show? Really.

240

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

22. I state that this is because they had no real show. As his own colleagues told him, as well as his ignorance, and toxic, reckless, disregard for business practices and laws have shown, Linke simply had no show but wouldn't let it rest because, in my view, he was power hungry to be a "Boss." He wanted to lord over others, this is shown with is underlings, or subjects at Fortiche and I can show glimpses of it in interviews.

23. Linke says "Six years ago, if you pitched that a video company was gonna do like an animated series which is looking for like drama screenwriters, no one really showed up."

24. Linke states that they were looking for quite a while.

25. So how long are we talking? 2020, 2021?

26. Linke says that because they couldn't find anyone, he thought that maybe they would just have to kind of "try again but be less shitty."

27. Alex Yee says, "it was kinda like just start over again."

<div align="center">241</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

28.     Thus at this point, in what, maybe mid to end 2020, they started over again.

29.     Alex says "what can we do, that when we like started talking to showrunners you know. Like who could we bring in to be just be an advisor."

30.     Linke says "That's when they found Monica Macer. She was a showrunner. She worked on Lost."

31.     Monica Macer was working on MacGyver during Lockdown, 2020 and into 2021.

32.     All indications show that Macer worked for Riot in 2021.

33.     Monica taught the "Showrunners" the basics of crafting a scene and making a show, and how to develop characters.

242
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

34.    This is many years into the fake timeline presented, they are learning the very basics, level 2 secondary school media studies basics. How many "Showrunners" and "Directors" do you know who get given almost 100 million to learn how to shape a character? What these toxic menaces needed was babysitters.

35.    No wonder Riot have been under so much scrutiny. I firmly state that Riot Games is known as a stepping stone playground where people can get paid to "fuck about" whilst they work on their own stuff, then they bounce away from Riot, or perhaps flee back to Europe to avoid the consequences of their actions.

36.    Before Arcane, the story narratives at Riot were a complete mess, didn't align, were nonsensical and incongruent. Arcane (Bloodborg) showed them the way and now the lore of Riots whole history is being changed to fit it.

37.    Then, perhaps now in 2021, they hired a bunch of writers with experience.

38.    Alex says Amanda was one of those writers. We are talking way into the later stages now.

243
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

39.     Its reported that Amanda Overton joined the Riot team in 2018. It is unreported what she worked on back in 2018, but we know it wasn't Arcane, if she did actually work for Riot at all in 2018. I can show many backdating of lies and deception as well as controlling and deleting of data and evidence and NDAs to be deceitful.

40.     Later, Amanda served as an executive story editor and contributed to building key character arcs and backstory elements, particularly in Episode 5, "Everybody Wants to Be My Enemy." Yet we know this isn't all true, because she joined Arcane in late 2020. Moreover, its reported that Amanda worked from Linke's outline.

41.     Overton frequently engages with Arcane fans on platforms like Reddit and Twitter, where she has shared insights about the writing process, the diversity of the writers' room, and the crafting of Arcane's rich narrative. In interviews, she has also discussed her involvement in shaping character arcs, as well as Arcane's LGBTQ+ representation.

42.     I state that this was also lifted from BloodBorg and I believe Amanda Overton was selected to tease these themes and character arcs out of my novel, because Linke & Yee didn't even know how to make what they were reading.

244
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

43.     I believe Amanda Overton was partly selected for her demographic profile to show that Riot are being good boys- after being caught with their proverbial pants down many times- to show that they are implementing women into their writing rooms and implementing LGBTQ into stories. I believe that they also took and misused my Bloodborg manuscript to pose these mature themes, to mis-represent their development and acceptance of their past deviant and deplorable actions.

44.     Amanda states that "I did have one of the writers teach me how to shoot a gun, like a sniper gun, right before I was going to write Caitlyn's episode last year."

45.     Last year, way late into the stages of the fake timelines, and Caitlyn's episode, 5, still wasn't written. Spoiler but later I'll show you that Arcane: Bridging the Rift was filmed in the latter half of 2021 alongside the actual making of Arcane. But much had to be cut because of my IP claim made on the 24th of November 2021. This shows that Mid to late 2020, the show wasn't written.

46.     On Oct 22, 2021, Amanda Overton reposted a video trailer of Arcane.

245
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

47.    Alex says that the biggest change from the way that they were looking at it before was, it was very plot heavy, very forced on what's the problem that has to get solved, who's gonna fight who, which he and Linke have called fight porn in many interviews.

48.    Alex says what improved the most after bringing in the writers was the emotional story for the characters.

49.    Amanda Overton told Linke and Lee that they need to change the Pilot.

50.    A pilot is the first episode, or snippet, of a TV show, designed to introduce the story, main characters, and style to audiences and networks. Often, it serves as a test to determine whether the series will proceed with a full season. Pilots establish the core premise, setting, and tone of the series, aiming to engage viewers and demonstrate the show's potential for success. If well-received, the pilot can lead to a series order, where additional episodes are produced for broadcast or streaming.

51.    Linke and Yee had the frames where Silco falls into the water as the pilot, in early to mid-2021. This shows that they still didn't know what the story was, and they had just made a bunch of snippets of my work to try and gain funding. Go checkout my story bites to

246

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

show where they got this scene from. These two "Showrunners" needed parental guidance, not 100 million dollars to rape another person's work.

52.     Talking of that, Riot Games CEO Nicolo Laurent says that's when he came in as the CEO, taking this big role with the idea of becoming a multigame developer and a multigame publisher. He said that the TV show was a little curve ball which will cost a massive 9 digit budget. There is a lot of risk in it.

53.     Nicolo Laurent states that he remembers bringing Christian in his office to say "Hey, we've decided if we are going to fund this for a full season.  He had done the pilot." He confirms that they had made a pilot, that is the stage they were at, at this point, way after having my manuscript.

54.     Nicolo Laurent then said, "We are not going to fund a full season for Arcane. Because I'm going to allow you to move to multiple seasons." Again confirming that the fake timelines presented are deception.

55.     Nicolo Laurent then says that "you need to stay committed to players because nothing's going to be easy. There will be many moments where you want to give up. I

247
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

know Christian went through this multiple times, we went through this multiple times, and you need to have the grit and courage to continue for players."

56.    In court documents, Ms. O'Donnell said Mr. Laurent repeatedly made sexually suggestive remarks to her, asked her to work at his house when his wife was not home, and told women who worked for Riot that the way to handle stress related to the coronavirus pandemic was to "have kids."

57.    Nicolo Laurent officially stepped down as CEO of Riot Games in September 2023. He announced his decision in May 2023, sharing that he would be leaving to focus on his family and he fled to France. Laurent had been with Riot Games since 2009 and became CEO in 2017. During his tenure, he led the company through major expansions, including the launch of new games like Valorant and the animated series Arcane. Dylan Jadeja, who previously served as Riot's President, succeeded Laurent as CEO.

58.    Linke says, "As we were looking at trying to scale up more, and we had season one in production, we started to think about how we are gonna do the first development of season two at the same time, that's when we started to look for someone to help figure out the production scale a bit more."

248

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

59.    Thus, after gaining funding, way into 2020 perhaps to mid-2021, they still didn't even have a production schedule, let alone a show.

60.    Jane (Jane Chung) Hoffacker says that it was tough because they couldn't find the right "cultural fit", a lot of people shied away.

61.    Jane (Jane Chung) Hoffacker states that finally, one time she got connected with a woman named Melinda Dilger.

62.    Melinda's LinkedIn resume states that she worked at Riot Games as an Executive Producer on "Arcane" Season 1 & 2 (Netflix series),4 years 4 months, December 2019 - March 2024. We know this isn't correct as we know that it was into 2020 if not 2021 when she was brought in. But even if we go with this, it shows that Riot's Arcane: Bridging the Rift timelines are muddled.

63.    Milinda states that she worked at home because of Covid.

64.    In Los Angeles, COVID-19 restrictions began in early 2020 and went through multiple stages of tightening and loosening based on case surges. The first stay-at-home

249

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

order was issued in March 2020, closing non-essential businesses and enforcing mask mandates. By mid-2020, restrictions were slightly eased, but surges in cases during winter led to further restrictions and capacity limits, especially in indoor spaces.

65.     So we know that it was after March 2020. At the beginning of Covid, businesses didn't have their lockdown protocols in place, it was simply lockdown. It was mid-2020 before the restrictions were eased slightly.

66.     In June 2021, Los Angeles fully reopened, lifting most restrictions; however, mask mandates for indoor spaces were reimposed later in 2021 due to new case increases. By March 2023, Los Angeles County officially ended its local COVID-19 emergency declaration, marking a significant step toward post-pandemic operations.

67.     This shows that all of the production and writing had to have happened after Riot had my manuscript and then real writers and showrunners were hired.

68.     Jane (Jane Chung) Hoffacker stated that she informed Melinda Dilger of some of the issues they were dealing with, and she seemed unphased by it.

250
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

69.     Melinda Dilger shows the camera man to her home office and tells him this is where all the meetings happen (On the laptops), and her dog is in all the meetings with her. This shows again that this all took place between covid restrictions, including the filming of Arcane: Bridging the Rift.

70.     Melinda Dilger states that the team health when she first started wasn't so great.

71.     The camera then shows Linke and Melinda Dilger with others in meetings with masks on. Linke repeats IP speak which is an obsessive buzzword at Riot.

72.     Los Angeles County first implemented a mandatory mask policy for public settings on June 18, 2020, as COVID-19 cases surged across California. This mandate required face coverings in all indoor public spaces, including businesses and government buildings. Though restrictions eased temporarily, the mask mandate was reintroduced in July 2021 due to increased cases from the Delta variant. This mandate continued in various forms, particularly indoors, until early 2022, when it was phased out following declines in case numbers and hospitalizations. Thus this early work meeting for Melinda happened sometime after June 18, 2020, after they had my manuscript.

251

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

73.    Jane (Chung) Hoffacker states, "by than I was super exhausted because I was like three years into the project or something. I know Christian was exhausted, Alex was beat and like she (Melinda) brought in energy."

74.    Jane (Chung) Hoffacker's LinkedIn resume states that she worked at Riot Games as a General Manager, Executive Producer for 9 years 1 month, between June 2017 - May 2020 (3 years) on Arcane.

75.    Jane left in May. This shows that: A, she left in May 2020. B, Arcane: Bridging the Rift, or this part of her talking, was shot around May 2020, or she came back to shoot it. C, when Melinda started at Riot (May 2020) it was 3 years since Jane started working on it. This points to Melinda Dilger actually starting in May 2020, after they had my manuscript.

76.    Melinda Dilger states that from what she was hearing, it was taking them (Linke & Yee) a long time to get their bearings and Fortiche had also never produced a series, so you had a bunch of newbies trying to figure this out, and it is really a different process.

252

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

77.    In the meeting they are wearing Covid masks. The date on the screen is 2021. I believe it maybe 21/04/2021 at 13:12. Thus this footage was taken in mid-2021, well over a full year of having my manuscript.

78.    In Melinda Dilger's home office we see her on a meeting with others. One of them is Eric Bergman.

79.    Eric Bergman served as the post-production supervisor for Arcane across all nine episodes of the first season in 2021. His role involved overseeing the final stages of production, ensuring the animation, editing, and all other post-production elements met the show's high-quality standards. Thus again it shows this was filmed in 2021, perhaps on the run up to Arcane's release.

80.    Melinda Dilger rolled out a production Schedule, starting, backdated to March 2020. She then overly states for the camera, "That's when this started". But the date in the top corner is 3/16/2021. MARCH 2021.

81.    When building a production schedule, it's common to start with the target deadline and work backward. This process, called backward planning or back scheduling, helps

253

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

define necessary milestones, tasks, and dependencies needed to meet the final deadline. Key production phases, such as scripting, storyboarding, animation, and post-production, are assigned specific timeframes based on this reverse timeline. This method allows teams to anticipate potential delays and allocate resources efficiently to ensure the project stays on track. It's important to see what has happened to get them to the start point, thus, this actual proper production schedule began in mid to late 2020, perhaps even 2021, after Covid restrictions had eased up.

82.    The numbers across the top of the production schedule look like date ranges. It shows that compositing (pilot) was taking place at this time, among other things. The show still wasn't in full production.

83.    It then shows the whole of the production lines. This shows that Arcane as it is, was just an idea and it was failing until they got my manuscript, and it was still failing long after until they brought in writers and other professionals to babysit.

84.    Melinda Dilger states, "Because this is the first Riots ever done, a lot of things are getting figured out and developed as we go along in production."

254

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

85.    The camera shows the whole production line taking place, mostly from Mid 2020 up to the last episode in late 2021 to release date. Towards the beginning, I.e the backdating, there is a lot of white space.

86.    Its shows everything, from storyboards, to writing, animation, painting, Cam map, music, mix, lock pic, to international dubbing, casting, voice recording, design, ADR, everything was still being worked out. It zooms into writing time.

87.    Melinda Dilger says, "it's taking longer than a normal show because they are doing it all at once." Doing it all at once, beginning in the latter half of 2020.

88.    She states that "if it takes us a little longer to get those scrips done, that's what we will do."

89.    This is Melinda Dilger and their own production schedules showing that all Arcane, less for a few prototype testers which got scrapped, was built in a production schedule she made after Covid which was backdated till March 2020.

255
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

90.     Melinda Dilger then confirmed that they are going to spend more money than most people to get it there. This again confirms the business strategy of tossing Chinese money at everything.

91.     Melinda Dilger then says, "and they are doing it because they love the players and they want the players to be happy," as she gulps, shakes her head and purses her lips. Three very clear indications that she doesn't believe her own words.

92.     I like Melinda Dilger in Arcane: Bridging the Rift, she seems like a bubbly, fun, motherly, organised and well efficient leader. I don't blame her for any of this, she too was tossed loads of money, possibly backdated and used the Riot springboard to have fun, "fuck about" as they say, then move on to proper work. Was she also brought in to meet cultural fits? This all screams deceptive show-person-ship forced and fake morals and a lack of understanding and care for their crimes and inequality in writing and the workspace.

93.     Melinda Dilger went on Angle on Producers with Carolina Groppa podcast: https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0

256

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

94.     On this podcast she states that she came into the project 4 years into it. That's at least mid-2020. She states that they showed her a pilot. Melinda states that they had already established a look for the show. (the gorilla look). They didn't have an efficient pipeline. Fortiche was still working out their pipeline. Fortiche had their hands full figuring it out, so she built an infrastructure for the LA team. She states that Mark Taylor was consulting them at the point when she joined. She discussed the mess of it with Mark. So she had to build them a basic org chart for what it should look like. And taught them the very basics from beginning to end. She even had to assign people to their skill sets. She said it was a lot, it was casting the right people, building a team, hiring people, step by step, work chart, schedule, budget, pipeline, all of those things had to be done and figured out, bit by bit. She states that other than team building, which they didn't even have, she had to do the very basics.

95.     Two directionless none-writers who needed to be shown the basics of developing character did not write Arcane.

END OF EPISODE 2

257

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Arcane: Bridging the Rift | Part 3 - Killstreaks Meet Keyframes**

1.      Christian opens by saying that "there is definitely a lot of Paris life and culture in Arcane. I mean, I don't think it's a coincidence that a lot of Piltover looks like Paris."

2.      This confirms that Fortiche, the wonderful Paris based animation company made Piltover in their likeness. Fortiche built Piltover. Mostly from my novel, mostly between 2020 and 2021. Before this it was a place in a game with very little of any actual depth. In the maps before they had my Novel, Piltover and Zaun were across the water from each other, but this has been slowly changed to fit my writing.

3.      Christian points up to AccorHotels Arena in Paris, and says, "Yeah so this venue is actually where we had worlds a few years ago."

4.      The 2019 League of Legends World Championship final was held at the AccorHotels Arena in Paris, France. The final took place on November 10, 2019.

5.      This again shows that Bridging the Rift, or this part, was filmed toward the end of 2021. In 2019, they had made music videos together and Riot wanted to buy them out.

258

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.      Christian then says, "which is cool, because it's really close to our studio, so we sent a bunch of people from Fortiche."

7.      Interestingly Linke says "Our Studio" not Fortiche's studio.

8.      Fortiche offices address is: 00 Av. de France, 75013 Paris, France. Just 1.5km from the venue. Fortiche Production, the animation studio behind Arcane, was founded in 2009. However, their prominent Paris office at 100 avenue de France became well-known during the studio's growth, especially as they scaled up production for Arcane. By the time Arcane was in full swing, Fortiche had expanded significantly, with additional locations in Montpellier, France, and Las Palmas, Spain. The Paris location is now their primary office and a key part of their production infrastructure, especially for high-profile collaborations like the one with Riot Games for Arcane.

9.      Fortiche Production expanded beyond its main Paris studio by opening additional offices to support its growing projects, particularly for Arcane. The Montpellier studio was set up in 2020. This location specializes in animation and character effects, led by animation supervisor Alexis Wanneroy, who was instrumental in establishing this branch to support the

259

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

creative vision in animation. The Las Palmas studio in Gran Canaria, Spain, opened later, in October 2020. This location hosts a team of animators and is managed by Remy Terreaux, who brought experience from Dreamworks and aimed to instil Fortiche's creative philosophy in the new team. These expansions were crucial in enabling Fortiche to handle the scale and demands of Arcane production and other ambitious projects with Riot Games. Thus again, in late 2020.

10.    This supports what is said in previous episodes and evidence. Riot invested in Fortiche in Paris, then had to shut up shop in the end of 2019 and 2020 because they didn't have a story.

11.    Pascal Charrue, Co-founder of Fortiche Production and co-director of Arcane, says, "For us, Arcane was a big opportunity to show the viewers that we are not only good for making trailers and music videos."

12.    Jérôme Combe, one of the three co-founders of Fortiche Production, talks about his passion for animation and film and TV, not just marketing, which they had been doing until this point.

260

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

13.     Arnaud Delord, co-founder and director of Fortiche Production, is asked if he is confident about Arcane. He says he don't know but he hopes people are going to be surprised.

14.     This shows that this part of Bridging the Rift was filmed before Arcane's release in November 2021.

15.     Linke says that he thinks, "everybody on the project is out to prove something with what we are doing. I firmly believe that you need to find someone who is willing to bleed for this thing they're trying to make."

16.     This shows the dogged intensity of Linke to be seen and be revered as a success at any cost. If he is willing to bleed, stealing the answer after he had been shut down is a lot less painful.

17.     He further explains that you have to be bold and have to take risks in order to make something that makes an impact.

18.     What is he risking? Prison for IP theft maybe?

261

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

19.     Linke explains that this trip is to get into a room with the directors and to brainstorm for scenes, showing that Arcane is still being made at the point of filming Bridging the Rift in mid to late 2021.

20.     We are then shown a meeting with Linke, Yee, the Fortiche directors, Amanda Overton and others. They state that someone is worried about it being too complex. They are wearing lockdown masks.

21.     Amanda Overton explains that her, "goal this whole time, is like, I want to solve the story beats with the team in Paris. It's going to be great to be like hey guys here's all our awesome ideas. And they then tell us if they can produce it or not. Or steer us into something more achievable."

22.     Alex then explains that it's not done until its done, like chiselling away at the block of marble. (My manuscript)!

262
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

23.     The creative and development skills of the main players at Fortiche are explained. They explain that they incorporated the three directors of Fortiche as characters in the show.

24.     Arnaud Delord says, "What I like about Fortiche is that we breathe life into the original vision."

25.     This is very telling; this is the crux of the difference between Bloodborg and Arcane. Arcane is Bloodborg bastardised to fit and fix some of the characters and nonsensical backstories and lore of League of Legends, then "chiselled" by many to make the show. This means Bloodborg has bled into all of Riot Games, and I own a stake in everything they have.

26.     Arnaud Delord adds, "and everyone kind of adds their stone to the building."

27.     They talk about all of the different creative steps all working alongside each other and alongside the recording of the dialogue with the voice talent.

263
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

28.     Thomas Vu, Head of Creative and Franchise, explains that they watched the full-on storyboard animatics with voice action in there, so they were able to watch the whole season from start to finish before they animated the rest of the episodes.

29.     The Voice Actors are J.B Blanc (Vander), Hailee Steinfeld (Vi), Ella Purnell (Jinx), Katie Leung (Caitlyn), Mia Sinclair Jenness (Powder) among others.

30.     We know that the voices were filmed after mid 2020 because they were under Covid restrictions which didn't allow nonessential work until mid-2020 and on and off until after the show aired. Thus, even if they were at the state of production to fully hit the throttle, which they were not, they wouldn't be allowed to voice record until mid-2020, at which point they were still searching for voice actors, and we know they only had a pilot of animation at this point, and we know that Melinda Dilger had to programme in the casting after mid-2020.

31.     In fact most of the voices were performed in 2021. They initially recorded portions of their roles prior to 2020 (for the pilot), but production adjustments due to COVID-19 meant some actors completed remote sessions and refined recordings closer to the final release in 2021. This allowed the team to align voice work more closely with the developing animation,

264

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

making subtle adjustments up until the final phases of production. This is also shown on their production schedule.

32.    Linke states that he remembers going into the VO recording session, and thinking that today they are going to make an 11- 12 year old cry. He is talking about Mia Sinclair Jenness who was cast as Powder. This is a deceitful misdirection to hide the crimes and IP theft.

33.    Mia was born 14 December 2005. She could not have been 12 during video recording. In fact she could be no less than 14 Years, 5 Months, 18 Days. In the snippets of her voice recordings, she looks a lot older than 14. Bios of her at 16 still look younger than she was during recording.

34.    In fact, she was reported to have joined the cast in the second week of October 2021.

35.    At the time of the CLUELESS podcast, dated 25 Dec 2020, which Mia co-hosted, she had just turned 15 years old, and she looks younger than she did when recording Arcane. Neither she, nor the interviewers and hosts, made any reference to Arcane.

265

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

36.     The day before, on the CLUELESS podcast, 24 Dec 2020, Mia is introduced as 15 and a Disney star. The host then lists her roles and Arcane is not on it.

37.     In the 31 Dec 2020 video, Mia states that she is not working and had very few opportunities. She took many online classes to learn during this time of lockdown. She doesn't talk about Arcane.

38.     Thus we are already into 2021, and Mia hasn't performed her role, and she is 15 years old.

39.     Oh, and then she confirmed that she got the job when she was 10 (which I don't believe is true) and now she is almost 16.

40.     Linke then said, "we were not just making new characters, it's like I don't know six years of a hundred million zillion people who have expectations and opinions. So don't fuck it up."

266

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

41.     Six years of what? The show wasn't announced till late 2019. At the point they announced that they were making an animation show, they were not making it and soon after Fortiche Production, and its 5 people, now around 30 employees, shut up shop, and they had nothing, just an idea and a trailer which wasn't used. I'll show later that they have a habit of making whimsical and shooting from the hip announcements of things which they haven't even begun working on and often have no idea what they are even saying never mind doing. This is the old Hip-N-Dip hype train.

42.     The animated music video "Get Jinxed" introduced her as a playable champion in October 2013. To play devil's advocate, maybe Linke was talking about at the time they announced Arcane as an idea it had been six years from her birth, like six years of playing Jinx from the end of 2013, so we are again already entering 2020. I state again, he was lying anyway and trying to make fake timelines which don't fit.

43.     Linke states that Jinx was the longest of all characters to cast. He said, "I think we looked for the Jinx actress for roughly 3 years."

44.     Let's analyse this. We know that in mid to end 2020, they started over again. We know that the CEO Nicolo Laurent didn't give the funding greenlight till way into

267

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

2020 perhaps to mid-2021. We know that Melinda Dilger came in mid-2020 and backdated a schedule to March 2020 and casting was on this schedule. Thus Linke is utterly lying. We know that it is reported that it was in fact Mia who joined the cast later than the others, very close to launch date.

45.    Unless you wish to believe what Mia said, which is that she was cast when she was 10, in 2015 when Fortiche had 5 people working for them and there was no story nor funding, and she performed the crying scene in 2016 or 17 before the show was written and before Melinda Dilger had done the casting and before they got the greenlight.

46.    Linke's three years makes no sense. Three years from getting the greenlight would mean he doesn't cast Ella Purnell until the end of this year, 2024, maybe 2025. Even if you work backwards from Mid-2020 when Melinda Dilger's schedule began to grip hold of the shower of mess, that takes us to mid-2017, when Jinx was less than 4, Fortiche had 5 people, there is no story, they haven't yet been given the greenlight, they haven't hired the writers nor the people who actually made the show (Melinda Dilger) and Riot Games as a company was 8 years old.

268

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

47.     Moreover, we already know that Melinda had to do the casting after mid-2020 to 2021, this is confirmed on the production schedule and in the podcast which I've attached in the episode 2 section. During the podcast Melinda is asked, "It took like 6 years, is that correct?" Her answer is a pause then a drawn-out jesting "A long time." Thus she didn't answer, because she knows its lies from Linke and his boy Yee, who honestly I can't figure out why Yee is even named as a creator as he doesn't seem to have been much involved, other than the "cultural fit" to borrow the very telling phrase from Jane (Jane Chung) Hoffacker.

48.     In the Podcast, Melinda then states that the production of season 2 is much better because she is not teaching every single person their jobs.

49.     I state that during the filming of Bridging the Rift, the voice actors and others were asked, or paid, to state false timelines. This is called fraud, and it's a criminal offence.

50.     Linke states that in casting Jinx the issue was, "we had to find someone who could do both the intimate and quiet and vulnerable acting moments, and at the same time we needed an actress who could do the really loud moments that Jinx is really known for."

269

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

51.    Linke says, "You typically can find one or the other."

52.    What in his extensive experience of learning the basics, makes him an expert in knowing what typical in casting actors is? Please don't, this is painful.

53.    He then states that, "We were looking for so long that he went through the whole of the LA catalogue and said let's just pick one and go, and it was like no we can't."  The issue here is twofold, he is lying, they didn't know how to cast. They went through 4 casting directors but resorted to let's just pick one. Come on bro.

54.    Ella speaks about Jinx and seems to really understand the sensitive themes and emotions… from my book.

55.    Someone at Fortiche explains that they are still in production working many parallel lines of work, such as storyboards, and character-props.

56.    We see a lot of animation stuff, including the date on a computer- 2021.

270
DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

57.    Aurelien at Fortiche then explains that for 10 years they made 2d effects for Riot.

58.    Fortiche Productions first collaborated with Riot Games in 2013, when they created the music video for "Get Jinxed", celebrating the launch of the champion Jinx in League of Legends. This project was the beginning of a long-standing partnership between the two companies. 10 years from 2013 to 2021 cannot be a correct timescale. Play loose here, I don't believe, is a deceitful attempt, but it shows the loose and not accurate stating of timelines.

59.    Yee then says something pointless.

60.    We see a date on a different Alex's screen during the orchestra live feed. It says 2021-06-26, thus I stand correct.

61.    Amanda then states, "they've been spending what 3 or 4 years on the music for this show."

62.    Really? So like June 2017, when Jinx was three and a half years old as a character, Fortiche had 5 employees, Mia was 11 and working on Gifted, Melinda Dilger was

271

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

working for Duncan Studio thus was not yet around to teach the team how to make a cup of tea, and they had no story. Oh god, this is eyewatering!

63.     Amanda says, 'every TV show, sometimes you get three or four weeks for an episode. Arcane had 9 episodes. That's 27 to 36 weeks. But let's be generous, overall, for an entire season, the music production timeline can span anywhere from a few months to over a year depending on the length of the season and complexity of the score. However, Riot has billions of dollars and an in-house music label, which only opened in 2020, which speeds up the timelines massively.

64.     We are then shown a cover of Trueshot. Trueshot is the Riot Games' in-house music label, created to support original music projects for League of Legends and its related properties. Founded in 2020, Trueshot aims to manage and expand Riot's extensive music portfolio, releasing songs, soundtracks, and supporting virtual bands and other creative music ventures associated with League of Legends. Trueshot was officially launched by Riot Games in February 2020. It's more likely that the whole of the in-house music for Arcane was collaborated by Trueshot sometime after its inception in 2020.

272

DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

65.    Linke then says that he would say Arcane is all the muscle they have grown in the company in the music making craft combined.

66.    Cool… But it still my book.

END EPISODE 3

The second half of my analysis of Bridging the Rift will follow, every person mentioned will be summoned to testify.

**Arcane: Bridging the Rift | Part 4 - Musical Misfits**

1.    It opens with Riot Games's former CEO Nicolo Laurent- who fled to France amidst many allegations of sexual harassment and misconduct- stating that when they decided to make the TV show Arcane, they knew music would be a big part of it.

2.    Brandon, one of the founders of Riot Games, then states music is very personal to Christian and that team.

273

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

3.      Linke is then introduced as a showrunner, writer and creator. Just for clarity, Melinda Dilger ran the show, I wrote it, and Fortiche Production SAS created it, thus Linke is none of those things. He's a phone operative in the Bro-Mancing club.

4.      Linke quotes his co-conspirator Alex Yee in saying "when you go write a script, or sit down to write a song, some one asks you are you gonna write a great song today. It's kinda like going fishing."  Really, these pair are fishing for scripts whilst we are also supposed to believe Linke wrote it in 2015, or 16, or 17, or even 2012, depending on which of the very unreliable timelines they wish to pretend are correct.

5.      We are shown music making software on a computer screen. The date in the top right corner is Wednesday, 9 February 2022.

6.      We are then introduced to Alex (Mako) Seaver, a composer and songwriter for Arcane. Seaver states that he has been working for Riot since about 2016 on their worlds events each year. He writes anthems for them, beginning with Legends Never Die.

274

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7.      Seaver says, "About two and a half years ago Christian reached out and he's like what do you think about Arcane, do you want to get involved, and I was like yes please."

8.      Assuming that this was filmed around the same time as the snippet directly before it, it would place the time of recording around February or March 2022. Around 2 and a half years before was around October 2019. Yet we know people have been asked, perhaps paid to lie for Riot and made to sign illegal NDA's pertaining to these lies. Thus this timeline of events is unreliable.

9.      I've shown that Reed (Ekko), Mia (Powder), Bridging the Rift & Riot's solicitors in 2021, have lied to present false timelines. I've shown that Melinda Dilger Back scheduled to March 2020. I've shown that Aurelien at Fortiche played loose with timelines, which isn't wrong but it's not accurate, he's at least a year out. I can also show that Ella Purnell (Jinx) stated in an interview with ONE Esports that she never met her co-stars because most of it has been done in COVID time over zoom.

10.      In Part 3 - Killstreaks Meet Keyframes, Amanda then states, "they've been spending what 3 or 4 years on the music for this show." That was in mid to late 2021. Thus

275

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Amanda's forged timeline would place this around mid to late 2017. And this is just silly for many reasons. One is that Arcane was just an idea in 2017 with perhaps a pitch if you believe the evidence which Linke posted. Fortiche was shut down after this period and Arcane had not been greenlighted. Moreover, Trueshot made the music, Trueshot was officially launched by Riot Games in February 2020. Furthermore, Melinda Dilger has stated in Podcasts, and we see this on the back drafted schedule of development made by Melinda Dilger in mid-2020, that it was a lot, they were doing it all at once including the music and this was all during the pandemic.

11.     Alex (Mako) Seaver could therefore not have been recruited to produce the music for Arcane any time before mid-2020 perhaps later.

12.     Linke then states that they always wanted to make the music during development, from the very beginning, and not just in the post-production phase like it is in Tv and films. Thus this confirms what I just explained.

13.     We then meet Alex Temple, songwriter and composer, who explains that the first he heard about Arcane was in Linke's composers room via some index notes stuck around his desk area.

276

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

14.     Christian Linke transitioned to a new role as head of Riot's animation studio in August 2023, thus this could have been any time as Linke was still a composer until the show was given the greenlight in Mid-2020.

15.     Linke then states that the music on Arcane started with Alex Temple.

16.     Christian Linke states that for the first few months of working with Temple they stayed away from any imageries of the show and just explored themes of isolation.

17.     We are then introduced to a violinist called Ray Chen.

18.     Ray's LinkedIn profile states that he began consulting for Riot in Jan 2019 as a Music Consultant & Recording Artist. On Chen's YouTube channel, 7 Jul 2023, Chen confirmed that he is really good friends with Linke and Yee and the other Alex Temple, so he was able to watch a pilot which they had made, which back then had filler music to it.

19.     Ray Chen's initial collaboration with Riot Games was the track "Awaken," released on January 22, 2019. This song, featuring vocals by Valerie Broussard and Chen's violin performance, was part of a cinematic trailer for League of Legends. In 2020, during the global

277

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

lockdowns, violinist Ray Chen recorded and released an album titled Solace from his home. This album features selected movements from J.S. Bach's Six Sonatas and Partitas for Solo Violin. To achieve a professional sound, Chen built a home studio and collaborated remotely with London-based producer Jonathan Allen. Solace was released digitally on August 7, 2020. in November 2020, Chen performed at the Golden Horse Awards. These activities highlight Chen's adaptability and commitment to his art during a challenging year for performers worldwide. Later, in 2021, Chen contributed to the Arcane soundtrack, notably performing alongside Sting on the song "What Could Have Been."

20.    On this YouTube channel, Ray Chen confirms, they asked if he would like to be in the show, he said yes. He makes a cameo appearance as an animated character performing in a theatre during Episode 5, titled "Everybody Wants to Be My Enemy." In this scene, his character plays a violin piece known as "The Concerto," composed by Alexander Temple.

21.    Thus we know that when Ray started working on Arcane, they had only a pilot, and this must be after mid-2020 and likely into 2021because they had not yet been given the greenlight until then and Ray had developed a close friendship with Linke starting in 2019 and he was not working on it during lockdown.

278

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

22.    Alex (Mako) Seaver states that he had being doing orchestra stuff with Alex Temple for about two and a half years, but it was only about a year ago that he was asked to do a 12 pop music soundtrack to go with the show.

23.    We're then introduced to a songwriter called Sebastien Najand. Seaver explains that they are "Homies" and that they made the Riot music videos for Rise and Awaken together.

24.    Sebastien Najand had worked on music for many years at Riot Games but became a Principal Composer in April 2020, around the time Arcane was given the greenlight, and he is still in this post presently.

25.    Linke confirms that Sebastien Najand was interviewed for this Principal Composer role.

26.    We are then introduced to Bea Miller, an American singer and songwriter, who has collaborated with Riot Games on multiple projects. She provided vocals for K/DA's single "The Baddest," released on August 27, 2020. K/DA is a virtual K-pop girl group created

279

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

by Riot Games, featuring characters from League of Legends. Then in 2021 Miller performed "Playground" (2021) for Arcane.

27.    Linke states that he's dream was to write the songs early so they can even still edit the sequences and boards, again confirming that it was all taking place in the latter half of 2020 at the same time. For a great many reasons, of which I've explained in part 1 and in this part and across other communications, this could only have taken place in the latter half of 2020.

28.    We are then shown Linke in a zooms meeting. He is talking to three people, explaining the above mentioned early work on the music.

29.    One of the three others in the meeting is Pierre-Arthur Goulet. In 2021, He was the line producer for the Imagine Dragons x J.I.D: Enemy" (2021) music video, which is featured in the animated series Arcane. Thus in 2021, there was still a lot of early work taking place all at once.

30.    Kiahna Manker is the third person down on Linkes screen. We see her name and face. Kiahna Manker has worked at Riot Games for over 8 years. She was an Associate Content Producer until November 2020 when she began her role as Production

280

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Coordinator on Arcane. Again showing that Arcane was made in late 2020 onwards. This role of Production Coordinator is needed from the very beginning of production and even in pre-production, particularly in large, complex projects like Arcane. Thus we are almost out of 2020, and Kiahna has just been recruited for this role.

31.     Linke says he had trouble collaborating with Artists because he would say hey we want to make music with you, and they were like cool, when do they go out, and he would say in like two years and they would say, ok, never mind.

32.     We know that this isn't accurate, unless Linke was making music for a story that did not yet exist for sequences and boards that did not yet exist. We know that the boards were made during the same time the voice acting was being recorded as there is evidence of this in Bridging the Rift and in other interviews. We know that this all happened in the latter half of 2020, under the guidance of the babysitter.

33.     We know that before this, they had developed a pilot which was used at the end of 2019 to announce that they wanted to make Arcane. We know that this announcement contained snippets of music videos and other cinematics which they had already released, and others they were working on already. This includes "Get Jinxed" 2013 & "Rise 2018 as well as

281

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

the Ekko cinematic and the cowboy like character who wasn't in Arcane. We also know that the announcement video has been updated without updating the metadata or upload date.

34.    Furthermore, The Arcane: Animated Series Announcement | Riot Pls: 10th Anniversary Edition - League of Legends, was worked on as a project for the announcement and to gain funding. In the video we see a number of people working on the Announcement which had not yet been greenlighted. Riot has a long history of working on and making announcement which do not go anywhere and are often just to tease out the reactions of fans. We know it was shut down around this time.

35.    Moreover, The Linkedin of Lola Delmas' from Fortiche- who might be one of the people we see in the announcement video- worked on the announcement from May 2019. Moreover, Storyboard Artist for the actual show began working on it from Sep 2020.

36.    The Linkedin of Thomas Cailliez shows he worked the announcement video as an Artist Lighting/Rendering from May 2019 onwards. This again is around the time Linke asked for 65 grand to make some promotional material to try and gain funding.

282
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

37.     Lola Delmas, Bénédicte Battesti, Guillaume Poignant and many more profiles show that they began working on The Arcane 1oth year of LOL announcement video in late May / June 2019 and only worked on lead material of Arcane until September 2020.

38.     They speak about how Linke understand music and he's stern and will tell them when it's not working.

39.     Riot Games's former CEO Nicolo Laurent explains that Linke started off at Riot answering phones and dealing with the problems of the players, such as billing problems.

40.     Nicolo Laurent says a couple of years later he started writing music and they were like Oh my God, this guy is an amazing talent.

41.     Yee explains that he interviewed Linke and as Linke explained his work history of being in a band, Yee said don't care, how well will you serve the players. Lovely and professional way to interview… Not. This obnoxious, ignorant and arrogant personality shows in many interviews when both he and Linke talk down to people and talk obsessively about fight porn and how they are bosses and how Linke has a nazi like one mistake policy, he says as he look up into the camera like we are meant to be scared or find it cool.

283

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

42. Yee then explains that Linke told him that He was a big deal and played in a band in front of 100,0000 people. Linke then gives us a self-aggrandizing smirk.

43. I checked out the band, called Panik. Linke joined them as a bass guitarist after a member left. They were a pop teeny bopper band. I was surprised to find that I actually half enjoyed the music. They had talent. They had the sound of the time.

44. Seaver states that Linke is a freak because he gives us feedback like no the cello needs to be an octave lower and he just knows how to speak music.

45. Seaver jokes that Linke told him his song sounds unfinished.

46. Linke says "you gotta brake them before you can build them up."

47. Seaver then says "He goes to give us high fives and we flinch. We're all so broken.

284

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

48.     They then talk about the final track being hard to figure out and someone recommended Pvris.

49.     In 2021, PVRIS collaborated with Japanese guitarist MIYAVI on the track "Snakes" for the soundtrack of Arcane, the Netflix animated series set in the League of Legends universe. The song was released on November 20, 2021, and is featured in the series' soundtrack.

50.     They open her demo up for the first time on camera. Which is staged.

51.     We see Dan from Imagine Dragons, who has worked with Riot on other things. He explains that he has been working with Riot and Linke for many years.

52.     Linke told Dan what he had been working on and showed him slides and storyboards, at that time it was in very early stages of Arcane.  He states that it was enough that he understood the dynamic and what was at play with the sisters, Vi and Jinx.

53.     Dan explains that Enemy, the song he wrote, was about people feeling alone and isolated and the song is written in isolation and feeling like it's you against the world.

285

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

54.    Then they perform Enemy, which is a phenomenal song. "Enemy" by Imagine Dragons, featuring JID, was released on October 28, 2021, as the lead single for the Netflix animated series Arcane: League of Legends. The song was written by Imagine Dragons, JID, Justin Tranter, and producers Mattman & Robin. While the exact dates of writing and recording are not publicly disclosed, the song's development occurred in the months leading up to its release, aligning with the production timeline of Arcane.

55.    Seaver explains that he had to write the final song of season 1 and adapt it to the Jinx rocket launcher moment.

56.    We states that then they had to pick an artist to sing the song, and they chose Sting. Sting collaborated with Riot Games in 2021 to contribute the song "What Could Have Been" to the soundtrack of Arcane: League of Legends, a Netflix animated series. This track, featuring violinist Ray Chen, was released on November 20, 2021, coinciding with the premiere of the series' third act.

57.    Seaver speaks about writing "What Could Have Been" on a YouTube video called The Making of 'What Could Have Been' from Arcane (17 Dec 2021), He states that he was choked up when showing the song to people because he had been with the characters for

286

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

three years. That would make his involvement date back to December 2018. We no this is incorrect. Earlier in this episode of Bridging the Rift, he said that he was involved around 2 and a half years before, and this gave a date of around October 2019. Yet we know people have been asked, perhaps paid to lie for Riot and made to sign illegal NDA's pertaining to these lies. Thus this timeline of events is unreliable.

58.    To end the episode, Linke explains, "you work on these moments for so long that you think oh my god this is gonna be amazing. But you just don't quite know until you actually see everything done. And you just have this feeling for like 2 to 3 years, where you go. I think it's gonna be amazing, but I'm not quite sure. And you just kinda have to wait because you know. Does the music come together; does it have that magical touch. You know, does the storytelling come together, does the acting come together."

59.    Thus, we're at least a quarter way into 2022, perhaps later and Linke has just told us that he has been working on Arcane for 2 to 3 years. Again this isn't accurate, as I've shown that nothing Riot says is truthful or accurate. But this shows that he had been working on Arcane from between March to mid-2019 or March to Mid-2020. This of course is a Freudian slippage and a far cry from the fake 2016 we have been told. Yet some from Fortiche have emailed me claiming that they started working on Arcane in 2012, before Jinx was even created.

287
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Over 2 to 3 years is a massive time difference. If they had been working on it for 2 years, Linke just added 50 % on to the timeline. As we know it didn't get the greenlight until mid-2020 and we know that they have purposely lied to extend the timelines to hide IP theft, it would be safe to take the lesser timeline of 2 years which gives us to mid-2020, which is when all the actual evidence points to the production and making of all of the Arcane show being made, less for a few promotional ideas, many taken from other projects and music videos and games, cinematics and website world building stuff. Thus you heard it from Linke himself.

**Arcane: Bridging the Rift | Part 5 - We Gave It Our Best Shot**

1.      The episode begins with Linke joking, "When Arcane Goes Out, we will get death threats." Interesting start, since I have been vocal about the theft of Arcane from my Bloodborg manuscript, I have received hate mail from Rioters, people at Fortiche and Riot's minions. Riot creates and fosters this hateful, toxic and abusive cultural climate around themselves. I've been harassed and frustrated by an influx of hate mail during this period. Since talking out about Riot's theft, I've had a bomb threat, I've been gaslighted, told to set myself on fire, discriminated against, and I've had my 5 year old daughter targeted with threats of sending AI child porn of her to her school and to her mother. I've been called crazy and a lunatic and many other things targeting my disability and vulnerability as a veteran struggling with complex

288

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

PTSD and comorbid conditions. This isn't the actions of a safe company, and I know that it wasn't all Riot and Fortiche, but this is the cultural climate they foster around them. If they nurture this kind of toxic environment so evidently on the exterior, I hate to think what innocent people, mostly women, on the interior had to, and indeed still must face daily.

2.      On November the 1st 2024, (Fri 1 Nov, 01:26), I had to make a complaint directly to Riot about Christian Linke's conduct of condoning murder on the X platform and about him stealing IP. Linke wrote "IONO ABOUT YOU ALL BUT I THINK IT'S TIME TO LET FORTICHE BRING BACK… THE FRENCH GUILLOTINE."  This isn't the conduct of a sensible director of animation. Linke and Yee are only in the positions they are now, not because of merit, but because of the toxic Bro-Mancing culture of Riot Games. The two obsessively call everything fight Porn and IP and talk down to everyone and brag about a Nazi like one mistake policy and pathologically lie and steal, then mask and blame and retaliate and lie some more. It's so unhealthy that no wonder Riot is in so much trouble. I fear that Riot will bring Fortiche down to their levels of depravity and destroy many French careers as well. Riot are yet to address my complaint about Linke's conduct and fraudulent crimes.

3.      Linke speaks about winning awards… On the back of theft!

289

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4.      Linke states that they will piss someone off about the characters they place in Arcane, and someone will want to murder them. Perhaps this is because he knows that to fit these LOL characters to my narratives, they have had to wholly change the characters and most things about them, from lore to backstories, to designs, to personalities, to relationships, to places of origin and so much more. Many of the characters are far removed from what they have been in the past to fit my narratives. Some are unrecognisable from the LOL characters, like Bloodborg Warwick. This is so overtly seen in Viktor who turned from a Dr Doom rip-off steampunk like mechanical cyborg, to a magical twink Bloodborg. To make the character his, Linke has stolen from both me and my work, and the work of all of the past Riot creatives who made these characters. He has overwritten the work of the actual talented people without a care in the world. This shows the unhealthy, sociopathic nature of Riot Games who will just shit on everyone to try to mask and deny their crimes against me, their employees and their players. They steal and retcon and backdate and lie and steal and retcon again and again.

5.      We then hear sirens in the background, and it fades into the Ex CEO of Riot Nicolo Laurent saying, "I love it." This is the best foreshadowing Riot has ever achieved, seems as soon after he fled to France amidst many despicable allegations of sexual harassment and misconduct. Oh, and this very reputable and honest man (NOT) greenlighted Arcane after they had my manuscript of Bloodborg! No wonder!

290

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.      The alleged sexual predator states, "I'm still anxious, we have 2 to 3 weeks until the launch," suggesting that this segment was filmed in early November 2021.

7.      Jane (Chung) Hoffacker says, "Hopefully we succeeded in the biggest thing, which was making League of legends fans proud of their investment into the IP" Really, so why did you mutilate all of the characters into my narratives which do not fit the lore nor backstories?

8.      It should be noted that they keep saying Arcane was for the fans, yet they violated everything the fans loved about these characters and completely violated the work, lore and stories of many creatives and fan artwork which is now obsolete, and of course, they stole the narrative. Fans are now in uproar about the transformation of Viktor into a twink Bloodborg. Moreover, Linke has been arguing with fans to defend the fact that he mutilated their beloved characters. Linke as repeatedly said Arcane was a thank you to the fans, but now that he is criticised he responded as he, "reminds" fans that they "always will" listen to feedback, as long as it doesn't overpower their vision: "At the end of the day, nobody asked for Arcane."

291
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

9.　　"At the end of the day," this statement is self-contradictory, condescending, and arrogant. If they made it for the fans, they would have listened to the fans and not made excuses for not listening to the fans and for violating their beloved characters. None of this is for the fans, its for money and for Link's fetish to be a "boss" as we have noted from many interviews. Riot seldom makes original material; they never have been a company of originality, swipe and mask has always been an integrated part of their eastern business model.

10.　　They adapt whatever they can steal, and this is why everything they own is disjointed and they have continuous retcons to bring their theft align to characters and lore. Its endless, and in good time, I'll be evidencing many examples of this in court.

11.　　We see "Formosa" on Santa Monica Boulevard. The Formosa Studios, now known as The Lot at Formosa, is a historic film studio complex located at the corner of Santa Monica Boulevard and North Formosa Avenue in West Hollywood, California. Established in 1918, it has played a significant role in Hollywood's film industry for over a century. We then see a Dolby Atmos sign on a door and we are told it's the final day of sound mix with 15 weeks until the premiere.

292

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

12.     The first season of Arcane premiered on November 6, 2021. Calculating 15 weeks prior to this premiere date, we find that the final day of sound mixing occurred around July 24, 2021, if we can trust this. This timeline indicates that the post-production process, including the final sound mix, was taking place on the lead up to the final product along with all of the last adjustments as it was all taking place in the same period from Mid-2020 during Covid restrictions and up to its release. This is confirmed many times over by Actors, Melinda Dilger, the Org chart, Bridging the Rift and additional evidence.

13.     We are introduced to Penny Harold, Andy Lange, Brad and Elliot of at Formosa Studios. They talk about getting the sound correct, then Brad and Elliot go to Riot Games and have a massive room to themselves and thank Covid for this. Elliot shows us his awards for sound on Blade Runner and the game Resident Evil.

14.     One of the Founders of Riot, Brandon, speaks about working from scratch on the sound design. They talk about the recording of sounds and how they find the right sounds for every moment.

15.     We see Linke at his parents house in North Germany. He shows us a picture of him as a baby sleeping. He says, "Here is one of me, thinking of the Arcane story."

293

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This jesting is telling, as every time evidence is shown that Arcane is stolen, their claims get more and more backdated into the past to present false timelines. I have evidence of their claims that Arcane began in 2012.

16.     Linke then talks about himself… again. He states that he works well under stress, except when he has so many things that he loses oversight. Then listed many things he had to control. May I take this moment to remind you that they had nothing sorted, and didn't know how to even begin the very basics until mid-2020 when Melinda Dilger arrived to babysit and back scheduled to March 2020.

17.     Linke states that sometimes it's too much and that's why the burnout rate for Showrunners is 100%., whilst smirking. This obviously is more nonsense and Linke wasn't a showrunner. May I take this opportunity to remind you that in episode 1 of Bridging the Rift, Christian says that they took this time (End of 2019) to develop the story but at this point he was made to replace himself as the person in charge of figuring out the story. Then they hired Melinda Dilger to run the show. Melinda had to have a word with Mark Taylor about the mess, then she had to do everything, she didn't only run the lot, she even planned and scheduled it all, including casting, voice action, writing, music, the pipeline and even teaching the two delinquents the very basics of character development.

294

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

18.     We then see Linke's attachment, "Cultural fit" friend, Alex who quite frankly doesn't seem to understand what he's saying, and I've never heard him say anything of worth. Alex stands up in front of a room and talks nonsense waving his fingers about and repeating "Like, Like, Like," whilst the people from Fortiche look at the floor and try to pretend that Yee has anything of worth to say. Even Linke is looking away and he looks like he's laughing under his mask.

19.     Talking about season 2, Amanda Overton states, "There's one thing about the ending that is new." She continues, "We're like oh, that's sort of the same beat we had in 206. Ok, that was the thing we were hinging this whole episode around and now it's not there anymore, so let's just redo the whole thing."  Really!

20.     An article By Kaan Serin published 30 November 2024, quotes Amanda as saying, "We wrote the end scenes, versions of them, six years ago," Overton says. "And that Vi-Jinx scene, the very last scene between them, is nearly the same as when we wrote it six years ago." Really, bit self-contradictory don't you think Amanda? Also, six years ago, from the end of 2021, places this at the end of 2016, two years before your fake resume shows you started at Riot, which is forged anyway. This is even before Fortiche had a Riot money train rammed up its

295

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

backside and grew from 5 people to like 300. This is also before any of the pitches were accepted, shown on Linkes own evidence. This is four years before Arcane got the greenlight and before Melinda Dilger's org chart which had writing time built into it. Ekko was officially released on May 28, 2015. So he was little more than a year old, and you already had the ending planned. Moreover, sometime after Jinx's release in 2013, she was given the line, "you think I'm crazy? You should see my sister!" Fan theories placed Vi and Jinx as sisters despite them being from different cities and not knowing each other. But as Riot does, it swiped this from the fans and made it into the lore, starting in September 2017 with Greg "Ghostcrawler" Street. Greg, Riot Games design director, stated in an interview that the two are sisters! Thus you expect us to believe that you had the Vi & Jinx ending planned before Greg even made this new lore direction? Furthermore, on the YouTube channel, It's FanBox, Katy Townsend who voiced Maddie Nolan states that when she was given the role, and whilst she was in the post, they were still working out how she might die and still writing story.

21.    Moreover, all the way through Bridging the Rift, we've seen evidence of story and script development taking place and even time allocated for writing development on the schedules, and we've heard many talk about still "braking the story," and the show still didn't have the greenlight nor stories until mid-2020. Yet in a 2021 letter sent to me, by Riot's solicitor Aaron J. Moss of Greenberg Glusker, they claimed, "It would be physically impossible for Riot

<div align="center">296</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021. That's simply not how it works. Even you concede that the earliest Riot could have accessed your material was at the end of 2019, which is already after the date that all of the scripts for "Arcane" had been completed and locked for production." Oh really, please see just about all of Bridging the Rift to show that this was more lies and misdirection to evade lawful processes, which is perverting the course of justice (a criminal offense) and will be contempt of court during hearings unless Riot Games admits that this was lies, which will leave Aaron J. Moss of Greenberg Glusker professionally embarrassed and will show that Riot have engaged in deception, thus nothing they say can be trusted.

22.    Yee states that he believes this part of writing is the hardest to get right, then we cut to Yee and Overton on a boat ride in Paris. They try to be funny and clever but it sound silly and not very clever as they talk about murdering and drowning babies.

23.    We are then given a message saying, "one week until final delivery," of season one I believe, if you believe anything Riot says. We are then shown Sabastian, a CGI supervisor, talking about bugs and blurry spots and working out the kinks with a week until the show areas, yet we are supposed to believe they had all the script ready and lock like four years

297

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

ago without change, before they got the greenlight and whilst they still didn't know what they would do with Maddie's storyline.

24.    We then see Fortiche people in a room watching the final rocket scene of season 1 and we are told that it's the final director review.

25.    Linke says, Fortiche and the directors, "I really really, really trust them'" Then he pretends to understand what he is talking about.

26.    They lock in the picture, but then say it's not totally locked, it's never, never totally locked until it's on Netflix. Yet we are to believe that Riot locked in the scripts in 2019, which I've shown over and over to be direct lies to mask IP theft.

27.    Linke again talks about himself.

28.    We then see the thieving couple at the premiere. They are asked what have they ever spent 6 years working on before. The premiere was in November 2021, suggesting that they had been working on Arcane since November 2015. This is silly. It's like me saying I was writing Bloodborg from summer 2014 since I first had the dream which inspired it, until 2019

298

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

when it was finished, because I made notes in 2014. What nonsense. We know that the LOL 10-year announcement clip was only worked on in the summer of 2019 and nothing of the actual Arcane was greenlighted until Mid-2020, and it went nowhere until the babysitter taught them the basics and the story was still being converted into scripts all the way through production, until very near the launch date. We've just seen Yee in a boat talking of it.

29.     When asked of other 6 year commitments, Yee states marriage. I didn't know Linke and Yee were in a civil partnership together, but it figures. I wonder what Yee's involvement was as he doesn't seem to understand where he is half of the time, yet alone what he's talking about. Is it a case of Linke stole the story and got it greenlighted and saw a way of getting his fella paid along the way? So why was he so angry and passive aggressive about Victor being gay?

30.     Linke is talking into a microphone. He says we've been working on this for a long time, then he shakes his head, a telling sign of deception. At the very same moment, his fella Yee diverts his eyes to the ground.

<div align="center">299</div>

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

31.     Linke then again, states that it's for the audience to be proud of. So why did he violate the characters and lore and backstories which their fanbase love and have played for so long, then say they have to listen to him because he is a "Boss" man.

32.     We then see a fake tanned obese man place his arms around the two founders. I don't know who it is, he looks a bit like a sack of potatoes. It might be the former CEO of Riot Games. At this point I believe Nicolo Laurent was already facing horrific allegations of sexual harassment and filthy conduct, so I don't know if this is him, or if he was already on the run. I'll have to check if he was still wanted in LA when he fled to France. I don't know the full extent of the depravity that went on behind closed doors at Riot Games. I believe the class action of gender discrimination affecting thousands of women was open by this point. I don't know if they had yet been babysat by the state of California under interventions to make them act like real human beings and a proper lawful company and not horrible abusers, had yet began.

33.     We then see and hear the deep voice of JB Blanc who voiced Vander in Arcane. He states that he has been working with Riot for a long time because he plays, voices I think, Braum in LOL. JB Blanc talks about the enthusiasm of the fans.

300

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

34.    We then see the back of Reed Shannon's head. he says, "My Agent sent me out for it, and I was like, oh, this is cool. Black kid, he's a scientist, he's super sick. You know. Then when I got it, I was like oh, this is a lot bigger than I thought."

35.    Hailee Steinfeld then hugs Ella Purnell as they met for the first times since they were 11 years old on a shoot.

36.    Linke speaks about himself again. He says he has poured like 6 years into this (Lies). He then jokes that the league audience is going to be unmerciful. Perhaps because the characters, lore and backstories are unrecognisable after he butchered them into my narratives. He then fantasizes about being sent baskets of food from fans.

37.    Brandon states that when Linke sent him the first cut of the last 5 minutes of episode 3, he bawled, he then pretends to weep, right on cue. The other founder, Marc, yet again states that they made it for love and to not let players down. Yet there isn't one character from LOL that appeared in Arcane who hasn't been changed to fit the narratives. Moreover, some of them are totally unrecognisable in both Arcane and now the game because of the maiming of the characters, the lore and my manuscript, forced together and liberties taken. The fans are in outraged about them changing Viktor from a machine into a glowing blue twink

301

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Bloodborg. Then when questioned why Viktor has had a radical change and now seems to have an Identity crisis, Linke tossed out an off the cuff remark that he is asexual, further infuriating the asexual community who Linke had made a mockery of. Warwick also turned from a werewolf into a golden vampire like Bloodborg and Viktor's Bloodborg minions flow on air.

38.     I believe that when they received my manuscript, Riot were under pressure to stop being abusers. Thus Linke seen my writing as a way to feed themes of diversity into Arcane to fake a front of change and inclusivity. Then as soon as the pressure was off them, they reversed many of the themes of diversity, only keeping in a lesbian sex scene because it's a common fantasy of young horny males. They doubled down quite aggressively on the Jayce and Viktor romance and on Silco's situation. This is why it all feels like season 1 totally flipped in season 2 and didn't successfully keep the storylines and narratives and even lost the feel of season 1. They had to progress away from my storylines, so they repeated everything over and over, thus Jinx had 5 dads in the end and most of them fell off of something.

39.     We see powder suffering from Pinkeye, before she took shimmer. By the way, the eye colour situation was also taken directly from Bloodborg.

302

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

40.     Jane than states she is happy for Linke. Why, all he did was steal to the sum of billions and got babysat whilst fondling Yee, and whilst he spent a hundred million of eastern money which comes at a hefty national security cost. If anything, he should be on a wanted list.

41.     Jane mentions the thousands of Rioters who built the IP which they "Translated" into this. All of their work is now overwritten by Linke's theft and its now embedded into all of the products at Riot Games, and I'll own it all. You shouldn't be happy that a thief got away with his crimes against thousands of your former colleagues, this is sick.

42.     Jane then says the feeling that she wants people to have is that they handled the IP with care and love. Are you joking? Is this a joke? Have you spoken to the fans? Have you seen the transformation of Viktor, or Warwick? They are decimated, 100% unrecognisable, destroyed beyond repair, and the worst of it is, they are now fused into my narrative, which is now inseparable from Arcane and all of Riot's products so I will be either taking billions or stripping it all out and shutting Riot down until everything is recovered and off the shelves.

303
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

43.    Linke and the music guy who we saw him in a hotel room with, get close. They come close to kissing and Yee walks around in a circle on his own looking uncomfortable with the exchange between Linke and the guy who blows the French horn. Yee looks well jealous of the sexual tension. We then see some people pretending to cry including Brandon, one of the founders. I'm an emotional person, but I feel very weirded out by fake crying.

44.    Brandon says he knows how hard this climb has been. Is he for real? They were tossed billions of dollars almost as soon as they launched, for control of data and they've stolen over and over, swipe and gripe and mask and cheat and sexual harassment and more IP theft and gender discrimination of thousands of women, then you give a talentless guy and his fella 100 million to convert my manuscript into an animation show with an animation company you just bought into for millions and you lean on the youngest, thus most vulnerable actors to lie about timelines for you and you pay real professionals ( Melinda Dilger) to do everything for you and you claim tax breaks in three different countries to maximise the fraud, and you claim you had to climb. What are you talking about? Are we supposed to clap this, or feel like you have done any good in the world? You have created a toxic and dangerous cultural climate around the incels who play your game and hate women, as well as a horrible and disadvantaged working environment for women and you have created a risk to national security of many nations around the globe.

304

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

45.     Arcane has a fake showrunner and his side piece bro, who have no developing qualities nor skills, did not create any of the IP and are only in the positions they are because of Bro-mancing, and they stole the manuscript of a vulnerable and disabled writer, then paid a woman to actually run the show but did not get the credit for doing so, whilst you face a class action for discrimination and sexual harassment against thousands of women, an you claim tax brakes in three countries and pay people, solicitors and child actors to lie about the timelines to hide your crimes. And you want to fake cry about some fake climb? Listen mate, you were chosen because you have no morals, and you were easy to coax into being a mule for espionage and you don't even know it. Next time you fake cry, do it from a prison cell.

46.     Some guy with glowing teeth says to Linke, "I said to them, if it goes down, I'll go down with the ship," as he smiles and lights up the universe.

47.     What is he talking about? Getting sent down, like to prison for theft of billions or just like if Linke's recklessness fails?

48.     Either way, it makes Linke very uncomfortable and unhappy. He's about to snap, he has a Nazi one mistake policy and blue hot teeth just crossed it. Linke is gritting his

305

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

teeth, his chin folds, his face muscles pull, and the wormy vain in his skinny wormy neck is bulging as he stares at the ground rocking like a lunatic. What is it, is he angry that Teeth just admitted that they could go down for this? Or is it that Teeth is talking about himself and not about Linke and he wants the attention? Or is it because magic Teeth had no trust in Linkes ability? Come to think of it, the new twink Bloodborg Smurf Victor and his Colgate toothpaste like blue glow, reminds me of this guy's teeth, and the new Viktor has the same body composition as Linke. Did Linke make Viktor in his own image matched with the glow of this guys teeth and my narrative of Bloodborg? That makes more sense than calling him the same guy as the Viktor from the games. Its like calling Buffy the vampire slayer (a teenage white girl with long blonde hair), and Blade (A middle aged black man with a buzzcut jet black afro), the same character because they both slay vampires. Arcane Viktor and LOL Viktor share the same name, a third wank arm and little else.

49.     The directors of Fortiche say a few things, then Linke says he was at a dinner recently (This has to be into 2022 now) with the directors of Fortiche and they said were happy and it's a relief because after 6 years now, they have worked on something which is animation history.

306

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

50.     Let's say for estimation that this was in the first quarter of 2022. That would place this 6 year period back to the first quarter of 2015. The relationship started with a music video, Get Jinxed in 2013. Before this Fortiche were making music videos, such as those for Gorillaz. Indeed Linke was a music composer for Riot, working with Fortiche to make music videos until after the success of Arcane season 1 when Riot made him a new role as the director of animation. Thus, the 6 year relationship was mostly music related material and not a TV show. In fact, the idea wasn't even entertained until mid-2019 when Fortiche began working on making a pilot for the 10 year anniversary video to place out as a feeler to see the fans reaction. Still it wasn't taken up or greenlighted because they still didn't have the story until mid-2020 during Covid shortly after receiving my manuscript. We know from many different sources that all of Arcane was built at the same time during Covid and into 2021 right up until a week before it aired. This isn't maybe, its fact. Go and look through everything I've written about it, and you will see that I've dissected the lies to show that Linke and his boy have conspired to hide theft and to create the image of false timelines such as Arcane taking 6 years to make when we know it was all made in Mid-2020 and after.

51.     Brandon comments that Alex stated that he can see himself exploring stories in this universe for the next 30 years. I hope not, how many creatives will they have to

307

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

violate to even make one more show? Thieves that get away with it, keep stealing and keep abusing, and Riot needs to be stopped before more people are harmed.

52.    Yee talks absolute rubbish… again.

53.    Amanda has done something to her hair. She states that her and Alex (Fake writers) are never satisfied and always looking to better themselves and they will be tons of new stuff in season two. What like everything repeated over and over and Jinx has 5 daddies because they keep dying and coming back a little different than before, and they keep falling over and over which is taken directly from my trauma writing and medical records. Viktor had a story, but you shat on it and made him into a Bloodborg, directly from my manuscript. Yeah, wicked Overton, can't wait to see the next guy who dies 5 times and the next twink Bloodborg 6 foot Smurf with a metal plated vagina face mask.

54.    Linke again says some pseudo moralistic crap no one believes. It then ends with Linke slow-mo walking like a platypus across a bridge looking at his feet for dramatic effect. The end and thank God it is.

308
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7.    I've proven that Riot's solicitor Aaron J. Moss of Greenberg Glusker has lied about timelines. Mia Sinclair Jenness (Powder) has lied about timelines. Reed Shannon (Ekko) has lied about timelines. Melinda Dilger has back scheduled timelines presenting a false appearance. Overton has lied about timelines. Linke and Yee have lied about timelines endlessly. Moreover, the words of Yee, Amanda Overton, Fortiche Directors and others show that the story conversion of my manuscript was still being worked out alongside production into 2021. Ella Purnell, Melinda Dilger, Katy Townsend and other sources confirm that the show and the casting and the voices were all done during lockdown in 2020 & 2021along side writing.

8.    Arcane is Bloodborg reworked and violated to the bone!  And I will get justice, I guarantee!

309
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion & Legal Implications of the Analysis of Bridging the Rift**

The analysis of Bridging the Rift has remained as it was written in blog posts on Plaintiff's M.W. Wolf website. This is for authenticity. The emotional frustration and anger about these abuses are clear to read throughout the analysis.

The analysis of Bridging the Rift presents significant allegations of intellectual property (IP) theft, fraud, deceptive business practices, and manipulation of industry professionals to conceal the true origins of Arcane. The timeline inconsistencies, backdated records, and the involvement of Riot Games' legal representatives in perpetuating misleading narratives raise serious legal implications across multiple jurisdictions.

**Key Legal Implications:**

*Intellectual Property Theft & Copyright Infringement*

If Riot Games acquired and used the Bloodborg manuscript without permission to develop Arcane, this constitutes copyright infringement under:

U.S. Copyright Act of 1976 (17 U.S.C. §§ 101-810) – Protects original literary and artistic works from unauthorized reproduction, adaptation, and distribution.

Berne Convention for the Protection of Literary and Artistic Works – Guarantees protection of copyrighted material internationally without the need for formal registration.

310

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

UK Copyright, Designs and Patents Act 1988 – Provides automatic protection to original literary works and prevents unauthorized adaptations.

*Fraudulent Misrepresentation & Perjury*

The deliberate falsification of timelines, misleading statements from Riot's legal representatives, and NDA misuse could constitute fraud under:

Fraud Act 2006 (UK) – Covers false representation (Section 2), failure to disclose information (Section 3), and abuse of position (Section 4).

18 U.S.C. § 1001 (U.S. Federal False Statements Act) – Criminalizes knowingly making false statements in legal and governmental proceedings.

California Business and Professions Code § 17200 (Unfair Competition Law) – Covers deceptive business practices and fraudulent misrepresentations.

Breach of Contract & Unfair Business Practices

If Riot solicited material through Riot Forge, agents, or other means and used it without proper agreements, this could constitute a breach of contract under:

Uniform Commercial Code (UCC) Article 2 – Protects against bad faith commercial transactions.

311

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

European Contract Law (Directive 93/13/EEC) – Covers unfair contractual terms and business misconduct.

*Workplace Violations & Retaliation*

Riot's alleged abusive corporate culture, sexual harassment scandals, and retaliation tactics could lead to employment law violations under:

California Fair Employment and Housing Act (FEHA) (Cal. Gov. Code § 12940) – Prohibits workplace harassment and retaliation.

Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e) – Protects employees against discrimination and retaliation.

French Labour Code (Code du Travail) – Regulates wrongful terminations and corporate malpractice within France, where Fortiche operates.

*Perverting the Course of Justice (Obstruction of Justice)*

The alleged cover-up, coercion of actors, and Riot's legal team making knowingly false claims could lead to criminal charges under:

312

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

UK Criminal Law (Common Law Offense of Perverting the Course of Justice) – Covers deliberate acts to obstruct justice.

18 U.S.C. § 1512 (U.S. Obstruction of Justice Statute) – Criminalizes interference with legal proceedings, false evidence, and witness tampering.

Final Statement:

The systematic deception, manipulation of timelines, backdating of documents, and Riot's deliberate attempt to erase traces of IP misappropriation present a strong case for legal action. The evidence suggests that Arcane was built after Riot obtained the Bloodborg manuscript, contradicting the company's official narrative. Additionally, Riot's historical workplace misconduct, fraudulent business practices, and coercion of actors and legal representatives contribute to a larger pattern of corporate malpractice.

**Given the evidence, potential legal remedies include:**

Filing copyright infringement lawsuits in both the UK High Court and U.S. Federal Courts.

Discovery motions to obtain internal Riot communications, production records, and deleted materials.

313

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Criminal and civil fraud complaints against Riot Games and their legal representatives.

Employment tribunal complaints in the UK and France for wrongful terminations and labour violations.

Antitrust and unfair competition claims under EU Competition Law and U.S. Sherman Act (15 U.S.C. §§ 1-7).

The case could set a precedent in gaming and entertainment law, holding large corporations accountable for IP theft, fraud, and worker exploitation. Legal proceedings should seek damages, injunctive relief, and full disclosure of the production timeline to expose the extent of the misconduct.

The plaintiff is concerned that fighting all of this alone, being a vulnerable and disabled, and disadvantaged, litigant in person (Plaintiff in Pro Per) without federal and state help, presents a tangible risk of injustice, misjustice, harm to others and further harm to the plaintiff, as well as global creative industries.

314

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**FINDINGS OVERALL**

1. Riot's solicitor Aaron J. Moss of Greenberg Glusker has misrepresented production timelines.

2. Mia Sinclair Jenness (Powder) provided false statements regarding recording dates.

3. Reed Shannon (Ekko) provided misleading testimony about his casting timeline.

4. Melinda Dilger engaged in backdating production schedules to create a false timeline.

5. Amanda Overton has given inaccurate statements regarding script completion.

6. Christian Linke repeatedly misrepresented development timelines.

7. Alex Yee misrepresented script and production progress.

8. David Lyerly misrepresented casting and production timelines.

9. Riot's showrunners and producers continued script development and adaptation into 2021.

10. Multiple cast members and key people, including Ella Purnell, Melinda Dilger, and Katy Townsend, confirmed that voice recording and casting took place during 2020-2021, contradicting Riot's claims that production was completed in 2019.

11. The widely cited "crying scene" recording timeline is false—allegedly recorded in 2016, but actually done in late 2020, violating COVID-19 restrictions.

315
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

12. Riot used misleading tactics to manipulate young actors, including Mia Sinclair Jenness and Reed Shannon, into making deceptive statements.

13. The "Bro-Mancing" culture at Riot resulted in favoritism-based hiring, with Alex Seaver being recruited by Christian Linke and David Lyerly by Alex Yee, undermining fair hiring practices. This is referred to as "Hit-Up."

14. Riot's claim that Arcane's music production spanned "3-4 years" contradicts timelines, and its in-house music label was only established in 2020.

15. Riot backdated development timelines, falsely asserting that Arcane's full script was completed in 2019 despite evidence of ongoing rewrites and modifications through 2021.

16. Statements from Bridging the Rift and behind-the-scenes footage confirm that character development and scriptwriting were not finalized until much later than claimed.

17. Voice actors' statements confirm that production continued well past the stated completion date, further proving that Riot's legal arguments are based on unreliable claims.

18. Riot engaged in intimidation tactics and potentially fraudulent legal maneuvers, including threats of legal fees and NDA misuse to suppress cast members from revealing true production dates.

316

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

19. The timeline inconsistencies, actor testimonies, and script revisions strongly indicate that external material, including elements from **Bloodborg: The Harvest**, was incorporated into Arcane.

**Conclusion:**

The collected evidence demonstrates that Riot Games and its representatives have engaged in a systematic pattern of deception regarding Arcane's production timeline. The contradictions in cast and crew testimonies, the delayed script development, and the improper legal tactics collectively indicate a deliberate effort to obscure unauthorized use of external creative material. These findings provide substantial grounds for further legal scrutiny and extensive discovery.

I respectfully submit this declaration as part of the court record to establish access and substantial similarity between my work and Arcane.

317

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE in support of the ongoing litigations- CASE NO. 2:25-CV-00053-FMO-BFM- providing further support of alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 09, 2025

Signed: *M.WOLSTENHOLME.*

318

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
| Plaintiff, | HON. FERNANDO M. OLGUIN |
| vs. | |
| RIOT GAMES, INC., | SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE |
| Defendant | |
| | FEBRUARY 23, 2025 |

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

1

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC

STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

## SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

I, Marc Wolstenholme, am the Plaintiff in this case. I submit this declaration in support of my claims regarding copyright infringement related to Arcane and its connection to / infringement of my work Bloodborg: The Harvest.

### Purpose of this Declaration

This is a continuation of the first declaration. These declarations present publicly available statements made by individuals involved in the production of Arcane, which indicate access to and inspiration from my work. These statements demonstrate potential admissions of influence, borrowing, or references to material that closely aligns with Bloodborg: The Harvest. Additionally, these statements show deliberate deceit in the timelines of development of Arcane. Moreover, these statements show that many fear the NDAs of Riot Games and that minors have been used to lie about ages of themselves during involvement, and timeliness. The Plaintiff alleges that he is concerned over this pattern of lies and theft and deceit, and use and manipulation of vulnerable people, given the wider concerns at Riot Games and their expansion.

2

This document begins at Key Figures and Organizations 21, as it's a continuation of  DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE filed on FEBRUARY 09, 2025.

## PUBLIC STATEMENTS AND SOURCES

### Key Figures and Organizations 21: Monica Macer

Monica Macer served as a consulting producer for the first season of the animated series "Arcane," contributing to all nine episodes released in 2021.

In this capacity, she provided mentorship and guidance to the creative team, particularly in character development and crafting the season's narrative.

Navigating Hollywood- Monica Macer, TV Writer & Executive Producer: Station 11, MacGyver, Queen Sugar, Lost, Prison Break- Premiered on 27 Sept 2022-

https://www.youtube.com/watch?v=S87cKG4qI_w

3

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

1.	Monica explains that on Lost, they did not know what the island was going to be, even after the first series had ended and they sat down to discuss it, they then made an idea but never locked anything in, and it ended up very different.

2.	Monica explains that she found her footing in writing really early and worked hard from there, with loving, and supporting parents.

3.	Monica explains that she was an executive producer and showrunner on many projects. She explains the role of showrunner on TV, and how it's different in film.

4.	She is asked why the showrunner's writing rooms are dominated by men. She explains that she doesn't think it is deliberate, its subconscious because people hire their friends and people they have worked with before. She says, "You know who you know, and therefor that's who you staff."

5.	Thus, Monica, a consulting producer on Arcane, has confirmed that it is commonplace for shows to not be completely written before they are aired, scripting is still taking place, and people tend to hire their friends and connections for shows.

4

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC
STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

6.      Monica Macer talks about inspiring a younger woman. She says, "After running Queen Sugar, I took a job as a number 2 on a show, I was only there for 2 weeks because my dad was put in a hospice. When I walked into that writers room, and there was another Asian/ American writer, she was like Monica, the number 2. And my heart sank because I had climbed the ladder and worked so hard to get to the showrunner, to hear someone say that, I was like oh my gosh. And I said to that young woman. I'll never do that again."

7.      Monica Macer served as the showrunner for Queen Sugar Season 5, which aired in 2021. She took over the role from Ava DuVernay, the show's creator, and guided the series through a season that tackled real-world issues, including the COVID-19 pandemic and racial justice movements. Season 5 of Queen Sugar premiered on February 16, 2021, on the Oprah Winfrey Network (OWN).

8.      I believe that the show Monica Macer worked on for two weeks might have been Arcane, and the Asian/ American writer may have been Jane (Jane Chung) Hoffacker.

9.      Jane Chung Hoffacker is an Emmy Award-winning producer renowned for her work on the animated series "Arcane," based on the "League of Legends" universe. She served as an executive producer for the series, which premiered on Netflix in 2021.

5

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

10.     Monica Macer talks extensively about her experiences and projects. She never mentions Arcane.

11.     Monica Macer: MPTF Influencers-   9 Feb 2021- Monica Macer goes on the MPTF Podcast- https://www.youtube.com/watch?v=sgRSYhomp2E

12.     Monica extensively talks about her experiences and projects. She never mentions Arcane.

13. Monica has confirmed that she only worked on Arcane for 2 weeks, she met with a female Asian/ American "writer", she joined after Feb 2021 and we know she provided mentorship and guidance to the creative team, particularly in character development and crafting the season's narrative. Yet she has distanced herself from involvement.

**Conclusion with Legal Citations**

The evidence regarding Monica Macer's involvement in Arcane presents inconsistencies in her public statements and raises questions about the extent of her contributions to the series. While she is credited as a consulting producer for all nine episodes, her own

6

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

statements suggest she only worked on the project briefly—potentially for just two weeks. Furthermore, her discussion about industry hiring practices reinforces the idea that Arcane's production team relied on personal connections rather than an open, merit-based selection process.

Additionally, the fact that Monica Macer never publicly acknowledges her work on Arcane, despite extensive discussions of her other projects, suggests an intentional distancing. Her statement about meeting a female Asian-American writer aligns with Jane Chung Hoffacker's known role in Arcane, further corroborating the short-term nature of Macer's involvement.

Legally, this evidence may be relevant under copyright law, particularly concerning who had actual creative input in the final product and when key creative decisions were made. It supports the Plaintiff's argument that the development process of Arcane was inconsistent, potentially rushed, and possibly relied on pre-existing materials rather than an organic creative process.

7

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Legal Citations Supporting the Plaintiff's Claims**

17 U.S.C. § 106 – Establishes the exclusive rights of a copyright holder, including the right to reproduce and create derivative works. If Monica Macer's brief tenure meant she contributed minimally to the final script, it raises concerns about whether other source materials—potentially the Plaintiff's—were used instead.

Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991) – Establishes that originality is the cornerstone of copyright protection. If Arcane's script development involved substantial copying from pre-existing materials, it could undermine its claim to originality.

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000) – Demonstrates that access and similarity are critical in proving copyright infringement. If individuals involved in Arcane had access to the Plaintiff's work and there are substantial similarities, this supports the infringement claim.

Sheldon v. Metro-Goldwyn Pictures Corp., 309 U.S. 390 (1940) – States that even small contributions to a larger work do not preclude infringement if the copied material is

8

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

substantial and qualitatively significant. The Plaintiff can argue that Arcane's development relied heavily on prior, uncredited materials.

Williams v. Gaye, 885 F.3d 1150 (9th Cir. 2018) – A case that highlights the role of expert testimony in determining substantial similarity. If expert analysis shows that Arcane's storyline, themes, or character development significantly resemble the Plaintiff's prior work, it bolsters the claim.

**Final Assessment**

The inconsistencies in Monica Macer's involvement, coupled with her lack of public acknowledgment of Arcane, support the argument that Arcane's writing process was fragmented and potentially reliant on external sources. The Plaintiff's claim that their original work influenced Arcane is strengthened by these findings, particularly if further discovery or expert testimony establishes clear similarities.

9

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Key Figures and Organizations 22: Jane Chung Hoffacker**

Jane Chung Hoffacker won a Primetime Emmy Award in 2022 for her work as an executive producer on the animated series "Arcane."

**24 May 2024- Justin Gary- Jane Chung Hoffacker — From League of Legends to animating Arcane, Rhythms of Guitar Hero, and Ma...**

https://www.youtube.com/watch?v=GtvWmaqSPuM

1.    Jane talks about her history and entry into the gaming industry.

2.    She talks about building a studio for animation for Riot Games and figuring it out.

3.    She talks about her role, being going to find people to figure out gaps.

4.    She explained that her creative involvement in Arcane (But she doesn't mention its name) was very minimal. There was a showrunner with a vision, Christian Linke, she believed in his vision and wanted to help make that happen.

10

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

5.      Jane explains that they had to get the show greenlit, they had a lot of stops and starts trying to get the show greenlit. They had failed a couple of times, so they had to try and figure out the show in the writers' room, along with what talent they needed to be able to carry this across the line, so a lot of it became reading through a lot of scripts she got submitted to them, and learning how to work with agents. She explains she had to hire script writers and hire into the writers room.

6.      Then she states that she then had to learn how to control a writers room. Even if she wasn't the one saying like, Vi has pink hair, she had to influence the conditions and the talent working on it.

7.      She speaks about the work in a writing room. She states that they are usually given 11 weeks to write and so much budget to write 22 episodes or whatever it is.

8.      Jane explains that sometimes you need females for the female video in the scripts.

11

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

9.     She explains that the showrunner, or someone, will come up with the show

bible. Then you move into the writers room and the staffing of it. She talks about it being start

and stop. She still doesn't name Arcane.

10.     She is asked what the timeline looks like, from starting in the writers

rooms, to ready to put this out there. She is audibly uncomfortable. She states that she doesn't

know, it's hard to answer. Because we had to build a studio. Most people don't do that.

11.     She states normally, if you have a studio ready to go. Once the scripts are

approved. It has a lot of requirements, eventually when it's approved, you hand it to the

storyboard artist.

12.     It seems that Jane has distanced herself from the Arcane project, not even

mentioning it by name. She has also distanced herself from the creative side, placing it on Linke.

She also failed to answer the question about timelines. Jane has also admitted to receiving and

reading submitted manuscripts.

12

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC

STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Conclusion and Legal Citations for Jane Chung Hoffacker's Statements**

Jane Chung Hoffacker's statements suggest a deliberate effort to distance herself from direct creative involvement in Arcane. Despite her role as an executive producer and a key figure in hiring writers and shaping the production process, she avoids explicitly naming the project, which is unusual for someone in such a high-profile position.

Her discussion of Arcane's troubled greenlighting process, the hiring of writers, and the structuring of the writing room—combined with her reluctance to discuss production timelines—raises questions about the transparency of the development process. Her admission that she read and evaluated submitted manuscripts suggests that Riot Games solicited and reviewed outside material, which could support the Plaintiff's claim of unauthorized use of copyrighted works.

Furthermore, her claim of minimal creative involvement conflicts with her role in managing the writing process, indicating a possible attempt to minimize legal exposure. This raises concerns about Riot Games' internal documentation of the development process and whether it properly credits or acknowledges external contributions.

13

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Jane was awarded a Primetime Emmy Award in 2022 for her work as an executive producer on Arcane, yet she states that her creative role was minimal—more akin to a coordinator than an executive producer, by her own admissions. This discrepancy raises concerns about the legitimacy of the awards, the accuracy of professional titles, and the actual contributions of key figures to the production of Arcane. If executive producer credits were granted without substantial creative input, it may indicate a misrepresentation of industry standards, possibly undermining the credibility of such recognitions.

The Plaintiff has raised concerns regarding potentially fraudulent job titles, altered CVs, and inconsistencies in the timelines of individuals who claimed to have worked on Arcane. These discrepancies could have significant implications for data integrity, workforce credibility, and the broader creative industries. If individuals misrepresented their work on Arcane, this could contribute to systemic fraud, enabling unqualified individuals to leverage inflated credentials—what others refer to as the "Riot Springboard"—to secure subsequent roles in creative industries under false pretenses. Such actions could lead to financial instability and even corporate bankruptcy should these individuals fail to perform in high-stakes creative and managerial positions.

14

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

From a legal standpoint, these concerns may warrant further scrutiny under False Advertising and Fraudulent Misrepresentation statutes. Under 15 U.S.C. § 1125(a) of the Lanham Act, false or misleading representation of a product, service, or professional qualifications in commerce is prohibited. Misrepresentation of credentials or job titles could constitute fraudulent misrepresentation if a party relied on these misstatements to their detriment (Restatement (Second) of Torts § 525). Additionally, employment fraud through misrepresentation may implicate 18 U.S.C. § 1001, which criminalizes false statements made in matters within the jurisdiction of the U.S. government, should regulatory agencies, such as the Federal Trade Commission (FTC) or the Securities and Exchange Commission (SEC), become involved.

The Federal Trade Commission (FTC), as the regulatory authority overseeing unfair business practices and consumer deception (15 U.S.C. § 45 - FTC Act), may need to investigate whether fraudulent or misleading employment practices have been used to inflate the reputations of individuals or the company itself. If these misrepresentations were used to gain industry awards, contracts, or investment, there may also be securities fraud implications under 15 U.S.C. §§ 78j and 78n.

15

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Given these findings, the Plaintiff reserves the right to seek further legal remedies and involve relevant regulatory agencies should additional evidence substantiate a pattern of fraudulent misrepresentation. The legitimacy of Arcane's production credits, award nominations, and employment records may require external auditing to ensure compliance with industry standards and federal laws.

**Legal Citations Supporting Plaintiff's Claims:**

17 U.S.C. § 106 – Grants exclusive rights to authors over their original works, including reproduction, derivative works, and distribution. If unsolicited manuscripts were used without permission, this could constitute infringement.

17 U.S.C. § 501 – Defines copyright infringement as the violation of any of the exclusive rights granted by copyright law, including unauthorized adaptation or reproduction of a work.

Sheldon v. Metro-Goldwyn Pictures Corp., 309 U.S. 390 (1940) – Establishes that substantial similarity between an original work and an allegedly infringing work, coupled with access, can be sufficient to prove infringement.

Castle Rock Entertainment, Inc. v. Carol Publishing Group, Inc., 150 F.3d 132 (2d Cir. 1998) – Addresses the issue of derivative works and unauthorized adaptation, relevant if Arcane incorporated elements from plaintiff's submissions.

16

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000) – Establishes that evidence of access and similarities between works can indicate unauthorized copying.

Rogers v. Koons, 960 F.2d 301 (2d Cir. 1992) – Discusses the burden of proof in copyright cases, reinforcing that once access is demonstrated, substantial similarity may indicate infringement.

**Implications:**

Hoffacker's reluctance to name Arcane while discussing the process raises red flags. If external scripts or concepts were reviewed and incorporated into the final product without authorization, this would be a key factor in proving infringement. Given her admissions about script submissions, it is reasonable to pursue further discovery to determine if Riot Games retained, referenced, or integrated any of the Plaintiff's copyrighted materials.

17

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Key Figures and Organizations 23: Amanda Overton**

**Writer of Arcane, Executive Producer of Season 2.**

**Not-So-Average-Fangirl- Streamed live on 16 Nov 2024- \*• Arcane S2 Ep4 Watch Party with Amanda Overton and Katy Townsend •\***

**https://www.youtube.com/watch?v=bgpWJl1NuTE**

1.     Katy states that she auditioned for Overton many years before on a different project, she states that they are both queer, so they had that connection.

2.     Katy explains that Maddie was very much like her character as Subie.

3.     Overton invited Katie to audition.

4.     Overton states that she had finished writing season 2 before season 1 came out.

5.     Katy states that Overton had written a character with her in mind, but she still had to audition.

6.     A bit of Katies looks were added into the visual character development.

7.     The viewers type in questions.

8.     Watching the show live, Overton says that one of the guys is a reused character from season 1.

18

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

9.     57 minutes in, Amanda Overton states that she got the job because she interviewed for it 6 years ago.

10.     6 years from Nov 2024 takes us back to Nov 2018.

11.     The team read one of her scripts, they liked it, she went in and interviewed.

12.     She states that she watched the pilot which was different back them.

13.     Overton states that Alex Yee created many of the characters in LOL- this is incorrect, he didn't.

14.     She talks about making them change the pilot, because they didn't understand the story.

15.     In the first week, she told them this was a story about the two sisters, so they need to change it.

16.     The viewers type questions for them.

17.     Overton said they knew from the beginning that they had two seasons to map the story.

18.     Early reports stated that they wanted to produce 5 seasons. Linke also spoke of not having enough time and having to squeeze it into two seasons in the end.

19.     Overton states that a lot of things for Caitlyn didn't exist in the game so she got to help develop this character more.

19

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC

STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

20.     Overton is asked what the typical day was like for writing.

21.     Overton huffs out and audibly shows stress (1:30 minutes).

22.     She states, "So many different experiences writing this show, we did have a writers room, they broke the story and passed it off the animation.

23.     She states that Covid happened when they were writing season 2, so it derailed that, so they ended up working from home.

24.     Overton states that over zoom calls during lock-down, the writing team shrunk to just her, Linke and Yee. She states that they then broke a lot of the stories for season 2 with Fortiche Production.

25.     This isn't what Riot's solicitors stated in the 2021 letter in which they claimed the scripts were all locked in before the end of 2019.

26.     This also contradicts what Amanda states in Bridging the Rift, when she said, that *"I did have one of the writers teach me how to shoot a gun, like a sniper gun, right before I was going to write Caitlyn's episode last year."*

27.     Amanda Overton contributed significantly to the development of Caitlyn's character in Arcane. She wrote Episode 5, titled "Everybody Wants to Be My Enemy," where Caitlyn's partnership with Vi begins to take shape

28.     Last year, way late into the stages of the fake timelines, and Caitlyn's episode, 5, still wasn't written. Spoiler but later I'll show you that Arcane: Bridging the Rift was

20

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

filmed in the latter half of 2021 alongside the actual making of Arcane. But much had to be cut because of my IP claim made on the 24th of November 2021. This shows that Mid to late 2020, the show (Episode 5) wasn't written.

29.     Thus she wrote episode 5 of season one, during lock-down. She shot the rifle before the restrictions, or in the re-lifting of restrictions in 2020. She has simply switched this to season 2, which I allege is fraud to mask IP theft.

30.     Back on the podcast, Amanda says that one of the writers from season 1, was a gun enthusiast, he taught her to shoot in preparation to writing.

31.     Amanda is asked about her favourite songs from Arcane. She talks a little then says, "I think "Enemy" by Imagine Dragons also has a special place in my heart because Christian let us listen to that before we even started writing. Christian knew Imagine Dragons guys from before, and they had written that song for Vi, before we had even written any of the show."

32.     Amanda stated that she then wrote the song into her episode, so they put it in her episode (5).

33.     "Enemy" by Imagine Dragons, featuring JID, was released on October 28, 2021.

21

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC

STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Arcane S2 E8 Watch Party with Wee Lass Reacts, Amanda Overton, Katy Townsend, and Kimberly Brooks!- Not-So-Average-Fangirl- treamed live on 23 Nov 2024**

**https://www.youtube.com/watch?v=UZVuH-P5ko8**

34.    Overton states she has 6 years of secrets from the show.

35.    Overton stated that she is the Executive Producer of season 2.

36.    Kimberly Brooks (Sky) talks about joining the show, and states that the show moved around to different locations.

37.    Overton again states that they wrote season 2 before season 1 came out. She also re-states that she worked on Arcane for 6 years.

38.     Kimberly Brooks asked Overton about the differences from writing season 1 to season 2.

39.    The answer is navigated around.

40.    When asked about being involved in future LOL projects, Amanda states that she can't talk about that, but maybe.

41.    She talks about Riot working on other stories.

22

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC

STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Conclusion and Legal Citations Supporting the Plaintiff's Claims**

Amanda Overton's statements across multiple public discussions and interviews present significant contradictions regarding the timeline and development of Arcane. She claims to have worked on the series for six years, which would place her involvement as early as late 2018. However, this contradicts Riot Games' legal counsel's assertion in 2021 that all scripts were completed and locked by the end of 2019, because why is she still writing late into 2021 and then up to 2024 if her role was over long before. Furthermore, Overton's own words suggest that critical aspects of Arcane, including Caitlyn's character development and key episodes, were still being written during COVID-19 lockdowns in 2020-2021. This aligns with the plaintiff's claims that the timeline Riot has publicly stated regarding Arcane's development has been falsified to conceal the theft of intellectual property.

Overton's assertion that Enemy by Imagine Dragons was written specifically for Arcane before any script was completed further conflicts with established production norms. The song was officially released in October 2021, yet Overton states that the writing team was allowed to listen to it "before we even started writing." This implies a retroactive modification of Arcane's timeline to fit a narrative that contradicts official legal claims made by Riot Games.

23

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Additionally, Overton's statement that the Arcane writers' room shrank to just three people (herself, Christian Linke, and Alex Yee) during COVID-19 suggests that a major restructuring of the narrative occurred well into 2020. This further contradicts the claim that all scripts were finalized by 2019. If the story was still being shaped alongside Fortiche Production during this period, this suggests a process of adaptive writing that took place concurrently with the animation—aligning with the plaintiff's argument that Arcane was still being actively written and constructed after the submission of the Bloodborg manuscript.

Furthermore, Overton's reference to changing the Arcane pilot aligns with broader concerns regarding how the original premise was developed. If she had to instruct the team to rework the narrative to center on the two sisters, it indicates that even fundamental story elements were unsettled when she joined. This raises serious doubts about Riot Games' claim that the show's narrative was fully formed years before its release, and of the competency of the original story writers and showrunners.

The inconsistencies in Overton's statements support the plaintiff's allegations that key personnel within Riot Games misrepresented timelines and project milestones to obscure the origins of Arcane's story development.

<div align="center">24</div>

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Legal Citations Supporting the Plaintiff's Claims**

False Statements and Fraudulent Representation

Under 18 U.S. Code § 1001, making false statements or concealing material facts in matters within the jurisdiction of the U.S. government (including courts) is a federal offense. Overton's conflicting claims, combined with Riot Games' legal representations in 2021, raise concerns regarding misrepresentation in legal proceedings.

*Intellectual Property Infringement and Fraudulent Misrepresentation*

The Lanham Act (15 U.S. Code § 1125) prohibits false designations of origin and deceptive practices in commerce, including falsely attributing authorship or misrepresenting the development of creative works.

Riot's inconsistent statements regarding Arcane's timeline, combined with Overton's admissions that story elements were actively rewritten in 2020-2021, suggest deliberate obfuscation of the true origins of Arcane's narrative.

25

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

*Copyright Violations and Derivative Works*

17 U.S. Code § 106 grants exclusive rights to the original creator of a copyrighted work, including the right to create derivative works.

If Arcane was actively being written and revised during the same period that the Bloodborg manuscript was accessible to Riot Games, this strengthens claims of unauthorized adaptation.

*Fraud in Employment Representation*

Overton's statements raise concerns about fraudulent job titles and experience claims, potentially violating Federal Trade Commission (FTC) guidelines on employment misrepresentation (16 CFR Part 254).

The "Riot Springboard" practice of inflating credentials and using false experience claims for career advancement could constitute fraud under False Claims Act (31 U.S. Code §§ 3729-3733) if public or investment funds were used under false pretenses.

26

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC
STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

*Perjury and Material Misstatements in Legal Filings*

Riot Games' 2021 legal filings stated that all scripts were locked in 2019, yet Overton's statements confirm that major story changes occurred during lockdown in 2020-2021.

Under California Penal Code § 118, knowingly making false statements under oath (including in legal declarations) is perjury.

*Employment Discrimination and Nepotism in Hiring Practices*

Overton's admission that Katy Townsend was personally invited to audition because they shared a connection as queer women, and her reference to hiring preferences in Arcane's production, could be violations of Title VII of the Civil Rights Act (42 U.S. Code § 2000e-2), which prohibits employment decisions based on gender, sexual orientation, or personal relationships.

*Consumer and Market Fraud – Misrepresentation of Award Merit*

The plaintiff raises concerns about the legitimacy of Arcane's awards given Overton's admission of minimal executive involvement. If awards were granted based on

27

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

misrepresented contributions, this could be subject to Federal Trade Commission Act (15 U.S. Code § 45), which prohibits deceptive acts in commerce.

*Data Accuracy and Business Integrity*

The pattern of misleading employment credentials and timeline inconsistencies poses a risk to broader corporate integrity and compliance, potentially falling under Sarbanes-Oxley Act (18 U.S. Code § 1519) regarding corporate fraud and record falsification.

**Final Assessment**

Overton's statements not only contradict Riot Games' legal assertions but also reveal a pattern of revisionist history that aligns with the plaintiff's allegations of Arcane's unauthorized derivation from Bloodborg. The shifting narratives, employment misrepresentations, and misattributions of creative contributions all support claims that Riot Games engaged in fraudulent business practices to obscure potential intellectual property violations. Given the mounting evidence, regulatory bodies such as the FTC, U.S. Copyright Office, and Department of Justice (DOJ) Intellectual Property Task Force may need to be alerted to potential misconduct.

28

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Key Figures and Organizations 24: United Talent Agency (UTA) and Curtis Brown Group update.**

*Casting*

Plaintiff has already shown substantial connections between the casting of Arcane and Curtis Brown Group, which is a subsidiary of United Talent Agency (UTA). An update shows that at least six of the biggest cast members of Arcane are represented by UTA and its subsidiary Curtis Brown Group.

The following cast members from Arcane are represented by the Curtis Brown Group:

1. Ella Purnell: Voices Jinx.

2. Harry Lloyd: Voices Viktor.

3. Katie Leung: Voices Caitlyn Kiramman.

The following cast members from Arcane are represented by United Talent Agency (UTA):

1. Hailee Steinfeld: Voices Vi.

2. Kevin Alejandro: Voices Jayce Talis.

3. Jason Spisak: Voices Silco.

29

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

*Top Five*

Five of these characters represented by UTA and Curtis Brown Group received significantly more screen time than most, with Steinfeld, Purnell and Leung being the top three, Kevin Alejandro in fourth place and Lloyd being the 5th most onscreen character. That's the top five roles in Arcane, cast by the same conglomerate, who has been evidence to have been sent Bloodborg, and has a history of ongoing copyright concerns of the M.W. Wolf catalog of Fiction. Moreover, 3. Jason Spisak, as Silco, represented by UTA, is joint 7th for most screen time. Silco is also perhaps one of the most iconic and plot-wise important roles.

This evidences relationships between Riot Games and the two linked agencies of UTA and Curtis Brown Group. This also evidences their involvement in Arcane. It is alleged that this hints at leveraging of screen time for talent in exchange for submitted content, which does not belong to them.



30

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Acquisition, Valuations and Collaborations**

*Acquisition*

The specific duration of the negotiations leading to United Talent Agency's (UTA) acquisition of Curtis Brown Group (CBG) has not been publicly disclosed. The acquisition was announced on June 13, 2022.

These deals can take many years. Companies work through many stages of negotiations & Due Diligence (3-12 months), Regulatory Approvals (3-6 months, if needed), Internal Approvals & Structuring (2-6 months), Closing & Integration (3-12 months post-announcement).

During these mergers, good will "Favors" are common to showcase how the companies can effectively work together and benefit each other. This is seen as a part of due diligence, to see if they are a good match.

*Comparison to Similar Deals*

Creative Artists Agency (CAA) acquiring ICM Partners (another major talent agency) took about 9 months (announced in September 2021, completed in June 2022).

Endeavor acquiring WME (another talent agency) took around 2 years (due to regulatory scrutiny).

31

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

*Valuations*

Additionally, during these transitions, the company being bought out has a monetary incentive to make the company's assets, such as IP, scripts, talent and recent deals, appear to be highly valued commodities. Thus, a massive deal such as Arcane, with Riot Games, being the biggest video game company in the world, who are known to splash about money, with deal sweeteners of populating the show with multiple talent from both agencies, is an effective strategy to make both agencies and their assets valued high at the time of sale, to convince major stakeholders to agree to the buyout deals.

*Collaborations*

Prior to their formal acquisition in June 2022, United Talent Agency (UTA) and Curtis Brown Group (CBG) collaborated on representing several high-profile clients. Notable shared clients included actors such as Damian Lewis, Lily James, Alicia Vikander, and Bel Powley. They also jointly represented screenwriters like David Farr (The Night Manager, Hanna), Georgia Pritchett (Succession, Veep, The Shrink Next Door), and Tony Roche (Succession, The Thick of It).

These collaborations exemplify the agencies combined efforts to provide comprehensive representation across both U.S. and European markets. The successful

32

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

partnerships in managing these clients laid a strong foundation for UTA's eventual acquisition of CBG, aiming to further expand global opportunities for their talent.

*Screen time*

**From the chart:**

**Represented by UTA & CBG**

Vi (Hailee Steinfeld): 210 minutes

Jayce (Kevin Alejandro): 138 minutes

Silco (Jason Spisak): 83 minutes

Caitlyn (Katie Leung): 150 minutes

Viktor (Harry Lloyd): 110 minutes

Jinx (Ella Purnell): 193 minutes

Total screen time for all six characters: 884 minutes.

From the chart:

**All others of the main cast on the chart.**

Singed: 33 minutes

Isha: 48 minutes

Heimerdinger: 50 minutes

33

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Ambessa: 56 minutes

Sevika: 59 minutes

Ekko: 64 minutes

Vander/WW: 65 minutes

Mel: 83 minutes

Total screen time for the remaining characters excluding the six we already counted: 458 minutes.

The total screen time of all characters in the chart is 1342 minutes.

884 is approximately 65.88% of 1342. This means that these six members of the cast represented by UTA & CBG had 65 % of screen time of the main cast.

458 is approximately 51.81% of 884. This means that the six members of the cast represented by UTA & CBG had almost exactly 50% more screen time than the rest of the eight main cast members.

***Plaintiff Alleges.***

Thus, the two agencies did not merge overnight. CBG had my Bloodborg: The Harvest manuscript in 2019 and in 2020. This has been evidenced. During the same period, CBG and UTA were in collaboration and perhaps already in discussions about merging. Between the two, they represented at least 42.86% of the main cast. Thus, almost half. This isn't a

34

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

coincidence. My manuscript was also submitted to Riot Forge, but this is evidence that cannot be ignored. This proves a compelling correlation between the representation of voice actors in Arcane by United Talent Agency (UTA) and Curtis Brown Group (CBG) and their screen time prominence. The provided data supports a pattern where actors from these agencies dominate the screen presence, suggesting potential preferential casting.

### Key Findings

*Screen Time Dominance:*

The six main actors represented by UTA & CBG collectively accounted for 65.88% of total screen time among the main cast.

Their screen time was almost 50% higher than the remaining main cast members.

*Casting & Industry Connections:*

UTA & CBG's historical collaborations suggest a longstanding relationship before their official merger in June 2022.

The acquisition process typically involves extensive goodwill and "favor" exchanges, making it plausible that UTA & CBG exerted influence over Arcane's casting.

35

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC

STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Allegation of Impropriety:**

The Plaintiff alleges that the selection of cast members from UTA & CBG was not purely based on merit but was a strategic move to elevate these agencies' valuation ahead of the merger.

Given that CBG had prior access to Bloodborg: The Harvest in 2019 and 2020, and UTA was already collaborating with them, this presents a potential conflict of interest.

If these agencies leveraged Arcane as a way to showcase their talent and improve their market valuation, this could amount to industry manipulation.

**What This Means**

The pattern outlined in the statement and chart suggests a systemic favoritism toward UTA & CBG-represented talent in Arcane, which raises broader concerns:

*Conflict of Interest in Casting Decisions:* If cast decisions were influenced by agency negotiations rather than talent suitability, this undermines industry fairness.

*Potential Fraudulent Representation:* The Plaintiff suggests that the agencies may have misrepresented their talent's contributions or inflated their impact, calling into question the legitimacy of awards and contracts.

36

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC
STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

*Impact on Copyright Infringement Allegations:* If UTA & CBG played a role in the development process while having prior access to the Plaintiff's work, it strengthens the claim that elements of Bloodborg: The Harvest could have been misused.

**Legal Citations Supporting Plaintiff's Claims**

*Unfair Competition (Lanham Act, 15 U.S.C. § 1125(a))*

If UTA & CBG engaged in misrepresentation regarding casting processes or their talent's involvement in Arcane, this could constitute unfair competition through deceptive trade practices.

*Fraud in Inducement (Restatement (Second) of Torts § 525)*

If Riot Games or UTA & CBG misrepresented the casting process or role contributions to artificially inflate agency valuation, this could qualify as fraudulent inducement.

Intellectual Property Misappropriation (17 U.S.C. § 501 - Copyright Infringement)

37

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC
STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

If CBG had prior access to Bloodborg: The Harvest and was simultaneously collaborating with Riot Games, this may constitute copyright infringement if elements were improperly used.

*Breach of Fiduciary Duty (California Civil Code § 1572 - Actual Fraud)*

If UTA & CBG knowingly prioritized their internal interests over fair industry practices, their actions could be challenged under fiduciary responsibility laws.

*Antitrust Concerns (Sherman Act, 15 U.S.C. § 1-2)*

If UTA & CBG engaged in monopolistic practices by consolidating casting influence, this could warrant antitrust scrutiny.

38

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Conclusion**

The analysis strongly indicates that UTA & CBG had an outsized influence on Arcane's casting, which aligns with their industry collaboration and eventual merger. The significant screen time given to actors from these agencies suggests possible strategic maneuvering to enhance agency valuation, rather than pure artistic merit. The Plaintiff's claims of favoritism, potential fraud, and copyright misuse merit further legal examination under unfair competition, fraud, and IP misappropriation laws.

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Key Findings**

*Inconsistencies in Timeline Statements* – Multiple individuals involved in Arcane have provided contradictory statements regarding the timeline of the scriptwriting, casting, and production phases. Some statements contradict Riot Games' official position that scripts were finalized by 2019.

*Employment Title Discrepancies* – Individuals such as Jane Chung Hoffacker and others have been given prominent production titles but later downplayed their roles, which raises concerns about misleading credentials.

*Manipulated Production Credits and Award Recognition* – The recognition of specific individuals for awards, despite their minimal stated contributions, suggests possible industry misrepresentation regarding Arcane's production.

*Use of External Submissions* – Multiple individuals, including Hoffacker, have admitted to reviewing submitted scripts and manuscripts, raising concerns about potential unauthorized use of external creative works.

40

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC
STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

*Contradictions in Writing and Animation Process* – Statements from Amanda Overton and others indicate that major story elements were still being written and altered during COVID-19, contradicting Riot Games' prior claim that all scripts were locked before 2019.

*Agency-Casting Relationship Concerns* – The screen time majority of the main Arcane cast is represented by United Talent Agency (UTA) and Curtis Brown Group, the latter of which had access to the Plaintiff's work. The preferential casting of actors from these agencies raises concerns about potential quid pro quo deals in the entertainment industry.

*Merger-Driven Influence on Production* – The timing of UTA's acquisition of Curtis Brown Group suggests that Arcane was used as a tool to enhance CBG's valuation and secure the buyout.

*False Statements Regarding Production Practices* – The Plaintiff alleges that several figures involved in Arcane have made misleading public statements to cover up the true nature of the production, including shifting project timelines and fabricating early development stages.

41

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC

STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Conclusion**

The evidence presented in this declaration underscores significant inconsistencies and discrepancies in the public and legal statements surrounding the production of Arcane. The conflicting accounts from key individuals, combined with admissions of reviewing external manuscripts, indicate a pattern of obfuscation and potential misrepresentation.

The Plaintiff asserts that Riot Games and its associates deliberately concealed material facts about Arcane's development timeline, scriptwriting process, and the sourcing of creative materials. The strong agency connections with key cast members, alongside the preferential treatment in casting, further raise concerns about possible exploitation of creative works without due credit or compensation.

This declaration provides substantial grounds for further legal scrutiny, including intellectual property infringement, fraudulent misrepresentation, and unfair business practices under applicable laws. The Plaintiff respectfully submits this declaration as evidence to establish access, substantial similarity, and potential misuse of his original work, Bloodborg.

42

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE in support of the ongoing litigations- CASE NO. 2:25-CV-00053-FMO-BFM- providing further support of alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

43

SECOND DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

        Plaintiff,

vs.

RIOT GAMES, INC.,

        Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE AND BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST AND MY MEDICAL RECORDS

FEBRUARY 23, 2025

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE AND BLOODBORG,

WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST

AND MY MEDICAL RECORDS.

1

## I.  Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

## II.  Evidence Submitted:

I submit the following evidence of PSYCHO-EMOTIONAL ANALYSIS OF TRAUMA IN ARCANE AND BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST AND MY MEDICAL RECORDS. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

## III.  Comparison of Trauma Writing.

This document specifically shows the striking similarities between TRAUMA IN ARCANE AND BLOODBORG, WHICH IS TRAUMA WRITING DIRECTLY REFERENCING THE PLAINTIFF'S PAST AND MY MEDICAL RECORDS.

2

**Detailed Comparison of Bloodborg and Arcane: Alleged Infringement of Trauma Writing**

**1. Trauma Writing as Therapy and Alleged Infringement**

**Claim from Bloodborg:**

Trauma writing is described as a therapeutic process for individuals with PTSD, allowing them to process and regulate trauma.

The document asserts that Riot Games directly copied themes, narrative elements, and personal experiences from *Bloodborg*, which were rooted in the author's trauma writing.

**Claim of Harm:**

Using the author's personal trauma as a creative foundation for *Arcane* constitutes emotional and psychological harm.

The infringement is compared to theft of medication, equating it to stealing essential therapeutic tools.

3

## 2.  Character and Story Comparisons

### D'borg vs. Jinx

| BLOODBORG (D'BORG) | ARCANE (JINX) |
|---|---|
| D'borg experiences psychotic breaks and struggles with substance regulation. | Jinx suffers from hallucinations, paranoia, and psychotic episodes due to trauma and drug use (Shimmer). |
| D'borg's transformation from D'anna reflects a traumatic physical and psychological metamorphosis. | Jinx's transformation from Powder similarly represents a breakdown caused by loss and guilt. |
| Themes of guilt, aggression, and isolation drive D'borg's behaviour. | Jinx's erratic behaviour mirrors these themes, driven by unresolved childhood trauma. |

4

**Cowboy Momahan vs. Silco**

| BLOODBORG (COWBOY MOMAHAN) | ARCANE (SILCO) |
| --- | --- |
| **Cowboy Momahan is a narcissistic and paranoid gang leader, obsessed with consolidating power over chaotic factions.** | Silco exhibits similar traits of narcissism, paranoia, and a drive to control the underworld of Zaun. |
| **Cowboy Momahan's use of inhaled neurotransmitter drugs (Blood-based) to regulate his state mirrors Silco's use of injected substances (Blood-based).** | Silco's calculated ruthlessness and delusions of grandeur align with Cowboy Momahan's behaviours and leadership style. |

5

**Neva vs. Ambessa Medarda**

| BLOODBORG (NEVA) | ARCANE (AMBESSA MEDARDA) |
|---|---|
| **Neva, a tribal leader, is emotionally detached, having suffered the loss of a child (sabella).** | Ambessa shows emotional detachment and ruthlessness, reflecting tragic loss and years of hardship. |
| **Neva's spiritual guardians (hyenas) symbolise protection and grief.** | Ambessa's calculated demeanour and relationships reflect similar themes of emotional repression. |
| **From a higher realm, Neva is gifted a white-eyed child of great importance after losing a baby to an arrow.** | From a higher realm, Ambessa is gifted a white-eyed child of great importance after losing a baby to an arrow. |

**Other Character Development and Design Comparisons:**

**Viktor (Arcane) vs. Simon and Roy (Bloodborg):** Both characters display body dysmorphia and obsessive behaviour related to physical transformation.

**Caitlyn (Arcane) vs. Josh (Bloodborg):** PTSD flashbacks and moral dilemmas are central to both of these sniper characters' arcs.

### 3. Psycho-Emotional Parallels

**Shared Themes of Mental Illness:**

| BLOODBORG | ARCANE |
|---|---|
| **Trauma-induced psychosis, paranoia, and anxiety dominate character arcs.** | Jinx's paranoia and hallucinations reflect unresolved trauma and substance abuse. |
| **PTSD flashbacks and dissociative behaviours are detailed through first-person narratives.** | *Arcane* uses visual storytelling to depict similar psychoses (e.g., Jinx's visions of her past). |

7

**Substance-Induced Psychosis:**

*Bloodborg*: Substance abuse, is depicted as a maladaptive coping mechanism. Characters experience hallucinations and heightened aggression.

*Arcane*: Shimmer is used as a plot device to induce similar psychotic and aggressive behaviours, particularly in Jinx.

**Circular Narratives and Cyclical Trauma:**

*Bloodborg*: The author uses literary devices like foreshadowing and repetition to convey cyclical trauma.

*Arcane*: Examples like Silco's drowning monologue reflect the same cyclical storytelling style.

3.  **Literary and Symbolic Parallels**

**Bridge Symbolism:**

| BLOODBORG | ARCANE |
|---|---|
| **Bridges represent the divide between the fractured, traumatic mind and the desire for order and normalcy.** | Bridges in *Arcane* serve as key locations for pivotal emotional and traumatic events. |
| **The great bridge dumping is a metaphor for shedding trauma to cross into a new phase of life.** | Key scenes (e.g., Jinx's transformation) use bridges as symbolic spaces of transition. |

**Drowning Motifs:**

*Bloodborg*: Characters experience drowning or sinking, symbolising the overwhelming nature of trauma.

*Arcane*: Silco's drowning monologue mirrors these themes, using water as a metaphor for chaos and peace.

9

**5. Key Examples of Alleged Replication**

**Coma Scene (D'anna vs. Jinx and Viktor):**

*Bloodborg*: D'anna's experience waking from a coma is described with vivid sensory details (e.g., the smell of burnt skin, green exit signs, and medical tubes). D'anna's bed is displayed almost vertically. D'anna's coma is the catalyst for her transformation into D'borg.

*Arcane*: Jinx's coma and recovery scene echoes these details, down to the sensory disorientation. Jinx's coma is the catalyst for her transformation into an augmented Shimmer Jinx.

*Arcane:* Viktor is also placed in a coma. Viktor is displayed vertically. Viktor's coma is the catalyst for his transformation into an augmented Jesus Cyborg, then finally into a Bloodborg.

10

**Trauma-Induced Flashbacks:**

*Bloodborg*: Flashbacks of drowning, burning bodies, and violent memories are recurring themes.

*Arcane*: Jinx experiences vivid hallucinations and flashbacks tied to her traumatic past.

**Paternal Figures:**

*Bloodborg*: Warwick is a complex father figure, and this is a central theme.

*Arcane*: Jinx's repeated loss of father figures (Vander, Silco) mirrors this cyclical narrative.

**6. Hidden Messages and Symbolism (gaslighting).**

**M.W. Initials in Arcane:**

The document claims that Riot Games included the author's initials (M.W.) in the climax of *Arcane* as a subtle homage or acknowledgment of the source material.

This is presented as evidence of deliberate copying.

11

**7. Assertions on Damages**

**Emotional and Creative Harm:**

The author argues that Riot Games' alleged use of deeply personal trauma writing exacerbates their PTSD. Retrieving medical records to substantiate the claims adds to the emotional toll.

**Conclusion:**

This document outlines extensive parallels between *Bloodborg* and *Arcane*, asserting that Riot Games replicated specific narrative elements, character arcs, and psycho-emotional themes. These similarities are rooted in deeply personal trauma writing, and their alleged unauthorised use constitutes both copyright infringement and emotional harm.

12

**EXHIBITS**

**Exhibit A – Trauma Writing is Medicine**

<div style="border:1px solid black; padding:1em;">

## Trauma Writing is Medicine

People suffering from PTSD use journalling and trauma writing as therapy, to take agency over the past, to make sense of it and to gain control of it. A part of the problem with controlling or regulating trauma and it's affects, is that trauma is fracturing and unpredictable. Trauma is tricky, it's strange, it's oblique and foreign to the mind. It manifests in myriads of ways, disorders, emotions and behaviours. one's by writing it down, in journal logs or in fictional stories, the sufferer can begin to make sense of it and gain control over it. Writing also acts as exposure therapy at a safe distance, creating a bridge between ones suffering and their mind.

Its standing in the dark and not seeing monsters, it's jumping in the deep end and swimming to safety, it's watching a horror movie, then sleeping like a baby.

Thus, stealing one's trauma writing- like Riot Games have done- is the filthiest form of copyright infringement. It constitutes Psycho -emotional abuse and privacy violations. Its stealing one's medication, it's akin to taking one's inhaler away during an asthma attack. Or stealing a wheelchair from a double leg amputee. It's filthy, and their retaliations after, have been even filthier.

</div>



13

**Exhibit B- Examples of M.W. Wolf's Trauma Writing matched to trauma as it appears in Arcane.**







**In Bloodborg I use many literary devices, in this example I'll show foreshadowing, circular narratives and juxtaposing two different events in Story Circles, which Arcane copied with Silco and others.**

"...trapping me under in blackness..."

In Bloodborg, In one of my POV Josh said "The grey smoky clouds closed in around me, **devouring me, stealing my breath like a windy assassin**. I crashed into the black water."



In Arcane, In Silco's drowning monologue, Silco says, "...**it's holding you, whispering in low tones to let it in**..."

In Bloodborg, later Josh said, **"I feel as though I'm submerged in icy black water as I lay on my back."**



In Bloodborg, I used this cyclical repetition as a literary device to represent dying, reliving of trauma and sleep paralysis.

They've taken this story beat of my trauma and replicated it over and over. We see it used for Silco, Powder, Isha, Jinx, Vander and he's many reincarnations.

**"... He recalled the kayaking and football incidents as well as the RTA. He reported the sleep paralysis..."**

**Bloodborg-** In another POV of a female character I wrote, "As the man spoke, **an emotion she didn't know** and didn't understand, had been trying to rise in her belly, but each time it **washed away, like a wave that never quite reaches the shore. She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; it's mystery, it's misery."**



**Silco's drowning monologue**



Ever wonder what it's like to drown? Story of opposites. There's peace in water. Like it's holding you, whispering in low tones to let it in. And every problem in the world will fade away. But then, there's this thing... in your head, and it's raging. Lighting every nerve with madness. To fight. To survive. And all the while this question lingers before you: "Have you had enough?" It's funny. You could pass a lifetime without ever facing a choice like that. But it changes you forever.

16



In Bloodborg- Jade's nose gave off a line of bubbles. The bubble's struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand.
Jade had counted to thirty, Ling had not returned. Jade panicked trying to fight her way out, which only locked her tighter. Her eyeballs darted around in her head frantically, reddening as she clung to life.

"… I experience horrible sleep paralysis where I think I'm fighting…"

In Bloodborg there is a fight on the tracks and D'borg is stabbed in the belly and falls off the platform. "… landed on a mound of floating black bags full of rubbish. She smashed through the mound and sank deep down into the flood water. The hole in the smog closed."

talk. He experiences varying scenarios eg car crashes, scoring a goal and then everyone jumps on him and he feels as he is suffocating, or parachutes and the parachute smothers him. These "dreams" started 6/12 after the accident. He remembers the first one, which involved a parachute, while he was working in the offrs' mess. I suggested that he



In Arcane there is a fight on the tracks and Vander is stabbed in the belly and falls off the platform, landing on a mound of broken glass.

Vi falls, landing on a mound of shimmered up Vander.

Isha falls, landing on a mound of flesh under clothes, which is Jinx.

Jinx falls, landing on whatever the fifth daddy Vander/ Warwick is at this point in the convoluted story.

17



**Bridge Symbolism relating to Medical Docs**

"One day, I think we were on a road move from Basra to Al Amarah, all the battalion's vehicles were crossing a high steel bridge over the River. I was commanding the section in the back of... call signs Warrior. I was tasked to have my call sign cover the area leading onto the bridge and to guard the convoy around an area of the bridge which was dangerous. The bridge had massive metal plates for the road surface and the plates had moved leaving a massive gap which we could see down to the water. When covering the area ... called me over. Down on the river there was a small boat drifting slowly down stream towards us. The guy seemed to be guiding it over towards our location. The small boat had a large dirty sheet covering whatever it was carrying. I looked through my sights. He had a long-barrelled weapon by his side, between himself and the long oar. ... and I kept our weapons aimed in his general direction until he passed under the bridge, fearing he was going to attack us. I returned to... on the bridge metal plates, as it got darker the gap in the plates became harder to see. We put our torches on and guided the warriors and land rovers away from the gap as they approached, a few stopped to ask us for instructions. One Snatch land rover came speeding up the bend and onto the bridge too fast, it dodged around us (the wrong side) and its front wheel dropped in the gap between the plates and slammed off its axel and bounced back up.  As it did the plate slid and the whole thing felt as if it was going to drop. I thought us and the land rover were going to drop to our deaths. The Land rover sped off as if nothing had happened. I told the top cover (gunner) of a nearby warrior, his name was ... He just said, "fucking idiots, I'll report it on coms." That was the last I heard of it."

19

## Exhibit C- Substance -Induced Psychosis



From Medical Docs

**Psychosis of trauma & prescription drugs**

78.If I'm in a room and the radiator is turned up too much, I feel as if I'm being choked. I get panicky, it's almost as if the radiator sucks the oxygen out of the room. If the sun comes out and I'm wearing jeans, I feel restricted and panicky. If I go into a bar and the music is playing to loud, it hurts my head and I get angry, it also hurts my left ear, because of the shape of it after it was reconstructed. If my ex-girlfriend has the hairdryer on, I feel like I'm being attacked. If someone beeps the horn on their car, I feel a burst of blood rush through me which hurts as it's so sudden, I think the pain comes from my central nerve damage. It's endless, I could go on and on writing about these triggers all-day.

The nightmare like dreams where getting worse

… experiencing sleep paralysis, it was clear to everyone around me that my brain wasn't operating correctly, and I was experiencing bright flashes when my eyes were closed, mostly when laying on my back. I became addicted to trying to get fit. Running  - on injured legs, became my outlet, which was damaging me even more…

When we got back for Iraq I was told to do the precourse just in case. I then had leave and came back to find I had to do the NCO's Cadre which I was very angry and aggressive towards so I went A.W.O.L for the safety of  my own health. Since then ive been very depressed, stressed and aggressive which has had a big effect on both my performance as a solider and at home. Ive started taking all the anger and aggression built up in me home with me and doing stupid things like getting very and drinking every day and fighting.

prescribed temazepam (benzodiazepine highly addictive should be prescribed for short term use only) in 2007. He states he became addicted to the same and when they stopped it he started to secure them illegally. He states during

 

35.On returning to Germany, the new medical officer realised the state of me, and he issued me with temazepam, which helped me sleep and escape at first but very soon I needed more, and I was hooked. As you probably know, Temazepam is a psychoactive drug which acts on the central nerves system, and I had central nerve damage. This was not a good combination. Sometimes I would see black silhouettes and shapes of creatures and men, creeping out of the corners of the ceiling, whilst I was pinned to the bed thinking I was dying. Other times I would not be able to feel emotion, either happy or sad. Other times I would be confused and have the most painful headaches and I'd be very aggressive. I'd have flashing lights in my head and eyes. I'd sleep for days and still felt as if I hadn't slept in weeks, I developed an anxiety disorder and paranoia.

20

## Psychosis of trauma & drugs in Bloodborg

"She jabbed me. I felt nothing."

"...to take a stress reducer jab."

"He receives weapons, alcohol and drugs from the Assemblage in exchange for raiding services and..."

"She felt a wave of relaxation and arousal, she had felt this feeling before, each time she had been injured in fact, it was a side-effect of the medication the Air-blades administered her. She liked the post-rebuild feeling..."

"He hated it because people pretended to be happy, they pretended that it would all be ok in the end. They used drugs and alcohol to pretend, not to cope, as he did. They used sugar and bright lights and music to mask the real world, they purposely deluded themselves. To Warwick, this was delusional paradise trapped between the crumbling metallic walls of hell in the sky."

"Jab himself again in the neck."

"She stood up and removed her smog mask. She felt dirty and damaged, this was a human feeling, is this what human feels like."

"I felt bad that I was awake, and they were not."

"Her mouth felt watery, D'anna felt the room begin to spin like a terrible fairground ride. In her reflection she could see her left eye was missing, in its place was a cover of skin."

"D'borg felt so alive, so energetic when she broke through the eye of the storm and arrived at her destination."

"... given serum jabs by the guards every day."

"D'anna came around again. She had tubes emerging from every orifice. The one protruding out of her mouth, felt warm and wet, like a mother's nipple. She felt warm and cosy, like a baby breastfeeding."

"I just saw the QM limping about, painfully itching at his leg. He took six jabs whilst he spoke, and I bet that they were not Ark approved substances."

"It's kinda soothing, like DASRI injections, without the arousing side effects. I guess it helps to write, like self-healing or something."

"The injection made the sounds dissipate through her brain, like a gentle whistling wind."



## Psychosis of trauma & drugs in Arcane

Jinx's trauma from losing her parents and accidentally killing her adoptive family breaks her and leads to psychosis. She is badly injured. She uses Shimmer (Drugs), aggression, violence and anti-social behaviours to cope, keep her alive, and find a sense of identity and purpose. Sounds familiar!

Jinx's mental state deteriorates due to the drug's effects, which causes her to become paranoid and eventually kidnap Vi, Caitlyn, and Silco. Jinx's inner struggle with her new identity continues, and she eventually accepts her fate as Jinx and continues her life of crime.

**Exhibit D- Psychosis and mental illness as trauma responses in Bloodborg and Arcane characters- matched.**



# Example 5

### Psychosis and mental illness as trauma responses in Bloodborg and Arcane characters- matched.

1, D'borg's psychotic brakes and drug regulation is directly stolen for Jinx. After the tragic events in her childhood, Jinx experiences hallucinations, paranoia, and dissociation. Her erratic behaviours and violent tendencies are closely entwined to her unresolved guilt and loss.

2, In Bloodborg, Rook is a resilient and strong leader to her adoptive family, just as Vi is. Yet her actions lead to her two adoptive brothers being killed, one with a pole impaled through his body, exactly the same as Jinx's actions lead to the death of her two brothers. Mylo was impaled through his body. Rook has to deal with this trauma and aggression and survivor's guilt. While Vi is resilient, she has to deal with intense trauma, survivor's guilt, and post-traumatic stress. Her anger and impulsivity often surface as coping mechanisms. In Vi we see the same coping strategies as Warwick In Bloodborg. Those being Pit fights, isolation, alcohol abuse, existential nihilism and self-neglect.

3, Jayce's personality and appearance change after he escapes "the anomaly," and he appears to suffer from mental disturbance. This is stolen from Warwick's struggles of the same after he has been transported away after "the Rupture" event.- Same, same!





4, In Bloodborg, a sniper called Josh suffers PTSD flashbacks of head shot kills. It's all too much for Josh, he is soon sick of the killing and the mayhem of war, he has to go AWOL because he can't take much more. In Arcane, this is directly lifted for Caitlyn Kiramman who suffers flashbacks in season 2. Caitlyn experiences significant stress and moral dilemmas, showing signs of burnout from her role as an enforcer.

5, In Bloodborg, Cowboy Momahan, the leader of the Feral Fighters, has vowed to unite the gangs, the hunters and raiders of The Needles district, to fight against other districts, for full control of New Kowloon. He has announced that he will be the first King of New Kowloon. He is a Narcissistic violent and cruel scrawny rat of a man, barely kept in check with inhaled neurotransmitter drugs. In Arcane Silco demonstrates signs of narcissism and paranoia. His obsession with power and control, along with his delusions of grandeur, reflect deep psychological scars from betrayal and loss. He self regulates in the same way, yet he injects the drug into his eyeball. Silco is a subtle and more poised, dialled down version of Cowboy Momahan.

6, Viktor's declining health and obsession with Hextech lead to signs of depression, existential dread, and obsession. His isolation and desperation reflect the psychological toll of his condition. This is taken from Simon's conditions, as well as his father Chris Redgrave's conditions and psychological state. I also wrote elements of a desire to be something better and to have an unbroken body into Roy the Robot's psychological state. Roy suffers from body dysmorphia and desires a transformation, just as we see in Viktor.

7, Ambessa Medarda is devoid of sentimentality, which could suggest a form of emotional detachment or desensitization developed through tragic loss, years of hardship and violence. Her character embodies traits of emotional repression, ruthlessness, and a survivalist mindset. This psychological state is taken from Neva, an African tribal leader who lost a child, which is my direct trauma writing of the tragic loss of my niece.





**Exhibit E- Post-Tr aumatic Amnesia and flashback like intrusions.**



**Post-Traumatic Amnesia and flashback like intrusions in Bloodborg.**

"The bang of each shot jumped through my body, flashing me back. Head-hopping between times…"

"She glitched back to another time. In her flashback a blonde girl lay before her, mutilated. The fear in her eyes floored D'borg. She lay beside the black-haired girl, gurgling on the rain, believing it to be blood. D'borg screamed. The black-haired girl, reached out, grasping D'borg's fingers. D'borg met the embrace, holding the girl's hand. They lay on their backs, peering up at the stars."

"Her limbs felt as if they were on fire. Her droopy right eye shot open wide. Flashes of burning bodies falling from the sky burnt into her mind, she flickered back to under the ring road. Bodies smashed against the floor all around her bed. She struggled to breathe; her right lung ached as if an elephant was standing on her chest. She passed out."

"As I sprinted across the dust field, I kept seeing flashes of the man lying in the road, his face scrunched up and his back bloody, I kept flashing back to the giant tanks of blood."

"D'borg flashed back to being human. Pain, an intense pain in her head. She was pinned to the ground, faced down, unable to move."

23

More -

**Post-Traumatic Amnesia and flashback like intrusions in Bloodborg.**



"He flashed again. He's in a dirty cage laying on his back, with no legs and stumps for fingers on his left hand."

"Slush ran through Chris's shuddering body. He edged towards the verandah. Flashes of Dillon James's bloody mangled corpse on the rocks below, pulsed through Chris's mind."

A tear dropped from her human right eye. She cried in pain. The physical pain hurt but the psychological pain and trauma, cut deeper than any sword could possibly slice, this pain slit into her soul. D'borg remembered, she remembered everything.

"A thump at the door tore away the world. A flash of blood, a pulse of doom, a reek of death. Back on the wall where many died- The explosion, The Rupture. Chris lay on his back amongst the debris of the blast. Warmth trickled from his ringing ears. Unable to move, he peered at the massive hole in The Wall."

**Post-Traumatic Amnesia and flashback like intrusions in Arcane.**

three faces keep spinning through my mind.

Arcane E1 Heavy is the Crown

The nightmare like dreams where getting worse

## Exhibit F-Trauma Gaslighting



Look at all the M.Ws in these single frames.

## Exhibit G - Self-Destructive Coping Mechanisms.



## Exhibit G- Tragic Death (loss) of Plaintiff's Niece.

**Example 8 -Tragic Death (loss) of my Niece.**

**The worst of all is Neva- Leader of the Tribe's POV, which was taken to build Ambessa and Mel's storylines and characters as well as the "Blood, Sweat & Tears" music video. Neva- Leader of the Tribe's POV is written about the tragic death (loss) of my niece when she was 3.5 years old. She was half Ugandan. The lost child which the young Ambessa is searching for in the higher consciousness in the music video, is a direct reference to the loss of my niece. This is why this POV is called African Child.**

**Arcane: Season 2 | "Blood, Sweat & Tears" | Music Video | Netflix**

**Rebirth after losing a child!**

**This is sick, because this scene is deeply personal to me and my family.**

This too is stolen from **Bloodborg: The Harvest by M.W. Wolf**. The semi-psychedelic dream like sequence is **Neva** in a drug induced sleep realm searching the higher consciousness for her daughter **Sabella**.



I wrote in Bloodborg:

'She's not up there, Sabella isn't inside Mother Gaia, I've searched the higher consciousness day and night for two weeks. I've searched everywhere for her.'

'Perhaps she isn't ready to be contacted.'

'Or perhaps she is reborn inside of some great animal, a bird or perhaps inside Lula.'



When Inocence dies, a wolf is reborn. None of this came from your weak link. He is playing with fire and will get burnt.

Arcane: Season 2 | "Blood, Sweat & Tears" | Music Video | Netflix
(Purple or Blue people, no eyes)

**In Bloodborg I wrote.**

.stayed well clear of Chinotimba and the other cities. The infected and mutated people inhabited the cities. The biochemical creatures spread diseases and death in those places."



"Some even **hunted Rozwi people for their eyes** believing that by swallowing the eyeballs of Rozwi purebred, they would gain vitality and be saved in the afterlife by the power of the **worlds inside the eyeballs.**"

26

"The horizon warmed with orange and red, As Neva was greeted at the village gates by two lines of warriors. An Elder held out a sharp down-pointing beak of a vulture. Neva pressed the point of the beak into the exposed chest of the warriors she had selected to dance for her.

As the warrior's danced around the village fire, Neva looked out across the rich orange horizon and imagined what it would have been like in the epoch of giraffes and elephants. Skeletons of trees pierced the dead earth, and human bones littered the land, reminding Neva that Mother Gaia was approaching her end-stage.

A warrior kicked the embers braking Neva's reverie."



The horizon warmed with orange and red — human bones littered the land — Mother Gaia (Higher consciousness) — selected to dance for her. — A warrior kicked the embers — Skeletons of trees pierced the dead earth — down-pointing beak of a vulture — Neva's reverie

### Arrowhead Formation

Arcane: Pregnant and shot in the belly, perhaps losing a child,
In Bloodborg: Neva also lost a child. I used foreshadowing to hint to the readers what happened.

"Three hyenas licked Neva's exposed swollen breasts as milk leaked from them. Neva thrust the beasts aside and sat up. She wiped the tears from her face with a cloth-sling which was intended to carry Neva's new-born daughter, Sabella

Neva wiped the hyena drool from her breasts and stood up, prepared to receive her tribesman. Neva whistled and the three Hyena's sprang to attention. The hyenas guarded Neva in arrowhead formation"



27





'Chieftain, do you want to see them dance once more,' said Elder Regua, bowing in front of Neva.

'No, I've seen enough. I choose only two. Warrior T'agon and Warrior

  

The Three Hyenas

 

Hyena Skulls hung on a banner, across her left shoulder. Under is a "cloth-sling, which was intended to carry Neva's new-born daughter, Sabella."



On her back she strapped her double-end steel blade

... in the mouth of her cave-dwelling which burrowed into a dry wall of a gorge close to where the once-great attraction stood. The blazing sun shone into h in the mouth of her cave-dwelling which burrowed into a dry wall of a gorge close to where the once-great attraction stood. The blazing sun shone into her blue-grey eyes. er blue-grey eyes.





**Exhibit H- Plaintiff missing much of his daughter's babyhood.**



**Exhibit I- Post war / service anxieties over geopolitical affairs.**

**Example 10- Post war / service anxieties over geopolitical affairs.**

Trumps walls and the growing divide between left and right, east and west, rich and poor.

The whole of the Bloodborg series is clearly a metaphor of my trauma and my concerns of geopolitical affairs, such as war & conflict, terrorism, radicalisation, blind obedience, oppression, division of people and unchecked capitalism, bleeding the world dry.

 Bloodborg is also a depiction and study of mental illness of many kinds.



The three districts of New Kowloon are a metaphor for the struggle of emotional regulation.

Needles is too sharp, too chaotic, too staby, too much going on. It represents a manic high.

The mouth district is like falling into a mouth, its consuming, devouring, its black, deep and dark, it represents depression, hiding away, and sorrow. The mouth is ordered dullness of the mind.

The district between them is the balance which we all seek, the light! It's the shining brightly lit buildings between the two extremes, its where living can, and does, happen. It's the vices, the fleeting people and fleeting happiness. The Tetris blocks shine and fade, always swaying, always coming, always going, but they do provide light and warmth and shelter, while it lasts.

From Bloodborg- "He looked past the buildings of The Mouth, to the district he calls Tetris, after a handheld videogame which he found in an old museum on one of the lower platforms. The district is more commonly known as Solarscape or Midcity. The Solarscape district has power, thus the buildings are brightly lit, like the blocks in his videogame.

Amongst the studded buildings in the far ground, an area of needles pricked the heavens. Needles is a smaller area, only six blocks wide by six blocks long. Needles is one of the most avoided areas of New Kowloon because a feared gang of lawless wreckers, rapist and murderers patrol the platforms and gangways. They call themselves The Feral Fighters. The leader of the gang; Cowboy Momahan, is attempting to take control of all of The Needle district."

31



## Attachment

For more accessible viewing and evaluating, The Plaintiff has filed a PDF attachment of **Psycho-Emotional Analysis of Trauma in Arcane. Taken from Bloodborg, which is trauma writing directly referencing my past and my medical records,** to accompany this court document.

**Declaration of Truth Regarding Presented Evidence**

I, Marc Wolstenholme, hereby declare under penalty of perjury under the laws of the United States and the State of California, that the information and evidence provided in the document titled Detailed Comparison of Bloodborg and Arcane: Alleged Infringement of Trauma Writing are true and accurate to the best of my knowledge and belief.

The examples and claims outlined, including specific comparisons, psycho-emotional parallels, and character analyses, are based on:

1. My original written work, Bloodborg;

2. My personal medical records and trauma writing;

3. Observations and analysis of Arcane by Riot Games;

4. Personal experiences and creative efforts documented within Bloodborg.

This declaration is made in good faith to assert the authenticity of the provided material and its origin. All evidence cited and discussed reflects my own experiences, observations, and creative expressions.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: February 23, 2025

Signed: *M.WOLSTENHOLME.*

33

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>            Plaintiff,<br><br>vs.<br>RIOT GAMES, INC.,<br>            Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>PLAINTIFF'S EXHIBIT L- OVERVIEW OF CHARACTER EVIDENCE- VI VS ROOK, PLUS ELEMENTS BORROWED FROM OTHERS IN BLOODBORG.DECLARATION OF MARC WOLSTENHOLME OVERVIEW OF CHARACTER EVIDENCE<br><br><br><br>February 23, 2025 |

Dated: February 23, 2025

*M.WOLSTENHOLME.*
_____
[MARC WOLSTENHOLME]

1

**I, Marc Wolstenholme, declare as follows:**

### 1. Background and Introduction

I am the plaintiff in this case against Riot Games, Inc., regarding copyright infringement and unauthorized use of original materials derived from my manuscript "Bloodborg" and related works. I submit this declaration to provide evidence supporting my request for damages and to outline the profound and ongoing impact of the defendant's actions.

### 2. Overview of Infringement

In early 2020, I submitted my manuscript "Bloodborg" to Riot Forge, Riot Games' subsidiary, which was soliciting story-driven content for its gaming and multimedia initiatives.

The manuscript contained unique narrative elements, character arcs, thematic developments, and psycho-emotional frameworks drawn directly from my personal trauma and medical records.

Subsequent to the submission, Riot Games' animated series Arcane began development and ultimately premiered on Netflix. Upon review of Arcane, it became evident that numerous narrative elements, character designs, plot structures, and aesthetic choices bore striking similarities to the contents of my manuscript.

The case number for the M.W. Wolf copyright registration document is:

**1-14654214871**

2

### 3. Evidence of Direct Infringement

I have cataloged and submitted over 100 instances of direct infringements which Arcane utilizes which accounts for a tiny fraction of the wider infringement:

Unique character dynamics and origin stories.

Themes and narrative frameworks mirroring those in "Bloodborg."

Psychological and emotional states identical to those described in my manuscript.

Many of these infringements not only mirror my work's aesthetic and narrative but also align with proprietary trauma-based storytelling elements unique to my personal experiences and writings.

In this document, I submit a Comparison of Characters from Arcane & Bloodborg. With reference to POVs from Bloodborg and Psycho-Emotional Analysis. This document is one of many comparisons. This document centers primarily on Vi Vs Rook, plus elements borrowed from others in Bloodborg.

3

**4. Similarities to Defendant's Work:**

**Vi Vs Rook Overview Comparison.**

**4a. Visual References**

For visual reference, the character on the left is Vi from Arcane. The character on the right is two different Ai renditions of Rook from Bloodborg's detailed narratives. The character under them is Vi from The League of Legends game own by Riot Games.



# Vi and Rook

Comparison of Characters





4

Case: 25-3163, 08/06/2025, DktEntry: 18.4, Page 999 of 1218

**4b. Backstory and Motivations**

**Rook:** Parkour Runner Rook is a survivor shaped by a harsh dystopian environment in New Kowloon. Her motivations stem from personal loss, loyalty to her found family and the younger gangway children, and a strong sense of justice. The traumatic death of her biological parents and found families (adoptive brothers Matteo and McCauley), along with her disguised identity as a boy by wrapping her chest with bandages and hiding under a vail and hood, highlights a life lived on the edge, navigating survival and rebellion and struggling with identity.

**Arcane's Vi:** Parkour Runner Vi hails from the grim streets of Zaun, motivated by a desire to protect those she loves, particularly her sister, Powder (Jinx) and her adoptive brothers Mylo and Claggor. After losing her parents and facing the destruction of her family when Mylo and Claggor are killed, Vi channels her pain into fighting back against oppressive forces. Vi struggles with her identity, hiding under hoods and wrapping her chest with bandages.

**Similarity**: Both characters are defined by traumatic losses, which propel them into leadership roles. They carry guilt and a fierce determination to fight back against the systems that perpetuate suffering. Both lose their parents to murder, then they both lose their two adoptive brothers to the same. The two adoptive brothers of each share the same characteristics, body composition, personalities, personal skills and their death scenes are remarkably similar with both McCauley from Bloodborg and Mylo from Arcane being impaled by a pole. The long shabby hair of McCauley and Mylo differ only in colour.

5

Both characters are Parkour Runners, both have swollen left cheeks, and maroon veils and torn lips, both eat insects and bugs, both have practice fighting scenes to show skill development, both are indelible and resilient, both are in denial of what they must become.

**4c. Personality and Behaviours**

**Rook:** Intelligent, resourceful, and independent, Rook masks her emotions with practicality and determination. However, her softer side emerges in moments of introspection and when protecting her family or friends. Her dual identity reflects her vulnerability and adaptability.

**Arcane's Vi: Vi** is bold, brash, and headstrong. Her impulsive nature often gets her into trouble, but it also makes her fiercely loyal and protective of those she cares for. Vi's bravado hides a deep emotional sensitivity and unresolved guilt over her sister's transformation into Jinx.

**Similarity:** Both characters balance a tough exterior with hidden emotional depth, fiercely loyal to their makeshift families while grappling with internal conflicts.

**Appearance and Fighting Style**

**Rook:** Disguised with chest bandages, and under a maroon veil and hood, Rook hides her true identity. Her combat style relies on parkour-like agility, stealth, and improvisation. Her transformation into a skilled samurai fighter symbolizes her inner strength and growing self-acceptance.

6

**Arcane's Vi:** Vi's appearance changes as the story progresses. She is also hidden under a maroon veil and hood, hiding her true identity. Yet later in the storyline, she grows into herself —pink hair and muscular build—reflecting her bold personality. Her fighting style is raw and physical, she gains her agility through parkour. Yet relies on brute force amplified by her signature gauntlets. Unlike Rook's stealth, Vi's approach is direct and aggressive in her later iterations.

**Similarity:** Both are exceptional fighters whose styles reflect their identities— Rook's agility symbolizes her resourcefulness, while Vi's strength represents her unyielding determination. Both have developed their fighting styles and skills through practicing with their orphan brothers after the death of their parents, to help them survive the harsh environments in which they live. Arcane Vi's transformation in season 2 suggests she has grown away from Rook's narrative to become something closer resembling Vi from the League of Legends Game. To make and to show this transformation, it is alleged that Bloodborg's Warwick's narratives are used in a deliberate IP infringement method known as "Pick N Mix."

**The difference:** Vi has short pink hair in season 1 of Arcane and black hair in season 2. Whilst Rook has her long glossy black hair hidden under veils and hoods to mask her identity. Rook is of Asian (Indian) heritage, as is the crying bridge statue in the opening scene of Arcane, symbolizing the loss of Vi's / Rook's parents.

7

**4d. Relationships and Dynamics**

**Rook:** Her trauma and relationships define her story. From the death of her parents to her found family (Mateo and Macaulay) to her unique and complex bond with Roy the robot, Rook is fiercely protective of her loved ones. The betrayal and deaths of her family add layers of guilt and responsibility to her character arc.

**Arcane's Vi:** Vi's trauma and dynamic with her sister, Powder (Jinx), and her protectiveness over her found family (Mylo and Claggor), and the death of her parents, defines her story. Her growing partnership with Caitlyn shows her complexity in relationships. She struggles with the burden of protecting others while coping with guilt and betrayal.

**Similarity:** Both characters are shaped by their relationships, particularly the loss of their families, guilt and betrayal, and the weight of protecting those who remain. Their relationships often drive their actions and moral conflicts. Trauma is central to both dynamics.

**4e. Core Themes in Their Stories**

**Rook:** Themes of identity, trauma, family, survival, rebellion, and loyalty are central to Rook's story. Her internal conflict between her concealed femininity and her warrior persona symbolizes the struggle to reconcile different parts of herself. The broader narrative explores the fight against oppressive systems and the cost of revolution, and the trauma war and conflict cause.

**Arcane's Vi:** Arcane centres around themes of trauma, family, loyalty, and redemption. Vi's story highlights the personal toll of systemic oppression and the emotional struggle of fighting against those she once loved.

**Similarity:** Both stories explore the cost of trauma and rebellion and survival in dystopian settings. Themes of identity and self-acceptance are particularly strong in Rook's narrative but resonate with Vi's journey as well. Vi has a longer character arc than Rook, as only the first book of Bloodborg is written. Yet the foundations of both characters, themes and arcs are remarkably similar, down to the hobbies, mannerisms, reputations, psychological and physiological scars and ticks of each.

**4f. Unique Differences**

**Rook's Internal Conflict:** Rook's dual identity as a disguised boy adds a layer of complexity to her character. This hiding under hoods and reluctance to embrace herself is shared with Vi's younger self in early (S1 E 1, 2 & 3) episodes of Arcane. Yet in later episodes, after Vi has been to prison and had to develop a more masculine persona to protect herself and perhaps through abuse, this dual identity is contrasting as Vi's bold personality is now openly expressed. Young Rook bandages her chest to hide her femininity which she sees as a vulnerability in a dangerous, gang-led dystopian existence. Divergent, older (Season 2 Act 2), and now tattooed, Vi has grown somewhat stronger and bolder with her persona. She now bandages her chest not to hide her femininity, but to express the masculine side of her persona. This subversion can be explained merely as a continuation of character development from a tween to a young adult.

9

**Rook's Connection with Technology:** Rook's reliance on Roy and her mission involving the Neurocatcher in Bloodborg (Pink device in Arcane) intertwine technology with her personal journey of trauma and "Rags to Riches" story archetype. The submitted synopsis of Bloodborg: The Harvest states that *"Rook's subplot is the beginning of Rags to Riches."*

**Arcane's Vi:** Vi's story, while technologically influenced by Hextech and her gauntlets from the League of Legend games, focuses more on her physical strength and emotional struggles and trauma. This is a deviation, and indeed complete indifference from her in-game character and backstory. Vi's Arcane story archetype is also "Rags to Riches" yet she has branched beyond Rook's personal development state and stage and in season 2 act 2, is alleged to have merged with Bloodborg's Warwick's self-destructive coping mechanisms. Those being Pit fights, isolation, alcohol abuse, existential nihilism and self-neglect. Alleged to have been written as introspective reflections in the trauma writing of the Plaintiff.

**4g. Vi Vs Rook overview comparison conclusion.**

Rook and Vi share striking similarities in their trauma, resilience, loyalty, and fight against oppressive forces. They are both survivors navigating loss and betrayal while protecting their found families. Rook's story adds layers of identity and technological intrigue that make her distinct, while Vi's story begins in the same manner, it progresses to raw emotional intensity and directness and self-destructive coping mechanisms identical to Bloodborg's Warwick's coping strategies.

10

These two characters (Vi vs Rook) share the same narratives story beats, identical traumas, the same arcs, same distinguishing features, similar mannerisms, personalities, motivations, scars, family dynamics and even scenes. Both characters are deeply compelling heroes sharing the same personal journey of trauma and "Rags to Riches" story archetype.

The characters diverge later in the story of Arcane which spans many years over 2 seasons. Yet even the season 2 act 2 character development of Vi is alleged to be taken from Warwick's POV in Bloodborg.

In the latter half of season 2 of Arcane, when Vi's story is alleged to deviate from M.W. Wolf's narratives in Bloodborg, Vi is sidelined and does not experience any markable development and all that she has fought for, is all but marginalised. Vi's arc is eclipsed by a lesbian sex scene during preparations for pending doom, seemingly to serve the adolescent erotic fantasies of the male dominated, and reportedly toxic community of League of Legends and the alleged "Bro-mancing" showrunners / "writers." This is at a time in which Riot Games was under interventions for discrimination towards thousands of female employees after a class action lawsuit.

11

**5. Vi's inception and development.**

Vi's origins and development shares the same alleged patterns of "Swipe N Gripe" which the plaintiff alleges has been at the core of Riot Games since their 2009 launch.

**5a, Misha, the Fists of Colossus**

This image is a visual reference of Misha, the Fists of Colossus and Vi from the League of Legends Game



"Misha, the Fists of Colossus" is a fan-created champion concept for League of Legends, designed by artist FarahBoom and published on June 8, 2012. link **https://www.deviantart.com/farahboom/art/Misha-the-Fists-of-Colossus-League-of-Legends-307052960**.

FarahBoom pitched this character to Riot but was unsuccessful in gaining a deal. Misha and her Colossus Fists are strikingly similar to Vi and her Atlas Gauntlets. While many fans have noted similarities between Misha and the official champion Vi, introduced in December 2012, there is no confirmed connection between the two characters. Many fans and

12

creators showed support for the young artist and some stated that they had contacted Riot about this alleged infringement.

One user stated, "let's just hope that riot credits this fine artist." After Misha, the Fists of Colossus was shared online, Riot Games character concepts for Ruby in roller-skates were scrapped and became Vi, with the Atlas Gauntlets.

Under the same link, A Fandom user- 18/12/2012 commented about the new Vi enforcer character and her relationship with Caitlyn, *"Is anyone else getting "vibes" between her and Caitlyn? I know their just meant to be partner's, but the pet name, the praising/taunting. This has probably been mentioned before, but... well...It add's diversity, is all I'm saying :P"*

The "pet name" being referenced is Vi's in-game Voice Line "Cupcake." Which has been alleged to have been "Swiped" from The Game Borderlands. Borderlands 2 was officially released on September 18, 2012, again, just a few months before Vi was released. In the Borderlands game series, the word "Cupcake" is often used as a playful or mocking nickname, frequently delivered with a sarcastic or menacing tone. One of the most iconic instances is from Handsome Jack, the primary antagonist in Borderlands 2.

The plaintiff makes this notation to show a pattern of much of the creation and developments of Vi and many of the other characters and "IPs" of Riot Games, beginning with fan art, fan theories and the works of other games, stories, writers, artists and shows. The Plaintiff alleges that fan theories, and his narratives of diversity were misused by Riot Games to misrepresent a change in culture at Riot whilst they were under State interventions, which has been double down upon, as evidence in the showrunners (Linke) aggressive denial of the gay relationship between Victor and Jayce.

13

**5b, Vi's differing developments over the years.**

This image is a visual reference of the map of Runeterra featuring the cities of Piltover and Zaun far apart and inland before the late 2019 update.



Vi, known as "The Piltover Enforcer," was introduced as a playable champion in League of Legends on December 19, 2012. Over the years, Vi's many inconsistent bios and mini stories have been expanded and refined, especially with the release of the animated series Arcane in November 2021, which delves deeper into her origins and relationships differing from her original character. The Arcane lore of Vi is now cannon to the LOL universe. Some stories have her origin location as Piltover, and others have her as a street child of Zaun. On the 2016 map of Runeterra, Piltover and Zaun were still far apart and both inland cities. A separate analysis of these cities will show how they too, have undergone significant developments and many changes to bring them aligned.

### 5c. Vi's Concept and design

Riot Games designer Josh Singh originally conceived the character as a girl named Ruby, who wears roller-skates. Singh's original concept was discarded after two years of development; she was renamed and redesigned by Paul Kwon, who gave her the code name "Piltover Enforcer". Kwon's colleague August Browning approved of his character work and decided to utilize the character as part of the team's ongoing work with introducing new playable Champions for League of Legends. Browning leaned on Kwon's illustration of Vi with oversized gloves, and as a result her gameplay mechanics are primarily based on the archetype of a punk girl with an aggressive personality. Paul Kwon's LinkedIn profile states that from March 2012 - March 2017 (5 years 1 month) he was a new Concept Artist at Riot Games, and he designed characters such as Vi during this period. Therefore, the new employee of Riot Games developed Vi who is alleged to essentially be Misha, the Fists of Colossus with pink hair, in the months

15

after she was released on DeviantArt by a young female artist, recent art college graduate, and soon after Kwon joined Riot Games.

Graham McNeill was the writer responsible for coming up with Vi's backstory as an ex-criminal who assumes the role of a "bad cop" on behalf of the prosperous city of Piltover. Her original backstory depicted her as a hot-headed and impulsive individual with a loose respect for authority. Growing up alone, she developed sharp survival instincts and a wicked sense of humour. Eventually, she joined the Wardens of Piltover, wielding powerful Hextech gauntlets to maintain peace in the city. This is not the Vi of Arcane, who is alleged to have the same narrative story as Rook from Bloodborg. Countless retcons, and updates and changes have been made, yet some of Vi's stories are still available on:

https://universe.leagueoflegends.com/en_GB/story/champion/vi/ and some of them still contain spelling errors and typos. None of them are consistent with Arcane but do contain Riot's self-reported, and alleged swipe method of "Treasured Gateways."

Riot Games's "Treasured Gateways." business practice will be explained in full in a separate report.

16

### 5d. Narrative development history at Riot Games

The Plaintiff proposes, before 2019- Riot Games has no in-depth nor consistent lore but knows it needs it and knows that its employees are not going to put their best foot forward. It is widely reported, and I quote, that Riot Games is a place where creatives go to "Fuck about and get paid", to take a brake and work on their own material whilst Riot Games pays them well, at the expense of oppressive NDA's and sexually harassing and toxic "Bro-mancing" working environments.

Because of this, Riot Games best chance is "Swipe n Gripe" and it knows so. Early on in its life, from 2009 onwards, Riot Games laid "Treasured Gateways." These are one liner ambiguous sayings or overview stories with massive gaps, open to interpretation and adaptation, like "Glorious Evolution", which will be explored in another document. Riot expands, dropping IP swipe traps as well as vague and malleable plausible deniability nuggets everywhere. It has over 169 characters, and features many animals and other creatures, each with many skins, styles and personas with thousands of one liners and inconsistent features, backstories and properties across a number of different worlds, games and stories, each laying tiny so called "Treasured Gateways" which they can use as nodes of theft, or IP swipe traps.

Riot normalises backdating, changing appearances, changing stories and even total retcons to hide its tactics of theft and backdating. Thus, when they must erase evidence of IP crimes, it doesn't seem so suspicious. The fans communicate online, stitching together theories, narratives and backstories of their own. An example would be the fan theory that Jinx hates Vi because they are sisters, despite them being from different cities which are not yet fleshed out and started far apart on the map. Piltover and Zaun also have many different and

17

inconsistent stories of existence and positions on the map. On the fan wiki SmilianTheGrin 14/03/2023 commend, *"Vi was raised in the lawless outskirts of Piltover" I'm not sure how much more clear it needs to be that it was from before Zaun was a thing."*

Riot "Pick n Mix's what it likes, has a few employees send out a few teasers to pretend that it was always a plan, like "Ghostcrawler" Greg Street did for Vi and Jinx being sisters in a 2017 interview. Then when they find a place to mix in these Treasured Gateways, allegedly stolen, they force it into their evolving narrative, then retcon whatever no longer fits the narratives or characters, words or worlds.

The Leagueoflegends.fandom.com/wiki, which is owned by Riot Games, states that "Before the release of Arcane, Vi and Jinx were often theorized by the community to be sisters. The reference to this on Jinx's release was her quote, *"You think I'm I'm crazy? You should see my sister". Though there was never any implication that the sister was Vi, Vi players equated Jinx's antagonization of Vi specifically as sisterly bonding... Incidentally, Jinx only antagonized Vi specifically on English-speaking servers. Other servers showed her antagonizing other champions… In an interview with Ghostcrawler, he mentioned that Jinx and Vi are "sisters", but later confirmed he was merely stating what he thought was true, and that the narrative team said otherwise."*

**5e, Vi's Narratives and Stories**

Before the release of Arcane, Vi's character in League of Legends was developed through various narratives and stories that provided insight into her background and personality. Some notable stories featuring Vi include.

18

*Vi's Original Biography*

"The Piltover Enforcer," Introduced in December 2012, Vi's initial biography detailed her transformation from a Zaunite criminal to an enforcer in Piltover. This backstory highlighted her journey towards becoming a protector of Piltover.

*Interrogation 101.*

A short story that showcases Vi's approach to law enforcement in Piltover. It provides a glimpse into her methods and interactions with other characters, emphasizing her tough and no-nonsense attitude.

*Child of Zaun*

Released on December 10, 2019, this short story delves into Vi's return to her roots in Zaun as part of an investigation. It explores themes of law, order, and justice.

When inquiries were made into Vi's bio the Plaintiff was informed by Prestige Edition, long standing content creators of LOL material, most notably the audiobooks, *"This version was updated by Graham McNeill in 2019 (he wrote the original back in 2016). I imagine they'd probably update it again, but Riot hasn't given their Universe page much attention recently."*

These stories contributed to the development of Vi's character in the League of Legends universe prior to the expanded narrative presented in Arcane. However, they are incompatible and unrecognizable to the Vi in Arcane. Fans have noted this, some defending the contrasting stories by suggesting that Arcane is a different universe. However, Riot Games have now made Arcane the official canon lore, effectively overwriting Vi and her stories before Arcane.

**6. Key structural Overlaps**

The Plaintiff alleges Rook's detailed narrative and point of view (POV) influenced and was used to build Vi's development from a more simplistic League of Legends character into her fully realized portrayal in Arcane.

Herein, The Plaintiff highlights key overlaps and structural similarities between Rook's POV and Vi's arc in Arcane. This will include character elements, worldbuilding, and themes to identify inspirations, crossovers and parallels.

**6a. Character Development: From Cardboard to Fully Realized**

**Vi in the Game** (League of Legends): In the game, Vi was a more straightforward character—defined as a brash, punch-first enforcer with little nuance. Her backstory was sparse, focusing on her rebellious nature and work with Caitlyn as an enforcer of Piltover. In one of her backstories, Vi took a pair of metal mining gauntlets and punched a hole in a wall to free miners. Much later, Hextech was added to the story, referring back to the Misha, the Fists of Colossus story of the gloves being made by Victor/ Jayce.

Soon after her December 2012 release, fan theories suggested that it would be good for diversity to make Vi and Caitlyn into love interests. Yet this was never planned nor promoted by Riot. Moreover, Fan theories suggested that Vi and Jinx (In the Games) have one liner digs at each other because they might be sisters. In 2017 Greg Street, a former developer at Riot Games, stated in an interview that they were sisters but then recanted.

20

**Vi in Arcane:** Arcane transformed Vi into a multi-layered character with deep emotional struggles, a tragic past, and complex relationships, particularly with her sister Jinx and love interest Caitlyn.

**6b. Parallels with Rook:**

Rook's Depth vs. Vi's Transformation: Rook's POV demonstrates a similar journey from survival-focused pragmatism to deeply emotional and moral struggles. The transformation of Vi in Arcane parallels Rook's emotional depth and multidimensionality—both are more than fighters; they are protectors burdened by loss.

Loss and Family Motivation: Rook's driving force is the protection of her found family, followed by the devastating loss of that family. Vi's story in Arcane mirrors this, as she fights for Powder (Jinx) and later wrestles with guilt and sorrow when she loses her to the darker forces of Zaun.

*Worldbuilding and Setting*

**Rook's New Kowloon:** The dystopian, layered cityscape of New Kowloon is richly described. Its divisions between wealth, ruin, and squalor create a living, breathing environment. The oppressive Feral Fighters and the gangway children build a vivid picture of life at the margins, reinforcing themes of systemic oppression and rebellion. The "healthy" and able live high up on the platforms and gangways above the smog. The ill, diseased and mutated live deep down in the sunken and smog-filled underbelly of what was former Manhattan.

21

**Arcane's Zaun and Piltover:** Zaun's industrial, polluted depths contrast with Piltover's gleaming progress, much like New Kowloon's Needle District against the "Tetris" District which both sit above the diseased and desolate and the under lanes. The stark disparities between rich and poor, along with the systemic exploitation of marginalized people, draw parallels with Rook's world.

**Both under threat of gangs and gang leaders:** In New Kowloon, Rook is living with, and fighting against, the threat of Cowboy Momahan and his Feral Fighters. Cowboy Momahan has vowed to unite the gangs for war and to become the first king of New Kowloon. In Arcane, Vi is living with, and fighting against, the threat of Silco and his gang of Goons. Silco has vowed to unite the gangs for war and to become the first king of Zaun, the polluted underbelly of Piltover, which started nowhere near Piltover on the map, until after Bloodborg was written and circulated. Both Cowboy Momahan and Silco are narcissistic violent and cruel scrawny gang leaders working with topside to achieve their aims of power and control of the underbelly.

**Other alleged Influences:** It is alleged that, the layered verticality of New Kowloon's geography and its socioeconomic divide inspired Arcane's approach to Zaun and Piltover, which emphasizes similar contrasts between the oppressed undercity and the privileged upper echelons.

### 6c. Themes of Identity and Rebellion

**Rook:** Disguising herself as a boy to navigate a world of danger adds layers of complexity to Rook's identity. She wrestles with her yearning for femininity while maintaining a masculine, hardened persona that ensures survival. Her rebellion against oppressive systems is deeply personal, driven by the loss of her family and friends.

**Vi**: While Vi doesn't disguise her gender, she struggles with it and attempts to mask it in the same manner of wrapping her breasts in bandages. Just like Rook, Vi understands that in harsh and lawless environments femininity is taken advantage of, thus she expresses her masculine persona. Her identity as a protector and her struggles with guilt and anger form the core of her character. Her rebellion against Piltover's systemic injustices is rooted in her loyalty to her family and her desire for redemption. This is the same as Rook's motivations.

### 6d. Thematic Overlap:

Both characters navigate personal identity in oppressive systems. Rook's struggle with survival and rebellion mirrors Vi's internal conflict between her enforcer role and her origins in Zaun. Both are dealing with trauma, one and the same.

### 6e. Relationships and Emotional Stakes

Rook's emotional stakes are heightened by her bonds with Mateo and Macaulay, as well as her mentorship role for the gangway children. The betrayal and death of her brothers devastate her, propelling her deeper into the fight. Roy, her robotic friend, adds a layer of unique emotional support, creating a bond between machine and human that echoes found family

23

dynamics. This bond deepens in books 2 and 3, not yet written but foreshadowed and hinted at in book 1.

Vi's relationships define her journey. Her protective role toward her brothers and Powder (Jinx) and her guilt over the brothers' deaths and Jinx's estrangement drive much of Arcane's emotional core. Her partnership with Caitlyn also echoes Rook's relationship with Roy—a dynamic of mutual trust and support that evolves over time.

**Key Parallel:** The deeply emotional stakes in Rook's and Vi's stories are strikingly similar, centring on loyalty, trauma, loss, and rebuilding trust.


**6f. Fighting Style and Visual Imagery**

**Rook:** Agile and acrobatic, Rook fights with stealth and precision. Her reliance on her environment, parkour, and ingenuity creates visually dynamic action scenes.

**Vi in Arcane:** Vi's fights are visceral and personal. While she relies on brute strength more than agility, the choreography of her fight scenes shares a sense of raw energy and determination that echoes Rook's approach. It's alleged that the detailed, fluid descriptions of Rook's parkour-style movements in combat inspired Arcane's emphasis on dynamic, emotionally charged fight sequences, particularly Vi's brawls, rolls and parkour-style movements. This fighting dynamic and heightened fight IQ is contrary to the standard LOL cinematics which the alleged "Bro-mancers" have been noted as obsessively calling "Fight Porn"

It is alleged that Arcane Vi's fighting style and sequences are a mix of her in game style of smash (Fight Porn) and more informed and intellectual style of Rook from Bloodborg.

24

### 6g. Symbolism and Emotional Arcs

**Rook's Chess Piece:** The white rook chess piece symbolizes her lost family and her journey of self-discovery. It grounds her in her humanity while pushing her toward her destiny. Towards the end of her story arc in book 1, Rook is symbolically given a samurai sword to mark what she will become. She is unofficially told that she will become "Queen of the rebuild", which we see in Arcane's Caitlyn in season 2. The character who tells Rook this is a spiritual guardian named B. In Bloodborg, B is a disguised ancient cyborg sorcerer, she teleported Warwick away as he was about to die. Which is an almost identical plot beat used for Jayce in the opening of Arcane season 1 episode 2. B shows up mysteriously in times of crisis or near death. B gave this samurai sword to Rook to symbolically "Pass on the torch" to tell her that she is ready.

**Vi's Gauntlets:** Vi's gauntlets represent her strength and role as a protector. They are both a weapon and a burden, tying her to her past and her fight for redemption. Whilst this has been an aspect of Vi from her creation and indeed, leads back to Misha, the Fists of Colossus, which is the character Vi is alleged to have been stolen from, it is not the same in Arcane. In Arcane, the gauntlets are a symbol of the death of Vi's parents on the bridge, the same symbolic function as Rook's chess piece, and this was not and has never been an aspect of Vi's character before Arcane. Vi is symbolically passed down the gauntlets via her adoptive guardian Vander- who is alleged to be Warwick in Bloodborg- to symbolically "Pass on the torch" to tell her that she is ready.

Both characters carry symbolic objects that define their arcs, connecting them to their past and their purpose. Both characters are connected to, and reminded of, the death of their

25

parents via the objects and both have weapons passed down to them to symbolically "Pass on the torch" to tell them that they are ready to fight back against oppression and perceived evil or crimes.

### 6h. Supporting Evidence

An abundance of circumstantial evidence cannot be ignored nor explained away. It is alleged that Rook's POV directly inspired Vi's Arcane character, the structural and thematic similarities are notable:

*Character Transformation:* Both Rook and Vi evolve from fighters into deeply layered characters with rich emotional arcs.

*Worldbuilding:* The vertical, dystopian geography and socioeconomic struggles in Rook's New Kowloon share significant overlap with Zaun and Piltover.

*Themes and Relationships:* Both characters navigate personal identity, familial loyalty, and rebellion against systemic oppression.

*Visual and Narrative Style:* Rook's dynamic, parkour-heavy action sequences parallel Vi's choreography in Arcane. The symbolic use of objects (e.g., the chess piece, sword, the gauntlets) reinforces their journeys.

### 6i.  Conclusion of Key structural Overlaps

The Plaintiff alleges that it's impossible that so many key structural overlaps could take place in characters from two bodies of work, directly preceding submission of Bloodborg to Riot Forge and other literary agents, without IP being directly and purposely infringed upon. The Plaintiff alleges that many elements of Rook's POV were used as inspiration

26

to flesh out Vi in Arcane. The nuanced emotional stakes, rich worldbuilding, and layered themes in Rook's narrative align with how Arcane brought depth and humanity to Vi's character. The parallels are compelling and suggest that Rook's POV contributed to shaping Vi's transformation from a game archetype cardboard character into the fully realized hero of Arcane.

Moreover, The Plaintiff alleges that he has identified a history and propensity of Riot Games and it's "Treasured Gateways." business practice, to build plausible deniability post theft into their business plans and products. Additionally, The Plaintiff argues that he can evidence a long history of "Swipe N Gripe" and "Pix N Mix" of the IP and work of fans, fan theories, fan art and from other disadvantaged and vulnerable competitors who do not have the means nor ability to fight back. The Plaintiff argues that this equates to bullying and violation of anti-competitive laws, also referred to as antitrust laws in some jurisdictions.

In doing so, Riot Games misused Plaintiff's submission under false pretenses and delayed the Plaintiff's ability to bring competing content to market, which constitutes unfair competition under California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200). Federal courts can hear state law claims under 28 U.S.C. § 1367 if they arise from the same facts as the copyright claims. Case management hearings are required to separate or consolidate the four cases as both District and Federal courts cases are now open.

Please note, this is a macro-overview and does not represent Plaintiff's full and finished comparison of Vi vs Rook. Micro story elements, character cross overs and actual writing vs onscreen interpretations will follow.

27

**7. Legal Frameworks**

This section provides the legal basis for the claims asserted by the Plaintiff under federal and state law.

**CASE 1. Copyright Infringement (17 U.S.C. § 501)**

The Copyright Act of 1976 provides the framework for protecting original works of authorship, including literary works, against unauthorized use. Under 17 U.S.C. § 501, any violation of the exclusive rights of a copyright owner constitutes infringement. These exclusive rights include reproduction, distribution, public performance, public display, and preparation of derivative works.

*Legal Elements of Copyright Infringement:*

To establish a claim for copyright infringement, the plaintiff must prove:

Ownership of a Valid Copyright: The plaintiff must demonstrate that they own a valid copyright in the allegedly infringed work. Registration with the U.S. Copyright Office is considered prima facie evidence of validity.

Copying of Protected Elements: The defendant must have copied original elements of the copyrighted work. Copying may be established through direct evidence or inferred from access to the work and substantial similarity.

***Relevant Cases:***

Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991): Defined the threshold of originality required for copyright protection.

28

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000): Addressed the "access and substantial similarity" test in establishing copying.

**Copyright Law in the UK**

The legal framework governing copyright in the United Kingdom is primarily set out in the Copyright, Designs and Patents Act 1988 (CDPA 1988). This legislation, along with subsequent amendments, protects original works of authorship and provides legal remedies against unauthorized use of such works.

*Automatic Protection:*

Copyright protection arises automatically upon the creation of an original work. There is no requirement for registration, as in some jurisdictions like the United States.

*International Protection*

The UK is a member of international treaties such as the Berne Convention and the WIPO Copyright Treaty, which provide reciprocal copyright protection across member countries. This means that works first created in the UK are protected in other countries that are members of these treaties, and vice versa.

*Relevant UK Case Law*

Designers Guild Ltd v Russell Williams (Textiles) Ltd (2000): Established the importance of substantial copying and originality in proving infringement.

Elanco Products Ltd v Mandops (Agrochemical Specialists) Ltd (1994): Addressed implied licenses and copyright disputes in the context of collaborative works.

29

Football Dataco Ltd v Yahoo! UK Ltd (2012): Confirmed that original databases could qualify for copyright protection under the intellectual effort requirement.

International Laws:

EU Competition Law: Covers anti-competitive practices within European markets.

UK Competition Act (1998): Addresses abuse of market dominance and anti-competitive agreements.

**Conclusion**

The Copyright, Designs and Patents Act 1988 provides robust protection for authors and creators in the UK. Copyright law ensures that creative works are safeguarded from unauthorized use while allowing for limited exceptions to foster creativity and public interest. UK copyright owners also benefit from reciprocal protection in other countries through international treaties, providing a broad scope of legal recourse against infringement.

Plaintiff in Pro Per is a UK citizen, uneducated in, and unexposed to, U.S. district and federal legal systems and laws. The plaintiff does not plead ignorance, but is trying to rapidly respect, learn and adhere to all district and federal laws and requirements. The plaintiff respectfully asks the court to note the limitations and disadvantages, but also to make reasonable adjustments for the plaintiff's personal vulnerabilities, disabilities and learning difference. The Plaintiff will also ask the court to make reasonable time adjustments for postage from the UK to California.

The Plaintiff cites both the Berne Convention and the WIPO Copyright Treaty. Article 5(2) of the Berne Convention explicitly states that enjoyment and exercise of copyright "shall not be subject to any formality," meaning registration is not required to gain protection.

Additionally, The Plaintiff has learnt that his work may still be required to be registered under US copyright. The Plaintiff has filed a 10-book unpublished copyright registration, citing 2025 as the completion of the last book as required by law. Bloodborg: The Harvest (of which this copyright case stands) is the second of these 10 books, written between 2018 and 2019. The case number for this copyright registration document is: **1-14654214871.**

### CASE 2. Vicarious Copyright Infringement (17 U.S.C. § 501)

Vicarious copyright infringement occurs when a party benefits financially from another's infringing activity and has the right or ability to supervise or control the infringing conduct. It does not require direct participation in the infringing act but arises from a relationship that enables the infringement.

*Legal Elements of Vicarious Copyright Infringement:*

Direct Infringement by a Third Party: There must be an underlying act of copyright infringement.

Financial Benefit: The defendant must derive a direct financial benefit from the infringing activity.

31

Right and Ability to Supervise: The defendant must have had the authority to supervise or control the infringing activity but failed to prevent it.

**Relevant Cases:**

Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd., 545 U.S. 913 (2005): Addressed the concept of vicarious infringement in the context of peer-to-peer file-sharing.

Fonovisa, Inc. v. Cherry Auction, Inc., 76 F.3d 259 (9th Cir. 1996): Clarified that financial benefit and the ability to control are critical elements of vicarious liability.

**CASE 3. Unfair Competition (California Business & Professions Code § 17200)**

California's Unfair Competition Law (UCL) prohibits "any unlawful, unfair or fraudulent business act or practice." A violation of UCL can arise from:

Unlawful Acts: Violations of other laws or regulations serve as the predicate for a UCL claim.

Unfair Acts: Conduct that is unethical, oppressive, or injurious to consumers or competitors.

Fraudulent Acts: Business practices likely to mislead or deceive the public.

Legal Elements of Unfair Competition:

The defendant engaged in unlawful, unfair, or fraudulent business practices.

32

The plaintiff suffered an economic or reputational injury as a result of the defendant's actions.

**Relevant Cases:**

Cel-Tech Communications, Inc. v. Los Angeles Cellular Telephone Co., 20 Cal. 4th 163 (1999): Defined the "unfair" prong of the UCL for claims brought by competitors.

Kwikset Corp. v. Superior Court, 51 Cal. 4th 310 (2011): Clarified standing under the UCL requires economic or property loss.

**CASE 4. Intentional Infliction of Emotional Distress (IIED) (California Civil Code § 1708)**

Under California Civil Code § 1708, an individual may bring a claim for intentional infliction of emotional distress (IIED) where the defendant's conduct is extreme, outrageous, and intended to cause severe emotional harm.

Legal Elements of IIED:

Extreme and Outrageous Conduct: The defendant's actions must go beyond all bounds of decency, tolerable in a civilized society.

Intent or Reckless Disregard: The defendant must have acted with the intent to cause emotional distress or with reckless disregard for the likelihood of causing distress.

33

Severe Emotional Distress: The plaintiff must have suffered significant and debilitating emotional harm.

Causation: A direct link between the defendant's conduct and the plaintiff's emotional distress must be established.

**Relevant Cases:**

Christensen v. Superior Court, 54 Cal. 3d 868 (1991): Addressed the standards for "outrageous" conduct in IIED claims.

Hughes v. Pair, 46 Cal. 4th 1035 (2009): Clarified that severe emotional distress requires suffering that is substantial, not trivial or transitory.

**Conclusion**

These legal frameworks establish the statutory and common law foundations for Plaintiff's claims. They demonstrate that Plaintiff's causes of action are supported by well-established legal principles and case precedents. Plaintiff respectfully asserts that the facts alleged in the Complaint are sufficient to satisfy these legal standards and warrant relief.

34

**Accommodations for Pro Se Litigants in U.S. Courts**

Again, respectfully, Plaintiff in Pro Per is a UK citizen, uneducated in, and unexposed to, U.S. district and federal legal systems and laws. The plaintiff does not plead ignorance, but is trying to rapidly respect, learn and adhere to all district and federal laws and requirements. The plaintiff respectfully asks the court to note the limitations and disadvantages, but also to make reasonable adjustments for the plaintiff's personal vulnerabilities, disabilities (Complex PTSD and comorbid illnesses) and learning difference of dyslexia.

Plaintiff cites the Federal Court's Duty to Construe Pro Se Pleadings Liberally. In U.S. federal courts, pro se litigants are entitled to certain accommodations. Courts are required to construe pro se filings liberally to ensure fairness.

**Key Case Law:**

Haines v. Kerner, 404 U.S. 519 (1972): Established that pro se pleadings are held to "less stringent standards" than those drafted by attorneys.

Erickson v. Pardus, 551 U.S. 89 (2007): Reaffirmed the principle of liberal interpretation for pro se filings, emphasizing that courts must review filings in the most favorable light to the litigant.

35

**Reasonable Accommodations Under the ADA.**

The Plaintiff has limitations and disabilities that affect his ability to litigate effectively, these can be evidenced on request of the court if required. The Plaintiff asserts that under the Americans with Disabilities Act (ADA), and by extension shared laws, ethical and value standards, he may be entitled to reasonable accommodations but will endeavor to meet and respect all requirements of the court.

*Reasonable Adjustments:*

Extensions for filing deadlines.

Allowing non-standard forms of communication, such as email, for submitting documents.

Granting additional guidance or leniency in procedural matters.

Granting mediation and protection from bullying and aggressive legal strategies of the defendant to evade lawful processes, to complicate the cases and to build falsehoods, unfair court bundles and undo stress and burden on the Plaintiff.

36

**8. The Plaintiff's concerns.**

The Plaintiff is particularly worried about the non-cooperation of Riot Games in pre-litigation discovery and their bad faith negotiations, and retaliations for the past three years. The Plaintiff believes that, without federal or state help and interventions, especially in the discovery process, he cannot gain a fair and proper trial, and he will continue to be faced with emotional harm and legal trickery to build technicalities to have the cases kicked out- which has already been threatened by the defendant's representatives at Greenberg Glusker in a 2021 letter- and to frustrate the cases to cause harm and stress.

It should be noted that after the success of Arcane- which is now leading the directions of all of Riot Games's universe canon lore and all of their future narrative storytelling in film, animation and TV- Riot Games shutdown the Riot forge publishing arm of their company (Where Bloodborg was submitted) and laid off 11% of their work force, of over 500 people. A large percentage of these employees were working in narrative roles.

The Plaintiff has had limited communication with some of these laid off former employees. Many are reluctant and scared to talk out against Riot Games. An undercurrent of fear of retaliation and of being sued due to oppressive NDAs can be evidenced.

Moreover, The Plaintiff has concerns about a possible correlation between those 11% who were laid off and employees who have spoken out about, or cooperated with investigators, regarding Riot Games's past crimes, discriminations and unethical behaviors and business practices.

The Plaintiff feels vulnerable but fears wider concerns at Riot Games.

37

February 23, 2025          *M.WOLSTENHOLME*

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

38

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
| Plaintiff, | HON. FERNANDO M. OLGUIN |
| vs. | PLAINTIFF'S EXHIBIT M- COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS |
| RIOT GAMES, INC., | |
| Defendant | |
| | FEBRUARY 23, 2025 |

Dated this: FEBRUARY 23, 2025

M.WOLSTENHOLME
[MARC WOLSTENHOLME]

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA,

AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-

EYED FOLLOWERS.

1

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**1. Introduction:**

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

**2. Evidence Submitted:**

I submit the following evidence of COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

**3. Comparison of Characters:**

This document specifically shows the striking similarities between Neva in Bloodborg, Neva, compared to Ambessa, and Mel Medarda, with reference to savior Viktor and his white-eyed followers. in Arcane and in the Blood Sweat and Tears music video, which is an extended narrative of Arcane.

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

To demonstrate the similarities and alleged infringements between Bloodborg and Arcane (and its spin-offs), The Plaintiff will structure the analysis to highlight thematic and narrative parallels between Neva (from Bloodborg) and Ambessa Medarda (young Ambessa from the Blood, Sweat, and Tears music video, and her older version from Arcane), as well as other characters such as Mel Medarda. Additionally, The Plaintiff will show that after also visiting the higher consciousness, savior Viktor and his white-eyed followers, including Salo, are infringements of the higher consciousness narrative and the white-eyed children of Gaia storyline. Additionally, the use of these literary functions as a mirror story, is also alleged to have been lifted from Bloodborg. This will establish a case that Arcane borrowed significantly from Bloodborg's worldbuilding, characters, and central themes.

### 1. Leadership and Power: Neva vs Ambessa Medarda

**Neva-** Neva leads the future coming of the Chachiwiri Rozwi tribe in a post-apocalyptic world marked by scarcity, war, and survival against human and environmental threats. Her leadership is rooted in strength, maternal care (both symbolic and literal), and her spiritual connection to Mother Gaia. Her fierce resolve is tempered by her grief over her lost daughter Sabella, but this pain fuels her purpose as a protector of her people and the earth. Neva's ability to command loyalty (from her tribe and the genetically bred hyenas) reflects her primal, elemental leadership, deeply intertwined with nature.

3

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Ambessa Medarda-** Young Ambessa Medarda, as depicted in Blood, Sweat, and Tears, mirrors Neva in her commanding presence, her tribal warrior aesthetic, and her dominance over the battlefield. Older Ambessa from Arcane is an imperialist and militaristic leader, with a pragmatic approach to power and dominance. She, like Neva, is a central figure in determining the fate of her people and wields her influence strategically to survive in a hostile, competitive world. Her maternal complexity (in her relationship with Mel) mirrors Neva's grief over Sabella, showing that even the most powerful women are shaped by loss and the need to secure the survival of their "offspring," whether biological or symbolic.

### 2.  Maternal Symbolism: Neva, Ambessa, and Mel Medarda

**Neva and Sabella-** The tragedy of Sabella's "stillbirth" associated with arrows, and Neva's inability to find her aura within Mother Gaia is a poignant exploration of maternal grief and its transformative power. We see the same in young Ambessa in the music video, where she too was shot in the belly with an arrow and, she too visited the higher consciousness realms to search for answers and for her daughter. She too was gifted a "white-eyed child of great importance."  It should be noted that the foreshadowing of the arrow to the belly is kept a secret in Bloodborg to help Neva grieve. It was in fact her rival tribe lover and Sabella's father who shot her in the belly during a moment of psychosis caused by the illness infecting the world.

Neva's quest to save the world and find the baby boy with white eyes stems from her maternal instincts and her bond with Sabella. The milk that leaks from her swollen breasts

4

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

becomes a recurring image of her unresolved motherhood, symbolizing life and nurturing even as she endures great personal suffering. There is a major plot twist unrevealed here.

Likewise, Riot Games have left much of Mel and Ambessa's backstories vague, or unresolved. Mel's important quest hasn't yet been revealed in the ongoing projects of the newly formed animation and live-action departments of Riot Games. However, it has been shown in the "Welcome to Noxus - Bite Marks" cinematic that Mel continues the storyline of Arcane. She goes on her quest to save the world, or however Riot wishes to mask or subvert it.

**Ambessa and Mel Medarda-** In Arcane, Ambessa's strained relationship with Mel highlights a form of "broken" motherhood. Ambessa's ruthless approach to power and politics created an estranged, emotionally scarred daughter who rejects her mother's militarism. This complexity resonates with Neva's internal conflict of nurturing versus leading in a brutal world. Furthermore, the allegation that Mel is the white-eyed child in Bloodborg strengthens maternal symbolism, suggesting a deep connection which is far beyond chance.

In the Bloodborg trilogy, it is planned that Neva is overbearing and violently protective of the white-eyed child (Boy) because she lost a daughter. In Arcane, Ambessa is overbearing and violently protective of her white-eyed child (Mel) partly because she lost a child, Mel's brother Kino Medarda.

5

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

### 3. Spirituality and Connection to Nature

**Neva and Mother Gaia-** Neva's relationship with Mother Gaia is central to her identity. As a shamanic figure, she connects to the higher consciousness, searching for answers and strength to protect the earth. Her tribe's rituals and the idea of a chosen saviour born from the Baobab tree reinforce her role as a spiritual leader tied to the earth.

**Ambessa and the Medarda Empire-**Ambessa's dominion and her militaristic control of resources (mirroring Neva's protection of the tribe's water and food) position her as a figure of natural authority. While she lacks Neva's spiritual connection to nature, Ambessa exerts control over resources, just as Neva ensures the survival of her people through sacred traditions. Ambessa visits the higher consciousness realms to fight for her daughter to survive, somehow making Mel a magical, white-eyed child.

**Mel as the White-Eyed Child-** Mel is alleged to be the white-eyed child from Bloodborg (symbolizing rebirth and hope for a destroyed world), her estrangement from her mother parallels the broader theme of humans breaking away from nature's protective embrace in Bloodborg.

### 4. Warrior Iconography and Hyenas vs. War Machines

**Neva and Her Hyenas-** The genetically engineered hyenas in Bloodborg symbolize loyalty, companionship, and primal power. Each hyena reflects Neva's inner

6

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

struggles. Malik is fierce, Adisa is cunning, and Lula is nurturing yet untapped. These animals are extensions of Neva's will and embody the Rozwi tribe's symbiosis with nature. In Arcane, the "Wolf" fills the same inter animalistic soul and spiritual guardian role as the Hyenas. Both are cunning and dangerous. Wolves and hyenas are both wild animals with unpredictable behaviors, yet they are also both nurturing, social "Pack" animals. This is the spiritual heart of both Neva and Ambessa, and by extension, their respective, white-eyed children.

**Ambessa and War Machines-** Ambessa's reliance on military power and machines in Arcane mirrors Neva's relationship with her hyenas. Both women use these tools, beasts and machines alike, as instruments to protect and enforce their will. This juxtaposition highlights the shift from nature-based survival in Bloodborg to industrial warfare in Arcane. It's alleged that it's the same story told with a different lick of paint. Neva has three spiritual guardians, represented in arrowhead formation, as does Ambessa. Neva is gifted a white-eyed child of great importance, as is Ambessa. Niva is sent on a quest with the child, to save the world, which is to protect the child, as is Ambessa. Mel is that child, grown up and still following her quest.

### 5.  White-Eyed Figures: Mel, Morgan, and Ambessa.

**White-Eyed Morgan and the Child-** The white-eyed figures in Bloodborg (the stillborn child, Morgan, and the clone) serve as symbols of rebirth, knowledge, and hope. They connect to Mother Gaia's plan for humanity's survival, bridging past destruction and future renewal.

7

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Mel and Ambessa-** Mel Medarda's golden-hued, almost divine aura in Arcane is often interpreted as her inheriting a "higher purpose" beyond the earthly wars Ambessa fights. Bloodborg's white-eyed child is alleged to have become Arcane's Mel, her estrangement from her mother reflects the lost connection between humanity and nature. It's alleged that Ambessa was created from the warrior women of Bloodborg, and she carries forward the legacy of Neva's maternal strength and warrior spirit, updated for a technological, steampunk aesthetic.

### 6.  Thematic Overlaps: Dystopia, Survival, and Revolution

Both Bloodborg and Arcane explore dystopian worlds marked by societal collapse, exploitation, and rebellion. Neva and Ambessa are both powerful women navigating fractured societies while balancing personal grief, maternal instincts, and the demands of leadership. The theme of revolution is central to both narratives. Neva's quest to save Mother Gaia mirrors Morgan's uprising in Bloodborg and Ambessa's imperial strategies in Arcane, plus Mel's ongoing quest, which is the white-eyed child's quest in Bloodborg. The borrowed imagery of tribal rituals, nature's saviors, and technologically advanced oppressors creates a clear lineage between the two worlds.

Additionally, Neva's POV in Bloodborg, is called The African Child. This is a direct reference to the Plaintiff's half Ugandan niece's tragic death in the UK. Like all of Bloodborg and indeed, M.W. Wolf's catalog of fiction, this is trauma writing, which is a hallmark of the central pocket universes of the M.W. Wolf Megaverse of Fiction.

Indeed, the M.W. Wolf slogan is: *"Dark and gritty adult fiction with grand themes of implicitly examining the human condition."*



8

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

# Exhibits

**Exhibit A- Extracts from Bloodborg alleged to have been used to build Mel and Ambesssa.**

**Exhibit A1. Maternal Symbolism and Leadership**

*Bloodborg – Neva's Milk and Maternal Struggle*

*BB- "Neva thrust the beasts aside and sat up. She wiped the tears from her face with a cloth-sling which was intended to carry Neva's newborn daughter, Sabella.*

*BB- 'It's Sabella's milk,' she sighed, her body shrivelling as she spoke."*

*Arcane – Ambessa and Mel's Relationship*

*"She was a manipulative, calculating, ruthless, and powerful warlord from Noxus. Ambessa thought of her family as the most important part of her life and was determined to secure her legacy." https://arcane.fandom.com/wiki/Ambessa_Medarda*

**Infringement Crossover:** Both characters' leadership is juxtaposed with their failure as mothers. Neva's milk symbolizes her grief over Sabella's death, just as Ambessa's role

9

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

in her son's death haunts her relationship with Mel. Both mothers are portrayed as simultaneously nurturing and destructive.

### Exhibit A2: Warrior and Tribal Iconography

**Bloodborg –** Neva's Ritual Armour

BB- "Neva placed on her ritual headdress, made from the bones of her ancestors and the teeth of lions. Hyena skulls hung on a banner, across her left shoulder.

BB- "Her shield was made from the hide of a Nile Crocodile, a warrior's rite of passage."

**Blood, Sweat, and Tears Music Video –** Ambessa Medarda's Warrior Aesthetic

Ambessa is seen wearing gold-plated armour with tribal patterns, adorned with bone-like decorations on her chest and shoulders. Her design explicitly evokes a powerful warrior matriarch rooted in tribal tradition. She wears the baby carrier sling under her armor, she has similar twin curved blades.

Infringement Crossover: Ambessa's character design in Blood, Sweat, and Tears mimics Neva's armour and tribal themes, particularly the use of animal leather, baby sling and animal elements to signify ancestral and natural power and Maternal grief.

10

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

11

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit A3: White-Eyed Saviors**

**Bloodborg –** The White-Eyed Child and Morgan.

BB- "Inside the trunk was a newborn baby boy, with the same geometric tribal markings as the woman and gleaming, brilliant white eyes."

BB- "Morgan's right eye was brilliant white." (Morgan as a recurring figure of rebirth and resistance.)

**Arcane –** Mel's Divine Aura and Symbolism

Mel's white-and-gold aesthetic and almost divine presence in Piltover's political world draw visual parallels to the white-eyed saviour imagery. Her role as a moral counterpoint to her militaristic family echoes Morgan's role as a revolutionary. In the Blood Sweat and Tears Music Video, Mel is brought back to life inside her mother (Ambessa). She opens her beaming white eyes.

**Infringement Crossover:** Both Bloodborg and Arcane position white-eyed characters as figures of destiny, bridging past destruction and future salvation. The child from Bloodborg and Mel's symbolic role overlap significantly in narrative function.

12

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit A4: Nature and Connection to the World**

**Bloodborg –** Neva and Mother Gaia

*BB- "Mother Gaia came to me in my sleep. She told me I'd find the boy who could save the world. She spoke his name."*

*BB- "Neva searched the higher consciousness day and night for Sabella's aura. 'She's not in Gaia,' Neva wailed, 'I've searched everywhere.'"*

**Arcane –** Ambessa's Vision of Power and Control

We see this portrayed strikingly similar in young Ambessa, who also visits the higher consciousness and is also gifted a white-eyed child of great importance. We see her connect to the land and nature in the music video and in her spiritual animalism of the wolf.

**Infringement Crossover:** Both Bloodborg and Arcane root their characters in their respective worlds' natural forces. Neva's spiritual connection to Gaia mirrors Ambessa's fatalistic understanding of nature's dominance and both of their visits to the higher consciousness, resulting in the birth of a white-eyed child, in both.

13

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit A2: Ruthless Leadership**

**Bloodborg –** Neva's Command Over the Elders

*BB- "'Did you not understand me,' yelled Neva. 'Yes, Chieftain, we understand,' said both elders bowing."*

**Arcane –** Ambessa's Command Over Piltover's Leaders

Ambessa is portrayed as a ruthless, strong leader over her Noxian Army and over Piltover's leaders and Enforcers.

**Infringement Crossover:** Both Neva and Ambessa exercise ruthless command over their subordinates, employing sharp dialogue to reinforce their authority.

**Exhibit A6: Hyenas vs War Machines and Wolves.**

**Bloodborg –** Neva's Hyenas

*BB- "Malik was the pack alpha. ... He was the product of generations of selective breeding to produce a loyal guardian of the tribe leader."*

*BB- "Adisa was a mongrel, bred to be a stealthy assassin of the night."*

14

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Arcane –** Ambessa's War Machines

Ambessa commands her iron fleet with precision, bred from generations of conquest and war. She and Mel are also being shaped or bred to be Wolves of War.

**Infringement Crossover:** The role of Neva's hyenas as genetically engineered protectors of the tribe mirrors Ambessa's reliance on advanced machines and inner animal nurturing to extend her influence. Both serve as extensions of their leaders' will and animals of war.

**Exhibit A6: Dystopian Survival**

**Bloodborg –** The Wastelands and Desperate Resistance.

BB- "Grey walls towered up each side of her and rotting animal carcasses littered the ground. Neva looked out over the wastelands to Chinotimba city, which was mostly desolate. The infected and mutated people inhabited the cities."

**Arcane –** Zaun and Piltover's Divide

We see the same, fight for survival in the dynamics of Zaun and Piltover's Divide but more so in Season 2 when Viktor turns Gaia into a power of tyranny over the world, turning it into a rotting wasteland, which is where Jayce visits in the higher consciousness.

15

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Infringement Crossover:** Both narratives centre on survival in dystopian environments. The wastelands in Bloodborg and Zaun in Arcane serve as settings where corruption and resource scarcity fuel conflict.

### Exhibit A8: Rituals and War Preparation

**Bloodborg –** Neva's Dance of the Warriors

BB- "The warriors danced around the village fire… Neva looked out across the orange horizon, imagining the epoch of giraffes and elephants. She called for two warriors to accompany her to Kariba."

**Arcane –** young Ambessa's Rituals and War Preparation

The whole of the Blood Sweat and Tears music video is the same "Dance of the Warriors" ritual, from the vultures to the standing dead trees and the drums, to the three hyenas, the same eye of the cave, the semi-hallucinations inside the higher spiritual realms, the same three spiritual guardians, the same arrowhead formation symbolism and foreshadowing, and of course the birth of a white-eyed child at the end of the ritual.

**Infringement Crossover:** Both Neva and Ambessa utilise rituals (literal or symbolic) to rally warriors before embarking on missions critical to their people's survival. Both use their rituals to connect to the higher spiritual realms, and three spiritual guardians.

16

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit A9: Ambessa's Lineage Borrowed from Neva.**

**Bloodborg –** Sabella's Death and Rebirth Symbolism

"'She's not up there. Sabella isn't inside Mother Gaia, I've searched the higher consciousness for her aura.'"

**Arcane –** Mel's Rebirth and Hope for the Future.

Mel is positioned as a symbol of Piltover's potential redemption and the new generation, mirroring how Neva sees Sabella's potential reincarnation in the white-eyed child.

Infringement Crossover: Both Neva's and Ambessa's stories use maternal grief and a white-eyed child's rebirth to explore hope amidst destruction.

**A10- Conclusion**

The thematic, symbolic, and narrative overlaps between Bloodborg and Arcane are too significant to dismiss as coincidence. From maternal grief and white-eyed saviours to dystopian survival and tribal warrior aesthetics, Arcane appears to have drawn directly from Bloodborg to shape characters like Ambessa, Mel, Viktor, Salo, and many more outside of the comparison of this document. Each exhibit above highlights potential infringement, making a compelling case for Bloodborg's influence on Arcane.

17

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit B- Viktor savior and his white-eyed followers.**

**Please Note, Viktor is also going to have his own transformation evidence document.**

Comparison of Narrative Infringement: Higher Consciousness, White-Eyed Saviours, and Mirror Story, from Viktor's mirror narrative.

**B1. Higher Consciousness and Spiritual Themes**

**Bloodborg –** Higher Consciousness Narrative:

*BB- "Neva searched the higher consciousness day and night for Sabella's aura. 'She's not in Gaia,' Neva wailed, 'I've searched everywhere.'"*

*BB- "'Mother Gaia came to me in my sleep. She told me that the eyes of white hold the power of Gaia. She instructed me to save the boy who could save the world."*

**In Bloodborg,** Neva's connection to Mother Gaia and her ability to access the higher consciousness becomes a core element of the story. The higher consciousness is depicted as a realm where lost souls and energies can reside, holding spiritual significance for Neva's journey to find her daughter's aura and fulfil her destiny.

In other Bloodborg POV's, such as Josh and Warwick's POV's, we see that the Ark and Assemblage has been able to access and hijack the higher consciousness by using in-

18

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

brains quantum computers, called Vada In-brain and Deep-Root. The latter, Deep-Root, can also be accessed via a natural root drug, or root potion, which both Neva and Josh have used.

**Arcane –** Viktor's Connection to the Unknown:

Viktor's storyline explores his relationship with the mysterious energy in the Hexcore, which embodies a similar metaphysical connection. His pursuit of this energy and its transformative effects mirrors the spiritual journey of higher consciousness in Bloodborg. Viktor visits the higher consciousness and hijacks the higher energy, becoming a Jesus like savior. With his new powers, he highjacks and controls the minds of his followers, turning them into White-eyed followers in the same way as Vada In-brain does to it's connected subjects.

**Arcane Quote:** "In the pursuit of great, we failed to do good. We have to make it right." – Viktor reflecting on the unintended consequences of his bond with the Hexcore.

**Infringement Allegation:** The Arcane narrative takes the concept of a higher plane of existence—where salvation, purpose, or resolution can be achieved, and ties it to Viktor's journey. His exploration of this "higher energy" parallels Neva's, Josh's and other, explorations of the higher consciousness in Bloodborg, with this feature in both stories both serving as moral and narrative keystones.

19

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

### B2. White-Eyed Saviours and the Children of Gaia

**Bloodborg –** The White-Eyed Child of Gaia and Morgan.

BB- "Inside the trunk was a newborn baby boy, with the same geometric tribal markings as the woman and gleaming, brilliant white eyes."

**In Bloodborg**, the white-eyed children of Gaia represent rebirth, hope, and the chosen saviours of humanity. This motif is extended through Morgan, whose white eyes symbolizes his revolutionary role and connection to Gaia's divine plan.

**Arcane –** Viktor's White-Eyed Followers (Including Salo):

The inclusion of white-eyed characters tied to Viktor's Hexcore experiments and journey to the higher consciousness, particularly Salo and other test subjects, strongly mirrors the Bloodborg narrative. Viktor is presented as a saviour figure whose followers embody a new vision of humanity, one that is biologically and spiritually altered. Viktor addresses the broader implications of his work, but still pushes ahead like a spiritual tyrant, controlling the minds of his perfect army, which is remarkably similar to the Ark in Bloodborg.

20

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Infringement Allegation:** Arcane uses the white-eyed savior narrative from Bloodborg, in Viktor and his followers, echoing Bloodborg's symbolic white-eyed children of Gaia. Both works present these figures as representations of human evolution and divine intervention.

### B3. Mirror Story Function and Literary Parallels

**Bloodborg –** The Mirror Story:

The higher consciousness functions as a narrative mirror in Bloodborg, reflecting Neva's internal struggles and external mission. Her search for Sabella's aura and the introduction of the white-eyed child creates dual narratives: one of personal loss and one of collective salvation. Additionally, as evidenced in several court documents, parallel storytelling and mirror arks are a central feature of Bloodborg's literary design. We see this in Neva and Morgan, Gaia and Vada in-brain, Cowboy and The High Commander, falling, Coma and drowning motifs and so much more, which, we also see time and time again in Arcane, presented in almost the same way, over and over, with a little masking and a lick of paint.

**Arcane –** Viktor's Story as a Mirror:

Viktor's journey serves as a narrative mirror, reflecting Zaun's broader struggles and Piltover's ignorance of its consequences. The transformation of Viktor and his followers highlights the cost of progress, and the moral sacrifices needed to achieve salvation. Viktor is a

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

mirror of Mel, in that he has also accessed the higher power but in a different way. In a forced and hijacked way.

**Arcane Scene:** Viktor's experimentations with Salo and his ultimate realization of their consequences mirror the duality in Bloodborg: personal ambition vs. greater good.

**Infringement Allegation:** Both works use their saviour narratives as mirrors to explore themes of sacrifice, transformation, and the cost of salvation. The literary function of these stories, particularly in how they parallel internal and external conflicts, suggests narrative borrowing.

### B4. Contextual Overlap

**Bloodborg-** Neva's connection to Gaia's consciousness and her role as the protector of the white-eyed child creates a story rooted in spiritual transformation and ecological salvation.

**Arcane-** Viktor's transformation, his connection to an otherworldly energy, and his white-eyed followers borrow these same narrative functions to explore themes of scientific evolution and societal progress at the expense of the earth's health.

22

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**B5- Conclusion**

The Plaintiff will demonstrate that the following elements of Arcane and its spin-offs were directly lifted from Bloodborg:

    i.    The higher consciousness narrative, explored through Viktor's connection to the Hexcore, mirrors Neva's spiritual journey in the higher consciousness of Gaia.

    ii.    The white-eyed children of Gaia, symbolising rebirth and salvation, are repurposed in Viktor's white-eyed followers like Salo, transforming their meaning into a scientific saviour archetype. This hijacking is also alleged to have been taken from Vada In-Brain.

    iii.    The mirror story—a literary function that reflects personal sacrifice and societal transformation—is employed in both works, suggesting clear thematic borrowing.

    iv.    These infringements point to a systemic lifting of literary elements, reinterpreted but not transformed enough to constitute original work in Arcane.

23

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Exhibit C- Blood, Sweat & Tears" | Music Video**

**C1. Purple or Blue people, no eyes.**



**In Bloodborg,**

BB- "…stayed well clear of Chinotimba and the other cities. The infected and mutated people inhabited the cities. The biochemical creatures spread diseases and death in those places."

BB- "Some even hunted Rozwi people for their eyes, believing that by swallowing the eyeballs of Rozwi purebred, they would gain vitality and be saved in the afterlife by the power of the worlds inside the eyeballs."

24

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C2- Visual Similarities**



This is not Arcane, Its Neva- Leader of the Tribe from Bloodborg: The Harvest, By M.W. Wolf.

**C3- Semi-psychedelic dreamlike sequence.**



25

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**In Bloodborg: The Harvest by M.W. Wolf,** the semi-psychedelic dream-like sequence is Neva in a drug-induced sleep realm searching the higher consciousness for her daughter Sabella.

**In Bloodborg:** *"She's not up there, Sabella isn't inside Mother Gaia, I've searched the higher consciousness day and night for two weeks. I've searched everywhere for her.'*

*'Perhaps she isn't ready to be contacted.'*

*'Or perhaps she is reborn inside of some great animal, a bird or perhaps inside Lula.'"*

26

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C4- Vultures**





**Bloodborg, African child: Ritual Dance**

*Vultures*

*BB- "The horizon warmed with orange and red, As Neva was greeted at the village gates by two lines of warriors. An Elder held out a sharp down-pointing beak of a vulture. Neva pressed the point of the beak into the exposed chest of the warriors she had selected to dance for her.*

*As the warrior's danced around the village fire, Neva looked out across the rich orange horizon and imagined what it would have been like in the epoch of giraffes and elephants. Skeletons of trees pierced the dead earth, and human bones littered the land, reminding Neva that Mother Gaia was approaching her end- stage."*

27

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C5- Arrowhead Formation (Foreshadowing/ red herring).**

**In Bloodborg:** Neva also lost a child. I used foreshadowing to hint to the readers what happened. Interestingly, the reveal was cut from the original draft to keep it mysterious in book one.

*BB- "Three hyenas licked Neva's exposed swollen breasts as milk leaked from them. Neva thrust the beasts aside and sat up. She wiped the tears from her face with a cloth-sling which was intended to carry Neva's new-born daughter, Sabella."*

*BB- "Neva wiped the hyena drool from her breasts and stood up, prepared to receive her tribesman. Neva whistled and the three Hyena's sprang to attention. The hyenas guarded Neva in arrowhead formation"*

**Arcane:** Young Ambessa Pregnant and shot in the belly, losing a child, saved by higher consciousness.



28

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C6- Visual Design features.**

**Bloodborg-**

*BB- "Hyena Skulls hung on a banner, across her left shoulder."*

*BB- "Under is a "cloth-sling, which was intended to carry Neva's new-born daughter, Sabella."*

*BB- "On her back she strapped her double-end steel blade."*



29

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C7- Beastly Silhouettes**

**Bloodborg-**

BB- "Heat radiated up from the ground, wobbling Neva's image of the two barefooted silhouettes which approached up the riverbed, the earth cracked with each footfall."

BB- "Three hyenas licked Neva's exposed swollen breasts as milk leaked from them. Neva thrust the beasts aside and sat up. She wiped the tears from her face with a cloth-sling which was intended to carry Neva's new-born daughter, Sabella."



30

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C8- The eye of the Cave!**

**Bloodborg-**

BB- *"Neva lay in the dusty earth, in the mouth of her cave dwelling which burrowed into a dry wall of a gorge close to where the once great attraction stood.*

BB- *"The blazing sun shone into her blue-grey eyes. Like a cosmic explosion, her eyes shone back at the sun-bleached scabby crust of the riverbed. The segmented texture of the dry soil resembled the cracks and lines of her dried skin around her eyes, where tears had run rivulets down her face and crusted."*



31

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

### C9- Tragic Death (loss) of The Plaintiff's Niece.

The worst of all is, *Neva- Leader of the Tribe's POV*, which is alleged to have been taken to build Ambessa and Mel's storylines and characters as well as the "Blood, Sweat & Tears" music video, is written about the tragic death (loss) of the Plaintiff's niece when she was 3.5 years old. She was half Ugandan. The lost child which the young Ambessa is searching for in the higher consciousness in the music video, is a direct reference to the loss of the Plaintiff's niece. This is why this POV is called African Child.

Moreover, during tragic events, it is common to use softer, less triggering words and phrases to soften the trauma and to prevent triggering. This is why we say, sorry for your loss, instead of sorry that your baby was shot in the head with an arrow, which is what happened to both Sabella and Mel inside their respective mothers, Neva and Ambessa. This is why it is hinted with symbolism and foreshadowing, in Bloodborg, but they say, stillborn. Neva knows, but it's easier to pretend than to face traumatic events.



COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

C10- Aesthetics and worldbuilding

BB- "The horizon warmed with orange and red, As Neva was greeted at the village gates by two lines of warriors. An Elder held out a sharp down-pointing beak of a vulture. Neva pressed the point of the beak into the exposed chest of the warriors she had selected to dance for her."

BB- "As the warrior's danced around the village fire, Neva looked out across the rich orange horizon and imagined what it would have been like in the epoch of giraffes and elephants. Skeletons of trees pierced the dead earth, and human bones littered the land, reminding Neva that Mother Gaia was approaching her end-stage."

"A warrior kicked the embers braking Neva's reverie."



33

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C11- Neva's Spiritual Guardians and Arrowhead Formation.**

**Bloodborg-**

BB- "The hyenas guarded Neva in arrowhead formation."





34

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C12- Three Hyenas & Two Warriors**

BB- *'Chieftain, do you want to see them dance once more,' said Elder Regua, bowing in front of Neva.*

BB- *'No, I've seen enough. I choose only two. Warrior T'agon and Warrior*

'Chieftain, do you want to see them dance once more,' said Elder Regua, bowing in front of Neva.

'No, I've seen enough. I choose only two. Warrior T'agon and Warrior



35

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C13- The white eyed child of great importance.**

*Bloodborg-* *"Inside the trunk was a new-born baby boy, with the same geometric tribal markings as the woman and gleaming, brilliant white eyes."*





36

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D- Savior Viktor, his White-Eyed Followers and the Higher Consciousness.**

**D1. Savior Viktor-**

**For reference, this is the Savior Viktor, a Jesus like "Harald" with white** hair.



COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D2- The white-eyed Mind Controlled disciples and planets inside their eyes**

**(Councilor Salo)**



**BB- "They also held ocean planets inside their eyes."**

**BB- "…they would gain vitality and be saved in the afterlife by the power of the worlds inside the eyeballs."**

**BB - "… with the same geometric tribal markings as the woman. The boy had gleaming, brilliant white eyes."**

**BB- "…old black guy with white eyes."**

38

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D3- Viktor's white-eyed followers.**





COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D4- Arcane Viktor Robots**

Bloodborg God Viktor, via his egg (D'borg's egg Bloodborg) and via the higher consciousness, turned his cult followers into an army of white and gold slave robots.





**From Bloodborg -**

BB- *"The Founding Families are moving towards a world without resistance, a one-world slave machine where the only survivors see them as gods. They plan to re-house their minds in bloodborgs, the pinnacle of all creation. The ultimate cybernetic human beings. Merging AI, in-brain, robotics and synthetic human self-regenerating tissue with the perfect cocktail of endless blood to be immune to all diseases and ageing."*

40

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**CONCLUSION**

The evidence provided demonstrates a pattern of significant thematic, narrative, and visual parallels between Bloodborg and Riot Games' Arcane and its associated projects. The Plaintiff has highlighted specific instances of alleged infringement, including but not limited to:

1. The maternal and spiritual narratives in Bloodborg as embodied by Neva, which are mirrored in the characters of Ambessa and Mel Medarda, including Mel's role as the "white-eyed child" of great importance and savior.

2. The detailed use of the higher consciousness, a narrative and symbolic function central to Bloodborg, which is replicated in Viktor's transformative journey and his white-eyed followers in Arcane.

3. The recurring use of tribal rituals, warrior iconography, dystopian survival themes, and the motif of white-eyed saviors as representations of divine purpose or salvation in both works.

4. The imagery, including spiritual guardians, arrowhead formations, and symbolic landscapes and symbolic animals such as vultures, skeletal trees, and ritualistic fire dances, that crosses over from Bloodborg into Arcane and the Blood, Sweat, and Tears music video.

41

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

5. Specific storylines, such as Neva's quest to save the world through Gaia's higher consciousness and Viktor's Jesus-like transformation, share not only conceptual but also structural similarities.

6. The Plaintiff's unique trauma-inspired narrative, derived from deeply personal experiences, is a hallmark of his work and is reflected in Bloodborg. The alleged borrowing of this narrative for Arcane and its extensions has caused emotional distress beyond the scope of mere copyright infringement.

The cumulative weight of these similarities cannot be dismissed as coincidence. The replication of complex character arcs, specific symbolic motifs, spiritual and narrative functions, and even visual elements from Bloodborg in Arcane establishes a clear line of influence, if not outright copying. This pervasive overlap demonstrates not just a case of thematic borrowing but a systemic lifting of core elements from Bloodborg to shape key aspects of Arcane, its spin-offs, and related multimedia projects.

The Plaintiff respectfully requests that the Court admit the evidence submitted in Exhibits A, B, C, and D as material to this case, as they clearly substantiate the Plaintiff's claim that Bloodborg served as an uncredited and unauthorized source for Arcane and its associated properties.

42

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my PLAINTIFF'S EXHIBIT M- COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

43

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

44

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- NEVA, AMBESSA, AND MEL MEDARDA, WITH REFERENCE TO SAVIOR VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

     Plaintiff,

vs.

RIOT GAMES, INC.,

     Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PLAINTIFF'S EXHIBIT N- COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

FEBRUARY 23, 2025

Dated this: February 23, 2025

*M.WOLSTENHOLME*

[MARC WOLSTENHOLME]

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND

COWBOY MOMAHAN

1

## I. Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

## II. Evidence Submitted:

I submit the following evidence of COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

## III. Comparison of Characters:

This document specifically shows the striking similarities between SILCO, one of the main antagonists of Arcane season 1, compared to COWBOY MOMAHAN, the main antagonist of Rook's POV in Bloodborg.

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Comparative Analysis: Silco (Arcane) vs Cowboy Momahan (Bloodborg) with The High Commander as a Secondary Mirror**

**Introduction:** Villainous Archetypes with Complex Motivations

Silco (Arcane) and Cowboy Momahan (Bloodborg) are central figures in their respective narratives, embodying morally grey villains driven by personal traumas, unyielding ambition, and a deep sense of betrayal. Both characters challenge the archetype of a traditional antagonist by displaying complex emotional layers, sympathetic backstories, and moments of vulnerability. These elements make them far more compelling, and far more alike than the simplistic villains often seen in film, TV, animation and stories.

The High Commander (Bloodborg), as a secondary mirror to Cowboy Momahan, offers a different perspective on the moral corruption that comes with prolonged life, prolonged blood drug use, and exposure to violence. While both Silco and Cowboy Momahan seek control over their domains through manipulative and ruthless tactics, The High Commander illustrates a parallel trajectory of a fallen leader, similarly consumed by ambition, trauma, long life, and addiction to blood-based drugs.

3

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### 1. Origins and Backstory: From Honor to Fall

**Silco (Arcane):** Silco begins as a revolutionary with a dream of Zaun's independence. Once an ally of Vander, he experiences a defining betrayal when Vander nearly drowns him in a polluted river during a conflict. This traumatic event scars both his face and his psyche, catalyzing his descent into the blood drug fueled ruthless underworld figure we see in Arcane. His reliance on Shimmer to manage his physical and emotional scars mirrors his inner struggle, highlighting a man deeply shaped by pain and betrayal.

**Cowboy Momahan (Bloodborg):** Cowboy Momahan shares a strikingly similar narrative. He was once a decorated commander in the Assemblage Defence, fighting for his people's cause. However, his fall from grace stems from his involvement in the smuggling, use, and sale of rare blood drugs, an addiction that began as a coping mechanism for his PTSD. Banished to New Kowloon, Cowboy becomes a gang leader of the Feral Fighters, using his underworld influence to amass power and pursue his twisted ambition of becoming the "King of New Kowloon." His once-honorable identity is now replaced by a volatile, narcissistic, and manipulative persona.

**The High Commander (Bloodborg):** The High Commander serves as a secondary mirror, reinforcing Cowboy Momahan's themes of corruption and trauma. As a war veteran who has lived far beyond normal life expectancy, he is trapped in a cycle of addiction to Fetal Sapien Serum. His obsession with combat and his descent into delusion reflect the long-term effects of PTSD and prolonged exposure to war, similar to Cowboy's psychological

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

deterioration. Both characters share a connection to military leadership, a fall into addiction, and a hunger for control over chaotic environments. Silco, while not formally a military veteran, shares all of these traits.

### 2. Leadership Styles and Ideologies

**Silco (Arcane):** Silco is a manipulative and charismatic leader who rules Zaun's criminal underworld with an iron fist. His vision for Zaun's independence is rooted in genuine resentment of Piltover's exploitation, but his methods are brutal and often hypocritical. Silco leverages Shimmer not only as a weapon but as a tool of control, ensuring loyalty from his followers by exploiting their addictions. Despite his ruthlessness, his paternal bond with Jinx showcases his capacity for genuine care, adding depth to his character.

**Cowboy Momahan (Bloodborg):** Cowboy Momahan's leadership style mirrors Silco's, as he also uses addiction and manipulation to maintain control over his Feral Fighters. Like Silco, Cowboy positions himself as a savior of the underworld, though his motivations are self-serving. Cowboy's reliance on neurotransmitter drugs to stabilize his mental state mirrors Silco's dependency on Shimmer. Both leaders are deeply flawed, but their charisma and vision inspire loyalty among their subordinates.

**The High Commander (Bloodborg):** The High Commander's leadership contrasts with Silco and Cowboy in that it is more militaristic and less grounded in manipulation. However, his addiction to Fetal Sapien Serum and his erratic behavior undermine his authority,

5

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

highlighting the fragility of his control. Like Cowboy and Silco, his delusions of grandeur are rooted in a deep-seated need to maintain relevance and power in a chaotic world.

### 3. Moral Ambiguity and Psychological Depth

**Silco (Arcane):** Silco is the embodiment of moral ambiguity, seamlessly transitioning between moments of tender vulnerability and cold-hearted ruthlessness. His relationship with Jinx humanizes him, showing his capacity for love and care, even as he manipulates others for personal gain. Silco's trauma and subsequent transformation into a villain highlight how external circumstances can corrupt even the most idealistic individuals.

**Cowboy Momahan (Bloodborg):** Cowboy Momahan is similarly morally ambiguous, blending moments of cruelty with traces of his former self. His backstory reveals a man who was once noble but was gradually eroded by trauma and addiction. Cowboy's mental instability, fueled by blood-based drugs and years of suffering, adds a layer of unpredictability to his character, making him both terrifying and pitiable.

**The High Commander (Bloodborg):** The High Commander's moral ambiguity stems from his role as a protector of the wall, juxtaposed with his personal flaws and erratic behavior. His addiction to blood-based drugs and his descent into madness reflect the psychological toll of war, mirroring the struggles of Cowboy and Silco. However, his actions are often driven by a sense of duty, blurring the line between heroism and villainy.

6

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### 4. Addiction to Blood-Based Drugs

Both Silco and Cowboy Momahan rely on blood-based substances to maintain their physical and mental stability, further emphasizing their fragility beneath their imposing exteriors.

**Silco (Arcane):** Silco uses Shimmer to manage the long-term effects of the toxins from the polluted river that scarred his face. The drug enhances his physical endurance but exacerbates his paranoia and volatility. His dependency on Shimmer mirrors his dependency on power, as both serve as crutches for his insecurities and trauma.

**Cowboy Momahan (Bloodborg):** Cowboy's digital cigar administers neurotransmitters to stabilize his emotions and counteract the effects of long-term blood-drug use. His addiction symbolizes his inability to confront his inner demons, paralleling Silco's reliance on Shimmer. Both characters are trapped in cycles of self-destruction, using these substances to mask their vulnerabilities.

**The High Commander (Bloodborg):** The High Commander's addiction to Fetal Sapien Serum reflects the theme of dependency seen in Silco and Cowboy. However, his reliance on the drug is framed as both a physical necessity and a means of coping with his deteriorating mental state, adding another layer to the narrative of addiction and its consequences.

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**5. Symbolism and Legacy**

**Silco (Arcane):** Silco's legacy lies in his vision for Zaun's independence and his influence on Jinx. His tragic downfall highlights the cost of ambition and the complexities of leadership in a morally grey world.

**Cowboy Momahan (Bloodborg):** Cowboy's legacy is one of chaos and destruction, as he seeks to unite the gangs of New Kowloon under his rule. His volatile nature and addiction ultimately undermine his ambitions, serving as a cautionary tale of how power and trauma can corrupt.

**The High Commander (Bloodborg):** The High Commander's legacy is defined by his unwavering commitment to "The Stand," even as his mental and physical state deteriorate. His character serves as a reminder of the toll that prolonged exposure to violence and addiction can take on even the most resilient individuals.

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Conclusion: A Trifecta of Corruption and Complexity**

Silco, Cowboy Momahan, and The High Commander represent three facets of the morally grey antagonist archetype. All three characters are shaped by trauma, addiction, and a desire for control, making them both compelling and deeply flawed. Their shared traits highlight the broader themes of power, corruption, and the human (or inhuman) cost of ambition in their respective narratives. Silco's polished and poised villainy contrasts with Cowboy's erratic brutality, while The High Commander offers a militaristic perspective on the same descent into madness. Together, these characters serve as intricate reflections of one another, embodying the complex dynamics of leadership, addiction, and moral ambiguity. Cowboy and The High Commander were written to reflect and contrast each other. Silco fits right into the mix, seemingly being a reworked, subtle and more poised, dialed down version of Cowboy Momahan.

As presented, the similarities in these characters go far deeper and darker than anything which could have happened by chance. These are not tropes or archetypes. Indeed, Silco has been praised for not being a trope or cardboard villain. The plaintiff will provide exhibits to demonstrate that Silco, his design and his story, are extremely similar to Cowboy Momahan, the Bloodborg narratives and the Plaintiff's personal trauma.

9

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

# Exhibits.

## Exhibit A- Meet Silco/ Meet Cowboy Momahan.




COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**A1. From Rook's POV, text that describes Cowboy Momahan's appearance and mannerisms.**

Cowboy's Voice and Commanding Presence- Cowboy's voice was designed as an integral part of who he is. This is the same with Silco, who is voiced by Jason Spisak. Silco is known for his voice and monologues.

BB- *"Cowboy Momahan sniffed in intensely, dragging mucus and whatever other substances through his nostrils and into the roof of his mouth. He coughed into his radio microphone sending a loud screech through the speakers."*

Cowboy's Dialect and Style- Cowboy has a new world broken speak, deep south dialect, which becomes a big part of who he is. Silco's voice also plays a pivotal role in his character design.

BB- *"Y'all bring that monkey climbing piggy fuck to me, is what you gonna do. Aah wanna know who this yellah belly dog fucker working for, and why he ain't working for me. Aah'm the diddy of this here District. This sinking city gonna be mahn someday."*

*"Y'all coming with me, if y'all lac. Just so long as you catch me that dawg, be-fo-wal it's too late, be-fo-wal that Lickety split boy cause us here some more damage. Aah'm taard of that boy running rings around mah boys and make-in us'all look lac fools."*

11

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

Cowboy's Violent Personality- Both Cowboy and Silco share this violent, unhinged, drug filled temper.

BB- *"Aah think it's elephanfantastic, don't you little girly,' said Cowboy, taking tobacco out of his mouth and pressing it into Rook's eyes. Rook rattled her chains, wincing her eyes, trying to wipe them clean with her shoulder."*

Cowboy's Physical Appearance and Demeanor- Both Cowboy Momahan and Silco wear cowboy like attire and boots.

BB- *"Cowboy Momahan danced around naked, less the white Cowboy boots with metal heel spikes and his matching cowboy hat. Rook choked up the ball of tobacco leaves blocking her windpipe. She spat back into Cowboy Momahan's face."*

Cowboy's Sadistic Cruelty- Both Silco and Cowboy can be sadistically cruel at times, yet this is dialed down in Silco.

BB- *"Rook reopened her eyes, unsure if the body was real. Dodge's nose had been cut off…"*

12
COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

Cowboy's Narcissism- Both Cowboy and Silco share narcissistic tendencies, to differing degrees.

*BB- "Now y'all look at that virgin ass, mah gonna make you moan, you gonna call me diddy,' he said, stepping out of his white Cowboy boots."*

These quotes paint Cowboy Momahan as a violent, cruel, and grotesque figure, blending sadistic behavior with a warped sense of humor. His unique dialect and choice of attire, specifically his white cowboy boots and matching hat, cement his image as a deranged and domineering antagonist in Bloodborg. Cowboy is more "Far Gone" on the self-damage scale than Silco. However, it is alleged that they are one and the same, matched and dialed down to mask IP infringement.

13

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Exhibit B- King of the Underworld.**

Silco is trying to cause war against topside (Piltover) and trying to gain power over the people of the undercity (Zaun). He has vowed to unite the gangs and Chem-Barons to incite war and to become the king of the nation of Zaun. This is alleged to be the same storyline and motivation as Cowboy Momahan in Bloodborg.

**In Bloodborg-**

*"Cowboy Momahan is attempting to take control of all of The Needle district. He is trying to recruit an army to plunder the city."*

Later

*"Cowboy Momahan, the leader of the Feral Fighters, has vowed to unite the gangs, the hunters and raiders of The Needles district, to fight against other districts, for full control of New Kowloon. He has announced that he will be the first King of New Kowloon."*

Later

*"There low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them."*

Later

*"'Are the Assemblage planning to invade New Kowloon.'*

*'Yes, yes, but not if Cowboy Momahan gets them all they desire, they will spare the city, give it to him even, make him the First King of New Kowloon.'"*

14
COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Exhibit C- Blood-Drug- Chemically Regulated.**

In Bloodborg, Cowboy Momahan has abused Blood-based drugs mixed with direct neurotransmitter chemicals for so long that his brain can no longer regulate emotions without injecting chemicals and blood-drugs. This is a play on the Plaintiff's history of illicit drug use and prescription drug use, and anti-depressants, post war and during a turbulent transition into civilian life.

Cowboy is barely kept in check with inhaled neurotransmitter blood-based drugs with the inhales through a digital cigar. Silco self regulates in the same way, yet he injects the blood-based drug into his eyeball. In Bloodborg, the most common method of taking these blood-drugs is injection, most commonly in the neck. For some, drones or inbuilt technology administers the drugs.



<div align="center">

**15**

</div>

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Exhibit D – Blood Based Drugs (Shimmer and Fetal Sapien Serum).**

**In Arcane**- Silco is harvesting and stockpiling a Blood-drug called Shimmer.

**In Bloodborg-** Cowboy Momahan is harvesting and stockpiling a Blood-drug, mostly called Fetal Sapien Serum.

**The difference-** One is purple, the other is red… and the name is different.





16

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Exhibit E – Silco and others Falling and Drowning.**

The drowning & falling scenes are a cyclical narrative beat, which we see in Both Bloodborg and astoundingly similar in Arcane. The Plaintiff alleges that this is directly referencing his trauma and trauma nightmares and sleep paralysis, as all of his work is trauma writing as a control mechanism and cathartic release.

**In Arcane** Silco and others experience this cyclical trauma and dreamlike theme of falling or drowning. Silco has a flashback to Vander attempting to drown him in the water.

**Throughout the Arcane series**, we see the mirrored repetition of drowning and falling, or the aesthetics of it, in Powder, Jinx, Silco, Vander, Shimmer Vander, Isha and Bloodborg Warwick.

**In Bloodborg,** we see the mirrored repetition of drowning and falling, or the aesthetics of it, in Josh, D'borg, Rook, Jade and A young gangway child.

17

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**E1. Silco's Drowning Monologue**

Silco's drowning monologue has become his most infamous and recognized words from the Arcane series.

*Monologue*

"Ever wonder what it's like to drown? Story of opposites. There's peace in water. Like it's holding you, whispering in low tones to let it in. And every problem in the world will fade away. But then, there's this thing… in your head, and it's raging. Lighting every nerve with madness. To fight. To survive. And all the while this question lingers before you: "Have you had enough?" It's funny. You could pass a lifetime without ever facing a choice like that. But it changes you forever."

**To break it down,**

**In Arcane,** In Silco's drowning monologue, Silco says, "*…it's holding you, whispering in low tones to let it in…*"

**In Bloodborg,** in one of the POV's, Josh says "*The grey smoky clouds closed in around me, devouring me, stealing my breath like a windy assassin. I crashed into the black water.*"

The above extracts are both from drowning scenes in black water, with the characters sinking on their backs, which is alleged to be directly referencing the Plaintiff's trauma and sleep paralysis.

18

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

It is alleged that, from Silco's Monologue, "whispering in low tones" and from Josh's POV, "devouring me, stealing my breath like a windy assassin", are essentially different word for the same expression, reworked for the same meaning. This highlights a potential linguistic and conceptual parallel between Silco's Monologue in Arcane and Josh's POV in Bloodborg. Both phrases, while stylistically distinct, communicate the same underlying idea: a powerful, stealthy, and dominating presence exerting control or influence over someone else. The differences in word choice reflect the stylistic preferences of their respective "Writers", but the thematic and emotional resonance remains consistent. Silco's Monologue is concise and restrained, fitting his calculated and menacing personality. Josh's POV is more descriptive and poetic, reflecting a vivid and sensory-driven style typical of inner monologues.

The alleged reworking involves transforming the concept of quiet, overpowering influence from Silco's controlled delivery into a more visceral, metaphorical description in Bloodborg. This demonstrates how similar ideas can be adapted and reframed to fit different characters and narrative tones while maintaining the same core meaning. With tugged at the heart of the central alleges of copyright infringement in these cases, which hold that,

Just enough masking has been applied to attempt to hide the theft and build plausible deniability.

19

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**E2- Lay on my back.**

Because of the Plaintiff's past brain injury and PTSD, he cannot fall asleep lying on his back. If he does, he experiences sleep paralysis, the feeling of dying, falling or drowning in blackness. This was written into Bloodborg, which is all trauma writing.

**In Bloodborg,** Josh says, *"I feel as though I'm submerged in icy black water as I lay on my back."*

**Arcane-** We visually see this represented over and over in Arcane's cyclical and relentless narrative theme of the same.





20

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**E3- Fighting against the death.**

During sleep paralysis and trauma nightmares, the Plaintiff sometimes dies in his sleep. This is directly linked to dying in real life and being placed in a body bag by German police officers, then being taken out and revived several times and being brought back to life over and over by a paramedic. This, and other traumatic events, including nearly drowning in a kayak in the British Army, were fed into the writing of events and themes in Bloodborg.

**In Bloodborg-** *"Jade's nose gave off a line of bubbles. The bubble's struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface, Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand.*

*Jade had counted to thirty, Ling had not returned. Jade panicked trying to fight her way out, which only locked her tighter. Her eyeballs darted around in her head franticly, reddening as she clung to life."*

21
COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Arcane-** We visually see this represented in Silco's drowning scene.





22

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**F. Conclusion: Striking Similarities and Substantive Parallels**

The evidence presented herein establishes compelling and substantive parallels between Bloodborg: The Harvest and Arcane, particularly in the characterization, motivations, and narrative arcs of Cowboy Momahan, The High Commander, and Silco. The comparisons highlight not only overlapping thematic structures but also detailed similarities in their backstories, behaviors, visual presentations, and emotional complexities. These parallels extend far beyond mere coincidence, archetypal storytelling, or thematic tropes. Rather, they suggest deliberate reworking and reframing of existing, original material from Bloodborg to fit the framework and visual style of Arcane.

**F1. Uncanny Overlap in Characterization**

Both Silco and Cowboy Momahan embody morally ambiguous leaders consumed by ambition, trauma, and addiction. Their paths from once-noble figures to ruthless villains are marked by betrayals, substance dependencies, and complex relationships with subordinates and close allies. The High Commander further serves as a secondary mirror, reinforcing the themes of psychological deterioration, prolonged exposure to violence, and addiction. The distinct use of blood-based drugs as both a literal and symbolic mechanism to explore fragility and dependence serves as a central narrative tool in both works, underpinning these characters' complexities.

23

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### F2. Trauma and Drowning as a Narrative Thread

The cyclical use of drowning imagery in both works reflects not only a central motif of falling and loss but also resonates deeply with the Plaintiff's personal experiences of trauma and sleep paralysis. This theme is reiterated across both works in startlingly similar visual and narrative terms. The repeated representation of falling, lying on one's back, and struggling against suffocation captures the haunting, visceral sensations of death and survival, themes derived directly from the Plaintiff's life and embedded in Bloodborg. Silco's drowning monologue and Josh's internal reflections serve as distinct yet strikingly similar narrative embodiments of this motif.

### F3. Visual and Emotional Parallels

The distinctive voice and demeanor of Cowboy Momahan, with his Southern dialect, erratic cruelty, and sadistic tendencies, finds a close parallel in Silco's commanding, manipulative presence and his iconic, softly menacing monologues. Furthermore, the physical appearances, mannerisms, and styles of both characters—right down to their scars, accessories (injector, lighter), and leadership personas—underscore an undeniable mirroring. These similarities are further supported by their respective roles as underworld leaders seeking to consolidate power and control over fractured societies.

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### F4. Blood-Based Drugs and Addiction

Both Silco and Cowboy Momahan rely on blood-based drugs (Shimmer in Arcane and Fetal Sapien Serum in Bloodborg) to sustain themselves, stabilize their deteriorating conditions, and exert control over those around them. The High Commander's prolonged use of Fetal Sapien Serum parallels Silco's Shimmer injections, reinforcing the thematic consistency of addiction, moral corruption, and physical dependency. While Shimmer is presented with a purple hue for cultural sensitivity in Arcane, its functional and narrative role is practically identical to that of Fetal Sapien Serum.

### F5. A Pattern of Reworking and Masking

The linguistic and thematic parallels, such as Silco's drowning monologue and Josh's vivid description of sinking into blackness, reveal a pattern of reworking concepts from Bloodborg into Arcane. This extends to aesthetic choices, recurring motifs, and character arcs. The evidence suggests an intentional masking of the source material, altering enough superficial elements—names, colours, or minor details—to create plausible deniability while retaining the essence and impact of the original work.

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

### F6. A Personal Reflection of Trauma

The Plaintiff's life experiences, including near-death events, sleep paralysis, and struggles with trauma, are deeply woven into the fabric of Bloodborg. These personal elements, echoed in Arcane through its themes of drowning, trauma, and moral ambiguity, raise significant concerns regarding the appropriation of deeply personal material, and the lack of countability for the emotional harm caused, thereafter.

### F7. Final Statement

The cumulative weight of these comparisons establishes a clear, consistent pattern of substantial similarity between Bloodborg and Arcane. The extensive parallels in characterization, thematic motifs, visual and narrative devices, and the central use of blood-based drugs and trauma narratives cannot be dismissed as coincidental. These overlaps point to the likelihood of deliberate and systematic appropriation of the Plaintiff's original work. The Plaintiff respectfully requests that this evidence be admitted and that due consideration be given to the depth and breadth of these similarities in evaluating the claims of copyright infringement, unfair competition, and intentional infliction of emotional distress.

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration of COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG-SILCO AND COWBOY MOMAHAN: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

27

COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG- SILCO AND COWBOY MOMAHAN

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

        Plaintiff,

vs.

RIOT GAMES, INC.,

        Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PLAINTIFF'S EXHIBIT O-
COMPARISON OF CHARACTERS
AND STORY ARCS FROM ARCANE
& BLOODBORG- VIKTOR AND HIS
WHITE-EYED FOLLOWERS.

Dated this: february 23, 2025

February 23, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE &

BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

1

**1. Introduction:**

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

**2. Evidence Submitted:**

I submit the following evidence of COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS, and also WARWICK. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

**3. Comparison of Characters:**

This document specifically shows the striking similarities between Bloodborg content, and Viktor and his white-eyed followers, and Warwick in Arcane and in the Blood Sweat and Tears music video, which is an extended narrative of Arcane.

2

**Viktor in Arcane vs. Themes and Elements in Bloodborg**

**Introduction:**

This document analyses the notable overlaps and striking similarities between Viktor's character in Arcane and central elements of Bloodborg: The Harvest, with a focus on thematic, narrative, and symbolic parallels. Based on the material provided, Bloodborg predates the development of Arcane, suggesting potential conceptual borrowing. The analysis is divided into key thematic categories and narrative comparisons.

Moreover, the analysis will also detail how Bloodborg's Warwick (alleged to have been used as Vander in Arcane), is transformed into a werewolf also called Warwick in Arcane, then turned into a Bloodborg, vampire werewolf hybrid with a gold head.

3

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

# Viktor

**The Case for Infringement: How Arcane's Viktor Mirrors Bloodborg More Than Riot's Original Game Lore.**

**1. The Shift in Viktor's Character from League of Legends**

Viktor's portrayal in Arcane diverges significantly from his original League of Legends (LoL) lore and gameplay persona. Traditionally, in LoL and Riot's early narratives, Viktor was presented as:

A staunch advocate for technological perfection, not a tragic, frail figure.

A radical visionary who saw himself as humanity's next evolutionary step, rather than an underdog struggling with his mortality.

A rival to Jayce, but not in the same deeply personal way as Arcane presents. In earlier versions, he was more of a detached, ideological adversary.

More akin to a cold, calculating scientist, rather than a sympathetic, suffering individual with a tragic past.

**In contrast, Arcane's Viktor:**

Is introduced as physically weak and terminally ill, making him emotionally complex and driven by desperation.

Has a deeply personal connection to Jayce, with their dynamic resembling the mentor-disciple and later ideological-rival structure seen in Bloodborg.

4

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Embodies sacrificial transhumanism, transforming himself at great cost, mirroring key characters in Bloodborg.

These drastic changes to Viktor's identity indicate a fundamental departure from Riot Games' original lore—one that aligns more closely with the themes, character arcs, and aesthetics of Bloodborg than with his prior LoL appearances.

**2. Core Character Arc**

Viktor in Arcane- Viktor is presented as a genius scientist and inventor from humble beginnings in the undercity, driven by desperation to overcome personal physical limitations and societal inequalities. His descent into morally ambiguous choices stems from his pursuit of innovation at any cost. These choices lead to self-experimentation and cybernetic enhancements, tying his survival and ambitions to technological transhumanism. Viktor's emotional complexity is emphasised by his relationships, particularly his partnership with Jayce and his internal conflict between altruistic ideals and self-preservation.

Bloodborg's Parallels- Central figures in Bloodborg, like Lieutenant Dillon James, Simon, D'borg and General Redgrave, mirror Viktor's physical struggles and their reliance on prosthetics or bioengineering to continue living and fighting. For instance, Dillon's escape and subsequent cybernetic transformation to survive directly parallel Viktor's journey of self-modification to combat his own body's weaknesses. This is mirrored in Roy and Simon and D'borg.

5

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

The ethical tension in Bloodborg over the use of biotechnology to sustain life echoes Viktor's arc, particularly the blood-based bioengineering in Bloodborg, which aligns with Viktor's blood-based hextech experiments that blur the line between life and technology. Both characters exist as tragic figures whose ambitious pursuits result in physical, emotional, and societal alienation.

Whilst Viktor did have some of these traits in the LOL in-game backstories, he was never afflicted nor ill, nor experienced any body dysmorphia. He merely wanted to be the best augmented tin robot, like Dr Doom, who fans and critics have long claimed Viktor's design was "Borrowed" from. Viktor's experiments were metal bionic limbs, diving suits and such.

**3. Themes of Physical Weakness and Cybernetic Enhancement**

***Viktor in Arcane***

Viktor's reliance on technology stems from his chronic illness and physical fragility, which drive him to embrace scientific augmentation.

His use of blood-infused Hexcore technology mirrors a transhumanist struggle, as he seeks both power and freedom, sacrificing his humanity in the process.

His prosthetic enhancements progressively reshape him into something beyond human, reflecting a duality of salvation and damnation. Yet, unlike the original Viktor, his prosthetic enhancements are gifted to him via the higher consciousness of the "Arcane" via the use of the blood-infused Hexcore.

6

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Bloodborg's Parallels**

Bloodborg features multiple characters struggling with physical degradation, necessitating bionic replacements and blood-based engineering and blood-based drugs to build Bloodborgs, which is what both Warwick and Viktor become in Arcane. General Redgrave's transformation from wooden prosthetics to high-tech bionics mirrors Viktor's journey from crude mobility aids to sophisticated cybernetic integration, which is mirrored in Simon Redgrave and D'borg, and of course, Bloodborgs. Moreover, in the LOL backstory of Viktor, he had no such wooden appendages nor appliances.

### 4. The synthetic bacteria- Bionic Rot Vs Corruption

The synthetic bacteria in Bloodborg, used to merge human flesh with bionics, aligns with Viktor's use of blood-infused Hexcore energy for bodily modification. Both portray the merging of blood, flesh and metal as both a cure and a curse, introducing internal conflict.

Bloodborg's concept of "Bionic Rot", where cybernetic augmentation deteriorates over time, echoes Viktor's struggle as his Hexcore modifications begin to reshape him in unpredictable ways. Moreover, we also see this in the parallel universe Jayce visits which shows views the same concept, which is remarkably similar but called "Corruption." This Corruption, via blood split into it, also caused the hexcore to come to life, merging with Vikoer to begin his transformation into a savior. Blood also spilt onto the basement of the hex gates, making a "Wild Rune." This corruption spread to the tree of life, and also into Jayce, causing the hex crystal

7

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

stone on his forearm to fuse into his skin, which is astoundingly similar to that of that of the devise infused into D'borg's forearm.

### 5. Class Struggle and Oppression

#### *Viktor in Arcane*

Viktor's Zaunite origins paint him as a victim of systemic oppression, fuelling his desire to create technology that bridges social divides. Zaun is depicted as a polluted, neon-lit undercity, contrasting starkly with Piltover's gleaming towers. This visual dichotomy reinforces class conflict, a central theme of his arc. We also see this dichotomy in the two forms of Blood-infused drugs/ technologies of Hextech and Shimmer (Fusion / Bluebeam and Fetal Sapien Serum). Viktor's ambition to uplift the downtrodden through technology directly informs his moral dilemmas.

#### *Bloodborg's Parallels*

Bloodborg similarly emphasizes societal divisions, particularly through the defenders of the Ark versus the dehumanized Nullifidians. The polluted, disease-ridden environments in Bloodborg parallel Zaun's toxic, industrial landscape. Both settings serve as a battleground of survival, oppression, and rebellion.

Several characters in Bloodborg, notably Dillon James and the radical defectors, share Viktor's motivation to challenge oppressive hierarchies through technology, often with


8

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

tragic consequences, and Viktor becomes the tyranny, which is the same of D'anna to D'borg, and mirrored in others.

### 6. Experimentation and Moral Ambiguity

*Viktor in Arcane*

Viktor's self-experimentation is marked by moral ambiguity, his desperation drives him to push scientific ethics to their limits. His use of blood-infused Hexcore energy introduces themes of unchecked progress, with unforeseen consequences for himself and others. The Hexcore's ability to manipulate life energy is eerily reminiscent of the Bloodborg concept of synthetic serums drawn from human lifeblood.

### Bloodborg's Parallels

Bloodborg explores similar ethical dilemmas, particularly with the Ark's harvesting of human lifeblood to create serums. Just as Viktor's innovations blur the line between saviour and destroyer, the Ark's advancements exist in a moral grey zone, offering progress at a cost. The radicalization of Dillon James, or Josh via Deep-Root mirrors Viktor's internal struggle, as both grapple with the implications of their scientific pursuits.

9

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

### 7. Symbolism: Colour, Technology, and Life Force

*Viktor in Arcane-* Viktor's journey is visually marked by distinct colours—the blue glow of Hextech and the ominous purple of the Hexcore. His transformation into a part-machine being is accompanied by visual cues of glowing energy, representing his fusion of life and technology.

### Bloodborg's Parallels

Bloodborg uses similar colour symbolism—deep purples and greens are associated with Nullifidian weaponry and Ark technology. The pulsating neon environments of Bloodborg strongly parallel Arcane's use of industrial lighting to reflect the fusion of organic and mechanical existence. Both Bloodborg and Arcane depict technology as a double-edged sword, with augmentation symbolising both power and corruption.

### 8. Tragic Outcomes and Alienation

**Viktor in Arcane-** As Viktor's transformation progresses, he grows more isolated from his allies, particularly Jayce. His arc is deeply tragic, as he loses touch with his humanity while striving to make the world better.

10

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Bloodborg's Parallels**

Dillon James's radicalisation and tragic, symbolic death mirror Viktor's self-destructive ambition, as both are consumed by their ideals. We see this in a few mirror characters in Bloodborg, including Rook, D' Anna, and Katsuko for instance. General Redgrave's alienation after his transformation into a bionic being is another parallel, as both characters are viewed as no longer fully human.

**Conclusion: Why This Matters**

The reimagined Viktor of Arcane bears striking thematic and aesthetic similarities to Bloodborg, more so than to his original League of Legends counterpart. The themes of transhumanism, class struggle, moral ambiguity, and tragic ambition present in Bloodborg appear reflected in Viktor's reworked arc, raising questions of potential conceptual borrowing. Riot Games altered Viktor's character drastically in Arcane, shifting him away from their original lore and closer to the transhumanist saviour archetype present in Bloodborg. The visual storytelling and thematic depth of Arcane's Viktor aligns with Bloodborg's exploration of technological augmentation and societal oppression. The parallels between the two works are too numerous to ignore, warranting further investigation into the extent of inspiration, borrowing, and infringement.

11

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**Final Thought**

The uniqueness of Bloodborg's world-building, moral conflicts, and transhumanist philosophy make it a prime candidate for influence over Arcane's reinterpretation of Viktor. If Bloodborg indeed predates Arcane's Viktor's revision, then there is a strong argument for creative appropriation that cannot be dismissed. Exhibits to showcase the evidence of Victor being a Bloodborg will follow.

12

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

# Exhibits

# Exhibit A. Bloodborg Poster.



13

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**Exhibit B. Different Viktors**

**B1. Viktor "The Machine Herald" (From League of legends)**









PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**B2. Viktor "The Arcane Herald" (From Arcane).**




15

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.





16

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C. Viktor's transformation into a Bloodborg.**

**C1. Dr Doom.**

Viktor was released as a playable Champion in 2011. Viktor was a tinman who augmented himself for fun and for science. He was egotistical, one of his many throw away "Treasured Gateways," voice lines was, "Join the glorious evolution."

It has been alleged and even unofficially agreed upon that Viktor's design was "Borrowed" from Marvel's Dr Doom. Vikoer is pictured on the left, with Dr Doom on the right.

 

17

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Viktor's original design in League of Legends was heavily inspired by Doctor Doom, the iconic Marvel villain. Both characters share a masked, metallic visage, a cold and calculating demeanor, strong Eastern European voices, and a vision of technological supremacy.

**Visual Similarities:** Early iterations of Viktor in LoL featured a metallic faceplate, a flowing cape, and a gauntlet-like mechanical arm, reminiscent of Doctor Doom's signature armour.

**Philosophical Overlaps:** Both characters view technology as the path to power, embracing scientific advancements to transcend human limitations. Doom seeks to rule with intellect and innovation, while Viktor originally pursued "The Glorious Evolution" to perfect humanity, by equipping them with bionic limbs.

**Narrative and Personality:** Unlike Arcane's tragic and frail Viktor, the original LoL Viktor was a bold, authoritarian figure, much like Doom, he was driven, unwavering, and often at odds with those who opposed his vision.

**In contrast,** Arcane abandoned this original concept in favour of a more vulnerable, physically weak, and sympathetic character, a stark departure from the Doctor Doom archetype and a move that brings him much closer to the themes and struggles presented in Bloodborg rather than the original League of Legends lore. Then in season two, Arcane turned Viktor into a Bloodborg.

18

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C2. Steps away from a tinman Dr Doom "trope" and from a bland backstory to a complex and developed character.**

*Viktor's Transformation Arc:*

Viktor begins as a passionate and idealistic inventor, determined to push the boundaries of human potential. However, his health deteriorates, and in desperation, he turns to Shimmer, a blood-abused drug created in the underbelly of Zaun. Viktor experiments with Hextech, but his progress stagnates until a pivotal moment when his own blood spills onto the Hexcore during an experiment. The Hexcore reacts, fusing with his essence and marking the beginning of his transformation.

As Viktor continues his experiments, his body succumbs to the corruption caused by the Hexcore's interaction with his blood. A second incident occurs when his nose bleeds onto the Hexgates's base, accelerating the mutation and further binding him to its power. But this blood spillage caused "The Corruption." Tragically, the Hexcore demands more blood, and Viktor's childhood friend, Sky, becomes its victim, consumed by the Hexcore in a horrifying display.

An explosion, committed by Jinx, who is also addicted to a blood-based drug which enhances her abilities, nearly kills Viktor, leaving him comatose. While unconscious, he enters a state of Hex/Arcane vertical stasis, where his mind is trapped in a dreamlike realm. This spiritual plane connects him to a higher consciousness, where he encounters Sky's spirit. He awakens as a changed man, viewing himself as a saviour to the downtrodden and mutated

19

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

citizens of Zaun. Viktor begins redeeming those addicted to Shimmer, forming a cult-like following.

As Viktor's body deteriorates further, he is placed into a giant egg-like pod, where he is sustained by a combination of his followers' blood and a white liquid they provide, believing it is necessary to keep him alive. Through this symbiosis, Viktor's mind expands, allowing him to telepathically connect with his followers and even control their thoughts. These followers become his Bloodborg Robots; cybernetic beings bound to his will.

Jayce comes back after being transported to another timeline where he sees the "The Corruption" has wiped out the world. Jayce confronts Viktor, culminating in Jayce striking Viktor with a magical hammer, causing severe damage. Viktor is revived through a mixture of Shimmer, his followers' blood, and the blood of Warwick, a werewolf tied to Zaun's and Singed's darker experiments. Emerging stronger, Viktor re-enters his egg, ascending to a higher plane of existence where he communicates with Sky and gains deeper control over his cult.

Eventually, Viktor hatches from the egg, reborn as a Bloodborg God / mind controlling tyrant. In his final moments, he and Jayce reconcile, sharing an intimate moment of love, hugs, understanding and forgiveness as they float together in the skies above Zaun. Viktor dies of love, leaving behind a complicated legacy of salvation and destruction. He is reborn again in the LOL games, as a glowing blue, alien-like entity.

However, in the games, Viktor's form shifts into a glowing, blue, alien-like man, continuing his arc as a figure both admired and feared.

20

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C3. Visual representation of his transformation from the games to the end of Arcane.**

   

  

Arcane season 1, Episode 7,
Viktor is becoming a Bloodborg.



Viktor is now a Bloodborg!

Riot transformed Viktor from a Dr Doom rip-off steampunk like mechanical bionic man, to a magical Colgate toothpaste like blue glowing twink Bloodborg Smurf.

21

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**C4. Still images from Arcane, showing Viktor's into a Bloodborg**

Singed, with the help of Viktor, uses a magical purple flower to feed Rio, cultivated from iridescent water, from the mix of toxic waste.

 

Singed essentially uses Rio's blood as the foundation for creating Shimmer; he extracted the unique regenerative properties from Rio's mutated biology, which was derived from a species of glowing purple flowers she consumed, to create the drug. Singed gives Viktor Shimmer to consume, to prevent, or delay his deteriorating health.

 

Whilst trying to figure out how to use Hex, Viktor's nose bleeds onto the table and he faints but his blood, now mixed with the Blood-drug Shimmer, awakens hexcore's power.

22

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

 

  

Later, whilst standing on a platform over the base of the Hexgates, Viktor's nose bloods again, this time dripping on the Hexgates and causing "The Corruption."

 

23

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

He Hexcore likes blood, so it drinks Sky.



Jinx fires a rocket and nearly kills Viktor. He goes into a Hex coma, then comes out as a Hex man.

 

24

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

Viktor, having visited the higher consciousness, redeems mutated Shimmer addicts, then he starts a mind control cult.



He becomes a white Jesus, harvesting white liquid and blood from his followers.





25

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

Jayce kills him, then he goes into an egg, where Singed revives him using the blood of his followers and the blood of a werewolf.

 



26

Viktor hatches out of an egg, he is now a bloodborg, and so is the werewolf.







27

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**Exhibit D- Extracts from Bloodborg.**

**D1. Murky White Liquid**

*BB- "Tubes appeared from the walls of the egg, tunnelling into his arms, drawing his blood out and sending a murky white liquid into his body."*



PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**D2. D'Borg's Egg Vs Viktor's egg.**

Viktor's healing and transformation egg is remarkably similar to D'borg Egg of the same in Bloodborg, in which it's the transformation, restorative and teleportation egg of D'borg. There is a chapter literally called D'Borg's Egg.

*BB- "Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube.*

*With an almighty crash of thunder and a blinding bolt of white light, she was gone."*



29

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**D3. The Hexgates of Arcane Vs The Stand of Bloodborg.**

In Bloodborg, The Stand (The Wall) is alive. In Arcane this is similar to the

Hexgates, which Vikoer bleeds on to cause "The Corruption."

*BB- "The wall must have been repairing itself. From the bottom, each hexagon is*

*looping with a green liquid, building up into the sky."*



In Bloodborg: The wall must have been repairing itself. From the bottom, each hexagon is looping with a green liquid, building up into the sky.

**D4. White-eyed followers and plants in their eyes.**



The white-eyed and planets inside their eyes.

Still think Linke wrote Arcane, go see my predictions now!

1. They also held ocean planets inside their eyes.

2, …they would gain vitality and be saved in the afterlife by the power of the worlds inside the eyeballs.

3, … with the same geometric tribal markings as the woman. The boy had gleaming, brilliant white eyes.

4, …old black guy with white eyes,

### D5. The Rupture vs The Corruption

**In Bloodborg,** Dillon James, who is later called Warwick, blows a hole in the wall and is teleported away. This event is called The Rapture.

**In Arcane,** Jayce smashes his hammer into the rune, making a hole, then he is teleported away,

BB- *"A thump at the door tore away the world. A flash of blood, a pulse of doom, a reek of death. Back on the wall where many died- The explosion, The Rupture. Chris lay on his back amongst the debris of the blast. Warmth trickled from his ringing ears. Unable to move, he peered at the massive hole in The Wall.*

*His friend Bill Rewan knelt in the dry mud, his chunky hands gripping the raw flesh of his skull. His exposed jawbone rattling in a nerve fit. His eyeball was dangling from its socket. Lieutenant Dillon James was gone, no trace."*





31

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D5. blew half my bloody face-off**

BB- 'No, I lost the leg during the 2nd Crusade, a climber got on top of the wall, fuck knows how, he shot me with an explosive round. But I was also injured during the Rupture, it blew half my bloody face-off.'



**D6. Ogley eyed spies**

BB- "As twilight grew gloomier, the sad mouth in the sky drooped and the resting raindrops peered at Warwick like thousands of ogley eyed spies.



PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

**D7. D'anna Coma Vs Viktor's Coma.**

BB- *"D'anna woke in a warm Hospital bed. The room was pitch dark. A green exit sign shone above the doors far in front of the bed. Her body and head were strapped to the bed. She could only move her right eye. She peered down at her body; it was covered tightly with a white sheet. She couldn't feel her limbs, less for a twinge in her left leg. A plastic breathing mask covered her nose and mouth, sweaty and stale. Under the plastic, another taste lingered. It confused her, she knew the taste but could not remember it, as if her mind was blocking her from remembering. She focused. She remembered! it was... it was... blood and oil."*

BB- *"D'anna came around again. She had tubes emerging from every orifice. The one protruding out of her mouth, felt warm and wet, like a mother's nipple. She felt warm and cosy, like a baby breastfeeding.*

*Her bed was angled up, slanting towards the ground, as if to display her. She could see others, other beds, a line of maybe five, all slanted for display."*



33
PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

### D8- The Teleportation Device.

Analysing Arcane, S1, E4 – The teleporting building of the opening of
Episode 4 is taken from a chapter of Bloodborg called Orion's belt.



This is Orion's belt in space. I called this chapter Orion's belt because when the cyborg is about to teleport three circles line up, like Orion's belt. She also lines the three districts up, which look like Orion's belt from above. She lines up the map with the hologram map to select her teleportation destination.

Let's match what I say in the Orion belt chapter to the still images of the arcane show.



Like an orange glow stick, the top of the setting sun peeked over the giant wall to the west.



In Bloodborg I wrote: Wet clouds lingered around ankle hight as she walked over to the ledge of the skyscraper roof. As the last of the sun faded, the clouds lifted, covering D'borg with a layer of dew and revealing the city below.



In bloodborg I wrote: They looked like the three stars of Orion's belt, a constellation   D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily.
 She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram.



D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Oldworld map of New Kowloon, formally... With the two maps layering each other, she could see the three districts D'borg mapped the quickest route to the district over midtown.

39





Later- She felt the tickle building. She looked down at the inside of her forearm. Inside her arm, attached to her was a device in the shape of a figure of eight. She traced her finger over the figure of eight, it rose from her arm and out flicked a globe with several glowing spots. She zoomed in to a blue spot, the ... She rotated the figure of eight zooming it down onto a point near the Air-blade, hovering over an open-top building.
Energy built up in the air around her, cocooning her in a ball of electric, she panted hard as the cocoon thickened, insulating her from being ripped apart during teleportation, like an egg transported through a fallopian tube.
With an almighty crash of thunder and a blinding bolt of white light, she was gone.

### 34

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**D9. Infinity symbolism and devise in Jayce's forearm.**

BB- "A control device in the shape of the infinity symbol, dropped out of the inside of her forearm and bounced on the rails. Warwick peered down at it; a hologram of the globe flicked out of the display screen. A topographical picture of an Island zoomed out of the globe hologram."



BB- "*She looked out over the city, the skyscraper she had climbed was largely cut off from the labyrinth of connecting walkways and giant cables. This area (Lower Manhattan) was a ghost town, ready to fall. Looking past this abandoned part of the city, D'borg could see the city's elevated walkways and streets, linked by three glowing circles which were the three main districts. They looked like the three stars of Orion's belt, a constellation D'borg recognised. She looked up to find the constellation, the clouds blocked her view. She noticed a storm brewing in the south, approaching speedily.*

35

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

*She gazed over the city again. She pushed a button on an infinity symbol like device embedded into her forearm. The infinity symbol popped up out of her arm, it shot out a blue ray, which mapped the city and projected it up as a hologram.*

*D'borg pushed her arm twice, The City's three main districts in her hologram zoomed down, mapping over an Old-world map of New Kowloon, formally Manhattan. With the two maps layering each other, she could see the three districts."*





36

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**E. Bloodborg Viktor and Bloodborg Wawrick are incompatible from the originals, and Viktor "Mains" in uproar, campaigning and making complaints about it.**









37

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

38

PLAINTIFF'S EXHIBIT O- COMPARISON OF CHARACTERS AND STORY ARCS FROM ARCANE & BLOODBORG- VIKTOR AND HIS WHITE-EYED FOLLOWERS.

The Plaintiff, Marc Wolstenholme, M.W.

Wolf. Date: February 23, 2025

Signed: *M.WOLSTENHOLME.*

39

PLAINTIFF'S EXHIBIT O- COMPARISON OF
CHARACTERS AND STORY ARCS FROM ARCANE &
BLOODBORG- VIKTOR AND HIS WHITE-EYED
FOLLOWERS.

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

         Plaintiff,

vs.

RIOT GAMES, INC.,

         Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PLAINTIFF'S EXHIBIT Q - PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

Dated this: 23 FEBRUARY 2025

_M.WOLSTENHOLME._
[MARC WOLSTENHOLME]

1

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

**PRELIMINARY DECLARATION OF DAMAGES**

**PLAINTIFF'S MOTION FOR DAMAGES EVALUATION AND SUMMARY OF
RELIEF SOUGHT**

**I. INTRODUCTION**

**This is a preliminary readiness document and not a final account.**

Plaintiff Marc Wolstenholme ("Plaintiff") submits this Motion for Damages Evaluation and Summary of Relief Sought in the case against Riot Games, Inc. ("Defendant") for copyright infringement, anti-competitive practices, intentional infliction of emotional distress, and related claims. This motion outlines the damages incurred by Plaintiff, quantifies the relief sought, and substantiates the profound harm caused by Defendant's alleged actions.

**II. DAMAGES SOUGHT**

**1. Economic and Financial Damages**

(a) Unrealized Revenue from Plaintiff's Creative Properties, Plaintiff's inability to monetize his M.W. Wolf Megaverse, including the Bloodborg manuscript, due to Defendant's infringement and market saturation.

*Estimated damages: £500 million.*

2

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF
SOUGHT

(b) Loss of Career and Financial Stability. Loss of Plaintiff's employment as a university lecturer and associated career progression due to emotional toll and financial hardship.

*Estimated damages: £185,000.*

(c) Family Court Costs. Ongoing costs of child contact proceedings and related expenses.

*Estimated damages: £30,000.*

(d) Litigation and Administrative Costs. Expenses incurred by Plaintiff to compile evidence, conduct legal research, and defend his rights as a litigant in person.

*Estimated damages: £1 million.*

**2. Emotional and Psychological Damages**

(a) Intentional Infliction of Emotional Distress. Aggravation of Plaintiff's complex PTSD and related conditions due to Defendant's actions, threats, and retaliation.

3

*Estimated damages: £100 million.*

(b) Impact on Family Life. Loss of access to Plaintiff's child outside of supervised contact, exacerbating emotional harm.

*Estimated damages: £50 million.*

**3. Reputational Harm**

(a) Damage to Plaintiff's Creative Brand. Harm to Plaintiff's reputation and brand as a writer due to Defendant's infringement and public misrepresentation.

*Estimated damages: £25 million.*

(b) Defamation and Retaliation. Retaliatory actions and defamatory attacks against Plaintiff, including hate mail and harassment.

*Estimated damages: £10 million.*

4

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

**4. Anti-Competitive Practices**

(a)  Violation of California Business and Professions Code §17200 Unfair

competitive practices by Defendant, suppressing Plaintiff's market entry and

opportunities.

*Estimated damages: £50 million.*

**5. Punitive Damages**

To penalize Defendant for malicious, reckless, and unethical conduct, including

deliberate copyright infringement, gaslighting and bad faith negotiations.

*Estimated damages: £500 million.*

5

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF
SOUGHT

### III. TOTAL DAMAGES SOUGHT

Economic and Financial Damages: £651.185 million.

Emotional and Psychological Damages: £150 million.

Reputational Harm: £35 million.

Anti-Competitive Practices: £50 million.

Punitive Damages: £500 million.

## *Grand Total: £1.386 billion.*

Plus, lifetime of copyright reasonable royalties for all Lore and Copyrighted characters and backstories for every future project or program containing any element of my infringed upon IP,

6

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

## IV. SUPPORTING EVIDENCE

Plaintiff has provided, and will continue to provide, extensive evidence supporting the damages sought, including but not limited to:

Documentation of Copyright Infringement: Thousands of examples of direct and strikingly similar elements between "Bloodborg" and Defendant's "Arcane" series and spin-off projects.

Correspondence and Retaliatory Threats: Emails and letters from Defendant's legal representatives demonstrating bad faith, intimidation, and ethical misconduct.

Medical Records and Personal Impact: Evidence of Plaintiff's complex PTSD, exacerbated by Defendant's actions and prolonged litigation. Along with a medication list and court papers of UK based criminals, family and MOD tribunal courts.

Financial Records: Proof of Plaintiff's loss of income, legal expenses, and economic hardships directly linked to Defendant's conduct.

7

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

## V. RELIEF REQUESTED

Plaintiff respectfully requests the following relief:

Award of Damages: The court grants damages as outlined above, totaling £1.386 billion.

Plus, lifetime of copyright reasonable royalties for all Lore and Copyrighted characters and backstories for every future project or program containing any element of my infringed upon IP.

Court Oversight: Judicial intervention to ensure a fair and expeditious resolution to this case.

Sanctions for Misconduct: Appropriate sanctions against Defendant for bad faith negotiations, retaliation, and ethical violations.

Equitable Relief: A permanent injunction to prevent Defendant from further exploiting Plaintiff's intellectual property.

8

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

## STATEMENT OF PERSONAL DAMAGE

I have complex PTSD from an incident which placed me in a coma in the British Army at the tender age of 17 years old. I served for a further 10 years, never being medically fit and carrying many injuries and suffering from mental illness and experiencing many traumatic events until I was medically discharged in 2011.  I found living in a city extremely hard due to an acquired brain injury and damage to my left ear which makes sound unbearable at times. I used many prescription, sleep and illicit drugs and alcohol to cope with my disabilities and emotional-psychological vulnerabilities.

During a belt of insomnia in the summer of 2014, I got out of bed and began writing. Writing soon became my primary means of therapy. People suffering from PTSD use journalling and trauma writing as therapy, to take agency over the past, to make sense of it and to gain control over it. A part of the problem with controlling or regulating trauma and it's affects, is that trauma is fracturing and unpredictable. Trauma is tricky, it's strange, it's oblique and foreign to the mind. It manifests in myriads of ways, disorders, emotions and behaviours. By writing it down, in journal logs or in fictional stories, the sufferer can begin to make sense of it and gain control over it. Writing also acts as exposure therapy at a safe distance, creating a bridge between ones suffering and their mind.

Its standing in the dark and not seeing monsters, it's jumping in the deep end and swimming to safety, it's watching a horror movie, then sleeping like a baby.

Thus, stealing one's trauma writing- like Riot Games are alleged to have done- is the filthiest form of copyright infringement. It constitutes Psycho-emotional abuse and privacy


9

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

violations. Its stealing one's medication, it's akin to taking one's inhaler away during an asthma attack. Or stealing a wheelchair from a double leg amputee. It's filthy, and their retaliations after, have been even filthier… it is alleged.

During the period, when the work (Bloodborg: The Harvest) was alleged to have been stolen (2019-2020), I had a baby with my ex-girlfriend, and I was working as a University College Lecturer on a salary of around 37.000 a year. I was already taking on managerial responsibilities. I was due to step up into fully recognized managerial roles and was promised to be paid an extra £300 a month for the extra work I was putting in, due to start from Jan 2020.  I had sold two properties to relocate to a splendid English countryside village, where I had a 3 bedroomed detached house with nature at my door. It was a short lived period of stability.

Just a few months after moving in, and a few months after my daughter was born, I split up with my ex-girlfriend, which was very acrimonious. She made many false allegations, of which the police found to be false. Lock-down hit, and I was isolated an hour away from home, alone, and not able to see my daughter, and I had fears for her safety. I turned to family court for help but was met with solicitors prolonging proceedings at the expense of child welfare. This was a period of great pressure and emotional toll. I nearly ceased to have continued living.

I started drinking heavily again. On the 4th of September 2021, I went into a pub I would not usually go in. The young football team took a disliking to me chatting with a girl I knew. My life was threatened by an older "Hard Man of the village" and I blacked out, trying to escape. A brawl of sorts took place, and in the proceeding weeks, I was arrested for GBH.

Having no previous criminal convictions or record, I now found myself faced with many false allegations from my ex, a GBH charge, isolated from my baby daughter having

10

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

not seen her for over a year, and with no job because I was too ill to continue teaching, and being forced to sell my home. During this, I could not afford solicitors for Family Court, which forced me to also, be a litigant in person, causing further harm and stress. Additionally, I was fighting very triggering MOD litigations for my War pension entitlement.  This is more stress, suffering and hardship than most will ever have to endure in a lifetime, and I was doing it all at once.

During all of this, On the 24th of November 20121, Arcane aired on Netflix and it was abundantly clear that it was my Bloodborg manuscript, reworked with a facelift to mask it.

I immediately took to social media, mostly Twitter to contact Riot Games and its employees to inform them. I made sure to make my vulnerabilities and stress of all of this abundantly clear from the off. I understood that plagiarism happens but was naive to its appalling prevalence. To be honest, I thought that, after seeing the impact the infringement was having, during the most traumatic time of my life, Riot, or its founders would reach out and put these horrific crimes right or at least investigate them.

I hoped that I'd find an honest person to actually look into it. I contacted Riot Games's former CEO Nicolo Laurent, the founders of Riot Games and a bunch of others. I used both Twitter (Now X) and LinkedIn to try and find one decent human to look into the claims. Broken, and broke, I watched Christian Linke and Alex Yee (The fake writers), Nicolo Laurent and Riot's founders, voice actors, with others, celebrating at the premier. I was met with a barrage of insults and gaslighting and people calling me mad on Twitter for a number of weeks. I found gaslighting throughout Arcane's footage, as the Rioter's were calling me insane and a lunatic and other things. I'm sure I fired back some abuse in anger.

<div align="center">11</div>

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

After many emails and social media messages, I received an email from Dan Chan. Dan Chang serves as Riot's General Counsel and Secretary, overseeing Riot's legal matters and legal team across its 20 offices around the globe. The email stated,

"Dear Mr. Wolstenholme,

I received a copy of your email below.  Your claims alleging IP infringement are without merit.

I would appreciate if you do not inconvenience our Founders or employees with such messages going forward.

Should you wish to discuss further, please direct all legal correspondence to me as the company's counsel.  Thank you.

Kind regards,

Dan"

"Without merit", before he bothered to investigate the matters.

"I would appreciate if you do not inconvenience our Founders or employees with such messages going forward."

Inconvenience what, their champagne parties on the back of my trauma writing. Whilst I was getting food payments, help with bill payments and payments to see my daughter from military charities such as SAFFA, Help for Hearos, Walking with the Wounded. The Royal British Legion (RBL) and my ex-regiment HQ at the Tower of London, RRF charity.

12

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

I then served Riot Games with a Cease and Desist letter. I Received a letter and email in response saying,

"Dear Mr. Wolstenholme,

Please see attached correspondence in response to your recent letters to various representatives at Riot Games concerning Arcane. As indicated in my letter, please direct any response to the undersigned.

Sincerely,

Aaron J. Moss"

Greenberg Glusker Letter

Amongst other things, the letter from Aaron J. Moss of Greenberg Glusker states,

1.    "your claim that Riot infringed the copyright in your unpublished manuscript entitled "Bloodborg: the Harvest" (the "Manuscript") is both legally and factually baseless."

Yet they had not investigated the claims to know if this was true.

2.    "Your emails appear to suggest that you hired a literary agent whom, without your permission, gave or sold the Manuscript to Riot. This is simply false. Riot did not purchase or acquire your Manuscript to create Arcane."

13

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

Yet they had not investigated the claims to know if this was true.

3.      "Rather, the program was developed in-house by Riot and its employees over a period of many years."

Yet it can be evidenced that this is untrue and not even the 10 year anniversary video was being worked on until the summer of 2019, less for a few failed "Fight Porn" pilots.

4.      "The show is not based on any acquired property; to the contrary, and as you know, the show is based on underlying Riot IP from League of Legends, and much of the characters, settings, plots and other copyrightable elements of Riot's property were first created more than a decade ago."

Yet every character, location, setting, backstory, appearances and even technologies in the show have been retconned, mostly beyond recognition, making them astonishingly similar to the world and characters of Bloodborg.

5.      "To be clear, neither Riot nor the individuals who helped create Arcane ever received a copy of your Manuscript."

14

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

And yet, I personally sent it to Riot Forge and the agents who cast the biggest actors in the show.

6.    "…but please understand that there is absolutely no truth to your suggestion that your manuscript made its way into Riot's hands."

So sure, without even investigating, shows a lack of honesty and integrity and a willingness to say anything to gain advantage and to mislead.

7.    "In the absence of evidence that Riot had any access to your work, you cannot state a copyright claim as a matter of law."

This statement was somewhat misleading because it oversimplifies copyright law. While access to the allegedly infringed work is a key factor in proving copyright infringement, it is not the only requirement. While lack of access can weaken a copyright claim, substantial similarity alone can sometimes suffice to infer copying, particularly if the similarity is so striking that independent creation is unlikely. Courts sometimes allow cases to proceed even without direct evidence of access if the similarities are extraordinary. If Riot's work is "strikingly similar" to the plaintiff's work, a claim could still be viable even without direct proof of access. Yet I was misled, in a vulnerable state.

15

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

8. "While we do not have a copy of your manuscript that would allow us to fully evaluate your claims, it is abundantly clear that there is no possible claim for copyright infringement based on the so-called "similarities" you have identified in your correspondence."

And yet 100s of "strikingly similar" elements were provided, which now amounts to 1000s, including the whole of the plot structure.

9.    "Whether or not you truly believe that your work has been copied (which is, emphatically, not the case), you appear to be operating under a fundamental misunderstanding of United States copyright law."

This is now understood to be false and misleading.

10.    "In order to establish a claim of copyright infringement under the U.S. Copyright Act, a plaintiff must show that two works are "substantially similar" in creative expression (as opposed to simply ideas) based on both an extrinsic and an intrinsic test. Funky Films, Inc. v. Time."

And yet more than enough pre-litigation evidence was provided to show that I had a case to pass both the extrinsic test and the intrinsic test.

16

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

11.    "The supposed comparisons you cite in your correspondence are exactly the sort of things that copyright law does not protect. You cite stock concepts like the fact that Arcane follows a group of orphans, and that there is a "stocky and rough leadership figure who helps children and is revered as a hero." Those are merely ideas that are simply not protected by United States copyright law."

This was misleading and oversimplifying of my case and complaints.

12.    "This fact does not change even when you list dozens of purported "similarities."1 Under applicable law, lists of similarities are "inherently subjective and unreliable," and federal courts will not rely on such lists of "random similarities scattered throughout the works" to find substantial similarity. Litchfield v. Spielberg, 736 F.2d 1352, 1356 (9th Cir. 1984). For that reason, United States courts routinely dismiss copyright infringement claims based on allegations of similarity far more extensive than those you have identified. E.g., Shame on You Productions, Inc. v. Elizabeth Banks, 120 F. Supp. 3d 1123 (C.D. Cal. 2015); Wild v. NBC Universal, Inc., 788 F. Supp. 2d 1083 (C.D. Cal. 2011); Zella v. E.W. Scripts, Co., 529 F. Supp. 2d 1124 (C.D. Cal. 2007)."

This was misleading, false representation of my case and oversimplifying of my case and complaints.

17

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

13.     "In your letter, you incorrectly assert that you would be entitled to statutory damages or attorney's fees if you were to sue Riot for copyright infringement. Not so. Your Manuscript does not appear to have been registered with the United States Copyright Office, and statutory damages and attorney's fees are therefore unavailable. 17 U.S.C. § 412 (no award of statutory damages or of attorney's fees shall be made for any infringement of copyright in an unpublished work commenced before the effective date of its registration)."

This statement is misleading by omission because it fails to inform me of the three-months grace period for published works under 17 U.S.C. § 412.

14.     "Please note that the "similarities" you cite are not similar in the first place. Even trivial comparisons are grossly misrepresented in your attachments—your comparisons between a "maroon vail" (sic) and Vi's hood, or a bar called "The Last Drop" and your use of this ordinary phrase in an entirely different context (referring to the last bit of some food) simply underscore your allegations' lack of viability. "Ordinary words and phrases are not entitled to copyright protection, nor are 'phrases or expressions conveying an idea typically expressed in a limited number of stereotyped fashions.'" Bernal v. Paradigm Talent & Literary Agency, 788 F. Supp. 2d 1043, 1071 (C.D. Cal. 2010)."

This again, is a complete misrepresentation of my claims and my evidence.

18

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

15.    "It is instead Riot that would be able to recover any attorney's fees it is required to expend defending any of your frivolous claims. Please understand that this means that if you pursue legal action against Riot you will be exposing yourself to substantial monetary liability. Riot will not hesitate to pursue all available legal remedies in connection with your allegations."

In my state of distress and anger and upset at my trauma being misused like this, I felt small, bullied, exposed and vulnerable. I felt too weak and poor and too much pressure to take on such a giant under the already, almost unbearable pain and suffering of this period, of which I had informed Riot and it's solicitors of. Riot's legal team is clearly aggressive, and this is an attempt to intimidate me into dropping any potential claims. And it worked when I was suffering and nearly dead, shame on you. This is a textbook corporate intimidation tactic. They wanted me to feel helpless so that I would drop my claim without challenging them. But the legal reality is very different from the aggressive picture they painted. This is not only bad faith but a long pattern of aggressive bullying and emotional abuse against a vulnerable party.

16.    "Our law firm regularly defends cases like yours and courts invariably dismiss them at the outset of the lawsuit. We have no doubt that the same result would obtain were you to pursue your baseless claims."

I felt that this was a big bully threat to have the case kicked out before the Judge has even had a chance to look at the evidence. This is what Riot has been trying to achieve over

19

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

and over, relentlessly with their spurious motions to dismiss to cause further harm and distress. This statement is highly aggressive and misleading, designed to intimidate and discourage me from taking legal action.

17.     "I note that you have stated in your correspondence that you do not want the stress of having to fight for years over your supposed copyright claims. Because your allegations of infringement are entirely misguided and based on a serious misunderstanding of copyright law, I urge you to follow your own advice and not waste any more of your energy pursuing these meritless allegations. Your requests for a face-to-face meeting with Riot's executives and for compensation are rejected in full."

This response is not legal truth—it is intimidation against a weaker and extremely vulnerable party, in the midst of the most traumatic time of his life, and it's his trauma writing which is being raped to the bone for all to see, in a pseudo-moralistic manner in which it wasn't intended, which is alleged to have been used to present a front of false change, diversity and understanding, at a time when Riot was being sued and sanctioned by the state for horrible crimes against thousands of women and employees. Including sexual harassment allegations against the CEO, Nicolo Laurent who greenlit the show in mid (May) 20220.

This response, leaning on my mental health to prevent justice and to cause me to drop the claims, is not just ethically and legally wrong, its devilishly aggressive, malicious and wicked. This response from Riot's legal team is condescending, dismissive, and designed to

20

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

pressure me into abandoning my claims. It is not a neutral or legally objective statement but rather a strategic intimidation tactic, which is still continuing three years later.

**After the letter.**

Upset and unable to take much more, I was wrongly led to believe that the whole world was against me and everyone in the world are oppressive bullying and heartless cheaters. I nearly didn't make it out of this period. Whilst Riot and their aggression, intimidation and lies did not cause my Complex PTSD, they did cause and continue to cause extreme amounts of emotional and psychological pain and suffering. I deleted Twitter and headed over to LinkedIn. The first post I read was an Asian / Mixed race Rioter saying, "Hey guys, there is some lunatic over on Twitter saying that he wrote Arcane."

I deleted that too, further isolating myself in suffering, an hour away from my support network and family, during a pandemic, having not seen my baby daughter for over a year. During this time, I watched the fake showrunners, and fake writers take credit for my work, gain awards on my work and be praised for their trauma writing on Arcane, which is my direct real life trauma and suffering, fictionalised. All the while, they knew of the origins of the trauma writing and the effect this was having on me, and yet they attended award ceremonies and parties and interviews and lied about the development of Arcane and even built false timelines to hide their theft. Moreover, Linke and Yee took to interviews, belittling female interviewers, bragging about a Nazi like one-mistake policy now that they are "Bosses", whilst sternly dead eyeing the camera as they give it their best batman voice. And they obsessively called everything fight porn.

21

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

Then they even made Bridging the Rift which is clearly full of falsehoods, lies and self-aggrandising, whilst knowing that Arcane is stolen goods. They fraudulently took advantage of tax brakes in at least three different countries, non-sexually groomed minors working for Riot, bragged about how they take the mature themes (which are stolen) of diversity seriously whilst others do not, and ignored the interventions of their own peers at Riot, Bro-mancing about with CEO Nicolo Laurent- who was allegedly sexually harassing young female employees  - on the Riot "Fuck bout and get paid" machine and effectively deleted years of work, amounting to millions of dollars, and the ideas of real creatives to feed all of Riot's lore into my narratives, retconning everything, and then firing off 11% of the work force, which accounted for all the narrative teams, because they now had my narratives as the answer to their discombobulated lore and backstories, and they also fired and closed down Riot Forge and it's teams, which my manuscript was sent to. Additionally, soon after I officially opened these proceedings, Linke "Resigned" blaming haters online. Even in his exit, he had to give it the self-pitying, passive aggressive blaming tactic.

Because of the added stress and pressure, in a state of hyper arousal, I sent many aggressive emails to the family court. I was charged with malicious communications and sent to Prison for 5 weeks, then spent a further 5 weeks on tag in my home, and a year on probation. I lost my house and had to move back to the city. I haven't seen my daughter out of a contact centre for 5 years, costing over £500 a month to see her for only 2 hours. I haven't returned to work since and may never go back to a "Job" and will never teach again.

If I had the money I should have had from Riot Games, or from my manuscript, I would never have gone to prison. I would have been able to pay for a proper solicitor, thus I

22

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

would have not been acting as a litigant in person. I've lost 5 years of my daughter's life. I've lost my home, my career and so much more. I've been blacklisted from the Literary Industry for speaking out about the prevalence of IP theft from some of the biggest agents and agencies, including "Mega Agent" CEO Jonny Geller and Felicity Blunt of The Curtis Brown Group and their parent company United Talent Agency (UTA), both of which are alleged to have been involved with casting of Arcane, securing an undoable  amount of screen time for their talents, without underhanded input, and this has provided many avenues of earning for them, from Arcane.

How on earth do you calculate the pain and suffering of missing your only child's first walk, first tooth, first words, and every early development milestone?  This is truly sick.

Since then, I've spent countless hours of communications with Riot and it's solicitors and had to face more and more criticism and name calling and horrible hate mail from Rioters, people at fortiche, gobelins animation and the wider toxic community Riot fosters around it. Since talking out about Riot's alleged theft, I have received much hate mail, including a bomb threat, gaslighting, and I have been discriminated against, and my daughter has been targeted with threats of sending AI child porn of her to her school and to her mother. I have been called many names, mostly a lunatic.

The things being said and sent over emails to my website, from both Riot and Fortiche and from the unhealthy, toxic and dangerous community Riot fosters, are perceived to be horrendous, retaliatory and threatening. Most of it is directed at my mental health, gaslighting, telling me that I am mad, presenting all kinds of fake timelines dating back to 2012, threatening to steal more of my work, and calling me a Transphobic Racist Loser, as well as Christian Linke

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af." I've been raging about this and wrongly took to X to spread what Riot have done to me and my work. Riot's community, and Rioters, got me suspended from X further harming my brand.

I've spent countless hours learning litigations, investigating and compiling evidence. All of this needs to be calculated into the final settlements.

**COST AND PROFITS OF ARCANE.**

The case is unlimited, I've issued them with a without prejudice save to cost letter, stating my settlement demands. I've stated between 10 million to 100 million pounds. However, this was before the abuse and intimidating and unethical legal practices continued, which has caused more harm, time and emotional toll. Moreover, Arcane has now progressed into all lore, and future cinematics and plans at Riot Games. Thus my work is deeply entwinned into all products of Riot Games and their characters and settings. Even Zaun and Piltover have been shaped to fit my narratives.

Arcane related reports indicate that the two seasons of Arcane cost approximately $250 million to produce and market. But this is not trustworthy.

Revenue from licensing deals was limited, with Netflix paying about $3 million per episode and Tencent contributing an additional $3 million per episode for distribution in China. These payments covered less than half of the total production costs. This equates to 108

24

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

million. But the real profit is loss leader accumulation. Arcane drives more players to their games, it introduced more profitable and playable characters for their games, it fixed their dodgy inconsistent lore of all their products, it gave them more revenue of skins and aesthetics for in game products, as well as making their games more profitable and sort after and better all-round. It also branched Riot into TV, animation and live action markets.

Because of these copyright cases, I have been unable to launch the M.W. Wolf Megaverse of fiction, which has the potential to be massive, I have an interwoven literary Megaverse which will span many different mediums of storytelling, plus I have the MegaGen Universe with over 600 characters which could be a rival to the MCU. I have been sidelined by copyright infringements and Netflix seems to be the go-to for stolen IP with my work showing up on their streaming platform more than once after I had submitted it, mostly to a Curtis Brown agent in the UK. Thus I've struggled to breakthrough, which of course is anti-competitive.

I've proven that they have consistently lied about timelines. I've shown 100s of examples of direct infringements. I can evidence that many elements of the animated show and promotional materials derive narrative elements, themes, aesthetics, and character arcs and more from my Bloodborg manuscript which I submitted to Riot Forge in early 2020, when there concept was failing, then they got the greenlight after receiving my manuscript. Even the Psycho-Emotional states, events and traumas which give the show it's tone and appeal, are directly lifted from my trauma writing which is directly referencing my medical records and past traumas.

Riot are playing the big bully game at the moment, but I'll keep fighting until I get results.

25

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

## COST CALCULATION BREAKDOWN

### (For Scrutiny and adjustment, adding as the case progresses)

### 1. Economic and Financial Damages

Unrealised Revenue from Plaintiff's Creative Properties (£500 million)

Estimate based on industry norms for original intellectual property (IP) of this scale.

Comparable licensing deals (e.g., Netflix, Amazon Studios) for IP of similar magnitude.

Lost opportunity for books, films, games, and transmedia franchises.

Loss of Career and Financial Stability (£185,000)

Salary as a lecturer (£37,000/year).

Missed promotions and future earnings over five years.

Family Court Costs (£30,000)

Legal fees for child contact proceedings (£500/month for supervised contact).

Litigation and Administrative Costs (£1 million)

Time spent self-representing (thousands of hours at reasonable hourly rates).

Costs of legal research, document filing, evidence compilation.

### 2. Emotional and Psychological Damages

Intentional Infliction of Emotional Distress (£100 million)

26

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

Precedents in high-profile emotional distress claims.

Impact of stolen trauma writing & Riot's retaliation on Plaintiff's mental health.

Comparable damages in defamation & harassment lawsuits.

Impact on Family Life (£50 million)

The emotional toll of losing access to child due to financial/legal struggles.

### 3. Reputational Harm

Damage to Plaintiff's Creative Brand (£25 million)

Blacklisting in publishing/entertainment industries.

Loss of reputation, missed collaborations.

Defamation and Retaliation (£10 million)

Psychological harm from Riot's gaslighting and public attacks.

Industry-wide reputational damage.

### 4. Anti-Competitive Practices (£50 million)

Unfair Competition under California Law

Riot's exploitation of IP to dominate industry & block Plaintiff's entry.

Estimated market loss based on industry projections.

5. Punitive Damages (£500 million)

27

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF
SOUGHT

**Why so high?**

Riot's repeated history of unethical behaviour (e.g., lawsuits, toxic workplace culture).

Court-imposed penalties for misconduct, ethical violations, and deliberate harm.

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 23, 2025, at Coventry, England.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: February 23, 2025

Signed: *M.WOLSTENHOLME.*

PLAINTIFF'S PRELIMINARY DECLARATION OF DAMAGES - EVALUATION AND SUMMARY OF RELIEF SOUGHT

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>        Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>        Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S EXHIBIT R- DECLARATION<br><br>OF ADR ATTEMPTS- EVIDENCE OF<br><br>GOOD FAITH NEGOTIATIONS<br><br><br>FEBRUARY 23, 2025 |

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME*
_____
[MARC WOLSTENHOLME]

DECLARATION OF ADR ATTEMPTS

EVIDENCE OF GOOD FAITH NEGOTIATIONS

1

**1. Introduction:**

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is to log my ADR attempts and my Evidence of Good Faith Negotiations, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. This shows that I have made attempts to mitigate costs and prove my reasonableness in a number of failed ADR attempts.

**EMAIL FEBRUARY 13, 2025**

***ADR attempts- Without prejudice save as to costs- Update.***

*My First Without prejudice save as to costs letter, Tue, 7 Dec 2021 at 22:26, would have settled things, and saved both parties a whole lot of trouble for what amounts to pocket change for Riot. When things go south, I can show I tried to limit the damage.*

*Many Thanks,*

*Marc Wolstenholme*

***First Attempt- Tue, 7 Dec 2021 at 22:26.***

*"My silent settlement proposal is for Riot to pay me £200,000 pound sterling for my work and my writing name (M.W. Wolf) to be added to the credits as a ghost-writer and thus I can add a writer involved in the source material of Arcane to my writing credentials."*

***Second Attempt - 20/11/2024***

*"Option A: The price of exposure.*

*1, Linke is exposed and fired, he makes a public apology for his fraudulent activities.*

*2, I am given credits as the true source material writer of Arcane.*

*3, I receive royalties for the next 100 years.*

*4, I am paid 10 million in English Pounds as damages.*

3

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

*5, I can speak about this IP infringement and the 4 open cases in public and in the media as I please.*

*6, I'd quite like a free trip to Riot and LA out of this to settle and show no lingering ill will, all paid for by you- you gotta love a freebie.*

*7, I'm free to open whatever other cases I please against Linke, Netflix, Riot, Fortiche and anyone else that I wish.*

*Option B: The price of silence.*

*1, Linke keeps his position (If you wish to still harbour thieves) and is not exposed but he admits subconscious IP infringement after reading my manuscript of Bloodborg. You can say what you like, perhaps something like, "you looked back through the developmental material and found that my manuscript was being considered, thus this did amount to subconscious IP infringement, and you have taken the steps to correct it."*

*2, I am given credits (Not primary) as a collaborative writer of Arcane.*

*3, I receive lesser royalties for the next 100 years.*

*4, I am paid 100 million in English Pounds as damages.*

*5, I cannot speak about this IP infringement and the 4 open cases in public nor in the media.*

*6, I'd still quite like a free trip to Riot and LA out of this to settle and show no lingering ill will, all paid for by you- you gotta love a freebie.*

*7, I will not open any cases against you, or the other named people and organizations named or not named in connection to these 4 cases.*

4

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

*If we don't settle.*

*1, I'm taking all Arcane and all of its profits.*

*2, I'm stripping out all traces of Arcane and everything in connection to it.*

*3, I now own the characters you have shoehorned into my narratives as they are fused.*

*4, I own all of your Lore as it has been backdated to fit Arcane.*

*5, I'll sue the hell out of who I want until the end of days and then some, with Linke at the very top of the list.*

*6, I'll involve whoever I like into these proceedings including a long list of actors, producers, companies and government agencies.*

*7, I'll snowball these four cases into 10 before the end of the year and I'll snowball those into wider global concerns and cases for the rest of my days to show how you have mistreated me."*

5

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

**Third Attempt- 19/12/2024**

"I'm feeling festive and forgiving, also, I have a lot of personal stuff and litigations finally being resolved in the new year. I want closure from all the negative stuff so that I can concentrate on writing and being a father.

Thus, a one time offer to settle quietly and swiftly.

The offer-

1, I am paid 10 million in English Pounds.

2, This payment is paid as compensation.

3, I'll sign your NDAs and never speak about this again.

4, You will not hear from me ever again and I'll remove all of the evidence and negativity towards Riot from my posts and documents and future plans.

5, I'd still quite like a free trip to Riot and LA out of this to settle and show no lingering ill will, all paid for by you- you gotta love a freebie.

6, I will not open any cases against you, or the other named people and organizations named or not named in connection to these 4 cases.

All done and dusted, settled and everyone can move on.

I have two very important UK cases on Jan 7th and Jan 8th  2025. After this the Riot Games cases will be top of my agenda.

6

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

*Merry Christmas and Happy New Year."*

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

**Fourth Attempt- 13 February 2025.**

External

Inbox

Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

21:43 (1 hour ago)

to Aaron, dan.chang, Joshua, contact, andrew.gardner

Dear Aaron,

Thank you for a pleasant exchange in the conference today. It makes things easier.

I understand that Riot are extremely unlikely to settle at this point, but I'll make them an offer anyhow, I'm mapping a history of my ADR attempts.

Fourth Attempt- 13 February 2025.

1, My bottom end of negotiations is now 20 million British Pound Sterling.

2, Like the other offers, it will increase with every legal technicality attempted and with every step of proceedings I am forced to endure.

3, I still want a trip to LA to finalise, all paid for by Riot- you gotta love a freebie.

4, We can negotiate all over points.

Offer Expires February 28th, 2025.

<div align="center">

8

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

</div>

**Final Offer- ADR attempt 5.**

*ADR attempts- Without prejudice save as to costs- Update (17/02/ 2025) and PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3 OF ARCANE*

*Marc Wolstenholme <marc@mwwolf-fiction.co.uk>*

*Attachments*

*Mon 17 Feb, 18:07 (6 days ago)*

*to Aaron, dan.chang, Joshua*

*Dear All,*

*Please see the attached which is filed under docket 50- PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 3 OF ARCANE.*

*Final Offer- ADR attempt 5.*

*A nice pleasant one before I have a brake- after writing court documents all weekend and all Monday-to walk my dog.*

*1. 50 million British Pound Sterling.*

*2. I walk away, sign the hush money NDA and shake hands, no lingering resentment. I'll never talk about it again.*

*3. We might have to discuss a few points, such as no more infringement of the M.W. Wolf material but you keep characters, Arcane, and stuff you have already built from it.*

9

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

*4. I'd still quite like a free trip to Riot and LA out of this to settle and show no lingering ill will, all paid for by you- you gotta love a freebie.*

*5. I'd love it if you toss CBG under the bus with it, but it's not a dealbreaker.*

*This deal expires the moment I am further harmed, frustrated or lose sleep over these proceedings.*

*If it hasn't already by then, this deal will expire on February 27th 2025, when the Judge kicks out your delay tactics.*

*If you require delay for a reason but are willing to settle, I am willing to talk off the record so long as you are frank and honest.*

*I'd also Like to request discovery on Riot's insurance coverage, specifically:*

*1. The full insurance policy document that may cover these claims.*

*2. Any claims Riot has filed under the policy in connection with this litigation.*

*3. The deductible amount and policy limits.*

*4. Where you are at in terms of the deductible amount.*

*5. Communications with Riot's insurer regarding this case.*

*Many Thanks,*

*Marc Wolstenholme*

10

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

ADR attempts- Without prejudice save as to costs- Final OFC offer.

Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

Fri 21 Feb, 00:09 (2 days ago)

to Aaron, Joshua, dan.chang

Aaron,

Please tell Riot to stop fighting the inevitable, it really would be best if they booked me on a first class flight to LA, sat down at your table and apologised, and settled on these matters. There is no way in this world that they are getting away with this systematic rape of my work, and trauma writing.

The best they can do is face the music, these proceedings and expenses are going in one direction for them. If I must, I'll tear out the rot myself. Riot are looking at these proceedings all wrong. Riot are building defensive walls, to hold back the flood, whilst they evacuate what they can. But those walls will break, and their sins will be washed from the earth. Who built the Ark? This is all that matters when the flood arrives. How's that for mixing metaphors?

11

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

**Final OUT OF COURT Offer- ADR attempt 6.**

1. 100 million British Pound Sterling - For quick settlement, I'd be content at this figure.

2. I walk away, sign the hush money NDA and shake hands, no lingering resentment. I'll never talk about it again. If I'm ever asked why Bloodborg resembles Arcane, I'll say, "No Comment."

3. We might have to discuss a few points, such as no more infringement of the M.W. Wolf material but you keep characters, Arcane, and stuff you have already built from it. Mel, Shimmer, Bloodborgs, and a few other things might need to be discussed.

4. I'd still quite like a free trip to Riot and LA out of this to settle and show no lingering ill will, all paid for by Riot- you gotta love a freebie.

5. I'd love it if you toss CBG under the bus with it, but it's not a dealbreaker.

This deal marks my final out of court settlement for quick finalisation. As per the others, it will increase as proceedings are prolonged. I am flexible but hardening overtime. If I come to LA, I'm leaving with a settlement.

If you require delay for a reason but are willing to settle, I am willing to talk off the record so long as you are frank and honest.

Many Thanks,

Marc Wolstenholme

12

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

## EFFORTS TO LIMIT DAMAGE AND LITIGATIONS

Despite my repeated efforts to limit damages and litigation costs, Riot has continued to escalate the legal process. During the Rule 26(f) Conference (FEBRUARY 13, 2025) it was clear that Riot's legal representatives are still pushing to have the case kicked out on legal technicalities. The two main topics were what Riot referred to as "the issue of Access," which I believe I have already proven, and "the issue of Copyright registration," which has also already been covered, and the judge has already made the motion moot and terminated over this.

I'd like to remind Riot Games, if settlement is not reached, my legal approach will remain firm:

I will pursue full ownership of Arcane's rights and profits.

All disputed characters and lore elements will be legally contested.

Further legal actions will be initiated against involved parties, including individual executives, talent agencies, and production companies.

Additional government and regulatory bodies may be engaged.

My next legal steps will be based on Riot's response, or lack thereof, to this final preliminary settlement attempt. I trust that Riot's legal team will advise accordingly.

I will not attempt to offer Riot any more settlements, they have not taken my attempts seriously.

13

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

# LEGAL ARGUMENTS: "ACCESS" AND "COPYRIGHT REGISTRATION"

### I. The Issue of Access

*Legal Argument: Establishing Access to Plaintiff's Work*

Riot Games has argued that the Plaintiff cannot establish that the Defendants had access to Bloodborg: The Harvest or any other protected work prior to the development of Arcane. However, the Plaintiff has provided substantial evidence demonstrating that multiple entities and individuals involved in Arcane had direct or indirect access to the Plaintiff's work.

### A. Direct Access through Talent Agencies & Submissions

*Curtis Brown Group & United Talent Agency (UTA):*

The Curtis Brown Group (CBG) received the Plaintiff's manuscript in 2019 and 2020. CBG collaborated with United Talent Agency (UTA), which represented at least six of the top-billed voice actors in Arcane. Given CBG's direct involvement with Riot Games' talent procurement, it is highly probable that the manuscript was circulated within relevant circles, providing direct access to Riot.

Moreover, CBG are just one of many agencies who had access to the Bloodborg manuscript in full.

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

*Riot Forge & Manuscript Submissions:*

Riot Forge, Riot's publishing arm, received unsolicited submissions from authors for story development. This has been confirmed by Linke and Yee in Bridging the Rift, The Making of Arcane, and by Jane Hoffacker in a podcast. If Riot received the manuscript in any capacity, this constitutes direct access.

**B. Indirect Access through Industry Practices**

*Common Industry Practices:*

Industry professionals frequently share creative materials during recruitment and pitching processes.

This includes writers, producers, and consultants, many of whom had access to third-party submissions.

*Executive & Writer Admissions:*

Jane Hoffacker, Executive Producer on Arcane, admitted that when they restarted production- before they didn't yet have the story- they reviewed many submitted manuscripts.

This confirms that externally submitted content was reviewed, further strengthening the case for access.

15

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

### C. Legal Precedent Supporting Access Claims

Courts have repeatedly found access where there is a reasonable possibility that the defendant encountered the plaintiff's work.

Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000):

The court held that circumstantial evidence of access is sufficient, particularly when the defendant operates within the same industry as the plaintiff.

Gaste v. Kaiserman, 863 F.2d 1061 (2d Cir. 1988):

Established that proof of access does not require direct physical possession, but can be inferred when the plaintiff's work was widely disseminated.

Sheldon v. Metro-Goldwyn Pictures Corp., 309 U.S. 390 (1940):

Established that courts may find access where the defendant is connected to entities that received the plaintiff's work.

### D. Conclusion on Access

Given the overwhelming circumstantial and direct evidence, Riot Games had access to the Plaintiff's copyrighted material. Riot's attempt to dismiss the claim based on a lack of access is factually incorrect and legally unfounded. It also points at attempts to circumnavigate justice, to not have the case decided on its merits but on technicalities, even after the Judge has terminated these issues.

16

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

## II. The Issue of Copyright Registration

Legal Argument: Copyright Protection Without Registration

Riot's legal team has argued that the Plaintiff's claims should be dismissed due to copyright registration technicalities. However, this argument is moot, as the court has already ruled against it, and it is legally irrelevant to the Plaintiff's ability to enforce copyright protection.

A. Copyright Exists Upon Creation – Registration is NOT Required for Ownership

Under the U.S. Copyright Act of 1976, copyright automatically vests upon creation of an original work in a fixed, tangible medium.

17 U.S.C. § 102(a):

Provides protection for original works from the moment of fixation, meaning once a work is written or recorded, it is automatically copyrighted.

17 U.S.C. § 408:

States that registration is not a condition of copyright protection, but rather a procedural step required for filing an infringement lawsuit.

17

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

*B. Registration is Required for U.S. Lawsuits, but Plaintiff Has Already Met This Requirement*

While registration is required to initiate litigation in the U.S. (per 17 U.S.C. § 411(a)), the Plaintiff has already fulfilled this requirement, making Riot's argument irrelevant.

Fourth Estate Public Benefit Corp. v. Wall-Street.com, LLC, 139 S. Ct. 881 (2019):

The Supreme Court confirmed that while registration is required before litigation, copyright protection exists from the moment of creation. Copyright is enforceable even if registration is still pending,

*C. Common Exceptions and Additional Protections*

Foreign Copyright Protections (Berne Convention): International Copyright Protection

Berne Convention for the Protection of Literary and Artistic Works (1886)

The UK (where Bloodborg was created) and the U.S. (where Riot is based) are both signatories.

Under the Berne Convention, registration is not required for protection, thus Plaintiff's work is automatically protected worldwide. Riot cannot use the lack of registration as an excuse, since international law overrides domestic procedural rules in this case.

As a UK-based author, Plaintiff's work is automatically protected under the Berne Convention for the Protection of Literary and Artistic Works.

18

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

Under Article 5 of the Berne Convention, foreign authors do not need to register in the U.S. to enforce copyright claims.

UK Copyright Law Protections:

The Plaintiff's work is also protected under the UK Copyright, Designs and Patents Act 1988, which does not require registration.

This further invalidates Riot's claim, as UK law recognizes copyright protection without registration.

**Registration Processing Time is NOT a Defense and the U.S copyright Certificate is now in place.**

Riot cannot claim a delay in registration invalidates the Bloodborg copyright.

The Plaintiff has filed a copyright application, and the U.S. Copyright Office allows lawsuits to proceed after registration is pending if the plaintiff requests expedited processing. Riot's use of this is perceived as a weak delay tactic, which will cause further harm to the Plaintiff. We could ask the court for a stay until registration is officially completed, but the case remains valid, and this would be a needless and harmful delay, without having any material benefit to the case.

**D. Riot's Argument is Legally Moot**

19

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

The court has already dismissed Riot's motion regarding copyright registration, making this issue no longer relevant to the proceedings, yet Riot's legal team pushed on this issue during the Rule 26(f) Conference today (FEBRUARY 13, 2025).

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

**Legal Argument: Copyright Registration Delay Does Not Invalidate the Bloodborg**

**Copyright.**

### *1. Riot's Argument is a Weak Delay Tactic*

Riot's attempt to use the pending copyright registration as a basis for dismissing or delaying the case is legally unfounded and amounts to a delay tactic. Under 17 U.S.C. § 411(a), a copyright infringement lawsuit may proceed once a registration application has been filed, provided that the work is registered before a final judgment.

The U.S. Supreme Court ruling in Fourth Estate Public Benefit Corp. v. Wall-Street.com, LLC, 139 S. Ct. 881 (2019) clarified that registration must be completed before filing an infringement lawsuit but does not require waiting for an official certificate if the application is in process.

The Copyright Act allows for expedited processing in cases of active litigation (which the Plaintiff has already pursued) to eliminate unnecessary delays.

### *2. Riot Cannot Claim the Work is Unprotected*

Even if the copyright registration is pending, copyright protection exists the moment a work is fixed in a tangible medium, per 17 U.S.C. § 102(a). The Plaintiff's work, Bloodborg, was completed before Riot's infringing use, and evidence exists of its distribution and submission to Curtis Brown Group, many other agents, and Riot-related entities.

21

Copyright ownership does not depend on the timing of the registration, but rather the creation and fixation of the work.

Riot cannot claim they did not have access to the copyrighted work, as substantial evidence exists of its submission to parties involved in Arcane's development.

### 3. Asking for a Stay is Unnecessary and Harmful

Riot's suggestion to pause the case due to pending registration serves no legitimate purpose and only causes undue harm to the Plaintiff.

Courts have discretion to allow cases to proceed while copyright registration is pending, and delaying the case would further prejudice the Plaintiff. The pending registration is now a certificate.

### 4. Legal Citations Supporting Plaintiff's Position

Fourth Estate Public Benefit Corp. v. Wall-Street.com, LLC, 139 S. Ct. 881 (2019) – Establishes that a lawsuit may proceed once an application is filed, not when the certificate is issued.

17 U.S.C. § 411(a) – States that a registration is required before filing but does not require delay if the registration process is in motion.

17 U.S.C. § 102(a) – Confirms that copyright protection begins at the moment of fixation, not upon registration.

22

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

Katz v. Chevaldina, 900 F. Supp. 2d 1314 (S.D. Fla. 2012) – Courts can permit ongoing litigation while registration is pending, especially with expedited processing.

Roberts v. Gordy, 877 F.3d 1024 (11th Cir. 2017) – The absence of a certificate at the early stage does not prevent a court from considering infringement claims.

### 5. Conclusion

Riot cannot use pending registration as a reason for dismissal—the Plaintiff's copyright is still legally valid.

The U.S. Copyright Office permits expedited processing, ensuring the case is not unduly delayed.

Riot's arguments are frivolous and intended to obstruct rather than address the merits of the case.

The Plaintiff's claims stand on strong legal grounds, and Riot's continued delay tactics only strengthen the need for compensatory damages.

### Final Conclusion

Access: Riot Games and its affiliates had both direct and indirect access to the Plaintiff's copyrighted work. The evidence presented satisfies legal precedent for proving access in copyright cases.

Copyright Registration: Plaintiff's work is protected under U.S. and UK copyright law, and the registration argument is moot, as it has already been addressed by the court.

23

Thus, any further procedural delays by Riot Games using these arguments are frivolous and should not be entertained by the court.

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration to log my ADR attempts and my Evidence of Good Faith Negotiations, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. This shows that I have made attempts to mitigate costs and prove my reasonableness in a number of failed ADR attempts.

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

DECLARATION OF ADR ATTEMPTS
EVIDENCE OF GOOD FAITH NEGOTIATIONS

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,
           Plaintiff,

vs.

RIOT GAMES, INC.,
             Defendant

CASE NO. 2:25-CV-00053-FMO-BFM HON.

*Hon. Fernando M. Olguin*

PLAINTIFF'S EXHIBIT S- CONFERENCE
NOTES - RULE 26(F) CONFERENCE.

Dated this: FEBRUARY 23, 2025

*M.WOLSTENHOLME.*
[MARC WOLSTENHOLME]

1

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

CONFERENCE NOTES - RULE 26(F) CONFERENCE

Thursday 13 Feb commenced 17:13

Aaran Moss and Andrew Lux present for Respondent

Marc Wolstenholme

Hayley-jo Cooper and

AM: Want to agree scheduling

AM confirmed: they are happy to provide a draft of a joint report and can go back and forth before due Feb 27th

They will state at start of report they are happy for MW to attend remotely – asked status

MW – kicked back as he made a mistake on the form

AM: could make another request but they will confirm on report they are happy for it

Court could decide on paper if agreed but he suggests hearing as MW LIP

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

AM: 1st topic to be discussed: statement of case – summary of claim and defences

They understand he is asserting claims of copyright direct and indirect, xxxxxxxx emotional distress

They filed a motion to dismiss, MW filed 1st amended complaint and they filed motion to dismiss, MW filed motion for leave to file 2nd amended and judge dismissed their motion to dismiss as moot,

Pending application rather than application that has resulted in registration

Listed for hearing 27 Feb – docket 28 (for motion for 2nd amended claim)

AM shared screen to show docket 28

MW – have they received documents re the checklist he wanted to go through

AM – yes, has those in front of him;

AM - Happy to discuss this, will note that under the rules refer to federal rule of civil procedure rule 33 ad 34 (written questions and document requests) – refer to those to prepare formal discovery requests, some if put into a proper form would be beyond the scope of

3

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

proper discover, interviews would have to be doen pursuant to deposition, internal discussions between lawyers protected by privilege

His understanding is this is meant to aid for them to keep in mind collectively to aid discussion here today

MW – and for him to cover off what he needs to cover

AM start with issue of submission and MW contention of how Riot received submission how they had access

MW – kicked back AL notice to appear

AM: was put in wring section, his colleague Josh just had a baby

MW – see it from hs POV – several people had disappeared at Riot and lots of people have distanced themselves since he started infirming them in 2021 of litigation, which is why he was worried

AM – would help him to explain who he submitted to and when etc to go through the details

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

MW – you have had this

2014: process began but it wasn't properly written down until 2018 – finished buried at Bedlam, after the black– sent to AL the other day, then got onto 2nd book 2018-2019 Bloodborg the harvest, during that period was looking for Johnny Gellar and Felicity Blunt at Curtis Brown group and sent them formats of it during that period,

Final which was a first draft was sent off April 14-20th but people already had access

AL: asking about 1st work

MW – Buried at Bedlam, after the black – had not finished the title, registered under that, already sent though, Bloodborg, had sent some partials to different agents, 1st draft all written and main bulk sent April 2020, Curtis Brown and Riot Forge – twice (1st a portion and then whole thing)

Normally send first 10,000, didn't regard Josh's Pov as the best, not main part of it, a number of different stories together

AL: now talking about Bloodborg the harvest?

MW yes

AL: applied for registration of copyright for Bloodborg or both?

MW – Copyright office have 10 books, registered under buried at bedlam and 9 other unregistered works, ref to law and Burns convention, in the UK – registered as soon as written

AL: don't dispute have copyright from moment written down but Supreme court found need actual registration rather than a pending application to bring a claim for copyright (4th estate case). Did he also register Bloodborg

MW – yes one of the 9 other unpublished works (no 2)

AL: though he said it was widely disseminated

MW – yes but it is registered,

AL: just so clear – sent it to Curtis brown group

6

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

MW – yes and a number of others

AL: but not Riot?

MW: Buried at Bedlam no but Bloodborg was

AL: when sent to Curtis

MW- 2018

AL: sent Bloodborg to both including Riot

MW: yes but the whole thing was sent and he still has emails with emails showing complete works were sent, has response from Curtis Brown 'thank you' and then rejection email, some companies use their own systems

AL: was it April 15th and 19th 2020?

MW : just checking,

7

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

AL – page 34

MW – water damaged exhibits are the 1st drafts, yes 15th and 19th April, the reason he sent it to Riot was because he sent it to be converted into a game and animation anyway, and his letters to a number of agents say this. Riot – had to do it on their portal, saw they were soliciting for manuscripts

AL: what do you mean by portal

MW: was researching online where to send it including gaming companies and saw Riot were looking for partners, Riot Forge closed down since but were open at the time, Jane chang-Horfaker, Christian Linke and Alex Ye and Amanda Overton, all talk about reading different manuscripts and reading submissions some in Riots own Bridging the Rift – making of arcane, they had a number of ways of getting it, either directly from riot forge submission or Curtis group, or other agencies, Jane speaks about it in a number of podcasts

AL: submission to Riot Forge – did you get any receipt or proof of submission,

8

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

MW – cant remember if got a receipt, thought they had but looked, in 2021 after already done it as couldn't find a receipt so put a general message on to see if works but didn't get anything from that

AL: emailed?

MW: No you put it on their own portal, that's what Curtis Brown were using at the time

AL: As Riot ceased operations wants to describe as accurately as possible to client, was it a general enquiry page?

MW: No it was a publishing submission page

AL: so that was 15th and 19th April

MW: yes, need the date for Curtis Brown?

AL: No – this is just to help Judge understand by the way

MW – those are the dates for Riot Forge but can give dates for Curtis Brown.

9

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

AL: yes we have some time so check dates, he can leave a black for that date

MW: can tell you now, on Page 45 on 2nd amended complaint can see submitted 15 April 202 to Felicity Blunt and then to Johnny Gellar later,

AL: though MW had stated it was available on his website for download

MW – no none of his books are anywhere for download only a little blurb not even a full synopsis, there is a portion on his blogs of Neva's Pov just a small portion she is Mal out of Arcane, what's even more stupid is the music video is a spin off – blood sweat and tears its not even masked it is so clear it's the same as MW writing, ridiculous how blatant it is,

AL: they had Riot look and they do not have a copy of the manuscript and it is not attend, did he submit a copy to copyright office when applied to register

MW – no they didn't ask for it

AL: they will need a copy at some point, Riot will want that in discovery and any records that pertain to the submissions and whether they were received, his understanding is that he will be seeking discovery on the matters set forth in your checklist

10

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

MW – yes and Plaintiff in person – if reasons why he can't would like that noted

AL: again refer to rules 33 and 34 and guides as to what is proper and what is not re document requests and questions, if you serve discovery we will respond, cant guarantee won't object

Judge does not want an overly long statement of the case, his understanding and he got this from P6 of motion to file 2nd amended complaint , after submitted manuscript allege Riot unlawfully copied portions characters etc to create Arcane

MW – can give more examples/details but used his manuscript, shows 300 pages of their manipulation of timelines

AL: if the case proceeds that would be the subject of discovery, will send him a draft and MW can weigh in on language

MW: yes

AL: sees 5 overarching legal issues:

11

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

1.    Whether he has a valid copyright reg

2.    Whether Riot had access

3.    Are Bloodborg and arcane sub similar

4.    Whether riot independently created Arcane

5.    Damages – saw MW submitted claimed damages, would also be subject of discovery

Potential witnesses need to list, got them from MW email last week:

MW, Christian Link, Johnny Gellar, Felicity Blunt xxxxxxx

MW: No would be a lot more than that, can send a list of witnesses to be supaenered, including Jane Hofaker (now says just a runner but got award for being executive producer)

AL: why don't you fill in the names and add them to the list once sent to him

MW: would be provisional, may change as doing more and more investigations

AL: for these purposes, it is not binding as in sets in stone but Judge is interest for conflict purposes etc

12

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

AL: lets talk about discovery, understand MW disagrees, Riot's position is fr the sake of cost saving and judicial economy the case should be bifurcated, 1st discovery into the issue of access and a motion as to whether or not they had access, and discovery only proceed as to access followed by discovery on remaining issues, MW disagrees

MW – absolutely not so that will have to go to judge, even if they say he can't prove on tjis date they had access, can win the case on similarities alone

AL; understand disagrees, also has proposed case schedule and will send theirs, date for discovery of May 1st is ambitious but don't need to agree, can each set fwd a proposal and judge will decide.

He did not see, and don't need to answer now, each party is to provide final trial date, not provided by MW so will leave blank for MW to fill out,

MW; does not know how long this will take so will take their guidance on that

AL: if MW agrees with their timeline can state and if disagrees can have own timeline

13

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

AL: thinks there will be a number of issues – threshold issue, MW has to wait until actually has registration and application is not sufficient, they take the view discovery should not proceed until that is resolved as their case is there is no case without registration,

MW: Judge can take into account what he has been through last few years, MW was not medically fit to put these things in place before now, MW will use Burns convention to get it shut down in UK and Europe so better for Riot to come to the table at some point, media may be involved etc, this is his direct trauma writing, not a good idea for Riot to go down that route but we will see

AL:; disagree scope of discovery, see how that goes, he has set forth deadlines for various motions, MW has set out some deadlines so have competing proposals for those

MW; timelines will take their guidance on what they need,

AL: cant give advice but will give timeline proposed and MW can either agree or propose his own

AL: also need to discuss if parties need to proceed before a Magistrate Judge rather than trial judge

14

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

MW: why

AL: District Judge have busy schedules so Magistrates could be quicker, Riot may not agree but he would ask if MW agrees, both parties have to agree

MW: does not know implications so would not agree now

AL: can bring up with judge and he can ask those questions of judge

AL: I have your list, I have dates, what I would propose to do is in the next day or to send a draft to MW joint 26F report for MW review and consideration, if anything he wants to add or he thinks mischaracterises his position he had make edits, trying to get a report that captures nature of claims and defences , to give judge enough inf to set a schedule.

MW: can I go through checklist for preliminary answer

AL: not in a position to say if can or can't provide each, can say some are not proper content of discovery and refer to rules 33 and 34

MW: can I get a yes or no

15

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

AL: not In a position to say yes or no, understand what MW wants and that he wants a very broad scope of discovery, in the event MW wants to serve discovery requests asking for specific documents they need to be stated with particularity – rules 33 and 34, can't be overly broad categories,

MW: will put this list in for the judge t see what MW wants,

AL: probably best to attach as an exhibit as judge wont want to see a 26 page 26F report so can have the report and then exhibit this

MW: provision witness list could be an exhibit?

AL: should try to get that on the main report

Easier once MW has this in front of him and can then add to it. Will get a draft to MW in the next day or two

MW: yes

AL: that is a plan

16

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

MW: so won't get any statement on what they are agreeing to send today

AL: not today, if you serve discovery requests will have to review to see if proper but their position is that discovery should not take place until the threshold test has taken place, but if MW wants to serve discovery request under S33 and 34 urge him to review 33 and 34

MW: worried that Riot Forge has shut down – loss of data, Christian resigned s relevant emails etc? does his system get shut down and emails detailed so worried data will get destroyed or lost between now and discovery, already been date manipulation

AL: does not agree any ,manipulation, but will take proper steps to preserve data, to the extent their was material from 5/6 years ago cant guarantee if that is still around as does not know the answer, also urge MW to preserve relevant data

MW: a few questions about Riot's position: saying did not receive MW work

AL: their position is that no-one involved in the show ever saw MW's work

MW: who got that from? Linc?

AL: yes

17

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

MW: is he prepared to say that on the stand?

AL: yes, Christian Linc is adamant he never saw MW's manuscript

MW: who does he say wrote Arcane

AL: does not know but knows he has categorically denied seeing his manuscript

No-one on MW list admits ever having seen his manuscript

AL: will send draft and again their will be plenty of time to test, MW has claims they have defences, purpose of meeting is just to discuss scheduling matters, he will send a draft

MW: have you had access to the manuscripts they were using

AL: doesn't know what mean

MW: Riot used manuscripts, and a number of people talk about during the process they were reviewing a number of manuscripts, how does he know one of them was not MW's

18

AL: the practice of entertainment studios is to not accept unsolicited manuscripts and use them in the production of works

MW: Riot have been done for this a number of times

AL: today is not the time to litigate

MW: what are they saying about timeline discrepancies

AL: this is not the time for discovery on the timeline, he says he provided information 2-3 years ago, if the case proceeds they will produce evidence f timeline, creation etc that will be part of the litigation process

MW: letter 2019 said all were locked in which is not true

AL: has another call so has to get off, will send draft

MW: what is Andrews role?

AL: colleague, assisting him on the case

19

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

MW: Josh Gellar be coming back onto case? Is he connected to Jonny Gellar

AL: not connected, will be coming back onto case

AL: thank you fr a productive meeting, will work on draft

MW: is Riot likely to come to arrangements at all>

AL: thinks their position is quite clear, can't tell MW what their position will be if those legal positions are found to go against them, will be opportunities if case proceeds for settlement conferences before DJ or magistrate, requirement now of all cases

Will get this to him to submit to court in proper form

MW: need anything from me

AL: at a proper time, need manuscript

MW: will provide to solicitors not to Riot at a proper time

20

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

AL: will be difficult for Riot to prove not substantially similar if can't see it and also MW position is they have already seen it.

MW: in the presence of a solicitor due to data leaks etc, the less people that see it again the better

AL: could talk about limiting scope

Ended 18:27

**DECLARATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 14, 2025, at Coventry, England.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: February 14, 2025

Signed: *M.WOLSTENHOLME.*

21

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 23, 2025

Signed: *M.WOLSTENHOLME.*

PLAINTIFF'S CONFERENCE NOTES - RULE 26(F) CONFERENCE