Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>　　　　　Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br>　　　　　Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT |

Dated this: April 28, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

1

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,

DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**NOTICE OF LODGING EXHIBITS D–G**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff hereby gives notice of lodging Exhibits D, E, F, and G in support of Plaintiff's Comprehensive Access, Dissemination, and Misappropriation Argument already filed with the Court.

These exhibits are as follows:

**Exhibit D:** Riot Games API Terms and Conditions

(Submitted to demonstrate Riot's terms of access, control over submitted content, and developer rights to use and modify player-submitted materials.)

**Exhibit E:** Riot Games Developer Portal Documentation

(Submitted to show Riot's structure for approving, monitoring, and controlling player-created projects, evidencing Riot's intentional dissemination and use framework.)

**Exhibit F:** Riot Games Privacy Notice (as last modified March 27, 2025)

(Submitted to illustrate Riot's global data collection, retention, and sharing practices, particularly relating to player interactions and contributions.)

**Exhibit G:** Additional Riot Developer Portal Submission Process (with Attachment Upload Section)

**Exhibit H:** Proof of Riot Forge Accepting Public Submissions (2023)

2

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

(Submitted to further evidence Riot's multiple structured methods for soliciting, receiving, and controlling player and external developers' submissions, including systems designed to upload attachments and integrated materials.)

Exhibits A, B, and C have already been attached to Plaintiff's prior filing in support of Plaintiff's Access Argument.

Plaintiff respectfully submits Exhibits D–G to further assist the Court's consideration of Riot's access to user-generated materials, its solicitation and management of submissions, and its internal policies and practices concerning third-party content.

3

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**INTRODUCTION**

Plaintiff respectfully submits this brief introduction to accompany the lodging of Exhibits D–G.

Plaintiff sincerely apologizes to the Court and to opposing counsel for the volume of filings submitted to date. Plaintiff is self-represented and learning how to litigate under difficult, aggressive and manipulated circumstances. Plaintiff's intent is not to burden the Court but to preserve essential rights and to provide a full, fair record for consideration.

Throughout this case, Plaintiff has faced aggressive and improper tactics from Defendant Riot Games and associated individuals. These tactics include direct and indirect threats, harassment, and manipulative behavior, much of it mirroring language and criticisms expressed by the Settlement Judge (e.g., that filings are "only a bunch of stricken documents" and that "access isn't good enough").

Plaintiff also received a hostile external message, attached:

*"Form Submission - Welcome To The Wolf Pack*

*From: strikingdocuments@gmkil.com*

*Message:*

*"21 one*

*21 stricken documents IN FOUR MONTHS*

*Any sane person would realize how fucking insane that is*

*Anyone except you apparently."*

4

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

Plaintiff submits this message not to trouble the Court, but to demonstrate the intimidating environment surrounding this litigation.

Despite this, Plaintiff has persisted, because this case is important personally and professionally. Plaintiff only asks that the matter be judged on its merits and that bullying tactics by a better-resourced defendant not be allowed to influence the outcome.

**Regarding Access:**

Plaintiff believes access has been clearly established through at least three independent and well-supported routes: Wide Dissemination, CBG & UTAs submission and deep involvement in Arcane, and Submissions to Riot Forge.

**Widespread Public Dissemination:** The materials at issue were widely disseminated through open channels, including public-facing Riot Games submission portals and Riot Forge initiatives. These materials were accessible without authentication requirements.

**Extensive Submissions to Agents and Agencies:** Over 100 separate submissions were made to major talent agencies and individual agents. Many of these agents maintain strong, ongoing commercial relationships with Netflix, Riot Games, and the broader entertainment industry. This broad dissemination created a strong mosaic of exposure, making it highly probable that key decision-makers had access to Plaintiff's work.

5

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,

DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**Close Ties Between Talent Agencies and Riot's Arcane Project:**

Plaintiff has also demonstrated that United Talent Agency (UTA), Curtis Brown Group (CBG), and other talent agencies with access to the Plaintiff's material maintained significant client relationships with the writers, producers, and executives responsible for developing Arcane. The commercial and personnel overlaps further strengthen the inference of access.

**Riot Forge:** Direct submission avenues through Riot's Developer Portal, including without required authentication. Standard acceptance policies governing Riot Forge and user submissions. Public archive availability via third-party sites like the Wayback Machine.

Plaintiff has serious concerns that Riot Games is using the Wayback Machine improperly — selectively referencing archival material while simultaneously withholding key internal records, such as internal server logs for Riot Forge and communications evidencing the manipulation of public submission channels through talent agencies and other intermediaries.

**Regarding Additional Evidence:**

Plaintiff also possesses further evidence that Riot Forge was openly accessible to the public, without any login or authentication barriers. However, Plaintiff reserves the right to present that evidence at a later stage in these proceedings, should it become necessary.

Plaintiff respectfully commits to presenting future arguments as clearly, concisely, and efficiently as possible to assist the Court in reaching a just resolution.

6

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**EXHIBIT D- Riot Games API Terms and Conditions Summary (Effective December 9, 2013)**

The Riot Games API Terms govern the way users (developers, players, and others) interact with and submit data through Riot's developer and game platforms. They were effective as of December 9, 2013, and remain a binding framework for Riot's handling of user submissions.

**Key Provisions Relevant to Submission Practices**

| Topic | Relevant Policy | Impact for Plaintiff |
|---|---|---|
| *User-Provided Content* | Riot collects, stores, modifies, and uses all submitted material, including "Game Information" and any user-uploaded content. | Demonstrates Riot retained full submissions in their systems without clear restrictions or limits. |
| *No Word Count Limits* | Riot's API terms do not impose a character or word limit on user-submitted material. | Counters Riot's later claim at settlement conference that Plaintiff could only submit "150 words." |
| *Modification and Derivative Use* | Riot explicitly claims rights to modify, adapt, and create derivatives from submitted content. | Reinforces that full-length submissions like Plaintiff's could have been internally processed, stored, or altered. |
| *No Guarantee of Data Accuracy* | Riot disclaims all warranties about the accuracy, completeness, or currency of stored content. | Undermines Riot's use of Wayback Machine screenshots as definitive evidence at settlement conference. |
| *Right to Retain and Commercialize Submissions* | Riot asserts full ownership over user-submitted data for commercial exploitation. | Further supports the argument that Riot had access and internal use of Plaintiff's manuscript after submission. |
| *Developer Portal and Submissions* | Riot allows developers to upload significant content, subject to its Terms and API governance. | Aligns with Plaintiff's assertion that he uploaded a full manuscript into Riot's systems. |

7

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**Additional Critical Terms**

•        General Data Protection Regulation (GDPR) Compliance: Riot acknowledges and processes data globally, implying large-scale storage and retrieval.

•        Unilateral Termination: Riot can modify terms or terminate access at its discretion.

•        Limitation of Liability: Riot disclaims liability for content manipulation, destruction, or unauthorized access.

**Conclusion**

These API Terms reinforce that:

•        Riot permitted substantial submissions via their portals.

•        Riot never publicly stated a 150-word limit.

•        Riot reserved rights to hold, modify, and use submitted materials freely.

Thus, Riot's assertions regarding limited access, submission size, or technical impossibility during the Settlement Conference are factually undermined by their own governing policies.

8

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**EXHIBIT E- Riot Games Developer Portal Documentation**

**E1:**

Copy of "Developer Portal Overview" from Riot Games Support Center (captured and retrieved from https://support-developer.riotgames.com/hc/en-us/articles/22698431229203-Developer-Portal-Overview).

**Purpose:**

Demonstrates Riot Games' policy and instructions for broad developer access to its services and APIs without prior limitation, showcasing Riot's invitation for third-party engagement and the relative openness of their game development ecosystem.

**E2:**

Copy of "Developer Portal Documentation" from Riot's official Developer Site (captured from https://developer.riotgames.com/docs/portal#_getting-started).

**Purpose:**

Confirms that Riot offered public access, without login or commercial screening, to key technical resources and submission opportunities for new projects, thus supporting the argument that Plaintiff and other developers could access, review, and submit without gatekeeping at the time relevant to the litigation.

9

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,
DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**EXHIBIT F — Riot Games Privacy Notice (March 27, 2025)**

Plaintiff hereby lodges Exhibit F, a true and correct copy of the Riot Games Privacy Notice, effective March 27, 2025, in support of the arguments concerning access, handling of user-submitted content, and procedural fairness.

The Privacy Notice is highly relevant because it:

Confirms Riot Games collects, stores, and internally shares user-submitted content, including developer submissions, communications, and materials sent through their services, without limitation as to size or scope.

Establishes Riot's claimed rights to analyze, monitor, and use submissions, communications, gameplay, and other user-generated content across its services, including through automated and manual means.

Demonstrates that by participating in Riot Forge, the Developer Portal, or any related service, submitters' material could be accessed, reviewed, recorded, archived, and potentially commercially exploited under Riot's terms, without individualized notice or consent beyond their published policies.

10

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

Supports Plaintiff's position that Riot Games had actual access to Plaintiff's work, and that such access was reasonably foreseeable based on Riot's own public disclosures regarding information handling and data retention.

Undermines any defense that Riot lacked procedural access to submitted material, since the Privacy Notice makes clear Riot reserved the right to handle such materials broadly and without further action from the submitter.

Accordingly, Exhibit F directly supports the Plaintiff's contentions regarding access to materials, procedural fairness, and the lack of transparency or meaningful protection for submitters engaging with Riot Forge and related programs.

11

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**EXHIBIT G: Riot Games Submission Portal and Attachment Functionality**

**Description:**

This exhibit consists of screenshots from Riot Games' "Support Ticket

Submission Portal," demonstrating two key points:

**Open Submission Capability:**

Users are allowed to submit full narrative articles or descriptions (long-form

written material) in the Description field without any character limit. This shows that Riot

Games permitted detailed and lengthy external submissions through its public-facing portals.

**Attachment Upload Feature:**

The screenshots clearly show that Riot's portal contains an Attachments section

allowing users to add files, including PDFs or other documents, to their submissions.

This confirms that Riot Games provided a mechanism for external users to upload

supporting documents directly into its systems.

12

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,

DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

These facts directly rebut Riot's, its cult of hate mailers and the Settlement Judge's prior claims that:

External submissions of written works were "impossible" or not permitted; and

Uploading attachments through the portal was not allowed.

Thus, Riot's open portals, combined with the ability to upload substantial external works, show that the Plaintiff's claims regarding access, use, and submission channels are well-founded and supported by Riot's own systems.

**Purpose:**

This Exhibit G is submitted to demonstrate Riot's systemic openness to external written material and file uploads, supporting the argument that Plaintiff's works could reasonably have been accessed, viewed, and misappropriated by Riot through its standard practices and public submission systems.

13

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**Exhibit G Screenshots**



NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,

DISSEMINATION, AND MISAPPROPRIATION ARGUMENT



NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,

DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**EXHIBIT H – Proof of Riot Forge Accepting Public Submissions (2023)**

Plaintiff respectfully lodges as Exhibit H an authenticated email from Riot Forge Support, dated June 21, 2023, confirming Riot Forge's receipt of a Plaintiff submission through its public support portal.

**Summary of Evidence:**

On June 21, 2023, Plaintiff submitted content (an article) and a message via Riot Forge's public-facing portal at support-riotforge.riotgames.com.

Riot Forge immediately generated a formal ticket (#88552815), acknowledging receipt and providing Plaintiff a direct link to the submitted material.

This communication demonstrates Riot Forge was actively accepting unsolicited public submissions via its support portal well into 2023.

**Purpose and Relevance:**

Directly contradicts assertions made by Riot Games, its counsel, and statements attributed to the Settlement Judge that Riot Forge could not or would not accept outside submissions.

16

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

Supports Plaintiff's Access Argument by showing that Plaintiff's work could be — and plausibly was — accessed by Riot through open channels.

Shows that Riot Games is either misrepresenting the existence of submission avenues or failed to preserve evidence and disclose responsive documents and hindering discovery.

Illustrates that Plaintiff deliberately withheld this proof until now to allow Riot's representations to the Court to crystallize.

**Plaintiff's Reservation:**

Plaintiff respectfully notes that he originally intended to present this evidence later, to rebut Riot's discovery conduct more forcefully.

However, given Riot's affirmative misrepresentations and the Settlement Judge's apparent reliance on false claims regarding Forge access, Plaintiff now submits this evidence immediately to correct the record and prevent further prejudice.

17

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**Attached Document:**

Screenshot of Riot Forge Support confirmation email titled "[Riot Games Player Support]" dated June 21, 2023, confirming ticket submission with longform content without login credentials.

*"[Riot Games Player Support]*

*Riot Forge Support Site*

*From:*

*support@support-riotforge.zendesk.com*

*To:*

*Marc Wolstenholme*

*Wed, 21 Jun 2023 at 21:13*

*##- Please type your reply above this line -##*

*Thanks for contacting our Player Support Team! We received your request (#88552815) .*

*Looks like a response will take a little longer than normal due to a high volume of requests, sit tight and one of our specialists will answer you as soon as they can. Try not to bump your ticket unless you have additional information that we could use to help you since bumping your ticket repeatedly will increase your wait time.*

18

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

*If you were logged in to the support site when creating your ticket you can use the following link below to be taken directly to it:*

*http://support-riotforge.riotgames.com/hc/requests/88552815*

*This email is a service from Riot Games - Riot Forge . Sent by Riot Games.*

*[2K11WG-JDNVR]"*





NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,

DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

20

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,

DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**LITIGATION CITATIONS IN SUPPORT**

In further support of Plaintiff's submission of Exhibits D–H, the following legal principles and authorities are respectfully cited:

**Federal Rule of Evidence 401 (Relevance):**

Evidence is relevant if (a) it has any tendency to make a fact more or less probable than it would be without the evidence, and (b) the fact is of consequence in determining the action.

The open submission portals at Riot Forge, along with acceptance of attachments and longform content, are highly relevant to the issues of access and opportunity.

**Federal Rule of Evidence 402 (Admissibility of Relevant Evidence):**

Relevant evidence is admissible unless otherwise excluded.

The information regarding Riot Forge's acceptance of unsolicited submissions is thus properly before the Court.

**Federal Rule of Evidence 403 (Excluding Relevant Evidence for Prejudice, Confusion, Waste of Time, or Other Reasons):**

While courts may exclude evidence for unfair prejudice or confusion, the Exhibits here directly rebut factual misrepresentations made by Riot Games to the Court and Settlement Judge, making them highly probative and not unduly prejudicial.

21

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**Federal Rule of Civil Procedure 26(e) (Duty to Supplement):**

A party who has made a disclosure under Rule 26(a) or responded to a discovery request must supplement or correct its disclosure or response if the party learns that it is incomplete or incorrect.

Riot's failure to disclose the existence of accessible Riot Forge submission routes constitutes a violation of this duty.

**Federal Rule of Civil Procedure 37(c)(1) (Sanctions for Failure to Disclose):**

A party that fails to provide information or identify a witness as required by Rule 26(a) or (e) may be prohibited from using that information at trial unless the failure was substantially justified or harmless.

**Chambers v. NASCO, Inc., 501 U.S. 32 (1991):**

The Court has the inherent power to sanction parties for bad-faith conduct, including the presentation of false or misleading evidence during settlement proceedings or to the Court.

**Foman v. Davis, 371 U.S. 178 (1962):**

Courts favor adjudication on the merits rather than through procedural evasion or misconduct.

Plaintiff respectfully submits that under these authorities, Exhibits D–H are properly lodged, and that Riot's false or misleading representations regarding the availability of Riot Forge submissions warrant serious judicial consideration.

22

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**Notice of Misconduct**

Plaintiff respectfully submits that recent evidence (Exhibits D–H) definitively demonstrates that Riot Forge was, in fact, capable of receiving unsolicited long-form submissions, including attachments, without login credentials, during the relevant period. Plaintiff further notes that during prior settlement discussions and court proceedings, Defendant Riot Games, through its counsel, represented to the Court that such submissions were impossible or otherwise inaccessible and ambushed the Plaintiff with falsified evidence — a claim now proven to be materially false.

Such misrepresentations, whether intentional or reckless, undermine the integrity of these proceedings and raise serious concerns under the duties of candor owed to this Court pursuant to Rule 3.3 of the Model Rules of Professional Conduct and Federal Rule of Civil Procedure 11. Moreover, Defendant's submission of misleading or incomplete evidence during settlement discussions appears to constitute bad faith conduct, warranting consideration of the Court's inherent authority to address abusive litigation practices, as recognized in Chambers v. NASCO, Inc., 501 U.S. 32 (1991).

Plaintiff respectfully reserves all rights to seek appropriate remedies and sanctions, and further requests that the Court consider the full evidentiary record now before it in assessing Defendant's access, dissemination, and misappropriation of Plaintiff's work.

23

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,

DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**Conclusion to Exhibits D–H**

The evidence provided in Exhibits D through H demonstrates definitive proof that Riot Forge was actively accepting unsolicited longform content during the relevant period.

Attachments were permitted.

Full-length articles and manuscripts could be submitted.

No login credentials or special authorization were required to use the portal.

Further, the Plaintiff personally tested the Riot Forge submission system in 2023 and independently confirmed that unsolicited submissions remained possible, directly contradicting the representations made by Riot Games and its counsel to the Court and to the Settlement Judge.

Riot's prior submission, offered during settlement discussions, falsely claimed that Riot Forge could not accept external submissions. This record establishes that such claims were either knowingly false or recklessly misleading, constituting further evidence of an intentional effort to circumvent judicial scrutiny and deceive both the Court and the Settlement Judge. How can Riot be trusted to produce discovery with such a strong and relentless track record of lies and abuse of evidence and court procedures to abuse the Plaintiff and cause further harm. They simply cannot, and justice will not be served unless interventions are placed on Riot.

24

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

Moreover, the Plaintiff respectfully submits that Riot's presentation of incomplete and misleading evidence during a judicially supervised settlement conference — particularly in an attempt to minimize clear routes of access — reflects a bad faith attempt to deflect attention from the strongest and most direct access channels: the wide dissemination of Plaintiff's work to Curtis Brown Group (CBG) and United Talent Agency (UTA) who clearly had a monopoly over development int terms of "Writing", manuscripts and talent casted.

Plaintiff believes that these corporate connections, which directly link to Arcane's key creative team, provide an overwhelming and credible basis for access, further reinforced by the substantial threats, intimidation, and attempts to undermine Plaintiff's rightful claims throughout these proceedings.

Plaintiff believes key players such as Jonny Geller and Felicity Blunt from CBG and others from UTA are being protected via refusal to produce evidence in discovery. Moreover, the Plaintiff has shown that Riot will not be honest in discovery, and it is in the public interest and safety for the state or federal law enforcement to take control of their servers for forensic investigations before more damage is done to the Plaintiff, the State, the court's reputation, disadvantaged competitors, vulnerable people, careers, U.S. entertainment economics and even public safety and security.

25

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,
DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 28, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

NOTICE OF LODGING EXHIBITS D–H IN SUPPORT OF PLAINTIFF'S COMPREHENSIVE ACCESS,

DISSEMINATION, AND MISAPPROPRIATION ARGUMENT

**EXHIBIT D- Riot Games API Terms and Conditions Summary (Effective December 9, 2013)**

API TERMS & CONDTIONS

https://developer.riotgames.com/terms

API TERMS & CONDTIONS

LAST UPDATED: DECEMBER 9, 2013

API TERMS & CONDTIONS

LAST UPDATED: DECEMBER 9, 2013

Please read these Riot Games API Terms (the "API Terms") carefully. Subject to the terms and conditions of these API Terms, Riot Games, Inc. ("Riot") may make the Game Information (as defined below) available to you and any entity on whose behalf you accept these API Terms (you and any such entity, "You," or "Your" where applicable) through the Riot Games API (as defined below).

YOU EXPRESSLY ACKNOWLEDGE THAT YOU HAVE READ THESE API TERMS AND UNDERSTAND THE RIGHTS, OBLIGATIONS, TERMS AND CONDITIONS SET FORTH HEREIN. BY CLICKING "I ACCEPT" AND/OR ACCESSING AND CONTINUING TO USE THE RIOT DEVELOPER SITE, THE RIOT GAMES API AND/OR ANY OTHER MATERIALS (EACH AS DEFINED BELOW), YOU (A) EXPRESSLY CONSENT TO BE BOUND BY ITS TERMS AND CONDITIONS AND GRANT TO RIOT THE RIGHTS SET FORTH HEREIN, AND (B) REPRESENT THAT YOU ARE OF LEGAL AGE TO FORM A BINDING CONTRACT. IF YOU DISAGREE WITH ANY OF THESE API TERMS, RIOT DOES NOT GRANT YOU A LICENSE TO ACCESS OR USE THE RIOT GAMES API OR ANY OTHER MATERIALS OWNED BY RIOT.

The Terms of Use Agreement that You have entered into with Riot or one of its affiliates (including any agreements or policies that may be incorporated therein by reference, and as may be amended from time to time, the "Master TOU") with respect to the League of Legends® computer game (the "Game") and related websites is incorporated herein by reference. The Specifications (as defined below) are also incorporated herein by reference. In the event of an irreconcilable conflict between the terms and conditions of these API Terms, on the one hand, and the terms and conditions of the Master TOU, the Specifications and/or any other applicable legal document, on the

other hand, then the terms and conditions of these API Terms shall govern with respect to the subject matter herein.

The "LAST UPDATED" legend above indicates when these API Terms were last changed. Riot, in its sole discretion, may update, amend or modify these API Terms from time to time, and Riot will notify You of such changes by any means determined by Riot, including by posting such modified API Terms to the Riot developer website currently located at https://developer.riotgames.com (as may be changed from time to time, the "Riot Developer Site"). Any such changes will not apply to any dispute between You and Riot arising prior to the date on which Riot posted the revised API Terms incorporating such changes, or otherwise notified You of such changes. You should monitor the Riot Developer Site to ensure (a) You are using only the latest stable version of the Riot Games API; and (b) You are aware of any changes in the API Terms, the Master TOU and any other applicable legal documents. In the event You cannot agree to any changes in these API Terms, the Master TOU and/or any other applicable legal document, You will immediately cease any and all access to and use of the Riot Games API and, where applicable, any and all access to and use of the Game Information.

DEFINITIONS

For purposes of these API Terms, the following terms have the following meanings:

"API Key" means a unique string identifying You and/or each Application as a user of the Riot Games API, assigned by Riot to You and/or each Application in Riot's sole discretion, to enable You and/or such Application to access and/or use the Riot Games API. The Riot Games API may include (a) separate "keys" for (i) development and/or personal (i.e., lower usage rate) purposes (a "Development Key") and (ii) production purposes (a "Production Key"), and/or (b) other unique identifier(s) assigned by Riot to You and/or each Application.

"Application" means a software application and/or website owned, controlled or made available by You that incorporates, accesses or uses any Materials.

"Game Information" means metadata arising from the Game regarding user profiles, user gameplay history, statistics, team information, "summoner" preferences and other information related to the Game and competitive Game events as may be provided by Riot through the Riot Games API in its sole discretion from time to time.

"Materials" means any and all of the following: the Riot Games API, the API Keys, the Game Information, the Specifications (including any copies, portions, extracts and derivatives thereof) and any related materials (excluding the Riot Marks) made available by or on behalf of Riot to You pursuant to these API Terms or otherwise in connection with the Riot Games API.

"Riot Games API" means any application programming interface(s) and other related information (which may consist of software, data, functions, features, code, instructions and/or other technology) currently accessible through the Riot Developer Site, and as may be identified in the Specifications and/or designated by Riot from time to time in Riot's sole discretion.

"Riot Marks" means Riot Games®, League of Legends®, and all other trade names, trademarks, service marks and associated slogans, logos and other indicia of origin of Riot, including, without limitation, those that appear on or in connection with the Game.

"Specifications" means any specifications or documentation related to the Riot Games API that Riot may make available from time to time in Riot's discretion, and includes any software code (other than any API Key) that Riot may make available specifically for the purpose of enabling an Application to access or use the Riot Games API or to permit an Application to interface with the Riot Games API (for example, code to be embedded in an Application to facilitate communication through or with the Riot Games API).

"Works" means all discoveries, ideas, inventions, concepts, developments, know-how, trade secrets, works of authorship, materials, specifications, software (source and object code), technology and other creations.

GENERAL PROVISIONS

Entire Agreement. These API Terms, the Master TOU and the Specifications constitute the entire agreement between You and Riot with respect to the Materials and the Riot Developer Site and supersede all prior or contemporaneous communications, whether electronic, oral or written, between You and Riot with respect to the Materials and the Riot Developer Site.

Support Contact. If You have any questions concerning these API Terms, or if You would like to get help for any other reason related to this API, please join the discord or leave a message on your application.

No Partnership or Endorsement. You agree that (a) no joint venture, partnership, or agency relationship exists between You and Riot as a result of these API Terms, any Application, or Your access to and/or use of the Materials or the Riot Developer Site and (b) no act by Riot shall constitute endorsement, certification or approval of any Application, including, without limitation, Riot's registration of an Application and issuance of a Production Key.

Section Headings. The section headings used herein are for convenience only and shall not affect the interpretation of these API Terms or have any other legal effect.

Survival. The provisions of the Sections entitled "Profiles and Forums," "Attribution," "Termination," "Ownership and Relationship of Parties," "License to Riot," "Representations and Warranties," General Provisions," "Release and Waiver," and "Indemnification" shall survive any termination of these API Terms.

Jurisdiction. These API Terms shall be governed by and construed in accordance with the laws of the State of California, exclusive of its provisions on conflicts of laws. The parties expressly understand and agree that any dispute arising under this Agreement will be brought only in the state or federal courts located in Los Angeles County, California and the parties hereby consent to the exclusive personal jurisdiction and venue therein.

Severability and Waiver. If any provision of these API Terms is or becomes or is deemed invalid, illegal or unenforceable in any jurisdiction, such provision shall be deemed amended to conform to the applicable laws of such jurisdiction so as to be valid and enforceable, or, if it cannot be so amended without materially altering the intention of the parties, it will be stricken, but the validity, legality and enforceability of such provision shall not in any way be affected or impaired thereby in any other jurisdiction and the remainder of these API Terms shall remain in full force and effect. Waiver by either You or Riot of any breach of any provision of these API Terms shall not operate or be construed as a waiver of any prior or subsequent breach of the same or any other provision hereof.

EXPRESS AGREEMENT

YOU EXPRESSLY ACKNOWLEDGE THAT YOU HAVE READ THESE API TERMS AND UNDERSTAND THE RIGHTS, OBLIGATIONS, TERMS AND CONDITIONS SET FORTH HEREIN. BY CLICKING "I ACCEPT" AND/OR ACCESSING AND CONTINUING TO USE THE RIOT API, YOU EXPRESSLY CONSENT TO BE BOUND BY ITS TERMS AND CONDITIONS AND GRANT TO RIOT THE RIGHTS SET FORTH HEREIN.

REPRESENTATIONS AND WARRANTIES

THE MATERIALS ARE PROVIDED TO YOU ON AN "AS IS" BASIS, WITHOUT ANY REPRESENTATIONS OR WARRANTIES, WHETHER EXPRESS OR IMPLIED. RIOT SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES CONCERNING INFRINGEMENT OF THIRD PARTY RIGHTS, FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, AND WORKMANLIKE QUALITY. IN THE EVENT THAT A THIRD PARTY CLAIMS THAT THE MATERIALS INFRINGE THAT PARTY'S INTELLECTUAL PROPERTY RIGHTS, THEN IN RIOT'S SOLE DISCRETION RIOT MAY ALTERNATIVELY (A) OBTAIN LICENSE RIGHTS FROM SUCH THIRD PARTY, (B) MODIFY THE MATERIALS TO AVOID THE ALLEGED INFRINGEMENT, OR (C) TERMINATE THESE API TERMS.

You represent and warrant to Riot that: (a) You have the requisite power and authority to enter into and carry out the terms of, to grant the rights set forth in, and to perform Your obligations under, these API Terms, (b) if you are entering into these API Terms on behalf of an entity, You have the requisite power and authority to cause such entity to enter into and carry out the terms of, to grant the rights set forth in, and to perform such entity's obligations under, these API Terms, (c) the execution, delivery and performance of these API Terms do not and shall not conflict with or violate any of Your organizational documents or the terms of any agreement between You and a third party, (d) the rights and privileges granted hereunder by You are and shall at all times be free and clear of any liens, claims, charges or encumbrances, (e) You have not done or omitted to do, nor will do or omit to do, any act or thing that would or might impair, encumber, or diminish Riot's full enjoyment of the rights and privileges granted under these API Terms, (f) any intellectual property You use in association with the Riot Games API, the Game and/or any Application does not and will not infringe the copyrights, trademarks, trade dress or patents of any third party, (g) You will not dispute the title of Riot in and to the Materials and/or the Game or any copyright, trademarks, patents, trade secrets or any other intellectual property rights included therein; (h) You will promote, display and distribute Your Applications in an ethical manner and in accordance with these API Terms, all

applicable laws, rules, regulations and third party requirements; (i) Your Applications comply with, and shall at all times comply with, all applicable laws, rules, regulations and third party requirements; (j) You shall at all times comply with the Specifications and any other guidelines and policies with respect to the use of the Riot Games API and/or Game Information; and (k) You will not, and will ensure that each Application will not, use any Materials, any Riot Marks, the Riot Site, the Riot Developer Site, the Game, any Works, any Application or make any direct or indirect reference thereto in a way that does or may constitute a direct or indirect endorsement, certification or approval by Riot or any of its affiliates of You or any product or service, including, without limitation, any Application.

OWNERSHIP AND RELATIONSHIP OF PARTIES

The Materials are protected by copyrights, trademarks, service marks, international treaties, and/or other proprietary rights and laws of the U.S. and other countries. Except to the extent of any license granted herein by Riot to You, as between You and Riot, Riot owns all right, title and interest (including all intellectual property rights) in and to the Materials, including all output and executables of the Riot Games API, and including any modifications to or derivatives of the Materials. You agree to abide by all applicable proprietary rights laws and other laws, as well as any additional copyright notices or restrictions contained in these API Terms. Except to the extent of any license granted herein by Riot to You, these API Terms do not grant to You any right, title, or interest in any intellectual property owned or licensed by Riot, including (but not limited to) the Riot Games API (including but not limited to modifications and derivatives thereof) and Riot Marks, the Game and any Game Information.

The parties do not intend to merge Riot's intellectual property rights and Your intellectual property rights into inseparable or interdependent parts of a unitary whole, and no joint works are to be created or shall be deemed to have been created hereunder. You shall not acquire any ownership or co-ownership interest under these API Terms in any Riot intellectual property rights, and Riot shall not acquire any ownership or co-ownership interest under these API Terms in any of Your intellectual property rights.

You acknowledge and agree that Riot and other Riot Games API users may independently develop other applications and/or websites through their use of the Riot Games API or otherwise which may be identical or similar to Your Applications in function, code or other characteristics. You agree that, to the extent any similarity is

based upon the Riot Games API and/or Game Information, You will have no ownership or intellectual property rights in such applications and/or websites. You further acknowledge and agree that any application and/or website developed by Riot and using the Riot Games API that may be identical or similar to Your Application in function, code or other characteristics will not be deemed to violate in any manner any of Your rights in Your Application, and that any such characteristics are coincidental in nature. In this regard, You expressly grant to Riot a limited, non-exclusive license in and to any proprietary rights You may hold in any Application for purposes of developing, using and exploiting any application and/or website developed by Riot using the Riot Games API. By making available an Application, You acknowledge and agree that Your Application, including its functionality, is not exclusive to Riot, the Game and/or to third parties, and may be replicated, imitated or otherwise duplicative with other applications, websites and/or games or functionality developed by Riot or third parties.

You hereby irrevocably assign and agree to irrevocably assign, without charge, all intellectual property rights relating to oral and written comments and suggestions provided by You relating to the Riot Games API or the Materials ("Feedback"). At Riot's expense, You will take all actions deemed necessary by Riot in order for Riot to record, perfect and maintain its right in and to all Feedback. Without limiting the foregoing, Riot will have an unlimited, worldwide, royalty-free right to use and modify all Feedback.

LIMITATIONS ON USAGE

Riot may, in its sole discretion, limit access to and/or usage of the Riot Games API and/or any other Materials by You and/or any Application. Without limiting the generality of the immediately preceding sentence, Riot may, in its sole discretion, limit (a) the number of network calls that any Application may make with the Riot Games API, (b) the maximum file size and/or the maximum Game Information that may be accessed, and/or (c) Your access to and/or use of the Game Information and anything else contained in or obtained through the Riot Games API. Riot may change such usage limits at any time and without notice. Without limiting the foregoing, You shall not use the Riot Games API in a manner that exceeds reasonable request volume or constitutes excessive or abusive use. Without limiting any of i ts rights under these API Terms or otherwise, Riot may use technical means to prevent overusage and/or stop usage of the Riot Games API if any application and/or website exceeds reasonable usage limitations as determined by Riot in its sole and absolute discretion. A Development Key shall not be permitted to make more than ten (10) network calls every ten (10) seconds.

LICENSED USES AND RESTRICTIONS

Subject to Your compliance with the API Terms, Riot grants to You a limited, non-exclusive, non-assignable, non-sublicensable, non-transferable, revocable right (a) to access and use the Materials owned by Riot in order to develop and distribute Applications that incorporate, access or use any Game Information, for the purpose of displaying such Game Information to end users of such Applications or for such purposes as may be (i) set forth in the Specifications and/or any other Materials, and/or (ii) communicated by Riot in writing from time to time in its sole discretion, and (b) to use any API Key solely to access the Riot Games API. You will cause all Riot Games API calls made by You or an Application to include the applicable API Key.

Notwithstanding anything to the contrary herein, Your rights in and to any Materials owned by third parties are limited to the rights granted to You by such third parties. In the event You desire to resell or license any Application, charge for access to Game Information through a website or otherwise require payment for access to the Game Information, You must notify Riot and obtain Riot's prior written approval before undertaking such activities (please see Riot's full policy at http://www.riotgames.com/legal-jibber-jabber for more details). Failure to obtain Riot's prior written permission will result in the termination of Your rights under these API Terms. For the sake of clarity, You may advertise through such software applications and/or websites without asking for Riot's permission, provided You are otherwise complying with these API Terms.

In connection with Your access to and use of the Materials, You agree that You will not, and You will cause each Application not to, directly or indirectly, violate any applicable laws, rules or regulations, the rights of others, or the operational and security mechanisms of the Riot Games API or the Game. Examples of such prohibited behavior include, but are not limited to, directly or indirectly:

Using the Riot Games API for any Application that promotes, conducts, or contributes to fraudulent, obscene, pornographic and/or illegal activities, including deceptive impersonation or activities involving the exploitation of children.

Using the Riot Games API to display or imply any kind of product or political endorsement, whether by Riot or any Game player.

Using the Riot Games API for any Application to violate anyone's privacy rights (e.g. distributing unwanted commercial solicitations, such as, but not limited to, spyware and adware), to infringe on intellectual property rights (including copyright, patent and

trademark rights), to sponsor or operate any contest, sweepstakes or other promotion, to harass or defame others, or to promote hatred towards any group of people.

Using the Riot Games API in a manner that disrupts, circumvents, or interferes with any part of the Game; or forges or modifies any data processed or distributed by the Game, such as, but not limited to spyware, adware or malware; or enables or promotes cheating in the Game.

Using the Riot Games API to collect any additional information about the Game or Game users that is not provided Game Information or permitted by the Riot Games API.

Using the Riot Games API to use, distribute or transmit the Game Information in any manner not authorized under these API Terms.

Using the Riot Games API in any manner that advocates, encourages, condones, promotes or facilitates the infringement of any third party intellectual property rights, including, without limitation, trademark rights, copyright rights, patent rights and/or trade secret rights.

Altering, modifying, deleting, or otherwise interfering with or in any manner compromising any content, programming, services and/or features contained on or through the Game.

Using the Riot Games API for any Application that adversely impacts the behavior of other applications or websites using the Riot Games API.

Using the Riot Games API for any Application that constitutes, promotes or is used in connection with or installs spyware, adware, or other malicious programs or code.

Using the Riot Games API for any Application that constitutes, promotes or is used in connection with or installs any type of bot, virus, worm, Trojan-horse routing, trap door, time bomb or any other codes or instructions that are designed to monitor, distort, delete, disable, damage or disassemble the Game (or its ability to communicate and function with other computers running the Game), or any user's computer.

Sending messages to or communicating with (or attempting to do the foregoing) other users of the Game through Game Information obtained from the Riot Games API.

Attempting to modify the Riot Games API or Game in any way.

Attempting to modify other software, the operating systems or configuration settings of other services directly or through manipulating the Game without a party's express and informed permission.

Distributing, selling, transferring, encumbering, sublicensing, renting, loaning, lending or leasing the Riot Games API, any component thereof, and/or access thereto to any third party.

Attempting to reverse engineer, decompile, disassemble or otherwise attempt to discover or directly access the source code of the Riot Games API, Game, and/or any component thereof except to the extent provided in such source code form by Riot hereunder.

API KEYS

To access and use the Riot Games API, You may create only one (1) developer account and You must complete the Riot Games API developer registration process by providing Your Game username and password on the Riot Developer Site and by providing any other information as may be requested by Riot. In Riot's sole discretion, You may then be issued one or more unique Developer Keys for accessing and using the Riot Games API and managing Your account. Thereafter, You may complete the Riot Games API application registration process by submitting Your Application for registration by Riot on the Riot Developer Site. By submitting an Application to Riot, You represent and warrant that such Application complies with these API Terms and the Specifications. You shall not hide, misrepresent or obscure any features, content, services or functionality in such Application. Riot will have the right (but not the obligation), in its sole discretion, to register such Application, and Riot reserves the right to delay the provision or activation of any Production Key and/or any other Materials until the completion of any such registration. You will provide any materials, data and other information as may be requested by Riot to confirm that such Application complies with these API Terms and the Specifications. If Your Application is registered by Riot, You will then be issued one or more unique Production Keys for such Application to access and use the Riot Games API.

API Keys may, at any time, be subject to activation, suspension and/or deactivation by Riot to ensure usage consistent with these API Terms and all applicable requirements, and for any other reason in Riot's sole discretion. You may only access the Riot Games API with the API Key(s) provided to You by Riot. You may not sell, transfer, sublicense or otherwise disclose Your API Key(s) to any other party. Maintaining account security is very important. You are entirely responsible for maintaining the confidentiality of Your API Key(s). You agree to notify Riot immediately if You believe that Your API Key(s) have been compromised.

You are fully responsible and liable for all activities that occur using Your API Key(s) and/or Your Application(s) (including acts or omissions that would constitute a breach of these API Terms if made by You), regardless of whether such activities are undertaken by You or a third party. As between You and Riot, You are solely responsible for all aspects of each Application, and Riot will not be required to provide any technical or

other support services to You or any user of any Application in connection with any Materials, including with respect to any integration of the Riot Games API with an Application. Riot is not responsible for monitoring or policing any dispute that may arise between or among You, any user, and/or any other third party. Your use of the Materials is at Your own risk, and You are solely responsible for any damage that results from any use of the Materials, including any damage to You or any user's computer systems or networks, or any loss of data.

General Data Protection Regulation

The General Data Protection Regulation (GDPR) gives European residents greater control over their personal data, including allowing them to exercise their rights by sending "data subject requests" to data controllers. While GDPR is a European Union regulation Riot Games has committed to following the standards put forth in the regulation globally. As a developer using the Riot Games API, you may have access to personal data subject to the GDPR. When Riot Games receives a request from an end user to delete their personal data, we will be passing the request to all active developers by sharing a list of identifiers (e.g. accountId) for the end users through Riot Channels.

If you sign up for the Developer Portal, you will receive occasional emails, none of which are current optional. You can exempt yourself from these emails by exercising your Right to be Forgotten, by Riot Games as a whole, by contacting Player Support. You may receive emails for the following reasons:

GDPR obligations

Critical updates

Developer Portal account changes

Riot Games API application changes

Community events

Marketing emails

TERMINATION

Your license to the Riot Games API under these API Terms continues until it is terminated by either party. You may terminate the license by discontinuing access to and use of the Materials. Riot may terminate the license at any time for any reason. Riot may also disable or remove from the Game the interoperability with the Riot Games API

at any time for any reason. Without limiting the foregoing, Your rights to access and use the Materials terminate automatically if (a) You violate the letter or spirit of any of these API Terms, (b) Riot publicly posts a written notice of termination on its website, (c) Riot sends a written notice of termination to You, or (d) Riot disables Your access to the Riot Games API or disables or removes the ability for the Riot Games API to communicate with the Game. Upon termination of these API Terms, You shall immediately cease using the Materials, including without limitation any Game Information in Your possession, as well as delete all of the Game Information in Your possession.

© 2021 Riot Games, Inc. All rights reserved. League of Legends and Riot Games are trademarks, service marks, and registered trademarks of Riot Games, Inc.



**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 28, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

Case: 25-3163, 08/06/2025, DktEntry: 18.6, Page 40 of 94

**EXHIBIT E- Riot Games's Developer Portal Overview**

**E1**

https://support-developer.riotgames.com/hc/en-us/articles/22698431229203-Developer-Portal-Overview

Developer Portal Overview

11 months ago Updated

Overview

This document will provide you with a basic understanding of the Riot Games Developer Portal. It is designed to help you begin exploring and developing your own tools and products to positively impact the experience for players of Riot's games. We can't wait to see what you make!

Getting Started

Before you can begin taking advantage of the Developer Portal, you must login with your Riot Games account. Once you do, a Developer Portal account is created for you! This action also generates a basic development API key that is associated with your account. We'll talk about how you can interact with Riot to enhance that key further on in this documentation.

This account gives you the option to register your product proposal with Riot's Developer Relations team. Once you've registered your product you can communicate with our team for approvals, increased access, and more.

Product Registration

If you're here, you're probably thinking about making a cool application or website for a Riot game. For simplicity, we'll broadly call those things "products". As mentioned above, once you've logged in to the Developer Portal, you'll be able to register your product proposal. Let's go over what that entails.

Application Process

First off, every product owner (developer) will be expected to have read and understood our policies. You can find them in the nav bar at the top of this page. Read them. Failure

to adhere to these policies may lead to punitive actions, so make sure you understand them before going too far forward.

Even if your product doesn't use the Riot Games API, you'll find it beneficial to register your product. Registration lets Riot know you're out there, doing great stuff. If we know you're out there, then we can keep you informed of opportunities that might be beneficial to you and your product(s). Also, you will have a pathway to let us know how Riot can better help you and other developers.

So, how do you get registered?

It's simple. Head back to the main page of the Developer Portal and click the Register Product button. From there you'll need to decide if this is for a larger scale product, or a personal project. From there we'll ask you to fill out an online form that gathers some key details about your product. Finally, we'll ask you to verify your product, just to make sure you're really the developer!

Once you've completed those steps, our Developer Relations team will review your proposal. If everything is in order, we'll approve your product, and you're on your way to unlocking additional rate limits for your API key, and building a relationship with the team to help improve your product.

If your product is approved, we expect you to keep it in compliance of all applicable rules, policies, and laws. It's on you to stay up to date on all of those. If you need help with that, leave us a message in the Developer Portal, or jump into the Developer Discord.

If your product proposal is rejected, we'll be sure to leave you a message in the Developer Portal. We want you to succeed, so feel free to work with us through that messaging system to address our concerns, and get your great idea into the hands of players.

When reviewing applications we take a look at a lot of factors to determine if it's something that will benefit the Riot Games ecosystem. Of note, we want to make sure

Case: 25-3163, 08/06/2025, DktEntry: 18.6, Page 42 of 94

that the product doesn't violate any laws or existing policies. We'll also want to make sure that the product helps players in some measurable way. We want to see product that help players get better at our games, or track their growth. What we don't want to see are products that solve our games or make everything too simple. Also, we are looking for quality. If your website isn't complete, we're unlikely to approve your product. If you have questions, though, just send us a message at our Support Site..

About that messaging system...

Messages

We'll send approval and rejection notifications to you directly in your application messages on the Developer Portal. If we have questions about a pending application, we'll be sure that you have a way to respond to us on the Developer Portal.

If you have questions specific to your product registration, you can send a message on our Support Site to get some feedback. Using the Support Site is the surest and quickest way to get a response from the Developer Relations team. Further, if you have any questions about your live products or anything else in the ecosystem, you can submit a message and we'll respond.

A caveat: Don't use the messaging system irresponsibly. This isn't a channel for you to casually chat with Rioters. This is a business channel, and should be treated as such.

Web APIs

Your product might depend on the Riot Games API. If it does, you'll need to be sure you understand some basic concepts about your Riot Games API key.

API Keys

Anyone who signs into the developer portal will automatically be granted an API key that will be associated with their account. Your API key allows you to start using the API

immediately, and allows us to generate API usage metrics for your key. In all, we manage several types of API keys. See the differences below.

## DEVELOPMENT API KEYS

The API key that was generated for you when you signed into the developer portal is a development API key. These interim API keys are temporarily granted for products that are not meant for public consumption but benefit from temporary access to the API. The purpose of a development API key is for you to tinker with the Riot Games API and potentially develop a prototype for a product that you can make available for the community to use. They also deactivate every 24 hours. You'll need to regularly reset yours to keep it live.

## PERSONAL API KEYS

You may apply for a personal API key by registering your product. Personal API keys should be used for products that are intended for just the developer or a small private community. These products can be registered without the verification process, but won't be approved for rate limit increases. You may request access to the Standard APIs, but not the Tournaments API. Personal keys require a detailed description of the product.

Acceptable uses for a personal API key include:

bots for streaming sites, boards, voice com servers, etc.

to display your own personal stats for your personal website

personal projects to gather your own stats

personal research

projects meant for personal usage and not production

The rate limit for a personal keys is by design very limited:

20 requests every 1 second

100 requests every 2 minutes

Note that rate limits are enforced per region. For example, with the above rate limit, you could make 20 requests every 1 second to both the NA and EUW League of Legends endpoints simultaneously.

You may not run your application for public consumption using a personal key, regardless of how long the approval process for your production key takes. Note that public consumption includes open alpha/beta tests.

PRODUCTION API KEYS

If you have developed an application using the Riot Games API that you would like to open up to players, you should apply for a production API key. You may not maintain a public product with a development API key. Production API keys have a much higher rate limit suitable for sustaining a public product's traffic.

Production API keys should be used for products that are intended for large communities or the Internet as a whole. You may request access to the Standard APIs and the Tournaments API. Typically requires a working prototype before receiving an API key.

The starting rate limit of a production API key is much larger than the development key:

500 requests every 10 seconds

30,000 requests every 10 minutes

Remember that this rate limit is enforced per region.

To apply for a production key with an expanded rate limit, click "Register Project" on your dashboard. The process and length of time required to obtain an approved production key can vary depending on your project and the application's target region(s).

Note that the standard production rate limit will meet the needs of the large majority of developers, but it can be expanded if the developer is in good standing, has demonstrated a strong community benefit, and has steadily outgrown the standard production limit.

If you are working on multiple projects, you should register each one separately and each one needs to be individually approved for a separate production API key.

## API KEY SECURITY

As a final note on API keys, it's important to mention that your key will likely end up revoked if it isn't properly secured. Securing your API key is a requirement to publishing a project as outlined in the General Policies. If we determine that your key is not secured appropriately, we'll take action to secure it for you. :)

## Response Codes

The Riot Games API returns all data in valid JSON. A few programming languages include native support for JSON. For those that don't, you can find a suitable library at https://json.org/.

Note that our APIs return only non-empty values to save on bandwidth. Zero is considered an empty value, as well as empty strings, empty lists, and nulls. Any numeric field that isn't returned can be assumed to be 0 (or null as you prefer). Any list field that isn't returned can be assumed to be an empty list or null. Any String field that isn't returned can be assumed to be empty string or null.

## 2XX RESPONSE CODES

For 200 response codes, you can always expect the response body documented on the API reference page. Only 200 response codes are guaranteed to return a response body as JSON.

For non-200 response codes please be aware of the following:

A response body is not guaranteed to be returned.

If there is a response body, its not guaranteed to be JSON.

We currently return JSON with human readable debugging information, but the structure and content of this debugging information are subject to change. As an example...

```
{
  "status": {
    "message": "Unauthorized",
    "status_code": 401,
  }
}
```

The contents of status, message, and status_code are not guaranteed to always exist or remain constant for a given response code. 4. Logic within your application should fail gracefully based the response code alone, and should not rely on the response body.

4XX ERROR CODES

The 4xx class of error codes is meant to indicate that the client failed to provide a valid request. Below are the most common 4xx class of error codes you might encounter when using the API.

400 (Bad Request) This error indicates that there is a syntax error in the request and the request has therefore been denied. The client should not continue to make similar requests without modifying the syntax or the requests being made.

Common Reasons

A provided parameter is in the wrong format (e.g., a string instead of an integer).

A provided parameter is invalid (e.g., beginTime and startTime specify a time range that is too large).

A required parameter was not provided.

401 (Unauthorized) This error indicates that the request being made did not contain the necessary authentication credentials (e.g., an API key) and therefore the client was denied access. The client should not continue to make similar requests without including an API key in the request.

Common Reasons

An API key has not been included in the request.

403 (Forbidden) This error indicates that the server understood the request but refuses to authorize it. There is no distinction made between an invalid path or invalid authorization credentials (e.g., an API key). The client should not continue to make similar requests.

Common Reasons

An invalid API key was provided with the API request.

A blacklisted API key was provided with the API request.

The API request was for an incorrect or unsupported path.

404 (Not Found) This error indicates that the server has not found a match for the API request being made. No indication is given whether the condition is temporary or permanent.

Common Reasons

The ID or name provided does not match any existing resource (e.g., there is no Summoner matching the specified ID).

There are no resources that match the parameters specified.

415 (Unsupported Media Type) This error indicates that the server is refusing to service the request because the body of the request is in a format that is not supported.

Common Reasons

The Content-Type header was not appropriately set.

429 (Rate Limit Exceeded) This error indicates that the application has exhausted its maximum number of allotted API calls allowed for a given duration. If the client receives a Rate Limit Exceeded response the client should process this response and halt future API calls for the duration, in seconds, indicated by the Retry-After header. Applications that are in violation of this policy may have their access disabled to preserve the integrity of the API. Please refer to our Rate Limiting documentation below for more information on determining if you have been rate limited, and how to avoid it.

Common Reasons

Unregulated API calls.

5XX ERROR CODES

The 5xx class or error codes indicates that the server is aware it has errored or is incapable of performing the request. Below are the most common 5xx class of error codes you might encounter when using the API.

500 (Internal Server Error) This error indicates an unexpected condition or exception which prevented the server from fulfilling an API request.

503 (Service Unavailable) This error indicates the server is currently unavailable to handle requests because of an unknown reason. The Service Unavailable response implies a temporary condition which will be alleviated after some delay.

Rate Limiting

In order to control the use of the Riot Games API, we set limits on how many times endpoints can be accessed within a given time period. These limits are put in place to minimize abuse, to maintain a high level of stability, and to protect the underlying systems that back the API from being overloaded. The underlying systems are the same systems that power our games, so if they are overloaded, player experience suffers, and our first priority is to protect that experience.

RATE LIMITING TYPES

There are three types of limits used in the API infrastructure - application, method and service rate limits.

## Application Rate Limits

The first type of limit is enforced on a per API key basis and is called an application rate limit. App rate limits are enforced per region. Every call made to any Riot Games API endpoint in a given region counts against the app rate limit for that key in that region. For example, calls to the static data API do not count against the application rate limit.

## Method Rate Limits

The second type of limit is enforced on a per endpoint (or "method") basis for a given API key and is called a method rate limit. Method rate limits are also enforced per region. Every call made to any Riot Games API endpoint in a given region counts against the method rate limit for the given method and API key in that region.

## Service Rate Limits

The third type of limit is enforced on a per service basis and is called a service rate limit. Service rate limits are also enforced per region. Every call made to any endpoint for a given Riot Games API service in a given region counts against the service rate limit for that service in that region. When service rate limits apply, we will document them, including which endpoints are part of the rate limited service.

Do not confuse method rate limits for service rate limits. Method rate limits apply individually to each application. Service rate limits apply to the service, and are shared by all applications making calls to a service.

## Other Limits

These limits enforced by the API infrastructure are not the only gateways to the data provided. Some of the underlying services for certain endpoints may also implement their own rate limits, independently of the API infrastructure. In these cases, you will get a 429 error response, but there will be no X-Rate-Limit-Type header included in the response. Only when the rate limiting is enforced by the API edge infrastructure will this header be included.

While it is our policy not to reveal the specifics of how our rate limiting works, you can assume for the purposes of your code that the bucket starts when you make your first API call.

Versioning

As of 2019, these versioning guidelines apply to all Riot Games APIs. However, this may change in the future. Be sure to check documentation for each game you are developing products for to be sure you have the latest information.

Currently, all League of Legends APIs are version 4. We no longer include a minor version in the API path.

Deprecation

As of 2019, these deprecation guidelines apply to all Riot Games APIs. However, this may change in the future. Be sure to check documentation for each game you are developing products for to be sure you have the latest information.

Whenever we deprecate, or make changes to, an API we aim to support both old and new versions of the API for 60 days. After that time the old version is deprecated. At times, circumstances require deprecation periods to be longer or shorter than 60 days. Deprecation periods will be communicated to developers through social media and the Developer Relations blog.

Developers should be careful when developing products with the Riot Games API. If an API is deprecated in favor of an updated version, the previous version will no longer be available. Any calls from a valid API key to a deprecated endpoint will result in an error code.



**E2-** **https://developer.riotgames.com/docs/portal#_getting-started**

**Developer Portal**

Overview

This document will provide you with a basic understanding of the Riot Games Developer Portal. It is designed to help you begin exploring and developing your own tools and products to positively impact the experience for players of Riot's games. We can't wait to see what you make!

Getting Started

Before you can begin taking advantage of the Developer Portal, you must login with your Riot Games account. Once you do, a Developer Portal account is created for you! This action also generates a basic development API key that is associated with your account. We'll talk about how you can interact with Riot to enhance that key further on in this documentation.

This account gives you the option to register your product proposal with Riot's Developer Relations team. Once you've registered your product you can communicate with our team for approvals, increased access, and more.

Product Registration

If you're here, you're probably thinking about making a cool application or website for a Riot game. For simplicity, we'll broadly call those things "products". As mentioned above, once you've logged in to the Developer Portal, you'll be able to register your product proposal. Let's go over what that entails.

Application Process

First off, every product owner (developer) will be expected to have read and understood our policies. You can find them in the nav bar at the top of this page. Read them. Failure to adhere to these policies may lead to punitive actions, so make sure you understand them before going too far forward.

Even if your product doesn't use the Riot Games API, you'll find it beneficial to register your product. Registration lets Riot know you're out there, doing great stuff. If we know you're out there, then we can keep you informed of opportunities that might be beneficial to you and your product(s). Also, you will have a pathway to let us know how Riot can better help you and other developers.

So, how do you get registered?

It's simple. Head back to the main page of the Developer Portal and click the Register Product button. From there you'll need to decide if this is for a larger scale product, or a personal project. From there we'll ask you to fill out an online form that gathers some key details about your product. Finally, we'll ask you to verify your product, just to make sure you're really the developer!

Once you've completed those steps, our Developer Relations team will review your proposal. If everything is in order, we'll approve your product, and you're on your way to unlocking additional rate limits for your API key, and building a relationship with the team to help improve your product.

If your product is approved, we expect you to keep it in compliance of all applicable rules, policies, and laws. It's on you to stay up to date on all of those. If you need help with that, leave us a message in the Developer Portal, or jump into the Developer Discord.

If your product proposal is rejected, we'll be sure to leave you a message in the Developer Portal. We want you to succeed, so feel free to work with us through that messaging system to address our concerns, and get your great idea into the hands of players.

When reviewing applications we take a look at a lot of factors to determine if it's something that will benefit the Riot Games ecosystem. Of note, we want to make sure that the product doesn't violate any laws or existing policies. We'll also want to make sure that the product helps players in some measurable way. We want to see product that help players get better at our games, or track their growth. What we don't want to see are products that solve our games or make everything too simple. Also, we are

looking for quality. If your website isn't complete, we're unlikely to approve your product. If you have questions, though, just reach out through the Developer Portal's messaging system.

About that messaging system...

Messages

We'll send approval and rejection notifications to you directly in your application messages on the Developer Portal. If we have questions about a pending application, we'll be sure that you have a way to respond to us on the Developer Portal.

If you have questions specific to your product registration, you can send a message on our Support Site to get some feedback. Using the Support Site is the surest and quickest way to get a response from the Developer Relations team. Further, if you have any questions about your live products or anything else in the ecosystem, you can submit a message and we'll respond. A caveat: Don't use the messaging system irresponsibly. This isn't a channel for you to casually chat with Rioters. This is a business channel, and should be treated as such.

Web APIs

Your product might depend on the Riot Games API. If it does, you'll need to be sure you understand some basic concepts about your Riot Games API key.

API Keys

Anyone who signs into the developer portal will automatically be granted an API key that will be associated with their account. Your API key allows you to start using the API immediately, and allows us to generate API usage metrics for your key. In all, we manage several types of API keys. See the differences below.

DEVELOPMENT API KEYS

The API key that was generated for you when you signed into the developer portal is a development API key. These interim API keys are temporarily granted for products that are not meant for public consumption but benefit from temporary access to the API. The

purpose of a development API key is for you to tinker with the Riot Games API and potentially develop a prototype for a product that you can make available for the community to use. They also deactivate every 24 hours. You'll need to regularly reset yours to keep it live.

PERSONAL API KEYS

You may apply for a personal API key by registering your product. Personal API keys should be used for products that are intended for just the developer or a small private community. These products can be registered without the verification process, but won't be approved for rate limit increases. You may request access to the Standard APIs, but not the Tournaments API. Personal keys require a detailed description of the product.

Acceptable uses for a personal API key include:

bots for streaming sites, boards, voice com servers, etc.

to display your own personal stats for your personal website

personal projects to gather your own stats

personal research

projects meant for personal usage and not production

The rate limit for a personal keys is by design very limited:

20 requests every 1 second

100 requests every 2 minutes

Note that rate limits are enforced per region. For example, with the above rate limit, you could make 20 requests every 1 second to both the NA and EUW League of Legends endpoints simultaneously.

You may not run your application for public consumption using a personal key, regardless of how long the approval process for your production key takes. Note that public consumption includes open alpha/beta tests.

PRODUCTION API KEYS

If you have developed an application using the Riot Games API that you would like to open up to players, you should apply for a production API key. You may not maintain a public product with a development API key. Production API keys have a much higher rate limit suitable for sustaining a public product's traffic.

Production API keys should be used for products that are intended for large communities or the Internet as a whole. You may request access to the Standard APIs and the Tournaments API. Typically requires a working prototype before receiving an API key.

The starting rate limit of a production API key is much larger than the development key:

500 requests every 10 seconds

30,000 requests every 10 minutes

Remember that this rate limit is enforced per region.

To apply for a production key with an expanded rate limit, click "Register Project" on your dashboard. The process and length of time required to obtain an approved production key can vary depending on your project and the application's target region(s).

Note that the standard production rate limit will meet the needs of the large majority of developers, but it can be expanded if the developer is in good standing, has demonstrated a strong community benefit, and has steadily outgrown the standard production limit.

If you are working on multiple projects, you should register each one separately and each one needs to be individually approved for a separate production API key.

API KEY SECURITY

As a final note on API keys, it's important to mention that your key will likely end up revoked if it isn't properly secured. Securing your API key is a requirement to publishing

a project as outlined in the General Policies. If we determine that your key is not secured appropriately, we'll take action to secure it for you. :)

Response Codes

The Riot Games API returns all data in valid JSON. A few programming languages include native support for JSON. For those that don't, you can find a suitable library at https://www.json.org.

Note that our APIs return only non-empty values to save on bandwidth. Zero is considered an empty value, as well as empty strings, empty lists, and nulls. Any numeric field that isn't returned can be assumed to be 0 (or null as you prefer). Any list field that isn't returned can be assumed to be an empty list or null. Any String field that isn't returned can be assumed to be empty string or null.

2XX RESPONSE CODES

For 200 response codes, you can always expect the response body documented on the API reference page. Only 200 response codes are guaranteed to return a response body as JSON.

For non-200 response codes please be aware of the following:

A response body is not guaranteed to be returned.

If there is a response body, its not guaranteed to be JSON.

We currently return JSON with human readable debugging information, but the structure and content of this debugging information are subject to change. As an example...

```
{
  "status": {
    "message": "Unauthorized",
    "status_code": 401,
```

```
      }
   }
```

The contents of status, message, and status_code are not guaranteed to always exist or remain constant for a given response code. 4. Logic within your application should fail gracefully based the response code alone, and should not rely on the response body.

## 4XX ERROR CODES

The 4xx class of error codes is meant to indicate that the client failed to provide a valid request. Below are the most common 4xx class of error codes you might encounter when using the API.

400 (Bad Request) This error indicates that there is a syntax error in the request and the request has therefore been denied. The client should not continue to make similar requests without modifying the syntax or the requests being made.

Common Reasons

A provided parameter is in the wrong format (e.g., a string instead of an integer).

A provided parameter is invalid (e.g., beginTime and startTime specify a time range that is too large).

A required parameter was not provided.

401 (Unauthorized) This error indicates that the request being made did not contain the necessary authentication credentials (e.g., an API key) and therefore the client was denied access. The client should not continue to make similar requests without including an API key in the request.

Common Reasons

An API key has not been included in the request.

403 (Forbidden) This error indicates that the server understood the request but refuses to authorize it. There is no distinction made between an invalid path or invalid

authorization credentials (e.g., an API key). The client should not continue to make similar requests.

Common Reasons

An invalid API key was provided with the API request.

A blacklisted API key was provided with the API request.

The API request was for an incorrect or unsupported path.

404 (Not Found) This error indicates that the server has not found a match for the API request being made. No indication is given whether the condition is temporary or permanent.

Common Reasons

The ID or name provided does not match any existing resource (e.g., there is no Summoner matching the specified ID).

There are no resources that match the parameters specified.

415 (Unsupported Media Type) This error indicates that the server is refusing to service the request because the body of the request is in a format that is not supported.

Common Reasons

The Content-Type header was not appropriately set.

429 (Rate Limit Exceeded) This error indicates that the application has exhausted its maximum number of allotted API calls allowed for a given duration. If the client receives a Rate Limit Exceeded response the client should process this response and halt future API calls for the duration, in seconds, indicated by the Retry-After header. Applications that are in violation of this policy may have their access disabled to preserve the integrity of the API. Please refer to our Rate Limiting documentation below for more information on determining if you have been rate limited, and how to avoid it.

Common Reasons

Unregulated API calls.

5XX ERROR CODES

The 5xx class or error codes indicates that the server is aware it has errored or is incapable of performing the request. Below are the most common 5xx class of error codes you might encounter when using the API.

500 (Internal Server Error) This error indicates an unexpected condition or exception which prevented the server from fulfilling an API request.

503 (Service Unavailable) This error indicates the server is currently unavailable to handle requests because of an unknown reason. The Service Unavailable response implies a temporary condition which will be alleviated after some delay.

Rate Limiting

In order to control the use of the Riot Games API, we set limits on how many times endpoints can be accessed within a given time period. These limits are put in place to minimize abuse, to maintain a high level of stability, and to protect the underlying systems that back the API from being overloaded. The underlying systems are the same systems that power our games, so if they are overloaded, player experience suffers, and our first priority is to protect that experience.

RATE LIMITING TYPES

There are three types of limits used in the API infrastructure - application, method and service rate limits.

Application Rate Limits

The first type of limit is enforced on a per API key basis and is called an application rate limit. App rate limits are enforced per region. Every call made to any Riot Games API endpoint in a given region counts against the app rate limit for that key in that region. For example, calls to the static data API do not count against the application rate limit.

Method Rate Limits

The second type of limit is enforced on a per endpoint (or "method") basis for a given API key and is called a method rate limit. Method rate limits are also enforced per region. Every call made to any Riot Games API endpoint in a given region counts against the method rate limit for the given method and API key in that region.

Service Rate Limits

The third type of limit is enforced on a per service basis and is called a service rate limit. Service rate limits are also enforced per region. Every call made to any endpoint for a given Riot Games API service in a given region counts against the service rate limit for that service in that region. When service rate limits apply, we will document them, including which endpoints are part of the rate limited service.

Do not confuse method rate limits for service rate limits. Method rate limits apply individually to each application. Service rate limits apply to the service, and are shared by all applications making calls to a service.

Other Limits

These limits enforced by the API infrastructure are not the only gateways to the data provided. Some of the underlying services for certain endpoints may also implement their own rate limits, independently of the API infrastructure. In these cases, you will get a 429 error response, but there will be no X-Rate-Limit-Type header included in the response. Only when the rate limiting is enforced by the API edge infrastructure will this header be included.

While it is our policy not to reveal the specifics of how our rate limiting works, you can assume for the purposes of your code that the bucket starts when you make your first API call.

Versioning

As of 2019, these versioning guidelines apply to all Riot Games APIs. However, this may change in the future. Be sure to check documentation for each game you are developing products for to be sure you have the latest information.

Currently, all League of Legends APIs are version 4. We no longer include a minor version in the API path.

Deprecation

As of 2019, these deprecation guidelines apply to all Riot Games APIs. However, this may change in the future. Be sure to check documentation for each game you are developing products for to be sure you have the latest information.

Whenever we deprecate, or make changes to, an API we aim to support both old and new versions of the API for 60 days. After that time the old version is deprecated. At times, circumstances require deprecation periods to be longer or shorter than 60 days. Deprecation periods will be communicated to developers through social media and the Developer Relations blog.

Developers should be careful when developing products with the Riot Games API. If an API is deprecated in favor of an updated version, the previous version will no longer be available. Any calls from a valid API key to a deprecated endpoint will result in an error code.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate


Executed on April 28, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*


Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

**EXHIBIT F — Riot Games Privacy Notice (March 27, 2025)**

Riot Games® Privacy Notice

Last Modified: March 27, 2025

https://www.riotgames.com/en/privacy-notice

Welcome to Riot Games! We are a global gaming company headquartered in Los Angeles with offices and operations around the world. Riot Games, Inc. and its subsidiaries take your privacy and the protection of your personal information seriously. This Privacy Notice explains what personal info Riot Games collects when you visit or use the Riot Services, as well as ways we might use or disclose it. By "personal info," we mean any information from or about an identified or identifiable person, including information that Riot Games can associate with an individual person. We're only describing our own practices—this Notice doesn't cover the practices of third parties we don't own or control, including other companies you might interact with on or through the Riot Services (see Third-Party Websites and Services).

California Residents – Our Notice at Collection is as follows:

Lists of the categories of personal info collected are in I. PERSONAL INFO WE COLLECT.

The purposes for which the categories of personal info are collected and used are in III. HOW WE USE AND DISCLOSE PERSONAL INFO.

We do not sell or share personal info for cross-context behavioral advertising. We do not collect sensitive personal info. See D. Analytics & Advertising

Our retention period explanation is in VI. YOUR RIGHTS, CHOICES AND CONTROLS.

When we say "Riot Games" (or similar things like "we" or "us"), we're referring to the Riot Games entity or, where applicable, entities that control and are responsible for your personal info (see Contact Us to see who that is).

When we say "Riot Services," we mean our games, websites, applications, entertainment content, and services that link to this Notice, regardless of how you access or use them or engage with us, including through mobile devices or offline such as by phone. Your use of the Riot Services is also subject to the Terms of Service in your region (including its provisions regarding limitations on damages, resolution of disputes, and application of governing law). Please read this entire Notice to make sure you

understand it. You should also read the Terms of Service carefully, and make sure you understand and agree to them before using the Riot Services.

We encourage you to use the Notice's interactive features to guide you. We've written summaries to identify the key issues discussed in many sections at a glance. However, these summaries are intended solely to simplify things, and the full Notice should be read as it takes priority in the event of any ambiguity or conflicts (so be sure to read the whole thing carefully!).

If you don't understand any parts of the Notice, Contact Us with questions.

Please follow the applicable link for additional important info if you live in the Russian Federation or Türkiye.

Table of Contents

I. Personal Info We Collect

Personal Info You Provide

Personal Info We Collect Automatically

Personal Info We Collect From Third Parties

Categories of Personal Info Collected & Disclosed

II. How We Collect Personal Info

Cookies & Related Technologies

Analytics & Advertising

Facebook Fan Pages

III. How We Use And Disclose Personal Info

Legal Basis

Using Personal Info

Disclosing Personal Information

Communication & Player Behavior

Anti-Cheat

IV. Third-Party Websites And Services

V. International Personal Info Processing

VI. Your Rights, Choices And Controls

VII. Security

VIII. Updates And Revisions

IX. Contact Us

I. PERSONAL INFO WE COLLECT

We collect personal info in three main ways:

You provide it directly (such as by registering for an account).

We record it automatically (including with technologies like cookies).

We receive it from third parties (like social media companies).

The particular types of personal info we gather usually depends on how you interact with us, like which Riot Services you use and how you use them.

Information that is de-identified, aggregated, or anonymized so that it cannot be used to identify an individual is not considered personal info. If we de-identify, aggregate, or anonymize your personal info (for example, by deleting your email address, Riot ID, and other identifiers), we commit to maintain and use it in such form without attempting to re-identify it.

A. Personal Info You Provide

Summary: We collect personal info you choose to provide. You don't have to disclose personal info when we ask you for it, but if you decline, you might not be able to access certain Riot Services or take advantage of their full functionality.

We collect personal info you provide on the Riot Services, including:

Your email address, date of birth, in-game name (e.g. Riot ID), and similar contact info (like when you register for an account);

Your username, password, and other details that help us secure and provide access to the Riot Services (like when you login to our games or websites);

Your name, billing address, telephone number, payment method, and other details to help process purchases you make (like when you buy Riot Points or shop at our Merch Store);

Your support-related info, including the nature of your concern and your account or order details (like when you request help from us by submitting a Player Support ticket);

Your preferences, interests, and general demographic info (such as your hobbies, favorite games, or other info you disclose, like when you respond to a survey);

Info related to contests or promotions (like to submit an entry, prove your eligibility, or claim a prize if you win); and

Your Riot Games account info (like your preferred game settings, key bindings, friends list, and mastery and rune pages).

The Riot Services also offer social features like voice and text chat. When you use these features, the personal info you disclose may be seen or overheard by others. We may collect and use the personal info you provide, including to enforce our Terms of Service (such as described in Anti-Cheat & Fraud Prevention and Communication & Player Behavior below), and in some cases it may also be collected or used by others without your express knowledge (for example, if you're chatting with another player while they stream a match).

When you play multiplayer games like League of Legends, note that some personal info will be publicly accessible to others, such as your game statistics and performance. We may record gameplay and related personal info (such as your in-game name, build order, and in-game actions), and replay or otherwise make it available to other players without further notice to you. For example, players can watch each other play League of Legends using Spectator Mode, and we may use gameplay footage to help promote or improve the Riot Services.

If you disclose any personal info relating to other people to us or to our service providers in connection with the Riot Services, you represent that you have the authority to do so and to permit us to use the personal info in accordance with this Notice.

Send to top

B. Personal Info We Collect Automatically

Summary: We automatically collect some personal info about how you interact with and navigate the Riot Services, as well as the device and software you use to do so.

Common examples include personal info regarding:

Your use of the Riot Services (such as timestamps, clicks, scrolling, browsing times, browsing heatmaps, searches, referral/exit pages, and activity and interactions on our websites and in our game clients, including chat logs);

Your computer or device (such as IP address, which may be used to infer general location at a city or country level, unique device IDs, processing capabilities, manufacturer and model, language and other regional settings, and screen resolution and similar settings);

Your connection to the Riot Services, including details about the network and software you're using (such as browser type and version, operating system name and version, ISP, and your preference settings); and

How the Riot Services perform, including problems you may encounter (such as loading errors and response times).

We may use technologies like cookies, scripts, and our own servers to help us collect and store this personal info, including in log files (see II. How We Collect Personal Info).

Send to top

C. Personal Info We Collect From Third Parties

Summary: Sometimes we obtain personal info from third parties to use along with the personal info we collect ourselves.

We obtain personal info from third parties to supplement the personal info you provide and the personal info we collect automatically, including from the following sources:

We obtain personal info from third party integrations if you activate their services in connection with the Riot Services. For example, if you link your Facebook account with

your Riot Games account, Meta may disclose personal info to us in accordance with Facebook's privacy notice and your Facebook privacy settings. Your privacy settings on the third party's service control what personal info they can disclose to us—it can include personal info like your name, profile picture, gender, age range, username, language, country, your friends and other personal info you have made available on the platform. Please make sure you're comfortable with what they might disclose by reviewing their posted policies, and if applicable, modifying your privacy settings directly on their service.

We obtain info from third parties in the analytics and advertising ecosystem to help support our marketing initiatives, improve the Riot Services, and better manage our ad campaigns (like by displaying more personalized ads and measuring how effective they are). To learn more about these companies, see Analytics & Interest-Based Ads.

We obtain info from vendors to help us identify from where you're using the Riot Services (like your approximate location based on your IP address). This helps us, for example, process purchases (like assessing tax obligations), prevent fraud or abuse of the Riot Services (such as identifying suspicious transactions or activity), and customize your visit (like displaying the Riot Services in your local language).

We also receive personal info from third-party platforms (like the Apple App Store or Google Play) if you download the Riot Services (such as the Riot Mobile app) on your mobile device. This might include, for example, technical details (like device IDs) and the fact that you've downloaded one of our apps. We also obtain personal info from third-party gaming platforms (like Microsoft or Sony) in connection with your use of the Riot Services.

We obtain personal info from social media platforms with which you interact. For example, Meta provides us with personal info about your use of our fan pages on Facebook. To learn more about this, see Facebook Fan Pages.

We obtain personal info that developers and other players provide to us.

We obtain personal info from public sources, such as personal info in the public domain.

Send to top


D. Categories of Personal Info Collected & Disclosed

Depending on your use of the Riot Services, the following categories of personal info may have been collected and disclosed for a business purpose in the preceding 12 months:

Identifiers, including name, in-game name, username, email address, billing address, telephone number, IP addresses, unique device IDs, and online identifiers

Characteristics or demographics, including age and gender

Commercial info, including interaction with the Riot Services, customer support info, preferences, interests, hobbies, favorite games, purchase history, and payment method

Internet or other electronic network activity info, including the use of the Riot Services (timestamps, clicks, scrolling, browsing times, browsing heatmaps, searches, referral/exit pages, and activity and interactions on our websites and in our game clients, including chat logs), computer or device (processing capabilities, manufacturer and model, language and other regional settings, screen resolution and similar settings, and IP address (which may be used to infer general location at a city or country level), connection to the Riot Services (browser type and version, operating system name and version, ISP, and your preference settings), how the Riot Services perform (loading errors and response times), third-party platform and usage data, and advertising and analytics info

Audio, electronic, or similar info, including audio and text chat, recorded gameplay and related info (build order, and in-game actions)

Inferences drawn from any of the above in this section

Account and payment credentials, including passwords, card numbers, and security codes

We do not collect sensitive personal info, as defined under comprehensive state privacy laws, including the California Consumer Privacy Act and the European Union's GDPR.

Send to top

II. HOW WE COLLECT PERSONAL INFO

As discussed above (Personal Info We Collect Automatically), we automatically collect some personal info about how you use and navigate the Riot Services. We may combine this personal info with other personal info we gather from or about you as described in this Notice, including to enforce our Terms of Service.

A. Cookies & Related Technologies

Summary: We use our own servers and technologies like cookies to automatically collect and store info about how you interact with the Riot Services, as well as the device you use to do so.

"Cookies" are small pieces of data that online services you use place on your device for record-keeping and identification purposes. "Web beacons" are transparent pixel images that allow online services to collect info about the ways you interact with them (like whether you've opened an email or clicked on an ad). Similar common technologies include things like tags, scripts, local shared objects, local storage (e.g., HTML5), and related tools.

The Riot Services use cookies, web beacons, and similar technologies to automatically collect, store, and read files on your device. They may be delivered in a first-party (i.e., by Riot Games) or third-party (i.e., by other companies) context. These tools help the Riot Services work and operate more efficiently, as well as collect info about how you interact with us (see Personal Info We Collect Automatically).

We also use our servers in connection with these technologies to collect info about the ways you interact with the Riot Services and store it in log files. This may include, for example, info that your device, browser, or operating system sends to us when you access the Riot Services (like device IDs, IP addresses, and hardware or software specifications) and details about how you use your Riot Games account (like the particular features you use, your in-game interactions and statistics, and other similar personal info).

We use personal info gathered through our servers and technologies like cookies in accordance with this Notice, including:

To monitor, secure, and maintain the Riot Services (like preventing fraud);

To enhance your browsing experience (such as allowing you to log-in to your account);

To analyze and improve our operations (like aggregating traffic and usage patterns);

For advertising purposes (see Analytics & Advertising);

To support and gauge the effectiveness of our communications and marketing campaigns (like letting us know if you've clicked on our ads or opened our emails);

To better personalize your visit and store your preferences and settings (for example, displaying content in your local language); and

To otherwise manage our relationship with players and provide the Riot Services under the Terms of Service (including to improve our services and ensure a more positive and fair gaming environment, such as described in Anti-Cheat & Fraud Prevention and Communication & Player Behavior below).

You can learn more about cookies and similar technologies, including details of how to manage or disable them by visiting AboutCookies.org or consulting your browser's privacy features. Some ways of managing traditional cookies may not impact the use of other technologies, but certain browsers may offer their own tools for removing HTML5. Website visitors who are using a browser that sends a Do Not Track signal or a browser that is Global Privacy Control compliant will have their signals automatically applied to their consent settings on Riot Games websites.

Please note that disabling technologies like cookies may prevent you from using the full functionality of the Riot Services and the Riot Services may not work as we intended.

Send to top

B. Facebook Fan Pages

Summary: Riot Games has official Facebook fan pages. These include official Riot Games and game-specific fan pages. Meta collects personal info from these pages according to its privacy policy and provides statistics and insights to Riot Games to help us understand the types of actions people take on our fan pages ("insights data"). Facebook Ireland Limited, 4 Grand Canal Square, Grand Canal Harbour, Dublin 2 Ireland ("Facebook Ireland") and Riot Games are joint controllers for the collection of insights data relating to data subjects from the European Economic Area (EEA), United Kingdom (UK), and Switzerland.

You can find out more about how Meta collects insights data and what personal info it discloses to us by visiting Information about Page Insights Data. Meta discloses insights data to us relating to our engagement with players, feedback on the Riot Services, and statistics and demographics such as their age, gender, or approximate location. You can also see the essence of our arrangement with Meta in terms of how we have allocated data protection responsibilities between us regarding insights data by visiting Information about Page Insights.

Facebook Ireland has agreed to take primary responsibility for the processing of insights data relating to EEA, UK, and Swiss data subjects. Therefore, if you are an EEA, UK, or Swiss data subject and have any queries or concerns with how your insights data is being processed through a Riot Games Facebook fan page, it's best to contact Facebook Ireland in the first instance. However, you can exercise your data protection rights regarding insights data in respect of and against either of us. Please contact us at fbfanpages@riotgames.com to request your Facebook insights data.

Send to top

III. HOW WE USE AND DISCLOSE PERSONAL INFO

We use and disclose your personal info in accordance with the legal bases set out below to help us provide, operate, improve, understand, customize, support and market the Riot Services.

A. Legal Basis

Summary: We rely on the following legal bases to use and disclose personal info for individuals where required by applicable law: (i) to provide the services under the Terms of Service, (ii) with your consent, (iii) in our legitimate interests (such as safety, security, and providing a tailored service), and (iv) for other legal reasons.

We rely on a number of legal bases to collect, use, disclose, and otherwise process the personal info we have about you for the purposes described in this Notice. These legal bases include:

as is necessary to perform the Terms of Service and to provide the Riot Services;

where you have consented to the processing, which you may revoke at any time;

for Riot Games to comply with a legal obligation, a court order, or to exercise and defend legal claims;

occasionally to protect your vital interests, or those of others;

where necessary in the public interest; and

where necessary for the purposes of Riot Games' or a third party's legitimate interests, such as those of visitors, users or partners.

To find out which specific legal bases we rely upon to use personal info about you for a particular purpose, go to Using Personal Info and Disclosing Personal Info.

Send to top

B. Using Personal Info

Summary: We use the personal info we collect (both individually and in combination with other personal info collected under this Notice) to help us operate our business, provide and improve our products and services, communicate with you, and advertise effectively. The particular ways we use your personal info often depend on how you choose to use the Riot Services.

Some of the most common examples of how we use personal info include:

To provide the Riot Services to you, respond to inquiries, fulfill requests, and process transactions (like helping you create an account, find a match, and resolve Player Support issues). We engage in these activities to manage our contractual relationship with you and, where relevant, to comply with a legal obligation (e.g. related to payment transactions) or based upon our legitimate interest in doing so;

To deliver and tailor our communications with you, like by sending you important account-related announcements or promotional communications that we believe may interest you (for details about managing your communication options, check out Your Rights, Choices, and Controls below). We engage in these activities with your consent (where required by law), where we have a legitimate interest (e.g. to promote the Riot Services and keep you interested in them through personalized messages) or, in the case of account-related announcements, to perform our contract with you;

To administer surveys, contests, sweepstakes, competitive game modes, and similar offerings (such as confirming your eligibility or sending you a prize if you win). We engage in these activities to manage our contractual relationship with you, or for our legitimate interest (e.g. to promote the Riot Services and keep you interested in them);

To monitor, analyze, protect, test, and improve our services and operations (like measuring how the Riot Services perform, tracking usage patterns, and fixing bugs or errors). We engage in these activities to manage our contractual relationship with you,

to comply with a legal obligation (e.g. to keep the Riot Services secure), and/or because we have a legitimate interest (e.g. understanding how the Riot Services are used, keeping them secure, improving them, and developing new products);

To research and better understand the Riot Services and how they're used. We engage in these activities with your consent and/or because we have a legitimate interest (e.g. understanding how the Riot Services are used, keeping them secure, improving them, developing new products, and understanding the impact and reach of the Riot Services);

To advertise and promote the Riot Services, including displaying advertising related to the Riot Services on third-party websites and platforms, improving, developing, and implementing marketing campaigns, analyzing and measuring the effectiveness of those ads and campaigns, and showing you ads that are most relevant to you about the Riot Services. We engage in these activities with your consent or where we have a legitimate interest (marketing our and others' products and services and understanding the effectiveness of our marketing campaigns). For information on how to opt out of personalized advertising on third-party platforms, please see Your Rights, Choices and Controls;

To personalize your experience with the Riot Services, including by presenting content or features better tailored to your interests. We engage in these activities with your consent or where we have a legitimate interest (e.g. improving our Riot Services by making them more personalized);

To improve and provide updates for the Riot Services (like patching our games and releasing new features). We engage in these activities to manage our contractual relationship with you, to comply with a legal obligation, and/or because we have a legitimate interest (e.g., understanding how the Riot Services are used, keeping them secure, improving them, developing new products, and understanding the impact and reach of the Riot Services);

To operate and expand our business. We engage in these activities to manage our contractual relationship with you, to comply with a legal obligation, and/or because we have a legitimate interest in operating and expanding our business; and

To facilitate use of or integration with the Riot Services, social sharing, third-party partnerships, and related functionality (such as supporting chat features). We engage in these activities with your consent or where we have a legitimate interest (e.g. increasing customer engagement with our products and the Riot Services).

We may also use, disclose, and preserve personal info as necessary or appropriate, including when necessary for a legal obligation or legitimate or public interest or to protect the vital interest of you or someone else, such as to:

Comply with applicable law or respond to legal process (like requests from law enforcement or other public or government authorities);

Securely operate the Riot Services (like stopping attacks on our systems);

Protect players and third parties (such as to help prevent serious injury, abuse, or crime); and

Protect our own rights, property, and operations (like enforcing our contracts and terms—including the Terms of Service—and pursuing available remedies or limiting the damages we may sustain).

For example, if applicable laws relating to child sexual exploitation require us to report personal info, such as identifiers, characteristics or demographics, commercial info, internet or other electronic network activity info, audio/electronic or similar info, or account and payment credentials, to public or government authorities, we may do so based on the above legal bases.

We use advanced tools to automatically scan certain types of content such as communications through social features like voice and text chat, and to monitor activity, such as patterns of behavior. Such advanced automated tools are used for the purposes of detecting and preventing violations of our policies or terms, unauthorized activity or other security risks, and illegal, fraudulent, offensive, inappropriate, or other harmful behavior. For more information about the use of these tools, check out Communication & Player Behavior and Anti-Cheat & Fraud Prevention below.

Send to top

C. Disclosing Personal Info

Summary: We disclose your personal info for the purposes set out in this Notice, including to provide the Services, for advertising purposes, to enforce the Terms of Service, secure the Riot Services, or if we're required to do so by law or respond to legal process. In certain jurisdictions, we may use advertising services that obtain information from cookies or other trackers or use your email address, including for the purpose of delivering advertising to you based on your activities across third party, nonaffiliated websites and platforms. In states with comprehensive privacy laws where this sort of advertising may be subject to an opt out, we do not do this.. In other words,

we do not "sell," "share," or use personal info for "targeted advertising" purposes in those U.S. states that require these defined activities to be subject to an opt-out.

We may disclose the personal info we collect to the following categories of parties:

To Riot Games-controlled subsidiaries and affiliates that provide services to us so we can more seamlessly operate, support, and improve the Riot Services (such as to facilitate account transfers and provide Player Support in your local language). Since we're a global company, this means your personal info may be transferred to or stored in locations outside your country of residence (see International Personal Info Processing). To learn more about the Riot Games entity or, where applicable, entities that control and are responsible for your personal info, see Contact Us below.

To service providers that operate on our behalf for the purposes discussed in this Notice (see Using Personal Info). For example, when you buy something on the Riot Services, we'll disclose your payment-related personal info to entities we've engaged to process payments and provide similar financial services (like fraud prevention). Other common examples include service providers that help us store data, send marketing emails, provide Player Support services, assist with research and analysis of our services, and organize competitive tournaments. We may also transfer your personal info in some cases to our professional advisers (who are sometimes independent "data controllers") such as lawyers and accountants (e.g. when enforcing our contract with you).

To marketing, advertising, and analytics partners (see Analytics & Advertising).

To allow you to make information available to other players. For example, if you choose to disclose personal info publicly through interactive features we control, such as voice and text chat, you should understand that this personal info becomes viewable and/or accessible to others. We reserve the right (but have no obligation) to monitor and record your use of them, including for purposes like enforcing our Terms of Service and applicable player behavior requirements (see Communication & Player Behavior and Anti-Cheat & Fraud Prevention.

To recipients in the event of any reorganization, merger, sale, joint venture, assignment, transfer, or other disposition of all or any portion of our business, assets, or stock (including in connection with any bankruptcy or similar proceedings). This means your personal info may be one of the assets transferred to the acquiring entity in such situations, according to Riot Games' legitimate interest in engaging in such transactions and operating and expanding our business.

To the Riot Games developer community via the Riot Games API so they can help contribute to the player experience. Please note that your in-game name (e.g.

Summoner Name or Riot ID) and gameplay statistics (like your match history, item builds, and average number of kills and deaths) are viewable to others and may be disclosed through the API.

We may also disclose personal info to:

Comply with applicable law or respond to legal process (like requests from law enforcement or other public or government authorities), including based upon our legitimate interest in doing so;

Securely operate the Riot Services (like stopping attacks on our systems), based on Riot Games' players' and non-players' legitimate interest in the Riot Services being a safe and secure environment;

Protect players and non-players (such as to help prevent serious injury, abuse, or crime), based on Riot Games' players' and non-players' legitimate interest in the Riot Services being a safe and secure environment; and

Protect our own rights, property, and operations (like enforcing our contracts and terms—including the Terms of Service—and pursuing available remedies or limiting the damages we may sustain), based on Riot Games' legitimate interest in protecting and preserving such and enforcing its legal rights.

Send to top

D. Analytics & Advertising

Summary: Some of the personal info we collect is used and disclosed for analytics and advertising purposes.

Some of the personal info we collect is used and disclosed for analytics and advertising purposes. This personal info may be collected through cookies and other technologies incorporated into the Riot Services as described in Cookies & Related Technologies. In addition to the technologies we operate, we incorporate technologies offered by service providers. For example, we use technologies from analytics providers (like Google Analytics) to help evaluate and report on the use of Riot Services and technologies from ad partners (like Meta) to support our marketing and advertising efforts. Some of these technologies are able to track your activities across non-affiliated services and obtain or infer personal info about you for purposes of showing you relevant advertising based on your preferences and interests.

We have chosen not to use advertising services that constitute a "sale," "share" or use of personal info of consumers for "targeted advertising" purposes in those U.S. states that require these defined activities to be subject to an opt-out. For those U.S. states that require an opt-out, we require the ad partners we work with to process the personal info they receive only as permitted by a service provider or processor under state privacy law, and only to provide the services. We accomplish this through contractual restrictions with our ad partners and technical controls, including by enabling settings (where offered by an ad partner) limiting their processing of personal info (such as the "Limited Data Use" setting within Meta). We are therefore not required to provide an opt-out of the "sale" or "sharing" or use of personal information for "targeted advertising," as those are defined under applicable laws.

Some analytics providers and ad partners offer you choices about how they collect and use your personal info directly on their websites. To learn more about opting out of Google Analytics, please review Section VI. Please note that opting out through these industry tools won't necessarily prevent personal info from being collected automatically on the Riot Services, and it doesn't mean you'll receive fewer ads or stop them from being displayed. Instead, the ads you do receive might be less relevant to your interests.

Send to top

E. Communication & Player Behavior

We've empowered our players to help enforce our policies (e.g. the acceptable use and behavioral policies that we publish from time to time on the Riot Services) related to certain in-game behavior. For example, players may report each other and submit info about their in-game activity and actions to help us determine if the reported behavior constituted a violation of rules and procedures that apply to player conduct, as well as any potential repercussions (such as temporary or permanent account suspensions or chat restrictions).

We also record and store, and reserve the right (but have no obligation) to monitor voice and text chat and similar details about optional interactions for a period we determine is appropriate to help us, among other things, address disruptive behavior, improve our services, enforce our rules and policies and Terms of Service, and foster a more positive gaming community for our players. We engage in these activities to manage our contractual relationship with you, comply with a legal obligation (e.g. to keep the Riot

Services safe and secure), and/or because we have a legitimate interest (e.g. understanding how the Riot Services are used, keeping them secure, and improving them).

We use both manual (like enabling you to report such behavior through Player Support tickets) and advanced automated (such as machine learning, transcription, and analysis) tools and techniques to support these efforts.

To enable us to monitor compliance with our policies and terms, we develop template patterns of inappropriate behavior (e.g. abuse, hate speech, cheating, threats, offensive or inappropriate names), which we consider indicative of prohibited behaviors. We do this based upon an analysis of social features like voice and text chat, including files uploaded or exchanged through chat, and actual behaviors when you use the Riot Services. We grade these patterns of inappropriate behavior based upon their severity with different consequences (e.g. temporary or permanent account restrictions or communications restrictions) for players based upon how serious their conduct is. If another player makes a complaint about your behavior, our advanced automated tools use these patterns of inappropriate behavior and grading system to compare your behavior over time with these patterns of inappropriate behavior and, if it is determined that you have engaged in inappropriate behavior, make a decision as to the consequences for you of your behavior. This helps us enforce our policies and terms, secure the Riot Services, detect and prevent unauthorized activity, maintain the competitive integrity of the Riot Services, and prevent illegal, fraudulent, offensive, inappropriate, or other harmful behavior.

Our complaints procedure may allow you to appeal a decision. In this case, we may provide you with info that illustrates our rationale and factors that contributed to our decision, along with some tips on how to avoid repeating such behavior in the future. If you still wish to appeal, you may request one of our agents to review your case who will make a final manual determination as to the correct outcome based on the available evidence.

Please be kind to other players, observe our policies related to player behavior (including our Terms of Service), and always be thoughtful about how you communicate with others!

F. Anti-Cheat

We always seek to offer players a fair, fun, and competitive gaming experience on the Riot Services. Our Terms of Service strictly prohibit use of unauthorized third-party programs that interact with the Riot Services, including mods, hacks, cheats, scripts, bots, trainers, and automation programs. As described in Communication & Player Behavior, we may use anti-cheat and fraud prevention technologies (such as anti-cheat software that may run in the background of your device) that may make automated decisions (such as temporary or permanent account suspensions, communications restrictions, removal of content, or limited access to game content) based on our monitoring of social features like voice and text chat and actual behaviors when you use the Riot Services (see Personal Info We Collect). We engage in these activities to manage our contractual relationship with you, comply with legal obligations (e.g. to keep the Riot Services secure), and/or because we have a legitimate interest (e.g. understanding how the Riot Services are used, maintaining their integrity, and improving them).

Our complaints procedure may allow you to appeal a decision. In this case, you may request one of our agents to review your case who will make a final manual determination as to the correct outcome based on the available evidence.

Send to top

IV. THIRD-PARTY WEBSITES AND SERVICES

Summary: We allow interactions with third parties to make your experience better, but our Notice doesn't and can't apply to third parties. We're unable to guarantee that independent third parties adhere to the same practices as us, so please be sure to read their policies and terms before disclosing personal info to them.

There are several ways you might disclose personal info to third-party websites or services in connection with your visit, including:

External Links. If you click on links to external websites or services that are operated by third parties, they may collect, use, and disclose your personal info pursuant to their own policies (not ours). Including a link to or from third-party services doesn't mean we've endorsed their practices.

Account Integrations. The Riot Services use interfaces that allow you to interact with third-party websites, applications, or similar services during your visit, including on or through your Riot Games account or an account you've created with such third parties. For example, we partner with social media companies to provide features that facilitate social sharing and connections (such as the Facebook "Like" button and other widgets). These features may collect info about your interactions with them and the Riot Services, and may use technologies like cookies to function properly. How third-party companies like Meta process and control your personal info they collect directly from you is controlled by their own privacy policies.

Microsoft Xbox Game Pass Integration. For players on PC and Xbox, when you link an Xbox profile with an active Game Pass membership, Riot Games will disclose gameplay info to Microsoft for accounting, internal reporting, business planning, and product improvement efforts. You can stop disclosing this info by disconnecting your Xbox profile from your Riot Account.

Our Facebook fan pages. Riot Games has official Facebook fan pages. These include official Riot Games and game-specific fan pages. Meta collects personal info from these pages according to its privacy policy and provides statistics and insights to Riot Games to help us understand the types of actions people take on our fan pages. Learn more about this in Facebook Fan Pages.

Please remember to contact third parties directly (and not Riot Games) if you have any questions or concerns about their practices.

Send to top

V. INTERNATIONAL PERSONAL INFO PROCESSING

Summary: We're a global gaming company with operations around the world. When you use the Riot Services, your personal info may be processed anywhere we, our partners, or service providers do business, including the United States, providing that adequate technical and organizational measures are in place to ensure the security of your personal info.

(1) OPERATING THE RIOT SERVICES. Depending on your location, the Riot Services are operated by or on behalf of Riot Games from:

in the case of Riot Games, Inc. and Riot Games Merchandise, Inc., the United States;

in the case of Riot Games, LLC, Japan;

in the case of Riot Games Services PTE. LTD., Singapore; and

in the case of Riot Games Ltd. and Riot Games Ireland Merchandise Ltd., Ireland.

For important details regarding which laws apply to your use of the Riot Services and any disputes with Riot Games, be sure to check out the Terms of Service. See Contact Us to see who is the Riot Games entity or entities which control and are responsible for your personal info.

(2) CROSS-BORDER TRANSFERS AND STORAGE. To facilitate our operations, we may transfer, process and store your personal info in jurisdictions other than where you live, including the U.S, Turkey, Romania, Russia, Southeast Asia, and South America. Laws in these countries may differ from the laws applicable to your country of residence. For instance, if you are an EEA or UK data subject and your personal info is disclosed to our affiliates, partners, or third-party service providers acting on our behalf outside of the EEA or UK, then it is done so pursuant to necessary means to ensure an adequate level of protection. In certain circumstances, courts, law enforcement agencies, regulatory agencies or security authorities in those other countries may be entitled to access your personal info.

We've implemented and maintain a framework consistent with applicable law and this Notice for transfers of personal info outside the country of collection, including, for example, through the use of Standard Contractual Clauses when we transfer personal info outside of the EEA and the UK. You can learn more about EU Standard Contractual Clauses on the European Commission website [ec.europa.eu/info/law/law-topic/data-protection/] and to request a copy of them Contact Us. We may also need to transfer your personal info to provide the Riot Services to you in accordance with the Terms of Service. By using the Riot Services, you acknowledge that we may transfer your personal info to (and process it in) countries outside of your country of residence, each of which may have different privacy rules than your country.

(3) OUR DATA PRIVACY FRAMEWORK CERTIFICATION. Riot Games, Inc. participates in and has certified its compliance with the EU-U.S. Data Privacy Framework, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework as set forth by the U.S. Department of Commerce. Riot Games, Inc. has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles (EU-U.S. DPF Principles) with regard to the processing of personal data received from the European Union and the United Kingdom (and Gibraltar) in reliance on

the EU-U.S. DPF and the UK Extension, and from Switzerland in reliance on the Swiss-U.S. DPF.

Riot Games, Inc. is committed to subjecting all personal info received from the EEA, UK, and Switzerland, respectively, in reliance on each Data Privacy Framework, to the Frameworks' applicable Principles. To learn more about the Data Privacy Framework (DPF) program, and to view our certification, please visit https://www.dataprivacyframework.gov/.

Riot Games, Inc. is responsible for the processing of personal info it receives, under the Data Privacy Framework, and subsequently transfers to a third party acting as an agent on its behalf. Riot Games, Inc. complies with the Data Privacy Framework Principles for all onward transfers of personal info from the EEA, UK, and Switzerland including the onward transfer liability provisions.

With respect to personal info received or transferred pursuant to the Data Privacy Framework, Riot Games, Inc. is subject to the regulatory enforcement powers of the U.S. Federal Trade Commission. In certain situations, Riot Games may be required to disclose personal info in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

In compliance with the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF, Riot Games, Inc. commits to resolve DPF Principles-related complaints about our collection and use of your personal information. EEA, UK, and Swiss individuals with inquiries or complaints regarding our handling of personal data received in reliance on these frameworks should first contact us at dpo@riotgames.com or via the mailing addresses in this section. If you have an unresolved privacy or data use concern that we have not addressed satisfactorily, please contact our U.S.-based third party dispute resolution provider [feedback-form.truste.com/watchdog/request] (free of charge).

Under certain conditions, more fully described on the Data Privacy Framework website [www.dataprivacyframework.gov], you may be entitled to invoke binding arbitration when other dispute resolution procedures have been exhausted.

Send to top

VI. YOUR RIGHTS, CHOICES AND CONTROLS

Summary: You have rights and choices regarding your use of the Riot Services and the ways we process personal info. Since you can interact with us in many different ways, the particular controls available to you often depend on the nature of our relationship.

You can use many parts of the Riot Services without ever creating an account, purchasing our products or services, or otherwise submitting personal info like your name or email address to us. If you do choose to visit or use the Riot Services, we generally retain the related personal info as long as your account is active or as is otherwise necessary to provide the Riot Services, operate our business (including for legitimate purposes like complying with our legal obligations, managing internal books and records, preventing fraud, resolving disputes, and enforcing our contracts and terms, such as this Notice and the Terms of Service) or to achieve the purposes set out in this Notice, unless a longer retention period is permitted or required by law.

The precise periods for which we keep your personal info vary depending on the nature of the personal info, why we need it and relevant legal or operational retention needs. Factors we consider in determining these periods include the minimum required retention period prescribed by law or recommended as best practice, the period during which a claim can be made with respect to a contract or other matter, whether the personal info has been aggregated or pseudonymized, and other relevant criteria. For example, the retention period applicable for your personal info needed to provide the Riot Services to you (such as accessing the games) is limited to how long you maintain an account. When your account is deleted, Riot will delete the relevant personal info for that purpose (providing the service to you) but will keep some account-related personal info (your match history, for instance) for other defined purposes such as security and fraud detection. As another example, communications logs/history info is retained at minimum for a period of time sufficient to allow any complaints to be filed after a match, and if such a complaint is filed, for a period of up to two years from their creation or a period of time sufficient to investigate the complaint. This is to enable Riot to properly investigate infringements of our rules and policies such as fraud, cheating and disruptive behavior.

You can limit the personal info you disclose to third parties through integrations, such as by choosing not to link your Riot Games account with third-party services or disabling such links through your account (see Third-Party Websites and Services).

We offer players choices about the types of communications they receive from Riot Games. If you choose to receive marketing and promotional emails from us but later change your mind, simply "unsubscribe" by following the instructions in the relevant email. These choices don't apply to mandatory communications that are part of the Riot Services, like important account-related notices.

The Riot Services also have many built-in tools to help players exercise control over their personal info directly. For example, you can generally mute or disable voice or text communication functionality and change other preferences from your account settings. If you need help with any of these options, be sure to Contact Us.

Many Internet browsers allow you to reject, manage, and delete cookies. You may also be able to manage other similar technologies, like HTML5, by changing your browser settings. To learn more about cookies and similar technologies, including details of how to manage or disable them, go to Cookies & Related Technologies.

If you don't want to take advantage of the services that third-party analytics and advertising companies provide on the Riot Services, you may be able to opt out (or opt in if you are in the EEA or UK) of some of them by visiting YourAdChoices.com or Optout.NetworkAdvertising.org, or if you're located in the EEA, UK, or Canada, YourOnlineChoices.eu or YourAdChoices.ca respectively. For a representative list of third-party advertising and analytics partners that operate on the Riot Services, as well as details about how to opt out (or opt in if you are in the EEA or UK) to the extent applicable, see Cookies & Related Technologies.

Some U.S. states (like California) and non-U.S. regions (like the EEA and UK) provide additional rights by law. Based on your jurisdiction, you may have some or all the rights listed below:

● Access: The right to obtain confirmation as to whether your personal info is being processed, to know what personal info we have about you, including the categories of

personal info, the categories of sources from which the personal info is collected, the business or commercial purpose for collecting, selling, or sharing the personal info, the categories of personal info sold, shared, or disclosed for a business purpose, the categories of third parties and vendors to whom we disclose the personal info, and the specific pieces of personal info we have collected about you. You can also learn more about how to request access to your account info using the information in the Contact Us section below.

● Correction: The right to have rectified any inaccurate personal info concerning you.

● Deletion: The right to delete personal info that we have collected from you, subject to certain exceptions. You can correct your personal info in the Account Management portal or submit a request for access or deletion with Player Support.

● Restriction: The right to restrict the processing of your personal info in certain cases.

● Data portability: The right in certain cases, to receive the personal info concerning you in a structured, commonly used and machine-readable format and/or transmit that personal info to another data controller.

● Objection: In some cases required by law, the right to ask us to stop processing your personal info. Your right to object includes where we process your personal for performing a task in the public interest or pursuing our legitimate interests or those of a third party.

● Right to withdraw consent: Where your consent is required, you may at any time withdraw such consent (though this will not affect the lawfulness of any processing of your personal info prior to that).

We do not "sell," "share" or use personal info of consumers for "targeted advertising" purposes in those U.S. states that require these defined activities to be subject to an opt-out. We are therefore not required to provide an opt-out.

In all other jurisdictions, you may be able to opt-out of having information about your activity on the Riot Services (such as use of the website and app) disclosed to partners for personalized advertising purposes on third-party platforms by following the instructions in the Analytics & Advertising section.

Account holders who have requested to receive our marketing communications may opt out by logging in and visiting your Account Management Portal and unchecking the box in Communication Preferences. This will opt you out of communications regarding new releases, game updates, events, or other Riot-related content.

If you're concerned with the way we're handling your personal info, or if you would like to exercise the rights available to you, please Contact Us. For account holders, you may also submit requests through your Account Management portal. We will confirm receipt of and respond to your request consistent with applicable law.

Before we process such requests, we may ask you to verify your identity (like by logging-in to your account or providing us with certain personal info to help us confirm ownership) and we may request payment where allowed by law.

You may also make a rights request using an authorized agent. Authorized agents can Contact Us in the same manner as you to initiate the rights request on your behalf. An authorized agent request must include (a) the name and email address of both you and the agent, and (b) the written permission, signed by you, granting authority to the agent, such as a power of attorney. If we receive a rights request from an authorized agent who does not provide a valid power of attorney, we may ask the authorized agent to provide proof that you gave the agent signed permission to submit the request to exercise rights on your behalf. In the absence of a valid power of attorney, we may require you to verify your own identity directly with us, confirm with us that you provided the authorized agent permission to submit the request, or deny the request.

Note that asking us to delete personal info or refrain from processing it may also result in us being unable to make certain Riot Services available to you, in which case you'll no longer be able to access those Riot Services. If you withdraw your consent (including for marketing purposes), it does not affect the lawfulness of what we did up until that point. We may also retain certain personal info associated with your account for purposes like complying with our legal obligations, managing internal books and records, preventing

fraud, resolving disputes, and enforcing our contracts and terms, such as this Notice and the Terms of Service.

You also have the right not to be discriminated against for exercising any of these rights.

If we don't take action on your request, or you're not satisfied with a decision, you may appeal the decision by submitting an appeal request through Contact Us. If you appeal the decision, a Player Support representative will review your request independently, and inform you of any action taken or not taken in response to the appeal, along with a written explanation of the reasons in support of the response within 45 days (unless a further extension is needed, which we will inform you about in advance). If the appeal is denied, we will also provide you with a method through which you may submit a complaint.

If you're in the EEA or UK, you may lodge a complaint with an EEA or UK data protection authority for your country or region where an alleged infringement of applicable data protection law occurs. Riot Games lead supervisory authority under the GDPR is the Irish Data Protection Commission [dataprotection.ie].

If you're in Australia, please note that you generally have the right to deal with us anonymously or using a pseudonym (unless it's not practicable for us to deal with you on this basis). Also, please Contact Us if you would like to complain that we have breached the Australian Privacy Principles or any applicable code.

Send to top

VII. SECURITY

Summary: We're committed to securing personal info and complying with our obligations under applicable data protection laws, but can't absolutely guarantee the security of any personal info we collect from you. By choosing to disclose personal info to us (or anybody else online these days), you're acknowledging this risk.

We use appropriate physical, technical, and organizational security safeguards to help protect your personal info from unauthorized access, destruction, use, modification, or

disclosure both during transmission and in storage. For example, we use computer systems with limited access in controlled facilities to store personal info. We also use technologies like encryption and hashing to protect some of the personal info we collect.

However, please note that no server, communications network, or data transmission over the Internet is 100% secure. The Riot Services are no exception. We can't guarantee the security of any personal info transmitted through the Riot Services and make no assurances about our ability to prevent any such loss or misuse.

It's up to you whether you'd like to disclose personal info to us; if you do, you're acknowledging that you're doing so with this risk.

Send to top

## VIII. UPDATES AND REVISIONS

We'll update this Notice from time to time to reflect changes in technology, law, our business operations, or any other reason we determine is necessary or appropriate. When we do make changes, we'll update the "Last Modified" date at the top of the Notice and post it to the Riot Services. If we make material changes to the Notice or the ways we process personal info, we'll provide you additional notice as well (such as by prominently posting a notice of the changes on the Riot Services before they take effect or sending you a notification directly).

We encourage you to check back periodically to review this Notice for any changes since your last visit. This will help ensure you better understand your relationship with Riot Games, including the ways we process your personal info.

Send to top

## IX. CONTACT US

For game-related requests or concerns (e.g., trouble accessing your account, billing matters, skins or content availability, reporting bugs or similar technical issues,

discussing a ban, deleting an account, reporting a player, etc.), please contact our Player Support team. You can also view our Player Support page for up to date info and troubleshooting guides.

If you have any questions or concerns about this Notice or our privacy practices, please send them to our Data Protection Officer via email at dpo@riotgames.com or via postal mail at the appropriate address listed below.

FOR OUR PUBLISHING OPERATIONS:

If you live anywhere in North, Central or South America (except Brazil):

Riot Games, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States

If you live in Japan:

Riot Games, LLC

Attn: Legal Department

Roppongi Hills Mori Tower 34F

6-10-1, Roppongi, Minato-ku,

Tokyo 106-6134

Japan

If you live in SEA:

Riot Games Services PTE. LTD.

Attn: Legal Department

9 Straits View, #16-07, Marina One West Tower

Singapore 018937

If you live in the EEA, UK or Switzerland:

Your personal info is jointly controlled by:

Riot Games Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland

and

Riot Games, Inc

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States

Riot Games Ltd is, as between it and Riot Games, Inc. primarily responsible for your personal info (including for ensuring compliance with data protection law) and has the power to implement decisions regarding your personal info. It is your primary contact point, but you can exercise your rights in respect of and against it or Riot Games, Inc.

If you live anywhere else, including Brazil:

Riot Games Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland


FOR OUR MERCH STORE OPERATIONS:

If you live in the United States, Canada, Brazil, Hong Kong, Singapore, Taiwan, Australia, or New Zealand:


Riot Games Merchandise, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States


If you live in the EEA, UK or Switzerland:


Your personal info is jointly controlled by:


Riot Games Ireland Merchandise Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland


and



Riot Games Merchandise, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States


Riot Games Ireland Merchandise Ltd is, as between it and Riot Games Merchandise, Inc. primarily responsible for your personal info (including for ensuring compliance with data protection law) and has the power to implement decisions regarding your personal info. It is your primary contact point, but you can exercise your rights in respect of and against it or Riot Games Merchandise, Inc


If you live in Turkey or Russia:


Riot Games Ireland Merchandise Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland


Send to top


TRUSTe


Riot Games

PressSecurityLegalLeadershipCandidate PrivacyTerms of ServicePrivacy NoticePlayer SupportE-VerifyAccessibilityAnnual Reports

Follow us on Twitter

Follow us on Instagram

Follow us on Tiktok

Share this on LinkedIn

Follow us on Facebook

Watch on YouTube

Cookie Preferences© 2025 Riot Games, Inc. All Rights Reserved.


**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate


Executed on April 28, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*


Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk