Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>          Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>               Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>[FILED UNDER SEAL]<br><br><br>PLAINTIFF'S NOTICE OF RECEIPT OF ANONYMOUS TIP; MOTION FOR IN CAMERA REVIEW AND REQUEST FOR PROTECTIVE ACTION |

Dated this: May13, 2025

*M. Wolstenholme.*

[MARC WOLSTENHOLME]

**[FILED UNDER SEAL]**

**Sensitive, Criminal and Urgent**

1

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND

REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

## I.    SEALED NOTICE AND MOTION FOR IN CAMERA REVIEW

To the Honorable Court, and to the Honorable Judge Fernando M. Olguin:

Plaintiff respectfully submits this sealed notice and motion requesting an in camera review of a serious and highly sensitive anonymous communication received on May 13, 2025 at 00:01 UTC, via ProtonMail from the address arcanecase@proton.me. The message contains:

Allegations of fabrication of legal evidence;

Allegations of destruction of digital records;

Allegations of use of falsified emails as future litigation exhibits;

Cloaked warnings of harm and implications of retaliatory action;

Identification of a third-party data company allegedly involved in sanitizing evidence.

This message is both disturbing and detailed, referencing individuals and timelines directly tied to this litigation.

2

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

## II.     Not the Usual Ongoing Harassment

This communication does not read nor follow the structure, tone, or intent of the harassing and abusive hate mail Plaintiff has received throughout these proceedings. Unlike the crude, threatening form submissions from anonymous trolls, this message was sent directly to Plaintiff's private email address, via a secure and sophisticated channel (ProtonMail), and contains substantive, case-specific intelligence.

It reflects:

A well-developed knowledge of the case record;

Awareness of Plaintiff's past procedural steps;

Reference to Defendant's submission of misleading Riot Forge material, which Plaintiff has previously challenged;

Detailed insight into internal communications, dates, document formats, and data handling processes allegedly used by Riot Games and Chronodisk.

The credibility of the communication is further reinforced by website activity analytics on May 12, 2025, showing targeted international traffic from regions tied to Fortiche, Tencent, and Chronodisk.

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

### III.      SUBSTANCE OF THE TIP

The anonymous message alleges that a company called Chronodisk was engaged by associates of the Defendants to "scrub" computer systems at Fortiche's Paris-based headquarters during February 2025. The sender states that the relevant devices have since been relocated to Fortiche's Spanish division in Las Palmas.

The email further alleges that fabricated internal emails dated August 2018, January 2019, and potentially mid-2019, supposedly between Christian "Praeco" Linke, Alex Yee, and Jane Hoffacker, will be presented by Defendants as authentic proof of independent development of Arcane. These documents are alleged to include:

Season 1 "final" scripts;

Season 2 early drafts;

Accompanying concept art;

Communications prepared specifically to create false timelines.

4

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

## IV.    ABOUT CHRONODISK

Chronodisk is a verified digital recovery and data forensics company with:

A laboratory and clean room in central Paris;

A second site in Montreal, Canada (841 Cherrier Street, Montreal, QC).

Chronodisk's operations and credibility add significant weight to the assertion that Fortiche's systems may have been systematically wiped or altered.

5

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND

REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

## V.    SUSPICIOUS WEBSITE ACTIVITY (PRE-EMAIL)

On May 12, 2025, hours before receiving the anonymous message, Plaintiff's website experienced a sharp surge in traffic from IP addresses in regions associated with Riot, Tencent, Fortiche, and Chronodisk. These included:

Paris, France (Fortiche HQ and Chronodisk);

Montpellier, France (Fortiche);

Hong Kong & Singapore (Tencent regional offices);

Shenzhen, China (Tencent HQ);

Montreal, Canada, with a visitor logged within 1.4 km of Tencent and 3 km of Chronodisk;

London, UK (Hendon, Barnet), a recurring location appearing after major case events.

This traffic strongly correlates with strategic surveillance and adds circumstantial credibility to the email's origin and intent.

6

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

## VI.     HEALTH AND SAFETY IMPACTS

Plaintiff is currently bedridden with labyrinthitis, a severe inner ear condition causing constant vertigo. Plaintiff also suffers from complex PTSD and other chronic injuries, exacerbated by litigation stress and threats.

The email's references to "containment" and "consequences" read as veiled death threats, deeply affecting Plaintiff's mental and physical wellbeing.

## VII.     ATTACHED UNDER SEAL:

Exhibit A- Arcane Case- PDF copy of the anonymous email, Message ID, and metadata. Full header metadata confirming delivery via ProtonMail's Swiss server (IP: 79.135.106.97);

Exhibit B-Unusual website activity on the 12.05.2025 from France, Honk Kong, China and Montreal- Website traffic logs (pre-email spike).

Exhibit C- Report for Authorities – Anonymous Insider Tip Regarding Alleged Evidence Tampering in Federal Litigation-

Exhibit D- Screenshots of the message in Plaintiff's inbox.

7

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

## VIII.      REQUEST FOR JUDICIAL REVIEW AND PROTECTIVE ACTION

Plaintiff respectfully requests:

The court initiate criminal investigations and proceedings with appropriate agencies.

That this filing and its attachments remain under seal;

That the Court conduct an in camera review of the anonymous message and associated material;

That the Court consider issuing a preservation order to ProtonMail, Fortiche France, and Fortiche Spain, and Tencent Montreal, and perhaps Chronodisk in both Paris and Montreal for all records related to:

The alleged internal emails;

Communications between named parties;

Any system activity logs for the months of August 2018 to July 2019;

Records of any use of Chronodisk or any other data recovery wiping companies.

That Riot Games not be granted access to this filing or its content unless the Court determines disclosure is appropriate;

That the Court consider scheduling a private hearing or telephonic conference with the Plaintiff to discuss this matter in confidence.

That the Court reviews the patterns of corrupt and alarming behaviors of Riot Games and its legal team in these matters, which the Plaintiff has been documenting.

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

## IX.     REASONS FOR SEALING

Plaintiff respectfully submits that good cause exists for the Court to seal this filing and all associated exhibits pursuant to Local Rule 79-5.1 and Federal Rule of Civil Procedure 26(c):

The filing includes highly sensitive and nonpublic information relating to a whistleblower-style disclosure that, if accurate, could implicate criminal activity including fabrication of evidence and spoliation. The Plaintiff has already shown that the Riot Forge submission portal document presented, under ambush during the settlement conference, by Riot Games as evidence was manipulated and misrepresented as evidence.

The communication contains cloaked and veiled threats suggesting a broader campaign of intimidation and suppression, posing a credible and ongoing threat to Plaintiff's physical and psychological safety.

The tip was delivered through ProtonMail, a secure encrypted Swiss-based platform, which strongly indicates the sender intended for the message to remain confidential and protected from adversarial access.

Disclosure to Defendants at this stage could compromise potential investigations, allow preemptive destruction of records, or intimidate others with knowledge of the misconduct.

9

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

Plaintiff has been subject to escalating and coordinated harassment and is currently managing serious medical conditions including labyrinthitis and complex PTSD, conditions exacerbated by ongoing litigation pressure and threats.

Critically, if this filing remains sealed and Defendants subsequently take any of the exact actions warned of in the anonymous message or present the evidence with correct dates and manipulated content, including submission of the alleged emails or failure to produce systems for forensic review, this sealed document becomes direct proof of criminal intent, premeditated spoliation of evidence, and potential fraud upon the Court.

Accordingly, Plaintiff seeks protection of the content, attachments, and associated metadata under seal to allow the Court to evaluate the materials in camera.

10

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

## X.    LEGAL AUTHORITY

This motion is grounded in the Court's inherent powers and the following authorities:

Fed. R. Civ. P. 26(c) — permitting protective orders to protect a party from "annoyance, embarrassment, oppression, or undue burden or expense."

Chambers v. NASCO, Inc., 501 U.S. 32, 43–46 (1991) — reaffirming the Court's inherent power to manage its own proceedings and protect the integrity of litigation.

Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006) — sealing permitted for documents where "compelling reasons" exist, including when disclosure could be used "as sources of business information that might harm a litigant's competitive standing."

Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003) — recognizing courts' ability to manage sensitive discovery material that could compromise litigation fairness.

C.D. Cal. L.R. 79-5 — establishing procedural guidelines for filing sealed materials in civil matters.

These authorities justify both the request for sealed status and the limited in camera review requested herein.

11

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

## XI.    CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court:

Accept this submission and its exhibits under seal;

Conduct an in camera review of the anonymous email and its supporting context;

Preserve the sealed status unless and until the Court deems disclosure appropriate;

Consider scheduling a private or telephonic hearing to address the matter confidentially;

Issue any necessary preservation orders to prevent the destruction or manipulation of relevant evidence by the parties identified;

Recognize that this message, if corroborated by subsequent events or disclosures by Defendants, may serve as direct evidentiary proof of intentional misconduct, spoliation, and fraud upon the Court.

Consider what protection and other agencies may need to be involved in proceedings.

The Plaintiff submits this motion with great urgency and in good faith, for the protection of the judicial process, the integrity of pending proceedings, and personal safety.

12

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

**XII.    Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on May 13, 2025, in Coventry, England.

Respectfully submitted,

Signature:    *M. Wolstenholme.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

13

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

Hey there friend

I want to give you a hand.
First of, I gonna to be honest here: I don't think you can win against Riot Games/Tencent. This is not me being pessimistic, is about being realistic. They have the means to silence you if things "breach containment", so to speak. If anything, I would urge you to  make the case as public as possible to keep yourself safe.

That being said, I still think you deserve a fighting chance;

As of right now, Riot's Legal Team is VERY confident in that the Court will dismiss your case. They are mostly reliant on the proof "Riot Forge Argument"....  HOWEVER if that fails in the next hearing, they will move to **Plan B**: They will fill a motion to bifurcate discovery to a new "proof" they will present: A series of emails between Praeco/Yee and Jane Hoffacker. The emails are from August 2018/ January 2019 and *I thiiiink* July or June 2019 (but don't take my word for the last one, I'm not sure I'm got it right). The emails from August and January "contain"  9 PDF documents with the "final" script for Season 1; the other mail has the first 5 episodes from S2. (There is also some concept art that was meant to be shared with the skins team at Riot CA, but I'm not sure in which format was sent or if it was a separate mail entirely).

The date of the emails is real. The content is not.

Trying to "investigate" the computer/servers at Fortiche France is a waste of time. During the entire month of February,  they sent a guy (or several, honestly I don't know) from a company called Chronodisk to "Secure" (read: to scrap) everything... BUT there is still something: Many of the computers that the French team used during 2019/2020 were moved to their Spain division (Laspalmas).

All of this to say; If you manage to pass the next step of the process, and IF can push enough to get them to investigate the content of those emails, you must make sure the **Court orders their Email server to produce/verified the mails**. Sending forensic investigators to check the PC at either Riot HQ or Fortiche Paris will get you nothing. Is the only way you might get a step up.

Do what you want with this information. Just be smart about it.
; )


**Message ID:**
EQz5SBu3Qr5qmsMlGrunG-
WIfAHMHkERBiR_XCmleVf5SZxKgRmROynWLZe4dILu2qQG0ygQqBWMzfhrJtkq_FV7Tjmda
zhQvAm7ByazyYo=@proton.me

```
Delivered-To: marc@mwwolf-fiction.co.uk
Received: by 2002:a05:6520:258f:b0:2b2:74ee:366e with SMTP id
u15csp2922681ky;
        Mon, 12 May 2025 16:01:35 -0700 (PDT)
X-Google-Smtp-Source:
AGHT+IHFXSRwpDMGtgz7xuhsAxJazS8Pae5cj651PfVNwBnEoxF+BD0FsCM+XJSgIu3SYn4
0uHwr
X-Received: by 2002:a05:6512:6097:b0:549:7145:5d2d with SMTP id
2adb3069b0e04-550d0bd1f56mr370219e87.16.1747090895502;
        Mon, 12 May 2025 16:01:35 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1747090895; cv=none;
        d=google.com; s=arc-20240605;

b=FzClUoV8hzEBBg3i9g4AsvZuRWRV+QKNeWRWUI8rMq1MOa2AiujezXpX/J9zu4/mVm

7llBQ/NVHSAEB4u9fXcb6qHZcnOx+QsV9I1iv2Ae8SKSb5HmjG2laUC+i/PgCrhAIYBB

VODQqVQI1uO1Y8tXbICz0hFzcMhEZTxfXrDUF9Dd/sXDqwf0p8zJUVYrwcvUO0HSaPZd

UneK9rJfTx8qu4+IepUdZyE7bYNgWrFYYv6aVGopNnIx2VVvMQS30EgrIqAfM0HfFgOo

JsFL2AAvcO9uVcsW5mS7hkjUsPs/DxnOjlU9O/VDHyKF1gIKcUAcyVZaePOfhYq/DFEz
          Pb/w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=google.com; s=arc-20240605;
        h=mime-version:feedback-id:message-id:subject:from:to:date
         :dkim-signature;
        bh=KTuuvp2Sy0NSfJD/zE69MTmRLXpvllZRIt0CWL2qvoc=;
        fh=2xst8XG9Gf0VXJoitn1CNWsJQ7zs3Pw+IjptsSScUPo=;

b=VIGMqBSOHUHyR1XKSbVybr/bJarpDlogCYnJ5zn4iwYuyo1suE67vkbRoc/LVc+Q1z

wqG17up8OmqumOdXk711qZp4Tk6Rqb16QIGY1M1OCu47bsR0Vd9HUKYL8Vwqud6FoNfh

bes5malCHwpXkUMUi/DiMc7Is/EJxPWwDjyXjnpVenjxYRIFsHfBhoQoKHhMefl9wy+8

TFgu1FaaOJeNiymyCX7/zMg7BXRXQKvOhDqyeyqk8WmDnvSOH1SE378yzbh1WOCjENUs

65SOGrO19LLfFDC7lA4y0EzB2297/557bPfWIRKqJN6IIKAs60x25mvVCJ84IV/R8vbB
          ALxQ==;
          dara=google.com
ARC-Authentication-Results: i=1; mx.google.com;
       dkim=pass header.i=@proton.me
header.s=x7p7bzktdza53ckq46trl7nqhi.protonmail header.b=gnzjAZU8;
       spf=pass (google.com: domain of arcanecase@proton.me designates
79.135.106.97 as permitted sender) smtp.mailfrom=arcanecase@proton.me;
       dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE)
header.from=proton.me
Return-Path: <arcanecase@proton.me>
Received: from mail-10697.protonmail.ch (mail-10697.protonmail.ch.
[79.135.106.97])
        by mx.google.com with ESMTPS id 2adb3069b0e04-
54fc6474762si3973890e87.53.2025.05.12.16.01.35
        for <marc@mwwolf-fiction.co.uk>
        (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
        Mon, 12 May 2025 16:01:35 -0700 (PDT)
Received-SPF: pass (google.com: domain of arcanecase@proton.me
designates 79.135.106.97 as permitted sender) client-ip=79.135.106.97;
```

Authentication-Results: mx.google.com;
       dkim=pass header.i=@proton.me
header.s=x7p7bzktdza53ckq46trl7nqhi.protonmail header.b=gnzjAZU8;
       spf=pass (google.com: domain of arcanecase@proton.me designates
79.135.106.97 as permitted sender) smtp.mailfrom=arcanecase@proton.me;
       dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE)
header.from=proton.me
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=proton.me;
s=x7p7bzktdza53ckq46trl7nqhi.protonmail; t=1747090893; x=1747350093;
bh=KTuuvp2Sy0NSfJD/zE69MTmRLXpvllZRIt0CWL2qvoc=;
h=Date:To:From:Subject:Message-ID:Feedback-ID:From:To:Cc:Date:
       Subject:Reply-To:Feedback-ID:Message-ID:BIMI-Selector:
       List-Unsubscribe:List-Unsubscribe-Post;
b=gnzjAZU84jueXP8rtxM0Dep01WETd4qC+Jy6ee/vY0799SDkJkFVQxpbSDN5rkImD

dggmXzr/oHihQ9SB8nJEaAw5TvNfXxzGwkSaApSefHNbJJgPOvcJEeFm4rsDuzJlv7

hWQHsKQ0p8p7x4cufI/McT0tEzO/pWWsCrvSo1UXI9l6wFT5xrmbdhZBhY327uV0xT

FYLcatcGAgrJHjvGRwYIP8TFBLEAAfiDWUR5TENhSSmpql1mcaPnORrnqkc8ks6sIx

CbH+s7ufU85yvSVGZMjTUsip5r2Lwo5tPg82iAkwBPyF9+PTb4Sl3s+9IUIhEf6o0E
       VcH59+oKVJJbg==
Date: Mon, 12 May 2025 23:01:29 +0000
To: "marc@mwwolf-fiction.co.uk" <marc@mwwolf-fiction.co.uk>
From: arcanecase <arcanecase@proton.me>
Subject: Arcane Case
Message-ID: <EQz5SBu3Qr5qmsMlGrunG-
WIfAHMHkERBiR_XCmleVf5SZxKgRmROynWLZe4dILu2qQG0ygQqBWMzfhrJtkq_FV7Tjmda
zhQvAm7ByazyYo=@proton.me>
Feedback-ID: 141410674:user:proton
X-Pm-Message-ID: 2894c3976f858766c683f77e3398bbf30435f6dc
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="b1=_hwkI2fFPlKXzZUJ7uebxTbaNbmJa4anIcJ6qkUlTY"

--b1=_hwkI2fFPlKXzZUJ7uebxTbaNbmJa4anIcJ6qkUlTY
Content-Type: text/plain; charset=utf-8
Content-Transfer-Encoding: base64

SGV5IHRoZXJlIGZyaWVuZAoKSSB3YW50IHRvIGdpdmUgeW91IGEgaGFuZC4KRmlyc3Qgb2Y
sIEkg
Z29ubmEgdG8gYmUgaG9uZXN0IGhlcmU6IEkgZG9uJ3QgdGhpbmsgeW91IGNhbiB3aW4gYWd
haW5z
dCBSaW90IEdhbWVzL1RlbmNlbnQuIFRoaXMgaXMgbm90IG1lIGJlaW5nIHBlc3NpbWlzdGl
jLCBp
cyBhYm91dCBiZWluZyByZWFsaXN0aWMuIFRoZXkgaGF2ZSB0aGUgbWVhbnMgdG8gc2lsZW5
jZSB5
b3UgaWYgdGhpbmdzICJicmVhY2ggY29udGFpbm1lbnQiLCBzbyB0byBzcGVhay4gSWYgYW5
5dGhp
bmcsIEkgd291bGQgdXJnZSB5b3UgdG8gbWFrZSB0aGUgY2FzZSBhcyBwdWJsaWMgYXMgcG9
zc2li
bGUgdG8ga2VlcCB5b3Vyc2VsZiBzYWZlLgoKVGhhdCBiZWluZyBzYWlkLCBJIHN0aWxsIHR
oaW5r
IHlvdSBkZXNlcnZlIGEgZmlnaHRpbmcgY2hhbmNlOwoKQXMgb2YgcmlnaHQgbm93LCBSaW9
0J3Mg
TGVnYWwgVGVhbSBpcyBWRVJZIGNvbmZpZGVudCBpbiB0aGF0IHRoZSBDb3VydCB3aWxsIGR
pc21p

c3MgeW91ciBjYXNlLiBUaGV5IGFyZSBtb3N0bHkgcmVsaWFudCBvbiB0aGUgcHJvb2YgIlJ
pb3Qg
Rm9yZ2UgQXJndW1lbnQiLi4uLiBIT1dVSIGlmIHRoYXQgZmFpcyBpbiB0aGlIIG5leHQ
gaGVh
cmluZywgdGhleSB3aWxsIG1vdmUgdG8gUGxhbiBCOiBUaGV5IHdpbGwgZmlsbCBhIG1vdGl
vbiB0
byBiaW1jcmhdGUgZGlzY292ZXJ5IHRvIGEgbmV3ICJwcm9vZiIgdGhleSB3aWxsIHByZXN
lbnQ6
IEEgc2VyaWVzIG9mIGVtYWlscyBiZXR3ZWVuIFByYWVjby9ZWUgYW5kIEphbmVib2ZmYWN
rZXIu
IFRoZSBlbWFpbHMgYXJlIGZyb20gQXVndXN0IDIwMTgvIEphbnVhcnkgMjAxOSBhbmQgSSB
0aGlp
aWluaayBKdWx5IG9yIEp1bmUgMjAxOSAoYnV0IGRvbi0HRha2UgbXkgd29yZCBmb3IgdGh
lIGxh
c3Qgb25lLCBJJ20gbm90IHN1cmUgSSdtIGdvdCBpIByaWdodCkuIFRoZSBlbWFpbHMgZnJ
vbSBB
dWd1c3QgYW5kIEphbnVhcnkgImNvbnRhaW4iIDkgUERGIGRvY3VtZW50cyB3aXRoIHRoZSA
iZmlu
YWwiIHNjcmlwdCBmb3IgU2Vhc29uIDE7IHRoZSBvdGhlciBtYWlsIGhhcyB0aGUgZmlyc3Q
gNSBl
cGlzb2RlcyBmcm9tIFMyLiAoVGhlcmUgaXMgYWxzbyBzb21lIGNvbnNlcHQgYXJ0IHRoYXQ
gd2Fz
IGl1YW50IHRvIGJlIHNoYXJlZCB3aXRoIHRoZSBza2lucnkgdGVhbSBhdCBJb3QgQ0EsIGJ
1dCBJ
J20gbm90IHN1cmUgaW4gd2hpY2ggZm9ybWF0IHdhcyBzZW50IG9yIGlmIGl0IHdhcyBhIHN
lcGFy
YXRlIG1haWwgZW50aXJlbHkpLgoKVGhlIGRhdGUgb2YgdGhlIGVtYWlscyBpcyByZWFsLiB
UaGUg
Y29udGVudCBpcyBub3QuCgpUcnlpbmcgdG8gImludmVzdGlnYXRlIiB0aGUgY29tcHV0ZXI
vc2Vy
dmVyyBhdCBGb3J0aWNoZSBGcmFuY2UgaXMgYSB3YXN0ZSBvZiB0aW1lLiBEdXJpbmcgdGh
lIGVu
dGlyZSBtb250aCBvZiBGZWJydWFyeSwgdGhleSBzZW50IGEgZ3V5IChvciBzZXZlcmFsLCB
ob251
c3RseSBJIGRvbid0IGtub3cpIGZvb0gYSBjb21wYW55IGNhbGxlZCBDaHJvbm9kaXNrIHR
vICJT
ZWN1cmUiIChyZWFkOiB0byBzY3JhcCkgZXZlcnl0aGluZy4uLiBCVVQgdGhlcmUgaXMgc3R
pbGwg
c29tZXRoaW5nOiBNYW55IG9mIHRoZSBjb21wdXRlcnMgdGhhdCB0aGUgRnJlbmNoIHRlYW0
gdXNl
ZCBkdXJpbmcgMjAxOS8yMDIwIHdlcmUgbW92ZWQgdG8gdGhlaXIgU3BhaW4gZGl2aXNpb24
gKExh
c3BhbG1hcykuCgpBbGwgb2YgdGhpcyB0byBzYXk7IElmIHlvdSBtYW5hZ2UgdG8gcGFzcyB
0aGUg
bmV4dCBzdGVwIG9mIHRoZSBwcm9jZXNzLCBhbmQgSUYgY2FuIHB1c2ggZW5vdWdoIHRvIGd
ldCB0
aGVtIHRvIGludmVzdGlnYXRlIHRoZSBjb250ZW50IG9mIHRob3NlIGVtYWlzywgeW91IG1
1c3Qg
bWFrZSBzdXJlIHRoZSBDb3VydCBvcmRlcnMgdGhlaXIgRW1haWwgc2VydmVyIHRvIHByb2R
1Y2Uv
dmVyaWZpZWQgdGhlIG1haWxzLiBTZW5kaW5nIGZvcmVuc2ljIGludmVzdGlnYXRvcnMgdG8
gY2hl
Y2sgdGhlIFBDIGF0IGVpdGhlciBSaW90IEhRIG9yIEZvcnRpY2hlIFBhcmlzIHdpbGwgZ2V
0IHlv
dSBub3RoaW5nLiBJcyB0aGUgb25seSB3YXkgeW91IG1pZ2h0IGdldCBhIHN0ZXAgdXUuCgp
EbyB3
aGF0IHlvdSB3YW50IHdpdGggdGhpcyBpbmZvcm1hdGlvbi4gSnVzdCBiZSBzbWFydCBhYm9
1dCBp

dC4KOyAp
--b1=_hwkI2fFPlKXzZUJ7uebxTbaNbmJa4anIcJ6qkUlTY
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: base64

PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU
6IDE0
cHg7Ij5IZXkgdGhlcmUgZnJpZW5kPC9kaXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEF
yaWFs
LCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij48YnI+PC9kaXY+PGRpdiBzdHlsZT0
iZm9u
dC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij5JIHdhbnQ
gdG8g
Z2l2ZSB5b3UgYSBoYW5kLiA8YnI+PC9kaXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEF
yaWFs
LCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij5GaXJzdCBvZiwgSSBnb25uYSB0byB
iZSBo
b25lc3QgaGVyZTogSSBkb24ndCB0aGluayB5b3UgY2FuIHdpbiBhZ2FpbnN0IFJpb3QgR2F
tZXMv
VGVuY2VudC4gVGhpcyBpcyBub3QgbWUgYmVpbmcgcGVzc2ltaXN0aWMsIGlzIGFib3V0IGJ
laW5n
IHJlYWxpc3RpYy4gVGhleSBoYXZlIHRoZSBtZWFucyB0byBzaWxlbmNlIHlvdSBpZiB0aGl
uZ3Mg
ImJyZWFjaCBjb250YWlubWVudCIsIHNvIHRvIHNwZWFrLiBJZiBhbnl0aGluZywgSSB3b3V
sZCB1
cmdlIHlvdSB0byZuYnNwOyBtYWtlIHRoZSBjYXNlIGFzIHB1YmxpYyBhcyBwb3NzaWJsZSB
0byBr
ZWVwIHlvdXJzZWxmIHNhZmUuIDxicj48L2Rpdj48ZGl2IHN0eWxlPSJmb250LWZhbWlseeT
ogQXJp
YWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPjxicj48L2Rpdj48ZGl2IHN0eWx
lPSJm
b250LWZhbWlseeTogQXJpYWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPlRoYXQ
gYmVp
bmcgc2FpZCwgSSBzdGlsbCB0aGluayB5b3UgZGVzZXJ2ZSBhIGZpZ2h0aW5nIGNoYW5jZTs
8L2Rp
dj48ZGl2IHN0eWxlPSJmb250LWZhbWlseeTogQXJpYWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l
6ZTog
MTRweDsiPjxicj48L2Rpdj48ZGl2IHN0eWxlPSJmb250LWZhbWlseeTogQXJpYWwsIHNhbnM
tc2Vy
aWY7IGZvbnQtc2l6ZTogMTRweDsiPkFzIG9mIHJpZ2h0IG5vdywgUmlvdxzcGFuPic8L3N
wYW4+
cyBMZWdhbCBUZWFtIGlzIFZFUlkgY29uZmlkZW50IGluIHRoYXQgdGhlIENvdXJ0IHdpbGw
gZGlz
bWlzcyB5b3UyIGNhc2UuIFRoZXkgYXJlIG1vc3RseSByZWxpYW50IG9uIHRoZSBwcm9vZiA
iUmlv
dCBGb3JnZSBBcmd1bWVudCIuLi4uJm5ic3A7IEhPV0VWRVIgaWYgdGhhdCBmYWlscyBpbiB
0aGUg
bmV4dCBoZWFyaW5nLCB0aGV5IHdpbGwgbW92ZSB0byA8Yj5QbGFuIEI8L2I+OiBUaGV5IHd
pbGwg
ZmlsbCBhIG1vdGlvbiB0byBiaWZ1cmNhdGUgZGlzY292ZXJ5IHRvIEgbmV3ICJwcm9vZiI
gdGhl
eSB3aWxsIHByZXNlbnQ6IEEgc2VyaWVzIG9mIGVtYWlscyBiZXR3ZWVuIFByYWVjby9ZZWU
gYW5k
IEphbmU8ZW0+IDwvZW0+PHNwYW4+SDwvc3Bhbj48c3Bhbj5vZmZhY2tlci4gVGhlIEVtYWl
scyBh
cmUgZnJvbSBBdWd1c3QgMjAxOC8gSmFudWFyeSAyMDE5IGFuZCA8aT5JIHRoaWlpaW5rIDw
vaT5K

dWx5IG9yIEp1bmUgMjAxOSAoYnV0IGRvid0IHRha2UgbXkgd29yZCBmb3IgdGhlIGxhc3Q
gb25l
LCBJJ20gbm90IHN1cmUgSSdtIGdvdCBpdCByaWdodCkuIFRoZSBlbWFpbHMgZnJvbSBBdWd
1c3Qg
YW5kIEphbnVhcnkgImNvbnRhaW4iJm5ic3A7IDkgUERGIGRvY3VtZW50cyB3aXRoIHRoZSA
iZmlu
YWwiIHNjcmlwdCBmb3IgU2Vhc29uIDE7IHRoZSBvdGhlciBtYWlsIGhhcyB0aGUgZmlyc3Q
gNSBl
cGlzb2RlcyBmcm9tIFMyLiAoVGhlcmUgaXMgYWxzbyBzb21lIGNvbmNlcHQgYXJ0IHRoYXQ
gd2Fz
IG1lYW50IHRvIGJlIHNoYXJlZCB3aXRoIHRoZSBza2lucyB0ZWFtIGF0IFJpb3QgQ0EsIGJ
1dCBJ
J20gbm90IHN1cmUgaW4gd2hpY2ggZm9ybWF0IHdhcyBzZW50IG9yIGlmIGl0IHdhcyBhIHN
lcGFy
YXRlIG1haWwgZW50aXJlbHkpLjwvc3Bhbj48L2Rpdj48ZGl2IHN0eWxlPSJmb250LWZhbWl
seTog
QXJpYWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPjxzcGFuPjxicj48L3NwYW4
+PC9k
aXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXN
pemU6
IDE0cHg7Ij48c3Bhbj5UaGUgZGF0ZSBvZiB0aGUgZW1haWxzIGlzIHJlYWwuIFRoZSBjb25
0ZW50
IGlzIG5vdC4gPGJyPjwvc3Bhbj48L2Rpdj48ZGl2IHN0eWxlPSJmb250LWZhbWlseTogQXJ
pYWws
IHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPjxzcGFuPjxicj48L3NwYW4+PC9kaXY
+PGRp
diBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE
0cHg7
Ij48c3Bhbj5UcnlpbmcgdG8gImludmVzdGlnYXRlIiB0aGUgY29tcHV0ZXIvc2VydmVyyB
hdCBG
b3J0aWNoZSBGcmFuY2UgaXMgYSB3YXN0ZSBvZiB0aW1lLiBEdXJpbmcgdGhlIGVudGlyZSB
tb250
aCBvZiBGZWJydWFyeSwmbmJzcDsgdGhleSBzZW50IEEgZ3V5IChvdiBzZXZlcmFsLCBob25
lc3Rs
eSBJIGRvbid0IGtub3cpIGZyb20gYSBjb21wYW55IGNhbGxlZCBDaHJvbm9kZXNrIHRvICJ
TZWN1
cmUiIChyZWFkOiB0byBzY3JhcCkgZXZlcnl0aGluZy4uLiBCVUQgdGhlcmUgaXMgc3RpbGw
gc29t
ZXRoaW5nOiBNYW55IG9mIHRoZSBjb21wdXRlcnMgdGhhdCB0aGUgRnJlbmNoIHRlYW0gdXN
lZCBk
dXJpbmcgMjAxOS8yMDIwIHdlcmUgbW92ZWQgdG8gdGhlaXIgU3BhaW4gZGl2aXNpb24gKEx
hc3Bh
bG1hcykuIDxicj48L3NwYW4+PC9kaXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWF
sLCBz
YW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij48YnI+PC9kaXY+PGRpdiBzdHlsZT0iZm9
udC1m
YW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij5BbG9vYodGh
pcyB0
byBzYXk7IElmIHlvdSBtYW5hZ2UgdG8gcGFzcyB0aGUgbmV4dCBzdGVwIG9mIHRoZSBwcm9
jZXNz
LCBhbmQgSUYgY2FuIHB1c2ggZXZvdWh0byBnZXQgdGhlbSB0byGludmVzdGlnYXRlIHR
oZSBj
b250ZW50IG9mIHRob3NlIGVtYWlscywgeW91IG11c3QgbWFrZSBzdXJlIHRoZTxiPiBDb3V
ydCBv
cmRlcnMgdGhlaXIgRW1haWwgc2VydmVyIHRvIHByb2RjZS92ZXJpZylZQgdGhlIG1haWx
zPC9i
Pi4gU2VuZGluZyBmb3JlbnNpYyBpbnZlc3RpZ2F0b3JzIHRvIGNoZWNrIHRoZSBQYyBhdCB
laXRo

ZXIgUmlvdCBIUSBvciBGb3J0aWNoZSBQYXJpcyB3aWxsIGdldCB5b3Ugbm90aGluZy4gSXM
gdGhl
IG9ubHkgd2F5IHlvdSBtaWdodCBnZXQgYSBzdGVwIHVwLjwvZGl2PjxkaXYgc3R5bGU9ImZ
vbnQt
ZmFtaWx5OiBBcmlhbCwgc2Fucy1zZXJpZjsgZm9udC1zaXplOiAxNHB4OyI+PGJyPjwvZGl
2Pjxk
aXYgc3R5bGU9ImZvbnQtZmFtaWx5OiBBcmlhbCwgc2Fucy1zZXJpZjsgZm9udC1zaXplOiA
xNHB4
OyI+RG8gd2hhdCB5b3Ugd2FudCB3aXRoIHRoaXMgaW5mb3JtYXRpb24uIEp1c3QgYmUgc21
hcnQg
YWJvdXQgaXQuJm5ic3A7PC9kaXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCB
zYW5z
LXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij47ICk8L2Rpdj48ZGl2IHN0eWxlPSJmb250LWZ
hbWls
eTogQXJpYWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPjxicj48L2Rpdj48ZGl
2IHN0
eWxlPSJmb250LWZhbWlseTogQXJpYWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDs
iPjxi
cj48L2Rpdj48ZGl2IHN0eWxlPSJmb250LWZhbWlseTogQXJpYWwsIHNhbnMtc2VyaWY7IGZ
vbnQt
c2l6ZTogMTRweDsiPjxzcGFuPjxicj48L3NwYW4+PC9kaXY+PGRpdiBzdHlsZT0iZm9udC1
mYW1p
bHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij48YnI+PC9kaXY+PGR
pdiBz
dHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg
7Ij48
c3Bhbj48YnI+PC9zcGFuPjwvZGl2PjxkaXYgc3R5bGU9ImZvbnQtZmFtaWx5OiBBcmlhbCw
gc2Fu
cy1zZXJpZjsgZm9udC1zaXplOiAxNHB4OyI+PGJyPjwvZGl2Pg0KPGRpdiBjbGFzcz0icHJ
vdG9u
bWFpbF9zaWduYXR1cmVfYmxvY2siIHN0eWxlPSJmb250LWZhbWlseTogQXJpYWwsIHNhbnM
tc2Vy
aWY7IGZvbnQtc2l6ZTogMTRweDsiPg0KICAgIDxkaXYgY2xhc3M9InByb3Rvbm1haWxfc2l
nbmF0
dXJlX2Jsb2NrLVvZXIgcHJvdG9ubWFpbF9zaWduYXR1cmVfYmxvY2stZW1wdHkiPg0KICA
gICAg
ICANCiAgICAgICAgICDwvZGl2Pg0KICAgIA0KICAgICAgICAgPGRpdiBjbGFzcz0icHJv
dG9u
bWFpbF9zaWduYXR1cmVfYmxvY2stcHJvdG9uIj48YnI+PC9kaXY+DQo8L2Rpdj4NCg=
=
--b1=_hwkI2fFPlKXzZUJ7uebxTbaNbmJa4anIcJ6qkUlTY--

# Unusual website activity on the 12.05.2025 from France, Honk Kong, China and Montreal

5/12/25, 3:38:59 PM

81.133.80.246

Chronicles of The Megaverse
- Location:
- Hendon, Barnet, United Kingdom
- Referrer:
- www.mwwolf-fiction.co.uk/mw-wolfs-blog/different-is-what-i-do
  - 
    
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36

5/12/25, 3:38:55 PM

81.133.80.246

Different is what I do!
- Location:
- Hendon, Barnet, United Kingdom
- Referrer:
- www.google.com/
  - 
    
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36

Date & Time VisitedVisitor IP AddressPage Visited

5/12/25, 1:46:24 PM

96.20.250.24

Rawism Art
- Location:
- Montreal, Québec, Canada
- Referrer:
- www.mwwolf-fiction.co.uk/shop/p/bloodborg
  - 
    
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/12/25, 1:45:58 PM

96.20.250.24

Book: Bloodborg: The Harvest
- Location:
- Montreal, Québec, Canada
- Referrer:
- www.google.com/
    -



    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/12/25, 12:49:58 PM

37.167.14.237

Home
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
    -



    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:46:46 PM

37.167.14.237

Book Shop
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
    -



    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:46:18 PM

37.167.14.237

Chronicles of The Megaverse
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
    -



    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:46:02 PM

37.167.14.237

Introduction – M.W. Wolf's brand of Fiction
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/
  -


  o
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:45:23 PM

37.167.14.237

Home
- Location:
- France
- Referrer:
- -
  -


  o
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:37:32 PM

37.167.14.237

Literary Genres -Pocket Multiverses
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
  -


  o
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:37:26 PM

37.167.14.237

Introduction – M.W. Wolf's brand of Fiction
- Location:
- France
- Referrer:
- -
  -


  o
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:31:20 PM

78.116.140.146

Rawism Art
- Location:
- Les Ulis, Essonne, France
- Referrer:
- www.mwwolf-fiction.co.uk/
    - 
    
    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/12/25, 12:30:44 PM

78.116.140.146

Home
- Location:
- Les Ulis, Essonne, France
- Referrer:
- www.google.com/
    - 
    
    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/12/25, 12:29:31 PM

37.167.14.237

Contact
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/pocket-genres
    - 
    
    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:29:17 PM

37.167.14.237

Literary Genres -Pocket Multiverses
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/pocket-genres
    - 
    
    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:29:04 PM

37.167.14.237

Literary Genres -Pocket Multiverses

- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
    - 



    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:28:15 PM

37.167.14.237

Introduction – M.W. Wolf's brand of Fiction

- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/
    - 



    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:25:10 PM

37.167.14.237

Docs

- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
    - 



    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:23:52 PM

37.167.14.237

Introduction – M.W. Wolf's brand of Fiction

- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/
    - 



    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:23:38 PM

37.167.14.237

Home

- Location:
- France

- Referrer:
- www.mwwolf-fiction.co.uk/
  -
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:23:31 PM

37.167.14.237

Home

- Location:
- France
- Referrer:
- -
  -
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:20:03 PM

45.112.122.87

Introduction – M.W. Wolf's brand of Fiction

- Location:
- Singapore
- Referrer:
- www.mwwolf-fiction.co.uk/shop
  -
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/28.0 Chrome/130.0.0.0 Mobile Safari/537.36

5/12/25, 12:16:14 PM

80.214.29.43

Book Shop

- Location:
- Paris, Paris, France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
  -
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/28.0 Chrome/130.0.0.0 Mobile Safari/537.36

5/12/25, 12:14:34 PM

80.214.29.43

Introduction – M.W. Wolf's brand of Fiction

- Location:
- Paris, Paris, France
- Referrer:
- www.mwwolf-fiction.co.uk/

- 
  -
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/28.0 Chrome/130.0.0.0 Mobile Safari/537.36

5/12/25, 12:14:09 PM

80.214.29.43

Home

- Location:
- Paris, Paris, France
- Referrer:
- -
  - 
    -
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/28.0 Chrome/130.0.0.0 Mobile Safari/537.36

5/12/25, 12:11:39 PM

45.140.184.85

Chronicles of The Megaverse

- Location:
- Germany
- Referrer:
- www.mwwolf-fiction.co.uk/docs
  - 
    -
- Mozilla/5.0 (iPhone; CPU iPhone OS 18_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.4 Mobile/15E148 Safari/604.1

5/12/25, 12:11:36 PM

45.140.184.85

Docs

- Location:
- Germany
- Referrer:
- www.mwwolf-fiction.co.uk/
  - 
    -
- Mozilla/5.0 (iPhone; CPU iPhone OS 18_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.4 Mobile/15E148 Safari/604.1

5/12/25, 12:11:09 PM

45.140.184.85

Home

- Location:
- Germany
- Referrer:
- -
  -



- Mozilla/5.0 (iPhone; CPU iPhone OS 18_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.4 Mobile/15E148 Safari/604.1

5/12/25, 12:08:43 PM

86.214.100.176

Home

- Location:
- Rohan, Morbihan, France
- Referrer:
- www.google.com/



- Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 12:04:09 PM

45.112.122.87

Introduction – M.W. Wolf's brand of Fiction

- Location:
- Singapore
- Referrer:
- www.mwwolf-fiction.co.uk/



- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 12:03:52 PM

45.112.122.87

Home

- Location:
- Singapore
- Referrer:
- -



- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 12:02:50 PM

101.44.80.72

Home
- Location:
- Singapore
- Referrer:
- www.google.com/
  -
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36

5/12/25, 11:59:24 AM

78.31.46.214

Book: Bloodborg: The Harvest
- Location:
- Paris, Paris, France
- Referrer:
- cymbals-clavichord-9az6.squarespace.com/shop
  -
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 11:59:20 AM

78.31.46.214

Book Shop
- Location:
- Paris, Paris, France
- Referrer:
- www.google.com/
  -
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 11:56:13 AM

91.163.172.20

90% Correct Predictions of Arcane's IP theft.
- Location:
- Montpellier, Hérault, France
- Referrer:
- www.google.com/
  -



- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/11/25, 12:08:19 PM

186.158.30.54

Chronicles of The Megaverse

5/11/25, 12:08:05 PM

186.158.30.54

Home
- Location:
- San Miguel de Tucumán, Tucumán, Argentina
- Referrer:
- -



- Mozilla/5.0 (Android 13; Mobile; rv:138.0) Gecko/138.0 Firefox/138.0

5/11/25, 11:42:33 AM

195.195.81.204

Book: Bloodborg: The Harvest
- Location:
- Barking, Barking and Dagenham, United Kingdom
- Referrer:
- www.bing.com/



- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36 Edg/136.0.0.0

5/10/25, 9:13:19 PM

51.7.94.155

Part 2- Cries of Silence - UK Talent and Entertainment Sexual Predator Gossip Sphere
- Location:
- Bristol, Bristol, United Kingdom
- Referrer:
- www.google.com/



- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/10/25, 4:01:39 PM

82.132.244.170

Neva- Leader of the Tribe.
- Location:
- Birmingham, Birmingham, United Kingdom
- Referrer:

- www.google.com/
  - 
    
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

589

Report for Authorities – Anonymous Insider Tip Regarding Alleged Evidence Tampering in Federal Litigation

To Whom It May Concern,

I am extremely concerned and worried about this whistle-blowers tip and cloaked death threat warning.

I am writing to report an anonymous and alarming email that I received on May 13, 2025, at 00:01 UTC, via ProtonMail from the address arcanecase@proton.me.

I am currently the plaintiff in a U.S. federal civil case (Wolstenholme v. Riot Games, Inc., Case No. 2:25-cv-00053-FMO-BFM), and the message I received contains specific allegations of serious misconduct, including:

Fabrication of legal evidence

Destruction of digital records

Use of falsified emails to influence the outcome of litigation

Cloaked warnings of harm and death threats.

The email alleges that a company called Chronodisk was engaged by parties connected to the defendants to "scrub" computers at Fortiche's Paris-based headquarters during February 2025. The message warns that forensic investigation of devices at that location would now be futile, as most of the hardware used during the development of Arcane has been moved to Fortiche's Spanish division in Las Palmas.

About Chronodisk

Chronodisk is a verified digital recovery and data forensics company with facilities in:

Central Paris, including a laboratory and clean room

Montreal, Canada, at 841 Cherrier Street, Montreal (QC) H2L 1H6

They are a known provider of professional data recovery and wiping services, which adds credibility to the sender's claims of data manipulation and digital suppression.

Supporting Context

The email also refers to allegedly falsified internal communications between key Arcane creative figures (including Christian "Praeco" Linke, Alex Yee, and Jane Hoffacker) containing final scripts for Arcane Season 1 and early materials for Season 2. These emails are dated August 2018, January 2019, and possibly mid-2019, and are allegedly being prepared for use as fabricated "proof" in U.S. court filings.

Website Traffic Before the Email

Immediately prior to receiving the message (12/05/ 2025), I observed a notable surge in activity on my personal website, originating from:

France (Paris region)- Fortiche and Chronodisk locations

France Montpellier- Fortiche

Hong Kong and Singapore - Tencent Location

Mainland China (Shenzhen) - Tencent location

Montreal, Canada (a city shared by Chronodisk's headquarters and Tencent-owned studios), with a hit 1.4 Km away from Tencent-owned studios and 3Km from Chronodisk.

London England, (Hendon, Barnet)- seems to always visit following events in these cases.

These visits appear to correlate with strategic monitoring and align with regions associated with Fortiche, Tencent, and Riot Games, as well as Chronodisk locations.

Health and Safety Impacts

I am currently under medical care for suspected labyrinthitis (a disabling condition affecting the inner ear), which has rendered me bedbound with vertigo, and I live with complex PTSD. The cryptic and threatening language of the anonymous message, including warnings about breach containment and pressure to remain silent, has severely affected my well-being and sense of safety.

I should not have to fear for my safety to fight a known bullying, abusive giant company on my own.

Attached:

PDF of the original email

Full email headers and metadata

Screenshot from my inbox

Website traffic logs showing regional spikes in activity prior to the email

Request

I respectfully ask your office to:

Acknowledge receipt of this report;

Evaluate the anonymous tip for potential relevance to ongoing criminal or civil investigations;

Consider issuing a preservation request to ProtonMail, Fortiche France, and Fortiche Spain regarding email and device records;

Treat this matter with urgency and discretion due to ongoing federal litigation and personal health risks.

Thank you for your time and attention.

Sincerely,

Marc Wolstenholme

Plaintiff, Wolstenholme v. Riot Games, Inc.

Email: marc@mwwolf-fiction.co.uk

07827964404

**Exhibit D- Exhibit D- Screenshots of the message in Plaintiff's inbox.**



