# Appellant's Supplemental Excerpts of Record

United States Court of Appeals for the Ninth Circuit

Case No. 25-3163

Marc Wolstenholme, Pro Se Appellant

**Table of Contents**

Document Title     Tab No.

Dkt. 42 – Public Statements     1

Dkt. 43 – Preliminary Notice of Damages     2

Dkt. 45 – Second Declaration of Marc Wolstenholme     3

Dkt. 58 – Consolidated Complaint     4

Dkt. 93 – Discovery Supplement     5

Dkt. 116 – Riot Portal Access & Misrepresentation 6

Dkt. 138 – Sealed Whistleblower & Tampering Allegation     7

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this filing complies with the length and formatting requirements of the Federal Rules of Appellate Procedure and the Ninth Circuit Rules.

This document consists solely of excerpts of record previously filed in the district court. It has been prepared in a proportionally spaced typeface using Microsoft Word, and does not exceed any applicable word or page limits as it does not contain argument.

Dated: August 6, 2025

Respectfully submitted,

*M.WOLSTENHOLME*

/s/ Marc Wolstenholme

Marc Wolstenholme

Pro Se Appellant

1

## DECLARATION OF AUTHENTICITY

I, Marc Wolstenholme, declare as follows:

1. I am the Pro Se Appellant in this matter.

2. I am over the age of 18 and competent to testify to the matters herein.

3. The documents contained in this Supplemental Excerpts of Record were each filed in the district court below and form part of the official record.

4. These documents are true and correct copies of the filings as submitted and accepted by the district court.

5. I certify that no alterations have been made other than standard formatting and compression for e-filing purposes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 6, 2025, in Coventry, United Kingdom.

Signed, *M.WOLSTENHOLME.*

/s/ Marc Wolstenholme

Marc Wolstenholme

Pro Se Appellant

2