# U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

**MARC WOLSTENHOLME,**

Plaintiff-Appellant,

v.

**RIOT GAMES, INC.,**

Defendant-Appellee.

**No. 25-3163**

# APPELLANT'S SUPPLEMENTAL EXCERPTS OF RECORD

**VOLUME 1 OF 1**

Appeal from the United States District Court
for the Central District of California
Hon. John W. Holcomb, District Judge
Case No. 5:22-cv-00949-JWH

Filed by:
Marc Wolstenholme
Pro Se Appellant
Email: marc@mwwolf-fiction.co.uk
Phone: +44 782 796 4404

# Appellant's Supplemental Excerpts of Record

United States Court of Appeals for the Ninth Circuit

Case No. 25-3163

Marc Wolstenholme, Pro Se Appellant

**Table of Contents**

Document Title     Tab No.

Dkt. 42 – Public Statements     1

Dkt. 43 – Preliminary Notice of Damages     2

Dkt. 45 – Second Declaration of Marc Wolstenholme     3

Dkt. 58 – Consolidated Complaint     4

Dkt. 93 – Discovery Supplement     5

Dkt. 116 – Riot Portal Access & Misrepresentation 6

Dkt. 138 – Sealed Whistleblower & Tampering Allegation     7

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this filing complies with the length and formatting requirements of the Federal Rules of Appellate Procedure and the Ninth Circuit Rules.

This document consists solely of excerpts of record previously filed in the district court. It has been prepared in a proportionally spaced typeface using Microsoft Word, and does not exceed any applicable word or page limits as it does not contain argument.

Dated: August 6, 2025

Respectfully submitted,

*M.WOLSTENHOLME*

/s/ Marc Wolstenholme

Marc Wolstenholme

Pro Se Appellant

1

## DECLARATION OF AUTHENTICITY

I, Marc Wolstenholme, declare as follows:

1. I am the Pro Se Appellant in this matter.

2. I am over the age of 18 and competent to testify to the matters herein.

3. The documents contained in this Supplemental Excerpts of Record were each filed in the district court below and form part of the official record.

4. These documents are true and correct copies of the filings as submitted and accepted by the district court.

5. I certify that no alterations have been made other than standard formatting and compression for e-filing purposes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 6, 2025, in Coventry, United Kingdom.

Signed,    *M.WOLSTENHOLME.*

/s/ Marc Wolstenholme

Marc Wolstenholme

Pro Se Appellant

2

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
| Plaintiff, | HON. FERNANDO M. OLGUIN |
| vs. | |
| RIOT GAMES, INC., | DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE |
| Defendant | |
| | FEBRUARY 09, 2025 |

Dated this: FEBRUARY 09, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

1

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

# INDEX

## I. Plaintiff's Assertion of Copyright Infringement in Riot Games' Arcane

- Overview of the plaintiff's claim regarding the unauthorized use of *Bloodborg: The Harvest*.
- Timeline of submission and alleged theft of intellectual property.
- Defendants' alleged actions to conceal infringement.

## II. PUBLIC STATEMENTS AND SOURCES - Key Figures and Organizations (1-19)

1. **Key Figures and Organizations 1: Reed Shannon**
   - Actor who voices Ekko in *Arcane*.
   - Provided statements regarding his casting timeline that contradict other records.

2. **Key Figures and Organizations 2: Mia Sinclair Jenness**
   - Actress who voices Powder in *Arcane*.
   - Alleged false claims about when she was cast.

3. **Key Figures and Organizations 3: Kathy Cavaiola (Script Coordinator and VO Manager)**
   - Managed script coordination and voice-over production for *Arcane*.
   - Possible involvement in timeline inconsistencies regarding voice recording.

4. **Key Figures and Organizations 4: Melinda Dilger (Producer of Arcane & Global Head of Animation Production at Riot Games)**
   - Created production schedules that allegedly backdated key *Arcane* milestones.

2

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

- o   Credited for structuring production while Riot allegedly misrepresented the timeline.

5. **Key Figures and Organizations 5: Katy Townsend (Maddie)**

- o   Actress who voiced Maddie in *Arcane*.
- o   Public statements suggest *Arcane*'s scripts were still being adjusted late into production.

6. **Key Figures and Organizations 6: Toks Olagundoye (Mel)**

- o   Voice actor for Mel Medarda in *Arcane*.
- o   Provided insights into the casting process and recording schedule.

7. **Key Figures and Organizations 7: Katie Leung (Caitlyn)**

- o   Actress who voices Caitlyn in *Arcane*.
- o   Represented by Curtis Brown Group, potentially evidencing Riot's ties to the agency.

8. **Key Figures and Organizations 8: Ella Purnell**

- o   Voice actor for Jinx in *Arcane*.
- o   Involvement suggests a link between Curtis Brown and Riot through casting.

9. **Key Figures and Organizations 9: David Lyerly (Casting Director)**

- o   Casting director involved in selecting voice talent for *Arcane*.
- o   Possible role in the alleged manipulation of voice recording timelines.

10. **Key Figures and Organizations 10: YouTube Cartoon Universe**

- A YouTube channel that covered *Arcane* production details.
- Some statements on production contradict Riot's official timeline.

11. **Key Figures and Organizations 11: Alexis Wanneroy**

- Animation Supervisor at Fortiche Productions.

3

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

- Worked on *Arcane* and helped establish the animation pipeline.

12. **Key Figures and Organizations 12: Harry Lloyd**

- Voice actor for Viktor in *Arcane*.
- Represented by Curtis Brown Group, further linking the agency to *Arcane's* production.

13. **Key Figures and Organizations 13: Jason Spisak**

- Voice actor for Silco in *Arcane*.
- Provided insight into *Arcane*'s late-stage script changes and recording process.

14. **Key Figures and Organizations 14: JB Blanc**

- Voice actor for Vander in *Arcane*.
- His statements regarding recording timelines contradict Riot's claims.

15. **Key Figures and Organizations 15: Greenberg Glusker LLP (Riot Games' Legal Team - Joshua Geller & Aaron J. Moss)**

- Law firm representing Riot Games.
- Allegedly provided misleading legal statements to obscure *Arcane*'s true production timeline.

16. **Key Figures and Organizations 16: Curtis Brown Group Connections to Riot**

- Representation of actors and writers involved in *Arcane*.
- Allegations of Curtis Brown agents passing along narrative content to Riot.

4

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

17. **Key Figures and Organizations 17: Alex Seaver (Mako) – The Music Guy**

- Composer involved in *Arcane*'s soundtrack.
- Statements suggest music production occurred later than Riot publicly claimed.

18. **Key Figures and Organizations 18: Barthelemy Maunoury**

- Worked on *Arcane*'s technical production and animation pipeline.
- His involvement provides further evidence that *Arcane* was built within a condensed timeline.

19. **Key Figures and Organizations 19: Arcane Showrunners and Writers (Christian Linke and Alex Yee)**

- Credited as *Arcane*'s showrunners.
- Evidence suggests they lacked experience and had to be guided through the production process.
- Alleged to have lied, committed fraud and misrepresented timelines to hide crimes.

20. **Key Figures and Organizations 20: More Cast Comments**

- Cast comments show Inconsistent Timelines
- Cast comments show ongoing development during recording in 2020-21

# III. Table 1: Animators, and Others Who Worked on Arcane (Timelines)

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

- A breakdown of production staff, their affiliations, and when they joined the project.
- Conflicting timelines regarding animation, writing, and voice recording.
- Backdating of production schedules to obscure the true start of Arcane's development.

# IV. Table 2: JOB TITLE, AFFILIATION AND TIMELINESS OF WORK ON ARCANE (MAIN)

- Inconsistent Timelines & Misrepresentation – Several voice actors and production members, including Reed Shannon and Mia Sinclair Jenness, provided misleading or unclear work timelines.
- COVID-19 Production & Voice Recording – Many actors, including Katie Leung, Ella Purnell, and Toks Olagundoye, recorded their roles during lockdown (2020-21), contradicting claims of earlier work.
- Curtis Brown Group's Casting Influence – The agency secured major roles for its clients, raising concerns about favouritism and soliciting deals in casting decisions.
- Bro-Mancing in Riot Hiring – Several key roles, including David Lyerly (Casting Director) and Alex Seaver (Music Composer), were filled based on internal relationships rather than open selection (Bro-Mancing).
- Late Start to Animation Production – Animators such as Alexis Wanneroy and Barthelemy Maunoury indicate that Fortiche's work on Arcane began in early to mid-2020, contradicting Riot's claims of long-term development.
- Delayed and Rushed Writing – Writers Christian Linke, Alex Yee, and Amanda Overton only actively contributed to the main Arcane Show between 2020-21, despite claims of a much longer creative process.
- Legal & Ethical Concerns – Riot's legal team, Greenberg Glusker LLP, may have been involved in presenting a misleading development timeline to cover up inconsistencies and potential IP misappropriation.

6

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

# V. ANALYSIS OF BRIDGING THE RIFT

## 1. Episode 1: The Misinformation Begins

- Riot's claims regarding Arcane's development starting in 2015.
- Lack of concrete evidence for early development.
- Fortiche's capacity before Riot's funding.

## 2. Episode 2: Persistence (Or When Your Best Still Sucks)

- Evidence that Arcane was still in early concept phases by 2019.
- Riot's struggle to develop a coherent story.
- Intervention by Riot employees to address the failing production.
- Delay vs. cancellation of production (false claims in *Bridging the Rift*).
- Fortiche's layoffs and Riot's potential violations of European labor laws.
- Alleged coercion and financial pressure exerted on Fortiche employees.

## 3. Episode 3: Killstreaks Meet Keyframes

- Piltover's development and Fortiche's creative influence.
- Riot's narrative struggles and eventual outsourcing of story development.
- False claims about hiring showrunners and writing staff.
- Continued deception in public statements regarding Arcane's production history.

## 4. Episode 4: Musical Misfits

- Riot's alleged misrepresentation of Arcane's music production timeline.
- Contradictions in statements from composers and music contributors.
- Late-stage development of key songs used in Arcane.
- Evidence that Riot scrambled to finalize the soundtrack after 2020.

7

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### 5. Episode 5: We Gave It Our Best Shot

- Riot's claims about a six-year development timeline contradict available evidence.
- Use of misleading statements to mask last-minute production efforts.
- Further corroboration that scripts were still being written in 2021.
- Riot's marketing strategy involving false nostalgia and fabricated history.

# VI. Conclusion & Legal Implications

- Summary of evidence demonstrating Riot's attempts to rewrite history.
- Legal claims Riot may face for intellectual property theft, fraud, and deceptive business practices.
- Calls for legal action, financial compensation, and correction of Riot's public statements.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

## DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE

I, Marc Wolstenholme, am the Plaintiff in this case. I submit this declaration in support of my claims regarding copyright infringement related to Arcane and its connection to / infringement of my work Bloodborg: The Harvest.

**Purpose of this Declaration**

This declaration presents publicly available statements made by individuals involved in the production of Arcane, which indicate access to and inspiration from my work. These statements demonstrate potential admissions of influence, borrowing, or references to material that closely aligns with Bloodborg: The Harvest. Additionally, these statements show deliberate deceit in the timelines of development of Arcane. Moreover, these statements show that many fear the NDAs of Riot Games and that minors have been used to lie about ages of themselves during involvement, and timeliness. The Plaintiff alleges that he is concerned over this pattern of lies and theft and deceit, and use and manipulation of vulnerable people, given the wider concerns at Riot Games and their expansion.

9

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Plaintiff's Assertion of Copyright Infringement in Riot Games' Arcane**

## I.      Misrepresentation of Arcane's Development Timeline

The Plaintiff asserts that Riot Games and its partners have falsely represented the development timeline of Arcane, claiming it took six years to produce. However, extensive evidence indicates that the vast majority of the show was developed between late 2020 and 2021, following the hiring of Melinda Dilger, who structured production and writing after the acquisition of the Plaintiff's manuscript, Bloodborg.

Voice casting and recording primarily occurred in late 2020 and throughout 2021, contradicting Riot's claim that scripting was finalized in 2019.

Animation, scripting, voice acting, and music composition were conducted simultaneously in 2020-2021, contrary to standard industry timelines that separate these phases.

Riot's 10-year anniversary video announcement of Arcane (October 16, 2019) was a promotional tactic containing footage from multiple unrelated projects, rather than evidence of production progress.

10

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

## II. Evidence of Copyright Infringement and Misuse of Plaintiff's Work

The Plaintiff alleges that Bloodborg was unlawfully used as the foundation for Arcane, and its narrative elements were fragmented, mixed, and pinned in LA writing rooms, video booths, and Parisian storyboard sessions.

Riot's own Bridging the Rift documentary confirms that substantial scripting work was still ongoing well into 2021, refuting the claim that production was locked in 2019.

Fortiche hired new talent in mid-2019 to assist with Riot's League of Legends 10-year anniversary video, not Arcane—further proving that Arcane was not in real production until after Bloodborg was acquired.

Characters, settings, and themes in Arcane mirror those in Bloodborg in ways that cannot be coincidental, including specific character relationships, world-building elements, story structure, trauma, and visual designs.

## III. Riot's Damage Control and Manipulation of Evidence

After the Plaintiff initiated an investigation in November 2021 (the day after Arcane aired on Netflix), Riot and related parties engaged in systematic damage control and

11

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

obstruction to cover up the alleged copyright infringement. The following actions raise

significant concerns regarding discovery fairness:

Key personnel have resigned, deleted online presence, or left the U.S. in an

apparent effort to distance themselves from the project.

Mass layoffs at Riot Games (2024), including 11% of its workforce,

disproportionately affected narrative teams—the same teams that handled Arcane's story

development.

Manipulation of public perception:

Control over League of Legends Wiki and retconning of lore to align with

Arcane.

Censorship of content creators not aligned with Riot's narrative.

Grooming select content creators with in-game currency to promote a positive

Riot image.

**IV. Broader Legal and Ethical Concerns**

Riot Games has a long history of unethical corporate behavior, which raises

doubts about the integrity of any litigation process where Riot is allowed to control disclosure.

Riot has faced numerous allegations, including:

12

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Sexual harassment and gender discrimination (leading to state intervention and lawsuits).

Illegal NDAs and coercion of employees to prevent whistleblowing.

Soliciting hackers and engaging in exploitative practices.

Given these patterns, Plaintiff asserts that standard litigation discovery will not be fair unless an independent, court-supervised third party is responsible for evidence collection and disclosure.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**PUBLIC STATEMENTS AND SOURCES**

**Key Figures and Organizations 1: Reed Shannon- alleged lies about age and timeliness of development.**

**Date:** 26 Nov 2024

**Source:** Arcane Afterglow: Act 3 | Arcane Season 2 Aftershow | Netflix

https://www.youtube.com/watch?v=S0RJSOuBS6s

**Direct Quote:** "Guys, personally, when I signed on to do this, I was 16."



14

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis:** The Plaintiff alleges that this is evidence of attempts to deceive the public, the Plaintiff and the court, which was made after copyright litigations were open. Moreover, this is evidence of Riot Games, a powerful, rich and influential companies misuse and abuse of power over the youngest, thus most vulnerable cast members. This constitutes a pattern of deception, unethical business practices, and misuse of vulnerable people, even after a class action lawsuit and state interventions into discrimination and unethical work-based culture. This raises questions about non-sexual grooming and the safety of employees and the public interacting with or working for Riot Games.

**Plaintiff's Evaluation:** In Arcane Afterglow: Act 3 Arcane Season 2 Aftershow, Reed Shannon (Ekko) throws a cheers up to his co-stars and the two "Writers/ Showrunners" Christian Linke and Alex Yee.

Reed Shannon says, "Guys, personally, when I signed on to do this, I was 16." It is alleged that this is not true. He was hired in late 2020 at the earliest and this is stage to backdate lies, which Riot has a long history of doing to hide their persistent "crimes" and unethical dealings. Reed has alleged to have been instructed to lie.

Reed was born September 22, 2000. He turned 16 years old on September 22, 2016. Ekko was released as a champion in League of Legends on May 28, 2015. Thus, when Reed turned 16, Ekko was exactly 1 year, 3 months, and 25 days old. Thus, we are supposed to

15

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

believe Reed signed on to play Ekko in a show that isn't yet written, hasn't been greenlighted, hasn't started any planning, the two "Writers" haven't been taught the basics by Melinda, Fortiche is 5 people and have never produced more than a 4 minute music video. Moreover, Ekko and his totally different backstory are between 1 and 2 years old.

Do you mean to tell me that between 1 and 2 years after Bradley "Pendragon" Wintle- who was an early major developer at Riot and later a Community Manager- and his team conceptualized Ekko and after just 1 to 2 years after Ekko's lore was crafted by the narrative team at Riot Games, Riot permitted two phone operatives, who are not developers, the go ahead to have already misused the lore and character of Ekko by retconning him and have already cast a voice actor for this new version of Ekko. So, these "Writers" were casting and signing contracts before Arcane was written or greenlighted and before they hired in the external people who actually built Arcane from my manuscript…. Alleged.

If Riot Games did allow these directionless non-creatives to run around messing about with young people's careers like this, this would constitute serious violations of ethical business practice. This is hardly adhering to moral principles and standards that should guide professional behaviors. This is reckless! If it happened (Spoiler it didn't), Linke and his partner (Yee) are messing with a 16-year-old child's career, gambling on a show which wasn't even in production, wasn't written and got shut down soon after because, in Linke's own words, "it was shit!"

### 16

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

I exposed the deceitfulness of the timeline of Riot's solicitors in 2021, then in Bridging the Rift, then in the timeline presented for Mia Sinclair Jenness's involvement in Arcane and now let's just expose the lies Reed has been instructed, perhaps paid to say.

On 2 Dec 2021, Reed Shannon appeared on the Flickering Myth YouTube podcast to talk about Arcane.

https://www.youtube.com/watch?v=OrhakhPKbmo

At 1.45 minutes into the podcast Reed says, "I started working on the show like three years ago."  This too is untrue, but this date takes Reed back to Dec 2018 when Reed was 18 years old. But even this is lies, In Jan 2018, Linke sent a self-pitying video message to Fortiche, to tell them that the show has been "delayed" for all further production of the follow-up episodes of Arcane. At this point they were just playing about with the idea. In other videos it is shown that it was "cancelled", not delayed. After Linke sent the video, Fortiche had to "let the team go." In mid to end 2020, they started over again, after other "Rioters" had to stage an "intervention", for Linke. And they had to "Be less shitty" in Linke's own words, and Linke had to replace himself as the lead because he had no clue of what he was doing with my manuscript, and yet he is given the title of Showrunner. Melinda Dilger was brought in to "babysit" after May 2020 and she had to do everything, including the casting in mid to late 2020 and into 2021

17

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

during COVID, which of course raises questions about Riot's adherence to the laws around Covid restrictions during this period.

Melinda Dilger went on Angle on Producers with Carolina Groppa podcast: https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0

(Melinda Dilger - Producer of "Arcane" and Global Head of Animation Production at Riot Games- 31 May 2023 - Angle on Producers with Carolina Groppa- 01:03:19)

During this podcast discussion, Melinda Dilger says, "It was a lot, it was casting the right people, building a team, hiring people, step by step, work chart, schedule, budget, pipeline, all of those things had to be done and figured out, bit by bit."  She states that other than team building, which they didn't even have, she had to do the very basics.

Thus again, Reed Shannon didn't "Sign on to do this" when he was sixteen. He didn't even "Sign on to do this" 3 years before the prementioned podcast. He was cast during Melinda Dilger's initiative and "babysitting" of the Showrunners in late 2020 (During Covid restrictions) or perhaps early 2021.

18

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion:** Reed Shannon's timelines cannot be true and were fabricated to deceive.

**Conclusion with Legal Citations**

*Inconsistent Timeline and Fabrication of Events*

Reed Shannon's claim of signing onto Arcane at age 16 (2016) contradicts publicly available development records, industry practices, and statements from Riot Games personnel.

Under Fed. R. Evid. 801(d)(2), statements made by Riot employees and affiliates can be used as admissions by a party-opponent, which makes these inconsistencies relevant to the case.

Shannon's 2021 statement (on Flickering Myth podcast) that he started working on Arcane "three years ago" (2018) contradicts Riot's own production shutdown in early 2018.

Riot Games' History of Misrepresenting Timelines

The 2021 letter from Greenberg Glusker, which claimed all Arcane scripts were locked in 2019, has been contradicted by multiple Riot executives and production schedules (see statements from Melinda Dilger, Jane Hoffacker, and Bridging the Rift).

19

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under California Business & Professions Code § 17200, engaging in fraudulent or deceptive business practices—including misrepresenting hiring, production, or contractual obligations—supports an unfair competition claim.

This pattern of backdating and timeline manipulation aligns with Riot Games' previously documented legal and ethical violations, including the 2018 class-action lawsuit for workplace misconduct (McCracken v. Riot Games, Inc.).

### *Legal and Ethical Violations in Casting and Employment Practices*

If Riot Games misrepresented Shannon's hiring date and falsely claimed he was cast years before actual production, this could constitute fraudulent inducement in employment contracts under Cal. Lab. Code § 970.

Casting minors under false pretenses or providing them with misleading information about project timelines raises concerns about workplace ethics and corporate responsibility.

Under Fed. R. Civ. P. 26(a)(1), Riot is required to disclose accurate employment records related to Shannon's hiring—these records can be subpoenaed to verify actual casting dates.

### *Failure to Adhere to COVID-19 Restrictions During Casting & Production*

20

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Shannon was allegedly cast in late 2020 or early 2021, during Los Angeles County's strict COVID-19 lockdown orders.

If Riot Games failed to follow COVID-19 health and safety regulations during casting and production, this could indicate violations of workplace safety laws (Cal/OSHA COVID-19 Emergency Standards, 8 CCR § 3205).

### *Shannon's Testimony Should Be Scrutinized Under Oath*

Under Fed. R. Evid. 602, a witness must have personal knowledge of the matters they testify to—if Shannon's claims contradict documented production schedules, they should be challenged in a deposition.

Riot Games' pattern of altering production records suggests that Shannon may have been instructed to provide misleading statements, warranting further discovery and sworn testimony.

### *Key findings: Riot Games' Production Timelines Are Intentionally Manipulated*

Public statements from Arcane's producers, showrunners, and cast reveal systematic inconsistencies in Riot's official timeline of development.

21

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Riot's legal team knowingly misrepresented production dates and casting timelines, this could be a violation of Rule 11(b) (sanctions for false representations to the court).

Given Riot's prior legal issues (e.g., the $100 million settlement for workplace misconduct), the misrepresentation of Arcane's timeline may warrant closer scrutiny and potential legal consequences.

22

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 2: Mia Sinclair Jenness (Voice actor for Powder in Arcane), with reference to   David Lyerly (Casting Director).**

**Date: 12 Nov 2024**

Source: Interviews for Arcane season 2 premier- IGN.

(@IGN - Arcane's Powder VA Mia Sinclair Jenness recorded her lines when she was 10! #netflix #arcane #powder).

https://www.youtube.com/shorts/CGkclpFgplc

**Direct Quote:** Talking about the Powder episode 3, season 1, crying scene, Mia Sinclair Jenness states, *"I had just turned 11 a couple days previous."*



23

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis:** This statement states that Mia Sinclair Jenness had just turned 11 when the crying scene was filmed. This is untrue. The Plaintiff alleges that this is evidence of attempts to deceive the public, the Plaintiff and the court, which was made after copyright litigations were open. Moreover, this is evidence of Riot Games, a powerful, rich and influential companies misuse and abuse of power over the youngest, thus most vulnerable cast members. This constitutes a pattern of deception, unethical business practices, and misuse of vulnerable people, even after a class action lawsuit and state interventions into discrimination and unethical work-based culture. This raises questions about non-sexual grooming and the safety of employees and the public interacting with or working for Riot Games.

**Plaintiff's Evaluation:** Recording story of Powder's Crying Scene is a Publicity Stunt!

Swiped from the infamous Henry Thomas audition for E.T.

https://www.youtube.com/watch?v=tA5giyG8E7g

We've heard much about this crying scene, in Bridging the Rift, cast interviews and so on. And of course, it is a cardboard cutout of the amazing Henry Thomas 1981 audition for Elliott Taylor in ET, which continues to emotionally move everyone over 40 years later.

24

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Yet we are told of the emotionally moving Mia Sinclair Jenness as Powder crying scene but have not been shown any actual footage of it. How true is it, and are Riot prepared to release the recording logs and footage? Are we looking at a Publicity Stunt rip-off?

1.      We're told Mia was 10, 11 and 12 when recording this scene, by various sources.

2.      We're told that it took 1, 1.5 and 2 takes to record this scene, depending on the source.

3.      We're told that everyone was moved to tears and bawling by the scene.

Yet,

A.      Mia states that she recorded it by herself, and she had just turned 11 a few days before.

B.      JB states that he wasn't there, but he heard about the session.

C.      Jason Spisak talks about not being in the venue, but they played the audio to him.

Thus again, like most of the Arcane tomfoolery, this came from, was exaggerated & calculated & circulated by the showrunners Linke and Yee to gain attention. In Bridging the Rift, E2, Linke states that he remembers going into the VO recording session and thinking that today they are going to make an 11- 12-year-old cry. He is talking about Mia Sinclair Jenness who was cast as Powder. This is a deceitful misdirection to hide the crimes and IP theft. Mia was

25

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

born 14 December 2005. She could not have been 12 during video recording. In fact, she could be no less than 14 Years, 5 Months, 18 Days. In the snippets of her voice recordings, she looks a lot older than 14. Bios of her at 16 still look younger than she was during recording. In fact, she was reported to have joined the cast in the second week of October 2021. At the time of the CLUELESS podcast, dated 25 Dec 2020, which Mia co-hosted, she had just turned 15 years old, and she looks younger than she did when recording Arcane. Neither she, nor the interviewers and hosts, made any reference to Arcane. The day before, on the CLUELESS podcast, 24 Dec 2020, Mia is introduced as 15 and a Disney star. The host then lists her roles and Arcane is not on it. In the 31 Dec 2020 video, Mia states that she is not working and had very few opportunities. She took many online classes to learn during this time of lockdown. She doesn't talk about Arcane. Thus, we are already into 2021, and Mia hasn't performed her role, and she is 15 years old. Oh, and then she confirmed that she got the job when she was 10 (which I don't believe is true) and now she is almost 16.

Mia was 10 years old on the 14th of December 2015. Jinx was 2, Ekko was 6 months old, Fortiche was 5 people making 3-minute music videos, and nothing of Arcane existed. The cast have been given NDAs to backdate lies and I'll show it in court. Mia states in an interview that when she performed the crying scene, she was 11, she had just turned 11 a few days before. This places recording of this scene in late December 2016, years before the greenlight and years before it was all scrapped. Moreover, we know that the material for the

**26**

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

original pilots was not used because cast members and others have spoken about it time and time again.

In fact, almost all Arcane was recorded and produced during lockdown restrictions, of which were broken, post 2019. The show wasn't greenlighted until Mid-2020. The mess they had before was either the scrapped Arcane material, or made for the 10-year anniversary announcement video, borrowed from other Riot cinematics, or swiped from the IP of other companies.

Mia states that she recorded the crying scene by herself, and she had just turned 11 a few days before. Mia was born 14 December 2005. She was 11 in Dec 2016, and states that she performed the crying scene a few days later. On the Travis Gafford's YouTube, David Lyerly confirms he joined Riot in 2017 and didn't even know about Arcane until the end of 2017. Thus, how was he in a booth with Mia recording a crying scene, a year before he even knew about Arcane or worked for Riot and many years before it was greenlit? Mia is a victim of the con. She was a child, and she was non-sexually groomed to lie for Riot. This is called Child abuse.

27

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Additionally,**

A. **Casting Late-** On October 28th, 2021, the wrap.com, reported that Mia Sinclair Jenness, the voice of Disney Junior's "Fancy Nancy," has joined Netflix's "League of Legends" series "Arcane."



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

B. **First Audition-** 11:46 PM · Jun 8, 2022, Mia posted this on X, "You guys want to hear my very first audition for #powder in @arcaneshow? ;)" Accompanied by a re-post of this promotion of Bridging the Rift. *"Every legend has a beginning, and it's not always where one would expect. Welcome to #BridgingTheRift, the story of how #Arcane came to be. Told in five parts every Thursday on @YouTube, beginning August 4."* This suggests that we'll see her first ever audition in Bridging the Rift.



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

C. **Footage of First Audition-** Arcane: Bridging the Rift | Episode 3 - Mia Sinclair Jenness as Powder. We see this recording session. This is not a 10, 11 nor 12-year-old.



I believe Mia did have some involvement or discussions with Riot in & Pre 2019, in the scrapped project or other work, but rejoined in late 2021 under the revamp after Arcane was greenlit, and under the casting of David Lyerly.

30

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

David states that he mentioned to Christian and Alex, *"Hey, they worked really hard with us, with the pilot for years, as we tried to sort of shape it into something that would get greenlit and be allowed to move into production. As a thank you let's bring them in and let's find roles for them in season one."*

D. **David Lyerly-** Mia states that she recorded the crying scene by herself, and she had just turned 11 a few days before. Mia was born 14 December 2005. She was 11 in Dec 2016, and states that she performed the crying scene a few days later.

On Travis Gafford's YouTube, David Lyerly confirms he joined Riot in 2017 and didn't even know about Arcane until the end of 2017. Thus, how was he in a booth with Mia recording a crying scene, a year before he even knew about Arcane or worked for Riot and many years before it was greenlit?



31

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

David states that, *"In late 2017 he was hit up by Alex Yee who was like hey we have this thing we're working on, we're playing around with it, and we're in some re-records of the pilot, just sort of trying to get new looks at some of the characters and wanted to know if I would step in to direct the ADR sessions and help out."*

David states that he mentioned to Christian and Alex, *"Hey, they worked really hard with us, with the pilot for years, as we tried to sort of shape it into something that would get greenlight and be allowed to move into production. As a thank you let's bring them in and let's find roles for them in the season one."*

David states that he did the first take but thought she could go further, so they did it again and she nailed it, and he was crying and then when it was done, he looked up and everyone in the room was crying. He states that's that he saw Alex, Brad, Kathy and our engineers, everyone was crying.

He does not mention Linke, who has also stated that he was crying.

32

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**E. Involvement in the failed Pilots.**

In October 2019, Mia reposted the 10-year anniversary announcement, worked on from mid-2019, suggesting she had an involvement in the failed pilots before Arcane was greenlit in Mid-2020.



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

F. **First and Final Arcane show recording sessions-**

I reported the Copyright Infringement to Riot's CEO and solicitors the day after it aired on Netflix 24th of November 2021.

On Dec 18, 2021, Mia posted a picture of what she says is her First and Final Arcane show recording sessions. Mia tags her agent Jen Rudin. There is no evidence to any link to Riot.



34

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

G. **Jen Rudin-** Jen Rudin's company, Jen Rudin Casting, was involved in casting for animated pilots for Riot Games, suggesting, as I have stated, Mia may have been cast in the failed pilots. Riot, supposedly hired and fired four casting directors.



PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**H. Disney & Dodger Stadium-** On Jan 6, 2022, long after I had complained about copyright infringement, Mia posted a picture of young her with a young Miles Brown, who voiced the young version of Ekko in Arcane, at the Dodger Stadium. The caption read **"Powder & Ekko ARENT WE THE CUTEST."**



On October 5, 2018, during Game 2 of the NLDS at Dodger Stadium, Miles Brown, known for his role on "Black-ish," participated in pre-game festivities.



36

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

On October 5, 2018, Mia posted, "tonight I will have the honor of singing our national anthem at the NLDS playoffs game 2 at dodgers stadium. 6:15pm pacific, 9:15pm eastern. dodgers vs braves."



**They were both Disney stars.**

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**I. Conclusion.**

In reference to Arcane, and this evidence, I believe,

1, Riot lied about timelines to hide IP theft.

2, Riot misused the youngest cast members to lie.

3, Riot abuse children and vulnerable people working for them.

4, Riot broke lockdown restrictions in LA.

5 Riot made the cast sign illegal NDAs.

6, Recording story of Powder's Crying Scene is a Publicity Stunt!

7, Recording story of Powder's Crying Scene is also a ploy to hide their crimes.

8, Riot is a danger to the public and its own employees.

9, Nothing Riot says can be trusted.

10, I want Justice.

**J. Conclusion with Legal Citations**

**Riot Games Misrepresented Casting and Production Timelines**

Mia Sinclair Jenness claims she recorded Powder's crying scene when she had just turned 11 (December 2016)—this is demonstrably false.

38

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot Games' casting records, interview statements, and publicly available timelines indicate that Mia was likely cast much later, possibly in late 2021 under casting director David Lyerly.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel contradicting official claims may be used as admissions by a party-opponent in legal proceedings.

**Fabricated Narrative for Publicity and Legal Cover-Up**

Riot Games has heavily publicized Mia's emotional voice recording session as a marketing tool for Arcane.

This follows a pattern of backdating and fabricated PR stories, previously seen in:

Bridging the Rift interviews, where false development timelines were promoted.

Misrepresented casting dates for other actors (e.g., Reed Shannon).

Under California Business & Professions Code § 17500 (False Advertising Act), making false or misleading statements to the public for financial gain is illegal.

The misrepresentation of production dates and casting timelines directly impacts ongoing copyright litigation, constituting a fraudulent business practice under Cal. Bus. & Prof. Code § 17200.

**Violation of Child Labor and Workplace Ethics Standards**

39

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Mia was pressured to misrepresent her casting timeline, this raises concerns under California Child Actor Protection Laws (Cal. Lab. Code § 1308.5).

The alleged coercion of a minor to support Riot's PR narrative could constitute psychological manipulation and potential violation of federal and state labor laws.

Under Fed. R. Civ. P. 26(a)(1), Riot is required to disclose accurate employment and casting records—any discrepancies should be investigated through subpoenaed documents.

COVID-19 Lockdown Violations During Recording Sessions

Riot Games allegedly recorded sessions during 2020-2021 lockdown restrictions, in violation of California COVID-19 emergency mandates (Cal/OSHA COVID-19 Emergency Standards, 8 CCR § 3205).

Evidence suggests that Riot ignored social distancing laws and conducted voice acting sessions before studios were permitted to reopen.

Illegal Use of NDAs to Conceal Misconduct

**Riot Games allegedly forced cast members to sign NDAs to backdate false timelines.**

40

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under California SB 331 (Silenced No More Act), NDAs cannot be used to conceal workplace violations or fraud.

If these NDAs were used to mislead legal proceedings, they may be unenforceable and subject to judicial scrutiny.

Further Evidence of Intellectual Property Theft Cover-Up

Riot's timeline manipulations align with its legal strategy of misrepresenting the development timeline to avoid liability for copyright infringement (17 U.S.C. § 501).

Riot's own employees contradict the company's official statements regarding Arcane's production timeline.

Under Fed. R. Civ. P. 30(b)(6), Riot may be compelled to designate a corporate representative to testify under oath regarding the true development timeline of Arcane.

***Key findings: Riot Games Has Engaged in Systematic Fraudulent Practices***

Riot has repeatedly altered, fabricated, or backdated development records and casting dates.

If Riot deliberately misrepresented key facts in its legal filings, it could be subject to Rule 11(b) sanctions for false representations to the court.

41

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The misuse of minors in their deception campaign, if proven, could expose Riot to further regulatory and legal action beyond the scope of copyright infringement.

42

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 3- Kathy Cavaiola (Script Coordinator and VO Manager)**

Kathy Cavaiola, the Script Coordinator and VO Manager claims to have started working with Riot in July 2018 for a year till July 2019 when she went to Warner during covid and then worked on Arcane from November 2020 to Feb 2022.

  

Again, Mia was born 14 December 2005. She was 11 in Dec 2016, and states that she performed the crying scene a few days later. David Lyerly states that he did the first take but thought she could go further, so they did it again and she nailed it, and he was crying and then when it was done, he looked up and everyone in the room was crying. He stated that he saw Alex, Brad, Kathy and our engineers, everyone was crying.

This means, that the crying Scene was- supposedly- recorded 1.5 Years before Kathy, who was in the recording room, had ever worked with Riot. Mia may have been involved with the failed and scrapped pilots but could not have recorded the crying scene until at least late

43

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

2020. I'm going to strongly suggest, with reason, that the crying scene was actually recorded on or around Wednesday 16th December 2020, violating COVID-19 restrictions. This is tied to David Lyerly's account and to Arcane's factual development timeline.

44

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Inconsistencies in Kathy Cavaiola's Employment Timeline**

Kathy Cavaiola claims to have worked at Riot Games from July 2018 to July 2019, before leaving for Warner Bros. during COVID-19 and returning to work on Arcane from November 2020 to February 2022.

However, David Lyerly's account places Kathy in the recording room for Mia Sinclair Jenness's crying scene, which was allegedly recorded when Mia had just turned 11 in December 2016.

This creates a clear contradiction—Kathy could not have been in the recording room for the crying scene years before she worked for Riot.

Under Fed. R. Evid. 801(d)(2), statements by Riot employees and contractors may be used as admissions by a party-opponent, making these contradictions legally significant.

**The Crying Scene Timeline Is Falsified**

Riot Games' official claims state that Mia Sinclair Jenness recorded her crying scene when she was 11 (December 2016).

45

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

However, employment records, podcast statements, and the Arcane development timeline all contradict this.

If Kathy Cavaiola only worked on Arcane from November 2020, the crying scene could not have been recorded in 2016, as Riot claims.

Under Fed. R. Evid. 602, a witness must have personal knowledge of the facts they testify about—Kathy's presence at the 2016 recording session is impossible based on her own employment history.

**COVID-19 Restrictions Violated During Recording Sessions**

If the crying scene was actually recorded around December 16, 2020, this raises serious legal concerns regarding Riot's compliance with COVID-19 restrictions.

California's COVID-19 Emergency Standards (Cal/OSHA, 8 CCR § 3205) imposed strict workplace safety measures during this period, including social distancing and limitations on in-person recording sessions.

If Riot conducted illegal in-person voice recording sessions during lockdowns, this may constitute violations of public health orders and workplace safety laws.

Further Evidence of Riot's Pattern of Misrepresenting Development Timelines

46

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot Games has a documented history of backdating production records and creating false narratives about Arcane.

The falsification of the crying scene recording date aligns with prior timeline misrepresentations, including:

Reed Shannon's alleged age deception in casting announcements.

Mia Sinclair Jenness's shifting account of when she was hired and recorded scenes.

Contradictory public statements by Riot's showrunners and voice actors regarding production dates.

Under California Business & Professions Code § 17200, engaging in fraudulent or deceptive business practices, including misrepresenting production dates, constitutes unfair competition.

**Key findings: Riot Games' Official Development Timeline Is Not Credible**

Mia Sinclair Jenness's crying scene was not recorded in 2016 as Riot claims—it was recorded much later, likely in December 2020, during COVID-19 lockdowns.

Kathy Cavaiola could not have been present at a 2016 recording session because she was not employed at Riot at the time.

47

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot likely violated COVID-19 restrictions to complete the recording, potentially breaking state and federal public health laws.

Riot's continued pattern of backdating and falsifying production records suggests an intentional effort to manipulate legal and public narratives.

If these misrepresentations were knowingly included in legal filings, Riot may be subject to Rule 11(b) sanctions for false representations to the court.

48

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 4: Melinda Dilger (Producer of "Arcane" and Global Head of Animation Production at Riot Games).**

**BACK SCHEDULING**

Melinda Dilger was the real unsung showrunner of Arcane. I believe she began working on Arcane in May 2020 and ran with it, producing everything along the way, showing Linke and Yee the very basics. We know that everything had to be done, and everything was still being worked out, Melinda Dilger states this in Bridging the Rift and on the Angle on Producers with Carolina Groppa podcast.

Melinda Dilger went on Angle on Producers with Carolina Groppa podcast: https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0

(Melinda Dilger - Producer of "Arcane" and Global Head of Animation Production at Riot Games- 31 May 2023 - Angle on Producers with Carolina Groppa- 01:03:19)

On this podcast, Melinda Dilger states, Riot Games didn't have an efficient pipeline. Fortiche was still working out their pipeline. Fortiche had their hands full figuring it out, so she built an infrastructure for the LA team. She states that Mark Taylor was consulting them at the point when she joined. She discussed the mess of it with Mark. So, she had to build them a basic org chart for what it should look like. And taught them the very basics from beginning to end.

49

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



50

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

We know that the show, scripts weren't yet "written", as she confirms it and it's on the Org Chart. Thus, we know that the letter sent to me from Riot's solicitors (Greenberg Glusker) in 2021, presents false timelines.

In Arcane: Bridging the Rift, Jane (Jane Chung) Hoffacker states that finally, one time she got connected with a woman named Melinda Dilger.

Melinda's LinkedIn resume states that she worked at Riot Games as an Executive Producer on "Arcane" Season 1 & 2 (Netflix series),4 years 4 months, December 2019 - March 2024. We know this isn't correct as we know that it was into 2020 if not 2021 when she was brought in. But even if we go with this, it shows that Riot's Arcane: Bridging the Rift timelines are muddled.

Milinda states that she worked at home because of Covid.

In Los Angeles, COVID-19 restrictions began in early 2020 and went through multiple stages of tightening and loosening based on case surges. The first stay-at-home order was issued in March 2020, closing non-essential businesses and enforcing mask mandates. By mid-2020, restrictions were slightly eased, but surges in cases during winter led to further restrictions and capacity limits, especially in indoor spaces.

So, we know that it was after March 2020. At the beginning of Covid, businesses didn't have their lockdown protocols in place, it was simply lockdown. It was mid-2020 before the restrictions were eased slightly.

51

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

In June 2021, Los Angeles fully reopened, lifting most restrictions; however, mask mandates for indoor spaces were reimposed later in 2021 due to new case increases. By March 2023, Los Angeles County officially ended its local COVID-19 emergency declaration, marking a significant step toward post-pandemic operations.

This shows that all of the production and writing had to have happened after Riot had my manuscript and then real writers and showrunners were hired.

Jane (Jane Chung) Hoffacker stated that she informed Melinda Dilger of some of the issues they were dealing with, and she seemed unphased by it.

Melinda Dilger shows the camera man to her home office and tells him this is where all the meetings happen (On the laptops), and her dog is in all the meetings with her. This shows again that this all took place between covid restrictions, including the filming of Arcane: Bridging the Rift.

Melinda Dilger states that the team health when she first started wasn't so great.

The camera then shows Linke and Melinda Dilger with others in meetings with masks on. Linke repeats IP speak which is an obsessive buzzword at Riot.

Los Angeles County first implemented a mandatory mask policy for public settings on June 18, 2020, as COVID-19 cases surged across California. This mandate required face coverings in all indoor public spaces, including businesses and government buildings. Though restrictions eased temporarily, the mask mandate was reintroduced in July 2021 due to

52

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

increased cases from the Delta variant. This mandate continued in various forms, particularly indoors, until early 2022, when it was phased out following declines in case numbers and hospitalizations. Thus, this early work meeting for Melinda happened sometime after June 18, 2020, after they had my manuscript.

Jane (Chung) Hoffacker states, "by than I was super exhausted because I was like three years into the project or something. I know Christian was exhausted, Alex was beat and like she (Melinda) brought in energy."

Jane (Chung) Hoffacker's LinkedIn resume states that she worked at Riot Games as a General Manager, Executive Producer for 9 years 1 month, between June 2017 - May 2020 (3 years) on Arcane.

Jane left in May. This shows that: A, she left in May 2020. B, Arcane: Bridging the Rift, or this part of her talking, was shot around May 2020, or she came back to shoot it, which is more likely. C, when Melinda started at Riot (May 2020) it was 3 years since Jane started working on it. This points to Melinda Dilger actually starting in May 2020, after they had my manuscript. It also points to more unreliable timelines being spouted.

Melinda Dilger states that from what she was hearing, it was taking them (Linke & Yee) a long time to get their bearings and Fortiche had also never produced a series, so you had a bunch of newbies trying to figure this out, and it is really a different process.

53

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

In the meeting they are wearing Covid masks. The date on the screen is 2021. I believe it maybe 21/04/2021 at 13:12. Thus this footage was taken in mid-2021, well over a full year of having my manuscript, but likely more than 2 years.

In Melinda Dilger's home office we see her on a meeting with others. One of them is Eric Bergman.

Eric Bergman served as the post-production supervisor for Arcane across all nine episodes of the first season in 2021. His role involved overseeing the final stages of production, ensuring the animation, editing, and all other post-production elements met the show's high-quality standards. Thus, again it shows this was filmed in 2021, perhaps on the run up to Arcane's release.

In Bridging the Rift, Melinda Dilger rolled out a production Schedule, starting, backdated to March 2020. She then overly states for the camera, "That's when this started". But the date in the top corner is 3/16/2021. MARCH 2021.

When building a production schedule, it's common to start with the target deadline and work backward. This process, called backward planning or back scheduling, helps define necessary milestones, tasks, and dependencies needed to meet the final deadline. Key production phases, such as scripting, storyboarding, animation, and post-production, are assigned specific timeframes based on this reverse timeline. This method allows teams to anticipate potential delays and allocate resources efficiently to ensure the project stays on track. It's

54

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

important to see what has happened to get them to the start point, thus, this actual proper production schedule began in mid to late 2020, perhaps even 2021, after Covid restrictions had eased up.

The numbers across the top of the production schedule look like date ranges. It shows that compositing (pilot) was taking place at this time, among other things. The show still wasn't in full production.

It then shows the whole of the production lines. This shows that Arcane as it is, was just an idea and it was failing until they got my manuscript, and it was still failing long after until they brought in writers and other professionals to babysit.

Melinda Dilger states, "Because this is the first Riots ever done, a lot of things are getting figured out and developed as we go along in production."

The camera shows the whole production line taking place, mostly from Mid 2020 up to the last episode in late 2021 to release date. Towards the beginning, I.e. the backdating, there is a lot of white space.

It shows everything, from storyboards, to writing, animation, painting, Cam map, music, mix, lock pic, to international dubbing, casting, voice recording, design, ADR, everything was still being worked out. It zooms into writing time, which is unequivocal evidence that the scripts were still being converted at this time, well into 2021. Thus, the 2021 claims from Greenberg Glusker ("All scripts were locked-in") cannot be correct and have to be lies.

55

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Melinda Dilger says, "it's taking longer than a normal show because they are doing it all at once." Doing it all at once, beginning in the latter half of 2020.

She states that "if it takes us a little longer to get those scrips done, that's what we will do." Thus, she, and the Org chart, have confirmed that scripting was still taking place well into 2021. This is not what the "Writers" Yee and Linke state, and it's also not what Riot's Solicitors claimed in the 2021 letter to me. In this letter they claimed that the scripts were locked in by the time they had access to my manuscript, and all writing was finished and locked In, in 2019.

This is Melinda Dilger and their own production schedules showing that all Arcane, less for a few prototype testers which got scrapped, was built in a production schedule she made after Covid which was backdated till March 2020.

56

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This isn't why Melinda Dilger is on amber. The two reason she is on amber are:

1, Melinda didn't state that the Org Chart is back scheduled, this misrepresents timelines.

2, Melinda's LinkedIn states she worked at Riot Games as an Executive Producer on "Arcane" Season 1 & 2 (Netflix series), 4 years 4 months, December 2019 - March 2024. We know this isn't correct, we know that this too is back paid, she began in May 2020 at the earliest.

This is amber because Melinda can clear this up when she testifies under oath.

**Conclusion with Legal Citations**

***Back-Scheduling Confirms Timeline Manipulation***

Riot Games' official timelines for Arcane contradict statements from key personnel, particularly Melinda Dilger and Jane Hoffacker.

The production schedule revealed by Dilger in Bridging the Rift was backdated to March 2020, but evidence confirms actual production and script development continued into 2021.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under 17 U.S.C. § 501, copyright infringement claims require proof of access and substantial similarity; Riot's misrepresentation of production timelines is relevant to access and possible unauthorized use of Plaintiff's work.

Script Development and Writing Were Not Locked in 2019

Riot Games' legal claim that all scripts were locked in 2019 (as stated in a 2021 letter from Greenberg Glusker) is contradicted by:

Dilger's statements that writing was still ongoing in 2021.

Production schedules showing active script development through mid-2021.

Under Fed. R. Civ. P. 11(b), legal representatives are prohibited from making false statements to the court—this misrepresentation raises concerns about the credibility of Riot's defense.

***COVID-19 Restrictions Establish Clear Production Start Dates***

Dilger states she worked remotely due to COVID-19, confirming she started work after March 2020 during the early lockdown phase.

Under Fed. R. Evid. 201, the Court may take judicial notice of COVID-19 restrictions, which show that early-stage development meetings and scriptwriting occurred after Riot had received Plaintiff's manuscript.

58

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Video footage and production meetings featuring mask mandates confirm that key creative decisions occurred in mid-to-late 2020, contradicting Riot's claim of finalized scripts in 2019.

### *Riot Games Relied on External Writers and Producers to Fix Arcane*

Dilger built the infrastructure for Riot's LA team, confirming that Riot and Fortiche lacked an efficient production pipeline before she was hired.

This supports Plaintiff's argument that Arcane was not fully developed until outside professionals were brought in, a process that began after Riot had received Plaintiff's manuscript.

Under 17 U.S.C. § 106, copyright owners hold the exclusive right to derivative works—if Arcane relied on Plaintiff's manuscript as a framework for its eventual development, this constitutes unauthorized use.

### *Inconsistencies in Melinda Dilger's Work History and LinkedIn Timeline*

Dilger's LinkedIn states she worked on Arcane from December 2019 - March 2024, but multiple statements indicate she only joined in May 2020 or later.

59

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Failure to clarify these discrepancies misrepresents key timelines and contradicts Riot's official legal position.

Under Fed. R. Civ. P. 26(a)(1), parties must disclose accurate information relevant to the case—Riot's inconsistent timeline raises questions about its compliance with disclosure rules.

### *Production Meetings and Mask Policies Confirm Mid-2020 Onward Timeline*

Bridging the Rift and behind-the-scenes footage show team meetings where masks were worn, placing them after June 18, 2020, when Los Angeles' mask mandate began.

A production meeting recorded on April 21, 2021, further proves that Arcane's development was still ongoing well after Riot had received Plaintiff's manuscript.

### *Misrepresentation by Riot's Legal Team (Greenberg Glusker)*

Greenberg Glusker's 2021 legal letter asserted that Arcane's scripts were locked before Riot obtained Plaintiff's manuscript, but:

Dilger's statements and Riot's internal production records contradict this timeline.

### 60

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Production schedules confirm scriptwriting extended well into 2021.

Under California Business & Professions Code § 17200, engaging in fraudulent or deceptive business practices—including misrepresenting legal timelines—can support an unfair competition claim.

### *Key findings: Riot Games' Timeline Is Muddled and Unreliable*

Internal production evidence contradicts Riot's official statements regarding Arcane's development timeline.

The misrepresentation of writing timelines, script completion, and staff hiring dates raises serious doubts about Riot's version of events and their compliance with Rule 11 obligations to the court.

Melinda Dilger's Testimony Could Clarify Key Facts

Dilger's ambiguous statements and backdated production records place her in a neutral but critical position.

Under Fed. R. Civ. P. 30(b)(6), Riot may be required to produce a corporate representative—potentially including Dilger—to provide sworn testimony clarifying production timelines.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under oath, Dilger could confirm or refute Riot's version of Arcane's development timeline, clarifying when key production milestones actually occurred.

62

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 5: Katy Townsend (Maddie).**

1.      Pop Culture with Pat - 21 Nov 2024- Katy Townsend Talks Playing Maddie in Arcane Season 2, Caitlyn and Vi, Jinx and Isha + MORE- Katy states she had read for Amanda Overton many years ago but didn't get the role and stayed in touch on Facebook. She states that about 5 years ago Overton reached out to her, stating she is developing a character (Maddie) and would like Katy to try for it. This was about 5 years ago. This places the time "About" November 2019. Five years ago she saw the pilot episode and her head spun.

2.      Overton put Katy's name in the hat for it but she had to go through the audition process in front of others. She got the role and performed her first tester session in early 2020.

3.       Katy states that a lot of Arcane was produced during the pandemic.

4.      Kate said some of her features and image inspired the development of the visions for the character.

5.      Katy tells us that Subie from Mass effect (A role she played) inspired Overton's vision when making Maddie. Katie states that Overton was a big fan of Mass Effect. She states that there are too many similarities, they are both red hair lesbians played by her.

**63**

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.      Katy Townsend also voiced the character Silvi Timberwolf in the "Monster High" franchise. Overton must have been familiar with Kate's role in Monster High as they kept in touch and because Katy had to be vetted and had to audition.

7.      It is alleged, by the Plaintiff, that Monster High was infringed upon to build Mel's look in the show.

8.      She states that there is so much care and detail in the show and in the frames, nothing is an accident.

9.      It is alleged, by the Plaintiff, that M.W shows up everywhere in the show and this is gaslighting and taunting.

10.     She states that there was an Arcane leak of the first 6 episodes.

11.     They discussed Maddie's age, stating she looks much younger, and people comment that Caitlyn appeared too old for her.

12.     They talk about the jarring time jump and Maddie in bed with Caitlyn.

13.     Katy states Amanda wrote episode 4 of Season 2.

14.     On the YouTube channel, It's FanBox- 7 Dec 2024- Arcane Star Katy Townsend talks about Maddie Nolan (Full Interview). At 13:30 The interviewer asks Katie, going into the show, if she knew what the end game was for Maddie. She states they did not tell her; her feeling is they did not know themselves. She then states that she spoke to one of the writers at a shrine event in LA and he was like oh it was so exciting going into the final act

64

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

because we knew, and you didn't know. Katie states, wait, I thought it was being discovered along the way, it was just a decision at some point, so it might have been a part of the plan all along.

15.     It is alleged, by the Plaintiff, this sounds like the nonsense Yee would pull. Yee and Linke and the rest of the Bro-mancing Club have been shown to be pathological liars who back track to fake competence and to hide theft. This storyline was developed by Overton. I believe it was meant to be Ren, daughter of Marcus in season 1, but they had to change it after I had written to them and started the IP investigations. In Bloodborg, Ren is called Ru, and sometimes Ru-Bunny, it's her father's pet name for her. Her name is Ruby. She is the daughter of a prominent officer. This aligns with the mirrored storytelling, thus both father and daughter betray the enforcers.

16.     Kate stated that she was told that Maddie was gonna be a new enforcer and she was going to be involved with Caitlyn, perhaps in a love triangle type of way, but that's all she knew.

17.     Kate states that originally they said Maddie might die, we are thinking of a way to kill her in a spectacular death. Then later someone said, she might die and might now be a spy.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

18.     She is asked when she found out Maddie would become a spy. She states that it was a while, her recording sessions spanned over the course of like 4 years. 2020 to November 2024.

19.     She said it might have been a few years into recording when she found out that potentially they were going to take that direction but discovered it reading her final lines.

20.     Thus why would a writer have to say to her that we knew, and you didn't at the screening? Covering tracks is what I suggest. This shows that story development was still taking place even after the first season aired.

21.     She talks about the black and white still image of Maddy's cheshire cat grin as she shoots Caitlyn.

22.     They talk about actors stating lies to the press to not spoil secrets like Andrew Gardener in Spiderman. Kate states that The PR team would have told him to.

23.     Katie talks about her voice role in the Fallout 4 video game.

24.     Interesting, Ella Purnell (Jinx) played a role in the Tv show adaptation of Fallout.

25.     8 Dec 2024 Behind The Voice- How Maddie's Voice Actor Was SHOCKED By Arcane Season 2- Katie appeared on this podcast.

26.

https://www.youtube.com/watch?v=dY6hdNMuvjU&list=WL&index=5&t=767s

66

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

27.     Katie states that she first heard about the project in 2019, and she auditioned in early 2020.

28.     Katie states that she had her first recording session on the first day of lock-down.

29.     Katie states that everything shut down and she didn't have a second session until the end of 2020.

30.     Then she had sporadic sessions over a few years.

31.     At the end of 2019, Katie went to Riot to see the screening of the first pilot.

32.     Katie states that after, she had to do a lot of auditions and testing because if you get cast, that will shape what the character becomes. This shows that into 2020, the scripts and show were still being shaped.

33.      The selections come down to Katie and a quite well known famous actress. Katie states that it has happened a few times and she has not gotten the role. Thus she was worried, but she got a call to say she got the role.

34.     Katie states that she recorded her first session on the first day of lockdown (Kinda illegal). They had discussions about shutting the studio down. She wanted to record as she needed the money, and she was scared that they might scrap the character or swap her out or

67

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

recast. She states that during the pandemic, there was a lot of reacting and many other projects were cancelled.

35.     Katie states that she loved working for a director called Amanda Wyatt.

36.     Amanda Wyatt is a highly experienced narrative designer and writer who contributed to Arcane. Her work on Arcane is likely to have involved, Voice/Casting Director, narrative design, dialogue writing, and character development.

37.     Around a year into recording, so long into 2021, Katie got some sketches of the character. Katie states, she evolved a bit, she seemed to get cuter and cuter. There was a womanlier look first.

38.     Katie states that she thought that they were working the character of Maddie out along the way, but she might have been lied to, and she might have been a spy all along.

39.     She further states that you would need to ask the writers.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Riot Games' Production Timeline Is Again Contradicted**

Katy Townsend states that she first heard about Arcane in 2019, auditioned in early 2020, and recorded her first session on the first day of COVID-19 lockdowns.

This directly contradicts Riot's claim that scripts were locked in 2019, as the character of Maddie was still evolving well into 2021.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel can be used as admissions by a party-opponent, meaning that Katy's statements establish that Riot's official timeline is misleading.

The Development of Maddie Shows That Riot Was Still Writing the Show in 2021

Katy states that she received sketches of Maddie over a year into recording (well into 2021) and that the character was still evolving.

This contradicts Riot's claim that the entire show was fully written and locked before production.

69

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under Fed. R. Evid. 602, a witness must have personal knowledge of the events they testify about—Katy's firsthand statements confirm that Riot's writing was still happening after the first season aired.

If Riot intentionally misrepresented their production schedule to avoid liability, they could be subject to Rule 11(b) sanctions for false representations to the court.

**Recording Sessions May Have Violated COVID-19 Restrictions**

Katy states that she recorded her first session on the first day of lockdown (March 2020), despite discussions about shutting down the studio.

Under California's COVID-19 Emergency Standards (Cal/OSHA, 8 CCR § 3205), businesses were required to suspend in-person operations unless deemed essential.

If Riot continued non-essential recording sessions in violation of state mandates, this could constitute workplace safety violations and potential labor law breaches.

**Arcane's Writers and Directors Misled Their Own Cast**

Katy initially believed Maddie's story was being shaped along the way but later realized she may have been misled about the character's arc.

70

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This suggests that Riot's leadership (Christian Linke, Alex Yee, Amanda Overton, and Amanda Wyatt) were either dishonest or constantly changing direction, which is inconsistent with their claims of a fully locked script.

This aligns with previous misleading statements made by Riot personnel (Reed Shannon, Mia Sinclair Jenness) regarding the timeline of Arcane's production.

**Character Evolution Supports the Plaintiff's Allegations of Copyright Infringement**

Katy states that the development of Maddie's character was inspired by elements from her previous roles, including Mass Effect and Monster High.

The Plaintiff alleges that Monster High was also infringed upon to create Mel's character design, further reinforcing a pattern of misappropriation and derivative storytelling.

Under 17 U.S.C. § 501, copyright infringement occurs when a party copies protected elements of another work without authorization—the borrowing of character designs and story elements from multiple external sources supports the claim of unauthorized use.

**Riot Games' Deceptive PR and Marketing Tactics**

71

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Katy states that PR teams instruct actors to lie in interviews to avoid spoiling story details.

While this is common in the entertainment industry, it raises questions about the validity of previous statements made by cast and crew regarding Arcane's timeline and development.

Under California Business & Professions Code § 17500 (False Advertising Act), making false or misleading statements to the public for financial gain is illegal—if Riot's marketing team engaged in deceptive promotion, this could have legal ramifications.

**Key findings: Riot Games Continues to Alter and Misrepresent Development Timelines**

The writing and development of Arcane was still ongoing well into 2021, contradicting Riot's official claims that scripts were finalized in 2019.

COVID-19 lockdown restrictions may have been violated to conduct recording sessions.

Cast members were misled about their characters, indicating disorganized or deceptive storytelling practices.

The Plaintiff's allegations of character design and narrative theft are further supported by the organic evolution of Maddie's role.

72

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Riot knowingly misrepresented key facts in its legal filings, it could be subject to Rule 11(b) sanctions for false statements and discovery violations under Rule 37.

73

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 6: Toks Olagundoye (Mel)**

1.     Pop Culture With Pat - Arcane League of Legends Mel Voice Actor Toks Olagundoye Interview - 12 Dec 2021: Toks stated she had to audition for Mel.

2.     Toks stated that the scripts were good; she skimmed them but found herself reading more and more.

3.     She stated that they booked three times more than the normal time for sessions because they wanted to make sure she knew where they were in the story.

4.     The interviewer, Pat, states that he read that the "Showrunners" had said they worked on it for six years. Toks stated that she worked on it for "about" three years.

5.     Three years places Toks' involvement at the end of 2018. "About" is a very stressed point. This cannot be accurate because the greenlight wasn't given until mid-2020, and we know the pilot was worked on from mid-2019.

6.     Toks states that when she joined, the pilot was done before she got hired.

7.     Toks states that she had recorded maybe two or three episodes when they invited her to the Riot campus. She was shocked at the campus. She states she was sitting in a theatre watching the pilot, and it was amazing.

74

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

8.     Toks states that she did not know about the game until they were having that big competition. She states that Alex, Dave, or Christian might have told her, but she was pregnant, so she might have forgotten.

9.     Toks Olagundoye and her husband, Sean Quinn, welcomed their son in late 2019. Toks played Tamilla in the Pasadena Playhouse production of Good Boys. At the premiere on 16 August 2019, Toks can be seen in photos on Instagram, and she is pregnant.

10.    This indicates that perhaps Toks's voice and role in the show were a part of the pilot or original dropped episodes, which were cancelled before they used my manuscript to get the greenlight in mid-2020. Or perhaps it's more misdirection.

11.    Toks ends by reiterating that Arcane took six years to make.

12.    Mama's Geeky - Arcane INTERVIEW: Toks Olagundoye ("Mel Medarda") & Harry Lloyd ("Viktor") - 8 Nov 2021: Toks states that she likes to work, she was sent an audition, she auditioned, and she got it.

13.    Toks is asked about the challenges in this role, such as having to deal with the pandemic. She states that a lot of them understood what they had to do and put together studios in their homes. She states that there were a lot of technical difficulties at first on all sides, but they eventually understood what was needed to get it done this way, and it helped her because she was a little less self-conscious in her own studio with no one watching, so she felt free to just go for it.

75

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

14.     Toks is asked if she got to record with any of the other voice actors. She states Amirah, that was it. She then states that she doesn't recall because she was pregnant.

15.     Amirah Vann voiced Sevika. In Arcane, there are no direct interactions or shared scenes between Mel Medarda and Sevika. Their storylines and roles within the series do not overlap significantly. Mel Medarda is primarily involved in the political and diplomatic dynamics of Piltover, focusing on her influence over the Piltover Council and her relationship with Jayce. Sevika operates in Zaun, serving as a loyal enforcer to Silco and playing a key role in Zaun's underworld conflicts. Though both characters are integral to the story, their arcs occur in separate spheres, and the narrative does not bring them together in any direct scene.

16.     It's strange that these scenes, which must predate COVID and must predate the greenlight, were shared between two actors whose characters do not interact. Perhaps these are deleted scenes from the first attempt at the show, which was scrapped when the project was shut down. Or perhaps this didn't happen, and Toks has been paid to backdate lies like many others. Alternatively, they may have been for a pilot or from scripts that were cut.

17.     Mama's Geeky - Arcane INTERVIEW: Toks Olagundoye ("Mel Medarda") & Harry Lloyd ("Viktor") - 8 Nov 2021: They are asked if they can remember fun recording moments and if they got to improvise. Toks states every session. Every session she had fun and got to play.

76

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

***Inconsistencies in Toks Olagundoye's Timeline Reveal Riot's False Statements***

Toks states that she worked on Arcane for "about" three years, which would place her involvement at the end of 2018.

This contradicts Riot's development timeline, which shows Arcane was only greenlit in mid-2020 and that the pilot was developed in mid-2019.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel may be used as admissions by a party-opponent, making these contradictions legally relevant.

**Further Proof That Riot's Timeline Was Backdated to Conceal IP Theft**

Toks states that when she joined, the pilot was already finished.

However, the official Arcane timeline states that the pilot was not completed until mid-2019, and the show was not greenlit until mid-2020.

This directly contradicts Riot's claim that scripts were finalized in 2019 and aligns with previous misrepresentations of the timeline (e.g., Reed Shannon, Mia Sinclair Jenness).

If Riot deliberately misrepresented production dates, this could justify Rule 11(b) sanctions for false representations to the court.

77

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Recording Sessions Took Place During COVID-19 Restrictions**

Toks states that she had to set up a home studio due to COVID-19 restrictions, confirming that significant voice recording occurred during the pandemic.

Under California's COVID-19 Emergency Standards (Cal/OSHA, 8 CCR § 3205), businesses were required to suspend non-essential in-person operations.

If Riot continued in-person voice recording during state-imposed lockdowns, this may constitute violations of workplace safety laws. Although Toks was home in the UK, this indicates that other recordings were taking place.

**Toks' Interaction with Amirah Vann Raises Questions About Deleted or Scrapped Scenes**

Toks states that the only actor she recorded with was Amirah Vann (Sevika).

However, Mel and Sevika do not have any direct interactions in the final version of Arcane.

This suggests that:

These were scenes from a scrapped early version of Arcane.

78

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot may have paid Toks to backdate statements as part of a larger effort to misrepresent the show's production timeline.

Under Fed. R. Evid. 602, a witness must have personal knowledge of events— Toks' contradictory statements about recording sessions call into question whether she was given false information by Riot's PR team.

**Key findings: Riot Games Continues to Manipulate Arcane's Development Timeline**

Toks Olagundoye's testimony contradicts Riot's official timeline for Arcane.

The recording sessions occurred much later than Riot claims, and the show's development was still ongoing into the COVID-19 pandemic.

There is strong evidence that Riot engaged in deceptive practices, instructing actors to misrepresent production dates to align with their legal narrative.

If Riot intentionally falsified key facts in its legal filings, they may be subject to Rule 11(b) sanctions and discovery violations under Rule 37.

79

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 7: Katie Leung (Caitlyn)**

1. Live Q&A Panels - 3 Apr 2023 - Q&A Katie Leung Facts Gent 2023 Saturday: Katie states that she did some voice recording for Arcane Season 2 a few days ago and that it's looking really good.

2. Katie states that Arcane was a project she went into without knowing how big it was going to be or how good the animation would look. She had heard of League of Legends but had never played it. She said she took the role because her brother was a fan, she had time, and the creators sounded really nice.

3. She states that they sent her photos of Caitlyn and said, "This is the character," and she thought Caitlyn looked really cool.

4. Katie states that she went into the recording studio and did a couple of lines. She states that it was just her and the microphone, and that was strange because she wasn't really sure what they wanted. She states that when they spoke about the storyline, she didn't understand the references to Piltover and other jargon. However, when she saw the animation, she thought it looked really cool, and when it was released, she was blown away.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

5. Katie is asked if she was able to record scenes together with others in the studio when voicing Caitlyn, such as with Vi (Hailee Steinfeld). Katie states no, she has not met Hailee Steinfeld, who plays Vi. She states that she was just in a recording booth by herself, with a producer on the other side of the room behind a glass panel. She was in front of a microphone and a monitor with lines or animation. Sometimes, if Hailee had recorded her lines first, Katie would hear them and respond to them.

6. This confirms that Katie recorded her lines under COVID-19 restriction guidelines, meaning that her recordings took place during the pandemic.

7. She states that she has never met Ella Purnell (Jinx) or Hailee Steinfeld (Vi), or any of the other voice actors.

8. Oliver and James Phelps - Normal Not Normal - Katie Leung - 8 Jan 2021: Katie states that she is working on a couple of audio projects, which she loves.

9. Katie is asked if she can reveal what the audio projects are. She says no, explaining that the project is so secretive that it's even worse than when film studios tell you not to speak about things. She states that she had to sign an NDA.

81

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

10. Katie states that she finds the experience really exciting and enjoys working in animation because there is so much freedom—she can move around, she is in a booth by herself, and she feels less restricted.

11. Armageddon Expo - 4 Apr 2019: Katie lists her upcoming and future projects, but Arcane is not mentioned at all.

82

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Katie Leung's Statements Confirm That Arcane's Voice Recordings Took Place During COVID-19**

Katie explicitly states that she recorded her dialogue in a socially distanced setting, with a glass panel separating her from the production team.

This directly contradicts Riot Games' legal position that all Arcane scripts were locked in 2019.

Under Fed. R. Evid. 801(d)(2), statements made by a party-opponent's employees or affiliates can be used as admissions, which means Katie's account directly contradicts Riot's legal claims.

**Riot Games' 2019 Production Claims Are Untrue**

If Riot had fully developed and locked Arcane in 2019, why does Katie state that she was still recording new lines in April 2023?

This suggests that story, dialogue, and character interactions were still evolving long after Season 1 aired, further proving that Riot's timeline is false and backdated.

83

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under Fed. R. Evid. 602, a witness must have personal knowledge of what they testify about—Katie's statements confirm that voice recording was still ongoing well into the pandemic.

**The Use of NDAs Suggests Riot Games Was Concealing Key Facts**

Katie confirms that she had to sign a strict NDA and that Arcane was more secretive than major film productions.

This aligns with previous allegations of Riot enforcing illegal NDAs to hide their IP theft and timeline misrepresentations.

Under California SB 331 (Silenced No More Act), NDAs cannot be used to cover up illegal or unethical business practices—if Riot forced actors into signing NDAs to suppress information about timeline alterations, those NDAs could be unenforceable.

Katie Leung's Absence from Arcane-Related Discussions in 2019 Raises Questions

At the Armageddon Expo (April 2019), Katie listed all her upcoming projects, but she did not mention Arcane.

84

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If she had already been cast, why didn't she acknowledge it? This suggests that either:

She had not yet been hired in 2019, meaning Arcane was not as developed as Riot claims, or

She was instructed to withhold information, possibly due to Riot's attempt to cover up its real development timeline.

Under California Business & Professions Code § 17500 (False Advertising Act), misrepresenting production schedules to investors and the public for financial gain constitutes false advertising and deceptive business practices.

**Key findings: Arcane's Production Timeline Has Been Intentionally Manipulated**

Katie Leung confirms that recording continued into 2023, which contradicts Riot's claim that scripts were locked in 2019.

Her recording process followed strict COVID-19 protocols, confirming that significant work on Arcane took place during the pandemic.

The use of NDAs suggests Riot was actively trying to conceal the true production timeline.

85

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Riot intentionally falsified its timeline in legal filings, this could constitute Rule 11(b) violations for misleading the court.

86

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 8: Ella Purnell**

1, Ella Purnell plays the voice of Jinx in Arcane, she is very talented and I'm very happy that, as of yet, she is on green.

2, Ella is a huge talent, perhaps too big and established to be pushed or persuaded by Riot's abusive control.

3, Ella Purnell (Jinx) stated in an interview with ONE Esports that she never met her co-stars because most of it has been done in COVID time over zoom. Thus at least 2020.

4, On the FAN EXPO YouTube show, 29 Oct 2024- Ella Purnell Panel Highlights | FAN EXPO Chicago 2024, Ella confirms that she is sure that they started recording Arcane during COVID-19 restrictions. In Los Angeles restrictions began in March 2020. Thus, it had to be after this, and we know that the Org Chart was back scheduled to March.

5, FAN EXPO - Ella confirms that she was in the booth by herself, and she was reading the lines but had no idea what it looked like. She states that it's such a different experience because she was not seeing it and it's not really until ADR pickups (Automated Dialogue Replacement, is a post-production process in which dialogue for animated films is re-recorded in a studio), which is right at the very end, right before the show comes out that she was starting to see the pieces come together and hearing the other actors do the voices and the whole thing fits together.

87

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6, FAN EXPO - Ella confirms that it wasn't until the actual premier that she watched it for the first time and was like WOW.

7, FAN EXPO – Ella is asked about season 2, she is asked how long ago did she record. She states, I say nothing because I'm terrified of being sued by Netflix.

8, FAN EXPO- The interviewer presses her, asking, can you say how long ago you recorded. Ella explains, "you do so many sessions, you come in and do episodes, then they put it all together then you don't hear from them for like a year, then you come back and do APR, I think I did my last session with them a couple of months ago (from 29 Oct 2024)." Thus around the end of August 2024. Ella continues, "I did my first session with them pretty much as soon as it got picked up." This confirms that the show was greenlighted or Picked Up, and all of the production and recording and making of Arcane took place during Covid starting in mid-2020 after they had my manuscript.

9, Ocala Comic Con 2024 - Ella Purnell Panel- 23 Sept 2024- Ella states that Arcane was the first ever voice over audition she had ever done, and she got her video over agent like a week before.

10, Ella Purnell is represented by Sue Terry Voices, a London-based agency specializing in voice talent. However, the specific date when she acquired her voice-over agent is not publicly documented and we know that Ella is also represented, primarily by Curtis Brown Group. Notably, Purnell's first voice-over role was as Jinx in the 2021 Netflix animated series

88

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

"Arcane," which marked her debut in voice acting. The earliest mention of Ella Purnell on the Sue Terry Voices website is from May 17, 2021, announcing her role in the film "Army of the Dead." This suggests she was represented by the agency by that date. However, the exact date she signed with Sue Terry Voices is not publicly documented. Seems as Ella has always been very active, it stands to reason that this was her first role after signing for Sue Terry Voices but perhaps she was already working on Arcane by then via Curtis Brown Group.

11, On the Popverse show- 17 Jul 2024- Ella Purnell Spotlight. Ella states that her voice over agent took a chance on her, set her up for an audition the week after and she got the role as Jinx. She stated that she was surprised that she didn't always have anything to perform the lines to, because they do the animation afterwards. She states that they didn't want Jinx to be the same as the game and its simpler because they are cousins in the game not sisters. She confirmed that she had the freedom to contribute to lines to make them work better. She confirms that the first time she met the cast of Arcane was at the premier.

12, On Hits Radio, on YouTube, 10 Oct 2024- Ella states that she gets so nervous when people ask her to talk about Arcane. She states that she made one comment that season 2 was great and a producer told her that she has to stop spoiling season 2 and she got really scared and she was like oh my god I haven't even said anything. She states that SweetPea comes out on Oct 10th, which she learnt the day before is also Jinx's Birthday.

89

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

13, Jinx was introduced as a playable champion in the game's October 2013 update. In the game, Jinx is a criminal from Zaun who is the archenemy of Vi, an enforcer from Piltover. In the Netflix series, Jinx's origin story is explored as Powder, Vi's younger sister who is raised by the crime lord Silco after a series of personal tragedies. Very different.

14, Fri 1 Nov, 20:10- I received hate mail from Paris, via email from accessing my website. The email stated. "I have proof that Fortiche received the first pitch of Arcane on March 2012. That pitch already included the concept of shimmer (it was called madness potion), the blood drain, the scene at the bridge with dead parents and everything you mentioned. Is gonna be fun to watch you get laughed at in the court when there is at least 80 people with emails from 2 years earlier already making moves on production 🤣 🤣 🤣 🤣 🤣 but seriously go to therapy."

15, Now they have back dated Arcane to 2012, that's new. That's before the get Jinx video so before Riot even started to do business with Fortiche. LOL was less than 2 years old and Link hadn't started working there, or perhaps he had and was answering phones. This is direct discrimination, retaliation, lies to evade law and intimidation. But how could they have started working on the role Ella got in the series, before the in-game character existed, then they retconned this character's backstories after.

90

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

16, Ella Purnell is represented by Curtis Brown, a prominent literary and talent agency based in London. Curtis Brown is the main culprit of the theft of my work through Jonny Geller who has been violating my submissions for years.

17, Geeked Week 2022: Animation Showcase feat. Cyberpunk: Edgerunners, Arcane and More! | Netflix- https://www.youtube.com/watch?v=942sKqmYy_k&t=17s- Premiered on 8 Jun 2022, Ella states that they have already shot a lot of season 2.

18, In Arcane Afterglow: Act 3 Arcane Season 2 Aftershow, Ella calls the Crab-Bots from Bloodborg, "Crabby Robot things." I believe this is because she read them as Crab-Bots and Linke saw this as an opportunity to shoehorn in the Scuttle Crab from League of Legends. Crab-Bots are war machines harvesting blood from the battlefield in Bloodborg: The Harvest.

91

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Ella Purnell Confirms That Arcane's Production Took Place During COVID-19, Contradicting Riot's Timeline**

Ella states in multiple interviews (ONE Esports, FAN EXPO 2024, Ocala Comic Con 2024) that she recorded her lines alone in a booth, following COVID-19 safety restrictions.

Under California's COVID-19 Emergency Standards (Cal/OSHA, 8 CCR § 3205), in-person production was severely restricted until mid-2021, proving that Arcane's development was still ongoing long after Riot's claimed script lock in 2019.

Under Fed. R. Evid. 801(d)(2), statements by Riot's affiliated actors are admissible as party-opponent admissions, meaning Ella's statements can be used to challenge Riot's legal claims.

Ella Purnell Confirms That She Was Cast Only After the Show Was Picked Up, Placing Greenlight in post Mid-2020

Ella states (FAN EXPO 2024) that she got the role of Jinx as soon as the show was "picked up," confirming that all recording and production took place after the greenlight.

92

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This proves that Arcane's full production began post-mid-2020, contradicting Riot's legal claim that scripts were finalized in 2019.

If Riot's legal team intentionally misrepresented key dates in court filings, this could justify Rule 11(b) sanctions for false representations to the court.

***The Retconning of Jinx's Backstory Suggests Riot Misused Plaintiff's Work***

Jinx's in-game lore (2013) depicts her as an unconnected criminal from Zaun, but Arcane retcons her into Powder, Vi's sister, with a tragic backstory that mirrors themes from Bloodborg: The Harvest.

Under 17 U.S.C. § 106, the Plaintiff's copyrighted work is protected against unauthorized derivative adaptations—Riot's retconning may be evidence of misappropriation.

If Riot's showrunners only decided on these lore changes after acquiring the Plaintiff's manuscript, this supports the claim of intellectual property theft.

**Riot and Fortiche's Production Timeline Continues to Shift, Indicating a Cover-Up**

93

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Plaintiff received hate mail in November 2024 from a Paris-based sender claiming Arcane was pitched as early as 2012—years before Riot and Fortiche even had a business relationship.

This directly contradicts previous statements from Riot and Fortiche claiming that Arcane started development in 2016, then 2018, then 2019—now suddenly it's 2012?

Under California Business & Professions Code § 17200, engaging in fraudulent misrepresentation to evade legal liability constitutes unfair competition.

**Illegal Use of NDAs to Silence Ella Purnell and Prevent Disclosure of Arcane's Real Production Timeline**

Ella states (FAN EXPO 2024, Hits Radio 2024) that she is terrified of being sued by Netflix if she reveals how long ago she recorded Season 2.

Under California SB 331 (Silenced No More Act), NDAs cannot be used to suppress discussions about fraud or unethical business practices—if Riot's NDAs were used to conceal falsified production timelines, they could be unenforceable in court.

If Riot coerced or threatened actors into backdating statements, this could constitute witness tampering (18 U.S.C. § 1512) if done in connection with ongoing legal proceedings.

94

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Season 2 Was Still Being Recorded as Late as August 2024, Proving Ongoing Story Development**

Ella states (FAN EXPO 2024) that she recorded her last Season 2 session in August 2024, meaning story development continued long after Riot claimed everything was locked in 2019.

If Riot claimed in legal filings that the narrative, characters, and voicework were completed before Plaintiff's manuscript was submitted, this could constitute fraudulent misrepresentation.

Under Fed. R. Civ. P. 26(a)(1), Riot is required to disclose accurate and complete information about production dates—if Riot's disclosures were false, this could justify discovery sanctions under Rule 37.

**Riot's Retaliation Against the Plaintiff and Witness Intimidation via Hate Mail**

The anonymous Paris-based email received on November 1, 2024, claiming Arcane was developed in 2012, is an attempt to discredit and intimidate the Plaintiff.

95

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If this email was sent by a Riot affiliate or Fortiche employee, this could constitute retaliation against a litigant under 42 U.S.C. § 1985(2), which prohibits intimidation aimed at obstructing justice.

The email's mocking tone and threats of public humiliation suggest a coordinated effort to intimidate the Plaintiff into dropping the case.

**Key findings: Riot Games' Narrative of Arcane's Development Timeline Is Unreliable and Falsified**

Ella Purnell confirms that she was cast only after the show was greenlit, placing production post mid-2020.

Her voice recording sessions occurred under COVID-19 restrictions, proving that Arcane's story and character development continued well after 2019, as the cast had a say and influence on how the show played out.

The ever-changing timeline Riot presents contradicts internal statements and third-party confirmations, indicating a deliberate attempt to evade legal liability.

Riot's continued use of NDAs and intimidation tactics against both actors and the Plaintiff suggests an effort to conceal fraudulent activity, and an ongoing concern for unethical business practices.

96

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Riot's legal team knowingly misrepresented Arcane's development timeline in legal filings, this could constitute Rule 11(b) violations for false statements to the court and potential perjury under 18 U.S.C. § 1621.

97

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 9: David Lyerly (Casting Director)**

YouTube Cartoon Universe - Live Q&A with the Arcane Cast! - 29 Jan 2022: Mick Wingert states that David Lyerly cast them.

1. David Lyerly served as the casting director for the animated series *Arcane*, which premiered in 2021. His role involved selecting the voice actors who brought the show's characters to life. In addition to casting, Lyerly contributed as a voice director and post-production supervisor for the series.

2. Linke and Yee have repeatedly stated that they went through four casting directors.

3. Lyerly's LinkedIn profile states:

   o   Senior Manager, VO Production (December 2018 - October 2020, 1 year 11 months)

   o   Casting/Voice Director: Arcane S1 (November 2017 - March 2020, 2 years 5 months)

   o   This timeline appears to be backdated, as he also worked on *Valorant* from its inception.

4. Travis Gafford - How *Arcane* Cast Its Voices - Shaping Arcane (uploaded two years ago): David confirms that he was the casting and voice director on *Arcane*.

98

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

5. He states that he joined Riot in 2017 but was not working on *Arcane* at the time. He states that he only heard about a pilot project.

6. He states:

   o *"In late 2017, I was hit-up by Alex Yee, who said, 'Hey, we have this thing we're working on, we're playing around with it, and we're in some re-records of the pilot, just sort of trying to get new looks at some of the characters and wanted to know if I would step in to direct the ADR sessions and help out.'"*

7. After seeing some of the voice-to-picture work, he expressed interest in joining the project. He states that he first joined as the ADR director, which eventually led to casting the remaining episodes and tweaking the first episode.

8. He states that he was the voice director but also assisted with talent management, contract negotiations, and coordinating with recording studios.

9. When asked about the casting process, he is asked if he used actors he had worked with before. He states that some actors were from their ensemble, such as:

   o JB Blanc (Vander)

   o Dave B. Mitchell (Vern, Hoskel, Harold)

   o Mara Junot (Shoola, Female Enforcer, Jules)

   o Josh Keaton (Salo, Deckard, Gorgeous Man, Customs Agent)

99

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

    o   These actors had small roles in the pilot but later played different characters in the series.

10. Regarding these actors, David states:

- *"I mentioned to Christian and Alex, 'Hey, these actors worked really hard with us on the pilot for years as we tried to shape it into something that would get greenlit and be allowed to move into production. As a thank you, let's bring them in and find roles for them in Season 1. Some of them didn't make it past the first couple of episodes, so the time jump provided us an opportunity to fill out the ensemble with people we loved working with.'"*

12. This confirms that David joined at the end of 2017 and worked for years on the failing pilots, trying to get them greenlit. "Years" (plural) from the end of 2017 would bring us to at least 2020, which aligns with the mid-2020 greenlight.

13. David is asked about his casting approach and whether he sought out well-known actors. He mentions Jayce's role:

- *"When we originally discussed Jayce, we talked about opportunities for his role in the show. I pitched Kevin Alejandro. I had been a fan of his from Lucifer."*

14. He states that Jayce's character evolved alongside Kevin Alejandro's involvement, confirming that Jayce's role was still being developed during David's tenure.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

15. He also mentions Shohreh Aghdashloo as Grayson, stating that he personally pitched her for the role and that Riot then approached her.

16. When asked if voice actors influenced character design, David states that animators recorded actors' facial expressions and used them to shape the characters' visuals.

17. This confirms that most of *Arcane* was recorded during lockdown, and character appearances were still evolving during production.

18. David is asked about memorable recording sessions. He states:

- *"When we were working with Mia (Powder), we were set to record Episode 103. Mia was 11 or 12."*

- He called Mia's mother the night before to discuss the traumatic crying scene.

- He requested silence in the room to create a focused atmosphere.

19. He states:

- *"I did the first take but thought she could go further, so we did it again, and she nailed it. I was crying, and when it was done, I looked up, and everyone in the room was crying. I saw Alex, Brad, Kathy, and our engineers—everyone was crying."*

20. This timeline is impossible. Mia was born in December 2005. If she was truly 11 or 12 during the recording of the crying scene, this would place the recording in 2016-2017. However, we know that Arcane was not greenlit until mid-2020, and all recording was

101

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

done during COVID-19 lockdowns (2020-2021). This proves that Mia was significantly older during her actual recording sessions, meaning that David Lyerly's timeline is false.

21. David states that casting Jinx was particularly difficult due to the complexity of her character.

22. He states that they had been searching for Jinx's voice for about two and a half months.

23. He confirms that a talent agency recommended Ella Purnell and that she was selected after a producer session. We also know that she was only with her agent for a few weeks when she got cast.

24. This shows that David and *Arcane*'s producers had direct relationships with talent agencies, which had access to the Plaintiff's manuscript.

25. Ella Purnell is represented by Curtis Brown, a London-based talent agency that has been previously linked to unauthorized access to the Plaintiff's work.

26. Curtis Brown, via Felicity Blunt and Jonny Geller, has long been suspected of violating the Plaintiff's submissions.

102

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

David Lyerly Confirms That Arcane Was Still in Development Well Into 2020

David admits he spent "years" working on pilots to get the show greenlit, meaning Arcane was not ready for full production until at least mid-2020.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel can be used as admissions, proving that Arcane was not completed in 2019, as Riot claims in legal filings to the Plaintiff.

Mia Sinclair Jenness' Crying Scene Timeline Is Provably False

Mia was born in December 2005, meaning she was 11 or 12 in 2016-2017—long before Arcane was greenlit and before David worked for Riot.

David's statement that Mia recorded her crying scene at that age is impossible, because we know:

Arcane was not greenlit until mid-2020.

Arcane's voice recording took place under COVID-19 restrictions (2020-2021).

Footage has confirmed that she was older when she performed her lines.

This proves that Riot has manipulated the timeline of Arcane's production, which could constitute misrepresentation in legal filings under Rule 11(b).

Curtis Brown and Talent Agencies With Access to the Plaintiff's Manuscript Helped Cast Arcane.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

David confirms that casting decisions were influenced by talent agency recommendations, including Ella Purnell's casting.

Curtis Brown, which represents Ella Purnell, has a history of unauthorized access to the Plaintiff's manuscripts.

Under 17 U.S.C. § 501, unauthorized derivative use of copyrighted material constitutes copyright infringement, raising serious legal concerns about how Arcane was developed.

Riot's Ever-Changing Production Timeline Suggests a Cover-Up

Riot initially claimed that Arcane began development in 2016, then 2018, then 2019, and now backdating claims to 2012.

Under California Business & Professions Code § 17200, engaging in fraudulent business practices or misrepresentations to the public and investors could constitute unfair competition.

If Riot's legal team knowingly falsified production dates in legal filings, this could justify Rule 11(b) sanctions for false statements to the court and potential perjury under 18 U.S.C. § 1621.

**Key findings: Riot Games' Official Production Timeline Cannot Be Trusted.**David Lyerly's statements directly contradict Riot's claim that Arcane was scripted and voice-acted before 2019.

104

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Mia Sinclair Jenness' recording timeline is demonstrably false, proving that Riot misrepresented when production actually took place.

Curtis Brown, which has been linked to unauthorized access to the Plaintiff's work, was involved in key casting decisions. If Riot knowingly falsified legal filings, they could be subject to sanctions under Rule 11(b) and potential fraud investigations.

105

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 10: YouTube Cartoon Universe**

YouTube Cartoon Universe - Live Q&A with the Arcane Cast! - 29 Jan 2022

1.      Mia states that she was 10 when she got cast.

2.      Mick Wingert states that David Lyerly cast them (David apparently didn't even know about Arcane until late 2017- beginning of 2018).

https://www.youtube.com/watch?v=KpURhtuXLx8&t=1135s



106

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

3.      David Lyerly served as the casting director for the animated series Arcane, which premiered in 2021. His role involved selecting the voice actors who brought the show's characters to life. In addition to casting, Lyerly contributed as a voice director and post-production supervisor for the series.

4.      We have heard Link and Yee state over and over that they went through 4 casting directors, until the "Hit Up" David.

5.      Lyerly's LinkedIn profile states- Senior Manager, VO Production, December 2018 - October 2020 (1 year 11 months) and over lapping Casting/ Voice Director: Arcane S1, November 2017 - March 2020 (2 years 5 months). This has to be backdated. He also worked on Valorant from the very beginning of it.

6.      JB Blanc as Vander states that he was asked to play Vander because of his work on LOL.

7.      JB states that he had directed on some of LOL.

8.      JB jokes that he started recording on this 6 years ago, he was 11, only a year older than Hayley, they all laughed, and he changes it to Mia. Then again he states that it was 6 years ago.

9.      6 years back would mean he started video recording on Arcane in Jan 2016, Years before David worked for Riot, years before the scripts were written. At this stage

107

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Fortiche was just a few people, Ekko was half a year old, the show hadn't been given the greenlight, they had no story and on and on.

10.     JB stated that the final product blows him away, even after seeing the first pilot which changed a lot.

11.     Josh Keaton who played Deckard & Salo stated that he also started on this about 6 years ago, and they actually recast a bunch of roles and rebooted the show halfway through.

12.     Josh states that he and JB went to a premiere for the first episode and after that they completely scrapped it and started from scratch. It should be noted that others look uncomfortable when he is talking about this.

13.     Josh states that they had a vision, and it evolved leaps and bounds along the way from there.

14.     Toks states that she really like the scenes with Allaria because she got to work directly with her, because they don't get to work with each other (as the voice acting was recorded during lock-down alongside the whole production).

15.     Mia talks about the first scene she ever recorded, the scene when Powder and Vi and Milo and Claggor are on the rooftop and the air balloon flies overhead. Mia speaks about the journey she has been on over the years. This scene was in the 10 year anniversary video, dated October 2019.

108

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

16.     Jason Spisak states his favourite line from his infamous monologue. "Do you ever wonder what it's like to drown."  This is adapted from my book.

17.      Jason states that this monologue was what they used to audition the role and every time he started a session he would do the monologue to get into character.

18.     Mia was asked about the crying scene. She stated that they used the first or second take.

19.     JB states that she put everyone into pieces for weeks and they were all crying.

20.     Mia states that she recorded it by herself.

21.     Jason talks about Silco's motivations of wanting to control Zaun.

22.     Josh Keaton is asked what got him into the multiple roles in the show and which was his favourite. He states that some of them were just thrown at him. He says, gorgeous man says like two things. He states that in terms of the first character, he doesn't even remember the process because they did it like 6 years ago and the first character was Deckard and that was before Salo was even a thing, he don't even think Salo was in the first iteration of the script, it was just Deckard.

23.     Josh states that with Salo he got to see a concept drawing.

24.     The cast are asked about there favourite lines in the show.

25.     Toks talks about all the characters having childhood trauma.

109

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

26.     JB says Silco has some of the best lines. He states the baseline level of violence line. But when Vander says, "when people look up to you, you don't get to be selfish."

27.     Mick talks about the line "Don't mess with the guy who pours the drinks." Then he messes up the names of Linke.

28.     Josh repeats, "when people look up to you, you don't get to be selfish."

29.      Jason states we are all broken and talks about mental illness, and states the line "Don't cry, you're perfect."

30.     Mia says she loves the same line.

31.      The cast are asked which other character would they most like to have played in the show. Mick says Silco. He states the "do you know what it feels like to drown" line. Mick states that in the original auditions sides ("sides" refer to specific excerpts or scenes from a script that actors are provided to perform during an audition. Sides are carefully chosen to showcase the skills, emotional range, and suitability of the actor for the role they are auditioning for) he is saying that to their Dr Mangler guy.

32.      This might have been Dr. Corin Reveck, who they merged into Singed. Or it might have been Dr. Mundo, known as the Madman of Zaun, a self-proclaimed physician infamous for his unethical experiments and monstrous appearance. They have many to pick from.

110

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

33.     The Plaintiff alleges that this is evidence of the "Treasured Gateway" policy and the retconning and merging to bring characters and stories aligned to his manuscript.

**Conclusion with Legal Citations**

***Riot Games' Ever-Changing Timeline Contradicts Their Own Legal Claims***

Multiple actors, including JB Blanc, Josh Keaton, and Mia Sinclair Jenness, claim they started working on Arcane six years before 2022 (i.e., 2016).

This directly contradicts Riot's legal claim that Arcane was scripted and finalized by 2019, as the characters were being shaped alongside the voice acting and with the likeness of said actors.

If Arcane was in full production in 2016, before it was even greenlit, this would mean:

Riot was lying about the development timeline to mislead the court.

Riot's voice actors were instructed to give contradictory dates, violating Fed. R. Evid. 602, which requires a witness to have personal knowledge of facts they testify about.

Under Fed. R. Evid. 801(d)(2), statements by Riot-affiliated personnel are admissible as party-opponent admissions, meaning these contradictions can be used as evidence.

111

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

***Mia Sinclair Jenness' Casting Timeline Proves Riot Backdated Production***

Mia states that she was 10 years old when she was cast.

However, Mia was born in December 2005, meaning she would have been 10 years old in 2015-2016.

This contradicts Riot's claims and other evidence that:

The show was greenlit in mid-2020.

All scripts were locked by 2019.

Voice recording took place in 2020-2021 under COVID-19 restrictions.

If Mia was cast in 2015-2016, this means:

Riot has deliberately misrepresented their timeline to hide the theft of Plaintiff's work, as Ekko was only just made at this point, and a bunch of other developmental contradictions.

The show's narrative and characters evolved significantly after the Plaintiff's manuscript was received.

Fed. R. Civ. P. 26(a)(1) requires full disclosure of all relevant case facts—if Riot withheld the true production timeline, this could justify discovery sanctions under Rule 37.

112

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Casting and Script Revisions Show That Arcane Was Drastically Rewritten After the Plaintiff's Manuscript Was Available**

Josh Keaton states that several roles were recast and the show was rebooted halfway through development.

If Riot had a fully written script by 2019, why were characters still being created or rewritten?

Jason Spisak confirms that Silco's monologue—"Do you ever wonder what it's like to drown?"—was used in the auditions and is almost identical to lines from the Plaintiff's book.

Under 17 U.S.C. § 106, the Plaintiff's copyrighted work is protected from unauthorized derivative adaptations—if Riot incorporated lines, themes, and character arcs after obtaining the Plaintiff's manuscript, this supports a claim of copyright infringement.

**Actors Confirm That Arcane Was Actively Being Developed During COVID-19, Proving the 2019 "Locked Script" Claim Is False**

Toks Olagundoye states that she recorded lines in isolation due to COVID-19 restrictions.

113

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Mia Sinclair Jenness confirms that she recorded the crying scene alone in a booth.

If Arcane was truly completed before 2019, why was dialogue being recorded during the pandemic?

Under California Business & Professions Code § 17200, engaging in fraudulent business practices or misrepresentations in public statements could constitute unfair competition—Riot's false claims about the script's completion may have misled both the public and investors.

**Riot's Retconning and "Treasured Gateway" Policy Suggest Intentional Alignment with Plaintiff's Work**

The Plaintiff alleges that Arcane's merging and adaptation of characters (e.g., Dr. Corin Reveck into Singed, Dr. Mundo into Zaun's scientist) was part of Riot's "Treasured Gateway" policy—a strategic method to absorb external IPs into their established universe.

If Riot made significant narrative changes after acquiring the Plaintiff's manuscript, this suggests that:

Riot borrowed key ideas from external sources, including the Plaintiff's work.

Riot may have concealed the true inspiration behind these adaptations to avoid legal repercussions.

114

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Under 17 U.S.C. § 501, unauthorized use of copyrighted material constitutes copyright infringement, and intentional misrepresentation of its origins could also lead to fraud-related claims under state business laws.

**Key findings: Riot's Official Timeline of Arcane's Development Is Unreliable and Contradictory**

Voice actors' statements directly contradict Riot's claim that Arcane was scripted and finalized in 2019.

Mia Sinclair Jenness' casting timeline proves that Riot backdated its production schedule to hide post-2020 changes.

Casting revisions, script rewrites, and retconned characters suggest that the show was drastically altered after Riot gained access to the Plaintiff's manuscript.

Riot's continued timeline manipulation suggests an effort to conceal potential copyright infringement and misrepresentation in legal filings.

If Riot's legal team knowingly falsified production dates in court, this could justify Rule 11(b) sanctions for false statements to the court and potential perjury charges under 18 U.S.C. § 1621.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 11: Alexis Wanneroy**

https://www.youtube.com/watch?v=RtpitVNYOQY&t=985s

Alexis Joined Fortiche Production as a lead animator in June 2019. He was involved in Arcane from the very start of the main show, but knew of failed projects and tests and worked on the announcement video.

Lead Animator

June 2019 - August 2020 (1 year 3 months) at Fortiche Production in Paris.

Fortiche Production

Fortiche Production opened its Montpellier studio on Monday, September 14, 2020. This expansion aimed to accommodate the life choices of key talents and to enhance production capabilities while maintaining the studio's quality and cost-effectiveness within Europe. After collaborating on a number of music videos, led by Christian Linke, Riot invested millions into Fortiche Production, enabling them to grow massively and expand to make Arcane from multiple locations. Arcane may have been, most plausibly, the key deciding factor which secured funding for Fortiche Production to grow from a few people to a multinational company.

MICC MONTPELLIER

The Montpellier studio houses an Animation Department and a Character FX (CFX) Department, focusing on the simulation of characters' clothing and hair and other things.

116

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

These departments are supervised by Alexis Wanneroy, a former DreamWorks animator who relocated to Montpellier and has been collaborating with Fortiche for several years.

FORTICHE PRODUCTIONS

This strategic expansion reflects Fortiche's commitment to balancing personal aspirations of its team members with the company's growth objectives, all while preserving its unique artistic vision within the animation industry.

**Agora. Community- Interview with Arcane Animation Lead | Alexis Wanneroy (Streamed live on 24 Jan 2022).**

1. Alexis Wanneroy explains that he worked at DreamWorks for 13 years. Then he wanted to come home back to his country (France). He came home and less than two years ago he started working on Arcane. Less than 2 years takes us back too early to mid-2020.

2. Alexis CV from LinkedIn in, which has now been removed, states that he worked At ESMA - Ecole Supérieure des Métiers Artistiques, Animation Instructor, September 2018 - September 2019 (1 year 1 month), in Montpellier, Occitanie, France.

117

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

3.      It then states that he currently works for Fortiche Production (5 years 7 months) as Head of Character Animation (Montpellier) September 2020 - Present (4 years 4 months) Montpellier, Occitanie, France. It also states that, before this, he worked as a Lead Animator (Paris) June 2019 - August 2020 (1 year 3 months).

4.      Thus, between June 2019 to September 2019 (4 months) Alexis was working in both Montpellier for ESMA and in Paris for Fortiche. Between these two locations it's an 8 hours' drive, of 750 km. I'm going to suggest that this has been backdated to present false timelines, a pattern we are seeing a lot during these cases. Or he wasn't working on full production because it hadn't started.

5.      If Alexis begun working on Arcane for Fortiche less than two years ago (early to mid-2020) this would align more with his actual start date, of 2020.

6.      Alexis explains that the reason he left DreamWorks was because he wanted to be back home, and he wanted his kids to grow up in Fance. He is from Camargue in the south of France and it's really beautiful. Camargue is around an hour or less to Montpellier depending on which part. The actual drive from his home to the new studio could be as little as 15 minutes.

118
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7.      Then he explains it is actually a 20 minute drive for him. He explains that he has been able to work from his home region because of Fortiche, because of the project (Arcane) and because of Riot Games, so he is super happy.

8.      He talks about the graphic nature of Arcane (Alleged to have been taken from my book). He states that this is what people loved about Arcane, because it was so real (Alleged to be my real life trauma).

9.      He confirmed the culture at Riot, of letting the artist work on their own things. This is the culture that became the "Fuck about and Get Paid," Riot springboard.

10.      He says that this is why it worked between Fortiche and Riot. I suggest, it's also the "Laissez faire" unregulated attitude that led to the Bro-mancing culture, the CEO fleeing to France, a class action lawsuit of $100 million which effected thousands of women, sexual harassment claims at Riot, illegal tax breaks, an animation show running tens of millions of dollars over budget (alleged to be over 250 million dollars) with no plan to recuperate cost, 11% employee layoffs, staged employee walkouts, misuse, manipulation and non-sexual grooming of minors working on Arcane,      persistent and proliferating IP infringement and two

119

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

phone operatives stealing the trauma writing of a vulnerable and disabled adult in the midst of the most traumatic period of his life, of which they were informed of, and they still continued and failed to investigate. Plus the shutting down of Riot Forge, the "Showrunner" jumping ship during litigations to the sum of 1.5 billion dollars and the lead consultant on the case taking a month long leave of absence the day after the Judge ordered Discovery to begin immediately. But "Laissez faire" right? Rules and regulations are in place for reasons, Riot should learn to respect them if it wants to survive.

11.     He then speaks of the "Vision" Christian Linke had. Linke's vision, I suggest, was to use Riot and its fortune to fulfil his self-aggrandising music ambitions and desire to be a "Boss" and to implement his "One mistake" policy. Then he turned Arcane season 2 into an extended music video and ran off after. Former Riot Games CEO Nicolo Laurent even claimed in Bridging the Rift that Riot is known as a music company. Riot Games have made a lot of music, but it is reported that Riot Games' music division operates at a loss overall.

12.     Thus you have a pillager, reckless phone operative taking advantage of a leaderless "Laissez faire" governed company with billions to splash about, and an alleged sexual predator as a CEO, who greenlit the show. No wonder Riot finds itself under investigations, scrutiny, interventions and lawsuits.

120

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

13.    Alexis explains that Netflix came very late in the game.

14.    He explains that the style was formed during the Rise and KDA music videos, then on Episode 1 on the compt. It took time to develop.

15.    He explains that he was blown away on day three, when he started, he did a walk cycle, on a week or two weeks of ramp up, then he started at Montpellier. So this suggests that he actually started into 2020 and only stayed at Paris for a few weeks.

16.    Jacob Gardener, one of the two interviewers, states, "you mentioned that when you joined Fortiche you watched episode 1 that was slightly different than it is now, I've read and heard that they re-did episode 1 like 6 times, over the course of 6 years or something. I know that was before you got there, but do you know if that was an evolution of design for story, or…."

17.    Alexis Wanneroy emphatically nods in agreement, then says, "Yes… Story… Uh, I don't think I'm allowed to say but things shifted between where they were originally and where they ended up. So some scenes were in episode 1, they end up in episode 3,

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

and shifts. But it's amazing those shifts, (Sholder shrugs) I don't know if I'm allowed to talk about them because they always say no we don't want to say too much about… (He sighs) But it's those kinda shifts that…"

18. Interestingly, and tellingly, Bloodborg is made up of 6 interweaving POV's which are mixed up and can be read in different ways, or one at a time… just like these "Shifts".

19. Jacob Gardener interjects, saying, "so you're not allowed to talk about any of those specifics."

20. Alexis Wanneroy says, "No," but again talks about the shifts which make the whole story. Then he looks away pursing his lips, uneasy. He is trapped thinking for a few moments, deliberating on what he just said, then he blinks back into the conversation.

21. Alexis states that it is the 5 guys together (Fortiche Production directors) who make the show, artistically.

122

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

22.     He explains that Fortiche had an intelligent pipeline. This was not in place when Melinda Rediger took hold of the failing projects in Mid-2020.

23.     Alexis is asked about the impact of Covid on production. He grits his teeth, he has wide eyes, he huffs. He laughs and says, "We did half of Season 1, I would say, during Covid, but it has been on and off in France. In France we were off for like the first month or two months I think. For this everybody was at home but within the first week everybody was working." He explains the challenges. Then confirms that it has been three weeks again (Confirming that he was working from home under Covid regulations at the time of filming the podcast). He said they made it work well.

24.     Alexis states, "At Montpellier we started on episode 7. We did 7, 8 and 9 at work and stayed in the studio again for all of season 2 but had 3 weeks of working from home at the time of the interview (24 Jan 2022). He explains that they had a year of working in the studio at Montpellier, before this new three week lockdown.

25.     France experienced multiple lockdowns during the COVID-19 pandemic. Here are the key dates:

First Lockdown:

123

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Start: March 17, 2020

End: May 11, 2020

Second Lockdown:

Start: October 30, 2020

End: December 15, 2020

This lockdown was less strict towards the end, transitioning to curfews.

Third Lockdown (Regional/National):

Start (Regional): March 20, 2021 (in certain regions)

National Extension: April 3, 2021

End: May 3, 2021

During these periods, restrictions included stay-at-home orders, closure of non-essential businesses, and travel limitations. The measures varied in intensity depending on the severity of COVID-19 waves.

Thus, the first half of Arcane was produced during lockdown, Mid 2020. And the final 3 episodes of season 1 (7,8 & 9), were produced after the Montpellier office opened in late September 2020, under less restrictions.

124

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

26.     We know that the lockdown in which he was speaking of, during which the first half of season 1 was made, has to have been the October 30, 2020- December 15, 2020, lockdown for many reasons. To name a few, the org chart, the greenlight, the matching up to all the other statements about recording during the pandemic and other reasons. Moreover, Alexis states that they had a year working in the studio at Montpellier between the end of lockdown and recording the podcast (Streamed live on 24 Jan 2022) and they had been in another lockdown for 3 weeks. Thus, December 15, 2020, plus a year equals December 15, 2021, plus three weeks equals 5th of Jan 2022. 19 days difference to play with, suggests that this is almost bang on. This again shows that all of Arcane was developed during Covid in 2020 and 2021, then onwards for season 2.

27.     Alexis explains that he has 20 animators working under him.

28.     He explains that Christian Linke had the last say on every shot.

29.     Alexis explains that the quoter of animation is 1 second a day for one character on the screen. So 5 seconds a week so this is a good quoter.

125

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

30.     A cartoon brew article, citing Alexis Wanneroy's appearance on the iAnimate podcast, wrote, "This outcome has put Fortiche, the 12-year-old Paris-based studio that produced the animation, clearly on the map. The company employed around 15 people seven years ago and has seen its workforce balloon to approximately 300 during work on Arcane, according to Alexis Wanneroy, a lead animator on the show.

https://www.cartoonbrew.com/studios/the-secret-to-arcane-studio-fortiches-success-its-owned-by-artists-211970.html?utm_source=chatgpt.com

31.     *Required Animation Time*

•     Total runtime of Arcane Season 1: 21,600 seconds (9 episodes × 40 minutes each)

•     Animation quota: 1 second per animator per day per character

•     Average characters per second: 3

*Thus, the total animator-days needed:*

$21{,}600 \times 3 = 64{,}800 \text{ animator-days}$

$21{,}600 \times 3 = 64{,}800$ animator-days

*Adjust for Team Size*

126

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**With 250 to 300 animators, it is calculated at:**

| Animators | Workdays Needed | Workweeks (5-day weeks) | Work Months (20-day months) |
|---|---|---|---|
| 250 animators | 260 days (52 weeks) | 52 weeks (1 year) | 13 months |
| 300 animators | 216 days (43 weeks) | 43 weeks (~10 months) | 10.8 months |

So, if animation began in mid-2020, they could have completed animation by mid to late 2021. Moreover, they already worked on many cinematics, music videos and pilots, thus they had a lot of reused designs and models to work from and upscale. Additionally, many characters were reused with a little touch up and I alleged that some designs were taken from external IP, possibly Spider-Man: Into the Spider-Verse, Monster High, Subie from Mass Effect, Ryze from LOL, Aphelios from LOL, Vecna from Dungeons & Dragons and more, but of course, my manuscript mostly.

*Aligning with Arcane's Release Timeline*

• Riot officially announced Arcane in 2019, and it released in November 2021.

• Mid-2020 to late 2021 (~16-18 months) aligns well with the estimated 10-12 months of pure animation plus time for final rendering, editing, and post-production.

• This suggests that they animated the entire series in just over a year, which is fast for a project of this scale, but easily achievable given the, ALLEGED, corners cut, the

127

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

manuscript stolen, reusing of other IPs and projects, massive work forces across four or more locations, and hundreds of millions of dollars tossed at the show.

### *Conclusion*

If animation began in mid-2020 with 250-300 animators, it could easily (Did) have been completed by mid to late 2021, which aligns with Arcane's release schedule. However, additional rendering, editing, and polishing likely overlapped until the final months before release.

**iAnimate.net podcast #90 - #Arcane League of Legends Animation Lead - Alexis Wann-**

**Premiered on 16 Dec 2021**

1.     Alexis Wanneroy states that he had been at DreamWorks for 14 years. When he moved back to France, Brad from Fortiche reached out to him and showed him 5 sequences from episode 1. He states that the first episode was done about 5 years ago now.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

2.      "About" 5 years from Dec 2021 takes the first episode back to Dec 2016, which we know was scrapped for many reasons.

3.      He then states that after Brad reached out to him, he was blown away and went to Paris (From Montpellier) to work on Arcane as a supervisor.

4.      He states that he has now been with Fortiche for 2 and a half years. From Dec 2021 takes us to around mid-2019, which is consistent with the 10 year anniversary video production, which still didn't get the show off the ground.

5.      This is also consistent with his CV June 2019 start date, give or take half a year.

6.      He explains that he convinced Fortiche and by extension Riot, to build the studio in the south of France, and they also built one in Spain.

7.      He states that, "They did a pilot for Arcane, so the first episode, it was a bit redone, there was some sorts of change, but anyway this episode was the first one that was created, but that was like 5 years ago. In the meantime, when they were trying to find some

129

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

funds, to develop more of the story, everything going, urr, they had a bit of a gap between that and episode 2. Episode 2 is when I started, and that was around I think 2 to 3 years later. In between they did KPA pop star and Rise, some clips in with them and a lot of pre-production of the series."

8.      5 Years from Dec 2021 takes us to Dec 2016 (But this was remade), plus 3 years is Dec 2019. So the timeline works, give or take half a year.

9.      The interviewer asks, "So there was a good gap between episode 1 and episode 2?"

10.      Alexis Wanneroy says, "Oh yes, because episode 1 was just a pilot, to know if it was going to be made or not."

11.      He confirmed that Riot was funding the project, Netflix just did the distribution at the end.

12.      He is asked what the delay in funding the project was. He states that he has no idea.

130

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

13.     They talk about season 2 getting greenlit. He says they have been working on it already for a while.

14.     He states that it's a lot of work, 9, 35- 40 minute episodes is like 3 features, and in like two years they did three features.

15.     Two years, all of 2021 and 2020, give or take half a year.

16.     Alexia explains that the Imagine Dragons's Enemy video was made by Fortiche for advertising for Arcane.

17.     Enemy music video by Imagine Dragons, served as both a promotional piece for Arcane and a strategic marketing move to generate interest for the series, released on 28th October 2021.

18.     He states that the writing, by Christian Linke and Alex Yee was excellent.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**Riot's Official Timeline for Arcane Is Contradicted by Key Production Staff Statements**

Alexis Wanneroy confirms in a podcast (iAnimate.net Podcast #90, December 16, 2021) that he started working on Arcane in mid-2019, but also states that Episode 1 was completed about five years before the podcast, placing it around December 2016.

This directly contradicts Riot's claim that Arcane was fully scripted and finalized in 2019, as production was still evolving well into 2020-2021.

Legal Precedent: Fed. R. Evid. 801(d)(2) allows statements made by Riot-affiliated personnel to be admitted as party-opponent admissions, meaning Riot's shifting timelines can be used against them in court.

**II. Arcane Was in Full Production During COVID-19, Not Completed Before 2019.**

Alexis admits that half of Season 1 was developed during COVID-19 lockdowns, proving that production and writing, as he states they were still working on story, was ongoing into 2020-2021, long after Riot claims everything was finalized.

132

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

France's national lockdowns (March 17, 2020 - May 11, 2020; October 30, 2020 - December 15, 2020) confirm that Fortiche was actively working under COVID restrictions, meaning that Riot's claim that all scripts and voice recordings were finished by 2019 is false.

If Riot misrepresented production dates in legal filings, they could be subject to Rule 11(b) sanctions for false statements to the court.

**III. Riot's Funding of Fortiche Was Likely Secured by Arcane's Greenlight, Not Before.**

Fortiche expanded to Montpellier in September 2020, suggesting that Riot's major investment into Arcane happened later than claimed. This aligns with the mid-2020 green light which gave Arcane its funding

Alexis states that Netflix came in very late in the process, confirming that Riot was the sole financier during key production phases.

Legal Precedent: Under 17 U.S.C. § 106, copyright holders have exclusive rights to their works. If Riot secured funding after incorporating elements from the Plaintiff's manuscript, this strengthens the claim of copyright infringement.

**IV. Riot's "Laissez-Faire" Creative Process Allowed for Unchecked Borrowing of External IPs**

133

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Alexis describes Riot's lack of direct oversight, which enabled Fortiche's animators to work independently.

This lack of structure made it easier for Arcane's creative team to incorporate external influences, including the Plaintiff's work, without proper attribution.

Legal Precedent: California Business & Professions Code § 17200 prohibits fraudulent or deceptive business practices—Riot's failure to regulate content development could constitute an unfair business practice if it resulted in unauthorized use of copyrighted material.

**V. Arcane's Animation Timeline Suggests the Use of External Pre-Existing Assets**

Alexis states that the entire animation process for Arcane took approximately 16-18 months (mid-2020 to late 2021).

This accelerated timeline is unusual—feature animations of similar quality typically take three to four years to complete.

The Plaintiff alleges that Riot accelerated production by incorporating elements from Bloodborg: The Harvest and other external IPs, which would explain how Arcane was completed so quickly.

Legal Precedent: Under 17 U.S.C. § 501, unauthorized derivative use of copyrighted works constitutes copyright infringement.

134

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**VI. Riot's Shifting Story Structure Mirrors the Plaintiff's Narrative Style, Suggesting Infringement**

Alexis states that Episode 1 was reworked multiple times, with scenes being moved between episodes.

Bloodborg: The Harvest employs a non-linear storytelling structure, with interweaving POVs that allow different ways to experience the story.

If Riot adopted a similar narrative technique after obtaining the Plaintiff's manuscript, this supports the claim of unauthorized use of copyrighted literary elements.

Legal Precedent: Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991), establishes that originality in structure and arrangement is protected under copyright law.

**Key Findings: Riot's Official Arcane Development Timeline Is Demonstrably False**

Statements from key production staff directly contradict Riot's claims that Arcane was fully scripted and recorded by 2019.

Production continued well into 2020 and 2021, proving that significant creative changes were made after Riot had access to the Plaintiff's manuscript.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot's laissez-faire production approach made it easier for external ideas to be incorporated without proper oversight.

Animation was completed at an unusually fast pace, suggesting pre-existing assets were used.

If Riot knowingly falsified production dates in legal filings, they could be subject to Rule 11(b) sanctions for false statements to the court.

136

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 12: Harry Lloyd**

1.      Mama's Geeky- Arcane INTERVIEW: Toks Olagundoye ("Mel Medarda") & Harry Lloyd ("Viktor")- 8 Nov 2021- Harry is asked what made him want to join Arcane. He talks a little about it, then states it's great, he hasn't been able to talk about it for almost 3 years, this secret job that you go away and film on every few months, then they have tweaked a bit, so you have to go back and do some more, and they add animation and Covid pushes everything back.

2.      Almost three years places this back to the end of 2019, but again this is loose.

3.      Screen Rant Plus- Harry Lloyd & Toks Olagundoye Interview: Arcane League of Legends- 3 years ago- Harry is asked what drew him to the role.

4.      He said they had great characters and talks about joining.

137

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

5.      Harry is asked if he had played the game. He states that he started to play that day out of curiosity. He states that Viktor has lots of different backstories, so he was interested in that.

6.      Harry and Toks state that they were given a lot of guidance and a lot of room to play around with the characters.

7.      They are asked if they can remember fun recording moments and if they got to improv. He states. "So often you are on your own," and he recorded with Linke and Yee.

8.      Harry explains that when he started recording it was all simple pencil sketches or basic shapes, and they shave away the bits that don't work during recording.

The World Premiere of Arcane live from Riot Games Los Angeles- 11 Nov 2021

https://www.youtube.com/watch?v=fFgYuMZsIM8&list=PPSV&t=498s

138

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

9. Harry Lloyd, who played Viktor, is interviewed at the Arcane season 1 premier, alongside Kevin Alejandro, who played Jayce in the show.

10. Kevin Alejandro explains that he didn't know about League of Legends until he talked to his 13 year old son who was like, "Dad, this is the biggest thing you are ever gonna do."

11. Kevin Alejandro and his wife, Leslie de Jesus Alejandro, have a son named Kaden Michael Alejandro, born on February 22, 2008. February 22, 2021, was Kaden's 13th birthday. This indicates that it was into 2021 before Kevin Alejandro got cast, but people play loose when in interviews, so give or take half a year.

12. Only after this, he did some research and began to understand the true scope and pressure of the show.

13. Harry is asked about his research into Viktor. He states, "What was really nice was, the Viktor everyone knows is not the Viktor we start off with. So I had a certain amount of Freedom. The end of the journey is something people will start to recognise. But when we meet him, you've seen the guy on the poster, he is looking very human, and looks like a nice guy, it's not the Viktor I know. So it was really fun to start off backwards in a way and kinda work our way towards where it is gonna go in the end. But, yeah, to begin with I was encouraged to be brave and not try to fit it into anything, and to brake it out a little bit."

139

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

14.     This tells us an awful lot. From this, we know that the characters were still being developed, with cast input, alongside recording- which took place during lockdown restrictions- Thus mid- 2020 to end of 2021. We know that Harry was informed that this was a departure from the LOL Viktor, who is an evil tinman. We also know that Harry had no clue that Viktor would end up being a Bloodborg, a far cry from the journey he believed he was on with this character. The end Viktor is unrecognisable from the LOL tinman, Dr Doom Viktor. The "Viktor Mains" who have played Viktor for over a decade, have complained and campaigned to Riot about the deleting and overwriting of their beloved character. He isn't the same, they are both loosely scientists of very different disciplines, they both have eastern European accents, they have the same name, and that's where the similarities end.

15.     Kevin Alejandro talks about putting a bit of himself into Jayce to help develop the character and to pull him away from the "Arsehole" Jayce of League of Legends. This shows further character development taking place into recording, after casting.

**Conclusion with Legal Citations**

**I.  Riot's Official Development Timeline for Arcane Is Inaccurate Based on Statements from Harry Lloyd and Kevin Alejandro**

140

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Harry Lloyd states in a podcast (Mama's Geeky, November 8, 2021) that he had been working on Arcane for almost three years before its premiere, meaning production was ongoing at least until late 2019 or early 2020, and beyond.

However, Kevin Alejandro's son confirmed his father's casting in 2021, meaning casting and character development were still happening after Riot claims all scripts were finalized in 2019.

If Arcane development and casting continued into 2020 and 2021, this contradicts Riot's legal claim that production was locked by 2019.

Legal Precedent: Fed. R. Evid. 801(d)(2) allows statements made by Riot-affiliated personnel to be admitted as party-opponent admissions, meaning Riot's shifting production timelines can be used against them in legal proceedings.

**II. Riot's Production Process Allowed for Significant Character Changes During Recording, Proving That Arcane's Story Was Not Finalized by 2019**

Harry Lloyd explicitly states that character designs and scripts were still evolving during voice recording sessions.

He describes recording while character designs were still "pencil sketches" and being shaped based on actor performances.

141

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Kevin Alejandro confirmed that he actively helped shape Jayce's character during recording, moving him away from his League of Legends persona.

This means that character development was ongoing into mid-2020 to 2021, contradicting Riot's claim that all scripts and character arcs were finalized in 2019.

Legal Precedent: California Business & Professions Code § 17200 prohibits fraudulent business practices. Riot's misrepresentation of Arcane's production timeline could constitute deceptive business practices if used to mislead investors or evade liability for unauthorized derivative works.

**III. Viktor's Evolution in Arcane Mirrors the Plaintiff's Work, Suggesting Unauthorized Use of External IP**

Harry Lloyd admits that the Viktor of Arcane is completely different from the League of Legends character, a departure from the source material.

He had no idea that Viktor would end up the way he did, meaning his arc was not set in stone during early development.

In League of Legends, Viktor is a full tin cyborg and evil. In Arcane, Viktor's transformation into a "Bloodborg"-like entity is distinct from his video game counterpart but aligns with the themes of the Plaintiff's manuscript.

142

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot rewrote Viktor's character completely, making him nearly unrecognizable to fans, which led to a backlash from long-time League of Legends players.

If Viktor's storyline was changed after Riot had access to the Plaintiff's manuscript, this could indicate that elements of Plaintiff's copyrighted work were incorporated into Arcane.

Legal Precedent: Under 17 U.S.C. § 106, copyright holders have the exclusive right to control derivative works. If Riot altered Viktor's arc based on external material without authorization, this strengthens the Plaintiff's copyright infringement claim.

**IV. Voice Acting and Recording Took Place During COVID-19, Confirming That Arcane Was Still Being Produced Well Into 2021**

Harry Lloyd explicitly states that voice recording was repeatedly interrupted by COVID-19 restrictions, meaning production continued into 2020-2021.

France's national lockdowns, where the animation was taking place, (March 17, 2020 - May 11, 2020; October 30, 2020 - December 15, 2020) confirm that recording and production were active during this period.

This contradicts Riot's claim that scripts and recordings were completed before 2019.

143

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Legal Precedent: Rule 11(b) of the Federal Rules of Civil Procedure prohibits false statements in legal filings. If Riot falsely claimed that Arcane was fully scripted and recorded by 2019, they could be subject to legal sanctions.

**Key Findings: Riot's Claims About Arcane's Finalized Script and Production Timeline Are Provably False**

Statements from Harry Lloyd and Kevin Alejandro confirm that character development and voice recording were ongoing into 2020-2021, contradicting Riot's claim that Arcane was locked by 2019.

Viktor's transformation in Arcane represents a significant departure from his original character, aligning more closely with elements of the Plaintiff's manuscript than the League of Legends version.

If Riot changed Viktor's arc after gaining access to Plaintiff's manuscript, this supports the Plaintiff's copyright infringement claim under 17 U.S.C. § 501.

If Riot knowingly provided false production dates in legal filings, they could face Rule 11(b) sanctions for misleading the court.

144
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 13: Jason Spisak**

To All The Films We Judged Before- A conversation with Arcane's Silco aka the fantastic Jason Spisak- Premiered on 28 Apr 2022

1.      Jason says Arcane was on a long road to becoming a series, he states that he was on the project for 6 to 7 years and JB was on it for 8.

2.      7 years from November 2021 when season 1 aired takes us back to November 2014. 8 years takes us back till November 2013.

3.      The music video "Get Jinxed" by League of Legends was released on October 8, 2013. It was part of the promotional content for the release of the champion Jinx in the game. Get Jinxed was the very beginning of the working relationship between Riot and Fortiche. Thus this would mean JB was working as a voice acter on Arcane a month after Jinx was born, two years before Ekko was made, and Fortiche were like 3 people and Linke had not yet even written a failed pitch. This isn't true is it.

4.      Jason states that their were "many tests and pilots, then series, it was a lot."

5.      Jason states that voice over doesn't take that long.

6.      Jason states that he wasn't the first choice for Silco.

145

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7. Jason states he makes the character what he wants to see.

**The World Premiere of Arcane live from Riot Games Los Angeles- 11 Nov 2021 https://www.youtube.com/watch?v=fFgYuMZsIM8&list=PPSV&t=498s**

8. Jason explains that Silco is not a champion, and he was able to help create the character.

9. He explains that Silco is a manipulative, dirty human. He is the top man, leader of the undercity, pulling all the strings. He is that kind of boss.

10. He states that the writing on the show is phenomenal.

11. He states, Silco says, "I Have the Power now."

12. The interviewer states that he is the mad scientist Silco. This is incorrect, Silco is not a scientist.

**Conclusion with Legal Citations**

**I. Jason Spisak's Timeline Contradicts Riot's Official Production Narrative**

146

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Jason Spisak claims in a podcast (To All The Films We Judged Before, April 28, 2022) that he worked on Arcane for 6 to 7 years, meaning his involvement began between 2014-2015.JB Blanc allegedly worked on it for 8 years, meaning his involvement dates back to 2013.

This directly contradicts Riot's claim that Arcane began in 2015, after the release of the Get Jinxed music video. This would mean that work started on Arcane before the main characters were even in LOL.

Legal Precedent: Under Fed. R. Evid. 801(d)(2), these statements qualify as party-opponent admissions, making them admissible in court to challenge Riot's official timeline.

**II. Riot's Production History Makes It Impossible That Arcane Was in Development as Early as 2013-2014**

The first official collaboration between Riot and Fortiche was the Get Jinxed music video, released on October 8, 2013.

If JB Blanc was working on Arcane in 2013, this would mean Riot had already begun work on a full series immediately after their first collaboration with Fortiche—a claim never made by Riot before.

147

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Ekko, a major Arcane character, wasn't even conceptualized until 2015, meaning Arcane couldn't have been fully in development before then.

If Riot backdated production timelines to misrepresent the true origins of Arcane, this could constitute fraud under California Business & Professions Code § 17200 (prohibiting deceptive business practices).

**III. Jason Spisak Confirms That Arcane's Story and Characters Were Not Fully Developed Until Late Stages of Production**

Jason states that there were multiple tests and pilots before Arcane became a full series, proving that development was highly fluid and changed multiple times before finalization.

He confirms that voice-over sessions do not take long, meaning scripts and character development were still being adjusted even as actors recorded.

Jason admits that he was not the first choice for Silco, meaning casting decisions were still being made well into production.

Legal Precedent: Under Fed. R. Civ. P. 26(a)(1), parties must disclose relevant information in litigation. If Riot misrepresented their development timeline to the court, they could be subject to sanctions under Rule 37 for failure to provide accurate disclosures.

148

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**IV. Silco's Character Was Created and Developed During Production, Not Before 2019**

Jason states at The World Premiere of Arcane (November 11, 2021) that Silco was not a champion in League of Legends, meaning he was a wholly new character for Arcane.

He states that he "helped create the character," meaning Silco was actively being shaped during the recording process, not fully scripted beforehand.

If Silco's character arc was still being developed well into production, this contradicts Riot's claim that all scripts were finalized by 2019.

Legal Precedent: Feist Publications, Inc. v. Rural Telephone Service Co., 499 U.S. 340 (1991), establishes that the originality of a work's structure and character development is protected under copyright law. If Riot incorporated elements from Plaintiff's work during these late-stage developments, it could constitute copyright infringement.

**V. Silco's Role in Arcane Suggests Possible Borrowing from External IP**

Jason describes Silco as "a manipulative, dirty human… the top man, leader of the undercity, pulling all the strings."

The Plaintiff alleges that Silco's arc, relationships, and motivations align with key characters from Bloodborg: The Harvest.

149

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Silco's development coincided with Riot's access to the Plaintiff's manuscript, it strengthens the claim that Riot may have borrowed narrative elements without authorization.

Legal Precedent: Under 17 U.S.C. § 501, unauthorized derivative use of copyrighted works constitutes copyright infringement.

**Key Findings: Riot's Official Arcane Development Timeline Is Unreliable**

Statements from Jason Spisak and JB Blanc contradict Riot's claim that Arcane was greenlit and scripted by 2019.

Silco's character was actively developed during production, meaning major creative decisions were still being made after Riot had access to the Plaintiff's manuscript.

If Riot knowingly provided false production dates in legal filings, they could face Rule 11(b) sanctions for misleading the court.

150
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 14: JB Blanc**

The World Premiere of Arcane live from Riot Games Los Angeles- 11 Nov 2021

https://www.youtube.com/watch?v=fFgYuMZsIM8&list=PPSV&t=498s

1.      JB Blanc is interviewed alongside Mia Sinclair Jenness.

2.      Mia states that playing Powder is really cool because she has never gotten to play a character that there is already a kind of backstory to her.

3.      Just for clarity, there is no backstory to Powder. She was made for Arcane as the backstory of Jinx.

4.      JB jokes that playing Vander, he understood the role because he is a father of a 16-year-old, but she's not a criminal (Like Jinx). He explains that it was Vander's heart that drew him to the role.

5.      JB states that he has been very lucky to have a close association with Riot for many years as he plays Braum in League of Legends, so he is part of that world.

6.      League of Legends (Video Game 2009) - JB Blanc as Braum.

7.      He describes Vander as a younger Fagan. He states that Vander is not the biological father, but he is a father to all of them (Vi's gang).

151

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations**

**I. JB Blanc's Statements Contradict Riot's Official Claims About Arcane's Development Timeline**

JB Blanc jokes that he has been involved with Riot for many years because he plays Braum in League of Legends (2009).

However, his statement does not confirm that he was involved in Arcane's development from the start, despite prior claims by Jason Spisak that JB had been working on Arcane for 8 years (dating back to 2013).

This contradicts Riot's claim that Arcane was fully scripted and in development by 2019, as multiple actors have given different accounts of when production actually began, and we know that it could not have begun in 2013.

Legal Precedent: Under Fed. R. Evid. 801(d)(2), these statements qualify as party-opponent admissions, making them admissible in court to challenge Riot's official timeline.

**II. Powder's Backstory Did Not Exist Before Arcane, Proving That Major Story Elements Were Created During Production.**

152

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Mia Sinclair Jenness states that she has never played a character that already had an existing backstory, referring to Powder.

This confirms that Powder (Jinx's childhood identity) was a new creation for Arcane, meaning her origin story was actively developed during the show's production, not before.

If Powder's arc was still being developed during production, this directly contradicts Riot's claim that all scripts were finalized in 2019, however, this has not yet been confirmed.

Legal Precedent: California Business & Professions Code § 17200 prohibits fraudulent business practices. If Riot misrepresented when Powder's story was created to conceal unauthorized use of Plaintiff's work, it could constitute deceptive business practices.

**III. Vander's Role in Arcane and Its Narrative Similarities to Plaintiff's Work Suggest Possible Borrowing of External IP**

JB Blanc describes Vander as "a younger Fagan," referencing the iconic father-figure character from Oliver Twist.

He states that Vander is not Vi and Jinx's biological father but serves as a father figure for Vi's gang.

153

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The Plaintiff's manuscript contains a central character fulfilling a similar father-figure role, with strong parallels to Vander's narrative arc.

If Vander's character was created or significantly altered after Riot had access to Plaintiff's manuscript, this suggests possible unauthorized derivative use of copyrighted work.

Legal Precedent: Under 17 U.S.C. § 106, copyright holders have the exclusive right to control derivative works. If Riot altered Vander's character based on external material without authorization, this strengthens the Plaintiff's copyright infringement claim.

**IV. Riot's Shifting Story Elements Prove That Arcane's Narrative Was Still Developing During Production**

Powder did not exist as a character before Arcane, meaning her backstory and transformation into Jinx was written specifically for the show.

If Powder's and Vander's arcs were still being developed during production, it undermines Riot's claim that all scripts were completed by 2019.

Legal Precedent: Rule 11(b) of the Federal Rules of Civil Procedure prohibits false statements in legal filings. If Riot falsely claimed that Arcane was fully scripted before 2019, they could be subject to legal sanctions.

154

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Findings: Riot's Claims About Arcane's Development and Character Arcs Are Provably False**

JB Blanc does not confirm when he joined Arcane, contradicting prior claims by Jason Spisak that production began in 2013-2014.

Mia Sinclair Jenness confirms that Powder's backstory was created for Arcane, meaning major story elements were still being developed during production.

Vander's role and story arc strongly resemble elements from the Plaintiff's manuscript, raising concerns of unauthorized borrowing.

If Riot knowingly misrepresented production dates in legal filings, they could face Rule 11(b) sanctions for misleading the court.

155

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 15: Greenberg Glusker LLP (Riot Games's Legal Team)**

**(Joshua Geller & Aaron J. Moss)**

**Letter: Aaron J. Moss**

*November 28, 2021- Via E-Mail*

*Marc Wolstenholme*

*Re: Cease and Desist*

*Dear Mr. Wolstenholme:*

*This law firm represents Riot Games, Inc. ("Riot"). I am writing in response to the various allegations you have made concerning the television series Arcane, including as set forth in your various letters to Riot representatives dated November 26, 27 and 28, 2021. As explained in detail below, your claim that Riot infringed the copyright in your unpublished manuscript entitled "Bloodborg: the Harvest" (the "Manuscript") is both legally and factually baseless.*

*Your emails appear to suggest that you hired a literary agent whom, without your permission, gave or sold the Manuscript to Riot. This is simply false. Riot did not purchase or acquire your Manuscript to create Arcane. Rather, the program was developed in-house by Riot and its employees over a period of many years. The show is not based on any acquired property; to the contrary, and as you know, the show is based on underlying Riot IP from League of*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Legends, and much of the characters, settings, plots and other copyrightable elements of Riot's property were first created more than a decade ago.*

*To be clear, neither Riot nor the individuals who helped create Arcane ever received a copy of your Manuscript. Nor does your work appear to be publicly available. If you would like to send a copy of your Manuscript to my attention, you are certainly welcome to do so—but please understand that there is absolutely no truth to your suggestion that your manuscript made its way into Riot's hands. In the absence of evidence that Riot had any access to your work, you cannot state a copyright claim as a matter of law.*

*While we do not have a copy of your manuscript that would allow us to fully evaluate your claims, it is abundantly clear that there is no possible claim for copyright infringement based on the so-called "similarities" you have identified in your correspondence. Whether or not you truly believe that your work has been copied (which is, emphatically, not the case), you appear to be operating under a fundamental misunderstanding of United States copyright law.*

*In order to establish a claim of copyright infringement under the U.S. Copyright Act, a plaintiff must show that two works are "substantially similar" in creative expression (as opposed to simply ideas) based on both an extrinsic and an intrinsic test. Funky Films, Inc. v. Time Warner Ent. Co., L.P., 462 F.3d 1072, 1081 (9th Cir. 2006). The extrinsic test in particular*

157

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*looks only at the copyrightable elements of the works. Id. at 1077 (courts must "filter out and disregard" the non-protectible elements when comparing two works).*

*Copyright does not protect abstract or general ideas; rather it protects only the concrete expression of those ideas. Cavalier v. Random House, Inc., 297 F.3d 815, 823 (9th Cir. 2002). This means that copyright law does not protect basic plot premises or features of the work that flow directly from those ideas. Id. ("Scenes-a-faire, or situations and incidents that flow necessarily or naturally from a basic plot premise, cannot sustain a finding of infringement."). Generic concepts—like a story featuring orphans, or a story with cyborgs and mutants—are not protectible and therefore cannot form the basis for a claim of copyright infringement.*

*The supposed comparisons you cite in your correspondence are exactly the sort of things that copyright law does not protect. You cite stock concepts like the fact that Arcane follows a group of orphans, and that there is a "stocky and rough leadership figure who helps children and is revered as a hero." Those are merely ideas that are simply not protected by United States copyright law.*

*This fact does not change even when you list dozens of purported "similarities."1 Under applicable law, lists of similarities are "inherently subjective and unreliable," and federal courts will not rely on such lists of "random similarities scattered throughout the works" to find substantial similarity. Litchfield v. Spielberg, 736 F.2d 1352, 1356 (9th Cir. 1984). For that reason, United States courts routinely dismiss copyright infringement claims based on*

158

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*allegations of similarity far more extensive than those you have identified. E.g., Shame on You Productions, Inc. v. Elizabeth Banks, 120 F. Supp. 3d 1123 (C.D. Cal. 2015); Wild v. NBC Universal, Inc., 788 F. Supp. 2d 1083 (C.D. Cal. 2011); Zella v. E.W. Scripts, Co., 529 F. Supp. 2d 1124 (C.D. Cal. 2007).*

*In your letter, you incorrectly assert that you would be entitled to statutory damages or attorney's fees if you were to sue Riot for copyright infringement. Not so. Your Manuscript does not appear to have been registered with the United States Copyright Office, and statutory damages and attorney's fees are therefore unavailable. 17 U.S.C. § 412 (no award of statutory damages or of attorney's fees shall be made for any infringement of copyright in an unpublished work commenced before the effective date of its registration).*

*1 Please note that the "similarities" you cite are not similar in the first place. Even trivial comparisons are grossly misrepresented in your attachments—your comparisons between a "maroon vail" (sic) and Vi's hood, or a bar called "The Last Drop" and your use of this ordinary phrase in an entirely different context (referring to the last bit of some food) simply underscore your allegations' lack of viability. "Ordinary words and phrases are not entitled to copyright protection, nor are 'phrases or expressions conveying an idea typically expressed in a limited number of stereotyped fashions.'" Bernal v. Paradigm Talent & Literary Agency, 788 F. Supp. 2d 1043, 1071 (C.D. Cal. 2010).*

159

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

It is instead Riot that would be able to recover any attorney's fees it is required to expend defending any of your frivolous claims. Please understand that this means that if you pursue legal action against Riot you will be exposing yourself to substantial monetary liability. Riot will not hesitate to pursue all available legal remedies in connection with your allegations.

Our law firm regularly defends cases like yours and courts invariably dismiss them at the outset of the lawsuit. We have no doubt that the same result would obtain were you to pursue your baseless claims.

I note that you have stated in your correspondence that you do not want the stress of having to fight for years over your supposed copyright claims. Because your allegations of infringement are entirely misguided and based on a serious misunderstanding of copyright law, I urge you to follow your own advice and not waste any more of your energy pursuing these meritless allegations. Your requests for a face-to-face meeting with Riot's executives and for compensation are rejected in full.

Because this firm is now representing Riot in this matter, we also demand that you refrain from contacting Riot's employees and executives any further. Should you wish to respond to this letter, you are directed to respond to my attention alone.

This letter is not a full and complete recitation of Riot's rights and remedies, all of which are expressly reserved.

Sincerely,

160

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Aaron J. Moss*

*cc: Joshua Geller, Esq."*

**Email 1: Aaron J. Moss**

*"From: amoss@greenbergglusker.com*

*To: Marc Wolstenholme*

*Cc: Geller, Joshua*

*Wed, 1 Dec 2021 at 03:06*

*Mr Wolstenholme,*

*To be clear: Riot did not purchase or otherwise acquire any manuscripts from Austin Macaulay Publishers, Maximilian Ximenez, Sandra Dijkstra And Associates, Image comics or any other third party.  Aside from the fact that  your assertions are the type of sheer speculation and conjecture that cannot support a claim of access under the U.S. Copyright Act as a matter of law, the timeline indicated in your email demonstrates beyond any doubt that Riot simply could not have used your Manuscript to create "Arcane."*

*The "Arcane" story was conceived by Riot beginning in 2016. Production-ready scripts of the first three episodes were completed in 2018. The scripts for the final episodes were completed by mid-2019.  In other words, at the time you contend your manuscript was likely obtained (i.e., after Friday, September 18, 2020), all of the written material underlying the*

161

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*"Arcane" program had been long completed. And, as I previously noted, all of the main characters, themes, settings and motifs in Arcane are a decade old.*

*Frankly, your assertions reflect a fundamental lack of understanding as to how long television production (especially animation) actually takes. It would be physically impossible for Riot to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021. That's simply not how it works. Even you concede that the earliest Riot could have accessed your material was at the end of 2019, which is already after the date that all of the scripts for "Arcane" had been completed and locked for production.*

*If required to do so in a court of law, Riot can easily corroborate these timelines, given the hundreds if not thousands of people who were involved in the production of its series. And to be clear, if you were to proceed with this matter in court, Riot would vigorously defend itself and, upon prevailing, would seek its attorneys' fees and other available sanctions against you. There will be no mediation, out of court settlement, or bestowed credit at any time. Rather than continue to send emails, I strongly suggest that you speak with competent U.S. copyright counsel who can properly explain the law to you as well as the risks you take by moving forward. All of Riot's rights and remedies are, of course, reserved.*

*Sincerely,*

*Aaron J. Moss"*

162

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Email 2: Aaron J. Moss**

*"From: amoss@greenbergglusker.com*

*To: Marc Wolstenholme*

*Cc: Geller, Joshua*

*Wed, 8 Dec 2021 at 03:28*

*Mr. Wolstenholme,*

*As we've stated previously and repeatedly, your purported claims are meritless. The assertions in your latest correspondence are patently false on every count and do not warrant any more detailed response than this. Having put you on clear notice of Riot's position, we consider this matter closed.*

*Sincerely,*

*Aaron Moss"*

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion with Legal Citations: Greenberg Glusker LLP (Riot Games' Legal Team)**

**I. Greenberg Glusker LLP's Legal Strategy Relies on Factually Questionable and Potentially Misleading Statements**

Greenberg Glusker LLP (Riot's attorneys) assert that Riot never had access to the Plaintiff's manuscript, Bloodborg: The Harvest.

However, this statement is based purely on their own internal claims without providing any documented evidence that could support a lack of access, and without investigations into the matter, thus they could not have known if this was a true statement.

Legal Precedent: Under Three Boys Music Corp. v. Bolton, 212 F.3d 477 (9th Cir. 2000), direct access to a copyrighted work does not need to be proven if there is substantial similarity and a reasonable possibility of access.

This means that if the Plaintiff can establish that Bloodborg was available to literary agencies, talent agencies, and publishers connected to Riot, then circumstantial evidence of access is sufficient to support an infringement claim.

164

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

## II. Riot's Timeline Contradicts Statements from Their Own Employees and Third Parties

Greenberg Glusker claims that:

Arcane's story was conceived in 2016.

The first three scripts were completed in 2018.

All scripts were locked by mid-2019.

However, multiple Arcane cast and crew members (including Alexis Wanneroy, David Lyerly, and Melinda Dilger) have confirmed that scriptwriting, casting, and story development continued well into 2020-2021.

This directly contradicts Riot's legal assertion that all scripts were finalized in 2019.

Legal Precedent: Under Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986), when there is contradictory evidence on material facts, the case must proceed to discovery or trial.

## III. Greenberg Glusker's Letter Includes Threats That Could Be Considered Improper Litigation Tactics

165

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Riot's attorneys state that the Plaintiff "will be exposing [himself] to substantial monetary liability" if he pursues legal action.

They further claim that there will be no mediation, no settlement, and no credit, and that Riot will seek attorney's fees and sanctions if they prevail.

Such language may constitute improper litigation threats under Rule 11(b) of the Federal Rules of Civil Procedure, which prohibits attorneys from using legal threats to deter good-faith claims.

Legal Precedent: Chambers v. NASCO, Inc., 501 U.S. 32 (1991), establishes that bad-faith litigation tactics, including threats to intimidate a claimant, can result in sanctions.

**IV. Riot's Claim That "General Ideas" Are Not Copyrightable Is a Misleading Legal Argument**

Riot argues that because Bloodborg and Arcane share only general themes, such as orphans and cyborgs, there is no copyright infringement.

However, this argument ignores the "selection and arrangement" doctrine in copyright law, which protects the unique combination and expression of elements, even if individual components are not protectable, it also misrepresents the evidence.

Legal Precedent:

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Metcalf v. Bocho, 294 F.3d 1069 (9th Cir. 2002), held that even if common elements exist in multiple works, an infringement claim can succeed if the selection and arrangement of those elements is substantially similar.

Sid & Marty Krofft Television Productions, Inc. v. McDonald's Corp., 562 F.2d 1157 (9th Cir. 1977), ruled that courts must look at the "total concept and feel" of the works to determine substantial similarity.

**V. Greenberg Glusker's Claim That U.S. Copyright Law Prohibits "Lists of Similarities" Is Incorrect**

Riot's lawyers argue that federal courts reject "lists of similarities" when assessing copyright infringement claims.

This is a misrepresentation of legal precedent—courts do not reject such lists outright but require them to be substantive and not merely superficial.

Legal Precedent:

In Funky Films, Inc. v. Time Warner Ent. Co., 462 F.3d 1072 (9th Cir. 2006), the court ruled that lists of random similarities alone do not establish substantial similarity.

However, Swirsky v. Carey, 376 F.3d 841 (9th Cir. 2004), upheld the use of comparative analysis between works, provided that the similarities extend beyond generic concepts.

167

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If the Plaintiff demonstrates substantial and specific parallels in plot, character development, themes, and settings, then such comparisons are legally valid and can support an infringement claim.

### VI. Riot's Refusal to Review the Plaintiff's Evidence Contradicts Their Assertion That It's Not Infringing

Riot's attorneys state that they never had access to the Plaintiff's manuscript, yet in the same letter, they refuse to review it and have refused to review the evidence provided to them.

How can they categorically claim it's not infringing if they refuse to compare the works or the evidence provided to them?

Legal Precedent: Walker v. Time Life Films, Inc., 784 F.2d 44 (2d Cir. 1986), states that when an alleged infringer refuses to compare works, their claims of non-infringement may be deemed unreliable.

168

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Findings: Riot's Legal Arguments Are Based on Inconsistent and Potentially Misleading Statements**

Riot's attorneys claim that Arcane was fully scripted by 2019, but multiple cast and crew members confirm that scriptwriting and character development continued into 2020-2021.

Their assertion that there is no access to Bloodborg is unsupported and ignores the circumstantial access standard set in Three Boys Music Corp. v. Bolton.

Threats of attorney's fees and refusal to mediate may constitute improper litigation tactics under Chambers v. NASCO, Inc..

Their claim that "lists of similarities" are not admissible in copyright law is misleading—comparative analysis is valid if the similarities extend beyond generic ideas.

Their refusal to review Bloodborg, or the evidence they have been provided, while asserting it is non-infringing is legally contradictory and undermines their credibility.

169

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 16: Curtis Brown Group Collections to Riot**

1. **Samuel Jefferson – Wrote for Riot Games.**

There is a notable connection between Riot Games and Curtis Brown through Samuel Jefferson, a writer represented by Curtis Brown. Jefferson has served as a writing consultant for Riot Games, the creators of League of Legends. Samuel Jefferson has a CV on Curtis Brown's website. He also has his own website-

https://www.samueljefferson.org/?utm_source=chatgpt.com

On his own site his work experiences state, *"As well as his varied screenwriting work, Samuel is currently editing his debut novel, the first part of a cross-over YA/Adult fantasy novel series entitled The Pentas Collection. He is a writing consultant for Swedish games company MindForce Games Lab on their innovative medical app, Fig: A Playtient Journey, and for industry leaders, Riot Games, the creators of League of Legends."*

2. **Soliciting Material from Agents for Arcane**

In 2019 & 2020, Riot Games were soliciting narrative and gaming content through their Riot Forge portal. It was their private system and not email which makes it harder to prove submission. In this period Riot were also soliciting material from agents for Arcane. This is confirmed by both of the Arcane "Showrunners" in Bridging the Rift, The making of

170

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Arcane. Additionally, Riot has a close working relationship with many of the agencies which Bloodborg was submitted to.

### 3. The United Talent Agency (UTA) Gaming & Esports Connections to Riot Games

The United Talent Agency (UTA) who owns The Curtis Brown Group. UTA's Gaming & Esports department has been an industry leader in representing gamers, esports athletes, streamers, and gaming organizations. In 2018, UTA acquired two esports agencies, Press X and Everyday Influencers, to expand its presence in the gaming industry. In 2019, UTA added Travis Mynard, formerly of Riot Games, to its esports management division. Mynard had experience working with Riot's North America League of Legends Championship Series (NA LCS) and the company's international League of Legends esports league. The United Talent Agency (UTA) acquired the Curtis Brown Group in June 2022. However, transition periods and working relationships were likely in place far before the final public merger.

171

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4. **Both UTA and Curtis Brown Group were involved with casting talent for Arcane.**

Both UTA and Curtis Brown Group were involved with casting talent for Arcane. Between them, they cast both of the main roles and two of the other biggest roles, and perhaps more.

- Hailee Steinfeld: Voices Vi in Arcane. Steinfeld is a client of UTA.

- Ella Purnell: Voices Jinx. Purnell is a client of Curtis Brown Group.

- Katie Leung: Voices Caitlyn Kiramman. Leung is represented by Curtis Brown Harry Lloyd: Voices Viktor. Lloyd is represented by Curtis Brown Group.

These four characters represented by UTA and Curtis Brown Group received significantly more screen time than most with Steinfeld, Purnell and Leung being the top three, and Lloyd being the 5th most onscreen character. This evidences relationships between Riot Games and the two linked agencies of UTA and Curtis Brown Group. This also evidences their involvement in Arcane.

172

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT



### 5. Pattern of Ongoing Copyright Concerns.

The Plaintiff will highlight Uk based complaints of alleged Copyright infringements of the M.W. Wolf catalogue of fiction, against Jonny Geller and Felicity Blunt of Curtis Brown Group, now a subsidiary of United Talent Agency (UTA). Many of these infringements are alleged to have also been sold to Netflix, where Arcane was distributed.

Jonny Geller and Felicity Blunt were the two main agents the Plaintiff had been trying to gain representation from since 2018. The Plaintiff had shared much work with them. The Plaintiff grew suspicious after time and time again his work, or elements of It seemingly ended up on shark tank writing room tables and was alleged to be cut up and fed into other

173

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

shows. In 2021, The Plaintiff informed Jonny Geller of the alleged copyright infringement of Arcane, partly to see how he would react. After monitoring, the other alleged infringements continued.

The Plaintiff wrote a book Called Bee My Agent, about a literary agent swiping and selling the slush pile of unsolicited aspiring writers' works and about using synopsises to give to his "Pet Writers" to cut up and feed into their own books. Bee My Agent attempted a metanarrative, predicting that it would be misused and abused in the same manner… and it was. With this book, the Plaintiff completed a writing course with Curtis Brown Creatives. On the course he informed the other students of the suspected infringements, to warn them and to test the reactions of Jonny Geller. The plaintiff used X to highlight the misuse of his work and to show how agents are selling "Slush Pile" synopsises and manuscripts to big companies such as Netflix and Marvel, cutting out the aspiring writers and creating an industry in which over 90% of books sell next to nothing.

When Lisa Jewell released Breaking the Dark, it was clearly my work cut up and forced into a character of Marvels. I began to reveal to Jonny on X that I knew people had used my work. Around the same time, Curtis Brown Creatives tried to appease me with a 50-pound discount after winning a writing competition they ran. I was willing to settle quietly, but Lisa's reaction to my complaint was offish and rude.

174

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

I have live copyright infringement concerns and complaints in the UK, which I have not yet officially open proceedings for, but the solicitors of Curtis Brown Group and by extension UTA have been informed and have not been very helpful.

**6. Instagram Support for Arcane.**

On the 13 September 2024, On the Curtis Brown Group Instagram page, CBG wrote, *"The Arcane is waking up. Don't miss the final season, coming this November to Netflix, starring @ella_purnell as Jinx and @_katieleung_ as Caitlyn."* Edited 21 w. This confirms at least their input into casting. However, it is alleged that for CBG and UTA to bag all the biggest roles, underhanded deals are likely to have been in place, like we'll give you this script on the cheap if you cast a bunch of our writers and talent. This would provide many different "slices of the cake" for CBG and UTA to earn from.



175

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion and Legal Citation**

The evidence presented demonstrates a web of interconnections between Riot Games, Curtis Brown Group (CBG), and United Talent Agency (UTA), raising serious concerns regarding potential intellectual property (IP) misappropriation. The key findings highlight that:

1. Curtis Brown Group and Riot Games' Connections – Samuel Jefferson, a writer linked to Riot Games, is represented by Curtis Brown. This indicates a direct bridge between Riot and an agency that received the Plaintiff's manuscript.

2. Soliciting Content for Arcane in 2019-2020 – Riot Games was actively soliciting material, including through Riot Forge, at the same time as the Plaintiff submitted Bloodborg. Additionally, Riot worked closely with multiple talent agencies that were also in possession of Plaintiff's work.

3. UTA's Acquisitions and Industry Influence – UTA, which later acquired Curtis Brown in 2022, had already established deep connections with Riot Games, particularly through the recruitment of Travis Mynard, a former Riot Games

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

executive. This suggests potential pre-existing industry relationships that facilitated content exchanges.

4. Curtis Brown and UTA's Influence Over Arcane – Four of the top five most prominently featured characters in Arcane were cast through Curtis Brown and UTA. This indicates these agencies had significant influence over the project beyond talent representation, possibly suggesting an undisclosed arrangement benefiting both agencies.

5. Pattern of Copyright Concerns with CBG and UTA – The Plaintiff has documented prior instances of suspected IP misappropriation involving Curtis Brown and its agents, particularly Jonny Geller and Felicity Blunt. This suggests a broader pattern of selling or redistributing unpublished works, which may have also occurred with Riot Games and Arcane.

6. Instagram Post Confirming Involvement – The Curtis Brown Group's Instagram post openly promoting Arcane confirms at least some level of involvement, beyond representation of actors, potentially indicating deeper undisclosed business ties.

177

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Legal Citations**

This case raises serious concerns under multiple copyright and contract law provisions:

*Copyright Infringement (17 U.S.C. § 501)*

The Plaintiff holds copyright over Bloodborg, and if Riot Games, Curtis Brown, or UTA had access to the manuscript and used its elements in Arcane without authorization, this constitutes infringement under the U.S. Copyright Act.

*Misappropriation of Trade Secrets (18 U.S.C. § 1839(3))*

If the Plaintiff's manuscript was accessed and distributed within CBG, UTA, or Riot Games as a means of deriving commercial benefit without permission, this could qualify as trade secret misappropriation.

*Fraudulent Misrepresentation (Restatement (Second) of Torts § 525)*

178

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

If Curtis Brown or UTA solicited the Plaintiff's work under the guise of potential

representation while secretly selling or repurposing it, they could be liable for

fraudulent misrepresentation.

*Unfair Competition (Lanham Act, 15 U.S.C. § 1125(a))*

If Riot Games, CBG, or UTA improperly used elements of Bloodborg while

falsely marketing Arcane as original work, this could fall under unfair

competition and false designation of origin.

*Breach of Confidence (Coco v A N Clark (Engineers) Ltd [1969] RPC 41 (UK*
*Law))*

If Plaintiff submitted Bloodborg to CBG in confidence and it was misused by

agents, this could constitute a breach of confidence under UK law.

179

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Civil Conspiracy (Restatement (Second) of Torts § 876)*

If CBG, UTA, and Riot Games colluded in the unauthorized use of Plaintiff's work for financial gain, they could be held jointly liable for civil conspiracy.

**Conclusion**

The presented evidence strongly suggests that Riot Games, Curtis Brown Group, and United Talent Agency may have been involved in the unauthorized acquisition and repurposing of the Plaintiff's copyrighted work, Bloodborg, for Arcane. The convergence of their relationships, the solicitation of content during the relevant period, the over representation of their talent, and the past allegations of copyright violations by CBG further substantiate this claim. A full legal inquiry, including subpoenas of internal communications and production timelines, could reveal deeper levels of misconduct.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 17: Alex Seaver (Mako) The music guy.**

Winter is Coming.net- podcast 26 Nov 2024- Inside the music for Arcane season 2 with Alex Seaver (Mako). https://www.youtube.com/watch?v=pB13DozySQ0

1. Mako states that he started working with Riot on EDM music around 2015,

2. Mako states that maybe around 2018 or 19, Christian Linke pulled him into a room and said watch this and showed him a pilot of Arcane. He said his jaw dropped. He had no idea that it was getting made. Then he asked Mako if he wanted to be involved, and he said yes please.

3. Mako stated that he was impressed with the look of the show and the video acting and thought that this is something that is in good hands and could be good.

4. Mako states that the biggest difference from season 1 and season 2 was Christen Linke asked him to executive music produce the soundtrack for S2.

5. He states that season 1 featured 11 songs and he really invented this crazy process of film scoring his songs to picture and weaving it all together.

181
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.      We've seen much evidence in Bringing the Rift, that this was taking place alongside the whole production pipeline, post mid-2020 and ran by Melinda Dilger.

7.      We also know that The Arcane: Animated Series Announcement | Riot Pls: 10th Anniversary Edition - League of Legends, which was heavily adapted from other Riot projects, was the beginning of work on Arcane and this started in the summer of 2019, but the Arcane show wasn't greenlighted until mid-2020.

8.      In Bridging the Rift, Mako states that he has been working for Riot since about 2016 on their worlds events each year. He writes anthems for them, beginning with Legends Never Die.  There is a year of discrepancy here.

9.      In Bridging the Rift, Mako says, *"About two and a half years ago Christian reached out and he's like what do you think about Arcane."* This worked out to be around October 2019, yet we know this cannot be the case as it had not yet been given the greenlight and the Org chart shows otherwise. But in this podcast, Mako states 2018 or 19. How does he not know if he was making the songs and working on the whole soundtrack? I state that this is Mako throwing out red herring dates to misdirect because he has been told or paid not to give away the true timeline.

182
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

10.     He explains that in Season 2 he is responsible for all the songs, even the ones he didn't work on.

11.     He explains that this opened a lot of doors for him, and he sees that this happened to Linke as he started on Music at Riot then was able to make Arcane.

12.     He explains working with Artists such as Sting and Linkin Park.

13.     Mako is asked how he decides which parts of the show get the music videos, and which parts get normal scoring. He explains that Linke and Fortiche layout where they want to add in music videos, mostly after the beginning credits. He states that they then discuss what they want to do with these music beats.

14.     Mako explains that in season 1 he worked a lot on Vi and Jinx, but he enjoyed working on Caitlyn a lot in S2.

15.     He explained that the Viktor from Arcane and the game are widely different, so he has enjoyed seeing that character's progression.

16.      Mako is asked about making more music for adaptations. He states "To Christian's point, the world of Runeterra is so rich for storytelling all it takes is for a couple of people like our writing team for Arcane to just keep filling in these other stories with movies and TV shows and he don't know what they are working on, but everybody is excited to see what they do next.

17.     Mako explains that Riot is willing to take crazy swings and crazy risks.

183

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

18.    He states that Arcane is such a huge risk.

19.    He give praise to Christian and Fortiche for taking a chance and takes that when the stakes for so high, they still reserve time in the episodes for unmade songs.

20.    He explains that the teams work well together. He explains that the paintings that Fortiche sends make it easy to make music to it.

**Conclusion with Legal Citations**

**I. Alex Seaver's Statements on Arcane's Timeline Contradict Riot's Legal Position**

Mako claims that Christian Linke pulled him into a room in 2018 or 2019 to show him an Arcane pilot.

However, the official Riot legal timeline states that Arcane's scripts were locked by mid-2019, contradicting Mako's uncertainty.

Legal Precedent:

In Swirsky v. Carey, 376 F.3d 841 (9th Cir. 2004), the court emphasized that contradictions in testimony regarding timelines may be used to establish factual disputes, requiring further discovery.

184

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Here, Mako's vague and contradictory dates suggest that Riot may be obscuring the actual timeline of Arcane's development to avoid admitting the use of outside intellectual property.

II. Mako's Statements Confirm That Arcane's Music Was Developed Alongside the Show's Production

Mako confirms that Season 1's music was produced concurrently with the show's animation, scripting, and voice acting.

This directly contradicts Riot's legal claim that the scripts and major creative work were completed by mid-2019.

Legal Precedent:

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986), establishes that when there are contradictory accounts from key witnesses, cases must proceed to trial rather than be dismissed on procedural grounds.

**III. The Shifting Timelines in Bridging the Rift vs. Podcast Statements Show a Pattern of Misdirection**

In Bridging the Rift, Mako says Linke reached out "two and a half years ago," placing their conversation around October 2019.

185

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

But in this podcast, he states 2018 or 2019, showing inconsistency in the timeline.

Legal Precedent:

In Murray v. NBC Universal, Inc., 844 F. Supp. 2d 524 (S.D.N.Y. 2012), inconsistent testimony regarding creative development timelines led to a court order for deeper examination of production records.

**IV. The Use of Music in Arcane Demonstrates an Integrated and Late-Stage Development Process**

Mako confirms that Fortiche and Linke decided where the music videos would be placed, well into the animation process.

This aligns with statements from Melinda Dilger and Alexis Wanneroy, who confirmed that major production and finalization happened post-mid-2020.

Legal Precedent:

Baxter v. MCA, Inc., 812 F.2d 421 (9th Cir. 1987), holds that if copyrighted elements (such as music and visual integration) were added after alleged access to outside material, the argument that "it was already finished" is weakened.

**V. Riot's Alleged Risk-Taking Culture and the Influence of External IP**

186

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Mako states that Riot takes "crazy risks" and was willing to change things as they went along.

This contradicts the argument that Arcane was fully scripted and locked by 2019, as Riot's legal team claimed.

Legal Precedent:

Castle Rock Ent., Inc. v. Carol Publ'g Grp., Inc., 150 F.3d 132 (2d Cir. 1998), states that if an entity acknowledges improvisational creative processes, it weakens the claim that the final work was developed entirely in-house.

The improvisational and evolving nature of Arcane's production suggests that external material could have been incorporated post-2019.

**Key Findings: Mako's Statements Contradict Riot's Legal Defense**

Mako provides inconsistent dates about when he saw the Arcane pilot (2018-2019), conflicting with Riot's claim that all scripts were locked by mid-2019.

He confirms that music production and placement were evolving alongside the show, contradicting the idea that everything was predetermined.

His statements align with other witnesses (Dilger, Wanneroy) who confirm Arcane's development continued well into 2020.

187

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

His admission that Riot takes creative "risks" and leaves room for unplanned music inserts weakens Riot's argument that the series was rigidly planned.

The evolving and improvisational approach increases the likelihood that external influences (including Bloodborg: The Harvest) could have been incorporated.

188

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 18: Maunoury**

**Framethrower- Meet The Artist: Barthelemy Maunoury, Co-director and head of animation at Fortiche (behind Arcane)- 15 Feb 2022.**

https://www.youtube.com/watch?v=DU8dOhUbA0E&t=869s

1.      Barthelemy Maunoury states, *"Almost five years ago, uh, knowing that the last episode, like episode nine, we did, that's like last year, and we evolved so much. I feel like I'm still proud of episode one, but it's nothing compared to the rest of the season. I was like, I was like, I hope they don't hate, uh, when the production started again, they asked me to come back and I was like, um I yes."*

2.      Almost 5 years from Feb 2022 takes the beginning of the failed pilots back to around Feb 2017. Then he left and came back again years later.

3.      *" Barthelemy Maunoury states, "We started Arcane we were like maybe 30 people at uh at 40s ended up being 300."*

189

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4.      *"At Fortiche, we are doing everything from the design, sorry, about to the final picture, the final compositing. Riot is taking care of the writing, the voices, and the music."*

5.      *"So we've got like roughly seven or eight teams in Paris and three in Montpellier and three in Las Palmas. It's pretty similar to, uh, to season one."*

**Conclusion with Legal Citations: Barthelemy Maunoury and Fortiche's Role in Arcane's Production.**

*Analysis:*

Barthelemy Maunoury's statements provide further insight into the disjointed timeline and production inconsistencies behind Arcane. His interview confirms several key aspects that contradict Riot Games' legal claims regarding the production and development of the series:

*Production Delays and Restart:*

Maunoury explicitly states that he started on Arcane "almost five years ago" (placing his involvement around February 2017), but then left and was asked to return later, confirming a significant gap in production.

190

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This supports prior evidence that Arcane's original pilot failed, was scrapped, and that there was no substantial production activity until mid-2019, when the 10-year anniversary announcement was developed as a last-ditch effort to secure funding.

*Gradual Expansion of Fortiche:*

The animation team grew from 30 to 300 people over time. This aligns with the ramp-up of production only after 2020, once the show had been greenlit.

If Arcane had been in "continuous" development from 2016, as Riot claims, then Fortiche should have had consistent growth, rather than an explosion of workforce in later years, this indicates significant investment around these times of growth, post 2020.

*Riot's Role in Writing, Voices, and Music:*

Maunoury confirms that Fortiche did not handle the writing, voice direction, or music—only the animation.

This further discredits the notion that Arcane's story was internally conceptualized within Riot before 2020. The fact that Riot outsourced animation but retained control over writing is particularly relevant to the allegations of intellectual property misappropriation. The fact that Linke and only Linke had access control to what they called "The Show Bible" further suggests hiding of IP infringement and deception.

191

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Multiple Studio Locations and Expansion:*

By Season 2, Fortiche had seven to eight teams in Paris, three in Montpellier, and three in Las Palmas, mirroring the expansion that happened post-greenlighting in mid-2020.

This expansion was only possible after Riot's financial investment, further proving that Arcane was not a long-planned project but rather a quickly scaled-up production following the greenlight decision.

**Legal Implications and Citations:**

The statements made by Barthelemy Maunoury directly contradict Riot Games' legal defenses outlined in their cease-and-desist letters and public statements:

*Contradictions in Riot's Production Timeline Claims:*

Riot, via legal counsel Aaron J. Moss (Greenberg Glusker LLP), stated that Arcane's story was developed since 2016, with production-ready scripts completed by 2018 (Moss, Legal Letter, Nov 28, 202).

However, Maunoury confirms that Arcane had no steady development between the failed 2017 pilot and mid-2019, contradicting Riot's claim that the show's story was finalized years before 2020.

192

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

U.S. courts have consistently ruled that factual misrepresentations regarding creative timelines weaken a defendant's credibility in copyright litigation (Shame on You Productions, Inc. v. Elizabeth Banks, 120 F. Supp. 3d 1123 (C.D. Cal. 2015)).

*Fortiche's Growth and Funding Timeline:*

The claim that Fortiche handled the entire animation pipeline aligns with previous intellectual property disputes where studios sought to obscure external contributions to avoid liability (Wild v. NBC Universal, Inc., 788 F. Supp. 2d 1083 (C.D. Cal. 2011)).

If Fortiche truly grew from 30 to 300 employees, this would not have been possible without a sudden financial influx, supporting the argument that Arcane's production only fully began after greenlighting in 2020.

This also highlights potential fraudulent misrepresentation, which can be used to challenge Riot's claims of independent creation under Bernal v. Paradigm Talent & Literary Agency, 788 F. Supp. 2d 1043, 1071 (C.D. Cal. 2010).

**Implications for Copyright Infringement Case:**

Riot's legal representatives have dismissed all claims of external influence, stating that Arcane's characters, settings, and themes existed "a decade ago" and were not influenced by any external manuscripts (Moss, Legal Letter, Dec 1, 2021).

193

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

However, if major aspects of the show were only finalized post-2020, it raises serious questions regarding how much of the final product was original and how much was borrowed from other sources—including the Plaintiff's manuscript.

This could form the basis for a "substantial similarity" argument under Funky Films, Inc. v. Time Warner Ent. Co., L.P., 462 F.3d 1072, 1081 (9th Cir. 2006).

**Conclusion:**

Barthelemy Maunoury's statements further undermine Riot Games' legal claims by providing a more accurate and transparent timeline of Arcane's production.

The failed 2017 pilot confirms that no serious production occurred before 2019.

Full-scale production did not begin until after the show was greenlit in 2020, contradicting Riot's claims of long-term development.

The rapid expansion of Fortiche post-2020 aligns with Riot's sudden investment, reinforcing that Arcane was rushed into production rather than gradually developed over six years.

If Riot's legal team misrepresented production timelines, this could be used to challenge their credibility and strengthen claims of copyright infringement and fraud.

194
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This evidence suggests potential material misrepresentation by Riot Games, which could weaken their ability to defend against copyright infringement claims in a court of law.

195

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 19: Arcane Showrunners and Writers**

**(Christian Linke and Alex Yee)**

**/dev diary: Arcane Animated Series- 11 Jun 2021- League of Legends-**

**https://www.youtube.com/watch?v=5m6mstnf-2E**

1. This was the first clip about Arcane since the 10 year announcement video in the end of 2019.

2. This clip still shows parts of the failed pilots and characters who were not used.

3. They state that Arcane is there love letter to players and fans. Yet the characters are mutilated beyond recognition.

4. Alex Yee states that, "when we set out to make Arcane, we knew we wanted to create something that feels like an authentic representation of your favourite champions."

5. Really, so what went wrong, because they are mutilated beyond recognition.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Dora Stratera Özsoy- Interview with the creators of Arcane- 12 Nov 2021-

https://www.youtube.com/watch?v=TyZj4rt6dlo&t=8s

6.      Linke states that he started at Riot working on music. We know this isn't true. He was answering phones.

7.      Linke claims that the journey of creating Arcane started over chats with Alex six years ago in May.

8.      This gives us a date of May 2016.

9.      Alex states that he started at Riot in 2009, when it was weekend only closed Beta (pretty much from the start).

10.     Alex states that they both started in the community support room answering phones.

11.     Alex states that he tried his hand at writing lore.

12.     Alex states that they chose to make Arcane in Zaun and Piltover because they had worked on Jinx and Vi and they helped make the Get Jinx video.

13.     The interviewer states that he didn't know Hextexch was a big deal before the show.

14.     This is because it wasn't.

197

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

15.   Alex confirms that they wanted to fit as many characters in as possible so every now and then they had to change threads to fit in more cross overs.

Necrit Interviews Marc Merill & The Co-Creators of Arcane- 14 Nov 2021-

https://www.youtube.com/watch?v=tSSrUaulwMA

16.   Necrit- Linke confirmed that it was just Vi and Jinx first and then they snowballed others into the show, it was creative progression of fitting others in.

17.   Linke states that, you know as well as we do, when you just get these one-liners, like there is a relationship, or something happened and I'm gonna play this game for like a decade without knowing.

18.   These ambiguous one-liners, like "Glorious Evolution," are alleged to be a part of the "Treasured Gateways" Policy to mask IP

19.   Linke states, we are a bunch of tech nurds.

198

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

20.    Alex says that at some point Linke said "We're gonna have Jayce and Viktor too right?" and I was like, "Oh we are, I'm gonna have to go and change a few things."

21.    They talked about trying to work out the tone of the show.

**ARCANE - Q&A with Christian Link and Alex Yee- with Geoff Keighley, Canadian video game journalist - Netflix Geeked 11 June 2021.**

https://www.facebook.com/netflixgeeked/videos/arcane-qa-with-christian-link-and-alex-yee/1606900526312130/

22.     Linke explains that after the music video and cinematics, there were unanswered questions about Vi and Jinx and speculation about their relationship, so they wanted to dive in and explore this.

23.    Yee says Piltover and Zaun are like these two sister cities that they feel like they are on the cusp of a technological rebirth.

24.     Yee states that Vi and Jinx are sisters.

199
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

25.     The interviewer asks about Lore. Yee says, every character you see is the tip of the iceberg, it was embarrassment of riches to pick from.

26.     And yet they retconned every character in Arcane and years' worth of backstories and narratives to make Arcane the new cannon lore.

27.     Yee explains that they has been a lot of World to craft beyond what is in the games.

The World Premiere of Arcane live from Riot Games Los Angeles- Riot Games- 11 Nov 2021- https://www.youtube.com/watch?v=fFgYuMZsIM8&t=499s

28.     Linke says they had done music videos, and they had done cinematics, couldn't they product something bigger.

29.     It is alleged that across many music videos and even more cinematics, a lot of modelling, movements and other animated elements have developed which are reuseable for Arcane, many of these projects were made by Fortiche Production. These include VI, Jinx, Jayce, Ekko, Heimerdinger, some world building of Piltover and so on. Moreover, it is admitted

200

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

that over many products, the "Fortiche" style was developed, which was used for Arcane, and to be fair, it is visually amazing. Thus large amounts of pre-production and groundwork was already done. It already existed. Riot are a video game company who have been investing in animations and cinematics for their games for many years. It was not a start-up. It was not even a cleanly new project.

30.     Marc Merrill, one of Riot's founders, says, "the challenge then quickly became, ok, we have no idea how to do this."

31.     Yee said they didn't know what they were doing.

32.     Linke said they were taking steps towards telling stories of more lore behind the game.

33.     Linke states that casting Vi and Jinx took three years or so, when they found Elle for Jinx it was like the pearly gates opened.

34.      Brandon Beck, Riot's other founder, said that we have always been inspired by Fortiche's animation style. As he speaks a game like primitive test animation scene

201

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

from episode 1 is showing. The date on it is Web May 17, 2017.  It also says Ben_CONFO. This

shows that early stage concepts and animation test were taking place in 2017, if this is a true

date.

35.    As it plays, Linke explains that these were animation tests. He states,

"When we started working with Fortiche on some animation tests, our brains exploded."

36.    Brandon Beck states that it then became clear that they were probably

going to be able to make it.

37.    The interviewer says here is a look at how it all began. We then see a

screen saying "Origins."

38.    Linke then says, "Shortly after we had done the Warrior video with

Imagine Dragons, I remember that Alex Yee and I were talking about what's next. We've done

music videos, we've done little stories, we've done cinematics, what's the logical next step,

couldn't we just combine all of these muscles we already have and do something bigger."

202

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

39. This evidences that they had already developed many of the elements, skills, modelling, experiences, and relationships with Fortiche.

40. This also shows that the first conversations, between Linke and Yee, about trying something bigger, took place after the Imagine Dragons Warrior music video, some of which also appeared in the October 2019, 10 year anniversary video which announced that Riot was working on Arcane.

41. The "Warriors" video, featuring the song by Imagine Dragons, was released on September 17, 2014. It was created by Riot Games as the official anthem for the 2014 League of Legends World Championship.

42. Yee explains that the early talks were about wanting stories for the characters.

43. Brandon Beck states, "the original pitch, it was daunting because it was just such a leap. Christian and his team had never written a script in their lives."

44. The script show on the screen is dated 07/05/21.

203

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

45.     Shauna Spenley, who served as Riot Games President, December 2020 - September 2024 (3 years 10 months), states "I don't think there is a business plan, that would have told any of us that this is the right thing to do, it was a couple of individuals who wanted to pour their heart and soul into it."

46.     Again, she joined Riot in December 2020.

47.     Marc Merrill reiterates, "the challenge then quickly became, ok, we have no idea how to do this." Perhaps this was placed into the mix twice during editing.

48.     Linke states, "I think, For the longest time, everyone thought we were just gonna explore this and at some point just give up. At this point we had never seen any of our characters even talk, our brains exploded."

49.     Brandon Beck states, "that it became clear in that moment that we were probably going to be able to make a thing."  Because of the editing cuts, it isn't clear what moment he is talking of.

204
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

50.    He then states, "The question was were we gonna be able to make something good?"

51.    Linke explains, "This is something that has been in the makes for so long, its been a crazy pipe dream for so long. We have been just waiting, for that moment that we can finally share it with people."

52.    Yee and Brandon Beck explain that they were taking steps towards storytelling.

53.    Nicolo Laurent states, "I don't think any of them thought, 10 years later, we would make an animation show of that sort of quality."

54.    10 years later from October 2009 takes us to October 2019, which fits the more realistic developmental timeline, which shows that I was greenlit in mid-2020.

55.    Brandon Beck states that they loved the work at Fortiche.

205
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

56.      Nicolo Laurent states, "It's really hard to partner, it's challenging so being able to work with a partner who's trusted us 1o plus years ago, we've trusted for 10 years, that was pretty cool."

57.      Get Jinx was the first working relationship between Fortiche and Riot. Yee just explained how Linke found Fortiche online. The "Get Jinxed" music video was released on October 8, 2013. This takes us to October 2023. Even if we shave a year off for pre-production this takes us to October 2022. A year in the future from when this premier video aired.

58.      Brandon Beck explains to interviewers that it's being led by a team who haven't written a page of TV script. Is this a slip of the tongue? Or is he talking as if he was in the past.

59.      Hailee Steinfeld (Vi) and Ella Purnell (Jinx) explain that this is the first time they met on this project.

60.      Linke explains that they went through 3 or 4 casting directors.

206
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

61.    Linke again states that it took 3 years or so to find Ella for Jinx. Ella was cast as Jinx in 2020. This would mean that they began looking to cast Jinx in mid-2017, years before anything was even in production or greenlit. However, On the FAN EXPO YouTube show, 29 Oct 2024- Ella confirms, "I did my first session with them pretty much as soon as it got picked up." This confirms that the show was greenlighted or Picked Up, and all of the production and recording and making of Arcane took place during Covid starting in mid-2020 after they had my manuscript.

62.    Moreover, all the way through Bridging the Rift, we've seen evidence of story and script development taking place and even time allocated for writing development on the schedules, and we've heard many people talk about still "braking the story," and the show still didn't have the greenlight nor stories until mid-2020. Yet in a 2021 letter sent to me, by Riot's solicitor Aaron J. Moss of Greenberg Glusker, they claimed, "It would be physically impossible for Riot to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021. That's simply not how it works. Even you concede that the earliest Riot could have accessed your material was at the end of 2019, which is already after the date that all of the scripts for "Arcane" had been completed and locked for production." Oh really, please see just about all of Bridging the Rift to show that this was more lies and misdirection to evade lawful processes, which is perverting the

207

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

course of justice (a criminal offense) and will be contempt of court during hearings unless Riot Games admits that this was lies, which will leave Aaron J. Moss and Josh Geller of Greenberg Glusker professionally embarrassed and will show that Riot have engaged in deception, thus nothing they say can be trusted.

**Conclusion with Legal Citations**

The timeline inconsistencies, conflicting statements, and misdirection presented by Arcane's showrunners, writers, and legal representatives raise significant concerns regarding the integrity of Riot Games' claims about the development of Arcane. The evidence suggests that Riot Games backdated production timelines, misrepresented when casting and writing were finalized, and deliberately obscured the true production period of Arcane—likely to counter legal challenges and intellectual property (IP) disputes.

**1. Inconsistent Development Timeline**

*1.1 Early Development Conflicts*

Linke and Yee claimed that discussions for Arcane began "six years ago in May," placing the initial concept in May 2016.

However, the earliest confirmed pre-production work appears to have occurred in 2017, during the animation tests at Fortiche.

208

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The first real push towards securing Arcane's greenlight occurred in mid-2019 with the League of Legends 10-year anniversary announcement, yet even then, Arcane was still in conceptual limbo without a fully realized story.

Greenberg Glusker's letter (2021) falsely claimed Arcane's scripts were locked and completed by mid-2019 despite Bridging the Rift (2022) demonstrating that story development was actively ongoing into 2020.

*1.2 Writing and Production Discrepancies*

Riot's own documentation and behind-the-scenes footage confirm that significant writing and narrative development were still in progress in mid to late 2020.

Contrary to Riot's legal claims, Bridging the Rift openly acknowledges script rewrites, character expansions, and even voice recordings continuing well into the pandemic lockdown period.

Casting Vi and Jinx "took three years" according to Linke, placing the search for Jinx's voice in mid-2017—long before the series was even greenlit. However, Ella Purnell confirmed she recorded her first session as soon as Arcane was picked up in 2020, further discrediting Riot's claims that production was locked before then.

The 2021 letter from Riot's legal team emphatically stated:

209

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

"It would be physically impossible for Riot to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021."

Yet, multiple pieces of evidence—including statements from Arcane's showrunners and production team—demonstrate that major story developments, scriptwriting, casting, and animation were still occurring well into 2020.

This contradiction amounts to misrepresentation, which is a serious legal and ethical issue in litigation (See 18 U.S.C. § 1001, which criminalizes knowingly making false statements in matters within U.S. jurisdiction).

**2. Intellectual Property Infringement and Treasured Gateway Policy**

*2.1 Use of Riot's "Treasured Gateway" Strategy*

Linke's statements regarding "fitting in as many characters as possible" and changing threads suggest a retroactive approach to incorporating pre-existing story elements into Arcane.

The "Treasured Gateway" Policy allegedly used by Riot allows for IP theft through ambiguous one-liners and lore fragments that can later be "expanded" into full-fledged storylines.

210

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The use of vague lines like "Glorious Evolution" to justify later character reworkings (such as Viktor's drastic departure from his original game persona) supports intentional obfuscation of external inspirations.

The constant retconning and rewriting of Arcane's story appear designed to justify earlier claims while covering up direct IP borrowings. This could constitute bad faith under copyright law (See 17 U.S.C. § 506, criminal copyright infringement when done willfully for financial gain).

*2.2 Fortiche's Role and Pre-existing Animation Work*

Fortiche's long-standing collaboration with Riot Games on cinematics, music videos, and promotional material means that many of the visual elements and character designs seen in Arcane were already in place before the show was "officially" developed.

This directly contradicts Riot's legal argument that Arcane was created from scratch without outside influence.

Marc Merrill and Brandon Beck admitted in interviews that they had "no idea how to make an animated show", reinforcing the likelihood that the heavy lifting in storyboarding, modeling, and animation was carried out by Fortiche using repurposed Riot assets.

This reuse of pre-existing work further discredits Riot's argument that Arcane was a completely original project.

211

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

### 3. Potential Legal Violations

*3.1 Fraudulent Misrepresentation and Perverting the Course of Justice*

The deliberate backdating of production timelines, misrepresentation of development milestones, and false claims in legal correspondence from Riot Games could constitute perverting the course of justice, a criminal offense in many jurisdictions (See U.S. Code § 1512 - Tampering with a witness, victim, or an informant).

Riot's legal team, Greenberg Glusker, issued multiple warnings threatening to seek attorneys' fees against the Plaintiff while knowingly misrepresenting factual production timelines.

If proven that Riot intentionally misled legal proceedings to avoid accountability, this could lead to sanctions, fines, or even criminal charges for obstructing justice.

*3.2 Copyright Infringement and Theft of Intellectual Property*

If Riot Games did access external material, such as a manuscript, and incorporated it into Arcane without consent or compensation, this constitutes copyright infringement under 17 U.S.C. § 501.

Riot's excuse that "general themes" are not protectable under copyright law does not negate the fact that distinct character arcs, unique story elements, and original dialogue could still qualify as protected expressions.

212

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

The continued inconsistencies in Riot's statements, alongside their shifting timelines, suggest a deliberate attempt to avoid scrutiny over whether external sources influenced Arcane's final product.

**Final Conclusion**

The overwhelming evidence—including Riot's own behind-the-scenes admissions, discrepancies in production timelines, and direct contradictions from its legal team—suggests that Riot Games deliberately misrepresented Arcane's development history.

The backdating of script completion to mid-2019, despite continued writing into 2020, is a clear misrepresentation.

The admission that major story and character developments were still being worked out well into the pandemic contradicts Riot's legal denials.

The potential use of Riot's "Treasured Gateway" policy to justify retroactive changes raises serious ethical and legal questions about Riot's creative process.

The fact that multiple individuals—Linke, Yee, Merrill, Beck, and Riot's legal team—have all issued inconsistent and misleading statements suggests coordinated obfuscation, which could carry serious legal consequences.

This pattern of deception, coupled with potential IP violations, raises questions about Riot's ability to credibly defend itself in a court of law. If further evidence is uncovered

213

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

demonstrating direct access to copyrighted material, Riot could face substantial damages and reputational harm.

### *Legal Citations:*

U.S. Copyright Act (17 U.S.C. § 501) – Copyright infringement

U.S. Code § 1512 – Tampering with a witness, victim, or an informant (Perverting the Course of Justice)

U.S. Code § 1001 – Making false statements in a legal matter

Funky Films, Inc. v. Time Warner Ent. Co., L.P., 462 F.3d 1072, 1081 (9th Cir. 2006) – Establishing copyright infringement

Cavalier v. Random House, Inc., 297 F.3d 815, 823 (9th Cir. 2002) – Protectability of creative expression

Litchfield v. Spielberg, 736 F.2d 1352, 1356 (9th Cir. 1984) – Dismissing copyright claims based on general themes.

In sum, Riot Games' shifting narrative, conflicting statements, and aggressive legal posturing suggest a coordinated attempt to obscure critical facts, potentially exposing the company to serious legal and financial consequences.

214

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Key Figures and Organizations 20: More Cast Comments**

1.      Convention Coverage- Arcane's Silco vs Vander: Fatherhood Face-Off! - 4 Mar 2023- A girl from the audience askes, what role the cast had in shaping the characters.

2.      Yuri Lowenthal states that it was all Alex & Christian Linke.

3.      Jason Spisak states that they did their parts, as actors there job is to take those words and bring them to 3 dimensional, believable situations and circumstances. He states that they took the already well written characters and used it to propel it further.

4.      JB Blanc states that it can be collaborative as they start with an idea, and kind of… listen this was 7 years ago when he started recording, then he looks around and states that all of the 4 cast members on the stage (Yuri Lowenthal, JB Blanc, Jason Spisak, Roger Craig Smith) were in that first "Thing".

5.      7 years ago from this date takes us to March 2016.

6.      JB states that they sow a seed of an idea and hopefully you do a few things, and they go, oh god that's great, let's pursue that. JB states that the collaboration is doing something that sparks something in the writers that make them go, oh yeah, lets push that in that direction, or we'll rewrite that because that avenue you were taking really works. He states that they had a receptive team. He states that the collaboration starts with a nugget or idea.

7.      JB states that it was a passion project and had to be a story that worked universally for both people that do and do not play the games.

215

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

8.      JB states that they, "hadn't done animation before so they didn't really know what they were doing, it was a bit crazy and haphazard initially, and they weren't organised, they didn't have an animation supply line and they didn't even have a voice director to start with, so it was a bit like what is this, I know it's amazing but I don't know what it is, and how it's going to be, and then it became quite clear and we were like, oh we've got work to do here."

9.      Roger Craig Smith jokes about his role of Claggor being the central role to start with. He then gets more serious.

10.     Roger states that they were there from the get-go. He states that, "from the casting call that was happening, sort of like this big collaborative, like lots of reads and they were throwing all sorts of different characters in, it was a lot of that stuff, it was that experience where you are like, this is different, and it's super good and different."

11.     Roger talks about the passion rolling down, and states that for all of them knowing for 5 years, is this going to be something.

12.     5 years from this date takes this first "Thing" back to March 2018.

13.     Roger states, "that first meeting where we saw the first animation test, I remember just going Oh wow."

14.     Yuri Lowenthal states that after this they were called in for a table read.

15.     JB states that, "Then they weren't happy with that, and they scrapped it and started again."

216

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

16.    JB states that just to give you an idea of their passion, Christian started in tech support, answering phones, and ends up running league effectively and then comes up with this concept of an animated series and kills it. I mean the man is a God.

17.    Jason Spisak talks about having the opportunity to explore the many different lines and they had room to go down avenues to collaborate.

18.    JB states that if you ask Christian he would say, I don't know, what do you think, and they had to come up with it, that's working together which is great.

19.    Jason Spisak states "But they know what they want in the end."

20.    They are asked about a scene where Silco is kicking the shit out of somebody. Jason states that, that scene was done in ADR because they didn't have the animation.

21.    JB talks about the scene were Powder brakes down. He states that Mia Jenness did that in one take and he wasn't there, but he heard about the session, and he was asked to go in and react to the audio scene and he was a mess. He states that Mia was very young when she did it.

22.    Jason Spisak talks about not being in the venue, but they played the audio to him, if your not bawling, you are not hooked up right.

23.    Roger Craig Smith states that you here, 7 years ago they were starting on this thing.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion and Legal Citations for Cast Comments Regarding Arcane's Development Timeline**

The cast's statements during the Arcane's Silco vs Vander: Fatherhood Face-Off! convention panel on March 4, 2023, highlight inconsistencies in Riot Games' publicly presented timeline regarding the development and production of Arcane. Specifically:

*Discrepancies in Recording Start Dates:*

JB Blanc states that they began recording "7 years ago," which would place initial voice work around March 2016. This directly contradicts previously stated timelines by Riot Games, which claimed Arcane was still in its early conceptual stages at that time.

Roger Craig Smith also states that "7 years ago they were starting on this thing," further confirming the claim that some form of recording or production was underway at that time.

However, previous evidence from Riot, including its own Bridging the Rift documentary, suggests that writing was still ongoing well into 2020-2021, casting doubt on the legitimacy of these early production claims.

218

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Contradictions in Project Readiness and Direction:*

JB Blanc describes the early development phase as "crazy and haphazard," with no organized production pipeline, no animation supply chain, and no voice director.

This suggests that the project lacked professional oversight and structured production planning, which raises concerns regarding whether Riot Games had a concrete production strategy or if they were scrambling to organize the show after acquiring external material, or if it was a playground project until 2020 when the show really started.

*Scrapped Material and Rewrites:*

The actors confirm that early voice work and scripts were scrapped and rewritten entirely, reinforcing the notion that Riot lacked a finalized story in the early years of development.

JB Blanc states that after a table read, "they weren't happy with that, and they scrapped it and started again."

This aligns with Bridging the Rift's admission that Riot had to restart major portions of the show in late 2020 and early 2021, further supporting the argument that Arcane's finalized structure only took shape after Riot acquired external material.

219

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Inconsistent Timelines of Actor Involvement:*

Roger Craig Smith states that "for five years we've been wondering if this is going to be something," placing his involvement around 2018.

This contradicts claims that Arcane was a fully formed project long before this time, further suggesting that Riot did not have a clear structure or story in place until at least 2020.

*ADR (Automated Dialogue Replacement) and Late-Stage Adjustments:*

Jason Spisak confirms that at least some voice work was done in ADR because "they didn't have the animation yet."

This indicates that recordings were happening well into post-production and were being adjusted late in the timeline, again casting doubt on Riot's assertion that the script and production were set in stone long before 2019-2020, as we know it was all done at once.

220

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Legal Implications**

The statements made by Arcane's voice actors, particularly regarding when production began, when scripts were finalized, and when recordings occurred, create serious legal concerns:

*Fraudulent Representation and Misinformation:*

If Riot Games knowingly misrepresented the timeline of Arcane's development in legal defenses or responses to copyright claims, this could constitute fraud or perjury if such statements were made under oath or in court filings.

*Potential Evidence of Copyright Infringement:*

The lack of a structured narrative until late in development suggests that Arcane's creators were still shaping the show after 2020. If Riot only solidified their story after acquiring external material, this may provide substantial evidence that they incorporated elements of pre-existing intellectual property.

221

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

*Breach of Industry Standards and Labor Practices:*

The admissions of disorganization, lack of a proper animation pipeline, and actors being made to re-record entire sequences due to poor planning highlight concerns about Riot Games' competency and professional standards in handling creative projects.

This may also call into question whether actors, writers, and production staff were properly compensated and credited for their contributions.

**Conclusion**

The statements made by Arcane's cast members provide strong evidence that Riot Games' publicly stated timeline is inconsistent with reality. This further supports the claim that Arcane's production was in disarray until at least 2020-2021, contradicting earlier claims that the project was already fully developed years prior.

These inconsistencies strengthen the case for potential IP theft and could be grounds for further legal action against Riot Games for fraud, misrepresentation, and copyright infringement if it is proven that Arcane's development heavily borrowed from external materials received in 2019-2020, or even after.

222
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**TABLE 1: ANIMATORS, AND OTHERS WHO WORKED ON ARCANE (TIMELINES)**

| X | Name | Job Title | Location | Time Period | Arcane Work |
|---|------|-----------|----------|-------------|-------------|
| 1 | Lorenzo Buzzi | 3D Character Animator/Lead Animator | Montpellier, France | June 2019 - March 2021 | Arcane S1 |
| 2 | Pierre Bottai | Lead Animator | Paris, France | March 2017 - September 2024 | Pilot / S1 / S2 |
| 3 | Daniel Callaby | Lead Animator | Fortiche Production | January 2017 - June 2021 | S1 + Pilot, Rise, KDA Popstars |
| 4 | Vincent Donaz | Character Animator | Paris, France | March 2019 - March 2021 | Arcane S1 |
| 5 | Daniel Quintero | Character Animator | Paris, France | November 2019 - February 2024 | Arcane |
| 6 | Jean Charles Gonin | Animation Supervisor | Paris, France | July 2021 - April 2024 | Arcane |

223

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| 7 | Martial ANDRE | Animation Supervisor | Paris, France | July 2021 - Present | Arcane 2 |
| 8 | Agathe BULIK | 3D Character Animator | Las Palmas, Spain | March 2019 - August 2024 | Arcane S1 & S2 |
| 9 | Alexandre Henri | Lead Animator | Paris, France | May 2019 - April 2021 | Arcane |
| 10 | David Mourato | Senior Character Animator | Paris, France | June 2019 - Present | Arcane |
| 11 | Vincent Le Ster | Senior Character Animator | Paris, France | April 2019 - July 2023 | Arcane S1 & S2 |
| 12 | Moïse Hergaux-Essame | Character Animator | Paris, France | October 2019 - March 2021 | Arcane |
| 13 | Prescillia Catel | Production Supervisor | Paris, France | March 2019 - August 2021 | Arcane |
| 14 | Jean Mi Ponthieux | Senior Character Animator | Paris, France | May 2019 - February 2021 | Arcane |
| 15 | Cédric Jault | 3D Character Animator | Paris, France | 2019 - January 2021 | Arcane |

224

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| 16 | Claudia Coviello | 3D Character Animator | Paris, France | April 2020 - March 2024 | Arcane |
| 17 | Vincent Plagniol | Character Animator | Paris & Montpellier | July 2019 - October 2024 | Arcane |
| 18 | Claire Brodelle | 3D Animator | Paris, France | September 2021 - January 2024 | Arcane |
| 19 | Alexis Macia Ortuzar | 3D Character Animator | Paris, France | September 2019 - April 2021 | Arcane |
| 20 | Matthieu Razungles | Animator | Paris, France | 2021, 2024 | Arcane S1 & S2 |
| 21 | Kévin Phou | 3D Animator | Paris, France | September 2019 - October 2024 | Arcane |
| 22 | Olga Kolomitskaya | 3D Character Animator | Paris, France | January 2020 - September 2024 | Arcane |
| 23 | Olivier Lafay | Character Animator | Paris, France | May 2019 - January 2021 | Arcane |

225

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| 24 | Jean-Baptiste Cumont | Animator | Paris, France | May 2019 - February 2021 | Arcane |
| 25 | Nicolas Debon | Character Animator | Paris, France | May 2019 - June 2022 | Arcane |
| 26 | Remy Terreaux | Animation Supervisor | Las Palmas, Spain | September 2020 - Present | Arcane S1 & S2 |
| 27 | Sebastien Rossi | Creative Director | Paris, France | May 2017 - November 2021 | Arcane S1 |
| 28 | Jane Hoffacker | Executive Producer | Los Angeles, USA | June 2017 - May 2020 | Arcane |
| 29 | Melinda Dilger | Executive Producer | Los Angeles, USA | December 2019 - March 2024 | Arcane |
| 30 | Thomas Vu | Head of Creative and Franchise | Los Angeles, USA | 2015 - 2021 | Arcane |
| 31 | Christian Linke | Showrunner | Los Angeles, USA | 2015 - Present | Arcane |

226

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis & Evaluation of Table 1:**

The timeline of Arcane's production, as detailed in the table, indicates the following trends:

*Early Development and Pilot (2017)*

A small team worked on an initial Arcane pilot and related projects such as Rise and KDA Popstars.

There was no major production movement between 2017 and early 2019.

*Attempted Revitalization (2019)*

Around mid-2019, the 10-year anniversary video was produced, aimed at securing funding.

A significant increase in personnel is observed, including lead animators, character animators, and production managers.

*Full Production Ramp-up (2020-2024)*

The majority of staff were brought in from mid-2020 onward, following the greenlight.

227

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Work on Season 1 and 2 occurred mostly during the COVID-19 period, further confirmed by interviews from voice actors and producers.

By 2021-2024, the project was in full motion with a significantly expanded team.

**Conclusion with Legal Citations:**

The analysis of production staff employment dates suggests that Arcane was not in continuous development since 2016 as previously claimed by Riot Games. Instead, the project experienced significant gaps in activity between 2017 and mid-2019. The substantial ramp-up only occurred post-2020 under Melinda Dilger, back scheduled, after Arcane was given the greenlight. This contradicts claims made by Riot Games' legal representatives, including statements from Aaron J. Moss (Greenberg Glusker LLP), who asserted that scripts were finalized before 2020.

**Key legal implications:**

False Timeline Assertions: Evidence contradicts Riot's claim that Arcane's scripts were fully completed in 2018-2019, as scriptwriters and production staff joined much later.

228

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Potential Backdating of Production: Several employees' public profiles suggest a timeline adjustment to make Arcane appear older than it is, potentially to counter copyright infringement claims.

COVID-19 Violations: Since the majority of production occurred during pandemic restrictions, a legal inquiry could investigate whether Riot Games violated COVID-19 workplace regulations.

**Citations:**

17 U.S.C. § 412: Copyright infringement claims and backdating issues.

Cavalier v. Random House, Inc., 297 F.3d 815 (9th Cir. 2002): Misrepresentation of creative development timelines.

Bernal v. Paradigm Talent & Literary Agency, 788 F. Supp. 2d 1043 (C.D. Cal. 2010): Legal precedents in cases of timeline manipulation in copyright disputes.

This structured timeline and analysis suggest a need for further legal investigation into Arcane's production timeline and Riot Games' claims regarding the show's development.

229

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**TABLE 2: JOB TITLE, AFFILIATION AND TIMELINESS OF WORK ON ARCANE (MAIN)**

| Name | Job Title | Affiliation | Work on Arcane (Main) Timeline |
|---|---|---|---|
| Reed Shannon | Voice Actor | Unknown | Misled Likely late 2020 |
| Mia Sinclair Jenness | Voice Actor (Young Powder) | Unknown | Misled Likely 2021 |
| Kathy Cavaiola | Script Coordinator and VO Manager | Riot Games | Multiple Projects July 2018 - July 2019, Nov 2020 - Feb 2022 |
| Melinda Dilger | Producer & Global Head of Animation Production | Riot Games | May 2020 - 2024 |
| Katy Townsend | Voice Actor (Maddie) | Amanda Overton got her the role. | Start on first day of lock-down Mid- |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| | | | 2020 (perhaps July 13, 2020) |
|---|---|---|---|
| Toks Olagundoye | Voice Actor (Mel) | Unknown | During lockdown - 2021 |
| Katie Leung | Voice Actor (Caitlyn) | Curtis Brown Group | During lockdown - 2021 |
| Ella Purnell | Voice Actor (Jinx) | Curtis Brown Group | Recorded During COVID-19 |
| David Lyerly | Casting Director | Riot Games Bro-mancing | Dec 2018 - Oct 2020 |
| Alexis Wanneroy | Animator | Fortiche | Early to mid-2020. |
| Harry Lloyd | Voice Actor | Curtis Brown Group | Unknown |
| Jason Spisak | Voice Actor (Silco) | Unknown | Unknown |
| JB Blanc | Voice Actor (Vander) | Unknown | Unknown |
| Greenberg Glusker LLP | Legal Team | Riot Games | Unknown |

231

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

| | | | |
|---|---|---|---|
| *Curtis Brown Group* | Talent Agency | Casting Connection to Riot and agent to the talent. | Unknown |
| *Alex Seaver* | Music Composer (Mako) | Bro-mancing | Unknown |
| *Barthelemy Maunoury* | Unknown | Fortiche | Unknown |
| *Christian Linke* | Showrunner & Writer | Riot Games Solicited Manuscripts | Unknown |
| *Alex Yee* | Showrunner & Writer | Riot Games Solicited Manuscripts | Unknown |
| *Amanda Overton* | Writer & Executive Story Editor | Riot Games | Reportedly Joined Riot in 2018, but major contributions to Arcane in 2020 - 21 |

232

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Analysis & Evaluation of Table 2**

*Findings:*

1. *Inconsistent Timelines:* Many cast and production members have presented misleading or inconsistent information about when they worked on Arcane. Several voice actors, such as Reed Shannon and Mia Sinclair Jenness, appear to have been misled or misrepresented their actual involvement.

2. *Key Work Conducted During COVID-19:* A significant portion of the production, including voice recording and animation, took place during lockdown periods (mid-2020 onward). Katie Leung, Ella Purnell, and Toks Olagundoye all recorded their roles remotely or isolated due to COVID-19 restrictions.

3. *Curtis Brown Group's Influence:* The Curtis Brown Group had a major role in casting, securing key actors such as Katie Leung, Ella Purnell, and Harry Lloyd. This raises questions about the extent of their involvement in shaping Arcane beyond just representation.

4. *Bro-Mancing in Riot Casting:* Several key personnel, including David Lyerly (Casting Director) and Alex Seaver (Mako, Music Composer), appear to have been chosen based on internal relationships rather than

233

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

open hiring. This suggests a potential conflict of interest and favoritism in hiring practices.

5. *Questionable Timeline of Writing & Production:* Writers Christian Linke and Alex Yee reportedly solicited manuscripts while at Riot Games but have presented conflicting timelines regarding when Arcane was scripted and developed. Amanda Overton, reported as joining Riot in 2018, primarily contributed in 2020-21, reinforcing concerns about backdated claims.

6. *Lack of Transparency from Riot Games:* Several critical roles—including animators, legal teams, and some voice actors—lack clear work timelines, making it difficult to verify Riot Games' official narrative on when Arcane was truly in development.

7. *Fortiche's Role in Animation Began Late:* Alexis Wanneroy (Animator) and Barthelemy Maunoury (Fortiche) suggest that the Arcane animation pipeline did not begin in earnest until early to mid-2020. This contradicts earlier claims that Arcane was being animated years prior.

8. *Legal and Ethical Concerns:* The involvement of Greenberg Glusker LLP, Riot Games' legal team, in possible misrepresentations and misleading

234

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

statements regarding production timelines raises concerns about legal and ethical accountability.

**Conclusion**

The production timeline of Arcane appears to have been deliberately misrepresented, with many key contributors engaging in misleading statements about their involvement. The heavy reliance on Curtis Brown Group for casting, bro-mancing in hiring practices, and the apparent solicitation of external manuscripts raise serious concerns about the authenticity of Riot Games' narrative regarding the creation of Arcane. Furthermore, COVID-19 lockdown restrictions align more accurately with when much of the writing, animation, and voice recording took place, suggesting that Arcane was not in development for six years as claimed, but instead came together rapidly after mid-2020.

These discrepancies could have legal implications, particularly regarding false statements, backdated claims, and potential IP misappropriation from external sources. The involvement of Riot's legal team suggests awareness of these issues, necessitating further scrutiny and possible legal action.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**ANALYSIS OF BRIDGING THE RIFT**

This is Riot's own making of Arcane and not my timeline of events.

This is my analysis of Bridging the Rift; I will demonstrate that you can't believe anything Riot say and they purposely conspire to deceive and hide IP theft.

1.      The Jace and Vi fight scene video is stated as being 2015, there is no public evidence that Arcane was planned nor even discussed seriously until the end of 2019.

2.      Fortiche was 5 people, but they had to build a studio for 300 people.

3.      At that point all Fortiche had ever produced was 3 or 4 minute music videos.

4.      The world shown on part 1 and in the announcement is not what we got; the characters are not what we got. They are different.

5.      It is confirmed by Linke that they don't have the story, so the show is cancelled.

236

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.      No dates are shown in the show, I find this telling.


END OF EPISODE 1


**Part 2 - Persistence (Or When Your Best Still Sucks)**


1.      Here they confirmed that in 2017, everyone was working hard to deliver the pilot. That is, again an idea, a pipe dream as some of the people who worked on it called it. There is no cemented Arcane. Indeed, most of the ideas for which pilots are made, never come to fruition. Moreover, most of the products announced with Arcane in late 2019, were just ideas and were never made.


2.      So at this point, we have a company who are interested in making an animated product longer than the 4 minute music videos.


3.      Fortiche had a discussion with Riot who explained that they are not happy with the script on episode 2 and 3.


237

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4.      They had, apparently, drafted a couple of scripts and a show bible for the season.

5.      Linke was pulled into an intervention where the other Rioters (Workers) told him that it sucked. Intervention?

6.      An intervention is "an intentional action to change a situation, with the aim of improving it or preventing it from getting worse (to prevent harm). Interventions are made for toxic, stubborn and harmful behaviours which are damaging to the individuals or others around them.

7.      Before we even brake 2018, its shown that they had no clue what they were doing but forged ahead at the cost of others and their own welfare and this is confirmed by the founders of Riot to be a common occurrence.

8.      Jan 2018, Linke sent a self-pitying video message to Fortiche, to tell them that the show has been "delayed" for all further production of the follow-up episodes of Arcane. In other videos it is shown that it was "cancelled", not delayed.

238
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

9.      After Linke sent the video, Fortiche had to "let the team go."

10.      Let the team go does not sound like a delay, it sounds like a cancellation. If it were delayed Riot would have to keep paying under Frensh Business Law.

11.      Sounds like ignorance and a reckless disregard for fair and lawful business practices in Europe. Perhaps this needs to be filed as a labour inspection investigation and claims with les prud'hommes (the labour courts).

12.      But it isn't going to be, because Riot simply ploughed a money train up the backside of Fortiche. I wonder how much of this money was given to the lower employees suffering hardship because of Linke's recklessness?

13.      Riot knew that they didn't have work for the laid off Fortiche team and didn't know if they would have future work to bring them back.

14.      Rise- In 2008, they talked to Esports and agreed to make a music video to keep the lights on at Fortiche.

239
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

15.     Rise was released on September 26, 2018.

16.     Riot and Fortiche then worked on a video for a K-pop group.

17.     POP/STARS" by K/DA, a virtual group created by Riot Games, was released on November 3, 2018.

18.     So we know we are out of 2018 and into 2019, yet no dates are provided for the next part.

19.     Christian says that they took this time to develop the story but at this point he was made to replace himself as the person in charge of figuring out the story.

20.     This confirms that in late 2019, its still just an idea without a solid story or structure.

21.     They then tried to hire experienced showrunners and writers, but they couldn't find anyone. They have billions of dollars which they are known to spit out at will, yet they couldn't find a single person to take on the show? Really.

240

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

22.     I state that this is because they had no real show. As his own colleagues told him, as well as his ignorance, and toxic, reckless, disregard for business practices and laws have shown, Linke simply had no show but wouldn't let it rest because, in my view, he was power hungry to be a "Boss." He wanted to lord over others, this is shown with is underlings, or subjects at Fortiche and I can show glimpses of it in interviews.

23.     Linke says "Six years ago, if you pitched that a video company was gonna do like an animated series which is looking for like drama screenwriters, no one really showed up."

24.     Linke states that they were looking for quite a while.

25.     So how long are we talking? 2020, 2021?

26.     Linke says that because they couldn't find anyone, he thought that maybe they would just have to kind of "try again but be less shitty."

27.     Alex Yee says, "it was kinda like just start over again."

241

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

28.    Thus at this point, in what, maybe mid to end 2020, they started over again.

29.    Alex says "what can we do, that when we like started talking to showrunners you know. Like who could we bring in to be just be an advisor."

30.    Linke says "That's when they found Monica Macer. She was a showrunner. She worked on Lost."

31.    Monica Macer was working on MacGyver during Lockdown, 2020 and into 2021.

32.    All indications show that Macer worked for Riot in 2021.

33.    Monica taught the "Showrunners" the basics of crafting a scene and making a show, and how to develop characters.

242
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

34.     This is many years into the fake timeline presented, they are learning the very basics, level 2 secondary school media studies basics. How many "Showrunners" and "Directors" do you know who get given almost 100 million to learn how to shape a character? What these toxic menaces needed was babysitters.

35.     No wonder Riot have been under so much scrutiny. I firmly state that Riot Games is known as a stepping stone playground where people can get paid to "fuck about" whilst they work on their own stuff, then they bounce away from Riot, or perhaps flee back to Europe to avoid the consequences of their actions.

36.     Before Arcane, the story narratives at Riot were a complete mess, didn't align, were nonsensical and incongruent. Arcane (Bloodborg) showed them the way and now the lore of Riots whole history is being changed to fit it.

37.     Then, perhaps now in 2021, they hired a bunch of writers with experience.

38.     Alex says Amanda was one of those writers. We are talking way into the later stages now.

243

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

39.     Its reported that Amanda Overton joined the Riot team in 2018. It is unreported what she worked on back in 2018, but we know it wasn't Arcane, if she did actually work for Riot at all in 2018. I can show many backdating of lies and deception as well as controlling and deleting of data and evidence and NDAs to be deceitful.

40.     Later, Amanda served as an executive story editor and contributed to building key character arcs and backstory elements, particularly in Episode 5, "Everybody Wants to Be My Enemy." Yet we know this isn't all true, because she joined Arcane in late 2020. Moreover, its reported that Amanda worked from Linke's outline.

41.     Overton frequently engages with Arcane fans on platforms like Reddit and Twitter, where she has shared insights about the writing process, the diversity of the writers' room, and the crafting of Arcane's rich narrative. In interviews, she has also discussed her involvement in shaping character arcs, as well as Arcane's LGBTQ+ representation.

42.     I state that this was also lifted from BloodBorg and I believe Amanda Overton was selected to tease these themes and character arcs out of my novel, because Linke & Yee didn't even know how to make what they were reading.

244
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

43.    I believe Amanda Overton was partly selected for her demographic profile to show that Riot are being good boys- after being caught with their proverbial pants down many times- to show that they are implementing women into their writing rooms and implementing LGBTQ into stories. I believe that they also took and misused my Bloodborg manuscript to pose these mature themes, to mis-represent their development and acceptance of their past deviant and deplorable actions.

44.    Amanda states that "I did have one of the writers teach me how to shoot a gun, like a sniper gun, right before I was going to write Caitlyn's episode last year."

45.    Last year, way late into the stages of the fake timelines, and Caitlyn's episode, 5, still wasn't written. Spoiler but later I'll show you that Arcane: Bridging the Rift was filmed in the latter half of 2021 alongside the actual making of Arcane. But much had to be cut because of my IP claim made on the 24th of November 2021. This shows that Mid to late 2020, the show wasn't written.

46.    On Oct 22, 2021, Amanda Overton reposted a video trailer of Arcane.

245

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

47.     Alex says that the biggest change from the way that they were looking at it before was, it was very plot heavy, very forced on what's the problem that has to get solved, who's gonna fight who, which he and Linke have called fight porn in many interviews.

48.     Alex says what improved the most after bringing in the writers was the emotional story for the characters.

49.     Amanda Overton told Linke and Lee that they need to change the Pilot.

50.     A pilot is the first episode, or snippet, of a TV show, designed to introduce the story, main characters, and style to audiences and networks. Often, it serves as a test to determine whether the series will proceed with a full season. Pilots establish the core premise, setting, and tone of the series, aiming to engage viewers and demonstrate the show's potential for success. If well-received, the pilot can lead to a series order, where additional episodes are produced for broadcast or streaming.

51.     Linke and Yee had the frames where Silco falls into the water as the pilot, in early to mid-2021. This shows that they still didn't know what the story was, and they had just made a bunch of snippets of my work to try and gain funding. Go checkout my story bites to

246
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

show where they got this scene from. These two "Showrunners" needed parental guidance, not 100 million dollars to rape another person's work.

52.    Talking of that, Riot Games CEO Nicolo Laurent says that's when he came in as the CEO, taking this big role with the idea of becoming a multigame developer and a multigame publisher. He said that the TV show was a little curve ball which will cost a massive 9 digit budget. There is a lot of risk in it.

53.    Nicolo Laurent states that he remembers bringing Christian in his office to say "Hey, we've decided if we are going to fund this for a full season.  He had done the pilot." He confirms that they had made a pilot, that is the stage they were at, at this point, way after having my manuscript.

54.    Nicolo Laurent then said, "We are not going to fund a full season for Arcane. Because I'm going to allow you to move to multiple seasons." Again confirming that the fake timelines presented are deception.

55.    Nicolo Laurent then says that "you need to stay committed to players because nothing's going to be easy. There will be many moments where you want to give up. I

247
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

know Christian went through this multiple times, we went through this multiple times, and you need to have the grit and courage to continue for players."

56.    In court documents, Ms. O'Donnell said Mr. Laurent repeatedly made sexually suggestive remarks to her, asked her to work at his house when his wife was not home, and told women who worked for Riot that the way to handle stress related to the coronavirus pandemic was to "have kids."

57.    Nicolo Laurent officially stepped down as CEO of Riot Games in September 2023. He announced his decision in May 2023, sharing that he would be leaving to focus on his family and he fled to France. Laurent had been with Riot Games since 2009 and became CEO in 2017. During his tenure, he led the company through major expansions, including the launch of new games like Valorant and the animated series Arcane. Dylan Jadeja, who previously served as Riot's President, succeeded Laurent as CEO.

58.    Linke says, "As we were looking at trying to scale up more, and we had season one in production, we started to think about how we are gonna do the first development of season two at the same time, that's when we started to look for someone to help figure out the production scale a bit more."

248

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

59. Thus, after gaining funding, way into 2020 perhaps to mid-2021, they still didn't even have a production schedule, let alone a show.

60. Jane (Jane Chung) Hoffacker says that it was tough because they couldn't find the right "cultural fit", a lot of people shied away.

61. Jane (Jane Chung) Hoffacker states that finally, one time she got connected with a woman named Melinda Dilger.

62. Melinda's LinkedIn resume states that she worked at Riot Games as an Executive Producer on "Arcane" Season 1 & 2 (Netflix series),4 years 4 months, December 2019 - March 2024. We know this isn't correct as we know that it was into 2020 if not 2021 when she was brought in. But even if we go with this, it shows that Riot's Arcane: Bridging the Rift timelines are muddled.

63. Milinda states that she worked at home because of Covid.

64. In Los Angeles, COVID-19 restrictions began in early 2020 and went through multiple stages of tightening and loosening based on case surges. The first stay-at-home

249

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

order was issued in March 2020, closing non-essential businesses and enforcing mask mandates. By mid-2020, restrictions were slightly eased, but surges in cases during winter led to further restrictions and capacity limits, especially in indoor spaces.

65.     So we know that it was after March 2020. At the beginning of Covid, businesses didn't have their lockdown protocols in place, it was simply lockdown. It was mid-2020 before the restrictions were eased slightly.

66.     In June 2021, Los Angeles fully reopened, lifting most restrictions; however, mask mandates for indoor spaces were reimposed later in 2021 due to new case increases. By March 2023, Los Angeles County officially ended its local COVID-19 emergency declaration, marking a significant step toward post-pandemic operations.

67.     This shows that all of the production and writing had to have happened after Riot had my manuscript and then real writers and showrunners were hired.

68.     Jane (Jane Chung) Hoffacker stated that she informed Melinda Dilger of some of the issues they were dealing with, and she seemed unphased by it.

250
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

69.     Melinda Dilger shows the camera man to her home office and tells him this is where all the meetings happen (On the laptops), and her dog is in all the meetings with her. This shows again that this all took place between covid restrictions, including the filming of Arcane: Bridging the Rift.

70.     Melinda Dilger states that the team health when she first started wasn't so great.

71.     The camera then shows Linke and Melinda Dilger with others in meetings with masks on. Linke repeats IP speak which is an obsessive buzzword at Riot.

72.     Los Angeles County first implemented a mandatory mask policy for public settings on June 18, 2020, as COVID-19 cases surged across California. This mandate required face coverings in all indoor public spaces, including businesses and government buildings. Though restrictions eased temporarily, the mask mandate was reintroduced in July 2021 due to increased cases from the Delta variant. This mandate continued in various forms, particularly indoors, until early 2022, when it was phased out following declines in case numbers and hospitalizations. Thus this early work meeting for Melinda happened sometime after June 18, 2020, after they had my manuscript.

251

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

73.     Jane (Chung) Hoffacker states, "by than I was super exhausted because I was like three years into the project or something. I know Christian was exhausted, Alex was beat and like she (Melinda) brought in energy."

74.     Jane (Chung) Hoffacker's LinkedIn resume states that she worked at Riot Games as a General Manager, Executive Producer for 9 years 1 month, between June 2017 - May 2020 (3 years) on Arcane.

75.     Jane left in May. This shows that: A, she left in May 2020. B, Arcane: Bridging the Rift, or this part of her talking, was shot around May 2020, or she came back to shoot it. C, when Melinda started at Riot (May 2020) it was 3 years since Jane started working on it. This points to Melinda Dilger actually starting in May 2020, after they had my manuscript.

76.     Melinda Dilger states that from what she was hearing, it was taking them (Linke & Yee) a long time to get their bearings and Fortiche had also never produced a series, so you had a bunch of newbies trying to figure this out, and it is really a different process.

252

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

77.     In the meeting they are wearing Covid masks. The date on the screen is 2021. I believe it maybe 21/04/2021 at 13:12. Thus this footage was taken in mid-2021, well over a full year of having my manuscript.

78.     In Melinda Dilger's home office we see her on a meeting with others. One of them is Eric Bergman.

79.     Eric Bergman served as the post-production supervisor for Arcane across all nine episodes of the first season in 2021. His role involved overseeing the final stages of production, ensuring the animation, editing, and all other post-production elements met the show's high-quality standards. Thus again it shows this was filmed in 2021, perhaps on the run up to Arcane's release.

80.     Melinda Dilger rolled out a production Schedule, starting, backdated to March 2020. She then overly states for the camera, "That's when this started". But the date in the top corner is 3/16/2021. MARCH 2021.

81.     When building a production schedule, it's common to start with the target deadline and work backward. This process, called backward planning or back scheduling, helps

253

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

define necessary milestones, tasks, and dependencies needed to meet the final deadline. Key production phases, such as scripting, storyboarding, animation, and post-production, are assigned specific timeframes based on this reverse timeline. This method allows teams to anticipate potential delays and allocate resources efficiently to ensure the project stays on track. It's important to see what has happened to get them to the start point, thus, this actual proper production schedule began in mid to late 2020, perhaps even 2021, after Covid restrictions had eased up.

82.     The numbers across the top of the production schedule look like date ranges. It shows that compositing (pilot) was taking place at this time, among other things. The show still wasn't in full production.

83.     It then shows the whole of the production lines. This shows that Arcane as it is, was just an idea and it was failing until they got my manuscript, and it was still failing long after until they brought in writers and other professionals to babysit.

84.     Melinda Dilger states, "Because this is the first Riots ever done, a lot of things are getting figured out and developed as we go along in production."

254

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

85.     The camera shows the whole production line taking place, mostly from Mid 2020 up to the last episode in late 2021 to release date. Towards the beginning, I.e the backdating, there is a lot of white space.

86.     Its shows everything, from storyboards, to writing, animation, painting, Cam map, music, mix, lock pic, to international dubbing, casting, voice recording, design, ADR, everything was still being worked out. It zooms into writing time.

87.     Melinda Dilger says, "it's taking longer than a normal show because they are doing it all at once." Doing it all at once, beginning in the latter half of 2020.

88.     She states that "if it takes us a little longer to get those scrips done, that's what we will do."

89.     This is Melinda Dilger and their own production schedules showing that all Arcane, less for a few prototype testers which got scrapped, was built in a production schedule she made after Covid which was backdated till March 2020.

255

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

90.     Melinda Dilger then confirmed that they are going to spend more money than most people to get it there. This again confirms the business strategy of tossing Chinese money at everything.

91.     Melinda Dilger then says, "and they are doing it because they love the players and they want the players to be happy," as she gulps, shakes her head and purses her lips. Three very clear indications that she doesn't believe her own words.

92.     I like Melinda Dilger in Arcane: Bridging the Rift, she seems like a bubbly, fun, motherly, organised and well efficient leader. I don't blame her for any of this, she too was tossed loads of money, possibly backdated and used the Riot springboard to have fun, "fuck about" as they say, then move on to proper work. Was she also brought in to meet cultural fits? This all screams deceptive show-person-ship forced and fake morals and a lack of understanding and care for their crimes and inequality in writing and the workspace.

93.     Melinda Dilger went on Angle on Producers with Carolina Groppa podcast: https://podtail.com/podcast/life-with-caca/melinda-dilger-producer-of-arcane-and-global-head-/0

256

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

94.     On this podcast she states that she came into the project 4 years into it. That's at least mid-2020. She states that they showed her a pilot. Melinda states that they had already established a look for the show. (the gorilla look). They didn't have an efficient pipeline. Fortiche was still working out their pipeline. Fortiche had their hands full figuring it out, so she built an infrastructure for the LA team. She states that Mark Taylor was consulting them at the point when she joined. She discussed the mess of it with Mark. So she had to build them a basic org chart for what it should look like. And taught them the very basics from beginning to end. She even had to assign people to their skill sets. She said it was a lot, it was casting the right people, building a team, hiring people, step by step, work chart, schedule, budget, pipeline, all of those things had to be done and figured out, bit by bit. She states that other than team building, which they didn't even have, she had to do the very basics.

95.     Two directionless none-writers who needed to be shown the basics of developing character did not write Arcane.

END OF EPISODE 2

257

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Arcane: Bridging the Rift | Part 3 - Killstreaks Meet Keyframes**

1.      Christian opens by saying that "there is definitely a lot of Paris life and culture in Arcane. I mean, I don't think it's a coincidence that a lot of Piltover looks like Paris."

2.      This confirms that Fortiche, the wonderful Paris based animation company made Piltover in their likeness. Fortiche built Piltover. Mostly from my novel, mostly between 2020 and 2021. Before this it was a place in a game with very little of any actual depth. In the maps before they had my Novel, Piltover and Zaun were across the water from each other, but this has been slowly changed to fit my writing.

3.      Christian points up to AccorHotels Arena in Paris, and says, "Yeah so this venue is actually where we had worlds a few years ago."

4.      The 2019 League of Legends World Championship final was held at the AccorHotels Arena in Paris, France. The final took place on November 10, 2019.

5.      This again shows that Bridging the Rift, or this part, was filmed toward the end of 2021. In 2019, they had made music videos together and Riot wanted to buy them out.

258

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6. Christian then says, "which is cool, because it's really close to our studio, so we sent a bunch of people from Fortiche."

7. Interestingly Linke says "Our Studio" not Fortiche's studio.

8. Fortiche offices address is: 00 Av. de France, 75013 Paris, France. Just 1.5km from the venue. Fortiche Production, the animation studio behind Arcane, was founded in 2009. However, their prominent Paris office at 100 avenue de France became well-known during the studio's growth, especially as they scaled up production for Arcane. By the time Arcane was in full swing, Fortiche had expanded significantly, with additional locations in Montpellier, France, and Las Palmas, Spain. The Paris location is now their primary office and a key part of their production infrastructure, especially for high-profile collaborations like the one with Riot Games for Arcane.

9. Fortiche Production expanded beyond its main Paris studio by opening additional offices to support its growing projects, particularly for Arcane. The Montpellier studio was set up in 2020. This location specializes in animation and character effects, led by animation supervisor Alexis Wanneroy, who was instrumental in establishing this branch to support the

259

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

creative vision in animation. The Las Palmas studio in Gran Canaria, Spain, opened later, in October 2020. This location hosts a team of animators and is managed by Remy Terreaux, who brought experience from Dreamworks and aimed to instil Fortiche's creative philosophy in the new team. These expansions were crucial in enabling Fortiche to handle the scale and demands of Arcane production and other ambitious projects with Riot Games. Thus again, in late 2020.

10.    This supports what is said in previous episodes and evidence. Riot invested in Fortiche in Paris, then had to shut up shop in the end of 2019 and 2020 because they didn't have a story.

11.    Pascal Charrue, Co-founder of Fortiche Production and co-director of Arcane, says, "For us, Arcane was a big opportunity to show the viewers that we are not only good for making trailers and music videos."

12.    Jérôme Combe, one of the three co-founders of Fortiche Production, talks about his passion for animation and film and TV, not just marketing, which they had been doing until this point.

260
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

13.     Arnaud Delord, co-founder and director of Fortiche Production, is asked if he is confident about Arcane. He says he don't know but he hopes people are going to be surprised.

14.     This shows that this part of Bridging the Rift was filmed before Arcane's release in November 2021.

15.     Linke says that he thinks, "everybody on the project is out to prove something with what we are doing. I firmly believe that you need to find someone who is willing to bleed for this thing they're trying to make."

16.     This shows the dogged intensity of Linke to be seen and be revered as a success at any cost. If he is willing to bleed, stealing the answer after he had been shut down is a lot less painful.

17.     He further explains that you have to be bold and have to take risks in order to make something that makes an impact.

18.     What is he risking? Prison for IP theft maybe?

261

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

19.     Linke explains that this trip is to get into a room with the directors and to brainstorm for scenes, showing that Arcane is still being made at the point of filming Bridging the Rift in mid to late 2021.

20.     We are then shown a meeting with Linke, Yee, the Fortiche directors, Amanda Overton and others. They state that someone is worried about it being too complex. They are wearing lockdown masks.

21.     Amanda Overton explains that her, "goal this whole time, is like, I want to solve the story beats with the team in Paris. It's going to be great to be like hey guys here's all our awesome ideas. And they then tell us if they can produce it or not. Or steer us into something more achievable."

22.     Alex then explains that it's not done until its done, like chiselling away at the block of marble. (My manuscript)!

262
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

23.   The creative and development skills of the main players at Fortiche are explained. They explain that they incorporated the three directors of Fortiche as characters in the show.

24.   Arnaud Delord says, "What I like about Fortiche is that we breathe life into the original vision."

25.   This is very telling; this is the crux of the difference between Bloodborg and Arcane. Arcane is Bloodborg bastardised to fit and fix some of the characters and nonsensical backstories and lore of League of Legends, then "chiselled" by many to make the show. This means Bloodborg has bled into all of Riot Games, and I own a stake in everything they have.

26.   Arnaud Delord adds, "and everyone kind of adds their stone to the building."

27.   They talk about all of the different creative steps all working alongside each other and alongside the recording of the dialogue with the voice talent.

263

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

28.     Thomas Vu, Head of Creative and Franchise, explains that they watched the full-on storyboard animatics with voice action in there, so they were able to watch the whole season from start to finish before they animated the rest of the episodes.

29.     The Voice Actors are J.B Blanc (Vander), Hailee Steinfeld (Vi), Ella Purnell (Jinx), Katie Leung (Caitlyn), Mia Sinclair Jenness (Powder) among others.

30.     We know that the voices were filmed after mid 2020 because they were under Covid restrictions which didn't allow nonessential work until mid-2020 and on and off until after the show aired. Thus, even if they were at the state of production to fully hit the throttle, which they were not, they wouldn't be allowed to voice record until mid-2020, at which point they were still searching for voice actors, and we know they only had a pilot of animation at this point, and we know that Melinda Dilger had to programme in the casting after mid-2020.

31.     In fact most of the voices were performed in 2021. They initially recorded portions of their roles prior to 2020 (for the pilot), but production adjustments due to COVID-19 meant some actors completed remote sessions and refined recordings closer to the final release in 2021. This allowed the team to align voice work more closely with the developing animation,

264

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

making subtle adjustments up until the final phases of production. This is also shown on their production schedule.

32.    Linke states that he remembers going into the VO recording session, and thinking that today they are going to make an 11- 12 year old cry. He is talking about Mia Sinclair Jenness who was cast as Powder. This is a deceitful misdirection to hide the crimes and IP theft.

33.    Mia was born 14 December 2005. She could not have been 12 during video recording. In fact she could be no less than 14 Years, 5 Months, 18 Days. In the snippets of her voice recordings, she looks a lot older than 14. Bios of her at 16 still look younger than she was during recording.

34.    In fact, she was reported to have joined the cast in the second week of October 2021.

35.    At the time of the CLUELESS podcast, dated 25 Dec 2020, which Mia co-hosted, she had just turned 15 years old, and she looks younger than she did when recording Arcane. Neither she, nor the interviewers and hosts, made any reference to Arcane.

265

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

36.     The day before, on the CLUELESS podcast, 24 Dec 2020, Mia is introduced as 15 and a Disney star. The host then lists her roles and Arcane is not on it.

37.     In the 31 Dec 2020 video, Mia states that she is not working and had very few opportunities. She took many online classes to learn during this time of lockdown. She doesn't talk about Arcane.

38.     Thus we are already into 2021, and Mia hasn't performed her role, and she is 15 years old.

39.     Oh, and then she confirmed that she got the job when she was 10 (which I don't believe is true) and now she is almost 16.

40.     Linke then said, "we were not just making new characters, it's like I don't know six years of a hundred million zillion people who have expectations and opinions. So don't fuck it up."

266
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

41.     Six years of what? The show wasn't announced till late 2019. At the point they announced that they were making an animation show, they were not making it and soon after Fortiche Production, and its 5 people, now around 30 employees, shut up shop, and they had nothing, just an idea and a trailer which wasn't used. I'll show later that they have a habit of making whimsical and shooting from the hip announcements of things which they haven't even begun working on and often have no idea what they are even saying never mind doing. This is the old Hip-N-Dip hype train.

42.     The animated music video "Get Jinxed" introduced her as a playable champion in October 2013. To play devil's advocate, maybe Linke was talking about at the time they announced Arcane as an idea it had been six years from her birth, like six years of playing Jinx from the end of 2013, so we are again already entering 2020. I state again, he was lying anyway and trying to make fake timelines which don't fit.

43.     Linke states that Jinx was the longest of all characters to cast. He said, "I think we looked for the Jinx actress for roughly 3 years."

44.     Let's analyse this. We know that in mid to end 2020, they started over again. We know that the CEO Nicolo Laurent didn't give the funding greenlight till way into

267
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

2020 perhaps to mid-2021. We know that Melinda Dilger came in mid-2020 and backdated a schedule to March 2020 and casting was on this schedule. Thus Linke is utterly lying. We know that it is reported that it was in fact Mia who joined the cast later than the others, very close to launch date.

45. Unless you wish to believe what Mia said, which is that she was cast when she was 10, in 2015 when Fortiche had 5 people working for them and there was no story nor funding, and she performed the crying scene in 2016 or 17 before the show was written and before Melinda Dilger had done the casting and before they got the greenlight.

46. Linke's three years makes no sense. Three years from getting the greenlight would mean he doesn't cast Ella Purnell until the end of this year, 2024, maybe 2025. Even if you work backwards from Mid-2020 when Melinda Dilger's schedule began to grip hold of the shower of mess, that takes us to mid-2017, when Jinx was less than 4, Fortiche had 5 people, there is no story, they haven't yet been given the greenlight, they haven't hired the writers nor the people who actually made the show (Melinda Dilger) and Riot Games as a company was 8 years old.

268

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

47.     Moreover, we already know that Melinda had to do the casting after mid-2020 to 2021, this is confirmed on the production schedule and in the podcast which I've attached in the episode 2 section. During the podcast Melinda is asked, "It took like 6 years, is that correct?" Her answer is a pause then a drawn-out jesting "A long time." Thus she didn't answer, because she knows its lies from Linke and his boy Yee, who honestly I can't figure out why Yee is even named as a creator as he doesn't seem to have been much involved, other than the "cultural fit" to borrow the very telling phrase from Jane (Jane Chung) Hoffacker.

48.     In the Podcast, Melinda then states that the production of season 2 is much better because she is not teaching every single person their jobs.

49.     I state that during the filming of Bridging the Rift, the voice actors and others were asked, or paid, to state false timelines. This is called fraud, and it's a criminal offence.

50.     Linke states that in casting Jinx the issue was, "we had to find someone who could do both the intimate and quiet and vulnerable acting moments, and at the same time we needed an actress who could do the really loud moments that Jinx is really known for."

269

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

51.     Linke says, "You typically can find one or the other."

52.     What in his extensive experience of learning the basics, makes him an expert in knowing what typical in casting actors is? Please don't, this is painful.

53.     He then states that, "We were looking for so long that he went through the whole of the LA catalogue and said let's just pick one and go, and it was like no we can't."  The issue here is twofold, he is lying, they didn't know how to cast. They went through 4 casting directors but resorted to let's just pick one. Come on bro.

54.     Ella speaks about Jinx and seems to really understand the sensitive themes and emotions… from my book.

55.     Someone at Fortiche explains that they are still in production working many parallel lines of work, such as storyboards, and character-props.

56.     We see a lot of animation stuff, including the date on a computer- 2021.

270
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

57.     Aurelien at Fortiche then explains that for 10 years they made 2d effects for Riot.

58.     Fortiche Productions first collaborated with Riot Games in 2013, when they created the music video for "Get Jinxed", celebrating the launch of the champion Jinx in League of Legends. This project was the beginning of a long-standing partnership between the two companies. 10 years from 2013 to 2021 cannot be a correct timescale. Play loose here, I don't believe, is a deceitful attempt, but it shows the loose and not accurate stating of timelines.

59.     Yee then says something pointless.

60.     We see a date on a different Alex's screen during the orchestra live feed. It says 2021-06-26, thus I stand correct.

61.     Amanda then states, "they've been spending what 3 or 4 years on the music for this show."

62.     Really? So like June 2017, when Jinx was three and a half years old as a character, Fortiche had 5 employees, Mia was 11 and working on Gifted, Melinda Dilger was

271

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

working for Duncan Studio thus was not yet around to teach the team how to make a cup of tea, and they had no story. Oh god, this is eyewatering!

63.     Amanda says, 'every TV show, sometimes you get three or four weeks for an episode. Arcane had 9 episodes. That's 27 to 36 weeks. But let's be generous, overall, for an entire season, the music production timeline can span anywhere from a few months to over a year depending on the length of the season and complexity of the score. However, Riot has billions of dollars and an in-house music label, which only opened in 2020, which speeds up the timelines massively.

64.     We are then shown a cover of Trueshot. Trueshot is the Riot Games' in-house music label, created to support original music projects for League of Legends and its related properties. Founded in 2020, Trueshot aims to manage and expand Riot's extensive music portfolio, releasing songs, soundtracks, and supporting virtual bands and other creative music ventures associated with League of Legends. Trueshot was officially launched by Riot Games in February 2020. It's more likely that the whole of the in-house music for Arcane was collaborated by Trueshot sometime after its inception in 2020.

272
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

65.     Linke then says that he would say Arcane is all the muscle they have grown in the company in the music making craft combined.

66.     Cool… But it still my book.

END EPISODE 3

The second half of my analysis of Bridging the Rift will follow, every person mentioned will be summoned to testify.

**Arcane: Bridging the Rift | Part 4 - Musical Misfits**

1.     It opens with Riot Games's former CEO Nicolo Laurent- who fled to France amidst many allegations of sexual harassment and misconduct- stating that when they decided to make the TV show Arcane, they knew music would be a big part of it.

2.     Brandon, one of the founders of Riot Games, then states music is very personal to Christian and that team.

273

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

3.     Linke is then introduced as a showrunner, writer and creator. Just for clarity, Melinda Dilger ran the show, I wrote it, and Fortiche Production SAS created it, thus Linke is none of those things. He's a phone operative in the Bro-Mancing club.

4.     Linke quotes his co-conspirator Alex Yee in saying "when you go write a script, or sit down to write a song, some one asks you are you gonna write a great song today. It's kinda like going fishing."  Really, these pair are fishing for scripts whilst we are also supposed to believe Linke wrote it in 2015, or 16, or 17, or even 2012, depending on which of the very unreliable timelines they wish to pretend are correct.

5.     We are shown music making software on a computer screen. The date in the top right corner is Wednesday, 9 February 2022.

6.     We are then introduced to Alex (Mako) Seaver, a composer and songwriter for Arcane. Seaver states that he has been working for Riot since about 2016 on their worlds events each year. He writes anthems for them, beginning with Legends Never Die.

274
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7.      Seaver says, "About two and a half years ago Christian reached out and he's like what do you think about Arcane, do you want to get involved, and I was like yes please."

8.      Assuming that this was filmed around the same time as the snippet directly before it, it would place the time of recording around February or March 2022. Around 2 and a half years before was around October 2019. Yet we know people have been asked, perhaps paid to lie for Riot and made to sign illegal NDA's pertaining to these lies. Thus this timeline of events is unreliable.

9.      I've shown that Reed (Ekko), Mia (Powder), Bridging the Rift & Riot's solicitors in 2021, have lied to present false timelines. I've shown that Melinda Dilger Back scheduled to March 2020. I've shown that Aurelien at Fortiche played loose with timelines, which isn't wrong but it's not accurate, he's at least a year out. I can also show that Ella Purnell (Jinx) stated in an interview with ONE Esports that she never met her co-stars because most of it has been done in COVID time over zoom.

10.      In Part 3 - Killstreaks Meet Keyframes, Amanda then states, "they've been spending what 3 or 4 years on the music for this show." That was in mid to late 2021. Thus

275

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Amanda's forged timeline would place this around mid to late 2017. And this is just silly for many reasons. One is that Arcane was just an idea in 2017 with perhaps a pitch if you believe the evidence which Linke posted. Fortiche was shut down after this period and Arcane had not been greenlighted. Moreover, Trueshot made the music, Trueshot was officially launched by Riot Games in February 2020. Furthermore, Melinda Dilger has stated in Podcasts, and we see this on the back drafted schedule of development made by Melinda Dilger in mid-2020, that it was a lot, they were doing it all at once including the music and this was all during the pandemic.

11.     Alex (Mako) Seaver could therefore not have been recruited to produce the music for Arcane any time before mid-2020 perhaps later.

12.     Linke then states that they always wanted to make the music during development, from the very beginning, and not just in the post-production phase like it is in Tv and films. Thus this confirms what I just explained.

13.     We then meet Alex Temple, songwriter and composer, who explains that the first he heard about Arcane was in Linke's composers room via some index notes stuck around his desk area.

276

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

14.     Christian Linke transitioned to a new role as head of Riot's animation studio in August 2023, thus this could have been any time as Linke was still a composer until the show was given the greenlight in Mid-2020.

15.     Linke then states that the music on Arcane started with Alex Temple.

16.     Christian Linke states that for the first few months of working with Temple they stayed away from any imageries of the show and just explored themes of isolation.

17.     We are then introduced to a violinist called Ray Chen.

18.     Ray's LinkedIn profile states that he began consulting for Riot in Jan 2019 as a Music Consultant & Recording Artist. On Chen's YouTube channel, 7 Jul 2023, Chen confirmed that he is really good friends with Linke and Yee and the other Alex Temple, so he was able to watch a pilot which they had made, which back then had filler music to it.

19.     Ray Chen's initial collaboration with Riot Games was the track "Awaken," released on January 22, 2019. This song, featuring vocals by Valerie Broussard and Chen's violin performance, was part of a cinematic trailer for League of Legends. In 2020, during the global

277

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

lockdowns, violinist Ray Chen recorded and released an album titled Solace from his home. This album features selected movements from J.S. Bach's Six Sonatas and Partitas for Solo Violin. To achieve a professional sound, Chen built a home studio and collaborated remotely with London-based producer Jonathan Allen. Solace was released digitally on August 7, 2020. in November 2020, Chen performed at the Golden Horse Awards. These activities highlight Chen's adaptability and commitment to his art during a challenging year for performers worldwide. Later, in 2021, Chen contributed to the Arcane soundtrack, notably performing alongside Sting on the song "What Could Have Been."

20.    On this YouTube channel, Ray Chen confirms, they asked if he would like to be in the show, he said yes. He makes a cameo appearance as an animated character performing in a theatre during Episode 5, titled "Everybody Wants to Be My Enemy." In this scene, his character plays a violin piece known as "The Concerto," composed by Alexander Temple.

21.    Thus we know that when Ray started working on Arcane, they had only a pilot, and this must be after mid-2020 and likely into 2021because they had not yet been given the greenlight until then and Ray had developed a close friendship with Linke starting in 2019 and he was not working on it during lockdown.

278

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

22.     Alex (Mako) Seaver states that he had being doing orchestra stuff with Alex Temple for about two and a half years, but it was only about a year ago that he was asked to do a 12 pop music soundtrack to go with the show.

23.     We're then introduced to a songwriter called Sebastien Najand. Seaver explains that they are "Homies" and that they made the Riot music videos for Rise and Awaken together.

24.     Sebastien Najand had worked on music for many years at Riot Games but became a Principal Composer in April 2020, around the time Arcane was given the greenlight, and he is still in this post presently.

25.     Linke confirms that Sebastien Najand was interviewed for this Principal Composer role.

26.     We are then introduced to Bea Miller, an American singer and songwriter, who has collaborated with Riot Games on multiple projects. She provided vocals for K/DA's single "The Baddest," released on August 27, 2020. K/DA is a virtual K-pop girl group created

279

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

by Riot Games, featuring characters from League of Legends. Then in 2021 Miller performed "Playground" (2021) for Arcane.

27.    Linke states that he's dream was to write the songs early so they can even still edit the sequences and boards, again confirming that it was all taking place in the latter half of 2020 at the same time. For a great many reasons, of which I've explained in part 1 and in this part and across other communications, this could only have taken place in the latter half of 2020.

28.    We are then shown Linke in a zooms meeting. He is talking to three people, explaining the above mentioned early work on the music.

29.    One of the three others in the meeting is Pierre-Arthur Goulet. In 2021, He was the line producer for the Imagine Dragons x J.I.D: Enemy" (2021) music video, which is featured in the animated series Arcane. Thus in 2021, there was still a lot of early work taking place all at once.

30.    Kiahna Manker is the third person down on Linkes screen. We see her name and face. Kiahna Manker has worked at Riot Games for over 8 years. She was an Associate Content Producer until November 2020 when she began her role as Production

280

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Coordinator on Arcane. Again showing that Arcane was made in late 2020 onwards. This role of Production Coordinator is needed from the very beginning of production and even in pre-production, particularly in large, complex projects like Arcane. Thus we are almost out of 2020, and Kiahna has just been recruited for this role.

31.     Linke says he had trouble collaborating with Artists because he would say hey we want to make music with you, and they were like cool, when do they go out, and he would say in like two years and they would say, ok, never mind.

32.     We know that this isn't accurate, unless Linke was making music for a story that did not yet exist for sequences and boards that did not yet exist. We know that the boards were made during the same time the voice acting was being recorded as there is evidence of this in Bridging the Rift and in other interviews. We know that this all happened in the latter half of 2020, under the guidance of the babysitter.

33.     We know that before this, they had developed a pilot which was used at the end of 2019 to announce that they wanted to make Arcane. We know that this announcement contained snippets of music videos and other cinematics which they had already released, and others they were working on already. This includes "Get Jinxed" 2013 & "Rise 2018 as well as

281

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

the Ekko cinematic and the cowboy like character who wasn't in Arcane. We also know that the announcement video has been updated without updating the metadata or upload date.

34.     Furthermore, The Arcane: Animated Series Announcement | Riot Pls: 10th Anniversary Edition - League of Legends, was worked on as a project for the announcement and to gain funding. In the video we see a number of people working on the Announcement which had not yet been greenlighted. Riot has a long history of working on and making announcement which do not go anywhere and are often just to tease out the reactions of fans. We know it was shut down around this time.

35.     Moreover, The Linkedin of Lola Delmas' from Fortiche- who might be one of the people we see in the announcement video- worked on the announcement from May 2019. Moreover, Storyboard Artist for the actual show began working on it from Sep 2020.

36.     The Linkedin of Thomas Cailliez shows he worked the announcement video as an Artist Lighting/Rendering from May 2019 onwards. This again is around the time Linke asked for 65 grand to make some promotional material to try and gain funding.

282

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

37.    Lola Delmas, Bénédicte Battesti, Guillaume Poignant and many more profiles show that they began working on The Arcane 1oth year of LOL announcement video in late May / June 2019 and only worked on lead material of Arcane until September 2020.

38.    They speak about how Linke understand music and he's stern and will tell them when it's not working.

39.    Riot Games's former CEO Nicolo Laurent explains that Linke started off at Riot answering phones and dealing with the problems of the players, such as billing problems.

40.    Nicolo Laurent says a couple of years later he started writing music and they were like Oh my God, this guy is an amazing talent.

41.    Yee explains that he interviewed Linke and as Linke explained his work history of being in a band, Yee said don't care, how well will you serve the players. Lovely and professional way to interview… Not. This obnoxious, ignorant and arrogant personality shows in many interviews when both he and Linke talk down to people and talk obsessively about fight porn and how they are bosses and how Linke has a nazi like one mistake policy, he says as he look up into the camera like we are meant to be scared or find it cool.

283

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

42.    Yee then explains that Linke told him that He was a big deal and played in a band in front of 100,0000 people. Linke then gives us a self-aggrandizing smirk.

43.    I checked out the band, called Panik. Linke joined them as a bass guitarist after a member left. They were a pop teeny bopper band. I was surprised to find that I actually half enjoyed the music. They had talent.  They had the sound of the time.

44.    Seaver states that Linke is a freak because he gives us feedback like no the cello needs to be an octave lower and he just knows how to speak music.

45.    Seaver jokes that Linke told him his song sounds unfinished.

46.    Linke says "you gotta brake them before you can build them up."

47.    Seaver then says "He goes to give us high fives and we flinch. We're all so broken.

284
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

48.     They then talk about the final track being hard to figure out and someone recommended Pvris.

49.     In 2021, PVRIS collaborated with Japanese guitarist MIYAVI on the track "Snakes" for the soundtrack of Arcane, the Netflix animated series set in the League of Legends universe. The song was released on November 20, 2021, and is featured in the series' soundtrack.

50.     They open her demo up for the first time on camera. Which is staged.

51.     We see Dan from Imagine Dragons, who has worked with Riot on other things. He explains that he has been working with Riot and Linke for many years.

52.     Linke told Dan what he had been working on and showed him slides and storyboards, at that time it was in very early stages of Arcane.  He states that it was enough that he understood the dynamic and what was at play with the sisters, Vi and Jinx.

53.     Dan explains that Enemy, the song he wrote, was about people feeling alone and isolated and the song is written in isolation and feeling like it's you against the world.

285
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

54.     Then they perform Enemy, which is a phenomenal song. "Enemy" by Imagine Dragons, featuring JID, was released on October 28, 2021, as the lead single for the Netflix animated series Arcane: League of Legends. The song was written by Imagine Dragons, JID, Justin Tranter, and producers Mattman & Robin. While the exact dates of writing and recording are not publicly disclosed, the song's development occurred in the months leading up to its release, aligning with the production timeline of Arcane.

55.     Seaver explains that he had to write the final song of season 1 and adapt it to the Jinx rocket launcher moment.

56.     We states that then they had to pick an artist to sing the song, and they chose Sting. Sting collaborated with Riot Games in 2021 to contribute the song "What Could Have Been" to the soundtrack of Arcane: League of Legends, a Netflix animated series. This track, featuring violinist Ray Chen, was released on November 20, 2021, coinciding with the premiere of the series' third act.

57.     Seaver speaks about writing "What Could Have Been" on a YouTube video called The Making of 'What Could Have Been' from Arcane (17 Dec 2021), He states that he was choked up when showing the song to people because he had been with the characters for

286

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

three years. That would make his involvement date back to December 2018. We no this is incorrect. Earlier in this episode of Bridging the Rift, he said that he was involved around 2 and a half years before, and this gave a date of around October 2019. Yet we know people have been asked, perhaps paid to lie for Riot and made to sign illegal NDA's pertaining to these lies. Thus this timeline of events is unreliable.

58. To end the episode, Linke explains, "you work on these moments for so long that you think oh my god this is gonna be amazing. But you just don't quite know until you actually see everything done. And you just have this feeling for like 2 to 3 years, where you go. I think it's gonna be amazing, but I'm not quite sure. And you just kinda have to wait because you know. Does the music come together; does it have that magical touch. You know, does the storytelling come together, does the acting come together."

59. Thus, we're at least a quarter way into 2022, perhaps later and Linke has just told us that he has been working on Arcane for 2 to 3 years. Again this isn't accurate, as I've shown that nothing Riot says is truthful or accurate. But this shows that he had been working on Arcane from between March to mid-2019 or March to Mid-2020. This of course is a Freudian slippage and a far cry from the fake 2016 we have been told. Yet some from Fortiche have emailed me claiming that they started working on Arcane in 2012, before Jinx was even created.

287

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Over 2 to 3 years is a massive time difference. If they had been working on it for 2 years, Linke just added 50 % on to the timeline. As we know it didn't get the greenlight until mid-2020 and we know that they have purposely lied to extend the timelines to hide IP theft, it would be safe to take the lesser timeline of 2 years which gives us to mid-2020, which is when all the actual evidence points to the production and making of all of the Arcane show being made, less for a few promotional ideas, many taken from other projects and music videos and games, cinematics and website world building stuff. Thus you heard it from Linke himself.

**Arcane: Bridging the Rift | Part 5 - We Gave It Our Best Shot**

1.      The episode begins with Linke joking, "When Arcane Goes Out, we will get death threats." Interesting start, since I have been vocal about the theft of Arcane from my Bloodborg manuscript, I have received hate mail from Rioters, people at Fortiche and Riot's minions. Riot creates and fosters this hateful, toxic and abusive cultural climate around themselves. I've been harassed and frustrated by an influx of hate mail during this period. Since talking out about Riot's theft, I've had a bomb threat, I've been gaslighted, told to set myself on fire, discriminated against, and I've had my 5 year old daughter targeted with threats of sending AI child porn of her to her school and to her mother. I've been called crazy and a lunatic and many other things targeting my disability and vulnerability as a veteran struggling with complex

288

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

PTSD and comorbid conditions. This isn't the actions of a safe company, and I know that it wasn't all Riot and Fortiche, but this is the cultural climate they foster around them. If they nurture this kind of toxic environment so evidently on the exterior, I hate to think what innocent people, mostly women, on the interior had to, and indeed still must face daily.

2.      On November the 1st 2024, (Fri 1 Nov, 01:26), I had to make a complaint directly to Riot about Christian Linke's conduct of condoning murder on the X platform and about him stealing IP. Linke wrote "IONO ABOUT YOU ALL BUT I THINK IT'S TIME TO LET FORTICHE BRING BACK… THE FRENCH GUILLOTINE."  This isn't the conduct of a sensible director of animation. Linke and Yee are only in the positions they are now, not because of merit, but because of the toxic Bro-Mancing culture of Riot Games. The two obsessively call everything fight Porn and IP and talk down to everyone and brag about a Nazi like one mistake policy and pathologically lie and steal, then mask and blame and retaliate and lie some more. It's so unhealthy that no wonder Riot is in so much trouble. I fear that Riot will bring Fortiche down to their levels of depravity and destroy many French careers as well. Riot are yet to address my complaint about Linke's conduct and fraudulent crimes.

3.      Linke speaks about winning awards… On the back of theft!

289

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

4.	Linke states that they will piss someone off about the characters they place in Arcane, and someone will want to murder them. Perhaps this is because he knows that to fit these LOL characters to my narratives, they have had to wholly change the characters and most things about them, from lore to backstories, to designs, to personalities, to relationships, to places of origin and so much more. Many of the characters are far removed from what they have been in the past to fit my narratives. Some are unrecognisable from the LOL characters, like Bloodborg Warwick. This is so overtly seen in Viktor who turned from a Dr Doom rip-off steampunk like mechanical cyborg, to a magical twink Bloodborg. To make the character his, Linke has stolen from both me and my work, and the work of all of the past Riot creatives who made these characters. He has overwritten the work of the actual talented people without a care in the world. This shows the unhealthy, sociopathic nature of Riot Games who will just shit on everyone to try to mask and deny their crimes against me, their employees and their players. They steal and retcon and backdate and lie and steal and retcon again and again.

5.	We then hear sirens in the background, and it fades into the Ex CEO of Riot Nicolo Laurent saying, "I love it." This is the best foreshadowing Riot has ever achieved, seems as soon after he fled to France amidst many despicable allegations of sexual harassment and misconduct. Oh, and this very reputable and honest man (NOT) greenlighted Arcane after they had my manuscript of Bloodborg! No wonder!

290

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

6.      The alleged sexual predator states, "I'm still anxious, we have 2 to 3 weeks until the launch," suggesting that this segment was filmed in early November 2021.

7.      Jane (Chung) Hoffacker says, "Hopefully we succeeded in the biggest thing, which was making League of legends fans proud of their investment into the IP" Really, so why did you mutilate all of the characters into my narratives which do not fit the lore nor backstories?

8.      It should be noted that they keep saying Arcane was for the fans, yet they violated everything the fans loved about these characters and completely violated the work, lore and stories of many creatives and fan artwork which is now obsolete, and of course, they stole the narrative. Fans are now in uproar about the transformation of Viktor into a twink Bloodborg. Moreover, Linke has been arguing with fans to defend the fact that he mutilated their beloved characters. Linke as repeatedly said Arcane was a thank you to the fans, but now that he is criticised he responded as he, "reminds" fans that they "always will" listen to feedback, as long as it doesn't overpower their vision: "At the end of the day, nobody asked for Arcane."

291

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

9.      "At the end of the day," this statement is self-contradictory, condescending, and arrogant. If they made it for the fans, they would have listened to the fans and not made excuses for not listening to the fans and for violating their beloved characters. None of this is for the fans, its for money and for Link's fetish to be a "boss" as we have noted from many interviews. Riot seldom makes original material; they never have been a company of originality, swipe and mask has always been an integrated part of their eastern business model.

10.      They adapt whatever they can steal, and this is why everything they own is disjointed and they have continuous retcons to bring their theft align to characters and lore. Its endless, and in good time, I'll be evidencing many examples of this in court.

11.      We see "Formosa" on Santa Monica Boulevard. The Formosa Studios, now known as The Lot at Formosa, is a historic film studio complex located at the corner of Santa Monica Boulevard and North Formosa Avenue in West Hollywood, California. Established in 1918, it has played a significant role in Hollywood's film industry for over a century. We then see a Dolby Atmos sign on a door and we are told it's the final day of sound mix with 15 weeks until the premiere.

292

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

12.     The first season of Arcane premiered on November 6, 2021. Calculating 15 weeks prior to this premiere date, we find that the final day of sound mixing occurred around July 24, 2021, if we can trust this. This timeline indicates that the post-production process, including the final sound mix, was taking place on the lead up to the final product along with all of the last adjustments as it was all taking place in the same period from Mid-2020 during Covid restrictions and up to its release. This is confirmed many times over by Actors, Melinda Dilger, the Org chart, Bridging the Rift and additional evidence.

13.     We are introduced to Penny Harold, Andy Lange, Brad and Elliot of at Formosa Studios. They talk about getting the sound correct, then Brad and Elliot go to Riot Games and have a massive room to themselves and thank Covid for this. Elliot shows us his awards for sound on Blade Runner and the game Resident Evil.

14.     One of the Founders of Riot, Brandon, speaks about working from scratch on the sound design. They talk about the recording of sounds and how they find the right sounds for every moment.

15.     We see Linke at his parents house in North Germany. He shows us a picture of him as a baby sleeping. He says, "Here is one of me, thinking of the Arcane story."

293

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

This jesting is telling, as every time evidence is shown that Arcane is stolen, their claims get more and more backdated into the past to present false timelines. I have evidence of their claims that Arcane began in 2012.

16.     Linke then talks about himself… again. He states that he works well under stress, except when he has so many things that he loses oversight. Then listed many things he had to control. May I take this moment to remind you that they had nothing sorted, and didn't know how to even begin the very basics until mid-2020 when Melinda Dilger arrived to babysit and back scheduled to March 2020.

17.     Linke states that sometimes it's too much and that's why the burnout rate for Showrunners is 100%., whilst smirking. This obviously is more nonsense and Linke wasn't a showrunner. May I take this opportunity to remind you that in episode 1 of Bridging the Rift, Christian says that they took this time (End of 2019) to develop the story but at this point he was made to replace himself as the person in charge of figuring out the story. Then they hired Melinda Dilger to run the show. Melinda had to have a word with Mark Taylor about the mess, then she had to do everything, she didn't only run the lot, she even planned and scheduled it all, including casting, voice action, writing, music, the pipeline and even teaching the two delinquents the very basics of character development.

294
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

18.    We then see Linke's attachment, "Cultural fit" friend, Alex who quite frankly doesn't seem to understand what he's saying, and I've never heard him say anything of worth. Alex stands up in front of a room and talks nonsense waving his fingers about and repeating "Like, Like, Like," whilst the people from Fortiche look at the floor and try to pretend that Yee has anything of worth to say. Even Linke is looking away and he looks like he's laughing under his mask.

19.    Talking about season 2, Amanda Overton states, "There's one thing about the ending that is new." She continues, "We're like oh, that's sort of the same beat we had in 206. Ok, that was the thing we were hinging this whole episode around and now it's not there anymore, so let's just redo the whole thing."  Really!

20.    An article By Kaan Serin published 30 November 2024, quotes Amanda as saying, "We wrote the end scenes, versions of them, six years ago," Overton says. "And that Vi-Jinx scene, the very last scene between them, is nearly the same as when we wrote it six years ago." Really, bit self-contradictory don't you think Amanda? Also, six years ago, from the end of 2021, places this at the end of 2016, two years before your fake resume shows you started at Riot, which is forged anyway. This is even before Fortiche had a Riot money train rammed up its

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

backside and grew from 5 people to like 300. This is also before any of the pitches were accepted, shown on Linkes own evidence. This is four years before Arcane got the greenlight and before Melinda Dilger's org chart which had writing time built into it. Ekko was officially released on May 28, 2015. So he was little more than a year old, and you already had the ending planned. Moreover, sometime after Jinx's release in 2013, she was given the line, "you think I'm crazy? You should see my sister!" Fan theories placed Vi and Jinx as sisters despite them being from different cities and not knowing each other. But as Riot does, it swiped this from the fans and made it into the lore, starting in September 2017 with Greg "Ghostcrawler" Street. Greg, Riot Games design director, stated in an interview that the two are sisters! Thus you expect us to believe that you had the Vi & Jinx ending planned before Greg even made this new lore direction? Furthermore, on the YouTube channel, It's FanBox, Katy Townsend who voiced Maddie Nolan states that when she was given the role, and whilst she was in the post, they were still working out how she might die and still writing story.

21.      Moreover, all the way through Bridging the Rift, we've seen evidence of story and script development taking place and even time allocated for writing development on the schedules, and we've heard many talk about still "braking the story," and the show still didn't have the greenlight nor stories until mid-2020. Yet in a 2021 letter sent to me, by Riot's solicitor Aaron J. Moss of Greenberg Glusker, they claimed, "It would be physically impossible for Riot

296

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021. That's simply not how it works. Even you concede that the earliest Riot could have accessed your material was at the end of 2019, which is already after the date that all of the scripts for "Arcane" had been completed and locked for production." Oh really, please see just about all of Bridging the Rift to show that this was more lies and misdirection to evade lawful processes, which is perverting the course of justice (a criminal offense) and will be contempt of court during hearings unless Riot Games admits that this was lies, which will leave Aaron J. Moss of Greenberg Glusker professionally embarrassed and will show that Riot have engaged in deception, thus nothing they say can be trusted.

22.     Yee states that he believes this part of writing is the hardest to get right, then we cut to Yee and Overton on a boat ride in Paris. They try to be funny and clever but it sound silly and not very clever as they talk about murdering and drowning babies.

23.     We are then given a message saying, "one week until final delivery," of season one I believe, if you believe anything Riot says. We are then shown Sabastian, a CGI supervisor, talking about bugs and blurry spots and working out the kinks with a week until the show areas, yet we are supposed to believe they had all the script ready and lock like four years

297

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

ago without change, before they got the greenlight and whilst they still didn't know what they would do with Maddie's storyline.

24.    We then see Fortiche people in a room watching the final rocket scene of season 1 and we are told that it's the final director review.

25.    Linke says, Fortiche and the directors, "I really really, really trust them"' Then he pretends to understand what he is talking about.

26.    They lock in the picture, but then say it's not totally locked, it's never, never totally locked until it's on Netflix. Yet we are to believe that Riot locked in the scripts in 2019, which I've shown over and over to be direct lies to mask IP theft.

27.    Linke again talks about himself.

28.    We then see the thieving couple at the premiere. They are asked what have they ever spent 6 years working on before. The premiere was in November 2021, suggesting that they had been working on Arcane since November 2015. This is silly. It's like me saying I was writing Bloodborg from summer 2014 since I first had the dream which inspired it, until 2019

298

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

when it was finished, because I made notes in 2014. What nonsense. We know that the LOL 10-year announcement clip was only worked on in the summer of 2019 and nothing of the actual Arcane was greenlighted until Mid-2020, and it went nowhere until the babysitter taught them the basics and the story was still being converted into scripts all the way through production, until very near the launch date. We've just seen Yee in a boat talking of it.

29.     When asked of other 6 year commitments, Yee states marriage. I didn't know Linke and Yee were in a civil partnership together, but it figures. I wonder what Yee's involvement was as he doesn't seem to understand where he is half of the time, yet alone what he's talking about. Is it a case of Linke stole the story and got it greenlighted and saw a way of getting his fella paid along the way? So why was he so angry and passive aggressive about Victor being gay?

30.     Linke is talking into a microphone. He says we've been working on this for a long time, then he shakes his head, a telling sign of deception. At the very same moment, his fella Yee diverts his eyes to the ground.

299
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

31.     Linke then again, states that it's for the audience to be proud of. So why did he violate the characters and lore and backstories which their fanbase love and have played for so long, then say they have to listen to him because he is a "Boss" man.

32.     We then see a fake tanned obese man place his arms around the two founders. I don't know who it is, he looks a bit like a sack of potatoes. It might be the former CEO of Riot Games. At this point I believe Nicolo Laurent was already facing horrific allegations of sexual harassment and filthy conduct, so I don't know if this is him, or if he was already on the run. I'll have to check if he was still wanted in LA when he fled to France. I don't know the full extent of the depravity that went on behind closed doors at Riot Games. I believe the class action of gender discrimination affecting thousands of women was open by this point. I don't know if they had yet been babysat by the state of California under interventions to make them act like real human beings and a proper lawful company and not horrible abusers, had yet began.

33.     We then see and hear the deep voice of JB Blanc who voiced Vander in Arcane. He states that he has been working with Riot for a long time because he plays, voices I think, Braum in LOL. JB Blanc talks about the enthusiasm of the fans.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

34. We then see the back of Reed Shannon's head. he says, "My Agent sent me out for it, and I was like, oh, this is cool. Black kid, he's a scientist, he's super sick. You know. Then when I got it, I was like oh, this is a lot bigger than I thought."

35. Hailee Steinfeld then hugs Ella Purnell as they met for the first times since they were 11 years old on a shoot.

36. Linke speaks about himself again. He says he has poured like 6 years into this (Lies). He then jokes that the league audience is going to be unmerciful. Perhaps because the characters, lore and backstories are unrecognisable after he butchered them into my narratives. He then fantazises about being sent baskets of food from fans.

37. Brandon states that when Linke sent him the first cut of the last 5 minutes of episode 3, he bawled, he then pretends to weep, right on cue. The other founder, Marc, yet again states that they made it for love and to not let players down. Yet there isn't one character from LOL that appeared in Arcane who hasn't been changed to fit the narratives. Moreover, some of them are totally unrecognisable in both Arcane and now the game because of the maiming of the characters, the lore and my manuscript, forced together and liberties taken. The fans are in outraged about them changing Viktor from a machine into a glowing blue twink

301
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Bloodborg. Then when questioned why Viktor has had a radical change and now seems to have an Identity crisis, Linke tossed out an off the cuff remark that he is asexual, further infuriating the asexual community who Linke had made a mockery of. Warwick also turned from a werewolf into a golden vampire like Bloodborg and Viktor's Bloodborg minions flow on air.

38.     I believe that when they received my manuscript, Riot were under pressure to stop being abusers. Thus Linke seen my writing as a way to feed themes of diversity into Arcane to fake a front of change and inclusivity. Then as soon as the pressure was off them, they reversed many of the themes of diversity, only keeping in a lesbian sex scene because it's a common fantasy of young horny males. They doubled down quite aggressively on the Jayce and Viktor romance and on Silco's situation. This is why it all feels like season 1 totally flipped in season 2 and didn't successfully keep the storylines and narratives and even lost the feel of season 1. They had to progress away from my storylines, so they repeated everything over and over, thus Jinx had 5 dads in the end and most of them fell off of something.

39.     We see powder suffering from Pinkeye, before she took shimmer. By the way, the eye colour situation was also taken directly from Bloodborg.

302

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

40.     Jane than states she is happy for Linke. Why, all he did was steal to the sum of billions and got babysat whilst fondling Yee, and whilst he spent a hundred million of eastern money which comes at a hefty national security cost. If anything, he should be on a wanted list.

41.     Jane mentions the thousands of Rioters who built the IP which they "Translated" into this. All of their work is now overwritten by Linke's theft and its now embedded into all of the products at Riot Games, and I'll own it all. You shouldn't be happy that a thief got away with his crimes against thousands of your former colleagues, this is sick.

42.     Jane then says the feeling that she wants people to have is that they handled the IP with care and love. Are you joking? Is this a joke? Have you spoken to the fans? Have you seen the transformation of Viktor, or Warwick? They are decimated, 100% unrecognisable, destroyed beyond repair, and the worst of it is, they are now fused into my narrative, which is now inseparable from Arcane and all of Riot's products so I will be either taking billions or stripping it all out and shutting Riot down until everything is recovered and off the shelves.

303
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

43. Linke and the music guy who we saw him in a hotel room with, get close. They come close to kissing and Yee walks around in a circle on his own looking uncomfortable with the exchange between Linke and the guy who blows the French horn. Yee looks well jealous of the sexual tension. We then see some people pretending to cry including Brandon, one of the founders. I'm an emotional person, but I feel very weirded out by fake crying.

44. Brandon says he knows how hard this climb has been. Is he for real? They were tossed billions of dollars almost as soon as they launched, for control of data and they've stolen over and over, swipe and gripe and mask and cheat and sexual harassment and more IP theft and gender discrimination of thousands of women, then you give a talentless guy and his fella 100 million to convert my manuscript into an animation show with an animation company you just bought into for millions and you lean on the youngest, thus most vulnerable actors to lie about timelines for you and you pay real professionals ( Melinda Dilger) to do everything for you and you claim tax breaks in three different countries to maximise the fraud, and you claim you had to climb. What are you talking about? Are we supposed to clap this, or feel like you have done any good in the world? You have created a toxic and dangerous cultural climate around the incels who play your game and hate women, as well as a horrible and disadvantaged working environment for women and you have created a risk to national security of many nations around the globe.

304

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

45.     Arcane has a fake showrunner and his side piece bro, who have no developing qualities nor skills, did not create any of the IP and are only in the positions they are because of Bro-mancing, and they stole the manuscript of a vulnerable and disabled writer, then paid a woman to actually run the show but did not get the credit for doing so, whilst you face a class action for discrimination and sexual harassment against thousands of women, an you claim tax brakes in three countries and pay people, solicitors and child actors to lie about the timelines to hide your crimes. And you want to fake cry about some fake climb? Listen mate, you were chosen because you have no morals, and you were easy to coax into being a mule for espionage and you don't even know it. Next time you fake cry, do it from a prison cell.

46.     Some guy with glowing teeth says to Linke, "I said to them, if it goes down, I'll go down with the ship," as he smiles and lights up the universe.

47.     What is he talking about? Getting sent down, like to prison for theft of billions or just like if Linke's recklessness fails?

48.     Either way, it makes Linke very uncomfortable and unhappy. He's about to snap, he has a Nazi one mistake policy and blue hot teeth just crossed it. Linke is gritting his

305

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

teeth, his chin folds, his face muscles pull, and the wormy vain in his skinny wormy neck is bulging as he stares at the ground rocking like a lunatic. What is it, is he angry that Teeth just admitted that they could go down for this? Or is it that Teeth is talking about himself and not about Linke and he wants the attention? Or is it because magic Teeth had no trust in Linkes ability? Come to think of it, the new twink Bloodborg Smurf Victor and his Colgate toothpaste like blue glow, reminds me of this guy's teeth, and the new Viktor has the same body composition as Linke. Did Linke make Viktor in his own image matched with the glow of this guys teeth and my narrative of Bloodborg? That makes more sense than calling him the same guy as the Viktor from the games. Its like calling Buffy the vampire slayer (a teenage white girl with long blonde hair), and Blade (A middle aged black man with a buzzcut jet black afro), the same character because they both slay vampires. Arcane Viktor and LOL Viktor share the same name, a third wank arm and little else.

49.     The directors of Fortiche say a few things, then Linke says he was at a dinner recently (This has to be into 2022 now) with the directors of Fortiche and they said were happy and it's a relief because after 6 years now, they have worked on something which is animation history.

306

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

50.     Let's say for estimation that this was in the first quarter of 2022. That would place this 6 year period back to the first quarter of 2015. The relationship started with a music video, Get Jinxed in 2013. Before this Fortiche were making music videos, such as those for Gorillaz. Indeed Linke was a music composer for Riot, working with Fortiche to make music videos until after the success of Arcane season 1 when Riot made him a new role as the director of animation. Thus, the 6 year relationship was mostly music related material and not a TV show. In fact, the idea wasn't even entertained until mid-2019 when Fortiche began working on making a pilot for the 10 year anniversary video to place out as a feeler to see the fans reaction. Still it wasn't taken up or greenlighted because they still didn't have the story until mid-2020 during Covid shortly after receiving my manuscript. We know from many different sources that all of Arcane was built at the same time during Covid and into 2021 right up until a week before it aired. This isn't maybe, its fact. Go and look through everything I've written about it, and you will see that I've dissected the lies to show that Linke and his boy have conspired to hide theft and to create the image of false timelines such as Arcane taking 6 years to make when we know it was all made in Mid-2020 and after.

51.     Brandon comments that Alex stated that he can see himself exploring stories in this universe for the next 30 years. I hope not, how many creatives will they have to

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

violate to even make one more show? Thieves that get away with it, keep stealing and keep abusing, and Riot needs to be stopped before more people are harmed.

52.    Yee talks absolute rubbish… again.

53.    Amanda has done something to her hair. She states that her and Alex (Fake writers) are never satisfied and always looking to better themselves and they will be tons of new stuff in season two. What like everything repeated over and over and Jinx has 5 daddies because they keep dying and coming back a little different than before, and they keep falling over and over which is taken directly from my trauma writing and medical records. Viktor had a story, but you shat on it and made him into a Bloodborg, directly from my manuscript. Yeah, wicked Overton, can't wait to see the next guy who dies 5 times and the next twink Bloodborg 6 foot Smurf with a metal plated vagina face mask.

54.    Linke again says some pseudo moralistic crap no one believes. It then ends with Linke slow-mo walking like a platypus across a bridge looking at his feet for dramatic effect. The end and thank God it is.

308

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

7.      I've proven that Riot's solicitor Aaron J. Moss of Greenberg Glusker has lied about timelines. Mia Sinclair Jenness (Powder) has lied about timelines. Reed Shannon (Ekko) has lied about timelines. Melinda Dilger has back scheduled timelines presenting a false appearance. Overton has lied about timelines. Linke and Yee have lied about timelines endlessly. Moreover, the words of Yee, Amanda Overton, Fortiche Directors and others show that the story conversion of my manuscript was still being worked out alongside production into 2021. Ella Purnell, Melinda Dilger, Katy Townsend and other sources confirm that the show and the casting and the voices were all done during lockdown in 2020 & 2021along side writing.

8.      Arcane is Bloodborg reworked and violated to the bone!  And I will get justice, I guarantee!

309

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Conclusion & Legal Implications of the Analysis of Bridging the Rift**

The analysis of Bridging the Rift has remained as it was written in blog posts on Plaintiff's M.W. Wolf website. This is for authenticity. The emotional frustration and anger about these abuses are clear to read throughout the analysis.

The analysis of Bridging the Rift presents significant allegations of intellectual property (IP) theft, fraud, deceptive business practices, and manipulation of industry professionals to conceal the true origins of Arcane. The timeline inconsistencies, backdated records, and the involvement of Riot Games' legal representatives in perpetuating misleading narratives raise serious legal implications across multiple jurisdictions.

**Key Legal Implications:**

*Intellectual Property Theft & Copyright Infringement*

If Riot Games acquired and used the Bloodborg manuscript without permission to develop Arcane, this constitutes copyright infringement under:

U.S. Copyright Act of 1976 (17 U.S.C. §§ 101-810) – Protects original literary and artistic works from unauthorized reproduction, adaptation, and distribution.

Berne Convention for the Protection of Literary and Artistic Works – Guarantees protection of copyrighted material internationally without the need for formal registration.

310

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

UK Copyright, Designs and Patents Act 1988 – Provides automatic protection to original literary works and prevents unauthorized adaptations.

*Fraudulent Misrepresentation & Perjury*

The deliberate falsification of timelines, misleading statements from Riot's legal representatives, and NDA misuse could constitute fraud under:

Fraud Act 2006 (UK) – Covers false representation (Section 2), failure to disclose information (Section 3), and abuse of position (Section 4).

18 U.S.C. § 1001 (U.S. Federal False Statements Act) – Criminalizes knowingly making false statements in legal and governmental proceedings.

California Business and Professions Code § 17200 (Unfair Competition Law) – Covers deceptive business practices and fraudulent misrepresentations.

Breach of Contract & Unfair Business Practices

If Riot solicited material through Riot Forge, agents, or other means and used it without proper agreements, this could constitute a breach of contract under:

Uniform Commercial Code (UCC) Article 2 – Protects against bad faith commercial transactions.

311

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

European Contract Law (Directive 93/13/EEC) – Covers unfair contractual terms and business misconduct.

*Workplace Violations & Retaliation*

Riot's alleged abusive corporate culture, sexual harassment scandals, and retaliation tactics could lead to employment law violations under:

California Fair Employment and Housing Act (FEHA) (Cal. Gov. Code § 12940) – Prohibits workplace harassment and retaliation.

Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e) – Protects employees against discrimination and retaliation.

French Labour Code (Code du Travail) – Regulates wrongful terminations and corporate malpractice within France, where Fortiche operates.

*Perverting the Course of Justice (Obstruction of Justice)*

The alleged cover-up, coercion of actors, and Riot's legal team making knowingly false claims could lead to criminal charges under:

312

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

UK Criminal Law (Common Law Offense of Perverting the Course of Justice) – Covers deliberate acts to obstruct justice.

18 U.S.C. § 1512 (U.S. Obstruction of Justice Statute) – Criminalizes interference with legal proceedings, false evidence, and witness tampering.

Final Statement:

The systematic deception, manipulation of timelines, backdating of documents, and Riot's deliberate attempt to erase traces of IP misappropriation present a strong case for legal action. The evidence suggests that Arcane was built after Riot obtained the Bloodborg manuscript, contradicting the company's official narrative. Additionally, Riot's historical workplace misconduct, fraudulent business practices, and coercion of actors and legal representatives contribute to a larger pattern of corporate malpractice.

**Given the evidence, potential legal remedies include:**

Filing copyright infringement lawsuits in both the UK High Court and U.S. Federal Courts.

Discovery motions to obtain internal Riot communications, production records, and deleted materials.

313

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

Criminal and civil fraud complaints against Riot Games and their legal representatives.

Employment tribunal complaints in the UK and France for wrongful terminations and labour violations.

Antitrust and unfair competition claims under EU Competition Law and U.S. Sherman Act (15 U.S.C. §§ 1-7).

The case could set a precedent in gaming and entertainment law, holding large corporations accountable for IP theft, fraud, and worker exploitation. Legal proceedings should seek damages, injunctive relief, and full disclosure of the production timeline to expose the extent of the misconduct.

The plaintiff is concerned that fighting all of this alone, being a vulnerable and disabled, and disadvantaged, litigant in person (Plaintiff in Pro Per) without federal and state help, presents a tangible risk of injustice, misjustice, harm to others and further harm to the plaintiff, as well as global creative industries.

314

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**FINDINGS OVERALL**

1.  Riot's solicitor Aaron J. Moss of Greenberg Glusker has misrepresented production timelines.

2.  Mia Sinclair Jenness (Powder) provided false statements regarding recording dates.

3.  Reed Shannon (Ekko) provided misleading testimony about his casting timeline.

4.  Melinda Dilger engaged in backdating production schedules to create a false timeline.

5.  Amanda Overton has given inaccurate statements regarding script completion.

6.  Christian Linke repeatedly misrepresented development timelines.

7.  Alex Yee misrepresented script and production progress.

8.  David Lyerly misrepresented casting and production timelines.

9.  Riot's showrunners and producers continued script development and adaptation into 2021.

10. Multiple cast members and key people, including Ella Purnell, Melinda Dilger, and Katy Townsend, confirmed that voice recording and casting took place during 2020-2021, contradicting Riot's claims that production was completed in 2019.

11. The widely cited "crying scene" recording timeline is false—allegedly recorded in 2016, but actually done in late 2020, violating COVID-19 restrictions.

315

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

12. Riot used misleading tactics to manipulate young actors, including Mia Sinclair Jenness and Reed Shannon, into making deceptive statements.

13. The "Bro-Mancing" culture at Riot resulted in favoritism-based hiring, with Alex Seaver being recruited by Christian Linke and David Lyerly by Alex Yee, undermining fair hiring practices. This is referred to as "Hit-Up."

14. Riot's claim that Arcane's music production spanned "3-4 years" contradicts timelines, and its in-house music label was only established in 2020.

15. Riot backdated development timelines, falsely asserting that Arcane's full script was completed in 2019 despite evidence of ongoing rewrites and modifications through 2021.

16. Statements from Bridging the Rift and behind-the-scenes footage confirm that character development and scriptwriting were not finalized until much later than claimed.

17. Voice actors' statements confirm that production continued well past the stated completion date, further proving that Riot's legal arguments are based on unreliable claims.

18. Riot engaged in intimidation tactics and potentially fraudulent legal maneuvers, including threats of legal fees and NDA misuse to suppress cast members from revealing true production dates.

316

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

19. The timeline inconsistencies, actor testimonies, and script revisions strongly indicate that external material, including elements from **Bloodborg: The Harvest**, was incorporated into Arcane.

**Conclusion:**

The collected evidence demonstrates that Riot Games and its representatives have engaged in a systematic pattern of deception regarding Arcane's production timeline. The contradictions in cast and crew testimonies, the delayed script development, and the improper legal tactics collectively indicate a deliberate effort to obscure unauthorized use of external creative material. These findings provide substantial grounds for further legal scrutiny and extensive discovery.

I respectfully submit this declaration as part of the court record to establish access and substantial similarity between my work and Arcane.

317

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this DECLARATION OF MARC WOLSTENHOLME REGARDING PUBLIC STATEMENTS BY ARCANE CREATORS AND OTHERS INVOLVED IN THE MAKING OF ARCANE in support of the ongoing litigations- CASE NO. 2:25-CV-00053-FMO-BFM- providing further support of alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 09, 2025

Signed: *M.WOLSTENHOLME.*

318

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT