Case No. 25-3163

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MARC WOLSTENHOLME,

*Plaintiff-Appellant,*

v.

RIOT GAMES, INC.,

*Defendant-Appellee.*

---

**MOTION FOR LEAVE TO SUBMIT VIDEO EVIDENCE IN SUPPORT OF EXHIBIT D**

---

Appeal from the United States District Court For The Central District

Marc Wolstenholme

5 Shetland Close

Coventry, England CV5 7LS

Tel: 044-782-796-4404

Email: marc@mwwolf-fiction.co.uk

August 6th, 2025

Clerk of the Court

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103

TO THE HONORABLE COURT:

Appellant Marc Wolstenholme, appearing pro se, respectfully moves this Court for leave to submit two short video files referenced in his Supplemental Excerpts of Record, specifically as part of Exhibit D – Cover Sheet: Whistleblower Evidence, Portal Footage & Timeline Media.

These video files contain demonstrative evidence and audiovisual material that were previously submitted in the District Court below and are essential to the factual record and context of Appellant's claims on appeal. Due to CM/ECF restrictions, the videos could not be filed electronically with the main exhibits.

Appellant requests permission to submit these video files to the Court by (1) email, (2) secure file transfer.

RELIEF REQUESTED:

Appellant respectfully asks the Court to grant leave to submit the video files supporting Exhibit D by alternate method and to instruct on the preferred method of delivery.

Dated: August 8, 2025

Respectfully submitted, *M.WOLSTENHOLME.*

Marc Wolstenholme

Pro Se Appellant

Email: marc@mwwolf-fiction.co.uk

Phone: +44 782 796 4404