Case No. 25-3163

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MARC WOLSTENHOLME,

*Plaintiff-Appellant,*

v.

RIOT GAMES, INC.,

*Defendant-Appellee.*

---

## NOTICE OF ONGOING HARASSMENT AND THREATS RECEIVED BY APPELLANT

---

Appeal from the United States District Court For The Central District

Marc Wolstenholme

5 Shetland Close

Coventry, England CV5 7LS

Tel: 044-782-796-4404

Email: marc@mwwolf-fiction.co.uk

August 9th, 2025

Clerk of the Court

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103

TO THE COURT AND ALL PARTIES:

Appellant Marc Wolstenholme respectfully notifies the Court that on August 9, 2025 at approximately 9:03 AM BST, he received a threatening message via the contact form on his personal website (mwwolf-fiction.co.uk). The message stated:

*"Riot is gonna pay 20$ to a crackhead to kill you" actually not a bad idea it would save them a lot in lawyers fees. You should check under your bed for crackheads*  "

The sender's IP address was recorded as 186.158.30.54, geolocated to San Miguel de Tucumán, Tucumán, Argentina.

Appellant has experienced an ongoing, patterned campaign of harassment, intimidation, death threats and abuse from individuals identifying themselves as supporters or affiliates of Riot Games. The above message follows that pattern and appears intended to cause distress and interfere with Appellant's prosecution of this case.

Appellant requests that this notice and the attached exhibit be made part of the record, and that the Court take appropriate measures to ensure safety and prevent interference with the judicial process.

Riot's council, Josh Geller gleefully refused to denounce these extremist behaviours and try to gaslight the Plaintiff, stating that they don't exist, Riot has seen no evidence of them in the court papers and that Plaintiff is making them up in his head. Then the council misrepresented the emotional abuse case as being just about their behaviours and lies and got the case dismissed.

Attachment: Copy of message with metadata (Exhibit A)

Dated: August 9, 2025

Respectfully submitted,

/s/ Marc Wolstenholme

Pro Se Appellant

Email: marc@mwwolf-fiction.co.uk

Phone: +44 782 796 4404

*M.WOLSTENHOLME.*

09/08/2025, 13:59 Marc Wolstenholme Mail - Form Submission - Welcome To The Wolf Pack

 **M.W. WOLF**

**Marc Wolstenholme <marc@mwwolf-fiction.co.uk>**

## Form Submission - Welcome To The Wolf Pack

2 messages

**Squarespace** <form-submission@squarespace.info>    9 August 2025 at 06:31
Reply-To: lega@system.com
To: marc@mwwolf-fiction.co.uk

Sent via form submission from *M.W. Wolf's Megaverse*

**Email:** lega@system.com, accepts marketing: false

**Message:** I feel so sorry for the poor sod who is gonna have to sit through 1200 pages of all the absolute crap you wrote before rejecting the appeal. They are definitely not getting payed enough to deal with unhinged maniacs like you.

Manage Submissions

Does this submission look like spam? Report it here.

**Squarespace** <form-submission@squarespace.info>    9 August 2025 at 09:05
Reply-To: lakei@lsjsi.com
To: marc@mwwolf-fiction.co.uk

Sent via form submission from *M.W. Wolf's Megaverse*

**Email:** lakei@lsjsi.com, accepts marketing: false

**Message:** "Riot is gonna pay 20$ to a crackhead to kill you" actually not a bad idea it would save them a lot in lawyers fees
You should check under your bed for crackheads

[Quoted text hidden]