Case No. 25-3163

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MARC WOLSTENHOLME,

*Plaintiff-Appellant,*

v.

RIOT GAMES, INC.,

*Defendant-Appellee.*

---

## DECLARATION OF MARC WOLSTENHOLME REGARDING CONTINUED HARASSMENT FROM RIOT GAMES–AFFILIATED COMMUNITY MEMBERS

---

Appeal from the United States District Court For The Central District

Marc Wolstenholme

5 Shetland Close

Coventry, England CV5 7LS

Tel: 044-782-796-4404

Email: marc@mwwolf-fiction.co.uk

August 14th, 2025

Clerk of the Court

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103

## I.  CONTINUED HARASSMENT

I, Marc Wolstenholme, declare as follows:

I am the Appellant in the above-captioned matter. I make this declaration based on my own personal knowledge.

I apologise to the Court for adding to the docket with this material, but I find the content of these messages highly disturbing and increasingly violent. The harassment has now become a question of personal safety, and has entered UK family court proceedings as a matter of concern for the safety of my daughter.

On 14 August 2025 at approximately 05:00 (UK time), I received the following message via the contact form on my professional website ("M.W. Wolf's Megaverse"):

From: setyourself@onfire.com

Message: "Go kill yourself antisemitic warpig"

This message was transmitted via Squarespace's form submission system. Around the time it was sent, website analytics show that IP address 186.158.30.54 (originating in San Miguel de Tucumán, Tucumán, Argentina) was accessing my site. This IP address has been repeatedly linked to harassment and threats directed at me.

The full analytics log for the relevant time period is attached as Exhibit A.

This message is part of an ongoing daily pattern of harassment and emotional abuse I have received since initiating legal claims against Riot Games. The content is aggressive, violent, discriminatory, and appears to be escalating.

I do not feel safe as a result of this harassment. The conduct is directly linked to my public legal dispute with Riot Games, Inc., whose online community fosters such behaviour. Riot has been made aware of these messages and has refused to condemn them. In one meet-and-confer, Riot's counsel, Josh Geller, gleefully dismissed such conduct as non-existent, which is gaslighting of a disadvantaged litigant with PTSD, which is discriminatory.

Riot Games is directly responsible for fostering the environment from which this conduct arises. If a party creates, sustains, or enables a community where harassment is foreseeable and ongoing, that party bears responsibility for resulting misconduct.

The language in this message ("set yourself on fire" and "go kill yourself") is highly aggressive and violent. Such language is not the product of a healthy or reasonable mind, and communities such as the one fostered by Riot Games are recognised as breeding grounds for extremist behaviour.

I have previously received death threats, bomb threats, and threats against my child. These are not isolated incidents but part of a sustained pattern of intimidation during ongoing litigation.

## II.    Wider Context — Escalation to Real-World Violence

For broader context showing how these behaviours can and do spill into real-world violent acts, I reference:

A. Statements by Riot's counsel during court-mandated meetings dismissing documented harassment and refusing to condemn it.

B. Riot Games has fabricated wayback evidence, stonewalled discovery, and is alleged to have destroyed and hidden evidence showing total disrespect and disregard for US federal law and western democratic values such as the rule of law and respect and tolerance, rights to fair trials, ext.

C. 2023 letter from U.S. Senate Majority Whip Dick Durbin linking Riot to extremist and terrorism concerns.

D. California Civil Rights Department class action against Riot for systemic discrimination, harassment, and retaliation effecting thousands of women.

E. Ongoing Committee on Foreign Investment in the U.S (CFIUS) investigation into Riot Games's handling of U.S. citizens' personal data and national security risks.

F. Riot Games's record of IP misappropriation and redirection of economic markets to foreign jurisdictions.

G. Allegations and documentation in Marc Wolstenholme v. Riot Games, Inc. (2:25-cv-00053) detailing misconduct.

H. Investigative journalism (e.g., Bloomberg) exposing Riot's corporate culture and misconduct.

I. Documented allegations that Riot fosters secret online communities which promote disruption, abuse, communist propaganda and incel-linked hate.

## III.   REAL WORLD VIOLENCE

The Plaintiff states that when "Incel" like online behaviours are left unchecked and fostered within clandestine and unmonitored online communities, the result can be real world violence and civil unrest. This is especially pertinent when those platforms are unregulated and lack oversight from the House Committee on Oversight and Reform.

### A. Documented Examples of Ideologically Driven Violence Linked to Online Behaviours.

1, 2014 Isla Vista Killings – Elliot Rodger

In May 2014, Elliot Rodger killed six people and injured fourteen others near University of California, Santa Barbara, before killing himself. His actions were driven by misogynistic "incel" ideology. The killings are widely cited as an early example of online harassment translating into mass violence.

2, 2018 Toronto Van Attack – Alek Minassian

In April 2018, Alek Minassian drove a van along a sidewalk, killing ten people and injuring sixteen. He described his act as part of an "incel rebellion." He pleaded guilty to murder and was sentenced to life in prison.

3, 2020 Toronto Spa Attack – Oguzhan Sert

In February 2020, a 17 year old attacker motivated by incel ideology fatally slashed a woman in a Toronto erotic spa and injured others. Authorities treated it as an act of terrorism inspired by misogynist ideology.

4, Plymouth Mass Shooting – Jake Davison (2021)

A 22 year old Davison, who identified with incel ideologies, killed his mother, then went on a shooting spree that left five people dead, including a child. He ultimately killed himself.

5, Planned Mass Murder Plot – Tres Genco (Ohio)

In 2021, Tres Genco planned a hate crime targeting 3,000 women. He pleaded guilty in 2022 and was sentenced to six years for attempted terrorism.

6, Other Incel Related Attacks

Additional cases include Scott Beierle's 2018 shooting at a yoga studio in Tallahassee, Mauricio Martinez Garcia's deadly spree in Allen, Texas in May 2023, the 2021 shooting of five people by Lyndon McLeod in Colorado, and a 2024 murder in Turkey by a man linked to incel communities on Discord.

## B. Online Community Events with Violent Implications

Storm Area 51 (2019)

A satirical online event inviting people to storm the secretive U.S. Air Force base, Area 51, went viral. Although it remained mostly peaceful, the event prompted an $11 million military response to prevent potential violence.

January 6, 2021 Capitol Riot

Online extremist communities played a role in organizing and inciting the attack on the U.S. Capitol by a mob wishing to overturn the election results. This is a clear example of online behaviour translating into real world violence.

### C. Summary

These examples illustrate how extremist ideologies, particularly misogynist or "incel" narratives, when amplified in isolated or unmoderated online spaces, can lead to organized and violent behaviour in reality. They show the risk posed by online communities left unchecked.

**D. Recent Assassination Attempt Close to Home**

Attempted Contract Killing – Aimee Betro (2019, UK)

In September 2019, American citizen Aimee Betro travelled from the United States to the United Kingdom to carry out a premeditated shooting linked to a family feud. Betro, disguised in a niqab, approached her target in a Birmingham cul-de-sac and attempted to fire a 9mm handgun at close range. The gun jammed, narrowly preventing a fatality. Later that night she returned to the victim's home and fired multiple rounds through the windows before fleeing the country. The conspiracy involved international travel, multiple co-conspirators, and a cross-border investigation by UK police, the FBI, and the National Crime Agency. Betro was eventually located in Armenia and extradited to the UK, where she was convicted of conspiracy to murder. This case highlights the ability of online connections, including those made via dating apps, to lead to transnational acts of extreme violence.

## IV.    Conclusion and Request for Court Action

Based on the foregoing, I respectfully request that the Court:

1. Accept this declaration and its exhibits into the evidentiary record as proof of ongoing harassment, emotional distress, and intimidation directly connected to the present litigation.
2. Direct Riot Games, Inc. to publicly and unequivocally condemn such conduct within its community, and to take demonstrable measures to prevent further harassment against me and my family.
3. Refer the matter to appropriate law enforcement authorities in the United States, United Kingdom, and Argentina for criminal investigation into the sender(s) of these threats, including the IP address 186.158.30.54 and associated individuals.
4. Take any further measures the Court deems necessary to ensure my safety, the safety of my daughter, and the integrity of these proceedings.

This request is made in light of the sustained and escalating nature of the harassment, the clear link between the misconduct and Riot Games's community environment, and the serious risk that such behaviour could culminate in real-world violence as evidenced by documented precedent.

I again apologise to the Court for adding to the docket with this matter, but I find the content of these messages highly disturbing and dangerous. The harassment is violent in nature and appears to be escalating in both frequency and severity.

**Declaration**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of August, 2025, in the United Kingdom.

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

**Exhibit A**

Around that time in the morning, the Squarespace analytics show that the below IP address 186.158.30.54 was accessing the website. Thus again a perfect correlation.

The IP address 186.158.30.54 has been linked to a large majority of this harassment and threats and seems to be coming from Argentina. I've asked the LAPD, FBI, UK police and other agencies to investigate but I've had no formal confirmation of investigations thus far.

**ANALYTICS**

*8/14/25, 4:59:55 AM*

*186.158.30.54*

*Chronicles of The Megaverse*

*Location:*

*San Miguel de Tucumán, Tucumán, Argentina*

*Referrer:*

*www.mwwolf-fiction.co.uk/mw-wolfs-blog*

*Gecko(Firefox)*

*Mozilla/5.0 (Android 13; Mobile; rv:141.0) Gecko/141.0 Firefox/141.0*

*8/14/25, 4:59:42 AM*

*186.158.30.54*

*Chronicles of The Megaverse*

*Location:*

*San Miguel de Tucumán, Tucumán, Argentina*

*Referrer:*

*www.mwwolf-fiction.co.uk/*

*Gecko(Firefox)*

*Mozilla/5.0 (Android 13; Mobile; rv:141.0) Gecko/141.0 Firefox/141.0*

*8/14/25, 4:59:28 AM*

*186.158.30.54*

*Chronicles of The Megaverse*

*Location:*

*San Miguel de Tucumán, Tucumán, Argentina*

*Referrer:*

*www.mwwolf-fiction.co.uk/*

*Gecko(Firefox)*

*Mozilla/5.0 (Android 13; Mobile; rv:141.0) Gecko/141.0 Firefox/141.0*





**Marc Wolstenholme <marc@mwwolf-fiction.co.uk>**

## Form Submission - Welcome To The Wolf Pack

1 message

**Squarespace** <form-submission@squarespace.info>      14 August 2025 at 05:00
Reply-To: setyourself@onfire.com
To: marc@mwwolf-fiction.co.uk

Sent via form submission from *M.W. Wolf's Megaverse*

**Email:** setyourself@onfire.com, accepts marketing: false

**Message:** Go kill yourself antisemitic warpig

Manage Submissions

Does this submission look like spam? Report it here.