Case No. 25-3163

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MARC WOLSTENHOLME,

*Plaintiff-Appellant,*

v.

RIOT GAMES, INC.,

*Defendant-Appellee.*

---

## NOTICE OF DIGITAL INTRUSION & MISSING EVIDENCE

---

Appeal from the United States District Court For The Central District

Marc Wolstenholme

5 Shetland Close

Coventry, England CV5 7LS

Tel: 044-782-796-4404

Email: marc@mwwolf-fiction.co.uk

August 18th, 2025

Clerk of the Court

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103

## NOTICE OF DIGITAL INTRUSION & MISSING EVIDENCE

### I.  Introduction

Appellant respectfully submits this Notice to place on record repeated incidents of digital intrusion, targeted evidence deletion, and subsequent recoveries that directly undermine his ability to prosecute this appeal. The pattern is consistent with spoliation and obstruction of justice, targeting submission evidence, editorial correspondence, and even preservation records of prior recoveries.

These intrusions are not random. They specifically affect litigation-critical materials such as the April 15, 2020, Bloodborg submission to Curtis Brown Group, later confirmed by CBG in a 2024 Subject Access Request (Exhibit A), and subsequently deleted until restored through forensic recovery. The timing, selectivity, and recurrence of these attacks strongly indicate deliberate interference.

### II.  April 15, 2020, Submission of Bloodborg

On April 15, 2020, Appellant submitted *Bloodborg: The Harvest* to Curtis Brown Group agent Felicity Blunt. The submission was confirmed back to Appellant by CBG in 2024 as part of a Subject Access Request (Exhibit A). This record was later deleted by intrusion but ultimately recovered. The restored communication is direct evidence of access to the manuscript, contradicting Defendant-Appellee's denial of access.

Please note, in Exhibit A, the Appellant has split off the end of this Subject Access Request PDF as it contained a full unpublished short story called Six Dead Orphans. The Cover letter sent to CBG is at page 15 of the PDF, dated April 15, 2020.

### III.    July 19, 2025, Recovery of Deleted Evidence

On July 19, 2025, Appellant discovered that critical correspondence, including the Cornerstones Literary Consultancy emails and the April 2020 Bloodborg submission, had again been deleted from both Inbox and Sent folders.

At 00:23 on July 19, Appellant initiated a Google Takeout archive, receiving confirmation at 00:28, resulting in restoration of the missing records (Exhibit B). Even the PDFs and screenshots documenting this recovery were themselves then deleted, requiring hours of repeated restoration.

### IV.    Law Enforcement Reporting – Action Fraud & NECVCU

On August 21, 2024, Appellant reported a cyber intrusion to Action Fraud UK, Crime Reference Number NFRC240806842954, documenting the unauthorized remote download of sensitive files including family court documents, images of Appellant's daughter, and army medical files.

The case was confirmed by Action Fraud (August 21–22, 2024), transferred to the Economic Crime Victim Care Unit under reference 607287 (September 2024), and acknowledged by West Midlands Police Professional Standards (October 2024) (Exhibit C).

The Appellant was particularly concerned with this intrusion given the nature of the content which was accessed. However, upon review within the wider pattern it seems that the target was the words "Allegations and "Court."

The targeting of family court materials demonstrates a broader campaign of tampering with sensitive and evidentiary records, with "Court" and "Allegations" repeatedly appearing as deletion targets.

## V.      Curtis Brown Group as Target of Sustained Hacking

In 2019, hackers attempted to steal Margaret Atwood's manuscript *The Testaments* from Curtis Brown Group (Exhibit D). This establishes that CBG itself has been the subject of sustained cybercrime. Appellant has since faced direct hacking, account compromises, and threats including references to Riot Games employing "the best hackers in the world to delete all evidence."

Whistleblower testimony has further connected Riot's former executive producer Greg Street ("Ghostcrawler") to hacker activity (Exhibit E).

## VI.     Pattern of Cyber Intrusion & Deletion

This incident forms part of a broader pattern documented in Appellant's filings:

- March 17, 2025 – Deleted settlement emails restored (Exhibit A, Notice to Comply).

- April 2025 – Missing settlement deadlines restored from backups.

- 2024 – Google & LinkedIn account lockouts, followed by verified recoveries.

- July 2025 – Threats received stating adversaries had "the best hackers in the world to delete all evidence."

- August 2025 (ongoing) – Suspicious surveillance traffic recorded from IPs in Germany and Iran using a VPN Registered to Hetzner Online GmbH, and UK corporate networks (Claranet) repeatedly accessing Appellant's website and litigation-related materials (Exhibit F).

## VII.    Bad Faith Conduct & Abuse

These incidents are not isolated accidents but further evidence of gaslighting, spoliation of evidence, fraud, and intentional emotional abuse. The deliberate deletion of critical records, the obstruction of recovery efforts, and the repeated hacking attacks are consistent with a strategy of harassment and psychological manipulation designed to destabilize Appellant and impair the prosecution of his case. Moreover, this pattern of retaliation, pressure, gaslighting and hacking has all being documented in previous concerns and cases against Riot Games.

If Riot Games and Curtis Brown Group were truly innocent, there would be no need for such extreme measures: hiding crimes, destroying evidence, committing fraud on the Court, orchestrating hacking, gaslighting, stonewalling, retaliations, fabricating false timelines, and lying to both Appellant and the Court. These patterns of misconduct demonstrate not only spoliation but also systemic bad faith, fraud and obstruction of justice.

**VIII.    Conclusion**

Appellant respectfully submits this Notice to preserve the record of ongoing cyber intrusions, spoliation, and obstruction, including the restored April 15, 2020, Bloodborg submission, the July 19, 2025, Google Takeout confirmations, direct threats of hacking, and the Action Fraud reporting trail.

Appellant requests that the Court:

1. Accept Exhibits A–F

2. Take judicial notice of the ongoing pattern of targeted deletions and recoveries.

3. Recognize these intrusions as material interference with Appellant's ability to fully and fairly prosecute his claims.

4. Recognize these intrusions and behaviours as intentional emotional abuse and gaslighting.

## IX.     DECLARATION OF MARC WOLSTENHOLME

IN SUPPORT OF NOTICE OF DIGITAL INTRUSION & MISSING EVIDENCE

I, Marc Wolstenholme, declare as follows:

I am the Plaintiff-Appellant in this action. I make this declaration of my own personal knowledge, and if called upon to testify, I could and would do so competently.

April 15, 2020 Submission – On April 15, 2020, I submitted my manuscript Bloodborg: The Harvest to Curtis Brown Group agent Felicity Blunt by email. In 2024, I obtained confirmation of this submission via a Subject Access Request (SAR) from Curtis Brown Group, which included my original cover letter and submission (attached hereto as Exhibit A). The email subsequently disappeared from my account and had to be recovered.

July 19, 2025 Deletion & Recovery – On July 19, 2025, I discovered that multiple emails, including the April 2020 Bloodborg submission and Cornerstones Literary Consultancy correspondence, had been deleted from my Gmail account. At 00:23, I initiated a Google Takeout archive, receiving confirmation at 00:28. The Takeout archive restored these missing records (attached hereto as Exhibit B). The screenshots and PDFs documenting this recovery were themselves deleted and had to be reconstituted. The recovery is only active for seven days

Law Enforcement Reporting – On August 21, 2024, I reported a cyber intrusion to Action Fraud UK, Crime Reference Number NFRC240806842954, documenting unauthorized remote downloads of family court documents, private photographs of my daughter, and army medical files. Action Fraud confirmed receipt on August 21–22, 2024; the case was referred to the

Economic Crime Victim Care Unit (ref. 607287) in September 2024; and West Midlands Police Professional Standards confirmed referral in October 2024 (attached hereto as Exhibit C).

Pattern of Intrusions – These incidents form part of an ongoing pattern of targeted digital interference and spoliation affecting my litigation-critical evidence, including but not limited to:

March 17, 2025 – Settlement emails deleted and later restored (Exhibit A, Notice to Comply).

April 2025 – Missing settlement deadlines restored from backups.

2024 – Google & LinkedIn account lockouts, followed by recoveries.

July 2025 – Threats received that Riot Games had "the best hackers in the world to delete all evidence."

August 2025 – Repeated suspicious access to my website from IP addresses traced to Germany, Iran, and UK corporate networks (Claranet) (attached hereto as Exhibit F).

Curtis Brown Group & Industry Hacking – Curtis Brown Group itself publicly confirmed being targeted by hackers in 2019, when an attempt was made to steal Margaret Atwood's The Testaments manuscript (Exhibit D). I have also received harassment and whistleblower communications referencing Riot Games' use of hackers, including former executive producer Greg Street ("Ghostcrawler") (Exhibit E).

Personal Knowledge – Each of these incidents has required hours of recovery work and demonstrates an intentional effort to delete, suppress, or tamper with evidence directly relevant to this litigation.

Conclusion

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2025, in Coventry, England.

Respectfully submitted,
Marc Wolstenholme
Appellant, Pro Se

M.WOLSTENHOLME.

**Exhibits**

- **Exhibit A** – Restored April 15, 2020, submission email to Curtis Brown Group (via SAR & recovery) Please note, the Appellant has split off the end of this Subject Access request PDF as it contained a full unpublished short story called Six Dead Orphans. The Cover letter sent to CBG is at page 15 of the PDF, dated April 15, 2020.

- **Exhibit B** – Google Takeout recovery confirmations, July 19, 2025

- **Exhibit C** – Action Fraud confirmation emails & NECVCU follow-up (Aug–Oct 2024)

- **Exhibit D** – Article: "Hackers targeted Curtis Brown for months in bid to get hold of *The Testaments* manuscript" (2019)

- **Exhibit E** – Harassment & whistleblower evidence referencing Riot hacking activity.

- **Exhibit F** – Other Hacking Concerns (Google & LinkedIn account lockouts) and Website intrusion logs (Aug 2025) showing suspicious IPs (Germany/Iran/UK corporate networks)

M.WOLSTENHOLME.