Case No. 25-3163

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

MARC WOLSTENHOLME,

Plaintiff-Appellant,

v.

RIOT GAMES, INC.,

Defendant-Appellee.

---

**DECLARATION OF MARC WOLSTENHOLME IN SUPPORT OF NOTICE OF DIGITAL INTRUSION & MISSING EVIDENCE**

I, Marc Wolstenholme, declare as follows:

I am the Plaintiff-Appellant in the above-captioned case and make this declaration in support of my Notice of Digital Intrusion & Missing Evidence, filed August 18, 2025.

The exhibits submitted herewith are true and correct copies of documents in my possession, which I personally recovered or received, as described in the Notice.

**These include:**

Exhibit A – Restored April 15, 2020 submission email to Curtis Brown Group (via SAR and recovery).

Exhibit B – Google Takeout recovery confirmations, 19 July 2025.

Exhibit C – Action Fraud confirmation emails and NECVCU follow-up (Aug–Oct 2024).

Exhibit D – Article: "Hackers targeted Curtis Brown for months in bid to get hold of The Testaments manuscript" (2019).

Exhibit E – Harassment and whistleblower evidence referencing hacking and deletion.

Exhibit F – Other hacking concerns, including Google & LinkedIn account lockouts.

I personally conducted the recovery of deleted emails, including the April 15, 2020, submission email to Curtis Brown Group, through Subject Access Requests, external hard drives and Google Takeout processes, and I confirm their accuracy.

These incidents form part of a broader pattern of digital intrusion, spoliation of evidence, fraud, and intentional emotional abuse. The deliberate targeting of critical records, repeated hacking, and destruction of recovery evidence constitute gaslighting, obstruction, and bad faith. If Riot Games and Curtis Brown Group were acting innocently, there would be no need for such extreme measures as hiding crimes, fabricating false timelines, misleading the Court, or attempting to erase key submissions and correspondence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18 day of August, 2025, in Coventry, England.

Marc Wolstenholme

Plaintiff-Appellant, Pro Se

*M.WOLSTENHOLME.*