Exhibit A – Restored April 15, 2020, submission email to Curtis Brown Group

Dear court Clark, this file is not letting me send it via the online portal, however I can send you the original file if needed.

Many thanks,

Marc Wolstenholme

ate

Find text or tools Share

d document has been identified, Scan & OCR tool can turn scans or images into editable PDFs

[redacted]

**From:** [redacted]
**Sent:** 26 July 2024 13:10
**To:** [redacted]
**Subject:** FW: CBC: Bloodborg: The Harvest by marc Wolstenholme

**From:** CB Creative <curtisbrowncreative@mail187-23.suw11.mandrillapp.com> **On Behalf Of** CB Creative
**Sent:** Wednesday, April 15, 2020 10:24 PM
**To:** Blunt Office DG <BluntOffice@Curtisbrown.co.uk>
**Subject:** CBC: Bloodborg: The Harvest by marc Wolstenholme

**COVER LETTER**

From: Marc Wolstenholme, 07827964404, marc.wolstenholme@yahoo.co.uk
Book: Bloodborg: The Harvest, Cyberpunk/ Fantasy Trilogy.
To Felicity Blunt at Curtis Brown- 15/04/2020

Dear Felicity,

Bloodborg: The Harvest, is the first book of a Cyberpunk/ fantasy trilogy with a complex parallel story structure of six intersecting POVs and a backstory. The stories can each standalone but are also woven into each other to built conflict and tension; matching lulls with high points and inciting events with rug-pulling moments while watching the evolution of our protagonists as they each confront

Find text or tools

ent has been identified, Scan & OCR tool can turn scans or images into editable PDFs

Dear Felicity,

Bloodborg: The Harvest, is the first book of a Cyberpunk/ fantasy trilogy with a complex parallel story structure of six intersecting POVs and a backstory. The stories can each standalone but are also woven into each other to built conflict and tension; matching lulls with high points and inciting events with rug-pulling moments while watching the evolution of our protagonists as they each confront their battles. Time is an element of the storytelling, having a timeline that reaches backwards from the future present to different times in the future past, then back to Coventry in the Old-World (2025). The book traverses the World; New Kowloon (Manhattan), Dunkirk, Zimbabwe, Coventry, Las Vegas and the river Wye. Human Diversity and the way we treat each other is also a central theme.
The world (Mother Gaia) is dying because of human activity and war. Biological weapons have been released around the world as part of the Ark's depopulation plan. The people of The Ark of Civilization (Britain) and the Assemblage (USA) built gigantic defensive walls to keep out the Nullifidian, which is a term used to dehumanize the none chosen so that the Ark Defence will commit genocide, to save humanity.
Blood is the most valued commodity in the world; Pregnant women are worth the most, chiefly women in the first eight weeks of pregnancy because the embryo produces trophoblasts, which is in high demand, to produce Fetal Sapien Serum which rejuvenates the consumer and extends their life expectancy. People are hunted for blood markers. The Founding Families have made the people of the Ark believe Gaia is dying to perpetuate war, a distraction while they harvest enough blood variance to create the perfect Bloodborg.
The Founding Families are gearing towards a world without resistance, a one-world slave machine where the survivors see them as gods. They plan to re-house their minds in Bloodborgs, the pinnacle of all creation, the ultimate cybernetic human beings; Merging AI, In-brain computers, robotics and synthetic human self-regenerating tissue with the perfect cocktail of endless blood to be immune to all diseases and ageing.

Find text or tools

Share

ent has been identified, Scan & OCR tool can turn scans or images into editable PDFs

all diseases and ageing.
Our protagonists are all being radicalized in different and complex ways by B, an ancient Cyborg, thought to be dead who is working with Teki Nagasaki, the ancient hacker who created Deep-root which is an In-brain computer network. Teki and B are leading a fight back against the Founding Families, but this is very implicit in this book. In This book, our protagonists begin their journeys.

1

I'm a college lecturer of Public Services and Sports. I have lived a life of struggle and strife. Growing up with severe dyslexia was difficult. I left my family home at the tender age of 14 beca[redacted] violence. At 16, I joined the British Army. At 17, I was in a coma after an RTA in Germany, I struggled on, serving our country with injury and mental illness until I [redacted]ly discharged in 2011. I continued to suffer with PTSD, depression, anxiety and sleep disorders until gaining more help and diagnosis of my struggles in 2017.
It isn't all pain and darkness. I also experienced post-traumatic growth. I completed a degree in Sports and education. I mentored young struggling teenagers, paid and voluntary. I have maintained professional employment in different educational settings. I travelled much of the world. Most recently, I became a father to the loveliest little girl I have ever seen, Lily Angela Wolstenholme.
In August 2014, alone in the dark, after just experiencing sleep paralysis (a disorder I am well acquainted with), I wrestled Insomnia for a while but soon submitted. I turned on my laptop and began to research mental illness and its treatment. This led to me writing my first book; After the Black: Buried at Bedlam. This book has not yet been published. It's had a consultancy editorial report; it needs a lot of editing, which I will get around to doing.

Find text or tools

Share

document has been identified, Scan & OCR tool can turn scans or images into editable PDFs

report; it needs a lot of editing, which I will get around to doing.
Writing became an outlet for me, a release and a passion. I wish to become a successful novel writer.
I believe the Bloodborg trilogy will be my first step in this direction. I have an awful lot of stored stories, longing to be written.
I hope you enjoy reading Bloodborg: The Harvest.

I plan to submit to selected agents. Thank you for your time and consideration. I look forward to hearing from you.

Warm wishes,

Marc Wolstenholme

**LINK**
http://submissions.curtisbrown.co.uk/reader/submission/73461?ref=_sm&sbm=73461

**AUTHOR DETAILS**
marc Wolstenholme
Email: marc.wolstenholme@yahoo.co.uk
Telephone:

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

M.WOLSTENHOLME.