M.W. WOLF

**Marc Wolstenholme <marc@mwwolf-fiction.co.uk>**

---

## Your Google data is ready to download

1 message

---

**Google Takeout** <noreply@google.com> 19 July 2025 at 00:28
To: marc@mwwolf-fiction.co.uk

Google

# Your account, your data.

We've finished creating a copy of the Google data you requested on July 18, 2025. You can download your files until July 25, 2025.

Your download will contain data from:

- Mail

Manage Google Takeout request

This message was sent to you because you recently used Google Takeout. Learn more about how to locate, access, and share your data.

Privacy Policy | Terms of Service

Google

M.W. WOLF

**Marc Wolstenholme <marc@mwwolf-fiction.co.uk>**

# Archive of Google data requested

1 message

**Google** <no-reply@accounts.google.com> 19 July 2025 at 00:23
To: marc@mwwolf-fiction.co.uk

Google

## Archive of Google data requested for

M marc@mwwolf-fiction.co.uk

You're getting this email because there's been a request to create an archive of your Google data.

If you didn't make this request, someone may be trying to access your Google Account. Check recent activity in your account and take steps to secure it.

Check activity

You can also see security activity at
https://myaccount.google.com/notifications

You received this email to let you know about important changes to your Google Account and services.

© 2025 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA