yahoo!mail

Actionfraud Police No_reply

Messages | Photos | Documents

2024

| Sender | Subject | Folder | Date |
|---|---|---|---|
| The Action Fraud Team | ACTION FRAUD REPORT UPDATE Thank you for contacting Action Fraud National | Inbox | [illegible] |
| The Action Fraud Team | ACTION FRAUD REPORT UPDATE Thank you for contacting Action Fraud National | Inbox | [illegible] |
| The Action Fraud Team | Action Fraud Report Confirmation Thank you for contacting Action Fraud National | Inbox | [illegible] |
| Action Fraud | Action Fraud: Verify your registration Hello ... Thank you for registering at Action | Inbox | [illegible] |

Actionfraud Police No_reply

HOME MAIL NEWS FINANCE SPORT CELEBRITY STYLE WEATHER MORE... Upgrade now

Find messages, documents, photos or people Advanced Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 478
Sent
Archive
Spam
Deleted Items
Less

Views Hide
Photos
Documents
Subscriptions
Travel

Folders Hide
+ New folder
Book Submissions
Bulk Mail
Child Maintenance S...
harassments BS
M.W. Wolf Stuff
N
Notes
reporting abuse 298
saved 14
Wind-up Dolls

1, Pictures of my daughter sent to me via family court.

2, Family court Documents

3, Army Medical documents sent to fmaily court.

This seems very old; it seems that my family court allegations' were the target. I know MI5 and West Midlands police have been accessing my calls in the past because I lost my temper at Family court Judges and was sent to prison for sending emails to them in threats. I don't know if its linked but I'm worried about it. and I'm concerned that pictures of my daughter as a baby were taken.

**Marc Wolstenholme** Wed, 21 Aug 2024 at 13:53
**From:** marc.wolstenholme@yahoo.c
**To:** Alicia Pattinson, Contact Services, Hayley Anderson




AD

;

HOME MAIL NEWS FINANCE SPORT CELEBRITY STYLE WEATHER MORE... Upgrade now

Find messages, documents, photos or people Advanced Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 478
Sent
Archive
Spam
Deleted Items
Less

Views Hide
Photos
Documents
Subscriptions
Travel

Folders Hide
+ New folder
Book Submissions
Bulk Mail
Child Maintenance S...
harassments BS
M.W. Wolf Stuff
N
Notes
reporting abuse 298
saved 14
Wind-up Dolls

Please see Action fraud report of today - Concern for Lily. 3 Yahoo/Sent

AD

**Marc Wolstenholme** Wed, 21 Aug 2024 at 13:42
**From:** marc.wolstenholme@yahoo.c
**To:** Alicia Pattinson, Contact Services, Hayley Anderson

ActionFraud - National Fraud & Cyber Crime Reporting Centre

Report complete

Your report has been submitted.

You will receive a confirmation to your registered email.

Crime reference number:

NFRC240806842954

You may continue to your Dashboard to view your reports.

I went to the shop around 12, when I got back I sat at my Computer and seen that on the left, many yellow folders had been downloaded, its seems between around 12:15 and 12:25.

On inspection it seems that that the only filed which had been downloaded were:

1, Pictures of my daughter sent to me via family court.

2, Family court Documents

3, Army Medical documents sent to fmaily court.

This seems very old; it seems that my family court allegations' were the target. I know MI5 and West Midlands police have been accessing my calls in the past because I lost my temper at Family court Judges and was sent to prison for sending emails to them in threats. I don't know if its linked but I'm worried about it. and I'm concerned that pictures of my daughter as a baby were taken.

;

HOME MAIL NEWS FINANCE SPORT CELEBRITY STYLE WEATHER MORE... Upgrade now

Find messages, documents, photos or people Advanced Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 478
Sent
Archive
Spam
Deleted Items
Less

Views Hide
Photos
Documents
Subscriptions
Travel

Folders Hide
+ New folder
Book Submissions
Bulk Mail
Child Maintenance S...
harassments BS
M.W. Wolf Stuff
N
Notes
reporting abuse 298
saved 14
Wind-up Dolls

Action Fraud: Verify your registration Yahoo/Inbox

**Action Fraud**
**From:**
noreply@actionfraud.police.u
**To:**
marc.wolstenholme@yahoo.c

Wed, 21 Aug 2024 at 13:19

**Hello marc,**

Thank you for registering at Action Fraud.

Please click the 'ACTIVATE' button below to complete your

ACTIVATE

If clicking the button above does not work, copy and paste t
key=def50200f341186e93b7963355d3f4941f027351e6f11a

Reply, Reply all or Forward

**Actionfraud Police**
**No_reply**
noreply@actionfraud.police.uk
+ Add to contacts

AD

;