Please see Action fraud report of today - Concern [redacted]

Yahoo/Sent

**Marc Wolstenholme**

**From:**marc.wolstenholme@yahoo.co.uk

[redacted]

Wed, 21 Aug 2024 at 13:42

ActionFraud - National Fraud & Cyber Crime Reporting Centre

Report complete

Your report has been submitted.

You will receive a confirmation to your registered email.

Crime reference number:

NFRC240806842954

You may continue to your Dashboard to view your reports.

I went to the shop around 12, when I got back I sat at my Computer and seen that on the left, many yellow folders had been downloaded, its seems between around 12:15 and 12:25.

On inspection it seems that that the only filed which had been downloaded were:

1, Pictures of my daughter sent to me via family court.

2, Family court Documents

3, Army Medical documents sent to fmaily court.

This seems very old; it seems that my family court allegations' were the target. I know MI5 and West Midlands police have been accessing my calls in the past because I lost my temper at Family court Judges and was sent to prison for sending emails to them in threats. I don't know if its linked but I'm worried about it. and I'm concerned that pictures of my daughter as a baby were taken.

- 

**Marc Wolstenholme**

From:marc.wolstenholme@yahoo.co.uk

To:[redacted]

Wed, 21 Aug 2024 at 13:53

Yahoo Mail: Search, organise, conquer

Show original message

---

- 

**Marc Wolstenholme**

From:marc.wolstenholme@yahoo.co.uk

To:Alicia Pattinson,Contact Services,Hayley Anderson

Wed, 21 Aug 2024 at 13:53

Yahoo Mail: Search, organise, conquer

Show original message

**SCREENSHOTS OF 2024 CYBER INTRUSION DIRECTLY AFTER IT HAPPENED.**

