
Type of file: Compressed (zipped) Folder (.zip)
Opens with: Windows Explorer
Change...
Location: C:\Users\marcw\Downloads
Size: 1.50 MB (1,573,777 bytes)
Size on disk: 1.50 MB (1,581,056 bytes)
Created: 21 December 2020, 12:44:52
Modified: 21 December 2020, 12:44:53
Accessed: 21 August 2024, 12:15:16
Attributes: Read-only Hidden
Advanced...
Security: This file came from another computer and might be blocked to help protect this computer.
Unblock
OK
Cancel
Apply
20 02 27
Letter_TWF
(2)_Solicit
PDF
Marc Wolstenholm letter (4)
Search


23andme_archived_reports_marc_wolstenholme Prope...
General
Security
Details
Previous Versions
23andme_archived_reports_marc_wolstenholme
Type of file:
Compressed (zipped) Folder (.zip)
Opens with:
Windows Explorer
Change...
Location:
C:\Users\marcw\Downloads
Size:
3.00 MB (3,148,848 bytes)
Size on disk:
2.99 MB (3,141,632 bytes)
Created:
08 April 2023, 01:23:54
Modified:
08 April 2023, 01:23:56
Accessed:
21 August 2024, 12:15:16
Attributes:
Read-only
Hidden
Advanced
Security:
This file came from another computer and might be blocked to help protect this computer.
Unblock
OK
Cancel
Apply

HOME MAIL NEWS FINANCE SPORT CELEBRITY STYLE WEATHER MORE... Upgrade now

Find messages, documents, photos or people Advanced

Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 478
Sent
Archive
Spam
Deleted Items
Less

Views Hide
Photos
Documents
Subscriptions
Travel

Folders Hide
+ New folder
Book Submissions
Bulk Mail
Child Maintenance S...
harassments BS
M.W. Wolf Stuff
N
Notes
reporting abuse 298
saved 14
Wind-up Dolls

Action Fraud Report Yahoo/Inbox

**Rachel Hensley**
**From:**
rachel.hensley@westmidl
**To:**
marc.wolstenholme@yah

Sun, 6 Oct 2024 at 14:09

Good afternoon,

We write with regards to your report to Action Fraud and we are sorry to he been a victim of crime. If you registered an account with Action Fraud when online, you can track the progress of your report by clicking on **"My account "My reports"** on the Action Fraud website: **actionfraud.police.uk**.

Your case has been passed to the Economic Crime Victim Care Unit at West Police.
The ECVCU is a team of specialist who supports victims of fraud and cybercr providing Protect advice with the aim to make you feel safer and reduce the of becoming a repeat victim.

We are not investigators and cannot assist in the recovery of any losses. If yo like to engage with our service, please contact me, either by email or the tel numbers below.

If you are concerned about my identity you can call the national non emerge number on 101 and ask the operator to put you through to the Economic Cr Care Unit (ECVCU) based at West Midlands Police.

Please take time to look through the attached Cyber Protect Guidance with that may assist you further or help answer any questions you may have.

Please remember the only organisation or company that could refund you y is your bank. No other outside body can do this for you. Any other compani they can do so are also potential fraudsters.

Please monitor your bank account for suspicious activity, we recommend vic monitor their credit score, through credit agencies such as Equifax or Experi Additionally, you may wish to strengthen on-line passwords and access whe public Wi-Fi Hotspots (sometimes criminals broadcast a Wi-Fi to capture dat sending)

The NHS Every Mind Matters can assist with the emotional impact that beco victim can cause. Victim Support can also provide further assistance to victir The Samaritans are available 24 hours a day on free phone 116 123 should y emotional support outside of office hours.

**Rachel Hensley**
rachel.hensley@westmidlands.police.uk
+ Add to contacts

AD

HOME MAIL NEWS FINANCE SPORT CELEBRITY STYLE WEATHER MORE... Upgrade now

Find messages, documents, photos or people Advanced Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 478
Sent
Archive
Spam
Deleted Items
Less

Views Hide
Photos
Documents
Subscriptions
Travel

Folders Hide
+ New folder
Book Submissions
Bulk Mail
Child Maintenance S...
harassments BS
M.W. Wolf Stuff
N
Notes
reporting abuse 298
saved 14
Wind-up Dolls

Action Fraud Report Yahoo/Inbox

**Fay Mulvihill** Tue, 3 Sept 2024 at 12:45
**From:**
fay.mulvihill@cityoflondon.poli
**To:**
marc.wolstenholme@yahoo.co

NECVCU Reference: 607287

Action Fraud Ref: NFRC 240806842954

Dear Marc Wolstenholme,

We are the National Economic Crime Victim Care Unit (NECVCU) based at the City of London Police. We are contacting you because you reported a crime to Action Fraud and the NECVCU provides free support, advocacy and prevention advice to victims of fraud and cyber crime. However, please be aware that the NECVCU does not investigate crime and cannot assist in any formal steps to recover any losses.

Following this email, we will make three attempts to contact you by telephone in the next two weeks and these may show as 'unknown number' on your caller display. There are also some links to some crime prevention and supports services at the bottom of this email, which you may find useful.

Kind regards,

**NECVCU**

National Economic Crime Victim Care Unit

City of London Police, Guildhall Yard East, London

e: ECVCU@cityoflondon.police.uk

w: www.actionfraud.police.uk

w: www.cityoflondon.police.uk

**Fay Mulvihill**
fay.mulvihill@cityoflondon.police.uk
+ Add to contacts

AD