HOME MAIL NEWS FINANCE SPORT CELEBRITY STYLE WEATHER MORE... Upgrade now

Find messages, documents, photos or people Advanced Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 478
Sent
Archive
Spam
Deleted Items
Less

Views Hide
Photos
Documents
Subscriptions
Travel

Folders Hide
+ New folder
Book Submissions
Bulk Mail
Child Maintenance S...
harassments BS
M.W. Wolf Stuff
N
Notes
reporting abuse 298
saved 14
Wind-up Dolls




[Yahoo Mail: Search, organise, conquer]

Show original message

**Reply, Reply all** or **Forward**

Send

AD

;

HOME MAIL NEWS FINANCE SPORT CELEBRITY STYLE WEATHER MORE... Upgrade now

Find messages, documents, photos or people Advanced Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 478
Sent
Archive
Spam
Deleted Items
Less

Views Hide
Photos
Documents
Subscriptions
Travel

Folders Hide
+ New folder
Book Submissions
Bulk Mail
Child Maintenance S...
harassments BS
M.W. Wolf Stuff
N
Notes
reporting abuse 298
saved 14
Wind-up Dolls

Police Complaint CO/3182/24 Yahoo/Inbox

**Christopher Rigby** Wed, 30 Oct 2024 at 08:45
**From:**
christopher.rigby1@westmidl
**To:**
marc.wolstenholme@yahoo.c

Good Morning Mr Wolstenholme,

I am currently dealing with the above complaint which relates to a report you have made to Action Fraud regarding an incident when information was downloaded from your computer.

In that report you had made reference to West Midlands Police (WMP) previously accessing your calls and this is the reason why the report was forwarded to the complaints department. I should state that I have no information regarding this, and I am not involved in any investigation involving Action Fraud into your computer.

If you have any complaint with regard to the actions of WMP in this matter and information to support this then please contact myself however at this stage this matter will be filed pending contact.

Kind Regards,

**Chris Rigby**

Assessments & Service Recovery | Professional Standards | Lloyd House | West Midlands Police
T: 101 – 801 1917 |
christopher.rigby1@westmidlands.police.uk
Unless otherwise stated please treat the contents of this email as protected as **OFFICIAL**

**Working in partnership, making communities safer**
If it's not 999, search WMP Online

This email is intended for the addressee only and may contain privileged or confidential

**Christopher Rigby**
christopher.rigby1@westmidlands.polic
+ Add to contacts

AD

;

HOME MAIL NEWS FINANCE SPORT CELEBRITY STYLE WEATHER MORE... Upgrade now

Find messages, documents, photos or people Advanced Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 478
Sent
Archive
Spam
Deleted Items
Less

Views Hide
Photos
Documents
Subscriptions
Travel

Folders Hide
+ New folder
Book Submissions
Bulk Mail
Child Maintenance S...
harassments BS
M.W. Wolf Stuff
N
Notes
reporting abuse 298
saved 14
Wind-up Dolls

Action Fraud Report Confirmation Yahoo/Inbox

**The Action Fraud Team** Thu, 22 Aug 2024 at 18:35
**From:**
no_reply@actionfraud.police.u
**To:** Marc Wolstenholme

Mr Marc Wolstenholme
5 Shetland Close
5 Shetland Close
Coventry
England
CV5 7LS
England

ActionFraud
National Fraud & Cyber Crime Reporting Centre
actionfraud.police.uk

RE: NFRC240806842954

Dear Mr Wolstenholme,

I am sorry to hear you have been a victim of crime. Thank you for taking the time to report to Action Fraud. Your report has been sent to the National Fraud Intelligence Bureau (NFIB) for review.

Experts at the NFIB will examine the information you provide. Where possible, the information is also matched against other available data in order to enrich and corroborate the details of the fraud. An assessment will be made as to whether there are viable lines of enquiry that would enable a law enforcement body, such as the police service, to investigate. The NFIB aim to provide you with an update on your report within 28 days.

Please be assured that by contacting us you are giving the police vital information they need to protect you and others. The information you have provided may be used to disrupt criminal activity and inform prevention advice and campaigns.

You should keep safe any evidence which you feel may be important. We continuously assess the content of individual and linked crime reports, if you set up an online account, you can use this to add additional information.

If you have any queries regarding this letter please visit www.actionfraud.police.uk/FAQ. If you would like more information on how to protect yourself from fraud and cyber crime, please see the guidance at www.actionfraud.police.uk/support_for_you.

We value your feedback, please visit this link and complete the survey: www.surveymonkey.co.uk/r/CSATREP

Yours sincerely,

Head of Action Fraud

Actionfraud Police
No_reply
no_reply@actionfraud.police.uk
+ Add to contacts

AD

;

HOME MAIL NEWS FINANCE SPORT CELEBRITY STYLE WEATHER MORE... Upgrade now

Find messages, documents, photos or people Advanced Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 478
Sent
Archive
Spam
Deleted Items
Less

Views Hide
Photos
Documents
Subscriptions
Travel

Folders Hide
+ New folder
Book Submissions
Bulk Mail
Child Maintenance S...
harassments BS
M.W. Wolf Stuff
N
Notes
reporting abuse 298
saved 14
Wind-up Dolls

Police Complaint CO/3182/24 Yahoo/Inbox

**Christopher Rigby** Wed, 30 Oct 2024 at 08:45
**From:**
christopher.rigby1@westmidl...
**To:**
marc.wolstenholme@yahoo.c...

Good Morning Mr Wolstenholme,

I am currently dealing with the above complaint which relates to a report you have made to Action Fraud regarding an incident when information was downloaded from your computer.

In that report you had made reference to West Midlands Police (WMP) previously accessing your calls and this is the reason why the report was forwarded to the complaints department. I should state that I have no information regarding this, and I am not involved in any investigation involving Action Fraud into your computer.

If you have any complaint with regard to the actions of WMP in this matter and information to support this then please contact myself however at this stage this matter will be filed pending contact.

Kind Regards,

**Chris Rigby**

Assessments & Service Recovery | Professional Standards | Lloyd House | West Midlands Police
T: 101 – 801 1917 |
christopher.rigby1@westmidlands.police.uk
Unless otherwise stated please treat the contents of this email as protected as **OFFICIAL**

**Working in partnership, making communities safer**
If it's not 999, search WMP Online

This email is intended for the addressee only and may contain privileged or confidential

**Christopher Rigby**
christopher.rigby1@westmidlands.polic...
+ Add to contacts

AD

;