Exhibit D – Article "Hackers targeted Curtis Brown for months in bid to get hold of The Testaments manuscript" (2019)

Find text or tools

18/08/2025, 10:56 Hackers targeted Curtis Brown for months in bid to get hold of The Testaments manuscript

LOGIN




Subscribe from just £3.65 a week

TOPICS NEWS RIGHTS COMMENT BESTSELLERS BOOKS SPOTLIGHT SPEAKIES EVENTS SUBSCRIBE

The latest book trade news at your fingertips

Home > News

# Hackers targeted Curtis Brown for months in bid to get hold of The Testaments manuscript

NEWS SEP 6, 2019 BY HELOISE WOOD

Margaret Atwood's literary agent Karolina Sutton of Curtis Brown has revealed how the agency was besieged by a "carefully orchestrated" campaign by cyber criminals attempting to obtain *The Testaments* manuscript which "carried on daily for months".

You've hit your free article limit.

Serious about the book trade?
Join thousands of industry professionals who never miss a story.

Sign in or create a free account to unlock 2 articles a month and receive tailored newsletters with the latest from the book trade.

Want full access? Subscribe from just £3.65 a week and unlock full access to exclusive interviews, rights deals, industry data and more:
- Weekly print copies of The Bookseller magazine
- Unlimited access to thebookseller.com (single user)
- The Bookseller digital edition for desktop, tablet and mobile
- Subscriber-only newsletters
- Twice-yearly Buyer's Guides worth £30
- Discounts on events and conferences

Email
Password
Remember Login

Latest News

'Delulu' and 'tradwife' among 6,000 new words added to the Cambridge Dictionary



PMJ and Entangled Publishing launch Mayhem Books imprint



New leadership for Inpress and Poetry Book Society as Emily Keeling appointed MD



Council takes 'political decision' to cancel pantomime dame's library events due to 'high protest risk'



Books on BookTok: creators reflect on Waterstones BookFest



VIEW ALL

The latest book trade news at your