M.W. WOLF

**Marc Wolstenholme <marc@mwwolf-fiction.co.uk>**

# The blanket offer for Tips and Whistleblowers against Riot Games.

[redacted] 22 June 2025 at 23:30
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

Sure, if it helps with your case, and helps you to expose them then add it. You can probably utilize these e-mails as well. Please file it under seal. I don't want my name out there at the moment, but it is

likely that the offenders will know where it came from anyways. They really liked what they stole and they've been trying to break my e-mail password and steal this account for many years. I can send you

links/jpgs to the articles for both Riot's internet setup and the computer intrusion (Ring 0) information so you can review it and get it to the courts. I already pulled an all-nighter so I'll gather them up

tomorrow if you like.

It actually gets worse... they've been harassing me and trying to blackmail me all of these years. It began after I was hacked and only ended recently in March when I looked up a bunch of them on

LinkedIn. I never responded to them, but I have saved most of the attempted blackmail e-mails containing threats that they have sent me over the years.

There are 30-40 of them. Honestly, there is a lot that adds up pointing to Riot and Greg. Ghostcrawler is a hacker name by the way.

I appreciate your sympathy... I've barely been able to talk to anyone about this stuff.

Riot was clearly monitoring me and stealing from me for years before the malware attack. I think that others at Riot would've had to know something. Greg was basically moved up into or near an

executive level position. They had him running the whole creative side of the business. I think there is no way he just left Riot willingly. He said that he had a death in the family, which is why he left. If they

can investigate and find out that Greg was fired or left unwillingly, then we've got him caught in a lie and it proves that Riot knows. If Riot gets pressed under investigation for IP theft, they might just throw

Greg under the bus, but I doubt it because they'd still be liable.

It sickens me nearly every time I see their posts, art, and videos, and Riot Games is all over ArtStation, LinkedIn, and YouTube.

I sincerely hope that you are successful and at this point I could definitely use some help.

---

**From:** Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
**Sent:** Sunday, June 22, 2025 1:24 PM
[Quoted text hidden]

[Quoted text hidden]

M.W. WOLF

**Marc Wolstenholme <marc@mwwolf-fiction.co.uk>**

# The blanket offer for Tips and Whistleblowers against Riot Games.

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk> 23 June 2025 at 09:54
To: [redacted]

[redacted]

Sorry to hear all of this pal. It's terrible. I'm not in the industry and I've already had my work stolen by Jonny Geller of CBG and he has been selling it on from Submissions i've made. I'm taking them on and could not give a fuck about what others think, there is only one way this in ended and it's a life changing and Its with Justice.

Should I be worried about hacking?

Also, please do send over anything you believe will help. If you find any comments or evidence of the reworking of Arcane in mid-2020 please do reach out.

When I'm successful, I'll reach out to help you pal.

Again, sorry that you have been burnt by them. I have spoken to many in the same boat.

Again, I will not tell anyone that you have helped me and I will make sure anything i do add is under seal.

I can also request a sealed conference with a panel of Judges, but I need more to do this. I'm building a case to request a sealed conference and request accountability and investigations.

I believe I've already triggered eyes on them, but as you know, they are deceitful and slippery.

I'll keep you posted mate.

Marc
[Quoted text hidden]

M.W. WOLF

Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

## Forensic Analyses Update

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>
To: "Moss, Aaron" <amoss@greenberglusker.com>, Copyright Alerts <copyright@svc.netflix.net>, "Geller, Joshua" <jgeller@greenberglusker.com>, dan.chang@riotgames.com, corres
"SULTANA, Zarah" <zarah.sultana.mp@parliament.uk>, contact@forticheprod.com, lisa.nandy.mp@parliament.uk, contactus@west-midlands.pnn.police.uk, contact.center@dfeh.zendesl
Taiwo" <taiwo.owatemi.mp@parliament.uk>

Dear All,

Please see the latest hate email. It's horrific, Riot and its cronies are now threatening to make Ai child porn of my daughter and say they have hacked my Instagram account. Police on b
email, I will not be able to control the anger I have towards them. The FBI or CIA could find this person and the others involved in the hate mail in minutes. Riot Games have a long histo
much messier. They stand to lose billions in court. My writing is fused into all of their lore and it's now inseparable without shutting them down to dig it all out. They are not going to lose l
to the police complaints and please do what you can to trace these people. This email came from Tucumán, Argentina. I don't yet know if this is linked to the complaint I made (1 Nov 20
complaint also. He was sending from the same region (Buenos Aires). Sean Marino, Art Lead on VALORANT weapons, has an awful lot of weapons in his pictures. Almost obsessively. (
the truth, I am worried that he might become violent when I have to attend court in LA.
Something needs to be done about this, it's going too far, they have made bomb threats, and now they are targeting my daughter. Riot needs to be shut down for good. They are a mena
Please do what you can to investigate Riot Games. It won't be long before they are paying people to make sure I don't reach the courtroom as I'm suing them for billions. Riot could end
making them confess then firing Linke and settle with me out of court. The list of Riot and Fortiche employees who have directly read, cut up used my work is so long that Riot cant keep

Please investigate

Your Sincerely,

Marc Wolstenholme

### Form Submission - Welcome To The Wolf Pack    External    Inbox

S

**Squarespace**
to me

Sent via form submission from *M.W. Wolf's Megaverse*

**Email:** ihaveyoursinstagram@a.com, accepts marketing: false

**Message:** Post a public apology to everyone you called cunt or I will make ai por of your daughters and send it to everyone on their school. To your ex too. And I will tell the

Manage Submissions

Does this submission look like spam? Report it here.

Below is the IP address and details of the person who sent this email through my website.

11/14/2024, 5:47:22pm186.158.30.71Home

Location:San Miguel de Tucumán, Tucumán, Argentina    Referrer:t.co/    Mozilla/5.0 (Android 13; Mobile; rv:132.0) Gecko/132.0 Firefox/132.0

<marc@mwwolf-fiction.co.uk> wrote:

> Dear all, This is the IP and other details of the person (Suspected to be from riot Games) Who has just sent me a bomb threat. I've not suffered threats to me, my home, and my daugl
> I've been told that they will bribe the Jury, they have told me to set myself on fire, and they have told me that they will send a bomb to my house and listed my address This just days a
> This isn't a new tactic of Riot's. They are an out of control menace and need to be dismatialed because they have a rotting sell out core and they are a threat to more people.
>
> Whilst I don't believe all of the hate mail and targeted threats ae from Riot and  fortiche or their cronies, I do believe it's because of their cult like gaming following which is widely know
> concerns.
>
> I am worried about the escalation of relatiating , threats and actual violence as I continue my investigations and the court proceedings for the sum of billions.I'm investigating and reacl
> criminal matters, such as the above hate mail and threans and they fraudulent use of my work and IP theft which is worth billions. In fused into everything Riot owns and to ty to remov
>
> Please help, I am concerned with their power and influence and ties to potential adversary assets and militarized personnel.
>
> Marc Wolstenholme
>
> **ORGANIZATION:**Amazon Technologies Inc.
>
> 11/12/2024, 12:05:11am
>
> 54.81.126.24Home
>
> Location:Ashburn, Virginia, United States   Referrer:-    Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/129.0.0.0 Safari/537.36



On Tue, 12 Nov 2024 at 01:48, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

BOMB THREAT!

Dear All,

Please see the death threats I'm getting for fighting back against Riot Games who have a proven track record of using false and real accounts to abuse and retaliate  to people who aggressive anti-competitive behavior.  This latest message says that they are going to send a bomb to my house and even give my address.

Please take the necessary safety steps to stop this. It's a fake email but I'm sure the UK police, LAPD, FBI or CIA can track the person sending me bomb threats. This is literally terr

**Squarespace**
to me

Sent via form submission from *M.W. Wolf's Megaverse*

**Email:** hah@haha.com, accepts marketing: false

**Message:** Im gonna send a bomb to 5 Shetland Close coventry

On Sun, 10 Nov 2024 at 07:54, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:
Dear All,

Please see the latest hate mail email for telling the truth about Riot's theft of Arcane and fraudulently making billions from my writing.

One tells me to set myself on fire, This coming two days after a family were set on fire two streets away from my mother's address. This isn't funny. Two people and two dogs died

Another has listed my address and a previous tribuneral case which I won and is threatening to target my daughters info and release it online.

This comes after I reported Riot for mentioning my daughter in the emails.

LAPD need to be involved in this case,

I'm going to continue investigating within my means until the litigation Discovery,  during which time I believe Riot's history, links to possible data gathering claims, their past actior business strategy, coupled with my vulnerabilities show that the proper authorities need to be involved to protect the parties and to prevent further sabotage of evidence.

Please get involved at the first instance.

Marc Wolstenholme,

The true writer and owner of All of Arcane and by expression, all of Riot's lore and a massive chunk of everything they own.

stop annoying arcane fans External Hate Mail

**15kilosdecocainafina** <sender@e9mail.com>
to me

born January 1986

5 Shetland Close
Coventry
CV5 7LS
England

cases dissmissed againsy Solihull College 1 for discrimation

https://www.change.org/p/dominic-raab-defund-cafcass-and-redirect-the-funds-to-local-authorities?source_location=decision_maker_profile this one is also yours

you have 11 petitioms of public information and I already have all my data from it

I will post all your info + your daughters info if you dont stop annoying the arcane fans

Stanley Mosk Courthouse

judge Brazile, Kevin C., case filled on october 31

https://securesha.re?#u=80fe601868dfe6711cb4514574cf175c.bin&p=3HdfaCh23QnZC8hdfmqNC2I_CwviFbRkfpR0KzGB2f0

S

**Squarespace**
to me

Sent via form submission from *M.W. Wolf's Megaverse*

**Email:** setyourselfonfire@asa.com, accepts marketing: false

**Message:** honestly, I didnt give two flying fucks about your crusade against Riot games. But after seeing you all day on arcanetwt HARASSING AND SP
delulu ass through all the court floor. And I hope they force you to publicly apologize to all the creators you insulted,
And don't even get me started on the absolute hypocrisy of complaining about art theft WHILE USING AI.

M Reply Forward

Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Oh my God. this is shocking,

I can't believe you actually let Linke counie in this manner and actually released season 2 which is even more blentent IP theft.

This case shows that Rich and powerful out of control abusers think they can get away with anything and they don't care about their actions.

All the fake diversity in Arcane was stolen from my book to pretend to the Civil rights court that you have changed. So you placed a few female "Faker" writers and LGBT folk or

100 million is not nearly enough, The state of California needs to be back on the rat's tail and I'm taking you for Billions and stripping you down until every part of Arcane is remo

I'm also opening litigation against Linke directly as this is fraudulent to the sum of billions.

The FBI should be on this case, Its true filth to the core. The CIA also needs to be involved since you (Tenacent and by extension the Chinese government) have used my work

This is appalling

Marc Wolstenholme

- V1 ArcaneHOHOHOH.mp4
- V2 Bridge Dumping.mp4
- V3 Get Caught.mp4
- V4 Hole in the wall..mp4
- age-stained mirror..png
- Arcane has taken Bloodborg, chopped it up and fed it into their failing show.png
- Arcane's Shimmer is Bloodborg's Fetal Sapien Serum!.png
- Arrowhead Formation.png
- Bloodborg Editing letter..png
- Bridge Dumping.png

- age-stained mirror..png
- Arcane has taken Bloodborg, chopped it up and fed it into their failing show.png
- Arcane's Shimmer is Bloodborg's Fetal Sapien Serum!.png
- Arrowhead Formation.png
- Bloodborg Editing letter..png
- Bridge Dumping.png
- cave-dwelling.png
- Dead Parents on The Bridge.png
- double-end steel blade.png
- foot Slip.png
- Freezer.png
- Jinx with a Blue signal flare..png
- Jinx's Bionic Finger..png
- Manarisims of Warick.png
- More Riot Hate Mail threatening to steal more and calling me a Transphobic Racist Loser..png
- Neva.png
- NI3.png
- Pic 1.png
- Pic 2.png
- Pic 3.png
- Pic 4.png
- Pic 5.png
- Pic 6.png
- Pic 7.png
- Pic 8.png
- Pic 9.png
- Pic 10.png
- Pic 11.png
- Pic 12.png
- Pic 13.png
- Pic 14.png
- Pic 15.png

- Pic 16.png
- Pic 17.png
- pic 18.png
- Pic 19.png
- Pic 20.png
- Pic 21.png
- Pic 22 Silco drown.png
- Pic 23.png
- Pic 24.png
- Pic 25.png
- Pic 26.png
- Pic 27.png
- Pic 28.png
- Pic 29.png
- Pic 30.png
- Pic 31.png
- Pic 32.png
- Pic 33.png
- Pic 34.png
- Pic 35.png
- Pic 36.png
- Pit Fight.png
- practice scene.png
- Purple in Arcane.png
- Purple is an element of storytelling.png
- Purple or Blue people, no eyes.png
- Purple sotrytelling.png
- Rebirth after losing a child.png
- Right Eye Green.png
- Script for Arcane.jfif
- Sing Is harvesting his own blood.png
- Three hyenas.png

On Sat, 9 Nov 2024 at 11:17, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Oh My God! This is too good, I'm sixteen minutes into episode 1 and its already so blatantly my work. You might as well print off my predictions as a tick sheet! Good Luck in

https://x.com/MW_Wolf_Ltd/status/1855207761425903777

On Fri, 8 Nov 2024 at 22:41, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Further stuff to review, Trauma Writing.

Arcane season 2 will hit Netflix tomorrow, I'm sure I'll be raging at the shameless audacity of Linke and Riot Games. I've got a lot of analysing, unpackin relentless rape of my trauma writing. The closer this gets to being aired, the angrier I'm getting at filthy Linke smiling at the camaras and pretending he v widely is because its all based in factual traumatic events. Go and read my Blogs, you are not the only sticky-fingered rats I have to deal with, and believ Thus when I have your filthy liars and thieves on the stand, I'll be matching my work and your theft to the actual events of my life, some of which almos lot of it comes from the grief of missing my own daughter's babyhood and from losing many comrades to suicide and drug overdoses in the same period

I'll give you a few insights to think about whilst you are celebrating Linke's theft tomorrow.

1, In Arcane: Season 2, "Blood, Sweat & Tears" Music Video, the semi-psychedelic dream-like sequence is Neva in a drug induced sleep realm searching I wrote in Bloodborg:

'She's not up there, Sabella isn't inside Mother Gaia, I've searched the higher consciousness day and night for two weeks. I've searched everywhere for l

'Perhaps she isn't ready to be contacted.'

'Or perhaps she is reborn inside of some great animal, a bird or perhaps inside Lula.'

In the music video, you copied this to build Ambessa Medarda's backstory. You show the dream sequence, you show the higher consciousness, you show Lula as a wolf and you use a lamb to show the root, which is to say, when Innocence dies, a wolf is reborn. None of this came from your weak link. He is It's origins, this is all taken from the Neva- Leader of the Tribe (African Child) POV of Bloodborg. This POV is a direct metaphor for the expression of g direct trauma writing, you filthy thieves.

2, Did you rich tea leaves ever stop to wonder why I wrote cyclical falling and crashing into the abyss into my Bloodborg manuscript? Go read my fuckin medical and therapy documents to show the origins of these story beats and cyclical narrative arcs. Linke didn't write that, he don't even know what it m

3, Did you ever stop to think what being trapped down in the smog means?

4, Did you ever wonder why I have the repetition for child loss in all the POVs?

5, Did you ever stop to wonder where the recurring theme of radicalisation comes from? I'll be bringing actual UK criminal court papers for this one.

Linke is a filthy thief and I'm asking the state of California to lock him up for this. This goes far beyond just IP theft to the sum of Billions. This is mind consent and showing it to the world and pretending its their own.

Alex Jones was sued over 1.5 billion for making false claims over peoples trauma and loss. You have literally stolen my deepest darkest trauma writing, l financial and wellbeing ruin during the darkest period of my life, then you continue to rape my trauma and continue to profit from it for a further three ye have and don't even bother to change the words, then you air season 2 which is clearly a continuation of theft with three years to try and mask it.

Moreover, I've had your goons from Paris and LA emailing me to my website daily calling me insane and targeting my daughter, saying "no wonder fam Thus, I'm taking Riot and Fortiche for every penny of Arcane to multiple billions and I'm also taking billions for everything Arcane is embedded into inc you for Billions over the harm you have caused.

The best Linke can hope for is a quick fleeing flight to Germany.

My real hope is to strip Riot Games to pieces so that it can not keep abusing people, writers, IP and data. You have never been a safe company and Ameri gaming company to worry about.

The two "Bro-Mancing" founders of Riot should be sharing a bunk bed in prison.

https://x.com/MW_Wolf_Ltd/status/1854514444534939827

On Fri, 8 Nov 2024 at 00:31, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Dear All,

Please see the V9 video. This is so silly that it's sickly. 250 million spent on Arcane and like 22 billion net worth of Riot or something like t idiosyncrasies and behaviours. I mean, Linke was so self-assured that he can steal with impunity that he even named an episode after or Rift to try and hide his crimes in fake timelines which don't make sense and can be shown to be lies, more lies in fact as I've already show mask theft, and it's even different to all the other fake timelines presented by Riot, the people involved and what both Riot and  Fortiche h

 I have emails from Fortiche claiming they began an email exchange about Arcane in 2012, that's before Jinx was even a character and \ Linke in September 2012. Linke clearly didn't write a single word of Arcane, but we all know that! In fact Riot didn't even have the Chinese 2012, LOL was barely four years old and their was no legible narratives. In fact, the lore is still a mess, and my manuscript is being used can close your website and products down for maintenance whilst I strip every piece of Arcane and my manuscript out of it. You remembe advantage, well that's what I'm hoping for. In fact I still believe the acquisition of "Code" and industry secrets from an American base gam espionage.

I now have evidence of Riot and Fortiche claiming to have begun work on Arcane in the years of 2012, 2013, 2014, 2015, 2016, 2019, an 2020 and others in 2021. So according to Riot and Fortiche and others involved in the rape of my trauma writing, the show began in ever

Moreover, I'm going to show a long history of deceitfulness and dodgy business practices as well as hate mail, discrimination, misogyny, concerns, spurious IP wars, targeting of vulnerable people, aggressive anti-competitive tactics, retaliation and theft. I'll make sure that no says. I'm bringing bad character evidence to the jury and I'm bringing every single moment of Arcane cut apart and remodelled into the or me if you want, but I don't act in the same way as Riot Games have, so good luck with that. After your pets targeted my daughter and my my scars on my sleeve so you could not weaponize them against me.

I can already show that you had my manuscript in early 2020, Linke used it to gain funding, it was cut up and stripped, then pinned to wal and I have 100s of story bites to show stills and how they match to my words, then I will also make video forensic analyses for every mon didn't even know how to convert it into a show, so Monica Macer and Melinda Dilger had to babysit, show Linke and Yee the very basics a deceive viewers and hide theft.

Linke isn't going to be working for Riot when this is over. The best he can hope for is a quick flight, fleeing home to his village in Northern returned to France. He'll be getting subpoenaed along with hundreds of others involved. Many have now been mistreated by Riot and we

I don't blame all the people at Riot for its persistent theft and misconduct, but I do know that it was never and still isn't an efficient busines works because it has billions of backing which is propping it up. Only around 4% of players buy skins and other stuff, esports has never b Its known to be a place people go to "fuck about" and work on their own stuff and get paid for a few years, then they move onto real busir know this, they know the truth but don't see the harm in allowing this toxic influence and data gathering expansion to continue.

You stole from me; I'm taking it back. That is a fact.

Please see V9.

Many Thanks,

Marc Wolstenholme,

V9- https://x.com/MW_Wolf_Ltd/status/1854644897229554173

On Wed, 6 Nov 2024 at 22:57, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Marc Wolstenholme (M.W. Wolf LTD).
Plaintiff

v.

Riot Games, Inc.
Defendant

Forensic Analyses Update

Dear all,

I'm still working on the up-to-date video match Forensic Analyses of Arcane Episode 1 season 1 and it's getting more and more ridiculously evident that this is a shame moment apart from half a fight scene, which I can also show was taken.

I don't know how much the new CEO at Riot knows about this IP case, but he really needs to go and speak to Linke. Some of the show is word for word what I wrote w

It's so utterly shameful and blatant that Linke should be in prison for this. Given Riot's history and my disabilities, vulnerabilities and the persistent unethical and corrup million dollar class action, I'm going to be asking for prison sentences.

You have stolen to the sums of Billions and now my BloodBorg manuscript is in all of your products and it's now your main cannon lor. How do you expect to operate w The last time this happened is when Riot poached from DOTA2 in 2006 and the website was sabotaged and never recovered, and this gave Riot a competitive edge w

It's billions. This case needs Government involvement on both sides of the water.

Please see the video match Forensic Analysis. It's so painful to watch as you would have to be a mole to miss the IP theft. People who steal billions go to Prison and g