Case No. 25-3163

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MARC WOLSTENHOLME,

*Plaintiff-Appellant,*

v.

RIOT GAMES, INC.,

*Defendant-Appellee.*

---

## DECLARATION OF MARC WOLSTENHOLME REGARDING COMPANIES HOUSE CORRESPONDENCE AND IRREGULAR FILINGS

---

Appeal from the United States District Court For The Central District

Marc Wolstenholme

5 Shetland Close

Coventry, England CV5 7LS

Tel: 044-782-796-4404

Email: marc@mwwolf-fiction.co.uk

27 August, 2025

Clerk of the Court

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103

I, Marc Wolstenholme, declare as follows:

I am the Plaintiff in the above-captioned action, proceeding pro se. I make this declaration in support of the record and in connection with evidence of irregularities in official corporate filings relating to the Defendant and/or related entities. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently thereto.

On 28 August 2025, I contacted Companies House (the UK corporate registry) requesting certified copies of documents filed by the relevant company.

On the same date, I received correspondence from Kate Guy-Coombes, Certified Copies Section, Companies House, under reference number ORD-843917-562464, stating that:

She was in the process of locating the requested document.

Subsequently, she confirmed in writing that "no such second part was received from the company" and that Customer Services had been notified to contact the company to rectify this irregularity.

(True and correct copies of these emails are attached hereto as Exhibit A.)

I had previously pointed out in my communication to Companies House that the filing in question contained no Section 519 statement and that there was no reason for resignation just four months after confirming willingness to remain as auditors, noting it was one page only.

Companies House' confirmation that a required part of the filing was never received demonstrates that the corporate record is incomplete and irregular.

This is significant to the present litigation because it supports my broader argument that filings, records, and documents connected to the Defendant or its agents are irregular, altered, manipulated, withheld, or misrepresented.

This correspondence from the UK's official corporate registry corroborates the concerns raised in my prior court filings, including:

Manipulation and fabrication of CVs, timelines, wayback machine evidence, concealed settlement conferences and even concealed evidence, spoliation of evidence, wiping computers, illegal NDAs, a pattern of litigation abuse, lies in legal emails to chill access to justice, stonewalling of discovery and even Riot Games allegedly hiring 173 animators from Vietnam between 2020 and 2021 under an exploitative sealed contract with the "slave" branch from DeeDee (So says a whistleblower), to mis-represent timelines, production output, monetary expenditure, tax exemptions in at least three countries and to misrepresent viewers, players, distributers, stakeholders and governments about the true origins of Arcane.

Companies with nothing to hide do not act like this.

The actions of Riot Games's legal team have also been suspect as documented in:

Plaintiff's Notice of Concern Regarding Sudden Departure of Riot Games' Counsel and Request for Litigation Hold.

Plaintiff's Supplemental Notice Regarding Discovery and Sudden Departure of Defendant's Counsel.

I therefore respectfully submit this declaration and the attached Companies House correspondence as Exhibit evidence that the official corporate record is incomplete and that regulatory irregularities exist.

**Statutory Duty under Companies Act 2006, Section 519**

Under the Companies Act 2006, where an auditor resigns from office, the auditor is under a statutory duty to deposit a statement with the company and to file the same with Companies House (s.519). This "statement of reasons for resignation" must be signed by the resigning auditor and cannot be substituted or completed by the company itself.

Accordingly, if such a statement is missing from the public record, this is not a clerical oversight that can be "blagged" or rectified informally. It reflects a failure to comply with a mandatory statutory requirement. The duty rests squarely on the auditor, and until fulfilled, the filing remains legally defective.

I declare under penalty of perjury under the laws of the United States of America and the United Kingdom that the foregoing is true and correct.

Executed on this 1st day of September 2025, at Coventry, England.

*M.WOLSTENHOLME*

_____

Marc Wolstenholme

*M.W. WOLF*                                        **Marc Wolstenholme <marc@mwwolf-fiction.co.uk>**

---

## RE: Your Communication with Companies House, Ref: COH1503310X

6 messages

---

**Serco CCSupport** <SercoCCSupport@companieshouse.gov.uk>          28 August 2025 at 12:06
To: "marc@mwwolf-fiction.co.uk" <marc@mwwolf-fiction.co.uk>

Dear Marc,

RE: ORD-843917-562464

Thank you for your email. The order you placed was for a certified letter placed on the register on 30th April 2025, entitled Auditor's Resignation.

You can view this document by using the link below and using the Filing History tab. You can view and download all documents in the company's filing history here.

CURTIS BROWN GROUP LIMITED overview - Find and update company information - GOV.UK

I hope this helps.

Kind Regards,

Kate Guy-Coombes

Certified Copies Section

Companies House

Tel: 0303 1234 500

www.gov.uk/companieshouse

Follow us on Twitter: @CompaniesHouse

**Customer Satisfaction survey**

We would be grateful if you could take a few minutes to complete our survey to help us measure the level of service we provide via the following: https://www.smartsurvey.co.uk/s/csat-ccfc/



**From:** enquiries <enquiries@companieshouse.gov.uk>
**Sent:** 27 August 2025 09:39
**To:** Serco CCSupport <SercoCCSupport@companieshouse.gov.uk>
**Subject:** RE: Your Communication with Companies House, Ref: COH1503310X

Dear Customer,

Thank you for your email.

Your enquiry has been forwarded to the relevant department for a response. You should receive a further response from us within the next 10 working days.

**Please note that this is for your information only and you do not need to reply to this email.**

FOR INTERNAL USE ONLY – INSTRUCTIONS TO CERTS & COPIES TEAM:

*Please could you provide us with a suitable response that we can forward to the customer within the next **10 working days**. Please reply to the contact centre, ensuring that you include your full name, section, and job title at the bottom of your response.*

Yours faithfully,

Companies House Contact Centre
enquiries@companieshouse.gov.uk

--------- Original Message ----------

Subject: Subject: Section 519 auditor resignation statement – Curtis Brown Group Ltd (00679620) – Order ORD-843917-562464
Date: 26/08/25 23:08
From: marc@mwwolf-fiction.co.uk

*** This email came from an external source. Please be cautious. ***

Dear Companies House,

I've just placed an order for a certified copy of the filing "Auditor's resignation" for Curtis Brown Group Limited (Company No. 00679620):

* Order ref: ORD-843917-562464

* Item: CCD-745917-562464

* Filing date shown: 30 April 2025

* Dispatch method: Standard

For my legal records, what I specifically need is the auditor's Section 519 "statement of circumstances" (Companies Act 2006, s.519), and, if applicable, the company's submission of that statement under s.523.

Could you please:

1. Confirm that the certified pack I've ordered will include the full s.519 statement of circumstances provided by RSM UK Audit LLP in relation to their resignation (effective late April 2025); and

2. If the statement has not been placed on the register, advise whether:

o the auditor submitted a "no circumstances to bring to members'/creditors' attention" statement under s.519(4); or

o the company has not yet complied with its s.523 duty to deliver the statement to the registrar (and, if so, how I should obtain it).

If the s.519 statement is held under a different linked entity (e.g., the group parent Original Talent Limited) or a different filing reference, please let me know the exact document title/date to order, and I will place that order immediately.

Thank you for your help, please reference the order number above in your reply.

Kind regards,
Marc Wolstenholme
5 Shetland Close
Coventry CV5 7LS
United Kingdom
marc@mwwolf-fiction.co.uk
+44 7827 964404

This message and any attachments are intended for the persons named as addressees only and may contain confidential information. In addition they may be protected by copyright. If you receive it in error, notify us, delete it and do not make use of or copy it. You must not copy, disseminate or otherwise distribute or publish this message, except for the purposes for which this message is intended, without our consent. Please note that this e-mail has been created in the knowledge that Internet e-mail is not a 100% secure communications medium. We advise that you understand and accept this lack of security when e-mailing us. For company information, guidance and how to file documents online, please see our website www.companieshouse.gov.uk. For more details on how your personal data is handled by Companies House, please see our privacy policy: https://www.gov.uk/government/organisations/companies-house/about/personal-information-charter

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>                    28 August 2025 at 13:28
To: Serco CCSupport <SercoCCSupport@companieshouse.gov.uk>, enquiries@companieshouse.gov.uk, regulatorycomplaints@icas.com

Subject: Urgent Request – Section 519 Auditor Resignation Statement – Curtis Brown Group Ltd (00679620) – Order ORD-843917-562464- FOI Request

To: SercoCCSupport@companieshouse.gov.uk

; enquiries@companieshouse.gov.uk

CC: regulatorycomplaints@icas.com

Dear Companies House,

Dear Ms Guy-Coombes,

Dear ICAS (the auditor's professional regulator),

Thank you for your reply of 28 August 2025 regarding my order ORD-843917-562464. However, the information I require is not available online.

This morning I spoke by telephone with Kim in your Customer Services team (28/08/2025, 12:19, call duration 25:47). Kim confirmed that while the one-page auditor resignation confirmation is on the register, Companies House also holds the accompanying Section 519 "statement of circumstances" from RSM UK Audit LLP, but that this is not available through the public filing portal.

As you will know:

Companies Act 2006, s.519 requires an auditor who resigns to make a statement of the circumstances connected with their ceasing to hold office.

s.519(4) allows them to state "there are no circumstances to bring to members' or creditors' attention" if applicable.

s.523 imposes a duty on the company to send a copy of the statement to the Registrar.

I therefore repeat and clarify my request:

1. Please provide me with the full Section 519 statement of circumstances lodged by RSM UK Audit LLP in respect of their resignation from Curtis Brown Group Ltd (filed 30 April 2025).

2. If the auditor filed a "no circumstances" statement under s.519(4), please confirm this in writing.

3. If the company has failed to comply with its s.523 duty to deliver the statement, please advise me of the correct route to obtain it.

4. Please also confirm whether the Section 519 statement was filed against Curtis Brown Group's parent entity, Original Talent Ltd, rather than directly under CBG's entry, and if so, provide details of the correct filing reference so that I may obtain it.

I have already paid £15 under Order ORD-843917-562464 for the certified resignation filing. If there are additional fees to cover the Section 519 statement, I am willing to pay immediately.

Please escalate this to the correct department if required. This request is made in good faith and relates to ongoing litigation in which the auditor's reasons for resignation are directly material.

For transparency, I have copied the Institute of Chartered Accountants of Scotland (ICAS), RSM UK Audit LLP's professional regulator, into this correspondence.

Kind regards,

Marc Wolstenholme

5 Shetland Close

Coventry CV5 7LS

01/09/2025, 19:26      Marc Wolstenholme Mail - RE: Your Communication with Companies House, Ref: COH1503310X

United Kingdom
Email: marc@mwwolf-fiction.co.uk

Tel: +44 7827 964404

[Quoted text hidden]

---

**enquiries** <enquiries@companieshouse.gov.uk>         28 August 2025 at 13:52
Reply-To: enquiries <enquiries@companieshouse.gov.uk>
To: "marc@mwwolf-fiction.co.uk" <marc@mwwolf-fiction.co.uk>

The Companies House Enquiries Team has received your email.
A response will be with you shortly.
Please note our opening hours - Monday - Friday 08.30 - 18.00 excluding Bank Holidays

Mae Tim Ymholiadau Ty'r Cwmniau wedi derbyn eich neges e-bost.
Anfonir ateb atoch cyn bo hir.
Nodwch ein horiau agor - Llun - Gwener 08.30 - 18.00 ac eithrio Gwyliau Banc

**Rydym yn profi nifer fawr o negeseuon e-bost. Rydym yn gweithio'n galed i ymateb i'ch ymholiadau cyn gynted a phosibl.**

For details on how your personal data is handled by Companies House, please see our privacy policy -
https://www.gov.uk/government/organisations/companies-house/about/personal-information-charter



For details on how your personal data is handled by Companies House, please see our privacy policy -
https://www.gov.uk/government/organisations/companies-house/about/personal-information-charter

This message and any attachments are intended for the persons named as addressees only and may contain confidential information. In addition they may be protected by copyright. If you receive it in error, notify us, delete it and do not make use of or copy it. You must not copy, disseminate or otherwise distribute or publish this message, except for the purposes for which this message is intended, without our consent. Please note that this e-mail has been created in the knowledge that Internet e-mail is not a 100% secure communications medium. We advise that you understand and accept this lack of security when e-mailing us. For company information, guidance and how to file documents online, please visit our website www.companieshouse.gov.uk. This message has been scanned for viruses by MailControl, a service from BlackSpider Technologies. This message and any attachments are intended for the persons named as addressees only and may contain confidential information. In addition they may be protected by copyright. If you receive it in error, notify us, delete it and do not make use of or copy it. You must not copy, disseminate or otherwise distribute or publish this message, except for the purposes for which this message is intended, without our consent. Please note that this e-mail has been created in the knowledge that Internet e-mail is not a 100% secure communications medium. We advise that you understand and accept this lack of security when e-mailing us. For company information, guidance and how to file documents online, please see our website www.companieshouse.gov.uk. For more details on how your personal data is handled by Companies House, please see our privacy policy: https://www.gov.uk/government/organisations/companies-house/about/personal-information-charter

---

**Serco CCSupport** <SercoCCSupport@companieshouse.gov.uk>     1 September 2025 at 09:51
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

Dear Marc,

RE: ORD-843917-562464

Thanks for your email. I am in the process of trying to locate the part of the document requested.

I will respond to your request immediately that it has been located.

Thanks for your patience.

Kind Regards,

Kate Guy-Coombes

Certified Copies Section

Companies House

Tel: 0303 1234 500

www.gov.uk/companieshouse

Follow us on Twitter: @CompaniesHouse

**Customer Satisfaction survey**

We would be grateful if you could take a few minutes to complete our survey to help us measure the level of service we provide via the following: https://www.smartsurvey.co.uk/s/csat-ccfc/



---

**From:** Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
**Sent:** 28 August 2025 13:28
**To:** Serco CCSupport <SercoCCSupport@companieshouse.gov.uk>; enquiries <enquiries@companieshouse.gov.uk>; regulatorycomplaints@icas.com
**Subject:** Re: Your Communication with Companies House, Ref: COH1503310X

You don't often get email from marc@mwwolf-fiction.co.uk. Learn why this is important

[Quoted text hidden]
[Quoted text hidden]

---

**Serco CCSupport** <SercoCCSupport@companieshouse.gov.uk>                    1 September 2025 at 14:43
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

Dear Marc,

RE: ORD-843917-562464

I'm afraid that no such second part was received from the company. I have notified Customer Services in order that they  can make contact with the company to rectify this.

Kind Regards,

Kate Guy-Coombes

Certified Copies Section

Companies House

Tel: 0303 1234 500

www.gov.uk/companieshouse

Follow us on Twitter: @CompaniesHouse

**Customer Satisfaction survey**

We would be grateful if you could take a few minutes to complete our survey to help us measure the level of service we provide via the following: https://www.smartsurvey.co.uk/s/csat-ccfc/



**From:** Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
**Sent:** 28 August 2025 12:19
**To:** Serco CCSupport <SercoCCSupport@companieshouse.gov.uk>
**Subject:** Re: Your Communication with Companies House, Ref: COH1503310X

**\*\*\* This email came from an external source. Please be cautious. \*\*\***

There is no 519 statement with that report. There is no reason for resigning. Its one one page

[Quoted text hidden]
[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk>                    1 September 2025 at 19:08
To: Serco CCSupport <SercoCCSupport@companieshouse.gov.uk>, new.scotland.yard@met.police.uk, icocasework@ico.org.uk

**Subject:** Follow-Up on Certified Document Request – Ref: ORD-843917-562464

Dear Ms. Guy-Coombes,

Many thanks for your assistance with my request.

As noted, this document is highly material to ongoing litigation, and I must therefore ask for clarification of Companies House's procedure in circumstances where a filing appears incomplete or irregular.

In particular, I would be grateful if you could confirm:

1. The procedure followed by Companies House once such an irregularity is identified.

2. The statutory or regulatory timeframe within which the company is legally required to rectify the omission under the Companies Act 2006 and associated regulations.

3. The steps open to an interested party, such as myself, if the company fails to comply.

4. When I may reasonably expect to obtain the complete and corrected document once the irregularity has been notified to the company.

As you will appreciate, the absence of the required statement appears to breach a lawful filing requirement. I am concerned that this may be symptomatic of wider compliance issues with this company, and I therefore seek assurance as to how and when the record will be rectified.

I thank you again for your assistance and look forward to your guidance.

Yours sincerely,
Marc Wolstenholme

[Quoted text hidden]