Case No. 25-3163

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

MARC WOLSTENHOLME,
*Plaintiff-Appellant,*

v.

RIOT GAMES, INC.,
*Defendant-Appellee.*

---

Appeal from the United States District Court For The Central District

---

## OPPOSITION TO PLAINTIFF-APPELLANT MARC WOLSTENHOLME'S MOTION TO FILE UNDER SEAL

---

MITCHELL SILBERBERG & KNUPP LLP
Aaron J. Moss
Joshua M. Geller
Hannah G. Shepherd
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant-Appellee
RIOT GAMES, INC.

## OPPOSITION TO MOTION TO SEAL

Defendant-Appellee Riot Games, Inc. ("Riot") opposes Plaintiff-Appellant Marc Wolstenholme's ("Wolstenholme") Motion to File Under Seal (the "Motion"). As a threshold matter, the Motion is not relevant to any fact or issue in this case and has no bearing on this appeal. It is unclear what the Motion is about or what Wolstenholme seeks to have sealed, but on its face the Motion does not mention Riot, the record in this action, or any issue raised on appeal.

In addition to its irrelevance, the Motion fails to comply with Circuit Rule 27-13(e), which requires that a motion to seal "explain the specific reasons for this relief and describe the potential for irreparable injury in the absence of such relief," and that the sealing request be "the least restrictive scope of sealing." Wolstenholme has not made any showing of irreparable injury or any other basis for relief, and so Riot respectfully requests that the Court deny the Motion.

DATED: September 4, 2025    MITCHELL SILBERBERG & KNUPP LLP

By: _____
    Aaron J. Moss (SBN 190625)
    Joshua M. Geller (SBN 295412)
    Hannah G. Shepherd (SBN 347611)
    Attorneys for Defendant-Appellee
    RIOT GAMES, INC.

## CERTIFICATE OF COMPLIANCE
## PURSUANT TO CIRCUIT RULE 32-1

I hereby certify that pursuant to Federal Rule of Appellate Procedure 27(d) and Ninth Circuit Rule 32-1, the enclosed brief is proportionately spaced, has a typeface of 14-point Times New Roman including footnotes, and contains approximately 161 words. Counsel relies on the word count of the computer program used to prepare this brief.

DATED: September 4, 2025     MITCHELL SILBERBERG & KNUPP LLP


By: _____
Aaron J. Moss (SBN 190625)
Joshua M. Geller (SBN 295412)
Hannah G. Shepherd (SBN 347611)
Attorneys for Defendant-Appellee
RIOT GAMES, INC.