# EXHIBIT B

## MediaHound, UTA, UTA IQ and MediaLink

Compiled evidentiary source pack

Flattened and compressed for electronic filing

# EXHIBIT B - SOURCE INDEX

B-01 A New One-Stop Shop for Streaming Movies, TV - TheWrap.pdf
B-02 UTA Invests in Content-Discovery Startup MediaHound(1).pdf
B-03 MediaHound Developer(1).pdf
B-04 MediaHound Developer- API(1).pdf
B-05 MediaHound Developer- media(1).pdf
B-06 MediaHound Developer- Traits(1).pdf
B-07 MediaHound Developer- CONtribtors(1).pdf
B-08 MediaHound Developer- sourse(1).pdf
B-09 MediaLink Taps Dentsu Veteran For Data_Tech Solutions Role 10_27_2020.pdf
B-10 MediaLink Taps Lucas Cridland to Lead Hudson Bridge.pdf
B-11 UTA ACQUIRES MEDIALINK.pdf
B-12 UTA ACQUIRES MEDIAHOUND TO ACCELERATE DATA ANALYTICS CAPABILITIES.pdf
B-13 UTA Acquires Data and Analytics Firm MediaHound (Exclusive).pdf
B-14 UTA Accused of Fraud, Breach of Contract by MediaLink CEO.pdf
B-15 UTA & Michael Kassan Settle Lawsuit Over Employment Contract Dispute.pdf
B-16 UTA and Michael Kassan privately end their ongoing dispute _ Campaign US.pdf
B-17 Jeremy Zimmer on Leaving UTA, Hollywood and the MediaLink Mistake _ Exclusive.pdf

# EXHIBIT B-01

A New One-Stop Shop for Streaming Movies, TV - TheWrap

# A New One-Stop Shop for Streaming Movies, TV

Sporting deals with iTunes, Hulu, Amazon and more, MediaHound finds you the cheapest and easiest streaming service

SUBSCRIBE TODAY FOR

$1/week

for your first year

Annual
$52 billed today for your first year, renews at $199/year

Monthly
Billed $5/mo for your first 6 months, then $9.99/mo thereafter.

✓ Unlimited access to TheWrap

- Data insights & deep-dive features
- Weekly PRO newsletters
- Exclusive videos & analysis
- Invite-only member events
- Limited Time Offer

Subscribe Now

Charged $52 for your first year. Then renews annually at $199 until canceled. Cancel anytime.

Already have an account? Login




**THEWRAP**

About Us

Advertise

Contact

Careers

Masthead

Newsletters

WrapBook

**WRAP PRO**

Subscribe

Team Plan

Learn More

**LEGAL**

Terms of Service

Privacy Policy

AdChoices

**WRAP MAGAZINE**

Cannes

College

Emmys

Oscars

Advertise With Us

Case: 25-3163, 09/28/2026, DktEntry: 44.2, (8 of 117)

© Copyright 2026 TheWrap

# EXHIBIT B-02

UTA Invests in Content-Discovery Startup MediaHound(1)

y!entertainment

Search the web

Entertainment: Presley Gerber dies at 27 | Ed Sheeran breaks silence | 'The Voice' Season 30 premi

VARIETY Follow

# UTA Invests in Content-Discovery Startup MediaHound

Todd Spangler
Mon, October 20, 2014 at 3:34 PM GMT+1

Add Yahoo on Google

Startup MediaHound has raised $4.5 million in first-round funding from UTA and private investors, and the company is launching its first iPhone app aimed at letting consumers find, curate and share their favorite entertainment content.

The latest funding brings L.A.-based MediaHound to $5 million raised to date; the company declined to identity its other investors. The company originally built a

web-based discovery service for movie and TV content, and has now expanded to encompass other media including music, books and videogames.

Dozens of other apps and services provide similar content recommendations and social-sharing features tied into Apple iTunes, Netflix, Spotify, Vudu and others. MediaHound claims its key differentiator is that spans multiple domains and plans to introduce a universal-search feature.

"MediaHound helps users break down barriers for universal access to all entertainment," CEO Addison McCaleb said. He said feedback from MediaHound's initial service showed users were interested in finding and sharing entertainment formats beyond just TV shows and movies, such as the "Harry Potter" books.

Currently, MediaHound's iOS app is available on an invitation-only basis to its base of about 30,000 beta-test users.

Formed in 2011, MediaHound spun out of the USC Viterbi Startup Garage's accelerator, formed by USC, Kleiner, Perkins, Caufield & Byers and UTA. The 12-employee company is based in El Segundo, Calif.

MediaHound generates revenue from affiliate-referral fees (for example, if users purchase a movie through iTunes, it gets a percentage of the transaction) and also runs entertainment-focused ads on the service.

Related stories

'Outpost 37' Director Signs With UTA and Inphenate

Film Exec Nick Shumaker Joins UTA's Independent Film Group

Former Exclusive Media Exec Alex Brunner Joins UTA Independent Film Group

**Get more from Variety and Variety411**: Follow us on Twitter, Facebook, Newsletter

View comments

Terms and Privacy Policy Privacy & Cookie Settings About Our Ads

Case: 25-3163, 09/28/2026, DktEntry: 44.2, (13 of 117)

Case: 25-3163, 09/28/2026, DktEntry: 44.2, (14 of 117)

## Recommended articles

yahoo!entertainment

Yahoo!

Celebrity

Movies

Books

TV + Streaming

The It List

How to Watch

Interviews

Music

Yahoo Picks

Terms and Privacy Policy

Suggestions

Privacy & Cookie Settings

About Our Ads

Help

Site Map

© 2026 Yahoo. All rights reserved.

# EXHIBIT B-03

MediaHound Developer(1)

Core Concepts

**Core Concepts**
Getting Started

**API Objects**

**Hound Query Language**

**REST API**

**Examples**

# Getting Started

A high-level walkthrough of The Entertainment Graph®.

---

## Welcome to The Entertainment Graph®, built by MediaHound.

We bring together all movies and television as well as the people and concepts that connect that content. The result is an incredibly meaningful web of context and discovery that can power a great variety of products and experiences.

You will find a high-level diagram of some of the relationships and objects in The Entertainment Graph® below. For more details on the company behind The Entertainment Graph®, visit MediaHound.com.

Movie Relationships

Try MediaHound

Check out try.mediahound.com if you'd like to explore what our API can do in an intuitive playground before you start building an app.

## Search for a Movie

Let's take a look at using the REST API to access The Entertainment Graph®. The Entertainment Graph® is filled with content of all different types: movies, TV shows, directors, etc. We provide Universal Search across all of this content. To keep our results simple for this example, let's use the MediaHound API to search for one movie:

### Request

```
curl \
  -X POST \
  -H "Content-Type: application/json" \
  --data '{ "returnType": "Movie", "searchTerm": "Gladiator"}' \
  --user API_USER:API_PASSWORD \
  https://api.mediahound.net/graph/search
```

> Note: You will need an API_USER and API_PASSWORD to authenticate and access the MediaHound API.

Discover what else you can do with Search.

### Response

We searched for the string, "Gladiator," and filtered the results to movies. *Gladiator* (2000) is returned as we would expect:

```
{
  "content": [
```

```
        "name": "Gladiator",
        "altId": "mhmov-gladiator",
        "releaseDate": 946684800,
        "description": "A disgraced Roman general, played by Russell Crowe
        "primaryImage": {
          "object": {
            "mhid": "mhimgGttJE3CaxHXF7rD5aiCOj5hXrHgNMLcutexcBpU",
            "name": "Gladiator 2000",
            "isDefault": false,
```


You'll notice that this API request returned a paged response. This is true of most of the MediaHound API. Because of the size of The Entertainment Graph®, we can't return everything to you at once. Instead, we chunk it up into pages and let you request more data one page at a time.

- For more on the response structure, see API Objects.

### All That Data

Looking at the above Search response example, you'll notice just how much data we have to offer. All Media has metadata — details like name, release date, etc.

Media, importantly, has connections to other objects in The Entertainment Graph®. Movies have a list of people who helped create the movie. We call these people Contributors. Contributors can cross different Content types.

---

## Explore Away!

We just explored the basics of The Entertainment Graph®. This developer portal contains documentation about everything we have to offer.

Company

About

Privacy Policy

Terms of Use

License

Branding Guidelines

Documentation

Getting Started

Core Concepts

API Objects

REST API

Help

Contact Us

Twitter

Facebook

Powered by The Entertainment Graph ®

© 2021 MediaHound, Inc. | Privacy

# EXHIBIT B-04

MediaHound Developer- API(1)

# API Objects

**Core Concepts**

**API Objects**

Contributors

Ids & MSIs

Images

Media

Names

Object Context Pairs

Pagination

Sources

Traits

**Hound Query Language**

**REST API**

**Examples**

# API Objects

Dive deep into The Entertainment Graph® objects

## The Entertainment Graph®

The MediaHound API is built upon objects and relationships. One object can represent a movie, and another, a director. Relationships connect those two objects together and describe how they

## MediaHound Objects

All Entertainment Graph Objects are called MediaHound Objects, and all MediaHound Objects share the core fields of `mhid`, and `altId`. From there, the supported fields vary depending on the type of Object.

To learn more about each MediaHound Object Type, look through the rest of our API Objects.



Powered by The Entertainment Graph®
© 2021 MediaHound, Inc. | Privacy

# EXHIBIT B-05

MediaHound Developer- media(1)

API Objects

**Core Concepts**

**API Objects**

Contributors

Ids & MSIs

Images

Media

Names

Object Context Pairs

Pagination

Sources

Traits

**Hound Query Language**

**REST API**

**Examples**

# Media

Media objects are representations of all types of entertainment. They are designed to be compartmentalized and flexible in order to accurately represent multiple types of entertainment.

---

## Recognizing a Media Object

### Video Types

| Media | MHID Prefix | Description |
|---|---|---|
| Movie | mhmov | A feature-length motion picture. |
| ShowEpisode | mhsep | A single installment of video content within a sequence of serialized content. |
| ShowSeason | mhssn | A Season belonging to a Show Series. |
| ShowSeries | mhsss | A Show Series (a.k.a., TV Show) representing the entire series. |
| Special | mhspc | A single installment of unserialized video content. |
| Trailer | mhtrl | A short promotional video intended to preview the content. |

### Mixed Types

| Media | MHID Prefix | Description |
|---|---|---|
| MHGraphGroup | mhggp | An unordered list of MHObjects. |

## Default and Optional Fields

All Media objects are returned with a default set of fields. These fields contain information and properties that relate directly to the essence of the Media object itself.

> The default fields are guaranteed and are returned every time a Media object is returned. Everything else may be included by passing in the relevant Component.

```
{
  "content": [{
    "object": {
      "mhid": String (default field),
```

```
        "releaseDate": Long (default field),
        "description": String (default field),
        "primaryName": PRIMARY_NAME_OBJECT,
        "primaryImage": PRIMARY_IMAGE_OBJECT,
        "secondaryImage": SECONDARY_IMAGE_OBJECT,
        "images": IMAGES_ARRAY,
        "keyContributors": KEY_CONTRIBUTORS_ARRAY,
        "contributors": CONTRIBUTORS_ARRAY,
```


### Default Field Summary

| Property | Description |
|---|---|
| mhid | The MediaHound ID of the Media. |
| name | The name of the Media. |
| altId | The alternate ID of the Media, to be used for urls. |
| releaseDate | The release date of the Media in Unix time. |
| description | The description of the Media. For things such as Movies, this would be a synopsis. |

---

## Primary Name

All Media objects contain a Name sub-object called `primaryName`. This contains the primary locale-relevant Name.

> The `primaryName` object is returned whenever a `primaryName` Component is requested.

---

## Primary Image

All Media objects contain an Image sub-object called `primaryImage`. You can expect this to be the best visual representation of the piece of content. For example, a movie's `primaryImage` is likely to be a poster, whereas a book's `primaryImage` is often its cover. Media images typically

**applications should handle images of all aspect ratios.**

> The `primaryImage` object is returned whenever a `primaryImage` Component is requested. The response object is guaranteed, but may only contain a default image.

---

## Secondary Image

All Media objects contain an Image sub-object called `secondaryImage`.

> The `secondaryImage` object is returned whenever a `secondaryImage` Component is requested. The response object is guaranteed, but may only contain a default image.

---

## Images

All Media objects contain a sub-object array called `images`. This array contains unsorted Images from or about the content.

> The `images` array is returned whenever an `images` Component is requested. The response array is guaranteed, but may be empty.

---

## Key Contributors

All Media objects contain a sub-object array called `keyContributors`. This contains Contributors that have been determined to be significant for the Media object. For example, for a Movie, this may be people such as the Director and a few key Cast Members. For a Book, this may be the Author. This array will contain no more than 10 Contributors.

## Contributors

All Media objects contain a sub-object array called `contributors`. This contains all Contributors that have contributed to the content.

> The `contributors` array is returned whenever the `contributors` Component is requested. The response array is guaranteed, but may be empty.

## Key Suitabilities

Some Media objects contain a sub-object called `keySuitabilities`. This contains Trait objects that specify the suitability rating of the Media object. For example, for a Movie, this may the MPAA rating.

> The `keySuitabilities` array is returned whenever the `keySuitabilities` Component is requested. The response array is guaranteed, but may be empty.

## Primary Group

Some Media objects contain a sub-object called `primaryGroup`. It refers to the "parent" Media object of the requested Media object. For example, for a ShowEpisode, this would be its ShowSeason. For a Track, as is can appear on multiple Albums, this would be the primary, or original, Album that it appeared on.

> The `primaryGroup` object is returned whenever the `primaryGroup` Component is requested and the object has a Primary Group.

Key Traits

All Media objects contain a sub-object array called `keyTraits`. This array contains Trait objects which are considered to be "key", or essential traits for a piece of Content.

> The `keyTraits` array is returned whenever the `keyTraits` Component is requested. The response array is guaranteed, but may be empty.

---

## Sources

Some Media objects contain a sub-object array called `sources`. This array contains sources which the media is currently available on, and which your client has permissions for. For questions about which sources your client key has permissions to, please contact bark@mediahound.com.

> The `sources` array is returned whenever the `sources` Component is requested. The response array is guaranteed, but may be empty.

Company
About
Privacy Policy
Terms of Use
License
Branding Guidelines

Documentation
Getting Started
Core Concepts
API Objects
REST API

Help
Contact Us
Twitter
Facebook

Powered by The Entertainment Graph®

# EXHIBIT B-06

MediaHound Developer- Traits(1)

API Objects

Core Concepts

API Objects

Contributors

Ids & MSIs

Images

Media

Names

Object Context Pairs

Pagination

Sources

Traits

Hound Query Language

REST API

Examples

# Traits

Trait objects are representations of descriptive qualities that can be attached to Media objects.

---

## Recognizing a Trait Object

All MediaHound Object Types can be inferred from the first five characters of their MHID or AltID. Here is a list of all Trait types in The Entertainment Graph® and their corresponding prefix.

| | | | |
|---|---|---|---|
| Trait | mhtrt | A category of content based on stylistic criteria. | Drama, Comedy, Episodic, Offbeat |

## Default and Optional Fields

All Trait objects are returned with a default set of fields. These fields contain information and properties that relate directly to the essence of the Trait object itself.

> The default fields are guaranteed and are returned every time a Trait object is returned. Everything else may be included by passing in the relevant Component.

```
{
  "content":[{
    "object": {
      "mhid": String (default field),
      "name": String (default field),
      "altId": String (default field),
      "subType": String (default field),
      "primaryName": PRIMARY_NAME_OBJECT,
      "primaryImage": PRIMARY_IMAGE_OBJECT,
      "secondaryImage": SECONDARY_IMAGE_OBJECT,
      "images": IMAGES_ARRAY,
      "traitContent": TRAIT_CONTENT_ARRAY,
    },
    "context":{}
  }]
```

### Default Field Summary

| Property | Description |
|---|---|
| mhid | The MediaHound ID of the Trait. |

| | |
|---|---|
| altId | The alternate ID of the Trait. |
| subType | A SubType descriptor of the Trait. |

## Primary Name

All Trait objects contain a Name sub-object called `primaryName`. This contains the primary locale-relevant Name.

> The `primaryName` object is returned whenever a `primaryName` Component is requested.

## Primary Image

All Trait objects contain an Image sub-object called `primaryImage`. **Aspect ratios are not guaranteed, and applications should handle images of all aspect ratios.**

> The `primaryImage` object is returned whenever a `primaryImage` Component is requested. The response object is guaranteed, but may only contain a default image.

## Secondary Image

All Trait objects contain an Image sub-object called `secondaryImage`. You can expect this to be a background image of the Trait.

> The `secondaryImage` object is returned whenever a `secondaryImage` Component is requested. The response object is guaranteed, but may only contain a default image.

### Images

All Trait objects may contain a list of Image sub-objects called `images`. This list will contain all Images associated with the given Trait.

> The `images` array is returned whenever an `images` Component is requested. The response array is guaranteed, but may be an empty array.

---

### Trait Content

All Trait objects contain a sub-object array of Content objects which represent all of the Content this trait is associated with. This could be Movies or ShowSeries which have this trait.

> The `traitContent` object is returned whenever a `traitContent` Component is requested.

Company
About
Privacy Policy
Terms of Use
License
Branding Guidelines

Documentation
Getting Started
Core Concepts
API Objects
REST API

Help
Contact Us
Twitter
Facebook

Powered by The Entertainment Graph®
© 2021 MediaHound, Inc. | Privacy

# EXHIBIT B-07

MediaHound Developer- CONtribtors(1)

API Objects

**Core Concepts**

**API Objects**

Contributors

Ids & MSIs

Images

Media

Names

Object Context Pairs

Pagination

Sources

Traits

**Hound Query Language**

**REST API**

**Examples**

# Contributors

Contributor objects are representations of all types of Contributors of entertainment. They are designed to be compartmentalized and flexible in order to accurately represent multiple types of Contributors.

---

## Recognizing a Contributor Object

### Contributor Types

| Contributor | MHID Prefix | Description | Examples |
|---|---|---|---|
| RealIndividualContributor | mhric | A real person who contributes to pieces of content. | George Clooney, Prince, J.K. Rowling, Viola Davis |
| RealGroupContributor | mhrgc | A real group entity that contributes to pieces of content. | Paramount Pictures, The Beatles, Adult Swim |
| FictionalIndividualContributor | mhfic | An imaginary individual that appears in pieces of content. | Batman, Katniss Everdeen, Ziggy Stardust, Hannibal Lector |
| FictionalGroupContributor | mhfgc | An imaginary group entity that appears in pieces of content. | The Avengers, The Empire, Knights Templar, G.I. Joe, Jesse and the Rippers |

## Default and Optional Fields

All Contributor objects are returned with a default set of fields. These fields contain information and properties that relate directly to the essence of the Contributor object itself.

> The default fields are guaranteed and are returned every time a Contributor object is returned. Everything else may be included by passing in the relevant Component.

```
{
  "content": [{
    "object": {
      "mhid": String (default field),
      "name": String (default field),
      "altId": String (default field),
```

```
      "secondaryImage": SECONDARY_IMAGE_OBJECT,
      "images": IMAGES_ARRAY,
      "contributions": CONTRIBUTIONS_ARRAY,
    },
    "context":{}
  }],
```

### Default Field Summary

| Property | Description |
|---|---|
| mhid | The MediaHound ID of the object. |
| name | The name of the object. |
| altId | The alternate ID of the object, to be used for urls. |

## Primary Name

All Contributor objects contain a Name sub-object called `primaryName`. This contains the primary locale-relevant Name.

> The `primaryName` object is returned whenever a `primaryName` Component is requested.

## Primary Image

All Contributor objects contain an Image sub-object called `primaryImage`. You can expect this to be the best visual representation of the Contributor. Contributor images typically have consistent aspect ratios. **However, aspect ratios are not guaranteed, and applications should handle images of all aspect ratios.**

## Secondary Image

All Contributor objects contain an Image sub-object called `secondaryImage`. You can expect this to be a background image of the Contributor.

> The `secondaryImage` object is returned whenever a `secondaryImage` Component is requested. The response object is guaranteed, but may only contain a default image.

## Images

All Contributor objects may contain a list of Image sub-objects called `images`. This list will contain all images associated with the given Contributor.

> The `images` array is returned whenever an `images` Component is requested. The response array is guaranteed, but may be an empty array.

## Contributions

All Contributor objects contain a sub-object array called `contributions`. This is a list of Media objects representing the things this Contributor has contributed to.

> The `contributions` object is returned whenever a `contributions` Component is requested. The response array is guaranteed, but may be empty.

Contributor Context

When asking for all the Contributors that have contributed to a piece of Media, the response is an array of Object Context Pairs. The `object` is the actual Contributor, as described above. The `context` is an object that contains information about how the specific Contributor relates to the Media object.

```
"context": {
  "sorting": {
    "importance": Integer
  },
  "relationships": [
    {
      "contribution": String,
      "role": String
    }
  ]
}
```

### Property Summary

| Property | Description |
|---|---|
| relationships | An array of all the type of relationships the Contributor has to the Media. This can contain multiple objects. For example, if an Actor appeared as multiple characters in a Movie, then there would be a new relationship object for each character. |
| contribution | The type of contribution the Contributor had towards the Media. Common examples are "Director" and "Cast." |
| role | If the contribution was of type "Cast", then this would be the name of the character. |

© 2021 MediaHound, Inc. | Privacy

# EXHIBIT B-08

MediaHound Developer- sourse(1)

# API Objects

**Core Concepts**

**API Objects**

Contributors

Ids & MSIs

Images

Media

Names

Object Context Pairs

Pagination

Sources

Traits

**Hound Query Language**

**REST API**

**Examples**

# Sources

Source objects are representations of non-MediaHound services that we have linked to their corresponding MediaHound objects. Examples of these would be HBO, Netflix, IMDb, and RottenTomatoes.

---

## Recognizing a Source Object

### Source Types

| Source | MHID Prefix | Description | Examples |
| --- | --- | --- | --- |
| Source | mhsrc | A third-party provider of content or information about content. | IMDB, Netflix, iTunes, Fandango |

## Default and Optional Fields

All Source objects are returned with a default set of fields. These fields contain information and properties that relate directly to the essence of the Source object itself.

> The default fields are guaranteed and are returned every time a Source object is returned. Everything else may be included by passing in the relevant Component.

```
      "object": {
        "mhid": String (default field),
        "name": String (default field),
        "altId": String (default field),
        "primaryName": PRIMARY_NAME_OBJECT,
        "primaryImage":  PRIMARY_IMAGE_OBJECT,
        "secondaryImage": SECONDARY_IMAGE_OBJECT,
      },
      "context": CONTEXT_OBJECT (see below)
    }],
    "pagingInfo": {
      "next": null,
      "previous": null
    }
  }
```

### Default Field Summary

| | |
|---|---|
| name | The name of the Source. |
| altId | The alternate ID of the Source, to be used for urls. |

## Primary Name

All Source objects contain a Name sub-object called `primaryName`. This contains the primary locale-relevant Name.

> The `primaryName` object is returned whenever a `primaryName` Component is requested.

## Primary Image

All Source objects contain a sub-object called `primaryImage`. You can expect this to be the best visual representation of the Source.

The `primaryImage` will return an Image object.

> The `primaryImage` object is returned whenever a `primaryImage` Component is requested. The response object is guaranteed, but may only contain a default image.

## Secondary Image

All Source objects contain a sub-object called `secondaryImage`. You can expect this to be an icon image of the piece of content.

The `secondaryImage` will return and Image object.

## Context

When asking for the Sources that a particular Media object is available on, the response is an array of Object Context Pairs. The `object` is the actual Source, as described above. The `context` is a complex nested object that aims to give as much information as possible in a manner that is consistent across all Sources. All Source objects will be paired with a context of `formats` (see below) which detail the available ways to consume this media.

> Note that everything inside `context` is not configurable via Components. It is assembled automatically with the most data the API can provide.

```
"context": {
  "formats": FORMATS_OBJECT (see next section)
}
```

## Formats

The `formats` property is an array of Format objects, each containing specific consumption information for individual formats.

```
"formats": [
  {
    "method": String,
    "medium": String,
    "price": Double,
    "currency": String
  }
```

## Property Summary

| Property | Description |
|---|---|
| method | The method of payment. Current values are rent, purchase, subscription, and adSupported. |
| medium | The medium of delivery. Current values are download, stream, deliver, and pickup. |
| price | The price of the content in the format. |
| currency | The currency of the price, usually "USD." |



Powered by The Entertainment Graph®
© 2021 MediaHound, Inc. | Privacy

# EXHIBIT B-09

MediaLink Taps Dentsu Veteran For Data_Tech Solutions Role 10_27_2020

PEOPLE on the Move (/publications/people-on-the-move/)

enter your email address Subscribe

# MediaLink Taps Dentsu Veteran For Data/Tech Solutions Role

by **Steve McClellan (/publications/author/2990/steve-mcclellan/)** , October 26, 2020

Media and marketing advisory firm MediaLink, part of Ascential, has hired Dentsu veteran Reshma Karnik as vice president, data and technology solutions (dts).

Based in Chicago, she will report directly to managing director Mark Wagman, who leads the DTS specialty. In the role, Karnik will work with the DTS team of strategists and architects to assess, recommend, and implement plans for software, hardware, and partnerships on both the buy and the sell-side.

Karnik brings 15 years of business development, ad tech and analytics expertise to her new job, much of that experience stemming from an eight-year tenure at Dentsu, where she was focused on both strategy and activation for programmatic media, running a portfolio of brands that had her trading and managing clients and revenue, as well as data and analytics.

During her time at Dentsu, Karnik led the company's global data management platform Amnet Audience Center. Additionally, she co-led the Clean Supply initiative launched by Dentsu to increase the availability of brand safe, fraud free, and viewable inventory for clients.

Comment

PEOPLE on the Move (/publications/people-on-the-move/)

enter your email address Subscribe

# Cortes Appointed CEO TBWA Colombia

by **Steve McClellan (/publications/author/2990/steve-mcclellan/)** , September 22, 2026



Cortes

Santiago Cortés has been appointed CEO of TBWA Colombia, as part of a broader plan to strengthen the agency's operations in the country.

The appointment also marks Cortés' return to Colombia following an international career spanning Latin America, the United States and Asia. He most recently served as Chief Commerce & Growth Officer at VML Mexico.

"Santiago's appointment reflects our ambition for TBWA Colombia and the importance of this market to our network," stated Erin Riley, CEO, TBWA, part of Omnicom Advertising. "His experience building teams and businesses across very different cultures and markets, combined with his belief in the power of creativity to drive growth, is strongly aligned with what we are building at TBWA."

advertisement

advertisement

>

Comment

# EXHIBIT B-10

MediaLink Taps Lucas Cridland to Lead Hudson Bridge

Mar 3, 2021 9:00 AM Eastern Standard Time

# MediaLink Taps Lucas Cridland to Lead Hudson Bridge

Share

## *New Practice Provides Technology-driven Transformation Advisory with Focus on Hudson MX Implementation*

NEW YORK--(BUSINESS WIRE)--Strategic advisory firm MediaLink, an Ascential company, plc (LSE: ASCL.L), today announced the appointment of Lucas Cridland as Managing Director of its newly-launched practice, Hudson Bridge, effective immediately. In this post, Cridland will be responsible for leading the new practice supporting MediaLink and Ascential companies by providing its clients advisory on technology-driven transformation. The practice will include expertise on agency enterprise systems and their implementation, transition, and integration, as well as optimizing processes to accelerate companies' operational speed, efficiency and efficacy.

Within this remit, Hudson Bridge and Cridland will provide immediate focus on the implementation excellence of Hudson MX, an advertising technology business. Hudson MX provides media buying and media accounting solutions globally through a cloud-based SaaS platform, partnering with its agency clients to catalyze marketing transformation efforts.

Michael Kassan, Chairman and CEO, MediaLink, commented: "At a time when media fragmentation and technology complexity has never been greater, we are launching Hudson Bridge with Lucas at the helm to help clients harness technology as a competitive advantage to simplify, optimize, and drive better results. Importantly, a key focus area for Lucas and the practice will be to further scale Hudson MX onboarding as clients increasingly migrate to the platform. Lucas knows the business deeply including, critically, how to deliver enterprise solutions for agencies and clients against a backdrop of rapid industry evolution."

Cridland most recently served as Chief Operating Officer, Media US, Dentsu where he was responsible for the operational infrastructure, technology platforms and working processes across the holding company's media businesses. Prior, Cridland held other leadership positions within Dentsu and earlier in his career at Omnicom Media Group and Publicis Groupe.

JT Batson, CEO of Hudson MX commented: "We are thrilled to continue to reinforce our partnership with Ascential and MediaLink as we scale our capabilities and expand our client base with technology to support agencies' transformation ambitions. Building on our ongoing, strong collaboration with Ascential resources and advisors, we look forward to partnering with Lucas. He brings unparalleled depth of knowledge of media agency operations and systems, honed from 25 years of leading media agency businesses, including developing and overseeing organizational, process and systems strategy and implementation in support of agency and marketer goals."

Cridland commented: "The industry has changed so much over the past decade, yet the foundational systems that support our business are the same despite the complexity in media that exists today. The industry needs new technology solutions and working practices to deliver successfully for the future. We have an opportunity to re-imagine how agencies can work, supported by technologies that empower agencies' businesses and improve where people's time and effort is deployed. A better technology-led infrastructure will benefit both the individuals working in the industry and the businesses that work together across the media supply chain. I'm excited to partner with Ascential companies, Hudson MX and agencies in my new role to deliver on this front, helping establish a strong technology foundation for the future."

The launch of MediaLink's Hudson Bridge practice and Cridland's appointment follow a year of significant growth including expansion of Hudson MX's capability to span all online and traditional media types, a rapid increase in clients onboarding to the platform, and most recently series D financing of up to $63.5 million led by Ascential.

**About MediaLink:**

MediaLink is a leading strategic advisory firm operating at the intersection of media, marketing, advertising, entertainment, technology and finance. Unlike any other company in the strategic advisory space, MediaLink provides counsel for navigating the age of digital disruption in the core areas of data and technology, investor strategies, marketplace development, partnership optimization, talent and organization, and transformations. Founded in 2003 by Michael E. Kassan,

MediaLink employs 125 professionals in New York, Chicago, Los Angeles, San Francisco, and London. MediaLink is an Ascential company. www.medialink.com

**About Ascential plc:**

Ascential is a specialist information, data and analytics company that helps the world's most ambitious businesses win in the digital economy. Our information, insights, connections, data and digital tools solve customer problems in four principal disciplines:

- Digital Commerce via data, analytics and managed services brands Flywheel Digital, Yimian and Edge;
- Product Design via global trend forecasting service WGSN;
- Marketing via global benchmarks for creative excellence and effectiveness, Lions and WARC, and strategic advisory firm MediaLink; and
- Retail & Financial Services, including the world's premier payments and FinTech congress Money20/20 and events, data and tools for retailers.

## Contacts

**Media :** Jennifer Seley, MediaLink, jseley@medialink.com, 917-287-5883

**Industry:** Technology Finance Consulting Marketing Advertising Communications Professional Services Software Data Management

**MEDIALINK**

LSE:ASCL

**RELEASE VERSIONS**

English

**CONTACTS**

**Media :** Jennifer Seley, MediaLink, jseley@medialink.com, 917-287-5883

# More News From MediaLink

Get RSS Feed

### MediaLink Names Emma Mondolino as EVP, Head of Marketing

NEW YORK--(BUSINESS WIRE)--MediaLink, the leading consulting firm serving the media and marketing industries, today announced Emma Mondolino as EVP, Head of Marketing. Mondolino will be based in New York, reporting to Chief Business Officer Martin Rothman. In the newly-...

---

### MediaLink Reveals The Marketer's Forecast 2024

NEW YORK--(BUSINESS WIRE)--A new global study of 400+ marketing leaders in media and marketing will be unveiled today from strategic advisory firm MediaLink. "The Marketer's Forecast 2024 (TMF24)" explores the forces shaking up the business world and aims to inform...

---

### MediaLink's 2022 "The Revelation Report" Reveals Businesses Face Significant Ethical and Emotional Dissonance in Year Ahead

LONDON--(BUSINESS WIRE)--Strategic advisory firm MediaLink, a UTA company, today released The Revelation Report, its 12th annual future-facing research study into the hearts and minds of global marketing and media leadership to uncover the trends, provocative opinions...

Back to Newsroom →

## Wish your news had this kind of reach?

Sign Up →

Learn About Business Wire →

**Company**

About Business Wire

Careers

Media Center

Help Center

**Services**

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

**Solutions**

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

**Newsroom**

Industries

Subjects

Languages

**Resources**

**Blog**

For Journalists

Sign Up

businesswire
A BERKSHIRE HATHAWAY COMPANY

© 2026 Business Wire, Inc.

Privacy Policy Cookie Policy Accessibility Statement Terms of Use Legal

# EXHIBIT B-11

UTA ACQUIRES MEDIALINK

# UTA ACQUIRES MEDIALINK

## Combination Creates Next Generation Player at the Intersection of Strategy, Technology, Entertainment and Marketing

## Michael Kassan Continues as CEO of MediaLink, a UTA Company

NEWS PROVIDED BY
**United Talent Agency** →
Dec 16, 2021, 02:30 ET

BEVERLY HILLS, Calif., Dec. 16, 2021 /PRNewswire/ -- Leading global talent, entertainment and sports company UTA today announced its acquisition of MediaLink, one of the media and marketing world's most trusted and connected strategic advisory firms. The combination's immediate synergies firmly establish UTA's market-leading position at the nexus of strategy, technology, entertainment and marketing.

MediaLink Founder and CEO Michael Kassan joins UTA as a partner and will continue as CEO of MediaLink, which will maintain its powerful brand and full organization as a UTA-owned company.



Jeremy Zimmer, CEO of UTA



Michael Kassan, CEO of MediaLink, a UTA Company

Kassan and his 150+-member team have built one of the advisory world's most enviable networks of C-suite relationships across entertainment, technology, brands, marketing and finance. This includes longstanding, trusted advisory roles with more than 50% of Fortune's "World's Most Admired Companies," seven of the top 10 global media companies as well as a host of the world's leading brands.

"We have watched Michael Kassan steadfastly build his company over the years. What seemed at first to be an amazing one-man band has become a first-class, global consulting firm with powerful colleagues, deep expertise and unparalleled relationships," said UTA CEO Jeremy Zimmer. "I am truly grateful for the opportunity to welcome Michael and his team to UTA. I know UTA will benefit from their insights, relationships and expertise. And, this acquisition is a clear signal that UTA sees its work at the intersection of entertainment, brands and marketing as a core pillar of the future growth opportunities we are able to provide for our clients."

MediaLink's strengths are a powerful complement to UTA's operations. One of the world's biggest talent representation companies, UTA's client roster includes prominent and successful artists, athletes, musicians and other cultural icons. In recent years, the company also has become known for its fast-growing entertainment marketing and consultancy division, UTA Marketing, which works with leading global brands to build long-term entertainment strategies and relationships with top creators. UTA also has thriving Endorsement and Voiceover as well as Music Brand Partnerships practices.

"The combination of UTA and MediaLink creates an unparalleled offering operating where strategy, culture, entertainment, marketing and technology intersect," Kassan said. "We will optimize our complementary strengths to the benefit of our clients and exponentially expand the opportunities available to them. What's more, MediaLink will be deeply immersed in a creator culture represented by UTA – one that pivots on entrepreneurship and an unwavering passion for artists, entertainment and media. Our two companies operate at the same intersection and share the same vision. It's a perfect fit."

UTA acquired MediaLink from UK-based Ascential PLC.

Kassan continued: "MediaLink has been propelled by our proximity to Ascential for the past four years, and I thank Duncan Painter and the entire Ascential team for being a great partner and ally. We will continue our deep partnership with Cannes Lions under our new ownership."

Since its founding in 2003, MediaLink has worked to establish, expand and cultivate a rich network of relationships across the interrelated worlds of brands, media, entertainment, tech and finance. Consistently ranked as one of the nation's best management consulting firms, their services help companies navigate change, drive competitive advantage and grow their businesses, with a specific emphasis on media and marketing. Core service areas include marketing transformation, data and technology solutions, agency reviews and marketing capabilities development, private equity advisory, as well as executive search and talent development.

As a UTA company, MediaLink will continue providing its unique blend of advisory services.

Additionally, UTA Marketing will become a division of MediaLink called UTA Entertainment & Culture Marketing, where it will carry on its work at the intersection of brands, marketing and the creative community. Co-Heads David Anderson and Julian Jacobs will also join the Executive Leadership Team of MediaLink.

The MediaLink acquisition caps off a year of significant momentum for UTA, which also includes robust expansion of its sports representation and global music businesses, major client signings, and becoming the first top talent company to open a full-service office in Atlanta, in part due to the region's hub of global corporate headquarters. This year, UTA also became the first talent agency to launch an

NFT practice, signing major ventures in the space. Earlier this month, UTA also unveiled plans to launch a Special Purpose Acquisition Company (SPAC) to leverage its powerful network of creative and executive talent in the gaming industry.

MediaLink will continue to maintain offices in New York, Los Angeles, Chicago and London. And, UTA has made clear no job losses are anticipated as a result of the acquisition. UTA expects the company to continue to hire and grow.

UTA was advised on the deal by Skadden, Arps, Slate, Meagher & Flom LLP and PWC. Michael Kassan was advised on the deal by Michelman & Robinson.

**About UTA**

One of the most influential companies in the global entertainment business, leading talent, entertainment and sports agency UTA represents some of the world's most iconic, barrier-breaking artists and creators— from actors, athletes and musicians to writers, gamers, and digital influencers. UTA's business spans talent representation, original content production and its strategic advisory and marketing practice that works with the biggest brands in the world. UTA is headquartered in Los Angeles with offices in Atlanta, Chicago, Nashville, New York and London. More information can be found at **unitedtalent.com** and by following UTA on **Instagram**, **Twitter**, **Facebook** and **LinkedIn**.

**About MediaLink**

MediaLink is the media and marketing industry's most trusted and connected strategic advisory firm, specializing in identifying areas of opportunity, optimization, and ultimately growth for its clients. The firm provides counsel for navigating change in the core areas of marketing transformation, data and technology solutions, growth strategy, private equity advisory and executive search and talent development. Founded in 2003 by Michael E. Kassan, MediaLink employs 150 professionals in New York, Los Angeles, Chicago and London. MediaLink is a UTA company. **www.medialink.com**

SOURCE United Talent Agency

21%

more press release views with

Amplify™

Request a Demo

# EXHIBIT B-12

UTA ACQUIRES MEDIAHOUND TO ACCELERATE DATA ANALYTICS CAPABILITIES

# UTA ACQUIRES MEDIAHOUND TO ACCELERATE DATA ANALYTICS CAPABILITIES

NEWS PROVIDED BY
**United Talent Agency →**
Jun 08, 2022, 12:15 ET

*Acquisition Gives UTA a Significant Industry Advantage to Deliver Clients More Impactful Insights*

BEVERLY HILLS, Calif., June 8, 2022 /PRNewswire/ -- Leading global entertainment, talent, and sports agency UTA has acquired MediaHound, a software and data analytics company that helps entertainment and media companies develop proprietary insights to most effectively utilize information to benefit talent, content, and audiences.

The acquisition will accelerate UTA's already substantial data and analytics capabilities and allow it to drive value for the agency's clients at scale. UTA IQ - the agency's research, data analytics, and digital strategy division - will utilize MediaHound's proprietary technology, which includes The Entertainment Graph®, a deep database of film and television content and talent that has been used by leading studios, streamers, and agencies to produce actionable insights and fuel user recommendation engines.

MediaHound and its team of engineers and product developers will become part of UTA IQ.

"Although Talent and creativity remain the coin of the realm, data aligned with strong insights is also a critical tool for our colleagues and clients," said Jeremy Zimmer, UTA CEO. "Today's acquisition is a strong addition to the potency of our capabilities in this space."

"Since the launch of UTA IQ in 2018, our team has been synthesizing information from multiple sources to create unique tools and insights for our clients and agents, and along the way we became aware of the impressive products and services MediaHound offers the industry," said Joe Kessler, Partner and Global Head of UTA IQ. "Now that we can combine MediaHound's capabilities with ours, we can exponentially expand and hasten UTA's ability to navigate multiple layers of data to support critical client transactions and provide insights to inform their strategies."

"In UTA, we found a partner that shares our vision and ideals about the growing value and impact of data-driven software solutions in entertainment and media," said Addison McCaleb, CEO and founder of MediaHound. "We could not be happier than to move into the next phase of our evolution as part of such a dynamic, visionary company."

In addition to its technical expertise and unique IP, MediaHound operates two consumer web sites, "**Autum**" and "**Date Night**," that help streaming consumers select content that will appeal to them based on their preferences and prior viewership.

MediaHound's financial advisor for the deal was Qualia Legacy Advisors.

**About UTA**

UTA unites ideas, opportunities and talent. The company represents some of the world's most iconic, barrier-breaking artists, creators and changemakers—from actors, athletes and musicians to writers, gamers and digital influencers. One of the most influential companies in global entertainment, UTA's business spans talent representation, content production, as well as strategic advisory and marketing work with some of the world's biggest brands. UTA is headquartered in Los Angeles with offices in Atlanta, Chicago, Nashville, New York and London. More information can be found at unitedtalent.com.

SOURCE United Talent Agency

21%

more press release
views with
Amplify™

Request a Demo

# EXHIBIT B-13

UTA Acquires Data and Analytics Firm MediaHound (Exclusive)

☰ y!entertainment M

Search the web

Entertainment: Presley Gerber dies at 27 | Ed Sheeran breaks silence | 'The Voice' Season 30 premi

The Hollywood Reporter Follow

# UTA Acquires Data and Analytics Firm MediaHound (Exclusive)

Alex Weprin
Wed, June 8, 2022 at 5:00 PM GMT+1 · 4 min read

Add Yahoo on Google



UTA Acquires Data and Analytics Firm MediaHound (Exclusive)

Talent agency UTA is acquiring the entertainment-focused data and analytics firm MediaHound, expanding its presence in the data side of the entertainment business, and bolstering its research and insights capabilities.

According to UTA partner and head of UTA IQ Joe Kessler, the deal stemmed from a project that UTA was thinking about working on with MediaHound.

**More from The Hollywood Reporter**

- Producer Ross Dinerstein and Campfire Studios Sign With UTA
- Elon Musk Says Twitter "Actively Resisting" Terms of Merger Agreement, Threatens Termination of Deal Over Spambot Dispute
- UTA Promotes 26 Staffers to Partner, Its Largest Class

"COVID disrupted that project, but we stayed in touch and became increasingly impressed with their technology and team and how it could accelerate our data analytics roadmap," Kessler tells *The Hollywood Reporter*. "That led us to where we are today."

MediaHound's team of engineers and developers will join UTA as part of its UTA IQ division. Terms of the deal were not disclosed, though MediaHound has raised more than $12 million from investors since its founding in 2011, according to CrunchBase. In fact, Kessler says that UTA has been a small shareholder in MediaHound for years due to a seed investment made in a USC accelerator program.

UTA, like other agencies, has long used data to help inform its other lines of business, including representation.

"UTA uses data and analytics in many different ways but chiefly in order to gain a clear, objective, and compelling understanding of our clients' value in the marketplace," Kessler says. "At one time, it was enough for an agency to simply use Nielsen ratings and box office receipts to understand the performance value of talent and content. But, today, with the distribution of media being so much more complex across multiple platforms and audience touchpoints, we need to ingest and analyze our data in ways that help us, our clients, and our buyers gain a true assessment of the full impact of an artist's work."

"However, there aren't any third-party data platforms that are designed specifically for the use cases that arise in talent agencies since there are so few companies like ours," Kessler added. "So, in MediaHound, we saw an opportunity to leverage their IP – The Entertainment Graph, in particular – to provide us with more comprehensive data that could drive deeper insights as well as a proven team who could architect and build our data analytics system of the future, one

that serves our unique needs and give us and our clients meaningful strategic advantage."

In other words, in a fractured content landscape with rapidly changing windows and business models, understanding the value that talent brings to a film, commercial or TV project is critical for the agency.

"Although Talent and creativity remain the coin of the realm, data aligned with strong insights is also a critical tool for our colleagues and clients," says Jeremy Zimmer, UTA's CEO. "Today's acquisition is a strong addition to the potency of our capabilities in this space."

That's where MediaHound's Entertainment Graph comes in, pulling metadata like the talent and creators, genres, fandoms, etc to help UTA figure out the value their clients bring to those projects.

"For example, in setting the title comparisons that often form the basis of establishing the value of a film or TV show, we can go beyond the typical traits of that content and zero in, for instance, on specific story arcs or character identities, among hundreds of other traits," Kessler says. "The more finely we can analyze that data, and the more we can integrate it with our other data sources, the more accurately we can assess the value of the content, and the more likely it is that we can identify patterns that help us drive value for our clients and see what's coming next."

UTA has been opportunistic when it comes to M&A, as Zimmer telegraphed to *THR* in an interview in December. That month the company acquired the strategic advisory and marketing consultancy MediaLink in a $125 million deal. As part of that acquisition, MediaLink CEO Michael Kassan and his team joined UTA, with the agency folding its UTA Marketing division into MediaLink.

Many of UTA's competitors have also been aggressive with acquisitions, with Endeavor acquiring the sports betting data company OpenBet, and a number of minor league baseball teams, and CAA striking a deal to buy ICM partners, though regulatory scrutiny may threaten that acquisition.

While MediaHound's core business is built on its software and data, it also operates two consumer-facing websites, "Date Night" and "Autum," which are designed to help consumers figure out what content they will want to watch.

Case: 25-3163, 09/28/2026, DktEntry: 44.2, (77 of 117)

"In UTA, we found a partner that shares our vision and ideals about the growing value and impact of data-driven software solutions in entertainment and media," said Addison McCaleb, CEO and founder of MediaHound, in a statement. "We could not be happier than to move into the next phase of our evolution as part of such a dynamic, visionary company."

MediaHound's financial advisor for the deal was Qualia Legacy Advisors.

Adobe Launches $6M Film and TV Fund to Support Underrepresented Creators

Click here to read the full article.

Case: 25-3163, 09/28/2026, DktEntry: 44.2, (78 of 117)

View comments

Terms and Privacy Policy Privacy & Cookie Settings About Our Ads

## Recommended articles

Case: 25-3163, 09/28/2026, DktEntry: 44.2, (83 of 117)

yahoo!entertainment

Yahoo!

Movies

TV + Streaming

How to Watch

Music

Celebrity

Books

The It List

Interviews

Yahoo Picks

Terms and Privacy Policy

Privacy & Cookie Settings

Help

Suggestions

About Our Ads

Site Map

© 2026 Yahoo. All rights reserved.

# EXHIBIT B-14

UTA Accused of Fraud, Breach of Contract by MediaLink CEO

VARIETY

Home > Film > News

Mar 12, 2024 7:35pm PT

# UTA Accused of Fraud, Breach of Contract by MediaLink CEO Michael Kassan (EXCLUSIVE)

Agency says executive was fired for alleged misappropriation of funds after 'exhaustive investigation'

By Matt Donnelly






United Talent Agency has been accused of breach of contract and fraud in relation to its 2021 acquisition of the consultancy firm MediaLink.

MediaLink founder and UTA partner Michael Kassan, whose exit from the company nearly a week ago has not yet been reported, claims that UTA CEO Jeremy Zimmer and two other top executives engaged in bad faith in the absorption and

management of his company, according to documents filed with mediation service JAMS which *Variety* reviewed. This led Kassan to resign last week, the filing says. Through a spokesperson, UTA said it had fired Kassan for cause following an "an exhaustive third-party investigation into misappropriation of company funds." The agency filed a lawsuit against Kassan, accusing him of misappropriating company funds as well as other claims.


## Related Stories



**Stephen King's 'Carrie' Series Sets October Release Date, Drops Horrifying New Trailer**



**Winston Duke Trusts David Jonsson to Take On 'Black Panther': 'I Think It's Going to Be Great'**


MediaLink is a prominent but not easily defined agency that sits at the intersection of tech, entertainment and media. They're known for hosting lavish and popular parties at events like the Cannes Lion festival and global editions of CES. The company is also hired to help fill top C-suite jobs and craft corporate strategies. Their clients have included J.P. Morgan Chase, AT&T and Conde Nast. On Tuesday, it was named one of Forbes' best management consulting firms in the country.

The legal action from Kassan, which was also filed Tuesday as a request for arbitration, says Zimmer and colleagues Julian Jacobs (Zimmer's former assistant) and David Anderson failed to deliver on key promises of the acquisition. The most pressing is that UTA's marketing department, which serves as a competing business to MediaLink, was supposed to be centralized under Kassan. The document asserts that UTA instead made MediaLink a "silo," pressuring Kassan to dramatically raise fees for outside customers while offering considerable discounts to UTA clients. The filing also says Kassan was told to cease offering executive search services for corporate clients in order to benefit of another UTA-owned company, the name of which was not disclosed. Kassan is seeking damages worth no less than $25 million and compensation for attorneys fees.

"When Zimmer broke promises and began to impede the success of MediaLink, Michael was left with no other option other than to resign and file this lawsuit against Zimmer and UTA for breach of contract," said Kassan's attorney Sanford Michelman of Michelman and Robinson. "Michael's first priority is the success and continued growth of MediaLink, a company he started more than 17 years ago, and he looks forward to ensuring its continued success in the industry."

In a full statement from attorney Bryan Freedman, UTA said, "Michael Kassan was terminated by UTA on March 7 and made aware well before that that UTA had grounds to fire him. His claim against UTA has no merit and is an attempt to divert attention from the misappropriation of company funds that led to his termination."

In the document, Kassan alleges that Zimmer aggressively tried to slash costs at MediaLink. Kassan is known to spend generously to woo clients, and in the UTA deal he negotiated a $950,000 discretionary fund to pay for gifts and perks. This included Kassan's use of private jets (which Zimmer and his family utilized, the document said, as did some UTA clients looking for "a ride"). Following the merger, UTA pushed back on the spending.

"Michael is the kind of guy who would tell you that if you talk to him for ten minutes, you're getting something from Brunello Cucinelli to thank you for your time," one individual familiar with Kassan said. UTA, according to the document, also took issue with MediaLink's charitable giving, allegedly calling the annual amount "too high and inappropriate."

In its lawsuit against Kassan, UTA asserts that the executive fostered a "toxic culture" within MediaLink and was profligate in his spending in ways that were unauthorized by the agency.

"Kassan abused his title and authority by circumventing or failing to maintain standard control processes to ensure that company funds were used to pay for his extravagant personal expenses, without question, and with the goal of not leaving any trace behind," the UTA complaint states.

"For instance, not only did Kassan require a personal driver – he surreptitiously used UTA's money to pay for his driver's apartment. Not only did Kassan use a company credit card for his personal expenses – he allowed his wife to have a company credit card, despite the fact she had no affiliation with MediaLink or UTA, so she could shop for extravagant luxury goods. Not only did Kassan insist on private flights – he spent a small fortune of UTA's dollars on luxury travel, including hundreds of thousands on private airfare for his entire family for trips that Kassan acknowledges were personal in nature and had no rational business purpose. Kassan even used company monies to pay for his personal housekeeper. In 2023, Kassan went so far as to use nearly $500,000 in company funds to pay off his personal credit card debt, despite multiple warnings from MediaLink's top finance executive. In 2022, Kassan had over $700,000 in

company funds wired to his personal S-Corporation. In short, Kassan erased any line between his personal and business expenses."

Kassan's arbitration request makes reference to a "sham audit" of MediaLink. In light of these conflicts, Kassan resigned his post and waived a nearly $10 million severance package from UTA in order to retain his right to compete against them, the filing said.

*Pictured above, from left: Michael Kassan, founder and CEO of MediaLink; UTA CEO Jeremy Zimmer.*

Here is Kassan's demand for arbitration:

Kassan v. UTA Filed Demand in Arbitration[38][84]

contributed by
Gene Maddaus (Variety)

File Search

p. 1

**Demand For Arbitration - Michael Kassan vs. United Talent Agency, LLC #5220005606**

**Submission Date: 3/12/2024**

**1. JAMS Local Center**

JAMS resolution center Requested Hearing Location

Los Angeles, California

**2. Rules & Fees**

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

If the parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

**3.Claimant(s)**
1.Michael Kassan

**Claimant Representatives**
A.Sanford Michelman
Michelman & Robinson, LLP
179702CA
10880 Wilshire Blvd., 19th Floor
90024 Los Angeles CA
3102995500
smichelman@mrllp.com

B.Lara Shortz
Michelman & Robinson, LLP
39609CA
10880 Wilshire Blvd.
90024 Los Angeles CA
3102995500
lshortz@mrllp.com

C.Jared Foley
Michelman & Robinson, LLP
4731832NY

Page 1 of 69 Fit Width

DocumentCloud

And here is UTA's lawsuit against Kassan:

uta-v-kassan

contributed by
Gene Maddaus (Variety)

File Search

p. 1

Page 1 of 13 Fit Width

DocumentCloud

**Read More About:** Jeremy Zimmer, Michael Kassan, UTA

Jump To Comments

Want to read more articles like this one?
**Subscribe Today**

## More from Variety

**Josh O'Connor-Led Revival of 'Golden Boy' at London's Almeida Theatre Rounds Out Cast, Unveils Trailer (EXCLUSIVE)**

---

**Amanda Seyfried Had to Use a Bodyguard After Calling Charlie Kirk 'Hateful' Ignited MAGA Outrage: 'I'm Allowed to F—ing Voice My Feelings'**

---

**Cinderella's So-Called Evil Sisters Shine in Netflix Title 'Steps,' Sneak Peeked at Annecy**

---

**Amanda Seyfried's Axed Joni Mitchell Biopic Revealed: Learning to Play the Entire 'Blue' Album, Her Steak Dinner With the Icon and More**

---

## ;t Popular

Case: 25-3163, 09/28/2026, DktEntry: 44.2, (94 of 117)



'Avengers: Doomsday' Trailer Rocks Comic-Con: Doctor Doom Raises Army of Sentinels to Take Down Avengers, Fantastic Four and X-Men

---



Roxette Cancels 40th Anniversary Tour of North American Amphitheaters, Citing 'Hugely Increased Touring Costs'

---



'Black Panther 3': David Jonsson to Play T'Challa's Son as December 2028 Release Date Set

---



Ryan Gosling to Star in Marvel's Ghost Rider Movie

---



Marvel's Comic-Con Panel Excites Fans for 'Doomsday' but Leaves Them Cautiously Optimistic About What's Beyond

---

Box Office: 'The Odyssey' Holds Strong With $25 Million on Friday

---

Pamela Anderson Shines in 'Rosebush Pruning,' the Year's Most Twisted Movie: 'I Like Stirring It Up'

---

'Lanterns' Trailer: Hal Jordan Visits Sinestro in Prison, Guy Gardner Has a Cameo and a Shape-Shifting Manhunter Is on the Loose

---

Matt Damon Describes His Role in The Daniels' New Sci-Fi Movie as 'The Breakfast Club' Meets 'Inception' Meets Anime Meets John Oliver

---

Winston Duke Trusts David Jonsson to Take On 'Black Panther': 'I Think It's Going to Be Great'

---

## Must Read



Film

**Travis Scott's Hollywood Odyssey: The Rapper on Acting for Christopher Nolan, His New Paramount Deal and Never Winning a Grammy**

---

Film

The Box Office Bounces Back: Gen Z, Surprise Hits and More Have Hollywood Banking on a $10 Billion Year



TV

David Harbour Is Ready to Talk About His Mental Health, Lily Allen's 'West End Girl' and the End of 'Stranger Things'



TV

Jennifer Aniston and Lisa Kudrow's 'Friends' Reunion: The Emmy Winners on Funniest Moments, Learning About AI and Making Another Sitcom With...



Legit

How Cynthia Erivo Survived 'Wicked' — and Thrived: 'People Thought I Was Being Myself, Even Though I Was Green'



---

**Sign Up for Variety Newsletters**

Enter Your Email Addres

Sign Up

By providing your information, you agree to our Terms of Use and our Privacy Policy. We use vendors that may also process your information to help provide our services. // This site is protected by reCAPTCHA Enterprise and the Google Privacy Policy and Terms of Service apply.

Case: 25-3163, 09/28/2026, DktEntry: 44.2, (97 of 117)

**More From Our Brands**

Rolling Stone

**Marvel Casts Ryan Gosling as Ghost Rider for 2028 Film: 'A Character I've Wanted to Play for a Long Time'**

Robb Report

**How to Make a Strawberry Milk Punch, the Clarified Vodka Cocktail That Tastes Like Summer**

Sportico

**The Packers Lost Money Last Season—an NFL Rarity**

**Nike's Back-to-School Drop Includes Trending Athleisure for Kids and Adults**

Variety

Legal

Magazine

More

Connect

**The Business of Entertainment**

**SUBSCRIBE TODAY**

Variety is a part of Penske Media Corporation. © 2026 Variety Media, LLC. All Rights Reserved. Variety and the Flying V logos are trademarks of Variety Media, LLC. Powered by WordPress.com VIP

**Have a News Tip? Let us know**

Variety is a part of Penske Media Corporation. © 2026 Variety Media, LLC. All Rights Reserved. Variety and the Flying V logos are trademarks of Variety Media, LLC.

OUR SITES

# EXHIBIT B-15

UTA & Michael Kassan Settle Lawsuit Over Employment Contract Dispute

*BREAKING NEWS*

**Austin Butler, Edward Berger & Scott Stuber Team For Lance Armstrong Movie; Zach Baylin Penning Script**



# UTA Vs. Michael Kassan Battle Over As Parties Reach Agreement In Messy Employment Contract Dispute

By Dominic Patten
July 31, 2025 10:16am




**Michael Kassan**
John Lamparski / Getty Images / UTA

After more than a year of fighting in court, the press and behind closed doors, UTA and Michael Kassan have buried the hatchet.

“UTA and Michael Kassan have agreed to amicably end their dispute,” a spokesperson for the y Hills agency and Kassan’s top lawyer Sanford Michelman said Thursday. “The parties are

DEADLINE

TIP US

## Related Stories




Resigned! Fired!: Michael Kassan & UTA Scorch Each Other With Competing Suits Of Fraud, Breach Of Contract & Jeremy Zimmer's Role In Agency Partner's Exit




Should He Stay Or Should He Go? UTA & Michael Kassan Clash Over Scheme To Keep Exec On For $3M After Accusations Of Broken Contracts, Theft – Update

Neither side offered details of the settlement that occurred during arbitration over Kassan's employment contract with UTA and allegations of wild spending and more. However, all the signs had indicated for the past few weeks that this was coming to an amicable end. At the same time, it looks like Kassan will not be returning to work for the agency or his MediaLink banner, I hear.

With much hoopla, UTA acquired MediaLink in 2021 for $125 million.

In March of last year, Kassan and then-UTA CEO Jeremy Zimmer took their dust-up public, with the latter claiming that the former was fired and the consulting exec insisting he resigned — and was due a payout.

Kassan, who founded the insider-oriented MediaLink, was made a partner at UTA after the deal and continued to oversee the consulting practice. Earlier this year, however, a major rift in the relationship went public, with the parties suing each other, trading allegations of fraud and breach of contract. The primary case, which was punctuated by barbs legal and otherwise between the opponents, ended up going to arbitration. A $125 million defamation case against UTA's outside attorney Bryan Freedman was tossed out last May.

Today's announcement comes five months after Zimmer, the main proponent of the MediaLink deal and Kassan's foil according to court filings, stepped aside as UTA CEO. A new MediaLink leadership team was named by UTA in April 2024.

**READ MORE ABOUT:**

JEREMY ZIMMER / MEDIALINK / MICHAEL KASSAN / UTA

1 Comments

Case: 25-3163, 09/28/2026, DktEntry: 44-2, (103 of 117)

DEADLINE

TIP US

Get our Breaking News Alerts and Keep your inbox happy.

Sign Up

ADVERTISEMENT

## 1 Comment

**Anonymous** *on July 31, 2025 10:31 am*

and here lies Jeremy Zimmer's legacy...

ADVERTISEMENT

## Trending on Deadline

1 / White House Backtracks After Defending AI Video Of Obamas As Apes Posted On Donald Trump's Truth Social Account



2 / Winter Olympics Skier & 'American Horror Story' Star Gus Kenworthy Urinates "F*** ICE" In Snow



3 / Republican Tim Scott Slams Donald Trump's Video Depicting Obamas As Apes: "Most Racist Thing I've Seen Out Of This White House"



4 / Winter Olympics Opening Ceremony Review: A Beautiful But Baffling Italian Buffet With Mariah Carey, Some Taylor Swift, Charlize Theron & Geopolitical Cheers & Jeers



5 / CBS Moves Up 2026-27 Schedule Reveal To April 15 As Network Continues To Bypass Traditional Cycle; Most Pickups & Cancellations Expected By Then




6 / 'Chicago P.D.' Alums Tracy Spiridakos & Jesse Lee Soffer To Reprise Roles For OneChicago Crossover Event



7 / Hakeem Jeffries Says Racist Obama Video Was Posted "Intentionally" To President's Truth Social Account: "F--- Donald T   n"



HBO From 'The Last Of Us' Co-Creator Craig Mazin & Hasbro Entertainment



9 / Maia Reficco, Diego Calva, Camila Mendes, Lewis Pullman, Becky G & More Set To Join Danny Ramirez In His Directorial Debut 'Baton'



10 / Austin Butler, Edward Berger And Scott Stuber Team For Lance Armstrong Movie Package After Stuber Closes Deal For Life Rights; Zach Baylin Penning Script



ADVERTISEMENT

DEADLINE

**Signup for Breaking News Alerts & Newsletters**

Your Email email@example.com

SIGN UP

By providing your information, you agree to our **Terms of Use** and our **Privacy Policy**. We use vendors that may also process your information to help provide our services. This site is protected by reCAPTCHA Enterprise and the Google **Privacy Policy** and **Terms of Service** apply.

DEADLINE

TIP US



**Hakeem Jeffries Says Racist Obama Video Was Posted "Intentionally" To President's Truth Social Account: "F--- Donald Trump"**



**How Breaching 45-Day Exclusive Window Will Devastate Movies & Why Netflix's Commitment To Theatrical Is Misleading - Guest Column**




**Sen. Adam Schiff And Rep. Laura Friedman Call For Netflix And Paramount To Commit To Preserving Film And TV Jobs In A Warner Bros. Acquisition**

**Media Ratings Site NewsGuard Sues Trump FTC, Claims Unconstitutional Effort "To Censor Speech"**

# Marketplace

# Newswire

Deadline

About Us

Advertise

Legal

Terms of Use

Privacy Policy

Accessibility

Choices

DEADLINE

TIP US

Sitemap

TV

Film

Awards

Box Office

Business

International

Connect with Us

*Get our latest storiesin the feed of your favorite networks*

Have a Tip?

*We want to hear from you! Send us a tip using our annonymous form.*

SEND US A TIP

Stay in the Know

*Sign up for our breaking news alerts*

Your Email email@example.com

By providing your information, you agree to our **Terms of Use** and our **Privacy Policy.** We use vendors that may also process your information to help provide our services. This site is protected by reCAPTCHA Enterprise and the Google **Privacy Policy** and **Terms of Service** apply.

DEADLINE

TIP US

**OUR SITES**

ART IN AMERICA

ARTFORUM

ARTNEWS

BILLBOARD

BLOGHER

DEADLINE

FLOW SPACE

FOOTWEAR NEWS

GOLD DERBY

INDIEWIRE

ROBB REPORT

ROLLING STONE

SHEKNOWS

SOAPS

SOURCING JOURNAL

SPORTICO

STYLECASTER

THE HOLLYWOOD REPORTER

VARIETY

VIBE

WWD

Deadline is a part of Penske Media Corporation. © 2026 Deadline Hollywood, LLC. All Rights Reserved.
Powered by WordPress.com VIP

# EXHIBIT B-16

UTA and Michael Kassan privately end their ongoing dispute _ Campaign US

# UTA and Michael Kassan privately end their ongoing dispute

The two reached an 'amicable' deal without disclosing any numbers.

by Kyle O'Brien July 31 2025



Pictured: Michael Kassan at Web Summit Qatar 2024. (Photo credit: Stephen McCarthy / Getty Images)

The ongoing battle between former MediaLink founder and CEO Michael Kassan and United Talent Agency seems to finally be over.

After more than a year of legal filings and contentious statements, UTA and Michael Kassan have agreed to end their dispute, according to a statement attributed jointly to a UTA spokesperson and Michael Kassan's attorney, Sanford Michelman.

"UTA and Michael Kassan have agreed to amicably end their dispute. The parties are not at liberty to comment further," said the brief statement.

Campaign understands this was an amicable agreement.

Though he could not disclose details, Kassan responded to Campaign regarding the matter, stating: "This being in the past is a good thing … it's

good to close that chapter."

UTA bought MediaLink for $125 million in 2021 from former owner Ascential. Kassan resigned from his position in March 2024 before filing a lawsuit accusing UTA of breach of contract and fraud in relation to its acquisition of the strategic advisory firm he founded in 2003.

Kassan had accused UTA CEO Jeremy Zimmer and other UTA executives of engaging in bad faith practices after taking over management of his former company. He sought $25 million in damages and compensation for attorneys' fees.

In response, UTA filed a lawsuit against Kassan in Los Angeles County alleging that Kassan had "run rampant with his business expense accounts — wasting millions of UTA's dollars on his lavish personal lifestyle."

On his way out, Kassan waived a nearly $10 million severance package from UTA in order to override a non-compete clause.

While both sides' legal teams worked out a solution, Kassan, who has some of the deepest industry connections, was working behind the scenes to start his own venture, 3C Ventures after first teasing it at Possible in 2024 and officially launching in June of that year. 3C Ventures had a presence at CES in January in Las Vegas, an event Kassan helped to build over the years, and set up a large event space on the beach at Cannes Lions.

"My focus has been on building 3CV and, having the good fortune of that happening as well as it is (validates that decision)," said Kassan.

Kassan said that he is focused on continuing 3C Ventures' growth, which includes upcoming bespoke opportunities he will reveal soon. He said that the company has grown to 35 people, and his list of clients is growing as well. 3C Ventures' burgeoning success means the company is now hiring.

"We're building the team and growing dramatically … we're looking for lots of people to hire," said Kassan.

MediaLink has continued business as usual. The company had a large presence at Cannes Lions right next to the Palais.

The dispute between Kassan and UTA now appears to be over, and only the parties involved will know what ultimately was decided.

**RELATED ARTICLES** 1-3 of 5

## Apple's 2026 Lunar New Year film, told in quiet moments

## Innocean renews global media mandat with Havas

# EXHIBIT B-17

Jeremy Zimmer on Leaving UTA, Hollywood and the MediaLink Mistake _
Exclusive

THEWRAP.

# Jeremy Zimmer on Leaving UTA, Hollywood and the MediaLink Mistake | Exclusive

Sharon Waxman
March 20, 2025 • 6 min read

It's an exquisite irony that Jeremy Zimmer's last major business trip was at the end of February, where he sat at a gala dinner in Doha with Prime Minister Sheikh Mohammed bin Abdulrahman Al Thani — just across from his nemesis, Michael Kassan.

The CEO of United Talent Agency was there to secure MediaLink's business with Qatar's Government Digital Council (GDC), which was hosting a Web Summit for 25,000 attendees and star speakers like Will Smith and Alexis Ohanian.

Kassan, the brand-whisperer who has been entangled in a bitter lawsuit with Zimmer for a year after (pick a side) quitting or being fired from UTA, was competing for Qatar's business too, but as a rival to UTA-owned MediaLink.

Less than two weeks later, Zimmer was asked to step down after 13 years as CEO and 34 years since co-founding UTA with Jim Berkus and Peter Benedek. More than one individual who spoke to me called it a "palace coup" that took Zimmer by surprise, despite long term planning for succcession. Kassan would be a key factor in that unwelcome decision. David Kramer will take over as Zimmer's successor CEO.

In an interview with TheWrap, Zimmer, 66, said that he was ready for the transition, and had been discussing it with his board for some time.

"I really agree that this is the best time," Zimmer told WaxWord on Wednesday. "What I loved doing was building a full service agency that could operate in a bunch of different areas. It was my drive to start music, sports, to build a creator business, and a brand facing business. Those were all the right things to do. They are amazing parts of our company."




Sheikh Mohammed bin Abdulrahman bin Jassim Al Thani at opening night of Web Summit Qatar. (Credit: X)

That said, Zimmer is aware — as multiple individuals told me this week — that the protracted dispute with Kassan hurt him and UTA. It has cost the agency millions in legal fees, damaged MediaLink's brand, led to lost brand revenue and publicly embarrassed a company whose entire brand equity is tied to its savvy navigation of relationships.

This one, not so much. Zimmer declined to address the Kassan of it all. But he acknowledged that the acquisition of MediaLink in 2021 for $125 million was a mistake.

"The strategy of our brand-facing business is right, and MediaLink fits well into that strategy," said Zimmer, without saying the quiet part out loud: that bringing Kassan into the culture of UTA was a bad fit.

Worse still, the UTA board has been deeply unhappy with Zimmer's handling of the matter — and the fact that it still isn't out of their lives. In an unusually emotional response, Zimmer seemed to take Kassan's actions personally. His fury over the alleged misconduct of the swashbuckling marketing executive is well-known to anyone who has crossed paths with him

Story Continues

Terms and Privacy Policy Privacy & Cookie Settings

## Recommended Stories

yahoo!finance

Copyright © 2026 Yahoo.
All rights reserved.

**What's trending**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

**Explore more**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Financial News

**About**
Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads