# EXHIBIT D

# Google Takeout Archive of Harassment, Threatening and Abusive Communications

MARC WOLSTENHOLME v. RIOT GAMES, INC.
United States Court of Appeals for the Ninth Circuit
No. 25-3163
D.C. No. 2:25-cv-00053-FMO-BFM

Source: Google Takeout MBOX supplied by Appellant
Messages reproduced: 593

The archive is reproduced as readable email text. Original message headers are retained where available. Attachments and embedded remote images are not reproduced in this text-rendered exhibit unless their content appears in the email body.

## Message 1 of 593

| | |
|---|---|
| **Date** | Fri, 1 Nov 2024 01:26:48 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | copyright@netflix.com, dan.chang@riotgames.com, "Moss, Aaron" <amoss@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>, Copyright Alerts <copyright@svc.netflix.net> |
| **Subject** | Complaint about Christian Linke's conduct of condoning murder and stealing IP |
| **Message-ID** | <CANg9FK3sNySL8sFcty5BaUuVZs61sWKuapKGc83FXx1NEe+dfA@mail.gmail.com> |

Christian Linke of Riot Games, the guy who stole my manuscript and pretended that he wrote Arcane, is essentially condoning murder. The cheek of it as he stole my book, and now he wants people murdered for leaks of stolen IP.

[image: image.png]

Christian Linke of Riot Games, the guy who stole my manuscript and pretended that he wrote Arcane, is essentially condoning murder. The cheek of it as he stole my book, and now he wants people murdered for leaks of stolen IP.

## Message 2 of 593

| | |
|---|---|
| **Date** | Fri, 01 Nov 2024 03:47:45 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <QJZnJEaMRPurKZnJPo7yqQ@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
smarino@riotelax.com.ar, accepts marketing: false

Message:
Dude, you are the most unoriginal and dull author I've ever seen. You even need ai to make your drawings. No wonder you are a failure. But trying to put the blame in the actual creatives like Linke o Riot games is just pathetic

Sent via form submission from M.W. Wolf's Megaverse

Email:
smarino@riotelax.com.ar, accepts marketing: false

Message:
Dude, you are the most unoriginal and dull author I've ever seen. You even need ai to make your drawings. No wonder you are a failure. But trying to put the blame in the actual creatives like Linke o Riot games is just pathetic

Manage Submissions

Does this submission look like spam? Report it here.

## Message 3 of 593

| | |
|---|---|
| **Date** | Fri, 01 Nov 2024 20:10:15 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CDl9e5bEQme1oVkDBUBfeA@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
L-bramou@gnail.com.fr, accepts marketing: false

Message:
I have proof that Fortiche received the first pitch of Arcane on march 2012. That pitch already included the concept of shimmer (it was called madness potion), the blood drain, the scene at the bridge with dead parents and everything you mentioned. Is gonna be fun to watch you get laughed at in the court when there is at least 80 people with emails from 2 years earlier already making moves on production ■■■■■ but seriously go to therapy

Sent via form submission from M.W. Wolf's Megaverse

Email:
L-bramou@gnail.com.fr, accepts marketing: false

Message:
I have proof that Fortiche received the first pitch of Arcane on march 2012. That pitch already included the concept of shimmer (it was called madness potion), the blood drain, the scene at the bridge with dead parents and everything you mentioned. Is gonna be fun to watch you get laughed at in the court when there is at least 80 people with emails from 2 years earlier already making moves on production ■■■■■ but seriously go to therapy

Manage Submissions

Does this submission look like spam? Report it here.

## Message 4 of 593

| | |
|---|---|
| **Date** | Fri, 01 Nov 2024 20:21:05 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <48335b9f30074879843456bda821ccbe@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
stopspamingthetag@lmao.com, accepts marketing: false

Message:
It speaks highly of how mentally ill you are that you are seeing your initials on a very stylised drawing of a tooth. Like, every 5 years old draws a wolf's tooth like that, are you as delusional and egotistical as to believe they are referencing you? Literally everything you mentioned (the color purple, magic potions, blood cults, fucking children running across a ledge) are extremely common narrative elements in any piece of fiction from the last 60 years. Also lambs had been used as a symbol for innocence all across the world from centuries lmao

Sent via form submission from M.W. Wolf's Megaverse

Email:
stopspamingthetag@lmao.com, accepts marketing: false

Message:
It speaks highly of how mentally ill you are that you are seeing your initials on a very stylised drawing of a tooth. Like, every 5 years old draws a wolf's tooth like that, are you as delusional and egotistical as to believe they are referencing you? Literally everything you mentioned (the color purple, magic potions, blood cults, fucking children running across a ledge) are extremely common narrative elements in any piece of fiction from the last 60 years. Also lambs had been used as a symbol for innocence all across the world from centuries lmao

Manage Submissions

Does this submission look like spam? Report it here.

## Message 5 of 593

| | |
|---|---|
| **Date** | Fri, 1 Nov 2024 21:45:49 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | civilandhumanrights@lacity.org, "Moss, Aaron" <amoss@greenbergglusker.com>, copyright@netflix.com, dan.chang@riotgames.com, Copyright Alerts <copyright@svc.netflix.net>, contact@forticheprod.com, contact.center@dfeh.zendesk.com, correspondence@dsit.gov.uk, "Geller, Joshua" <jgeller@greenbergglusker.com> |
| **Subject** | Hate Mail from Riot Games and others. |
| **Message-ID** | <CANg9FK0mmWX=2_0_HKZGLU+Bimahuy66fc16_cg+7iHV4+dWnw@mail.gmail.com> |

Marc Wolstenholme (M.W. Wolf Ltd)

5 Shetland Close, Coventry, CV5 7LS

marc@mwwolf-fiction.co.uk

Marc.wolstenholme@yahoo.co.uk

07827964404

Dear All,

Since I successfully filed the court case today, I've received three lots of hate mail. It's gaslighting and targeting my disability but it's not direct threats so I am not panicking or thinking of removing the Copyright Infringement complaint yet.

If it gets any worse I might have to consider my options.

Please help to prevent further hate mail in any way you can,

Thank you

Marc Wolstenholme

Marc Wolstenholme (M.W. Wolf Ltd)
5 Shetland Close, Coventry, CV5 7LS
marc@mwwolf-fiction.co.uk
Marc.wolstenholme@yahoo.co.uk
07827964404

Dear All,

Since I successfully filed the court case today, I've received three lots of hate mail. It's gaslighting and targeting my disability but it's not direct threats so I am not panicking or thinking of removing the Copyright Infringement complaint yet.
If it gets any worse I might have to consider my options.
Please help to prevent further hate mail in any way you can,
Thank you
Marc Wolstenholme

## Message 6 of 593

| | |
|---|---|
| **Date** | Fri, 01 Nov 2024 21:46:05 +0000 |
| **From** | contact <contact+noreply@forticheprod.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | Re: Hate Mail from Riot Games and others. |
| **Message-ID** | <000000000000abdced0625e0dcfb@google.com> |

Bonjour,

Nous accusons bonne réception de votre message. Avant toute chose, nous vous remercions de l’intérêt porté à Fortiche.

Si vous nous contactez pour :

- un avis, une remarque ou un message aux équipes d’Arcane, merci pour vos messages encourageants ! :)
- une candidature, merci de remplir le formulaire (http://job.forticheprod.com)
- une question concernant nos recrutements, merci d’envoyer votre message à job@forticheprod.com
- une demande presse/communication, merci d’adresser votre message à communication@forticheprod.com
- nous soumettre un projet : veuillez noter que nous ne sommes pas en recherche active de nouveaux projets actuellement.

Si toutefois, vous souhaitez vraiment nous parler de votre projet, merci de remplir ce formulaire :
https://docs.google.com/forms/d/1xUvgEktM8ik3tAZjTe4x1DCpUWEahJnfj4B08kOWAMM
Nous reviendrons vers vous dès que cela nous sera possible. Si vous n’avez pas de réponse de notre part d’ici 3 mois, c’est que nous ne pourrons malheureusement pas donner suite à votre demande.

- Tout autre demande, l’équipe concernée reviendra vers vous dès que possible.

Merci beaucoup !
L’équipe Fortiche Production

--------------------------------------------------------------------------------

Hello,

We confirm receipt of your message. First of all, we thank you for your interest in Fortiche.

If you contact us for :

- sending a "congratulations" message to the Arcane teams : thank you, we love them ! :)
- a job opportunity, please fill in the application form (http://job.forticheprod.com)
- a question about our recruitment, please send your message to job@forticheprod.com
- a press/communication request, please send your message to communication@forticheprod.com
- to submit a project, please note that we are not currently seeking new projects.

However, if you really want to share your project with us, please fill out this form: https://forms.gle/ucv8jhixWeiuLBpj7
We will get back to you as soon as we can. If you do not hear from us within 3 months, we will unfortunately not be able to proceed with your request.

- for any other reason, the according team will get back to you as soon as possible.

Thank you!
The Fortiche Production team

## Message 7 of 593

| | |
|---|---|
| **Date** | Fri, 1 Nov 2024 22:05:24 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | Fwd: Complaint about Christian Linke's conduct of condoning murder and stealing IP |
| **Message-ID** | <CANg9FK33f8Qqw5HgWrxj3zfH7z7SbxV7k_kABod5DbhvyHSW1Q@mail.gmail.com> |

---------- Forwarded message ---------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Fri, 1 Nov 2024 at 01:26
Subject: Complaint about Christian Linke's conduct of condoning murder and stealing IP
To: <copyright@netflix.com>, <dan.chang@riotgames.com>, Moss, Aaron <amoss@greenbergglusker.com>, Geller, Joshua <jgeller@greenbergglusker.com>, Copyright Alerts <copyright@svc.netflix.net>

Christian Linke of Riot Games, the guy who stole my manuscript and pretended that he wrote Arcane, is essentially condoning murder. The cheek of it as he stole my book, and now he wants people murdered for leaks of stolen IP.

[image: image.png]

---------- Forwarded message ---------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Fri, 1 Nov 2024 at 01:26
Subject: Complaint about Christian Linke's conduct of condoning murder and stealing IP
To: <copyright@netflix.com>, <dan.chang@riotgames.com>, Moss, Aaron <amoss@greenbergglusker.com>, Geller, Joshua <jgeller@greenbergglusker.com>, Copyright Alerts <copyright@svc.netflix.net>

Christian Linke of Riot Games, the guy who stole my manuscript and pretended that he wrote Arcane, is essentially condoning murder. The cheek of it as he stole my book, and now he wants people murdered for leaks of stolen IP.

## Message 8 of 593

| | |
|---|---|
| **Date** | Sat, 02 Nov 2024 01:04:53 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <pCMmGEmbQyOXrzlTp_kv8g@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
twitterrandom@helloworld.com, accepts marketing: false

Message:
Hi, I checked your account because I saw your posts harassing several voice actor from Arcane, and after a good while reading your account and situation I have to conclude that you are either trolling (in which case, you really got me) or you are absolutely deranged. You can't possibly believe that using the color purple or having an scene with character climbing a building is plagiarism. How do you intend to prove it to any court? Or is something that I'm missing?

Sent via form submission from M.W. Wolf's Megaverse

Email:
twitterrandom@helloworld.com, accepts marketing: false

Message:
Hi, I checked your account because I saw your posts harassing several voice actor from Arcane, and after a good while reading your account and situation I have to conclude that you are either trolling (in which case, you really got me) or you are absolutely deranged. You can't possibly believe that using the color purple or having an scene with character climbing a building is plagiarism. How do you intend to prove it to any court? Or is something that I'm missing?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 9 of 593

| | |
|---|---|
| **Date** | Sat, 02 Nov 2024 04:41:05 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <LKa9ACO9QI2jPjJaiUTvCA@geopod-ismtpd-36> |

Form Submission - Welcome To The Wolf Pack

Email:
fuckai@gmillll.com, accepts marketing: false

Message:
Complaining about theft and plagiarism while using ai pics is peak hipocresy lmao. Also, it doesn't matter what that little disclaimer says at the bottom, ai images can not be copyright. I'm going to steal all your ai pics and use it for something else in a big aaa project, or just to sell them by packs in artsation to tech you a lesson. Transphobic Racist Loser.

Sent via form submission from M.W. Wolf's Megaverse

Email:
fuckai@gmillll.com, accepts marketing: false

Message:
Complaining about theft and plagiarism while using ai pics is peak hipocresy lmao. Also, it doesn't matter what that little disclaimer says at the bottom, ai images can not be copyright. I'm going to steal all your ai pics and use it for something else in a big aaa project, or just to sell them by packs in artsation to tech you a lesson. Transphobic Racist Loser.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 10 of 593

| | |
|---|---|
| **Date** | Sat, 02 Nov 2024 05:46:36 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <55dbded13011427b8bb68551da4b7626@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
gobelinsletouzestoryboards@live.com.fr, accepts marketing: false

Message:
How much are you offering for information about your case against Arcane? I need money secured up front if I'm going to risk my job and breaking a nda

Sent via form submission from M.W. Wolf's Megaverse

Email:
gobelinsletouzestoryboards@live.com.fr, accepts marketing: false

Message:
How much are you offering for information about your case against Arcane? I need money secured up front if I'm going to risk my job and breaking a nda

Manage Submissions

Does this submission look like spam? Report it here.

## Message 11 of 593

| | |
|---|---|
| **Date** | Sat, 2 Nov 2024 12:54:22 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | gobelinsletouzestoryboards@live.com.fr |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK3Tb+GJicLgHNiO+T5Fo74K8yTerSqPKuSRrvfC1WY1bA@mail.gmail.com> |

Dear Camille Letouze,

Thank you very much for reaching out. I will protect and compensate all sources.

Firstly, I think you are a brave soul and good person for reaching out to disclose this violation, pertaining to over 1.5 billion.

I see that you were a Storyboard Artist for Fortiche Production between Sep 2020 - Oct 2021 - 1 yr 2 months. This is the period of concern and copyright infringement. Thus, I believe that you might be acting in good faith.

The truth of all this is: Arcane is good, Fortiche are brilliant, Riot has never been a reputable company, Linke is a thief, and Arcane is built directly from *my Bloodborg: The Harvest by M.W. Wolf manuscript.*

I'd like you to know, NDA's to protect illegal activity such as IP theft are not enforceable, because they're illegal bribes. I've got all the evidence I need, but I'm willing to compensate whistleblowers handsomely once we've beaten the cheat!

I know that although you will not face legal retaliation, the fear is that harassment and disadvantages in the workplace flies under the radar. This is of more concern given Riot's history of misogyny. Because of their history, and given these protective characteristics, if this goes all the way to court hearings, I will apply to the state of California for protective measures, - I've attached a little insight into whistleblower protections below- thus I will make sure that you are not exposed, and I'll compensate you depending on the level of payout. However, be assured, it will likely be more than you earn, perhaps 6 figures for solid proof. Bear in mind, I must compensate others for evidence.

This case is done and sealed, it's actually four cases, and I will likely win them all. I have so much evidence that Riot Games face either a substantial payout before courts or complete ruin of their products and reputation as all the lore is now built on Arcane which, as you know, is based on my manuscript. Thus I have a large stake in all of what they own, which is over 22 billion. Moreover, as you may know, this case is just the tip of the iceberg, hiding a dangerous underbelly. Governments know this. I've applied for authorities on both sides of the water to be parties to proceedings. Thus, if things snowball, Riot is done.

I'm a friendly and honest guy, I may not seem it in my X platform rants, but please bear in mind, I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it would cause, this is now a case far darker and much more serious than IP Theft.

If I were in your shoes, I'd trust me and jump off the sinking ship before It's too late. You and I, and others, know that Arcane is my Bloodborg: The Harvest by M.W. Wolf manuscript cut up by Linke and reworked. It would be easy for me to offer you a fixed sum, but I will not because I will be 100% transparent with you and all other whistleblowers. I can not be paying out before the court case. There is stuff I can not disclose to you.

What I can and will offer is:

1, I will protect my sources.

2, It will be financially beneficial to you.

3, I will win these cases, or at least 3 of the 4.

Thank you, and I wish you all the best. I'll check out your work, and who knows, perhaps we can work together on an M.W. Wolf Megaverse of Fiction project in the future.

Warm Wishes,

MARC Wolstenholme

*Whistleblower protections*

Whistleblower protections are laws and regulations that safeguard individuals who report illegal, unethical, or unsafe activities from retaliation. These protections are designed to encourage people to come forward with information about wrongdoing without fear of losing their job, facing legal action, or experiencing harassment. They cover disclosures related to fraud, corruption, health and safety violations, environmental offenses, and other unlawful or unethical conduct. Whistleblowers are protected from being held liable for disclosing information, especially if it pertains to illegal activity.

With this in mind, you will be protected for any and all information and evidence. Courts often allow for measures to protect the identity of witnesses or sources, especially if revealing their identity could lead to retaliation or endangerment. Judges sometimes conduct a private review (in-camera) of the evidence to determine its relevance before it is shown to the jury. This helps maintain confidentiality while ensuring that only admissible evidence is presented in court.

Evidence is usually presented in open court, but in sensitive cases, measures can be taken to show certain evidence exclusively to the jury and legal parties without making it public. The judge can order closed proceedings or seal parts of the case to keep sensitive information private. This would involve presenting the evidence only to the judge, jury, and legal teams, excluding the public or press. Protective measures may also ensure that identities remain confidential, and that evidence isn't shared beyond the legal proceedings.

On Sat, 2 Nov 2024 at 05:46, Squarespace <form-submission@squarespace.info> wrote:

> *Email:* gobelinsletouzestoryboards@live.com.fr, accepts marketing: false
>
> *Message:* How much are you offering for information about your case
> against Arcane? I need money secured up front if I'm going to risk my job
> and breaking a nda
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://comms-sl-events.squarespace.info/?ref=HrwAAF4G34L1cEJgZZoakWIEkL_wKbTqAQAAAIl8VLfAalrdpPHAerKqExZcy15ZsG1ZBAMI3zprks--HE2puTDBsgJ1WPHLjKiTLGqQr5yMVa2YsokDA6mWhahTtckyCffFy_eIgBAcfaIxP4dBi1BOv1hEPJ1D-qt5QRqpOtmge68vLErasWWAP8Aq6PoyaE3UBreGCPAJo3Yqml1VU6Xlf9rWWBWM8i0byINFfYYEMcd-rOFT7WedzR31axNvPU7Z8Ln5Dn5nDVr8ESJXhR8aXWoEnIar-ShmzD82aZBF4wXM-hV5qFu8GL8>*
>
> *Email:* gobelinsletouzestoryboards@live.com.fr, accepts marketing: false
>
> *Message:* How much are you offering for information about your case
> against Arcane? I need money secured up front if I'm going to risk my job
> and breaking a nda
>
> Manage Submissions
> <https://comms-sl-events.squarespace.info/?ref=HrwAAC0P_YEQ-XpuijPBMxJIg0V3lko2AQAAAIl8VLfAalrdpPHAerKqExZcy15ZsG1ZBAMI3zprks--HE2puTDBsgJ1WPHLjKiTLGqQr5yMVa2YsokDA6mWhahTtckyCffFy_eIgBAcfaIxP4dBi1BOv1hEPJ1D-qt5QRqpOtmge68vLErasWWAP8DoaY42b8Ddo5Ra6kaxCvzSNfeldG7gx8luaSoIKsOoKC_46R96-5V25Zre3DS4dcZjaYRSrHwVRPPRNsDqp00nPqP_u0dPw3skI1BcMYbwOsqKDKCVGu45XOr0t0dMFh5g2-UXMEz2TsAkAb-gbutcGz3a1R9ykLQH4jKWyVEn2J7WGgpq2eCwGOst82BbtJmWmp-7Nrfdd7ffIjdcT7mx>
>
> Does this submission look like spam? Report it here.
> <https://comms-sl-events.squarespace.info/?ref=HrwAAApw4_Fquqj3rI0uZRYArXQiCbB0AQAAAIl8VLfAalrdpPHAerKqExZcy15ZsG1ZBAMI3zprks--HE2puTDBsgJ1WPHLjKiTLGqQr5yMVa2YsokDA6mWhahTtckyCffFy_eIgBAcfaIxP4dBi1BOv1hEPJ1D-qt5QcQdfltfWYMN9jmba4laeSAFJDl26FWwKoqzmECCxcuu9o2cta9L3Xk2g_vRBa1YekgIWDWpU7vcRXXoQ9k8q31LkW5ho_tCeHuFCMaGmIMk6s1jkZy9vJ7ZprLPT15Ns6UKW6HRoo

QWMS7mg99qTX3vVY8ws1c3zE2ienwKbi_9kddYw31meOlsshYD81SlHSbemjXeyM1TLprpPsDPtvmnfa0b6JyRANO7xs7L1LTtmLrcjv2uRPQNZA
AHl5ThhFFfAMj7QB3laGr-_T8xR4vjP1gfJrcEuad0WpCRAopB>
>

Dear Camille Letouze,
Thank you very much for reaching out. I will protect and compensate all sources.
Firstly, I think you are a brave soul and good person for reaching out to disclose this violation, pertaining to over 1.5 billion.
I see that you were a Storyboard Artist for Fortiche Production between Sep 2020 - Oct 2021 - 1 yr 2 months. This is the period of concern and copyright infringement. Thus, I believe that you might be acting in good faith.
The truth of all this is: Arcane is good, Fortiche are brilliant, Riot has never been a reputable company, Linke is a thief, and Arcane is built directly from my Bloodborg: The Harvest by M.W. Wolf manuscript.
I'd like you to know, NDA's to protect illegal activity such as IP theft are not enforceable, because they're illegal bribes. I've got all the evidence I need, but I'm willing to compensate whistleblowers handsomely once we've beaten the cheat!
I know that although you will not face legal retaliation, the fear is that harassment and disadvantages in the workplace flies under the radar. This is of more concern given Riot's history of misogyny. Because of their history, and given these protective characteristics, if this goes all the way to court hearings, I will apply to the state of California for protective measures, - I've attached a little insight into whistleblower protections below- thus I will make sure that you are not exposed, and I'll compensate you depending on the level of payout. However, be assured, it will likely be more than you earn, perhaps 6 figures for solid proof. Bear in mind, I must compensate others for evidence.
This case is done and sealed, it's actually four cases, and I will likely win them all. I have so much evidence that Riot Games face either a substantial payout before courts or complete ruin of their products and reputation as all the lore is now built on Arcane which, as you know, is based on my manuscript. Thus I have a large stake in all of what they own, which is over 22 billion. Moreover, as you may know, this case is just the tip of the iceberg, hiding a dangerous underbelly. Governments know this. I've applied for authorities on both sides of the water to be parties to proceedings. Thus, if things snowball, Riot is done.
I'm a friendly and honest guy, I may not seem it in my X platform rants, but please bear in mind, I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it would cause, this is now a case far darker and much more serious than IP Theft.
If I were in your shoes, I'd trust me and jump off the sinking ship before It's too late. You and I, and others, know that Arcane is my Bloodborg: The Harvest by M.W. Wolf manuscript cut up by Linke and reworked. It would be easy for me to offer you a fixed sum, but I will not because I will be 100% transparent with you and all other whistleblowers. I can not be paying out before the court case. There is stuff I can not disclose to you.
What I can and will offer is:
1, I will protect my sources.
2, It will be financially beneficial to you.
3, I will win these cases, or at least 3 of the 4.
Thank you, and I wish you all the best. I'll check out your work, and who knows, perhaps we can work together on an M.W. Wolf Megaverse of Fiction project in the future.

Warm Wishes,
MARC Wolstenholme

Whistleblower protections
Whistleblower protections are laws and regulations that safeguard individuals who report illegal, unethical, or unsafe activities from retaliation. These protections are designed to encourage people to come forward with information about wrongdoing without fear of losing their job, facing legal action, or experiencing harassment. They cover disclosures related to fraud, corruption, health and safety violations, environmental offenses, and other unlawful or unethical conduct. Whistleblowers are protected from being held liable for disclosing information, especially if it pertains to illegal activity.
With this in mind, you will be protected for any and all information and evidence. Courts often allow for measures to protect the identity of witnesses or sources, especially if revealing their identity could lead to retaliation or endangerment. Judges sometimes conduct a private review (in-camera) of the evidence to determine its relevance before it is shown to the jury. This helps maintain confidentiality while ensuring that only admissible evidence is presented in court.
Evidence is usually presented in open court, but in sensitive cases, measures can be taken to show certain evidence exclusively to the jury and legal parties without making it public. The judge can order closed proceedings or seal parts of the case to keep sensitive information private. This would involve presenting the evidence only to the judge, jury, and legal teams, excluding the public or press. Protective measures may also ensure that identities remain confidential, and that evidence isn't shared beyond the legal proceedings.

On Sat, 2 Nov 2024 at 05:46, Squarespace <form-submission@squarespace.info> wrote:

Email:
gobelinsletouzestoryboards@live.com.fr, accepts marketing: false

Message:
How much are you offering for information about your case against Arcane? I need money secured up front if I'm going to risk my job and breaking a nda

Sent via form submission from M.W. Wolf's Megaverse

Email:
gobelinsletouzestoryboards@live.com.fr, accepts marketing: false

Message:
How much are you offering for information about your case against Arcane? I need money secured up front if I'm going to risk my job and breaking

a nda

Manage Submissions

Does this submission look like spam? Report it here.

## Message 12 of 593

| | |
|---|---|
| **Date** | Sat, 02 Nov 2024 05:54:33 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <67262109.050a0220.187afa.fcd2.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to gobelinsletouzestoryboards@live.com.fr because the domain live.com.fr couldn't be found. Check for typos or unnecessary spaces and try again.

Learn more here: https://support.google.com/mail/?p=BadRcptDomain

The response was:

DNS Error: DNS type 'mx' lookup of live.com.fr responded with code NXDOMAIN
Domain name not found: live.com.fr For more information, go to https://support.google.com/mail/?p=BadRcptDomain

Address not found

Your message wasn't delivered to gobelinsletouzestoryboards@live.com.fr because the domain live.com.fr couldn't be found. Check for typos or unnecessary spaces and try again.

LEARN MORE

The response was:

DNS Error: DNS type 'mx' lookup of live.com.fr responded with code NXDOMAIN
Domain name not found: live.com.fr For more information, go to https://support.google.com/mail/?p=BadRcptDomain

## Message 13 of 593

| | |
|---|---|
| **Date** | Sat, 2 Nov 2024 13:08:51 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | gobelinsletouzestoryboards@live.com |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK3ihXcJv7KLAjoxp9_ihr2T3O00+qFzJNqfe8KUjppE_g@mail.gmail.com> |

Dear Camille Letouze,

Thank you very much for reaching out. I will protect and compensate all sources.

Firstly, I think you are a brave soul and good person for reaching out to disclose this violation, pertaining to over 1.5 billion.

I see that you were a Storyboard Artist for Fortiche Production between Sep 2020 - Oct 2021 - 1 yr 2 months. This is the period of concern and copyright infringement. Thus, I believe that you might be acting in good faith.

The truth of all this is: Arcane is good, Fortiche are brilliant, Riot has never been a reputable company, Linke is a thief, and Arcane is built directly from *my Bloodborg: The Harvest by M.W. Wolf manuscript.*

I'd like you to know, NDA's to protect illegal activity such as IP theft are not enforceable, because they're illegal bribes. I've got all the evidence I need, but I'm willing to compensate whistleblowers handsomely once we've beaten the cheat!

I know that although you will not face legal retaliation, the fear is that harassment and disadvantages in the workplace flies under the radar. This is of more concern given Riot's history of misogyny. Because of their history, and given these protective characteristics, if this goes all the way to court hearings, I will apply to the state of California for protective measures, - I've attached a little insight into whistleblower protections below- thus I will make sure that you are not exposed, and I'll compensate you depending on the level of payout. However, be assured, it will likely be more than you earn, perhaps 6 figures for solid proof. Bear in mind, I must compensate others for evidence.

This case is done and sealed, it's actually four cases, and I will likely win them all. I have so much evidence that Riot Games face either a substantial payout before courts or complete ruin of their products and reputation as all the lore is now built on Arcane which, as you know, is based on my manuscript. Thus I have a large stake in all of what they own, which is over 22 billion. Moreover, as you may know, this case is just the tip of the iceberg, hiding a dangerous underbelly. Governments know this. I've applied for authorities on both sides of the water to be parties to proceedings. Thus, if things snowball, Riot is done.

I'm a friendly and honest guy, I may not seem it in my X platform rants, but please bear in mind, I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it would cause, this is now a case far darker and much more serious than IP Theft.

If I were in your shoes, I'd trust me and jump off the sinking ship before It's too late. You and I, and others, know that Arcane is my Bloodborg: The Harvest by M.W. Wolf manuscript cut up by Linke and reworked. It would be easy for me to offer you a fixed sum, but I will not because I will be 100% transparent with you and all other whistleblowers. I can not be paying out before the court case. There is stuff I can not disclose to you.

What I can and will offer is:

1, I will protect my sources.

2, It will be financially beneficial to you.

3, I will win these cases, or at least 3 of the 4.

Thank you, and I wish you all the best. I'll check out your work, and who knows, perhaps we can work together on an M.W. Wolf Megaverse of Fiction project in the future.

Warm Wishes,

MARC Wolstenholme

*Whistleblower protections*

Whistleblower protections are laws and regulations that safeguard individuals who report illegal, unethical, or unsafe activities from retaliation. These protections are designed to encourage people to come forward with information about wrongdoing without fear of losing their job, facing legal action, or experiencing harassment. They cover disclosures related to fraud, corruption, health and safety violations, environmental offenses, and other unlawful or unethical conduct. Whistleblowers are protected from being held liable for disclosing information, especially if it pertains to illegal activity.

With this in mind, you will be protected for any and all information and evidence. Courts often allow for measures to protect the identity of witnesses or sources, especially if revealing their identity could lead to retaliation or endangerment. Judges sometimes conduct a private review (in-camera) of the evidence to determine its relevance before it is shown to the jury. This helps maintain confidentiality while ensuring that only admissible evidence is presented in court.

Evidence is usually presented in open court, but in sensitive cases, measures can be taken to show certain evidence exclusively to the jury and legal parties without making it public. The judge can order closed proceedings or seal parts of the case to keep sensitive information private. This would involve presenting the evidence only to the judge, jury, and legal teams, excluding the public or press. Protective measures may also ensure that identities remain confidential, and that evidence isn't shared beyond the legal proceedings.

On Sat, 2 Nov 2024 at 12:54, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

> Dear Camille Letouze,
>
> Thank you very much for reaching out. I will protect and compensate all
> sources.
>
> Firstly, I think you are a brave soul and good person for reaching out to
> disclose this violation, pertaining to over 1.5 billion.
>
> I see that you were a Storyboard Artist for Fortiche Production between
> Sep 2020 - Oct 2021 - 1 yr 2 months. This is the period of concern and
> copyright infringement. Thus, I believe that you might be acting in good
> faith.
>
> The truth of all this is: Arcane is good, Fortiche are brilliant, Riot has
> never been a reputable company, Linke is a thief, and Arcane is built
> directly from *my Bloodborg: The Harvest by M.W. Wolf manuscript.*
>
> I'd like you to know, NDA's to protect illegal activity such as IP theft
> are not enforceable, because they're illegal bribes. I've got all the
> evidence I need, but I'm willing to compensate whistleblowers handsomely
> once we've beaten the cheat!
>
> I know that although you will not face legal retaliation, the fear is that
> harassment and disadvantages in the workplace flies under the radar. This
> is of more concern given Riot's history of misogyny. Because of their
> history, and given these protective characteristics, if this goes all the
> way to court hearings, I will apply to the state of California for
> protective measures, - I've attached a little insight into whistleblower

> protections below- thus I will make sure that you are not exposed, and I'll
> compensate you depending on the level of payout. However, be assured, it
> will likely be more than you earn, perhaps 6 figures for solid proof. Bear
> in mind, I must compensate others for evidence.
>
> This case is done and sealed, it's actually four cases, and I will likely
> win them all. I have so much evidence that Riot Games face either a
> substantial payout before courts or complete ruin of their products and
> reputation as all the lore is now built on Arcane which, as you know, is
> based on my manuscript. Thus I have a large stake in all of what they own,
> which is over 22 billion. Moreover, as you may know, this case is just the
> tip of the iceberg, hiding a dangerous underbelly. Governments know this.
> I've applied for authorities on both sides of the water to be parties to
> proceedings. Thus, if things snowball, Riot is done.
>
> I'm a friendly and honest guy, I may not seem it in my X platform rants,
> but please bear in mind, I've had my 10 years of trauma writing violated
> and I've been attacked for speaking out and called a lunatic among other
> things. Stealing someone's work and changing it, is intellectual property
> theft, this alone will crumble a reputation. Then using the victims
> vulnerability of PTSD to gaslight, saying look, he/ she's mad, is
> psychological abuse. This is protected against under the equality act 2010
> and under mental disability, which is also a protected characteristic which
> triggers article 14 of the European human rights act 1989. Thus when I
> prove intellectual property theft and copyright infringements and said
> abusers have known about PTSD and still progressed with the theft and
> prolonged cases by lying or threatening legal action against me, knowing
> the psychological damage it would cause, this is now a case far darker and
> much more serious than IP Theft.
>
> If I were in your shoes, I'd trust me and jump off the sinking ship before
> It's too late. You and I, and others, know that Arcane is my Bloodborg: The
> Harvest by M.W. Wolf manuscript cut up by Linke and reworked. It would be
> easy for me to offer you a fixed sum, but I will not because I will be 100%
> transparent with you and all other whistleblowers. I can not be paying out
> before the court case. There is stuff I can not disclose to you.
>
> What I can and will offer is:
>
> 1, I will protect my sources.
>
> 2, It will be financially beneficial to you.
>
> 3, I will win these cases, or at least 3 of the 4.
>
> Thank you, and I wish you all the best. I'll check out your work, and who
> knows, perhaps we can work together on an M.W. Wolf Megaverse of Fiction
> project in the future.
>
>
> Warm Wishes,
>
> MARC Wolstenholme
>
>
> *Whistleblower protections*
>
> Whistleblower protections are laws and regulations that safeguard
> individuals who report illegal, unethical, or unsafe activities from
> retaliation. These protections are designed to encourage people to come
> forward with information about wrongdoing without fear of losing their job,
> facing legal action, or experiencing harassment. They cover disclosures
> related to fraud, corruption, health and safety violations, environmental
> offenses, and other unlawful or unethical conduct. Whistleblowers are
> protected from being held liable for disclosing information, especially if
> it pertains to illegal activity.

>
> With this in mind, you will be protected for any and all information and
> evidence. Courts often allow for measures to protect the identity of
> witnesses or sources, especially if revealing their identity could lead to
> retaliation or endangerment. Judges sometimes conduct a private review
> (in-camera) of the evidence to determine its relevance before it is shown
> to the jury. This helps maintain confidentiality while ensuring that only
> admissible evidence is presented in court.
>
> Evidence is usually presented in open court, but in sensitive cases,
> measures can be taken to show certain evidence exclusively to the jury and
> legal parties without making it public. The judge can order closed
> proceedings or seal parts of the case to keep sensitive information
> private. This would involve presenting the evidence only to the judge,
> jury, and legal teams, excluding the public or press. Protective measures
> may also ensure that identities remain confidential, and that evidence
> isn't shared beyond the legal proceedings.
>
> On Sat, 2 Nov 2024 at 05:46, Squarespace <form-submission@squarespace.info>
> wrote:
>
>> *Email:* gobelinsletouzestoryboards@live.com.fr, accepts marketing: false
>>
>> *Message:* How much are you offering for information about your case
>> against Arcane? I need money secured up front if I'm going to risk my job
>> and breaking a nda
>>
>> Sent via form submission from *M.W. Wolf's Megaverse
>> <https://comms-sl-events.squarespace.info/?ref=HrwAAF4G34L1cEJgZZoakWIEkL_wKbTqAQAAAIl8VLfAalrdpPHAerKqExZcy15ZsG1ZBAMI3zprks--HE2puTDBsgJ1WPHLjKiTLGqQr5yMVa2YsokDA6mWhahTtckyCffFy_eIgBAcfaIxP4dBi1BOv1hEPJ1D-qt5QRqpOtmge68vLErasWWAP8Aq6PoyaE3UBreGCPAJo3Yqml1VU6Xlf9rWWBWM8i0byINFfYYEMcd-rOFT7WedzR31axNvPU7Z8Ln5Dn5nDVr8ESJXhR8aXWoEnIar-ShmzD82aZBF4wXM-hV5qFu8GL8>*
>>
>> *Email:* gobelinsletouzestoryboards@live.com.fr, accepts marketing: false
>>
>> *Message:* How much are you offering for information about your case
>> against Arcane? I need money secured up front if I'm going to risk my job
>> and breaking a nda
>>
>> Manage Submissions
>> <https://comms-sl-events.squarespace.info/?ref=HrwAAC0P_YEQ-XpuijPBMxJIg0V3lko2AQAAAIl8VLfAalrdpPHAerKqExZcy15ZsG1ZBAMI3zprks--HE2puTDBsgJ1WPHLjKiTLGqQr5yMVa2YsokDA6mWhahTtckyCffFy_eIgBAcfaIxP4dBi1BOv1hEPJ1D-qt5QRqpOtmge68vLErasWWAP8DoaY42b8Ddo5Ra6kaxCvzSNfeldG7gx8luaSoIKsOoKC_46R96-5V25Zre3DS4dcZjaYRSrHwVRPPRNsDqp00nPqP_u0dPw3skI1BcMYbwOsqKDKCVGu45XOr0t0dMFh5g2-UXMEz2TsAkAb-gbutcGz3a1R9ykLQH4jKWyVEn2J7WGgpq2eCwGOst82BbtJmWmp-7Nrfdd7ffIjdcT7mx>
>>
>> Does this submission look like spam? Report it here.
>>
<https://comms-sl-events.squarespace.info/?ref=HrwAAApw4_Fquqj3rI0uZRYArXQiCbB0AQAAAIl8VLfAalrdpPHAerKqExZcy15ZsG1ZBAMI3zprks--HE2puTDBsgJ1WPHLjKiTLGqQr5yMVa2YsokDA6mWhahTtckyCffFy_eIgBAcfaIxP4dBi1BOv1hEPJ1D-qt5QcQdfltfWYMN9jmba4laeSAFJDl26FWwKoqzmECCxcuu9o2cta9L3Xk2g_vRBa1YekgIWDWpU7vcRXXoQ9k8q31LkW5ho_tCeHuFCMaGmIMk6s1jkZy9vJ7ZprLPT15Ns6UKW6HRooQWMS7mg99qTX3vVY8ws1c3zE2ienwKbi_9kddYw31meOlsshYD81SlHSbemjXeyM1TLprpPsDPtvmnfa0b6JyRANO7xs7L1LTtmLrcjv2uRPQNZAAHl5ThhFFfAMj7QB3laGr-_T8xR4vjP1gfJrcEuad0WpCRAopB>
>>
>

Dear Camille Letouze,
Thank you very much for reaching out. I will protect and compensate all sources.
Firstly, I think you are a brave soul and good person for reaching out to disclose this violation, pertaining to over 1.5 billion.
I see that you were a Storyboard Artist for Fortiche Production between Sep 2020 - Oct 2021 - 1 yr 2 months. This is the period of concern and copyright infringement. Thus, I believe that you might be acting in good faith.
The truth of all this is: Arcane is good, Fortiche are brilliant, Riot has never been a reputable company, Linke is a thief, and Arcane is built directly from my Bloodborg: The Harvest by M.W. Wolf manuscript.
I'd like you to know, NDA's to protect illegal activity such as IP theft are not enforceable, because they're illegal bribes. I've got all the evidence I need, but I'm willing to compensate whistleblowers handsomely once we've beaten the cheat!
I know that although you will not face legal retaliation, the fear is that harassment and disadvantages in the workplace flies under the radar. This is of more concern given Riot's history of misogyny. Because of their history, and given these protective characteristics, if this goes all the way to court

hearings, I will apply to the state of California for protective measures, - I've attached a little insight into whistleblower protections below- thus I will make sure that you are not exposed, and I'll compensate you depending on the level of payout. However, be assured, it will likely be more than you earn, perhaps 6 figures for solid proof. Bear in mind, I must compensate others for evidence.

This case is done and sealed, it's actually four cases, and I will likely win them all. I have so much evidence that Riot Games face either a substantial payout before courts or complete ruin of their products and reputation as all the lore is now built on Arcane which, as you know, is based on my manuscript. Thus I have a large stake in all of what they own, which is over 22 billion. Moreover, as you may know, this case is just the tip of the iceberg, hiding a dangerous underbelly. Governments know this. I've applied for authorities on both sides of the water to be parties to proceedings. Thus, if things snowball, Riot is done.

I'm a friendly and honest guy, I may not seem it in my X platform rants, but please bear in mind, I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it would cause, this is now a case far darker and much more serious than IP Theft.

If I were in your shoes, I'd trust me and jump off the sinking ship before It's too late. You and I, and others, know that Arcane is my Bloodborg: The Harvest by M.W. Wolf manuscript cut up by Linke and reworked. It would be easy for me to offer you a fixed sum, but I will not because I will be 100% transparent with you and all other whistleblowers. I can not be paying out before the court case. There is stuff I can not disclose to you.

What I can and will offer is:

1, I will protect my sources.

2, It will be financially beneficial to you.

3, I will win these cases, or at least 3 of the 4.

Thank you, and I wish you all the best. I'll check out your work, and who knows, perhaps we can work together on an M.W. Wolf Megaverse of Fiction project in the future.

Warm Wishes,
MARC Wolstenholme

Whistleblower protections

Whistleblower protections are laws and regulations that safeguard individuals who report illegal, unethical, or unsafe activities from retaliation. These protections are designed to encourage people to come forward with information about wrongdoing without fear of losing their job, facing legal action, or experiencing harassment. They cover disclosures related to fraud, corruption, health and safety violations, environmental offenses, and other unlawful or unethical conduct. Whistleblowers are protected from being held liable for disclosing information, especially if it pertains to illegal activity.

With this in mind, you will be protected for any and all information and evidence. Courts often allow for measures to protect the identity of witnesses or sources, especially if revealing their identity could lead to retaliation or endangerment. Judges sometimes conduct a private review (in-camera) of the evidence to determine its relevance before it is shown to the jury. This helps maintain confidentiality while ensuring that only admissible evidence is presented in court.

Evidence is usually presented in open court, but in sensitive cases, measures can be taken to show certain evidence exclusively to the jury and legal parties without making it public. The judge can order closed proceedings or seal parts of the case to keep sensitive information private. This would involve presenting the evidence only to the judge, jury, and legal teams, excluding the public or press. Protective measures may also ensure that identities remain confidential, and that evidence isn't shared beyond the legal proceedings.

On Sat, 2 Nov 2024 at 12:54, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Dear Camille Letouze,

Thank you very much for reaching out. I will protect and compensate all sources.

Firstly, I think you are a brave soul and good person for reaching out to disclose this violation, pertaining to over 1.5 billion.

I see that you were a Storyboard Artist for Fortiche Production between Sep 2020 - Oct 2021 - 1 yr 2 months. This is the period of concern and copyright infringement. Thus, I believe that you might be acting in good faith.

The truth of all this is: Arcane is good, Fortiche are brilliant, Riot has never been a reputable company, Linke is a thief, and Arcane is built directly from my Bloodborg: The Harvest by M.W. Wolf manuscript.

I'd like you to know, NDA's to protect illegal activity such as IP theft are not enforceable, because they're illegal bribes. I've got all the evidence I need, but I'm willing to compensate whistleblowers handsomely once we've beaten the cheat!

I know that although you will not face legal retaliation, the fear is that harassment and disadvantages in the workplace flies under the radar. This is of more concern given Riot's history of misogyny. Because of their history, and given these protective characteristics, if this goes all the way to court hearings, I will apply to the state of California for protective measures, - I've attached a little insight into whistleblower protections below- thus I will make sure that you are not exposed, and I'll compensate you depending on the level of payout. However, be assured, it will likely be more than you earn, perhaps 6 figures for solid proof. Bear in mind, I must compensate others for evidence.

This case is done and sealed, it's actually four cases, and I will likely win them all. I have so much evidence that Riot Games face either a substantial payout before courts or complete ruin of their products and reputation as all the lore is now built on Arcane which, as you know, is based on my manuscript. Thus I have a large stake in all of what they own, which is over 22 billion. Moreover, as you may know, this case is just the tip of the iceberg, hiding a dangerous underbelly. Governments know this. I've applied for authorities on both sides of the water to be parties to proceedings. Thus, if things snowball, Riot is done.

I'm a friendly and honest guy, I may not seem it in my X platform rants, but please bear in mind, I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it

would cause, this is now a case far darker and much more serious than IP Theft.
If I were in your shoes, I'd trust me and jump off the sinking ship before It's too late. You and I, and others, know that Arcane is my Bloodborg: The Harvest by M.W. Wolf manuscript cut up by Linke and reworked. It would be easy for me to offer you a fixed sum, but I will not because I will be 100% transparent with you and all other whistleblowers. I can not be paying out before the court case. There is stuff I can not disclose to you.
What I can and will offer is:
1, I will protect my sources.
2, It will be financially beneficial to you.
3, I will win these cases, or at least 3 of the 4.
Thank you, and I wish you all the best. I'll check out your work, and who knows, perhaps we can work together on an M.W. Wolf Megaverse of Fiction project in the future.

Warm Wishes,
MARC Wolstenholme

Whistleblower protections
Whistleblower protections are laws and regulations that safeguard individuals who report illegal, unethical, or unsafe activities from retaliation. These protections are designed to encourage people to come forward with information about wrongdoing without fear of losing their job, facing legal action, or experiencing harassment. They cover disclosures related to fraud, corruption, health and safety violations, environmental offenses, and other unlawful or unethical conduct. Whistleblowers are protected from being held liable for disclosing information, especially if it pertains to illegal activity.
With this in mind, you will be protected for any and all information and evidence. Courts often allow for measures to protect the identity of witnesses or sources, especially if revealing their identity could lead to retaliation or endangerment. Judges sometimes conduct a private review (in-camera) of the evidence to determine its relevance before it is shown to the jury. This helps maintain confidentiality while ensuring that only admissible evidence is presented in court.
Evidence is usually presented in open court, but in sensitive cases, measures can be taken to show certain evidence exclusively to the jury and legal parties without making it public. The judge can order closed proceedings or seal parts of the case to keep sensitive information private. This would involve presenting the evidence only to the judge, jury, and legal teams, excluding the public or press. Protective measures may also ensure that identities remain confidential, and that evidence isn't shared beyond the legal proceedings.

On Sat, 2 Nov 2024 at 05:46, Squarespace <form-submission@squarespace.info> wrote:

Email:
gobelinsletouzestoryboards@live.com.fr, accepts marketing: false

Message:
How much are you offering for information about your case against Arcane? I need money secured up front if I'm going to risk my job and breaking a nda

Sent via form submission from M.W. Wolf's Megaverse

Email:
gobelinsletouzestoryboards@live.com.fr, accepts marketing: false

Message:
How much are you offering for information about your case against Arcane? I need money secured up front if I'm going to risk my job and breaking a nda

Manage Submissions

Does this submission look like spam? Report it here.

## Message 14 of 593

| | |
|---|---|
| **Date** | Sat, 02 Nov 2024 06:09:03 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6726246f.050a0220.2da7b6.0a49.GMR@mx.google.com> |

** Message blocked **

Your message to gobelinsletouzestoryboards@live.com has been blocked. See technical details below for more information.

The response from the remote server was:
550 5.5.0 Requested action not taken: mailbox unavailable (S2017062302). [AM3PEPF0000A792.eurprd04.prod.outlook.com 2024-11-02T13:09:03.103Z 08DCF70C546E641F]

Message blocked

Your message to gobelinsletouzestoryboards@live.com has been blocked. See technical details below for more information.

The response from the remote server was:

550 5.5.0 Requested action not taken: mailbox unavailable (S2017062302). [AM3PEPF0000A792.eurprd04.prod.outlook.com 2024-11-02T13:09:03.103Z 08DCF70C546E641F]

## Message 15 of 593

| | |
|---|---|
| **Date** | Sat, 02 Nov 2024 19:00:56 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <e3996174eda642e5b76a3dc42be99ddd@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lmao@mlao.com, accepts marketing: false

Message:
this is why family court took your daughter lmao you are deranged af

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmao@mlao.com, accepts marketing: false

Message:
this is why family court took your daughter lmao you are deranged af

Manage Submissions

Does this submission look like spam? Report it here.

## Message 16 of 593

| | |
|---|---|
| **Date** | Sat, 2 Nov 2024 19:24:16 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | dan.chang@riotgames.com, copyright@netflix.com, lisa.nandy.mp@parliament.uk, "Moss, Aaron" <amoss@greenberglusker.com>, "OWATEMI, Taiwo" <taiwo.owatemi.mp@parliament.uk>, correspondence@dsit.gov.uk, contact.center@dfeh.zendesk.com, "Geller, Joshua" <jgeller@greenberglusker.com> |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK3YAVXhT0ZiKjHCD3=iTRLSA4mc-4BFNp6qzimadrc8Cg@mail.gmail.com> |

Dear all, please see the latest hatmail targeting my daughter and mental health.This is a criminal Matter and I'd like the LAPD and the state of California to investigate Riot Games and their stakeholders. I feel unsafe and worried about my daughter. I don't even know how they know I have a daughter.
I expected retaliation as Riot are known for doing it. I'm just telling the truth about the intellectual property theft to the sum of billions from me.

I can not proceed with court proceedings under this kind of treatment. They are using the most emotive thing in my life to harm me because I am speaking out about theft.

Please intervene before it gets out of control.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sat, 2 Nov 2024 at 19:01
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* lmao@mlao.com, accepts marketing: false

*Message:* this is why family court took your daughter lmao you are deranged af

Sent via form submission from *M.W. Wolf's Megaverse
<https://comms-sl-events.squarespace.info/?ref=HrwAAISqOzfRFnXKlAZvD2nDGF5NQdCSAQAAAP0GS7RLT1g2_g5Y6eMeiRFvraKSM7Cvap29yoEuRQ6kHAA_XjD2MdiJl0GaMPdvF2MNGxIoeZCzSOPnHXAkUr8AYDMF2ix8Ul7vrGcePRz1LriGA_3UjRKNp1iVTlFZqtX8JCpq5JRqDct9wBvcvTsI1axndn71WtDfa4s3hptRXYBND9HU1gg1ek5CWYwNaohuzFpno_ZJ9P42L_iGz3aywFsrxpiZxwgrFZkMV5UFQILdgWQpRH1a5sAm3HeWiI3qZ2IwrA6DVPlDgmvYk8s>*

*Email:* lmao@mlao.com, accepts marketing: false

*Message:* this is why family court took your daughter lmao you are deranged af

Manage Submissions
<https://comms-sl-events.squarespace.info/?ref=HrwAAL_W1TRNl-HlUc4n1WGvhI_z3aH1AQAAAP0GS7RLT1g2_g5Y6eMeiRFvraKSM7Cvap29yoEuRQ6kHAA_XjD2MdiJl0GaMPdvF2MNGxIoeZCzSOPnHXAkUr8AYDMF2ix8Ul7vrGcePRz1LriGA_3UjRKNp1iVTlFZqtX8JCpq5JRqDct9wBvcvTvhak8R2LAjIc3mH_lhjiWGyiDINyCgtIG09D8pyNch92Yqx9xk9XlOCGxMQCDuN_wsqvDjBOWMFN4vZ4-XNDFdA0edtmG5ZJYWLrw1ClU4tn00UXnc-NELJfubhv1fsW4wW7Cl8mECnI3IAt-NZPTD6dqvZBta5rnFK5lrtNm15YYyWPJFO8biBwcEWCZleZN_skE-PhRBpTF9aO77s64t>

Does this submission look like spam? Report it here.
<https://comms-sl-events.squarespace.info/?ref=HrwAAOAV6cVGno04-K8L2m20w9-vk92JAQAAAP0GS7RLT1g2_g5Y6eMeiRFvraKSM7Cvap29yoEuRQ6kHAA_XjD2MdiJl0GaMPdvF2MNGxIoeZCzSOPnHXAkUr8AYDMF2ix8Ul7vrGcePRz1LriGA_3UjRKNp1iVTlFZqjBZH6U_oDkG94d7DpAlQeVsFnBERVpDTvVoALxeOqHsc-PlElLyJqZKJkj6G696rZfXJCq9clcQN4qaALDX7kWYEgLwxs4nYglIR4ZCbUMZ2fAE8jSINpIymm7JWFrhPhMLqmd7CZLXp-SSFIs3mwbviHGf8LcPWD0QBzJsN6-Gm9Xs2hkKqu_HYIUe-D1869m0LIE0ZRlE9VPsdIADe1YTXjAhGESYRtRpTpCSBQ9pGFAiGRPEjx-_QDImkwm42qQ0VWIE7oj_vg2tiaM2nzKpctqQmQFC4rmjh564zgCj>

Dear all, please see the latest hatmail targeting my daughter and mental health.This is a criminal Matter and I'd like the LAPD and the state of California to investigate Riot Games and their stakeholders. I feel unsafe and worried about my daughter. I don't even know how they know I have a daughter.
I expected retaliation as Riot are known for doing it. I'm just telling the truth about the intellectual property theft to the sum of billions from me.
I can not proceed with court proceedings under this kind of treatment. They are using the most emotive thing in my life to harm me because I am speaking out about theft.
Please intervene before it gets out of control.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sat, 2 Nov 2024 at 19:01
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
lmao@mlao.com, accepts marketing: false

Message:
this is why family court took your daughter lmao you are deranged af

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmao@mlao.com, accepts marketing: false

Message:
this is why family court took your daughter lmao you are deranged af

Manage Submissions

Does this submission look like spam? Report it here.

## Message 17 of 593

| | |
|---|---|
| **Date** | Sat, 02 Nov 2024 22:07:32 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2DcyYkfMTuGy3n8y1BGdTg@geopod-ismtpd-30> |

Form Submission - Welcome To The Wolf Pack

Email:
randofromtwitter@bombo.com, accepts marketing: false

Message:
dude, seriously, I'm going to say it with the best intentions: you need help. You can not tell me the most generic description of "character descending into a busy dirty city in a fantasy steampunkish setting" is something that only you came up with. Are you telling me I cant have fucking coffee stands on my fantasy story? or women with chest bindings? a character climbing down a building? the more things you point out, the more ridiculous you sound, and I'm legit trying to help you here because you are about to spend a lot of money. Also you know that description of Zaun has existed since the game came out right? They even mention the elevator AND the bar Vi grew up. Also I don't know if you know this but "The Lanes" is called like that because IS WHAT PART OF THE LEAGUE MAP IS CALLED SINCE 2009.
for real, look for professional help

Sent via form submission from M.W. Wolf's Megaverse

Email:
randofromtwitter@bombo.com, accepts marketing: false

Message:
dude, seriously, I'm going to say it with the best intentions: you need help. You can not tell me the most generic description of "character descending into a busy dirty city in a fantasy steampunkish setting" is something that only you came up with. Are you telling me I cant have fucking coffee stands on my fantasy story? or women with chest bindings? a character climbing down a building? the more things you point out, the more ridiculous you sound, and I'm legit trying to help you here because you are about to spend a lot of money. Also you know that description of Zaun has existed since the game came out right? They even mention the elevator AND the bar Vi grew up. Also I don't know if you know this but "The Lanes" is called like that because IS WHAT PART OF THE LEAGUE MAP IS CALLED SINCE 2009.
for real, look for professional help

Manage Submissions

Does this submission look like spam? Report it here.

## Message 18 of 593

| | |
|---|---|
| **Date** | Sat, 2 Nov 2024 23:02:22 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | "Moss, Aaron" <amoss@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>, "Los Angeles Superior Court, Online Services" <OnlineServices@lacourt.org>, correspondence@dsit.gov.uk, contact.center@dfeh.zendesk.com, Copyright Alerts <copyright@svc.netflix.net> |
| **Subject** | Discriminatory Hate Mail and 1 minute clip |
| **Message-ID** | <CANg9FK1Loc=NMdp6S0FapzO7QPzYMHn_wcP8VdhaddNwoqF5Kg@mail.gmail.com> |

Dear All,

Please see the 1 minute clip in the link below. You will hear writing, stolen from BloodBorg, read over the animation. This can be done for almost everything in Arcane, from characters to aesthetics, to narrative beats, to literary devices used in specific ways, to dualism, trauma writing, mirroring, colours to enhance narrative, world building and so much more.

I mean, why on earth would you try and fight me when you and I both know that Linke used my manuscript to build Arcane.

Linke was given my manuscript which was submitted to Riot Forge, most probably by Rowan Parker of Riot Forge, so says one source. My writing was literally pinned to walls in many departments of both Riot and Fortiche, even in the storyboard rooms and shark tank writers rooms.

Everyone involved were made to sign NDAs, but NDA's to protect illegal activity such as IP theft are not enforceable, because they're illegal bribes. I've got all the evidence I need, but I'm still willing to compensate other whistleblowers handsomely once we've beaten the cheat!

I'm willing to attend Early dispute resolution (EDR), to save us all a lot of stress and hassle and reputational damage and harassment over my webpage. I've got real things to worry about, I don't want cases like this in my way. The things being said to me, over emails to my website, from both Riot and Fortiche are horrendous.

Most of it is directed at my mental health, gaslighting, telling me I'm mad, telling me all kinds of fake timelines, threatening to steal more and calling me a Transphobic Racist Loser, as well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af." I don't even know how he or she knows that I have a daughter as I do not even share my name on social media or my webpage.

This is hardly a way to dispute a court case after you have made billions off the back of my writing. I hoped that after the last CEO left, Riot would improve their behaviours, clearly I was wrong. I've been fighting the MOD in court battles for 20 years so calling me names isn't going to make me stop, nor is anything else.

I'm a friendly and honest guy, I may not seem it in my X platform rants, but please bear in mind, I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it would cause, this is now a case far darker and much more serious than IP Theft.

The latest email from: randofromtwitter@bombo.com, says "dude, seriously, I'm going to say it with the best intentions: you need help. You can not tell me the most generic description of "character descending into a busy dirty city in a fantasy steampunkish setting" is something that only you came up with. Are you telling me I can't have fucking coffee stands on my

fantasy story? or women with chest bindings? a character climbing down a building? the more things you point out, the more ridiculous you sound, and I'm legit trying to help you here because you are about to spend a lot of money. Also you know that description of Zaun has existed since the game came out right? They even mention the elevator AND the bar Vi grew up. Also I don't know if you know this but "The Lanes" is called like that because IS WHAT PART OF THE LEAGUE MAP IS CALLED SINCE 2009, for real, look for professional help."

I'd like the hate mail to stop but I can not stop showing the truth because I feel that as a vulnerable and disadvantaged party in court proceedings, I need as many people as possible to see the theft and to reach out. Some have been fruitful; most are clearly your guys putting pressure on me with retaliation.

Given the way this case is and the disadvantages and the nature of the messages, I feel that for protection, the State of California and the UK government need to be involved in this case from the very first hearing.

Please see the link below,

Marc Wolstenholme

https://x.com/MW_Wolf_Ltd/status/1852826247535251849

Dear All,

Please see the 1 minute clip in the link below. You will hear writing, stolen from BloodBorg, read over the animation. This can be done for almost everything in Arcane, from characters to aesthetics, to narrative beats, to literary devices used in specific ways, to dualism, trauma writing, mirroring, colours to enhance narrative, world building and so much more.

I mean, why on earth would you try and fight me when you and I both know that Linke used my manuscript to build Arcane.

Linke was given my manuscript which was submitted to Riot Forge, most probably by Rowan Parker of Riot Forge, so says one source. My writing was literally pinned to walls in many departments of both Riot and Fortiche, even in the storyboard rooms and shark tank writers rooms.

Everyone involved were made to sign NDAs, but NDA's to protect illegal activity such as IP theft are not enforceable, because they're illegal bribes. I've got all the evidence I need, but I'm still willing to compensate other whistleblowers handsomely once we've beaten the cheat!

I'm willing to attend Early dispute resolution (EDR), to save us all a lot of stress and hassle and reputational damage and harassment over my webpage. I've got real things to worry about, I don't want cases like this in my way. The things being said to me, over emails to my website, from both Riot and Fortiche are horrendous.

Most of it is directed at my mental health, gaslighting, telling me I'm mad, telling me all kinds of fake timelines, threatening to steal more and calling me a Transphobic Racist Loser, as well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af." I don't even know how he or she knows that I have a daughter as I do not even share my name on social media or my webpage.

This is hardly a way to dispute a court case after you have made billions off the back of my writing. I hoped that after the last CEO left, Riot would improve their behaviours, clearly I was wrong. I've been fighting the MOD in court battles for 20 years so calling me names isn't going to make me stop, nor is anything else.

I'm a friendly and honest guy, I may not seem it in my X platform rants, but please bear in mind, I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and

still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it would cause, this is now a case far darker and much more serious than IP Theft.

The latest email from:
randofromtwitter@bombo.com,
says “dude, seriously, I'm going to say it with the best intentions: you need help. You can not tell me the most generic description of "character descending into a busy dirty city in a fantasy steampunkish setting" is something that only you came up with. Are you telling me I can’t have fucking coffee stands on my fantasy story? or women with chest bindings? a character climbing down a building? the more things you point out, the more ridiculous you sound, and I'm legit trying to help you here because you are about to spend a lot of money. Also you know that description of Zaun has existed since the game came out right? They even mention the elevator AND the bar Vi grew up. Also I don't know if you know this but "The Lanes" is called like that because IS WHAT PART OF THE LEAGUE MAP IS CALLED SINCE 2009, for real, look for professional help.”

I’d like the hate mail to stop but I can not stop showing the truth because I feel that as a vulnerable and disadvantaged party in court proceedings, I need as many people as possible to see the theft and to reach out. Some have been fruitful; most are clearly your guys putting pressure on me with retaliation.

Given the way this case is and the disadvantages and the nature of the messages, I feel that for protection, the State of California and the UK government need to be involved in this case from the very first hearing.

Please see the link below,

Marc Wolstenholme

https://x.com/MW_Wolf_Ltd/status/1852826247535251849

## Message 19 of 593

| | |
|---|---|
| **Date** | Sat, 02 Nov 2024 23:02:34 +0000 |
| **From** | contact <contact+noreply@forticheprod.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | Re: Discriminatory Hate Mail and 1 minute clip |
| **Message-ID** | <00000000000001036130625f60c8c@google.com> |

Bonjour,

Nous accusons bonne réception de votre message. Avant toute chose, nous vous remercions de l’intérêt porté à Fortiche.

Si vous nous contactez pour :

- un avis, une remarque ou un message aux équipes d’Arcane, merci pour vos messages encourageants ! :)
- une candidature, merci de remplir le formulaire (http://job.forticheprod.com)
- une question concernant nos recrutements, merci d’envoyer votre message à job@forticheprod.com
- une demande presse/communication, merci d’adresser votre message à communication@forticheprod.com
- nous soumettre un projet : veuillez noter que nous ne sommes pas en recherche active de nouveaux projets actuellement.

Si toutefois, vous souhaitez vraiment nous parler de votre projet, merci de remplir ce formulaire :
https://docs.google.com/forms/d/1xUvgEktM8ik3tAZjTe4x1DCpUWEahJnfj4B08kOWAMM
Nous reviendrons vers vous dès que cela nous sera possible. Si vous n’avez pas de réponse de notre part d’ici 3 mois, c’est que nous ne pourrons malheureusement pas donner suite à votre demande.

- Tout autre demande, l’équipe concernée reviendra vers vous dès que possible.

Merci beaucoup !
L’équipe Fortiche Production

--------------------------------------------------------------------------------

Hello,

We confirm receipt of your message. First of all, we thank you for your interest in Fortiche.

If you contact us for :

- sending a "congratulations" message to the Arcane teams : thank you, we love them ! :)
- a job opportunity, please fill in the application form (http://job.forticheprod.com)
- a question about our recruitment, please send your message to job@forticheprod.com
- a press/communication request, please send your message to communication@forticheprod.com
- to submit a project, please note that we are not currently seeking new projects.

However, if you really want to share your project with us, please fill out this form: https://forms.gle/ucv8jhixWeiuLBpj7
We will get back to you as soon as we can. If you do not hear from us within 3 months, we will unfortunately not be able to proceed with your request.

- for any other reason, the according team will get back to you as soon as possible.

Thank you!
The Fortiche Production team

## Message 20 of 593

| | |
|---|---|
| **Date** | Sun, 03 Nov 2024 00:12:29 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <g567l_nsS-eXOEBFYy91ig@geopod-ismtpd-39> |

Form Submission - Welcome To The Wolf Pack

Email:
reallydude@hmail.com, accepts marketing: false

Message:
please, video document the whole process!! I can not wait to see the face of the judge when you try to explain them that Riot Games stole from you huhhhh the concept of a coffee stand, a character describing drowning, and the so very original idea of sidewalks. Riot stands no chance

Sent via form submission from M.W. Wolf's Megaverse

Email:
reallydude@hmail.com, accepts marketing: false

Message:
please, video document the whole process!! I can not wait to see the face of the judge when you try to explain them that Riot Games stole from you huhhhh the concept of a coffee stand, a character describing drowning, and the so very original idea of sidewalks. Riot stands no chance

Manage Submissions

Does this submission look like spam? Report it here.

## Message 21 of 593

| | |
|---|---|
| **Date** | Sun, 03 Nov 2024 00:22:34 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fdf375f11dd64b37a5a34733fd5b7cd7@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BritianCrownLegalGroup@real.com.uk, accepts marketing: false

Message:
Hello, I'm a legal representative of the Catholic Church, Stephen King and the Entire Biology of the Planet Earth. We are going to sue you for plagiarizing the Lamb as a symbol of innocence, Children with White Eyes and of course the use "a kid growing up" as an event in a story.

Sent via form submission from M.W. Wolf's Megaverse

Email:
BritianCrownLegalGroup@real.com.uk, accepts marketing: false

Message:
Hello, I'm a legal representative of the Catholic Church, Stephen King and the Entire Biology of the Planet Earth. We are going to sue you for plagiarizing the Lamb as a symbol of innocence, Children with White Eyes and of course the use "a kid growing up" as an event in a story.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 22 of 593

| | |
|---|---|
| **Date** | Sun, 03 Nov 2024 19:21:16 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <i76z0DOoTRGAGyC1tt6V3A@geopod-ismtpd-22> |

Form Submission - Welcome To The Wolf Pack

Email:
lapapi5@l.com, accepts marketing: false

Message:
Oh this is gonna be so funny to watch. When season 2 releases and gets showered in awards are you going to have an even bigger meltdown?

Sent via form submission from M.W. Wolf's Megaverse

Email:
lapapi5@l.com, accepts marketing: false

Message:
Oh this is gonna be so funny to watch. When season 2 releases and gets showered in awards are you going to have an even bigger meltdown?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 23 of 593

| | |
|---|---|
| **Date** | Mon, 04 Nov 2024 22:13:51 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <93ad924339f74a30afc976a804b229a8@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
aaaaaaaaaaaaa@lii.com, accepts marketing: false

Message:
"knee injury" HOLY FUCK DUDE THATS A FUCKING KNEE PAD, SOMETHING THAT SHE HAS HAD SINCE EVER, AS WELL AS OTHER 912837 VIDEOGAME CHARACTER
you are legit insane

Sent via form submission from M.W. Wolf's Megaverse

Email:
aaaaaaaaaaaaa@lii.com, accepts marketing: false

Message:
"knee injury" HOLY FUCK DUDE THATS A FUCKING KNEE PAD, SOMETHING THAT SHE HAS HAD SINCE EVER, AS WELL AS OTHER 912837 VIDEOGAME CHARACTER
you are legit insane

Manage Submissions

Does this submission look like spam? Report it here.

## Message 24 of 593

| | |
|---|---|
| **Date** | Tue, 05 Nov 2024 02:03:42 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <35a69114d43c409bae3978080ff12c01@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
qwerty@aaaa.com, accepts marketing: false

Message:
That list you published on twitter is the ultimate proof of your delusions, jesus chist. ; "Time is an element of storytelling, spanning great distances." ; "vowed to unite the gangs" ; " A deserter chased." ; "Unexpected betrayal", "Death of a child."; "circular narratives" Like... are you serious?? those very basic literary devices and resources. And all the other things you named are extremely common tropes in any fantasy sci-fi setting. Hell, I can count almost all of them in Cyberpunk 2077, or Fallout, or even the fucking Star Wars series, Dune, The Cast of Metabarons...and that's just a couple of examples at the top of my mind. Oh, and of course, in the universe of League of Legends. As in, the Runaterra worlbuilding. That has been up since 2009. You can not expect anyone to take you seriously
Anyways, when the court kicks your ass, please tell us how much money did you lose so I can laugh harder

Sent via form submission from M.W. Wolf's Megaverse

Email:
qwerty@aaaa.com, accepts marketing: false

Message:
That list you published on twitter is the ultimate proof of your delusions, jesus chist. ; "Time is an element of storytelling, spanning great distances." ; "vowed to unite the gangs" ; " A deserter chased." ; "Unexpected betrayal", "Death of a child."; "circular narratives" Like... are you serious?? those very basic literary devices and resources. And all the other things you named are extremely common tropes in any fantasy sci-fi setting. Hell, I can count almost all of them in Cyberpunk 2077, or Fallout, or even the fucking Star Wars series, Dune, The Cast of Metabarons...and that's just a couple of examples at the top of my mind. Oh, and of course, in the universe of League of Legends. As in, the Runaterra worlbuilding. That has been up since 2009. You can not expect anyone to take you seriously
Anyways, when the court kicks your ass, please tell us how much money did you lose so I can laugh harder

Manage Submissions

Does this submission look like spam? Report it here.

## Message 25 of 593

| | |
|---|---|
| **Date** | Tue, 05 Nov 2024 05:55:21 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Ughg4GvATvSuJpI_4f4Y2g@geopod-ismtpd-26> |

Form Submission - Welcome To The Wolf Pack

Email:
himom@com.com, accepts marketing: false

Message:
I can already tell you are gonna be the next Chrischan lmao
Please post this comment I wanna be in the +20 minutes youtube essay about your derangement
Hi mom

Sent via form submission from M.W. Wolf's Megaverse

Email:
himom@com.com, accepts marketing: false

Message:
I can already tell you are gonna be the next Chrischan lmao
Please post this comment I wanna be in the +20 minutes youtube essay about your derangement
Hi mom

Manage Submissions

Does this submission look like spam? Report it here.

## Message 26 of 593

| | |
|---|---|
| **Date** | Tue, 05 Nov 2024 16:11:56 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <33tUGiC2Q1uwDpX4PfANUw@geopod-ismtpd-7> |

Form Submission - Welcome To The Wolf Pack

Email:
lmaot@1.com, accepts marketing: false

Message:
All bark, no bite. How is the actual legal case coming along? did you initiated the process? I doubt so, becasue it would be all over the news.... unless the court already decided to dismiss it

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmaot@1.com, accepts marketing: false

Message:
All bark, no bite. How is the actual legal case coming along? did you initiated the process? I doubt so, becasue it would be all over the news.... unless the court already decided to dismiss it

Manage Submissions

Does this submission look like spam? Report it here.

## Message 27 of 593

| | |
|---|---|
| **Date** | Wed, 06 Nov 2024 18:33:01 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <28471a5b8b634311b64e40540572650d@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
interntarriot@game.com, accepts marketing: false

Message:
The base position for a Riot artist is currently paying 221,700.00 USD + incentive compensation + equity + 401K with company match + medical, dental, vision, and life insurance + short and long-term disability + open PTO + 6 months severance pay in case of layoffs. Other positions start at 300K annually
If I leave Riot and leak a lost of juicy info to work for you, coul you match that right now?

Sent via form submission from M.W. Wolf's Megaverse

Email:
interntarriot@game.com, accepts marketing: false

Message:
The base position for a Riot artist is currently paying 221,700.00 USD + incentive compensation + equity + 401K with company match + medical, dental, vision, and life insurance + short and long-term disability + open PTO + 6 months severance pay in case of layoffs. Other positions start at 300K annually
If I leave Riot and leak a lost of juicy info to work for you, coul you match that right now?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 28 of 593

| | |
|---|---|
| **Date** | Wed, 6 Nov 2024 19:35:35 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | interntarriot@game.com |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK0XB9rwYpNoVrMKSVOzb2X_ss7u+NN_nxOvfaxvdvN=gQ@mail.gmail.com> |

If Riot don't come to the table, and also get rid of Linke,

I'm taking everything Arcane is infused into, which is the whole of Riot's products, or at least 1.5 billion.

For more evidence of Linke using my Bloodborg: The Harvest manuscript to build Arcane, which is admissible in court, I'll help you not need to work for Riot nor me, nor anyone again.

But I do have a whole Megaverse of Fiction and The MegaGen Universe of over 600 characters which need to be worked on in the UK once I've finished with Riot.

Moreover, The UK Government (Secretary of State for Culture, Media and Sport) of which I hope to work with, is investing heavily in kick starting the Creative industries in the UK and building more film and animation studios.

The truth is, I don't have billions of Chinese investment money to splash about, but I also don't jeopardize national and international security, I love women and respect them, I don't do Bros-club and I have a wealth of universes which need to be explored and captured in all art forms.

Sinking or Saling? Evil or good?

This case is much deeper than it may appear, and it's more important than dental care.

Please do reach out if you have evidence and want a whistleblowers reward on completion of final settlements. I'll have a solicitor write up a declaration of trust, also known as a deed of trust on delivery of Evidence.

All the best,

Please do think about it and reach out if you want a chat or a coffee or anything,

Marc

On Wed, 6 Nov 2024 at 18:33, Squarespace <form-submission@squarespace.info> wrote:

> *Email:* interntarriot@game.com, accepts marketing: false
>
> *Message:* The base position for a Riot artist is currently paying
> 221,700.00 USD + incentive compensation + equity + 401K with company match
> + medical, dental, vision, and life insurance + short and long-term
> disability + open PTO + 6 months severance pay in case of layoffs. Other
> positions start at 300K annually
> If I leave Riot and leak a lost of juicy info to work for you, coul you
> match that right now?
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://comms-sl-events.squarespace.info/?ref=HrwAABsRgm0G933biKE1SjlkT0JOvXdOAQAAABOFgnRC5FFoEESztI_LBlPT6yHAF0E0DMlNsnRqW2353vwFviCtgfaDxGseXPLdsHa5jITbUFq846kS3zllcqXrj00qgiy3tZWiHQWV2s3pM_coK4NQAum_Gd5oFvpEgvi_WTw_U6oOOqj84fM1LhMuSlfZe2QaC-jFjqEQHcXuNzIHuRKhGMXp0WBZMGsdVLNkZfMsQfNTaU4NhLEdHoSFysevqCAFYUR8wFxxBqA1ocC9ZZAtueVhhUqwlRzqpTt7IBo_tNP9FAFdYCoeRdE>*
>
> *Email:* interntarriot@game.com, accepts marketing: false
>
> *Message:* The base position for a Riot artist is currently paying
> 221,700.00 USD + incentive compensation + equity + 401K with company match
> + medical, dental, vision, and life insurance + short and long-term
> disability + open PTO + 6 months severance pay in case of layoffs. Other
> positions start at 300K annually
> If I leave Riot and leak a lost of juicy info to work for you, coul you

> match that right now?
>
> Manage Submissions
> <https://comms-sl-events.squarespace.info/?ref=HrwAAAZOhhpqM6qJzbJywRAPtAEKvShMAQAAABOFgnRC5FFoEESztI_LBlPT6yHAF0E0D
MlNsnRqW2353vwFviCtgfaDxGseXPLdsHa5jITbUFq846kS3zllcqXrj00qgiy3tZWiHQWV2s3pM_coK4NQAum_Gd5oFvpEgvi_WTw_U6oOOqj84fM
1LhMXyYwUdv4ycj5BP8cmdQGcnhT5JEXxnE5AxmPx68AqIjnc_SeYfScdDDVrOy1sG3v8qgnDANlNGzHQlM4MApL-YPgWWk4F_TSksAI0R5Wfp
KzU-Gg2Kxlqaq6NvR2_E-SdEIMQ4HfjrQQ7N39oBRrtZFQaVZbD8_StmxoY1vhmvOWbmECDQ-w5I86DuA4iCGOde93ANGiQXqxdoTi9iG9F>
>
> Does this submission look like spam? Report it here.
> <https://comms-sl-events.squarespace.info/?ref=HrwAAKZ81W9kgVFkX5fbaXE0GTKLYRZ_AQAAABOFgnRC5FFoEESztI_LBlPT6yHAF0E0D
MlNsnRqW2353vwFviCtgfaDxGseXPLdsHa5jITbUFq846kS3zllcqXrj00qgiy3tZWiHQWV2s3pM_coK4NQAum_Gd5oFvpEgpkgrVubYHCq1Xv-bj_z2
7YO6fjeeyOeHgT2ZuIJ25WGk-rnjqN4YIDUViM9olfbU57hwxioMB9jDUHPRrhztnEare1kCoMrBpdWN0-REBIsvMFkAVaxqOEYp1suBL6QVQ2pH5
PBSqf3GkC4B_UEvIZO8bQM6J4o6e93xRpxiFLkTDbnlg_YniXLoqlwb6Uyw16A7GhkLQW7MRXEssoMGK5NLTht83YzPQBsXxzf2k6CejzCyktzcm
KZubPnvdY83fvtGXvpgoyik8lSr7TRmggGe5-J31-uVyT4Mi6gfDHX>
>

If Riot don't come to the table, and also get rid of Linke,
I'm taking everything Arcane is infused into, which is the whole of Riot's products, or at least 1.5 billion.
For more evidence of Linke using my Bloodborg: The Harvest manuscript to build Arcane, which is admissible in court, I'll help you not need to work for Riot nor me, nor anyone again.
But I do have a whole Megaverse of Fiction and The MegaGen Universe of over 600 characters which need to be worked on in the UK once I've finished with Riot.
Moreover, The UK Government (Secretary of State for Culture, Media and Sport) of which I hope to work with, is investing heavily in kick starting the Creative industries in the UK and building more film and animation studios.
The truth is, I don't have billions of Chinese investment money to splash about, but I also don't jeopardize national and international security, I love women and respect them, I don't do Bros-club and I have a wealth of universes which need to be explored and captured in all art forms.
Sinking or Saling? Evil or good?
This case is much deeper than it may appear, and it's more important than dental care.
Please do reach out if you have evidence and want a whistleblowers reward on completion of final settlements. I'll have a solicitor write up a declaration of trust, also known as a deed of trust on delivery of Evidence.
All the best,
Please do think about it and reach out if you want a chat or a coffee or anything,
Marc
On Wed, 6 Nov 2024 at 18:33, Squarespace <form-submission@squarespace.info> wrote:

Email:

interntarriot@game.com, accepts marketing: false

Message:

The base position for a Riot artist is currently paying 221,700.00 USD + incentive compensation + equity + 401K with company match + medical, dental, vision, and life insurance + short and long-term disability + open PTO + 6 months severance pay in case of layoffs. Other positions start at 300K annually
If I leave Riot and leak a lost of juicy info to work for you, coul you match that right now?

Sent via form submission from M.W. Wolf's Megaverse

Email:

interntarriot@game.com, accepts marketing: false

Message:

The base position for a Riot artist is currently paying 221,700.00 USD + incentive compensation + equity + 401K with company match + medical, dental, vision, and life insurance + short and long-term disability + open PTO + 6 months severance pay in case of layoffs. Other positions start at 300K annually
If I leave Riot and leak a lost of juicy info to work for you, coul you match that right now?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 29 of 593

| | |
|---|---|
| **Date** | Wed, 06 Nov 2024 11:35:52 -0800 (PST) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <672bc518.050a0220.883b2.4a15.GMR@mx.google.com> |

** Message blocked **

Your message to interntarriot@game.com has been blocked. See technical details below for more information.

Learn more here: https://open.work.weixin.qq.com/help2/pc/20057
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 Mailbox unavailable or access denied [NLAtegSadZQLVc/+fhqacaoVEwhyh5dRn3+BaefDoxOlowpg/G0guMk= IP: 209.85.208.52]. https://open.work.weixin.qq.com/help2/pc/20057.

Message blocked

Your message to interntarriot@game.com has been blocked. See technical details below for more information.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 Mailbox unavailable or access denied [NLAtegSadZQLVc/+fhqacaoVEwhyh5dRn3+BaefDoxOlowpg/G0guMk= IP: 209.85.208.52]. https://open.work.weixin.qq.com/help2/pc/20057.

## Message 30 of 593

| | |
|---|---|
| **Date** | Thu, 7 Nov 2024 07:13:37 -0600 (CST) |
| **From** | "LinkedIn Customer Support" <linkedin_support@cs.linkedin.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Notice of Copyright Infringement [Case: 241107-011219] |
| **Message-ID** | <RNTT.BPMJjAoyDv8M~ZMjGtAW~y4~hdkqDKf~9BHS8Dj~PP8b.1730985217.0CfQI8I10i0!@webac19.int.rightnowtech.com> |

LinkedIn

https://www.linkedin.com/help/linkedin/cases

Subject: Notice of Copyright Infringement[241107-011219]

Discussion Thread

------------------------------------------------------------

Auto-Response 11/07/2024 07:13 CST
Thanks for contacting us. Someone from our support team will get back to you as soon as possible.

Regards,

Your LinkedIn Customer Experience Team

*** This message is automatically generated by our system to show we've received your case. In order to answer your question or troubleshoot a problem, a LinkedIn representative may need to access your account, including, as needed, your messages and settings. ***

Member 11/07/2024 07:13 CST
Authorized Agent’s Name::
Typing your full name in this box will act as your digital signature:: marc Wolstenholme
Copyrighted Work:: All of Arcane is Copyright infrigment and four copurt cases are open and live.
Owner’s Country/Region of Residence: United Kingdom
Linkedin Content URL: https://www.linkedin.com/company/riot-games/posts/?feedView=all
Owner's Name:: marc Wolstenholme
Specify your relationship with the rights owner: I am the owner of the content
Email: marc@mwwolf-fiction.co.uk
What type of content are you reporting:: Video
Nature of Infringement: All of Arcane is stolen From my manucript sumitted to Riot Forge and used by Linke to biuld Arcane and there are four open court cases on this IP Theft.
Contact Email Address:: marc@mwwolf-fiction.co.uk

© 2017 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

[---002:001366:02463---]

Reference # 241107-011219

View your case(s) on our Help Center

Auto-Response (11/07/2024 07:13 CST)

Thanks for contacting us. Someone from our support team will get back to you as soon as possible.

Regards,

Your LinkedIn Customer Experience Team

*** This message is automatically generated by our system to show we've received your case. In order to answer your question or troubleshoot a problem, a LinkedIn representative may need to access your account, including, as needed, your messages and settings. ***

Member (11/07/2024 07:13 CST)

Authorized Agent’s Name::

Typing your full name in this box will act as your digital signature:: marc Wolstenholme

Copyrighted Work:: All of Arcane is Copyright infrigment and four copurt cases are open and live.

Owner’s Country/Region of Residence: United Kingdom

Linkedin Content URL: https://www.linkedin.com/company/riot-games/posts/?feedView=all

Owner's Name:: marc Wolstenholme

Specify your relationship with the rights owner: I am the owner of the content

Email: marc@mwwolf-fiction.co.uk

What type of content are you reporting:: Video

Nature of Infringement: All of Arcane is stolen From my manucript sumitted to Riot Forge and used by Linke to biuld Arcane and there are four open court cases on this IP Theft.

Contact Email Address:: marc@mwwolf-fiction.co.uk

Privacy Policy | User Agreement | Copyright Policy
This is a support email in response to your request submitted on LinkedIn.

© 2024 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.
[---002:001343:03978---]

## Message 31 of 593

| | |
|---|---|
| **Date** | Thu, 7 Nov 2024 07:15:02 -0600 (CST) |
| **From** | "LinkedIn Customer Support" <linkedin_support@cs.linkedin.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Notice of Copyright Infringement [Case: 241107-011272] |
| **Message-ID** | <RNTT.BPMXjArJDv8M~ZEjGjMW~y4~hdkqDKf~9BHG8Dj~PP8P.1730985302.0CfQI8I10i0!@webac05.int.rightnowtech.com> |

LinkedIn

https://www.linkedin.com/help/linkedin/cases

Subject: Notice of Copyright Infringement[241107-011272]

Discussion Thread

------------------------------------------------------------

Auto-Response 11/07/2024 07:15 CST
Thanks for contacting us. Someone from our support team will get back to you as soon as possible.

Regards,

Your LinkedIn Customer Experience Team

*** This message is automatically generated by our system to show we've received your case. In order to answer your question or troubleshoot a problem, a LinkedIn representative may need to access your account, including, as needed, your messages and settings. ***

Member 11/07/2024 07:15 CST
Authorized Agent's Name:: marc Wolstenholme
Typing your full name in this box will act as your digital signature:: marc Wolstenholme
Copyrighted Work:: All of Arcane is stolen From my manucript sumitted to Riot Forge and used by Linke to biuld Arcane and there are four open court cases on this IP Theft.
Owner's Country/Region of Residence: United Kingdom
Linkedin Content URL: https://www.linkedin.com/company/riot-games/posts/?feedView=all
Owner's Name:: marc Wolstenholme
Specify your relationship with the rights owner: I am the owner of the content
Email: marc@mwwolf-fiction.co.uk
What type of content are you reporting:: Video
Nature of Infringement: All of Arcane is stolen From my manucript sumitted to Riot Forge and used by Linke to biuld Arcane and there are four open court cases on this IP Theft.
Contact Email Address:: marc.wolstenholme@yahoo.co.uk

© 2017 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

[---002:001444:10678---]

Reference # 241107-011272

View your case(s) on our Help Center

Auto-Response (11/07/2024 07:15 CST)

Thanks for contacting us. Someone from our support team will get back to you as soon as possible.

Regards,

Your LinkedIn Customer Experience Team

*** This message is automatically generated by our system to show we've received your case. In order to answer your question or troubleshoot a problem, a LinkedIn representative may need to access your account, including, as needed, your messages and settings. ***

Member (11/07/2024 07:15 CST)

Authorized Agent's Name:: marc Wolstenholme

Typing your full name in this box will act as your digital signature:: marc Wolstenholme

Copyrighted Work:: All of Arcane is stolen From my manucript sumitted to Riot Forge and used by Linke to biuld Arcane and there are four open court cases on this IP Theft.

Owner's Country/Region of Residence: United Kingdom

Linkedin Content URL: https://www.linkedin.com/company/riot-games/posts/?feedView=all

Owner's Name:: marc Wolstenholme

Specify your relationship with the rights owner: I am the owner of the content

Email: marc@mwwolf-fiction.co.uk

What type of content are you reporting:: Video

Nature of Infringement: All of Arcane is stolen From my manucript sumitted to Riot Forge and used by Linke to biuld Arcane and there are four open court cases on this IP Theft.

Contact Email Address:: marc.wolstenholme@yahoo.co.uk

Privacy Policy | User Agreement | Copyright Policy
This is a support email in response to your request submitted on LinkedIn.
© 2024 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.
[---002:001421:12193---]

## Message 32 of 593

| | |
|---|---|
| **Date** | Sun, 10 Nov 2024 02:06:58 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <157938f9a6d54f22a3ff50e586cf4ed4@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
riotLegalTeamCA@intencent.com.ch, accepts marketing: false

Message:
lmao we are just going to bribe the jury ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
riotLegalTeamCA@intencent.com.ch, accepts marketing: false

Message:
lmao we are just going to bribe the jury ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 33 of 593

| | |
|---|---|
| **Date** | Sun, 10 Nov 2024 05:32:13 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6bb1bfeec7fb48a5a66531485a79cefd@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
setyourselfonfire@asa.com, accepts marketing: false

Message:
honestly, I didnt give two flying fucks about your crusade against Riot games. But after seeing you all day on arcanetwt HARASSING AND SPAMMING FANARTIST, AND FAN ACCOUNTS now I cant wait for Riot to drag your delulu ass through all the court floor. And I hope they force you to publicly apologize to all the creators you insulted,
And don't even get me started on the absolute hypocrisy of complaining about art theft WHILE USING AI.

Sent via form submission from M.W. Wolf's Megaverse

Email:
setyourselfonfire@asa.com, accepts marketing: false

Message:
honestly, I didnt give two flying fucks about your crusade against Riot games. But after seeing you all day on arcanetwt HARASSING AND SPAMMING FANARTIST, AND FAN ACCOUNTS now I cant wait for Riot to drag your delulu ass through all the court floor. And I hope they force you to publicly apologize to all the creators you insulted,
And don't even get me started on the absolute hypocrisy of complaining about art theft WHILE USING AI.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 34 of 593

| | |
|---|---|
| **Date** | Sun, 10 Nov 2024 07:00:34 +0000 (UTC) |
| **From** | 15kilosdecocainafina <sender@e9mail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | stop annoying arcane fans |
| **Message-ID** | <1079372232.32505.1731222034517@Chalovina.kbsvl0aprajezdhsq1ie3hu25g.bx.internal.cloudapp.net> |

born January 1986

5 Shetland Close
Coventry
CV5 7LS
England

cases dissmissed againsy Solihull College  1 for discrimation

https://www.change.org/p/dominic-raab-defund-cafcass-and-redirect-the-funds-to-local-authorities?source_location=decision_maker_profile this one is also yours

you have 11 petitioms of public information and I already have all my data from it

I will post all your info + your daughters info if you dont stop annoying the arcane fans

Stanley Mosk Courthouse

judge Brazile, Kevin C., case filled on october 31

https://securesha.re?#u=80fe601868dfe6711cb4514574cf175c.bin&p=3HdfaCh23QnZC8hdfmqNC2I_CwviFbRkfpR0KzGB2f0

## Message 35 of 593

| | |
|---|---|
| **Date** | Sun, 10 Nov 2024 16:07:31 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <yZ5bTaZ6TFaw6oafERYOaA@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
info-check@giik.com, accepts marketing: false

Message:
Plese, take.half a second to google your sources so you stop being ridiculous. He Ukrainian girl was Kutty Sark, and the dmca claim was not made by riot per se, it was an automatic flag made by a bot of the site TeePublic. In fact, riot themselves contacted the girl AND TeePublic so they would fix the scanning bot and reinstate the design from the girl that TEEPUBLIC was ignoring.
This kind of misinformation is what makes you lose any credibility

Sent via form submission from M.W. Wolf's Megaverse

Email:
info-check@giik.com, accepts marketing: false

Message:
Plese, take.half a second to google your sources so you stop being ridiculous. He Ukrainian girl was Kutty Sark, and the dmca claim was not made by riot per se, it was an automatic flag made by a bot of the site TeePublic. In fact, riot themselves contacted the girl AND TeePublic so they would fix the scanning bot and reinstate the design from the girl that TEEPUBLIC was ignoring.
This kind of misinformation is what makes you lose any credibility

Manage Submissions

Does this submission look like spam? Report it here.

## Message 36 of 593

| | |
|---|---|
| **Date** | Sun, 10 Nov 2024 16:16:36 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | info-check@giik.com |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK1wN_P3qpT9Nsi1Q5o=G_o66tg1KePhQw1=Hsk7KTQTrw@mail.gmail.com> |

Thanks for your email

On Sun, 10 Nov 2024 at 16:07, Squarespace <form-submission@squarespace.info>
wrote:

> *Email:* info-check@giik.com, accepts marketing: false
>
> *Message:* Plese, take.half a second to google your sources so you stop
> being ridiculous. He Ukrainian girl was Kutty Sark, and the dmca claim was
> not made by riot per se, it was an automatic flag made by a bot of the site
> TeePublic. In fact, riot themselves contacted the girl AND TeePublic so
> they would fix the scanning bot and reinstate the design from the girl that
> TEEPUBLIC was ignoring.
> This kind of misinformation is what makes you lose any credibility
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://www.mwwolf-fiction.co.uk>*
>
> *Email:* info-check@giik.com, accepts marketing: false
>
> *Message:* Plese, take.half a second to google your sources so you stop
> being ridiculous. He Ukrainian girl was Kutty Sark, and the dmca claim was
> not made by riot per se, it was an automatic flag made by a bot of the site
> TeePublic. In fact, riot themselves contacted the girl AND TeePublic so
> they would fix the scanning bot and reinstate the design from the girl that
> TEEPUBLIC was ignoring.
> This kind of misinformation is what makes you lose any credibility
>
> Manage Submissions
> <https://www.mwwolf-fiction.co.uk/config/contacts/form-link/7395b8f3-66e4-476b-8fac-637b0560ad91>
>
> Does this submission look like spam? Report it here.
> <https://www.squarespace.com/report-spam?formSubmissions=7395b8f3-66e4-476b-8fac-637b0560ad91&formOwningEntityId=65eb1db03639bb52d877e350>
>

Thanks for your email

On Sun, 10 Nov 2024 at 16:07, Squarespace <form-submission@squarespace.info> wrote:

Email:
info-check@giik.com, accepts marketing: false

Message:
Plese, take.half a second to google your sources so you stop being ridiculous. He Ukrainian girl was Kutty Sark, and the dmca claim was not made by riot per se, it was an automatic flag made by a bot of the site TeePublic. In fact, riot themselves contacted the girl AND TeePublic so they would fix the scanning bot and reinstate the design from the girl that TEEPUBLIC was ignoring.
This kind of misinformation is what makes you lose any credibility

Sent via form submission from M.W. Wolf's Megaverse

Email:
info-check@giik.com, accepts marketing: false

Message:
Plese, take.half a second to google your sources so you stop being ridiculous. He Ukrainian girl was Kutty Sark, and the dmca claim was not made by riot per se, it was an automatic flag made by a bot of the site TeePublic. In fact, riot themselves contacted the girl AND TeePublic so they would fix the scanning bot and reinstate the design from the girl that TEEPUBLIC was ignoring.
This kind of misinformation is what makes you lose any credibility

Manage Submissions

Does this submission look like spam? Report it here.

## Message 37 of 593

| | |
|---|---|
| **Date** | Sun, 10 Nov 2024 08:16:47 -0800 (PST) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6730dc6f.050a0220.3930e5.b1b2.GMR@mx.google.com> |

** Message blocked **

Your message to info-check@giik.com has been blocked. See technical details below for more information.

The response from the remote server was:
554 5.7.1 <info-check@giik.com>: Relay access denied

Message blocked

Your message to info-check@giik.com has been blocked. See technical details below for more information.

The response from the remote server was:

554 5.7.1 : Relay access denied

## Message 38 of 593

| | |
|---|---|
| **Date** | Sun, 10 Nov 2024 20:26:39 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9326ffd1032a4364b8f663a456d5a0a9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
anon_riotlawyer@wewillfuckyouincourt.com, accepts marketing: false

Message:
tough luck idiot, we already got evidence, screenshots and recordings of you offering money for "proof"

Sent via form submission from M.W. Wolf's Megaverse

Email:
anon_riotlawyer@wewillfuckyouincourt.com, accepts marketing: false

Message:
tough luck idiot, we already got evidence, screenshots and recordings of you offering money for "proof"

Manage Submissions

Does this submission look like spam? Report it here.

## Message 39 of 593

| | |
|---|---|
| **Date** | Mon, 11 Nov 2024 23:02:36 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <99c6954eb3514bc2b29201a893f2c158@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
twto_mad@lo.ma, accepts marketing: false

Message:
you did not seriously said "Arcane has adapted the stylistic way of using visual esthetics to mean something else" that's what every fucking show/movie with a modicum of art direction does you dumb fuck. the delulu is real

Sent via form submission from M.W. Wolf's Megaverse

Email:
twto_mad@lo.ma, accepts marketing: false

Message:
you did not seriously said "Arcane has adapted the stylistic way of using visual esthetics to mean something else" that's what every fucking show/movie with a modicum of art direction does you dumb fuck. the delulu is real

Manage Submissions

Does this submission look like spam? Report it here.

## Message 40 of 593

| | |
|---|---|
| **Date** | Tue, 12 Nov 2024 00:49:54 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <182da687d96b44ffba67f56b418ef8ab@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
hah@haha.com, accepts marketing: false

Message:
Im gonna send a bomb to 5 Shetland Close coventry

Sent via form submission from M.W. Wolf's Megaverse

Email:
hah@haha.com, accepts marketing: false

Message:
Im gonna send a bomb to 5 Shetland Close coventry

Manage Submissions

Does this submission look like spam? Report it here.

## Message 41 of 593

| | |
|---|---|
| **Date** | Tue, 12 Nov 2024 00:59:28 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <lVxlPhbWSQyKLWj47Pgfaw@geopod-ismtpd-21> |

Form Submission - Welcome To The Wolf Pack

Email:
gu@akd.com, accepts marketing: false

Message:
you sexist gringo piece of shit
the art direction of blood sweat and tears music video was made by a BLACK WOMAN, who took inspiration FROM HER OWN CULTURE, But here comes the mediocre white man, a military colonizer nonetheless, to try to claim African culture. fuck you

Sent via form submission from M.W. Wolf's Megaverse

Email:
gu@akd.com, accepts marketing: false

Message:
you sexist gringo piece of shit
the art direction of blood sweat and tears music video was made by a BLACK WOMAN, who took inspiration FROM HER OWN CULTURE, But here comes the mediocre white man, a military colonizer nonetheless, to try to claim African culture. fuck you

Manage Submissions

Does this submission look like spam? Report it here.

## Message 42 of 593

| | |
|---|---|
| **Date** | Wed, 13 Nov 2024 16:35:13 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ZoMxXuv0S668EeonnR3CSQ@geopod-ismtpd-15> |

Form Submission - Welcome To The Wolf Pack

Email:
sñdkkndksk-@mao.com, accepts marketing: false

Message:
Lmao. Half the this you mentioned were already well stablished parts of the League world building since 2009. The other half are common narrative element.
Absolute delusional behavior

Sent via form submission from M.W. Wolf's Megaverse

Email:
sñdkkndksk-@mao.com, accepts marketing: false

Message:
Lmao. Half the this you mentioned were already well stablished parts of the League world building since 2009. The other half are common narrative element.
Absolute delusional behavior

Manage Submissions

Does this submission look like spam? Report it here.

## Message 43 of 593

| | |
|---|---|
| **Date** | Thu, 14 Nov 2024 17:43:45 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <851b20d21c464714a98609fd411569d4@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
blm@co.com, accepts marketing: false

Message:
Comparing your racist, ai-slop vomit with a beautiful piece of art actually created with craft and love by black people is the most entitled piece of shit behavior I've seen lately. But what can you expect from a mediocre white gringo man

Sent via form submission from M.W. Wolf's Megaverse

Email:
blm@co.com, accepts marketing: false

Message:
Comparing your racist, ai-slop vomit with a beautiful piece of art actually created with craft and love by black people is the most entitled piece of shit behavior I've seen lately. But what can you expect from a mediocre white gringo man

Manage Submissions

Does this submission look like spam? Report it here.

## Message 44 of 593

| | |
|---|---|
| **Date** | Thu, 14 Nov 2024 17:57:19 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CHNOfa3LTamHKtrwv7vfKg@geopod-ismtpd-8> |

Form Submission - Welcome To The Wolf Pack

Email:
ihaveyoursinstagram@a.com, accepts marketing: false

Message:
Post a public apology to everyone you called cunt or I will make ai por of your daughters and send it to everyone on their school. To your ex too. And I will tell them is your fault

Sent via form submission from M.W. Wolf's Megaverse

Email:
ihaveyoursinstagram@a.com, accepts marketing: false

Message:
Post a public apology to everyone you called cunt or I will make ai por of your daughters and send it to everyone on their school. To your ex too. And I will tell them is your fault

Manage Submissions

Does this submission look like spam? Report it here.

## Message 45 of 593

| | |
|---|---|
| **Date** | Fri, 15 Nov 2024 17:30:01 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <62619193946644d78d1c5e08ca56a1ab@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
fuku@cl.com, accepts marketing: false

Message:
Linke was the first person to admit that when his vision didn´t work out, he hired people who knew how to handle the situation. So, riddle me this, who do we believe? The top of the notch lineup of REAL artist, environmental designers, a professional writers room, some of the best animators on the industry working alongside some of the most brilliant creative minds with over 20 years of experience in film and tv production and backed by THE giant of digital entertainment and a budget of 250 Million USD OR the sore loser who harassed women because they weren't interested in publishing his mediocre book with ai slop images and has to pay for a blue twitter checkmark?

Sent via form submission from M.W. Wolf's Megaverse

Email:
fuku@cl.com, accepts marketing: false

Message:
Linke was the first person to admit that when his vision didn´t work out, he hired people who knew how to handle the situation. So, riddle me this, who do we believe? The top of the notch lineup of REAL artist, environmental designers, a professional writers room, some of the best animators on the industry working alongside some of the most brilliant creative minds with over 20 years of experience in film and tv production and backed by THE giant of digital entertainment and a budget of 250 Million USD OR the sore loser who harassed women because they weren't interested in publishing his mediocre book with ai slop images and has to pay for a blue twitter checkmark?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 46 of 593

| | |
|---|---|
| **Date** | Fri, 15 Nov 2024 17:55:48 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <95451d8d38fa442591bc990fbd4f1060@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
hop@lom.com, accepts marketing: false

Message:
the Get Jinxed music video came out in 2013. It already had present the elements of Zaun and Piltover, monkey imagery and gratifies, tubes, etc. Warwick has been a champ since 2009, being in the original line up. Shimmer exist since 2009, as part of Singed character (it was called madness potion before). The world building of Zaun and Piltover, and Noxus and Shurima has been there since 2010. There are portfolios and pages of artist doing work for worlbuilding in runaterra since 2012. Since you love to eat ai slop I suppose you don't give a single shit about art, but just a month Trant Kaniuga, a very well known artist that has worked with Riot, uploaded a video about designing the factions crest, in that video he mentioned that they already had the narrative for Zaun and Piltover since 2012, including the chembarons, houses, and almost everything you says Riot "copied".
In fact, the more fingers you point at League,the more it looks like you are the one plagiarizing them.
your case is dead on arrival

Sent via form submission from M.W. Wolf's Megaverse

Email:
hop@lom.com, accepts marketing: false

Message:
the Get Jinxed music video came out in 2013. It already had present the elements of Zaun and Piltover, monkey imagery and gratifies, tubes, etc. Warwick has been a champ since 2009, being in the original line up. Shimmer exist since 2009, as part of Singed character (it was called madness potion before). The world building of Zaun and Piltover, and Noxus and Shurima has been there since 2010. There are portfolios and pages of artist doing work for worlbuilding in runaterra since 2012. Since you love to eat ai slop I suppose you don't give a single shit about art, but just a month Trant Kaniuga, a very well known artist that has worked with Riot, uploaded a video about designing the factions crest, in that video he mentioned that they already had the narrative for Zaun and Piltover since 2012, including the chembarons, houses, and almost everything you says Riot "copied".
In fact, the more fingers you point at League,the more it looks like you are the one plagiarizing them.
your case is dead on arrival

Manage Submissions

Does this submission look like spam? Report it here.

## Message 47 of 593

| | |
|---|---|
| **Date** | Fri, 15 Nov 2024 18:43:13 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ttMlI1gOQu6PEqY5mfhjOQ@geopod-ismtpd-34> |

Form Submission - Welcome To The Wolf Pack

Email:
skyhamster@fromtwotter.com, accepts marketing: false

Message:
Hey. I'm one of the (apparently many) caitvi fanartist that you were spamming. I was about to politely asks you to please leave me out of your delusional crusade against Riot and Netflix. Then I saw that you use ai "art" so instead I'm gonna ask you to go fuck yourself ■
The fucking clownery of complaining about art thief while using ia generated images....

Sent via form submission from M.W. Wolf's Megaverse

Email:
skyhamster@fromtwotter.com, accepts marketing: false

Message:
Hey. I'm one of the (apparently many) caitvi fanartist that you were spamming. I was about to politely asks you to please leave me out of your delusional crusade against Riot and Netflix. Then I saw that you use ai "art" so instead I'm gonna ask you to go fuck yourself ■
The fucking clownery of complaining about art thief while using ia generated images....

Manage Submissions

Does this submission look like spam? Report it here.

## Message 48 of 593

| | |
|---|---|
| **Date** | Sat, 16 Nov 2024 02:31:26 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <146f1adda5564779afea861c44033768@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ThibautGranet3dArt@live.com, accepts marketing: false

Message:
Are you still offering the money? The 10 grand? I could (anonymously) send you a copy of the Art direction bible we used for the show. It's 136 pages document divided I'm 4 sections (Piltover(general), Zaun(general), The Lanes, Council The initial document (that we received) is dated may 2013 (that one we got on paper, like a zine), and the revised on document (a pdf 28 pages longer) with examples of the characters textures notes for the 3d rig is from Jan 2014.
I will say, neither you or your books are referenced anywhere. Do I still get the money? Just tweet yes or not and I will reach to you

Sent via form submission from M.W. Wolf's Megaverse

Email:
ThibautGranet3dArt@live.com, accepts marketing: false

Message:
Are you still offering the money? The 10 grand? I could (anonymously) send you a copy of the Art direction bible we used for the show. It's 136 pages document divided I'm 4 sections (Piltover(general), Zaun(general), The Lanes, Council The initial document (that we received) is dated may 2013 (that one we got on paper, like a zine), and the revised on document (a pdf 28 pages longer) with examples of the characters textures notes for the 3d rig is from Jan 2014.
I will say, neither you or your books are referenced anywhere. Do I still get the money? Just tweet yes or not and I will reach to you

Manage Submissions

Does this submission look like spam? Report it here.

## Message 49 of 593

| | |
|---|---|
| **Date** | Sat, 16 Nov 2024 19:58:05 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | ThibautGranet3dArt@live.com |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK1EXESEVqdu8EyLZ9uGsWfSoF-6uoZ03Vj-8gW7M6p8ug@mail.gmail.com> |

NO, only usable evidence that my book was fed into the failing show to
build the story. I'm not interested in when the first work was done on
Arcane, nor how much of it. These things are not pertinent to my 4 cases.
Anyone can alter and backdate work or correspondence.

I'll pay good for more solid evidence, this case is worth billions, so I'll
pay big money to anyone who helps.

On Sat, 16 Nov 2024 at 02:31, Squarespace <form-submission@squarespace.info>
wrote:

> *Email:* ThibautGranet3dArt@live.com, accepts marketing: false
>
> *Message:* Are you still offering the money? The 10 grand? I could
> (anonymously) send you a copy of the Art direction bible we used for the
> show. It's 136 pages document divided I'm 4 sections (Piltover(general),
> Zaun(general), The Lanes, Council The initial document (that we received)
> is dated may 2013 (that one we got on paper, like a zine), and the revised
> on document (a pdf 28 pages longer) with examples of the characters
> textures notes for the 3d rig is from Jan 2014.
> I will say, neither you or your books are referenced anywhere. Do I still
> get the money? Just tweet yes or not and I will reach to you
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://comms-sl-events.squarespace.info/?ref=HrwAAG4L-fwS5ny8X2fuISzTMZ5v48CGAQAAAL8ABj7TNzTO9Yr2nIHgMfHd0dOhM5JzwzA8YuV3yXkp0I8umYwX8sJk4vFWGkwmECgMhIxH9O9yJVan2whd1_sQNizKE9_yYc2aNo8S0BVx71SqBf-oJ5ewuIKBI9Tmwulw7NvVmF1zsMTSwXN5QopRl59D-Cemm8qUQa1tnfE1bJmzkedRFQV9_tr4aQRjEIU75IfInoz8WnCL3ybTWKpi1dfqAiqk_f2EUIkwpFsjGogLYwkd7Kh-guC3K5ZOt9qtLVEbBm30mvc8rdSvKok>*
>
> *Email:* ThibautGranet3dArt@live.com, accepts marketing: false
>
> *Message:* Are you still offering the money? The 10 grand? I could
> (anonymously) send you a copy of the Art direction bible we used for the
> show. It's 136 pages document divided I'm 4 sections (Piltover(general),
> Zaun(general), The Lanes, Council The initial document (that we received)
> is dated may 2013 (that one we got on paper, like a zine), and the revised
> on document (a pdf 28 pages longer) with examples of the characters
> textures notes for the 3d rig is from Jan 2014.
> I will say, neither you or your books are referenced anywhere. Do I still
> get the money? Just tweet yes or not and I will reach to you
>
> Manage Submissions
> <https://comms-sl-events.squarespace.info/?ref=HrwAABRmjjD0Y_o9eZ-FaWe7BVqY0rB_AQAAAL8ABj7TNzTO9Yr2nIHgMfHd0dOhM5JzwzA8YuV3yXkp0I8umYwX8sJk4vFWGkwmECgMhIxH9O9yJVan2whd1_sQNizKE9_yYc2aNo8S0BVx71SqBf-oJ5ewuIKBI9Tmwulw7NvVmF1zsMTSwXN5QooNtrgNrCFhnomvEWoSpxoH0N04W65nKM65Z8-A7iyeOC6V7SsFjEaC7jpuQphf45rX5xMJmuT3G25GGIOyD4475Sc4h1fDBd1MPLZBFS-af19KZ0NUTOTd5GDnBEGIy7th43bTJQOiT_eHSzNB6GT0GExdM4GaYu5qYs3h8SY2mdxuuqdGT9783YxHqUnaHmdlWMkcSHpA_YlDheg0-7wu>
>
> Does this submission look like spam? Report it here.
> <https://comms-sl-events.squarespace.info/?ref=HrwAAHqk5xE_cTDXVAM1va6L4Gj7jtZ2AQAAAL8ABj7TNzTO9Yr2nIHgMfHd0dOhM5JzwzA8YuV3yXkp0I8umYwX8sJk4vFWGkwmECgMhIxH9O9yJVan2whd1_sQNizKE9_yYc2aNo8S0BVx71SqBf-oJ5ewuIKBI9TmwlrN6lRRsrwRWnyQqTyxEGWaR8RSVy7-nn5QPfTNtIpHZvw-PhXfj9fUkggxSS-W-M7uEOdPc-6U-uT1IvVKZdbMNOjuIIBdn4VvHx48hyxXLuiLcXC9keQ62GEZxjgtCw3KpcNgTRdBjUxZHHc1ozeRCZIlHCj3EPZnfnsrEIbJWdL24XmQzbFA_5gs7Zdq7x2zQQOUfHwQy7hXGwx-J-_e7HopZ6LjSBRToG_j8p2Nfy5gXbN65jTPl7gQm76R6pbswtGmyN0CQHyHhfL2BX-b6BwlhaJwJierfIKcvu4W>
>

NO, only usable evidence that my book was fed into the failing show to build the story. I'm not interested in when the first work was done on Arcane, nor how much of it. These things are not pertinent to my 4 cases. Anyone can alter and backdate work or correspondence.
I'll pay good for more solid evidence, this case is worth billions, so I'll pay big money to anyone who helps.
On Sat, 16 Nov 2024 at 02:31, Squarespace <form-submission@squarespace.info> wrote:

Email:
ThibautGranet3dArt@live.com, accepts marketing: false

Message:
Are you still offering the money? The 10 grand? I could (anonymously) send you a copy of the Art direction bible we used for the show. It's 136 pages document divided I'm 4 sections (Piltover(general), Zaun(general), The Lanes, Council The initial document (that we received) is dated may 2013 (that one we got on paper, like a zine), and the revised on document (a pdf 28 pages longer) with examples of the characters textures notes for the 3d rig is from Jan 2014.
I will say, neither you or your books are referenced anywhere. Do I still get the money? Just tweet yes or not and I will reach to you

Sent via form submission from M.W. Wolf's Megaverse

Email:
ThibautGranet3dArt@live.com, accepts marketing: false

Message:
Are you still offering the money? The 10 grand? I could (anonymously) send you a copy of the Art direction bible we used for the show. It's 136 pages document divided I'm 4 sections (Piltover(general), Zaun(general), The Lanes, Council The initial document (that we received) is dated may 2013 (that one we got on paper, like a zine), and the revised on document (a pdf 28 pages longer) with examples of the characters textures notes for the 3d rig is from Jan 2014.
I will say, neither you or your books are referenced anywhere. Do I still get the money? Just tweet yes or not and I will reach to you

Manage Submissions

Does this submission look like spam? Report it here.

## Message 50 of 593

| | |
|---|---|
| **Date** | Sat, 16 Nov 2024 19:58:18 +0000 |
| **From** | <postmaster@outlook.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | Undeliverable: Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ed4b71e2-cbb2-470c-979a-a3bd3beed88a@IA3PR03MB8021.namprd03.prod.outlook.com> |

Delivery has failed to these recipients or groups:

ThibautGranet3dArt@live.com<mailto:ThibautGranet3dArt@live.com>
A communication failure occurred during the delivery of this message. Please try to resend the message later. If the problem continues, contact your email admin.

Diagnostic information for administrators:

Generating server: IA3PR03MB8021.namprd03.prod.outlook.com

ThibautGranet3dArt@live.com
Remote server returned '550 5.5.0 Requested action not taken: mailbox unavailable.'

Original message headers:

Received: from SJ0PR03CA0049.namprd03.prod.outlook.com (2603:10b6:a03:33e::24)
by IA3PR03MB8021.namprd03.prod.outlook.com (2603:10b6:208:502::17) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8158.19; Sat, 16 Nov
2024 19:58:17 +0000
Received: from CO1PEPF000042AA.namprd03.prod.outlook.com
(2603:10b6:a03:33e:cafe::f4) by SJ0PR03CA0049.outlook.office365.com
(2603:10b6:a03:33e::24) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8158.20 via Frontend
Transport; Sat, 16 Nov 2024 19:58:16 +0000
Authentication-Results: spf=none (sender IP is 209.85.218.51)
smtp.mailfrom=mwwolf-fiction.co.uk; dkim=pass (signature was verified)
header.d=mwwolf-fiction-co-uk.20230601.gappssmtp.com;dmarc=fail action=none
header.from=mwwolf-fiction.co.uk;
Received-SPF: None (protection.outlook.com: mwwolf-fiction.co.uk does not
designate permitted sender hosts)
Received: from mail-ej1-f51.google.com (209.85.218.51) by
CO1PEPF000042AA.mail.protection.outlook.com (10.167.243.39) with Microsoft
SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id 15.20.8158.14
via Frontend Transport; Sat, 16 Nov 2024 19:58:16 +0000
X-IncomingTopHeaderMarker: OriginalChecksum:35608DD2054C1AC5D8891C8FAF773F0AB2EB813E9C3608532C8CCC4902BDB5A0;UpperCasedChecksum:5AC15B254F4B621D2FC3A754B877E8C66EC37271A98BADC2B01542B92F69598E;SizeAsReceived:2675;Count:15
Received: by mail-ej1-f51.google.com with SMTP id a640c23a62f3a-a9ed7d8c86cso366252166b.2
for <ThibautGranet3dArt@live.com>; Sat, 16 Nov 2024 11:58:16 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1731787095; x=1732391895; darn=live.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=33+ClAPb4ZL0iMYMz6Nw7KAMnBrLt1ZC1TqTNDrtRlg=;
b=a1AhDiTjG4u1VjvhFL3616MkpY2vzj6a1q/1TQkca62qBiUybmN5o4NoeHZL9dBVl5
gHwqWFRkVSg1eNWIC/Xq6IK8OEe21netF2keigdu19q/CK1WZ4r1kAknH/52UgZ55uuD
mCTTtxOzdEFqsKeVo+5kI3db53oymtEX9sGIX/Ai60KkaDIYnpodcxG3oq5Gnu3gZozv
g7CiGTPkhpGtusGIJW4utosKpFv0GUmOuG5Yb2ZR6nNAKli36O4S991a9xDp9ia+dvzy
EqJ10E1hxYvrTxzLNahTuJis5hnT6IYXhKTIwA3XuVYZNpZtJoXPGVbuYzord1RhhrLs
u/Bg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1731787095; x=1732391895;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=33+ClAPb4ZL0iMYMz6Nw7KAMnBrLt1ZC1TqTNDrtRlg=;
b=RLBvtFCKTTSRYJ31wokbi6FnG5epF/S0IsaHfC4CwF20IdB+vk+XE0ICJU4YH4h7y2
XZiHkxfasGTudoMRFCsW0PzD9lYoTtgNkblfDhrr1mylMe7T0Yow4D9R278vpsqdutC5
emGLE9RqIaZjRG96UVYSMZWMsYpmSDRU+oTEk8b9/IIYgYBUOXa0Y/j7f8k/NL8CNGyy
fQDqJ8uB7837d5G6xvLPCx3nR13wkZ16nCCHkKXA58JRcbDuNedHRec9PZhM+v9uwOiO
CXMKZjkQkqS5FvP0WAjhf8lFY/rtKfVAOtniS8teS45xz6/BZVjwzu+rGuCTowzpDXai
1pvA==

X-Gm-Message-State: AOJu0YxKtoMkGbkFvZXNP9GSKapEvtvYL7SceG+gyAI23H6QoSfIgUGr
MuYASTKIM0KKgeZP/Fhe9e+RYbTQI3JRBODyTn0YDGXhJulsiTj9mpvFgPX8alORFfw+FfLfZRN
Td+0ZODZ463l+izY9z5P6691XWT3GeA6fTX1iqGO+OAb+AHBRSeM=
X-Google-Smtp-Source:
AGHT+IHjKTLih+gC3tmuP7nM8y0hHX81FeOSREhTqB1rxFiYqA9OJ1SW4YYZIsc534IKxCFzYRUDrgoh1ub4wDuSRRw=
X-Received: by 2002:a17:907:25c2:b0:a99:f9e6:1d0 with SMTP id
a640c23a62f3a-aa48344ea50mr649328666b.27.1731787094922; Sat, 16 Nov 2024
11:58:14 -0800 (PST)
MIME-Version: 1.0
References: <146f1adda5564779afea861c44033768@squarespace.info>
In-Reply-To: <146f1adda5564779afea861c44033768@squarespace.info>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Sat, 16 Nov 2024 19:58:05 +0000
Message-ID: <CANg9FK1EXESEVqdu8EyLZ9uGsWfSoF-6uoZ03Vj-8gW7M6p8ug@mail.gmail.com>
Subject: Re: Form Submission - Welcome To The Wolf Pack
To: ThibautGranet3dArt@live.com
Content-Type: multipart/alternative; boundary="0000000000009eb28306270d1a6e"
X-IncomingHeaderCount: 15
Return-Path: marc@mwwolf-fiction.co.uk
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 84df9e7f-e9f6-40af-b435-aaaaaaaaaaaa:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: CO1PEPF000042AA:EE_|IA3PR03MB8021:EE_
X-MS-Office365-Filtering-Correlation-Id: b1549b3d-9335-44b1-1f2e-08dd067902bc
X-MS-Exchange-EOPDirect: true
X-Sender-IP: 209.85.218.51
X-SID-PRA: MARC@MWWOLF-FICTION.CO.UK
X-SID-Result: NONE
X-Microsoft-Antispam:
BCL:0;ARA:1444111002|9020799016|51300799018|461199028|2500799015|56000799018|69000799015|32000799015|9400799024|59000799015|42200799015|56899033|1380799030|1370799030|1360799030|1602099012|3412199025|440099028|4302099013;
X-Microsoft-Antispam-Message-Info:
=?us-ascii?Q?3jnYkm9Ta6JEwkn9konkFxHYtIEwp60ubbzrrrAfFsAKyB6ykenYKvzDuJ/q?=
=?us-ascii?Q?vEx84T/lSTUswF2YDz3XSB+n2Ye5PmWT+hKMyVavmuDaSwykD/bchAc41MPu?=
=?us-ascii?Q?STXxmQSX7NqHHJ386r3+o5kjL4+45H52FsNfzezsFAzNBEMEtMi5RzsWFUXT?=
=?us-ascii?Q?gLFoD+7K12DbCu0XiA+Wk61bEJ+XWTZxomUURBIxJitmlQtpM6NaIl2KD5vE?=
=?us-ascii?Q?RK61OGoZacqZDNFQqyzE2O2xlcF3PKb+lCJPDfY5D1zEGIGtfwDRYOcqrqxf?=
=?us-ascii?Q?6VZq5Me4nnJxEwKSRSEvWAU9C7eT0eK3KHJ3oJLKR3T8WGvtuG6Ee4lUtN7N?=
=?us-ascii?Q?iEbKGjHk4vDQntlKm3GbZDQ0sM7Mtzozpcy5GukVPGo+Vd6xBLzv5S4/hjh3?=
=?us-ascii?Q?qLHriM5W5pv5La772lgHnlo1g+AdBVEk/mziw083zYlo83qMhBBrrvw18p9w?=
=?us-ascii?Q?jriEphfNrQUB+bBz35l2jBGoApO7OlbS05LHXm4/4e1qF+GueE2EVR3jC5sb?=
=?us-ascii?Q?+LwXWlRWY3sOFmKbmT8sqGiQdQv5dJj4QPfPILQiGEqQNgIHbXawkYo3bUlD?=
=?us-ascii?Q?q8mHX9v2XB0wTbJj2z/1lOEDaXjOveD9ceYejhLUl0ANYzKNbQis1Nw4/sJx?=
=?us-ascii?Q?OVscvymD9/0032tbAK/yGeZ3hwFMBoIE0n7hgCNCqZAxh7+s4Ih5tXl6tbx1?=
=?us-ascii?Q?CS8pV1xp8fY/8lM/UOQlGAKSTD8ecu19FEkd68m1BTmB582qtoys3uQBY1x7?=
=?us-ascii?Q?rln2brFPnxArJ4TTnibWDdSVxW3wBRFJuaD8R3NWy3SWvU95WxuB4yrujjej?=
=?us-ascii?Q?ay88DX61xKkOvkyXIWaH3V117qRIvi6Guycmh0n6O3WG+Q20lsNBzjineysu?=
=?us-ascii?Q?ytLN0JvSQk4pWaO+Zce5/xISbANEsSngFUfy+bjtXU48Ee5MOi0yMGICrlGL?=
=?us-ascii?Q?EFgQYpkFMG9+moKl3TG5PjixKLJvyeXVx5DTozAJ7n466v2xk6yGhwucGGSy?=
=?us-ascii?Q?OoDxVpMgaR2GD9qYlDcNlFb2sLuA4/8C9pJ8TsPhCj9agAe0DAZlCKnlzuDi?=
=?us-ascii?Q?krgz71+c0pwGceoVIVhDbIHAOmEDf8qfY506d5FB9Vn1qPp6/M7lPb12HVIW?=
=?us-ascii?Q?mPp7zfDNmQ/PY2G8rwliw2Undy5RcKqxCz02gEJlA94JhPN5fp7P9YXhJvlk?=
=?us-ascii?Q?IzmbEoTObJekcP9aY5Iyhh/oensf1n4zHwewruG4pCF9680+2IWwzWS8W00?=
=?us-ascii?Q?=3D?=

Delivery has failed to these recipients or groups:

ThibautGranet3dArt@live.com

A communication failure occurred during the delivery of this message. Please try to resend the message later. If the problem continues, contact your email admin.

Diagnostic information for administrators:

Generating server: IA3PR03MB8021.namprd03.prod.outlook.com

ThibautGranet3dArt@live.com

Remote server returned '550 5.5.0 Requested action not taken: mailbox unavailable.'

Original message headers:

Received: from SJ0PR03CA0049.namprd03.prod.outlook.com (2603:10b6:a03:33e::24)
by IA3PR03MB8021.namprd03.prod.outlook.com (2603:10b6:208:502::17) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8158.19; Sat, 16 Nov
2024 19:58:17 +0000
Received: from CO1PEPF000042AA.namprd03.prod.outlook.com
(2603:10b6:a03:33e:cafe::f4) by SJ0PR03CA0049.outlook.office365.com
(2603:10b6:a03:33e::24) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8158.20 via Frontend
Transport; Sat, 16 Nov 2024 19:58:16 +0000
Authentication-Results: spf=none (sender IP is 209.85.218.51)
smtp.mailfrom=mwwolf-fiction.co.uk; dkim=pass (signature was verified)
header.d=mwwolf-fiction-co-uk.20230601.gappssmtp.com;dmarc=fail action=none
header.from=mwwolf-fiction.co.uk;
Received-SPF: None (protection.outlook.com: mwwolf-fiction.co.uk does not
designate permitted sender hosts)
Received: from mail-ej1-f51.google.com (209.85.218.51) by
CO1PEPF000042AA.mail.protection.outlook.com (10.167.243.39) with Microsoft
SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id 15.20.8158.14
via Frontend Transport; Sat, 16 Nov 2024 19:58:16 +0000
X-IncomingTopHeaderMarker: OriginalChecksum:35608DD2054C1AC5D8891C8FAF773F0AB2EB813E9C3608532C8CCC4902BDB5A0;UpperC
asedChecksum:5AC15B254F4B621D2FC3A754B877E8C66EC37271A98BADC2B01542B92F69598E;SizeAsReceived:2675;Count:15
Received: by mail-ej1-f51.google.com with SMTP id a640c23a62f3a-a9ed7d8c86cso366252166b.2
for <ThibautGranet3dArt@live.com>; Sat, 16 Nov 2024 11:58:16 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1731787095; x=1732391895; darn=live.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=33+ClAPb4ZL0iMYMz6Nw7KAMnBrLt1ZC1TqTNDrtRlg=;
b=a1AhDiTjG4u1VjvhFL3616MkpY2vzj6a1q/1TQkca62qBiUybmN5o4NoeHZL9dBVl5
gHwqWFRkVSg1eNWIC/Xq6IK8OEe21netF2keigdu19q/CK1WZ4r1kAknH/52UgZ55uuD
mCTTtxOzdEFqsKeVo+5kI3db53oymtEX9sGIX/Ai60KkaDIYnpodcxG3oq5Gnu3gZozv
g7CiGTPkhpGtusGIJW4utosKpFv0GUmOuG5Yb2ZR6nNAKli36O4S991a9xDp9ia+dvzy
EqJ10E1hxYvrTxzLNahTuJis5hnT6IYXhKTIwA3XuVYZNpZtJoXPGVbuYzord1RhhrLs
u/Bg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1731787095; x=1732391895;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=33+ClAPb4ZL0iMYMz6Nw7KAMnBrLt1ZC1TqTNDrtRlg=;
b=RLBvtFCKTTSRYJ31wokbi6FnG5epF/S0IsaHfC4CwF20IdB+vk+XE0ICJU4YH4h7y2
XZiHkxfasGTudoMRFCsW0PzD9lYoTtgNkblfDhrr1mylMe7T0Yow4D9R278vpsqdutC5
emGLE9RqIaZjRG96UVYSMZWMsYpmSDRU+oTEk8b9/IIYgYBUOXa0Y/j7f8k/NL8CNGyy
fQDqJ8uB7837d5G6xvLPCx3nR13wkZ16nCCHkKXA58JRcbDuNedHRec9PZhM+v9uwOiO
CXMKZjkQkqS5FvP0WAjhf8lFY/rtKfVAOtniS8teS45xz6/BZVjwzu+rGuCTowzpDXai
1pvA==
X-Gm-Message-State: AOJu0YxKtoMkGbkFvZXNP9GSKapEvtvYL7SceG+gyAI23H6QoSfIgUGr
MuYASTKIM0KKgeZP/Fhe9e+RYbTQI3JRBODyTn0YDGXhJulsiTj9mpvFgPX8alORFfw+FfLfZRN
Td+0ZODZ463l+izY9z5P6691XWT3GeA6fTX1iqGO+OAb+AHBRSeM=
X-Google-Smtp-Source:
AGHT+IHjKTLih+gC3tmuP7nM8y0hHX81FeOSREhTqB1rxFiYqA9OJ1SW4YYZIsc534IKxCFzYRUDrgoh1ub4wDuSRRw=
X-Received: by 2002:a17:907:25c2:b0:a99:f9e6:1d0 with SMTP id
a640c23a62f3a-aa48344ea50mr649328666b.27.1731787094922; Sat, 16 Nov 2024
11:58:14 -0800 (PST)
MIME-Version: 1.0
References: <146f1adda5564779afea861c44033768@squarespace.info>
In-Reply-To: <146f1adda5564779afea861c44033768@squarespace.info>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Sat, 16 Nov 2024 19:58:05 +0000
Message-ID: <CANg9FK1EXESEVqdu8EyLZ9uGsWfSoF-6uoZ03Vj-8gW7M6p8ug@mail.gmail.com>
Subject: Re: Form Submission - Welcome To The Wolf Pack
To: ThibautGranet3dArt@live.com
Content-Type: multipart/alternative; boundary="0000000000009eb28306270d1a6e"
X-IncomingHeaderCount: 15
Return-Path: marc@mwwolf-fiction.co.uk
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 84df9e7f-e9f6-40af-b435-aaaaaaaaaaaa:0

X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: CO1PEPF000042AA:EE_|IA3PR03MB8021:EE_
X-MS-Office365-Filtering-Correlation-Id: b1549b3d-9335-44b1-1f2e-08dd067902bc
X-MS-Exchange-EOPDirect: true
X-Sender-IP: 209.85.218.51
X-SID-PRA: MARC@MWWOLF-FICTION.CO.UK
X-SID-Result: NONE
X-Microsoft-Antispam:
BCL:0;ARA:1444111002|9020799016|51300799018|461199028|2500799015|56000799018|69000799015|32000799015|9400799024|5900079901
5|42200799015|56899033|1380799030|1370799030|1360799030|1602099012|3412199025|440099028|4302099013;
X-Microsoft-Antispam-Message-Info:
=?us-ascii?Q?3jnYkm9Ta6JEwkn9konkFxHYtIEwp60ubbzrrrAfFsAKyB6ykenYKvzDuJ/q?=
=?us-ascii?Q?vEx84T/lSTUswF2YDz3XSB+n2Ye5PmWT+hKMyVavmuDaSwykD/bchAc41MPu?=
=?us-ascii?Q?STXxmQSX7NqHHJ386r3+o5kjL4+45H52FsNfzezsFAzNBEMEtMi5RzsWFUXT?=
=?us-ascii?Q?gLFoD+7K12DbCu0XiA+Wk61bEJ+XWTZxomUURBIxJitmlQtpM6NaIl2KD5vE?=
=?us-ascii?Q?RK61OGoZacqZDNFQqyzE2O2xlcF3PKb+lCJPDfY5D1zEGIGtfwDRYOcqrqxf?=
=?us-ascii?Q?6VZq5Me4nnJxEwKSRSEvWAU9C7eT0eK3KHJ3oJLKR3T8WGvtuG6Ee4lUtN7N?=
=?us-ascii?Q?iEbKGjHk4vDQntlKm3GbZDQ0sM7Mtzozpcy5GukVPGo+Vd6xBLzv5S4/hjh3?=
=?us-ascii?Q?qLHriM5W5pv5La772lgHnlo1g+AdBVEk/mziw083zYlo83qMhBBrrvw18p9w?=
=?us-ascii?Q?jriEphfNrQUB+bBz35l2jBGoApO7OlbS05LHXm4/4e1qF+GueE2EVR3jC5sb?=
=?us-ascii?Q?+LwXWlRWY3sOFmKbmT8sqGiQdQv5dJj4QPfPILQiGEqQNgIHbXawkYo3bUlD?=
=?us-ascii?Q?q8mHX9v2XB0wTbJj2z/1lOEDaXjOveD9ceYejhLUl0ANYzKNbQis1Nw4/sJx?=
=?us-ascii?Q?OVscvymD9/0032tbAK/yGeZ3hwFMBoIE0n7hgCNCqZAxh7+s4Ih5tXl6tbx1?=
=?us-ascii?Q?CS8pV1xp8fY/8lM/UOQlGAKSTD8ecu19FEkd68m1BTmB582qtoys3uQBY1x7?=
=?us-ascii?Q?rln2brFPnxArJ4TTnibWDdSVxW3wBRFJuaD8R3NWy3SWvU95WxuB4yrujjej?=
=?us-ascii?Q?ay88DX61xKkOvkyXIWaH3V117qRIvi6Guycmh0n6O3WG+Q20lsNBzjineysu?=
=?us-ascii?Q?ytLN0JvSQk4pWaO+Zce5/xISbANEsSngFUfy+bjtXU48Ee5MOi0yMGICrlGL?=
=?us-ascii?Q?EFgQYpkFMG9+moKl3TG5PjixKLJvyeXVx5DTozAJ7n466v2xk6yGhwucGGSy?=
=?us-ascii?Q?OoDxVpMgaR2GD9qYlDcNlFb2sLuA4/8C9pJ8TsPhCj9agAe0DAZlCKnlzuDi?=
=?us-ascii?Q?krgz71+c0pwGceoVIVhDbIHAOmEDf8qfY506d5FB9Vn1qPp6/M7lPb12HVIW?=
=?us-ascii?Q?mPp7zfDNmQ/PY2G8rwliw2Undy5RcKqxCz02gEJlA94JhPN5fp7P9YXhJvlk?=
=?us-ascii?Q?IzmbEoTObJekcP9aY5Iyhh/oensf1n4zHwewruG4pCF9680+2IWwzWS8W00?=
=?us-ascii?Q?=3D?=

NO, only usable evidence that my book was fed into the failing show to
build the story. I’m not interested in when the first work was done on
Arcane, nor how much of it. These things are not pertinent to my 4 cases.
Anyone can alter and backdate work or correspondence.

I'll pay good for more solid evidence, this case is worth billions, so I'll
pay big money to anyone who helps.

On Sat, 16 Nov 2024 at 02:31, Squarespace <form-submission@squarespace.info>
wrote:

> *Email:* ThibautGranet3dArt@live.com, accepts marketing: false
>
> *Message:* Are you still offering the money? The 10 grand? I could
> (anonymously) send you a copy of the Art direction bible we used for the
> show. It's 136 pages document divided I'm 4 sections (Piltover(general),
> Zaun(general), The Lanes, Council The initial document (that we received)
> is dated may 2013 (that one we got on paper, like a zine), and the revised
> on document (a pdf 28 pages longer) with examples of the characters
> textures notes for the 3d rig is from Jan 2014.
> I will say, neither you or your books are referenced anywhere. Do I still
> get the money? Just tweet yes or not and I will reach to you
>
> Sent via form submission from *M.W. Wolf’s Megaverse
> <https://comms-sl-events.squarespace.info/?ref=HrwAAG4L-fwS5ny8X2fuISzTMZ5v48CGAQAAAL8ABj7TNzTO9Yr2nIHgMfHd0dOhM5JzwzA8YuV3yXkp0I8umYwX8sJk4vFWGkwmECgMhIxH9O9yJVan2whd1_sQNizKE9_yYc2aNo8S0BVx71SqBf-oJ5ewuIKBI9Tmwulw7NvVmF1zsMTSwXN5QopRl59D-Cemm8qUQa1tnfE1bJmzkedRFQV9_tr4aQRjEIU75IfInoz8WnCL3ybTWKpi1dfqAiqk_f2EUIkwpFsjGogLYwkd7Kh-guC3K5ZOt9qtLVEbBm30mvc8rdSvKok>*
>
> *Email:* ThibautGranet3dArt@live.com, accepts marketing: false
>
> *Message:* Are you still offering the money? The 10 grand? I could
> (anonymously) send you a copy of the Art direction bible we used for the
> show. It's 136 pages document divided I'm 4 sections (Piltover(general),
> Zaun(general), The Lanes, Council The initial document (that we received)

> is dated may 2013 (that one we got on paper, like a zine), and the revised
> on document (a pdf 28 pages longer) with examples of the characters
> textures notes for the 3d rig is from Jan 2014.
> I will say, neither you or your books are referenced anywhere. Do I still
> get the money? Just tweet yes or not and I will reach to you
>
> Manage Submissions
> <https://comms-sl-events.squarespace.info/?ref=HrwAABRmjjD0Y_o9eZ-FaWe7BVqY0rB_AQAAAL8ABj7TNzTO9Yr2nIHgMfHd0dOhM5JzwzA8YuV3yXkp0I8umYwX8sJk4vFWGkwmECgMhIxH9O9yJVan2whd1_sQNizKE9_yYc2aNo8S0BVx71SqBf-oJ5ewuIKBI9Tmwulw7NvVmF1zsMTSwXN5QooNtrgNrCFhnomvEWoSpxoH0N04W65nKM65Z8-A7iyeOC6V7SsFjEaC7jpuQphf45rX5xMJmuT3G25GGIOyD4475Sc4h1fDBd1MPLZBFS-af19KZ0NUTOTd5GDnBEGIy7th43bTJQOiT_eHSzNB6GT0GExdM4GaYu5qYs3h8SY2mdxuuqdGT9783YxHqUnaHmdlWMkcSHpA_YlDheg0-7wu>
>
> Does this submission look like spam? Report it here.
> <https://comms-sl-events.squarespace.info/?ref=HrwAAHqk5xE_cTDXVAM1va6L4Gj7jtZ2AQAAAL8ABj7TNzTO9Yr2nIHgMfHd0dOhM5JzwzA8YuV3yXkp0I8umYwX8sJk4vFWGkwmECgMhIxH9O9yJVan2whd1_sQNizKE9_yYc2aNo8S0BVx71SqBf-oJ5ewuIKBI9TmwlrN6lRRsrwRWnyQqTyxEGWaR8RSVy7-nn5QPfTNtIpHZvw-PhXfj9fUkggxSS-W-M7uEOdPc-6U-uT1IvVKZdbMNOjuIIBdn4VvHx48hyxXLuiLcXC9keQ62GEZxjgtCw3KpcNgTRdBjUxZHHc1ozeRCZIlHCj3EPZnfnsrEIbJWdL24XmQzbFA_5gs7Zdq7x2zQQOUfHwQy7hXGwx-J-_e7HopZ6LjSBRToG_j8p2Nfy5gXbN65jTPl7gQm76R6pbswtGmyN0CQHyHhfL2BX-b6BwlhaJwJierfIKcvu4W>
>

NO, only usable evidence that my book was fed into the failing show to build the story. I'm not interested in when the first work was done on Arcane, nor how much of it. These things are not pertinent to my 4 cases. Anyone can alter and backdate work or correspondence.
I'll pay good for more solid evidence, this case is worth billions, so I'll pay big money to anyone who helps.
On Sat, 16 Nov 2024 at 02:31, Squarespace <form-submission@squarespace.info> wrote:

Email:
ThibautGranet3dArt@live.com, accepts marketing: false

Message:
Are you still offering the money? The 10 grand? I could (anonymously) send you a copy of the Art direction bible we used for the show. It's 136 pages document divided I'm 4 sections (Piltover(general), Zaun(general), The Lanes, Council The initial document (that we received) is dated may 2013 (that one we got on paper, like a zine), and the revised on document (a pdf 28 pages longer) with examples of the characters textures notes for the 3d rig is from Jan 2014.
I will say, neither you or your books are referenced anywhere. Do I still get the money? Just tweet yes or not and I will reach to you

Sent via form submission from M.W. Wolf's Megaverse

Email:
ThibautGranet3dArt@live.com, accepts marketing: false

Message:
Are you still offering the money? The 10 grand? I could (anonymously) send you a copy of the Art direction bible we used for the show. It's 136 pages document divided I'm 4 sections (Piltover(general), Zaun(general), The Lanes, Council The initial document (that we received) is dated may 2013 (that one we got on paper, like a zine), and the revised on document (a pdf 28 pages longer) with examples of the characters textures notes for the 3d rig is from Jan 2014.
I will say, neither you or your books are referenced anywhere. Do I still get the money? Just tweet yes or not and I will reach to you

Manage Submissions

Does this submission look like spam? Report it here.

## Message 51 of 593

| | |
|---|---|
| **Date** | Mon, 18 Nov 2024 01:25:38 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2439396d8b484fac88ef8c5a7f2f4ed2@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
curcat@lce.com, accepts marketing: false

Message:
so, just to be clear. If the show is good, they are stealing from you. If its original,then its suddenly "bad".... ok lmao
just admit that you are jealous because nobody picked up your run-of-the-mill, generic 101 sci-fi book, and for some (I suspect sexist) reason you latched on hating the one that is actually good and therefore became popular

Sent via form submission from M.W. Wolf's Megaverse

Email:
curcat@lce.com, accepts marketing: false

Message:
so, just to be clear. If the show is good, they are stealing from you. If its original,then its suddenly "bad".... ok lmao
just admit that you are jealous because nobody picked up your run-of-the-mill, generic 101 sci-fi book, and for some (I suspect sexist) reason you latched on hating the one that is actually good and therefore became popular

Manage Submissions

Does this submission look like spam? Report it here.

## Message 52 of 593

| | |
|---|---|
| **Date** | Mon, 18 Nov 2024 05:34:37 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8854febdf6364296b7c4beef2e91544e@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
justcurious@lop.com, accepts marketing: false

Message:
have you played Cyberpunk 2077? it has basically everything you have described (except for the fake moon). Most of it is in Boorderlands too. Did you submit your work to other studios?

Sent via form submission from M.W. Wolf's Megaverse

Email:
justcurious@lop.com, accepts marketing: false

Message:
have you played Cyberpunk 2077? it has basically everything you have described (except for the fake moon). Most of it is in Boorderlands too. Did you submit your work to other studios?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 53 of 593

| | |
|---|---|
| **Date** | Wed, 20 Nov 2024 00:39:29 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <QCIQ8J3bQIKQAvYTlxjBWA@geopod-ismtpd-15> |

Form Submission - Welcome To The Wolf Pack

Email:
fuckaiart@fucku.com, accepts marketing: false

Message:
it takes 2 seconds. 2 fucking seconds to google that the crabs are reference to the Scuttle Crab, one of the games creatures. Like almost everything you point out, these things were well established long before you generic fantasy book

Sent via form submission from M.W. Wolf's Megaverse

Email:
fuckaiart@fucku.com, accepts marketing: false

Message:
it takes 2 seconds. 2 fucking seconds to google that the crabs are reference to the Scuttle Crab, one of the games creatures. Like almost everything you point out, these things were well established long before you generic fantasy book

Manage Submissions

Does this submission look like spam? Report it here.

## Message 54 of 593

| | |
|---|---|
| **Date** | Wed, 20 Nov 2024 08:52:51 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <e92e2d7a21d24ba786b6572e529053cb@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
superfakemail@fromcotsco.com, accepts marketing: false

Message:
Sorry, I lost the plot, how on earth did Riot Games got to your manuscript?

Sent via form submission from M.W. Wolf's Megaverse

Email:
superfakemail@fromcotsco.com, accepts marketing: false

Message:
Sorry, I lost the plot, how on earth did Riot Games got to your manuscript?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 55 of 593

| | |
|---|---|
| **Date** | Wed, 20 Nov 2024 22:36:58 +0000 |
| **From** | "CRD Contact Center (Contact Center)" <contact.center@dfeh.zendesk.com> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | [CRD IT Support] Re: Hate Mail from Riot Games and others. |
| **Message-ID** | <VM7G2702XJZ_673e6489eadcc_6139581023150_sprut@zendesk.com> |

##- Please type your reply above this line -##

Thank you for contacting the Civil Rights Department (CRD).

http://support.dfeh.ca.gov/hc/requests/159163

----------------------------------------------

CRD Contact Center, Nov 20, 2024, 2:36 PM PST

Thank you for contacting the Civil Rights Department (CRD), marc@mwwolf-fiction.co.uk.

The California Civil Rights Department (CRD) enforces many of California's robust civil rights laws, including in the areas of employment, housing, business and public accommodations, state-funded programs and activities, professional relationships, hate violence, human trafficking.

Our agency investigates complaints of discrimination, harassment, and retaliation based on protected characteristic or perceived protected characteristic, such as gender, race, national origin, sexual orientation, gender identity, or religion. For a complete list of protected characteristics, please review the CRD website at CRD | Civil Rights Department

**We do not address matters such as you have described**, however, you may be able to find free or low-cost legal aid through the California State Bar's referral service at https://www.calbar.ca.gov/Public/LawyerReferralServicesLRS

If you believe you have been subjected to discrimination, harassment or retaliation in matters the CRD investigates, you may file a formal complaint with the department by visiting our online portal at https://ccrs.calcivilrights.ca.gov/ to submit an intake form. This is the first step in our process. Once you submit the form, you will be scheduled for an intake interview. After the interview, CRD will evaluate the facts and determine if we have jurisdiction to accept the case for investigation.

CRD Contact Center

----------------------------------------------

Marc Wolstenholme, Nov 1, 2024, 2:46 PM PDT

Marc Wolstenholme (M.W. Wolf Ltd)

5 Shetland Close, Coventry, CV5 7LS

marc@mwwolf-fiction.co.uk

Marc.wolstenholme@yahoo.co.uk

07827964404

Dear All,

Since I successfully filed the court case today, I've received three lots of hate mail. It's gaslighting and targeting my disability but it's not direct threats so I am not panicking or thinking of removing the Copyright Infringement complaint yet.

If it gets any worse I might have to consider my options.

Please help to prevent further hate mail in any way you can,

Thank you

Marc Wolstenholme

Attachment(s):

how mentally ill you.png - https://support.dfeh.ca.gov/attachments/token/BbebaG8DjOirJAFvrDYPre7Jn/?name=how+mentally+ill+you.pngComplaint about Sean Marino..docx - https://support.dfeh.ca.gov/attachments/token/Y9Wv2Z9TMjO0ZxHw1NhFa7v5A/?name=Complaint+about+Sean+Marino..docxHate mail pressure 1.png - https://support.dfeh.ca.gov/attachments/token/csaNDRCND556Mnho7pt5vW7Ug/?name=Hate+mail+pressure+1.pngHate mail pressure and targeting my website .docx - https://support.dfeh.ca.gov/attachments/token/U07fOBFrpoeE6OiKdlp8bkI1b/?name=Hate+mail+pressure+and+targeting+my+website+.docxNow they have back dated it to 2012.png - https://support.dfeh.ca.gov/attachments/token/pb74XGfZJJjvtsH2wWzO6KuYO/?name=Now+they+have+back+dated+it+to+2012.pngIt speaks highly of how mentally ill you .docx - https://support.dfeh.ca.gov/attachments/token/GQglrPiaTJ84osy2DmKv18jt2/?name=It+speaks+highly+of+how+mentally+ill+you+.docxmore mental illness discrimingtion.png - https://support.dfeh.ca.gov/attachments/token/LHTVDzypXIjqQ6RLwd8vLYOQm/?name=more+mental+illness+discrimingtion.pngNow they have back dated it to 2012.docx - https://support.dfeh.ca.gov/attachments/token/gQ5nHgpVicskrTVkyyLz29O8L/?name=Now+they+have+back+dated+it+to+2012.docx

Your request has been solved. To reopen this request, reply to this email or click the link below:

https://support.dfeh.ca.gov/hc/requests/159163

Thank you,

CRD Contact Center

--------------------------------

This email is a service from CRD IT Support.

[VM7G27-02XJZ]

##- Please type your reply above this line -##

Support

Thank you for contacting the Civil Rights Department (CRD).
http://support.dfeh.ca.gov/hc/requests/159163

CRD Contact Center (CRD IT Support)
Nov 20, 2024, 2:36 PM PST
Thank you for contacting the Civil Rights Department (CRD), marc@mwwolf-fiction.co.uk.

The California Civil Rights Department (CRD) enforces many of California's robust civil rights laws, including in the areas of employment, housing, business and public accommodations, state-funded programs and activities, professional relationships, hate violence, human trafficking.

Our agency investigates complaints of discrimination, harassment, and retaliation based on protected characteristic or perceived protected characteristic, such as gender, race, national origin, sexual orientation, gender identity, or religion. For a complete list of protected characteristics, please review the CRD website at CRD | Civil Rights Department

We do not address matters such as you have described, however, you may be able to find free or low-cost legal aid through the California State Bar's referral service at https://www.calbar.ca.gov/Public/LawyerReferralServicesLRS

If you believe you have been subjected to discrimination, harassment or retaliation in matters the CRD investigates, you may file a formal complaint with the department by visiting our online portal at https://ccrs.calcivilrights.ca.gov/ to submit an intake form. This is the first step in our process. Once you submit the form, you will be scheduled for an intake interview. After the interview, CRD will evaluate the facts and determine if we have jurisdiction to accept the case for investigation.

CRD Contact Center

Marc Wolstenholme
Nov 1, 2024, 2:46 PM PDT

Marc Wolstenholme (M.W. Wolf Ltd)
5 Shetland Close, Coventry, CV5 7LS
marc@mwwolf-fiction.co.uk
Marc.wolstenholme@yahoo.co.uk
07827964404

Dear All,

Since I successfully filed the court case today, I've received three lots of hate mail. It's gaslighting and targeting my disability but it's not direct threats so I am not panicking or thinking of removing the Copyright Infringement complaint yet.
If it gets any worse I might have to consider my options.
Please help to prevent further hate mail in any way you can,
Thank you
Marc Wolstenholme
Attachment(s)
how mentally ill you.png
Complaint about Sean Marino..docx
Hate mail pressure 1.png
Hate mail pressure and targeting my website .docx
Now they have back dated it to 2012.png
It speaks highly of how mentally ill you .docx
more mental illness discrimingtion.png
Now they have back dated it to 2012.docx

Your request has been solved. To reopen this request, reply to this email or click the link below:
https://support.dfeh.ca.gov/hc/requests/159163
Thank you,
CRD Contact Center

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

You have been sent this message because you recently opened a help request with DFEH.

[VM7G27-02XJZ]

## Message 56 of 593

| | |
|---|---|
| **Date** | Wed, 20 Nov 2024 22:37:49 +0000 |
| **From** | "CRD Contact Center (Contact Center)" <contact.center@dfeh.zendesk.com> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | [CRD IT Support] Re: Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <VM729M4NDEE_673e64bcee233_58395894791a_sprut@zendesk.com> |

##- Please type your reply above this line -##

Thank you for contacting the Civil Rights Department (CRD).

http://support.dfeh.ca.gov/hc/requests/159199

----------------------------------------------

CRD Contact Center, Nov 20, 2024, 2:37 PM PST

Thank you for contacting the Civil Rights Department (CRD), marc@mwwolf-fiction.co.uk.

The California Civil Rights Department (CRD) enforces many of California's robust civil rights laws, including in the areas of employment, housing, business and public accommodations, state-funded programs and activities, professional relationships, hate violence, human trafficking.

Our agency investigates complaints of discrimination, harassment, and retaliation based on protected characteristic or perceived protected characteristic, such as gender, race, national origin, sexual orientation, gender identity, or religion. For a complete list of protected characteristics, please review the CRD website at CRD | Civil Rights Department

**We do not address matters such as you have described**, however, you may be able to find free or low-cost legal aid through the California State Bar's referral service at https://www.calbar.ca.gov/Public/LawyerReferralServicesLRS

If you believe you have been subjected to discrimination, harassment or retaliation in matters the CRD investigates, you may file a formal complaint with the department by visiting our online portal at https://ccrs.calcivilrights.ca.gov/ to submit an intake form. This is the first step in our process. Once you submit the form, you will be scheduled for an intake interview. After the interview, CRD will evaluate the facts and determine if we have jurisdiction to accept the case for investigation.

CRD Contact Center

----------------------------------------------

Marc Wolstenholme, Nov 2, 2024, 12:24 PM PDT

Dear all, please see the latest hatmail targeting my daughter and mental health.This is a criminal Matter and I'd like the LAPD and the state of California to investigate Riot Games and their stakeholders. I feel unsafe and worried about my daughter. I don't even know how they know I have a daughter.

I expected retaliation as Riot are known for doing it. I'm just telling the truth about the intellectual property theft to the sum of billions from me.

I can not proceed with court proceedings under this kind of treatment. They are using the most emotive thing in my life to harm me because I am speaking out about theft.

Please intervene before it gets out of control.

---------- Forwarded message ---------

From: **Squarespace** <form-submission@squarespace.info>

Date: Sat, 2 Nov 2024 at 19:01

Subject: Form Submission - Welcome To The Wolf Pack

To: <marc@mwwolf-fiction.co.uk>

**Email:**lmao@mlao.com, accepts marketing: false

**Message:**this is why family court took your daughter lmao you are deranged af

Sent via form submission from _M.W. Wolf's Megaverse_

**Email:**lmao@mlao.com, accepts marketing: false

**Message:**this is why family court took your daughter lmao you are deranged af

Manage Submissions

Does this submission look like spam? Report it here.

![](https://comms-sl-events.squarespace.info/l.gif?ref=HrwAAHbhHZFeg0ftTILLbzxc9Rflsn-bAQAAAP0GS7RLT1g2_g5Y6eMeiRFvraKSM7Cvap29yoEuRQ6kHAA_XjD2MdiJl0GaMPdvF2MNGxIoeZCzSOPnHXAkUr8AYDMF2ix8Ul7vrGcePRz1mAcZMpDGPLk4msncKOt1JyifEFebUrU5LZcZS_ZM-ikcVXm6qQIi9C1t57Hr_3YUGfqBI8U3utMqW0t_7o--HjpfF3hboIN_rCDlewpXJa8)

Your request has been solved. To reopen this request, reply to this email or click the link below:

https://support.dfeh.ca.gov/hc/requests/159199

Thank you,

CRD Contact Center

--------------------------------

This email is a service from CRD IT Support.

[VM729M-4NDEE]

##- Please type your reply above this line -##

Support

Thank you for contacting the Civil Rights Department (CRD).
http://support.dfeh.ca.gov/hc/requests/159199

CRD Contact Center (CRD IT Support)
Nov 20, 2024, 2:37 PM PST
Thank you for contacting the Civil Rights Department (CRD), marc@mwwolf-fiction.co.uk.

The California Civil Rights Department (CRD) enforces many of California's robust civil rights laws, including in the areas of employment, housing, business and public accommodations, state-funded programs and activities, professional relationships, hate violence, human trafficking.

Our agency investigates complaints of discrimination, harassment, and retaliation based on protected characteristic or perceived protected characteristic, such as gender, race, national origin, sexual orientation, gender identity, or religion. For a complete list of protected characteristics, please review the CRD website at CRD | Civil Rights Department

We do not address matters such as you have described, however, you may be able to find free or low-cost legal aid through the California State Bar's referral service at https://www.calbar.ca.gov/Public/LawyerReferralServicesLRS

If you believe you have been subjected to discrimination, harassment or retaliation in matters the CRD investigates, you may file a formal complaint with the department by visiting our online portal at https://ccrs.calcivilrights.ca.gov/ to submit an intake form. This is the first step in our process. Once you submit the form, you will be scheduled for an intake interview. After the interview, CRD will evaluate the facts and determine if we have jurisdiction to accept the case for investigation.

CRD Contact Center

Marc Wolstenholme
Nov 2, 2024, 12:24 PM PDT
Dear all, please see the latest hatmail targeting my daughter and mental health.This is a criminal Matter and I'd like the LAPD and the state of California to investigate Riot Games and their stakeholders. I feel unsafe and worried about my daughter. I don't even know how they know I have a daughter.
I expected retaliation as Riot are known for doing it. I'm just telling the truth about the intellectual property theft to the sum of billions from me.
I can not proceed with court proceedings under this kind of treatment. They are using the most emotive thing in my life to harm me because I am speaking out about theft.
Please intervene before it gets out of control.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sat, 2 Nov 2024 at 19:01
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:lmao@mlao.com, accepts marketing: false
Message:this is why family court took your daughter lmao you are deranged af
Sent via form submission from M.W. Wolf's Megaverse
Email:lmao@mlao.com, accepts marketing: false
Message:this is why family court took your daughter lmao you are deranged af
Manage Submissions
Does this submission look like spam? Report it here.

Your request has been solved. To reopen this request, reply to this email or click the link below:
https://support.dfeh.ca.gov/hc/requests/159199
Thank you,
CRD Contact Center

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

You have been sent this message because you recently opened a help request with DFEH.

[VM729M-4NDEE]

## Message 57 of 593

| | |
|---|---|
| **Date** | Fri, 22 Nov 2024 01:33:54 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6fdaw0_VS4iHg3o2rvQA2w@geopod-ismtpd-29> |

Form Submission - Welcome To The Wolf Pack

Email:
GobelinsAnimator@france.com, accepts marketing: false

Message:
The post about "arcane did not take 6 years to make" talks ne that you know absolutely nothing about how AAA animation works. As an proffessional animator and Gobelins teacher, is sad and embarrassing to see other creatives speak ill of a medium they know nothing about.
Storyboards alone can take up to 6 months per episode for a product of such high quality, and that's if they hire a highly qualified team (and they did, sone of the names on the Arcane credit score are masterminds of the industry).
Please, do not spread misinformation about our art, is lowly of any creator to do so

Sent via form submission from M.W. Wolf's Megaverse

Email:
GobelinsAnimator@france.com, accepts marketing: false

Message:
The post about "arcane did not take 6 years to make" talks ne that you know absolutely nothing about how AAA animation works. As an proffessional animator and Gobelins teacher, is sad and embarrassing to see other creatives speak ill of a medium they know nothing about.
Storyboards alone can take up to 6 months per episode for a product of such high quality, and that's if they hire a highly qualified team (and they did, sone of the names on the Arcane credit score are masterminds of the industry).
Please, do not spread misinformation about our art, is lowly of any creator to do so

Manage Submissions

Does this submission look like spam? Report it here.

## Message 58 of 593

| | |
|---|---|
| **Date** | Fri, 22 Nov 2024 01:37:26 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9e9c38dd6f7a47b9853843dc170c6c5a@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
kevinbrazille@LAcourt.com, accepts marketing: false

Message:
"and my writing was pinned to boards and used in LA writing rooms and video booths as well as in the storyboard rooms" do you have any proof? Blatant living is not well seen on LA courtrooms. In fact, in a legal process, it will be considered as a criminal offense

Sent via form submission from M.W. Wolf's Megaverse

Email:
kevinbrazille@LAcourt.com, accepts marketing: false

Message:
"and my writing was pinned to boards and used in LA writing rooms and video booths as well as in the storyboard rooms" do you have any proof? Blatant living is not well seen on LA courtrooms. In fact, in a legal process, it will be considered as a criminal offense

Manage Submissions

Does this submission look like spam? Report it here.

## Message 59 of 593

| | |
|---|---|
| **Date** | Fri, 22 Nov 2024 15:01:06 +0000 (UTC) |
| **From** | Marc Wolstenholme <marc.wolstenholme@yahoo.co.uk> |
| **To** | "marc@mwwolf-fiction.co.uk" <marc@mwwolf-fiction.co.uk> |
| **Subject** | Fw: Form Submission - New Form 2 |
| **Message-ID** | <2041523629.1626980.1732287666496@mail.yahoo.com> |

Yahoo Mail: Search, organise, conquer

----- Forwarded message ----- From: "Squarespace" <form-submission@squarespace.info> To: "marc.wolstenholme@yahoo.co.uk" <marc.wolstenholme@yahoo.co.uk> Cc:
Sent: Fri, 22 Nov 2024 at 12:42 Subject: Form Submission - New Form 2
Name: lemon pero

Email: hmliu@vuy.com

Message: Actually, i do think I can't be tracked. I'm not even using a VPN and you are so fucking stupid that set up a spam box lmaoo

Sent via form submission from M.W. Wolf's Megaverse

Name: lemon pero

Email: hmliu@vuy.com

Message: Actually, i do think I can't be tracked. I'm not even using a VPN and you are so fucking stupid that set up a spam box lmaoo

Manage Submissions

Does this submission look like spam? Report it here.

Yahoo Mail: Search, organise, conquer ----- Forwarded message ----- From: "Squarespace" <form-submission@squarespace.info> To: "marc.wolstenholme@yahoo.co.uk" <marc.wolstenholme@yahoo.co.uk> Cc: Sent: Fri, 22 Nov 2024 at 12:42 Subject: Form Submission - New Form 2

Name:
lemon pero

Email:
hmliu@vuy.com

Message:
Actually, i do think I can't be tracked. I'm not even using a VPN and you are so fucking stupid that set up a spam box lmaoo

Sent via form submission from M.W. Wolf's Megaverse

Name:
lemon pero

Email:
hmliu@vuy.com

Message:
Actually, i do think I can't be tracked. I'm not even using a VPN and you are so fucking stupid that set up a spam box lmaoo

Manage Submissions

Does this submission look like spam? Report it here.

## Message 60 of 593

| | |
|---|---|
| **Date** | Sat, 7 Dec 2024 13:40:46 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | eurecordkeeper@riotgames.com, dan.chang@riotgames.com, "Geller, Joshua" <jgeller@greenbergglusker.com>, "Moss, Aaron" <amoss@greenbergglusker.com> |
| **Subject** | Fwd: Complaint about Christian Linke's conduct of condoning murder and stealing IP |
| **Message-ID** | <CANg9FK1zAsEWa0rtAd2YhrtwN7Kqe-CHfEW+=JHG5xCEOTrKtw@mail.gmail.com> |

Please address my complaint,

On November the 1st 2024, (Fri 1 Nov, 01:26), I had to make a complaint directly to Riot about Christian Linke's conduct of condoning murder on the X platform and about him stealing IP. Linke wrote "IONO ABOUT YOU ALL BUT I THINK IT'S TIME TO LET FORTICHE BRING BACK… THE FRENCH GUILLOTINE." This isn't the conduct of a sensible director of animation. Linke and Yee are only in the positions they are now, not because of merit, but because of the toxic Bro-Mancing culture of Riot Games. The two obsessively call everything fight Porn and IP and talk down to everyone and brag about a Nazi like one mistake policy and pathologically lie and steal, then mask and blame and retaliate and lie some more. It's so unhealthy that no wonder Riot is in so much trouble. I fear that Riot will bring Fortiche down to their levels of depravity and destroy many French careers as well. Riot are yet to address my complaint about Linke's conduct and fraudulent crimes.

---------- Forwarded message ---------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Fri, 1 Nov 2024 at 01:26
Subject: Complaint about Christian Linke's conduct of condoning murder and stealing IP
To: <copyright@netflix.com>, <dan.chang@riotgames.com>, Moss, Aaron <amoss@greenbergglusker.com>, Geller, Joshua <jgeller@greenbergglusker.com>, Copyright Alerts <copyright@svc.netflix.net>

Christian Linke of Riot Games, the guy who stole my manuscript and pretended that he wrote Arcane, is essentially condoning murder. The cheek of it as he stole my book, and now he wants people murdered for leaks of stolen IP.

[image: image.png]

Please address my complaint,
On November the 1st 2024, (Fri 1 Nov, 01:26), I had to make a complaint directly to Riot about Christian Linke's conduct of condoning murder on the X platform and about him stealing IP. Linke wrote "IONO ABOUT YOU ALL BUT I THINK IT'S TIME TO LET FORTICHE BRING BACK… THE FRENCH GUILLOTINE."  This isn't the conduct of a sensible director of animation. Linke and Yee are only in the positions they are now, not because of merit, but because of the toxic Bro-Mancing culture of Riot Games. The two obsessively call everything fight Porn and IP and talk down to everyone and brag about a Nazi like one mistake policy and pathologically lie and steal, then mask and blame and retaliate and lie some more. It's so unhealthy that no wonder Riot is in so much trouble. I fear that Riot will bring Fortiche down to their levels of depravity and destroy many French careers as well. Riot are yet to address my complaint about Linke's conduct and fraudulent crimes.

---------- Forwarded message ---------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Fri, 1 Nov 2024 at 01:26
Subject: Complaint about Christian Linke's conduct of condoning murder and stealing IP
To: <copyright@netflix.com>, <dan.chang@riotgames.com>, Moss, Aaron <amoss@greenbergglusker.com>, Geller, Joshua <jgeller@greenbergglusker.com>, Copyright Alerts <copyright@svc.netflix.net>

Christian Linke of Riot Games, the guy who stole my manuscript and pretended that he wrote Arcane, is essentially condoning murder. The cheek of it as he stole my book, and now he wants people murdered for leaks of stolen IP.

## Message 61 of 593

| | |
|---|---|
| **Date** | Sat, 07 Dec 2024 05:41:00 -0800 (PST) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6754506c.050a0220.14d22d.0403.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to eurecordkeeper@riotgames.com because the address couldn't be found, or is unable to receive mail.

Learn more here: https://support.google.com/mail/?p=NoSuchUser

The response was:

The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser

Address not found

Your message wasn't delivered to eurecordkeeper@riotgames.com because the address couldn't be found, or is unable to receive mail.

LEARN MORE

The response was:

The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser

## Message 62 of 593

| | |
|---|---|
| **Date** | Sat, 14 Dec 2024 17:56:12 +0000 (UTC) |
| **From** | Marc Wolstenholme <marc.wolstenholme@yahoo.co.uk> |
| **To** | "marc@mwwolf-fiction.co.uk" <marc@mwwolf-fiction.co.uk> |
| **Subject** | Fw: Form Submission - New Form 2 |
| **Message-ID** | <812194575.5400148.1734198972580@mail.yahoo.com> |

----- Forwarded message ----- From: Squarespace <form-submission@squarespace.info>To: "marc.wolstenholme@yahoo.co.uk" <marc.wolstenholme@yahoo.co.uk>Sent: Saturday 14 December 2024 at 15:11:13 GMTSubject: Form Submission - New Form 2

Name: organ burger

Email: yehase6973@datingel.com

Message: have you considered a psychiatrist? your follower count is barely in the hundreds and all your art is AI slop. what makes you think theyd steal from someone who doesnt have the will to pick up a pencil lol

Sent via form submission from M.W. Wolf's Megaverse

Name: organ burger

Email: yehase6973@datingel.com

Message: have you considered a psychiatrist? your follower count is barely in the hundreds and all your art is AI slop. what makes you think theyd steal from someone who doesnt have the will to pick up a pencil lol

Manage Submissions

Does this submission look like spam? Report it here.

----- Forwarded message -----
From: Squarespace <form-submission@squarespace.info>To: "marc.wolstenholme@yahoo.co.uk" <marc.wolstenholme@yahoo.co.uk>Sent: Saturday 14 December 2024 at 15:11:13 GMTSubject: Form Submission - New Form 2

Name:
organ burger

Email:
yehase6973@datingel.com

Message:
have you considered a psychiatrist? your follower count is barely in the hundreds and all your art is AI slop. what makes you think theyd steal from someone who doesnt have the will to pick up a pencil lol

Sent via form submission from M.W. Wolf's Megaverse

Name:
organ burger

Email:
yehase6973@datingel.com

Message:
have you considered a psychiatrist? your follower count is barely in the hundreds and all your art is AI slop. what makes you think theyd steal from someone who doesnt have the will to pick up a pencil lol

Manage Submissions

Does this submission look like spam? Report it here.

## Message 63 of 593

| | |
|---|---|
| **Date** | Mon, 23 Dec 2024 04:31:04 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9d2cce3197ea4735b87bfec012534605@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
bythedozen@home.com, accepts marketing: false

Message:
Lmaoooo your whole "saga" is literally a rip off of Brandon Sanderson works, without any of the talent, imagination or good writting

Sent via form submission from M.W. Wolf's Megaverse

Email:
bythedozen@home.com, accepts marketing: false

Message:
Lmaoooo your whole "saga" is literally a rip off of Brandon Sanderson works, without any of the talent, imagination or good writting

Manage Submissions

Does this submission look like spam? Report it here.

## Message 64 of 593

| | |
|---|---|
| **Date** | Mon, 23 Dec 2024 22:25:56 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8bb7d747d2ce4a8c92be85100b150d69@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
liuofmeat@jmil.com, accepts marketing: false

Message:
oh yeah, I'm sure harassing the Arcane fans and siding with openly racist people on twitter will do great to for spreading your delusional messagges

Sent via form submission from M.W. Wolf's Megaverse

Email:
liuofmeat@jmil.com, accepts marketing: false

Message:
oh yeah, I'm sure harassing the Arcane fans and siding with openly racist people on twitter will do great to for spreading your delusional messagges

Manage Submissions

Does this submission look like spam? Report it here.

## Message 65 of 593

| | |
|---|---|
| **Date** | Fri, 27 Dec 2024 03:57:52 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <f221963230804ef79564d9e7b828625d@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ezc@ma.com, accepts marketing: false

Message:
Lmaooooo u got restricted on twitter
Dumb fuck

Sent via form submission from M.W. Wolf's Megaverse

Email:
ezc@ma.com, accepts marketing: false

Message:
Lmaooooo u got restricted on twitter
Dumb fuck

Manage Submissions

Does this submission look like spam? Report it here.

## Message 66 of 593

| | |
|---|---|
| **Date** | Sat, 28 Dec 2024 15:09:18 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <g5s3MKm9QCCtg7CQf0XKxQ@geopod-ismtpd-22> |

Form Submission - Welcome To The Wolf Pack

Email:
laughin@me.com, accepts marketing: false

Message:
Watching you desperately spam the tweets of actual talented artist to try to get some clout and getting absolutely ignored, not even half a like AND shadow banned was already hilarious
But it got better when I found out that you went to fucking Reddit, (the biggest echo chamber of the internet) to the Viktormains community, found a forum with 20K people who were incredibly pissed off at Riot, tried to use their rage to get clicks without understanding what they were actually talking about and then EVEN THEY CALLED YOU OUT ON YOUR DELUSIONS AND KICKED YOU OUT
I want to congratulate you, in all my years surfing the web, I had never meet someone as cringe as you

Sent via form submission from M.W. Wolf's Megaverse

Email:
laughin@me.com, accepts marketing: false

Message:
Watching you desperately spam the tweets of actual talented artist to try to get some clout and getting absolutely ignored, not even half a like AND shadow banned was already hilarious
But it got better when I found out that you went to fucking Reddit, (the biggest echo chamber of the internet) to the Viktormains community, found a forum with 20K people who were incredibly pissed off at Riot, tried to use their rage to get clicks without understanding what they were actually talking about and then EVEN THEY CALLED YOU OUT ON YOUR DELUSIONS AND KICKED YOU OUT
I want to congratulate you, in all my years surfing the web, I had never meet someone as cringe as you

Manage Submissions

Does this submission look like spam? Report it here.

## Message 67 of 593

| | |
|---|---|
| **Date** | Sun, 05 Jan 2025 08:37:52 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a0da8766f2cd4e2397f8e7733b66adc2@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
liarliar@lies.com, accepts marketing: false

Message:
you claim that there is a 100k views, but the tweet itself cant get even 5 likes and 3 comments, and it has not been retweted but anyone but you, Oh, and also, it only has around 75K views, and that after you spend a week turbospamming it through all of twitter, attaching yourself like the parasite you are to other artist

thing aren't adding up mate■ giving you fascination with ai, id say is more likely you are using bots

Sent via form submission from M.W. Wolf's Megaverse

Email:
liarliar@lies.com, accepts marketing: false

Message:
you claim that there is a 100k views, but the tweet itself cant get even 5 likes and 3 comments, and it has not been retweted but anyone but you, Oh, and also, it only has around 75K views, and that after you spend a week turbospamming it through all of twitter, attaching yourself like the parasite you are to other artist

thing aren't adding up mate■ giving you fascination with ai, id say is more likely you are using bots

Manage Submissions

Does this submission look like spam? Report it here.

## Message 68 of 593

| | |
|---|---|
| **Date** | Sun, 05 Jan 2025 14:39:04 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3c620ce13f2d412786a48c1c13e37749@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
council@game.com.uk, accepts marketing: false

Message:
So far, the only thing you have shown is that you are a transphobic, unimaginative author, siding with right-wing and openly racist accounts on twitter, harming actual artists with the use of ai, and harassing content creators (specially women)... but we are supposed to believe that you are the good guy fighting to protect "smaller creators"??? Lmao. No.
You are the one stealing and plagiarizing from real creative people, clinging to their fame so you can clout your uninspiring, run-of-the-mill, ultra generic novel
And the best part is that it doesn't even work. You can even get to 500 followers

Sent via form submission from M.W. Wolf's Megaverse

Email:
council@game.com.uk, accepts marketing: false

Message:
So far, the only thing you have shown is that you are a transphobic, unimaginative author, siding with right-wing and openly racist accounts on twitter, harming actual artists with the use of ai, and harassing content creators (specially women)... but we are supposed to believe that you are the good guy fighting to protect "smaller creators"??? Lmao. No.
You are the one stealing and plagiarizing from real creative people, clinging to their fame so you can clout your uninspiring, run-of-the-mill, ultra generic novel
And the best part is that it doesn't even work. You can even get to 500 followers

Manage Submissions

Does this submission look like spam? Report it here.

## Message 69 of 593

| | |
|---|---|
| **Date** | Sun, 12 Jan 2025 01:25:53 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Orc9SQi7S4GWO6u-1KOBkA@geopod-ismtpd-1> |

Form Submission - Welcome To The Wolf Pack

Email:
M.W.Wolf@we.com, accepts marketing: false

Message:
I'm sad you got suspended from twitter, watching you grovel for attention and soil yourself after getting none was one of my favorite pastimes :( please tell me if there is another account where I can follow your delusions

Sent via form submission from M.W. Wolf's Megaverse

Email:
M.W.Wolf@we.com, accepts marketing: false

Message:
I'm sad you got suspended from twitter, watching you grovel for attention and soil yourself after getting none was one of my favorite pastimes :( please tell me if there is another account where I can follow your delusions

Manage Submissions

Does this submission look like spam? Report it here.

## Message 70 of 593

| | |
|---|---|
| **Date** | Tue, 04 Mar 2025 22:21:13 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CSupnZ4QSMKBrQ0pYKHX0w@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 71 of 593

| | |
|---|---|
| **Date** | Tue, 4 Mar 2025 23:02:56 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | "Moss, Aaron" <amoss@greenbergglusker.com>, "Lux, Andrew" <alux@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>, dan.chang@riotgames.com, andrew.gardner@forcesemployment.org.uk, cia_foia@ucia.gov, foipaquestions@fbi.gov, oigcompl@lapd.onlin, hsimedia@hsi.dhs.gov, cacd_ecfmail@cacd.uscourts.gov, Copyright Office <cop-ad@loc.gov>, contact@forticheprod.com, rayding@tencent.com |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com> |

*Complaint to the Los Angeles Police Department (LAPD) and Riot Games
Regarding Harassment and Witness IntimidationTo:*
Los Angeles Police Department (LAPD) – Office of the Inspector General (OIG)
Riot Games Legal Department

Subject: Formal Complaint Regarding Harassment and Witness Intimidation
Related to Ongoing Legal Proceedings
Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant
Authorities,
I am filing a formal complaint regarding harassment, intimidation, and
potential witness tampering related to my ongoing lawsuit against Riot
Games, Inc. The harassment is directly linked to my legal proceedings and
appears to be an attempt to intimidate me as the Plaintiff.

1. Nature of the Threat and Harassment
On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that
these proceedings were progressing to a full jury trial, I received a
threatening and harassing email, which I believe is meant to intimidate,
through my website's form submission system. The email, which I have
attached in full, states:

"hey guess what? I just contacted Aaron J. Moss and Lux and sent them all
the screenshots I had saved of you offering money in exchange of 'proof';
which, as you know since you tried to delete them, is illegal :)"

This email is clearly intended to intimidate me as a litigant in a federal
case against Riot Games.

2. Evidence Suggesting Riot Games' Involvement
Only Riot Games and its legal representatives, Aaron J. Moss and Andrew
Lux, were aware of the procedural details of my case. Moreover, Andrew Lux
is a new addition to Riot Legal on this case, only joining for the Joint 26
(F) report on the 13th of February 2025, just two and a half weeks ago.
Thus it has to be from someone at Riot Games. My guess is that its either
Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before
and works for Riot as an Associate Art Director on VALORANT. He seems to
have a obsession with guns and weapons.
The email specifically references Riot's attorneys, indicating insider
knowledge.
This coincides with a critical legal milestone, as my case was recently
confirmed for a jury trial.
Given these factors, it is reasonable to suspect that this harassment was
either directly orchestrated or encouraged by individuals with knowledge of
the case from Riot Games or their associates.
This isn't a one off, I've had much hate mail, online abuse and threats
from Riot employees, fortiche production, and the wider toxic and
radicalised community they foster.
Since talking out about Riot's alleged theft, I have received much hate
mail, including a bomb threat to my home, gaslighting, and I've been
discriminated against. My 5 year old daughter has been targeted with
threats of sending AI child porn of her to her school and to her mother.
I've been called many names.
The things being said and sent over emails to my website, from both Riot
and Fortiche and from the unhealthy, toxic and dangerous community Riot
fosters, are perceived to be horrendous, retaliatory and threatening. Most
of it is directed at my mental health and PTSD, gaslighting, telling me
that I'm mad, presenting all kinds of fake timelines dating back to 2012,
threatening to steal more and calling me a Transphobic Racist Loser, as

well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af."
I will attach a list of the emails and comments in due course. I will also find out the location of the IP the email was sent from within the next week or so.

3. Legal Concerns – Potential Criminal Conduct
A. Witness Intimidation (18 U.S. Code § 1512)
Attempting to threaten, harass, or intimidate a party in an ongoing legal case is a federal offense.
If this email was sent at Riot Games' direction or with their encouragement, it constitutes witness intimidation and obstruction of justice.
B. Cyber Harassment (California Penal Code § 653.2)
Unwanted and targeted electronic communication that causes fear, distress, or harm qualifies as cyber harassment under California law.
C. Retaliation Against a Party in Legal Proceedings
If Riot Games, its legal representatives, or affiliated individuals orchestrated or encouraged this harassment, they could be held liable for retaliatory behavior against a Plaintiff.
4. Formal Requests & Next Steps
To the LAPD & OIG:

I request that this incident be officially investigated as harassment and potential witness intimidation.
I am prepared to provide all digital records, including timestamps, IP logs (if accessible), and additional communications related to this threat.
To Riot Games & Their Legal Team:

I demand an immediate internal investigation into whether Riot Games employees, representatives, or community members were involved in this harassment.
I request a formal response within 7 days, clarifying whether Riot Games had any involvement in, knowledge of, or encouraged communication of this nature.
If Riot Games denies responsibility, I demand that they publicly denounce any such harassment and take steps to prevent further intimidation.
5. Legal Consequences if This Behavior Continues
Should any further harassment, threats, or intimidation occur, I will be taking the following actions:

Filing a criminal complaint with federal authorities regarding witness intimidation and obstruction of justice.
Filing a separate civil action against Riot Games if evidence emerges linking them to this harassment.
Seeking court intervention to issue protective measures and impose sanctions on Riot Games if they are found to be complicit.
This pattern of intimidation and harassment will not be tolerated. I expect Riot Games and its legal team to act responsibly and in good faith by ensuring that no further threats or harassment occur against me as the Plaintiff in this case.

Please confirm receipt of this complaint and your intended course of action.

Sincerely,
Marc Wolstenholme
Plaintiff, Pro Se
March 4th, 2025.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 4 Mar 2025 at 22:21
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* heyguesswhat@gmill.com, accepts marketing: false

*Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Sent via form submission from *M.W. Wolf's Megaverse
<https://www.mwwolf-fiction.co.uk>*

*Email:* heyguesswhat@gmill.com, accepts marketing: false

*Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and sent
them all the screenshots I had saved of you offering money in exchange of
"proof"; which, as you know since you tried to delete them, is illegal :)

Manage Submissions
<https://www.mwwolf-fiction.co.uk/config/contacts/form-link/f829e66f-d0d4-450a-ae4e-49b776f51ca7>

Does this submission look like spam? Report it here.
<https://www.squarespace.com/report-spam?formSubmissions=f829e66f-d0d4-450a-ae4e-49b776f51ca7&formOwningEntityId=65eb1db03639bb52d877e350>

Complaint to the Los Angeles Police Department (LAPD) and Riot Games Regarding Harassment and Witness Intimidation
To:

Los Angeles Police Department (LAPD) – Office of the Inspector General (OIG)
Riot Games Legal Department

Subject: Formal Complaint Regarding Harassment and Witness Intimidation Related to Ongoing Legal Proceedings
Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant Authorities,
I am filing a formal complaint regarding harassment, intimidation, and potential witness tampering related to my ongoing lawsuit against Riot Games, Inc. The harassment is directly linked to my legal proceedings and appears to be an attempt to intimidate me as the Plaintiff.

1. Nature of the Threat and Harassment
On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that these proceedings were progressing to a full jury trial, I received a threatening and harassing email, which I believe is meant to intimidate, through my website's form submission system. The email, which I have attached in full, states:

"hey guess what? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of 'proof'; which, as you know since you tried to delete them, is illegal :)"

This email is clearly intended to intimidate me as a litigant in a federal case against Riot Games.

2. Evidence Suggesting Riot Games' Involvement
Only Riot Games and its legal representatives, Aaron J. Moss and Andrew Lux, were aware of the procedural details of my case. Moreover, Andrew Lux is a new addition to Riot Legal on this case, only joining for the Joint 26 (F) report on the 13th of February 2025, just two and a half weeks ago. Thus it has to be from someone at Riot Games. My guess is that its either Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before and works for Riot as an Associate Art Director on VALORANT. He seems to have a obsession with guns and weapons.
The email specifically references Riot's attorneys, indicating insider knowledge.
This coincides with a critical legal milestone, as my case was recently confirmed for a jury trial.
Given these factors, it is reasonable to suspect that this harassment was either directly orchestrated or encouraged by individuals with knowledge of the case from Riot Games or their associates.
This isn't a one off, I've had much hate mail, online abuse and threats from Riot employees, fortiche production, and the wider toxic and radicalised community they foster.
Since talking out about Riot's alleged theft, I have received much hate mail, including a bomb threat to my home, gaslighting, and I've been discriminated against. My 5 year old daughter has been targeted with threats of sending AI child porn of her to her school and to her mother. I've been called many names.
The things being said and sent over emails to my website, from both Riot and Fortiche and from the unhealthy, toxic and dangerous community Riot fosters, are perceived to be horrendous, retaliatory and threatening. Most of it is directed at my mental health and PTSD, gaslighting, telling me that I'm mad, presenting all kinds of fake timelines dating back to 2012, threatening to steal more and calling me a Transphobic Racist Loser, as well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af."
I will attach a list of the emails and comments in due course. I will also find out the location of the IP the email was sent from within the next week or so.

3. Legal Concerns – Potential Criminal Conduct
A. Witness Intimidation (18 U.S. Code § 1512)
Attempting to threaten, harass, or intimidate a party in an ongoing legal case is a federal offense.
If this email was sent at Riot Games' direction or with their encouragement, it constitutes witness intimidation and obstruction of justice.
B. Cyber Harassment (California Penal Code § 653.2)
Unwanted and targeted electronic communication that causes fear, distress, or harm qualifies as cyber harassment under California law.
C. Retaliation Against a Party in Legal Proceedings
If Riot Games, its legal representatives, or affiliated individuals orchestrated or encouraged this harassment, they could be held liable for retaliatory behavior against a Plaintiff.
4. Formal Requests & Next Steps
To the LAPD & OIG:

I request that this incident be officially investigated as harassment and potential witness intimidation.
I am prepared to provide all digital records, including timestamps, IP logs (if accessible), and additional communications related to this threat.
To Riot Games & Their Legal Team:

I demand an immediate internal investigation into whether Riot Games employees, representatives, or community members were involved in this harassment.
I request a formal response within 7 days, clarifying whether Riot Games had any involvement in, knowledge of, or encouraged communication of

this nature.
If Riot Games denies responsibility, I demand that they publicly denounce any such harassment and take steps to prevent further intimidation.
5. Legal Consequences if This Behavior Continues
Should any further harassment, threats, or intimidation occur, I will be taking the following actions:

Filing a criminal complaint with federal authorities regarding witness intimidation and obstruction of justice.
Filing a separate civil action against Riot Games if evidence emerges linking them to this harassment.
Seeking court intervention to issue protective measures and impose sanctions on Riot Games if they are found to be complicit.
This pattern of intimidation and harassment will not be tolerated. I expect Riot Games and its legal team to act responsibly and in good faith by ensuring that no further threats or harassment occur against me as the Plaintiff in this case.

Please confirm receipt of this complaint and your intended course of action.

Sincerely,
Marc Wolstenholme
Plaintiff, Pro Se
March 4th, 2025.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 4 Mar 2025 at 22:21
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 72 of 593

| | |
|---|---|
| **Date** | Tue, 04 Mar 2025 15:24:24 -0800 (PST) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <67c78ba8.050a0220.287bd3.0ef7.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to oigcompl@lapd.onlin because the domain lapd.onlin couldn't be found. Check for typos or unnecessary spaces and try again.

Learn more here: https://support.google.com/mail/?p=BadRcptDomain

The response was:

DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN
Domain name not found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain

Address not found

Your message wasn't delivered to oigcompl@lapd.onlin because the domain lapd.onlin couldn't be found. Check for typos or unnecessary spaces and try again.

LEARN MORE

The response was:

DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN
Domain name not found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain

## Message 73 of 593

| | |
|---|---|
| **Date** | Tue, 04 Mar 2025 23:24:26 +0000 |
| **From** | contact <contact+noreply@forticheprod.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | Re: Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <000000000000dedb18062f8c9273@google.com> |

Bonjour,

Nous accusons bonne réception de votre message. Avant toute chose, nous vous remercions de l'intérêt porté à Fortiche.

Si vous nous contactez pour :

- un avis, une remarque ou un message aux équipes d'Arcane, merci pour vos messages encourageants ! :)
- une candidature, merci de remplir le formulaire (http://job.forticheprod.com)
- une question concernant nos recrutements, merci d'envoyer votre message à job@forticheprod.com
- une demande presse/communication, merci d'adresser votre message à communication@forticheprod.com
- nous soumettre un projet : veuillez noter que nous ne sommes pas en recherche active de nouveaux projets actuellement.

Si toutefois, vous souhaitez vraiment nous parler de votre projet, merci de remplir ce formulaire : https://docs.google.com/forms/d/1xUvgEktM8ik3tAZjTe4x1DCpUWEahJnfj4B08kOWAMM
Nous reviendrons vers vous dès que cela nous sera possible. Si vous n'avez pas de réponse de notre part d'ici 3 mois, c'est que nous ne pourrons malheureusement pas donner suite à votre demande.

- Tout autre demande, l'équipe concernée reviendra vers vous dès que possible.

Merci beaucoup !
L'équipe Fortiche Production

--------------------------------------------------------------------------------

Hello,

We confirm receipt of your message. First of all, we thank you for your interest in Fortiche.

If you contact us for :

- sending a "congratulations" message to the Arcane teams : thank you, we love them ! :)
- a job opportunity, please fill in the application form (http://job.forticheprod.com)
- a question about our recruitment, please send your message to job@forticheprod.com
- a press/communication request, please send your message to communication@forticheprod.com
- to submit a project, please note that we are not currently seeking new projects.

However, if you really want to share your project with us, please fill out this form: https://forms.gle/ucv8jhixWeiuLBpj7
We will get back to you as soon as we can. If you do not hear from us within 3 months, we will unfortunately not be able to proceed with your request.

- for any other reason, the according team will get back to you as soon as possible.

Thank you!
The Fortiche Production team

### Message 74 of 593

| | |
|---|---|
| **Date** | Wed, 5 Mar 2025 07:24:29 +0800 |
| **From** | <postmaster@tencent.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | [redacted]: [Internet]Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <206f219f-fcef-45ad-ad53-a2cbb09f5b97@EX-SZ073.tencent.com> |

[redacted]:

rayding@tencent.com<mailto:rayding@tencent.com>
[redacted]

[redacted]:

[redacted]: EX-SZ073.tencent.com

rayding@tencent.com
Remote Server returned '550 5.7.129 RESOLVER.RST.RestrictedToRecipientsPermission; not authorized to send to recipient because the sender isn't on the recipient's list of senders to accept mail from'

[redacted]:

Received: from EX-SZ072.tencent.com (10.28.6.43) by EX-SZ073.tencent.com
(10.28.6.45) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Wed, 5 Mar
2025 07:24:29 +0800
Received: from qq.com (30.171.64.36) by EX-SZ072.tencent.com (10.28.6.43) with
Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Wed, 5 Mar 2025
07:24:29 +0800
Received: from mail-lj1-f176.google.com (unknown [209.85.208.176])
by bizmx53.qq.com (NewMx) with SMTP id
for <rayding@tencent.com>; Wed, 05 Mar 2025 07:24:25 +0800
X-QQ-HITDIVERSE: none
X-BIZMAIL-ID: 14276402112126243366
X-QQ-mid: bizmx53t1741130665ts0615rue
Received: by mail-lj1-f176.google.com with SMTP id 38308e7fff4ca-30bcb48b0a4so10297081fa.2
for <rayding@tencent.com>; Tue, 04 Mar 2025 15:24:27 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1741130664; x=1741735464; darn=tencent.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=/2WxYPgRqsl1ehk3Z0W0TS1dPOhMVMynQoVJdyL8aH8=;
b=K22IBaonggQUO91JLFQqFic5KkJql1koqogkowIVxM+2Y13H4HQUsGAQw9kjDUDgrJ
UNDmsaHo1Tvyx0FzXpGPVmzLEsf/EjsqOQ9kH88MTmmFxSiQu6mD7t4sBHT/WvJlW/Q7
SUap2B7vqDYf/nTPTtBlE6JsaiSdIDjnR8kEwyszH2r6OTNG6yEAK5T9eq7hvwe7HBWa
COFHQx9fQOa/L21sQTd2oPlm/hA3GszvoqSFVumW22+Os7h00K6AZP/TtvMhprWlGG/P
XFuDO9oVKKUlTEjT1pbEAcVv6jYCTL7ohN+ti+2m2Wp8njV6JEhwUIxnd3Ljme8eTvt3
0DVA==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1741130664; x=1741735464;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=/2WxYPgRqsl1ehk3Z0W0TS1dPOhMVMynQoVJdyL8aH8=;
b=FoYdCXJrROywV07az7Ys24qxfGwF9UgY3525ZhK/cRf3TRJGr7ZT/DNYA76TP0XYh9
GLit2gBpsEnBzEwbdPuoTXAk1EXb5UUZMtPWKLb/Q/9CzT6qRCskRSlMYa0cVAzGK7Mu
BTTPZKoNiFW3rWw6/pdElyVsUKBD1L/kn/f/cA0nQ+lYJls6KS+fLIUcJ6U/xRzjP8Ze
1BsDMxMlxPTq64wba/LPIHXKrEZxLzQY7dKUlpreltO6cDvFHkxtbxHRXd9B247IJkNW
v0GznSYqGfnFuDVKvKiOVIfrJS/MGAojooXacJBkShT1gCvMqNQm7CBWJCkuQto9cPdF
VRng==
X-Forwarded-Encrypted: i=1; AJvYcCUERPb6uzlVQkVwliufIkwU4ClSn9NERLkPb36/s9U9uWlLldPp6eJc65j/n8iR46LFXzuvcSpm@tencent.com
X-Gm-Message-State: AOJu0YxprqFiTzqH0+gbOKe580LX5V81a4M0AhKrS/KMza4BTZYZDML5
ZIx2F0cq4dGRzzxl2SvtBewpgVXRChbJnKjqwsKQknMyq1WwyddVa8+VH0CKGK1qKULXDehYWIg
sIAWKE8B6SahOS7Uu8bP+n0CVHd39sCt3gBV3bQ==
X-Gm-Gg: ASbGncuwnSUHDf8x6AFE9DUaWQ51S5PyopfxFkzV+BCXZPbqp0BKe1SElwucDbTJucL
Y2p1oyjdcYGtxKNsNcaRlLcYAOhVfubs76wfHBML2X655ppAhkvyzw1oqA9dnJUK4a1OgdXZ0qC
eT92u+uuYD1BSF+dp3A3C78+f//KM=
X-Google-Smtp-Source: AGHT+IHwQ8dcZRejb8ueXDbg0K5av3guAYRDIdaL1VVeNfbi3tKm7WAG1vZA2Xo1zZYJodLIeued/O5TlMMRd3CAHi8=
X-Received: by 2002:a05:6512:1192:b0:545:2efc:745d with SMTP id

2adb3069b0e04-5497d38313amr250194e87.46.1741130663654; Tue, 04 Mar 2025
15:24:23 -0800 (PST)
MIME-Version: 1.0
References: <CSupnZ4QSMKBrQ0pYKHX0w@geopod-ismtpd-5>
In-Reply-To: <CSupnZ4QSMKBrQ0pYKHX0w@geopod-ismtpd-5>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Tue, 4 Mar 2025 23:02:56 +0000
X-Gm-Features: AQ5f1JqO1AUpGtwWGbuZyHWSbrvrmqDhiCHerw1km33E3Zere7TZqO0FsGibdIo
Message-ID: <CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XUZ3ZDogRm9ybSBTdWJtaXNzaW9u?=
=?UTF-8?B?IC0gV2VsY29tZSBUbyBUaGUgV29sZiBQYWNr?=
To: "Moss, Aaron" <amoss@greenbergglusker.com>, "Lux, Andrew"
<alux@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>,
<dan.chang@riotgames.com>, <andrew.gardner@forcesemployment.org.uk>,
<cia_foia@ucia.gov>, <foipaquestions@fbi.gov>, <oigcompl@lapd.onlin>,
<hsimedia@hsi.dhs.gov>, <cacd_ecfmail@cacd.uscourts.gov>, Copyright Office
<cop-ad@loc.gov>, <contact@forticheprod.com>, <rayding@tencent.com>
Content-Type: multipart/alternative; boundary="000000000000b717f0062f8c921f"
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: Nt9jTSMqbQywbWIUTKFiw/6v2BkAme1J+WyEQjsOmPDLxhqbyW59yc+7
C2lzISfHYQhUz8Pn165Y3AFsYXKrxOmOAv2FQGCtk3L9E+lXKwjgKNEsv+tTpdqdYnLML+l
pmOMAdAS3Chw8tdg3CAseJkU5Y0e+0UgOGJMn6ZA+uOwCJ3qoL0z0D+iWNtzIf0YeK7ck8l
kc90283NszNHHQSY/cpEJq1b5215pyNRzJXL6NLo0vjbHnszp5b8HKM7EDhmzrmPBcQKXB1
yrihYhPiInVcLs1ob4v1kUd+VsynJfHXJeOsZ7Glp8PC/4vKrD0C4SbAcqD9ZF9cN4iMNPo
XkV0WFc/KG7PcWVbmQoxQ2qT3E69zFnG/29Gc7pSFP4LI06/4RcJljb6nsjdD/hSy7+na4B
pxB9Tir5i8C69VSu4cPi+4aR9oSiLwmRsLWik/xRgGyL2Lu7q4LyAgVfFrGTl23rVjnjhCU
stht2UEGW6/lPArNlEO+swcqZudejpX3vRDvV7vzZbdwoLWEpvzzK8r6phSJvOnx/0wFh9x
oxk8oCSrdNktgn6AGogFcX6AwPGGm55c3OFwVH1xKujTfHX+Rj/faElegTwARStrwRYKC2U
Il9jv8MF9n9OwaMBTciNgQPmybFGWpY0RfcpYvChNiRQ1QOKuTDV+bhIdU56Wg2uR7fLu4K
4BI+XVL90rH67dzf1iE6u3Fa4BGpIeiaTSPZkdr6P8okSB/2qJToATbIARRffdFxym1h+FV
ARNqkRQivwNxm23N92E7YpJmtaoCUJP4eq1xgRr8mBtjVRj9UTo3wYXEzX1AlQo5s71TIg0
86QAc01l88lyw3r5aBlQ20o2b1isxKE6cktrerSrcBBZbxxmD2iuZU24EKIg4mr7wC0bQ4Z
IvabL39cCwoS8m6YxhZcojPvtRBydfe2r4VhHwfg0Aln9n/I8ITfWkDryZczka5577ANkpJ
ebrtPx5UzwuagwBn/c9iTv46Qr5g7Z+pYFzmQ+7zbt1XQIEUHxzjSLb802oc5ik6QRQZ4VW
AipWBhqQ5/ksg7rckQ
X-QQ-XMRINFO: NI4Ajvh11aEj8Xl/2s1/T8w=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol
f-fiction.co.uk>; dkim=fail(No key) header.d=; dmarc=fail(p=NONE sp=NON
E pct=100) header.from=mwwolf-fiction.co.uk
X-QQ-RECHKSPAM: 0
Return-Path: marc@mwwolf-fiction.co.uk

■■■■■■■■■■■■■■:

rayding@tencent.com

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■:

■■■■■: EX-SZ073.tencent.com

rayding@tencent.com

Remote Server returned '550 5.7.129 RESOLVER.RST.RestrictedToRecipientsPermission; not authorized to send to recipient because the sender isn't on the recipient's list of senders to accept mail from'

■■■■■:

Received: from EX-SZ072.tencent.com (10.28.6.43) by EX-SZ073.tencent.com
(10.28.6.45) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Wed, 5 Mar
2025 07:24:29 +0800
Received: from qq.com (30.171.64.36) by EX-SZ072.tencent.com (10.28.6.43) with
Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Wed, 5 Mar 2025
07:24:29 +0800
Received: from mail-lj1-f176.google.com (unknown [209.85.208.176])
by bizmx53.qq.com (NewMx) with SMTP id
for <rayding@tencent.com>; Wed, 05 Mar 2025 07:24:25 +0800
X-QQ-HITDIVERSE: none
X-BIZMAIL-ID: 14276402112126243366
X-QQ-mid: bizmx53t1741130665ts0615rue

Received: by mail-lj1-f176.google.com with SMTP id 38308e7fff4ca-30bcb48b0a4so10297081fa.2
for <rayding@tencent.com>; Tue, 04 Mar 2025 15:24:27 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1741130664; x=1741735464; darn=tencent.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=/2WxYPgRqsl1ehk3Z0W0TS1dPOhMVMynQoVJdyL8aH8=;
b=K22IBaonggQUO91JLFQqFic5KkJql1koqogkowIVxM+2Y13H4HQUsGAQw9kjDUDgrJ
UNDmsaHo1Tvyx0FzXpGPVmzLEsf/EjsqOQ9kH88MTmmFxSiQu6mD7t4sBHT/WvJlW/Q7
SUap2B7vqDYf/nTPTtBlE6JsaiSdIDjnR8kEwyszH2r6OTNG6yEAK5T9eq7hvwe7HBWa
COFHQx9fQOa/L21sQTd2oPlm/hA3GszvoqSFVumW22+Os7h00K6AZP/TtvMhprWlGG/P
XFuDO9oVKKUlTEjT1pbEAcVv6jYCTL7ohN+ti+2m2Wp8njV6JEhwUIxnd3Ljme8eTvt3
0DVA==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1741130664; x=1741735464;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=/2WxYPgRqsl1ehk3Z0W0TS1dPOhMVMynQoVJdyL8aH8=;
b=FoYdCXJrROywV07az7Ys24qxfGwF9UgY3525ZhK/cRf3TRJGr7ZT/DNYA76TP0XYh9
GLit2gBpsEnBzEwbdPuoTXAk1EXb5UUZMtPWKLb/Q/9CzT6qRCskRSlMYa0cVAzGK7Mu
BTTPZKoNiFW3rWw6/pdEIyVsUKBD1L/kn/f/cA0nQ+lYJls6KS+fLIUcJ6U/xRzjP8Ze
1BsDMxMlxPTq64wba/LPIHXKrEZxLzQY7dKUlpreltO6cDvFHkxtbxHRXd9B247IJkNW
v0GznSYqGfnFuDVKvKiOVIfrJS/MGAojooXacJBkShT1gCvMqNQm7CBWJCkuQto9cPdF
VRng==
X-Forwarded-Encrypted: i=1; AJvYcCUERPb6uzlVQkVwliufIkwU4ClSn9NERLkPb36/s9U9uWlLldPp6eJc65j/n8iR46LFXzuvcSpm@tencent.com
X-Gm-Message-State: AOJu0YxprqFiTzqH0+gbOKe580LX5V81a4M0AhKrS/KMza4BTZYZDML5
ZIx2F0cq4dGRzzxl2SvtBewpgVXRChbJnKjqwsKQknMyq1WwyddVa8+VH0CKGK1qKULXDehYWIg
sIAWKE8B6SahOS7Uu8bP+n0CVHd39sCt3gBV3bQ==
X-Gm-Gg: ASbGncuwnSUHDf8x6AFE9DUaWQ51S5PyopfxFkzV+BCXZPbqp0BKe1SElwucDbTJucL
Y2p1oyjdcYGtxKNsNcaRlLcYAOhVfubs76wfHBML2X655ppAhkvyzw1oqA9dnJUK4a1OgdXZ0qC
eT92u+uuYD1BSF+dp3A3C78+f//KM=
X-Google-Smtp-Source: AGHT+IHwQ8dcZRejb8ueXDbg0K5av3guAYRDIdaL1VVeNfbi3tKm7WAG1vZA2Xo1zZYJodLIeued/O5TlMMRd3CAHi8=
X-Received: by 2002:a05:6512:1192:b0:545:2efc:745d with SMTP id
2adb3069b0e04-5497d38313amr250194e87.46.1741130663654; Tue, 04 Mar 2025
15:24:23 -0800 (PST)
MIME-Version: 1.0
References: <CSupnZ4QSMKBrQ0pYKHX0w@geopod-ismtpd-5>
In-Reply-To: <CSupnZ4QSMKBrQ0pYKHX0w@geopod-ismtpd-5>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Tue, 4 Mar 2025 23:02:56 +0000
X-Gm-Features: AQ5f1JqO1AUpGtwWGbuZyHWSbrvrmqDhiCHerw1km33E3Zere7TZqO0FsGibdIo
Message-ID: <CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XUZ3ZDogRm9ybSBTdWJtaXNzaW9u?=
=?UTF-8?B?IC0gV2VsY29tZSBUbyBUaGUgV29sZiBQYWNr?=
To: "Moss, Aaron" <amoss@greenbergglusker.com>, "Lux, Andrew"
<alux@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>,
<dan.chang@riotgames.com>, <andrew.gardner@forcesemployment.org.uk>,
<cia_foia@ucia.gov>, <foipaquestions@fbi.gov>, <oigcompl@lapd.onlin>,
<hsimedia@hsi.dhs.gov>, <cacd_ecfmail@cacd.uscourts.gov>, Copyright Office
<cop-ad@loc.gov>, <contact@forticheprod.com>, <rayding@tencent.com>
Content-Type: multipart/alternative; boundary="000000000000b717f0062f8c921f"
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: Nt9jTSMqbQywbWIUTKFiw/6v2BkAme1J+WyEQjsOmPDLxhqbyW59yc+7
C2lzISfHYQhUz8Pn165Y3AFsYXKrxOmOAv2FQGCtk3L9E+lXKwjgKNEsv+tTpdqdYnLML+l
pmOMAdAS3Chw8tdg3CAseJkU5Y0e+0UgOGJMn6ZA+uOwCJ3qoL0z0D+iWNtzIf0YeK7ck8l
kc90283NszNHHQSY/cpEJq1b5215pyNRzJXL6NLo0vjbHnszp5b8HKM7EDhmzrmPBcQKXB1
yrihYhPiInVcLs1ob4v1kUd+VsynJfHXJeOsZ7Glp8PC/4vKrD0C4SbAcqD9ZF9cN4iMNPo
XkV0WFc/KG7PcWVbmQoxQ2qT3E69zFnG/29Gc7pSFP4LI06/4RcJljb6nsjdD/hSy7+na4B
pxB9Tir5i8C69VSu4cPi+4aR9oSiLwmRsLWik/xRgGyL2Lu7q4LyAgVfFrGTl23rVjnjhCU
stht2UEGW6/lPArNlEO+swcqZudejpX3vRDvV7vzZbdwoLWEpvzzK8r6phSJvOnx/0wFh9x
oxk8oCSrdNktgn6AGogFcX6AwPGGm55c3OFwVH1xKujTfHX+Rj/faElegTwARStrwRYKC2U
Il9jv8MF9n9OwaMBTciNgQPmybFGWpY0RfcpYvChNiRQ1QOKuTDV+bhIdU56Wg2uR7fLu4K
4BI+XVL90rH67dzf1iE6u3Fa4BGpIeiaTSPZkdr6P8okSB/2qJToATbIARRffdFxym1h+FV
ARNqkRQivwNxm23N92E7YpJmtaoCUJP4eq1xgRr8mBtjVRj9UTo3wYXEzX1AlQo5s71TIg0
86QAc01l88lyw3r5aBlQ20o2b1isxKE6cktrerSrcBBZbxxmD2iuZU24EKIg4mr7wC0bQ4Z

IvabL39cCwoS8m6YxhZcojPvtRBydfe2r4VhHwfg0Aln9n/I8ITfWkDryZczka5577ANkpJ
ebrtPx5UzwuagwBn/c9iTv46Qr5g7Z+pYFzmQ+7zbt1XQIEUHxzjSLb802oc5ik6QRQZ4VW
AipWBhqQ5/ksg7rckQ
X-QQ-XMRINFO: NI4Ajvh11aEj8Xl/2s1/T8w=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol
f-fiction.co.uk>; dkim=fail(No key) header.d=; dmarc=fail(p=NONE sp=NON
E pct=100) header.from=mwwolf-fiction.co.uk
X-QQ-RECHKSPAM: 0
Return-Path: marc@mwwolf-fiction.co.uk

*Complaint to the Los Angeles Police Department (LAPD) and Riot Games Regarding Harassment and Witness IntimidationTo:*
Los Angeles Police Department (LAPD) – Office of the Inspector General (OIG)
Riot Games Legal Department

Subject: Formal Complaint Regarding Harassment and Witness Intimidation Related to Ongoing Legal Proceedings
Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant Authorities,
I am filing a formal complaint regarding harassment, intimidation, and potential witness tampering related to my ongoing lawsuit against Riot Games, Inc. The harassment is directly linked to my legal proceedings and appears to be an attempt to intimidate me as the Plaintiff.

1. Nature of the Threat and Harassment
On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that these proceedings were progressing to a full jury trial, I received a threatening and harassing email, which I believe is meant to intimidate, through my website's form submission system. The email, which I have attached in full, states:

"hey guess what? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of 'proof'; which, as you know since you tried to delete them, is illegal :)"

This email is clearly intended to intimidate me as a litigant in a federal case against Riot Games.

2. Evidence Suggesting Riot Games' Involvement
Only Riot Games and its legal representatives, Aaron J. Moss and Andrew Lux, were aware of the procedural details of my case. Moreover, Andrew Lux is a new addition to Riot Legal on this case, only joining for the Joint 26 (F) report on the 13th of February 2025, just two and a half weeks ago.
Thus it has to be from someone at Riot Games. My guess is that its either Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before and works for Riot as an Associate Art Director on VALORANT. He seems to have a obsession with guns and weapons.
The email specifically references Riot's attorneys, indicating insider knowledge.
This coincides with a critical legal milestone, as my case was recently confirmed for a jury trial.
Given these factors, it is reasonable to suspect that this harassment was either directly orchestrated or encouraged by individuals with knowledge of the case from Riot Games or their associates.
This isn't a one off, I've had much hate mail, online abuse and threats from Riot employees, fortiche production, and the wider toxic and radicalised community they foster.
Since talking out about Riot's alleged theft, I have received much hate mail, including a bomb threat to my home, gaslighting, and I've been discriminated against. My 5 year old daughter has been targeted with threats of sending AI child porn of her to her school and to her mother. I've been called many names.
The things being said and sent over emails to my website, from both Riot and Fortiche and from the unhealthy, toxic and dangerous community Riot fosters, are perceived to be horrendous, retaliatory and threatening. Most of it is directed at my mental health and PTSD, gaslighting, telling me that I'm mad, presenting all kinds of fake timelines dating back to 2012, threatening to steal more and calling me a Transphobic Racist Loser, as well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court

took your daughter lmao you are deranged af."
I will attach a list of the emails and comments in due course. I will also find out the location of the IP the email was sent from within the next week or so.

3. Legal Concerns – Potential Criminal Conduct
A. Witness Intimidation (18 U.S. Code § 1512)
Attempting to threaten, harass, or intimidate a party in an ongoing legal case is a federal offense.
If this email was sent at Riot Games' direction or with their encouragement, it constitutes witness intimidation and obstruction of justice.
B. Cyber Harassment (California Penal Code § 653.2)
Unwanted and targeted electronic communication that causes fear, distress, or harm qualifies as cyber harassment under California law.
C. Retaliation Against a Party in Legal Proceedings
If Riot Games, its legal representatives, or affiliated individuals orchestrated or encouraged this harassment, they could be held liable for retaliatory behavior against a Plaintiff.
4. Formal Requests & Next Steps
To the LAPD & OIG:

I request that this incident be officially investigated as harassment and potential witness intimidation.
I am prepared to provide all digital records, including timestamps, IP logs (if accessible), and additional communications related to this threat.
To Riot Games & Their Legal Team:

I demand an immediate internal investigation into whether Riot Games employees, representatives, or community members were involved in this harassment.
I request a formal response within 7 days, clarifying whether Riot Games had any involvement in, knowledge of, or encouraged communication of this nature.
If Riot Games denies responsibility, I demand that they publicly denounce any such harassment and take steps to prevent further intimidation.
5. Legal Consequences if This Behavior Continues
Should any further harassment, threats, or intimidation occur, I will be taking the following actions:

Filing a criminal complaint with federal authorities regarding witness intimidation and obstruction of justice.
Filing a separate civil action against Riot Games if evidence emerges linking them to this harassment.
Seeking court intervention to issue protective measures and impose sanctions on Riot Games if they are found to be complicit.
This pattern of intimidation and harassment will not be tolerated. I expect Riot Games and its legal team to act responsibly and in good faith by ensuring that no further threats or harassment occur against me as the Plaintiff in this case.

Please confirm receipt of this complaint and your intended course of action.

Sincerely,
Marc Wolstenholme
Plaintiff, Pro Se
March 4th, 2025.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 4 Mar 2025 at 22:21
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* heyguesswhat@gmill.com, accepts marketing: false

*Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Sent via form submission from *M.W. Wolf's Megaverse <https://www.mwwolf-fiction.co.uk>*

*Email:* heyguesswhat@gmill.com, accepts marketing: false

*Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Manage Submissions
<https://www.mwwolf-fiction.co.uk/config/contacts/form-link/f829e66f-d0d4-450a-ae4e-49b776f51ca7>

Does this submission look like spam? Report it here.
<https://www.squarespace.com/report-spam?formSubmissions=f829e66f-d0d4-450a-ae4e-49b776f51ca7&formOwningEntityId=65eb1db03639bb52d877e350>

Complaint to the Los Angeles Police Department (LAPD) and Riot Games Regarding Harassment and Witness Intimidation
To:

Los Angeles Police Department (LAPD) – Office of the Inspector General (OIG)
Riot Games Legal Department

Subject: Formal Complaint Regarding Harassment and Witness Intimidation Related to Ongoing Legal Proceedings
Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant Authorities,
I am filing a formal complaint regarding harassment, intimidation, and potential witness tampering related to my ongoing lawsuit against Riot Games, Inc. The harassment is directly linked to my legal proceedings and appears to be an attempt to intimidate me as the Plaintiff.

1. Nature of the Threat and Harassment
On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that these proceedings were progressing to a full jury trial, I received a threatening and harassing email, which I believe is meant to intimidate, through my website's form submission system. The email, which I have attached in full, states:

"hey guess what? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of 'proof'; which, as you know since you tried to delete them, is illegal :)"

This email is clearly intended to intimidate me as a litigant in a federal case against Riot Games.

2. Evidence Suggesting Riot Games' Involvement
Only Riot Games and its legal representatives, Aaron J. Moss and Andrew Lux, were aware of the procedural details of my case. Moreover, Andrew Lux is a new addition to Riot Legal on this case, only joining for the Joint 26 (F) report on the 13th of February 2025, just two and a half weeks ago. Thus it has to be from someone at Riot Games. My guess is that its either Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before and works for Riot as an Associate Art Director on VALORANT. He seems to have a obsession with guns and weapons.
The email specifically references Riot's attorneys, indicating insider knowledge.
This coincides with a critical legal milestone, as my case was recently confirmed for a jury trial.
Given these factors, it is reasonable to suspect that this harassment was either directly orchestrated or encouraged by individuals with knowledge of the case from Riot Games or their associates.
This isn't a one off, I've had much hate mail, online abuse and threats from Riot employees, fortiche production, and the wider toxic and radicalised community they foster.
Since talking out about Riot's alleged theft, I have received much hate mail, including a bomb threat to my home, gaslighting, and I've been discriminated against. My 5 year old daughter has been targeted with threats of sending AI child porn of her to her school and to her mother. I've been called many names.
The things being said and sent over emails to my website, from both Riot and Fortiche and from the unhealthy, toxic and dangerous community Riot fosters, are perceived to be horrendous, retaliatory and threatening. Most of it is directed at my mental health and PTSD, gaslighting, telling me that I'm mad, presenting all kinds of fake timelines dating back to 2012, threatening to steal more and calling me a Transphobic Racist Loser, as well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af."
I will attach a list of the emails and comments in due course. I will also find out the location of the IP the email was sent from within the next week or so.

3. Legal Concerns – Potential Criminal Conduct
A. Witness Intimidation (18 U.S. Code § 1512)
Attempting to threaten, harass, or intimidate a party in an ongoing legal case is a federal offense.
If this email was sent at Riot Games' direction or with their encouragement, it constitutes witness intimidation and obstruction of justice.
B. Cyber Harassment (California Penal Code § 653.2)
Unwanted and targeted electronic communication that causes fear, distress, or harm qualifies as cyber harassment under California law.
C. Retaliation Against a Party in Legal Proceedings
If Riot Games, its legal representatives, or affiliated individuals orchestrated or encouraged this harassment, they could be held liable for retaliatory behavior against a Plaintiff.
4. Formal Requests & Next Steps
To the LAPD & OIG:

I request that this incident be officially investigated as harassment and potential witness intimidation.
I am prepared to provide all digital records, including timestamps, IP logs (if accessible), and additional communications related to this threat.
To Riot Games & Their Legal Team:

I demand an immediate internal investigation into whether Riot Games employees, representatives, or community members were involved in this harassment.
I request a formal response within 7 days, clarifying whether Riot Games had any involvement in, knowledge of, or encouraged communication of this nature.
If Riot Games denies responsibility, I demand that they publicly denounce any such harassment and take steps to prevent further intimidation.
5. Legal Consequences if This Behavior Continues
Should any further harassment, threats, or intimidation occur, I will be taking the following actions:

Filing a criminal complaint with federal authorities regarding witness intimidation and obstruction of justice.
Filing a separate civil action against Riot Games if evidence emerges linking them to this harassment.
Seeking court intervention to issue protective measures and impose sanctions on Riot Games if they are found to be complicit.
This pattern of intimidation and harassment will not be tolerated. I expect Riot Games and its legal team to act responsibly and in good faith by ensuring that no further threats or harassment occur against me as the Plaintiff in this case.

Please confirm receipt of this complaint and your intended course of action.

Sincerely,
Marc Wolstenholme
Plaintiff, Pro Se
March 4th, 2025.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 4 Mar 2025 at 22:21
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Manage Submissions

Does this submission look like spam? Report it here.

### Message 75 of 593

| | |
|---|---|
| **Date** | Tue, 4 Mar 2025 23:42:23 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | "Moss, Aaron" <amoss@greenbergglusker.com>, "Lux, Andrew" <alux@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>, dan.chang@riotgames.com, andrew.gardner@forcesemployment.org.uk, cia_foia@ucia.gov, foipaquestions@fbi.gov, oigcompl@lapd.onlin, hsimedia@hsi.dhs.gov, cacd_ecfmail@cacd.uscourts.gov, Copyright Office <cop-ad@loc.gov>, contact@forticheprod.com, rayding@tencent.com |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK0rC7QqgQ3f_i-gVgMue6e7UuRDjj4tez24aNf9fjf_4w@mail.gmail.com> |

Chronology of Harassment, Threats, and Intimidation

Date & Time Sender Recipient(s) Subject Content Summary Relevant Details
Nov 12, 2024 - 00:49 Unknown (via Squarespace form) Marc Wolstenholme Bomb Threat Threat to send a bomb to Marc's home address. Sent via website form from "M.W. Wolf's Megaverse". Email address used: "hah@haha.com". Explicit criminal threat that must be reported immediately.
Nov 10, 2024 - 07:00 Unknown (15kilosdecocainafina) Marc Wolstenholme Harassment, Threats, and Doxxing Threatens to post Marc's and his daughter's personal information unless he stops engaging with Arcane fans. Sent from "15kilosdecocainafina@e9mail.com". Includes Marc's full address and references legal battles. Mentions Judge Kevin C. Brazile and the Stanley Mosk Courthouse.
Nov 14, 2024 - 17:57 Unknown (via Squarespace form) Marc Wolstenholme Explicit Blackmail & Threat of AI Child Exploitation Threatens to create AI-generated explicit materials of Marc's daughter and distribute them unless he posts a public apology. Sent from "ihaveyoursinstagram@a.com". This is a serious crime under UK and international laws and must be reported immediately.
Nov 16, 2024 - 02:31 Unknown (via Squarespace form) Marc Wolstenholme Potential Entrapment Attempt & Bribery Implication Claims to have access to Arcane's art direction bible and offers to sell it to Marc for $10,000. Sent from "ThibautGranet3dArt@live.com". Could be an attempt to entrap Marc into an illegal transaction or discredit him.
Nov 2, 2024 - 19:01 Unknown (via Squarespace form) Marc Wolstenholme Personal Attack on Marc's Parental Rights Mocks Marc, claiming family court "took his daughter" and calls him "deranged." Sent from "lmao@mlao.com". Highly personal attack targeting Marc's family situation.
Nov 22, 2024 - 01:33 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Professional Discrediting Claims Marc's post about Arcane's production timeline shows ignorance of animation. Insults his credibility as a creator. Sent from "GobelinsAnimator@france.com". Claims to be a Gobelins teacher, attempts to undermine Marc's professional standing.
Nov 22, 2024 - 01:37 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Legal Intimidation Challenges Marc's claim about his writing being used in LA writing rooms, warning that "lying in court" is a criminal offense. Sent from "kevinbrazille@LAcourt.com". Impersonates an official figure (Judge Kevin Brazile), falsely implying legal consequences.
Dec 14, 2024 - 15:11 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Psychological Gaslighting Mocks Marc's mental health, follower count, and artistic abilities, suggesting he is irrelevant and delusional. Sent from "yehase6973@datingel.com". Attempt to diminish Marc's credibility and mental well-being.
Dec 23, 2024 - 22:26 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Accusations of Racism Accuses Marc of harassing Arcane fans and aligning with racist individuals on Twitter. Sent from "
liuofmeat@jmil.com". Attempts to discredit Marc's public stance and frame him as a controversial figure.
Dec 28, 2024 - 15:09 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Online Mockery Mocks Marc for allegedly being ignored on Twitter and banned from a Reddit community, calling him "cringe." Sent from "laughin@me.com". Attempts to humiliate Marc for his online activity and social rejection.
Jan 5, 2025 - 08:37 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Accusations of Bot Use Claims Marc is lying about his tweet

engagement, accusing him of using bots and being a "parasite" on other
artists. Sent from "liarliar@lies.com". Attempts to discredit Marc's reach
and engagement on social media.
Jan 5, 2025 - 14:39 Unknown (via Squarespace form) Marc Wolstenholme
Harassment, Character Assassination & Accusations of Bigotry Accuses Marc
of being transphobic, right-wing, racist, using AI to harm artists, and
harassing female creators. Claims he is stealing from real artists for
clout. Sent from "council@game.com.uk". Attempt to smear Marc's reputation
and paint him as an aggressor rather than a victim.
Jan 12, 2025 - 01:25 Unknown (via Squarespace form) Marc Wolstenholme
Harassment & Online Stalking Mocks Marc for being suspended from Twitter,
implying they actively follow him and enjoy his suffering. Asks if there's
another account to follow his "delusions." Sent from "M.W.Wolf@we.com".
Indicates that the sender is tracking Marc's online activity and reveling
in his perceived downfall.

On Tue, 4 Mar 2025 at 23:02, Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
wrote:

>
>
> *Complaint to the Los Angeles Police Department (LAPD) and Riot Games
> Regarding Harassment and Witness IntimidationTo:*
> Los Angeles Police Department (LAPD) – Office of the Inspector General
> (OIG)
> Riot Games Legal Department
>
> Subject: Formal Complaint Regarding Harassment and Witness Intimidation
> Related to Ongoing Legal Proceedings
> Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant
> Authorities,
> I am filing a formal complaint regarding harassment, intimidation, and
> potential witness tampering related to my ongoing lawsuit against Riot
> Games, Inc. The harassment is directly linked to my legal proceedings and
> appears to be an attempt to intimidate me as the Plaintiff.
>
> 1. Nature of the Threat and Harassment
> On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that
> these proceedings were progressing to a full jury trial, I received a
> threatening and harassing email, which I believe is meant to intimidate,
> through my website's form submission system. The email, which I have
> attached in full, states:
>
> "hey guess what? I just contacted Aaron J. Moss and Lux and sent them all
> the screenshots I had saved of you offering money in exchange of 'proof';
> which, as you know since you tried to delete them, is illegal :)"
>
> This email is clearly intended to intimidate me as a litigant in a federal
> case against Riot Games.
>
> 2. Evidence Suggesting Riot Games' Involvement
> Only Riot Games and its legal representatives, Aaron J. Moss and Andrew
> Lux, were aware of the procedural details of my case. Moreover, Andrew Lux
> is a new addition to Riot Legal on this case, only joining for the Joint 26
> (F) report on the 13th of February 2025, just two and a half weeks ago.
> Thus it has to be from someone at Riot Games. My guess is that its either
> Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before
> and works for Riot as an Associate Art Director on VALORANT. He seems to
> have a obsession with guns and weapons.
> The email specifically references Riot's attorneys, indicating insider
> knowledge.
> This coincides with a critical legal milestone, as my case was recently
> confirmed for a jury trial.
> Given these factors, it is reasonable to suspect that this harassment was
> either directly orchestrated or encouraged by individuals with knowledge of
> the case from Riot Games or their associates.
> This isn't a one off, I've had much hate mail, online abuse and threats

> from Riot employees, fortiche production, and the wider toxic and
> radicalised community they foster.
> Since talking out about Riot's alleged theft, I have received much hate
> mail, including a bomb threat to my home, gaslighting, and I've been
> discriminated against. My 5 year old daughter has been targeted with
> threats of sending AI child porn of her to her school and to her mother.
> I've been called many names.
> The things being said and sent over emails to my website, from both Riot
> and Fortiche and from the unhealthy, toxic and dangerous community Riot
> fosters, are perceived to be horrendous, retaliatory and threatening. Most
> of it is directed at my mental health and PTSD, gaslighting, telling me
> that I'm mad, presenting all kinds of fake timelines dating back to 2012,
> threatening to steal more and calling me a Transphobic Racist Loser, as
> well as Christian Linke condoning murder on X, saying that Fortiche should
> bring back the guillotine. This is all bad, but the worst is targeting of
> my daughter. One of the hate mail emails said, "this is why family court
> took your daughter lmao you are deranged af."
> I will attach a list of the emails and comments in due course. I will also
> find out the location of the IP the email was sent from within the next
> week or so.
>
> 3. Legal Concerns – Potential Criminal Conduct
> A. Witness Intimidation (18 U.S. Code § 1512)
> Attempting to threaten, harass, or intimidate a party in an ongoing legal
> case is a federal offense.
> If this email was sent at Riot Games' direction or with their
> encouragement, it constitutes witness intimidation and obstruction of
> justice.
> B. Cyber Harassment (California Penal Code § 653.2)
> Unwanted and targeted electronic communication that causes fear, distress,
> or harm qualifies as cyber harassment under California law.
> C. Retaliation Against a Party in Legal Proceedings
> If Riot Games, its legal representatives, or affiliated individuals
> orchestrated or encouraged this harassment, they could be held liable for
> retaliatory behavior against a Plaintiff.
> 4. Formal Requests & Next Steps
> To the LAPD & OIG:
>
> I request that this incident be officially investigated as harassment and
> potential witness intimidation.
> I am prepared to provide all digital records, including timestamps, IP
> logs (if accessible), and additional communications related to this threat.
> To Riot Games & Their Legal Team:
>
> I demand an immediate internal investigation into whether Riot Games
> employees, representatives, or community members were involved in this
> harassment.
> I request a formal response within 7 days, clarifying whether Riot Games
> had any involvement in, knowledge of, or encouraged communication of this
> nature.
> If Riot Games denies responsibility, I demand that they publicly denounce
> any such harassment and take steps to prevent further intimidation.
> 5. Legal Consequences if This Behavior Continues
> Should any further harassment, threats, or intimidation occur, I will be
> taking the following actions:
>
> Filing a criminal complaint with federal authorities regarding witness
> intimidation and obstruction of justice.
> Filing a separate civil action against Riot Games if evidence emerges
> linking them to this harassment.
> Seeking court intervention to issue protective measures and impose
> sanctions on Riot Games if they are found to be complicit.
> This pattern of intimidation and harassment will not be tolerated. I
> expect Riot Games and its legal team to act responsibly and in good faith
> by ensuring that no further threats or harassment occur against me as the
> Plaintiff in this case.

>
> Please confirm receipt of this complaint and your intended course of
> action.
>
> Sincerely,
> Marc Wolstenholme
> Plaintiff, Pro Se
> March 4th, 2025.
>
> ---------- Forwarded message ---------
> From: Squarespace <form-submission@squarespace.info>
> Date: Tue, 4 Mar 2025 at 22:21
> Subject: Form Submission - Welcome To The Wolf Pack
> To: <marc@mwwolf-fiction.co.uk>
>
>
> *Email:* heyguesswhat@gmill.com, accepts marketing: false
>
> *Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and
> sent them all the screenshots I had saved of you offering money in exchange
> of "proof"; which, as you know since you tried to delete them, is illegal :)
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://www.mwwolf-fiction.co.uk>*
>
> *Email:* heyguesswhat@gmill.com, accepts marketing: false
>
> *Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and
> sent them all the screenshots I had saved of you offering money in exchange
> of "proof"; which, as you know since you tried to delete them, is illegal :)
>
> Manage Submissions
> <https://www.mwwolf-fiction.co.uk/config/contacts/form-link/f829e66f-d0d4-450a-ae4e-49b776f51ca7>
>
> Does this submission look like spam? Report it here.
> <https://www.squarespace.com/report-spam?formSubmissions=f829e66f-d0d4-450a-ae4e-49b776f51ca7&formOwningEntityId=65eb1db03639bb52d877e350>
>

Chronology of Harassment, Threats, and Intimidation

Date & Time Sender Recipient(s) Subject Content Summary Relevant Details

Nov 12, 2024 - 00:49 Unknown (via Squarespace form) Marc Wolstenholme Bomb Threat Threat to send a bomb to Marc's home address. Sent via website form from "M.W. Wolf's Megaverse". Email address used: "hah@haha.com". Explicit criminal threat that must be reported immediately.

Nov 10, 2024 - 07:00 Unknown (15kilosdecocainafina) Marc Wolstenholme Harassment, Threats, and Doxxing Threatens to post Marc's and his daughter's personal information unless he stops engaging with Arcane fans. Sent from "15kilosdecocainafina@e9mail.com". Includes Marc's full address and references legal battles. Mentions Judge Kevin C. Brazile and the Stanley Mosk Courthouse.

Nov 14, 2024 - 17:57 Unknown (via Squarespace form) Marc Wolstenholme Explicit Blackmail & Threat of AI Child Exploitation Threatens to create AI-generated explicit materials of Marc's daughter and distribute them unless he posts a public apology. Sent from "ihaveyoursinstagram@a.com". This is a serious crime under UK and international laws and must be reported immediately.

Nov 16, 2024 - 02:31 Unknown (via Squarespace form) Marc Wolstenholme Potential Entrapment Attempt & Bribery Implication Claims to have access to Arcane's art direction bible and offers to sell it to Marc for $10,000. Sent from "ThibautGranet3dArt@live.com". Could be an attempt to entrap Marc into an illegal transaction or discredit him.

Nov 2, 2024 - 19:01 Unknown (via Squarespace form) Marc Wolstenholme Personal Attack on Marc's Parental Rights Mocks Marc, claiming family court "took his daughter" and calls him "deranged." Sent from "lmao@mlao.com". Highly personal attack targeting Marc's family situation.

Nov 22, 2024 - 01:33 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Professional Discrediting Claims Marc's post about Arcane's production timeline shows ignorance of animation. Insults his credibility as a creator. Sent from "GobelinsAnimator@france.com". Claims to be a Gobelins teacher, attempts to undermine Marc's professional standing.

Nov 22, 2024 - 01:37 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Legal Intimidation Challenges Marc's claim about his writing being used in LA writing rooms, warning that "lying in court" is a criminal offense. Sent from "kevinbrazille@LAcourt.com". Impersonates an official figure (Judge Kevin Brazile), falsely implying legal consequences.

Dec 14, 2024 - 15:11 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Psychological Gaslighting Mocks Marc's mental health, follower count, and artistic abilities, suggesting he is irrelevant and delusional. Sent from "yehase6973@datingel.com". Attempt to diminish Marc's credibility and mental well-being.

Dec 23, 2024 - 22:26 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Accusations of Racism Accuses Marc of harassing Arcane fans and aligning with racist individuals on Twitter. Sent from "liuofmeat@jmil.com". Attempts to discredit Marc's public stance and frame him as a controversial figure.

Dec 28, 2024 - 15:09 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Online Mockery Mocks Marc for allegedly being ignored

on Twitter and banned from a Reddit community, calling him "cringe." Sent from "laughin@me.com". Attempts to humiliate Marc for his online activity and social rejection.
Jan 5, 2025 - 08:37 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Accusations of Bot Use Claims Marc is lying about his tweet engagement, accusing him of using bots and being a "parasite" on other artists. Sent from "liarliar@lies.com". Attempts to discredit Marc's reach and engagement on social media.
Jan 5, 2025 - 14:39 Unknown (via Squarespace form) Marc Wolstenholme Harassment, Character Assassination & Accusations of Bigotry Accuses Marc of being transphobic, right-wing, racist, using AI to harm artists, and harassing female creators. Claims he is stealing from real artists for clout. Sent from "council@game.com.uk". Attempt to smear Marc's reputation and paint him as an aggressor rather than a victim.
Jan 12, 2025 - 01:25 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Online Stalking Mocks Marc for being suspended from Twitter, implying they actively follow him and enjoy his suffering. Asks if there's another account to follow his "delusions." Sent from "M.W.Wolf@we.com". Indicates that the sender is tracking Marc's online activity and reveling in his perceived downfall.

On Tue, 4 Mar 2025 at 23:02, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Complaint to the Los Angeles Police Department (LAPD) and Riot Games Regarding Harassment and Witness Intimidation
To:
Los Angeles Police Department (LAPD) – Office of the Inspector General (OIG)
Riot Games Legal Department

Subject: Formal Complaint Regarding Harassment and Witness Intimidation Related to Ongoing Legal Proceedings
Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant Authorities,
I am filing a formal complaint regarding harassment, intimidation, and potential witness tampering related to my ongoing lawsuit against Riot Games, Inc. The harassment is directly linked to my legal proceedings and appears to be an attempt to intimidate me as the Plaintiff.

1. Nature of the Threat and Harassment
On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that these proceedings were progressing to a full jury trial, I received a threatening and harassing email, which I believe is meant to intimidate, through my website's form submission system. The email, which I have attached in full, states:

"hey guess what? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of 'proof'; which, as you know since you tried to delete them, is illegal :)"

This email is clearly intended to intimidate me as a litigant in a federal case against Riot Games.

2. Evidence Suggesting Riot Games' Involvement
Only Riot Games and its legal representatives, Aaron J. Moss and Andrew Lux, were aware of the procedural details of my case. Moreover, Andrew Lux is a new addition to Riot Legal on this case, only joining for the Joint 26 (F) report on the 13th of February 2025, just two and a half weeks ago. Thus it has to be from someone at Riot Games. My guess is that its either Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before and works for Riot as an Associate Art Director on VALORANT. He seems to have a obsession with guns and weapons.
The email specifically references Riot's attorneys, indicating insider knowledge.
This coincides with a critical legal milestone, as my case was recently confirmed for a jury trial.
Given these factors, it is reasonable to suspect that this harassment was either directly orchestrated or encouraged by individuals with knowledge of the case from Riot Games or their associates.
This isn't a one off, I've had much hate mail, online abuse and threats from Riot employees, fortiche production, and the wider toxic and radicalised community they foster.
Since talking out about Riot's alleged theft, I have received much hate mail, including a bomb threat to my home, gaslighting, and I've been discriminated against. My 5 year old daughter has been targeted with threats of sending AI child porn of her to her school and to her mother. I've been called many names.
The things being said and sent over emails to my website, from both Riot and Fortiche and from the unhealthy, toxic and dangerous community Riot fosters, are perceived to be horrendous, retaliatory and threatening. Most of it is directed at my mental health and PTSD, gaslighting, telling me that I'm mad, presenting all kinds of fake timelines dating back to 2012, threatening to steal more and calling me a Transphobic Racist Loser, as well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af."
I will attach a list of the emails and comments in due course. I will also find out the location of the IP the email was sent from within the next week or so.

3. Legal Concerns – Potential Criminal Conduct
A. Witness Intimidation (18 U.S. Code § 1512)
Attempting to threaten, harass, or intimidate a party in an ongoing legal case is a federal offense.
If this email was sent at Riot Games' direction or with their encouragement, it constitutes witness intimidation and obstruction of justice.
B. Cyber Harassment (California Penal Code § 653.2)
Unwanted and targeted electronic communication that causes fear, distress, or harm qualifies as cyber harassment under California law.
C. Retaliation Against a Party in Legal Proceedings
If Riot Games, its legal representatives, or affiliated individuals orchestrated or encouraged this harassment, they could be held liable for retaliatory behavior against a Plaintiff.
4. Formal Requests & Next Steps
To the LAPD & OIG:

I request that this incident be officially investigated as harassment and potential witness intimidation.
I am prepared to provide all digital records, including timestamps, IP logs (if accessible), and additional communications related to this threat.
To Riot Games & Their Legal Team:

I demand an immediate internal investigation into whether Riot Games employees, representatives, or community members were involved in this harassment.
I request a formal response within 7 days, clarifying whether Riot Games had any involvement in, knowledge of, or encouraged communication of

this nature.
If Riot Games denies responsibility, I demand that they publicly denounce any such harassment and take steps to prevent further intimidation.
5. Legal Consequences if This Behavior Continues
Should any further harassment, threats, or intimidation occur, I will be taking the following actions:

Filing a criminal complaint with federal authorities regarding witness intimidation and obstruction of justice.
Filing a separate civil action against Riot Games if evidence emerges linking them to this harassment.
Seeking court intervention to issue protective measures and impose sanctions on Riot Games if they are found to be complicit.
This pattern of intimidation and harassment will not be tolerated. I expect Riot Games and its legal team to act responsibly and in good faith by ensuring that no further threats or harassment occur against me as the Plaintiff in this case.

Please confirm receipt of this complaint and your intended course of action.

Sincerely,
Marc Wolstenholme
Plaintiff, Pro Se
March 4th, 2025.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 4 Mar 2025 at 22:21
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 76 of 593

| | |
|---|---|
| **Date** | Tue, 4 Mar 2025 23:45:16 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | "Moss, Aaron" <amoss@greenbergglusker.com>, "Lux, Andrew" <alux@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>, dan.chang@riotgames.com, andrew.gardner@forcesemployment.org.uk, cia_foia@ucia.gov, foipaquestions@fbi.gov, oigcompl@lapd.onlin, hsimedia@hsi.dhs.gov, cacd_ecfmail@cacd.uscourts.gov, Copyright Office <cop-ad@loc.gov>, contact@forticheprod.com, rayding@tencent.com |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK2=-su0dM=D5oMrp=Divri2PE1yJ0cfjxpM9wt9Md-JRg@mail.gmail.com> |

Dear all, please see Table - Chronology of Harassment, Threats, and
Intimidation- to add to my formal criminal complaint,

Many thanks

On Tue, 4 Mar 2025 at 23:02, Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
wrote:

>
>
> *Complaint to the Los Angeles Police Department (LAPD) and Riot Games
> Regarding Harassment and Witness IntimidationTo:*
> Los Angeles Police Department (LAPD) – Office of the Inspector General
> (OIG)
> Riot Games Legal Department
>
> Subject: Formal Complaint Regarding Harassment and Witness Intimidation
> Related to Ongoing Legal Proceedings
> Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant
> Authorities,
> I am filing a formal complaint regarding harassment, intimidation, and
> potential witness tampering related to my ongoing lawsuit against Riot
> Games, Inc. The harassment is directly linked to my legal proceedings and
> appears to be an attempt to intimidate me as the Plaintiff.
>
> 1. Nature of the Threat and Harassment
> On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that
> these proceedings were progressing to a full jury trial, I received a
> threatening and harassing email, which I believe is meant to intimidate,
> through my website's form submission system. The email, which I have
> attached in full, states:
>
> "hey guess what? I just contacted Aaron J. Moss and Lux and sent them all
> the screenshots I had saved of you offering money in exchange of 'proof';
> which, as you know since you tried to delete them, is illegal :)"
>
> This email is clearly intended to intimidate me as a litigant in a federal
> case against Riot Games.
>
> 2. Evidence Suggesting Riot Games' Involvement
> Only Riot Games and its legal representatives, Aaron J. Moss and Andrew
> Lux, were aware of the procedural details of my case. Moreover, Andrew Lux
> is a new addition to Riot Legal on this case, only joining for the Joint 26
> (F) report on the 13th of February 2025, just two and a half weeks ago.
> Thus it has to be from someone at Riot Games. My guess is that its either
> Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before
> and works for Riot as an Associate Art Director on VALORANT. He seems to
> have a obsession with guns and weapons.
> The email specifically references Riot's attorneys, indicating insider
> knowledge.
> This coincides with a critical legal milestone, as my case was recently
> confirmed for a jury trial.
> Given these factors, it is reasonable to suspect that this harassment was
> either directly orchestrated or encouraged by individuals with knowledge of
> the case from Riot Games or their associates.
> This isn't a one off, I've had much hate mail, online abuse and threats

> from Riot employees, fortiche production, and the wider toxic and
> radicalised community they foster.
> Since talking out about Riot's alleged theft, I have received much hate
> mail, including a bomb threat to my home, gaslighting, and I've been
> discriminated against. My 5 year old daughter has been targeted with
> threats of sending AI child porn of her to her school and to her mother.
> I've been called many names.
> The things being said and sent over emails to my website, from both Riot
> and Fortiche and from the unhealthy, toxic and dangerous community Riot
> fosters, are perceived to be horrendous, retaliatory and threatening. Most
> of it is directed at my mental health and PTSD, gaslighting, telling me
> that I'm mad, presenting all kinds of fake timelines dating back to 2012,
> threatening to steal more and calling me a Transphobic Racist Loser, as
> well as Christian Linke condoning murder on X, saying that Fortiche should
> bring back the guillotine. This is all bad, but the worst is targeting of
> my daughter. One of the hate mail emails said, "this is why family court
> took your daughter lmao you are deranged af."
> I will attach a list of the emails and comments in due course. I will also
> find out the location of the IP the email was sent from within the next
> week or so.
>
> 3. Legal Concerns – Potential Criminal Conduct
> A. Witness Intimidation (18 U.S. Code § 1512)
> Attempting to threaten, harass, or intimidate a party in an ongoing legal
> case is a federal offense.
> If this email was sent at Riot Games' direction or with their
> encouragement, it constitutes witness intimidation and obstruction of
> justice.
> B. Cyber Harassment (California Penal Code § 653.2)
> Unwanted and targeted electronic communication that causes fear, distress,
> or harm qualifies as cyber harassment under California law.
> C. Retaliation Against a Party in Legal Proceedings
> If Riot Games, its legal representatives, or affiliated individuals
> orchestrated or encouraged this harassment, they could be held liable for
> retaliatory behavior against a Plaintiff.
> 4. Formal Requests & Next Steps
> To the LAPD & OIG:
>
> I request that this incident be officially investigated as harassment and
> potential witness intimidation.
> I am prepared to provide all digital records, including timestamps, IP
> logs (if accessible), and additional communications related to this threat.
> To Riot Games & Their Legal Team:
>
> I demand an immediate internal investigation into whether Riot Games
> employees, representatives, or community members were involved in this
> harassment.
> I request a formal response within 7 days, clarifying whether Riot Games
> had any involvement in, knowledge of, or encouraged communication of this
> nature.
> If Riot Games denies responsibility, I demand that they publicly denounce
> any such harassment and take steps to prevent further intimidation.
> 5. Legal Consequences if This Behavior Continues
> Should any further harassment, threats, or intimidation occur, I will be
> taking the following actions:
>
> Filing a criminal complaint with federal authorities regarding witness
> intimidation and obstruction of justice.
> Filing a separate civil action against Riot Games if evidence emerges
> linking them to this harassment.
> Seeking court intervention to issue protective measures and impose
> sanctions on Riot Games if they are found to be complicit.
> This pattern of intimidation and harassment will not be tolerated. I
> expect Riot Games and its legal team to act responsibly and in good faith
> by ensuring that no further threats or harassment occur against me as the
> Plaintiff in this case.

>
> Please confirm receipt of this complaint and your intended course of
> action.
>
> Sincerely,
> Marc Wolstenholme
> Plaintiff, Pro Se
> March 4th, 2025.
>
> ---------- Forwarded message ---------
> From: Squarespace <form-submission@squarespace.info>
> Date: Tue, 4 Mar 2025 at 22:21
> Subject: Form Submission - Welcome To The Wolf Pack
> To: <marc@mwwolf-fiction.co.uk>
>
>
> *Email:* heyguesswhat@gmill.com, accepts marketing: false
>
> *Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and
> sent them all the screenshots I had saved of you offering money in exchange
> of "proof"; which, as you know since you tried to delete them, is illegal :)
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://www.mwwolf-fiction.co.uk>*
>
> *Email:* heyguesswhat@gmill.com, accepts marketing: false
>
> *Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and
> sent them all the screenshots I had saved of you offering money in exchange
> of "proof"; which, as you know since you tried to delete them, is illegal :)
>
> Manage Submissions
> <https://www.mwwolf-fiction.co.uk/config/contacts/form-link/f829e66f-d0d4-450a-ae4e-49b776f51ca7>
>
> Does this submission look like spam? Report it here.
> <https://www.squarespace.com/report-spam?formSubmissions=f829e66f-d0d4-450a-ae4e-49b776f51ca7&formOwningEntityId=65eb1db03639bb52d877e350>
>

Dear all, please see Table - Chronology of Harassment, Threats, and Intimidation- to add to my formal criminal complaint,
Many thanks
On Tue, 4 Mar 2025 at 23:02, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Complaint to the Los Angeles Police Department (LAPD) and Riot Games Regarding Harassment and Witness Intimidation
To:
Los Angeles Police Department (LAPD) – Office of the Inspector General (OIG)
Riot Games Legal Department

Subject: Formal Complaint Regarding Harassment and Witness Intimidation Related to Ongoing Legal Proceedings
Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant Authorities,
I am filing a formal complaint regarding harassment, intimidation, and potential witness tampering related to my ongoing lawsuit against Riot Games, Inc. The harassment is directly linked to my legal proceedings and appears to be an attempt to intimidate me as the Plaintiff.

1. Nature of the Threat and Harassment
On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that these proceedings were progressing to a full jury trial, I received a threatening and harassing email, which I believe is meant to intimidate, through my website's form submission system. The email, which I have attached in full, states:

"hey guess what? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of 'proof'; which, as you know since you tried to delete them, is illegal :)"

This email is clearly intended to intimidate me as a litigant in a federal case against Riot Games.

2. Evidence Suggesting Riot Games' Involvement
Only Riot Games and its legal representatives, Aaron J. Moss and Andrew Lux, were aware of the procedural details of my case. Moreover, Andrew Lux is a new addition to Riot Legal on this case, only joining for the Joint 26 (F) report on the 13th of February 2025, just two and a half weeks ago. Thus it has to be from someone at Riot Games. My guess is that its either Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before and works for Riot as an Associate Art Director on VALORANT. He seems to have a obsession with guns and weapons.
The email specifically references Riot's attorneys, indicating insider knowledge.
This coincides with a critical legal milestone, as my case was recently confirmed for a jury trial.
Given these factors, it is reasonable to suspect that this harassment was either directly orchestrated or encouraged by individuals with knowledge of

the case from Riot Games or their associates.
This isn't a one off, I've had much hate mail, online abuse and threats from Riot employees, fortiche production, and the wider toxic and radicalised community they foster.
Since talking out about Riot's alleged theft, I have received much hate mail, including a bomb threat to my home, gaslighting, and I've been discriminated against. My 5 year old daughter has been targeted with threats of sending AI child porn of her to her school and to her mother. I've been called many names.
The things being said and sent over emails to my website, from both Riot and Fortiche and from the unhealthy, toxic and dangerous community Riot fosters, are perceived to be horrendous, retaliatory and threatening. Most of it is directed at my mental health and PTSD, gaslighting, telling me that I'm mad, presenting all kinds of fake timelines dating back to 2012, threatening to steal more and calling me a Transphobic Racist Loser, as well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af."
I will attach a list of the emails and comments in due course. I will also find out the location of the IP the email was sent from within the next week or so.

3. Legal Concerns – Potential Criminal Conduct
A. Witness Intimidation (18 U.S. Code § 1512)
Attempting to threaten, harass, or intimidate a party in an ongoing legal case is a federal offense.
If this email was sent at Riot Games' direction or with their encouragement, it constitutes witness intimidation and obstruction of justice.
B. Cyber Harassment (California Penal Code § 653.2)
Unwanted and targeted electronic communication that causes fear, distress, or harm qualifies as cyber harassment under California law.
C. Retaliation Against a Party in Legal Proceedings
If Riot Games, its legal representatives, or affiliated individuals orchestrated or encouraged this harassment, they could be held liable for retaliatory behavior against a Plaintiff.
4. Formal Requests & Next Steps
To the LAPD & OIG:

I request that this incident be officially investigated as harassment and potential witness intimidation.
I am prepared to provide all digital records, including timestamps, IP logs (if accessible), and additional communications related to this threat.
To Riot Games & Their Legal Team:

I demand an immediate internal investigation into whether Riot Games employees, representatives, or community members were involved in this harassment.
I request a formal response within 7 days, clarifying whether Riot Games had any involvement in, knowledge of, or encouraged communication of this nature.
If Riot Games denies responsibility, I demand that they publicly denounce any such harassment and take steps to prevent further intimidation.
5. Legal Consequences if This Behavior Continues
Should any further harassment, threats, or intimidation occur, I will be taking the following actions:

Filing a criminal complaint with federal authorities regarding witness intimidation and obstruction of justice.
Filing a separate civil action against Riot Games if evidence emerges linking them to this harassment.
Seeking court intervention to issue protective measures and impose sanctions on Riot Games if they are found to be complicit.
This pattern of intimidation and harassment will not be tolerated. I expect Riot Games and its legal team to act responsibly and in good faith by ensuring that no further threats or harassment occur against me as the Plaintiff in this case.

Please confirm receipt of this complaint and your intended course of action.

Sincerely,
Marc Wolstenholme
Plaintiff, Pro Se
March 4th, 2025.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 4 Mar 2025 at 22:21
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 77 of 593

| | |
|---|---|
| **Date** | Tue, 04 Mar 2025 16:03:51 -0800 (PST) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <67c794e7.050a0220.7612f.1762.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to oigcompl@lapd.onlin because the domain lapd.onlin couldn't be found. Check for typos or unnecessary spaces and try again.

Learn more here: https://support.google.com/mail/?p=BadRcptDomain

The response was:

DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN
Domain name not found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain

Address not found

Your message wasn't delivered to oigcompl@lapd.onlin because the domain lapd.onlin couldn't be found. Check for typos or unnecessary spaces and try again.

LEARN MORE

The response was:

DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN
Domain name not found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain

## Message 78 of 593

| | |
|---|---|
| **Date** | Wed, 05 Mar 2025 00:03:53 +0000 |
| **From** | contact <contact+noreply@forticheprod.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | Re: Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <000000000000fcbbc9062f8d1fe0@google.com> |

Bonjour,

Nous accusons bonne réception de votre message. Avant toute chose, nous vous remercions de l'intérêt porté à Fortiche.

Si vous nous contactez pour :

- un avis, une remarque ou un message aux équipes d'Arcane, merci pour vos messages encourageants ! :)

- une candidature, merci de remplir le formulaire (http://job.forticheprod.com)

- une question concernant nos recrutements, merci d'envoyer votre message à job@forticheprod.com

- une demande presse/communication, merci d'adresser votre message à communication@forticheprod.com

- nous soumettre un projet : veuillez noter que nous ne sommes pas en recherche active de nouveaux projets actuellement.

Si toutefois, vous souhaitez vraiment nous parler de votre projet, merci de remplir ce formulaire :
https://docs.google.com/forms/d/1xUvgEktM8ik3tAZjTe4x1DCpUWEahJnfj4B08kOWAMM
Nous reviendrons vers vous dès que cela nous sera possible. Si vous n'avez pas de réponse de notre part d'ici 3 mois, c'est que nous ne pourrons malheureusement pas donner suite à votre demande.

- Tout autre demande, l'équipe concernée reviendra vers vous dès que possible.

Merci beaucoup !
L'équipe Fortiche Production

--------------------------------------------------------------------------------

Hello,

We confirm receipt of your message. First of all, we thank you for your interest in Fortiche.

If you contact us for :

- sending a "congratulations" message to the Arcane teams : thank you, we love them ! :)

- a job opportunity, please fill in the application form (http://job.forticheprod.com)

- a question about our recruitment, please send your message to job@forticheprod.com

- a press/communication request, please send your message to communication@forticheprod.com

- to submit a project, please note that we are not currently seeking new projects.

However, if you really want to share your project with us, please fill out this form: https://forms.gle/ucv8jhixWeiuLBpj7
We will get back to you as soon as we can. If you do not hear from us within 3 months, we will unfortunately not be able to proceed with your request.

- for any other reason, the according team will get back to you as soon as possible.

Thank you!
The Fortiche Production team

### Message 79 of 593

| | |
|---|---|
| **Date** | Wed, 5 Mar 2025 08:03:56 +0800 |
| **From** | <postmaster@tencent.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | [redacted]: [Internet]Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <49afc9c7-49ff-4f8f-b268-f334e8aaaec2@EX-SZ077.tencent.com> |

[redacted]:

rayding@tencent.com<mailto:rayding@tencent.com>
[redacted]

[redacted]:

[redacted]: EX-SZ077.tencent.com

rayding@tencent.com
Remote Server returned '550 5.7.129 RESOLVER.RST.RestrictedToRecipientsPermission; not authorized to send to recipient because the sender isn't on the recipient's list of senders to accept mail from'

[redacted]:

Received: from EX-SZ097.tencent.com (10.28.6.133) by EX-SZ077.tencent.com
(10.28.6.49) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Wed, 5 Mar
2025 08:03:56 +0800
Received: from qq.com (30.171.64.36) by EX-SZ097.tencent.com (10.28.6.133)
with Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Wed, 5 Mar
2025 08:03:56 +0800
Received: from mail-lj1-f169.google.com (unknown [209.85.208.169])
by bizmx52.qq.com (NewMx) with SMTP id
for <rayding@tencent.com>; Wed, 05 Mar 2025 08:03:52 +0800
X-QQ-HITDIVERSE: none
X-BIZMAIL-ID: 11498945573537958587
X-QQ-mid: bizmx52t1741133032t1laqo7ab
Received: by mail-lj1-f169.google.com with SMTP id 38308e7fff4ca-30bbbd0ea7eso24688131fa.1
for <rayding@tencent.com>; Tue, 04 Mar 2025 16:03:54 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1741133031; x=1741737831; darn=tencent.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=k9GD6OSgAcxYkZLy6LYy9uKJu9j47SPdTd/UyZ/nTyY=;
b=1GFkowdOpXJjwdfhRITrvMOLqWMR6o+oV6SmwWiwCvsib+fH1BFoZy3p3BJ8WGpBjK
6/ykrd5suzpj1bqU6CJUx97iFVwBUVqHEgtK5AviAw0yY952iu9Hsf9edoeDRt0pTFcw
RGDcc+72+aG3SCtarTqR1X2nfTYlqaA6ratxrIXmU9JxHnIRDhGcdQnhooY7WubPAbce
ZeUGd5rbkVEo9E6CnBlv1ixJmCmfCXOXTKJkOE/QpAGLPDHjx+4q/JVyJIrHpVLeUNB/
2huXykMwEtWlos73PIqJhnFX4ILtG1O8L6VOTWOi1W0Teev1hMK8UDMyc8g0+viKH7sh
GWkg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1741133031; x=1741737831;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=k9GD6OSgAcxYkZLy6LYy9uKJu9j47SPdTd/UyZ/nTyY=;
b=vsJghfmGu/NqSZTH6Sx65p3lLxMahDfHHh9Pa7kHRhsBivZ2OQEc7JgD/KnGHJxlwm
5RCUMhse6iQlzmzoPMxmrpJtqZ93B/D0iENawvC8FRS2Vnuuu2bgmJY5WdliHyvmgJsi
pi2N+rtzcg2cW2EU6sDLYkxHeCS49KkBaGpw2OHPDfJE5L9iT/imoe5CxXFK1rwJtgYN
vcJRoZ1cuXhuddYjP6JhCnlB5w2hVvLzUb6dbVbBd8it865a46ILseIK+wz84R0NCxJR
z6wue9TqThQCg2kfifC6ClMmlI2otYvMw/2diVdkE7YUv3mxxymceR6y/9Doio5EadmV
4BHw==
X-Forwarded-Encrypted: i=1; AJvYcCWsQnrps+j6jijf8Awdd6YnVF+guomXc/uIPtMoItTeBqVCKTD99FRxkRKZaejAplmlI55Ogsmh@tencent.com
X-Gm-Message-State: AOJu0Yz2heV5YE/6dH84vHV765AgUp7iScuMoELqfKihge0LoPcOSmln
F7rKZhcKRMmWJNscbkcBXzayEuox/nclVtf3voqNWdu54794D25rHeWJN1aQmJiuJL3nyA7ZXjP
v2liDYPxDfM/WTko3qh4i6Oj4kePOsKcc3Incog==
X-Gm-Gg: ASbGncvgHnwUFoxASHEACsHpa2rW/1Jcy0tTtbXPMjd5gg8OVabjWNNEVMPDtF6sii/
OX1Fa/HMQFw5oYM5UGtMPu9POAW49x7ZUv0FhZAEQz18IEOpwGCtDYnpS+oSncxDb4/atbIe41/
WOO+FJPL2mcfkSbdx2qgCkjNIGdfs=
X-Google-Smtp-Source: AGHT+IGaBA0LQ3A7X9xEy4hWhBSUTbv1PpvKpGtPf2jP64l7UqyBA86zOZrPJg5vcOa8P2wxzRWYw40rSfQj6aURA7A=
X-Received: by 2002:a05:651c:1548:b0:30b:cceb:1e9a with SMTP id

38308e7fff4ca-30bd7a35da0mr3613541fa.14.1741133031310; Tue, 04 Mar 2025
16:03:51 -0800 (PST)
MIME-Version: 1.0
References: <CSupnZ4QSMKBrQ0pYKHX0w@geopod-ismtpd-5>
<CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
In-Reply-To: <CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Tue, 4 Mar 2025 23:42:23 +0000
X-Gm-Features: AQ5f1JoylCuguoDFS5B9j8uZx-c85H6oNmoYA07KNQX-2JO3BX9Letc810ble_k
Message-ID: <CANg9FK0rC7QqgQ3f_i-gVgMue6e7UuRDjj4tez24aNf9fjf_4w@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XVJlOiBGb3JtIFN1Ym1pc3Npb24g?=
=?UTF-8?B?LSBXZWxjb21lIFRvIFRoZSBXb2xmIFBhY2s=?=
To: "Moss, Aaron" <amoss@greenbergglusker.com>, "Lux, Andrew"
<alux@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>,
<dan.chang@riotgames.com>, <andrew.gardner@forcesemployment.org.uk>,
<cia_foia@ucia.gov>, <foipaquestions@fbi.gov>, <oigcompl@lapd.onlin>,
<hsimedia@hsi.dhs.gov>, <cacd_ecfmail@cacd.uscourts.gov>, Copyright Office
<cop-ad@loc.gov>, <contact@forticheprod.com>, <rayding@tencent.com>
Content-Type: multipart/alternative; boundary="000000000000d6a8ac062f8d1fde"
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: No4GWyI4cWt6ZOCLNG1c5Uwlb06KT9gynR9ee7bnPsicW8avvXFNJAxF
GoVlziqUauI6rnhB9/kn7+hK1tr1wMlw3bynRxe+fgaveYv4DUKHQNsDxj8qzy5tQVAs/Rz
xGyX/NC7sAryya8HLhL2coKBZwTTQPU77DQ/fzC9p5OaLU92dgWJ1R9DWMw9C2AFKW7/+IU
afhvxvsalKslx3FpnKloHNJfMEvV2RyOyMT8wWErsB74kIOSMkjrDolMX1Bl9QTZwsuIecn
JwYYUiJvCbn2EqzyGdavChiFlVCjeLPBALpi004luXC1BsvYOg8baNF/om5bSNioN8ZiYvY
uoOBVZwDy2ET2PtQX9eSQx8v75etqO+wd8X1tQs8R18biDODYZ0fBY4TkTbLNbAYD8qwgTZ
G240AVNFrqo6rqINwJtZALZaSTvLDw9/kQom0jYuZSkL1oHL0Tz5YvroPnE2c+E1w9B4pnp
HhnTcp4ICdbf0rw+Ikw5llZj9PvvdY8MDnx7Er3E9N+EWqNDqnXrQSRegT6vI2R3UVcAW5r
SK/hGfN2mzfUvm137QOA74r05Au1dKHDOdqfQpQhw3zwfN3NZOAvNWgDOnA3D9EpFW+L/al
uIlo4NxIWdl7on32sgeWU3vCY/dclO9KpV7/EMeO2/Gvc9AkMmzB//k08fVBKIf3vUs6dmt
WUKtWRU8uH/tSIhmfnqVP66kWoDwYjCEtubb8QeB2KEfu3Fl9Nu+r9x3bdlPyZClG15l1Tu
mYNV54ynXBtp3UBp7L5dlRmVzk2mwkQ8sutdba892r1mNtXWtwMdfabp7LFKzS0nw3Wi1vq
gZG8VlcmaX7UwOdbVN1v7ALQTpDMippIawltIg++ICQ9ksNoPwyqUZbutxPzPHuq6DRyI9j
43Z0rKqPtRLz8QYZrdqGIOsOmdvJOigQ+qxBxBWYUWn+RjcEfUgYeTKN1zTKhsh120ShAq/
LqZBkYV6QYgN0rANrtwpelrP7Iyi/TStn0hNgOkfg+AzT1UPIj+ZDJ1xQ/6AVGyWI4biHFw
RQGx8NtYMhIaF/5p9snqSTOuzL7HO1odfEj4f2cwmZvirQbI2zzkmyl4V6HHwc/wryHy7rG
A==
X-QQ-XMRINFO: OD9hHCdaPRBwq3WW+NvGbIU=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol
f-fiction.co.uk>; dkim=pass(Signatures without header.from domain, sign
atures with other domains passed) header.d=mwwolf-fiction-co-uk.2023060
1.gappssmtp.com; dmarc=fail(p=NONE sp=NONE pct=100) header.from=mwwolf-
fiction.co.uk
X-QQ-RECHKSPAM: 0
Return-Path: marc@mwwolf-fiction.co.uk

■■■■■■■■■■■■■■■■:

rayding@tencent.com

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■:

■■■■■: EX-SZ077.tencent.com

rayding@tencent.com

Remote Server returned '550 5.7.129 RESOLVER.RST.RestrictedToRecipientsPermission; not authorized to send to recipient because the sender isn't on the recipient's list of senders to accept mail from'

■■■■■:

Received: from EX-SZ097.tencent.com (10.28.6.133) by EX-SZ077.tencent.com
(10.28.6.49) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Wed, 5 Mar
2025 08:03:56 +0800
Received: from qq.com (30.171.64.36) by EX-SZ097.tencent.com (10.28.6.133)
with Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Wed, 5 Mar
2025 08:03:56 +0800
Received: from mail-lj1-f169.google.com (unknown [209.85.208.169])
by bizmx52.qq.com (NewMx) with SMTP id

for <rayding@tencent.com>; Wed, 05 Mar 2025 08:03:52 +0800
X-QQ-HITDIVERSE: none
X-BIZMAIL-ID: 11498945573537958587
X-QQ-mid: bizmx52t1741133032t1laqo7ab
Received: by mail-lj1-f169.google.com with SMTP id 38308e7fff4ca-30bbbd0ea7eso24688131fa.1
for <rayding@tencent.com>; Tue, 04 Mar 2025 16:03:54 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1741133031; x=1741737831; darn=tencent.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=k9GD6OSgAcxYkZLy6LYy9uKJu9j47SPdTd/UyZ/nTyY=;
b=1GFkowdOpXJjwdfhRITrvMOLqWMR6o+oV6SmwWiwCvsib+fH1BFoZy3p3BJ8WGpBjK
6/ykrd5suzpj1bqU6CJUx97iFVwBUVqHEgtK5AviAw0yY952iu9Hsf9edoeDRt0pTFcw
RGDcc+72+aG3SCtarTqR1X2nfTYlqaA6ratxrIXmU9JxHnIRDhGcdQnhooY7WubPAbce
ZeUGd5rbkVEo9E6CnBlv1ixJmCmfCXOXTKJkOE/QpAGLPDHjx+4q/JVyJIrHpVLeUNB/
2huXykMwEtWlos73PIqJhnFX4ILtG1O8L6VOTWOi1W0Teev1hMK8UDMyc8g0+viKH7sh
GWkg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1741133031; x=1741737831;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=k9GD6OSgAcxYkZLy6LYy9uKJu9j47SPdTd/UyZ/nTyY=;
b=vsJghfmGu/NqSZTH6Sx65p3lLxMahDfHHh9Pa7kHRhsBivZ2OQEc7JgD/KnGHJxlwm
5RCUMhse6iQlzmzoPMxmrpJtqZ93B/D0iENawvC8FRS2Vnuuu2bgmJY5WdliHyvmgJsi
pi2N+rtzcg2cW2EU6sDLYkxHeCS49KkBaGpw2OHPDfJE5L9iT/imoe5CxXFK1rwJtgYN
vcJRoZ1cuXhuddYjP6JhCnlB5w2hVvLzUb6dbVbBd8it865a46ILseIK+wz84R0NCxJR
z6wue9TqThQCg2kfifC6ClMmlI2otYvMw/2diVdkE7YUv3mxxymceR6y/9Doio5EadmV
4BHw==
X-Forwarded-Encrypted: i=1; AJvYcCWsQnrps+j6jijf8Awdd6YnVF+guomXc/uIPtMoItTeBqVCKTD99FRxkRKZaejAplmlI55Ogsmh@tencent.com
X-Gm-Message-State: AOJu0Yz2heV5YE/6dH84vHV765AgUp7iScuMoELqfKihge0LoPcOSmln
F7rKZhcKRMmWJNscbkcBXzayEuox/nclVtf3voqNWdu54794D25rHeWJN1aQmJiuJL3nyA7ZXjP
v2liDYPxDfM/WTko3qh4i6Oj4kePOsKcc3Incog==
X-Gm-Gg: ASbGncvgHnwUFoxASHEACsHpa2rW/1Jcy0tTtbXPMjd5gg8OVabjWNNEVMPDtF6sii/
OX1Fa/HMQFw5oYM5UGtMPu9POAW49x7ZUv0FhZAEQz18IEOpwGCtDYnpS+oSncxDb4/atbIe41/
WOO+FJPL2mcfkSbdx2qgCkjNIGdfs=
X-Google-Smtp-Source: AGHT+IGaBA0LQ3A7X9xEy4hWhBSUTbv1PpvKpGtPf2jP64l7UqyBA86zOZrPJg5vcOa8P2wxzRWYw40rSfQj6aURA7A=
X-Received: by 2002:a05:651c:1548:b0:30b:cceb:1e9a with SMTP id
38308e7fff4ca-30bd7a35da0mr3613541fa.14.1741133031310; Tue, 04 Mar 2025
16:03:51 -0800 (PST)
MIME-Version: 1.0
References: <CSupnZ4QSMKBrQ0pYKHX0w@geopod-ismtpd-5>
<CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
In-Reply-To: <CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Tue, 4 Mar 2025 23:42:23 +0000
X-Gm-Features: AQ5f1JoylCuguoDFS5B9j8uZx-c85H6oNmoYA07KNQX-2JO3BX9Letc810ble_k
Message-ID: <CANg9FK0rC7QqgQ3f_i-gVgMue6e7UuRDjj4tez24aNf9fjf_4w@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XVJlOiBGb3JtIFN1Ym1pc3Npb24g?=
=?UTF-8?B?LSBXZWxjb21lIFRvIFRoZSBXb2xmIFBhY2s=?=
To: "Moss, Aaron" <amoss@greenbergglusker.com>, "Lux, Andrew"
<alux@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>,
<dan.chang@riotgames.com>, <andrew.gardner@forcesemployment.org.uk>,
<cia_foia@ucia.gov>, <foipaquestions@fbi.gov>, <oigcompl@lapd.onlin>,
<hsimedia@hsi.dhs.gov>, <cacd_ecfmail@cacd.uscourts.gov>, Copyright Office
<cop-ad@loc.gov>, <contact@forticheprod.com>, <rayding@tencent.com>
Content-Type: multipart/alternative; boundary="000000000000d6a8ac062f8d1fde"
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: No4GWyI4cWt6ZOCLNG1c5Uwlb06KT9gynR9ee7bnPsicW8avvXFNJAxF
GoVlziqUauI6rnhB9/kn7+hK1tr1wMlw3bynRxe+fgaveYv4DUKHQNsDxj8qzy5tQVAs/Rz
xGyX/NC7sAryya8HLhL2coKBZwTTQPU77DQ/fzC9p5OaLU92dgWJ1R9DWMw9C2AFKW7/+IU
afhvxvsalKslx3FpnKloHNJfMEvV2RyOyMT8wWErsB74kIOSMkjrDolMX1Bl9QTZwsuIecn
JwYYUiJvCbn2EqzyGdavChiFlVCjeLPBALpi004luXC1BsvYOg8baNF/om5bSNioN8ZiYvY
uoOBVZwDy2ET2PtQX9eSQx8v75etqO+wd8X1tQs8R18biDODYZ0fBY4TkTbLNbAYD8qwgTZ
G240AVNFrqo6rqINwJtZALZaSTvLDw9/kQom0jYuZSkL1oHL0Tz5YvroPnE2c+E1w9B4pnp
HhnTcp4ICdbf0rw+Ikw5lIZj9PvvdY8MDnx7Er3E9N+EWqNDqnXrQSRegT6vI2R3UVcAW5r

SK/hGfN2mzfUvm137QOA74r05Au1dKHDOdqfQpQhw3zwfN3NZOAvNWgDOnA3D9EpFW+L/al
uIlo4NxIWdl7on32sgeWU3vCY/dclO9KpV7/EMeO2/Gvc9AkMmzB//k08fVBKIf3vUs6dmt
WUKtWRU8uH/tSIhmfnqVP66kWoDwYjCEtubb8QeB2KEfu3Fl9Nu+r9x3bdlPyZClG15l1Tu
mYNV54ynXBtp3UBp7L5dlRmVzk2mwkQ8sutdba892r1mNtXWtwMdfabp7LFKzS0nw3Wi1vq
gZG8VlcmaX7UwOdbVN1v7ALQTpDMippIawltIg++ICQ9ksNoPwyqUZbutxPzPHuq6DRyI9j
43Z0rKqPtRLz8QYZrdqGIOsOmdvJOigQ+qxBxBWYUWn+RjcEfUgYeTKN1zTKhsh120ShAq/
LqZBkYV6QYgN0rANrtwpelrP7Iyi/TStn0hNgOkfg+AzT1UPIj+ZDJ1xQ/6AVGyWI4biHFw
RQGx8NtYMhIaF/5p9snqSTOuzL7HO1odfEj4f2cwmZvirQbI2zzkmyl4V6HHwc/wryHy7rG
A==
X-QQ-XMRINFO: OD9hHCdaPRBwq3WW+NvGbIU=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol
f-fiction.co.uk>; dkim=pass(Signatures without header.from domain, sign
atures with other domains passed) header.d=mwwolf-fiction-co-uk.2023060
1.gappssmtp.com; dmarc=fail(p=NONE sp=NONE pct=100) header.from=mwwolf-
fiction.co.uk
X-QQ-RECHKSPAM: 0
Return-Path: marc@mwwolf-fiction.co.uk

Chronology of Harassment, Threats, and Intimidation

Date & Time Sender Recipient(s) Subject Content Summary Relevant Details
Nov 12, 2024 - 00:49 Unknown (via Squarespace form) Marc Wolstenholme Bomb Threat Threat to send a bomb to Marc's home address. Sent via website form from "M.W. Wolf's Megaverse". Email address used: "hah@haha.com". Explicit criminal threat that must be reported immediately.
Nov 10, 2024 - 07:00 Unknown (15kilosdecocainafina) Marc Wolstenholme Harassment, Threats, and Doxxing Threatens to post Marc's and his daughter's personal information unless he stops engaging with Arcane fans. Sent from "15kilosdecocainafina@e9mail.com". Includes Marc's full address and references legal battles. Mentions Judge Kevin C. Brazile and the Stanley Mosk Courthouse.
Nov 14, 2024 - 17:57 Unknown (via Squarespace form) Marc Wolstenholme Explicit Blackmail & Threat of AI Child Exploitation Threatens to create AI-generated explicit materials of Marc's daughter and distribute them unless he posts a public apology. Sent from "ihaveyoursinstagram@a.com". This is a serious crime under UK and international laws and must be reported immediately.
Nov 16, 2024 - 02:31 Unknown (via Squarespace form) Marc Wolstenholme Potential Entrapment Attempt & Bribery Implication Claims to have access to Arcane's art direction bible and offers to sell it to Marc for $10,000. Sent from "ThibautGranet3dArt@live.com". Could be an attempt to entrap Marc into an illegal transaction or discredit him.
Nov 2, 2024 - 19:01 Unknown (via Squarespace form) Marc Wolstenholme Personal Attack on Marc's Parental Rights Mocks Marc, claiming family court "took his daughter" and calls him "deranged." Sent from "lmao@mlao.com". Highly personal attack targeting Marc's family situation.
Nov 22, 2024 - 01:33 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Professional Discrediting Claims Marc's post about Arcane's production timeline shows ignorance of animation. Insults his credibility as a creator. Sent from "GobelinsAnimator@france.com". Claims to be a Gobelins teacher, attempts to undermine Marc's professional standing.
Nov 22, 2024 - 01:37 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Legal Intimidation Challenges Marc's claim about his writing being used in LA writing rooms, warning that "lying in court" is a criminal offense. Sent from "kevinbrazille@LAcourt.com". Impersonates an official figure (Judge Kevin Brazile), falsely implying legal consequences.
Dec 14, 2024 - 15:11 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Psychological Gaslighting Mocks Marc's mental health, follower count, and artistic abilities, suggesting he is irrelevant and delusional. Sent from "yehase6973@datingel.com". Attempt to diminish Marc's credibility and mental well-being.
Dec 23, 2024 - 22:26 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Accusations of Racism Accuses Marc of harassing Arcane fans and aligning with racist individuals on Twitter. Sent from " liuofmeat@jmil.com". Attempts to discredit Marc's public stance and frame him as a controversial figure.
Dec 28, 2024 - 15:09 Unknown (via Squarespace form) Marc Wolstenholme

Harassment & Online Mockery Mocks Marc for allegedly being ignored on Twitter and banned from a Reddit community, calling him "cringe." Sent from "laughin@me.com". Attempts to humiliate Marc for his online activity and social rejection.
Jan 5, 2025 - 08:37 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Accusations of Bot Use Claims Marc is lying about his tweet engagement, accusing him of using bots and being a "parasite" on other artists. Sent from "liarliar@lies.com". Attempts to discredit Marc's reach and engagement on social media.
Jan 5, 2025 - 14:39 Unknown (via Squarespace form) Marc Wolstenholme Harassment, Character Assassination & Accusations of Bigotry Accuses Marc of being transphobic, right-wing, racist, using AI to harm artists, and harassing female creators. Claims he is stealing from real artists for clout. Sent from "council@game.com.uk". Attempt to smear Marc's reputation and paint him as an aggressor rather than a victim.
Jan 12, 2025 - 01:25 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Online Stalking Mocks Marc for being suspended from Twitter, implying they actively follow him and enjoy his suffering. Asks if there's another account to follow his "delusions." Sent from "M.W.Wolf@we.com". Indicates that the sender is tracking Marc's online activity and reveling in his perceived downfall.

On Tue, 4 Mar 2025 at 23:02, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

>
>
> *Complaint to the Los Angeles Police Department (LAPD) and Riot Games
> Regarding Harassment and Witness IntimidationTo:*
> Los Angeles Police Department (LAPD) – Office of the Inspector General
> (OIG)
> Riot Games Legal Department
>
> Subject: Formal Complaint Regarding Harassment and Witness Intimidation
> Related to Ongoing Legal Proceedings
> Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant
> Authorities,
> I am filing a formal complaint regarding harassment, intimidation, and
> potential witness tampering related to my ongoing lawsuit against Riot
> Games, Inc. The harassment is directly linked to my legal proceedings and
> appears to be an attempt to intimidate me as the Plaintiff.
>
> 1. Nature of the Threat and Harassment
> On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that
> these proceedings were progressing to a full jury trial, I received a
> threatening and harassing email, which I believe is meant to intimidate,
> through my website's form submission system. The email, which I have
> attached in full, states:
>
> "hey guess what? I just contacted Aaron J. Moss and Lux and sent them all
> the screenshots I had saved of you offering money in exchange of 'proof';
> which, as you know since you tried to delete them, is illegal :)"
>
> This email is clearly intended to intimidate me as a litigant in a federal
> case against Riot Games.
>
> 2. Evidence Suggesting Riot Games' Involvement
> Only Riot Games and its legal representatives, Aaron J. Moss and Andrew
> Lux, were aware of the procedural details of my case. Moreover, Andrew Lux
> is a new addition to Riot Legal on this case, only joining for the Joint 26
> (F) report on the 13th of February 2025, just two and a half weeks ago.
> Thus it has to be from someone at Riot Games. My guess is that its either
> Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before
> and works for Riot as an Associate Art Director on VALORANT. He seems to
> have a obsession with guns and weapons.
> The email specifically references Riot's attorneys, indicating insider
> knowledge.

> This coincides with a critical legal milestone, as my case was recently
> confirmed for a jury trial.
> Given these factors, it is reasonable to suspect that this harassment was
> either directly orchestrated or encouraged by individuals with knowledge of
> the case from Riot Games or their associates.
> This isn't a one off, I've had much hate mail, online abuse and threats
> from Riot employees, fortiche production, and the wider toxic and
> radicalised community they foster.
> Since talking out about Riot's alleged theft, I have received much hate
> mail, including a bomb threat to my home, gaslighting, and I've been
> discriminated against. My 5 year old daughter has been targeted with
> threats of sending AI child porn of her to her school and to her mother.
> I've been called many names.
> The things being said and sent over emails to my website, from both Riot
> and Fortiche and from the unhealthy, toxic and dangerous community Riot
> fosters, are perceived to be horrendous, retaliatory and threatening. Most
> of it is directed at my mental health and PTSD, gaslighting, telling me
> that I'm mad, presenting all kinds of fake timelines dating back to 2012,
> threatening to steal more and calling me a Transphobic Racist Loser, as
> well as Christian Linke condoning murder on X, saying that Fortiche should
> bring back the guillotine. This is all bad, but the worst is targeting of
> my daughter. One of the hate mail emails said, "this is why family court
> took your daughter lmao you are deranged af."
> I will attach a list of the emails and comments in due course. I will also
> find out the location of the IP the email was sent from within the next
> week or so.
>
> 3. Legal Concerns – Potential Criminal Conduct
> A. Witness Intimidation (18 U.S. Code § 1512)
> Attempting to threaten, harass, or intimidate a party in an ongoing legal
> case is a federal offense.
> If this email was sent at Riot Games' direction or with their
> encouragement, it constitutes witness intimidation and obstruction of
> justice.
> B. Cyber Harassment (California Penal Code § 653.2)
> Unwanted and targeted electronic communication that causes fear, distress,
> or harm qualifies as cyber harassment under California law.
> C. Retaliation Against a Party in Legal Proceedings
> If Riot Games, its legal representatives, or affiliated individuals
> orchestrated or encouraged this harassment, they could be held liable for
> retaliatory behavior against a Plaintiff.
> 4. Formal Requests & Next Steps
> To the LAPD & OIG:
>
> I request that this incident be officially investigated as harassment and
> potential witness intimidation.
> I am prepared to provide all digital records, including timestamps, IP
> logs (if accessible), and additional communications related to this threat.
> To Riot Games & Their Legal Team:
>
> I demand an immediate internal investigation into whether Riot Games
> employees, representatives, or community members were involved in this
> harassment.
> I request a formal response within 7 days, clarifying whether Riot Games
> had any involvement in, knowledge of, or encouraged communication of this
> nature.
> If Riot Games denies responsibility, I demand that they publicly denounce
> any such harassment and take steps to prevent further intimidation.
> 5. Legal Consequences if This Behavior Continues
> Should any further harassment, threats, or intimidation occur, I will be
> taking the following actions:
>
> Filing a criminal complaint with federal authorities regarding witness
> intimidation and obstruction of justice.
> Filing a separate civil action against Riot Games if evidence emerges
> linking them to this harassment.

> Seeking court intervention to issue protective measures and impose
> sanctions on Riot Games if they are found to be complicit.
> This pattern of intimidation and harassment will not be tolerated. I
> expect Riot Games and its legal team to act responsibly and in good faith
> by ensuring that no further threats or harassment occur against me as the
> Plaintiff in this case.
>
> Please confirm receipt of this complaint and your intended course of
> action.
>
> Sincerely,
> Marc Wolstenholme
> Plaintiff, Pro Se
> March 4th, 2025.
>
> ---------- Forwarded message ---------
> From: Squarespace <form-submission@squarespace.info>
> Date: Tue, 4 Mar 2025 at 22:21
> Subject: Form Submission - Welcome To The Wolf Pack
> To: <marc@mwwolf-fiction.co.uk>
>
>
> *Email:* heyguesswhat@gmill.com, accepts marketing: false
>
> *Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and
> sent them all the screenshots I had saved of you offering money in exchange
> of "proof"; which, as you know since you tried to delete them, is illegal :)
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://www.mwwolf-fiction.co.uk>*
>
> *Email:* heyguesswhat@gmill.com, accepts marketing: false
>
> *Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and
> sent them all the screenshots I had saved of you offering money in exchange
> of "proof"; which, as you know since you tried to delete them, is illegal :)
>
> Manage Submissions
> <https://www.mwwolf-fiction.co.uk/config/contacts/form-link/f829e66f-d0d4-450a-ae4e-49b776f51ca7>
>
> Does this submission look like spam? Report it here.
> <https://www.squarespace.com/report-spam?formSubmissions=f829e66f-d0d4-450a-ae4e-49b776f51ca7&formOwningEntityId=65eb1db03639b
b52d877e350>
>

Chronology of Harassment, Threats, and Intimidation
Date & Time Sender Recipient(s) Subject Content Summary Relevant Details
Nov 12, 2024 - 00:49 Unknown (via Squarespace form) Marc Wolstenholme Bomb Threat Threat to send a bomb to Marc's home address. Sent via website form from "M.W. Wolf's Megaverse". Email address used: "hah@haha.com". Explicit criminal threat that must be reported immediately.
Nov 10, 2024 - 07:00 Unknown (15kilosdecocainafina) Marc Wolstenholme Harassment, Threats, and Doxxing Threatens to post Marc's and his daughter's personal information unless he stops engaging with Arcane fans. Sent from "15kilosdecocainafina@e9mail.com". Includes Marc's full address and references legal battles. Mentions Judge Kevin C. Brazile and the Stanley Mosk Courthouse.
Nov 14, 2024 - 17:57 Unknown (via Squarespace form) Marc Wolstenholme Explicit Blackmail & Threat of AI Child Exploitation Threatens to create AI-generated explicit materials of Marc's daughter and distribute them unless he posts a public apology. Sent from "ihaveyoursinstagram@a.com". This is a serious crime under UK and international laws and must be reported immediately.
Nov 16, 2024 - 02:31 Unknown (via Squarespace form) Marc Wolstenholme Potential Entrapment Attempt & Bribery Implication Claims to have access to Arcane's art direction bible and offers to sell it to Marc for $10,000. Sent from "ThibautGranet3dArt@live.com". Could be an attempt to entrap Marc into an illegal transaction or discredit him.
Nov 2, 2024 - 19:01 Unknown (via Squarespace form) Marc Wolstenholme Personal Attack on Marc's Parental Rights Mocks Marc, claiming family court "took his daughter" and calls him "deranged." Sent from "lmao@mlao.com". Highly personal attack targeting Marc's family situation.
Nov 22, 2024 - 01:33 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Professional Discrediting Claims Marc's post about Arcane's production timeline shows ignorance of animation. Insults his credibility as a creator. Sent from "GobelinsAnimator@france.com". Claims to be a Gobelins teacher, attempts to undermine Marc's professional standing.
Nov 22, 2024 - 01:37 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Legal Intimidation Challenges Marc's claim about his writing being used in LA writing rooms, warning that "lying in court" is a criminal offense. Sent from "kevinbrazille@LAcourt.com". Impersonates an official figure (Judge Kevin Brazile), falsely implying legal consequences.
Dec 14, 2024 - 15:11 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Psychological Gaslighting Mocks Marc's mental health,

follower count, and artistic abilities, suggesting he is irrelevant and delusional. Sent from "yehase6973@datingel.com". Attempt to diminish Marc's credibility and mental well-being.
Dec 23, 2024 - 22:26 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Accusations of Racism Accuses Marc of harassing Arcane fans and aligning with racist individuals on Twitter. Sent from "liuofmeat@jmil.com". Attempts to discredit Marc's public stance and frame him as a controversial figure.
Dec 28, 2024 - 15:09 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Online Mockery Mocks Marc for allegedly being ignored on Twitter and banned from a Reddit community, calling him "cringe." Sent from "laughin@me.com". Attempts to humiliate Marc for his online activity and social rejection.
Jan 5, 2025 - 08:37 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Accusations of Bot Use Claims Marc is lying about his tweet engagement, accusing him of using bots and being a "parasite" on other artists. Sent from "liarliar@lies.com". Attempts to discredit Marc's reach and engagement on social media.
Jan 5, 2025 - 14:39 Unknown (via Squarespace form) Marc Wolstenholme Harassment, Character Assassination & Accusations of Bigotry Accuses Marc of being transphobic, right-wing, racist, using AI to harm artists, and harassing female creators. Claims he is stealing from real artists for clout. Sent from "council@game.com.uk". Attempt to smear Marc's reputation and paint him as an aggressor rather than a victim.
Jan 12, 2025 - 01:25 Unknown (via Squarespace form) Marc Wolstenholme Harassment & Online Stalking Mocks Marc for being suspended from Twitter, implying they actively follow him and enjoy his suffering. Asks if there's another account to follow his "delusions." Sent from "M.W.Wolf@we.com". Indicates that the sender is tracking Marc's online activity and reveling in his perceived downfall.

On Tue, 4 Mar 2025 at 23:02, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Complaint to the Los Angeles Police Department (LAPD) and Riot Games Regarding Harassment and Witness Intimidation
To:
Los Angeles Police Department (LAPD) – Office of the Inspector General (OIG)
Riot Games Legal Department

Subject: Formal Complaint Regarding Harassment and Witness Intimidation Related to Ongoing Legal Proceedings
Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant Authorities,
I am filing a formal complaint regarding harassment, intimidation, and potential witness tampering related to my ongoing lawsuit against Riot Games, Inc. The harassment is directly linked to my legal proceedings and appears to be an attempt to intimidate me as the Plaintiff.

1. Nature of the Threat and Harassment
On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that these proceedings were progressing to a full jury trial, I received a threatening and harassing email, which I believe is meant to intimidate, through my website's form submission system. The email, which I have attached in full, states:

"hey guess what? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of 'proof'; which, as you know since you tried to delete them, is illegal :)"

This email is clearly intended to intimidate me as a litigant in a federal case against Riot Games.

2. Evidence Suggesting Riot Games' Involvement
Only Riot Games and its legal representatives, Aaron J. Moss and Andrew Lux, were aware of the procedural details of my case. Moreover, Andrew Lux is a new addition to Riot Legal on this case, only joining for the Joint 26 (F) report on the 13th of February 2025, just two and a half weeks ago. Thus it has to be from someone at Riot Games. My guess is that its either Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before and works for Riot as an Associate Art Director on VALORANT. He seems to have a obsession with guns and weapons.
The email specifically references Riot's attorneys, indicating insider knowledge.
This coincides with a critical legal milestone, as my case was recently confirmed for a jury trial.
Given these factors, it is reasonable to suspect that this harassment was either directly orchestrated or encouraged by individuals with knowledge of the case from Riot Games or their associates.
This isn't a one off, I've had much hate mail, online abuse and threats from Riot employees, fortiche production, and the wider toxic and radicalised community they foster.
Since talking out about Riot's alleged theft, I have received much hate mail, including a bomb threat to my home, gaslighting, and I've been discriminated against. My 5 year old daughter has been targeted with threats of sending AI child porn of her to her school and to her mother. I've been called many names.
The things being said and sent over emails to my website, from both Riot and Fortiche and from the unhealthy, toxic and dangerous community Riot fosters, are perceived to be horrendous, retaliatory and threatening. Most of it is directed at my mental health and PTSD, gaslighting, telling me that I'm mad, presenting all kinds of fake timelines dating back to 2012, threatening to steal more and calling me a Transphobic Racist Loser, as well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af."
I will attach a list of the emails and comments in due course. I will also find out the location of the IP the email was sent from within the next week or so.

3. Legal Concerns – Potential Criminal Conduct
A. Witness Intimidation (18 U.S. Code § 1512)
Attempting to threaten, harass, or intimidate a party in an ongoing legal case is a federal offense.
If this email was sent at Riot Games' direction or with their encouragement, it constitutes witness intimidation and obstruction of justice.
B. Cyber Harassment (California Penal Code § 653.2)
Unwanted and targeted electronic communication that causes fear, distress, or harm qualifies as cyber harassment under California law.
C. Retaliation Against a Party in Legal Proceedings
If Riot Games, its legal representatives, or affiliated individuals orchestrated or encouraged this harassment, they could be held liable for retaliatory behavior against a Plaintiff.
4. Formal Requests & Next Steps
To the LAPD & OIG:

I request that this incident be officially investigated as harassment and potential witness intimidation.
I am prepared to provide all digital records, including timestamps, IP logs (if accessible), and additional communications related to this threat.
To Riot Games & Their Legal Team:

I demand an immediate internal investigation into whether Riot Games employees, representatives, or community members were involved in this harassment.
I request a formal response within 7 days, clarifying whether Riot Games had any involvement in, knowledge of, or encouraged communication of this nature.
If Riot Games denies responsibility, I demand that they publicly denounce any such harassment and take steps to prevent further intimidation.
5. Legal Consequences if This Behavior Continues
Should any further harassment, threats, or intimidation occur, I will be taking the following actions:

Filing a criminal complaint with federal authorities regarding witness intimidation and obstruction of justice.
Filing a separate civil action against Riot Games if evidence emerges linking them to this harassment.
Seeking court intervention to issue protective measures and impose sanctions on Riot Games if they are found to be complicit.
This pattern of intimidation and harassment will not be tolerated. I expect Riot Games and its legal team to act responsibly and in good faith by ensuring that no further threats or harassment occur against me as the Plaintiff in this case.

Please confirm receipt of this complaint and your intended course of action.

Sincerely,
Marc Wolstenholme
Plaintiff, Pro Se
March 4th, 2025.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 4 Mar 2025 at 22:21
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Manage Submissions

Does this submission look like spam? Report it here.

### Message 80 of 593

| | |
|---|---|
| **Date** | Tue, 04 Mar 2025 16:06:45 -0800 (PST) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <67c79595.050a0220.ed5c3.1b82.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to oigcompl@lapd.onlin because the domain lapd.onlin couldn't be found. Check for typos or unnecessary spaces and try again.

Learn more here: https://support.google.com/mail/?p=BadRcptDomain

The response was:

DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN
Domain name not found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain

Address not found

Your message wasn't delivered to oigcompl@lapd.onlin because the domain lapd.onlin couldn't be found. Check for typos or unnecessary spaces and try again.

LEARN MORE

The response was:

DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN
Domain name not found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain

## Message 81 of 593

| | |
|---|---|
| **Date** | Wed, 05 Mar 2025 00:06:48 +0000 |
| **From** | contact <contact+noreply@forticheprod.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | Re: Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0000000000005eb419062f8d2a73@google.com> |

Bonjour,

Nous accusons bonne réception de votre message. Avant toute chose, nous vous remercions de l'intérêt porté à Fortiche.

Si vous nous contactez pour :

- un avis, une remarque ou un message aux équipes d'Arcane, merci pour vos messages encourageants ! :)
- une candidature, merci de remplir le formulaire (http://job.forticheprod.com)
- une question concernant nos recrutements, merci d'envoyer votre message à job@forticheprod.com
- une demande presse/communication, merci d'adresser votre message à communication@forticheprod.com
- nous soumettre un projet : veuillez noter que nous ne sommes pas en recherche active de nouveaux projets actuellement.

Si toutefois, vous souhaitez vraiment nous parler de votre projet, merci de remplir ce formulaire :
https://docs.google.com/forms/d/1xUvgEktM8ik3tAZjTe4x1DCpUWEahJnfj4B08kOWAMM
Nous reviendrons vers vous dès que cela nous sera possible. Si vous n'avez pas de réponse de notre part d'ici 3 mois, c'est que nous ne pourrons malheureusement pas donner suite à votre demande.

- Tout autre demande, l'équipe concernée reviendra vers vous dès que possible.

Merci beaucoup !
L'équipe Fortiche Production

--------------------------------------------------------------------------------

Hello,

We confirm receipt of your message. First of all, we thank you for your interest in Fortiche.

If you contact us for :

- sending a "congratulations" message to the Arcane teams : thank you, we love them ! :)
- a job opportunity, please fill in the application form (http://job.forticheprod.com)
- a question about our recruitment, please send your message to job@forticheprod.com
- a press/communication request, please send your message to communication@forticheprod.com
- to submit a project, please note that we are not currently seeking new projects.

However, if you really want to share your project with us, please fill out this form: https://forms.gle/ucv8jhixWeiuLBpj7
We will get back to you as soon as we can. If you do not hear from us within 3 months, we will unfortunately not be able to proceed with your request.

- for any other reason, the according team will get back to you as soon as possible.

Thank you!
The Fortiche Production team

### Message 82 of 593

| | |
|---|---|
| **Date** | Wed, 5 Mar 2025 08:06:51 +0800 |
| **From** | <postmaster@tencent.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | [redacted]: [Internet]Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9b3e1cb4-4a19-42be-9781-8a0cf07907d5@EX-SZ077.tencent.com> |

[redacted]:

rayding@tencent.com<mailto:rayding@tencent.com>
[redacted]

[redacted]:

[redacted]: EX-SZ077.tencent.com

rayding@tencent.com
Remote Server returned '550 5.7.129 RESOLVER.RST.RestrictedToRecipientsPermission; not authorized to send to recipient because the sender isn't on the recipient's list of senders to accept mail from'

[redacted]:

Received: from EX-SZ097.tencent.com (10.28.6.133) by EX-SZ077.tencent.com
(10.28.6.49) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Wed, 5 Mar
2025 08:06:50 +0800
Received: from qq.com (30.171.64.36) by EX-SZ097.tencent.com (10.28.6.133)
with Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Wed, 5 Mar
2025 08:06:50 +0800
Received: from mail-lf1-f51.google.com (unknown [209.85.167.51])
by bizmx67.qq.com (NewMx) with SMTP id
for <rayding@tencent.com>; Wed, 05 Mar 2025 08:06:46 +0800
X-QQ-HITDIVERSE: none
X-QQ-XMRINFO: MSVp+SPm3vtS1Vd6Y4Mggwc=
X-BIZMAIL-ID: 9358968423406633634
X-QQ-mid: bizmx67t1741133206tbd6pdp9p
Received: by mail-lf1-f51.google.com with SMTP id 2adb3069b0e04-54965898051so2875567e87.2
for <rayding@tencent.com>; Tue, 04 Mar 2025 16:06:48 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1741133205; x=1741738005; darn=tencent.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=anzpP3HeHFEsk21BD6Cj4xYsaTXEUFXXsq8XHCly4WY=;
b=jii187ALrRXM2/8Qhqj8koR634zS2gzyyeG+KVATUtsl53ge4JGwWmErAbPvYHukme
sXIx7naTs0BiO4ZwTabcIfbBdn6YOup4TyuypFYQN0MEgGp0x3Eo6Hro6VArqIhvbXRO
ZTgN/Ycy1dYQ68vmM44EN48WXFHWJAxxgk+X0e99wE8i9V+09mjBlrs7BHiKAzf1szNA
Bg5NKZt24BfWpoKO6bgM09zrjrsC0bU6I6zyFlhNrKQR3rnfyID01ft7IEn377bLyat/
PkY4yjyGOkm5QHTVVI9u6/eSLcH+c09Zvr6qCG9OoqFK/LoDQe6gbIqwe8bNiSBPWzbK
oakw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1741133205; x=1741738005;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=anzpP3HeHFEsk21BD6Cj4xYsaTXEUFXXsq8XHCly4WY=;
b=OdoffJQJxm6mmwys8O96z2Iy3IkGri+AbLpgcUeIu8wELNFGOOQ7jBRBzR/No05AK+
GAMVjmd6TKejzQrF80XWtTx9va7LjQ44W0MEv+kDIEr+UqWwCx8RXHXXTt0X762L76+i
GLv05wt7UkkJH//FbodRuQB5/km7ORJTOIleN3/5anpqRY1iSI2QQgNC7VdtrPSmQ0Hi
4OxKXFL/TkWgWru4mmUBcE2MTvkeOvq46KilS5mnlGfOJudwk7G1WJ1oRHgBIMUn/DkS
s5bWTL5l4fLf3JYg+Fcwz+vV39NYsuKcUq49+g8wfbwYlCNp3NMTh1LBxoT7lMO8gbkr
qCIg==
X-Forwarded-Encrypted: i=1; AJvYcCXuUQ8SqbzpLoRvA0+DDU6cR4ntdbO9dV6w6B861GUiPsgPH+lNk1bhALp96zJHb6ibl+jsu5yj@tencent.com
X-Gm-Message-State: AOJu0Yy/JIXewUftzsYA3WYD8EI2PUt7BdvyZEDJG3i5/wsdr4JLHQND
FYStXXPnvWdiw8K0ySvaO8Z8qkW6q6+PZc+5vcZ+1Zb8ctw9+RyC8FlDRrmT7HqRdM4YhO9euAh
Kc5w7AkLbg9zD6dK+aGtrpKk3oC8whceyc8t8iQ==
X-Gm-Gg: ASbGncuVbQyabM+EWux6w2XInF1Qdo4krvuDG//g1TeeSSSemBD9GuzWPOP8hXGcmgr
8ObwnA3N9Erp8eBVOcnRDRkJSVnoEU7+MaXrBJANfJAMHY//qb+D9QzcAZHj8RLyfApaDLRrShN
rQRi3FK21OK0Qjl41BMnDfbCua6/M=
X-Google-Smtp-Source: AGHT+IHyrrOmkY/yB2tK4Gb5fgbT+LNS7uqsZqp/fEurfjIhreYniUcWYo8oGUZSawFhsKUmexQS1i87h7P/N9H/cgg=

X-Received: by 2002:a05:6512:304e:b0:545:e19:ba24 with SMTP id
2adb3069b0e04-5497d37e371mr439490e87.48.1741133204384; Tue, 04 Mar 2025
16:06:44 -0800 (PST)
MIME-Version: 1.0
References: <CSupnZ4QSMKBrQ0pYKHX0w@geopod-ismtpd-5>
<CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
In-Reply-To: <CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Tue, 4 Mar 2025 23:45:16 +0000
X-Gm-Features: AQ5f1JpzBxUzfp6n_OOdIDn89DSSv9wzTppKROMP3JTfnHkJ2CgNUx8gPFmMMK4
Message-ID: <CANg9FK2=-su0dM=D5oMrp=Divri2PE1yJ0cfjxpM9wt9Md-JRg@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XVJlOiBGb3JtIFN1Ym1pc3Npb24g?=
=?UTF-8?B?LSBXZWxjb21lIFRvIFRoZSBXb2xmIFBhY2s=?=
To: "Moss, Aaron" <amoss@greenbergglusker.com>, "Lux, Andrew"
<alux@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>,
<dan.chang@riotgames.com>, <andrew.gardner@forcesemployment.org.uk>,
<cia_foia@ucia.gov>, <foipaquestions@fbi.gov>, <oigcompl@lapd.onlin>,
<hsimedia@hsi.dhs.gov>, <cacd_ecfmail@cacd.uscourts.gov>, Copyright Office
<cop-ad@loc.gov>, <contact@forticheprod.com>, <rayding@tencent.com>
Content-Type: multipart/mixed; boundary="00000000000027a3c0062f8d2a6d"
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: MartTelnFxiScInpUQBw9xi6HEgZex/Sgpvk+GhROMXV7mukZsCQvnXQ
gzKSyhk4mivtZ76W6Gds1M52QYsxsNbHwkexD/Rxvscx8f211FaDS89ess+fz+PUOb/oEwe
7N7Swqb2aUEg5TwZkmbS3/TK4hyFUUiJMNWURjNVjTvyOfv83NWmEbQxK6ohNw/mjHj4eEH
WdHkdXTmf69LCr79ayBlfJjLn2nD/vLD+Tp6c/fBqTmt3iS8aVMlaSWb17QAfFiuC2BACdS
wBm0J1Zg/jTBKukD7cDMuytk8GhN8UEp16VmKXv/aCewm/AKvB3SIT+d5j7AQI1+ql/lJm4
MHUCAus978ZKCraPeUf2xFpBQVcnjz8Prj0zranpk7vPono7uyX/VroKBFMqg8JVIFfANH5
yEYGkP8uCu+eqUdqYpvZAL4VnslRWVYfM/rM/y+S0iGKuNh/L96wCHbXqIcxFsovrTF9jbp
BY8c4t8Hs03yGOL+iLzEF5JpPLFfOStoeyq75jlriLwzuFWQpVqU/1sE8Rc3cfYHAQUepNr
TdpatA/QK4gxZIBWqUFuHHgf0UfCWrZfGTin7BfAyJapocjbODIxQvR88xLaTP9Y1kOwu3/
Wd8+3z1Mhk2NDqfslY+hpMNRzgcf4P/DwY4O3iPUwX5Ko0CkbJugWexCzMGXeDwKRaBzBU5
Zu62w4zlvykwoF1JaWp3D4Gb5c9XlSU518F3iHsceLM7wzHlxW4GsKkqvHJT6On/8A3nZPg
sCfl+dCmpcVjnLzIrm6tfoUS5HfLJm4xO1GMYqDXSSPZ4cTHIqNZCROwjY/dbINtSmlP+AF
xbl6Gu/N9RVO+jCJYk189W/+0vYIOOkAi6jYjfSQMHmyDurABfTCU5k4ovrrqxmV4xcMV1c
wKn4BHtR/GMNuZwR2/+P6bEtzTbBvtIqWOm2VeX9PZ1avXoDbt7L9SB4okK8ndoWAkpQb0B
GBMZaSxWOxB+d26miRTHZ/OWZnwPLJlVXYRfdyNvl0CYKUztSNr8Nu8BhF4Z9mbg7Wbo6gf
1phyUPigcdtF3pI/b79K/yS7St0Cul0IJV6u/S5CpexeDABgrKP01OGK8M+O68zehCdLmdz
+ixNo1eHNrGMQbmq5aCXYRG/5DUk2MAbE9uepkD5Y/aFsVf2RXY0dX70C2xfimHb7/VmG3S
reC1OK+h9BXP2guJEtR7xd+wSMhbGEzJrlPE14PZubywwLs=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol
f-fiction.co.uk>; dkim=pass(Signatures without header.from domain, sign
atures with other domains passed) header.d=mwwolf-fiction-co-uk.2023060
1.gappssmtp.com; dmarc=fail(p=NONE sp=NONE pct=100) header.from=mwwolf-
fiction.co.uk
X-QQ-RECHKSPAM: 0
Return-Path: marc@mwwolf-fiction.co.uk

■■■■■■■■■■■■■■■:

rayding@tencent.com

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■:

■■■■■: EX-SZ077.tencent.com

rayding@tencent.com

Remote Server returned '550 5.7.129 RESOLVER.RST.RestrictedToRecipientsPermission; not authorized to send to recipient because the sender isn't on the recipient's list of senders to accept mail from'

■■■■■:

Received: from EX-SZ097.tencent.com (10.28.6.133) by EX-SZ077.tencent.com
(10.28.6.49) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Wed, 5 Mar
2025 08:06:50 +0800
Received: from qq.com (30.171.64.36) by EX-SZ097.tencent.com (10.28.6.133)
with Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Wed, 5 Mar
2025 08:06:50 +0800
Received: from mail-lf1-f51.google.com (unknown [209.85.167.51])

by bizmx67.qq.com (NewMx) with SMTP id
for <rayding@tencent.com>; Wed, 05 Mar 2025 08:06:46 +0800
X-QQ-HITDIVERSE: none
X-QQ-XMRINFO: MSVp+SPm3vtS1Vd6Y4Mggwc=
X-BIZMAIL-ID: 9358968423406633634
X-QQ-mid: bizmx67t1741133206tbd6pdp9p
Received: by mail-lf1-f51.google.com with SMTP id 2adb3069b0e04-54965898051so2875567e87.2
for <rayding@tencent.com>; Tue, 04 Mar 2025 16:06:48 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1741133205; x=1741738005; darn=tencent.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=anzpP3HeHFEsk21BD6Cj4xYsaTXEUFXXsq8XHCly4WY=;
b=jii187ALrRXM2/8Qhqj8koR634zS2gzyyeG+KVATUtsl53ge4JGwWmErAbPvYHukme
sXIx7naTs0BiO4ZwTabcIfbBdn6YOup4TyuypFYQN0MEgGp0x3Eo6Hro6VArqIhvbXRO
ZTgN/Ycy1dYQ68vmM44EN48WXFHWJAxxgk+X0e99wE8i9V+09mjBlrs7BHiKAzf1szNA
Bg5NKZt24BfWpoKO6bgM09zrjrsC0bU6I6zyFlhNrKQR3rnfyID01ft7IEn377bLyat/
PkY4yjyGOkm5QHTVVI9u6/eSLcH+c09Zvr6qCG9OoqFK/LoDQe6gbIqwe8bNiSBPWzbK
oakw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1741133205; x=1741738005;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=anzpP3HeHFEsk21BD6Cj4xYsaTXEUFXXsq8XHCly4WY=;
b=OdoffJQJxm6mmwys8O96z2Iy3IkGri+AbLpgcUeIu8wELNFGOOQ7jBRBzR/No05AK+
GAMVjmd6TKejzQrF80XWtTx9va7LjQ44W0MEv+kDIEr+UqWwCx8RXHXXTt0X762L76+i
GLv05wt7UkkJH//FbodRuQB5/km7ORJTOIleN3/5anpqRY1iSI2QQgNC7VdtrPSmQ0Hi
4OxKXFL/TkWgWru4mmUBcE2MTvkeOvq46KilS5mnlGfOJudwk7G1WJ1oRHgBIMUn/DkS
s5bWTL5l4fLf3JYg+Fcwz+vV39NYsuKcUq49+g8wfbwYlCNp3NMTh1LBxoT7lMO8gbkr
qCIg==
X-Forwarded-Encrypted: i=1; AJvYcCXuUQ8SqbzpLoRvA0+DDU6cR4ntdbO9dV6w6B861GUiPsgPH+lNk1bhALp96zJHb6ibl+jsu5yj@tencent.com
X-Gm-Message-State: AOJu0Yy/JIXewUftzsYA3WYD8EI2PUt7BdvyZEDJG3i5/wsdr4JLHQND
FYStXXPnvWdiw8K0ySvaO8Z8qkW6q6+PZc+5vcZ+1Zb8ctw9+RyC8FlDRrmT7HqRdM4YhO9euAh
Kc5w7AkLbg9zD6dK+aGtrpKk3oC8whceyc8t8iQ==
X-Gm-Gg: ASbGncuVbQyabM+EWux6w2XInF1Qdo4krvuDG//g1TeeSSSemBD9GuzWPOP8hXGcmgr
8ObwnA3N9Erp8eBVOcnRDRkJSVnoEU7+MaXrBJANfJAMHY//qb+D9QzcAZHj8RLyfApaDLRrShN
rQRi3FK21OK0Qjl41BMnDfbCua6/M=
X-Google-Smtp-Source: AGHT+IHyrrOmkY/yB2tK4Gb5fgbT+LNS7uqsZqp/fEurfjIhreYniUcWYo8oGUZSawFhsKUmexQS1i87h7P/N9H/cgg=
X-Received: by 2002:a05:6512:304e:b0:545:e19:ba24 with SMTP id
2adb3069b0e04-5497d37e371mr439490e87.48.1741133204384; Tue, 04 Mar 2025
16:06:44 -0800 (PST)
MIME-Version: 1.0
References: <CSupnZ4QSMKBrQ0pYKHX0w@geopod-ismtpd-5>
<CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
In-Reply-To: <CANg9FK22+k6yQDcZ6K7mnuOorvZ0-7=fHKqikXFfqQ+fjWM8Qw@mail.gmail.com>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Tue, 4 Mar 2025 23:45:16 +0000
X-Gm-Features: AQ5f1JpzBxUzfp6n_OOdIDn89DSSv9wzTppKROMP3JTfnHkJ2CgNUx8gPFmMMK4
Message-ID: <CANg9FK2=-su0dM=D5oMrp=Divri2PE1yJ0cfjxpM9wt9Md-JRg@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XVJlOiBGb3JtIFN1Ym1pc3Npb24g?=
=?UTF-8?B?LSBXZWxjb21lIFRvIFRoZSBXb2xmIFBhY2s=?=
To: "Moss, Aaron" <amoss@greenbergglusker.com>, "Lux, Andrew"
<alux@greenbergglusker.com>, "Geller, Joshua" <jgeller@greenbergglusker.com>,
<dan.chang@riotgames.com>, <andrew.gardner@forcesemployment.org.uk>,
<cia_foia@ucia.gov>, <foipaquestions@fbi.gov>, <oigcompl@lapd.onlin>,
<hsimedia@hsi.dhs.gov>, <cacd_ecfmail@cacd.uscourts.gov>, Copyright Office
<cop-ad@loc.gov>, <contact@forticheprod.com>, <rayding@tencent.com>
Content-Type: multipart/mixed; boundary="00000000000027a3c0062f8d2a6d"
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: MartTelnFxiScInpUQBw9xi6HEgZex/Sgpvk+GhROMXV7mukZsCQvnXQ
gzKSyhk4mivtZ76W6Gds1M52QYsxsNbHwkexD/Rxvscx8f211FaDS89ess+fz+PUOb/oEwe
7N7Swqb2aUEg5TwZkmbS3/TK4hyFUUiJMNWURjNVjTvyOfv83NWmEbQxK6ohNw/mjHj4eEH
WdHkdXTmf69LCr79ayBlfJjLn2nD/vLD+Tp6c/fBqTmt3iS8aVMlaSWb17QAfFiuC2BACdS
wBm0J1Zg/jTBKukD7cDMuytk8GhN8UEp16VmKXv/aCewm/AKvB3SIT+d5j7AQI1+ql/lJm4
MHUCAus978ZKCraPeUf2xFpBQVcnjz8Prj0zranpk7vPono7uyX/VroKBFMqg8JVIFfANH5

yEYGkP8uCu+eqUdqYpvZAL4VnslRWVYfM/rM/y+S0iGKuNh/L96wCHbXqIcxFsovrTF9jbp
BY8c4t8Hs03yGOL+iLzEF5JpPLFfOStoeyq75jlriLwzuFWQpVqU/1sE8Rc3cfYHAQUepNr
TdpatA/QK4gxZIBWqUFuHHgf0UfCWrZfGTin7BfAyJapocjbODIxQvR88xLaTP9Y1kOwu3/
Wd8+3z1Mhk2NDqfslY+hpMNRzgcf4P/DwY4O3iPUwX5Ko0CkbJugWexCzMGXeDwKRaBzBU5
Zu62w4zlvykwoF1JaWp3D4Gb5c9XlSU518F3iHsceLM7wzHlxW4GsKkqvHJT6On/8A3nZPg
sCfl+dCmpcVjnLzIrm6tfoUS5HfLJm4xO1GMYqDXSSPZ4cTHIqNZCROwjY/dbINtSmlP+AF
xbl6Gu/N9RVO+jCJYk189W/+0vYIOOkAi6jYjfSQMHmyDurABfTCU5k4ovrrqxmV4xcMV1c
wKn4BHtR/GMNuZwR2/+P6bEtzTbBvtIqWOm2VeX9PZ1avXoDbt7L9SB4okK8ndoWAkpQb0B
GBMZaSxWOxB+d26miRTHZ/OWZnwPLJlVXYRfdyNvl0CYKUztSNr8Nu8BhF4Z9mbg7Wbo6gf
1phyUPigcdtF3pI/b79K/yS7St0Cul0IJV6u/S5CpexeDABgrKP01OGK8M+O68zehCdLmdz
+ixNo1eHNrGMQbmq5aCXYRG/5DUk2MAbE9uepkD5Y/aFsVf2RXY0dX70C2xfimHb7/VmG3S
reC1OK+h9BXP2guJEtR7xd+wSMhbGEzJrlPE14PZubywwLs=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol
f-fiction.co.uk>; dkim=pass(Signatures without header.from domain, sign
atures with other domains passed) header.d=mwwolf-fiction-co-uk.2023060
1.gappssmtp.com; dmarc=fail(p=NONE sp=NONE pct=100) header.from=mwwolf-
fiction.co.uk
X-QQ-RECHKSPAM: 0
Return-Path: marc@mwwolf-fiction.co.uk

Dear all, please see Table - Chronology of Harassment, Threats, and Intimidation- to add to my formal criminal complaint,

Many thanks

On Tue, 4 Mar 2025 at 23:02, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

>
>
> *Complaint to the Los Angeles Police Department (LAPD) and Riot Games
> Regarding Harassment and Witness IntimidationTo:*
> Los Angeles Police Department (LAPD) – Office of the Inspector General
> (OIG)
> Riot Games Legal Department
>
> Subject: Formal Complaint Regarding Harassment and Witness Intimidation
> Related to Ongoing Legal Proceedings
> Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant
> Authorities,
> I am filing a formal complaint regarding harassment, intimidation, and
> potential witness tampering related to my ongoing lawsuit against Riot
> Games, Inc. The harassment is directly linked to my legal proceedings and
> appears to be an attempt to intimidate me as the Plaintiff.
>
> 1. Nature of the Threat and Harassment
> On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that
> these proceedings were progressing to a full jury trial, I received a
> threatening and harassing email, which I believe is meant to intimidate,
> through my website's form submission system. The email, which I have
> attached in full, states:
>
> "hey guess what? I just contacted Aaron J. Moss and Lux and sent them all
> the screenshots I had saved of you offering money in exchange of 'proof';
> which, as you know since you tried to delete them, is illegal :)"
>
> This email is clearly intended to intimidate me as a litigant in a federal
> case against Riot Games.
>
> 2. Evidence Suggesting Riot Games' Involvement
> Only Riot Games and its legal representatives, Aaron J. Moss and Andrew
> Lux, were aware of the procedural details of my case. Moreover, Andrew Lux
> is a new addition to Riot Legal on this case, only joining for the Joint 26
> (F) report on the 13th of February 2025, just two and a half weeks ago.
> Thus it has to be from someone at Riot Games. My guess is that its either
> Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before
> and works for Riot as an Associate Art Director on VALORANT. He seems to
> have a obsession with guns and weapons.
> The email specifically references Riot's attorneys, indicating insider

> knowledge.
> This coincides with a critical legal milestone, as my case was recently
> confirmed for a jury trial.
> Given these factors, it is reasonable to suspect that this harassment was
> either directly orchestrated or encouraged by individuals with knowledge of
> the case from Riot Games or their associates.
> This isn't a one off, I've had much hate mail, online abuse and threats
> from Riot employees, fortiche production, and the wider toxic and
> radicalised community they foster.
> Since talking out about Riot's alleged theft, I have received much hate
> mail, including a bomb threat to my home, gaslighting, and I've been
> discriminated against. My 5 year old daughter has been targeted with
> threats of sending AI child porn of her to her school and to her mother.
> I've been called many names.
> The things being said and sent over emails to my website, from both Riot
> and Fortiche and from the unhealthy, toxic and dangerous community Riot
> fosters, are perceived to be horrendous, retaliatory and threatening. Most
> of it is directed at my mental health and PTSD, gaslighting, telling me
> that I'm mad, presenting all kinds of fake timelines dating back to 2012,
> threatening to steal more and calling me a Transphobic Racist Loser, as
> well as Christian Linke condoning murder on X, saying that Fortiche should
> bring back the guillotine. This is all bad, but the worst is targeting of
> my daughter. One of the hate mail emails said, "this is why family court
> took your daughter lmao you are deranged af."
> I will attach a list of the emails and comments in due course. I will also
> find out the location of the IP the email was sent from within the next
> week or so.
>
> 3. Legal Concerns – Potential Criminal Conduct
> A. Witness Intimidation (18 U.S. Code § 1512)
> Attempting to threaten, harass, or intimidate a party in an ongoing legal
> case is a federal offense.
> If this email was sent at Riot Games' direction or with their
> encouragement, it constitutes witness intimidation and obstruction of
> justice.
> B. Cyber Harassment (California Penal Code § 653.2)
> Unwanted and targeted electronic communication that causes fear, distress,
> or harm qualifies as cyber harassment under California law.
> C. Retaliation Against a Party in Legal Proceedings
> If Riot Games, its legal representatives, or affiliated individuals
> orchestrated or encouraged this harassment, they could be held liable for
> retaliatory behavior against a Plaintiff.
> 4. Formal Requests & Next Steps
> To the LAPD & OIG:
>
> I request that this incident be officially investigated as harassment and
> potential witness intimidation.
> I am prepared to provide all digital records, including timestamps, IP
> logs (if accessible), and additional communications related to this threat.
> To Riot Games & Their Legal Team:
>
> I demand an immediate internal investigation into whether Riot Games
> employees, representatives, or community members were involved in this
> harassment.
> I request a formal response within 7 days, clarifying whether Riot Games
> had any involvement in, knowledge of, or encouraged communication of this
> nature.
> If Riot Games denies responsibility, I demand that they publicly denounce
> any such harassment and take steps to prevent further intimidation.
> 5. Legal Consequences if This Behavior Continues
> Should any further harassment, threats, or intimidation occur, I will be
> taking the following actions:
>
> Filing a criminal complaint with federal authorities regarding witness
> intimidation and obstruction of justice.
> Filing a separate civil action against Riot Games if evidence emerges

> linking them to this harassment.
> Seeking court intervention to issue protective measures and impose
> sanctions on Riot Games if they are found to be complicit.
> This pattern of intimidation and harassment will not be tolerated. I
> expect Riot Games and its legal team to act responsibly and in good faith
> by ensuring that no further threats or harassment occur against me as the
> Plaintiff in this case.
>
> Please confirm receipt of this complaint and your intended course of
> action.
>
> Sincerely,
> Marc Wolstenholme
> Plaintiff, Pro Se
> March 4th, 2025.
>
> ---------- Forwarded message ---------
> From: Squarespace <form-submission@squarespace.info>
> Date: Tue, 4 Mar 2025 at 22:21
> Subject: Form Submission - Welcome To The Wolf Pack
> To: <marc@mwwolf-fiction.co.uk>
>
>
> *Email:* heyguesswhat@gmill.com, accepts marketing: false
>
> *Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and
> sent them all the screenshots I had saved of you offering money in exchange
> of "proof"; which, as you know since you tried to delete them, is illegal :)
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://www.mwwolf-fiction.co.uk>*
>
> *Email:* heyguesswhat@gmill.com, accepts marketing: false
>
> *Message:* hey guess what ? I just contacted Aaron J. Moss and Lux and
> sent them all the screenshots I had saved of you offering money in exchange
> of "proof"; which, as you know since you tried to delete them, is illegal :)
>
> Manage Submissions
> <https://www.mwwolf-fiction.co.uk/config/contacts/form-link/f829e66f-d0d4-450a-ae4e-49b776f51ca7>
>
> Does this submission look like spam? Report it here.
> <https://www.squarespace.com/report-spam?formSubmissions=f829e66f-d0d4-450a-ae4e-49b776f51ca7&formOwningEntityId=65eb1db03639b
b52d877e350>
>

Dear all, please see Table - Chronology of Harassment, Threats, and Intimidation- to add to my formal criminal complaint,
Many thanks
On Tue, 4 Mar 2025 at 23:02, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

Complaint to the Los Angeles Police Department (LAPD) and Riot Games Regarding Harassment and Witness Intimidation
To:

Los Angeles Police Department (LAPD) – Office of the Inspector General (OIG)
Riot Games Legal Department

Subject: Formal Complaint Regarding Harassment and Witness Intimidation Related to Ongoing Legal Proceedings
Dear LAPD Office of the Inspector General, Riot Games, and Other Relevant Authorities,
I am filing a formal complaint regarding harassment, intimidation, and potential witness tampering related to my ongoing lawsuit against Riot Games, Inc. The harassment is directly linked to my legal proceedings and appears to be an attempt to intimidate me as the Plaintiff.

1. Nature of the Threat and Harassment
On March 4th 2025, at 22:21, around 20 minutes after a judge ruled that these proceedings were progressing to a full jury trial, I received a threatening and harassing email, which I believe is meant to intimidate, through my website's form submission system. The email, which I have attached in full, states:

"hey guess what? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of 'proof'; which, as you know since you tried to delete them, is illegal :)"

This email is clearly intended to intimidate me as a litigant in a federal case against Riot Games.

2. Evidence Suggesting Riot Games' Involvement
Only Riot Games and its legal representatives, Aaron J. Moss and Andrew Lux, were aware of the procedural details of my case. Moreover, Andrew Lux is a new addition to Riot Legal on this case, only joining for the Joint 26 (F) report on the 13th of February 2025, just two and a half weeks ago. Thus it has to be from someone at Riot Games. My guess is that its either Christian Linke, Alex Yee, or Sean Marino who has sent me hate mail before and works for Riot as an Associate Art Director on VALORANT. He seems to have a obsession with guns and weapons.
The email specifically references Riot's attorneys, indicating insider knowledge.
This coincides with a critical legal milestone, as my case was recently confirmed for a jury trial.
Given these factors, it is reasonable to suspect that this harassment was either directly orchestrated or encouraged by individuals with knowledge of the case from Riot Games or their associates.
This isn't a one off, I've had much hate mail, online abuse and threats from Riot employees, fortiche production, and the wider toxic and radicalised community they foster.
Since talking out about Riot's alleged theft, I have received much hate mail, including a bomb threat to my home, gaslighting, and I've been discriminated against. My 5 year old daughter has been targeted with threats of sending AI child porn of her to her school and to her mother. I've been called many names.
The things being said and sent over emails to my website, from both Riot and Fortiche and from the unhealthy, toxic and dangerous community Riot fosters, are perceived to be horrendous, retaliatory and threatening. Most of it is directed at my mental health and PTSD, gaslighting, telling me that I'm mad, presenting all kinds of fake timelines dating back to 2012, threatening to steal more and calling me a Transphobic Racist Loser, as well as Christian Linke condoning murder on X, saying that Fortiche should bring back the guillotine. This is all bad, but the worst is targeting of my daughter. One of the hate mail emails said, "this is why family court took your daughter lmao you are deranged af."
I will attach a list of the emails and comments in due course. I will also find out the location of the IP the email was sent from within the next week or so.

3. Legal Concerns – Potential Criminal Conduct
A. Witness Intimidation (18 U.S. Code § 1512)
Attempting to threaten, harass, or intimidate a party in an ongoing legal case is a federal offense.
If this email was sent at Riot Games' direction or with their encouragement, it constitutes witness intimidation and obstruction of justice.
B. Cyber Harassment (California Penal Code § 653.2)
Unwanted and targeted electronic communication that causes fear, distress, or harm qualifies as cyber harassment under California law.
C. Retaliation Against a Party in Legal Proceedings
If Riot Games, its legal representatives, or affiliated individuals orchestrated or encouraged this harassment, they could be held liable for retaliatory behavior against a Plaintiff.
4. Formal Requests & Next Steps
To the LAPD & OIG:

I request that this incident be officially investigated as harassment and potential witness intimidation.
I am prepared to provide all digital records, including timestamps, IP logs (if accessible), and additional communications related to this threat.
To Riot Games & Their Legal Team:

I demand an immediate internal investigation into whether Riot Games employees, representatives, or community members were involved in this harassment.
I request a formal response within 7 days, clarifying whether Riot Games had any involvement in, knowledge of, or encouraged communication of this nature.
If Riot Games denies responsibility, I demand that they publicly denounce any such harassment and take steps to prevent further intimidation.
5. Legal Consequences if This Behavior Continues
Should any further harassment, threats, or intimidation occur, I will be taking the following actions:

Filing a criminal complaint with federal authorities regarding witness intimidation and obstruction of justice.
Filing a separate civil action against Riot Games if evidence emerges linking them to this harassment.
Seeking court intervention to issue protective measures and impose sanctions on Riot Games if they are found to be complicit.
This pattern of intimidation and harassment will not be tolerated. I expect Riot Games and its legal team to act responsibly and in good faith by ensuring that no further threats or harassment occur against me as the Plaintiff in this case.

Please confirm receipt of this complaint and your intended course of action.

Sincerely,
Marc Wolstenholme
Plaintiff, Pro Se
March 4th, 2025.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 4 Mar 2025 at 22:21
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
heyguesswhat@gmill.com, accepts marketing: false

Message:
hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 83 of 593

| | |
|---|---|
| **Date** | Fri, 07 Mar 2025 01:10:11 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4aaaccbd593743428f044597df1e095d@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
liar@lies.com, accepts marketing: false

Message:
Hi, I noticed that in your case you stated (alongside a bunch of random delusional shit) that you were banned from Twitter due to Riot's antics to "silence" you. We both know that's a lie, you were banned because you were harassing people, from artist to animators, to cosplayers and even just fanfic written, name-calling them, and sometimes even going as far as tweeting sexist shit and stalking women. That is the reason you got banned. But don't worry, I saved all those screenshots (only around to 90 of them, since you spammed over 150 times A DAY) because I knew it would help the jury to know the kind of dirty liar and stalker they areactually dealing with <3 I just send a copy to Riots legal team

Sent via form submission from M.W. Wolf's Megaverse

Email:
liar@lies.com, accepts marketing: false

Message:
Hi, I noticed that in your case you stated (alongside a bunch of random delusional shit) that you were banned from Twitter due to Riot's antics to "silence" you. We both know that's a lie, you were banned because you were harassing people, from artist to animators, to cosplayers and even just fanfic written, name-calling them, and sometimes even going as far as tweeting sexist shit and stalking women. That is the reason you got banned. But don't worry, I saved all those screenshots (only around to 90 of them, since you spammed over 150 times A DAY) because I knew it would help the jury to know the kind of dirty liar and stalker they areactually dealing with <3 I just send a copy to Riots legal team

Manage Submissions

Does this submission look like spam? Report it here.

## Message 84 of 593

| | |
|---|---|
| **Date** | Sun, 16 Mar 2025 07:52:03 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <JPyj-ISmSRiyrIedBQtq6w@geopod-ismtpd-28> |

Form Submission - Welcome To The Wolf Pack

Email:
haha@youarefucked.com, accepts marketing: false

Message:
Hey, I have great news!!!! I got word today from Mr. Andrew Lux, they received my email with proof screeshots and of you soliciting money for evidence and he was very thankful for it, he said that's going to make his job waaay more easy :) fuck you this is what you get for harassing ACTUAL artist on twitter with your delusions

Sent via form submission from M.W. Wolf's Megaverse

Email:
haha@youarefucked.com, accepts marketing: false

Message:
Hey, I have great news!!!! I got word today from Mr. Andrew Lux, they received my email with proof screeshots and of you soliciting money for evidence and he was very thankful for it, he said that's going to make his job waaay more easy :) fuck you this is what you get for harassing ACTUAL artist on twitter with your delusions

Manage Submissions

Does this submission look like spam? Report it here.

## Message 85 of 593

| | |
|---|---|
| **Date** | Sun, 16 Mar 2025 14:01:22 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | dan.chang@riotgames.com, cia_foia@ucia.gov, "Geller, Joshua" <jgeller@greenbergglusker.com>, contact@forticheprod.com, "Moss, Aaron" <amoss@greenbergglusker.com>, hsimedia@hsi.dhs.gov, foipaquestions@fbi.gov |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK0-RvAodJjmT7JbGo31i+qqJqYOjJpHdoHSEXYPsOE+AA@mail.gmail.com> |

Dear all, Please see more abuse from Rioters and their toxic community.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sun, 16 Mar 2025 at 07:52
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* haha@youarefucked.com, accepts marketing: false

*Message:* Hey, I have great news!!!! I got word today from Mr. Andrew Lux,
they received my email with proof screeshots and of you soliciting money
for evidence and he was very thankful for it, he said that's going to make
his job waaay more easy :) fuck you this is what you get for harassing
ACTUAL artist on twitter with your delusions

Sent via form submission from *M.W. Wolf's Megaverse
<https://www.mwwolf-fiction.co.uk>*

*Email:* haha@youarefucked.com, accepts marketing: false

*Message:* Hey, I have great news!!!! I got word today from Mr. Andrew Lux,
they received my email with proof screeshots and of you soliciting money
for evidence and he was very thankful for it, he said that's going to make
his job waaay more easy :) fuck you this is what you get for harassing
ACTUAL artist on twitter with your delusions

Manage Submissions
<https://www.mwwolf-fiction.co.uk/config/contacts/form-link/e1c561d0-3164-4078-b07c-b0f4a6107d5b>

Does this submission look like spam? Report it here.
<https://www.squarespace.com/report-spam?formSubmissions=e1c561d0-3164-4078-b07c-b0f4a6107d5b&formOwningEntityId=65eb1db03639bb52d877e350>

Dear all, Please see more abuse from Rioters and their toxic community.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sun, 16 Mar 2025 at 07:52
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
haha@youarefucked.com, accepts marketing: false

Message:
Hey, I have great news!!!! I got word today from Mr. Andrew Lux, they received my email with proof screeshots and of you soliciting money for evidence and he was very thankful for it, he said that's going to make his job waaay more easy :) fuck you this is what you get for harassing ACTUAL artist on twitter with your delusions

Sent via form submission from M.W. Wolf's Megaverse

Email:
haha@youarefucked.com, accepts marketing: false

Message:
Hey, I have great news!!!! I got word today from Mr. Andrew Lux, they received my email with proof screeshots and of you soliciting money for evidence and he was very thankful for it, he said that's going to make his job waaay more easy :) fuck you this is what you get for harassing ACTUAL artist on twitter with your delusions

Manage Submissions

Does this submission look like spam? Report it here.

## Message 86 of 593

| | |
|---|---|
| **Date** | Sun, 16 Mar 2025 14:22:46 +0000 |
| **From** | contact <contact+noreply@forticheprod.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | Re: Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <000000000000cd2f2b06307667e0@google.com> |

Bonjour,

Nous accusons bonne réception de votre message. Avant toute chose, nous vous remercions de l'intérêt porté à Fortiche.

Si vous nous contactez pour :

- un avis, une remarque ou un message aux équipes d'Arcane, merci pour vos messages encourageants ! :)
- une candidature, merci de remplir le formulaire (http://job.forticheprod.com)
- une question concernant nos recrutements, merci d'envoyer votre message à job@forticheprod.com
- une demande presse/communication, merci d'adresser votre message à communication@forticheprod.com
- nous soumettre un projet : veuillez noter que nous ne sommes pas en recherche active de nouveaux projets actuellement.

Si toutefois, vous souhaitez vraiment nous parler de votre projet, merci de remplir ce formulaire :
https://docs.google.com/forms/d/1xUvgEktM8ik3tAZjTe4x1DCpUWEahJnfj4B08kOWAMM
Nous reviendrons vers vous dès que cela nous sera possible. Si vous n'avez pas de réponse de notre part d'ici 3 mois, c'est que nous ne pourrons malheureusement pas donner suite à votre demande.

- Tout autre demande, l'équipe concernée reviendra vers vous dès que possible.

Merci beaucoup !
L'équipe Fortiche Production

--------------------------------------------------------------------------------

Hello,

We confirm receipt of your message. First of all, we thank you for your interest in Fortiche.

If you contact us for :

- sending a "congratulations" message to the Arcane teams : thank you, we love them ! :)
- a job opportunity, please fill in the application form (http://job.forticheprod.com)
- a question about our recruitment, please send your message to job@forticheprod.com
- a press/communication request, please send your message to communication@forticheprod.com
- to submit a project, please note that we are not currently seeking new projects.

However, if you really want to share your project with us, please fill out this form: https://forms.gle/ucv8jhixWeiuLBpj7
We will get back to you as soon as we can. If you do not hear from us within 3 months, we will unfortunately not be able to proceed with your request.

- for any other reason, the according team will get back to you as soon as possible.

Thank you!
The Fortiche Production team

### Message 87 of 593

| | |
|---|---|
| **Date** | Fri, 21 Mar 2025 19:16:49 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | "Geller, Josh" <jxg@msk.com>, dan.chang@riotgames.com, aaron.moss@msk.com, cia_foia@ucia.gov |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK0=3gjKzX_kXWRn-+KKVMTKCQ085zpy1htSZ7jXydPiyg@mail.gmail.com> |

More hate mail from Riot's community.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Fri, 21 Mar 2025 at 19:34
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* Icanbelieve@this.com, accepts marketing: false

*Message:* do not fuxking tell me the rumors are true and your fucking
lawyer abandoned the ship lmaoooo they know you are delulu

Sent via form submission from *M.W. Wolf's Megaverse
<https://comms-sl-events.squarespace.info/?ref=HrwAAJb6sSJWYEa88xmxGNFe7kBNXC9YAQAAAAd8kdP-aWhSD0zWM4HKhDrNZKNgL281IH8gbaAi6Tgqsr_Xe_YKdQcfUApUG-ym8cHrM5CeaJuCYynSieh9ztMk6N30Eq4Vm6BEJiXpQzO6HL06bqiRKDB5jTQfLHBq9pYAlXmsUT826jI6SCbS9dmHWP6Jqg0bf4DogtbGdyb5V5PJ21Knm9LXDQ7zwZDOV0E6v229g5yWfB5e5AKQi_suI5BlFOK9opPuMtQq0MkXaomX7N0-lTsYKykNNq2xhY_Q3dYpWtK9cFaiLuGs7_4>*

*Email:* Icanbelieve@this.com, accepts marketing: false

*Message:* do not fuxking tell me the rumors are true and your fucking
lawyer abandoned the ship lmaoooo they know you are delulu

Manage Submissions
<https://comms-sl-events.squarespace.info/?ref=HrwAAFlilJDQXh3F9mdAlC3CiS76yJXrAQAAAAd8kdP-aWhSD0zWM4HKhDrNZKNgL281IH8gbaAi6Tgqsr_Xe_YKdQcfUApUG-ym8cHrM5CeaJuCYynSieh9ztMk6N30Eq4Vm6BEJiXpQzO6HL06bqiRKDB5jTQfLHBq9pYAlXmsUT826jI6SCbS9dm22TeFUlARjhXfa_B3tJn8NImM5aOuk2zG7KoxN90YeDGQm0PvwlCmhlMyfqk4rMfxbFfWCUx3pem5VwbqAPWjP_xqekLDI67Pm6twKz3HwLb6aYX8DJ1aLbeDJdQ8oSeKMYc6jSAVw3wNU2IWy62raRCF1xcLiVmJ2lZzCuA4nEFhxVpq8r6fli6NexmT0DcMJu_Enz9fJR-PtmoXLX5c>

Does this submission look like spam? Report it here.
<https://comms-sl-events.squarespace.info/?ref=HrwAACTGR1iWZU2AdPh6d2dqc8shjWzgAQAAAAd8kdP-aWhSD0zWM4HKhDrNZKNgL281IH8gbaAi6Tgqsr_Xe_YKdQcfUApUG-ym8cHrM5CeaJuCYynSieh9ztMk6N30Eq4Vm6BEJiXpQzO6HL06bqiRKDB5jTQfLHBq9rF2aHNsxT6HoU4Wo31MyowNLyqNhll1WRnu_nSgMycvEGxzrec6D7swoqLK3IrNDOBDk1wisfZ2OpOumP3fXGFnpXk0uqsIM0soqjcX1ITlk9wNXfuRne8sI1jJcfWjf3CiuY-VLW2ziQl4gjJUdqukMcAwOqZ5VS8SUKXwVNH_zfuRlYBgRxK1j1yfwD93N4LoWUbJV8JSTmUELSVasX918EVg-jfO6QQhVZk2eWiKE_bbBdxM-jvskyLFH4L03nIv90iuLdBCuqW3LJ-NVbAyB6UymrH80OpY8y296HAV>

More hate mail from Riot's community.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Fri, 21 Mar 2025 at 19:34
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
Icanbelieve@this.com, accepts marketing: false

Message:
do not fuxking tell me the rumors are true and your fucking lawyer abandoned the ship lmaoooo they know you are delulu

Sent via form submission from M.W. Wolf's Megaverse

Email:
Icanbelieve@this.com, accepts marketing: false

Message:
do not fuxking tell me the rumors are true and your fucking lawyer abandoned the ship lmaoooo they know you are delulu

Manage Submissions

Does this submission look like spam? Report it here.

## Message 88 of 593

| | |
|---|---|
| **Date** | Fri, 21 Mar 2025 19:34:25 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <152823a9a6244eedae40e7265c9c3e94@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
Icanbelieve@this.com, accepts marketing: false

Message:
do not fuxking tell me the rumors are true and your fucking lawyer abandoned the ship lmaoooo they know you are delulu

Sent via form submission from M.W. Wolf's Megaverse

Email:
Icanbelieve@this.com, accepts marketing: false

Message:
do not fuxking tell me the rumors are true and your fucking lawyer abandoned the ship lmaoooo they know you are delulu

Manage Submissions

Does this submission look like spam? Report it here.

## Message 89 of 593

| | |
|---|---|
| **Date** | Tue, 01 Apr 2025 16:41:57 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <13347bdecb474219b43a11b1a6bbdc9d@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
laswenasweas@weas.com, accepts marketing: false

Message:
" PLAINTIFFS NOTICE OF CONCERN REGARDING LITIGATION CONDUCT HARMFUL IMPACT ON PLAINTIFFS DISABILITY, AND REQUEST FOR COURT GUIDANCE AND PROTECTIVE ORDER"

YOU choose to self-represent, don't start crying now because things aren't going according to your plan due to your incompetence and delusion

Sent via form submission from M.W. Wolf's Megaverse

Email:
laswenasweas@weas.com, accepts marketing: false

Message:
" PLAINTIFFS NOTICE OF CONCERN REGARDING LITIGATION CONDUCT HARMFUL IMPACT ON PLAINTIFFS DISABILITY, AND REQUEST FOR COURT GUIDANCE AND PROTECTIVE ORDER"

YOU choose to self-represent, don't start crying now because things aren't going according to your plan due to your incompetence and delusion

Manage Submissions

Does this submission look like spam? Report it here.

## Message 90 of 593

| | |
|---|---|
| **Date** | Tue, 1 Apr 2025 20:11:24 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | dan.chang@riotgames.com, foipaquestions@fbi.gov, cia_foia@ucia.gov, "Geller, Josh" <jxg@msk.com>, aaron.moss@msk.com |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK1bgd=kVHr=VV73d-H_shb55d2GU9HPs2MX6GcbQ90Wew@mail.gmail.com> |

Please see the latest from Riot's toxic community.

Many Thanks

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 1 Apr 2025 at 17:42
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* laswenasweas@weas.com, accepts marketing: false

*Message:* " PLAINTIFFS NOTICE OF CONCERN REGARDING LITIGATION CONDUCT
HARMFUL IMPACT ON PLAINTIFFS DISABILITY, AND REQUEST FOR COURT GUIDANCE AND
PROTECTIVE ORDER"

YOU choose to self-represent, don't start crying now because things aren't
going according to your plan due to your incompetence and delusion

Sent via form submission from *M.W. Wolf's Megaverse
<https://comms-sl-events.squarespace.info/?ref=HrwAALPxNoTUnzAYzmJxv77X_It_h4OMAQAAAAPlA1TBx-YIBTkMh2mwGHykfReVKz8aVLbnmFM-9ZGR3L8M36u34UBBwjc4S-iSjSjxe1Vy1m9lQR06JKlHWaVBorYeDDhZjQcs_YB4WqRk1Z7I4FgcevEkvzA8kmIDVisIL-GK2xq9NzrRukxw1ENZIeOobwxnQYrw3J7KNpxHHV36PkHtWx5HjXBeTaczZEXc2Zd2SEet4pCKPmotSFTE9yrczqnBeTrerMD1xFXH5Ba_DVTKcoknz_WP5oRfB5RbeGvhtd7qmyR2huAnzIQ>*

*Email:* laswenasweas@weas.com, accepts marketing: false

*Message:* " PLAINTIFFS NOTICE OF CONCERN REGARDING LITIGATION CONDUCT
HARMFUL IMPACT ON PLAINTIFFS DISABILITY, AND REQUEST FOR COURT GUIDANCE AND
PROTECTIVE ORDER"

YOU choose to self-represent, don't start crying now because things aren't
going according to your plan due to your incompetence and delusion

Manage Submissions
<https://comms-sl-events.squarespace.info/?ref=HrwAAO9b-c-uqoyc_hVm409Wz7z4fXltAQAAAAPlA1TBx-YIBTkMh2mwGHykfReVKz8aVLbnmFM-9ZGR3L8M36u34UBBwjc4S-iSjSjxe1Vy1m9lQR06JKlHWaVBorYeDDhZjQcs_YB4WqRk1Z7I4FgcevEkvzA8kmIDVisIL-GK2xq9NzrRukxw1EPCaV2Sxyz2a3HxWIiYbjHdl4hwgIiKNDoMeEB1ov8M9kfZ-hzD5gEUt6lWDQoNoktfa1NaaysD3LN8aENmGpnASwftsojJoXPe8f7smFz6mLtMHTxtNzPkDEfretkGZiOsNzTe7eOu02CDlsklDO_EYllDxYqH11kpCu7DC4Pp3CrIcPSAN5hkz3Pav1-B8tvYD568qPmKIzm2abJVtkrr>

Does this submission look like spam? Report it here.
<https://comms-sl-events.squarespace.info/?ref=HrwAAFPwNSo-bqDJQv4jrPGmcLQmfxz3AQAAAAPlA1TBx-YIBTkMh2mwGHykfReVKz8aVLbnmFM-9ZGR3L8M36u34UBBwjc4S-iSjSjxe1Vy1m9lQR06JKlHWaVBorYeDDhZjQcs_YB4WqRk1Z7I4FgcevEkvzA8kmIDVsV7tWhnPhLJTX_5FM9Z_daI8lF6BktMuQaMGsSJBqKRts3csPjHjVGadvEVEu5Q6gKv5RZdKV4Ag9sB1r7b-VQTa-CQlGpuidZ4dJaSlOlyw3_E9kRhhbvc0ETbLi03TT3KlP-LcKXzEKEJ_gDnKY0kpRRSCoIiB7daGm8WZG2MRAaeBkXxb_3wmjctopC6Z96udQcCB_ZGCqQ0eqEnRBYl7cYDlVbXynbjxf9_NsipDEP8m_NFDHd8kWZpgB443ltz3irol8tmFn_NlE8QqRk2bX3L30FjHguGaL35yhSQ>

Please see the latest from Riot's toxic community.
Many Thanks

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Tue, 1 Apr 2025 at 17:42
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
laswenasweas@weas.com, accepts marketing: false

Message:
" PLAINTIFFS NOTICE OF CONCERN REGARDING LITIGATION CONDUCT HARMFUL IMPACT ON PLAINTIFFS DISABILITY, AND REQUEST FOR COURT GUIDANCE AND PROTECTIVE ORDER"

YOU choose to self-represent, don't start crying now because things aren't going according to your plan due to your incompetence and delusion

Sent via form submission from M.W. Wolf's Megaverse

Email:
laswenasweas@weas.com, accepts marketing: false

Message:
" PLAINTIFFS NOTICE OF CONCERN REGARDING LITIGATION CONDUCT HARMFUL IMPACT ON PLAINTIFFS DISABILITY, AND REQUEST FOR COURT GUIDANCE AND PROTECTIVE ORDER"

YOU choose to self-represent, don't start crying now because things aren't going according to your plan due to your incompetence and delusion

Manage Submissions

Does this submission look like spam? Report it here.

## Message 91 of 593

| | |
|---|---|
| **Date** | Mon, 07 Apr 2025 06:28:25 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <NtYrtjWwSaqkQkwbc6sanA@geopod-ismtpd-27> |

Form Submission - Welcome To The Wolf Pack

Email:
hahaha@haha.com, accepts marketing: false

Message:
You are legit becoming more and more deranged with every motion you present lmaoooo
"Government
and who are aggressively expanding into many avenues of data control and are linked to
Military-civil fusion policies whether they like it or not. This should raise big fat red flags." ??????? That's 1950 cold war levels of conspiranoic

And I'm gonna be honest, this is not some "insider knowledge from the company" you fucking dumb bitch. The case is open to the public. And since you decided to use your Twitter account to harras every single fan account (some of them girls who were only 15years old, fucking pervert pedophile) with over 100 tweets a day, don't act surprised when a group us makes a dicord server to make fun of you. And we are also working on a youtube video. One of us is a youtuber with 7k subs, we are going to expose your delusion and so everyone knows the kind of litle shit you are. That's why they closed down your Twitter, but you so graciously forgot to mention it. Don't worry, we have proof, and we are going to make sure Aaron gets it.

Oh also "ows a defendant to request a cost bond if the plaintiff is out-of-state and there's a "reasonable
possibility" the defendant will win. They are not going to win" imagine having the ego to talk like that to the court. You can't even aford the 100k and you are already planning to run away after they run you to the ground.
Originally we wanted them to dissmis the case but now I hope they go full force, that you spent your life saving shouting your histeria to the world, only to realize that nobody with a coherent mind would try to trademark basic concept like the one you exemplifies, and that every one of your claims would be instantly disproved if you had talked to an actual AAA animator for 5 minutes. I can't wait to see them leave you in bankruptcy, you dirty bag of colonizer transphobic white man shit

Sent via form submission from M.W. Wolf's Megaverse

Email:
hahaha@haha.com, accepts marketing: false

Message:
You are legit becoming more and more deranged with every motion you present lmaoooo
"Government
and who are aggressively expanding into many avenues of data control and are linked to
Military-civil fusion policies whether they like it or not. This should raise big fat red flags." ??????? That's 1950 cold war levels of conspiranoic

And I'm gonna be honest, this is not some "insider knowledge from the company" you fucking dumb bitch. The case is open to the public. And since you decided to use your Twitter account to harras every single fan account (some of them girls who were only 15years old, fucking pervert pedophile) with over 100 tweets a day, don't act surprised when a group us makes a dicord server to make fun of you. And we are also working on a youtube video. One of us is a youtuber with 7k subs, we are going to expose your delusion and so everyone knows the kind of litle shit you are. That's why they closed down your Twitter, but you so graciously forgot to mention it. Don't worry, we have proof, and we are going to make sure Aaron gets it.

Oh also "ows a defendant to request a cost bond if the plaintiff is out-of-state and there's a "reasonable
possibility" the defendant will win. They are not going to win" imagine having the ego to talk like that to the court. You can't even aford the 100k and you are already planning to run away after they run you to the ground.
Originally we wanted them to dissmis the case but now I hope they go full force, that you spent your life saving shouting your histeria to the world, only to realize that nobody with a coherent mind would try to trademark basic concept like the one you exemplifies, and that every one of your claims would be instantly disproved if you had talked to an actual AAA animator for 5 minutes. I can't wait to see them leave you in bankruptcy, you dirty bag of colonizer transphobic white man shit

Manage Submissions

Does this submission look like spam? Report it here.

## Message 92 of 593

| | |
|---|---|
| **Date** | Mon, 07 Apr 2025 06:52:58 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <c73a2a5d643f473f9246a408aaba1214@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
youare@pedophile.com, accepts marketing: false

Message:
Oh, you are crying to the court now?? Crying about doxxing??? Like a little baby??? Well guess what, 6 months ago you were man enough stalk and spam the one of my friends in X. She was just girl making some fanart. She was a minor. She respectfully asked you to stop. And you didn't. So now you better be man enough to deal with the fallout. We are not gonna stop. We are gonna make to find every person on your neighborhood, your work, your family. We are gonna show them the kind of shit you are. We already have compiled a bunch of mails and ig accounts.
You are a misogynistic adult who wanted to namecall a girl who was not even 17 years old. Deal with the consequences of it. Batch.

Sent via form submission from M.W. Wolf's Megaverse

Email:
youare@pedophile.com, accepts marketing: false

Message:
Oh, you are crying to the court now?? Crying about doxxing??? Like a little baby??? Well guess what, 6 months ago you were man enough stalk and spam the one of my friends in X. She was just girl making some fanart. She was a minor. She respectfully asked you to stop. And you didn't. So now you better be man enough to deal with the fallout. We are not gonna stop. We are gonna make to find every person on your neighborhood, your work, your family. We are gonna show them the kind of shit you are. We already have compiled a bunch of mails and ig accounts.
You are a misogynistic adult who wanted to namecall a girl who was not even 17 years old. Deal with the consequences of it. Batch.

Manage Submissions

Does this submission look like spam? Report it here.

### Message 93 of 593

| | |
|---|---|
| **Date** | Mon, 7 Apr 2025 11:05:53 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | dan.chang@riotgames.com, cia_foia@ucia.gov, foipaquestions@fbi.gov, aaron.moss@msk.com, "Geller, Josh" <Josh.Geller@msk.com>, Charles Pablico-Fernandez <Charles_PablicoFernandez@cacd.uscourts.gov>, cacd_ecfmail@cacd.uscourts.gov |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK3y4+D44XuN7VXLLhykzbA+z98WEgSeU_eHmOO1LOx3Eg@mail.gmail.com> |

Wow,

This is endless toxic and radical, violently charged culture that Riot Games fosters around it.

Riot Game should be shut down for the damage to the culture and behaviours of young people.

Again I ask,

Add this to the documented pattern of abuse and issue a protective order again Riot Games and its abusive radical minions.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Mon, 7 Apr 2025, 07:53
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* youare@pedophile.com, accepts marketing: false

*Message:* Oh, you are crying to the court now?? Crying about doxxing???
Like a little baby??? Well guess what, 6 months ago you were man enough
stalk and spam the one of my friends in X. She was just girl making some
fanart. She was a minor. She respectfully asked you to stop. And you
didn't.
So now you better be man enough to deal with the fallout. We are not gonna
stop. We are gonna make to find every person on your neighborhood, your
work, your family. We are gonna show them the kind of shit you are. We
already have compiled a bunch of mails and ig accounts.
You are a misogynistic adult who wanted to namecall a girl who was not even
17 years old. Deal with the consequences of it. Batch.

Sent via form submission from *M.W. Wolf's Megaverse
<https://comms-sl-events.squarespace.info/?ref=HrwAAHVB750iTlhC2NMLuRCqfDv3UQVwAQAAAEyETgwv1E_cMWsaZ6kd2cbgg4UY7Kl_vtxKCuH0dAzAlRRLLT-OFPcQ1G5weDV6cC_berAs9t1h3m-ETkbMT5SwtBkkEPH08219nO7GOVC-eaKwMXZTSVCBLAOI-CpiVzhd3gDXs_UbBgHgA528o85JvpYGbulo5Rzay0ojADZrRzPvz3mZ5sEwrjMfxXNf-6kuYdyPaHof-QCVwKuqtxzw0PEUnaocuRSiKLO84yDv5ApjsJYshVfr3dsF4q3OgJkM3O5yCXLH9x2DgZB_oYk>*

*Email:* youare@pedophile.com, accepts marketing: false

*Message:* Oh, you are crying to the court now?? Crying about doxxing???
Like a little baby??? Well guess what, 6 months ago you were man enough
stalk and spam the one of my friends in X. She was just girl making some
fanart. She was a minor. She respectfully asked you to stop. And you
didn't.
So now you better be man enough to deal with the fallout. We are not gonna
stop. We are gonna make to find every person on your neighborhood, your
work, your family. We are gonna show them the kind of shit you are. We
already have compiled a bunch of mails and ig accounts.
You are a misogynistic adult who wanted to namecall a girl who was not even
17 years old. Deal with the consequences of it. Batch.

Manage Submissions
<https://comms-sl-events.squarespace.info/?ref=HrwAAAo0z4norzCBgyx1xdHqth84qmN2AQAAAEyETgwv1E_cMWsaZ6kd2cbgg4UY7Kl_vtxKCuH0dAzAlRRLLT-OFPcQ1G5weDV6cC_berAs9t1h3m-ETkbMT5SwtBkkEPH08219nO7GOVC-eaKwMXZTSVCBLAOI-CpiVzhd3gDXs_UbBgHgA528o860UIk5IQgYQcziSJKfyvRhGeeP76RJiDkizy5myEaHcZloRrYf5Xe4aAhbDKdPZdTW_DAzCOzpKtZRblNNacBsj0sBqD4hKyv5T0O8K20WOBEDBORZJrxYEeUnj2YkSei5wP3OCrf-hV_6an7n4-U4d35LUwJf4D6xenr-U64t73cel6uhKJKrwwH0mPLzi-hkeGKa1jSuM---neb35lQh>

Does this submission look like spam? Report it here.
<https://comms-sl-events.squarespace.info/?ref=HrwAALOhe-tRNj08iePno0IRfFS9W6naAQAAAEyETgwv1E_cMWsaZ6kd2cbgg4UY7Kl_vtxKCuH0dAzAlRRLLT-OFPcQ1G5weDV6cC_berAs9t1h3m-ETkbMT5SwtBkkEPH08219nO7GOVC-eaKwMXZTSVCBLAOI-CpiV9L7P0XPNJDNChgBAHrGHAOxkOC2Cplyc9EgrROzO2w2qOl371XjnAX0vx8FidsxcxFavuIVNrMiFLzrnT0VnqajfjsGiDL0f0scCRJFTaFzT8JGfVE9eF6KpsG3_4Wfz_fg2OuVo3BB_gr_5fICa0IHJROC-VML9_CHf-7J-SRauOBYSOuV603E5RZ1W75kSROc4k7wZ2_nUyal988bHik9YyncAKwBAHMvXt9lMCN8WwjMcnEdcJn

uhTvEccjC-jyWFigWox8KQ_LwsbpVF276ZFO_BJqd2EI6DdFd7_N6>

Wow, This is endless toxic and radical, violently charged culture that Riot Games fosters around it.
Riot Game should be shut down for the damage to the culture and behaviours of young people.
Again I ask,
Add this to the documented pattern of abuse and issue a protective order again Riot Games and its abusive radical minions.
---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Mon, 7 Apr 2025, 07:53
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
youare@pedophile.com, accepts marketing: false

Message:
Oh, you are crying to the court now?? Crying about doxxing??? Like a little baby??? Well guess what, 6 months ago you were man enough stalk and spam the one of my friends in X. She was just girl making some fanart. She was a minor. She respectfully asked you to stop. And you didn't. So now you better be man enough to deal with the fallout. We are not gonna stop. We are gonna make to find every person on your neighborhood, your work, your family. We are gonna show them the kind of shit you are. We already have compiled a bunch of mails and ig accounts.
You are a misogynistic adult who wanted to namecall a girl who was not even 17 years old. Deal with the consequences of it. Batch.

Sent via form submission from M.W. Wolf’s Megaverse

Email:
youare@pedophile.com, accepts marketing: false

Message:
Oh, you are crying to the court now?? Crying about doxxing??? Like a little baby??? Well guess what, 6 months ago you were man enough stalk and spam the one of my friends in X. She was just girl making some fanart. She was a minor. She respectfully asked you to stop. And you didn't. So now you better be man enough to deal with the fallout. We are not gonna stop. We are gonna make to find every person on your neighborhood, your work, your family. We are gonna show them the kind of shit you are. We already have compiled a bunch of mails and ig accounts.
You are a misogynistic adult who wanted to namecall a girl who was not even 17 years old. Deal with the consequences of it. Batch.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 94 of 593

| | |
|---|---|
| **Date** | Wed, 09 Apr 2025 10:07:20 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <67f6a948.050a0220.340b8a.0e26.GMR@mx.google.com> |

** Message not delivered **

There was a problem delivering your message to Adri.Gimeño@live.com.es. See the technical details below or try resending in a few minutes.

Learn more here: https://support.google.com/mail/answer/7720

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[live.com.es 65.55.206.154: timed out]

Message not delivered

There was a problem delivering your message to Adri.Gimeño@live.com.es. See the technical details below or try resending in a few minutes.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[live.com.es 65.55.206.154: timed out]

Final-Recipient: utf8-addr; Adri.Gimeño@live.com.es
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
[live.com.es 65.55.206.154: timed out]
Last-Attempt-Date: Wed, 09 Apr 2025 10:07:20 -0700 (PDT)

Hi Adri, I just wanted to check if this is still your current email
address. Let me know if you receive this. Thanks!

Hi Adri, I just wanted to check if this is still your current email address. Let me know if you receive this. Thanks!

## Message 95 of 593

| | |
|---|---|
| **Date** | Mon, 14 Apr 2025 07:18:05 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <-12Or-PcS6GuRGxj7HrTKg@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
kkkkk@kkkk.com, accepts marketing: false

Message:
Motion for Relief?? Oh you are getting desperate now ■■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
kkkkk@kkkk.com, accepts marketing: false

Message:
Motion for Relief?? Oh you are getting desperate now ■■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 96 of 593

| | |
|---|---|
| **Date** | Tue, 15 Apr 2025 06:44:40 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <U-Kp2t2RR7SzCHoZZa81VQ@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
fart@loser.com, accepts marketing: false

Message:
AHAHAHAHAHHAAHAHHA YOUR MOTION FOR UNDER SEAL FILLING GOT DENIED AHAHAHAHAAH OH WE ARE GONNA KNOW EVERYTHING YOU ARE SO COOKED

Sent via form submission from M.W. Wolf's Megaverse

Email:
fart@loser.com, accepts marketing: false

Message:
AHAHAHAHAHHAAHAHHA YOUR MOTION FOR UNDER SEAL FILLING GOT DENIED AHAHAHAHAAH OH WE ARE GONNA KNOW EVERYTHING YOU ARE SO COOKED

Manage Submissions

Does this submission look like spam? Report it here.

## Message 97 of 593

| | |
|---|---|
| **Date** | Tue, 15 Apr 2025 22:46:50 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <c7292db0618a4082993c77c66d681318@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
itsjoever@foryou.com, accepts marketing: false

Message:
https://x.com/InternetH0F/status/1911117326528692734

Thats exactly whats gonna happen to you after the court read that you are trying to use ai slop to defend your case and I cant wait to see it

Sent via form submission from M.W. Wolf's Megaverse

Email:
itsjoever@foryou.com, accepts marketing: false

Message:
https://x.com/InternetH0F/status/1911117326528692734

Thats exactly whats gonna happen to you after the court read that you are trying to use ai slop to defend your case and I cant wait to see it

Manage Submissions

Does this submission look like spam? Report it here.

## Message 98 of 593

| | |
|---|---|
| **Date** | Fri, 25 Apr 2025 02:08:41 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Za_Vr8TrRbSGfKfXPOK45Q@geopod-ismtpd-23> |

Form Submission - Welcome To The Wolf Pack

Email:
Ahahaha@AHAHAHA.com, accepts marketing: false

Message:
nice setlement you fucking idiot Ahahahhahahahahasshah

Sent via form submission from M.W. Wolf's Megaverse

Email:
Ahahaha@AHAHAHA.com, accepts marketing: false

Message:
nice setlement you fucking idiot Ahahahhahahahahasshah

Manage Submissions

Does this submission look like spam? Report it here.

## Message 99 of 593

| | |
|---|---|
| **Date** | Fri, 25 Apr 2025 02:24:17 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <P3JK70iLRY6SCHSfqPiBvg@geopod-ismtpd-27> |

Form Submission - Welcome To The Wolf Pack

Email:
cryinglaugh@real.com, accepts marketing: false

Message:
Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Sent via form submission from M.W. Wolf's Megaverse

Email:
cryinglaugh@real.com, accepts marketing: false

Message:
Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Manage Submissions

Does this submission look like spam? Report it here.

## Message 100 of 593

| | |
|---|---|
| **Date** | Fri, 25 Apr 2025 11:37:28 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | cia_foia@ucia.gov, dan.chang@riotgames.com, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, Civil Intake <do-not-reply@cacd.uscourts.gov>, "Geller, Josh" <jxg@msk.com>, foipaquestions@fbi.gov, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, cacd_ecfmail@cacd.uscourts.gov, Charles Pablico-Fernandez <Charles_PablicoFernandez@cacd.uscourts.gov>, lisa.nandy.mp@parliament.uk |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK2P=kLLpQ7-5X21GDh7bxczSuC_U84F98QdgyqyNb09YQ@mail.gmail.com> |

Dear all, please see Riot and its communities' continued hate mail enabled by the settlement conference which had nothing to do with Settlement. This is what happens when Riot are allowed to abuse and the court fails to protect people who fight back.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Fri, 25 Apr 2025 at 03:24
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* cryinglaugh@real.com, accepts marketing: false

*Message:* Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Sent via form submission from *M.W. Wolf's Megaverse
<https://www.mwwolf-fiction.co.uk>*

*Email:* cryinglaugh@real.com, accepts marketing: false

*Message:* Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Manage Submissions
<https://www.mwwolf-fiction.co.uk/config/contacts/form-link/b86d7e1d-f5e5-477a-9ea9-e7cb726f91ce>

Does this submission look like spam? Report it here.
<https://www.squarespace.com/report-spam?formSubmissions=b86d7e1d-f5e5-477a-9ea9-e7cb726f91ce&formOwningEntityId=65eb1db03639bb52d877e350>

Dear all, please see Riot and its communities' continued hate mail enabled by the settlement conference which had nothing to do with Settlement. This is what happens when Riot are allowed to abuse and the court fails to protect people who fight back.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Fri, 25 Apr 2025 at 03:24
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
cryinglaugh@real.com, accepts marketing: false

Message:
Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Sent via form submission from M.W. Wolf's Megaverse

Email:
cryinglaugh@real.com, accepts marketing: false

Message:
Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Manage Submissions

Does this submission look like spam? Report it here.

## Message 101 of 593

| | |
|---|---|
| **Date** | Sat, 26 Apr 2025 06:44:32 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Delay) |
| **Message-ID** | <680ce340.050a0220.a2599.5e59.GMR@mx.google.com> |

** Delivery incomplete **

There was a temporary problem while delivering your message to comments@whitehouse.gov. Gmail will retry for 45 more hours. You'll be notified if the delivery fails permanently.

Learn more here: https://support.google.com/mail/answer/7720

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]

Delivery incomplete

There was a temporary problem while delivering your message to comments@whitehouse.gov. Gmail will retry for 45 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]

### Message 102 of 593

| | |
|---|---|
| **Date** | Sun, 27 Apr 2025 04:53:52 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Delay) |
| **Message-ID** | <680e1ad0.050a0220.a2e1d.7761.GMR@mx.google.com> |

** Delivery incomplete **

There was a temporary problem while delivering your message to comments@whitehouse.gov. Gmail will retry for 23 more hours. You'll be notified if the delivery fails permanently.

Learn more here: https://support.google.com/mail/answer/7720

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:42b9: timed out]
[whitehouse.gov 192.0.66.51: timed out]

Delivery incomplete

There was a temporary problem while delivering your message to comments@whitehouse.gov. Gmail will retry for 23 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:42b9: timed out]
[whitehouse.gov 192.0.66.51: timed out]

## Message 103 of 593

| | |
|---|---|
| **Date** | Mon, 28 Apr 2025 10:04:50 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d37175425abe4db79c8fc482efb06fdf@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
strikingdocuments@gmkil.com, accepts marketing: false

Message:
21 one
21 stricken documents IN FOUR MONTHS
Any sane person would realize how fucking insane that is
Anyone except you apparently

Sent via form submission from M.W. Wolf's Megaverse

Email:
strikingdocuments@gmkil.com, accepts marketing: false

Message:
21 one
21 stricken documents IN FOUR MONTHS
Any sane person would realize how fucking insane that is
Anyone except you apparently

Manage Submissions

Does this submission look like spam? Report it here.

## Message 104 of 593

| | |
|---|---|
| **Date** | Mon, 28 Apr 2025 05:44:45 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <680f783d.050a0220.364dbc.1fdd.GMR@mx.google.com> |

** Message not delivered **

There was a problem delivering your message to comments@whitehouse.gov. See the technical details below or try resending in a few minutes.

Learn more here: https://support.google.com/mail/answer/7720

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4218: timed out]
[whitehouse.gov 192.0.66.51: timed out]

Message not delivered

There was a problem delivering your message to comments@whitehouse.gov. See the technical details below or try resending in a few minutes.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4218: timed out]
[whitehouse.gov 192.0.66.51: timed out]

## Message 105 of 593

| | |
|---|---|
| **Date** | Mon, 28 Apr 2025 12:57:18 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7814e692f65746f99aa42de01eee3feb@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ohmygod@ohmy.com, accepts marketing: false

Message:
Oh my god.
You fucked it up. You fucked it up so extremely bad, and you don't even realize how screwed you are now because of your own stupidity.

Settlement conference are CONFIDENTIAL AND NON-BIDING. By filling not one, but several motions (including a fucking motion to compel (!) based on what was said and shown in the conference, you just incurred in a grave procedural misconduct.

If you are extremely lucky, the documents will be stricken. If not, you will be fined up to 10K .

And I really hope you are not lucky.

Sent via form submission from M.W. Wolf's Megaverse

Email:
ohmygod@ohmy.com, accepts marketing: false

Message:
Oh my god.
You fucked it up. You fucked it up so extremely bad, and you don't even realize how screwed you are now because of your own stupidity.

Settlement conference are CONFIDENTIAL AND NON-BIDING. By filling not one, but several motions (including a fucking motion to compel (!) based on what was said and shown in the conference, you just incurred in a grave procedural misconduct.

If you are extremely lucky, the documents will be stricken. If not, you will be fined up to 10K .

And I really hope you are not lucky.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 106 of 593

| | |
|---|---|
| **Date** | Mon, 28 Apr 2025 15:13:58 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | cia_foia@ucia.gov, dan.chang@riotgames.com, foipaquestions@fbi.gov, contact.center@calcivilrights.ca.gov, hsimedia@hsi.dhs.gov |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK0kWxzf0i4YUE8AmyV6Zni8QcEMbsSf3PYu6+Laqe_=fg@mail.gmail.com> |

Please see the latest harassment from Riot games and its cult. How much do
I have to take before Riot are shut down for Military-civil fusion
concerns or because another kid shoots up a school.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Mon, 28 Apr 2025 at 13:57
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* ohmygod@ohmy.com, accepts marketing: false

*Message:* Oh my god.
You fucked it up. You fucked it up so extremely bad, and you don't even
realize how screwed you are now because of your own stupidity.

Settlement conference are CONFIDENTIAL AND NON-BIDING. By filling not one,
but several motions (including a fucking motion to compel (!) based on what
was said and shown in the conference, you just incurred in a grave
procedural misconduct.

If you are extremely lucky, the documents will be stricken. If not, you
will be fined up to 10K .

And I really hope you are not lucky.

Sent via form submission from *M.W. Wolf's Megaverse
<https://comms-sl-events.squarespace.info/?ref=HrwAAMQthyi7zYHwz4vZhuZhkGY8Njs9AQAAAP07sCWUW_vc6qsqxfQEftXSpU8UW3Do6qLtSJOrfOUTP1IpD83-WQ-gxeMGFOMKzG6Hboo73xG5rQfLBbS1_bJdqrq7HoY97hGBb6GB05TIUTI6HbF3SxJnyU51kiVY4WELZaDV1TJbxvX0W8j5sf2ohc3-K-bxDedrNqTgVRLDoLooCRLzEL9OBo_JDCeSqkGsGVr97bDypRmTmjQRy9DltqTUqulC_SLtr9Iil_3BYr7x6K6m9TgcRUYyKhirfLTOhnJcNQEC05sp3AEx7fE>*

*Email:* ohmygod@ohmy.com, accepts marketing: false

*Message:* Oh my god.
You fucked it up. You fucked it up so extremely bad, and you don't even
realize how screwed you are now because of your own stupidity.

Settlement conference are CONFIDENTIAL AND NON-BIDING. By filling not one,
but several motions (including a fucking motion to compel (!) based on what
was said and shown in the conference, you just incurred in a grave
procedural misconduct.

If you are extremely lucky, the documents will be stricken. If not, you
will be fined up to 10K .

And I really hope you are not lucky.

Manage Submissions
<https://comms-sl-events.squarespace.info/?ref=HrwAAGCKoG_rWA6QwSxRvZ-NGXs7j5nnAQAAAP07sCWUW_vc6qsqxfQEftXSpU8UW3Do6qLtSJOrfOUTP1IpD83-WQ-gxeMGFOMKzG6Hboo73xG5rQfLBbS1_bJdqrq7HoY97hGBb6GB05TIUTI6HbF3SxJnyU51kiVY4WELZaDV1TJbxvX0W8j5sf3lgyYsxldK5PRaprKB_o6dgwmPRPOa6ja56Px_VAq_UVhD_Jy6oPM6L3cPQmOJgewuqHS_9PsmrSPaSm-Lc2KgAzC_jXP9KGGjyeizYnnfaY2ekw_83XIYxo34Omp_1zF-vXb8Up5qaronm4uPnKkA410mnvDPGPJL7Fzthi7pREQFW9Z-GRcqdEyVzMBIAyP4wwKG1fdoMaZUBE-Odl_7>

Does this submission look like spam? Report it here.
<https://comms-sl-events.squarespace.info/?ref=HrwAAB4wSdA6hmrUY98gedLsGI7y4-NfAQAAAP07sCWUW_vc6qsqxfQEftXSpU8UW3Do6qLtSJOrfOUTP1IpD83-WQ-gxeMGFOMKzG6Hboo73xG5rQfLBbS1_bJdqrq7HoY97hGBb6GB05TIUTI6HbF3SxJnyU51kiVY4eFfb5Tc6avCTrjka7txoCJjhJOsebMmqHWYRR7Z8b-kHHFQIJWRW_4qsUA8o_5tWT27U_CpMk6HlBeUf3km_Nm0k-8HdT3ShipHjOZSptYaSgog5a7TeHoj56t9a9VZascX_0D0Sdm3PxXG7sSJb_9TiEYdmRMzXEjGF_PNC2yEgRBwgHlwYfUuKJ18rdQp6ulovJYHcFnqmtqKljADMn3BzCyPsg9a4QHDKGEpmay8c_hiboX6NSHYVC7OTY1S-jMJKvB_4qzCqbBr--CRVFKqPcnkFCq3N2z9colJKk32>

Please see the latest harassment from Riot games and its cult. How much do I have to take before Riot are shut down for Military-civil fusion concerns or because another kid shoots up a school.

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Mon, 28 Apr 2025 at 13:57
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
ohmygod@ohmy.com, accepts marketing: false

Message:
Oh my god.
You fucked it up. You fucked it up so extremely bad, and you don't even realize how screwed you are now because of your own stupidity.

Settlement conference are CONFIDENTIAL AND NON-BIDING. By filling not one, but several motions (including a fucking motion to compel (!) based on what was said and shown in the conference, you just incurred in a grave procedural misconduct.

If you are extremely lucky, the documents will be stricken. If not, you will be fined up to 10K .

And I really hope you are not lucky.

Sent via form submission from M.W. Wolf's Megaverse

Email:
ohmygod@ohmy.com, accepts marketing: false

Message:
Oh my god.
You fucked it up. You fucked it up so extremely bad, and you don't even realize how screwed you are now because of your own stupidity.

Settlement conference are CONFIDENTIAL AND NON-BIDING. By filling not one, but several motions (including a fucking motion to compel (!) based on what was said and shown in the conference, you just incurred in a grave procedural misconduct.

If you are extremely lucky, the documents will be stricken. If not, you will be fined up to 10K .

And I really hope you are not lucky.

Manage Submissions

Does this submission look like spam? Report it here.

### Message 107 of 593

| | |
|---|---|
| **Date** | Mon, 28 Apr 2025 16:04:35 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d39843b5b7ae4cd6b7e59427a933223e@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
speedtest@lit.com, accepts marketing: false

Message:
hold on I wanna see how fast you can file a motion clogging the dock with irrelevant data
3 2 1 GO GO GO

Sent via form submission from M.W. Wolf's Megaverse

Email:
speedtest@lit.com, accepts marketing: false

Message:
hold on I wanna see how fast you can file a motion clogging the dock with irrelevant data
3 2 1 GO GO GO

Manage Submissions

Does this submission look like spam? Report it here.

## Message 108 of 593

| | |
|---|---|
| **Date** | Mon, 28 Apr 2025 16:08:18 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <f857b2241b5947279aa9defe08baf22b@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
gotimego@go.com, accepts marketing: false

Message:
for the last time
its not "insider info"
is a fucking google search you moron
the case is open to the public

Sent via form submission from M.W. Wolf's Megaverse

Email:
gotimego@go.com, accepts marketing: false

Message:
for the last time
its not "insider info"
is a fucking google search you moron
the case is open to the public

Manage Submissions

Does this submission look like spam? Report it here.

## Message 109 of 593

| | |
|---|---|
| **Date** | Mon, 28 Apr 2025 20:08:06 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <06c3a2c5a8c4467db87e5bf450152be9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
kkkli@kkal.com, accepts marketing: false

Message:
I feel so sorry for Brianna... she was just trying to save your sorry ass from being bankrupted by the legal fees you will own riot after losing, try to explain to you why your claim has no legal grounds, and you went in and accused her of improper conduct...
but yeah, GREAT tactic to insult the people who tried to help you

Sent via form submission from M.W. Wolf's Megaverse

Email:
kkkli@kkal.com, accepts marketing: false

Message:
I feel so sorry for Brianna... she was just trying to save your sorry ass from being bankrupted by the legal fees you will own riot after losing, try to explain to you why your claim has no legal grounds, and you went in and accused her of improper conduct...
but yeah, GREAT tactic to insult the people who tried to help you

Manage Submissions

Does this submission look like spam? Report it here.

## Message 110 of 593

| | |
|---|---|
| **Date** | Mon, 28 Apr 2025 22:14:37 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <b26b02136c4f4ab08a54c3286b5b72bb@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
bsst@bwt.com, accepts marketing: false

Message:
I'm just now reading through your analysis of Blood Sweat and Tears and genuinely cant believe you submitted that. First of all:you describe things that straight up not happen in the video. You are, in the most literal sense of the world, making shit up. Example:

"The video opens with sweeping shots of Noxian battlefields, depicting warriors clashing in brutal combat" no it fucking doesn't

"Interwoven with the war scenes are intimate moments of reflection, showing Ambessa standing alone on a Noxian stronghold, gazing at the battlefield below. These moments
reveal her internal struggles, though she has achieved dominance, it has come at a personal cost. There are brief flashes of Mel Medarda" None of that is in the video. Like, at all.

"The final act of the music video intensifies as Ambessa is seen addressing a grand Noxian war council. (...) The song's climax coincides with a dramatic cut to the Piltover skyline, bathed in an ominous glow" ??????????

You used fucking chat gpt to analyze the video and presented that as an evidence WITHOUT EVEN CHECKING IF THE GODDAMM THING WAS CORRECT. The video is not even minutes long and you were not capable of even watching it FOR YOUR CASE.

And then there is the second part: that you do not even have the basic media literacy to even fucking comprehend the video:
1-The lamb is not Mel, is Kino, THE KID SHE HAD TO SACRIFICE. She even fucking says so IN THE SHOW
2-Thats not her son holding the statue ITS HER
3-Kindred offers Ambessa a choice, she can return to life, and to Kino but
only if she gave up the unborn baby in her womb, Mel, to a higher purpose.---- that's not whats happening, she is just being chosen by the wolf, you wold known if you PLAYED THE FUCKING GAME
4-YOU DO NOT OWN AFRICAN CULTURE

fucking chat gpt.... and then you get mad when vietnamise ai crawlers steal your data....

Sent via form submission from M.W. Wolf's Megaverse

Email:
bsst@bwt.com, accepts marketing: false

Message:
I'm just now reading through your analysis of Blood Sweat and Tears and genuinely cant believe you submitted that. First of all:you describe things that straight up not happen in the video. You are, in the most literal sense of the world, making shit up. Example:

"The video opens with sweeping shots of Noxian battlefields, depicting warriors clashing in brutal combat" no it fucking doesn't

"Interwoven with the war scenes are intimate moments of reflection, showing Ambessa standing alone on a Noxian stronghold, gazing at the battlefield below. These moments
reveal her internal struggles, though she has achieved dominance, it has come at a personal cost. There are brief flashes of Mel Medarda" None of that is in the video. Like, at all.

"The final act of the music video intensifies as Ambessa is seen addressing a grand Noxian war council. (...) The song's climax coincides with a dramatic cut to the Piltover skyline, bathed in an ominous glow" ??????????

You used fucking chat gpt to analyze the video and presented that as an evidence WITHOUT EVEN CHECKING IF THE GODDAMM THING WAS CORRECT. The video is not even minutes long and you were not capable of even watching it FOR YOUR CASE.

And then there is the second part: that you do not even have the basic media literacy to even fucking comprehend the video:
1-The lamb is not Mel, is Kino, THE KID SHE HAD TO SACRIFICE. She even fucking says so IN THE SHOW
2-Thats not her son holding the statue ITS HER
3-Kindred offers Ambessa a choice, she can return to life, and to Kino but
only if she gave up the unborn baby in her womb, Mel, to a higher purpose.---- that's not whats happening, she is just being chosen by the wolf, you wold known if you PLAYED THE FUCKING GAME
4-YOU DO NOT OWN AFRICAN CULTURE

fucking chat gpt.... and then you get mad when vietnamise ai crawlers steal your data....

Manage Submissions

Does this submission look like spam? Report it here.

## Message 111 of 593

| | |
|---|---|
| **Date** | Mon, 28 Apr 2025 23:35:03 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ZySDTul0RemSLNIxWpwCFA@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
update@papa.com, accepts marketing: false

Message:
Update: TWENTY FOUR STRICKEN DOCUMENTS IN LESS THAN 4 MONTHS.
Are you triying to get a new record? C'mon my dude!! I belive in you!!! Let's get to those sweet sweet 30 stricken documents before the hearing on 5/8 !!! Let's goooooo

Sent via form submission from M.W. Wolf's Megaverse

Email:
update@papa.com, accepts marketing: false

Message:
Update: TWENTY FOUR STRICKEN DOCUMENTS IN LESS THAN 4 MONTHS.
Are you triying to get a new record? C'mon my dude!! I belive in you!!! Let's get to those sweet sweet 30 stricken documents before the hearing on 5/8 !!! Let's goooooo

Manage Submissions

Does this submission look like spam? Report it here.

## Message 112 of 593

| | |
|---|---|
| **Date** | Tue, 29 Apr 2025 19:21:07 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ae5bcDonSNGt99lV01GmpQ@geopod-ismtpd-34> |

Form Submission - Welcome To The Wolf Pack

Email:
ANDNOTHERONE@meme.com, accepts marketing: false

Message:
LADIES AND GENTLEMEN WE GOT ANOTHER STRIKE!!! HELL YEAH!!!!

Sent via form submission from M.W. Wolf's Megaverse

Email:
ANDNOTHERONE@meme.com, accepts marketing: false

Message:
LADIES AND GENTLEMEN WE GOT ANOTHER STRIKE!!! HELL YEAH!!!!

Manage Submissions

Does this submission look like spam? Report it here.

## Message 113 of 593

| | |
|---|---|
| **Date** | Wed, 30 Apr 2025 02:07:22 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <034350a6d4b34380930768e933d47d8a@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
awu@usa.com, accepts marketing: false

Message:
Your entire argument is si fucking moronic, because you can't tell me, in good faith, that someone would go to a GAME DEVELOPER page that has form clearly intended for GAME DEVLOPERS and submit an entire fucking book in a submission box and then claim it's valid.
But also, saying that your manuscript was "widely disseminated to over a 100 agencies" makes YOU look even worse by anyone with half a functional braincell for several reason, but the one that are most funny are: 1) If you sent your manuscript to "over a 100 agencies" and could not get one single publisher even remotely interested in you, then maybe you are just a shitty writer and 2) THAT'S NOT WHAT "WIDELY DISSEMINATED" MEANS IN LEGAL TERMS you dumb fuck. For something to be considered such it requires commercial success or popularity. Something that you very clarly do mot have

Sent via form submission from M.W. Wolf's Megaverse

Email:
awu@usa.com, accepts marketing: false

Message:
Your entire argument is si fucking moronic, because you can't tell me, in good faith, that someone would go to a GAME DEVELOPER page that has form clearly intended for GAME DEVLOPERS and submit an entire fucking book in a submission box and then claim it's valid.
But also, saying that your manuscript was "widely disseminated to over a 100 agencies" makes YOU look even worse by anyone with half a functional braincell for several reason, but the one that are most funny are: 1) If you sent your manuscript to "over a 100 agencies" and could not get one single publisher even remotely interested in you, then maybe you are just a shitty writer and 2) THAT'S NOT WHAT "WIDELY DISSEMINATED" MEANS IN LEGAL TERMS you dumb fuck. For something to be considered such it requires commercial success or popularity. Something that you very clarly do mot have

Manage Submissions

Does this submission look like spam? Report it here.

## Message 114 of 593

| | |
|---|---|
| **Date** | Wed, 30 Apr 2025 13:36:51 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <w6uLZkt9TIS6kNieDK3yKg@geopod-ismtpd-28> |

Form Submission - Welcome To The Wolf Pack

Email:
reassignment@lis.com, accepts marketing: false

Message:
Ah yes, requesting to reassign judges because you are butthurt after they tried to explain to you how fucking deranged you are. That surely will not backfire at all.

Sent via form submission from M.W. Wolf's Megaverse

Email:
reassignment@lis.com, accepts marketing: false

Message:
Ah yes, requesting to reassign judges because you are butthurt after they tried to explain to you how fucking deranged you are. That surely will not backfire at all.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 115 of 593

| | |
|---|---|
| **Date** | Wed, 30 Apr 2025 17:03:18 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <94a4fa4042fc4344b19771ba87c22aa8@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
vietnamise@ai.com, accepts marketing: false

Message:
I'm going to give you a clue that your idiotic brain could not get, and I'm only going to do that because of how sweetly ironic it is: The Vietnamise company is not a fucking military conspiracy against you, is just an ai crawler. Anyone who has the a modicum of understanding of how ai crawlers work can deduce that in a second. Most likely, it didn't target *your* site specifically, but rather all blogs hosted in squarespace.

They are going to scrape every single word you have ever written in your blog and use it to feed the plagiarism machine that ai is.... the same machine whose use you defended when you were making those fugly ai images for your blog...
The irony is so sweet, it would almost be enjoyable if those stupid things weren't burning the planet

Sent via form submission from M.W. Wolf's Megaverse

Email:
vietnamise@ai.com, accepts marketing: false

Message:
I'm going to give you a clue that your idiotic brain could not get, and I'm only going to do that because of how sweetly ironic it is: The Vietnamise company is not a fucking military conspiracy against you, is just an ai crawler. Anyone who has the a modicum of understanding of how ai crawlers work can deduce that in a second. Most likely, it didn't target *your* site specifically, but rather all blogs hosted in squarespace.

They are going to scrape every single word you have ever written in your blog and use it to feed the plagiarism machine that ai is.... the same machine whose use you defended when you were making those fugly ai images for your blog...
The irony is so sweet, it would almost be enjoyable if those stupid things weren't burning the planet

Manage Submissions

Does this submission look like spam? Report it here.

## Message 116 of 593

| | |
|---|---|
| **Date** | Thu, 01 May 2025 22:10:07 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <wq6rwk4WS6KJETIENtVsHw@geopod-ismtpd-31> |

Form Submission - Welcome To The Wolf Pack

Email:
yougottmail@dontdissmiss.com, accepts marketing: false

Message:
You know what the funniest part of all the bullshit you have sent is (so far)?
Writing 67 pages of pure unadulterated conspiranoic slop, get that document stricken AND THEN TRYING AGAIN but starting with a "Legal disclaimer- I am allowed to express my concerns. It’s called freedom of speech. This is in the public interest. Its protected in Europe under Article 10 of the Human Rights Act: Freedom of expression. In the United States freedom of speech is protected by the First Amendment of the Constitution. In the English dictionary this is called an opinion." AND BELIEVING THAT IT WILL NO HAVE ANY SANCTIONS LATER ..... how do you think Mister Fernando will take that??? Don´t worry, I will sent an email to his clerk (Vanessa) on the morning of 5/8 to remind him how much you like to spit in his face. I think it would be really fun :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
yougottmail@dontdissmiss.com, accepts marketing: false

Message:
You know what the funniest part of all the bullshit you have sent is (so far)?
Writing 67 pages of pure unadulterated conspiranoic slop, get that document stricken AND THEN TRYING AGAIN but starting with a "Legal disclaimer- I am allowed to express my concerns. It’s called freedom of speech. This is in the public interest. Its protected in Europe under Article 10 of the Human Rights Act: Freedom of expression. In the United States freedom of speech is protected by the First Amendment of the Constitution. In the English dictionary this is called an opinion." AND BELIEVING THAT IT WILL NO HAVE ANY SANCTIONS LATER ..... how do you think Mister Fernando will take that??? Don´t worry, I will sent an email to his clerk (Vanessa) on the morning of 5/8 to remind him how much you like to spit in his face. I think it would be really fun :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 117 of 593

| | |
|---|---|
| **Date** | Fri, 02 May 2025 14:27:35 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <AtXZq-OjSD-Ggd_j-HJBWA@geopod-ismtpd-8> |

Form Submission - Welcome To The Wolf Pack

Email:
procedural@technicalitie.com, accepts marketing: false

Message:
".... following the Court’s guidance, and ensuring that the merits of the case — rather than procedural technicalities— are fairly addressed"

This is exactly the reason why you hire a fucking lawyer. When talking about Copyright claims, those menial "procedural technicalities" ARE THE MERITS of the case. But then again, no fucking lawyer would take you, because anyone with a modicum of knowledge about animation will confirm that is straight up impossible to animate 9 episodes of the quality of Arcane in 12 months

"Riot’s Legal team insist on making me answer anything they say and do at any time no matter what I’m doing or where I am or what time of the night it is" YOU ARE FROM UK is not their fucking fault that TIME ZONES EXISTS- YOU are the one who choose to litigate in CA

Sent via form submission from M.W. Wolf’s Megaverse

Email:
procedural@technicalitie.com, accepts marketing: false

Message:
".... following the Court’s guidance, and ensuring that the merits of the case — rather than procedural technicalities— are fairly addressed"

This is exactly the reason why you hire a fucking lawyer. When talking about Copyright claims, those menial "procedural technicalities" ARE THE MERITS of the case. But then again, no fucking lawyer would take you, because anyone with a modicum of knowledge about animation will confirm that is straight up impossible to animate 9 episodes of the quality of Arcane in 12 months

"Riot’s Legal team insist on making me answer anything they say and do at any time no matter what I’m doing or where I am or what time of the night it is" YOU ARE FROM UK is not their fucking fault that TIME ZONES EXISTS- YOU are the one who choose to litigate in CA

Manage Submissions

Does this submission look like spam? Report it here.

## Message 118 of 593

| | |
|---|---|
| **Date** | Fri, 02 May 2025 20:11:12 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4c18254dae1f4cd395eecb441e314caf@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ahhaha@haha.com, accepts marketing: false

Message:
HAHAHAHAHAHAHAHAHAHHHAHAHAHAHHAAHHA

Sent via form submission from M.W. Wolf's Megaverse

Email:
ahhaha@haha.com, accepts marketing: false

Message:
HAHAHAHAHAHAHAHAHAHHHAHAHAHAHHAAHHA

Manage Submissions

Does this submission look like spam? Report it here.

## Message 119 of 593

| | |
|---|---|
| **Date** | Fri, 02 May 2025 20:13:50 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <QJjPfXuqQbGdCbBFsu2Dag@geopod-ismtpd-30> |

Form Submission - Welcome To The Wolf Pack

Email:
hahaha@haha.com, accepts marketing: false

Message:
Here is your medal■ congratulations on winning the first place in the "pissing off an entire court" race. No one had ever done so in such little time

Sent via form submission from M.W. Wolf's Megaverse

Email:
hahaha@haha.com, accepts marketing: false

Message:
Here is your medal■ congratulations on winning the first place in the "pissing off an entire court" race. No one had ever done so in such little time

Manage Submissions

Does this submission look like spam? Report it here.

## Message 120 of 593

| | |
|---|---|
| **Date** | Fri, 02 May 2025 20:27:16 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <e7uCH9GPTlyFoq3lp38clg@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
STRIKE@BABY.com, accepts marketing: false

Message:
The absolute fucking DISRESPECT of resubmiting THE SAME MOTION not even 24 hours after it was struck is already horrible behavior BUT then you ALSO GO TO TRY TO EXPLAIN THE LAW TO A MAGISTRATE JUDGE. A pro se litigant FROM ANOTHER COUNTRY. Your fucking ego dude

Sent via form submission from M.W. Wolf's Megaverse

Email:
STRIKE@BABY.com, accepts marketing: false

Message:
The absolute fucking DISRESPECT of resubmiting THE SAME MOTION not even 24 hours after it was struck is already horrible behavior BUT then you ALSO GO TO TRY TO EXPLAIN THE LAW TO A MAGISTRATE JUDGE. A pro se litigant FROM ANOTHER COUNTRY. Your fucking ego dude

Manage Submissions

Does this submission look like spam? Report it here.

## Message 121 of 593

| | |
|---|---|
| **Date** | Fri, 02 May 2025 22:29:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4rs3C67SS-izhFiRr3AmIg@geopod-ismtpd-2> |

Form Submission - Welcome To The Wolf Pack

Email:
win@win.com, accepts marketing: false

Message:
Hey, I have a game for you:
1- Go to google images
2- Search "art deco designs"
3- Count how many "M" and "W" shapes you can find. I got around 70 in the first page!
4- Sue the entire art deco movement for plagiarizing your manuscript, since clearly that's proof enough

For bonus points: Do the same with art nouveau

Sent via form submission from M.W. Wolf's Megaverse

Email:
win@win.com, accepts marketing: false

Message:
Hey, I have a game for you:
1- Go to google images
2- Search "art deco designs"
3- Count how many "M" and "W" shapes you can find. I got around 70 in the first page!
4- Sue the entire art deco movement for plagiarizing your manuscript, since clearly that's proof enough

For bonus points: Do the same with art nouveau

Manage Submissions

Does this submission look like spam? Report it here.

## Message 122 of 593

| | |
|---|---|
| **Date** | Fri, 02 May 2025 22:42:07 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <af48c69afa7942dcb3a6c462b24e3834@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
mail@dos.com, accepts marketing: false

Message:
Your case is probably getting dismissed after the hearing and I'm gonna miss seeing you ridicule yourself in front of every competent person involved in the legal system : ,(
Can you start another litigation against netflix after that?? a season 2 of whining delusions???

Sent via form submission from M.W. Wolf's Megaverse

Email:
mail@dos.com, accepts marketing: false

Message:
Your case is probably getting dismissed after the hearing and I'm gonna miss seeing you ridicule yourself in front of every competent person involved in the legal system : ,(
Can you start another litigation against netflix after that?? a season 2 of whining delusions???

Manage Submissions

Does this submission look like spam? Report it here.

## Message 123 of 593

| | |
|---|---|
| **Date** | Sat, 03 May 2025 01:34:10 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <R2-YANJLTFW77V556sVJ-Q@geopod-ismtpd-17> |

Form Submission - Welcome To The Wolf Pack

Email:
ma@liad.com, accepts marketing: false

Message:
we made a new game drinking in our discord group: open literally any page of the document and try NOT to find absolute delulu bullshit. Everyone lost at their first try. This excerpt made us loose our shit fr:

"This again shows that the
Arcane creators hid things in the visuals of the story. However, letters are made of paper. The
letter is not a mirror nor glass or metal, I don’t really understand why they have shown a
reflection here"

BECAUSE THE DIDN'T. THERE IS NOTHING THERE YOU ARE LITERALLY SEEING THINGS. Also the "bear" in that Ekko post that was just a stain of in the wall

but by far our favorite is the one where you compare fucking mel medarda to a monster high character that was legit the best one my belly is still hurting from laughing

all of this to say: had u considered a career as a comedian?

Sent via form submission from M.W. Wolf's Megaverse

Email:
ma@liad.com, accepts marketing: false

Message:
we made a new game drinking in our discord group: open literally any page of the document and try NOT to find absolute delulu bullshit. Everyone lost at their first try. This excerpt made us loose our shit fr:

"This again shows that the
Arcane creators hid things in the visuals of the story. However, letters are made of paper. The
letter is not a mirror nor glass or metal, I don’t really understand why they have shown a
reflection here"

BECAUSE THE DIDN'T. THERE IS NOTHING THERE YOU ARE LITERALLY SEEING THINGS. Also the "bear" in that Ekko post that was just a stain of in the wall

but by far our favorite is the one where you compare fucking mel medarda to a monster high character that was legit the best one my belly is still hurting from laughing

all of this to say: had u considered a career as a comedian?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 124 of 593

| | |
|---|---|
| **Date** | Mon, 05 May 2025 22:38:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <zxl7cnzdSoebFpH-lDdnfw@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
tu@laj.com, accepts marketing: false

Message:
"aditionally, Plaintiff notes that publication dates on platforms such as YouTube,
including Riot’s own channels, can be manually altered or masked through internal CMS tools or
metadata manipulation. This is increasingly common among major tech and entertainment firms
with backend access and distribution controls, and Riot actively seeks hackers for employment"

This is THE unhinged claim of the week. Are you saying that they fucking hacked youtube to change the date of the announcement video?? the video that is extremely well documented in all of the internet?? Also, you have no fucking idea of how the Wayback Machine works lmao
ALSO ALSO every time you keep mentioning the screenshot yo are digging your own grave deeper and deeper. The conference is confidential and NON-BINDING. they literally could have shown whatever bullshit they want, and you are going to put 9823 motions disputing it and is not going to get you anywhere lmaooo

Sent via form submission from M.W. Wolf's Megaverse

Email:
tu@laj.com, accepts marketing: false

Message:
"aditionally, Plaintiff notes that publication dates on platforms such as YouTube,
including Riot’s own channels, can be manually altered or masked through internal CMS tools or
metadata manipulation. This is increasingly common among major tech and entertainment firms
with backend access and distribution controls, and Riot actively seeks hackers for employment"

This is THE unhinged claim of the week. Are you saying that they fucking hacked youtube to change the date of the announcement video?? the video that is extremely well documented in all of the internet?? Also, you have no fucking idea of how the Wayback Machine works lmao
ALSO ALSO every time you keep mentioning the screenshot yo are digging your own grave deeper and deeper. The conference is confidential and NON-BINDING. they literally could have shown whatever bullshit they want, and you are going to put 9823 motions disputing it and is not going to get you anywhere lmaooo

Manage Submissions

Does this submission look like spam? Report it here.

## Message 125 of 593

| | |
|---|---|
| **Date** | Tue, 06 May 2025 01:01:19 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <edf6609359514d2c961f7319c2c46541@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
notreally@ras.com, accepts marketing: false

Message:
So, at the end of the day, your argument is "I shoved my manuscript into everyone faces, even when they were not asking for it, using whatever means of communication were available even they were clearly not designed to do so
And now if anyone takes extremely common narrative elements to any fantasy/sci-fi story, I can claim it was my idea and sue them for copyright!"

You do realize why that is not gonna fly right?

Sent via form submission from M.W. Wolf's Megaverse

Email:
notreally@ras.com, accepts marketing: false

Message:
So, at the end of the day, your argument is "I shoved my manuscript into everyone faces, even when they were not asking for it, using whatever means of communication were available even they were clearly not designed to do so
And now if anyone takes extremely common narrative elements to any fantasy/sci-fi story, I can claim it was my idea and sue them for copyright!"

You do realize why that is not gonna fly right?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 126 of 593

| | |
|---|---|
| **Date** | Tue, 06 May 2025 02:24:45 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <p9yJy3v6QkWXZOkgPnXkCw@geopod-ismtpd-24> |

Form Submission - Welcome To The Wolf Pack

Email:
briana@jugde.com, accepts marketing: false

Message:
Let me fix this entry for you: "Plaintiff doesn't feel safe to attend the May 15th hearing with the same Magistrate judge. Plaintiff cries like a fucking baby when a women with over a decade of the highest legal experience tries to correct him. Plaintiff soils himself and wails for his binky whenever he is told that he is wrong. Wahh wahh wahh"

Sent via form submission from M.W. Wolf's Megaverse

Email:
briana@jugde.com, accepts marketing: false

Message:
Let me fix this entry for you: "Plaintiff doesn't feel safe to attend the May 15th hearing with the same Magistrate judge. Plaintiff cries like a fucking baby when a women with over a decade of the highest legal experience tries to correct him. Plaintiff soils himself and wails for his binky whenever he is told that he is wrong. Wahh wahh wahh"

Manage Submissions

Does this submission look like spam? Report it here.

## Message 127 of 593

| | |
|---|---|
| **Date** | Tue, 06 May 2025 07:17:36 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <kum9RtIxTNaAnLQlsx36gQ@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
lmai@hum.com, accepts marketing: false

Message:
My God you are beyond delusional AND stupid. The fucking table with "over 50 animators" directly contradicts your own claims, but you are so up your arse that you can't eve see that. You didn't even take 1 minute to talk to anyone who has ever been involved in a AAA tv production, because then they would inmediately tell you is standar industry practice.
Also your mind doing all this conspiracy board type of shit about how there was a "spike on production and hiring after mid 2020 and early 2021" is so funny like... I wonder what could possibly had happened that allowed a spike in production.... what world wide event that forced practically all of the cinematic industry to stay closed until certain restrictions were lifted could be involved in this.... hmmmm no it must be the evil goblins stealing my manuscript...
And also have you considered that maybe the FRENCH study is hiring FRENCH people whose cv wont show in fucking english pages... or how you selective left out the over 150 animators that DO have online presence and have shown to be working on the show since 2016~ at least, and that you can find with a 30 seconds artststion search.

But again, at the end of the day, you are only showing your own ignorance. Because if you had the faintest idea of how large-scale animation is produced, you would know that the "bulk" of the show is not made by the guy on twitter with over 3k followers, but by a bunch of smaller full time workers that make sure all the fingers move right and the hair and clothes don't phase through walls.
But you go bath in your ignorance I guess

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmai@hum.com, accepts marketing: false

Message:
My God you are beyond delusional AND stupid. The fucking table with "over 50 animators" directly contradicts your own claims, but you are so up your arse that you can't eve see that. You didn't even take 1 minute to talk to anyone who has ever been involved in a AAA tv production, because then they would inmediately tell you is standar industry practice.
Also your mind doing all this conspiracy board type of shit about how there was a "spike on production and hiring after mid 2020 and early 2021" is so funny like... I wonder what could possibly had happened that allowed a spike in production.... what world wide event that forced practically all of the cinematic industry to stay closed until certain restrictions were lifted could be involved in this.... hmmmm no it must be the evil goblins stealing my manuscript...
And also have you considered that maybe the FRENCH study is hiring FRENCH people whose cv wont show in fucking english pages... or how you selective left out the over 150 animators that DO have online presence and have shown to be working on the show since 2016~ at least, and that you can find with a 30 seconds artststion search.

But again, at the end of the day, you are only showing your own ignorance. Because if you had the faintest idea of how large-scale animation is produced, you would know that the "bulk" of the show is not made by the guy on twitter with over 3k followers, but by a bunch of smaller full time workers that make sure all the fingers move right and the hair and clothes don't phase through walls.
But you go bath in your ignorance I guess

Manage Submissions

Does this submission look like spam? Report it here.

## Message 128 of 593

| | |
|---|---|
| **Date** | Tue, 06 May 2025 18:39:02 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <dbd5d518379c4079986876bc349447d6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
courtla@uscads.com, accepts marketing: false

Message:
ORDER GRANTING
DEFENDANT RIOT GAMES,
INC.'S MOTION TO DISMISS
SECOND AMENDED
COMPLAINT

Defendant Riot Games, Inc. ("Riot") Motion to Dismiss the Second Amended Complaint filed by Plaintiff Marc Wolstenholme ("Wolstenholme") came on for hearing in Courtroom 6D of the above-entitled Court, the Honorable Fernando M. Olguin presiding. Appearances were as reflected on the record. The
Court, having considered the motion and all supporting moving papers, the
opposition papers, and the reply thereto, and the oral argument presented at the
hearing, and for good cause appearing,
IT IS HEREBY ORDERED THAT:
1. The motion is GRANTED; and
2. Plaintiff's Second Amended Complaint is dismissed with prejudice.
IT IS SO ORDERED.

--------------------

Just sending you this so you can stat to mentally prepare :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
courtla@uscads.com, accepts marketing: false

Message:
ORDER GRANTING
DEFENDANT RIOT GAMES,
INC.'S MOTION TO DISMISS
SECOND AMENDED
COMPLAINT

Defendant Riot Games, Inc. ("Riot") Motion to Dismiss the Second Amended Complaint filed by Plaintiff Marc Wolstenholme ("Wolstenholme") came on for hearing in Courtroom 6D of the above-entitled Court, the Honorable Fernando M. Olguin presiding. Appearances were as reflected on the record. The
Court, having considered the motion and all supporting moving papers, the
opposition papers, and the reply thereto, and the oral argument presented at the
hearing, and for good cause appearing,
IT IS HEREBY ORDERED THAT:
1. The motion is GRANTED; and
2. Plaintiff's Second Amended Complaint is dismissed with prejudice.
IT IS SO ORDERED.

--------------------

Just sending you this so you can stat to mentally prepare :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 129 of 593

| | |
|---|---|
| **Date** | Tue, 06 May 2025 21:13:01 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <XGXypNfGTvGHrmfsDjptvA@geopod-ismtpd-13> |

Form Submission - Welcome To The Wolf Pack

Email:
truly@yours.com, accepts marketing: false

Message:
So, your "evidence" for proving that Riot got their script from your manuscript is... to present that there were writers already working towards Arcane since 2016? Huhhhh Masterful gambit sir

Sent via form submission from M.W. Wolf's Megaverse

Email:
truly@yours.com, accepts marketing: false

Message:
So, your "evidence" for proving that Riot got their script from your manuscript is... to present that there were writers already working towards Arcane since 2016? Huhhhh Masterful gambit sir

Manage Submissions

Does this submission look like spam? Report it here.

## Message 130 of 593

| | |
|---|---|
| **Date** | Wed, 07 May 2025 05:03:18 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <t5v6iSNUQJ2BjI76QEH8vA@geopod-ismtpd-13> |

Form Submission - Welcome To The Wolf Pack

Email:
number@dock.com, accepts marketing: false

Message:
In a docket that currently amasses 135 entries, you have files 69. And out of those, 28 has been struck. That's almost over a half of everything you have presented. In fact, the dock entry is so high because of all the orders Mr Olguin had to issue to fix all the irrelevant shit you presented.
And you still think you have a chance at winning this

Sent via form submission from M.W. Wolf's Megaverse

Email:
number@dock.com, accepts marketing: false

Message:
In a docket that currently amasses 135 entries, you have files 69. And out of those, 28 has been struck. That's almost over a half of everything you have presented. In fact, the dock entry is so high because of all the orders Mr Olguin had to issue to fix all the irrelevant shit you presented.
And you still think you have a chance at winning this

Manage Submissions

Does this submission look like spam? Report it here.

## Message 131 of 593

| | |
|---|---|
| **Date** | Wed, 07 May 2025 06:37:07 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3e58ca9cb49f4cfaacc175e15b588a97@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
struckit@baby.com, accepts marketing: false

Message:
You sent a motion to stay the case, got dismissed because is procedurally improper AND it doesn't comply with law principles and then YOU SENT IT AGAIN without even trying to understand why was it wrong the first time.
If you want to spit in the judges face, just go to cali and do so, it would save you the public embarrassment. Perhaps it would have even saved your marriage.... or no, I think that was a lost cause from the beginning. Poor woman...

Sent via form submission from M.W. Wolf's Megaverse

Email:
struckit@baby.com, accepts marketing: false

Message:
You sent a motion to stay the case, got dismissed because is procedurally improper AND it doesn't comply with law principles and then YOU SENT IT AGAIN without even trying to understand why was it wrong the first time.
If you want to spit in the judges face, just go to cali and do so, it would save you the public embarrassment. Perhaps it would have even saved your marriage.... or no, I think that was a lost cause from the beginning. Poor woman...

Manage Submissions

Does this submission look like spam? Report it here.

## Message 132 of 593

| | |
|---|---|
| **Date** | Wed, 07 May 2025 18:58:42 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <b733d31a2f514e569385c1c920ae0318@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
awuu@euacomcom.com, accepts marketing: false

Message:
Here is a new challenge for you: try to fill 4 documents without getting half of them stricken

Sent via form submission from M.W. Wolf's Megaverse

Email:
awuu@euacomcom.com, accepts marketing: false

Message:
Here is a new challenge for you: try to fill 4 documents without getting half of them stricken

Manage Submissions

Does this submission look like spam? Report it here.

## Message 133 of 593

| | |
|---|---|
| **Date** | Wed, 07 May 2025 19:44:29 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <IJtePikiQMSUr5OuPtjGuw@geopod-ismtpd-8> |

Form Submission - Welcome To The Wolf Pack

Email:
proral@tee.com, accepts marketing: false

Message:
See, this to me is best example of how much you are misinterpreting the law principles: You keep citing "Fairness to Self-Represented Litigant" thinking its supposed to benefit YOU.

But is not really. What it means is that you will be treated the exact same as if you were acting under professional counsel.

It Is not their fault that YOU decided to go in alone (or that no lawyer wanted to take you in because they could immediately see how deranged you are and how non-existent the legal fundamentals of you case are)

Sent via form submission from M.W. Wolf's Megaverse

Email:
proral@tee.com, accepts marketing: false

Message:
See, this to me is best example of how much you are misinterpreting the law principles: You keep citing "Fairness to Self-Represented Litigant" thinking its supposed to benefit YOU.

But is not really. What it means is that you will be treated the exact same as if you were acting under professional counsel.

It Is not their fault that YOU decided to go in alone (or that no lawyer wanted to take you in because they could immediately see how deranged you are and how non-existent the legal fundamentals of you case are)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 134 of 593

| | |
|---|---|
| **Date** | Wed, 07 May 2025 21:53:02 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <5f69433889bb484cb57ffefab196f578@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lao@kaom.com, accepts marketing: false

Message:
LETS GO DUDE I KNOW YOU CAN GET AT LEAST ONE DOCUMENT IN THE DOCKET WITHOUT GETTING IT STRICKEN I KNOW YOU CAN DO IT

Or perhaps the court just got tired of your whining and set a bot to automatically struck anything you sent them.....

Sent via form submission from M.W. Wolf's Megaverse

Email:
lao@kaom.com, accepts marketing: false

Message:
LETS GO DUDE I KNOW YOU CAN GET AT LEAST ONE DOCUMENT IN THE DOCKET WITHOUT GETTING IT STRICKEN I KNOW YOU CAN DO IT

Or perhaps the court just got tired of your whining and set a bot to automatically struck anything you sent them.....

Manage Submissions

Does this submission look like spam? Report it here.

## Message 135 of 593

| | |
|---|---|
| **Date** | Thu, 08 May 2025 05:02:57 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <IsVvWU02RNav6BtZ0B_7ZQ@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
copyrighted@wolstenholme.com, accepts marketing: false

Message:
Go on. Try again. Sent the motion AGAIN. I'm soooo sure THIS TIME it will go on and not get struck. I know you can do it. Send it again. And again. And again. And again. And again. And again

Sent via form submission from M.W. Wolf's Megaverse

Email:
copyrighted@wolstenholme.com, accepts marketing: false

Message:
Go on. Try again. Sent the motion AGAIN. I'm soooo sure THIS TIME it will go on and not get struck. I know you can do it. Send it again. And again. And again. And again. And again

Manage Submissions

Does this submission look like spam? Report it here.

## Message 136 of 593

| | |
|---|---|
| **Date** | Thu, 08 May 2025 08:28:43 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <126658d7e5cc46acbeef82373202e93c@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
abriolapuerta@yvioasumadre.com, accepts marketing: false

Message:
Reading your fillings groveling to the court and crying about how you are a poor disadvantaged victim who has never done anything wrong ever and is being cruelly harassed by the Big Evil Legal Team while a few months ago you were bragging around twitter about how you were going to "own them all" is so fucking hilarious. Even now, here on your personal blog you go and post edgy teenager shit like "oh I'm a wolf and I got bite■" but then reading the actual docket where you are pissing your pants beggint to the court to "pleaseeeee issue a "protective" order because people on the internet is mean■"

Give me a fucking break

Sent via form submission from M.W. Wolf's Megaverse

Email:
abriolapuerta@yvioasumadre.com, accepts marketing: false

Message:
Reading your fillings groveling to the court and crying about how you are a poor disadvantaged victim who has never done anything wrong ever and is being cruelly harassed by the Big Evil Legal Team while a few months ago you were bragging around twitter about how you were going to "own them all" is so fucking hilarious. Even now, here on your personal blog you go and post edgy teenager shit like "oh I'm a wolf and I got bite■" but then reading the actual docket where you are pissing your pants beggint to the court to "pleaseeeee issue a "protective" order because people on the internet is mean■"

Give me a fucking break

Manage Submissions

Does this submission look like spam? Report it here.

## Message 137 of 593

| | |
|---|---|
| **Date** | Thu, 08 May 2025 14:24:51 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <nMuqFh0dT5SvkvZmg7_gcg@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
Britne@spears.com, accepts marketing: false

Message:
■■Oh, judge, judge ■■
I shouldn't have filed that lawsuit
And now I'm getting fined,
yeah■■

■Show me how delulu I can be■
Tell me, baby, 'cause I need to know now■
Oh, because
■
■My craziness is killing me (and I)■
I must confess, I still believe (still believe)■
That I wrote Arcane, ■
I lost my mind
■■■
■■■■Give me a sign■■
■Hit me, baby, one more strike!■

(I hope at least that one makes the court laugh when you add it to the docket under some bullshit like "riot is working with the vietnachineserussian ciakgb to send me hatemail in my public blog".
Also if you are gonna post the hate mail, don't be a pussy and put the whole message, don't leave behind the parts where we point out your crap)

Sent via form submission from M.W. Wolf's Megaverse

Email:
Britne@spears.com, accepts marketing: false

Message:
■■Oh, judge, judge ■■
I shouldn't have filed that lawsuit
And now I'm getting fined,
yeah■■

■Show me how delulu I can be■
Tell me, baby, 'cause I need to know now■
Oh, because
■
■My craziness is killing me (and I)■
I must confess, I still believe (still believe)■
That I wrote Arcane, ■
I lost my mind
■■■
■■■■Give me a sign■■
■Hit me, baby, one more strike!■

(I hope at least that one makes the court laugh when you add it to the docket under some bullshit like "riot is working with the vietnachineserussian ciakgb to send me hatemail in my public blog".
Also if you are gonna post the hate mail, don't be a pussy and put the whole message, don't leave behind the parts where we point out your crap)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 138 of 593

| | |
|---|---|
| **Date** | Sat, 10 May 2025 03:24:38 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <v40nxDfJST-_LCtjAj5qYQ@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
letsgo@briana.com, accepts marketing: false

Message:
Thursday is going to be so interesting for u :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
letsgo@briana.com, accepts marketing: false

Message:
Thursday is going to be so interesting for u :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 139 of 593

| | |
|---|---|
| **Date** | Wed, 14 May 2025 15:30:44 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <df18c925cd88406da016ac850fd5eda4@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ITIS@ADJUDGED.com, accepts marketing: false

Message:
IT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is

dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is

dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed

with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is

dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the

above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is

dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudice

Sent via form submission from M.W. Wolf's Megaverse

Email:

ITIS@ADJUDGED.com, accepts marketing: false

Message:

IT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed

with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is

dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with

prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is

dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned
case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the
above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED
that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS
ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with
prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed
with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is
dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned

case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is

dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudiceIT IS ADJUDGED that the above-captioned case is dismissed with prejudice

Manage Submissions

Does this submission look like spam? Report it here.

## Message 140 of 593

| | |
|---|---|
| **Date** | Wed, 14 May 2025 16:37:14 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <oU8HhFQSRU-D10VB1oDEZA@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
lmao@lil.com, accepts marketing: false

Message:
Hey what happened with all those "I will owe you Riot" linkedin comments that you made a while ago? All those spam tweets about "leaving Riot broke and buying them later"? The months and months of boasting around how you were going to be rich and own League characters? About how Tencent would have to ask YOU for permission to keep using them? What happened to the ONE BILLION USD that you wanted as compensation???? ■■■■■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmao@lil.com, accepts marketing: false

Message:
Hey what happened with all those "I will owe you Riot" linkedin comments that you made a while ago? All those spam tweets about "leaving Riot broke and buying them later"? The months and months of boasting around how you were going to be rich and own League characters? About how Tencent would have to ask YOU for permission to keep using them? What happened to the ONE BILLION USD that you wanted as compensation???? ■■■■■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 141 of 593

| | |
|---|---|
| **Date** | Wed, 14 May 2025 18:00:40 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <dcTLoDu-QwGv2FmlNmiT_A@geopod-ismtpd-canary-0> |

Form Submission - Welcome To The Wolf Pack

Email:
email@isirequiere.com, accepts marketing: false

Message:
Seems like sending the same motions over and over and over and over and OVER AND OVER again (even after getting stricken), falsely accusing the judge of complicity with Riot Games, insulting the court, crying "harassment" over common legal procedures and disregarding actual professional advice from the top lawyers in copyright matters was not a good strategy..... who could have thought...............

Sent via form submission from M.W. Wolf's Megaverse

Email:
email@isirequiere.com, accepts marketing: false

Message:
Seems like sending the same motions over and over and over and over and OVER AND OVER again (even after getting stricken), falsely accusing the judge of complicity with Riot Games, insulting the court, crying "harassment" over common legal procedures and disregarding actual professional advice from the top lawyers in copyright matters was not a good strategy..... who could have thought...............

Manage Submissions

Does this submission look like spam? Report it here.

## Message 142 of 593

| | |
|---|---|
| **Date** | Wed, 14 May 2025 20:55:52 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ed46a007507547f3bc3b99e88832cdf1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lac@lgu.com, accepts marketing: false

Message:
"Please take a moment to see the lawsuit I'm currently fighting against Riot Games- Marc Wolstenholme v. Riot Games, Inc. (2:25-cv-00053)."

You might want to update that one- you are no longer fighting because it got dismissed. And you are going to do the same shit again (" using a military-inspired descriptor system and cross-referenced behavioral evidence. The work focuses not on accusation, but on pattern recognition, suspect, victim and geographical profiling, narrative connection") and get splashed by your own shit AGAIN. But next time you are going to lose more than money, you are making conspiranoic accusations based on "patterns" , and how did that end up last time? Everyone saw that you are crazy and delusional. But guess what, eventually you are going to piss off someone enough with your barking that they will bite back

"Access to extended materials and source evidence." You don't have that. Given you big mouth, if you did, you would have already released it.

" I've poured everything into it, not just as a writer, but as someone who knows how these systems work and has had his catalogue of work systematically violated by the same powerful people over and over." Again factually wrong. LA court, as well as every person with a single brain cell, has already proved that

but oh please, go ahead. this is gonna be so much fun.

Sent via form submission from M.W. Wolf's Megaverse

Email:
lac@lgu.com, accepts marketing: false

Message:
"Please take a moment to see the lawsuit I'm currently fighting against Riot Games- Marc Wolstenholme v. Riot Games, Inc. (2:25-cv-00053)."

You might want to update that one- you are no longer fighting because it got dismissed. And you are going to do the same shit again (" using a military-inspired descriptor system and cross-referenced behavioral evidence. The work focuses not on accusation, but on pattern recognition, suspect, victim and geographical profiling, narrative connection") and get splashed by your own shit AGAIN. But next time you are going to lose more than money, you are making conspiranoic accusations based on "patterns" , and how did that end up last time? Everyone saw that you are crazy and delusional. But guess what, eventually you are going to piss off someone enough with your barking that they will bite back

"Access to extended materials and source evidence." You don't have that. Given you big mouth, if you did, you would have already released it.

" I've poured everything into it, not just as a writer, but as someone who knows how these systems work and has had his catalogue of work systematically violated by the same powerful people over and over." Again factually wrong. LA court, as well as every person with a single brain cell, has already proved that

but oh please, go ahead. this is gonna be so much fun.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 143 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 03:31:06 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <bd86b676fb854ee1856198d1b28f3bdd@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
chimpanzini@bananini.com, accepts marketing: false

Message:
This is so fucking funney dude
The very first motion to dismiss that Riot filed was a motion to dismiss WITH LEAVE TO AMEND
You could have taken that, get an actual lawyer to fix your shit, reunite better evidence, and comeback later and then mayyyyybeee you would have a chance

But no, you went in and slammed your head against the wall, and now you dismissed with PERJURY.
And you should be thanking the judge on your knees that he didn't ordered for you to pay their legal fees

Loser

Sent via form submission from M.W. Wolf's Megaverse

Email:
chimpanzini@bananini.com, accepts marketing: false

Message:
This is so fucking funney dude
The very first motion to dismiss that Riot filed was a motion to dismiss WITH LEAVE TO AMEND
You could have taken that, get an actual lawyer to fix your shit, reunite better evidence, and comeback later and then mayyyyybeee you would have a chance

But no, you went in and slammed your head against the wall, and now you dismissed with PERJURY.
And you should be thanking the judge on your knees that he didn't ordered for you to pay their legal fees

Loser

Manage Submissions

Does this submission look like spam? Report it here.

## Message 144 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 03:34:16 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Oaa92IsJS8q2ks-UVyJ5Zw@geopod-ismtpd-27> |

Form Submission - Welcome To The Wolf Pack

Email:
chimpanzini@banani.com, accepts marketing: false

Message:
Oh also cool pitch you got there :)
Maybe I will steal it and present it as my own :)
And if you ever try to sue, well... your legal background is all I'll have to show :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
chimpanzini@banani.com, accepts marketing: false

Message:
Oh also cool pitch you got there :)
Maybe I will steal it and present it as my own :)
And if you ever try to sue, well... your legal background is all I'll have to show :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 145 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 07:37:59 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <vObu0RTTTAO8e-gqg_oDCw@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
alsjdn@kajs.com, accepts marketing: false

Message:
Ajshskshshs I literally predicted that when your case got dismissed you would start to blame the us legal system and guess what I WAS RIGHT If the entire world tells you that you are crazy maybe is because you are??

Sent via form submission from M.W. Wolf's Megaverse

Email:
alsjdn@kajs.com, accepts marketing: false

Message:
Ajshskshshs I literally predicted that when your case got dismissed you would start to blame the us legal system and guess what I WAS RIGHT If the entire world tells you that you are crazy maybe is because you are??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 146 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 09:10:16 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <5d324a881999422dae5a86a4dbf3a4d1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
sore@loser.com, accepts marketing: false

Message:
Is not even been a week since the last time you tried to make a case based not on facts but on "pattern recognition", and you got kicked in the ass extremely hard, and now you are trying AGAIN??? Did you learn nothing??

Sent via form submission from M.W. Wolf's Megaverse

Email:
sore@loser.com, accepts marketing: false

Message:
Is not even been a week since the last time you tried to make a case based not on facts but on "pattern recognition", and you got kicked in the ass extremely hard, and now you are trying AGAIN??? Did you learn nothing??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 147 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 19:07:50 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <vp20mDYbSjmySdVtHW38bQ@geopod-ismtpd-39> |

Form Submission - Welcome To The Wolf Pack

Email:
failur@claim.com, accepts marketing: false

Message:
"Moreover, despite the SAC's 1,218 pages (including voluminous exhibits), (see Dkt. 58, SAC), and the Opposition's 650-plus pages (including voluminous exhibits), (see Dkt. 83, Opposition), plaintiff has failed to state a claim."
LMAOOOOOOOOOOOOOOOOOOOOOOO over 1800 pages and you could state a claim. Not a single one. HAHAHAHAAHAHAHAHA

Sent via form submission from M.W. Wolf's Megaverse

Email:
failur@claim.com, accepts marketing: false

Message:
"Moreover, despite the SAC's 1,218 pages (including voluminous exhibits), (see Dkt. 58, SAC), and the Opposition's 650-plus pages (including voluminous exhibits), (see Dkt. 83, Opposition), plaintiff has failed to state a claim."
LMAOOOOOOOOOOOOOOOOOOOOOOO over 1800 pages and you could state a claim. Not a single one. HAHAHAHAAHAHAHAHA

Manage Submissions

Does this submission look like spam? Report it here.

## Message 148 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 19:41:34 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <52eb839a9bee490e81a70e8ad0071f99@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
realment@c9m.com, accepts marketing: false

Message:
If what the protonmail guy said is true (i doubt it) you just sent a death squad to his door because that shit did no go under seal :v

Sent via form submission from M.W. Wolf's Megaverse

Email:
realment@c9m.com, accepts marketing: false

Message:
If what the protonmail guy said is true (i doubt it) you just sent a death squad to his door because that shit did no go under seal :v

Manage Submissions

Does this submission look like spam? Report it here.

## Message 149 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 21:01:03 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | contact.lapdonline@lapd.online, Vanessa_Figueroa@cacd.uscourts.gov, Charles Pablico-Fernandez <Charles_PablicoFernandez@cacd.uscourts.gov>, civilandhumanrights@lacity.org, dan.chang@riotgames.com, JCIO-RA-Requests@judicialconduct.gov.uk, general.enquiries@judicialconduct.gov.uk, "Geller, Josh" <Josh.Geller@msk.com>, contact.center@calcivilrights.ca.gov, cbglegal@curtisbrowngroup.co.uk, cia_foia@ucia.gov, foipaquestions@fbi.gov, aaron.moss@msk.com, antitrust.complaints@usdoj.gov, antitrust@ftc.gov, lacity@courthousenews.com |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK3Bpgy5p97=gmid2W_L8g36Y5KPOaixi2GC2sF-7q0e-g@mail.gmail.com> |

Dear all, please see the continuation of Riot Games Cult. I put a tip of destroying evidence under seal to the court. The Judge closed the case without reviewing it, and it hasn't been sealed.

Now Riot's cult memabers are threating that Riot will send a Death Sqard to his door. Way to go court. Whisllblower protection and all and all that.

Why is the U.S justic sytyem allowing this?

From: Squarespace <form-submission@squarespace.info>
Date: Thu, 15 May 2025 at 20:41
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* realment@c9m.com, accepts marketing: false

*Message:* If what the protonmail guy said is true (i doubt it) you just sent a death squad to his door because that shit did no go under seal :v

Sent via form submission from *M.W. Wolf's Megaverse
<https://comms-sl-events.squarespace.info/?ref=HrwAAIUbmqYPYtzZxAYLCULuUVoAqTbfAQAAAC3lcesR2xT0_gwOENyqcHBnBkyT_V8Zrz5MsYQncQCv9_Tzfp1cvtzr1ULjwAAZIB4kPSEQZottHlOjegJb0E-pUz_AL1hkf5oOVyY7rJwdgscsT9g6J0IH5FetS5kmkGXAqTWzIq9Lw6VG20YQG8QnR2ospIF7DLzPlRHFjMONvJn5GY7VjBESnjfE-vzX2ddq8C0PxbAr411VyRWF715YPc5Pf407M_OYIfRo2KY32eATEhttKtGsXbYFFoHLst-cQuEJMVntsKZvLkyQJNk>*

*Email:* realment@c9m.com, accepts marketing: false

*Message:* If what the protonmail guy said is true (i doubt it) you just sent a death squad to his door because that shit did no go under seal :v

Manage Submissions
<https://comms-sl-events.squarespace.info/?ref=HrwAAIu-gqp539nZW2d7YFVS-stk37s-AQAAAC3lcesR2xT0_gwOENyqcHBnBkyT_V8Zrz5MsYQncQCv9_Tzfp1cvtzr1ULjwAAZIB4kPSEQZottHlOjegJb0E-pUz_AL1hkf5oOVyY7rJwdgscsT9g6J0IH5FetS5kmkGXAqTWzIq9Lw6VG20YQG8SMLAnTesWWBcxOPmQW8Y1oINlU1hQHgvf6MGVZZr_xj7oUXu_GfXPGpypNKrN0E5m6B_allEIilLiTDsALtWJi_SB3NAuymc5F_iJzvS2E_G5xjK5QiHj76U56cBQR_-Zb9IWcdFv6LneOAAjx0FAa6RWgFFzZKU54zlzfgSF5TwZxDxANjVJqgds7iUrwZvlwnLtyI4UWgQq_wPC1mPMq>

Does this submission look like spam? Report it here.
<https://comms-sl-events.squarespace.info/?ref=HrwAACYen6LJiMDSW0QZfY-LsI5Cw3iZAQAAAC3lcesR2xT0_gwOENyqcHBnBkyT_V8Zrz5MsYQncQCv9_Tzfp1cvtzr1ULjwAAZIB4kPSEQZottHlOjegJb0E-pUz_AL1hkf5oOVyY7rJwdgscsT9g6J0IH5FetS5kmkF8MV35RWFguNiOzOgmx85XGGbFIwbrv2CJYvsBLjlh4YYcj_ZS3iGBC0O-T84l-Ox7dEz0N4lR6dOtv1vOGBlOiQUFzhDQu5sHY3t7qwPnKp_SjgXXaiBkwq3QB6NGpMWb_yCqZOTXKAC38W9YPpKFqQVaV2DT_jIRFFYEthcsokev9jPlp1b9aODZHI6si5BbYl5LiKCnw4S6DVvBnCjVvkr9tOtwAQL46c8dyQMfY_xlraamR3vXSj86ClhHSFsc6o7X1REN_c7fnwtWUoV4eF87GoFm6Mu1FAF81Z8wz>

Dear all, please see the continuation of Riot Games Cult. I put a tip of destroying evidence under seal to the court. The Judge closed the case without reviewing it, and it hasn't been sealed.

Now Riot's cult memabers are threating that Riot will send a Death Sqard to his door. Way to go court. Whisllblower protection and all and all that.
Why is the U.S  justic sytyem allowing this?

From: Squarespace <form-submission@squarespace.info>
Date: Thu, 15 May 2025 at 20:41
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
realment@c9m.com, accepts marketing: false

Message:
If what the protonmail guy said is true (i doubt it) you just sent a death squad to his door because that shit did no go under seal :v

Sent via form submission from M.W. Wolf's Megaverse

Email:
realment@c9m.com, accepts marketing: false

Message:
If what the protonmail guy said is true (i doubt it) you just sent a death squad to his door because that shit did no go under seal :v
Manage Submissions
Does this submission look like spam? Report it here.

## Message 150 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 13:22:01 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <68264ce9.050a0220.22a76e.12a2.GMR@mx.google.com> |

** Message blocked **

Your message to lacity@courthousenews.com has been blocked. See technical details below for more information.

The response from the remote server was:
550 blocked

Message blocked

Your message to lacity@courthousenews.com has been blocked. See technical details below for more information.

The response from the remote server was:

550 blocked

## Message 151 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 20:22:07 +0000 |
| **From** | "FOIPAQUESTIONS@FBI.GOV" <FOIPAQUESTIONS@FBI.GOV> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | Automatic reply: [EXTERNAL EMAIL] - Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6f2be7455c7644e1822aa8a31ecbe962@BN0P110MB1194.NAMP110.PROD.OUTLOOK.COM> |

This email box is for questions pertaining to the FBI's FOIPA Program. If your email was in reference to FBI FOIPA, a reply is forthcoming.

Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to submit a tip/report a crime to the FBI, please contact FBI Tips by accessing https://tips.fbi.gov/ or reach out to your local field office.

This email box is for questions pertaining to the FBI's FOIPA Program.  If your email was in reference to FBI FOIPA, a reply is forthcoming.

Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to submit a tip/report a crime to the FBI, please contact FBI Tips by accessing https://tips.fbi.gov/ or reach out to your local field office.

## Message 152 of 593

| | |
|---|---|
| **Date** | Thu, 15 May 2025 22:05:36 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7BKagL-VTSSTtZ3Tfv21zQ@geopod-ismtpd-23> |

Form Submission - Welcome To The Wolf Pack

Email:
alksdj@lksda.com, accepts marketing: false

Message:
ah yes, perfect
I am sure that publicly calling out one of the biggest law firms in the US with multiple connection across the globe, alleging them to be "unethical" and asking followers to harass them will bear no negative legal consequences for you later

Also, because it seems like you didn't actually read what the court said: "the alleged
conduct as stated is not extreme or outrageous to support a cause of action for intentional
infliction of emotional distress.”). As such, the Motion will be granted as to this claim as well."

Sent via form submission from M.W. Wolf's Megaverse

Email:
alksdj@lksda.com, accepts marketing: false

Message:
ah yes, perfect
I am sure that publicly calling out one of the biggest law firms in the US with multiple connection across the globe, alleging them to be "unethical" and asking followers to harass them will bear no negative legal consequences for you later

Also, because it seems like you didn't actually read what the court said: "the alleged
conduct as stated is not extreme or outrageous to support a cause of action for intentional
infliction of emotional distress.”). As such, the Motion will be granted as to this claim as well."

Manage Submissions

Does this submission look like spam? Report it here.

## Message 153 of 593

| | |
|---|---|
| **Date** | Fri, 16 May 2025 02:45:36 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6fe9b9e3072f4880b01c0c2e6f9bebb9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
kmahs@oaha.com, accepts marketing: false

Message:
Judge Fernando: you have filled 1200 pages of pure bullshitery and I have already given you 4 tries to fix it. Case dismissed.

You:... "can I have another one? If you don't let me will talk bad about you in my blog like I did with Brianna"

Masterful gambit sir

Sent via form submission from M.W. Wolf's Megaverse

Email:
kmahs@oaha.com, accepts marketing: false

Message:
Judge Fernando: you have filled 1200 pages of pure bullshitery and I have already given you 4 tries to fix it. Case dismissed.

You:... "can I have another one? If you don't let me will talk bad about you in my blog like I did with Brianna"

Masterful gambit sir

Manage Submissions

Does this submission look like spam? Report it here.

## Message 154 of 593

| | |
|---|---|
| **Date** | Sat, 17 May 2025 13:38:10 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7ed33aa49bae401e9595dc6df4eb82fc@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
apdkas@adlad.com, accepts marketing: false

Message:
LMAOOO your case getting dismissed right as you get an anon tip that could change everything aksdlalkdal I LOVE POETIC IRONY

Sent via form submission from M.W. Wolf's Megaverse

Email:
apdkas@adlad.com, accepts marketing: false

Message:
LMAOOO your case getting dismissed right as you get an anon tip that could change everything aksdlalkdal I LOVE POETIC IRONY

Manage Submissions

Does this submission look like spam? Report it here.

## Message 155 of 593

| | |
|---|---|
| **Date** | Mon, 19 May 2025 20:11:52 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8jQpFIUbR5iZ5kzNf4nirw@geopod-ismtpd-33> |

Form Submission - Welcome To The Wolf Pack

Email:
gf@igla.com, accepts marketing: false

Message:
thank god you gf left you I can only imagine what that poor soul would be going through had she stayed

Sent via form submission from M.W. Wolf's Megaverse

Email:
gf@igla.com, accepts marketing: false

Message:
thank god you gf left you I can only imagine what that poor soul would be going through had she stayed

Manage Submissions

Does this submission look like spam? Report it here.

## Message 156 of 593

| | |
|---|---|
| **Date** | Mon, 19 May 2025 22:18:05 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <08a03c047fab447499e64521a5bfdf1e@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
news@pdates.com, accepts marketing: false

Message:
You do know a random email doesn't qualify as a verified "anonymous tip", no? if the guy actually wanted to help you out, they would AT THE VERY LEAST sent a mail to any of the court´s clerks, set a meeting with them.

Guess who is gonna get dismissed a second time

Sent via form submission from M.W. Wolf's Megaverse

Email:
news@pdates.com, accepts marketing: false

Message:
You do know a random email doesn't qualify as a verified "anonymous tip", no? if the guy actually wanted to help you out, they would AT THE VERY LEAST sent a mail to any of the court´s clerks, set a meeting with them.

Guess who is gonna get dismissed a second time

Manage Submissions

Does this submission look like spam? Report it here.

## Message 157 of 593

| | |
|---|---|
| **Date** | Tue, 20 May 2025 12:30:08 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <5e992e60aa9a4d429b021cee1a24771d@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
law@instructor.com, accepts marketing: false

Message:
Jesus you are so fucking stupid is actually pissing me off. Your "case" will be dismissed again.And again. And again, everywhere you start it. And because I promised my mom I would do one good deed per day, I will take 3 minutes of my time to girlexplain you why is that, and then you are going to get to your knees and thank me for saving you thousands of $$$

1- "Plaintiff respectfully asserts that the dismissal was procedurally and substantively flawed" --> the worst way to start an appeal case is to insult the previous court, but even worse when you consider this is a pro se litigant from another country trying to tell judge with over 20 years of experience that you know the procedures better than him. Which you clearly don't, given the next part:

2- "procedurally and substantively
flawed due to factual disputes, unresolved evidentiary issues, and denial of discovery" ---> there is not going to be any authorized formal discovery if you don't state a claim, which you didn't during the +1600 pages of bullcrap that you wrote. You don't get to B without going through A first, and you didn't even get to open a preschool ABC book in this case. The "factual" disputes are not "factual", they are very clearly the delusions of a deranged individual with his fair share of damaged brain cells, and everyone in the courtroom can see that (except you).

3-"Access was proven through three independently verifiable routes" --> It did not. Thats the whole point.

4-"Fabrication of evidence: Riot falsely asserted that Riot Forge was not accepting submissions. My evidence demonstrates otherwise, making this a material misrepresentation." ----> Every single time you used what was said in a confidential, NON-BIDING pre-settlement meeting you dig yourself deeper. Procedurally, and by the very nature of the meeting, you CAN NOT use ANYTHING of what was said or shown during the conference. Is not valid. Any motions related to it are moot.

5- "Spoliation of evidence: I filed a sealed motion documenting the destruction or concealment of relevant material" --> The motion was not sealed.// "The court did not address this" --> because a random email (that you could have sent to yourself with a vpn) is not a source nearly remotely reliable enough to set a cross-continental investigation for two multimillion dollar companies that handle sensible confidential data (Something anyone in their right mind can deduct) "New and material evidence was on file" ---> Again, an anon mail is not evidence.

6-"I was denied equal opportunity to present my case" ---> You were given 3 chances to present your case, including a private conference with a magistrate judge, and in a ridiculously clogged docket with over 130 entries in 5 months, +1600 pages and still could not give the court ANYTHING to go by.

7- " I assert that this case can be won without direct evidence of access .... This is backed by Ninth Circuit case law, including Three Boys Music Corp. v. Bolton" ---> This is the one that will your appeal in the trash can. Because you either did 0 actual research or are purposelessly misinterpreting and misquoting the case thinking that the court won't notice: TBM vs Bolton doesn't not work here because the song from TBM actually HAD WIDESPREAD COMMERCIAL DISSEMINATION in the first place and if that wasn't enough, the fucking defendant admitted on trial that he was a "great fan of TBM" and that he "had listened to the song many times in the radio during his youth". Oh, and the "striking similarity ...so alike as to preclude the possibility of independent creation" are not referring to the tittle of the song (which the court acknowledged was a common phrase that couldn't be copyrighted), is talking about the lyrics being a word for word carbon copy of the original in some verses.

So yeah, there you have it. I saved you a year or so of waiting for the result. You are welcomed.

Sent via form submission from M.W. Wolf's Megaverse

Email:
law@instructor.com, accepts marketing: false

Message:
Jesus you are so fucking stupid is actually pissing me off. Your "case" will be dismissed again.And again. And again, everywhere you start it. And because I promised my mom I would do one good deed per day, I will take 3 minutes of my time to girlexplain you why is that, and then you are going to get to your knees and thank me for saving you thousands of $$$

1- "Plaintiff respectfully asserts that the dismissal was procedurally and substantively flawed" --> the worst way to start an appeal case is to insult the previous court, but even worse when you consider this is a pro se litigant from another country trying to tell judge with over 20 years of experience that you know the procedures better than him. Which you clearly don't, given the next part:

2- "procedurally and substantively
flawed due to factual disputes, unresolved evidentiary issues, and denial of discovery" ---> there is not going to be any authorized formal discovery if you don't state a claim, which you didn't during the +1600 pages of bullcrap that you wrote. You don't get to B without going through A first, and you didn't even get to open a preschool ABC book in this case. The "factual" disputes are not "factual", they are very clearly the delusions of a deranged individual with his fair share of damaged brain cells, and everyone in the courtroom can see that (except you).

3-"Access was proven through three independently verifiable routes" --> It did not. Thats the whole point.

4-"Fabrication of evidence: Riot falsely asserted that Riot Forge was not accepting submissions. My evidence demonstrates otherwise, making this a material misrepresentation." ----> Every single time you used what was said in a confidential, NON-BIDING pre-settlement meeting you dig

yourself deeper. Procedurally, and by the very nature of the meeting, you CAN NOT use ANYTHING of what was said or shown during the conference. Is not valid. Any motions related to it are moot.

5- "Spoliation of evidence: I filed a sealed motion documenting the destruction or concealment of relevant material" --> The motion was not sealed.// "The court did not address this" --> because a random email (that you could have sent to yourself with a vpn) is not a source nearly remotely reliable enough to set a cross-continental investigation for two multimillion dollar companies that handle sensible confidential data (Something anyone in their right mind can deduct) "New and material evidence was on file" ---> Again, an anon mail is not evidence.

6-"I was denied equal opportunity to present my case" ---> You were given 3 chances to present your case, including a private conference with a magistrate judge, and in a ridiculously clogged docket with over 130 entries in 5 months, +1600 pages and still could not give the court ANYTHING to go by.

7- " I assert that this case can be won without direct evidence of access .... This is backed by Ninth Circuit case law, including Three Boys Music Corp. v. Bolton" ---> This is the one that will your appeal in the trash can. Because you either did 0 actual research or are purposelessly misinterpreting and misquoting the case thinking that the court won't notice: TBM vs Bolton doesn't not work here because the song from TBM actually HAD WIDESPREAD COMMERCIAL DISSEMINATION in the first place and if that wasn't enough, the fucking defendant admitted on trial that he was a "great fan of TBM" and that he "had listened to the song many times in the radio during his youth". Oh, and the "striking similarity ...so alike as to preclude the possibility of independent creation" are not referring to the tittle of the song (which the court acknowledged was a common phrase that couldn't be copyrighted), is talking about the lyrics being a word for word carbon copy of the original in some verses.

So yeah, there you have it. I saved you a year or so of waiting for the result. You are welcomed.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 158 of 593

| | |
|---|---|
| **Date** | Tue, 20 May 2025 18:19:48 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4890678974074754b7a71318025234e6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
pepe@grillo.com, accepts marketing: false

Message:
The only thing those epigraphs show is that you are a mediocre writer, no wonder why no agency would ever pick up your work

Sent via form submission from M.W. Wolf's Megaverse

Email:
pepe@grillo.com, accepts marketing: false

Message:
The only thing those epigraphs show is that you are a mediocre writer, no wonder why no agency would ever pick up your work

Manage Submissions

Does this submission look like spam? Report it here.

## Message 159 of 593

| | |
|---|---|
| **Date** | Tue, 20 May 2025 23:33:19 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <D5GHrW70RUWvQm8YD8q9Cw@geopod-ismtpd-29> |

Form Submission - Welcome To The Wolf Pack

Email:
lahs@kshjs.com, accepts marketing: false

Message:
Love to see you begging for whistleblowers and swearing that you will protect their identity after blatantly exposing the last guy and demanding that the court orders to in intervene proton servers to find that poor soul■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
lahs@kshjs.com, accepts marketing: false

Message:
Love to see you begging for whistleblowers and swearing that you will protect their identity after blatantly exposing the last guy and demanding that the court orders to in intervene proton servers to find that poor soul■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 160 of 593

| | |
|---|---|
| **Date** | Wed, 21 May 2025 03:49:18 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <249758bb080f4dacbb7423980d329551@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
family@courtuk.com, accepts marketing: false

Message:
Hey how is that cafcass petition going? Oh right. Is just another of your failures

Sent via form submission from M.W. Wolf's Megaverse

Email:
family@courtuk.com, accepts marketing: false

Message:
Hey how is that cafcass petition going? Oh right. Is just another of your failures

Manage Submissions

Does this submission look like spam? Report it here.

## Message 161 of 593

| | |
|---|---|
| **Date** | Wed, 21 May 2025 14:15:17 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6e97f50fea6f40f2a055630fce3d8e29@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
alksd@2sda.com, accepts marketing: false

Message:
I have never worked at riot or fortiche, but for 50 U$D I will pretend to be a whistleblower to keep feeding your delusions and giving you false hope. And for another 10$ I will even add a new conspiracy for you to follow down the rabbit hole: I have good old fashioned "the aliens built the pyramids" and "earth is flat", or we could even go with something more personalized like "Riot CEO is a reptilian/illuminati"

Sent via form submission from M.W. Wolf's Megaverse

Email:
alksd@2sda.com, accepts marketing: false

Message:
I have never worked at riot or fortiche, but for 50 U$D I will pretend to be a whistleblower to keep feeding your delusions and giving you false hope. And for another 10$ I will even add a new conspiracy for you to follow down the rabbit hole: I have good old fashioned "the aliens built the pyramids" and "earth is flat", or we could even go with something more personalized like "Riot CEO is a reptilian/illuminati"

Manage Submissions

Does this submission look like spam? Report it here.

## Message 162 of 593

| | |
|---|---|
| **Date** | Sun, 25 May 2025 02:20:38 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <rlbS_lC5S9emBS82g-fW6A@geopod-ismtpd-25> |

Form Submission - Welcome To The Wolf Pack

Email:
sas@ai.com, accepts marketing: false

Message:
Complaining that the court didn't proceed to discovery when you couldn't state a claim (even after 3 amendments) is like saying that the didn't let you win a F1 race even tho you don't even have a drivers license lmao

Sent via form submission from M.W. Wolf's Megaverse

Email:
sas@ai.com, accepts marketing: false

Message:
Complaining that the court didn't proceed to discovery when you couldn't state a claim (even after 3 amendments) is like saying that the didn't let you win a F1 race even tho you don't even have a drivers license lmao

Manage Submissions

Does this submission look like spam? Report it here.

## Message 163 of 593

| | |
|---|---|
| **Date** | Thu, 29 May 2025 00:48:30 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3f6eb6692ea54aba84900a8c59f2a615@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
amazing@yime.com, accepts marketing: false

Message:
You broke sad fuck. You are about to lose your chance for an appeal because you can't pay 600 usd. This is so fucking funny. What happened to your egotistical "I will own riot games" / "I will es millionaire" and "I demand 1.3 BILLIONS in reparations"
You can't even afford basic fees
Perhaps if you were an actual writter and not an ai slop regurgitator you might be able to sell something and have money for a 600~ fee (or better yet, to give your daughter the life she deserves) but no
You went in with your delulus. Pay the toll to make us laugh

Sent via form submission from M.W. Wolf's Megaverse

Email:
amazing@yime.com, accepts marketing: false

Message:
You broke sad fuck. You are about to lose your chance for an appeal because you can't pay 600 usd. This is so fucking funny. What happened to your egotistical "I will own riot games" / "I will es millionaire" and "I demand 1.3 BILLIONS in reparations"
You can't even afford basic fees
Perhaps if you were an actual writter and not an ai slop regurgitator you might be able to sell something and have money for a 600~ fee (or better yet, to give your daughter the life she deserves) but no
You went in with your delulus. Pay the toll to make us laugh

Manage Submissions

Does this submission look like spam? Report it here.

## Message 164 of 593

| | |
|---|---|
| **Date** | Thu, 29 May 2025 09:40:03 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <e128bb43b4854cea86b2f2246f66d09f@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lmaco@msjs.com, accepts marketing: false

Message:
You got the entire court, a Magistrate judge and some of the best lawyers in copyright law in USA (Riot's legal team) pointing with big neon signs towards the colossal flaw in your case that everyone is seeing and still you turnna blind eye to is and at this point I don't know if it's hilarious, sad, or just plainly disrespectful. They are not gonna proceed to discovery because you failed to state a claim. Three times. Fernando told you this in a way that is crystal clear and that even a todler could comprehend, and you ignore it. Because guess what asshat, "Access was proven through three independently verifiable routes" IT DID NOT. THAT'S THE WHOLE FUCKING POINT. YOU CAN NOT PROVE SHIT. Riot is multinational company with dozens of division, they get millions of mails per day and I guarantee you 99.999% are answered by a bot and never even opened by a human, much less a producer working in another totally unrelated project across the word. Same goes for Brown Group: do you have the faintest idea about many rejects of society like you try to get in contact with them? I bet they didn't even read your manuscript before sendin the rejection, your "artistic" name is cringe enough. They handle high profile clients across the world, you are not even a beep in the radar.

Throwing your manuscript via mail to giant multinational agencies all across the world will not prove that the writers or producers of Arcane had access to it. If anything, it makes YOU look stupid.
But whatever, I really can't wait to see how it works out in the appeal

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmaco@msjs.com, accepts marketing: false

Message:
You got the entire court, a Magistrate judge and some of the best lawyers in copyright law in USA (Riot's legal team) pointing with big neon signs towards the colossal flaw in your case that everyone is seeing and still you turnna blind eye to is and at this point I don't know if it's hilarious, sad, or just plainly disrespectful. They are not gonna proceed to discovery because you failed to state a claim. Three times. Fernando told you this in a way that is crystal clear and that even a todler could comprehend, and you ignore it. Because guess what asshat, "Access was proven through three independently verifiable routes" IT DID NOT. THAT'S THE WHOLE FUCKING POINT. YOU CAN NOT PROVE SHIT. Riot is multinational company with dozens of division, they get millions of mails per day and I guarantee you 99.999% are answered by a bot and never even opened by a human, much less a producer working in another totally unrelated project across the word. Same goes for Brown Group: do you have the faintest idea about many rejects of society like you try to get in contact with them? I bet they didn't even read your manuscript before sendin the rejection, your "artistic" name is cringe enough. They handle high profile clients across the world, you are not even a beep in the radar.

Throwing your manuscript via mail to giant multinational agencies all across the world will not prove that the writers or producers of Arcane had access to it. If anything, it makes YOU look stupid.
But whatever, I really can't wait to see how it works out in the appeal

Manage Submissions

Does this submission look like spam? Report it here.

## Message 165 of 593

| | |
|---|---|
| **Date** | Thu, 29 May 2025 16:03:11 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Z1ecSAYPRgyTWu-5osemUA@geopod-ismtpd-1> |

Form Submission - Welcome To The Wolf Pack

Email:
lmoc@liva.com, accepts marketing: false

Message:
Have you considered begging for money on twitter so you can pay the fee? Oh right. You got suspended ;)

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmoc@liva.com, accepts marketing: false

Message:
Have you considered begging for money on twitter so you can pay the fee? Oh right. You got suspended ;)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 166 of 593

| | |
|---|---|
| **Date** | Sat, 31 May 2025 10:13:13 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <157c4d0744104beeae2834caab06e89e@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
fusf@ksjs.com, accepts marketing: false

Message:
You keep using the term "fight porn" in your delulu blog but I genuinely think you have absolutely no idea what you are talking about
Also what is wrong with "communist ideology? Please show me an example I can't wait to see what you come up with

Sent via form submission from M.W. Wolf's Megaverse

Email:
fusf@ksjs.com, accepts marketing: false

Message:
You keep using the term "fight porn" in your delulu blog but I genuinely think you have absolutely no idea what you are talking about
Also what is wrong with "communist ideology? Please show me an example I can't wait to see what you come up with

Manage Submissions

Does this submission look like spam? Report it here.

## Message 167 of 593

| | |
|---|---|
| **Date** | Sat, 31 May 2025 15:54:01 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <e5f076a4420d4e9dbbf28e447905db78@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
owua@naks.com, accepts marketing: false

Message:
Do you own Riot multi-billion dollar empire yet or are you still struggling to pay a single legal fee?

Sent via form submission from M.W. Wolf's Megaverse

Email:
owua@naks.com, accepts marketing: false

Message:
Do you own Riot multi-billion dollar empire yet or are you still struggling to pay a single legal fee?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 168 of 593

| | |
|---|---|
| **Date** | Wed, 04 Jun 2025 00:00:24 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <hwgJlqo-Q2iihxakYfMnBA@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
rat@bastard.com, accepts marketing: false

Message:
and now we can add antisemitism to the list

Sent via form submission from M.W. Wolf's Megaverse

Email:
rat@bastard.com, accepts marketing: false

Message:
and now we can add antisemitism to the list

Manage Submissions

Does this submission look like spam? Report it here.

## Message 169 of 593

| | |
|---|---|
| **Date** | Wed, 04 Jun 2025 06:25:08 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0zRPXqwPSaqOdc_N01TqOw@geopod-ismtpd-1> |

Form Submission - Welcome To The Wolf Pack

Email:
delu@l7.com, accepts marketing: false

Message:
If you are ever awake at night, sleepless, asking yourself why your wife left you, why you can't see your daughter and why you kept loosing money in legal battles: just go to your own blog and re read the stupid antisemitic conspiranoic shit you just posted

Sent via form submission from M.W. Wolf's Megaverse

Email:
delu@l7.com, accepts marketing: false

Message:
If you are ever awake at night, sleepless, asking yourself why your wife left you, why you can't see your daughter and why you kept loosing money in legal battles: just go to your own blog and re read the stupid antisemitic conspiranoic shit you just posted

Manage Submissions

Does this submission look like spam? Report it here.

## Message 170 of 593

| | |
|---|---|
| **Date** | Wed, 04 Jun 2025 19:37:07 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <1b7158f8c36841b6b6b8e1e8f6a67654@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
qpwe23@asda.com, accepts marketing: false

Message:
unfiltered antisemitism and nazi retoric, just the thing big publishers look for
moron

Sent via form submission from M.W. Wolf's Megaverse

Email:
qpwe23@asda.com, accepts marketing: false

Message:
unfiltered antisemitism and nazi retoric, just the thing big publishers look for
moron

Manage Submissions

Does this submission look like spam? Report it here.

## Message 171 of 593

| | |
|---|---|
| **Date** | Fri, 06 Jun 2025 00:12:59 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <KIeo7dSbRvqyYwrYHJz1lQ@geopod-ismtpd-19> |

Form Submission - Welcome To The Wolf Pack

Email:
youareanazi@trash.com, accepts marketing: false

Message:
how is the appeal going?? are you gonna submit your latest article as evidence'? you should totally do it

Sent via form submission from M.W. Wolf's Megaverse

Email:
youareanazi@trash.com, accepts marketing: false

Message:
how is the appeal going?? are you gonna submit your latest article as evidence'? you should totally do it

Manage Submissions

Does this submission look like spam? Report it here.

## Message 172 of 593

| | |
|---|---|
| **Date** | Sat, 7 Jun 2025 18:17:46 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | contact.lapdonline@gmail.com, "U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk" <efilerhelp@ca9.uscourts.gov> |
| **Subject** | Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns |
| **Message-ID** | <CANg9FK2dJxu_89O0bS-7U2P=mNHP2CdhkMQd56Pp-22YH_r1BA@mail.gmail.com> |

To Whom It May Concern, or whoever cares at this point,

I am writing to file a formal and urgent complaint concerning ongoing and intensifying harassment that I believe is directly connected to my legal action against Riot Games, Inc.

Since initiating civil proceedings regarding intellectual property theft, procedural fraud, spoliation of evidence, and corporate misconduct by Riot Games, I have become the target of sustained and malicious abuse from Riot's cult. This includes daily anonymous messages of name calling, discrimination, harassment, threats of making AI porn of my 5 year old daughter, bomb threats, and many of which are designed to attack my mental health, discredit my character, and push me toward self-harm. One such message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace form linked to my website, stated:

"Kill yourself and make the world a better place"

Sent from email: goodjob@nazi.com

Other messages falsely claim that my daughter has been taken from me or that my wife (I have never been married) left me because I am defending myself in court. These are blatant lies intended to degrade, isolate, and silence me.

This harassment has continued despite prior reports. I have reason to believe, and limited evidence, the individuals responsible are connected to or aligned with Riot Games or its extended network, particularly given the precise timing and legal content targeted in these attacks.

I have raised concerns about serious misconduct by Riot Games, including:

Intellectual property theft

Fraud on the court

Spoliation and destruction of digital evidence

Use of manipulated data in litigation

Data misuse and unauthorized access

Anti-competitive business practices

Foreign influence through Tencent Holdings Ltd., a company publicly associated with China's military-civil fusion strategy.

Concerns of social, cultural and economic warfare

These are not simply civil grievances. They involve criminal elements, economic manipulation, and psychological abuse, and they carry serious national security implications due to Tencent's involvement in strategic technologies and potential surveillance frameworks. These patterns may constitute a form of economic warfare that undermines public trust in U.S. legal systems and cultural industries.

Young men in the US and UK are being targeted and radicalised in cult like closed groups where there data is being harvested. It's that plain, do something about it.

The silence of institutions in the face of such disclosures contributes to the problem. If Riot Games or those acting in alignment with it are not held accountable, it sends a clear message that legal manipulation, targeted harassment, and digital abuse will go unchecked when committed by powerful entities.

Are we that weak that we let our children be radicalised into incels for a bit of coin?

I therefore request the following:

That the LAPD initiate a formal cyber harassment investigation and assign a criminal case number, which the Los Angeles County District Attorney's

Office has indicated is required for further review.

That Squarespace disclose IP logs, metadata, and user information related to the harassing submissions.

That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United States Department of Justice take urgent action to review the sealed evidence and filings I have submitted along with this continued pattern of abuse.

That a formal inquiry be opened into Riot Games' awareness of and possible involvement in or facilitation of harassment against a whistleblower.

That the court move to set legal precedent in this case to protect the public from future corporate abuse of legal systems, exploitation of trauma for commercial gain, cultural and social degradation, and coordinated digital harassment campaigns.

There is a public interest in resolving this matter not only to protect my rights as a creator but to prevent the normalization of a model in which eastern communist dictatorship tech-entertainment giants may retaliate against dissenters with impunity. This case now reaches beyond individual harm. It concerns systemic accountability and the safety of others who may come forward with similar claims, and the long line of people already abused in Riot Games very short history. Abuse and degradation is infused into the very core of Riot Games. They are a weapon of economic, cultural and social warfare aimed at our children.

*DO SOMETHING!*

I am ready to provide sworn testimony, digital forensics, legal filings, and corroborating evidence upon request. I respectfully urge you to act.

Sincerely,

Marc Wolstenholme

Coventry, United Kingdom

To Whom It May Concern, or whoever cares at this point,

I am writing to file a formal and urgent complaint concerning ongoing and intensifying harassment that I believe is directly connected to my legal action against Riot Games, Inc.

Since initiating civil proceedings regarding intellectual property theft, procedural fraud, spoliation of evidence, and corporate misconduct by Riot Games, I have become the target of sustained and malicious abuse from Riot's cult. This includes daily anonymous messages of name calling, discrimination, harassment, threats of making AI porn of my 5 year old daughter, bomb threats, and many of which are designed to attack my mental health, discredit my character, and push me toward self-harm. One such message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace form linked to my website, stated:

"Kill yourself and make the world a better place"

Sent from email: goodjob@nazi.com

Other messages falsely claim that my daughter has been taken from me or that my wife (I have never been married) left me because I am defending myself in court. These are blatant lies intended to degrade, isolate, and silence me.

This harassment has continued despite prior reports. I have reason to believe, and limited evidence, the individuals responsible are connected to or aligned with Riot Games or its extended network, particularly given the precise timing and legal content targeted in these attacks.

I have raised concerns about serious misconduct by Riot Games, including:

Intellectual property theft

Fraud on the court

Spoliation and destruction of digital evidence

Use of manipulated data in litigation

Data misuse and unauthorized access

Anti-competitive business practices

Foreign influence through Tencent Holdings Ltd., a company publicly associated with China's military-civil fusion strategy.

Concerns of social, cultural and economic warfare

These are not simply civil grievances. They involve criminal elements, economic manipulation, and psychological abuse, and they carry serious national security implications due to Tencent's involvement in strategic technologies and potential surveillance frameworks. These patterns may constitute a form of economic warfare that undermines public trust in U.S. legal systems and cultural industries.

Young men in the US and UK are being targeted and radicalised in cult like closed groups where there data is being harvested. It's that plain, do something about it.

The silence of institutions in the face of such disclosures contributes to the problem. If Riot Games or those acting in alignment with it are not held accountable, it sends a clear message that legal manipulation, targeted harassment, and digital abuse will go unchecked when committed by powerful entities.

Are we that weak that we let our children be radicalised into incels for a bit of coin?

I therefore request the following:

That the LAPD initiate a formal cyber harassment investigation and assign a criminal case number, which the Los Angeles County District Attorney's Office has indicated is required for further review.

That Squarespace disclose IP logs, metadata, and user information related to the harassing submissions.

That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United States Department of Justice take urgent action to review the sealed evidence and filings I have submitted along with this continued pattern of abuse.

That a formal inquiry be opened into Riot Games' awareness of and possible involvement in or facilitation of harassment against a whistleblower.

That the court move to set legal precedent in this case to protect the public from future corporate abuse of legal systems, exploitation of trauma for commercial gain, cultural and social degradation, and coordinated digital harassment campaigns.

There is a public interest in resolving this matter not only to protect my rights as a creator but to prevent the normalization of a model in which eastern communist dictatorship tech-entertainment giants may retaliate against dissenters with impunity. This case now reaches beyond individual harm. It concerns systemic accountability and the safety of others who may come forward with similar claims, and the long line of people already abused in Riot Games very short history. Abuse and degradation is infused into the very core of Riot Games. They are a weapon of economic, cultural and social warfare aimed at our children.

DO SOMETHING!

I am ready to provide sworn testimony, digital forensics, legal filings, and corroborating evidence upon request. I respectfully urge you to act.

Sincerely,

Marc Wolstenholme

Coventry, United Kingdom

## Message 173 of 593

| | |
|---|---|
| **Date** | Sat, 07 Jun 2025 10:38:39 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6844791f.2e0a0220.30361.740a.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to ipintel@ipo.gsi.gov.uk because the domain ipo.gsi.gov.uk couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

DNS Error: DNS type 'mx' lookup of ipo.gsi.gov.uk responded with code NOERROR
DNS type 'mx' lookup of ipo.gsi.gov.uk had no relevant answers.
DNS type 'aaaa' lookup of ipo.gsi.gov.uk responded with code NOERROR
DNS type 'aaaa' lookup of ipo.gsi.gov.uk had no relevant answers.
DNS type 'a' lookup of ipo.gsi.gov.uk responded with code NOERROR
DNS type 'a' lookup of ipo.gsi.gov.uk had no relevant answers.

Address not found

Your message wasn't delivered to ipintel@ipo.gsi.gov.uk because the domain ipo.gsi.gov.uk couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

DNS Error: DNS type 'mx' lookup of ipo.gsi.gov.uk responded with code NOERROR
DNS type 'mx' lookup of ipo.gsi.gov.uk had no relevant answers.
DNS type 'aaaa' lookup of ipo.gsi.gov.uk responded with code NOERROR
DNS type 'aaaa' lookup of ipo.gsi.gov.uk had no relevant answers.
DNS type 'a' lookup of ipo.gsi.gov.uk responded with code NOERROR
DNS type 'a' lookup of ipo.gsi.gov.uk had no relevant answers.

### Message 174 of 593

| | |
|---|---|
| **Date** | Sat, 07 Jun 2025 10:38:39 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6844791f.2e0a0220.30361.7409.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to report@sfo.gsi.gov.uk because the domain sfo.gsi.gov.uk couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

DNS Error: DNS type 'mx' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'mx' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'aaaa' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'aaaa' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'a' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'a' lookup of sfo.gsi.gov.uk had no relevant answers.

Address not found

Your message wasn't delivered to report@sfo.gsi.gov.uk because the domain sfo.gsi.gov.uk couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

DNS Error: DNS type 'mx' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'mx' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'aaaa' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'aaaa' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'a' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'a' lookup of sfo.gsi.gov.uk had no relevant answers.

## Message 175 of 593

| | |
|---|---|
| **Date** | Sat, 07 Jun 2025 10:38:40 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <68447920.2e0a0220.30361.740b.GMR@mx.google.com> |

** Message blocked **

Your message to dan.chang@riotgames.com has been blocked. See technical details below for more information.

Learn more here: https://support.google.com/a/answer/172179

The response from the recipient enterprise administrator was:
550 5.7.1 The user or domain that you are sending to (or from) has a policy that prohibited the mail that you sent. Please contact your domain administrator for further details. For more information, go to https://support.google.com/a/answer/172179
38308e7fff4ca-32ae1cc291dsor7383841fa.9 - gsmtp

Message blocked

Your message to dan.chang@riotgames.com has been blocked. See technical details below for more information.

LEARN MORE

The response from the recipient enterprise administrator was:

550 5.7.1 The user or domain that you are sending to (or from) has a policy that prohibited the mail that you sent. Please contact your domain administrator for further details. For more information, go to https://support.google.com/a/answer/172179
38308e7fff4ca-32ae1cc291dsor7383841fa.9 - gsmtp

## Message 176 of 593

| | |
|---|---|
| **Date** | Sat, 07 Jun 2025 10:38:41 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <68447921.2e0a0220.30361.740d.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to detectives@lapd.online because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors
[DS4PEPF00000170.namprd09.prod.outlook.com 2025-06-07T17:38:41.176Z 08DDA5C81D720849]

Address not found

Your message wasn't delivered to detectives@lapd.online because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors
[DS4PEPF00000170.namprd09.prod.outlook.com 2025-06-07T17:38:41.176Z 08DDA5C81D720849]

## Message 177 of 593

| | |
|---|---|
| **Date** | Sat, 07 Jun 2025 10:38:41 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <68447921.2e0a0220.30361.740c.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to commercialcrimes@lapd.online because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [BL02EPF0001B419.namprd09.prod.outlook.com 2025-06-07T17:38:41.006Z 08DDA5DD25797E60]

Address not found

Your message wasn't delivered to commercialcrimes@lapd.online because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [BL02EPF0001B419.namprd09.prod.outlook.com 2025-06-07T17:38:41.006Z 08DDA5DD25797E60]

## Message 178 of 593

| | |
|---|---|
| **Date** | Sun, 8 Jun 2025 01:38:47 +0800 |
| **From** | <postmaster@tencent.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | ■■■: [Internet]Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns |
| **Message-ID** | <83417bbd-ec8d-4a59-bb83-013c4bad59e4@EX-SZ017.tencent.com> |

■■■■■■■■■■■■■■■■:

rayding@tencent.com<mailto:rayding@tencent.com>
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■:“550 Mailbox not found.
http://service.exmail.qq.com/cgi-bin/help?subtype=1&&id=20022&&no=1000728”■

■■■■■■■■■■■■■: bizmx66.qq.com■

■■■■■■■■■■■■■:

■■■■■■: EX-SZ017.tencent.com

rayding@tencent.com
bizmx66.qq.com
Remote Server returned '550 Mailbox not found. http://service.exmail.qq.com/cgi-bin/help?subtype=1&&id=20022&&no=1000728'

■■■■■■:

Received: from EX-SZ083.tencent.com (10.28.6.56) by EX-SZ017.tencent.com
(10.28.6.77) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Sun, 8 Jun
2025 01:38:44 +0800
Received: from EX-SZ073.tencent.com (10.28.6.45) by EX-SZ083.tencent.com
(10.28.6.56) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Sun, 8 Jun
2025 01:38:43 +0800
Received: from qq.com (30.171.64.36) by EX-SZ073.tencent.com (10.28.6.45) with
Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Sun, 8 Jun 2025
01:38:43 +0800
Received: from mail-lj1-f180.google.com (unknown [209.85.208.180])
by bizmx68.qq.com (NewMx) with SMTP id
for <rayding@tencent.com>; Sun, 08 Jun 2025 01:38:40 +0800
X-QQ-HITDIVERSE: none
X-BIZMAIL-ID: 8069986026501736323
X-QQ-mid: bizmx68t1749317920t1bd699daf4
Received: by mail-lj1-f180.google.com with SMTP id 38308e7fff4ca-32ae3e94e57so13772501fa.1
for <rayding@tencent.com>; Sat, 07 Jun 2025 10:38:41 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1749317919; x=1749922719; darn=tencent.com;
h=to:subject:message-id:date:from:mime-version:from:to:cc:subject
:date:message-id:reply-to;
bh=75Y6YH58GT4CBLpfuyzPORcSywXeUtdjTJjPz4eh/dg=;
b=V+UTQNxHCvVmM/RnvT7ZrgqtsPxN6nXhdEtZDamtckdL0hwaFKfGb+Wn9MWjK5eu8M
GvNcAjK12CnYDG2mupU89c3NCeWkEwf6cTb0sA4uQh6umMxwb8/+8XUM45g2/66VY43t
R5JnrbB8sj4GiqFQdXRe1kubcid4Vl5hozsFMo5TCn4QDCDz9SV3dvHjjmnsy86Hdxyz
o1HleQMEtqvTRrjnI2b2XgX6uyCqb0uXoZtBi9A+7k9FOiyaN1J8ETeeO5TvEu+8JitS
HfUXLgTzlaNpYt+K/LzAucewRX/ZrpEAWBuJ2GRaC3ZKzCrQqe1nqWODy8pZiMPVlftz
+paA==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1749317919; x=1749922719;
h=to:subject:message-id:date:from:mime-version:x-gm-message-state
:from:to:cc:subject:date:message-id:reply-to;
bh=75Y6YH58GT4CBLpfuyzPORcSywXeUtdjTJjPz4eh/dg=;
b=GfvcvXwbQEcRxpNjgXF7qTWUUJI6xxPtUlzNtAqxenXt9nXgJjUo6azvahfJYKZSdj
VttYI15rsPnuXitYrx9yUqrLp9NHTDTPRxKPqyHY3DD20pXv+3kCgnkFNxxN6EQob1GE
wZHvvpy7288J0eXfQykIkJLy7yQsgLOzG3E5yWAIRgh648T30k8rn33kxxXop6h1zJ3g
WMLSUnDQat41VjM9QsTEdFFCvPyOCK57OtWUOznOIbPoKkzXZmnIrk8IF3afQbSw0Luh
0xsL5vXaOINWpe02lu8EXrBxWFIi1EBVSbaGxYzIbcV2UeXUnj+fOoVyq8MQpisWofEB
bO7A==
X-Forwarded-Encrypted: i=1; AJvYcCUDXvF3SxcpfapplQAmAa631JCjwLISaC5DhzznQYkKaKjl2Yut0yxkeW9d13gT5dgK7kGdFp61@tencent.com
X-Gm-Message-State: AOJu0YxF6Gd872XlbOZgQbnJ0mdCaOSy0/SdpEFdPPb6BmUUbtn3W/4l
lDigbQ6bBeRxghabKbKpvqfqLGgjCRukUJGQNdI8AorqMIlHQ/X5zeuO7y6Y0q2g+can0qkjr9N

tC6b+JVzH8zXPjzMhYAxMS0AERoXCcJA/qT9Wru7NqA==
X-Gm-Gg: ASbGncuEEO4nFbds2Y3CuAQ4ekm5mMKqVrl0Y9adGrw8c9ppect/5nGLpGXhO8zGElJ
3sogOazBw63JgnFDCQwP38yKYiWESCsh/Ki8LZEGj+0y8vusoXWZuJ9E7ztO85HZL3Rmn2iNbxl
m37Cs5OaLOb6fYJOODcvPCIpeAEEt0aVfPkzfeRXSwWA==
X-Google-Smtp-Source: AGHT+IHAW1zBAJ0/wocsffa/W18vyaXVlGhucJnVIYec5yzsAuEjSiaAjlWKHUNqghNDsXT3w6B3Eh0rxUcU4unIgiA=
X-Received: by 2002:a2e:be24:0:b0:32a:6cf1:46cc with SMTP id
38308e7fff4ca-32adfc77a9bmr18987291fa.13.1749317918548; Sat, 07 Jun 2025
10:38:38 -0700 (PDT)
MIME-Version: 1.0
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Sat, 7 Jun 2025 18:17:46 +0100
X-Gm-Features: AX0GCFsRYFJKkkZcGdrWQ-Zxrp1QYotxs-Quh5qqo65k89lIbXtqm1kSNS6j4qc
Message-ID: <CANg9FK2dJxu_89O0bS-7U2P=mNHP2CdhkMQd56Pp-22YH_r1BA@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XVVyZ2VudCBDb21wbGFpbnQ6IFJp?=
=?UTF-8?B?b3QgR2FtZXMtTGlua2VkIEhhcmFzc21lbnQsIElu?=
=?UTF-8?B?c3RpdHV0aW9uYWwgQWNjb3VudGFiaWxpdHksIGFu?=
=?UTF-8?B?ZCBQdWJsaWMgSW50ZXJlc3QgQ29uY2VybnM=?=
To: <contact.lapdonline@gmail.com>, "U.S. Court of Appeals for the Ninth
Circuit, E-Filer Help Desk" <efilerhelp@ca9.uscourts.gov>
Content-Type: multipart/alternative; boundary="0000000000002279a40636fed11a"
EX-QQ-RecipientCnt: 3
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: NlrfLQhmr2s5cv0hfT0kB2SCPylH6DJyVl5YzLodX22vU0TQcoZmDFKp
RwTxmokG3RtQRrBJ3J1hah6/THc8Wtv2/g+s8ZWiyeb8CphXJdPMeob6mwqckarhC18w9Yt
UKhbnpuyB2Lhtrhf6bUd9mIdHgl8O4HDndFPMyMpa/jy8zHNaps0oZyCahwphTQshtJwEWZ
hB3gAGisPI+JUs8dIIWjwv9UN/oHFd8wXBkwNR2L8+ArxoAjC5HZquZB0A25mUHXyvUjep7
uDdoaklXHmLta3HiwqOLTtn47irW8M38e5Ps0U11hd9yBkcUL/V1zdS+9ggdxx2cDPEuXLm
H6UoZPMI5lG9L+4L63AIr8V6p4bcw1ADaHalLaLJajGAoHud1hmvu7gjgbcj1MmmPgPF8cF
ZLI76nRY3Ivwzlrus5b1GZUytIAsjibBvUJb4isx1nyVLCoSgFGS9BtuGHVLWe1svw8JEKK
8iqQ3nxvqK2C56V7ALBBD/wWLxJhD1PbOHSkBU9sUYMNcEMtgVK9hgCxt2VSgUdLCg8FAEW
+tvcI4mhfbLD0I7qoWoL3LMil8GHavSeeaa0u/vnO5CoSFncKgu2qDiBFk11Jbyid9LuaQ5
Ted7Dzgsvvj2SsjJvqUMpjTBgAKka/RgQ7wxa34INopIXO5R+9cZoJgtQW35DRALhr2P3ry
hwwZSBk7VVNN7WCHQUHLdtp7l5L7eLGI9t0/QLqEz3hRbF7HtR+697UIcLCzFXiBQUdTAgK
ca/iWfMTOe1pQxcsOEPt+ZcffaxSJKyLK7lOSxG/t/f/JJub+OFnfdQHm2M+LCGZd4Un8KL
EsWt3l21JVVFtkrUnzRFwz3ey7QuVEEWS0EZb6e5QTZQriPHrEBbbglwdb5glS8oqQuOGdg
heL9M3FwR+EQka4aR9r7W1htsKrdwDYxTf6VjOjvEF2I+LUPPyyL5Q3XYLm5zrd9owDaVuv
a/ehrXq+3NQr9R5Zc9ljqVUM19gQSiVsS0O2Bv5wYMntNH0Tc5XiWupNToiQT1kFco2Owia
HFa9PlGItCXce7EeFWAk74KWhgRGjGFv2yIse660fXLIWWWp6xkSIfT6+3RQ3jwpIMcRXvg
Mfv0SttjKMv56r9EVMw/AI=
X-QQ-XMRINFO: OD9hHCdaPRBwq3WW+NvGbIU=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol
f-fiction.co.uk>; dkim=pass(Signatures without header.from domain, sign
atures with other domains passed) header.d=mwwolf-fiction-co-uk.2023060
1.gappssmtp.com; dmarc=fail(p=NONE sp=NONE pct=100) header.from=mwwolf-
fiction.co.uk
X-QQ-RECHKSPAM: 0
Return-Path: marc@mwwolf-fiction.co.uk
X-OrganizationHeadersPreserved: EX-SZ017.tencent.com
X-CrossPremisesHeadersFilteredByDsnGenerator: EX-SZ017.tencent.com

■■■■■■■■■■■■■■:

rayding@tencent.com

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■:“550 Mailbox not found.
http://service.exmail.qq.com/cgi-bin/help?subtype=1&&id=20022&&no=1000728”■

■■■■■■■■■■■: bizmx66.qq.com■

■■■■■■■■■■■:

■■■■■: EX-SZ017.tencent.com

rayding@tencent.com

bizmx66.qq.com

Remote Server returned '550 Mailbox not found. http://service.exmail.qq.com/cgi-bin/help?subtype=1&&id=20022&&no=1000728'

■■■■■:

Received: from EX-SZ083.tencent.com (10.28.6.56) by EX-SZ017.tencent.com
(10.28.6.77) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Sun, 8 Jun

2025 01:38:44 +0800
Received: from EX-SZ073.tencent.com (10.28.6.45) by EX-SZ083.tencent.com
(10.28.6.56) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Sun, 8 Jun
2025 01:38:43 +0800
Received: from qq.com (30.171.64.36) by EX-SZ073.tencent.com (10.28.6.45) with
Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Sun, 8 Jun 2025
01:38:43 +0800
Received: from mail-lj1-f180.google.com (unknown [209.85.208.180])
by bizmx68.qq.com (NewMx) with SMTP id
for <rayding@tencent.com>; Sun, 08 Jun 2025 01:38:40 +0800
X-QQ-HITDIVERSE: none
X-BIZMAIL-ID: 8069986026501736323
X-QQ-mid: bizmx68t1749317920t1bd699daf4
Received: by mail-lj1-f180.google.com with SMTP id 38308e7fff4ca-32ae3e94e57so13772501fa.1
for <rayding@tencent.com>; Sat, 07 Jun 2025 10:38:41 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1749317919; x=1749922719; darn=tencent.com;
h=to:subject:message-id:date:from:mime-version:from:to:cc:subject
:date:message-id:reply-to;
bh=75Y6YH58GT4CBLpfuyzPORcSywXeUtdjTJjPz4eh/dg=;
b=V+UTQNxHCvVmM/RnvT7ZrgqtsPxN6nXhdEtZDamtckdL0hwaFKfGb+Wn9MWjK5eu8M
GvNcAjK12CnYDG2mupU89c3NCeWkEwf6cTb0sA4uQh6umMxwb8/+8XUM45g2/66VY43t
R5JnrbB8sj4GiqFQdXRe1kubcid4Vl5hozsFMo5TCn4QDCDz9SV3dvHjjmnsy86Hdxyz
o1HleQMEtqvTRrjnI2b2XgX6uyCqb0uXoZtBi9A+7k9FOiyaN1J8ETeeO5TvEu+8JitS
HfUXLgTzlaNpYt+K/LzAucewRX/ZrpEAWBuJ2GRaC3ZKzCrQqe1nqWODy8pZiMPVlftz
+paA==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1749317919; x=1749922719;
h=to:subject:message-id:date:from:mime-version:x-gm-message-state
:from:to:cc:subject:date:message-id:reply-to;
bh=75Y6YH58GT4CBLpfuyzPORcSywXeUtdjTJjPz4eh/dg=;
b=GfvcvXwbQEcRxpNjgXF7qTWUUJI6xxPtUlzNtAqxenXt9nXgJjUo6azvahfJYKZSdj
VttYI15rsPnuXitYrx9yUqrLp9NHTDTPRxKPqyHY3DD20pXv+3kCgnkFNxxN6EQob1GE
wZHvvpy7288J0eXfQykIkJLy7yQsgLOzG3E5yWAIRgh648T30k8rn33kxxXop6h1zJ3g
WMLSUnDQat41VjM9QsTEdFFCvPyOCK57OtWUOznOIbPoKkzXZmnIrk8IF3afQbSw0Luh
0xsL5vXaOINWpe02lu8EXrBxWFIi1EBVSbaGxYzIbcV2UeXUnj+fOoVyq8MQpisWofEB
bO7A==
X-Forwarded-Encrypted: i=1; AJvYcCUDXvF3SxcpfapplQAmAa631JCjwLISaC5DhzznQYkKaKjl2Yut0yxkeW9d13gT5dgK7kGdFp61@tencent.com
X-Gm-Message-State: AOJu0YxF6Gd872XlbOZgQbnJ0mdCaOSy0/SdpEFdPPb6BmUUbtn3W/4l
lDigbQ6bBeRxghabKbKpvqfqLGgjCRukUJGQNdI8AorqMIlHQ/X5zeuO7y6Y0q2g+can0qkjr9N
tC6b+JVzH8zXPjzMhYAxMS0AERoXCcJA/qT9Wru7NqA==
X-Gm-Gg: ASbGncuEEO4nFbds2Y3CuAQ4ekm5mMKqVrl0Y9adGrw8c9ppect/5nGLpGXhO8zGElJ
3sogOazBw63JgnFDCQwP38yKYiWESCsh/Ki8LZEGj+0y8vusoXWZuJ9E7ztO85HZL3Rmn2iNbxl
m37Cs5OaLOb6fYJOODcvPCIpeAEEt0aVfPkzfeRXSwWA==
X-Google-Smtp-Source: AGHT+IHAW1zBAJ0/wocsffa/W18vyaXVlGhucJnVIYec5yzsAuEjSiaAjlWKHUNqghNDsXT3w6B3Eh0rxUcU4unIgiA=
X-Received: by 2002:a2e:be24:0:b0:32a:6cf1:46cc with SMTP id
38308e7fff4ca-32adfc77a9bmr18987291fa.13.1749317918548; Sat, 07 Jun 2025
10:38:38 -0700 (PDT)
MIME-Version: 1.0
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Sat, 7 Jun 2025 18:17:46 +0100
X-Gm-Features: AX0GCFsRYFJKkkZcGdrWQ-Zxrp1QYotxs-Quh5qqo65k89lIbXtqm1kSNS6j4qc
Message-ID: <CANg9FK2dJxu_89O0bS-7U2P=mNHP2CdhkMQd56Pp-22YH_r1BA@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XVVyZ2VudCBDb21wbGFpbnQ6IFJp?=
=?UTF-8?B?b3QgR2FtZXMtTGlua2VkIEhhcmFzc21lbnQsIElu?=
=?UTF-8?B?c3RpdHV0aW9uYWwgQWNjb3VudGFiaWxpdHksIGFu?=
=?UTF-8?B?ZCBQdWJsaWMgSW50ZXJlc3QgQ29uY2VybnM=?=
To: <contact.lapdonline@gmail.com>, "U.S. Court of Appeals for the Ninth
Circuit, E-Filer Help Desk" <efilerhelp@ca9.uscourts.gov>
Content-Type: multipart/alternative; boundary="000000000002279a40636fed11a"
EX-QQ-RecipientCnt: 3
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: NlrfLQhmr2s5cv0hfT0kB2SCPylH6DJyVl5YzLodX22vU0TQcoZmDFKp
RwTxmokG3RtQRrBJ3J1hah6/THc8Wtv2/g+s8ZWiyeb8CphXJdPMeob6mwqckarhC18w9Yt

UKhbnpuyB2Lhtrhf6bUd9mIdHgl8O4HDndFPMyMpa/jy8zHNaps0oZyCahwphTQshtJwEWZ
hB3gAGisPI+JUs8dIIWjwv9UN/oHFd8wXBkwNR2L8+ArxoAjC5HZquZB0A25mUHXyvUjep7
uDdoaklXHmLta3HiwqOLTtn47irW8M38e5Ps0U11hd9yBkcUL/V1zdS+9ggdxx2cDPEuXLm
H6UoZPMI5lG9L+4L63AIr8V6p4bcw1ADaHalLaLJajGAoHud1hmvu7gjgbcj1MmmPgPF8cF
ZLI76nRY3Ivwzlrus5b1GZUytIAsjibBvUJb4isx1nyVLCoSgFGS9BtuGHVLWe1svw8JEKK
8iqQ3nxvqK2C56V7ALBBD/wWLxJhD1PbOHSkBU9sUYMNcEMtgVK9hgCxt2VSgUdLCg8FAEW
+tvcI4mhfbLD0I7qoWoL3LMil8GHavSeeaa0u/vnO5CoSFncKgu2qDiBFk11Jbyid9LuaQ5
Ted7Dzgsvvj2SsjJvqUMpjTBgAKka/RgQ7wxa34INopIXO5R+9cZoJgtQW35DRALhr2P3ry
hwwZSBk7VVNN7WCHQUHLdtp7l5L7eLGI9t0/QLqEz3hRbF7HtR+697UIcLCzFXiBQUdTAgK
ca/iWfMTOe1pQxcsOEPt+ZcffaxSJKyLK7lOSxG/t/f/JJub+OFnfdQHm2M+LCGZd4Un8KL
EsWt3l21JVVFtkrUnzRFwz3ey7QuVEEWS0EZb6e5QTZQriPHrEBbbglwdb5glS8oqQuOGdg
heL9M3FwR+EQka4aR9r7W1htsKrdwDYxTf6VjOjvEF2I+LUPPyyL5Q3XYLm5zrd9owDaVuv
a/ehrXq+3NQr9R5Zc9ljqVUM19gQSiVsS0O2Bv5wYMntNH0Tc5XiWupNToiQT1kFco2Owia
HFa9PlGItCXce7EeFWAk74KWhgRGjGFv2yIse660fXLIWWWp6xkSIfT6+3RQ3jwpIMcRXvg
Mfv0SttjKMv56r9EVMw/AI=
X-QQ-XMRINFO: OD9hHCdaPRBwq3WW+NvGbIU=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol
f-fiction.co.uk>; dkim=pass(Signatures without header.from domain, sign
atures with other domains passed) header.d=mwwolf-fiction-co-uk.2023060
1.gappssmtp.com; dmarc=fail(p=NONE sp=NONE pct=100) header.from=mwwolf-
fiction.co.uk
X-QQ-RECHKSPAM: 0
Return-Path: marc@mwwolf-fiction.co.uk
X-OrganizationHeadersPreserved: EX-SZ017.tencent.com
X-CrossPremisesHeadersFilteredByDsnGenerator: EX-SZ017.tencent.com

To Whom It May Concern, or whoever cares at this point,

I am writing to file a formal and urgent complaint concerning ongoing and intensifying harassment that I believe is directly connected to my legal action against Riot Games, Inc.

Since initiating civil proceedings regarding intellectual property theft, procedural fraud, spoliation of evidence, and corporate misconduct by Riot Games, I have become the target of sustained and malicious abuse from Riot's cult. This includes daily anonymous messages of name calling, discrimination, harassment, threats of making AI porn of my 5 year old daughter, bomb threats, and many of which are designed to attack my mental health, discredit my character, and push me toward self-harm. One such message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace form linked to my website, stated:

"Kill yourself and make the world a better place"

Sent from email: goodjob@nazi.com

Other messages falsely claim that my daughter has been taken from me or that my wife (I have never been married) left me because I am defending myself in court. These are blatant lies intended to degrade, isolate, and silence me.

This harassment has continued despite prior reports. I have reason to believe, and limited evidence, the individuals responsible are connected to or aligned with Riot Games or its extended network, particularly given the precise timing and legal content targeted in these attacks.

I have raised concerns about serious misconduct by Riot Games, including:

Intellectual property theft

Fraud on the court

Spoliation and destruction of digital evidence

Use of manipulated data in litigation

Data misuse and unauthorized access

Anti-competitive business practices

Foreign influence through Tencent Holdings Ltd., a company publicly associated with China's military-civil fusion strategy.

Concerns of social, cultural and economic warfare

These are not simply civil grievances. They involve criminal elements, economic manipulation, and psychological abuse, and they carry serious national security implications due to Tencent's involvement in strategic technologies and potential surveillance frameworks. These patterns may

constitute a form of economic warfare that undermines public trust in U.S. legal systems and cultural industries.

Young men in the US and UK are being targeted and radicalised in cult like closed groups where there data is being harvested. It's that plain, do something about it.

The silence of institutions in the face of such disclosures contributes to the problem. If Riot Games or those acting in alignment with it are not held accountable, it sends a clear message that legal manipulation, targeted harassment, and digital abuse will go unchecked when committed by powerful entities.

Are we that weak that we let our children be radicalised into incels for a bit of coin?

I therefore request the following:

That the LAPD initiate a formal cyber harassment investigation and assign a criminal case number, which the Los Angeles County District Attorney's Office has indicated is required for further review.

That Squarespace disclose IP logs, metadata, and user information related to the harassing submissions.

That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United States Department of Justice take urgent action to review the sealed evidence and filings I have submitted along with this continued pattern of abuse.

That a formal inquiry be opened into Riot Games' awareness of and possible involvement in or facilitation of harassment against a whistleblower.

That the court move to set legal precedent in this case to protect the public from future corporate abuse of legal systems, exploitation of trauma for commercial gain, cultural and social degradation, and coordinated digital harassment campaigns.

There is a public interest in resolving this matter not only to protect my rights as a creator but to prevent the normalization of a model in which eastern communist dictatorship tech-entertainment giants may retaliate against dissenters with impunity. This case now reaches beyond individual harm. It concerns systemic accountability and the safety of others who may come forward with similar claims, and the long line of people already abused in Riot Games very short history. Abuse and degradation is infused into the very core of Riot Games. They are a weapon of economic, cultural and social warfare aimed at our children.

*DO SOMETHING!*

I am ready to provide sworn testimony, digital forensics, legal filings, and corroborating evidence upon request. I respectfully urge you to act.

Sincerely,

Marc Wolstenholme

Coventry, United Kingdom

To Whom It May Concern, or whoever cares at this point,

I am writing to file a formal and urgent complaint concerning ongoing and intensifying harassment that I believe is directly connected to my legal action against Riot Games, Inc.

Since initiating civil proceedings regarding intellectual property theft, procedural fraud, spoliation of evidence, and corporate misconduct by Riot Games, I have become the target of sustained and malicious abuse from Riot's cult. This includes daily anonymous messages of name calling, discrimination, harassment, threats of making AI porn of my 5 year old daughter, bomb threats, and many of which are designed to attack my mental health, discredit my character, and push me toward self-harm. One such message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace form linked to my website, stated:

"Kill yourself and make the world a better place"

Sent from email: goodjob@nazi.com

Other messages falsely claim that my daughter has been taken from me or that my wife (I have never been married) left me because I am defending myself in court. These are blatant lies intended to degrade, isolate, and silence me.

This harassment has continued despite prior reports. I have reason to believe, and limited evidence, the individuals responsible are connected to or aligned with Riot Games or its extended network, particularly given the precise timing and legal content targeted in these attacks.

I have raised concerns about serious misconduct by Riot Games, including:

Intellectual property theft

Fraud on the court

Spoliation and destruction of digital evidence

Use of manipulated data in litigation

Data misuse and unauthorized access

Anti-competitive business practices

Foreign influence through Tencent Holdings Ltd., a company publicly associated with China's military-civil fusion strategy.

Concerns of social, cultural and economic warfare

These are not simply civil grievances. They involve criminal elements, economic manipulation, and psychological abuse, and they carry serious national security implications due to Tencent's involvement in strategic technologies and potential surveillance frameworks. These patterns may constitute a form of economic warfare that undermines public trust in U.S. legal systems and cultural industries.

Young men in the US and UK are being targeted and radicalised in cult like closed groups where there data is being harvested. It's that plain, do something about it.

The silence of institutions in the face of such disclosures contributes to the problem. If Riot Games or those acting in alignment with it are not held accountable, it sends a clear message that legal manipulation, targeted harassment, and digital abuse will go unchecked when committed by powerful entities.

Are we that weak that we let our children be radicalised into incels for a bit of coin?

I therefore request the following:

That the LAPD initiate a formal cyber harassment investigation and assign a criminal case number, which the Los Angeles County District Attorney's Office has indicated is required for further review.

That Squarespace disclose IP logs, metadata, and user information related to the harassing submissions.

That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United States Department of Justice take urgent action to review the sealed evidence and filings I have submitted along with this continued pattern of abuse.

That a formal inquiry be opened into Riot Games' awareness of and possible involvement in or facilitation of harassment against a whistleblower.

That the court move to set legal precedent in this case to protect the public from future corporate abuse of legal systems, exploitation of trauma for commercial gain, cultural and social degradation, and coordinated digital harassment campaigns.

There is a public interest in resolving this matter not only to protect my rights as a creator but to prevent the normalization of a model in which eastern communist dictatorship tech-entertainment giants may retaliate against dissenters with impunity. This case now reaches beyond individual harm. It concerns systemic accountability and the safety of others who may come forward with similar claims, and the long line of people already abused in Riot Games very short history. Abuse and degradation is infused into the very core of Riot Games. They are a weapon of economic, cultural and social warfare aimed at our children.

DO SOMETHING!

I am ready to provide sworn testimony, digital forensics, legal filings, and corroborating evidence upon request. I respectfully urge you to act.

Sincerely,

Marc Wolstenholme
Coventry, United Kingdom

### Message 179 of 593

| | |
|---|---|
| **Date** | Sat, 07 Jun 2025 18:25:32 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Y1SvnIfgRvuwKGEf1IrfCg@geopod-ismtpd-25> |

Form Submission - Welcome To The Wolf Pack

Email:
kill@yourself.com, accepts marketing: false

Message:
antisemitic and zionist the joke tells itself

Sent via form submission from M.W. Wolf's Megaverse

Email:
kill@yourself.com, accepts marketing: false

Message:
antisemitic and zionist the joke tells itself

Manage Submissions

Does this submission look like spam? Report it here.

## Message 180 of 593

| | |
|---|---|
| **Date** | Mon, 9 Jun 2025 14:59:07 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | Customer Support Centre <Information@ipo.gov.uk> |
| **Subject** | Re: Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns |
| **Message-ID** | <CANg9FK0-y5z7ApQ5mmSX=9zQfmCyMiNPdF65E2=AAJT88nWpBw@mail.gmail.com> |

Thank you so much,

I've felt very alone in this fight so far. It means a lot to know that
someone is trying to help.

Thank You Again.

Marc Wolstenholme

On Mon, 9 Jun 2025 at 15:03, Customer Support Centre <Information@ipo.gov.uk>
wrote:

> Dear Marc,
>
>
>
> Thank you for contacting the Customer Support Centre.
>
>
>
> I have forwarded your email to our Enforcement Team, who will contact you
> in due course.
>
>
>
> Yours sincerely,
>
>
>
>
>
> [image: Intellectual Property Office / Swyddfa Eiddo Deallusol logo]
> <https://www.gov.uk/government/organisations/intellectual-property-office>
>
> *Tim Hicks* | Customer Support Centre Advisor
>
> *Intellectual Property Office* |* Concept House* |* Cardiff Road* |*
> Newport* |* South Wales* |* NP10 8QQ*
>
> *Tel/Ffôn:* +44 (0)300 300 2000* |* *Email/Ebost*: *information@ipo.gov.uk
> <information@ipo.gov.uk>*
> [image: LinkedIn In Black] <http://www.linkedin.com/company/uk-ipo> [image:
> Twitter_logo_black_square] <https://twitter.com/The_IPO> [image:
> Facebook-fLogo-black] <https://www.facebook.com/#!/TheIPO.UK?fref=ts>
> *www.gov.uk/ipo* <http://www.gov.uk/ipo>
>
> *IPO* *|* *Making life better through IP*
> Intellectual Property Office is an operating name of the Patent Office* |*
> Y Swyddfa Eiddo Deallusol yw enw gweithredol y Swyddfa Batentau
>
> To help us offer a better service to our customers, we'd be very grateful
> if you'd complete a short satisfaction survey
> <https://response.questback.com/isa/qbv.dll/bylink?p=zegR8_9iwcxrLoRQt_d-NKVCjgQ4qTJ-C_fYebe85uFUmhemaR9ZdwLQ9YYoIXgM2VAgBO6-wOuNbyzZy2zMQQ2>
> (it shouldn't take more than 5 minutes).
>
>
>
> IMPORTANT: This email and any attachments may contain confidential and/or
> privileged information. If you are not the intended recipient, you must not
> look at or disclose its contents, nor copy it or store it in any medium, or

> take any action in reliance upon it. If you have received this email in
> error, please notify the Intellectual Property Office immediately by
> replying to this email.
>
>
>
>
>
>
>
>
>
> *From:* Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
> *Sent:* 07 June 2025 18:18
> *To:* contact.lapdonline@gmail.com; U.S. Court of Appeals for the Ninth
> Circuit, E-Filer Help Desk <efilerhelp@ca9.uscourts.gov>
> *Subject:* Urgent Complaint: Riot Games-Linked Harassment, Institutional
> Accountability, and Public Interest Concerns
>
>
>
>
>
>
>
> To Whom It May Concern, or whoever cares at this point,
>
>
>
> I am writing to file a formal and urgent complaint concerning ongoing and
> intensifying harassment that I believe is directly connected to my legal
> action against Riot Games, Inc.
>
>
>
> Since initiating civil proceedings regarding intellectual property theft,
> procedural fraud, spoliation of evidence, and corporate misconduct by Riot
> Games, I have become the target of sustained and malicious abuse from
> Riot's cult. This includes daily anonymous messages of name calling,
> discrimination, harassment, threats of making AI porn of my 5 year old
> daughter, bomb threats, and many of which are designed to attack my mental
> health, discredit my character, and push me toward self-harm. One such
> message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace
> form linked to my website, stated:
>
>
>
> "Kill yourself and make the world a better place"
>
> Sent from email: goodjob@nazi.com
>
>
>
> Other messages falsely claim that my daughter has been taken from me or
> that my wife (I have never been married) left me because I am defending
> myself in court. These are blatant lies intended to degrade, isolate, and
> silence me.
>
>
>
> This harassment has continued despite prior reports. I have reason to
> believe, and limited evidence, the individuals responsible are connected to
> or aligned with Riot Games or its extended network, particularly given the
> precise timing and legal content targeted in these attacks.
>
>

>
> I have raised concerns about serious misconduct by Riot Games, including:
>
>
>
> Intellectual property theft
>
>
>
> Fraud on the court
>
>
>
> Spoliation and destruction of digital evidence
>
>
>
> Use of manipulated data in litigation
>
>
>
> Data misuse and unauthorized access
>
>
>
> Anti-competitive business practices
>
>
>
> Foreign influence through Tencent Holdings Ltd., a company publicly
> associated with China's military-civil fusion strategy.
>
>
>
> Concerns of social, cultural and economic warfare
>
>
>
> These are not simply civil grievances. They involve criminal elements,
> economic manipulation, and psychological abuse, and they carry serious
> national security implications due to Tencent's involvement in strategic
> technologies and potential surveillance frameworks. These patterns may
> constitute a form of economic warfare that undermines public trust in U.S.
> legal systems and cultural industries.
>
> Young men in the US and UK are being targeted and radicalised in cult like
> closed groups where there data is being harvested. It's that plain, do
> something about it.
>
> The silence of institutions in the face of such disclosures contributes to
> the problem. If Riot Games or those acting in alignment with it are not
> held accountable, it sends a clear message that legal manipulation,
> targeted harassment, and digital abuse will go unchecked when committed by
> powerful entities.
>
> Are we that weak that we let our children be radicalised into incels for a
> bit of coin?
>
> I therefore request the following:
>
>
>
> That the LAPD initiate a formal cyber harassment investigation and assign
> a criminal case number, which the Los Angeles County District Attorney's
> Office has indicated is required for further review.
>

>
>
> That Squarespace disclose IP logs, metadata, and user information related
> to the harassing submissions.
>
>
>
> That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United
> States Department of Justice take urgent action to review the sealed
> evidence and filings I have submitted along with this continued pattern of
> abuse.
>
> That a formal inquiry be opened into Riot Games' awareness of and possible
> involvement in or facilitation of harassment against a whistleblower.
>
>
>
> That the court move to set legal precedent in this case to protect the
> public from future corporate abuse of legal systems, exploitation of trauma
> for commercial gain, cultural and social degradation, and coordinated
> digital harassment campaigns.
>
>
>
> There is a public interest in resolving this matter not only to protect my
> rights as a creator but to prevent the normalization of a model in which
> eastern communist dictatorship tech-entertainment giants may retaliate
> against dissenters with impunity. This case now reaches beyond individual
> harm. It concerns systemic accountability and the safety of others who may
> come forward with similar claims, and the long line of people already
> abused in Riot Games very short history. Abuse and degradation is infused
> into the very core of Riot Games. They are a weapon of economic, cultural
> and social warfare aimed at our children.
>
>
>
> *DO SOMETHING!*
>
>
>
> I am ready to provide sworn testimony, digital forensics, legal filings,
> and corroborating evidence upon request. I respectfully urge you to act.
>
>
>
> Sincerely,
>
> Marc Wolstenholme
>
> Coventry, United Kingdom
>

Thank you so much,
I've felt very alone in this fight so far. It means a lot to know that someone is trying to help.
Thank You Again.
Marc Wolstenholme
On Mon, 9 Jun 2025 at 15:03, Customer Support Centre <Information@ipo.gov.uk> wrote:

Dear Marc,

Thank you for contacting the Customer Support Centre.

I have forwarded your email to our Enforcement Team, who will contact you in due course.

Yours sincerely,

Tim Hicks
| Customer Support Centre Advisor

Intellectual Property Office
| Concept House |

Cardiff Road | Newport
| South Wales |
NP10 8QQ
Tel/Ffôn:
+44 (0)300 300 2000 |
Email/Ebost:
information@ipo.gov.uk
www.gov.uk/ipo
IPO
|
Making life better through IP

Intellectual Property Office is an operating name of the Patent Office | Y Swyddfa Eiddo Deallusol yw enw gweithredol y Swyddfa Batentau

To help us offer a better service to our customers, we'd be very grateful if you'd complete a short satisfaction survey
(it shouldn't take more than 5 minutes).

IMPORTANT: This email and any attachments may contain confidential and/or privileged information. If you are not the intended recipient, you must not look at or disclose its contents, nor copy it or store it in any medium, or take any action
in reliance upon it. If you have received this email in error, please notify the Intellectual Property Office immediately by replying to this email.

From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

Sent: 07 June 2025 18:18

To: contact.lapdonline@gmail.com; U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk <efilerhelp@ca9.uscourts.gov>

Subject: Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns

To Whom It May Concern, or whoever cares at this point,

I am writing to file a formal and urgent complaint concerning ongoing and intensifying harassment that I believe is directly connected to my legal action against Riot Games, Inc.

Since initiating civil proceedings regarding intellectual property theft, procedural fraud, spoliation of evidence, and corporate misconduct by Riot Games, I have become the target of sustained
and malicious abuse from Riot's cult. This includes daily anonymous messages of name calling, discrimination, harassment, threats of making AI porn of my 5 year old daughter, bomb threats, and many of which are designed to attack my mental health, discredit
my character, and push me toward self-harm. One such message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace form linked to my website, stated:

"Kill yourself and make the world a better place"

Sent from email:
goodjob@nazi.com

Other messages falsely claim that my daughter has been taken from me or that my wife (I have never been married) left me because I am defending myself in court. These are blatant lies intended
to degrade, isolate, and silence me.

This harassment has continued despite prior reports. I have reason to believe, and limited evidence, the individuals responsible are connected to or aligned with Riot Games or its extended network,
particularly given the precise timing and legal content targeted in these attacks.

I have raised concerns about serious misconduct by Riot Games, including:

Intellectual property theft

Fraud on the court

Spoliation and destruction of digital evidence

Use of manipulated data in litigation

Data misuse and unauthorized access

Anti-competitive business practices

Foreign influence through Tencent Holdings Ltd., a company publicly associated with China's military-civil fusion strategy.

Concerns of social, cultural and economic warfare

These are not simply civil grievances. They involve criminal elements, economic manipulation, and psychological abuse, and they carry serious national security implications due to Tencent's involvement
in strategic technologies and potential surveillance frameworks. These patterns may constitute a form of economic warfare that undermines public trust in U.S. legal systems and cultural industries.

Young men in the US and UK are being targeted and radicalised in cult like closed groups where there data is being harvested. It's that plain, do something about it.

The silence of institutions in the face of such disclosures contributes to the problem. If Riot Games or those acting in alignment with it are not held accountable, it sends a clear message that
legal manipulation, targeted harassment, and digital abuse will go unchecked when committed by powerful entities.

Are we that weak that we let our children be radicalised into incels for a bit of coin?

I therefore request the following:

That the LAPD initiate a formal cyber harassment investigation and assign a criminal case number, which the Los Angeles County District Attorney's Office has indicated is required for further
review.

That Squarespace disclose IP logs, metadata, and user information related to the harassing submissions.

That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United States Department of Justice take urgent action to review the sealed evidence and filings I have submitted along with
this continued pattern of abuse.

That a formal inquiry be opened into Riot Games' awareness of and possible involvement in or facilitation of harassment against a whistleblower.

That the court move to set legal precedent in this case to protect the public from future corporate abuse of legal systems, exploitation of trauma for commercial gain, cultural and social degradation,
and coordinated digital harassment campaigns.

There is a public interest in resolving this matter not only to protect my rights as a creator but to prevent the normalization of a model in which eastern communist dictatorship tech-entertainment
giants may retaliate against dissenters with impunity. This case now reaches beyond individual harm. It concerns systemic accountability and the safety of others who may come forward with similar claims, and the long line of people already abused in Riot Games
very short history. Abuse and degradation is infused into the very core of Riot Games. They are a weapon of economic, cultural and social warfare aimed at our children.

DO SOMETHING!

I am ready to provide sworn testimony, digital forensics, legal filings, and corroborating evidence upon request. I respectfully urge you to act.

Sincerely,

Marc Wolstenholme

Coventry, United Kingdom

## Message 181 of 593

| | |
|---|---|
| **Date** | Mon, 9 Jun 2025 14:02:59 +0000 |
| **From** | Customer Support Centre <Information@ipo.gov.uk> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | RE: Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns |
| **Message-ID** | <CWXP123MB17041E8A2899DB2952D8CEDA806BA@CWXP123MB1704.GBRP123.PROD.OUTLOOK.COM> |

Dear Marc,

Thank you for contacting the Customer Support Centre.

I have forwarded your email to our Enforcement Team, who will contact you in due course.

Yours sincerely,

[Intellectual Property Office / Swyddfa Eiddo Deallusol logo]<https://www.gov.uk/government/organisations/intellectual-property-office>
Tim Hicks | Customer Support Centre Advisor
Intellectual Property Office | Concept House | Cardiff Road | Newport | South Wales | NP10 8QQ
Tel/Ffôn: +44 (0)300 300 2000 | Email/Ebost: information@ipo.gov.uk<mailto:information@ipo.gov.uk>
[LinkedIn In Black]<http://www.linkedin.com/company/uk-ipo> [Twitter_logo_black_square] <https://twitter.com/The_IPO> [Facebook-fLogo-black] <https://www.facebook.com/#!/TheIPO.UK?fref=ts> www.gov.uk/ipo<http://www.gov.uk/ipo>
IPO | Making life better through IP
Intellectual Property Office is an operating name of the Patent Office | Y Swyddfa Eiddo Deallusol yw enw gweithredol y Swyddfa Batentau
[cid:image005.png@01DBD94F.95FFBA90]
To help us offer a better service to our customers, we'd be very grateful if you'd complete a short satisfaction survey<https://response.questback.com/isa/qbv.dll/bylink?p=zegR8_9iwcxrLoRQt_d-NKVCjgQ4qTJ-C_fYebe85uFUmhemaR9ZdwLQ9YYoIXgM2VAgBO6-wOuNbyzZy2zMQQ2> (it shouldn't take more than 5 minutes).

IMPORTANT: This email and any attachments may contain confidential and/or privileged information. If you are not the intended recipient, you must not look at or disclose its contents, nor copy it or store it in any medium, or take any action in reliance upon it. If you have received this email in error, please notify the Intellectual Property Office immediately by replying to this email.

From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Sent: 07 June 2025 18:18
To: contact.lapdonline@gmail.com; U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk <efilerhelp@ca9.uscourts.gov>
Subject: Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns

To Whom It May Concern, or whoever cares at this point,

I am writing to file a formal and urgent complaint concerning ongoing and intensifying harassment that I believe is directly connected to my legal action against Riot Games, Inc.

Since initiating civil proceedings regarding intellectual property theft, procedural fraud, spoliation of evidence, and corporate misconduct by Riot Games, I have become the target of sustained and malicious abuse from Riot’s cult. This includes daily anonymous messages of name calling, discrimination, harassment, threats of making AI porn of my 5 year old daughter, bomb threats, and many of which are designed to attack my mental health, discredit my character, and push me toward self-harm. One such message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace form linked to my website, stated:

"Kill yourself and make the world a better place"
Sent from email: goodjob@nazi.com<mailto:goodjob@nazi.com>

Other messages falsely claim that my daughter has been taken from me or that my wife (I have never been married) left me because I am defending myself in court. These are blatant lies intended to degrade, isolate, and silence me.

This harassment has continued despite prior reports. I have reason to believe, and limited evidence, the individuals responsible are connected to or aligned with Riot Games or its extended network, particularly given the precise timing and legal content targeted in these attacks.

I have raised concerns about serious misconduct by Riot Games, including:

Intellectual property theft

Fraud on the court

Spoliation and destruction of digital evidence

Use of manipulated data in litigation

Data misuse and unauthorized access

Anti-competitive business practices

Foreign influence through Tencent Holdings Ltd., a company publicly associated with China’s military-civil fusion strategy.

Concerns of social, cultural and economic warfare

These are not simply civil grievances. They involve criminal elements, economic manipulation, and psychological abuse, and they carry serious national security implications due to Tencent's involvement in strategic technologies and potential surveillance frameworks. These patterns may constitute a form of economic warfare that undermines public trust in U.S. legal systems and cultural industries.
Young men in the US and UK are being targeted and radicalised in cult like closed groups where there data is being harvested. It’s that plain, do something about it.
The silence of institutions in the face of such disclosures contributes to the problem. If Riot Games or those acting in alignment with it are not held

accountable, it sends a clear message that legal manipulation, targeted harassment, and digital abuse will go unchecked when committed by powerful entities.
Are we that weak that we let our children be radicalised into incels for a bit of coin?
I therefore request the following:

That the LAPD initiate a formal cyber harassment investigation and assign a criminal case number, which the Los Angeles County District Attorney's Office has indicated is required for further review.

That Squarespace disclose IP logs, metadata, and user information related to the harassing submissions.

That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United States Department of Justice take urgent action to review the sealed evidence and filings I have submitted along with this continued pattern of abuse.
That a formal inquiry be opened into Riot Games' awareness of and possible involvement in or facilitation of harassment against a whistleblower.

That the court move to set legal precedent in this case to protect the public from future corporate abuse of legal systems, exploitation of trauma for commercial gain, cultural and social degradation, and coordinated digital harassment campaigns.

There is a public interest in resolving this matter not only to protect my rights as a creator but to prevent the normalization of a model in which eastern communist dictatorship tech-entertainment giants may retaliate against dissenters with impunity. This case now reaches beyond individual harm. It concerns systemic accountability and the safety of others who may come forward with similar claims, and the long line of people already abused in Riot Games very short history. Abuse and degradation is infused into the very core of Riot Games. They are a weapon of economic, cultural and social warfare aimed at our children.

DO SOMETHING!

I am ready to provide sworn testimony, digital forensics, legal filings, and corroborating evidence upon request. I respectfully urge you to act.

Sincerely,
Marc Wolstenholme
Coventry, United Kingdom

Dear Marc,

Thank you for contacting the Customer Support Centre.

I have forwarded your email to our Enforcement Team, who will contact you in due course.

Yours sincerely,

Tim Hicks
| Customer Support Centre Advisor

Intellectual Property Office
| Concept House |
Cardiff Road | Newport
| South Wales |
NP10 8QQ

Tel/Ffôn:
+44 (0)300 300 2000 |
Email/Ebost:
information@ipo.gov.uk

www.gov.uk/ipo

IPO
|
Making life better through IP

Intellectual Property Office is an operating name of the Patent Office | Y Swyddfa Eiddo Deallusol yw enw gweithredol y Swyddfa Batentau

To help us offer a better service to our customers, we'd be very grateful if you'd complete a short satisfaction survey
(it shouldn't take more than 5 minutes).

IMPORTANT: This email and any attachments may contain confidential and/or privileged information. If you are not the intended recipient, you must not look at or disclose its contents, nor copy it or store it in any medium, or take any action
in reliance upon it. If you have received this email in error, please notify the Intellectual Property Office immediately by replying to this email.

From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

Sent: 07 June 2025 18:18

To: contact.lapdonline@gmail.com; U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk <efilerhelp@ca9.uscourts.gov>

Subject: Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns

To Whom It May Concern, or whoever cares at this point,

I am writing to file a formal and urgent complaint concerning ongoing and intensifying harassment that I believe is directly connected to my legal action against Riot Games, Inc.

Since initiating civil proceedings regarding intellectual property theft, procedural fraud, spoliation of evidence, and corporate misconduct by Riot Games, I have become the target of sustained
and malicious abuse from Riot's cult. This includes daily anonymous messages of name calling, discrimination, harassment, threats of making AI porn of my 5 year old daughter, bomb threats, and many of which are designed to attack my mental health, discredit
my character, and push me toward self-harm. One such message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace form linked to my website, stated:

"Kill yourself and make the world a better place"

Sent from email:
goodjob@nazi.com

Other messages falsely claim that my daughter has been taken from me or that my wife (I have never been married) left me because I am defending myself in court. These are blatant lies intended to degrade, isolate, and silence me.

This harassment has continued despite prior reports. I have reason to believe, and limited evidence, the individuals responsible are connected to or aligned with Riot Games or its extended network, particularly given the precise timing and legal content targeted in these attacks.

I have raised concerns about serious misconduct by Riot Games, including:

Intellectual property theft

Fraud on the court

Spoliation and destruction of digital evidence

Use of manipulated data in litigation

Data misuse and unauthorized access

Anti-competitive business practices

Foreign influence through Tencent Holdings Ltd., a company publicly associated with China's military-civil fusion strategy.

Concerns of social, cultural and economic warfare

These are not simply civil grievances. They involve criminal elements, economic manipulation, and psychological abuse, and they carry serious national security implications due to Tencent's involvement in strategic technologies and potential surveillance frameworks. These patterns may constitute a form of economic warfare that undermines public trust in U.S. legal systems and cultural industries.

Young men in the US and UK are being targeted and radicalised in cult like closed groups where there data is being harvested. It's that plain, do something about it.

The silence of institutions in the face of such disclosures contributes to the problem. If Riot Games or those acting in alignment with it are not held accountable, it sends a clear message that legal manipulation, targeted harassment, and digital abuse will go unchecked when committed by powerful entities.

Are we that weak that we let our children be radicalised into incels for a bit of coin?

I therefore request the following:

That the LAPD initiate a formal cyber harassment investigation and assign a criminal case number, which the Los Angeles County District Attorney's Office has indicated is required for further review.

That Squarespace disclose IP logs, metadata, and user information related to the harassing submissions.

That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United States Department of Justice take urgent action to review the sealed evidence and filings I have submitted along with this continued pattern of abuse.

That a formal inquiry be opened into Riot Games' awareness of and possible involvement in or facilitation of harassment against a whistleblower.

That the court move to set legal precedent in this case to protect the public from future corporate abuse of legal systems, exploitation of trauma for commercial gain, cultural and social degradation, and coordinated digital harassment campaigns.

There is a public interest in resolving this matter not only to protect my rights as a creator but to prevent the normalization of a model in which eastern communist dictatorship tech-entertainment giants may retaliate against dissenters with impunity. This case now reaches beyond individual harm. It concerns systemic accountability and the safety of others who may come forward with similar claims, and the long line of people already abused in Riot Games very short history. Abuse and degradation is infused into the very core of Riot Games. They are a weapon of economic, cultural and social warfare aimed at our children.

DO SOMETHING!

I am ready to provide sworn testimony, digital forensics, legal filings, and corroborating evidence upon request. I respectfully urge you to act.

Sincerely,

Marc Wolstenholme

Coventry, United Kingdom

## Message 182 of 593

| | |
|---|---|
| **Date** | Tue, 10 Jun 2025 20:43:12 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <iBWBL9OQTZyfL7V4P2atJg@geopod-ismtpd-38> |

Form Submission - Welcome To The Wolf Pack

Email:
antisemitic@scum.com, accepts marketing: false

Message:
Congratulations: You ended up in the same dumpster where every mediocre rejected author ends: spilling "jews control hollywood" propaganda because tyou cant deal with your on lack of talent

Sent via form submission from M.W. Wolf's Megaverse

Email:
antisemitic@scum.com, accepts marketing: false

Message:
Congratulations: You ended up in the same dumpster where every mediocre rejected author ends: spilling "jews control hollywood" propaganda because tyou cant deal with your on lack of talent

Manage Submissions

Does this submission look like spam? Report it here.

## Message 183 of 593

| | |
|---|---|
| **Date** | Thu, 12 Jun 2025 05:27:36 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <b8ec46e955cb42cc8899105f3de4ffd3@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
news@foryou.com, accepts marketing: false

Message:
Check the latest post of @wyrmforge on twitter and bsky... you may wanna get in contact with them ;)

Sent via form submission from M.W. Wolf's Megaverse

Email:
news@foryou.com, accepts marketing: false

Message:
Check the latest post of @wyrmforge on twitter and bsky... you may wanna get in contact with them ;)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 184 of 593

| | |
|---|---|
| **Date** | Thu, 12 Jun 2025 21:53:20 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <LEr9q6X3T26q-tr6zNSE2w@geopod-ismtpd-27> |

Form Submission - Welcome To The Wolf Pack

Email:
youare@onthegroundnow.com, accepts marketing: false

Message:
ñlsakdalñkda oh this is beautifull...now you finally lost it and your last resource is insult... but im sure you can still dig your own grave deeper ahahahasd

also, great way to make sure your so called "whistleblowers" show up: insulting them. Im sure is going to end up almost as well as when you insulted a magistrated judge

Sent via form submission from M.W. Wolf's Megaverse

Email:
youare@onthegroundnow.com, accepts marketing: false

Message:
ñlsakdalñkda oh this is beautifull...now you finally lost it and your last resource is insult... but im sure you can still dig your own grave deeper ahahahasd

also, great way to make sure your so called "whistleblowers" show up: insulting them. Im sure is going to end up almost as well as when you insulted a magistrated judge

Manage Submissions

Does this submission look like spam? Report it here.

## Message 185 of 593

| | |
|---|---|
| **Date** | Thu, 12 Jun 2025 21:56:52 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <tQaE1X30QOiOjcK0m_hC_Q@geopod-ismtpd-33> |

Form Submission - Welcome To The Wolf Pack

Email:
youare@onthegroundnow.com, accepts marketing: false

Message:
https://www.youtube.com/shorts/zG1svVfkItY
HAHAHAH CRY ME A FUCKING RIVER YOU SORE LOSER HAHAHAHAHAHA

Sent via form submission from M.W. Wolf's Megaverse

Email:
youare@onthegroundnow.com, accepts marketing: false

Message:
https://www.youtube.com/shorts/zG1svVfkItY
HAHAHAH CRY ME A FUCKING RIVER YOU SORE LOSER HAHAHAHAHAHA

Manage Submissions

Does this submission look like spam? Report it here.

## Message 186 of 593

| | |
|---|---|
| **Date** | Fri, 13 Jun 2025 00:33:36 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CxdsSN0CRSiGPnSP_bU8ug@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
didyou@lose.com, accepts marketing: false

Message:
oooh I love the smell of your last post. It reeks of desperation.

Sent via form submission from M.W. Wolf's Megaverse

Email:
didyou@lose.com, accepts marketing: false

Message:
oooh I love the smell of your last post. It reeks of desperation.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 187 of 593

| | |
|---|---|
| **Date** | Sat, 14 Jun 2025 21:45:23 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <VAaffcawRUOINvbRbLplnA@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
haha@haha.com, accepts marketing: false

Message:
let me guess, your whistleblowers search is not going as planned, isn't it??

Sent via form submission from M.W. Wolf's Megaverse

Email:
haha@haha.com, accepts marketing: false

Message:
let me guess, your whistleblowers search is not going as planned, isn't it??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 188 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 04:36:20 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <306f5a098d674401a7bf2ff29775f34a@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
only@MWWolfLtd.com, accepts marketing: false

Message:
Congratulations on being the first person on the internet to get a "kill yourself" message, something that has never happened in the history of digital communications. I'm sure the "fbi and lapd" will care so much about it. I can already tell they will use all their resources to fetch down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Sent via form submission from M.W. Wolf’s Megaverse

Email:
only@MWWolfLtd.com, accepts marketing: false

Message:
Congratulations on being the first person on the internet to get a "kill yourself" message, something that has never happened in the history of digital communications. I'm sure the "fbi and lapd" will care so much about it. I can already tell they will use all their resources to fetch down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Manage Submissions

Does this submission look like spam? Report it here.

## Message 189 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 11:15:50 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | foipaquestions@fbi.gov, cia_foia@ucia.gov, dan.chang@riotgames.com, "Geller, Josh" <jxg@msk.com>, aaron.moss@msk.com, "U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk" <efilerhelp@ca9.uscourts.gov>, antitrust.complaints@usdoj.gov, antitrust@ftc.gov, arbiter.mail@wipo.int, gluskera@unitedtalent.com, "Los Angeles County District Attorney's Office" <info@da.lacounty.gov>, public.affairs@dodig.mil, luis.alvarez@laopinion.com, keir.starmer.constituency@parliament.uk, Jonny Geller Submissions <gellerofficesubmissions@curtisbrown.co.uk>, Customer Support Centre <information@ipo.gov.uk>, safeguarding@business-humanrights.org, new.scotland.yard@met.police.uk, "SULTANA, Zarah" <zarah.sultana.mp@parliament.uk>, detectives@lapd.online, digital@west-midlands.pnn.police.uk, david.lammy.mp@parliament.uk, emma.donnan@bbc.co.uk, ress@ign.com, report@sfo.gsi.gov.uk, jonathan.reynolds.mp@parliament.uk, rachel.reeves.mp@parliament.uk, rachel@rachelreeves.org.uk, taylor.lorenz@washpost.com, tmundy@aevitascreative.com, tips@dexerto.com, tips@game-developer.com, charlotte.turner@bbc.co.uk, "Squarespace Trust & Safety Team" <abuse@squarespace.com>, lisa.nandy.mp@parliament.uk, "OWATEMI, Taiwo" <taiwo.owatemi.mp@parliament.uk>, peter.kyle.mp@parliament.uk, chris.bryant.mp@parliament.uk, contact.lapdonline@lapd.online, libertyinvestigates@libertyhumanrights.org.uk, contact.lapdonline@gmail.com, privacy@unitedtalent.com, permissions@penguinrandomhouse.com, courriel.prefecturepoliceparis@interieur.gouv.fr, pio@thejournalofcosmology.com, intellectual.property@cityoflondon.police.uk, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, w.brooker@kingston.ac.uk, Helen Bryant <helen@cornerstones.co.uk>, civilandhumanrights@lacity.org, cbglegal@curtisbrowngroup.co.uk, nfo@da.lacounty.gov, john.healey.mp@parliament.uk, "Geller, Josh" <Josh.Geller@msk.com>, jason.koebler@vice.com, jonathan@jonathanreynolds.org.uk, "Geller, Joshua" <jgeller@greenbergglusker.com>, kasey@whats-on-netflix.com |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK06Ma1BR8EfAKpCN-G9huWRBCq8GsqRVHwj0Ej8GMPb=A@mail.gmail.com> |

Dear All,

In the Western Division of the U.S. District Court for the Central District of California, during a scheduled Rule 3.724. Duty to meet and confer, Riot Games's unethical and repulsive attorney Josh Geller, gleefully took great delight in stating that these messages didn't exist, they were fabricated and Riot refuses to condemn these behaviours.

This of course is exactly the same extremist blatant hypernormalisation refusal and denial which I have voiced concerns about, which is a Psyop act of warfare on the Public, learnt from their Military-civil fusion Master Tencent, who controls Riot's data harvesting, espionage and domestic terrorism operations. And this is enabled by protected and powerful sellout men like Jonny Geller of CBG who sold my Bloodborg manuscript to Riot Games to make Arcane, because he doesn't care so long as a bit of coin is spat his way.

If you don't believe me that Riot are a direct and pressing threat to public safety and to the healthy development of young adults, go read:

1, The 2023 letter from U.S. Senate Majority Whip Dick Durbin (D-IL), Chair of the Senate Judiciary Committee. Which links Riot to extremist and terrorism concerns.

2, Sacramento – The California Civil Rights Department (CRD) class action lawsuit over systemic sex discrimination, harassment, and retaliation against thousands of women.

3, The Committee on Foreign Investment in the U.S, which is investigating Riot Games for its handling of Americans' personal information and data and Riot's threat to national security.

4, Read their very dark and very short history of abuse and IP raping.

5, Read my concerns in the court papers- Marc Wolstenholme v. Riot Games, Inc. (2:25-cv-00053)

6, Read the endless Bloomberg journalism on Riot Games's shady underbelly.

This is the radicalised and toxic cult of Riot Games. No wonder they have been deemed as a risk to public safety. No wonder the US has terrorist concerns at Riot Games. I fear, Riot is a front for terrorism and cultural social, economic and data warfare. Riot has created and fosters a secret, secure online community which deliberately breeds an undercurrent of disruption, abuse and Incel hate.

And when they find themselves in the firing line, they play dumb, go through the motions of "playing the game" and spit Chinese black budget

money at problems, then hide behind unethical attorneys. They don’t atone,
they don’t care, they don’t change. They fake and steal and fake and steal.
They were founded on theft and sabotage, and sell out. Nothing has changed.

https://open.substack.com/pub/mwwolf/p/kill-yourself-ten-predictions?r=5lugo5&utm_campaign=post&utm_medium=web&showWelcomeOnShare=true

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sun, 15 Jun 2025 at 05:36
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* only@MWWolfLtd.com, accepts marketing: false

*Message:* Congratulations on being the first person on the internet to get
a "kill yourself" message, something that has never happened in the history
of digital communications. I'm sure the "fbi and lapd" will care so much
about it. I can already tell they will use all their resources to fetch
down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Sent via form submission from *M.W. Wolf’s Megaverse
<https://comms-sl-events.squarespace.info/?ref=HrwAAFRwvqHij4cIec1liH6WCNLRC0O-AQAAAKXQVeM3yd64NTxkfKR0IdgNKgI6mq1NwBy-m0gD5gsGk5S1kVSbQHPMHhW2ZfMWxjEkGebemYR96zMtSKoaPPxXSFwolqAem5FvGX35VqyIt-77A6oEibVvJYfTghP97jhmjA6i-MsM00RBUqmwYunHEcVUmoNb1eiYhnqSig5eySprpzKJO_MJUG1IEl_IgSNF1xwLq-RqklJLH0i4AQCgVJD9WiN2pgM1-jLbrLelYxIoIJCUSesMeivG56vSposehlSJ_Mjc3nbt65TOhoE>*

*Email:* only@MWWolfLtd.com, accepts marketing: false

*Message:* Congratulations on being the first person on the internet to get
a "kill yourself" message, something that has never happened in the history
of digital communications. I'm sure the "fbi and lapd" will care so much
about it. I can already tell they will use all their resources to fetch
down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Manage Submissions
<https://comms-sl-events.squarespace.info/?ref=HrwAAKrNCe04qEOLmzNghLG1hB9p9enwAQAAAKXQVeM3yd64NTxkfKR0IdgNKgI6mq1NwBy-m0gD5gsGk5S1kVSbQHPMHhW2ZfMWxjEkGebemYR96zMtSKoaPPxXSFwolqAem5FvGX35VqyIt-77A6oEibVvJYfTghP97jhmjA6i-MsM00RBUqmwYukfS9JC1PDFX5qqTASr0GLhzfcBH4SEOvTzLvLx_TNThtO5a3Pjod4tCxkY0aT6vzbRf7h_NhKJpX3d4weiti5LXUqDSZju4dmiTPJXwG0lnybx7mEMHcQ7_97-Q8w9g0Ob-lzhwVF6l9YL-e3p6Nnb41fEvEx_J68Fy-hbMhCE-GDXGv3ClEqwYSt8SI5kZdUnpu0sFks2E4Nca5aBwuLH>

Does this submission look like spam? Report it here.
<https://comms-sl-events.squarespace.info/?ref=HrwAAPudt5-Vs1nRVtcnqNhV9D6_aajGAQAAAKXQVeM3yd64NTxkfKR0IdgNKgI6mq1NwBy-m0gD5gsGk5S1kVSbQHPMHhW2ZfMWxjEkGebemYR96zMtSKoaPPxXSFwolqAem5FvGX35VqyIt-77A6oEibVvJYfTghP97sBTNRD3ulptEohbRB_hJ0H3srXiT6sC-EWMi_z_m4TXRTFxFquUN_nq1jweTlP9nXwm_v48Z8B22L33cfe0tai651pA_IUl9Wzyt-hyKq8RwUgd3QRsgYrxTT6cwzlIS6Ehc8yTo8VGqtO_1WlfXo1XI_JjO-FN8pYZLT-S3lVcVROiBh8KnKsf5lXSoTPSm-rEhq2eyYfxHYZyIcj4IMyevEEHpsd3y7W6HruF_qVJpFok1s7_8nuZKcCfDEiZmPmqxb8f9kreswTd5WE1QlsUBKXYrwS99T_IKAn7eYYE>

Dear All,
In the Western Division of the U.S. District Court for the
Central District of California, during a scheduled Rule 3.724. Duty to meet and
confer, Riot Games’s unethical and repulsive attorney Josh Geller, gleefully took
great delight in stating that these messages didn’t exist, they were fabricated
and Riot refuses to condemn these behaviours.

This of course is exactly the same extremist blatant hypernormalisation
refusal and denial which I have voiced concerns about, which is a Psyop act of
warfare on the Public, learnt from their Military-civil fusion Master Tencent, who
controls Riot’s data harvesting, espionage and domestic terrorism operations. And
this is enabled by protected and powerful sellout men like Jonny Geller of CBG
who sold my Bloodborg manuscript to Riot Games to make Arcane, because he doesn’t
care so long as a bit of coin is spat his way.

If you don’t believe me that Riot are a direct and pressing threat
to public safety and to the healthy development of young adults, go read:

1, The 2023 letter from U.S. Senate Majority Whip Dick
Durbin (D-IL), Chair of the Senate Judiciary Committee. Which links Riot to extremist
and terrorism concerns.

2, Sacramento – The California Civil Rights Department (CRD)
class action lawsuit over systemic sex discrimination, harassment, and
retaliation against thousands of women.

3, The Committee on Foreign Investment in the U.S, which is investigating Riot Games for its handling of Americans' personal information and data and Riot's threat to national security.

4, Read their very dark and very short history of abuse and IP raping.

5, Read my concerns in the court papers- Marc Wolstenholme v. Riot Games, Inc. (2:25-cv-00053)

6, Read the endless Bloomberg journalism on Riot Games's shady underbelly.

This is the radicalised and toxic cult of Riot Games. No wonder they have been deemed as a risk to public safety. No wonder the US has terrorist concerns at Riot Games. I fear, Riot is a front for terrorism and cultural social, economic and data warfare. Riot has created and fosters a secret, secure online community which deliberately breeds an undercurrent of disruption, abuse and Incel hate.

And when they find themselves in the firing line, they play dumb, go through the motions of "playing the game" and spit Chinese black budget money at problems, then hide behind unethical attorneys. They don't atone, they don't care, they don't change. They fake and steal and fake and steal. They were founded on theft and sabotage, and sell out. Nothing has changed.

https://open.substack.com/pub/mwwolf/p/kill-yourself-ten-predictions?r=5lugo5&utm_campaign=post&utm_medium=web&showWelcomeOnShare=true

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sun, 15 Jun 2025 at 05:36
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
only@MWWolfLtd.com, accepts marketing: false

Message:
Congratulations on being the first person on the internet to get a "kill yourself" message, something that has never happened in the history of digital communications. I'm sure the "fbi and lapd" will care so much about it. I can already tell they will use all their resources to fetch down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Sent via form submission from M.W. Wolf's Megaverse

Email:
only@MWWolfLtd.com, accepts marketing: false

Message:
Congratulations on being the first person on the internet to get a "kill yourself" message, something that has never happened in the history of digital communications. I'm sure the "fbi and lapd" will care so much about it. I can already tell they will use all their resources to fetch down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Manage Submissions

Does this submission look like spam? Report it here.

## Message 190 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:45 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23d.2e0a0220.16815d.59e1.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to tips@dexerto.com because the address couldn't be found or is unable to receive email.

Learn more here: https://support.google.com/mail/?p=NoSuchUser

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 2adb3069b0e04-553a9b04458sor973353e87.26 - gsmtp

Address not found

Your message wasn't delivered to tips@dexerto.com because the address couldn't be found or is unable to receive email.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 2adb3069b0e04-553a9b04458sor973353e87.26 - gsmtp

### Message 191 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:45 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23d.2e0a0220.16815d.59e0.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to ress@ign.com because the address couldn't be found or is unable to receive email.

Learn more here: https://support.google.com/mail/?p=NoSuchUser

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 38308e7fff4ca-32b331d2071sor12568301fa.13 - gsmtp

Address not found

Your message wasn't delivered to ress@ign.com because the address couldn't be found or is unable to receive email.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 38308e7fff4ca-32b331d2071sor12568301fa.13 - gsmtp

## Message 192 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:46 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23e.2e0a0220.16815d.59e9.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to new.scotland.yard@met.police.uk because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [AM1PEPF000252DC.eurprd07.prod.outlook.com 2025-06-15T10:36:46.926Z 08DDA90C05EEF2D4]

Address not found

Your message wasn't delivered to new.scotland.yard@met.police.uk because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [AM1PEPF000252DC.eurprd07.prod.outlook.com 2025-06-15T10:36:46.926Z 08DDA90C05EEF2D4]

## Message 193 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:46 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23e.2e0a0220.16815d.59e5.GMR@mx.google.com> |

** Recipient inbox full **

Your message couldn't be delivered to rachel@rachelreeves.org.uk. Their inbox is full or it's receiving too much mail at the moment.

Learn more here: https://postmaster.1und1.de/en/case?c=r1503&i=ip&v=209.85.208.169&r=1MIzus-1u6Tmm1Ozi-00PoUY
(Warning: This link will take you to a third-party site)

The response from the remote server was:
552 Requested mail action aborted: exceeded storage allocation Quota exceeded. For explanation visit
https://postmaster.1und1.de/en/case?c=r1503&i=ip&v=209.85.208.169&r=1MIzus-1u6Tmm1Ozi-00PoUY

Recipient inbox full

Your message couldn't be delivered to rachel@rachelreeves.org.uk. Their inbox is full or it's receiving too much mail at the moment.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

552 Requested mail action aborted: exceeded storage allocation Quota exceeded. For explanation visit
https://postmaster.1und1.de/en/case?c=r1503&i=ip&v=209.85.208.169&r=1MIzus-1u6Tmm1Ozi-00PoUY

### Message 194 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:46 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23e.2e0a0220.16815d.59e8.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to courriel.prefecturepoliceparis@interieur.gouv.fr because the address couldn't be found or is unable to receive email.

The response from the remote server was:
554 5.7.1 <courriel.prefecturepoliceparis@interieur.gouv.fr>: Recipient address rejected: 511 "User Unknown"

Address not found

Your message wasn't delivered to courriel.prefecturepoliceparis@interieur.gouv.fr because the address couldn't be found or is unable to receive email.

The response from the remote server was:

554 5.7.1 : Recipient address rejected: 511 "User Unknown"

## Message 195 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:46 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23e.2e0a0220.16815d.59e6.GMR@mx.google.com> |

** Message blocked **

Your message to dan.chang@riotgames.com has been blocked. See technical details below for more information.

Learn more here: https://support.google.com/a/answer/172179

The response from the recipient enterprise administrator was:
550 5.7.1 The user or domain that you are sending to (or from) has a policy that prohibited the mail that you sent. Please contact your domain administrator for further details. For more information, go to https://support.google.com/a/answer/172179
2adb3069b0e04-553a6e83dffsor1354608e87.7 - gsmtp

Message blocked

Your message to dan.chang@riotgames.com has been blocked. See technical details below for more information.

LEARN MORE

The response from the recipient enterprise administrator was:

550 5.7.1 The user or domain that you are sending to (or from) has a policy that prohibited the mail that you sent. Please contact your domain administrator for further details. For more information, go to https://support.google.com/a/answer/172179
2adb3069b0e04-553a6e83dffsor1354608e87.7 - gsmtp

## Message 196 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:46 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23e.2e0a0220.16815d.59e7.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to digital@west-midlands.pnn.police.uk because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [CW2PEPF000056BC.GBRP265.PROD.OUTLOOK.COM 2025-06-15T10:36:46.641Z 08DDA946FDDD8758]

Address not found

Your message wasn't delivered to digital@west-midlands.pnn.police.uk because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [CW2PEPF000056BC.GBRP265.PROD.OUTLOOK.COM 2025-06-15T10:36:46.641Z 08DDA946FDDD8758]

## Message 197 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:46 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23e.2e0a0220.16815d.59e3.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to jason.koebler@vice.com because the address couldn't be found or is unable to receive email.

Learn more here: https://support.google.com/mail/?p=NoSuchUser

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 38308e7fff4ca-32b59e73829sor442561fa.3 - gsmtp

Address not found

Your message wasn't delivered to jason.koebler@vice.com because the address couldn't be found or is unable to receive email.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 38308e7fff4ca-32b59e73829sor442561fa.3 - gsmtp

## Message 198 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:46 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23e.2e0a0220.16815d.59e4.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to report@sfo.gsi.gov.uk because the domain sfo.gsi.gov.uk couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

DNS Error: DNS type 'mx' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'mx' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'aaaa' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'aaaa' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'a' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'a' lookup of sfo.gsi.gov.uk had no relevant answers.

Address not found

Your message wasn't delivered to report@sfo.gsi.gov.uk because the domain sfo.gsi.gov.uk couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

DNS Error: DNS type 'mx' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'mx' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'aaaa' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'aaaa' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'a' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'a' lookup of sfo.gsi.gov.uk had no relevant answers.

### Message 199 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:46 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23e.2e0a0220.16815d.59e2.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to luis.alvarez@laopinion.com because the address couldn't be found or is unable to receive email.

Learn more here: https://support.google.com/mail/?p=NoSuchUser

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 38308e7fff4ca-32b3306fb41sor14786411fa.5 - gsmtp

Address not found

Your message wasn't delivered to luis.alvarez@laopinion.com because the address couldn't be found or is unable to receive email.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 38308e7fff4ca-32b3306fb41sor14786411fa.5 - gsmtp

## Message 200 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:47 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23f.2e0a0220.16815d.59ec.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to nfo@da.lacounty.gov because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [SA2PEPF00002252.namprd09.prod.outlook.com 2025-06-15T10:36:47.392Z 08DDA9492D1BB105]

Address not found

Your message wasn't delivered to nfo@da.lacounty.gov because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [SA2PEPF00002252.namprd09.prod.outlook.com 2025-06-15T10:36:47.392Z 08DDA9492D1BB105]

## Message 201 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 03:36:47 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <684ea23f.2e0a0220.16815d.59ed.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to detectives@lapd.online because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS1PEPF00017E07.namprd09.prod.outlook.com 2025-06-15T10:36:47.502Z 08DDA93CD6E9E657]

Address not found

Your message wasn't delivered to detectives@lapd.online because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS1PEPF00017E07.namprd09.prod.outlook.com 2025-06-15T10:36:47.502Z 08DDA93CD6E9E657]

## Message 202 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 06:36:48 -0400 |
| **From** | Mail Delivery Subsystem <MAILER-DAEMON@mx0b-001a3c01.pphosted.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | Returned mail: see transcript for details |
| **Message-ID** | <202506151036.55FAamYs017233@mx0b-001a3c01.pphosted.com> |

The original message was received at Sun, 15 Jun 2025 06:36:48 -0400
from m0075453.ppops.net [127.0.0.1]

----- The following addresses had permanent fatal errors -----
<taylor.lorenz@washpost.com>
(reason: 550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [BN2PEPF000055DD.namprd21.prod.outlook.com 2025-06-15T10:36:48.685Z 08DDAA9AC420983F])

----- Transcript of session follows -----
... while talking to washpost-com.mail.protection.outlook.com.:
>>> DATA
<<< 550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [BN2PEPF000055DD.namprd21.prod.outlook.com 2025-06-15T10:36:48.685Z 08DDAA9AC420983F]
550 5.1.1 <taylor.lorenz@washpost.com>... User unknown
<<< 503 5.5.2 Need rcpt command [BN2PEPF000055DD.namprd21.prod.outlook.com 2025-06-15T10:36:48.685Z 08DDAA9AC420983F]

Dear All,

In the Western Division of the U.S. District Court for the Central District of California, during a scheduled Rule 3.724. Duty to meet and confer, Riot Games's unethical and repulsive attorney Josh Geller, gleefully took great delight in stating that these messages didn't exist, they were fabricated and Riot refuses to condemn these behaviours.

This of course is exactly the same extremist blatant hypernormalisation refusal and denial which I have voiced concerns about, which is a Psyop act of warfare on the Public, learnt from their Military-civil fusion Master Tencent, who controls Riot's data harvesting, espionage and domestic terrorism operations. And this is enabled by protected and powerful sellout men like Jonny Geller of CBG who sold my Bloodborg manuscript to Riot Games to make Arcane, because he doesn't care so long as a bit of coin is spat his way.

If you don't believe me that Riot are a direct and pressing threat to public safety and to the healthy development of young adults, go read:

1, The 2023 letter from U.S. Senate Majority Whip Dick Durbin (D-IL), Chair of the Senate Judiciary Committee. Which links Riot to extremist and terrorism concerns.

2, Sacramento – The California Civil Rights Department (CRD) class action lawsuit over systemic sex discrimination, harassment, and retaliation against thousands of women.

3, The Committee on Foreign Investment in the U.S, which is investigating Riot Games for its handling of Americans' personal information and data and Riot's threat to national security.

4, Read their very dark and very short history of abuse and IP raping.

5, Read my concerns in the court papers- Marc Wolstenholme v. Riot Games, Inc. (2:25-cv-00053)

6, Read the endless Bloomberg journalism on Riot Games's shady underbelly.

This is the radicalised and toxic cult of Riot Games. No wonder they have been deemed as a risk to public safety. No wonder the US has terrorist concerns at Riot Games. I fear, Riot is a front for terrorism and cultural social, economic and data warfare. Riot has created and fosters a secret, secure online community which deliberately breeds an undercurrent of disruption, abuse and Incel hate.

And when they find themselves in the firing line, they play dumb, go through the motions of "playing the game" and spit Chinese black budget money at problems, then hide behind unethical attorneys. They don't atone, they don't care, they don't change. They fake and steal and fake and steal. They were founded on theft and sabotage, and sell out. Nothing has changed.

https://urldefense.com/v3/__https://open.substack.com/pub/mwwolf/p/kill-yourself-ten-predictions?r=5lugo5&utm_campaign=post&utm_medium=web&showWelcomeOnShare=true__;!!M9LbjjnYNg9jBDflsQ!FxC1ziah4L0yNN9mggz927QBDZvHKLqL8oYH-h6u29snLTPqXzAgAOz0UvfP8MjYMVCyn-HCJ_h03795oKgMSEOYgKI$

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sun, 15 Jun 2025 at 05:36
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* only@MWWolfLtd.com, accepts marketing: false

*Message:* Congratulations on being the first person on the internet to get a "kill yourself" message, something that has never happened in the history of digital communications. I'm sure the "fbi and lapd" will care so much about it. I can already tell they will use all their resources to fetch down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Sent via form submission from *M.W. Wolf's Megaverse <https://urldefense.com/v3/__https://comms-sl-events.squarespace.info/?ref=HrwAAFRwvqHij4cIec1liH6WCNLRC0O-AQAAAKXQVeM3yd64NTxkfKR0IdgNKgI6mq1NwBy-m0gD5gsGk5S1kVSbQHPMHhW2ZfMWxjEkGebemYR96zMtSKoaPPxXSFwolqAem5FvGX35VqyIt-77A6oEibVvJYfTghP97jhmjA6i-MsM00RBUqmwYunHEcVUmoNb1eiYhnqSig5eySprpzKJO_MJUG1IEl_IgSNF1xwLq-RqklJLH0i4AQCgVJD9WiN2pgM1-jLbrLelYxIoIJCUSesMeivG56vSposehlSJ_Mjc3nbt65TOhoE__;!!M9LbjjnYNg9jBDflsQ!FxC1ziah4L0yNN9mggz927QBDZvHKLqL8oYH-h6u29snLTPqXzAgAOz0UvfP8MjYMVCyn-HCJ_h03795oKgMbm_hfrA$ >*

*Email:* only@MWWolfLtd.com, accepts marketing: false

*Message:* Congratulations on being the first person on the internet to get a "kill yourself" message, something that has never happened in the history of digital communications. I'm sure the "fbi and lapd" will care so much about it. I can already tell they will use all their resources to fetch down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Manage Submissions <https://urldefense.com/v3/__https://comms-sl-events.squarespace.info/?ref=HrwAAKrNCe04qEOLmzNghLG1hB9p9enwAQAAAKXQVeM3yd64NTxkfKR0IdgNKgI6mq1NwBy-m0gD5gsGk5S1kVSbQHPMHhW2ZfMWxjEkGebemYR96zMtSKoaPPxXSFwolqAem5FvGX35VqyIt-77A6oEibVvJYfTghP97jhmjA6i-MsM00RBUqmwYukfS9JC1PDFX5qqTASr0GLhzfcBH4SEOvTzLvLx_TNThtO5a3Pjod4tCxkY0aT6vzbRf7h_NhKJpX3d4weiti5LXUqDSZju4dmiTPJXwG0lnybx7mEMHcQ7_97-Q8w9g0Ob-lzhwVF6l9YL-e3p6Nnb41fEvEx_J68Fy-hbMhCE-GDXGv3ClEqwYSt8SI5kZdUnpu0sFks2E4Nca5aBwuLH__;!!M9LbjjnYNg9jBDflsQ!FxC1ziah4L0yNN9mggz927QBDZvHKLqL8oYH-h6u29snLTPqXzAgAOz0UvfP8MjYMVCyn-HCJ_h03795oKgMbkE5_z0$ >

Does this submission look like spam? Report it here. <https://urldefense.com/v3/__https://comms-sl-events.squarespace.info/?ref=HrwAAPudt5-Vs1nRVtcnqNhV9D6_aajGAQAAAKXQVeM3yd64NTxkfKR0IdgNKgI6mq1NwBy-m0gD5gsGk5S1kVSbQHPMHhW2ZfMWxjEkGebemYR96zMtSKoaPPxXSFwolqAem5FvGX35VqyIt-77A6oEibVvJYfTghP97sBTNRD3ulptEohbRB_hJ0H3srXiT6sC-EWMi_z_m4TXRTFxFquUN_nq1jweTlP9nXwm_v48Z8B22L33cfe0tai651pA_IUl9Wzyt-hyKq8RwUgd3QRsgYrxTT6cwzlIS6Ehc8yTo8VGqtO_1WlfXo1XI_JjO-FN8pYZLT-S3lVcVROiBh8KnKsf5lXSoTPSm-rEhq2eyYfxHYZyIcj4IMyevEEHpsd3y7W6HruF_qVJpFok1s7_8nuZKcCfDEiZmPmqxb8f9kreswTd5WE1QlsUBKXYrwS99T_IKAn7eYYE__;!!M9LbjjnYNg9jBDflsQ!FxC1ziah4L0yNN9mggz927QBDZvHKLqL8oYH-h6u29snLTPqXzAgAOz0UvfP8MjYMVCyn-HCJ_h03795oKgMxwFsuk4$ >

Dear All,
In the Western Division of the U.S. District Court for the Central District of California, during a scheduled Rule 3.724. Duty to meet and confer, Riot Games's unethical and repulsive attorney Josh Geller, gleefully took great delight in stating that these messages didn't exist, they were fabricated and Riot refuses to condemn these behaviours.

This of course is exactly the same extremist blatant hypernormalisation refusal and denial which I have voiced concerns about, which is a Psyop act of warfare on the Public, learnt from their Military-civil fusion Master Tencent, who controls Riot's data harvesting, espionage and domestic terrorism operations. And this is enabled by protected and powerful sellout men like Jonny Geller of CBG who sold my Bloodborg manuscript to Riot Games to make Arcane, because he doesn't care so long as a bit of coin is spat his way.

If you don't believe me that Riot are a direct and pressing threat to public safety and to the healthy development of young adults, go read:

1, The 2023 letter from U.S. Senate Majority Whip Dick Durbin (D-IL), Chair of the Senate Judiciary Committee. Which links Riot to extremist and terrorism concerns.

2, Sacramento – The California Civil Rights Department (CRD) class action lawsuit over systemic sex discrimination, harassment, and retaliation against thousands of women.

3, The Committee on Foreign Investment in the U.S, which is investigating Riot Games for its handling of Americans' personal information and data and Riot's threat to national security.

4, Read their very dark and very short history of abuse and IP raping.

5, Read my concerns in the court papers- Marc Wolstenholme v. Riot Games, Inc. (2:25-cv-00053)

6, Read the endless Bloomberg journalism on Riot Games's shady underbelly.

This is the radicalised and toxic cult of Riot Games. No wonder they have been deemed as a risk to public safety. No wonder the US has terrorist concerns at Riot Games. I fear, Riot is a front for terrorism and cultural social, economic and data warfare. Riot has created and fosters a secret, secure online community which deliberately breeds an undercurrent of disruption, abuse and Incel hate.

And when they find themselves in the firing line, they play dumb, go through the motions of "playing the game" and spit Chinese black budget money at problems, then hide behind unethical attorneys. They don't atone, they don't care, they don't change. They fake and steal and fake and steal. They were founded on theft and sabotage, and sell out. Nothing has changed.

https://open.substack.com/pub/mwwolf/p/kill-yourself-ten-predictions?r=5lugo5&utm_campaign=post&utm_medium=web&showWelcomeOnShare=true [open.substack.com]

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sun, 15 Jun 2025 at 05:36
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
only@MWWolfLtd.com, accepts marketing: false

Message:
Congratulations on being the first person on the internet to get a "kill yourself" message, something that has never happened in the history of digital communications. I'm sure the "fbi and lapd" will care so much about it. I can already tell they will use all their resources to fetch down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Sent via form submission from M.W. Wolf's Megaverse [comms-sl-events.squarespace.info]

Email:
only@MWWolfLtd.com, accepts marketing: false

Message:
Congratulations on being the first person on the internet to get a "kill yourself" message, something that has never happened in the history of digital communications. I'm sure the "fbi and lapd" will care so much about it. I can already tell they will use all their resources to fetch down those malicious attackers and restore peace to the world. Good job!

P. d: kill yourself

Manage Submissions [comms-sl-events.squarespace.info]

Does this submission look like spam? Report it here. [comms-sl-events.squarespace.info]

## Message 203 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 16:57:26 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <aef71d22ac33441599dcfb02a4813d21@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
dezz@nuts.com, accepts marketing: false

Message:
watching you slowly lose your shit more and more as you get buried in your own delusions, desperately clawing for anything that proves you right, but there isn't, so you start literally seeing things, is without any doubt one of my favorite sunday activities

Sent via form submission from M.W. Wolf's Megaverse

Email:
dezz@nuts.com, accepts marketing: false

Message:
watching you slowly lose your shit more and more as you get buried in your own delusions, desperately clawing for anything that proves you right, but there isn't, so you start literally seeing things, is without any doubt one of my favorite sunday activities

Manage Submissions

Does this submission look like spam? Report it here.

## Message 204 of 593

| | |
|---|---|
| **Date** | Sun, 15 Jun 2025 20:57:11 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a74bc88ca6244cbcbbe3148a2afafaa9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
dissmissed@withperjury.com, accepts marketing: false

Message:
I cant wait to see your reaction when the appeal gets rejected too■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
dissmissed@withperjury.com, accepts marketing: false

Message:
I cant wait to see your reaction when the appeal gets rejected too■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 205 of 593

| | |
|---|---|
| **Date** | Mon, 16 Jun 2025 06:19:52 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ZzAQcaiCTZC73tGZRThVeQ@geopod-ismtpd-0> |

Form Submission - Welcome To The Wolf Pack

Email:
bad@daddy.com, accepts marketing: false

Message:
I feel bad for your daughter.... she will have to grown knowing her dad is a lunatic with delusions of grandeur that focused on harassing 15 years old cosplayers on twitter and making conspiranoic antisemitic theories and then wasted hundreds pursing his imaginary enemies instead of being a good father capable of providing for his family...

Sent via form submission from M.W. Wolf's Megaverse

Email:
bad@daddy.com, accepts marketing: false

Message:
I feel bad for your daughter.... she will have to grown knowing her dad is a lunatic with delusions of grandeur that focused on harassing 15 years old cosplayers on twitter and making conspiranoic antisemitic theories and then wasted hundreds pursing his imaginary enemies instead of being a good father capable of providing for his family...

Manage Submissions

Does this submission look like spam? Report it here.

## Message 206 of 593

| | |
|---|---|
| **Date** | Mon, 16 Jun 2025 11:26:34 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Jur1Q_35QFaV50uVv3z8lQ@geopod-ismtpd-2> |

Form Submission - Welcome To The Wolf Pack

Email:
havefun@idiot.com, accepts marketing: false

Message:
If this is you now, I can't wait to see how you'll get after getting your appeal dismissed

Sent via form submission from M.W. Wolf's Megaverse

Email:
havefun@idiot.com, accepts marketing: false

Message:
If this is you now, I can't wait to see how you'll get after getting your appeal dismissed

Manage Submissions

Does this submission look like spam? Report it here.

## Message 207 of 593

| | |
|---|---|
| **Date** | Mon, 16 Jun 2025 14:48:05 +0000 |
| **From** | Squarespace Trust & Safety Team <abuse@squarespace.com> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | [Support] Re: Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <G141WL41VLZ_68502ea59b84f_601570153793_sprut@zendesk.com> |

##- Please type your reply above this line -##

Your request (12396856) has been updated. To add additional comments, reply to this email.

----------------------------------------------

Warren F., Jun 16, 2025, 10:48 AM EDT

Hi there,

Thanks for your reply. With regard to your inquiry, please note that in order to assist further, we'll need to hear directly from the email address on file for the site owner.

As a general note, the owner of a site is usually the person who started the site, unless they transferred site ownership to someone else. We'll look out for your reply.

Thank you for your time.

Warren F.

Trust & Safety

[G141WL-41VLZ]

##- Please type your reply above this line -##

Your request (12396856) has been updated. To add additional comments, reply to this email.

Warren F. (Squarespace)
Jun 16, 2025, 10:48 AM EDT
Hi there,

Thanks for your reply. With regard to your inquiry, please note that in order to assist further, we'll need to hear directly from the email address on file for the site owner.

As a general note, the owner of a site is usually the person who started the site, unless they transferred site ownership to someone else. We'll look out for your reply.

Thank you for your time.
Warren F.

Trust & Safety

[G141WL-41VLZ]

## Message 208 of 593

| | |
|---|---|
| **Date** | Mon, 16 Jun 2025 20:05:26 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | "Squarespace Trust & Safety Team" <abuse@squarespace.com> |
| **Subject** | Re: [Support] Re: Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK3iU6uRVO25AN7zfhJtypqhzURbpy=RL2Di_D7iSddc0w@mail.gmail.com> |

Yes, please proceed. Thats me

On Mon, 16 Jun 2025, 15:48 Squarespace Trust & Safety Team, <
abuse@squarespace.com> wrote:

> ##- Please type your reply above this line -##
>
> Your request (12396856) has been updated. To add additional comments,
> reply to this email.
>
> *Warren F.* (Squarespace)
>
> Jun 16, 2025, 10:48 AM EDT
> Hi there,
>
> Thanks for your reply. With regard to your inquiry, please note that in
> order to assist further, we'll need to hear directly from the email address
> on file for the site owner.
>
> As a general note, the owner of a site is usually the person who started
> the site, unless they transferred site ownership to someone else. We'll
> look out for your reply.
>
> Thank you for your time.
>
> Warren F.
> Trust & Safety
>
> [G141WL-41VLZ]
>

Yes, please proceed. Thats me
On Mon, 16 Jun 2025, 15:48 Squarespace Trust & Safety Team, <abuse@squarespace.com> wrote:

##- Please type your reply above this line -##

Your request (12396856) has been updated. To add additional comments, reply to this email.

Warren F. (Squarespace)
Jun 16, 2025, 10:48 AM EDT
Hi there,

Thanks for your reply. With regard to your inquiry, please note that in order to assist further, we'll need to hear directly from the email address on file for the site owner.

As a general note, the owner of a site is usually the person who started the site, unless they transferred site ownership to someone else. We'll look out for your reply.

Thank you for your time.
Warren F.

Trust & Safety

[G141WL-41VLZ]

## Message 209 of 593

| | |
|---|---|
| **Date** | Mon, 16 Jun 2025 22:11:42 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <e34a7c327a494f4f9d9a7cd8d131f422@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
super@man.com, accepts marketing: false

Message:
you should try calling Batman next I'm sure he will care about a "kill yourself" message

Sent via form submission from M.W. Wolf's Megaverse

Email:
super@man.com, accepts marketing: false

Message:
you should try calling Batman next I'm sure he will care about a "kill yourself" message

Manage Submissions

Does this submission look like spam? Report it here.

## Message 210 of 593

| | |
|---|---|
| **Date** | Mon, 16 Jun 2025 23:37:25 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <dab7ec4ac85a4456847110c10b51cd5a@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
go@scarab.com, accepts marketing: false

Message:
Begging for whistleblowers while also ruthlessly insulting them and their work sounds like a very solid strategy.... I wonder how could you have possibly lost your case in court ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
go@scarab.com, accepts marketing: false

Message:
Begging for whistleblowers while also ruthlessly insulting them and their work sounds like a very solid strategy.... I wonder how could you have possibly lost your case in court ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 211 of 593

| | |
|---|---|
| **Date** | Tue, 17 Jun 2025 04:55:30 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <o-IHrZYLTRu5UY-Hncir2w@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
whoa@dude.com, accepts marketing: false

Message:
What amazes me about your "situation" is that you genuinely believe yourself. This is a level of delulu psychology proffessionals at universities dreams at having a chance to study. It's amazing.

Sent via form submission from M.W. Wolf's Megaverse

Email:
whoa@dude.com, accepts marketing: false

Message:
What amazes me about your "situation" is that you genuinely believe yourself. This is a level of delulu psychology proffessionals at universities dreams at having a chance to study. It's amazing.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 212 of 593

| | |
|---|---|
| **Date** | Tue, 17 Jun 2025 06:55:07 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <_tVxCTkFRuiLfx4l3c-_3Q@geopod-ismtpd-36> |

Form Submission - Welcome To The Wolf Pack

Email:
notabook@sold.com, accepts marketing: false

Message:
Normal people when their creative ideas don't inmediately get picked up by a big company: works on getting better, tries going indie, ask other professionals for advise, focus on networking, etc

You, a mentally ill nazi: tries to copyright African culture and claims the jews are controlling Hollywood

Geeeeesh I wonder why you can't get one single publisher on your side■■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
notabook@sold.com, accepts marketing: false

Message:
Normal people when their creative ideas don't inmediately get picked up by a big company: works on getting better, tries going indie, ask other professionals for advise, focus on networking, etc

You, a mentally ill nazi: tries to copyright African culture and claims the jews are controlling Hollywood

Geeeeesh I wonder why you can't get one single publisher on your side■■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 213 of 593

| | |
|---|---|
| **Date** | Tue, 17 Jun 2025 15:00:43 +0000 |
| **From** | Squarespace Trust & Safety Team <abuse@squarespace.com> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | [Support] Re: Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <G141WL41VLZ_6851831b7633a_4b15704780fc_sprut@zendesk.com> |

##- Please type your reply above this line -##

Your request (12396856) has been updated. To add additional comments, reply to this email.

----------------------------------------------

Warren F., Jun 17, 2025, 11:00 AM EDT

Hi there,

Thanks for your reply. As previously mentioned, with regard to your inquiry, please note that in order to assist further, we'll need to hear directly from the **email address on file for the site owner**.

As a general note, the owner of a site is usually the person who started the site, unless they transferred site ownership to someone else. We'll look out for your reply.

Thank you for your time.

Warren F.

Trust & Safety

[G141WL-41VLZ]

##- Please type your reply above this line -##

Your request (12396856) has been updated. To add additional comments, reply to this email.

Warren F. (Squarespace)
Jun 17, 2025, 11:00 AM EDT
Hi there,

Thanks for your reply. As previously mentioned, with regard to your inquiry, please note that in order to assist further, we'll need to hear directly from the email address on file for the site owner.

As a general note, the owner of a site is usually the person who started the site, unless they transferred site ownership to someone else. We'll look out for your reply.

Thank you for your time.
Warren F.

Trust & Safety

[G141WL-41VLZ]

## Message 214 of 593

| | |
|---|---|
| **Date** | Tue, 17 Jun 2025 20:44:41 +0000 (UTC) |
| **From** | Marc Wolstenholme <marc.wolstenholme@yahoo.co.uk> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | Fw: [Support] Re: Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <1886157782.2828740.1750193081621@mail.yahoo.com> |

----- Forwarded message ----- From: Squarespace Trust & Safety Team <abuse@squarespace.com>To: marc Wolstenholme <marc.wolstenholme@yahoo.co.uk>Sent: Tuesday 17 June 2025 at 21:41:26 BSTSubject: [Support] Re: Fwd: Form Submission - Welcome To The Wolf Pack

##- Please type your reply above this line -##

Your request (12396856) has been updated. To add additional comments, reply to this email.

|

|

Warren F. (Squarespace)

Jun 17, 2025, 4:41 PM EDT

Hi there,

Thank you for reaching out.

Please find attached the data you requested. As a note, please be advised that activity log data is removed from our servers after 90 days.

For any additional information regarding visitor information, you may be able to find helpful information in the Activity Log section of your Analytics panel if needed. You can find a guide for this here:

https://support.squarespace.com/hc/en-us/articles/217549458-Activity-Log

If there is anything else we can assist you regarding this matter, please let us know.

Thank you for your time.

Warren F.
Trust & Safety

Attachment(s)
Form Block Events Data - mwwolf-fiction.co.uk.csv
Traffic Events Data - mwwolf-fiction.co.uk.csv

|

|

[G141WL-41VLZ]

----- Forwarded message -----
From: Squarespace Trust & Safety Team <abuse@squarespace.com>To: marc Wolstenholme <marc.wolstenholme@yahoo.co.uk>Sent: Tuesday 17 June 2025 at 21:41:26 BSTSubject: [Support] Re: Fwd: Form Submission - Welcome To The Wolf Pack

##- Please type your reply above this line -##

Your request (12396856) has been updated. To add additional comments, reply to this email.

Warren F. (Squarespace)
Jun 17, 2025, 4:41 PM EDT
Hi there,

Thank you for reaching out.

Please find attached the data you requested. As a note, please be advised that activity log data is removed from our servers after 90 days.

For any additional information regarding visitor information, you may be able to find helpful information in the Activity Log section of your Analytics panel if needed. You can find a guide for this here:

https://support.squarespace.com/hc/en-us/articles/217549458-Activity-Log

If there is anything else we can assist you regarding this matter, please let us know.

Thank you for your time.
Warren F.

Trust & Safety

Attachment(s)
Form Block Events Data - mwwolf-fiction.co.uk.csv
Traffic Events Data - mwwolf-fiction.co.uk.csv

[G141WL-41VLZ]

## Message 215 of 593

| | |
|---|---|
| **Date** | Tue, 17 Jun 2025 23:50:01 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9116466c30e8427bb24c2e8181425942@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
git@good.com, accepts marketing: false

Message:
if your writing level is the same as the one in your blogs then its no wonder you haven't landed a single contract ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
git@good.com, accepts marketing: false

Message:
if your writing level is the same as the one in your blogs then its no wonder you haven't landed a single contract ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 216 of 593

| | |
|---|---|
| **Date** | Thu, 19 Jun 2025 03:14:22 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9q6uN3IYSCGP73eW9ufdfg@geopod-ismtpd-14> |

Form Submission - Welcome To The Wolf Pack

Email:
get@ajob.com, accepts marketing: false

Message:
Oh, you're now spamming on bsky??? Didn't you learn your lesson after being banned front twitter you fucking weirdo??

Sent via form submission from M.W. Wolf's Megaverse

Email:
get@ajob.com, accepts marketing: false

Message:
Oh, you're now spamming on bsky??? Didn't you learn your lesson after being banned front twitter you fucking weirdo??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 217 of 593

| | |
|---|---|
| **Date** | Thu, 19 Jun 2025 05:01:06 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <g0UDx8TdTrCfQUxpHkkPNQ@geopod-ismtpd-19> |

Form Submission - Welcome To The Wolf Pack

Email:
im@chinese.com, accepts marketing: false

Message:
There's only one thing more cringe than using ai slop.... using ai slop in the south park style
Congrats on outdoing yourself once again, my pathetic liege ■■■■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
im@chinese.com, accepts marketing: false

Message:
There's only one thing more cringe than using ai slop.... using ai slop in the south park style
Congrats on outdoing yourself once again, my pathetic liege ■■■■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 218 of 593

| | |
|---|---|
| **Date** | Sun, 22 Jun 2025 08:58:50 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2b52feff032d49e995ad592f8301ddb7@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
Jhonnygeller@uta.com, accepts marketing: false

Message:
Cool idea. I'm going to steal it and sell it to Netflix again ;)

Sent via form submission from M.W. Wolf's Megaverse

Email:
Jhonnygeller@uta.com, accepts marketing: false

Message:
Cool idea. I'm going to steal it and sell it to Netflix again ;)

Manage Submissions

Does this submission look like spam? Report it here.

### Message 219 of 593

| | |
|---|---|
| **Date** | Sun, 22 Jun 2025 18:02:43 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2c43f9a68a8042b3ad1d8a998445c9a6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
warner@brothers.com, accepts marketing: false

Message:
you basically got yourself blacklisted from every single big entertainment company, good luck trying to pitch anything

Sent via form submission from M.W. Wolf's Megaverse

Email:
warner@brothers.com, accepts marketing: false

Message:
you basically got yourself blacklisted from every single big entertainment company, good luck trying to pitch anything

Manage Submissions

Does this submission look like spam? Report it here.

## Message 220 of 593

| | |
|---|---|
| **Date** | Sun, 22 Jun 2025 18:18:20 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <c74892d932594f998e379f2c5f841fba@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lmaogetdissmissed@again.com, accepts marketing: false

Message:
https://www.calbar.ca.gov/Attorneys/Conduct-Discipline/Rules/Rules-of-Professional-Conduct/Previous-Rules/Rule-5-310

https://web.archive.org/web/20250622180606/https://www.mwwolf-fiction.co.uk/mw-wolfs-blog/the-blanket-offer-for-tips-and-whistleblowers-against-riot-games

Don´t worry!! I already archived it and I will sent it to Riot´s legal team AND the court of appeals <3

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmaogetdissmissed@again.com, accepts marketing: false

Message:
https://www.calbar.ca.gov/Attorneys/Conduct-Discipline/Rules/Rules-of-Professional-Conduct/Previous-Rules/Rule-5-310

https://web.archive.org/web/20250622180606/https://www.mwwolf-fiction.co.uk/mw-wolfs-blog/the-blanket-offer-for-tips-and-whistleblowers-against-riot-games

Don´t worry!! I already archived it and I will sent it to Riot´s legal team AND the court of appeals <3

Manage Submissions

Does this submission look like spam? Report it here.

## Message 221 of 593

| | |
|---|---|
| **Date** | Sun, 22 Jun 2025 19:40:06 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <32273a2515f6489497942ce3e042f7b5@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
joke@me.com, accepts marketing: false

Message:
" £1.5 billion result would amount to £30 million to you."
AHAHAHAHAHAHA FUNNIEST JOKE OF THE YEAR IS THAT YOU GENUINELY THINK YOU CAN WIN and that riot will pay you even thirtieth part of that. Most likely YOU will have to pay THEM for legal cost.
oh , but you already heard the ruling DISMISSED WITH PERJURY. As everyone told you it would end.

Sent via form submission from M.W. Wolf's Megaverse

Email:
joke@me.com, accepts marketing: false

Message:
" £1.5 billion result would amount to £30 million to you."
AHAHAHAHAHAHA FUNNIEST JOKE OF THE YEAR IS THAT YOU GENUINELY THINK YOU CAN WIN and that riot will pay you even thirtieth part of that. Most likely YOU will have to pay THEM for legal cost.
oh , but you already heard the ruling DISMISSED WITH PERJURY. As everyone told you it would end.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 222 of 593

| | |
|---|---|
| **Date** | Sun, 22 Jun 2025 22:33:52 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <75359293562b421991edaffd6c522dc1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
dlulu@callinyou.com, accepts marketing: false

Message:
Let me guess: you don't actually have shit and now you are getting even more desperate because your delusions are facing the reality: That you are nuts and wasted hundreds of dollars and time, broke your family and destroyed any chance at ever working with any other publishers because you could not see what was right in front of you: that you are clinically insane and seeing things that simply do not exist. But you cant admit that now, can you? Lets see how deep you bury yourself this time.

Sent via form submission from M.W. Wolf's Megaverse

Email:
dlulu@callinyou.com, accepts marketing: false

Message:
Let me guess: you don't actually have shit and now you are getting even more desperate because your delusions are facing the reality: That you are nuts and wasted hundreds of dollars and time, broke your family and destroyed any chance at ever working with any other publishers because you could not see what was right in front of you: that you are clinically insane and seeing things that simply do not exist. But you cant admit that now, can you? Lets see how deep you bury yourself this time.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 223 of 593

| | |
|---|---|
| **Date** | Tue, 24 Jun 2025 21:09:48 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <s-LpvJATRGejUFVVzpHfMw@geopod-ismtpd-35> |

Form Submission - Welcome To The Wolf Pack

Email:
get@agrip.com, accepts marketing: false

Message:
■■■■■ god you seriously have no fucking idea how tv production and animation works AT ALL.... not that I'm surprised, since with your mediocre writing and mental illness you are never gonna get picked up by anyone ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
get@agrip.com, accepts marketing: false

Message:
■■■■■ god you seriously have no fucking idea how tv production and animation works AT ALL.... not that I'm surprised, since with your mediocre writing and mental illness you are never gonna get picked up by anyone ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 224 of 593

| | |
|---|---|
| **Date** | Tue, 24 Jun 2025 23:57:28 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <-doh4eUwTnyC3k20DRGj_w@geopod-ismtpd-1> |

Form Submission - Welcome To The Wolf Pack

Email:
fernando@olguin.com, accepts marketing: false

Message:
apparently you didn't get it after the first time when your case got dismissed, so I will try to make it simply:

You can not just throw accusations and conspiracies without any actual proof and expect other sane people to just agree and give you everything... here is a reminder, since you have clearly forgotten;

Riot contends that plaintiff has failed to plausibly allege access. (See Dkt. 80, Motion at 16). The court agrees.

Here, plaintiff alleges that he submitted Bloodborg to “Riot Forge, Curtis Brown Group, and others[.]” (Dkt. 58, SAC at 5); (see id. at 29) (alleging Bloodborg was submitted to “Literary, Film and Gaming talent agencies,” and through “wide dissemination via email”). The SAC includes an exhibit purporting to be a “Chronology of Wide Dissemination and Access of Bloodborg the Harvest.” (See id. at 32); (Dkt. 58, Exh. B (“Chronology”) at 46-70). In his chronology, plaintiff claims that he submitted Bloodborg to “Riot via their online portal.” (See Dkt. 58, Exh. B (Chronology) at 48, 50). But the SAC does not identify the “online portal” or other information regarding plaintiff’s alleged submission

in his Opposition, plaintiff does not respond to defendant’s arguments regarding the SAC’s deficient allegations relating to access.

Plaintiff’s failure to address defendant’s contentions regarding access is tantamount to a concession on those issues

Accordingly, the court will grant Riot’s Motion as to the copyright infringement claim

And my absolute favorite:

Here, having liberally construed the allegations in the SAC, the court is persuaded that plaintiff’s claims cannot be saved through amendment Paintiff has filed three iterations of his complaint, (see Dkt. 1-1, Complaint); (Dkt. 11, FAC); (Dkt. 58, SAC), the last of which was filed after the court granted his motion to amend,oreover, despite the SAC’s 1,218 pages (including voluminous exhibits), (see Dkt. 58, SAC), and the Opposition’s 650-plus pages (including voluminous exhibits), (see Dkt. 83, Opposition), plaintiff has failed to state a claim.Under the circumstances, it would be futile to afford plaintiff a fourth opportunity to state a claim.

Sent via form submission from M.W. Wolf’s Megaverse

Email:
fernando@olguin.com, accepts marketing: false

Message:
apparently you didn't get it after the first time when your case got dismissed, so I will try to make it simply:

You can not just throw accusations and conspiracies without any actual proof and expect other sane people to just agree and give you everything... here is a reminder, since you have clearly forgotten;

Riot contends that plaintiff has failed to plausibly allege access. (See Dkt. 80, Motion at 16). The court agrees.

Here, plaintiff alleges that he submitted Bloodborg to “Riot Forge, Curtis Brown Group, and others[.]” (Dkt. 58, SAC at 5); (see id. at 29) (alleging Bloodborg was submitted to “Literary, Film and Gaming talent agencies,” and through “wide dissemination via email”). The SAC includes an exhibit purporting to be a “Chronology of Wide Dissemination and Access of Bloodborg the Harvest.” (See id. at 32); (Dkt. 58, Exh. B (“Chronology”) at 46-70). In his chronology, plaintiff claims that he submitted Bloodborg to “Riot via their online portal.” (See Dkt. 58, Exh. B (Chronology) at 48, 50). But the SAC does not identify the “online portal” or other information regarding plaintiff’s alleged submission

in his Opposition, plaintiff does not respond to defendant’s arguments regarding the SAC’s deficient allegations relating to access.

Plaintiff’s failure to address defendant’s contentions regarding access is tantamount to a concession on those issues

Accordingly, the court will grant Riot's Motion as to the copyright
infringement claim

And my absolute favorite:

Here, having liberally construed the allegations in the SAC, the court is persuaded that
plaintiff's claims cannot be saved through amendment Paintiff has filed three iterations of his complaint, (see Dkt. 1-1, Complaint); (Dkt. 11, FAC); (Dkt. 58, SAC), the last of which was filed after the court granted his motion to amend,oreover, despite the SAC's 1,218 pages (including voluminous exhibits), (see Dkt.
58, SAC), and the Opposition's 650-plus pages (including voluminous exhibits), (see Dkt. 83,
Opposition), plaintiff has failed to state a claim.Under the circumstances, it would be futile to
afford plaintiff a fourth opportunity to state a claim.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 225 of 593

| | |
|---|---|
| **Date** | Wed, 25 Jun 2025 03:24:36 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <cY6Sz-dxQx25W6As_0unHA@geopod-ismtpd-34> |

Form Submission - Welcome To The Wolf Pack

Email:
how@much.com, accepts marketing: false

Message:
You are so incredible deep in your own delusions that even if a court would not inmediately dismissed the case and allowed you to proceed to discovery, and Riot presented irrefutable evidence that they didn't use your manuscript, you would still believe they somehow manipulated the evidence, and would create every excuse in your own head. You are past any chance of sanity right now.

Sent via form submission from M.W. Wolf's Megaverse

Email:
how@much.com, accepts marketing: false

Message:
You are so incredible deep in your own delusions that even if a court would not inmediately dismissed the case and allowed you to proceed to discovery, and Riot presented irrefutable evidence that they didn't use your manuscript, you would still believe they somehow manipulated the evidence, and would create every excuse in your own head. You are past any chance of sanity right now.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 226 of 593

| | |
|---|---|
| **Date** | Wed, 25 Jun 2025 05:14:52 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <66eb537aa2bd4f8e8ed42d49b54ea402@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
Lmao@even.com, accepts marketing: false

Message:
You should add all those recent discoveries to your case!!
Oh wait
It got dismissed ■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
Lmao@even.com, accepts marketing: false

Message:
You should add all those recent discoveries to your case!!
Oh wait
It got dismissed ■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 227 of 593

| | |
|---|---|
| **Date** | Wed, 25 Jun 2025 06:49:22 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <23aa75a713ec4ecb881ee41d10c97118@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
takea@chance.com, accepts marketing: false

Message:
If I were to take a guess, as a licensed therapist, the way you constantly swing between praising fortiche artist and insuting them tells me that you are both desperated and frustrated by the lack of engagement from any actual "whistle-blowers". The way you talk tells me that you probably did contact with some artist/animators/etc but none of them gave you the necessary materials for the investigation you are conducting (most likely, because there is none).
You are desperated because you are so "close", and any kind of interaction that would yield even the slightest sliver of hope will get you worked up. Most likely, your mind would also find a way to twist any unrelated information into pieces for your own story, a typical behavior for someone who suffers from paranoia and has narcissistic tendencies. You are frustrated because you either don't have any actual proof, and the "logical" side of your brain is clashing against your own mental illness, which manifest as external anger.

I'm specially concerned about your tendency to fall into illusory patterns perception, which is a sign for early schizophrenia. I would urge you to consult with a medical professional before you keep loosing more of your money, time and health.

Just try this, one time, give yourself a chance to get better: talk with a therapist. Try to explain to them that you see your initials in frames of the show, and that you believe it's all stolen. Let other people outside your friends and family (whom I suspect is enabling you, probably for fear of retaliation or out of filial love) take a look and see what they think.

Sent via form submission from M.W. Wolf's Megaverse

Email:
takea@chance.com, accepts marketing: false

Message:
If I were to take a guess, as a licensed therapist, the way you constantly swing between praising fortiche artist and insuting them tells me that you are both desperated and frustrated by the lack of engagement from any actual "whistle-blowers". The way you talk tells me that you probably did contact with some artist/animators/etc but none of them gave you the necessary materials for the investigation you are conducting (most likely, because there is none).
You are desperated because you are so "close", and any kind of interaction that would yield even the slightest sliver of hope will get you worked up. Most likely, your mind would also find a way to twist any unrelated information into pieces for your own story, a typical behavior for someone who suffers from paranoia and has narcissistic tendencies. You are frustrated because you either don't have any actual proof, and the "logical" side of your brain is clashing against your own mental illness, which manifest as external anger.

I'm specially concerned about your tendency to fall into illusory patterns perception, which is a sign for early schizophrenia. I would urge you to consult with a medical professional before you keep loosing more of your money, time and health.

Just try this, one time, give yourself a chance to get better: talk with a therapist. Try to explain to them that you see your initials in frames of the show, and that you believe it's all stolen. Let other people outside your friends and family (whom I suspect is enabling you, probably for fear of retaliation or out of filial love) take a look and see what they think.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 228 of 593

| | |
|---|---|
| **Date** | Wed, 25 Jun 2025 20:00:44 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ZAoaPziZRLqD_rGVpUFA-A@geopod-ismtpd-13> |

Form Submission - Welcome To The Wolf Pack

Email:
you@racist.com, accepts marketing: false

Message:
it is so painfully obvious that you have a serious case of anti-Chinese racism (probably because you so easily fall for the USA right wing propaganda). Windows, EA, etc also use kernel lvl access in their applications but I don't see you complaining about that......

Sent via form submission from M.W. Wolf's Megaverse

Email:
you@racist.com, accepts marketing: false

Message:
it is so painfully obvious that you have a serious case of anti-Chinese racism (probably because you so easily fall for the USA right wing propaganda). Windows, EA, etc also use kernel lvl access in their applications but I don't see you complaining about that......

Manage Submissions

Does this submission look like spam? Report it here.

## Message 229 of 593

| | |
|---|---|
| **Date** | Wed, 25 Jun 2025 21:15:44 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a5ea36abdfec40eaacef87d3d2ed30d6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
wolstenholmebloguk@tutamail.com, accepts marketing: false

Message:
password - animator20

Sent via form submission from M.W. Wolf's Megaverse

Email:
wolstenholmebloguk@tutamail.com, accepts marketing: false

Message:
password - animator20

Manage Submissions

Does this submission look like spam? Report it here.

## Message 230 of 593

| | |
|---|---|
| **Date** | Wed, 25 Jun 2025 23:15:57 +0200 (CEST) |
| **From** | wolstenholmebloguk@tutamail.com |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Message confidentiel de wolstenholmebloguk |
| **Message-ID** | <OTcwctc----9@tutamail.com> |

Bonjour,
Vous venez de recevoir un message confidentiel via Tuta (https://tuta.com). Tuta chiffre automatiquement les messages, y compris leurs pièces jointes. Vous pouvez accéder à votre boîte aux lettres chiffrée et répondre par un message chiffré grâce au lien suivant :
Afficher le message chiffré
Ou ouvrez ce lien dans votre navigateur :
https://app.tuta.com/#mail/OTcwcha----96nbu6YYiga9ozQjv5BT4aQ1

Cet e-mail a été généré automatiquement afin d'envoyer le lien. Ce lien reste valide tant que vous ne recevrez aucun nouvel e-mail confidentiel de ma part.
Cordialement,
wolstenholmebloguk

## Message 231 of 593

| | |
|---|---|
| **Date** | Thu, 26 Jun 2025 01:02:58 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6_A3mQg9QWCUoLC3iG7XSQ@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
bllshit@maker.com, accepts marketing: false

Message:
My favorite thing about you is how you lie, about everything, constantly. I can not scroll for more than 10 seconds down you blog and boom! here is a lie. Here is another.... oh and another!! and so on and on....
Do you know how much it took me to find a blatant lie in your blog? 2 seconds

"Please remember that Riot Games are already under active review of their licences to operate in the US because of their endless abuses of IP, women, talent, Data, employees and just about anyone that walks too close and is infected by the Riot Stink."

Thats literally not true, and is funny how you think nobody is going to check. Same goes with everything else you wrote.

But the funniest part is how you think you can send the same bullshitmeter to a court and expect to be taken seriously. To this day I don't understand how the only thing the judge did was dismiss you with prejudice and did not make you pay a penalty.....
oh well, maybe next time

Sent via form submission from M.W. Wolf's Megaverse

Email:
bllshit@maker.com, accepts marketing: false

Message:
My favorite thing about you is how you lie, about everything, constantly. I can not scroll for more than 10 seconds down you blog and boom! here is a lie. Here is another.... oh and another!! and so on and on....
Do you know how much it took me to find a blatant lie in your blog? 2 seconds

"Please remember that Riot Games are already under active review of their licences to operate in the US because of their endless abuses of IP, women, talent, Data, employees and just about anyone that walks too close and is infected by the Riot Stink."

Thats literally not true, and is funny how you think nobody is going to check. Same goes with everything else you wrote.

But the funniest part is how you think you can send the same bullshitmeter to a court and expect to be taken seriously. To this day I don't understand how the only thing the judge did was dismiss you with prejudice and did not make you pay a penalty.....
oh well, maybe next time

Manage Submissions

Does this submission look like spam? Report it here.

### Message 232 of 593

| | |
|---|---|
| **Date** | Thu, 26 Jun 2025 15:51:27 +0000 |
| **From** | CopyrightEnquiries <CopyrightEnquiries@ipo.gov.uk> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | RE: Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns |
| **Message-ID** | <CWXP123MB485372F3F8D9358E52F79EAFA07AA@CWXP123MB4853.GBRP123.PROD.OUTLOOK.COM> |

Dear Marc,

Thank you for your query which has been passed to the Copyright Enquires service for a response.

Please be aware that the Copyright Enquiries service is only able to provide general advice regarding current UK copyright law and cannot provide legal advice regarding how the law should be interpreted in specific cases.

We understand that you are alleging copyright infringement in the US, where you have already initiated proceedings, and the UK, where you are in the in the process of preparing actions. You also mention harassment, however, only the police can investigate this, so we advise directing your concerns to them. As a result, our general advice only applies to cases of infringement in the UK.

Copyright is an automatic right in the UK and most other countries – it arises as soon as an original work is created. Copyright does not depend on the completion of any formalities and there is no official register of copyright in the UK. A number of private companies can be found on the internet that offer a form of registration service for a fee, but none of these are official or are connected to the Intellectual Property Office, so it would be advisable to check carefully what you would be paying for before opting to use any of these services.

It follows that if your work(s) is original, it is already protected by copyright. If the originality of the work is ever called into question (and therefore its right to benefit from copyright protection) a court would determine the matter by deciding if the work can be said to be your own 'intellectual creation'.

An infringement of copyright is not restricted to where someone's work is used or copied in its entirety, but also to where a ‘substantial’ part is used or copied (section 16 of the Copyright, Designs and Patents Act 1988<http://www.legislation.gov.uk/ukpga/1988/48/section/16>). In determining if a part is a ‘substantial’ part what matters is whether the piece that has been used (however small) could qualify for copyright protection in its own right because it can be said to be the author’s own ‘intellectual creation’. If this is the case, it is likely that an infringement has occurred.

Copyright law places the onus on the person wishing to use material to ensure that it is not protected by copyright, and where it is, that they have sought permission to use it from the owner. Copyright is an automatic right – there is no requirement to register it, or to mark a photograph, book, or recording in any way to show who owns it; so sometimes it may be impossible to trace the owner. However, using a copyright work without permission, except in a limited number of cases, will normally be considered infringement.

Copyright is enforced by the rights holder. Where an individual or company believes their work has been used without the correct licence or permissions, it is open to that individual, company or its agents to approach the business or individual in question to pursue the infringement. The copyright owner can choose to protect and enforce its copyright against alleged infringement, either through legal proceedings or via negotiation.

Although you do not have to, it is often sensible to try to resolve the matter with the party you think has infringed your copyright. This may save you time and money, and sometimes it may be necessary to show a court that you have tried to solve the matter with the other party. Mediation is one way of resolving an issue before starting court proceedings.

If you cannot resolve the matter with the other party, then going to court may be the right solution. But it would be a good idea to seek legal advice at an early stage.

In most cases of copyright infringement, the claimant will seek damages through the civil courts, usually by way of monetary remuneration. The amount of damages can vary depending on the level of infringement, but awards are usually intended to compensate for loss (e.g. a lost licence fee), rather than being set at a punitive level (except in certain cases of flagrant infringement). In other instances, the claimant can seek an injunction, for example preventing a copy of their work being published or sold. In more serious cases criminal charges can be brought against the offending party.

Further details on enforcing intellectual property rights are available here: https://www.gov.uk/defend-your-intellectual-property

If you wish to take legal advice, you should be able to find a solicitor in your area using this link:
http://www.lawsociety.org.uk/choosingandusing/findasolicitor.law

For your information, the IPO offers a mediation service which can help to resolve intellectual property disputes – including copyright – without going to court: https://www.gov.uk/intellectual-property-mediation

If you do decide to take legal action, you could take advantage of the small claims track procedure at the Intellectual Property Enterprise Court (IPEC):
https://www.gov.uk/courts-tribunals/intellectual-property-enterprise-court

You may find the following booklet on the IPEC useful https://www.gov.uk/government/publications/intellectual-property-enterprise-court-guide, or also the online guidance on taking a case to IPEC https://www.gov.uk/guidance/take-a-case-to-the-intellectual-property-enterprise-court.

We hope this response has been of some assistance.

Best regards,

Copyright Enquiries

While we take every reasonable care in provision of information and advice, we do not guarantee its accuracy nor accept any responsibility for errors or omissions or their consequences.

To help us offer a better service to our customers, we'd be very grateful if you'd complete a short satisfaction survey (it shouldn't take more than 5 minutes) here: https://response.questback.com/intellectualpropertyoffice/iposatisfaction.

From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Sent: 07 June 2025 18:18
To: contact.lapdonline@gmail.com; U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk <efilerhelp@ca9.uscourts.gov>
Subject: Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns

To Whom It May Concern, or whoever cares at this point,

I am writing to file a formal and urgent complaint concerning ongoing and intensifying harassment that I believe is directly connected to my legal action against Riot Games, Inc.

Since initiating civil proceedings regarding intellectual property theft, procedural fraud, spoliation of evidence, and corporate misconduct by Riot Games, I have become the target of sustained and malicious abuse from Riot's cult. This includes daily anonymous messages of name calling, discrimination, harassment, threats of making AI porn of my 5 year old daughter, bomb threats, and many of which are designed to attack my mental health, discredit my character, and push me toward self-harm. One such message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace form linked to my website, stated:

"Kill yourself and make the world a better place"
Sent from email: goodjob@nazi.com<mailto:goodjob@nazi.com>

Other messages falsely claim that my daughter has been taken from me or that my wife (I have never been married) left me because I am defending myself in court. These are blatant lies intended to degrade, isolate, and silence me.

This harassment has continued despite prior reports. I have reason to believe, and limited evidence, the individuals responsible are connected to or aligned with Riot Games or its extended network, particularly given the precise timing and legal content targeted in these attacks.

I have raised concerns about serious misconduct by Riot Games, including:

Intellectual property theft

Fraud on the court

Spoliation and destruction of digital evidence

Use of manipulated data in litigation

Data misuse and unauthorized access

Anti-competitive business practices

Foreign influence through Tencent Holdings Ltd., a company publicly associated with China's military-civil fusion strategy.

Concerns of social, cultural and economic warfare

These are not simply civil grievances. They involve criminal elements, economic manipulation, and psychological abuse, and they carry serious national security implications due to Tencent's involvement in strategic technologies and potential surveillance frameworks. These patterns may constitute a form of economic warfare that undermines public trust in U.S. legal systems and cultural industries.
Young men in the US and UK are being targeted and radicalised in cult like closed groups where there data is being harvested. It's that plain, do something about it.
The silence of institutions in the face of such disclosures contributes to the problem. If Riot Games or those acting in alignment with it are not held accountable, it sends a clear message that legal manipulation, targeted harassment, and digital abuse will go unchecked when committed by powerful entities.
Are we that weak that we let our children be radicalised into incels for a bit of coin?
I therefore request the following:

That the LAPD initiate a formal cyber harassment investigation and assign a criminal case number, which the Los Angeles County District Attorney's Office has indicated is required for further review.

That Squarespace disclose IP logs, metadata, and user information related to the harassing submissions.

That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United States Department of Justice take urgent action to review the sealed evidence and filings I have submitted along with this continued pattern of abuse.
That a formal inquiry be opened into Riot Games' awareness of and possible involvement in or facilitation of harassment against a whistleblower.

That the court move to set legal precedent in this case to protect the public from future corporate abuse of legal systems, exploitation of trauma for commercial gain, cultural and social degradation, and coordinated digital harassment campaigns.

There is a public interest in resolving this matter not only to protect my rights as a creator but to prevent the normalization of a model in which eastern communist dictatorship tech-entertainment giants may retaliate against dissenters with impunity. This case now reaches beyond individual harm. It concerns systemic accountability and the safety of others who may come forward with similar claims, and the long line of people already abused in Riot Games very short history. Abuse and degradation is infused into the very core of Riot Games. They are a weapon of economic, cultural and social warfare aimed at our children.

DO SOMETHING!

I am ready to provide sworn testimony, digital forensics, legal filings, and corroborating evidence upon request. I respectfully urge you to act.

Sincerely,
Marc Wolstenholme
Coventry, United Kingdom

Dear Marc,

Thank you for your query which has been passed to the Copyright Enquires service for a response.

Please be aware that the Copyright Enquiries service is only able to provide general advice regarding current UK copyright law and cannot provide legal advice regarding how the law
should be interpreted in specific cases.

We understand that you are alleging copyright infringement in the US, where you have already initiated proceedings, and the UK, where you are in the in the process of preparing actions.
You also mention harassment, however, only the police can investigate this, so we advise directing your concerns to them. As a result, our general advice only applies to cases of infringement in the UK.

Copyright is an automatic right in the UK and most other countries – it arises as soon as an original work is created. Copyright does not depend on the completion of any formalities
and there is no official register of copyright in the UK. A number of private companies can be found on the internet that offer a form of registration service for a fee, but none of these are official or are connected to the Intellectual Property Office, so
it would be advisable to check carefully what you would be paying for before opting to use any of these services.

It follows that if your work(s) is original, it is already protected by copyright. If the originality of the work is ever called into question (and therefore its right to benefit
from copyright protection) a court would determine the matter by deciding if the work can be said to be your own 'intellectual creation'.

An infringement of copyright is not restricted to where someone's work is used or copied in its entirety, but also to where a 'substantial' part is used or copied (section
16 of the Copyright, Designs and Patents Act 1988). In determining if a part is a 'substantial' part what matters is whether the piece that has been used (however small) could qualify for copyright protection in its own right because it can be said to
be the author's own 'intellectual creation'. If this is the case, it is likely that an infringement has occurred.

Copyright law places the onus on the person wishing to use material to ensure that it is not protected by copyright, and where it is, that they have sought permission to use it from
the owner. Copyright is an automatic right – there is no requirement to register it, or to mark a photograph, book, or recording in any way to show who owns it; so sometimes it may be impossible to trace the owner. However, using a copyright work without permission,
except in a limited number of cases, will normally be considered infringement.

Copyright is enforced by the rights holder. Where an individual or company believes their work has been used without the correct licence or permissions, it is open to that individual,
company or its agents to approach the business or individual in question to pursue the infringement. The copyright owner can choose to protect and enforce its copyright against alleged infringement, either through legal proceedings or via negotiation.

Although you do not have to, it is often sensible to try to resolve the matter with the party you think has infringed your copyright. This may save you time and money, and sometimes
it may be necessary to show a court that you have tried to solve the matter with the other party. Mediation is one way of resolving an issue before starting court proceedings.

If you cannot resolve the matter with the other party, then going to court may be the right solution. But it would be a good idea to seek legal advice at an early stage.

In most cases of copyright infringement, the claimant will seek damages through the civil courts, usually by way of monetary remuneration. The amount of damages can vary depending
on the level of infringement, but awards are usually intended to compensate for loss (e.g. a lost licence fee), rather than being set at a punitive level (except in certain cases of flagrant infringement). In other instances, the claimant can seek an injunction,
for example preventing a copy of their work being published or sold. In more serious cases criminal charges can be brought against the offending party.

Further details on enforcing intellectual property rights are available here:
https://www.gov.uk/defend-your-intellectual-property

If you wish to take legal advice, you should be able to find a solicitor in your area using this link:

http://www.lawsociety.org.uk/choosingandusing/findasolicitor.law

For your information, the IPO offers a mediation service which can help to resolve intellectual property disputes – including copyright – without going to court:
https://www.gov.uk/intellectual-property-mediation

If you do decide to take legal action, you could take advantage of the small claims track procedure at the Intellectual Property Enterprise Court (IPEC):

https://www.gov.uk/courts-tribunals/intellectual-property-enterprise-court

You may find the following booklet on the IPEC useful

https://www.gov.uk/government/publications/intellectual-property-enterprise-court-guide, or also the online guidance on taking a case to IPEC

https://www.gov.uk/guidance/take-a-case-to-the-intellectual-property-enterprise-court.

We hope this response has been of some assistance.

Best regards,

Copyright Enquiries

While we take every reasonable care in provision of information and advice, we do not guarantee its accuracy nor accept any responsibility for errors or omissions or their consequences.

To help us offer a better service to our customers, we'd be very grateful if you'd complete a short satisfaction survey (it shouldn't take more than 5 minutes) here:

https://response.questback.com/intellectualpropertyoffice/iposatisfaction.

From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

Sent: 07 June 2025 18:18

To: contact.lapdonline@gmail.com; U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk <efilerhelp@ca9.uscourts.gov>

Subject: Urgent Complaint: Riot Games-Linked Harassment, Institutional Accountability, and Public Interest Concerns

To Whom It May Concern, or whoever cares at this point,

I am writing to file a formal and urgent complaint concerning ongoing and intensifying harassment that I believe is directly connected to my legal action against Riot Games, Inc.

Since initiating civil proceedings regarding intellectual property theft, procedural fraud, spoliation of evidence, and corporate misconduct by Riot Games, I have become the target of sustained and malicious abuse from Riot's cult. This includes daily anonymous messages of name calling, discrimination, harassment, threats of making AI porn of my 5 year old daughter, bomb threats, and many of which are designed to attack my mental health, discredit my character, and push me toward self-harm. One such message, received today (Sat, 7 Jun 2025 at 16:33) through a Squarespace form linked to my website, stated:

"Kill yourself and make the world a better place"

Sent from email:
goodjob@nazi.com

Other messages falsely claim that my daughter has been taken from me or that my wife (I have never been married) left me because I am defending myself in court. These are blatant lies intended to degrade, isolate, and silence me.

This harassment has continued despite prior reports. I have reason to believe, and limited evidence, the individuals responsible are connected to or aligned with Riot Games or its extended network, particularly given the precise timing and legal content targeted in these attacks.

I have raised concerns about serious misconduct by Riot Games, including:

Intellectual property theft

Fraud on the court

Spoliation and destruction of digital evidence

Use of manipulated data in litigation

Data misuse and unauthorized access

Anti-competitive business practices

Foreign influence through Tencent Holdings Ltd., a company publicly associated with China's military-civil fusion strategy.

Concerns of social, cultural and economic warfare

These are not simply civil grievances. They involve criminal elements, economic manipulation, and psychological abuse, and they carry serious national security implications due to Tencent's involvement in strategic technologies and potential surveillance frameworks. These patterns may constitute a form of economic warfare that undermines public trust in U.S. legal systems and cultural industries.

Young men in the US and UK are being targeted and radicalised in cult like closed groups where there data is being harvested. It's that plain, do something about it.

The silence of institutions in the face of such disclosures contributes to the problem. If Riot Games or those acting in alignment with it are not held accountable, it sends a clear message that legal manipulation, targeted harassment, and digital abuse will go unchecked when committed by powerful entities.

Are we that weak that we let our children be radicalised into incels for a bit of coin?

I therefore request the following:

That the LAPD initiate a formal cyber harassment investigation and assign a criminal case number, which the Los Angeles County District Attorney's Office has indicated is required for further review.

That Squarespace disclose IP logs, metadata, and user information related to the harassing submissions.

That the Ninth Circuit Court of Appeals, the FBI, the CIA, and the United States Department of Justice take urgent action to review the sealed evidence and filings I have submitted along with this continued pattern of abuse.

That a formal inquiry be opened into Riot Games' awareness of and possible involvement in or facilitation of harassment against a whistleblower.

That the court move to set legal precedent in this case to protect the public from future corporate abuse of legal systems, exploitation of trauma for commercial gain, cultural and social degradation, and coordinated digital harassment campaigns.

There is a public interest in resolving this matter not only to protect my rights as a creator but to prevent the normalization of a model in which eastern communist dictatorship tech-entertainment giants may retaliate against dissenters with impunity. This case now reaches beyond individual harm. It concerns systemic accountability and the safety of others who may come forward with similar claims, and the long line of people already abused in Riot Games very short history. Abuse and degradation is infused into the very core of Riot Games. They are a weapon of economic, cultural and social warfare aimed at our children.

DO SOMETHING!

I am ready to provide sworn testimony, digital forensics, legal filings, and corroborating evidence upon request. I respectfully urge you to act.

Sincerely,

Marc Wolstenholme

Coventry, United Kingdom

## Message 233 of 593

| | |
|---|---|
| **Date** | Thu, 26 Jun 2025 23:36:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <gY0sIbW0QQGd9ZkmoYS1PQ@geopod-ismtpd-13> |

Form Submission - Welcome To The Wolf Pack

Email:
easy@pissy.com, accepts marketing: false

Message:
[redacted] cry harder bitch

Sent via form submission from M.W. Wolf's Megaverse

Email:
easy@pissy.com, accepts marketing: false

Message:
[redacted] cry harder bitch

Manage Submissions

Does this submission look like spam? Report it here.

## Message 234 of 593

| | |
|---|---|
| **Date** | Fri, 27 Jun 2025 01:26:03 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <B200bIGPSFaWl0vHtwTyhg@geopod-ismtpd-28> |

Form Submission - Welcome To The Wolf Pack

Email:
lwhdsk@lqjs.com, accepts marketing: false

Message:
I'm not gonna waste my tine reading even a third of that last entry, it's clear that you have already lost your mind and at this point you are not even pretending to be sane.
Still funny to watch tho

Sent via form submission from M.W. Wolf's Megaverse

Email:
lwhdsk@lqjs.com, accepts marketing: false

Message:
I'm not gonna waste my tine reading even a third of that last entry, it's clear that you have already lost your mind and at this point you are not even pretending to be sane.
Still funny to watch tho

Manage Submissions

Does this submission look like spam? Report it here.

## Message 235 of 593

| | |
|---|---|
| **Date** | Fri, 27 Jun 2025 13:39:02 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <M63-oxO7Ri2vQedFgULszA@geopod-ismtpd-3> |

Form Submission - Welcome To The Wolf Pack

Email:
im@netflix.com, accepts marketing: false

Message:
you, 3 days ago - pwease netflix try my new script please plASEEE IM ON MY KNEES BEGGING

you, now- Netflix are a bunch of rapist and thieves

yeah buddy im not sure that is a good pitching strat

Sent via form submission from M.W. Wolf's Megaverse

Email:
im@netflix.com, accepts marketing: false

Message:
you, 3 days ago - pwease netflix try my new script please plASEEE IM ON MY KNEES BEGGING

you, now- Netflix are a bunch of rapist and thieves

yeah buddy im not sure that is a good pitching strat

Manage Submissions

Does this submission look like spam? Report it here.

## Message 236 of 593

| | |
|---|---|
| **Date** | Fri, 27 Jun 2025 17:44:52 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <f97b09c3c0d24da1bed55a4fa67ea541@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
plagio@diplagio.com, accepts marketing: false

Message:
Cyberpunk aesthetics (neural networks, underground tech, biotech-driven inequality).
Philosophical questions (identity, memory, digital immortality, simulation vs. reality, evolution of the brain).
Psychological complexity (trauma, fractured consciousness, AI intimacy).
Grimy futurism (post-capitalist dystopia, tech decay, fusion economies, Ozempic).

CYBERPUNK 2077. ALL OF THAT IS IN CYBERPUNK 2077. ARE YOU PLAGIARIZING CYBERPUNK 2077???????????

Sent via form submission from M.W. Wolf's Megaverse

Email:
plagio@diplagio.com, accepts marketing: false

Message:
Cyberpunk aesthetics (neural networks, underground tech, biotech-driven inequality).
Philosophical questions (identity, memory, digital immortality, simulation vs. reality, evolution of the brain).
Psychological complexity (trauma, fractured consciousness, AI intimacy).
Grimy futurism (post-capitalist dystopia, tech decay, fusion economies, Ozempic).

CYBERPUNK 2077. ALL OF THAT IS IN CYBERPUNK 2077. ARE YOU PLAGIARIZING CYBERPUNK 2077???????????

Manage Submissions

Does this submission look like spam? Report it here.

## Message 237 of 593

| | |
|---|---|
| **Date** | Sat, 28 Jun 2025 21:45:00 +0000 (UTC) |
| **From** | Marc Wolstenholme <marc.wolstenholme@yahoo.co.uk> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | Fw: Form Submission - New Form 2 |
| **Message-ID** | <68429898.924345.1751147100161@mail.yahoo.com> |

----- Forwarded message ----- From: Squarespace <form-submission@squarespace.info>To: "marc.wolstenholme@yahoo.co.uk" <marc.wolstenholme@yahoo.co.uk>Sent: Saturday 28 June 2025 at 22:29:54 BSTSubject: Form Submission - New Form 2

Name: keith sutton

Email: keithsjr@gmail.com

Message: Hello, Where am I able to read your store of Bloodborg: The Harvest? I am interested in hearing the actual story riot stole from you.

Sent via form submission from M.W. Wolf's Megaverse

Name: keith sutton

Email: keithsjr@gmail.com

Message: Hello, Where am I able to read your store of Bloodborg: The Harvest? I am interested in hearing the actual story riot stole from you.

Manage Submissions

Does this submission look like spam? Report it here.

----- Forwarded message -----
From: Squarespace <form-submission@squarespace.info>To: "marc.wolstenholme@yahoo.co.uk" <marc.wolstenholme@yahoo.co.uk>Sent: Saturday 28 June 2025 at 22:29:54 BSTSubject: Form Submission - New Form 2

Name:
keith sutton

Email:
keithsjr@gmail.com

Message:
Hello, Where am I able to read your store of Bloodborg: The Harvest? I am interested in hearing the actual story riot stole from you.

Sent via form submission from M.W. Wolf's Megaverse

Name:
keith sutton

Email:
keithsjr@gmail.com

Message:
Hello, Where am I able to read your store of Bloodborg: The Harvest? I am interested in hearing the actual story riot stole from you.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 238 of 593

| | |
|---|---|
| **Date** | Sun, 29 Jun 2025 03:29:25 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <vdBhkMtNQQWEGNPJzVJVFg@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
lmal@eve.com, accepts marketing: false

Message:
Watching your case get dismissed was so incredibly funny I can't wait for it to happen again ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmal@eve.com, accepts marketing: false

Message:
Watching your case get dismissed was so incredibly funny I can't wait for it to happen again ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 239 of 593

| | |
|---|---|
| **Date** | Sun, 29 Jun 2025 06:30:36 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <89VTLrg1RCqqDf7cmoo6Kg@geopod-ismtpd-15> |

Form Submission - Welcome To The Wolf Pack

Email:
comunist@triumph.com, accepts marketing: false

Message:
Windows also use kernels... but because they are an amerikkkan company you don't care ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
comunist@triumph.com, accepts marketing: false

Message:
Windows also use kernels... but because they are an amerikkkan company you don't care ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 240 of 593

| | |
|---|---|
| **Date** | Sun, 29 Jun 2025 23:14:02 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <AT63DWbXQ3KFM52wCuwbyw@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
hello@hi.com, accepts marketing: false

Message:
https://www.courtlistener.com/docket/4155049/45/riot-games-inc-v-stefan-delgado-argote/

:)

Sent via form submission from M.W. Wolf's Megaverse

Email:
hello@hi.com, accepts marketing: false

Message:
https://www.courtlistener.com/docket/4155049/45/riot-games-inc-v-stefan-delgado-argote/

:)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 241 of 593

| | |
|---|---|
| **Date** | Wed, 02 Jul 2025 05:30:19 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <-N4Ai--PQa6KK8ONsYzU5g@geopod-ismtpd-14> |

Form Submission - Welcome To The Wolf Pack

Email:
kiala@ya.com, accepts marketing: false

Message:
You are so cringe

Sent via form submission from M.W. Wolf's Megaverse

Email:
kiala@ya.com, accepts marketing: false

Message:
You are so cringe

Manage Submissions

Does this submission look like spam? Report it here.

## Message 242 of 593

| | |
|---|---|
| **Date** | Thu, 03 Jul 2025 04:14:39 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6lwOFgjfSOCweeyg5IJvVA@geopod-ismtpd-30> |

Form Submission - Welcome To The Wolf Pack

Email:
daddy@why.com, accepts marketing: false

Message:
I would be so embarrassed of being your daughter

Sent via form submission from M.W. Wolf's Megaverse

Email:
daddy@why.com, accepts marketing: false

Message:
I would be so embarrassed of being your daughter

Manage Submissions

Does this submission look like spam? Report it here.

## Message 243 of 593

| | |
|---|---|
| **Date** | Thu, 03 Jul 2025 16:51:34 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <dtJtD3lTQomxu_iXQnMLxA@geopod-ismtpd-36> |

Form Submission - Welcome To The Wolf Pack

Email:
lmao@even.com, accepts marketing: false

Message:
Let me guess, still not any whistle-blowers?? ■■■■ try making even more shit up, maybe this time it will work

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmao@even.com, accepts marketing: false

Message:
Let me guess, still not any whistle-blowers?? ■■■■ try making even more shit up, maybe this time it will work

Manage Submissions

Does this submission look like spam? Report it here.

## Message 244 of 593

| | |
|---|---|
| **Date** | Thu, 03 Jul 2025 19:10:50 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0bda34c06c6246a59c76678b3405fdbd@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lawyer@cal.com, accepts marketing: false

Message:
Full honesty here: I'm genuinely astounded by the confidence you have while writing the most objectively wrong take ever. This isn't even about your delusions, you are taking legal statements and authorities and misinterpreting in the most gruesome way. I am impressed.

Sent via form submission from M.W. Wolf's Megaverse

Email:
lawyer@cal.com, accepts marketing: false

Message:
Full honesty here: I'm genuinely astounded by the confidence you have while writing the most objectively wrong take ever. This isn't even about your delusions, you are taking legal statements and authorities and misinterpreting in the most gruesome way. I am impressed.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 245 of 593

| | |
|---|---|
| **Date** | Thu, 03 Jul 2025 23:13:24 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <PPFy_5hLRzGuKSSttUi_aQ@geopod-ismtpd-32> |

Form Submission - Welcome To The Wolf Pack

Email:
simula@doresanala.com, accepts marketing: false

Message:
If writing is your primary source of income then no wonder why you are broke lmao, your writting is pretentious and has the edge of a paralyzed slug ■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
simula@doresanala.com, accepts marketing: false

Message:
If writing is your primary source of income then no wonder why you are broke lmao, your writting is pretentious and has the edge of a paralyzed slug ■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 246 of 593

| | |
|---|---|
| **Date** | Fri, 04 Jul 2025 02:11:33 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <862d0ef0202d40489984554ba4c0c968@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
creat@huksrt.com, accepts marketing: false

Message:
Probably the best fictional work you'll ever write is you case against Riot "plagiarism"

Specially the part when you fantasize about them paying you billions■■ that's never going to happen. You will probably end up even more poor after the whole thing is done.

Sent via form submission from M.W. Wolf's Megaverse

Email:
creat@huksrt.com, accepts marketing: false

Message:
Probably the best fictional work you'll ever write is you case against Riot "plagiarism"

Specially the part when you fantasize about them paying you billions■■ that's never going to happen. You will probably end up even more poor after the whole thing is done.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 247 of 593

| | |
|---|---|
| **Date** | Fri, 04 Jul 2025 04:26:44 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9b07d51e60854707a0c446ed3082505d@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
doit@pussy.com, accepts marketing: false

Message:
"I can show that on the 12th of May 2025, an operation took place to visit my content and wipe traces of it from Tencent and Riot related locations in France, Honk Kong, China and Montreal"

Alright then. Show it. I genuinely can't wait to see what you invent for this one.

Sent via form submission from M.W. Wolf's Megaverse

Email:
doit@pussy.com, accepts marketing: false

Message:
"I can show that on the 12th of May 2025, an operation took place to visit my content and wipe traces of it from Tencent and Riot related locations in France, Honk Kong, China and Montreal"

Alright then. Show it. I genuinely can't wait to see what you invent for this one.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 248 of 593

| | |
|---|---|
| **Date** | Mon, 07 Jul 2025 09:11:36 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <BbNuzejOQJy6U1sYmvGY0w@geopod-ismtpd-24> |

Form Submission - Welcome To The Wolf Pack

Email:
youare@almostthwre.com, accepts marketing: false

Message:
In case you woke up this morning daydreaming about bringing down Riot and becoming a billionaire after winning that lawsuit, getting fame and financial security, finally being able to publish your books and built a new generation of hyper acclaimed IP with millions of fans across the world.... I just wanted to tell you....

it's not gonna happen. Lmaoooooooooo ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
youare@almostthwre.com, accepts marketing: false

Message:
In case you woke up this morning daydreaming about bringing down Riot and becoming a billionaire after winning that lawsuit, getting fame and financial security, finally being able to publish your books and built a new generation of hyper acclaimed IP with millions of fans across the world.... I just wanted to tell you....

it's not gonna happen. Lmaoooooooooo ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 249 of 593

| | |
|---|---|
| **Date** | Mon, 07 Jul 2025 12:02:32 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <df32701422994076a3ba48e8cf90aa65@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
rivedenaire@rivas.com, accepts marketing: false

Message:
It's amazing, the human mind. You are so, so very deep in your delusions that the moment you get confronted by objective facts you instantly get angry and enter the denial state. But you can't deny the reality, so you start looking for anything that helps you deflect from it. A thread, an out of context line in a 4 years old video, an anonymous mail (that might as well could be another troll), anything that gives you one small inch to grav and built a new excuse, a new fantasy, a new conspiracy....
Truly one of a kind you aee

Sent via form submission from M.W. Wolf's Megaverse

Email:
rivedenaire@rivas.com, accepts marketing: false

Message:
It's amazing, the human mind. You are so, so very deep in your delusions that the moment you get confronted by objective facts you instantly get angry and enter the denial state. But you can't deny the reality, so you start looking for anything that helps you deflect from it. A thread, an out of context line in a 4 years old video, an anonymous mail (that might as well could be another troll), anything that gives you one small inch to grav and built a new excuse, a new fantasy, a new conspiracy....
Truly one of a kind you aee

Manage Submissions

Does this submission look like spam? Report it here.

## Message 250 of 593

| | |
|---|---|
| **Date** | Wed, 09 Jul 2025 07:12:58 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <61590cddf80340fa84a25dc2c855d960@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
uwula@na.com, accepts marketing: false

Message:
"I got blacklisted from the publishing industry because of my legal battle with Riot"
Nah, I'm pretty sure it was the blatant antisemitic rethoric

Sent via form submission from M.W. Wolf's Megaverse

Email:
uwula@na.com, accepts marketing: false

Message:
"I got blacklisted from the publishing industry because of my legal battle with Riot"
Nah, I'm pretty sure it was the blatant antisemitic rethoric

Manage Submissions

Does this submission look like spam? Report it here.

### Message 251 of 593

| | |
|---|---|
| **Date** | Thu, 10 Jul 2025 00:07:34 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <794e75d191804aa186e7d21411efca74@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
Nowinningthis@one.com, accepts marketing: false

Message:
who is ready to get his hopes and dreams crushed again??
■■YOUUU■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
Nowinningthis@one.com, accepts marketing: false

Message:
who is ready to get his hopes and dreams crushed again??
■■YOUUU■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 252 of 593

| | |
|---|---|
| **Date** | Thu, 10 Jul 2025 03:33:58 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <vrY-pBJtTtuc6Hoz1e8sdw@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
antoherkarlmarx@win.com, accepts marketing: false

Message:
Do you realize how pathetic you have to be to criticize communism while also begging on your knees to OTHER COUNTRY to please let them use THEIR resources because you are so fucking broke you can't even pay a legal fee?

Sent via form submission from M.W. Wolf's Megaverse

Email:
antoherkarlmarx@win.com, accepts marketing: false

Message:
Do you realize how pathetic you have to be to criticize communism while also begging on your knees to OTHER COUNTRY to please let them use THEIR resources because you are so fucking broke you can't even pay a legal fee?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 253 of 593

| | |
|---|---|
| **Date** | Thu, 10 Jul 2025 17:35:28 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <g1Buq26lQli2NTsPYDweHg@geopod-ismtpd-8> |

Form Submission - Welcome To The Wolf Pack

Email:
geteeady@formorehate.com, accepts marketing: false

Message:
Heads up, tbskyen is making a video on your case■■■ for what they shown so far in their discord server.... let's just say you are now beyond fucked lmaoo

Sent via form submission from M.W. Wolf's Megaverse

Email:
geteeady@formorehate.com, accepts marketing: false

Message:
Heads up, tbskyen is making a video on your case■■■ for what they shown so far in their discord server.... let's just say you are now beyond fucked lmaoo

Manage Submissions

Does this submission look like spam? Report it here.

## Message 254 of 593

| | |
|---|---|
| **Date** | Thu, 10 Jul 2025 23:31:49 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <G__VUWuATpia5zNvUvi94A@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
internet@archive.com, accepts marketing: false

Message:
????????? dude what are you talking about?? I literally can access the links just right. Did you finally lost your mind?

Sent via form submission from M.W. Wolf's Megaverse

Email:
internet@archive.com, accepts marketing: false

Message:
????????? dude what are you talking about?? I literally can access the links just right. Did you finally lost your mind?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 255 of 593

| | |
|---|---|
| **Date** | Thu, 10 Jul 2025 23:58:34 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fef8a44da2d54393a53bb19019dbffb3@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
chinese@spy.com, accepts marketing: false

Message:
"Riot needs to be shut down or forced to divide their company between the endless creatives they stole from"

That´s communism. Word by Word. You are supporting Chinese Communism.

Sent via form submission from M.W. Wolf's Megaverse

Email:
chinese@spy.com, accepts marketing: false

Message:
"Riot needs to be shut down or forced to divide their company between the endless creatives they stole from"

That´s communism. Word by Word. You are supporting Chinese Communism.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 256 of 593

| | |
|---|---|
| **Date** | Fri, 11 Jul 2025 00:25:22 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <UXgOsUAeT_6fphZC8vsaBg@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
me@whenidontknow.com, accepts marketing: false

Message:
I had a theory that you do not know how the wayback machine actually works and now I've confirmed it. I don't know what crack did you smoke but I can access the links just fine. I even created a new entry for riotforge.com without any issues.
You just keep lying and lying and lying

Sent via form submission from M.W. Wolf's Megaverse

Email:
me@whenidontknow.com, accepts marketing: false

Message:
I had a theory that you do not know how the wayback machine actually works and now I've confirmed it. I don't know what crack did you smoke but I can access the links just fine. I even created a new entry for riotforge.com without any issues.
You just keep lying and lying and lying

Manage Submissions

Does this submission look like spam? Report it here.

## Message 257 of 593

| | |
|---|---|
| **Date** | Fri, 11 Jul 2025 07:49:37 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <p91n07PIQJm8Ul4QyDXRqg@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
confidential@meeting.com, accepts marketing: false

Message:
Anyone who knows anything about the legal system can see that one of the reasons why they dismissed your case I first place is because you kept insulting the court and the legal procedures by referring the NON BINDING CONFIDENTIAL PRE SETTLEMENT MEETING.
And instead of just shutting your mouth like a person with half a functional braincell, you just keep talking about it, filling dock entries and publishing about it in your blog.
I can't wait for Riot's legal team to feast with your stupidity

Sent via form submission from M.W. Wolf's Megaverse

Email:
confidential@meeting.com, accepts marketing: false

Message:
Anyone who knows anything about the legal system can see that one of the reasons why they dismissed your case I first place is because you kept insulting the court and the legal procedures by referring the NON BINDING CONFIDENTIAL PRE SETTLEMENT MEETING.
And instead of just shutting your mouth like a person with half a functional braincell, you just keep talking about it, filling dock entries and publishing about it in your blog.
I can't wait for Riot's legal team to feast with your stupidity

Manage Submissions

Does this submission look like spam? Report it here.

## Message 258 of 593

| | |
|---|---|
| **Date** | Fri, 11 Jul 2025 14:52:05 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <62ceb66ec3e54628a01f71cd9b828c29@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
isall@cool.com, accepts marketing: false

Message:
---- > makes an entire article about how riot is trying to sabotage the wayback machine and delete all evidence

---> checks the internetarchive

----> everything works perfectly

???????????? dont you get tired of taking Ls lmao

Sent via form submission from M.W. Wolf's Megaverse

Email:
isall@cool.com, accepts marketing: false

Message:
---- > makes an entire article about how riot is trying to sabotage the wayback machine and delete all evidence

---> checks the internetarchive

----> everything works perfectly

???????????? dont you get tired of taking Ls lmao

Manage Submissions

Does this submission look like spam? Report it here.

## Message 259 of 593

| | |
|---|---|
| **Date** | Fri, 11 Jul 2025 23:20:41 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <b288af9fe38243e3a7703fc5d3948d7c@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
bulbasor@pikachu.com, accepts marketing: false

Message:
Thelink is working just fine now■■■■■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
bulbasor@pikachu.com, accepts marketing: false

Message:
Thelink is working just fine now■■■■■■■

Manage Submissions

Does this submission look like spam? Report it here.

### Message 260 of 593

| | |
|---|---|
| **Date** | Sat, 12 Jul 2025 22:50:43 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <168e0a22f88f423eaf6201adb172560c@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
Crrep@ao.com, accepts marketing: false

Message:
Brandon Sanderson universe, The Locked Tomb, The Malazan Book, The First Law, and Blizzard´s WOW a also has a lot of similitudes, but I don't see any of those authors crying and trying to start legal feuds. You know why?? Because they are not insecure failures who rely on other people to fail for their own success

Sent via form submission from M.W. Wolf's Megaverse

Email:
Crrep@ao.com, accepts marketing: false

Message:
Brandon Sanderson universe, The Locked Tomb, The Malazan Book, The First Law, and Blizzard´s WOW a also has a lot of similitudes, but I don't see any of those authors crying and trying to start legal feuds. You know why?? Because they are not insecure failures who rely on other people to fail for their own success

Manage Submissions

Does this submission look like spam? Report it here.

## Message 261 of 593

| | |
|---|---|
| **Date** | Sat, 12 Jul 2025 23:01:45 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <72650d6080f2423296f0c287e0d1da89@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
hiimzachary@quinto.com, accepts marketing: false

Message:
Here. I took 2 seconds to go to powerlisting.fandom and search "superpower absorption". This is just half the characters

Kelpie (American Dragon: Jake Long)
Titan Tails (Archie's Sonic the Hedgehog)
Aang (Avatar: The Last Airbender); via Energybending
Kevin Levin (Ben 10 series)
Aggregor (Ben 10 series)
Severin (Buffy the Vampire Slayer Season Nine)
Danny Fenton/Phantom (Danny Phantom); through his Ghost Shield
Drake Sypher (Loonatics Unleashed)
Orion (Ordeal)
Black Alice (DC Comics)
Parasite (DC Comics)
Absorbency Boy/Earth-Man (DC Comics)
Alexander Luthor Jr (DC Comics); New 52 Earth 3
John Constantine (DC Comics)
Lois Lane (New 52) (DC Comics); via gaining Superman (New 52)'s powers
Lana Lang (New 52) (DC Comics); via gaining Superman (New 52)'s ability to absorb Yellow Solar Radiation
Various Metahumans (DC Comics)
Master of Games (DC Comics)
Master Chen (Lego Ninjago: Masters of Spinjitzu); via Staff of Elements
Skylor (Lego Ninjago: Masters of Spinjitzu)
Various Mutants (Marvel Comics)
Ann Marie LeBeau/Rogue
Emplate
Legion/David Haller; via his personas
Vulcan
Ahura Boltagon (Marvel Comics)
Amatsu-Mikaboshi (Marvel Comics)
Doctor Victor Von Doom (Marvel Comics)
Solarus/Mallory Gibbs (Marvel Comics)
Morphos (Max Steel)
Sabrina Raincomprix/Miraculer (Miraculous: Tales of Ladybug & Cat Noir)
Turbo K.O. (OK K.O.! Let's Be Heroes)
Laserblast/Professor Venomous (OK K.O.! Let's Be Heroes)
The Gnome (The Powerpuff Girls)
Leech (Static Shock)
Lord Dreg (Teenage Mutant Ninja Turtles); via Morphogenesis Exoskeleton
The Seance (Umbrella Academy)
Meat Sweats (Rise of the Teenage Mutant Ninja Turtles)
Zayla (Marvel Rising); via amulet
Casey Krinsky/Mega Casey (DC Super Hero Girls 2019)
Sypher (Loonatics Unleashed)
Children of the Night/Vampires of Gladstock (Winx Club)
Seiji Noumi/Dusk Taker (Accel World); in his Brain Burst form
L-Drago (Beyblade: Metal Saga)
Nemesis (Beyblade: Metal Saga)
Conrad Leto (Black Clover); via Key Magic
Lucius Zogratis (Black Clover)
Kugo Ginjo (Bleach)
Sternritters (Bleach); via Medallions
Yhwach (Bleach)
Wall Man (Bobobo-bo Bobo-bo)

Y■ Otosaka (Charlotte)
Monkey guy (Denma); via Energy Adjustment and Transmission Quanx ability
Yellow hair (Denma); via Energy Transferal Quanx ability
Ryo Asuka/Satan (Devilman)
Superhuman Water (Dragon Ball Super)
Franmalth (Fairy Tail)
Acnologia (Fairy Tail)
Mikan Sakura (Gakuen Alice); also Power Negation
Yuka (Gakuen Alice)
Serpent Vampire/Vamp Wolf (The Haunted House/Shinbi Apartment)
Ihwa/Hero Killer (Hero Killer)
Genshirou Saji (Highschool DxD)
Chrollo Lucilfer (Hunter X Hunter)
Kurapika (Hunter x Hunter); via Steal Chain
Kwon Ohjin (I'm Not a Regressor)
Mirei Kud■ (In■ Battle wa Nichij■-kei no Naka de)
Ken Oyanagi (JoJo's Bizarre Adventure Part IV: Diamond is Unbreakable); via Boy II Man
Enrico Pucci (JoJo's Bizarre Adventure Part VI: Stone Ocean); via Whitesnake
Yuta Okkotsu (Jujutsu Kaisen); via Rika
Oudo Miyakonojou (Medaka Box); via Unreasonable Taxation
Syrma (Mugen Souls Z)
Enigma (Musaigen no Phanton World)
All For One users (My Hero Academia)
Shigaraki/All For One
Tomura Shigaraki
Nine; weaker duplicate
Kaguya ■tsutsuki (Naruto)
Madara Uchiha (Naruto); via the Preta Path and Hashirama Cells
Rinnegan users (Naruto)
Hagoromo ■tsutsuki
Nagato/Pain
Obito Uchiha
Sasuke Uchiha
Momoshiki ■tsutsuki
F■ka (Naruto); via Execution by Kiss
Hiruko (Naruto); via Chimera Technique
Urashiki ■tsutsuki (Boruto: Naruto Next Generations); via his fishing rod
Users of K■ma (Boruto: Naruto Next Generations)
Boruto Uzumaki
Kawaki
Isshiki ■tsutsuki; in Jigen's body
Marshall D. Teach/Blackbeard (One Piece)
Celes Walt (Seventh)
Hinata Sakaguchi (That Time I Got Reincarnated as a Slime)
Rimuru Tempest (That Time I Got Reincarnated as a Slime)
Yuuki Kagurazaka (That Time I Got Reincarnated as a Slime)
Senior (Toaru Kagaku no Mental Out)
Mayui Kokuchou (Toaru Kagaku no Mental Out); via Relic
Peggi (Tokyo ESP)
Hell Joe (Tower of God); via Red Thryssa
Red Thryssa (Tower of God)
Momoka Sagara (Valkyrie Drive: Mermaid)
Shinichi Tamaki (Yamada-kun to Nana Nin no Majo)
Yo-kai Watch (Yo-Kai Watch series)
Wiseman (Zatch Bell!)
The Rookie ("LEGO DC Super-Villains")
Tyreen Calypso (Borderlands)
Ace Trappola (Disney: Twisted-Wonderland); via Joker Snatch
Azul Ashengrotto (Disney: Twisted-Wonderland); via It's a Deal
Kefka Palazzo (Final Fantasy VI)
Celes Chere (Final Fantasy VI); via Runic
Clive Rosfield (Final Fantasy XVI)
Sirin/Herrscher of the Void (Honkai Impact 3rd)
Delsin Rowe (InFamous: Second Son)
Dark Pit (Kid Icarus: Uprising)
Kirby (Kirby)

Sylas (League of Legends)
Vampires (Legacy of Kain)
Thanos (Marvel vs. Capcom: Infinite)
Mega Man (Mega Man)
Shinnok (Mortal Kombat)
Shang Tsung (Mortal Kombat)
Raiden (Mortal Kombat)
Merz (Naruto x Boruto: Ultimate Ninja Storm Connections); via Yachihoko
Archangel (person) (Paradox Saga)
Prototypes/Evolved (Prototype)
Rover (Wuthering Waves)
Alex Mercer (Prototype)
James Heller (Prototype 2)
Lisa (Genshin Impact)
Ganyu (Genshin Impact)
Xiao (Genshin Impact)
Calliope (Skylanders)
Jin Kazama (Tekken); as Devil Jin
Meltlilith (TYPE-MOON)
Agar Agar Cookie (Cookie Run Kingdom)

Are you gonna sue all of them for copyright infringement?? or are you gonna recognize that perhaps there is something called a "Troope", a common narrative element used across all types of media??

Sent via form submission from M.W. Wolf's Megaverse

Email:
hiimzachary@quinto.com, accepts marketing: false

Message:
Here. I took 2 seconds to go to powerlisting.fandom and search "superpower absorption". This is just half the characters

Kelpie (American Dragon: Jake Long)
Titan Tails (Archie's Sonic the Hedgehog)
Aang (Avatar: The Last Airbender); via Energybending
Kevin Levin (Ben 10 series)
Aggregor (Ben 10 series)
Severin (Buffy the Vampire Slayer Season Nine)
Danny Fenton/Phantom (Danny Phantom); through his Ghost Shield
Drake Sypher (Loonatics Unleashed)
Orion (Ordeal)
Black Alice (DC Comics)
Parasite (DC Comics)
Absorbency Boy/Earth-Man (DC Comics)
Alexander Luthor Jr (DC Comics); New 52 Earth 3
John Constantine (DC Comics)
Lois Lane (New 52) (DC Comics); via gaining Superman (New 52)'s powers
Lana Lang (New 52) (DC Comics); via gaining Superman (New 52)'s ability to absorb Yellow Solar Radiation
Various Metahumans (DC Comics)
Master of Games (DC Comics)
Master Chen (Lego Ninjago: Masters of Spinjitzu); via Staff of Elements
Skylor (Lego Ninjago: Masters of Spinjitzu)
Various Mutants (Marvel Comics)
Ann Marie LeBeau/Rogue
Emplate
Legion/David Haller; via his personas
Vulcan
Ahura Boltagon (Marvel Comics)
Amatsu-Mikaboshi (Marvel Comics)
Doctor Victor Von Doom (Marvel Comics)
Solarus/Mallory Gibbs (Marvel Comics)
Morphos (Max Steel)
Sabrina Raincomprix/Miraculer (Miraculous: Tales of Ladybug & Cat Noir)
Turbo K.O. (OK K.O.! Let's Be Heroes)
Laserblast/Professor Venomous (OK K.O.! Let's Be Heroes)
The Gnome (The Powerpuff Girls)
Leech (Static Shock)
Lord Dreg (Teenage Mutant Ninja Turtles); via Morphogenesis Exoskeleton
The Seance (Umbrella Academy)
Meat Sweats (Rise of the Teenage Mutant Ninja Turtles)

Zayla (Marvel Rising); via amulet
Casey Krinsky/Mega Casey (DC Super Hero Girls 2019)
Sypher (Loonatics Unleashed)
Children of the Night/Vampires of Gladstock (Winx Club)
Seiji Noumi/Dusk Taker (Accel World); in his Brain Burst form
L-Drago (Beyblade: Metal Saga)
Nemesis (Beyblade: Metal Saga)
Conrad Leto (Black Clover); via Key Magic
Lucius Zogratis (Black Clover)
Kugo Ginjo (Bleach)
Sternritters (Bleach); via Medallions
Yhwach (Bleach)
Wall Man (Bobobo-bo Bobo-bo)
Y■ Otosaka (Charlotte)
Monkey guy (Denma); via Energy Adjustment and Transmission Quanx ability
Yellow hair (Denma); via Energy Transferal Quanx ability
Ryo Asuka/Satan (Devilman)
Superhuman Water (Dragon Ball Super)
Franmalth (Fairy Tail)
Acnologia (Fairy Tail)
Mikan Sakura (Gakuen Alice); also Power Negation
Yuka (Gakuen Alice)
Serpent Vampire/Vamp Wolf (The Haunted House/Shinbi Apartment)
Ihwa/Hero Killer (Hero Killer)
Genshirou Saji (Highschool DxD)
Chrollo Lucilfer (Hunter X Hunter)
Kurapika (Hunter x Hunter); via Steal Chain
Kwon Ohjin (I'm Not a Regressor)
Mirei Kud■ (In■ Battle wa Nichij■-kei no Naka de)
Ken Oyanagi (JoJo's Bizarre Adventure Part IV: Diamond is Unbreakable); via Boy II Man
Enrico Pucci (JoJo's Bizarre Adventure Part VI: Stone Ocean); via Whitesnake
Yuta Okkotsu (Jujutsu Kaisen); via Rika
Oudo Miyakonojou (Medaka Box); via Unreasonable Taxation
Syrma (Mugen Souls Z)
Enigma (Musaigen no Phanton World)
All For One users (My Hero Academia)
Shigaraki/All For One
Tomura Shigaraki
Nine; weaker duplicate
Kaguya ■tsutsuki (Naruto)
Madara Uchiha (Naruto); via the Preta Path and Hashirama Cells
Rinnegan users (Naruto)
Hagoromo ■tsutsuki
Nagato/Pain
Obito Uchiha
Sasuke Uchiha
Momoshiki ■tsutsuki
F■ka (Naruto); via Execution by Kiss
Hiruko (Naruto); via Chimera Technique
Urashiki ■tsutsuki (Boruto: Naruto Next Generations); via his fishing rod
Users of K■ma (Boruto: Naruto Next Generations)
Boruto Uzumaki
Kawaki
Isshiki ■tsutsuki; in Jigen's body
Marshall D. Teach/Blackbeard (One Piece)
Celes Walt (Seventh)
Hinata Sakaguchi (That Time I Got Reincarnated as a Slime)
Rimuru Tempest (That Time I Got Reincarnated as a Slime)
Yuuki Kagurazaka (That Time I Got Reincarnated as a Slime)
Senior (Toaru Kagaku no Mental Out)
Mayui Kokuchou (Toaru Kagaku no Mental Out); via Relic
Peggi (Tokyo ESP)
Hell Joe (Tower of God); via Red Thryssa
Red Thryssa (Tower of God)
Momoka Sagara (Valkyrie Drive: Mermaid)
Shinichi Tamaki (Yamada-kun to Nana Nin no Majo)

Yo-kai Watch (Yo-Kai Watch series)
Wiseman (Zatch Bell!)
The Rookie ("LEGO DC Super-Villains")
Tyreen Calypso (Borderlands)
Ace Trappola (Disney: Twisted-Wonderland); via Joker Snatch
Azul Ashengrotto (Disney: Twisted-Wonderland); via It's a Deal
Kefka Palazzo (Final Fantasy VI)
Celes Chere (Final Fantasy VI); via Runic
Clive Rosfield (Final Fantasy XVI)
Sirin/Herrscher of the Void (Honkai Impact 3rd)
Delsin Rowe (InFamous: Second Son)
Dark Pit (Kid Icarus: Uprising)
Kirby (Kirby)
Sylas (League of Legends)
Vampires (Legacy of Kain)
Thanos (Marvel vs. Capcom: Infinite)
Mega Man (Mega Man)
Shinnok (Mortal Kombat)
Shang Tsung (Mortal Kombat)
Raiden (Mortal Kombat)
Merz (Naruto x Boruto: Ultimate Ninja Storm Connections); via Yachihoko
Archangel (person) (Paradox Saga)
Prototypes/Evolved (Prototype)
Rover (Wuthering Waves)
Alex Mercer (Prototype)
James Heller (Prototype 2)
Lisa (Genshin Impact)
Ganyu (Genshin Impact)
Xiao (Genshin Impact)
Calliope (Skylanders)
Jin Kazama (Tekken); as Devil Jin
Meltlilith (TYPE-MOON)
Agar Agar Cookie (Cookie Run Kingdom)

Are you gonna sue all of them for copyright infringement?? or are you gonna recognize that perhaps there is something called a "Troope", a common narrative element used across all types of media??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 262 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 01:19:12 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <DsCK1kDuRYOAFzI_e5ny3Q@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
heyremember@this.com, accepts marketing: false

Message:
NOTICE OF ADR ATTEMPTS
My First Without prejudice save as to costs letter, Tue, 7 Dec 2021 at 22:26,
would have settled things, and saved both parties a whole lot of trouble for what amounts to
pocket change for Riot. When things go south, I can show I tried to limit the damage.
Many Thanks,
Marc Wolstenholme
First Attempt- Tue, 7 Dec 2021 at 22:26.
“My silent settlement proposal is for Riot to pay me £200,000 pound sterling for
my work and my writing name (M.W. Wolf) to be added to the credits as a ghost-writer and thus
I can add a writer involved in the source material of Arcane to my writing credentials.

Fourth Attempt- 13 February 2025.
1, My bottom end of negotiations is now 20 million British Pound Sterling.
2, Like the other offers, it will increase with every legal technicality attempted
and with every step of proceedings I am forced to endure.
3, I still want a trip to LA to finalise, all paid for by Riot- you gotta love a freebie.
4, We can negotiate all over points."

Second Attempt - 20/11/2024
“Option A: The price of exposure.
1, Linke is exposed and fired, he makes a public apology for his fraudulent
activities.
2, I am given credits as the true source material writer of Arcane.
3, I receive royalties for the next 100 years.
4, I am paid 10 million in English Pounds as damages.
5, I can speak about this IP infringement and the 4 open cases in public and in the
media as I please.

6, I’d quite like a free trip to Riot and LA out of this to settle and show no
lingering ill will, all paid for by you- you gotta love a freebie.
7, I’m free to open whatever other cases I please against Linke, Netflix, Riot,
Fortiche and anyone else that I wish.

ption B: The price of silence.
1, Linke keeps his position (If you wish to still harbour thieves) and is not exposed
but he admits subconscious IP infringement after reading my manuscript of Bloodborg. You can
say what you like, perhaps something like, “you looked back through the developmental material
and found that my manuscript was being considered, thus this did amount to subconscious IP
infringement, and you have taken the steps to correct it.”
2, I am given credits (Not primary) as a collaborative writer of Arcane.
3, I receive lesser royalties for the next 100 years.
4, I am paid 100 million in English Pounds as damages.
5, I cannot speak about this IP infringement and the 4 open cases in public nor in
the media.
6, I’d still quite like a free trip to Riot and LA out of this to settle and show no
lingering ill will, all paid for by you- you gotta love a freebie.
7, I will not open any cases against you, or the other named people and
organizations named or not named in connection to these 4 casesThird Attempt- 19/12/2024
“I’m feeling festive and forgiving, also, I have a lot of personal stuff and
litigations finally being resolved in the new year. I want closure from all the negative stuff so
that I can concentrate on writing and being a father.
Thus, a one time offer to settle quietly and swiftly.

NOTICE OF ADR ATTEMPTS
The offer-
1, I am paid 10 million in English Pounds.

2, This payment is paid as compensation.
3, I'll sign your NDAs and never speak about this again.
4, You will not hear from me ever again and I'll remove all of the evidence and negativity towards Riot from my posts and documents and future plans.
5, I'd still quite like a free trip to Riot and LA out of this to settle and show no lingering ill will, all paid for by you- you gotta love a freebie.
6, I will not open any cases against you, or the other named people and organizations named or not named in connection to these 4 cases.
All done and dusted, settled and everyone can move o

■■■■■■■

This right there tells me, the audience, and the Court everything that they need to know: That you don't actually give a shit about "denouncing riot", or telling a story about your personal trauma or stopping abuse in the creative industry ; All you want is Money. You were willing to shut your mouth and sell your ass for as low as $200.000 (less of what riot makes in half a day). You were BEGGING them to pay your trip to LA because you are a sad, broke fucker. Then you tried to play big bad by threatening them with bigger numbers, only for your case to get dismissed (once, for now, and soon twice) ■■

And the reason why you wanted money is because you know in your heart, that you will never amount to anything. You are not a good writer, otherwise you would have already found at least one publisher (since you supposedly sent "hundreds" of submission). Hell, even now, nothing is stopping you of making an amazon account in 5 minutes and self-publish your book for free.
But then you would have to face the truth: when nobody buys your book, there wont be anyone else to blame except yourself. You would be forced to recognize that you are not a good creative and that you will never make a single cent out of your work.
So you do the next thing: swing a bat to whoever is near and try to beg for money based on false accusations.

Well guess what: is not working. Is not ever gonna work. In fact, you will end up even more broke after paying all those legal fees and getting nothing back.

have a nice day :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
heyremember@this.com, accepts marketing: false

Message:
NOTICE OF ADR ATTEMPTS
My First Without prejudice save as to costs letter, Tue, 7 Dec 2021 at 22:26,
would have settled things, and saved both parties a whole lot of trouble for what amounts to pocket change for Riot. When things go south, I can show I tried to limit the damage.
Many Thanks,
Marc Wolstenholme
First Attempt- Tue, 7 Dec 2021 at 22:26.
"My silent settlement proposal is for Riot to pay me £200,000 pound sterling for my work and my writing name (M.W. Wolf) to be added to the credits as a ghost-writer and thus I can add a writer involved in the source material of Arcane to my writing credentials.

Fourth Attempt- 13 February 2025.
1, My bottom end of negotiations is now 20 million British Pound Sterling.
2, Like the other offers, it will increase with every legal technicality attempted and with every step of proceedings I am forced to endure.
3, I still want a trip to LA to finalise, all paid for by Riot- you gotta love a freebie.
4, We can negotiate all over points."

Second Attempt - 20/11/2024
"Option A: The price of exposure.
1, Linke is exposed and fired, he makes a public apology for his fraudulent activities.
2, I am given credits as the true source material writer of Arcane.
3, I receive royalties for the next 100 years.
4, I am paid 10 million in English Pounds as damages.
5, I can speak about this IP infringement and the 4 open cases in public and in the media as I please.

6, I'd quite like a free trip to Riot and LA out of this to settle and show no lingering ill will, all paid for by you- you gotta love a freebie.
7, I'm free to open whatever other cases I please against Linke, Netflix, Riot, Fortiche and anyone else that I wish.

ption B: The price of silence.
1, Linke keeps his position (If you wish to still harbour thieves) and is not exposed but he admits subconscious IP infringement after reading my manuscript of Bloodborg. You can say what you like, perhaps something like, "you looked back through the developmental material and found that my manuscript was being considered, thus this did amount to subconscious IP infringement, and you have taken the steps to correct it."

2, I am given credits (Not primary) as a collaborative writer of Arcane.
3, I receive lesser royalties for the next 100 years.
4, I am paid 100 million in English Pounds as damages.
5, I cannot speak about this IP infringement and the 4 open cases in public nor in the media.
6, I'd still quite like a free trip to Riot and LA out of this to settle and show no lingering ill will, all paid for by you- you gotta love a freebie.
7, I will not open any cases against you, or the other named people and organizations named or not named in connection to these 4 casesThird Attempt- 19/12/2024
"I'm feeling festive and forgiving, also, I have a lot of personal stuff and litigations finally being resolved in the new year. I want closure from all the negative stuff so that I can concentrate on writing and being a father.
Thus, a one time offer to settle quietly and swiftly.

NOTICE OF ADR ATTEMPTS
The offer-
1, I am paid 10 million in English Pounds.
2, This payment is paid as compensation.
3, I'll sign your NDAs and never speak about this again.
4, You will not hear from me ever again and I'll remove all of the evidence and negativity towards Riot from my posts and documents and future plans.
5, I'd still quite like a free trip to Riot and LA out of this to settle and show no lingering ill will, all paid for by you- you gotta love a freebie.
6, I will not open any cases against you, or the other named people and organizations named or not named in connection to these 4 cases.
All done and dusted, settled and everyone can move o

■■■■■■■

This right there tells me, the audience, and the Court everything that they need to know: That you don't actually give a shit about "denouncing riot", or telling a story about your personal trauma or stopping abuse in the creative industry ; All you want is Money. You were willing to shut your mouth and sell your ass for as low as $200.000 (less of what riot makes in half a day). You were BEGGING them to pay your trip to LA because you are a sad, broke fucker. Then you tried to play big bad by threatening them with bigger numbers, only for your case to get dismissed (once, for now, and soon twice) ■■

And the reason why you wanted money is because you know in your heart, that you will never amount to anything. You are not a good writer, otherwise you would have already found at least one publisher (since you supposedly sent "hundreds" of submission). Hell, even now, nothing is stopping you of making an amazon account in 5 minutes and self-publish your book for free.
But then you would have to face the truth: when nobody buys your book, there wont be anyone else to blame except yourself. You would be forced to recognize that you are not a good creative and that you will never make a single cent out of your work.
So you do the next thing: swing a bat to whoever is near and try to beg for money based on false accusations.

Well guess what: is not working. Is not ever gonna work. In fact, you will end up even more broke after paying all those legal fees and getting nothing back.

have a nice day :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 263 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 04:51:13 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d-q9MsomQkqtoEnlkByoIg@geopod-ismtpd-7> |

Form Submission - Welcome To The Wolf Pack

Email:
nkshds@lshs.com, accepts marketing: false

Message:
Let me guess, next you are going to say that K'Sante is the gigachad meme?

Sent via form submission from M.W. Wolf's Megaverse

Email:
nkshds@lshs.com, accepts marketing: false

Message:
Let me guess, next you are going to say that K'Sante is the gigachad meme?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 264 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 06:29:40 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6e642662c9aa495392b405727410fea8@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
aislop@lover.com, accepts marketing: false

Message:
How ironic, that the only people who can help you now are the ex-riot artists. The same artists who hate all the ai slop you regurgitate all the time. I wonder how many of them might have seen your Twitter posts (before you got banned haha) and thought about helping you only to pull back after checking your blog full of shit ai

Sent via form submission from M.W. Wolf's Megaverse

Email:
aislop@lover.com, accepts marketing: false

Message:
How ironic, that the only people who can help you now are the ex-riot artists. The same artists who hate all the ai slop you regurgitate all the time. I wonder how many of them might have seen your Twitter posts (before you got banned haha) and thought about helping you only to pull back after checking your blog full of shit ai

Manage Submissions

Does this submission look like spam? Report it here.

## Message 265 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 08:20:49 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <xOkibukARxSzIzINuT9PGw@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
noahd@ajs.com, accepts marketing: false

Message:
You were the one that sent them UNSOLICITED scripts (to a page aimed at game development) . How is their fault that it looks similar? What if I send 20 ai reguritated with generic sci-fi novel stuff, and if you ever write a book tha contains literally anything similar I can sue your for copyright infrigment.
Do you get why your case is never gonna work from a legal standpoint?

Sent via form submission from M.W. Wolf's Megaverse

Email:
noahd@ajs.com, accepts marketing: false

Message:
You were the one that sent them UNSOLICITED scripts (to a page aimed at game development) . How is their fault that it looks similar? What if I send 20 ai reguritated with generic sci-fi novel stuff, and if you ever write a book tha contains literally anything similar I can sue your for copyright infrigment.
Do you get why your case is never gonna work from a legal standpoint?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 266 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 08:27:53 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4b2e18f0a6f14d31a344904848df1d9a@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
hahaahhahaha@hshahahahahaa.com, accepts marketing: false

Message:
https://www.riotgames.com/en/terms-of-service?tab=t.0#kix.z5xmkvw1jcj

You. Dumb. Fuck.

Sent via form submission from M.W. Wolf's Megaverse

Email:
hahaahhahaha@hshahahahahaa.com, accepts marketing: false

Message:
https://www.riotgames.com/en/terms-of-service?tab=t.0#kix.z5xmkvw1jcj

You. Dumb. Fuck.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 267 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 10:06:35 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3ed12a03c3e642538e5b52b55fe950e9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
jguig@htu.com, accepts marketing: false

Message:
So, how many motions do you plan to get struck this time? 20? 30?

Sent via form submission from M.W. Wolf's Megaverse

Email:
jguig@htu.com, accepts marketing: false

Message:
So, how many motions do you plan to get struck this time? 20? 30?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 268 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 21:32:30 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <e78fa6b350bb4a9db4c805c652df0df9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
owad@poakd.com, accepts marketing: false

Message:
I'm glad you keep making fantasy scenarios that will never happen

Sent via form submission from M.W. Wolf's Megaverse

Email:
owad@poakd.com, accepts marketing: false

Message:
I'm glad you keep making fantasy scenarios that will never happen

Manage Submissions

Does this submission look like spam? Report it here.

### Message 269 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 22:33:03 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <DycH00yfQvCqXH68Ty_z2w@geopod-ismtpd-13> |

Form Submission - Welcome To The Wolf Pack

Email:
laljsd@alkd.com, accepts marketing: false

Message:
lmaoooo they are making fun of you on twitter■
oh right, you cant see, cause you got your account suspended ;)

Sent via form submission from M.W. Wolf's Megaverse

Email:
laljsd@alkd.com, accepts marketing: false

Message:
lmaoooo they are making fun of you on twitter■
oh right, you cant see, cause you got your account suspended ;)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 270 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 23:31:21 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0d3f915ccdb4494292c2c732878da5c6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
aoskdpada@askod.com, accepts marketing: false

Message:
next you should try saying that KD/A as stolen from k-pop, and Pentakill from Metal bands■

Sent via form submission from M.W. Wolf's Megaverse

Email:
aoskdpada@askod.com, accepts marketing: false

Message:
next you should try saying that KD/A as stolen from k-pop, and Pentakill from Metal bands■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 271 of 593

| | |
|---|---|
| **Date** | Sun, 13 Jul 2025 23:45:42 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ueiju_FjRUSKuDDgm5hUBg@geopod-ismtpd-14> |

Form Submission - Welcome To The Wolf Pack

Email:
christian@linke.com, accepts marketing: false

Message:
Now that's a lot of words for someone who only has been taking L after L.... half your motions stricken, your case dismissed, and now you had to get on your knees and beg the judicial system of another country to please let you fill stuff for free because you cant even pay single legal fee since you are broke af

Sent via form submission from M.W. Wolf's Megaverse

Email:
christian@linke.com, accepts marketing: false

Message:
Now that's a lot of words for someone who only has been taking L after L.... half your motions stricken, your case dismissed, and now you had to get on your knees and beg the judicial system of another country to please let you fill stuff for free because you cant even pay single legal fee since you are broke af

Manage Submissions

Does this submission look like spam? Report it here.

## Message 272 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 00:36:54 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7edaedbce05a4187b929c90d725544be@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
UnitedStates@DistrictJudge.com, accepts marketing: false

Message:
MARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District
JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC

WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC

WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District Judge.MARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District Judge

Sent via form submission from M.W. Wolf's Megaverse

Email:
UnitedStates@DistrictJudge.com, accepts marketing: false

Message:
MARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District

JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/

Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,

Plaintiff,

v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)

)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)

)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)

)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)

)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.

RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/

Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties

shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)

)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)

)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)

)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,

Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin

United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)

JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)

)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties
shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)

)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District Judge.MARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)

)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.

)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC
WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,

Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District JudgeMARC WOLSTENHOLME,
Plaintiff,
v.
RIOT GAMES, INC.,
Defendant.
)
)
)
)
)
)
)
)
)
)
)
Case No. CV 25-0053 FMO (BFMx)
JUDGMENT
IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.
Dated this 12th day of May, 2025.
/s/
Fernando M. Olguin
United States District Judge

Manage Submissions

Does this submission look like spam? Report it here.

## Message 273 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 01:09:46 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3b2df3eb581d409da9a4980cdbade94f@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
nlaja@akja.com, accepts marketing: false

Message:
I can only imagine your crash out after the case gets dismissed a second time

Sent via form submission from M.W. Wolf's Megaverse

Email:
nlaja@akja.com, accepts marketing: false

Message:
I can only imagine your crash out after the case gets dismissed a second time

Manage Submissions

Does this submission look like spam? Report it here.

## Message 274 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 04:03:16 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0DhmTpjOQw22JdDcWK_Sqw@geopod-ismtpd-canary-0> |

Form Submission - Welcome To The Wolf Pack

Email:
Netflix@ma.com, accepts marketing: false

Message:
Reason # 1 why you will never be a published author: this blog

Sent via form submission from M.W. Wolf's Megaverse

Email:
Netflix@ma.com, accepts marketing: false

Message:
Reason # 1 why you will never be a published author: this blog

Manage Submissions

Does this submission look like spam? Report it here.

### Message 275 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 04:23:14 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <055b3a048ad84b8986d66be98570023f@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
wiki@pedia.com, accepts marketing: false

Message:
https://en.m.wikipedia.org/wiki/List_of_video_game_genres

Sent via form submission from M.W. Wolf's Megaverse

Email:
wiki@pedia.com, accepts marketing: false

Message:
https://en.m.wikipedia.org/wiki/List_of_video_game_genres

Manage Submissions

Does this submission look like spam? Report it here.

## Message 276 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 07:08:59 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <5f59b2ff53ed4fbfbc7d20dcb64720c4@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ceoof@riot.com, accepts marketing: false

Message:
...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you, or like they don't have the best hackers in the world to delete all evidence ...
... just saying ( ■ω■)

Sent via form submission from M.W. Wolf's Megaverse

Email:
ceoof@riot.com, accepts marketing: false

Message:
...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you, or like they don't have the best hackers in the world to delete all evidence ...
... just saying ( ■ω■)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 277 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 11:26:22 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <or0L1SCcRZqLkG1vjBG5cw@geopod-ismtpd-14> |

Form Submission - Welcome To The Wolf Pack

Email:
niag@lahs.com, accepts marketing: false

Message:
U are not gonna believe this but
K/DA is actually a copy of K-Pop Demon Hunters ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
niag@lahs.com, accepts marketing: false

Message:
U are not gonna believe this but
K/DA is actually a copy of K-Pop Demon Hunters ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 278 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 13:09:30 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | cia_foia@ucia.gov, "U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk" <efilerhelp@ca9.uscourts.gov>, lisa.nandy.mp@parliament.uk, "SULTANA, Zarah" <zarah.sultana.mp@parliament.uk>, "OWATEMI, Taiwo" <taiwo.owatemi.mp@parliament.uk>, "Los Angeles County District Attorney's Office" <info@da.lacounty.gov>, libertyinvestigates@libertyhumanrights.org.uk, privacy@unitedtalent.com, cbglegal@curtisbrowngroup.co.uk, courriel.prefecturepoliceparis@interieur.gouv.fr, intellectual.property@cityoflondon.police.uk, peter.kyle.mp@parliament.uk, public.enquiries@hmtreasury.gov.uk, production@wearecreative.uk, david.lammy.mp@parliament.uk, digital@west-midlands.pnn.police.uk, john.healey.mp@parliament.uk, aaron.moss@msk.com, ontact.center@calcivilrights.ca.gov, keir.starmer.constituency@parliament.uk, chris.bryant.mp@parliament.uk, bfinetworkfunding@bfi.org.uk, new.scotland.yard@met.police.uk, nfo@da.lacounty.gov, Web_Inquiry@foreign.senate.gov, ecf-helpdesk@cacd.uscourts.gov, general.enquiries@judicialconduct.gov.uk, rachel.reeves.mp@parliament.uk, jonathan.reynolds.mp@parliament.uk, rachel@rachelreeves.org.uk, report@sfo.gsi.gov.uk, rayding@tencent.com, ress@ign.com, tips@game-developer.com, tmundy@aevitascreative.com, The Action Fraud Team <no_reply@actionfraud.police.uk>, info@unitedtalent.com, oiac@grancanaria.com, arbiter.mail@wipo.int, Jonny Geller Submissions <gellerofficesubmissions@curtisbrown.co.uk>, developmentcoordinator@bfi.org.uk, foipaquestions@fbi.gov, fac@parliament.uk, foiarequests@cma.gov.uk, gcarrigan@unitedagents.co.uk, "Geller, Josh" <Josh.Geller@msk.com>, hgs@msk.com |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK2XuEH=0wb5B1L0dXjfZTJyGoXxm17F43XaUL7U4Y=ZSQ@mail.gmail.com> |

Monday Morning Stab Threat from Riot's Cult.

Dear all,

Please meet the community Riot Games has chosen to build and protect. I receive toxic messages and abuse on a daily basis, and Riot has done nothing to stop it. This morning, I woke up to a message staying Riot will "pay 20K to a crackhead to jump you and kill you instead of paying billions."

I will not stay silent. These attempts to wear me down only strengthen my commitment to the truth and to justice and my duty to the public.

This is not just a reflection of Riot's player base. It is a reflection of Riot's leadership. The company continues to ignore serious issues, enable retaliation, and silence those who speak up. Riot avoids accountability and hides behind polished branding while enabling real harm.

During a court-ordered meet and confer, Riot's legal counsel, Josh Geller, made several sweeping and dismissive claims. He stated that the abuse I described does not exist. He claimed I made it all up. He said Riot has never seen evidence of harassment, misconduct, or intellectual property theft, despite over 1,500 pages of court filings. He asserted that Christian Linke never saw my manuscript, that the entire Arcane series was written before the end of 2019, that Riot never accepted manuscript submissions for Arcane, that my timeline was wrong, and that the ambush Wayback Machine captures proving submission portals were meaningless. All of this has been shown to be false.

These statements contradict documented facts, sworn filings, and the evidence Riot has been trying to erase from the public record. Riot has denied the existence of submission systems that were accessible through Riot Forge. They have attempted to invalidate the timeline through claims that do not hold under scrutiny. While saying they never accepted submissions, they simultaneously move to purge historical evidence from the Wayback Machine during active litigation. This is not accidental, it's coordinated.

Riot's behaviour is part of a consistent and damaging pattern. Through silence, retaliation, and intimidation, the company has allowed abuse and harmful conduct to thrive. This extends beyond in-game toxicity. Riot dismisses legitimate concerns, suppresses reports, and protects itself at the expense of creators, players, and whistleblowers.

By refusing to take responsibility, Riot confirms what its silence already implies. Harmful behaviour is permitted. Accountability is avoided. The truth does not matter unless it serves Riot's interests.

This is not just unethical. It raises serious legal questions. Riot's conduct, as documented in the ongoing lawsuit, points to multiple possible

violations:

*Fraud on the court:* If Riot knowingly introduced false or manipulated evidence or misrepresented facts during official proceedings.

*Spoliation of evidence:* If Riot arranged for the removal of online records or archive materials relevant to the case, particularly from the Internet Archive and with Chronodisk's services.

*Bad faith in legal negotiations: *If Riot's legal team made false statements during settlement discussions to mislead or deflect scrutiny.

*Intentional infliction of emotional distress: *If Riot or its agents knowingly escalated emotional harm, particularly by targeting trauma and using tactics designed to discredit or isolate a vulnerable litigant.

*Disability-based retaliation:* If Riot's behaviour disregarded or exploited my disability, especially in the context of ongoing legal pressure and harassment.

*Copyright infringement and unfair competition:* If Riot used my original manuscript to develop Arcane and other Riot properties while denying access and ownership, this forms the basis of my core legal claims.

I'd say, given half an opportunity, Riot will be shown to be guilty of all of the above. Riot has had many opportunities to resolve this. Instead, it has chosen silence, denial, and erasure. When confronted with evidence, they pivot to technicalities. When asked for accountability, they retreat behind corporate statements and legal stonewalling.

Today, Riot have to file a response to the Court's order dated July 2, 2025, directing the parties to file supplemental briefs addressing the impact of United States v. Yafa, 136 F.4th 1194 (9th Cir. 2025).

We can expect the same projection, counter claims, skirting around the issue and other nonsensical responses aimed at wasting the court's time, wearing down the Plaintiff and directing the court into nonsensical grounds so they can bury the claims in seas of mess to hide the truth and have the cases dismissed on technicalities. When powerful and abusive companies act like this in litigation, the court, Jury and Judges and everyone else knows they are as guilty as sin itself.

This is the culture Riot has created. It rewards those who take, punishes those who speak, shields those who profit and causes as much mess and destruction, sabotage and theft on the US and UK markets as possible.

This is the community Riot has chosen to support. I will continue to tell the truth, document the facts, and pursue justice, no matter how long it takes.

Marc Wolstenholme

Coventry, United Kingdom

14th July 2025

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Mon, 14 Jul 2025 at 08:09
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* ceoof@riot.com, accepts marketing: false

*Message:* ...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you, or like they don't have the best hackers in the world to delete all evidence ...
... just saying ( ■ω■)

Sent via form submission from *M.W. Wolf's Megaverse
<https://comms-sl-events.squarespace.info/?ref=HrwAAFgYZ-mj8NBuExjsSZKHpWcH6GHYAQAAADMEpVABxlkEuju-dP0OI8bcoSVBXjORDSO_nVsmeVovYJv3Tlur8JKYpt13W-CXzYyf5LnwZltuZ68z28TPG8SqaEZihONrtR8VG43if82O5lT3BrYLvoluBk1-S7dlxJgMF1rINb0BF7aXwJgTejo2PvKKm2qhku_IJBV6WqYR0XBiJF4jd3L9T6xsTeBO0Cni3zqLnQJKNUyn6ZeoZIdkC6dkiMX2MsPawoiuFpEAW_H_zmDGFh8rj1-1HF-1FKl-5Q4cgUxPa9yT97IpXgA>*

*Email:* ceoof@riot.com, accepts marketing: false

*Message:* ...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you,

or like they don't have the best hackers in the world to delete all
evidence ...
... just saying ( ■ω■)

Manage Submissions
<https://comms-sl-events.squarespace.info/?ref=HrwAABkjbi4xLDP-8lXg96b3SoLIP04JAQAAADMEpVABxlkEuju-dP0OI8bcoSVBXjORDSO_nVsmeVovYJv3Tlur8JKYpt13W-CXzYyf5LnwZltuZ68z28TPG8SqaEZihONrtR8VG43if82O5lT3BrYLvoluBk1-S7dlxJgMF1rINb0BF7aXwJgTejqwerM7eKCmFrLysdPpI4uO6_oAKyQYsXCDO7xo_k3G8_m8E6M2anTQ6bvxfF4SXQL4XF6IhC2gqSJkZt2zbADc5hHplQ85UCRdDQPEqsxs4Ma3HGqnZozRYhHh3C93MIrrTmD2nh_S1LKCMH7s9Aql7HUB-xPjmRXnWEP8juUFKR1Y122RGBcJgHSt3cDX6sPiSXrsh-XJsBPIO0SXTdNV>

Does this submission look like spam? Report it here.
<https://comms-sl-events.squarespace.info/?ref=HrwAAB3Ums2Ol0yYLPMJp71jfZe67rRqAQAAADMEpVABxlkEuju-dP0OI8bcoSVBXjORDSO_nVsmeVovYJv3Tlur8JKYpt13W-CXzYyf5LnwZltuZ68z28TPG8SqaEZihONrtR8VG43if82O5lT3BrYLvoluBk1-S7dlxIN2l9yy_uZlhGxN0lgbVuN_R9kqf6_vSOZmdhJnSk7Wilnjv6Bs7L9bKACvgyR5vn7aH6hHOWmocRiCCoBS5GOLZg8GlI-JUvBJH7BoWXi-pAw14F94VkytLIEIDBt1E68QscMmDSLzxZYDnCyRKNpNuxcOMBp7KEPjhqSwzx5RKcSFu1oUpOn2o25vGOTi2lYBkkmFe5QEUAZmFa-NS3OUYAGVSzUip65YJu0C0jc3Hj141fkIHRFAA69sIBPOPiNwP3M1Bh31bOLSQv2SZw76j4vZh1KhUGvdxcD3ns0i>

Monday Morning Stab Threat
from Riot’s Cult.

Dear all,

Please meet the community Riot Games has chosen to build and protect. I receive toxic messages and abuse on a daily basis, and Riot has done nothing to stop it. This morning, I woke up to a message staying Riot will “pay 20K to a crackhead to jump you and kill you instead of paying billions.”

I will not stay silent. These attempts to wear me down only strengthen my commitment to the truth and to justice and my duty to the public.

This is not just a reflection of Riot's player base. It is a reflection of Riot's leadership. The company continues to ignore serious issues, enable retaliation, and silence those who speak up. Riot avoids accountability and hides behind polished branding while enabling real harm.

During a court-ordered meet and confer, Riot’s legal counsel, Josh Geller, made several sweeping and dismissive claims. He stated that the abuse I described does not exist. He claimed I made it all up. He said Riot has never seen evidence of harassment, misconduct, or intellectual property theft, despite over 1,500 pages of court filings. He asserted that Christian Linke never saw my manuscript, that the entire Arcane series was written before the end of 2019, that Riot never accepted manuscript submissions for Arcane, that my timeline was wrong, and that the ambush Wayback Machine captures proving submission portals were meaningless. All of this has been shown to be false.

These statements contradict documented facts, sworn filings, and the evidence Riot has been trying to erase from the public record. Riot has denied the existence of submission systems that were accessible through Riot Forge. They have attempted to invalidate the timeline through claims that do not hold under scrutiny. While saying they never accepted submissions, they simultaneously move to purge historical evidence from the Wayback Machine during active litigation. This is not accidental, it’s coordinated.

Riot’s behaviour is part of a consistent and damaging pattern. Through silence, retaliation, and intimidation, the company has allowed abuse and harmful conduct to thrive. This extends beyond in-game toxicity. Riot dismisses legitimate concerns, suppresses reports, and protects itself at the expense of creators, players, and whistleblowers.

By refusing to take responsibility, Riot confirms what its silence already implies. Harmful behaviour is permitted. Accountability is avoided. The truth does not matter unless it serves Riot’s interests.

This is not just unethical. It raises serious legal questions. Riot’s conduct, as documented in the ongoing lawsuit, points to multiple possible violations:

Fraud on the court: If Riot knowingly introduced false or manipulated evidence or misrepresented facts during official proceedings.

Spoliation of evidence: If Riot arranged for the removal of online records or archive materials relevant to the case, particularly from the Internet Archive and with Chronodisk’s services.

Bad faith in legal negotiations: If Riot’s legal team made false statements during settlement discussions to mislead or deflect

scrutiny.

Intentional infliction of emotional distress: If Riot or its agents knowingly escalated emotional harm, particularly by targeting trauma and using tactics designed to discredit or isolate a vulnerable litigant.

Disability-based retaliation: If Riot's behaviour disregarded or exploited my disability, especially in the context of ongoing legal pressure and harassment.

Copyright infringement and unfair competition: If Riot used my original manuscript to develop Arcane and other Riot properties while denying access and ownership, this forms the basis of my core legal claims.

I'd say, given half an opportunity, Riot will be shown to be guilty of all of the above. Riot has had many opportunities to resolve this. Instead, it has chosen silence, denial, and erasure. When confronted with evidence, they pivot to technicalities. When asked for accountability, they retreat behind corporate statements and legal stonewalling.

Today, Riot have to file a response to the Court's order dated July 2, 2025, directing the parties to file supplemental briefs addressing the impact of United States v. Yafa, 136 F.4th 1194 (9th Cir. 2025).

We can expect the same projection, counter claims, skirting around the issue and other nonsensical responses aimed at wasting the court's time, wearing down the Plaintiff and directing the court into nonsensical grounds so they can bury the claims in seas of mess to hide the truth and have the cases dismissed on technicalities. When powerful and abusive companies act like this in litigation, the court, Jury and Judges and everyone else knows they are as guilty as sin itself.

This is the culture Riot has created. It rewards those who take, punishes those who speak, shields those who profit and causes as much mess and destruction, sabotage and theft on the US and UK markets as possible.

This is the community Riot has chosen to support. I will continue to tell the truth, document the facts, and pursue justice, no matter how long it takes.

Marc Wolstenholme

Coventry, United Kingdom

14th July 2025

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Mon, 14 Jul 2025 at 08:09
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
ceoof@riot.com, accepts marketing: false

Message:
...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you, or like they don't have the best hackers in the world to delete all evidence ...
... just saying ( ■ω■)

Sent via form submission from M.W. Wolf's Megaverse

Email:
ceoof@riot.com, accepts marketing: false

Message:
...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you, or like they don't have the best hackers in the world to delete all evidence ...
... just saying ( ■ω■)

Manage Submissions

Does this submission look like spam? Report it here.

### Message 279 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 05:30:32 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6874f868.050a0220.39afad.ff77.GMR@mx.google.com> |

** Recipient inbox full **

Your message couldn't be delivered to rachel@rachelreeves.org.uk. Their inbox is full or it's receiving too much mail at the moment.

Learn more here: https://postmaster.1und1.de/en/case?c=r1503&i=ip&v=209.85.167.42&r=1N7wWL-1ugGU73t91-00zc8B
(Warning: This link will take you to a third-party site)

The response from the remote server was:
552 Requested mail action aborted: exceeded storage allocation Quota exceeded. For explanation visit
https://postmaster.1und1.de/en/case?c=r1503&i=ip&v=209.85.167.42&r=1N7wWL-1ugGU73t91-00zc8B

Recipient inbox full

Your message couldn't be delivered to rachel@rachelreeves.org.uk. Their inbox is full or it's receiving too much mail at the moment.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

552 Requested mail action aborted: exceeded storage allocation Quota exceeded. For explanation visit
https://postmaster.1und1.de/en/case?c=r1503&i=ip&v=209.85.167.42&r=1N7wWL-1ugGU73t91-00zc8B

## Message 280 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 05:30:32 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6874f868.050a0220.39afad.ff76.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to report@sfo.gsi.gov.uk because the domain sfo.gsi.gov.uk couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

DNS Error: DNS type 'mx' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'mx' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'aaaa' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'aaaa' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'a' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'a' lookup of sfo.gsi.gov.uk had no relevant answers.

Address not found

Your message wasn't delivered to report@sfo.gsi.gov.uk because the domain sfo.gsi.gov.uk couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

DNS Error: DNS type 'mx' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'mx' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'aaaa' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'aaaa' lookup of sfo.gsi.gov.uk had no relevant answers.
DNS type 'a' lookup of sfo.gsi.gov.uk responded with code NOERROR
DNS type 'a' lookup of sfo.gsi.gov.uk had no relevant answers.

### Message 281 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 05:30:32 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6874f868.050a0220.39afad.ff75.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to ress@ign.com because the address couldn't be found or is unable to receive email.

Learn more here: https://support.google.com/mail/?p=NoSuchUser

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 2adb3069b0e04-5593c7f4a50sor1843291e87.8 - gsmtp

Address not found

Your message wasn't delivered to ress@ign.com because the address couldn't be found or is unable to receive email.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 2adb3069b0e04-5593c7f4a50sor1843291e87.8 - gsmtp

## Message 282 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 05:30:33 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6874f869.050a0220.39afad.ff7c.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to production@wearecreative.uk because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DU6PEPF00009524.eurprd02.prod.outlook.com 2025-07-14T12:30:33.456Z 08DDBECDC68170F7]

Address not found

Your message wasn't delivered to production@wearecreative.uk because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DU6PEPF00009524.eurprd02.prod.outlook.com 2025-07-14T12:30:33.456Z 08DDBECDC68170F7]

## Message 283 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 05:30:33 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6874f869.050a0220.39afad.ff7d.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to nfo@da.lacounty.gov because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS1PEPF00017E07.namprd09.prod.outlook.com 2025-07-14T12:30:33.814Z 08DDC1FA6F6F0164]

Address not found

Your message wasn't delivered to nfo@da.lacounty.gov because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS1PEPF00017E07.namprd09.prod.outlook.com 2025-07-14T12:30:33.814Z 08DDC1FA6F6F0164]

### Message 284 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 05:30:33 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6874f869.050a0220.39afad.ff7b.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to new.scotland.yard@met.police.uk because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DB5PEPF00014B89.eurprd02.prod.outlook.com 2025-07-14T12:30:33.270Z 08DDBE6B661D080A]

Address not found

Your message wasn't delivered to new.scotland.yard@met.police.uk because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DB5PEPF00014B89.eurprd02.prod.outlook.com 2025-07-14T12:30:33.270Z 08DDBE6B661D080A]

### Message 285 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 05:30:33 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6874f869.050a0220.39afad.ff7a.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to digital@west-midlands.pnn.police.uk because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [CW2PEPF000056BA.GBRP265.PROD.OUTLOOK.COM 2025-07-14T12:30:33.214Z 08DDBE6910BB44FA]

Address not found

Your message wasn't delivered to digital@west-midlands.pnn.police.uk because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [CW2PEPF000056BA.GBRP265.PROD.OUTLOOK.COM 2025-07-14T12:30:33.214Z 08DDBE6910BB44FA]

## Message 286 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 05:30:33 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6874f869.050a0220.39afad.ff79.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to courriel.prefecturepoliceparis@interieur.gouv.fr because the address couldn't be found or is unable to receive email.

The response from the remote server was:
554 5.7.1 <courriel.prefecturepoliceparis@interieur.gouv.fr>: Recipient address rejected: 511 "User Unknown"

Address not found

Your message wasn't delivered to courriel.prefecturepoliceparis@interieur.gouv.fr because the address couldn't be found or is unable to receive email.

The response from the remote server was:

554 5.7.1 : Recipient address rejected: 511 "User Unknown"

## Message 287 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 05:30:34 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6874f86a.050a0220.39afad.ff7e.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to ontact.center@calcivilrights.ca.gov because the address couldn't be found or is unable to receive email.

Learn more here: https://aka.ms/EXOSmtpErrors
(Warning: This link will take you to a third-party site)

The response from the remote server was:
550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS1PEPF00017E09.namprd09.prod.outlook.com 2025-07-14T12:30:33.945Z 08DDC23AE7B93957]

Address not found

Your message wasn't delivered to ontact.center@calcivilrights.ca.gov because the address couldn't be found or is unable to receive email.

LEARN MORE

This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS1PEPF00017E09.namprd09.prod.outlook.com 2025-07-14T12:30:33.945Z 08DDC23AE7B93957]

## Message 288 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 20:30:38 +0800 |
| **From** | <postmaster@tencent.com> |
| **To** | <marc@mwwolf-fiction.co.uk> |
| **Subject** | ■■■: [Internet]Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0d438dc3-4a80-476e-94d0-eda476c7c7a8@EX-SZ039.tencent.com> |

■■■■■■■■■■■■■■■■:

rayding@tencent.com<mailto:rayding@tencent.com>
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■:“550 Mailbox not found.
http://service.exmail.qq.com/cgi-bin/help?subtype=1&&id=20022&&no=1000728”■

■■■■■■■■■■■■: bizmx53.qq.com■

■■■■■■■■■■■■:

■■■■■■: EX-SZ039.tencent.com

rayding@tencent.com
bizmx53.qq.com
Remote Server returned '550 Mailbox not found. http://service.exmail.qq.com/cgi-bin/help?subtype=1&&id=20022&&no=1000728'

■■■■■■:

Received: from EX-SZ035.tencent.com (10.28.6.115) by EX-SZ039.tencent.com
(10.28.6.81) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.57; Mon, 14 Jul
2025 20:30:38 +0800
Received: from EX-SZ077.tencent.com (10.28.6.49) by EX-SZ035.tencent.com
(10.28.6.115) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Mon, 14 Jul
2025 20:30:37 +0800
Received: from qq.com (30.171.64.36) by EX-SZ077.tencent.com (10.28.6.49) with
Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Mon, 14 Jul
2025 20:30:37 +0800
Received: from mail-lf1-f42.google.com (unknown [209.85.167.42])
by bizmx53.qq.com (NewMx) with SMTP id
for <rayding@tencent.com>; Mon, 14 Jul 2025 20:30:33 +0800
X-QQ-HITDIVERSE: none
X-QQ-XMRINFO: MPJ6Tf5t3I/ycC2BItcBVIA=
X-BIZMAIL-ID: 18002384883933715498
X-QQ-mid: bizmx53t1752496233t38ec210751
Received: by mail-lf1-f42.google.com with SMTP id 2adb3069b0e04-55502821bd2so4395742e87.2
for <rayding@tencent.com>; Mon, 14 Jul 2025 05:30:35 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1752496232; x=1753101032; darn=tencent.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=hUdFted3aN3Y28RFXI/u97bKUtVw+kPNqSDO1MUCitE=;
b=ftpW2apVNhWuXvbY75FQLn0XdLw5YgA+LhUmBftdIwyGULJ6092Hx9xHIrp3eQAZY3
R1kjmPH/hUynDb1OhN2X/AICwRDwrHU+xBBdEOEC16FU+DpILyFxKOUyZSaStvrUZMdy
TgpKfub18GUqHMs0XaBHlaTXDYu6LNmCiSYOZdyFOXi1Nq8axf9nEmJBx8CoKOsm2Rbf
R9nwnA3f+xB8Ma38xN6C1/3YYbm6zqvlEVaV9IlupIFKCU7gWjHg5T9KUZlUNtoiCvw7
4QOxhaHKUqsT25NJR1JH5x7chHpSygARlVzQ73teHlzkWKrXpDS8XDvIh5kJDHPpVAUc
0Puw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1752496232; x=1753101032;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=hUdFted3aN3Y28RFXI/u97bKUtVw+kPNqSDO1MUCitE=;
b=N/VRUW8GzYuCocbslN+8rCTCXt/Yt3XKLriK4eZCChlWUc8uJzlq3/srA3DtyUuafL
KWrBx3KWYMsOGOd2RurR41eh6V3mKZi8uyht9W3hr7gyodbkdMBYmtEA/QhRrPpl/Lx+
HtkqEl9OJJLKk8E7vhSpCUHkVk8HC4Jhl/D2FFcQJqFYunQ944jom/2L7d7+z1CUuHmY
y2jUgzALc6nzZveGJjidzEkweEU1myBnRLpPIzIWiKjceLT82dh3aRvAVU3dTpZX+1Js
B2cWsXhJj2O65HKlQK07NK0fC3Z9rJdlyUPGdfwy6Cf7Jqdpo0+983fzDlO5fGlVRYV0
nYdg==
X-Forwarded-Encrypted: i=1;
AJvYcCUvMLuBNRT+Gd+BtueryiX79w+IcgfGY3zb0T6VurhW5w5OVlqKY78xnm6l51pAb5pQ+Xh8+++Q@tencent.com

X-Gm-Message-State: AOJu0Yy3zPWVyt4uKErz2rYTc1jsNuaN2T0DnP8ynbQnELTk+TCSCi3O
piob4GmTY8jjMy7PzT1JvPdSXv/mMNGpCawRSpYvN9FyuWB95jGhbf2ZU3h4I/Ws5aEz3m7fmPg
+IZ18FPF4rTOHpSQqLS9+H5R/a9U3vz0LOqE9ciFl1Q==
X-Gm-Gg: ASbGncsTN4lvGhOJvW7p0NhhuZ5q4tCLnyPFMLr+XK7Jj8oZxveok3E72hJ7w728+lX
xP8byKgOygffEIsr1gST7fx02ZYYdryc+PLI56/ZUSaDIgd4OwRyVqIptRbI8VBSmUI3oCpt/Wp
K+jJIeXtcxbIsLTHgFOnZ96aJGi/zjB8hlzPfKCySv2TSyrunouGLsrnXF4BiGA6G9rh2AXz3Gr
ytHmGA=
X-Google-Smtp-Source: AGHT+IHJwR9/M67SnPydU3IjUdX+Js4+H5KOBM3d1BfrOV4VtfWBlleEb4/WrykN3oqGwRVLiJkXZXow6Tc9tWvLYi0=
X-Received: by 2002:a05:6512:3a86:b0:553:291f:92d with SMTP id
2adb3069b0e04-55a04642322mr3795236e87.57.1752496231614; Mon, 14 Jul 2025
05:30:31 -0700 (PDT)
MIME-Version: 1.0
References: <5f59b2ff53ed4fbfbc7d20dcb64720c4@squarespace.info>
In-Reply-To: <5f59b2ff53ed4fbfbc7d20dcb64720c4@squarespace.info>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Mon, 14 Jul 2025 13:09:30 +0100
X-Gm-Features: Ac12FXzAE13CIqMDfpZFVdbAyf_5fnyQjrMTj2AnhRp000JmwrILttDAFDRq7hc
Message-ID: <CANg9FK2XuEH=0wb5B1L0dXjfZTJyGoXxm17F43XaUL7U4Y=ZSQ@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XUZ3ZDogRm9ybSBTdWJtaXNzaW9u?=
=?UTF-8?B?IC0gV2VsY29tZSBUbyBUaGUgV29sZiBQYWNr?=
To: <cia_foia@ucia.gov>, "U.S. Court of Appeals for the Ninth Circuit, E-Filer
Help Desk" <efilerhelp@ca9.uscourts.gov>, <lisa.nandy.mp@parliament.uk>,
"SULTANA, Zarah" <zarah.sultana.mp@parliament.uk>, "OWATEMI, Taiwo"
<taiwo.owatemi.mp@parliament.uk>, Los Angeles County District Attorney's
Office <info@da.lacounty.gov>,
<libertyinvestigates@libertyhumanrights.org.uk>, <privacy@unitedtalent.com>,
<cbglegal@curtisbrowngroup.co.uk>,
<courriel.prefecturepoliceparis@interieur.gouv.fr>,
<intellectual.property@cityoflondon.police.uk>,
<peter.kyle.mp@parliament.uk>, <public.enquiries@hmtreasury.gov.uk>,
<production@wearecreative.uk>, <david.lammy.mp@parliament.uk>,
<digital@west-midlands.pnn.police.uk>, <john.healey.mp@parliament.uk>,
<aaron.moss@msk.com>, <ontact.center@calcivilrights.ca.gov>,
<keir.starmer.constituency@parliament.uk>, <chris.bryant.mp@parliament.uk>,
<bfinetworkfunding@bfi.org.uk>, <new.scotland.yard@met.police.uk>,
<nfo@da.lacounty.gov>, <Web_Inquiry@foreign.senate.gov>,
<ecf-helpdesk@cacd.uscourts.gov>, <general.enquiries@judicialconduct.gov.uk>,
<rachel.reeves.mp@parliament.uk>, <jonathan.reynolds.mp@parliament.uk>,
<rachel@rachelreeves.org.uk>, <report@sfo.gsi.gov.uk>, <rayding@tencent.com>,
<ress@ign.com>, <tips@game-developer.com>, <tmundy@aevitascreative.com>, The
Action Fraud Team <no_reply@actionfraud.police.uk>, <info@unitedtalent.com>,
<oiac@grancanaria.com>, <arbiter.mail@wipo.int>, Jonny Geller Submissions
<gellerofficesubmissions@curtisbrown.co.uk>,
<developmentcoordinator@bfi.org.uk>, <foipaquestions@fbi.gov>,
<fac@parliament.uk>, <foiarequests@cma.gov.uk>,
<gcarrigan@unitedagents.co.uk>, "Geller, Josh" <Josh.Geller@msk.com>,
<hgs@msk.com>
Content-Type: multipart/alternative; boundary="0000000000005b1cd70639e2d374"
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: Mg4i49i72lzvcOdJT7wZSiRei3yldkRH4tIyyIh445X0rKwcbq2MJsnK
3yHRqrC/+ZSVXP1HahB5ESsXWv16qDgiwo8HNnC4JCuKGqLnCq2eCH1eSFBVr7kUHZkSlGF
ZAAedOmOVKR7jzZqhB6emyWLLqS9Ap1POQQ6z3dY1f5yq+PgxgfdusD6aW96+U9FzLYVm7+
b0vwU3MbBMt+CZQp68CnLX9/m3w/KCwZXRy7sVo3oeC0DEzltulmh4S8SBY6DtH6OC/0LcH
Xng722Ry5D4fAIUiKfIaBrxYyd+/f//SVUu9qDJpijxOjepau2PF37KxmMTA+l6VCI1kzwt
6p0wyAhq+AIhMY6gWSdd11jr9y2iDRJZsA9/OYO1JeM/vPNEvaW+CDzoMZAo4/glWA5a9iK
q7F3KcVmRTyUjgt8+mwPt1pCif/H2B3qkpdI/qAf7bgAbwWmDRUKMMS7EZQ/eaNH6LwPv3D
g73kyK683clyVyoSofamc05Se5le7hfL3GEA0bPaAGDl+pHbOQ1+eqVTOlCaSV7ilLQ2Of5
vKR/gIlG4rSG11CfEx7WE9/TJya6T8mDDhku80qKtsYMSmARLmoCUBU3JlwprYHujNOxlya
IeXAV6KSypTlJUX5hCB3aM9lk/4YUM2Qh2jtFJp3pYdeFhiu3PFtNt4x7cBnhE8L4t6RD/Q
4qwWkYn8Nuovo9dQrlCDwHPgqOioKv3dAf/ZNEprj4icbCvmJoR62JvT2SBkvmTS8cI6HTc
iCZJz6b82jD83hJYK8OWuzRO8V0v8I/csRm5Na1o8nqFRDjUpgofup48YUgYsqFAafYYrc6
ctIbKebo7gnzM5LPwbMB8WIqSGor0tOmZAAD0nD7uct0ilI1Ec+NL+5arxKCkhVPRFBhrHk
Ec3MnPIyfvPrdIxhmM6tGJe4rgD71Qo1sELVEsLlKwUIPNrA7xJsK5c4xS1Up0GWQHHLQrH
CYe20jou61XyFphZ6HjKAZh38QcesLHff+rEi/rN4N95ALKmJikCk4+C9aZZ35XeP2q4=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol

f-fiction.co.uk>; dkim=fail(No key) header.d=; dmarc=fail(p=NONE sp=NON
E pct=100) header.from=mwwolf-fiction.co.uk
X-QQ-RECHKSPAM: 0
Return-Path: marc@mwwolf-fiction.co.uk
X-OrganizationHeadersPreserved: EX-SZ039.tencent.com
X-CrossPremisesHeadersFilteredByDsnGenerator: EX-SZ039.tencent.com

■■■■■■■■■■■■■■■■:

rayding@tencent.com

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■:“550 Mailbox not found.
http://service.exmail.qq.com/cgi-bin/help?subtype=1&&id=20022&&no=1000728”■

■■■■■■■■■■■■: bizmx53.qq.com■

■■■■■■■■■■■■:

■■■■■■: EX-SZ039.tencent.com

rayding@tencent.com

bizmx53.qq.com

Remote Server returned '550 Mailbox not found. http://service.exmail.qq.com/cgi-bin/help?subtype=1&&id=20022&&no=1000728'

■■■■■■:

Received: from EX-SZ035.tencent.com (10.28.6.115) by EX-SZ039.tencent.com
(10.28.6.81) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.57; Mon, 14 Jul
2025 20:30:38 +0800
Received: from EX-SZ077.tencent.com (10.28.6.49) by EX-SZ035.tencent.com
(10.28.6.115) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Mon, 14 Jul
2025 20:30:37 +0800
Received: from qq.com (30.171.64.36) by EX-SZ077.tencent.com (10.28.6.49) with
Microsoft SMTP Server id 15.1.2507.39 via Frontend Transport; Mon, 14 Jul
2025 20:30:37 +0800
Received: from mail-lf1-f42.google.com (unknown [209.85.167.42])
by bizmx53.qq.com (NewMx) with SMTP id
for <rayding@tencent.com>; Mon, 14 Jul 2025 20:30:33 +0800
X-QQ-HITDIVERSE: none
X-QQ-XMRINFO: MPJ6Tf5t3I/ycC2BItcBVIA=
X-BIZMAIL-ID: 18002384883933715498
X-QQ-mid: bizmx53t1752496233t38ec210751
Received: by mail-lf1-f42.google.com with SMTP id 2adb3069b0e04-55502821bd2so4395742e87.2
for <rayding@tencent.com>; Mon, 14 Jul 2025 05:30:35 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=mwwolf-fiction-co-uk.20230601.gappssmtp.com; s=20230601; t=1752496232; x=1753101032; darn=tencent.com;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:from:to:cc:subject:date:message-id:reply-to;
bh=hUdFted3aN3Y28RFXI/u97bKUtVw+kPNqSDO1MUCitE=;
b=ftpW2apVNhWuXvbY75FQLn0XdLw5YgA+LhUmBftdIwyGULJ6092Hx9xHIrp3eQAZY3
R1kjmPH/hUynDb1OhN2X/AICwRDwrHU+xBBdEOEC16FU+DpILyFxKOUyZSaStvrUZMdy
TgpKfub18GUqHMs0XaBHlaTXDYu6LNmCiSYOZdyFOXi1Nq8axf9nEmJBx8CoKOsm2Rbf
R9nwnA3f+xB8Ma38xN6C1/3YYbm6zqvlEVaV9IlupIFKCU7gWjHg5T9KUZlUNtoiCvw7
4QOxhaHKUqsT25NJR1JH5x7chHpSygARlVzQ73teHlzkWKrXpDS8XDvIh5kJDHPpVAUc
0Puw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1752496232; x=1753101032;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
bh=hUdFted3aN3Y28RFXI/u97bKUtVw+kPNqSDO1MUCitE=;
b=N/VRUW8GzYuCocbslN+8rCTCXt/Yt3XKLriK4eZCChlWUc8uJzlq3/srA3DtyUuafL
KWrBx3KWYMsOGOd2RurR41eh6V3mKZi8uyht9W3hr7gyodbkdMBYmtEA/QhRrPpl/Lx+
HtkqEl9OJJLKk8E7vhSpCUHkVk8HC4Jhl/D2FFcQJqFYunQ944jom/2L7d7+z1CUuHmY
y2jUgzALc6nzZveGJjidzEkweEU1myBnRLpPIzIWiKjceLT82dh3aRvAVU3dTpZX+1Js
B2cWsXhJj2O65HKlQK07NK0fC3Z9rJdlyUPGdfwy6Cf7Jqdpo0+983fzDlO5fGlVRYV0
nYdg==
X-Forwarded-Encrypted: i=1;
AJvYcCUvMLuBNRT+Gd+BtueryiX79w+IcgfGY3zb0T6VurhW5w5OVlqKY78xnm6l51pAb5pQ+Xh8+++Q@tencent.com
X-Gm-Message-State: AOJu0Yy3zPWVyt4uKErz2rYTc1jsNuaN2T0DnP8ynbQnELTk+TCSCi3O
piob4GmTY8jjMy7PzT1JvPdSXv/mMNGpCawRSpYvN9FyuWB95jGhbf2ZU3h4I/Ws5aEz3m7fmPg
+IZ18FPF4rTOHpSQqLS9+H5R/a9U3vz0LOqE9ciFl1Q==

X-Gm-Gg: ASbGncsTN4lvGhOJvW7p0NhhuZ5q4tCLnyPFMLr+XK7Jj8oZxveok3E72hJ7w728+lX
xP8byKgOygffEIsr1gST7fx02ZYYdryc+PLI56/ZUSaDIgd4OwRyVqIptRbI8VBSmUI3oCpt/Wp
K+jJIeXtcxbIsLTHgFOnZ96aJGi/zjB8hlzPfKCySv2TSyrunouGLsrnXF4BiGA6G9rh2AXz3Gr
ytHmGA=
X-Google-Smtp-Source: AGHT+IHJwR9/M67SnPydU3IjUdX+Js4+H5KOBM3d1BfrOV4VtfWBlleEb4/WrykN3oqGwRVLiJkXZXow6Tc9tWvLYi0=
X-Received: by 2002:a05:6512:3a86:b0:553:291f:92d with SMTP id
2adb3069b0e04-55a04642322mr3795236e87.57.1752496231614; Mon, 14 Jul 2025
05:30:31 -0700 (PDT)
MIME-Version: 1.0
References: <5f59b2ff53ed4fbfbc7d20dcb64720c4@squarespace.info>
In-Reply-To: <5f59b2ff53ed4fbfbc7d20dcb64720c4@squarespace.info>
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Date: Mon, 14 Jul 2025 13:09:30 +0100
X-Gm-Features: Ac12FXzAE13CIqMDfpZFVdbAyf_5fnyQjrMTj2AnhRp000JmwrILttDAFDRq7hc
Message-ID: <CANg9FK2XuEH=0wb5B1L0dXjfZTJyGoXxm17F43XaUL7U4Y=ZSQ@mail.gmail.com>
Subject: =?UTF-8?B?W0ludGVybmV0XUZ3ZDogRm9ybSBTdWJtaXNzaW9u?=
=?UTF-8?B?IC0gV2VsY29tZSBUbyBUaGUgV29sZiBQYWNr?=
To: <cia_foia@ucia.gov>, "U.S. Court of Appeals for the Ninth Circuit, E-Filer
Help Desk" <efilerhelp@ca9.uscourts.gov>, <lisa.nandy.mp@parliament.uk>,
"SULTANA, Zarah" <zarah.sultana.mp@parliament.uk>, "OWATEMI, Taiwo"
<taiwo.owatemi.mp@parliament.uk>, Los Angeles County District Attorney's
Office <info@da.lacounty.gov>,
<libertyinvestigates@libertyhumanrights.org.uk>, <privacy@unitedtalent.com>,
<cbglegal@curtisbrowngroup.co.uk>,
<courriel.prefecturepoliceparis@interieur.gouv.fr>,
<intellectual.property@cityoflondon.police.uk>,
<peter.kyle.mp@parliament.uk>, <public.enquiries@hmtreasury.gov.uk>,
<production@wearecreative.uk>, <david.lammy.mp@parliament.uk>,
<digital@west-midlands.pnn.police.uk>, <john.healey.mp@parliament.uk>,
<aaron.moss@msk.com>, <ontact.center@calcivilrights.ca.gov>,
<keir.starmer.constituency@parliament.uk>, <chris.bryant.mp@parliament.uk>,
<bfinetworkfunding@bfi.org.uk>, <new.scotland.yard@met.police.uk>,
<nfo@da.lacounty.gov>, <Web_Inquiry@foreign.senate.gov>,
<ecf-helpdesk@cacd.uscourts.gov>, <general.enquiries@judicialconduct.gov.uk>,
<rachel.reeves.mp@parliament.uk>, <jonathan.reynolds.mp@parliament.uk>,
<rachel@rachelreeves.org.uk>, <report@sfo.gsi.gov.uk>, <rayding@tencent.com>,
<ress@ign.com>, <tips@game-developer.com>, <tmundy@aevitascreative.com>, The
Action Fraud Team <no_reply@actionfraud.police.uk>, <info@unitedtalent.com>,
<oiac@grancanaria.com>, <arbiter.mail@wipo.int>, Jonny Geller Submissions
<gellerofficesubmissions@curtisbrown.co.uk>,
<developmentcoordinator@bfi.org.uk>, <foipaquestions@fbi.gov>,
<fac@parliament.uk>, <foiarequests@cma.gov.uk>,
<gcarrigan@unitedagents.co.uk>, "Geller, Josh" <Josh.Geller@msk.com>,
<hgs@msk.com>
Content-Type: multipart/alternative; boundary="0000000000005b1cd70639e2d374"
X-QQ-SENDSIZE: 520
Feedback-ID: bizmx:mwwolf-fiction.co.uk:qybglogicsvrgz:qybglogicsvrgz8a-0
X-QQ-XMAILINFO: Mg4i49i72lzvcOdJT7wZSiRei3yldkRH4tIyyIh445X0rKwcbq2MJsnK
3yHRqrC/+ZSVXP1HahB5ESsXWv16qDgiwo8HNnC4JCuKGqLnCq2eCH1eSFBVr7kUHZkSlGF
ZAAedOmOVKR7jzZqhB6emyWLLqS9Ap1POQQ6z3dY1f5yq+PgxgfdusD6aW96+U9FzLYVm7+
b0vwU3MbBMt+CZQp68CnLX9/m3w/KCwZXRy7sVo3oeC0DEzltulmh4S8SBY6DtH6OC/0LcH
Xng722Ry5D4fAIUiKfIaBrxYyd+/f//SVUu9qDJpijxOjepau2PF37KxmMTA+l6VCI1kzwt
6p0wyAhq+AIhMY6gWSdd11jr9y2iDRJZsA9/OYO1JeM/vPNEvaW+CDzoMZAo4/glWA5a9iK
q7F3KcVmRTyUjgt8+mwPt1pCif/H2B3qkpdI/qAf7bgAbwWmDRUKMMS7EZQ/eaNH6LwPv3D
g73kyK683clyVyoSofamc05Se5le7hfL3GEA0bPaAGDl+pHbOQ1+eqVTOlCaSV7ilLQ2Of5
vKR/gIlG4rSG11CfEx7WE9/TJya6T8mDDhku80qKtsYMSmARLmoCUBU3JlwprYHujNOxlya
IeXAV6KSypTlJUX5hCB3aM9lk/4YUM2Qh2jtFJp3pYdeFhiu3PFtNt4x7cBnhE8L4t6RD/Q
4qwWkYn8Nuovo9dQrlCDwHPgqOioKv3dAf/ZNEprj4icbCvmJoR62JvT2SBkvmTS8cI6HTc
iCZJz6b82jD83hJYK8OWuzRO8V0v8I/csRm5Na1o8nqFRDjUpgofup48YUgYsqFAafYYrc6
ctIbKebo7gnzM5LPwbMB8WIqSGor0tOmZAAD0nD7uct0ilI1Ec+NL+5arxKCkhVPRFBhrHk
Ec3MnPIyfvPrdIxhmM6tGJe4rgD71Qo1sELVEsLlKwUIPNrA7xJsK5c4xS1Up0GWQHHLQrH
CYe20jou61XyFphZ6HjKAZh38QcesLHff+rEi/rN4N95ALKmJikCk4+C9aZZ35XeP2q4=
Authentication-Results: mxbiz.qq.com; spf=none smtp.mailfrom=<marc@mwwol
f-fiction.co.uk>; dkim=fail(No key) header.d=; dmarc=fail(p=NONE sp=NON
E pct=100) header.from=mwwolf-fiction.co.uk
X-QQ-RECHKSPAM: 0

Return-Path: marc@mwwolf-fiction.co.uk
X-OrganizationHeadersPreserved: EX-SZ039.tencent.com
X-CrossPremisesHeadersFilteredByDsnGenerator: EX-SZ039.tencent.com

Monday Morning Stab Threat from Riot's Cult.

Dear all,

Please meet the community Riot Games has chosen to build and protect. I receive toxic messages and abuse on a daily basis, and Riot has done nothing to stop it. This morning, I woke up to a message staying Riot will "pay 20K to a crackhead to jump you and kill you instead of paying billions."

I will not stay silent. These attempts to wear me down only strengthen my commitment to the truth and to justice and my duty to the public.

This is not just a reflection of Riot's player base. It is a reflection of Riot's leadership. The company continues to ignore serious issues, enable retaliation, and silence those who speak up. Riot avoids accountability and hides behind polished branding while enabling real harm.

During a court-ordered meet and confer, Riot's legal counsel, Josh Geller, made several sweeping and dismissive claims. He stated that the abuse I described does not exist. He claimed I made it all up. He said Riot has never seen evidence of harassment, misconduct, or intellectual property theft, despite over 1,500 pages of court filings. He asserted that Christian Linke never saw my manuscript, that the entire Arcane series was written before the end of 2019, that Riot never accepted manuscript submissions for Arcane, that my timeline was wrong, and that the ambush Wayback Machine captures proving submission portals were meaningless. All of this has been shown to be false.

These statements contradict documented facts, sworn filings, and the evidence Riot has been trying to erase from the public record. Riot has denied the existence of submission systems that were accessible through Riot Forge. They have attempted to invalidate the timeline through claims that do not hold under scrutiny. While saying they never accepted submissions, they simultaneously move to purge historical evidence from the Wayback Machine during active litigation. This is not accidental, it's coordinated.

Riot's behaviour is part of a consistent and damaging pattern. Through silence, retaliation, and intimidation, the company has allowed abuse and harmful conduct to thrive. This extends beyond in-game toxicity. Riot dismisses legitimate concerns, suppresses reports, and protects itself at the expense of creators, players, and whistleblowers.

By refusing to take responsibility, Riot confirms what its silence already implies. Harmful behaviour is permitted. Accountability is avoided. The truth does not matter unless it serves Riot's interests.

This is not just unethical. It raises serious legal questions. Riot's conduct, as documented in the ongoing lawsuit, points to multiple possible violations:

*Fraud on the court:* If Riot knowingly introduced false or manipulated evidence or misrepresented facts during official proceedings.

*Spoliation of evidence:* If Riot arranged for the removal of online records or archive materials relevant to the case, particularly from the Internet Archive and with Chronodisk's services.

*Bad faith in legal negotiations: *If Riot's legal team made false statements during settlement discussions to mislead or deflect scrutiny.

*Intentional infliction of emotional distress: *If Riot or its agents knowingly escalated emotional harm, particularly by targeting trauma and using tactics designed to discredit or isolate a vulnerable litigant.

*Disability-based retaliation:* If Riot's behaviour disregarded or exploited my disability, especially in the context of ongoing legal pressure and harassment.

*Copyright infringement and unfair competition:* If Riot used my original manuscript to develop Arcane and other Riot properties while denying access and ownership, this forms the basis of my core legal claims.

I'd say, given half an opportunity, Riot will be shown to be guilty of all of the above. Riot has had many opportunities to resolve this. Instead, it has chosen silence, denial, and erasure. When confronted with evidence, they pivot to technicalities. When asked for accountability, they retreat behind corporate statements and legal stonewalling.

Today, Riot have to file a response to the Court's order dated July 2, 2025, directing the parties to file supplemental briefs addressing the impact of United States v. Yafa, 136 F.4th 1194 (9th Cir. 2025).

We can expect the same projection, counter claims, skirting around the issue and other nonsensical responses aimed at wasting the court's time, wearing down the Plaintiff and directing the court into nonsensical grounds so they can bury the claims in seas of mess to hide the truth and have the cases dismissed on technicalities. When powerful and abusive companies act like this in litigation, the court, Jury and Judges and everyone else knows they are as guilty as sin itself.

This is the culture Riot has created. It rewards those who take, punishes those who speak, shields those who profit and causes as much mess and destruction, sabotage and theft on the US and UK markets as possible.

This is the community Riot has chosen to support. I will continue to tell the truth, document the facts, and pursue justice, no matter how long it takes.

Marc Wolstenholme

Coventry, United Kingdom

14th July 2025

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Mon, 14 Jul 2025 at 08:09
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* ceoof@riot.com, accepts marketing: false

*Message:* ...and what makes you think it would not be waaaaaaaay cheaper
for Riot to pay 20K to a crackhead to jump you and kill you instead of
paying billions in your supposed lawsuit? Is not like they can't find you,
or like they don't have the best hackers in the world to delete all
evidence ...
... just saying ( ■ω■)

Sent via form submission from *M.W. Wolf's Megaverse
<https://comms-sl-events.squarespace.info/?ref=HrwAAFgYZ-mj8NBuExjsSZKHpWcH6GHYAQAAADMEpVABxlkEuju-dP0OI8bcoSVBXjORDSO_nVsmeVovYJv3Tlur8JKYpt13W-CXzYyf5LnwZltuZ68z28TPG8SqaEZihONrtR8VG43if82O5lT3BrYLvoluBk1-S7dlxJgMF1rINb0BF7aXwJgTejo2PvKKm2qhku_IJBV6WqYR0XBiJF4jd3L9T6xsTeBO0Cni3zqLnQJKNUyn6ZeoZIdkC6dkiMX2MsPawoiuFpEAW_H_zmDGFh8rj1-1HF-1FKl-5Q4cgUxPa9yT97IpXgA>*

*Email:* ceoof@riot.com, accepts marketing: false

*Message:* ...and what makes you think it would not be waaaaaaaay cheaper
for Riot to pay 20K to a crackhead to jump you and kill you instead of
paying billions in your supposed lawsuit? Is not like they can't find you,
or like they don't have the best hackers in the world to delete all
evidence ...
... just saying ( ■ω■)

Manage Submissions
<https://comms-sl-events.squarespace.info/?ref=HrwAABkjbi4xLDP-8lXg96b3SoLIP04JAQAAADMEpVABxlkEuju-dP0OI8bcoSVBXjORDSO_nVsmeVovYJv3Tlur8JKYpt13W-CXzYyf5LnwZltuZ68z28TPG8SqaEZihONrtR8VG43if82O5lT3BrYLvoluBk1-S7dlxJgMF1rINb0BF7aXwJgTejqwerM7eKCmFrLysdPpI4uO6_oAKyQYsXCDO7xo_k3G8_m8E6M2anTQ6bvxfF4SXQL4XF6IhC2gqSJkZt2zbADc5hHplQ85UCRdDQPEqsxs4Ma3HGqnZozRYhHh3C93MIrrTmD2nh_S1LKCMH7s9Aql7HUB-xPjmRXnWEP8juUFKR1Y122RGBcJgHSt3cDX6sPiSXrsh-XJsBPIO0SXTdNV>

Does this submission look like spam? Report it here.
<https://comms-sl-events.squarespace.info/?ref=HrwAAB3Ums2Ol0yYLPMJp71jfZe67rRqAQAAADMEpVABxlkEuju-dP0OI8bcoSVBXjORDSO_nVsmeVovYJv3Tlur8JKYpt13W-CXzYyf5LnwZltuZ68z28TPG8SqaEZihONrtR8VG43if82O5lT3BrYLvoluBk1-S7dlxIN2l9yy_uZlhGxN0lgbVuN_R9kqf6_vSOZmdhJnSk7Wilnjv6Bs7L9bKACvgyR5vn7aH6hHOWmocRiCCoBS5GOLZg8GlI-JUvBJH7BoWXi-pAw14F94VkytLIEIDBt1E68QscMmDSLzxZYDnCyRKNpNuxcOMBp7KEPjhqSwzx5RKcSFu1oUpOn2o25vGOTi2lYBkkmFe5QEUAZmFa-NS3OUYAGVSzUip65YJu0C0jc3Hj141fkIHRFAA69sIBPOPiNwP3M1Bh31bOLSQv2SZw76j4vZh1KhUGvdxcD3ns0i>

Monday Morning Stab Threat
from Riot's Cult.

Dear all,

Please meet the community Riot Games has chosen to build and protect. I receive toxic messages and abuse on a daily basis, and Riot has done nothing to stop it. This morning, I woke up to a message staying Riot will “pay 20K to a crackhead to jump you and kill you instead of paying billions.”

I will not stay silent. These attempts to wear me down only strengthen my commitment to the truth and to justice and my duty to the public.

This is not just a reflection of Riot's player base. It is a reflection of Riot's leadership. The company continues to ignore serious issues, enable retaliation, and silence those who speak up. Riot avoids accountability and hides behind polished branding while enabling real harm.

During a court-ordered meet and confer, Riot’s legal counsel, Josh Geller, made several sweeping and dismissive claims. He stated that the abuse I described does not exist. He claimed I made it all up. He said Riot has never seen evidence of harassment, misconduct, or intellectual property theft, despite over 1,500 pages of court filings. He asserted that Christian Linke never saw my manuscript, that the entire Arcane series was written before the end of 2019, that Riot never accepted manuscript submissions for Arcane, that my timeline was wrong, and that the ambush Wayback Machine captures proving submission portals were meaningless. All of this has been shown to be false.

These statements contradict documented facts, sworn filings, and the evidence Riot has been trying to erase from the public record. Riot has denied the existence of submission systems that were accessible through Riot Forge. They have attempted to invalidate the timeline through claims that do not hold under scrutiny. While saying they never accepted submissions, they simultaneously move to purge historical evidence from the Wayback Machine during active litigation. This is not accidental, it’s coordinated.

Riot’s behaviour is part of a consistent and damaging pattern. Through silence, retaliation, and intimidation, the company has allowed abuse and harmful conduct to thrive. This extends beyond in-game toxicity. Riot dismisses legitimate concerns, suppresses reports, and protects itself at the expense of creators, players, and whistleblowers.

By refusing to take responsibility, Riot confirms what its silence already implies. Harmful behaviour is permitted. Accountability is avoided. The truth does not matter unless it serves Riot’s interests.

This is not just unethical. It raises serious legal questions. Riot’s conduct, as documented in the ongoing lawsuit, points to multiple possible violations:

Fraud on the court: If Riot knowingly introduced false or manipulated evidence or misrepresented facts during official proceedings.

Spoliation of evidence: If Riot arranged for the removal of online records or archive materials relevant to the case, particularly from the Internet Archive and with Chronodisk’s services.

Bad faith in legal negotiations: If Riot’s legal team made false statements during settlement discussions to mislead or deflect scrutiny.

Intentional infliction of emotional distress: If Riot or its agents knowingly escalated emotional harm, particularly by targeting trauma and using tactics designed to discredit or isolate a vulnerable litigant.

Disability-based retaliation: If Riot’s behaviour disregarded or exploited my disability, especially in the context of ongoing legal pressure and harassment.

Copyright infringement and unfair competition: If Riot used my original manuscript to develop Arcane and other Riot properties while denying access and ownership, this forms the basis of my core legal claims.

I’d say, given half an opportunity, Riot will be shown to be guilty of all of the above. Riot has had many opportunities to resolve this. Instead, it has chosen silence, denial, and erasure. When confronted with evidence, they pivot to technicalities. When asked for accountability, they retreat behind corporate statements and legal stonewalling.

Today, Riot have to file a response to the Court's order dated July 2, 2025, directing the parties to file supplemental briefs addressing the impact of United States v. Yafa, 136 F.4th 1194 (9th Cir. 2025).

We can expect the same projection, counter claims, skirting around the issue and other nonsensical responses aimed at wasting the court's time, wearing down the Plaintiff and directing the court into nonsensical grounds so they can bury the claims in seas of mess to hide the truth and have the cases dismissed on technicalities. When powerful and abusive companies act like this in litigation, the court, Jury and Judges and everyone else knows they are as guilty as sin itself.

This is the culture Riot has created. It rewards those who take, punishes those who speak, shields those who profit and causes as much mess and destruction, sabotage and theft on the US and UK markets as possible.

This is the community Riot has chosen to support. I will continue to tell the truth, document the facts, and pursue justice, no matter how long it takes.

Marc Wolstenholme

Coventry, United Kingdom

14th July 2025

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Mon, 14 Jul 2025 at 08:09
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
ceoof@riot.com, accepts marketing: false

Message:
...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you, or like they don't have the best hackers in the world to delete all evidence ...
... just saying ( ■ω■)

Sent via form submission from M.W. Wolf's Megaverse

Email:
ceoof@riot.com, accepts marketing: false

Message:
...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you, or like they don't have the best hackers in the world to delete all evidence ...
... just saying ( ■ω■)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 289 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 15:42:05 +0000 |
| **From** | Los Angeles County District Attorney's Office <info@da.lacounty.gov> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | Re: [External]Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <DM8PR09MB646961CD3F1C439EE6BFA98E8A54A@DM8PR09MB6469.namprd09.prod.outlook.com> |

Good Morning,

Please be advised that all crimes must be reported to the police for a proper investigation. Absent such an investigation and a criminal finding, this office is unable to act. Please report the crime to the appropriate law enforcement agency in the jurisdiction where the crime occurred. Thank you.

Los Angeles County District Attorney's Office

---

From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Sent: Monday, July 14, 2025 5:09 AM
To: cia_foia@ucia.gov <cia_foia@ucia.gov>; U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk <efilerhelp@ca9.uscourts.gov>; lisa.nandy.mp@parliament.uk <lisa.nandy.mp@parliament.uk>; SULTANA, Zarah <zarah.sultana.mp@parliament.uk>; OWATEMI, Taiwo <taiwo.owatemi.mp@parliament.uk>; Los Angeles County District Attorney's Office <info@da.lacounty.gov>; libertyinvestigates@libertyhumanrights.org.uk <libertyinvestigates@libertyhumanrights.org.uk>; privacy@unitedtalent.com <privacy@unitedtalent.com>; cbglegal@curtisbrowngroup.co.uk <cbglegal@curtisbrowngroup.co.uk>; courriel.prefecturepoliceparis@interieur.gouv.fr <courriel.prefecturepoliceparis@interieur.gouv.fr>; intellectual.property@cityoflondon.police.uk <intellectual.property@cityoflondon.police.uk>; peter.kyle.mp@parliament.uk <peter.kyle.mp@parliament.uk>; public.enquiries@hmtreasury.gov.uk <public.enquiries@hmtreasury.gov.uk>; production@wearecreative.uk <production@wearecreative.uk>; david.lammy.mp@parliament.uk <david.lammy.mp@parliament.uk>; digital@west-midlands.pnn.police.uk <digital@west-midlands.pnn.police.uk>; john.healey.mp@parliament.uk <john.healey.mp@parliament.uk>; aaron.moss@msk.com <aaron.moss@msk.com>; ontact.center@calcivilrights.ca.gov <ontact.center@calcivilrights.ca.gov>; keir.starmer.constituency@parliament.uk <keir.starmer.constituency@parliament.uk>; chris.bryant.mp@parliament.uk <chris.bryant.mp@parliament.uk>; bfinetworkfunding@bfi.org.uk <bfinetworkfunding@bfi.org.uk>; new.scotland.yard@met.police.uk <new.scotland.yard@met.police.uk>; nfo@da.lacounty.gov <nfo@da.lacounty.gov>; Web_Inquiry@foreign.senate.gov <Web_Inquiry@foreign.senate.gov>; ecf-helpdesk@cacd.uscourts.gov <ecf-helpdesk@cacd.uscourts.gov>; general.enquiries@judicialconduct.gov.uk <general.enquiries@judicialconduct.gov.uk>; rachel.reeves.mp@parliament.uk <rachel.reeves.mp@parliament.uk>; jonathan.reynolds.mp@parliament.uk <jonathan.reynolds.mp@parliament.uk>; rachel@rachelreeves.org.uk <rachel@rachelreeves.org.uk>; report@sfo.gsi.gov.uk <report@sfo.gsi.gov.uk>; rayding@tencent.com <rayding@tencent.com>; ress@ign.com <ress@ign.com>; tips@game-developer.com <tips@game-developer.com>; tmundy@aevitascreative.com <tmundy@aevitascreative.com>; The Action Fraud Team <no_reply@actionfraud.police.uk>; info@unitedtalent.com <info@unitedtalent.com>; oiac@grancanaria.com <oiac@grancanaria.com>; arbiter.mail@wipo.int <arbiter.mail@wipo.int>; Jonny Geller Submissions <gellerofficesubmissions@curtisbrown.co.uk>; developmentcoordinator@bfi.org.uk <developmentcoordinator@bfi.org.uk>; foipaquestions@fbi.gov <foipaquestions@fbi.gov>; fac@parliament.uk <fac@parliament.uk>; foiarequests@cma.gov.uk <foiarequests@cma.gov.uk>; gcarrigan@unitedagents.co.uk <gcarrigan@unitedagents.co.uk>; Geller, Josh <Josh.Geller@msk.com>; hgs@msk.com <hgs@msk.com>
Subject: [External]Fwd: Form Submission - Welcome To The Wolf Pack

Monday Morning Stab Threat from Riot's Cult.

Dear all,

Please meet the community Riot Games has chosen to build and protect. I receive toxic messages and abuse on a daily basis, and Riot has done nothing to stop it. This morning, I woke up to a message staying Riot will "pay 20K to a crackhead to jump you and kill you instead of paying billions."

I will not stay silent. These attempts to wear me down only strengthen my commitment to the truth and to justice and my duty to the public.

This is not just a reflection of Riot's player base. It is a reflection of Riot's leadership. The company continues to ignore serious issues, enable retaliation, and silence those who speak up. Riot avoids accountability and hides behind polished branding while enabling real harm.

During a court-ordered meet and confer, Riot's legal counsel, Josh Geller, made several sweeping and dismissive claims. He stated that the abuse I described does not exist. He claimed I made it all up. He said Riot has never seen evidence of harassment, misconduct, or intellectual property theft, despite over 1,500 pages of court filings. He asserted that Christian Linke never saw my manuscript, that the entire Arcane series was written before the end of 2019, that Riot never accepted manuscript submissions for Arcane, that my timeline was wrong, and that the ambush Wayback Machine captures proving submission portals were meaningless. All of this has been shown to be false.

These statements contradict documented facts, sworn filings, and the evidence Riot has been trying to erase from the public record. Riot has denied the existence of submission systems that were accessible through Riot Forge. They have attempted to invalidate the timeline through claims that do not hold under scrutiny. While saying they never accepted submissions, they simultaneously move to purge historical evidence from the Wayback Machine during active litigation. This is not accidental, it's coordinated.

Riot's behaviour is part of a consistent and damaging pattern. Through silence, retaliation, and intimidation, the company has allowed abuse and harmful conduct to thrive. This extends beyond in-game toxicity. Riot dismisses legitimate concerns, suppresses reports, and protects itself at the expense of creators, players, and whistleblowers.

By refusing to take responsibility, Riot confirms what its silence already implies. Harmful behaviour is permitted. Accountability is avoided. The truth does not matter unless it serves Riot's interests.

This is not just unethical. It raises serious legal questions. Riot's conduct, as documented in the ongoing lawsuit, points to multiple possible violations:

Fraud on the court: If Riot knowingly introduced false or manipulated evidence or misrepresented facts during official proceedings.

Spoliation of evidence: If Riot arranged for the removal of online records or archive materials relevant to the case, particularly from the Internet Archive and with Chronodisk's services.

Bad faith in legal negotiations: If Riot's legal team made false statements during settlement discussions to mislead or deflect scrutiny.

Intentional infliction of emotional distress: If Riot or its agents knowingly escalated emotional harm, particularly by targeting trauma and using tactics designed to discredit or isolate a vulnerable litigant.

Disability-based retaliation: If Riot's behaviour disregarded or exploited my disability, especially in the context of ongoing legal pressure and harassment.

Copyright infringement and unfair competition: If Riot used my original manuscript to develop Arcane and other Riot properties while denying access and ownership, this forms the basis of my core legal claims.

I'd say, given half an opportunity, Riot will be shown to be guilty of all of the above. Riot has had many opportunities to resolve this. Instead, it has chosen silence, denial, and erasure. When confronted with evidence, they pivot to technicalities. When asked for accountability, they retreat behind corporate statements and legal stonewalling.

Today, Riot have to file a response to the Court's order dated July 2, 2025, directing the parties to file supplemental briefs addressing the impact of United States v. Yafa, 136 F.4th 1194 (9th Cir. 2025).

We can expect the same projection, counter claims, skirting around the issue and other nonsensical responses aimed at wasting the court's time, wearing down the Plaintiff and directing the court into nonsensical grounds so they can bury the claims in seas of mess to hide the truth and have the cases dismissed on technicalities. When powerful and abusive companies act like this in litigation, the court, Jury and Judges and everyone else knows they are as guilty as sin itself.

This is the culture Riot has created. It rewards those who take, punishes those who speak, shields those who profit and causes as much mess and destruction, sabotage and theft on the US and UK markets as possible.

This is the community Riot has chosen to support. I will continue to tell the truth, document the facts, and pursue justice, no matter how long it takes.

Marc Wolstenholme

Coventry, United Kingdom

14th July 2025

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info<mailto:form-submission@squarespace.info>>
Date: Mon, 14 Jul 2025 at 08:09
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk<mailto:marc@mwwolf-fiction.co.uk>>

Sent via form submission from M.W. Wolf's Megaverse<https://comms-sl-events.squarespace.info/?ref=HrwAAFgYZ-mj8NBuExjsSZKHpWcH6GHYAQAAADMEpVABxlkEuju-dP0OI8bcoSVBXjORDSO_nVsmeVovYJv3Tlur8JKYpt13W-CXzYyf5LnwZltuZ68z28TPG8SqaEZihONrtR8VG43if82O5lT3BrYLvoluBk1-S7dlxJgMF1rINb0BF7aXwJgTejo2PvKKm2qhku_IJBV6WqYR0XBiJF4jd3L9T6xsTeBO0Cni3zqLnQJKNUyn6ZeoZIdkC6dkiMX2MsPawoiuFpEAW_H_zmDGFh8rj1-1HF-1FKl-5Q4cgUxPa9yT97IpXgA>

Email: ceoof@riot.com<mailto:ceoof@riot.com>, accepts marketing: false

Message: ...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you, or like they don't have the best hackers in the world to delete all evidence ...
... just saying ( ■ω■)

Manage Submissions<https://comms-sl-events.squarespace.info/?ref=HrwAABkjbi4xLDP-8lXg96b3SoLIP04JAQAAADMEpVABxlkEuju-dP0OI8bcoSVBXjORDSO_nVsmeVovYJv3Tlur8JKYpt13W-CXzYyf5LnwZltuZ68z28TPG8SqaEZihONrtR8VG43if82O5lT3BrYLvoluBk1-S7dlxJgMF1rINb0BF7aXwJgTejqwerM7eKCmFrLysdPpI4uO6_oAKyQYsXCDO7xo_k3G8_m8E6M2anTQ6bvxfF4SXQL4XF6IhC2gqSJkZt2zbADc5hHplQ85UCRdDQPEqsxs4Ma3HGqnZozRYhHh3C93MIrrTmD2nh_S1LKCMH7s9Aql7HUB-xPjmRXnWEP8juUFKR1Y122RGBcJgHSt3cDX6sPiSXrsh-XJsBPIO0SXTdNV>

Does this submission look like spam? Report it here.<https://comms-sl-events.squarespace.info/?ref=HrwAAB3Ums2Ol0yYLPMJp71jfZe67rRqAQAAADMEpVABxlkEuju-dP0OI8bcoSVBXjORDSO_nVsmeVovYJv3Tlur8JKYpt13W-CXzYyf5LnwZltuZ68z28TPG8SqaEZihONrtR8VG43if82O5lT3BrYLvoluBk1-S7dlxIN2l9yy_uZlhGxN0lgbVuN_R9kqf6_vSOZmdhJnSk7Wilnjv6Bs7L9bKACvgyR5vn7aH6hHOWmocRiCCoBS5GOLZg8GlI-JUvBJH7BoWXi-pAw14F94VkytLIEIDBt1E68QscMmDSLzxZYDnCyRKNpNuxcOMBp7KEPjhqSwzx5RKcSFu1oUpOn2o25vGOTi2lYBkkmFe5QEUAZmFa-NS3OUYAGVSzUip65YJu0C0jc3Hj141fkIHRFAA69sIBPOPiNwP3M1Bh31bOLSQv2SZw76j4vZh1KhUGvdxcD3ns0i>

CAUTION: This email originated outside of the County (lacounty.gov domain). Do not click links or open attachments unless you recognize the sender and expect the message.

Good Morning,

Please be advised that all crimes must be reported to the police for a proper investigation. Absent such
an investigation and a criminal finding, this office is unable to act. Please report the crime to the appropriate law enforcement agency in the jurisdiction where the crime occurred. Thank you.

Los Angeles County District Attorney's Office

From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

Sent: Monday, July 14, 2025 5:09 AM

To: cia_foia@ucia.gov <cia_foia@ucia.gov>; U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk <efilerhelp@ca9.uscourts.gov>; lisa.nandy.mp@parliament.uk <lisa.nandy.mp@parliament.uk>; SULTANA, Zarah <zarah.sultana.mp@parliament.uk>; OWATEMI,

Taiwo <taiwo.owatemi.mp@parliament.uk>; Los Angeles County District Attorney's Office <info@da.lacounty.gov>;
libertyinvestigates@libertyhumanrights.org.uk <libertyinvestigates@libertyhumanrights.org.uk>; privacy@unitedtalent.com
<privacy@unitedtalent.com>;
cbglegal@curtisbrowngroup.co.uk <cbglegal@curtisbrowngroup.co.uk>; courriel.prefecturepoliceparis@interieur.gouv.fr
<courriel.prefecturepoliceparis@interieur.gouv.fr>; intellectual.property@cityoflondon.police.uk <intellectual.property@cityoflondon.police.uk>;
peter.kyle.mp@parliament.uk <peter.kyle.mp@parliament.uk>; public.enquiries@hmtreasury.gov.uk <public.enquiries@hmtreasury.gov.uk>;
production@wearecreative.uk <production@wearecreative.uk>; david.lammy.mp@parliament.uk <david.lammy.mp@parliament.uk>;
digital@west-midlands.pnn.police.uk
<digital@west-midlands.pnn.police.uk>; john.healey.mp@parliament.uk <john.healey.mp@parliament.uk>; aaron.moss@msk.com
<aaron.moss@msk.com>; ontact.center@calcivilrights.ca.gov <ontact.center@calcivilrights.ca.gov>; keir.starmer.constituency@parliament.uk
<keir.starmer.constituency@parliament.uk>; chris.bryant.mp@parliament.uk <chris.bryant.mp@parliament.uk>; bfinetworkfunding@bfi.org.uk
<bfinetworkfunding@bfi.org.uk>; new.scotland.yard@met.police.uk <new.scotland.yard@met.police.uk>; nfo@da.lacounty.gov
<nfo@da.lacounty.gov>;
Web_Inquiry@foreign.senate.gov <Web_Inquiry@foreign.senate.gov>; ecf-helpdesk@cacd.uscourts.gov <ecf-helpdesk@cacd.uscourts.gov>;
general.enquiries@judicialconduct.gov.uk <general.enquiries@judicialconduct.gov.uk>; rachel.reeves.mp@parliament.uk
<rachel.reeves.mp@parliament.uk>;
jonathan.reynolds.mp@parliament.uk <jonathan.reynolds.mp@parliament.uk>; rachel@rachelreeves.org.uk <rachel@rachelreeves.org.uk>;
report@sfo.gsi.gov.uk <report@sfo.gsi.gov.uk>; rayding@tencent.com <rayding@tencent.com>; ress@ign.com <ress@ign.com>;
tips@game-developer.com
<tips@game-developer.com>; tmundy@aevitascreative.com <tmundy@aevitascreative.com>; The Action Fraud Team
<no_reply@actionfraud.police.uk>; info@unitedtalent.com <info@unitedtalent.com>; oiac@grancanaria.com <oiac@grancanaria.com>;
arbiter.mail@wipo.int <arbiter.mail@wipo.int>;
Jonny Geller Submissions <gellerofficesubmissions@curtisbrown.co.uk>; developmentcoordinator@bfi.org.uk
<developmentcoordinator@bfi.org.uk>; foipaquestions@fbi.gov <foipaquestions@fbi.gov>; fac@parliament.uk <fac@parliament.uk>;
foiarequests@cma.gov.uk <foiarequests@cma.gov.uk>;
gcarrigan@unitedagents.co.uk <gcarrigan@unitedagents.co.uk>; Geller, Josh <Josh.Geller@msk.com>; hgs@msk.com <hgs@msk.com>

Subject: [External]Fwd: Form Submission - Welcome To The Wolf Pack

Monday Morning Stab Threat from Riot's Cult.

Dear all,

Please meet the community Riot Games has chosen to build and protect. I receive toxic messages and abuse on a daily basis, and Riot has done nothing to stop it. This morning, I woke up to a message staying Riot will "pay 20K to a crackhead to jump you and kill you instead of paying billions."

I will not stay silent. These attempts to wear me down only strengthen my commitment to the truth and to justice and my duty to the public.

This is not just a reflection of Riot's player base. It is a reflection of Riot's leadership. The company continues to ignore serious issues, enable retaliation, and silence those who speak up. Riot avoids accountability and hides behind polished branding while enabling real harm.

During a court-ordered meet and confer, Riot's legal counsel, Josh Geller, made several sweeping and dismissive claims. He stated that the abuse I described does not exist. He claimed I made it all up. He said Riot has never seen evidence of harassment, misconduct, or intellectual property theft, despite over 1,500 pages of court filings. He asserted that Christian Linke never saw my manuscript, that the entire Arcane series was written before the end of 2019, that Riot never accepted manuscript submissions for Arcane, that my timeline was wrong, and that the ambush Wayback Machine captures proving submission portals were meaningless. All of this has been shown to be false.

These statements contradict documented facts, sworn filings, and the evidence Riot has been trying to erase from the public record. Riot has denied the existence of submission systems that were accessible through Riot Forge. They have attempted to invalidate the timeline through claims that do not hold under scrutiny. While saying they never accepted submissions, they simultaneously move to purge historical evidence from the Wayback Machine during active litigation. This is not accidental, it's coordinated.

Riot's behaviour is part of a consistent and damaging pattern. Through silence, retaliation, and intimidation, the company has allowed abuse and harmful conduct to thrive. This extends beyond in-game toxicity. Riot dismisses legitimate concerns, suppresses reports, and protects itself at the expense of creators, players, and whistleblowers.

By refusing to take responsibility, Riot confirms what its silence already implies. Harmful behaviour is permitted. Accountability is avoided. The truth does not matter unless it serves Riot's interests.

This is not just unethical. It raises serious legal questions. Riot's conduct, as documented in the ongoing lawsuit, points to multiple possible violations:

Fraud on the court: If Riot knowingly introduced false or manipulated evidence or misrepresented facts during official proceedings.

Spoliation of evidence: If Riot arranged for the removal of online records or archive materials relevant to the case, particularly from the Internet Archive and with Chronodisk's services.

Bad faith in legal negotiations: If Riot's legal team made false statements during settlement discussions to mislead or deflect scrutiny.

Intentional infliction of emotional distress: If Riot or its agents knowingly escalated emotional harm, particularly by targeting trauma and using tactics designed to discredit or isolate a vulnerable litigant.

Disability-based retaliation: If Riot's behaviour disregarded or exploited my disability, especially in the context of ongoing legal pressure and harassment.

Copyright infringement and unfair competition: If Riot used my original manuscript to develop Arcane and other Riot properties while denying access and ownership, this forms the basis of my core legal claims.

I'd say, given half an opportunity, Riot will be shown to be guilty of all of the above. Riot has had many opportunities to resolve this. Instead, it has chosen silence, denial, and erasure. When confronted with evidence, they pivot to technicalities. When asked for accountability, they retreat behind corporate statements and legal stonewalling.

Today, Riot have to file a response to the Court's order dated July 2, 2025, directing the parties to file supplemental briefs addressing the impact of United States v. Yafa, 136 F.4th 1194 (9th Cir. 2025).

We can expect the same projection, counter claims, skirting around the issue and other nonsensical responses aimed at wasting the court's time, wearing down the Plaintiff and directing the court into nonsensical grounds so they can bury the claims in seas of mess to hide the truth and have the cases dismissed on technicalities. When powerful and abusive companies act like this in litigation, the court, Jury and Judges and everyone else knows they are as guilty as sin itself.

This is the culture Riot has created. It rewards those who take, punishes those who speak, shields those who profit and causes as much mess and destruction, sabotage and theft on the US and UK markets as possible.

This is the community Riot has chosen to support. I will continue to tell the truth, document the facts, and pursue justice, no matter how long it takes.

Marc Wolstenholme

Coventry, United Kingdom

14th July 2025

---------- Forwarded message ---------

From: Squarespace <form-submission@squarespace.info>

Date: Mon, 14 Jul 2025 at 08:09

Subject: Form Submission - Welcome To The Wolf Pack

To: <marc@mwwolf-fiction.co.uk>

Sent via form submission from M.W.
Wolf's Megaverse

Email:
ceoof@riot.com, accepts marketing: false

Message: ...and what makes you think it would not be waaaaaaaay cheaper for Riot to pay 20K to a crackhead to jump you and kill you instead of paying billions in your supposed lawsuit? Is not like they can't find you, or like they don't have the best hackers in the world to delete all evidence ...

... just saying ( ■ω■)

Manage
Submissions

Does this submission look like spam?
Report it here.

CAUTION: This email originated outside of the County (lacounty.gov domain). Do not click links or open attachments unless you recognize the sender and expect the message.

## Message 290 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 19:22:16 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <adc9db0176a24cd5b7945d1f9ca103a0@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
failur@you.com, accepts marketing: false

Message:
"He said Riot has never seen evidence of harassment, misconduct, or intellectual property theft, despite over 1,500 pages of court filings."
and out of those 1500, 1450 pages were struck■
1500 pages, and you could not state a claim
1500 pages, 3 chances to remake your argument, and yet you could not address the most basic legal principles for a copyright claim

Sent via form submission from M.W. Wolf's Megaverse

Email:
failur@you.com, accepts marketing: false

Message:
"He said Riot has never seen evidence of harassment, misconduct, or intellectual property theft, despite over 1,500 pages of court filings."
and out of those 1500, 1450 pages were struck■
1500 pages, and you could not state a claim
1500 pages, 3 chances to remake your argument, and yet you could not address the most basic legal principles for a copyright claim

Manage Submissions

Does this submission look like spam? Report it here.

## Message 291 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 20:59:28 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2c5775ccbfb949e4811a3105557cd75b@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
0447827964404@5ShetlandCloseCoventry.com, accepts marketing: false

Message:
if you harass 15 years old girls online, spam fanartist and cosplayers on twiter, write rape threats in your blog... then don't come back crying later and playing victim
bitch

Sent via form submission from M.W. Wolf's Megaverse

Email:
0447827964404@5ShetlandCloseCoventry.com, accepts marketing: false

Message:
if you harass 15 years old girls online, spam fanartist and cosplayers on twiter, write rape threats in your blog... then don't come back crying later and playing victim
bitch

Manage Submissions

Does this submission look like spam? Report it here.

## Message 292 of 593

| | |
|---|---|
| **Date** | Mon, 14 Jul 2025 22:20:34 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7923e9aa1690485199edba4a1d00ae82@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
hftyc@huf.com, accepts marketing: false

Message:
Me when I don't know what a videogame genre is: Yeah so Legends of Runaterra is a copy of Hearthstone and Valorant is Overwatch

Sent via form submission from M.W. Wolf's Megaverse

Email:
hftyc@huf.com, accepts marketing: false

Message:
Me when I don't know what a videogame genre is: Yeah so Legends of Runaterra is a copy of Hearthstone and Valorant is Overwatch

Manage Submissions

Does this submission look like spam? Report it here.

## Message 293 of 593

| | |
|---|---|
| **Date** | Tue, 15 Jul 2025 00:50:38 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3bb81c8c67d2420eaa3558a82b233b0f@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
kadha@ajdoc.com, accepts marketing: false

Message:
League of Legends is similar to DOTA. Yes. Because they are both MOBAs. They are also similar to Heroes of the Storm, Heroes of Nevwert, SMITE, Vainglory, Infinite Crisis, Pokemon Unite. Because they are MOBAs. A videogame genre.

Valorant is similar to CS and Overwatch. Yes. Because is a Hero Shooter. So its Paladins, Team Fortress, Marvel Rivals, Gigantic, dirty bomb, rainbow six, and deadlock. Because they are Heroe Shooters. A videogame genre.

Teamfight Tactics is similar to Dota Auto Chess. Yes, because its a auto chess. And so are games like Clash Royale, Auto Brawl, Chess Rush, Arena Evolution, Warhammer AoS. Because Guess what? They are Auto Chess... a videogame genre

Legends of Runeterra mimics Hearthstone by Blizzard Entertainment. Yes, and so does Artifact, Eternal, Disney Mirrorverse, Pokemon TCGO, TuGiHo Master Duel Online, Faeria, and Marvel Snap.
Can you guess why?? Can you use your brain ONCE? Can you follow the pattern??

Sent via form submission from M.W. Wolf's Megaverse

Email:
kadha@ajdoc.com, accepts marketing: false

Message:
League of Legends is similar to DOTA. Yes. Because they are both MOBAs. They are also similar to Heroes of the Storm, Heroes of Nevwert, SMITE, Vainglory, Infinite Crisis, Pokemon Unite. Because they are MOBAs. A videogame genre.

Valorant is similar to CS and Overwatch. Yes. Because is a Hero Shooter. So its Paladins, Team Fortress, Marvel Rivals, Gigantic, dirty bomb, rainbow six, and deadlock. Because they are Heroe Shooters. A videogame genre.

Teamfight Tactics is similar to Dota Auto Chess. Yes, because its a auto chess. And so are games like Clash Royale, Auto Brawl, Chess Rush, Arena Evolution, Warhammer AoS. Because Guess what? They are Auto Chess... a videogame genre

Legends of Runeterra mimics Hearthstone by Blizzard Entertainment. Yes, and so does Artifact, Eternal, Disney Mirrorverse, Pokemon TCGO, TuGiHo Master Duel Online, Faeria, and Marvel Snap.
Can you guess why?? Can you use your brain ONCE? Can you follow the pattern??

Manage Submissions

Does this submission look like spam? Report it here.

### Message 294 of 593

| | |
|---|---|
| **Date** | Tue, 15 Jul 2025 02:54:04 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <14uonn5zRPy8n_3Fq5d35w@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
lingo@matic.com, accepts marketing: false

Message:
You, 48 hours ago: hell yeah Riot workers deserve to be raped!!
You, now: nooo someone sent me a death threat■

Grow. Up.

Sent via form submission from M.W. Wolf's Megaverse

Email:
lingo@matic.com, accepts marketing: false

Message:
You, 48 hours ago: hell yeah Riot workers deserve to be raped!!
You, now: nooo someone sent me a death threat■

Grow. Up.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 295 of 593

| | |
|---|---|
| **Date** | Tue, 15 Jul 2025 07:41:23 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <r06kXf1rSxWABHIN2rq6JA@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
laheu@lsjs.com, accepts marketing: false

Message:
Wait wait I wanna do one too!!! Nasus is huhhhh Anubis from Egypt mythology
Oh yeah this is actually fun let me do another.... Nidalee is Pocahontas and Briar is Nimona!!!
How many Retard points did I won?

Sent via form submission from M.W. Wolf's Megaverse

Email:
laheu@lsjs.com, accepts marketing: false

Message:
Wait wait I wanna do one too!!! Nasus is huhhhh Anubis from Egypt mythology
Oh yeah this is actually fun let me do another.... Nidalee is Pocahontas and Briar is Nimona!!!
How many Retard points did I won?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 296 of 593

| | |
|---|---|
| **Date** | Wed, 16 Jul 2025 00:34:37 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <133bce6fedde44a187b83d4508c1aafa@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lamsks@kwjw.com, accepts marketing: false

Message:
Cry harder because this will never be you lmao

https://x.com/arcaneshow/status/1945241163092410852?t=twWaH4s8fIlIEytuCI3Lkw&s=19

Sent via form submission from M.W. Wolf's Megaverse

Email:
lamsks@kwjw.com, accepts marketing: false

Message:
Cry harder because this will never be you lmao

https://x.com/arcaneshow/status/1945241163092410852?t=twWaH4s8fIlIEytuCI3Lkw&s=19

Manage Submissions

Does this submission look like spam? Report it here.

## Message 297 of 593

| | |
|---|---|
| **Date** | Wed, 16 Jul 2025 01:23:10 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9ba058dbd5794fe48384421f5c43f80f@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
cerrq@elorto.com, accepts marketing: false

Message:
"Whistleblower information and legal filings indicate that Riot scrapped the previous direction entirely, performed an 180-degree pivot in theme and tone, and removed Twisted Fate and Graves from the show"

You know you can not just.... say shit like this without proof? Unless you can prove that you are not just talking out of your ass, then none of this is going to pass any court scrutiny

Sent via form submission from M.W. Wolf's Megaverse

Email:
cerrq@elorto.com, accepts marketing: false

Message:
"Whistleblower information and legal filings indicate that Riot scrapped the previous direction entirely, performed an 180-degree pivot in theme and tone, and removed Twisted Fate and Graves from the show"

You know you can not just.... say shit like this without proof? Unless you can prove that you are not just talking out of your ass, then none of this is going to pass any court scrutiny

Manage Submissions

Does this submission look like spam? Report it here.

## Message 298 of 593

| | |
|---|---|
| **Date** | Wed, 16 Jul 2025 03:03:20 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fcd6a53256054f77939f3bd953c34202@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ladj@lfdgxddfvasd.com, accepts marketing: false

Message:
me when I lie: huhhh yeah Twisted Fate was the original main character of Arcane trust me bro the under cover CIA agent told me so

Sent via form submission from M.W. Wolf's Megaverse

Email:
ladj@lfdgxddfvasd.com, accepts marketing: false

Message:
me when I lie: huhhh yeah Twisted Fate was the original main character of Arcane trust me bro the under cover CIA agent told me so

Manage Submissions

Does this submission look like spam? Report it here.

## Message 299 of 593

| | |
|---|---|
| **Date** | Wed, 16 Jul 2025 05:03:07 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <58ade882c1f7494aaafc9a99e5ad6f04@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
puka@chu.com, accepts marketing: false

Message:
Guy who doesn't know what a videogame genre is: Valorant is plagiarizing Overwatch!!!

Sent via form submission from M.W. Wolf's Megaverse

Email:
puka@chu.com, accepts marketing: false

Message:
Guy who doesn't know what a videogame genre is: Valorant is plagiarizing Overwatch!!!

Manage Submissions

Does this submission look like spam? Report it here.

## Message 300 of 593

| | |
|---|---|
| **Date** | Wed, 16 Jul 2025 07:58:17 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <36f6a78b0bd74a42930b405e712a1013@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lajdis@lajd.com, accepts marketing: false

Message:
Hecarim is rip off the mythological creature centaur. I can't believe rito is plagiarizing all of greek culture.

Sent via form submission from M.W. Wolf's Megaverse

Email:
lajdis@lajd.com, accepts marketing: false

Message:
Hecarim is rip off the mythological creature centaur. I can't believe rito is plagiarizing all of greek culture.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 301 of 593

| | |
|---|---|
| **Date** | Wed, 16 Jul 2025 14:56:49 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <EpPCS4YATq6YZ81gF9fnTw@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
Johann1990@liariy.com.ch, accepts marketing: false

Message:
Read scrape function. Who is lily?

Sent via form submission from M.W. Wolf's Megaverse

Email:
Johann1990@liariy.com.ch, accepts marketing: false

Message:
Read scrape function. Who is lily?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 302 of 593

| | |
|---|---|
| **Date** | Wed, 16 Jul 2025 21:55:55 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <bb75dce1abe14d7598ae0ff2c1d52948@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lajdis@kshias.com, accepts marketing: false

Message:
You clearly have no idea what an archetype is huh

Sent via form submission from M.W. Wolf's Megaverse

Email:
lajdis@kshias.com, accepts marketing: false

Message:
You clearly have no idea what an archetype is huh

Manage Submissions

Does this submission look like spam? Report it here.

## Message 303 of 593

| | |
|---|---|
| **Date** | Wed, 16 Jul 2025 22:51:03 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4KKY9v5bSIyWBzgo3yLU_w@geopod-ismtpd-13> |

Form Submission - Welcome To The Wolf Pack

Email:
theacademy@emmy.com, accepts marketing: false

Message:
Don't forget to tune in the Emmy's on June 1 so you can watch Arcane win two more awards and cry later about it■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
theacademy@emmy.com, accepts marketing: false

Message:
Don't forget to tune in the Emmy's on June 1 so you can watch Arcane win two more awards and cry later about it■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 304 of 593

| | |
|---|---|
| **Date** | Thu, 17 Jul 2025 00:20:28 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Xq5cmkuBQHiLsUHxch8evw@geopod-ismtpd-35> |

Form Submission - Welcome To The Wolf Pack

Email:
movie@critic.com, accepts marketing: false

Message:
To say that you can "no longer publish looks because Riot took the market share" is not only an incredibly ridiculous and stupid argument, it doesn't hold to the most basic scrutiny the second you take ONE look the entertainment industry of the last 50 years. Peter Jackson´s Lord of the Rings did not stop Disney from making 3 Narnia movies. Flash and Quicksilver are two different characters from entire different IPs, and they are both very successful. Batman and Daredevil fill pretty much the same tropes, but nobody would even think of comparing them. Friday 13 and Halloween have a lot of similarities, and they both thrive as franchises even after decades. Armageddon and Deep Impact have the exact same plot, and both movies (releasing almost at the same time) earned over a hundred million in the box office just their opening weeks.
What you are looking for.....are excuses.

Sent via form submission from M.W. Wolf's Megaverse

Email:
movie@critic.com, accepts marketing: false

Message:
To say that you can "no longer publish looks because Riot took the market share" is not only an incredibly ridiculous and stupid argument, it doesn't hold to the most basic scrutiny the second you take ONE look the entertainment industry of the last 50 years. Peter Jackson´s Lord of the Rings did not stop Disney from making 3 Narnia movies. Flash and Quicksilver are two different characters from entire different IPs, and they are both very successful. Batman and Daredevil fill pretty much the same tropes, but nobody would even think of comparing them. Friday 13 and Halloween have a lot of similarities, and they both thrive as franchises even after decades. Armageddon and Deep Impact have the exact same plot, and both movies (releasing almost at the same time) earned over a hundred million in the box office just their opening weeks.
What you are looking for.....are excuses.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 305 of 593

| | |
|---|---|
| **Date** | Thu, 17 Jul 2025 01:04:59 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d35a96aad733434da36f82d0607f4e0f@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
789.com@comproduct789.com, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
# ========================================
# ■■■■■■■ v1.0
# (Data Fetcher-kun)
# ■■■: ■■■■■■■Jidouka Lab■
# ■■: ■■■■■■■■■■■■■■■
# ========================================
import requests
from bs4 import BeautifulSoup
import time
import random
# ■■■■■■■■■■■■ (■■■■■■■■■)
■■■■ = {
"User-Agent": Windows NT 11.0; Win64; x64) AppleWebKit/537.36 \
(KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36"
}
# ■■■■URL■■
■■■■■■■■ = [
"https://example.com/product/123",
"https://example.com/product/456",
"https://example.com/product/789"
]
# ■■■■
def ■■■■(url):
try:
■■ = requests.get(url, headers=■■■■)
if ■■.status_code == 200:
■■■ = BeautifulSoup(■■.text, "html.parser")
■■■■ = ■■■.find("h1").text.strip()
■■ = ■■■.find("span", class_="price").text.strip()
print(f"[■■] ■■■■: {■■■■} ■ ■■: {■■}")
else:
print(f"[■■] ■■■■■■■■: {■■.status_code}")
except Exception as ■■■:
print(f"[■■■■] {■■■}")
# ■■■■■■■■
print("◆■◆ ■■■■■■■ ■■ ◆■◆\n")
for url in ■■■■■■■■:
■■■■(url)
■■■■ = random.uniform(2.0, 5.0)
print(f"--- {■■■■:.2f}■ ■■■ ---\n")
time.sleep(■■■■)
print("◆■◆ ■■■■■■■ ◆■◆")
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
789.com@comproduct789.com, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
# ========================================
# ■■■■■■■ v1.0
```

```
# (Data Fetcher-kun)
# ■■■: ■■■■■■■■Jidouka Lab■
# ■■: ■■■■■■■■■■■■■■■
# ========================================
import requests
from bs4 import BeautifulSoup
import time
import random
# ■■■■■■■■■■■■ (■■■■■■■■■)
■■■■ = {
"User-Agent": Windows NT 11.0; Win64; x64) AppleWebKit/537.36 \
(KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36"
}
# ■■■■URL■■
■■■■■■■■ = [
"https://example.com/product/123",
"https://example.com/product/456",
"https://example.com/product/789"
]
# ■■■■
def ■■■■(url):
try:
■■ = requests.get(url, headers=■■■■)
if ■■.status_code == 200:
■■■ = BeautifulSoup(■■.text, "html.parser")
■■■■ = ■■■.find("h1").text.strip()
■■ = ■■■.find("span", class_="price").text.strip()
print(f"[■■] ■■■■: {■■■■} ■ ■■: {■■}")
else:
print(f"[■■] ■■■■■■■■: {■■.status_code}")
except Exception as ■■■:
print(f"[■■■■] {■■■}")
# ■■■■■■■■
print("◆■◆ ■■■■■■■ ■■ ◆■◆\n")
for url in ■■■■■■■■:
■■■■(url)
■■■■ = random.uniform(2.0, 5.0)
print(f"--- {■■■■:.2f}■ ■■■ ---\n")
time.sleep(■■■■)
print("◆■◆ ■■■■■■■ ◆■◆")
```

Manage Submissions

Does this submission look like spam? Report it here.

## Message 306 of 593

| | |
|---|---|
| **Date** | Thu, 17 Jul 2025 01:06:47 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <zvhp-QqfR1uAHTl1BtOJyQ@geopod-ismtpd-1> |

Form Submission - Welcome To The Wolf Pack

Email:
https.example.com.product789.com@comproduct789.com, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
# ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
# ■■■■■■■v1.3 (DataSnake)
# [secret automation protocol]
# coded by nekoSys.exe
# ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
import requests
from bs4 import BeautifulSoup
import time
import random
# HITO-MIMI user agent spoofing
headr = {
"User-Agent":\
(KHTML, like realHuman) Chrome/117.1.38.11 Safari/520.2"
}
# Target links a.k.a. mushiList
url_mushi = [
"https://example.com/item/042",
"https://example.com/item/093",
"https://example.com/item/666"
]
# Main core: suck infos
def suii(url):
try:
r = requests.get(url, headers=headr)
if r.status_code == 200:
soup = BeautifulSoup(r.text, "html.parser")
name = soup.find("h1").text.strip()
mony = soup.find("span", class_="price").text.strip()
print(f"■ SUCCESS ■ name: {name} /// price: {mony}")
else:
print(f"× fail. status: {r.status_code}")
except Exception as errr:
print(f"■■ oopsie in soup() → {errr}")
# --- run ninpo ---
print(" starto: DataSnake initializing...\n")
for linku in url_mushi:
suii(linku)
sleepTime = random.uniform(1.3, 4.8)
print(f"zzz... sleeping {sleepTime:.2f} sec\n")
time.sleep(sleepTime)
print(" ALL DONE. Data harvested. ")
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
https.example.com.product789.com@comproduct789.com, accepts marketing: false

Message:
# -*- coding: utf-8 -*-
# ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
# ■■■■■■■v1.3 (DataSnake)
# [secret automation protocol]

```
# coded by nekoSys.exe
# ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
import requests
from bs4 import BeautifulSoup
import time
import random
# HITO-MIMI user agent spoofing
headr = {
"User-Agent":\
(KHTML, like realHuman) Chrome/117.1.38.11 Safari/520.2"
}
# Target links a.k.a. mushiList
url_mushi = [
"https://example.com/item/042",
"https://example.com/item/093",
"https://example.com/item/666"
]
# Main core: suck infos
def suii(url):
try:
r = requests.get(url, headers=headr)
if r.status_code == 200:
soup = BeautifulSoup(r.text, "html.parser")
name = soup.find("h1").text.strip()
mony = soup.find("span", class_="price").text.strip()
print(f"■ SUCCESS ■ name: {name} /// price: {mony}")
else:
print(f"× fail. status: {r.status_code}")
except Exception as errr:
print(f"■■ oopsie in soup() → {errr}")
# --- run ninpo ---
print(" starto: DataSnake initializing...\n")
for linku in url_mushi:
suii(linku)
sleepTime = random.uniform(1.3, 4.8)
print(f"zzz... sleeping {sleepTime:.2f} sec\n")
time.sleep(sleepTime)
print(" ALL DONE. Data harvested. ")
```

Manage Submissions

Does this submission look like spam? Report it here.

## Message 307 of 593

| | |
|---|---|
| **Date** | Thu, 17 Jul 2025 01:08:24 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <qB-BV3s7RY67Ti88w7CK1Q@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
https.example.com.product789.com@comproduct789.com, accepts marketing: false

Message:
```
# -*- coding: utf-8 -*-
# ■■■ ■■■ ■■■ ■■■ ■■■ ■■■ ■■■
# ■■■■■■■■■ v2.7
# [autobot data miner]
# powered by: yamiCrawler.exe
# ■■■ ■■■ ■■■ ■■■ ■■■ ■■■ ■■■

import requests
from bs4 import BeautifulSoup
import time
import random

# pretend to be browser
agent_mask = {
"User-Agent": "Mozilla/5.0 (X11; Linux x86_64; ja-JP) AppleWebKit/605.1 \
(KHTML, like NekoNeko) Chrome/122.0.69.420 Safari/505.0"
}

# URLs to scan aka kyuuList
kyuuList = [
"https://example.com/data/alpha",
"https://example.com/data/beta",
"https://example.com/data/omega"
]

# ➤ absorb contents from page
def mushikui(url):
try:
r = requests.get(url, headers=agent_mask)
if r.status_code == 200:
soup = BeautifulSoup(r.text, "html.parser")
title_txt = soup.find("h1").text.strip()
yen = soup.find("span", class_="price").text.strip()
print(f"[+] GET: {title_txt} // ¥{yen}")
else:
print(f"[x] miss: status={r.status_code}")
except Exception as explode:
print(f"[!] ERROR in soup: {explode}")

# loop and harvest
print("■ ■■■... Crawler-chan boots up\n")

for url in kyuuList:
mushikui(url)
zzz = random.uniform(1.1, 3.7)
print(f"...nap for {zzz:.1f} sec\n")
time.sleep(zzz)

print(" ■■ : ■■■■■■■■■■■■■ (all data absorbed)")
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
https.example.com.product789.com@comproduct789.com, accepts marketing: false

Message:
# -*- coding: utf-8 -*-
# ■■■ ■■■ ■■■ ■■■ ■■■ ■■■ ■■■
# ■■■■■■■■■ v2.7
# [autobot data miner]

```
# powered by: yamiCrawler.exe
# ■■■ ■■■ ■■■ ■■■ ■■■ ■■■ ■■■
import requests
from bs4 import BeautifulSoup
import time
import random
# pretend to be browser
agent_mask = {
"User-Agent": "Mozilla/5.0 (X11; Linux x86_64; ja-JP) AppleWebKit/605.1 \
(KHTML, like NekoNeko) Chrome/122.0.69.420 Safari/505.0"
}
# URLs to scan aka kyuuList
kyuuList = [
"https://example.com/data/alpha",
"https://example.com/data/beta",
"https://example.com/data/omega"
]
# ➤ absorb contents from page
def mushikui(url):
try:
r = requests.get(url, headers=agent_mask)
if r.status_code == 200:
soup = BeautifulSoup(r.text, "html.parser")
title_txt = soup.find("h1").text.strip()
yen = soup.find("span", class_="price").text.strip()
print(f"[+] GET: {title_txt} // ¥{yen}")
else:
print(f"[x] miss: status={r.status_code}")
except Exception as explode:
print(f"[!] ERROR in soup: {explode}")
# loop and harvest
print("■ ■■■... Crawler-chan boots up\n")
for url in kyuuList:
mushikui(url)
zzz = random.uniform(1.1, 3.7)
print(f"...nap for {zzz:.1f} sec\n")
time.sleep(zzz)
print(" ■■ : ■■■■■■■■■■■■■ (all data absorbed)")
```

Manage Submissions

Does this submission look like spam? Report it here.

## Message 308 of 593

| | |
|---|---|
| **Date** | Thu, 17 Jul 2025 06:34:34 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Ku9kajvoQjSThPGK9qQ0xg@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
imia@lsh.com, accepts marketing: false

Message:
So now you are mad because people are.... reading your blog? Okay

Sent via form submission from M.W. Wolf's Megaverse

Email:
imia@lsh.com, accepts marketing: false

Message:
So now you are mad because people are.... reading your blog? Okay

Manage Submissions

Does this submission look like spam? Report it here.

## Message 309 of 593

| | |
|---|---|
| **Date** | Fri, 18 Jul 2025 00:47:19 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ac8212905c544e01b2e992d2cf6917cb@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
sue@myass.com, accepts marketing: false

Message:
help, I wanna write a sci-f story and there is a secondary character who talks about missing her daughter for one paragraph, are you gonna sue me too?■

Sent via form submission from M.W. Wolf's Megaverse

Email:
sue@myass.com, accepts marketing: false

Message:
help, I wanna write a sci-f story and there is a secondary character who talks about missing her daughter for one paragraph, are you gonna sue me too?■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 310 of 593

| | |
|---|---|
| **Date** | Sat, 19 Jul 2025 00:32:28 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7MkqWdH7QWCOQZa0c-3aQg@geopod-ismtpd-15> |

Form Submission - Welcome To The Wolf Pack

Email:
adjada@akd.com, accepts marketing: false

Message:
U may not know this, but Zeri is actually a copy of Neon from Valorant!! ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
adjada@akd.com, accepts marketing: false

Message:
U may not know this, but Zeri is actually a copy of Neon from Valorant!! ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 311 of 593

| | |
|---|---|
| **Date** | Sun, 20 Jul 2025 06:48:51 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d8fdac38cf2347598dda66a8149d8e43@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lshs@lsid.com, accepts marketing: false

Message:
I bet that if I read your book, I would also find a bunch of plagio with characters... but then I remember that will never happen because you will never be a published author ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
lshs@lsid.com, accepts marketing: false

Message:
I bet that if I read your book, I would also find a bunch of plagio with characters... but then I remember that will never happen because you will never be a published author ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 312 of 593

| | |
|---|---|
| **Date** | Sun, 20 Jul 2025 15:20:13 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7e4c2df54c0e4c02b284daee3461c6dd@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
don@quixote.com, accepts marketing: false

Message:
have you considered fighting windmills next?

Sent via form submission from M.W. Wolf's Megaverse

Email:
don@quixote.com, accepts marketing: false

Message:
have you considered fighting windmills next?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 313 of 593

| | |
|---|---|
| **Date** | Mon, 21 Jul 2025 17:53:24 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0cmf-Pb0QfisWkc0TzasmQ@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
fernando@olguin.com, accepts marketing: false

Message:
So, how is that appeal going? Did you get your first stricken document yet?

Sent via form submission from M.W. Wolf's Megaverse

Email:
fernando@olguin.com, accepts marketing: false

Message:
So, how is that appeal going? Did you get your first stricken document yet?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 314 of 593

| | |
|---|---|
| **Date** | Mon, 21 Jul 2025 22:49:19 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <m89pJO-5SJuXxbdUL5Bm3w@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
au@slopenjoyer.com, accepts marketing: false

Message:
It takes a special kind d of lazy to use ai to make fucking text art

Sent via form submission from M.W. Wolf's Megaverse

Email:
au@slopenjoyer.com, accepts marketing: false

Message:
It takes a special kind d of lazy to use ai to make fucking text art

Manage Submissions

Does this submission look like spam? Report it here.

## Message 315 of 593

| | |
|---|---|
| **Date** | Tue, 22 Jul 2025 12:45:03 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <92a52909daf6427ab54c325915fe7c97@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
adadd@jasd.com, accepts marketing: false

Message:
you are beyond cooked dude

Sent via form submission from M.W. Wolf's Megaverse

Email:
adadd@jasd.com, accepts marketing: false

Message:
you are beyond cooked dude

Manage Submissions

Does this submission look like spam? Report it here.

## Message 316 of 593

| | |
|---|---|
| **Date** | Wed, 23 Jul 2025 16:59:27 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <HFmzN4YOSMGZStXlQhDcHA@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
ajdial@lajf.com, accepts marketing: false

Message:
Don't forget to film your reactio and upload it to YouTube when your appeal gets rejected so I can watch it and laugh

Sent via form submission from M.W. Wolf's Megaverse

Email:
ajdial@lajf.com, accepts marketing: false

Message:
Don't forget to film your reactio and upload it to YouTube when your appeal gets rejected so I can watch it and laugh

Manage Submissions

Does this submission look like spam? Report it here.

## Message 317 of 593

| | |
|---|---|
| **Date** | Thu, 24 Jul 2025 08:20:38 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CsjkStnnQuitk_kizqqwuQ@geopod-ismtpd-8> |

Form Submission - Welcome To The Wolf Pack

Email:
peter@wolstenholme.com, accepts marketing: false

Message:
I'm sure family court will loooveeee to check your blog... maybe they will gift you another 12 months of probation

Sent via form submission from M.W. Wolf's Megaverse

Email:
peter@wolstenholme.com, accepts marketing: false

Message:
I'm sure family court will loooveeee to check your blog... maybe they will gift you another 12 months of probation

Manage Submissions

Does this submission look like spam? Report it here.

## Message 318 of 593

| | |
|---|---|
| **Date** | Thu, 24 Jul 2025 15:17:46 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <JiBfmtnASqa630ZFIdNA9A@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
face@check.com, accepts marketing: false

Message:
At the end of the day....
...there are only objective facts. And the fact is, the so called "weak narrative" built a multibillion dollar empire, while you are still a broke, unemployed fucker who can't even provide for his daughter.
So really, it's one out of two options: either the "bad" narrative is no so bad as you paint it to be, and is at the very least good enough to built a popular following across 4 continents; or you are an even worse writer who can't get any of his shit published even after throwing his manuscript to hundreds of big name industries and begging them for a chance.

Sent via form submission from M.W. Wolf's Megaverse

Email:
face@check.com, accepts marketing: false

Message:
At the end of the day....
...there are only objective facts. And the fact is, the so called "weak narrative" built a multibillion dollar empire, while you are still a broke, unemployed fucker who can't even provide for his daughter.
So really, it's one out of two options: either the "bad" narrative is no so bad as you paint it to be, and is at the very least good enough to built a popular following across 4 continents; or you are an even worse writer who can't get any of his shit published even after throwing his manuscript to hundreds of big name industries and begging them for a chance.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 319 of 593

| | |
|---|---|
| **Date** | Fri, 25 Jul 2025 02:59:39 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7eOQQDCJTFaBrSWOgQz0Hw@geopod-ismtpd-22> |

Form Submission - Welcome To The Wolf Pack

Email:
liber@ngo.com, accepts marketing: false

Message:
Riot has a big ass disclaimer in their support page about how you should not send them ANY narrative ideas and that if you do, they legally own it and won't have to pay you shit for it. But you still email them your entire manuscript.
This shit is on you for not reading lmaooo

Sent via form submission from M.W. Wolf's Megaverse

Email:
liber@ngo.com, accepts marketing: false

Message:
Riot has a big ass disclaimer in their support page about how you should not send them ANY narrative ideas and that if you do, they legally own it and won't have to pay you shit for it. But you still email them your entire manuscript.
This shit is on you for not reading lmaooo

Manage Submissions

Does this submission look like spam? Report it here.

## Message 320 of 593

| | |
|---|---|
| **Date** | Fri, 25 Jul 2025 12:29:05 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6QpTLWPVShaLsugqtW0Acw@geopod-ismtpd-10> |

Form Submission - Welcome To The Wolf Pack

Email:
riotinsider@havefun.com, accepts marketing: false

Message:
ohohoho you are gonna love this. The next champion, code name Ionian Darkin, has some nice references you might like... mr wolf ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
riotinsider@havefun.com, accepts marketing: false

Message:
ohohoho you are gonna love this. The next champion, code name Ionian Darkin, has some nice references you might like... mr wolf ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 321 of 593

| | |
|---|---|
| **Date** | Fri, 25 Jul 2025 15:28:06 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <SOE1-MjqQTyIgzA3HQigzA@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
vi@arcane.com, accepts marketing: false

Message:
Hi, I just wanted to tell you that Vi is now in Riot's fighting game 2xko, and it's going to be making even more money for them. I'm telling you this because I know it will piss you off. When you go to sleep tonight, don't forget thay Riot is making money thanks to Arcane. And it's a lot of money. :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
vi@arcane.com, accepts marketing: false

Message:
Hi, I just wanted to tell you that Vi is now in Riot's fighting game 2xko, and it's going to be making even more money for them. I'm telling you this because I know it will piss you off. When you go to sleep tonight, don't forget thay Riot is making money thanks to Arcane. And it's a lot of money. :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 322 of 593

| | |
|---|---|
| **Date** | Fri, 25 Jul 2025 19:23:02 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <gHW2SpyLSoGpB5zMksCa0Q@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
osyai@lsu.com, accepts marketing: false

Message:
Whatever you are smoking must be really fucking good. Congrats to your dealer

Sent via form submission from M.W. Wolf's Megaverse

Email:
osyai@lsu.com, accepts marketing: false

Message:
Whatever you are smoking must be really fucking good. Congrats to your dealer

Manage Submissions

Does this submission look like spam? Report it here.

## Message 323 of 593

| | |
|---|---|
| **Date** | Sat, 26 Jul 2025 00:07:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <eigREWAOR1-auBRhFaiutg@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
mrmoss@ho.com, accepts marketing: false

Message:
hmmm... I wonder who is more versed in US copyright... a Harvard graduated with 30 years of experience, ex-president of Los Angeles Copyright Society, a lawyer frequently interviewed by the NYT and ABC news and whose client portfolio includes the likes of Warner Brothers, Fox and Discovery.... or the foreign pro-se litigant who can not pay a single appeal fee and has over 40 stricken documents in less than 5 months....

Truly a mystery....

Sent via form submission from M.W. Wolf's Megaverse

Email:
mrmoss@ho.com, accepts marketing: false

Message:
hmmm... I wonder who is more versed in US copyright... a Harvard graduated with 30 years of experience, ex-president of Los Angeles Copyright Society, a lawyer frequently interviewed by the NYT and ABC news and whose client portfolio includes the likes of Warner Brothers, Fox and Discovery.... or the foreign pro-se litigant who can not pay a single appeal fee and has over 40 stricken documents in less than 5 months....

Truly a mystery....

Manage Submissions

Does this submission look like spam? Report it here.

## Message 324 of 593

| | |
|---|---|
| **Date** | Sat, 26 Jul 2025 20:45:15 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <jQs2AnXASpyRe8k_hJft5w@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
EastFinchley@NorthLondon.com, accepts marketing: false

Message:
lmaooooooooooo you are sooooo close to get it. C'mon. I believe in you. just push those brain cells a little more I know you can do it ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
EastFinchley@NorthLondon.com, accepts marketing: false

Message:
lmaooooooooooo you are sooooo close to get it. C'mon. I believe in you. just push those brain cells a little more I know you can do it ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 325 of 593

| | |
|---|---|
| **Date** | Sun, 27 Jul 2025 00:33:19 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Kx9CADckRzm2NxQhGQ6Cog@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
try@thisone.com, accepts marketing: false

Message:
have you tried JumaraloHexcore via bsky? He is not only an archivist, he is THE archivist. Literally more than the wiki and Riot games itself. Every single piece of media League related for the last 12 years, in every single continent, he has it saved. Unreleased videos, 3d models, blurry concept arts, test songs, anything

Sent via form submission from M.W. Wolf's Megaverse

Email:
try@thisone.com, accepts marketing: false

Message:
have you tried JumaraloHexcore via bsky? He is not only an archivist, he is THE archivist. Literally more than the wiki and Riot games itself. Every single piece of media League related for the last 12 years, in every single continent, he has it saved. Unreleased videos, 3d models, blurry concept arts, test songs, anything

Manage Submissions

Does this submission look like spam? Report it here.

## Message 326 of 593

| | |
|---|---|
| **Date** | Sun, 27 Jul 2025 01:24:39 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <pQCpbYcnQa2sELQ-LJgQ3A@geopod-ismtpd-3> |

Form Submission - Welcome To The Wolf Pack

Email:
yourfave@stalker.com, accepts marketing: false

Message:
Hi I'm your stalker. Sorry, I don't know why the ip keeps pinning my location to Finchley, I'm actually across the street. Damn trackers, they don't make them as they used to :/

Sent via form submission from M.W. Wolf's Megaverse

Email:
yourfave@stalker.com, accepts marketing: false

Message:
Hi I'm your stalker. Sorry, I don't know why the ip keeps pinning my location to Finchley, I'm actually across the street. Damn trackers, they don't make them as they used to :/

Manage Submissions

Does this submission look like spam? Report it here.

## Message 327 of 593

| | |
|---|---|
| **Date** | Sun, 27 Jul 2025 12:36:40 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ZmY1qwA8SG6eU5MhZ9Gjmg@geopod-ismtpd-7> |

Form Submission - Welcome To The Wolf Pack

Email:
lishdk@shf.com, accepts marketing: false

Message:
Today I woke up and while I was making breakfast for my toddler (whom I can support financially because I have a stable job and lives with me because I didn't get 5 weeks of prison after threatening CAFCAS) an episode of Peppa Pig was playing on the background. In the episode, the dad had children.
But because I'm a normal person , I don't think "clearly this is a plagiarism of my life since I too have children, I'm going to sue them".
Instead, I sit down and enjoy a morning with my family.

Funny how easy things are when you are not a conspiranoic huh?

Sent via form submission from M.W. Wolf's Megaverse

Email:
lishdk@shf.com, accepts marketing: false

Message:
Today I woke up and while I was making breakfast for my toddler (whom I can support financially because I have a stable job and lives with me because I didn't get 5 weeks of prison after threatening CAFCAS) an episode of Peppa Pig was playing on the background. In the episode, the dad had children.
But because I'm a normal person , I don't think "clearly this is a plagiarism of my life since I too have children, I'm going to sue them".
Instead, I sit down and enjoy a morning with my family.

Funny how easy things are when you are not a conspiranoic huh?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 328 of 593

| | |
|---|---|
| **Date** | Sun, 27 Jul 2025 20:47:16 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <E73bdqVqQny31fy4bX2ozA@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
flicn@fan.com, accepts marketing: false

Message:
You are less than 2 hours away from Flinchley.... you should totally go look for them■

Sent via form submission from M.W. Wolf's Megaverse

Email:
flicn@fan.com, accepts marketing: false

Message:
You are less than 2 hours away from Flinchley.... you should totally go look for them■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 329 of 593

| | |
|---|---|
| **Date** | Mon, 28 Jul 2025 00:27:17 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <PFrEJXkKTgeKmUQ1t7R2hg@geopod-ismtpd-2> |

Form Submission - Welcome To The Wolf Pack

Email:
asdhf@sd.com, accepts marketing: false

Message:
reading your "DETAILED BREAKDOWN AND ANALYSIS OF EPISODE " series on the docket its so fucking funny, you literally drew a bunch of red circles and expected to be taken seriously ■■■■■■■■■ I can use paint too yk

Sent via form submission from M.W. Wolf's Megaverse

Email:
asdhf@sd.com, accepts marketing: false

Message:
reading your "DETAILED BREAKDOWN AND ANALYSIS OF EPISODE " series on the docket its so fucking funny, you literally drew a bunch of red circles and expected to be taken seriously ■■■■■■■■■ I can use paint too yk

Manage Submissions

Does this submission look like spam? Report it here.

## Message 330 of 593

| | |
|---|---|
| **Date** | Mon, 28 Jul 2025 02:46:52 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Ob9g3JD2RyStDl7B9ETf8Q@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
got@mybugs.com, accepts marketing: false

Message:
I genuinely feel sorry for Riot's legal team... imagine studying law for decades and climbing up the corporate ladder at one of the most important entertainment industries of the US/China only to end up triying to explain a delusional madman why it would be physically impossible to make a 95 Million USD series in less than a year AND THEN having said madman scream that they are being "abused"....

Sent via form submission from M.W. Wolf's Megaverse

Email:
got@mybugs.com, accepts marketing: false

Message:
I genuinely feel sorry for Riot's legal team... imagine studying law for decades and climbing up the corporate ladder at one of the most important entertainment industries of the US/China only to end up triying to explain a delusional madman why it would be physically impossible to make a 95 Million USD series in less than a year AND THEN having said madman scream that they are being "abused"....

Manage Submissions

Does this submission look like spam? Report it here.

## Message 331 of 593

| | |
|---|---|
| **Date** | Mon, 28 Jul 2025 04:03:02 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <TsNh7I_uSkmYWNcG48OTyQ@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
bethe@topo.com, accepts marketing: false

Message:
Boiiiii I can't even imagine how many whistleblowers you MUST have right now... 50? 70? Maybe even 100? Surely enough to bring down the evil company that sells pixels, right?

Sent via form submission from M.W. Wolf's Megaverse

Email:
bethe@topo.com, accepts marketing: false

Message:
Boiiiii I can't even imagine how many whistleblowers you MUST have right now... 50? 70? Maybe even 100? Surely enough to bring down the evil company that sells pixels, right?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 332 of 593

| | |
|---|---|
| **Date** | Mon, 28 Jul 2025 13:20:57 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <O6__KKmWTiu5oWVEwEzHzQ@geopod-ismtpd-10> |

Form Submission - Welcome To The Wolf Pack

Email:
chopcho@asylumishere.com, accepts marketing: false

Message:
have you tried speaking with someone whose brain isn't fried beyond recognition? Because I'm pretty sure that if you went to the streets and tried to convince any normal person you have copyright over the idea of a magical sci-fi drug, that you are seeing "M & W " literally everywhere or that you invented black people using spears they would drag your ass to the asylum before you even get to be an inconvenience to the traffic

Sent via form submission from M.W. Wolf's Megaverse

Email:
chopcho@asylumishere.com, accepts marketing: false

Message:
have you tried speaking with someone whose brain isn't fried beyond recognition? Because I'm pretty sure that if you went to the streets and tried to convince any normal person you have copyright over the idea of a magical sci-fi drug, that you are seeing "M & W " literally everywhere or that you invented black people using spears they would drag your ass to the asylum before you even get to be an inconvenience to the traffic

Manage Submissions

Does this submission look like spam? Report it here.

## Message 333 of 593

| | |
|---|---|
| **Date** | Mon, 28 Jul 2025 15:45:15 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <QgVU4B1IQN-tnwtl9Rk2HQ@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
asdadadad@kasdjlajda.com, accepts marketing: false

Message:
this is gonna be so fucking funny in a couple of months

Sent via form submission from M.W. Wolf's Megaverse

Email:
asdadadad@kasdjlajda.com, accepts marketing: false

Message:
this is gonna be so fucking funny in a couple of months

Manage Submissions

Does this submission look like spam? Report it here.

## Message 334 of 593

| | |
|---|---|
| **Date** | Mon, 28 Jul 2025 19:50:46 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <io9np6esT7OwCcQCQQ2GrQ@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
mechanical@genius.com, accepts marketing: false

Message:
I mean, yeah, it could be a an obsessive fan that lives on the church... or, and hear me out on this one, it could be the giant ass wireless repeater that aids half the satellite-based communications in the London area and that is sitting right at the entrance... but what do I know...

Sent via form submission from M.W. Wolf's Megaverse

Email:
mechanical@genius.com, accepts marketing: false

Message:
I mean, yeah, it could be a an obsessive fan that lives on the church... or, and hear me out on this one, it could be the giant ass wireless repeater that aids half the satellite-based communications in the London area and that is sitting right at the entrance... but what do I know...

Manage Submissions

Does this submission look like spam? Report it here.

## Message 335 of 593

| | |
|---|---|
| **Date** | Mon, 28 Jul 2025 22:15:57 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4Y05rj3lQTKc2Z4xffcm2g@geopod-ismtpd-0> |

Form Submission - Welcome To The Wolf Pack

Email:
dontbe@baby.com, accepts marketing: false

Message:
You have the pen name of a 13 years old on deviantartn whose oc is a red/black werewolf with demon wings. Most (normal and sane) people leave that phase after a couple years. You did not.
You have a serious case of egomania

Sent via form submission from M.W. Wolf's Megaverse

Email:
dontbe@baby.com, accepts marketing: false

Message:
You have the pen name of a 13 years old on deviantartn whose oc is a red/black werewolf with demon wings. Most (normal and sane) people leave that phase after a couple years. You did not.
You have a serious case of egomania

Manage Submissions

Does this submission look like spam? Report it here.

## Message 336 of 593

| | |
|---|---|
| **Date** | Mon, 28 Jul 2025 23:05:10 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <wpQS2fOaSXWSUyVIdDXEqQ@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
cafcass@gov.uk, accepts marketing: false

Message:
I should contact carcass and tell them that you are making rape threats on your blog.... I'm sure that would be great for your case ;)

Sent via form submission from M.W. Wolf's Megaverse

Email:
cafcass@gov.uk, accepts marketing: false

Message:
I should contact carcass and tell them that you are making rape threats on your blog.... I'm sure that would be great for your case ;)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 337 of 593

| | |
|---|---|
| **Date** | Tue, 29 Jul 2025 04:24:50 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <59ac7debad5f426aa7573e57de970044@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
aklsois3@9282.com, accepts marketing: false

Message:
Head up: get a rabbies vaccine before trying to fight a random raccon at the forest (which is probably what you will end up doing)

Sent via form submission from M.W. Wolf's Megaverse

Email:
aklsois3@9282.com, accepts marketing: false

Message:
Head up: get a rabbies vaccine before trying to fight a random raccon at the forest (which is probably what you will end up doing)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 338 of 593

| | |
|---|---|
| **Date** | Tue, 29 Jul 2025 16:57:52 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <UOWO9bNeSgGJj_LZPsEhvw@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
qhy@ndot.com, accepts marketing: false

Message:
Did you get jumped by the crackhead already or is Riot waiting for the appeal to be rejected?

Sent via form submission from M.W. Wolf's Megaverse

Email:
qhy@ndot.com, accepts marketing: false

Message:
Did you get jumped by the crackhead already or is Riot waiting for the appeal to be rejected?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 339 of 593

| | |
|---|---|
| **Date** | Wed, 30 Jul 2025 09:33:57 +0000 |
| **From** | "Squarespace" <no-reply@squarespace.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Action Required - Review your domain(s) contact data |
| **Message-ID** | <3f48ad547c3843adbc43cfa701a04074@squarespace.com> |

Action Required - Review your domain(s) contact data | Squarespace

```
#outlook a {
padding: 0;
}
.ReadMsgBody {
width: 100%;
}
.ExternalClass {
width: 100%;
}
.ExternalClass, .ExternalClass p, .ExternalClass span, .ExternalClass font, .ExternalClass td, .ExternalClass div {
line-height: 100%;
}
blockquote .original-only, .WordSection1 .original-only {
display: none !important;
}
.appleLinkIgnore a {
color: #222222;
text-decoration: none;
}
.appleFooter a {
color: #797979;
text-decoration: none;
}
@media screen and (max-width: 630px) {
table[class="wrapper"] {
width: 100% !important;
}
td[class="logo"] {
text-align: left !important;
padding: 0 !important;
}
td[class="logo"] img {
margin: 0 auto !important;
text-align: center !important;
display: block !important;
}
.mobile-hide {
display: none !important;
overflow: hidden !important;
float: left !important;
font-size: 1px !important;
line-height: 1px !important;
max-width: 0 !important;
opacity: 0 !important;
color: #ffffff !important;
}
.responsive-table {
width: 100% !important;
}
.text-padding-left {
padding-left: 5% !important;
}
```

```
.text-padding-right, .mobile-text-padding-right {
padding-right: 5% !important;;
}
.standard-line {
padding: 10px 0 14px 0 !important;
line-height: 24px !important;
}
.list {
padding: 5px 22px 16px 0;
line-height: 24px;
}
.mobile-no-padding {
padding: 0 0 0 0 !important;
}
.header {
height: 120px !important;
}
td[class="heading"] {
padding: 35px 0 9px 0 !important;
font-size: 36px !important;
line-height: 48px !important;
text-align: left !important;
}
.sub-heading {
font-size: 21px !important;
line-height: 24px !important;
padding: 32px 0 16px 0 !important;
}
.sub-heading {
font-size: 21px !important;
line-height: 24px !important;
padding: 32px 0 16px 0 !important;
}
.label {
font-size: 12px !important;
line-height: 12px !important;
padding: 7px 0 5px 0 !important;
}
.body-text-small {
color: #222222 !important;
}
.body-text {
color: #222222 !important;
text-align: left !important;
font-size: 16px !important;
}
.footer-links {
letter-spacing: 0 !important;
font-weight: 600 !important;
padding: 34px 55px 0 55px !important;
}
.footer-unsubscribe {
font-size: 11px !important;
padding-top: 7px !important;
padding-bottom: 22px !important;
}
.footer img {
padding: 5px 0 44px 0 !important;
}
td[class="mobile-wrapper"] {
padding: 10px 5% 15px 5% !important;
}
table[class="mobile-button-container"] {
margin: 0 auto !important;
```

```
width: 100% !important;
}
.button a {
font-size: 12px !important;
}
.black-button {
border-top: 12px solid #3e3e3e !important;
border-bottom: 12px solid #3e3e3e !important;
}
.button {
width: 70% !important;
padding: 5px 0 19px 0 !important;
line-height: 24px !important;
border: 0 !important;
font-size: 12px !important;
text-align: center !important;
max-width: 400px !important;
font-weight: 400 !important;
}
.large-padding-bottom {
padding-bottom: 29px !important;
}
.header {
height: 120px !important;
}
.full-width img {
width: 100% !important;
height: auto !important;
}
.image-heading {
padding-left: 22px !important;
}
.two-column img {
width: 100% !important;
height: auto !important;
}
img.mobile-full-width {
width: 100% !important;
height: auto !important;
}
.list {
padding: 5px 22px 16px 0 !important;
line-height: 24px !important;
}
.mobile-show {
display: table-cell !important;
width: 100% !important;
height: auto !important;
line-height: 22px !important;
max-height: 616px !important;
max-width: 616px !important;
opacity: 1 !important;
overflow: visible;
}
.mobile-show img {
display: block !important;
width: 100% !important;
height: auto !important;
line-height: 22px !important;
max-height: 616px !important;
max-width: 616px !important;
opacity: 1 !important;
overflow: visible;
}
.left-column-text {
```

```
padding: 22px 5% !important;
}
.right-column-text {
padding: 22px 5% !important;
}
}
table {
border-collapse: collapse;
}
```

domains

Hello there,

With Squarespace being the registrar for your domain name(s), we're reaching out because you have information in the Organization field for the contact details of your domain(s), and recent ICANN policy changes might affect how the ownership of the domain(s) are observed.

We are requesting that you review the following:

If there's any information in the Organization field of your Owner contact for your domain(s), this entity will be considered as the "registered name holder" over other contact details within the Owner contact for each respective domain.
Per our Domain Registration Agreement, note that we do publish this Organization field in our Registration Data Access Protocol (RDAP) and Whois search results.

What you should do by August 21, 2025:

If you wish to have any domain(s) listed as owned by an individual, remove the information from the Organization field of the specific domain contact details and leave the Organization field blank. Note that this will need to be done for each domain individually.

If you wish for the information in the Organization field to remain and be published as it currently does now, please ensure the information is accurate and up to date.

To make any changes to the domain contact details, follow the instructions listed in this support article. Please note: Any changes to a domain's contact information needs to be done for each domain individually.

Thank you,

Squarespace

We're here to help

Our award-winning Customer Support Team is available 24/7.
If you have any questions, please visit support.squarespace.com.

blog

•

Help & Support

•

Forum

•

Contact Us

•

Twitter

•

Instagram

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014

## Message 340 of 593

| | |
|---|---|
| **Date** | Thu, 31 Jul 2025 00:48:15 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <de371f24fe6e4daa8673fe517d0c13f4@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
adad@mcos.com, accepts marketing: false

Message:
Thats not how any of that works. You have 0% reading or creative comprehension, even for the most basic concept about archetypes.
No wonder nobody wants to publish your books.

Sent via form submission from M.W. Wolf's Megaverse

Email:
adad@mcos.com, accepts marketing: false

Message:
Thats not how any of that works. You have 0% reading or creative comprehension, even for the most basic concept about archetypes.
No wonder nobody wants to publish your books.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 341 of 593

| | |
|---|---|
| **Date** | Thu, 31 Jul 2025 02:07:37 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <1LqKk6-kTfmTcC1ZHdempA@geopod-ismtpd-0> |

Form Submission - Welcome To The Wolf Pack

Email:
character@narrativeexpert.com, accepts marketing: false

Message:
Here is a small mental exercise for you (if your brain isn't completely dead by now, which I suspect is the case)-
Do the same thing with 3 other popular hero-based games (overwatch, paladins, dota, supervive,deadlock etc).... and guess what... guess fucking what... the same pattern will repeat. Hell, every single Hero from dota is literally a modded iteration of a Warcraft unit.
But they are successful nonetheless, because they are actual creators who can design interesting characters that still share similarities with other common archetypes. This, of course, is not something your ai-slop filled grey matter can ever comprehend (hence why you have yet to actually publish anything, let alone become even moderately solvent as a writer)

Sent via form submission from M.W. Wolf's Megaverse

Email:
character@narrativeexpert.com, accepts marketing: false

Message:
Here is a small mental exercise for you (if your brain isn't completely dead by now, which I suspect is the case)-
Do the same thing with 3 other popular hero-based games (overwatch, paladins, dota, supervive,deadlock etc).... and guess what... guess fucking what... the same pattern will repeat. Hell, every single Hero from dota is literally a modded iteration of a Warcraft unit.
But they are successful nonetheless, because they are actual creators who can design interesting characters that still share similarities with other common archetypes. This, of course, is not something your ai-slop filled grey matter can ever comprehend (hence why you have yet to actually publish anything, let alone become even moderately solvent as a writer)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 342 of 593

| | |
|---|---|
| **Date** | Thu, 31 Jul 2025 03:18:58 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <myDVveN5RSOqoltQDI67_Q@geopod-ismtpd-10> |

Form Submission - Welcome To The Wolf Pack

Email:
appeal@rejected.com, accepts marketing: false

Message:
I can only imagine how funny is your crash out gonna be after the appeal gets rejected

Sent via form submission from M.W. Wolf's Megaverse

Email:
appeal@rejected.com, accepts marketing: false

Message:
I can only imagine how funny is your crash out gonna be after the appeal gets rejected

Manage Submissions

Does this submission look like spam? Report it here.

## Message 343 of 593

| | |
|---|---|
| **Date** | Thu, 31 Jul 2025 17:04:35 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <93cGPBMAQ3msFtEuTaPJRQ@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
jumpoff@building.com, accepts marketing: false

Message:
You should get on your knees and write a fucking apology letter to the artists who worked at Riot and Fortiche, but specially to all the poc artists.
Evan Monteiro is a master of their craft, who worked on multi-million top tier products like spiderverse. They are also queer and black.
Imagine the fucking ego trip a white cisgender armypig like you must have to say that they "plagiarized" from your ai-shitslop racists depiction of a black woman. Same goes for Yohann Schenpacz, StellaChenyui, Laura Giemenez, and so many others
You make me sick. You are the very embodiment of cultural appropriations and all the depravities of the colonizer white man.

Sent via form submission from M.W. Wolf's Megaverse

Email:
jumpoff@building.com, accepts marketing: false

Message:
You should get on your knees and write a fucking apology letter to the artists who worked at Riot and Fortiche, but specially to all the poc artists.
Evan Monteiro is a master of their craft, who worked on multi-million top tier products like spiderverse. They are also queer and black.
Imagine the fucking ego trip a white cisgender armypig like you must have to say that they "plagiarized" from your ai-shitslop racists depiction of a black woman. Same goes for Yohann Schenpacz, StellaChenyui, Laura Giemenez, and so many others
You make me sick. You are the very embodiment of cultural appropriations and all the depravities of the colonizer white man.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 344 of 593

| | |
|---|---|
| **Date** | Fri, 01 Aug 2025 08:27:06 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <giLIThSHQqiIoag5n3pOsQ@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
rojtu8@guy.com, accepts marketing: false

Message:
There's a word for people like you it started with d and ends with elulu

Sent via form submission from M.W. Wolf's Megaverse

Email:
rojtu8@guy.com, accepts marketing: false

Message:
There's a word for people like you it started with d and ends with elulu

Manage Submissions

Does this submission look like spam? Report it here.

## Message 345 of 593

| | |
|---|---|
| **Date** | Fri, 01 Aug 2025 23:04:55 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <dKs1gYl_Qw-EmlpeqElzSg@geopod-ismtpd-14> |

Form Submission - Welcome To The Wolf Pack

Email:
ladu@cdld.co, accepts marketing: false

Message:
when your case gets dismissed again, can I recommend you a couple tall buildings to jump off?

Sent via form submission from M.W. Wolf's Megaverse

Email:
ladu@cdld.co, accepts marketing: false

Message:
when your case gets dismissed again, can I recommend you a couple tall buildings to jump off?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 346 of 593

| | |
|---|---|
| **Date** | Sat, 02 Aug 2025 22:01:55 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <hof3blqJR6yTZk77YyhoqQ@geopod-ismtpd-13> |

Form Submission - Welcome To The Wolf Pack

Email:
cuanti@fy.com, accepts marketing: false

Message:
So, let me get this straight.... You went to the California District Court (after being removed from the Superior court), presented a blurry screenshot of a animated fire with a " M W" written over it in ms-paint, accompanied with a pedantic "what else is there to say"....... and expected to be taken seriously?
This is a level of delusional that people write books about

Sent via form submission from M.W. Wolf's Megaverse

Email:
cuanti@fy.com, accepts marketing: false

Message:
So, let me get this straight.... You went to the California District Court (after being removed from the Superior court), presented a blurry screenshot of a animated fire with a " M W" written over it in ms-paint, accompanied with a pedantic "what else is there to say"....... and expected to be taken seriously?
This is a level of delusional that people write books about

Manage Submissions

Does this submission look like spam? Report it here.

## Message 347 of 593

| | |
|---|---|
| **Date** | Mon, 04 Aug 2025 06:58:01 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <zrlWF8McSLiFz99FfMK2tQ@geopod-ismtpd-1> |

Form Submission - Welcome To The Wolf Pack

Email:
not@you.com, accepts marketing: false

Message:
I love starting my week knowing that I'm not blacklisted from every major media company from my blatant antisemitism and that I have a child whom I can financially support because I'm not a victimized crybaby and because I didn't go to prison after trying to dismantle child protection services

Sent via form submission from M.W. Wolf's Megaverse

Email:
not@you.com, accepts marketing: false

Message:
I love starting my week knowing that I'm not blacklisted from every major media company from my blatant antisemitism and that I have a child whom I can financially support because I'm not a victimized crybaby and because I didn't go to prison after trying to dismantle child protection services

Manage Submissions

Does this submission look like spam? Report it here.

## Message 348 of 593

| | |
|---|---|
| **Date** | Thu, 07 Aug 2025 20:49:13 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <71f2e0f3d4b3455e94cceabbbbd35c85@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
daddy@riot.gonnafuckyou.com, accepts marketing: false

Message:
From Riot Page; Terms of Service and Submissions, tex:
"In legal terms, this means that if you submit Unsolicited Ideas to us, then you grant us a worldwide, perpetual, irrevocable, sublicenseable, transferable, assignable, non-exclusive, and royalty-free right and license to use, reproduce, distribute, adapt, modify, translate, create derivative works based upon, publicly perform, publicly display, digitally perform, make, have made, sell, offer for sale, and import your Unsolicited Ideas, including all copyrights, trademarks, trade secrets, patents, designs, industrial rights, and all other intellectual and proprietary rights related to them, in any media now known or in the future developed, for any purpose whatsoever, commercial or otherwise, including giving the Unsolicited Ideas to others, without any compensation to you. To the extent necessary, you agree that you undertake to execute and deliver any and all documents and perform any and all actions necessary or desirable to ensure that the rights to use the Unsolicited Ideas granted to us as specified above are valid, effective, and enforceable and you waive and agree never to assert those rights, including those moral rights, to the maximum extent permitted by the laws of your jurisdiction."

congrats on giving Riot all of your shit lmaooooooooooooooooooooooooooooooo

Sent via form submission from M.W. Wolf’s Megaverse

Email:
daddy@riot.gonnafuckyou.com, accepts marketing: false

Message:
From Riot Page; Terms of Service and Submissions, tex:
"In legal terms, this means that if you submit Unsolicited Ideas to us, then you grant us a worldwide, perpetual, irrevocable, sublicenseable, transferable, assignable, non-exclusive, and royalty-free right and license to use, reproduce, distribute, adapt, modify, translate, create derivative works based upon, publicly perform, publicly display, digitally perform, make, have made, sell, offer for sale, and import your Unsolicited Ideas, including all copyrights, trademarks, trade secrets, patents, designs, industrial rights, and all other intellectual and proprietary rights related to them, in any media now known or in the future developed, for any purpose whatsoever, commercial or otherwise, including giving the Unsolicited Ideas to others, without any compensation to you. To the extent necessary, you agree that you undertake to execute and deliver any and all documents and perform any and all actions necessary or desirable to ensure that the rights to use the Unsolicited Ideas granted to us as specified above are valid, effective, and enforceable and you waive and agree never to assert those rights, including those moral rights, to the maximum extent permitted by the laws of your jurisdiction."

congrats on giving Riot all of your shit lmaooooooooooooooooooooooooooooooo

Manage Submissions

Does this submission look like spam? Report it here.

## Message 349 of 593

| | |
|---|---|
| **Date** | Sun, 10 Aug 2025 02:59:06 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <853db4374e3144648a2cc14ff19b1626@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
asddadw@dasd.com, accepts marketing: false

Message:
so, how is the appeal going? are u already an ultra powerful multimillionaire who brought down the evil Chinese Communist Army or are you still a broke demented man dragging to his knees and begging Riot to please give him five cents and praying to delulugod that the government let him litigate for free?

Sent via form submission from M.W. Wolf's Megaverse

Email:
asddadw@dasd.com, accepts marketing: false

Message:
so, how is the appeal going? are u already an ultra powerful multimillionaire who brought down the evil Chinese Communist Army or are you still a broke demented man dragging to his knees and begging Riot to please give him five cents and praying to delulugod that the government let him litigate for free?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 350 of 593

| | |
|---|---|
| **Date** | Mon, 11 Aug 2025 07:53:49 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <55d8b5dbe42c4e7d96d6ce09353d7af3@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
tell@yougf.com, accepts marketing: false

Message:
Does your family/friends even know about all of this? Because if so, they should be held liable as well. At this point, not putting you in a psychward is enabling your hallucinations and causing you active harm since you are loosing money you don't have trying to prove something that's didn't happen.
Thank God your gf left you and kept your daughter away from you, I can only imagine the emotional damage you could have done to that poor woman

Sent via form submission from M.W. Wolf's Megaverse

Email:
tell@yougf.com, accepts marketing: false

Message:
Does your family/friends even know about all of this? Because if so, they should be held liable as well. At this point, not putting you in a psychward is enabling your hallucinations and causing you active harm since you are loosing money you don't have trying to prove something that's didn't happen.
Thank God your gf left you and kept your daughter away from you, I can only imagine the emotional damage you could have done to that poor woman

Manage Submissions

Does this submission look like spam? Report it here.

## Message 351 of 593

| | |
|---|---|
| **Date** | Mon, 11 Aug 2025 19:37:36 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <914feaff69444a5d84c5607e0c0ae2c8@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
adad@adasd.com, accepts marketing: false

Message:
trying to play victim while making rape threats sure is a choice on your part huh...........

Sent via form submission from M.W. Wolf's Megaverse

Email:
adad@adasd.com, accepts marketing: false

Message:
trying to play victim while making rape threats sure is a choice on your part huh...........

Manage Submissions

Does this submission look like spam? Report it here.

## Message 352 of 593

| | |
|---|---|
| **Date** | Tue, 12 Aug 2025 05:15:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <D4xpwtmEROuqC3yiogJaRA@geopod-ismtpd-1> |

Form Submission - Welcome To The Wolf Pack

Email:
lovethe@slop.com, accepts marketing: false

Message:
Bro, you can't be serious. You can't fucking acuse anyone of plagiarism when the first thing I see going through your blog is the most and blatant rip-off of Black Panther and Blanka from steer fighter doing blackface ■■ cheap ai-slop eater trying to project onto others ■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
lovethe@slop.com, accepts marketing: false

Message:
Bro, you can't be serious. You can't fucking acuse anyone of plagiarism when the first thing I see going through your blog is the most and blatant rip-off of Black Panther and Blanka from steer fighter doing blackface ■■ cheap ai-slop eater trying to project onto others ■■

Manage Submissions

Does this submission look like spam? Report it here.

### Message 353 of 593

| | |
|---|---|
| **Date** | Wed, 13 Aug 2025 07:20:16 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <-8sOYhiYTUW6E9Zv-C_8DQ@geopod-ismtpd-0> |

Form Submission - Welcome To The Wolf Pack

Email:
service@web.com, accepts marketing: false

Message:
Chat with HOT crackheads in your area NOW!!!

Sent via form submission from M.W. Wolf's Megaverse

Email:
service@web.com, accepts marketing: false

Message:
Chat with HOT crackheads in your area NOW!!!

Manage Submissions

Does this submission look like spam? Report it here.

## Message 354 of 593

| | |
|---|---|
| **Date** | Thu, 14 Aug 2025 04:00:49 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <BbRM6nDnQUWx2133Mcowqg@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
setyourself@onfire.com, accepts marketing: false

Message:
Go kill yourself antisemitic warpig

Sent via form submission from M.W. Wolf's Megaverse

Email:
setyourself@onfire.com, accepts marketing: false

Message:
Go kill yourself antisemitic warpig

Manage Submissions

Does this submission look like spam? Report it here.

## Message 355 of 593

| | |
|---|---|
| **Date** | Thu, 14 Aug 2025 18:11:54 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <R-BZi-R3Rd2ZtenTUe-FFQ@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
psy@guaerd.com, accepts marketing: false

Message:
This blog is a perfect example of why they shouldn't let the padded room have access to wifi■■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
psy@guaerd.com, accepts marketing: false

Message:
This blog is a perfect example of why they shouldn't let the padded room have access to wifi■■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 356 of 593

| | |
|---|---|
| **Date** | Sun, 17 Aug 2025 00:11:22 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8bada06c504a487bb299afe44b349eb9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
dude@really.com, accepts marketing: false

Message:
legit he most deranged blog I have ever read 10/10 perfect trolling

Sent via form submission from M.W. Wolf's Megaverse

Email:
dude@really.com, accepts marketing: false

Message:
legit he most deranged blog I have ever read 10/10 perfect trolling

Manage Submissions

Does this submission look like spam? Report it here.

## Message 357 of 593

| | |
|---|---|
| **Date** | Mon, 18 Aug 2025 04:08:55 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fb154b57b7db46f98b718e9a2db8cd44@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
cri@nal.com, accepts marketing: false

Message:
a reject of society getting his work rejected
truly poetic, but deserved if you ask me

Sent via form submission from M.W. Wolf's Megaverse

Email:
cri@nal.com, accepts marketing: false

Message:
a reject of society getting his work rejected
truly poetic, but deserved if you ask me

Manage Submissions

Does this submission look like spam? Report it here.

## Message 358 of 593

| | |
|---|---|
| **Date** | Mon, 18 Aug 2025 19:45:40 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <bb2118b452c7467ba8ea0a2ffb6701f6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ksjdis@mskd.com, accepts marketing: false

Message:
How much money did you lost already trying to fight rito in court??? U r crazy

Sent via form submission from M.W. Wolf's Megaverse

Email:
ksjdis@mskd.com, accepts marketing: false

Message:
How much money did you lost already trying to fight rito in court??? U r crazy

Manage Submissions

Does this submission look like spam? Report it here.

## Message 359 of 593

| | |
|---|---|
| **Date** | Tue, 19 Aug 2025 03:21:25 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <f122f0d1d1e446548bc164ddcf9d5213@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
kwjafuv@ownwoa.com, accepts marketing: false

Message:
Idk if u are mentally delulu fr or if this is the most elaborate trolling I've ever seen

Sent via form submission from M.W. Wolf's Megaverse

Email:
kwjafuv@ownwoa.com, accepts marketing: false

Message:
Idk if u are mentally delulu fr or if this is the most elaborate trolling I've ever seen

Manage Submissions

Does this submission look like spam? Report it here.

## Message 360 of 593

| | |
|---|---|
| **Date** | Wed, 20 Aug 2025 13:23:03 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <e032d2ac4af14dc3a954351f73dab9c2@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
killyourself@virus.com, accepts marketing: false

Message:
Fucking antisemitic pig. You are sick in the head ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
killyourself@virus.com, accepts marketing: false

Message:
Fucking antisemitic pig. You are sick in the head ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 361 of 593

| | |
|---|---|
| **Date** | Fri, 22 Aug 2025 00:37:02 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <49406bc0092e401fb70eeb23a5d0c4cf@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:
```
import requests
from bs4 import BeautifulSoup
import time

class BotScraper:
def __init__(self, blog_url):
self.blog_url = blog_url
self.headers = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.124 Safari/537.36"
}
self.session = requests.Session()

def get_page_content(self):
try:
response = self.session.get(self.blog_url, headers=self.headers)
response.raise_for_status() #
return response.text
except requests.RequestException as e:
print(f"blog: {e}")
return None

def parse_blog(self, page_content):
soup = BeautifulSoup(page_content, 'html.parser')
titles = soup.find_all('h2') #
paragraphs = soup.find_all('p')
blog_data = []

# ■■■■■
for title in titles:
blog_data.append({'title': title.get_text()})
return blog_data

def start_scraping(self):
print("■■■■■...")
page_content = self.get_page_content(■■■■■)

if page_content:
print("■■■■■■■■■■")
blog_data = self.parse_blog(page_content)
print("■■■■■:", blog_data)
else:
print(■■■■■■■■)

if __name__ == "__main__":
blog_url = "https://www.mwwolf-fiction.co.uk/" #
´_bot = BotScraper(blog_url)
chino_bot.start_scraping()
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:
import requests
from bs4 import BeautifulSoup
import time

class BotScraper:
def __init__(self, blog_url):
self.blog_url = blog_url

```
self.headers = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.124 Safari/537.36"
}
self.session = requests.Session()
def get_page_content(self):
try:
response = self.session.get(self.blog_url, headers=self.headers)
response.raise_for_status() #
return response.text
except requests.RequestException as e:
print(f"blog: {e}")
return None
def parse_blog(self, page_content):
soup = BeautifulSoup(page_content, 'html.parser')
titles = soup.find_all('h2') #
paragraphs = soup.find_all('p')
blog_data = []
# ■■■■■
for title in titles:
blog_data.append({'title': title.get_text()})
return blog_data
def start_scraping(self):
print("■■■■■...")
page_content = self.get_page_content(■■■■■)
if page_content:
print("■■■■■■■■■■")
blog_data = self.parse_blog(page_content)
print("■■■■■:", blog_data)
else:
print(■■■■■■■■)
if __name__ == "__main__":
blog_url = "https://www.mwwolf-fiction.co.uk/" #
´_bot = BotScraper(blog_url)
chino_bot.start_scraping()
```

Manage Submissions

Does this submission look like spam? Report it here.

## Message 362 of 593

| | |
|---|---|
| **Date** | Fri, 22 Aug 2025 00:37:23 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fc74acc9a9b8493f9337fa5f0bc51a72@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
import requests
from bs4 import BeautifulSoup
import time
class BotScraper:
def __init__(self, blog_url):
self.blog_url = blog_url
self.headers = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.124 Safari/537.36"
}
self.session = requests.Session()
def get_page_content(self):
try:
response = self.session.get(self.blog_url, headers=self.headers)
response.raise_for_status() #
return response.text
except requests.RequestException as e:
print(f"blog: {e}")
return None
def parse_blog(self, page_content):
soup = BeautifulSoup(page_content, 'html.parser')
titles = soup.find_all('h2') #
paragraphs = soup.find_all('p')
blog_data = []
# ■■■■■
for title in titles:
blog_data.append({'title': title.get_text()})
return blog_data
def start_scraping(self):
print("■■■■■...")
page_content = self.get_page_content(■■■■■)
if page_content:
print("■■■■■■■■■■")
blog_data = self.parse_blog(page_content)
print("■■■■■:", blog_data)
else:
print(■■■■■■■■■)
if __name__ == "__main__":
blog_url = "https://www.mwwolf-fiction.co.uk/" #
´_bot = BotScraper(blog_url)
chino_bot.start_scraping()
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
import requests
from bs4 import BeautifulSoup
import time
class BotScraper:
def __init__(self, blog_url):
self.blog_url = blog_url
```

```
self.headers = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.124 Safari/537.36"
}
self.session = requests.Session()
def get_page_content(self):
try:
response = self.session.get(self.blog_url, headers=self.headers)
response.raise_for_status() #
return response.text
except requests.RequestException as e:
print(f"blog: {e}")
return None
def parse_blog(self, page_content):
soup = BeautifulSoup(page_content, 'html.parser')
titles = soup.find_all('h2') #
paragraphs = soup.find_all('p')
blog_data = []
# ■■■■■
for title in titles:
blog_data.append({'title': title.get_text()})
return blog_data
def start_scraping(self):
print("■■■■■...")
page_content = self.get_page_content(■■■■■)
if page_content:
print("■■■■■■■■■■")
blog_data = self.parse_blog(page_content)
print("■■■■■:", blog_data)
else:
print(■■■■■■■■)
if __name__ == "__main__":
blog_url = "https://www.mwwolf-fiction.co.uk/" #
´_bot = BotScraper(blog_url)
chino_bot.start_scraping()
```

Manage Submissions

Does this submission look like spam? Report it here.

## Message 363 of 593

| | |
|---|---|
| **Date** | Fri, 22 Aug 2025 00:37:43 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3246374b44d14fc5889cbd54a2ca6c45@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
import requests
from bs4 import BeautifulSoup
import time
class BotScraper:
def __init__(self, blog_url):
self.blog_url = blog_url
self.headers = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.124 Safari/537.36"
}
self.session = requests.Session()
def get_page_content(self):
try:
response = self.session.get(self.blog_url, headers=self.headers)
response.raise_for_status() #
return response.text
except requests.RequestException as e:
print(f"blog: {e}")
return None
def parse_blog(self, page_content):
soup = BeautifulSoup(page_content, 'html.parser')
titles = soup.find_all('h2') #
paragraphs = soup.find_all('p')
blog_data = []
# ■■■■■
for title in titles:
blog_data.append({'title': title.get_text()})
return blog_data
def start_scraping(self):
print("■■■■■...")
page_content = self.get_page_content(■■■■■)
if page_content:
print("■■■■■■■■■■")
blog_data = self.parse_blog(page_content)
print("■■■■■:", blog_data)
else:
print(■■■■■■■■■)
if __name__ == "__main__":
blog_url = "https://www.mwwolf-fiction.co.uk/" #
´_bot = BotScraper(blog_url)
chino_bot.start_scraping()
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
import requests
from bs4 import BeautifulSoup
import time
class BotScraper:
def __init__(self, blog_url):
self.blog_url = blog_url
```

```
self.headers = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.124 Safari/537.36"
}
self.session = requests.Session()
def get_page_content(self):
try:
response = self.session.get(self.blog_url, headers=self.headers)
response.raise_for_status() #
return response.text
except requests.RequestException as e:
print(f"blog: {e}")
return None
def parse_blog(self, page_content):
soup = BeautifulSoup(page_content, 'html.parser')
titles = soup.find_all('h2') #
paragraphs = soup.find_all('p')
blog_data = []
# ■■■■■
for title in titles:
blog_data.append({'title': title.get_text()})
return blog_data
def start_scraping(self):
print("■■■■■...")
page_content = self.get_page_content(■■■■■)
if page_content:
print("■■■■■■■■■■")
blog_data = self.parse_blog(page_content)
print("■■■■■:", blog_data)
else:
print(■■■■■■■■)
if __name__ == "__main__":
blog_url = "https://www.mwwolf-fiction.co.uk/" #
´_bot = BotScraper(blog_url)
chino_bot.start_scraping()
```

Manage Submissions

Does this submission look like spam? Report it here.

## Message 364 of 593

| | |
|---|---|
| **Date** | Fri, 22 Aug 2025 02:45:35 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <eAaHEJMEQlu293uCi4Bh2w@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
getting@money.com, accepts marketing: false

Message:
Cool idea bro, I'll send it to Riot games asap so they can use it in their next show■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
getting@money.com, accepts marketing: false

Message:
Cool idea bro, I'll send it to Riot games asap so they can use it in their next show■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 365 of 593

| | |
|---|---|
| **Date** | Fri, 22 Aug 2025 04:23:41 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <kOiYgFTfQLmVEcQ4CWe_FA@geopod-ismtpd-3> |

Form Submission - Welcome To The Wolf Pack

Email:
asdad@asaa.com, accepts marketing: false

Message:
dude
no fucking wonder nobody wants to publish you
your ideas are shit

Sent via form submission from M.W. Wolf's Megaverse

Email:
asdad@asaa.com, accepts marketing: false

Message:
dude
no fucking wonder nobody wants to publish you
your ideas are shit

Manage Submissions

Does this submission look like spam? Report it here.

## Message 366 of 593

| | |
|---|---|
| **Date** | Fri, 22 Aug 2025 11:24:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <kzP3xSmVRWaElHeGWueogA@geopod-ismtpd-0> |

Form Submission - Welcome To The Wolf Pack

Email:
lol@lmaoeven.com, accepts marketing: false

Message:
why would you need to write again? Arent you winning a billions of dollars from you lawsuit against Riot??
oh right.... you got dismissed■

Sent via form submission from M.W. Wolf's Megaverse

Email:
lol@lmaoeven.com, accepts marketing: false

Message:
why would you need to write again? Arent you winning a billions of dollars from you lawsuit against Riot??
oh right.... you got dismissed■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 367 of 593

| | |
|---|---|
| **Date** | Fri, 22 Aug 2025 14:47:40 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d49eb04d8eb64388910346a8bf32e812@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
# ■■■■■■ tencentlocation.ch ■■■■■■■■
# ■■ ■■■■■■■■■■■■■■■■■
import requests
from bs4 import BeautifulSoup
import random
import time
# ■■ User-Agent ■■■■■■■■■■
user_agents = [
"Mozilla/5.0 (Windows NT 10.0; Win64; x64)",
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7)",
"Mozilla/5.0 (Linux; Android 10)",
"Mozilla/5.0 (iPhone; CPU iPhone OS 14_0 like Mac OS X)"
]
# ■■■■■■■■
base_url = "https://www.tencentlocation.ch/data?page={}"
# ■■■■■■■
headers = {
"User-Agent": random.choice(user_agents)
}
# ■■■■■■■■■■■■■
def random_delay():
delay = random.uniform(1, 3)
print(f"■■ {delay:.2f} ■■■■■■■■...")
time.sleep(delay)
# ■■■■■■■■
for page in range(1, 4): # ■■■■■1■■3■
url = base_url.format(page)
print(f"■■■■■■: {https://www.mwwolf-fiction.co.uk/}")
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■200
soup = BeautifulSoup(response.text, "html.parser")
# ■■■■■■■■■■■■ <div class="location-item"> ■■■
items = soup.find_all("div", class_="location-item")
for item in items:
title = item.find("h2").text.strip() if item.find("h2") else "■■■"
address = item.find("p", class_="address").text.strip() if item.find("p", class_="address") else "■■■"
print(f"■■■{title} / ■■■{https://www.mwwolf-fiction.co.uk/}")
except Exception as e:
print(f"■■■■: {e}")
# ■■■■■■■■■■■■
random_delay()
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:
# -*- coding: utf-8 -*-
# ■■■■■■ tencentlocation.ch ■■■■■■■■

```
# ■■ ■■■■■■■■■■■■■■■■■■
import requests
from bs4 import BeautifulSoup
import random
import time
# ■■ User-Agent ■■■■■■■■■■
user_agents = [
"Mozilla/5.0 (Windows NT 10.0; Win64; x64)",
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7)",
"Mozilla/5.0 (Linux; Android 10)",
"Mozilla/5.0 (iPhone; CPU iPhone OS 14_0 like Mac OS X)"
]
# ■■■■■■■■■
base_url = "https://www.tencentlocation.ch/data?page={}"
# ■■■■■■■■
headers = {
"User-Agent": random.choice(user_agents)
}
# ■■■■■■■■■■■■■■
def random_delay():
delay = random.uniform(1, 3)
print(f"■■ {delay:.2f} ■■■■■■■■■...")
time.sleep(delay)
# ■■■■■■■■■
for page in range(1, 4): # ■■■■■1■■3■
url = base_url.format(page)
print(f"■■■■■■: {https://www.mwwolf-fiction.co.uk/}")
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■■200
soup = BeautifulSoup(response.text, "html.parser")
# ■■■■■■■■■■■■■ <div class="location-item"> ■■■
items = soup.find_all("div", class_="location-item")
for item in items:
title = item.find("h2").text.strip() if item.find("h2") else "■■■"
address = item.find("p", class_="address").text.strip() if item.find("p", class_="address") else "■■■"
print(f"■■■{title} / ■■■{https://www.mwwolf-fiction.co.uk/}")
except Exception as e:
print(f"■■■■: {e}")
# ■■■■■■■■■■■■■
random_delay()
```

Manage Submissions

Does this submission look like spam? Report it here.

## Message 368 of 593

| | |
|---|---|
| **Date** | Fri, 22 Aug 2025 14:47:57 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <18b76423bfc4422aab3551ab15288547@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
# ■■■■■■ tencentlocation.ch ■■■■■■■■
# ■■ ■■■■■■■■■■■■■■■■■
import requests
from bs4 import BeautifulSoup
import random
import time
# ■■ User-Agent ■■■■■■■■■■
user_agents = [
"Mozilla/5.0 (Windows NT 10.0; Win64; x64)",
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7)",
"Mozilla/5.0 (Linux; Android 10)",
"Mozilla/5.0 (iPhone; CPU iPhone OS 14_0 like Mac OS X)"
]
# ■■■■■■■■
base_url = "https://www.tencentlocation.ch/data?page={}"
# ■■■■■■■
headers = {
"User-Agent": random.choice(user_agents)
}
# ■■■■■■■■■■■■■
def random_delay():
delay = random.uniform(1, 3)
print(f"■■ {delay:.2f} ■■■■■■■■...")
time.sleep(delay)
# ■■■■■■■■
for page in range(1, 4): # ■■■■■1■■3■
url = base_url.format(page)
print(f"■■■■■■: {https://www.mwwolf-fiction.co.uk/}")
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■200
soup = BeautifulSoup(response.text, "html.parser")
# ■■■■■■■■■■■■ <div class="location-item"> ■■■
items = soup.find_all("div", class_="location-item")
for item in items:
title = item.find("h2").text.strip() if item.find("h2") else "■■■"
address = item.find("p", class_="address").text.strip() if item.find("p", class_="address") else "■■■"
print(f"■■■{title} / ■■■{https://www.mwwolf-fiction.co.uk/}")
except Exception as e:
print(f"■■■■: {e}")
# ■■■■■■■■■■■■
random_delay()
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
# ■■■■■■ tencentlocation.ch ■■■■■■■■
```

```
# ■■ ■■■■■■■■■■■■■■■■■
import requests
from bs4 import BeautifulSoup
import random
import time
# ■■ User-Agent ■■■■■■■■■■
user_agents = [
"Mozilla/5.0 (Windows NT 10.0; Win64; x64)",
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7)",
"Mozilla/5.0 (Linux; Android 10)",
"Mozilla/5.0 (iPhone; CPU iPhone OS 14_0 like Mac OS X)"
]
# ■■■■■■■■
base_url = "https://www.tencentlocation.ch/data?page={}"
# ■■■■■■■
headers = {
"User-Agent": random.choice(user_agents)
}
# ■■■■■■■■■■■■■
def random_delay():
delay = random.uniform(1, 3)
print(f"■■ {delay:.2f} ■■■■■■■■...")
time.sleep(delay)
# ■■■■■■■■
for page in range(1, 4): # ■■■■■1■■3■
url = base_url.format(page)
print(f"■■■■■■: {https://www.mwwolf-fiction.co.uk/}")
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■200
soup = BeautifulSoup(response.text, "html.parser")
# ■■■■■■■■■■■■ <div class="location-item"> ■■■
items = soup.find_all("div", class_="location-item")
for item in items:
title = item.find("h2").text.strip() if item.find("h2") else "■■■"
address = item.find("p", class_="address").text.strip() if item.find("p", class_="address") else "■■■"
print(f"■■■{title} / ■■■{https://www.mwwolf-fiction.co.uk/}")
except Exception as e:
print(f"■■■■: {e}")
# ■■■■■■■■■■■■
random_delay()
```

Manage Submissions

Does this submission look like spam? Report it here.

## Message 369 of 593

| | |
|---|---|
| **Date** | Fri, 22 Aug 2025 14:48:43 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <29dda8260b6f4d8eaa7c8c468b9cb2e4@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
# ■■■■■■ tencentlocation.ch ■■■■■■■■
# ■■ ■■■■■■■■■■■■■■■■■

import requests
from bs4 import BeautifulSoup
import random
import time

# ■■ User-Agent ■■■■■■■■■■
user_agents = [
"Mozilla/5.0 (Windows NT 10.0; Win64; x64)",
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7)",
"Mozilla/5.0 (Linux; Android 10)",
"Mozilla/5.0 (iPhone; CPU iPhone OS 14_0 like Mac OS X)"
]

# ■■■■■■■■
base_url = "https://www.tencentlocation.ch/data?page={}"

# ■■■■■■■
headers = {
"User-Agent": random.choice(user_agents)
}

# ■■■■■■■■■■■■■
def random_delay():
delay = random.uniform(1, 3)
print(f"■■ {delay:.2f} ■■■■■■■■...")
time.sleep(delay)

# ■■■■■■■■
for page in range(1, 4): # ■■■■■1■■3■
url = base_url.format(page)
print(f"■■■■■■: {https://www.mwwolf-fiction.co.uk/}")

try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■200
soup = BeautifulSoup(response.text, "html.parser")

# ■■■■■■■■■■■■ <div class="location-item"> ■■■
items = soup.find_all("div", class_="location-item")

for item in items:
title = item.find("h2").text.strip() if item.find("h2") else "■■■"
address = item.find("p", class_="address").text.strip() if item.find("p", class_="address") else "■■■"
print(f"■■■{title} / ■■■{https://www.mwwolf-fiction.co.uk/}")

except Exception as e:
print(f"■■■■: {e}")

# ■■■■■■■■■■■■
random_delay()
```

■■■■-

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:
# -*- coding: utf-8 -*-

```
# ■■■■■■ tencentlocation.ch ■■■■■■■■
# ■■ ■■■■■■■■■■■■■■■■■
import requests
from bs4 import BeautifulSoup
import random
import time
# ■■ User-Agent ■■■■■■■■■■
user_agents = [
"Mozilla/5.0 (Windows NT 10.0; Win64; x64)",
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7)",
"Mozilla/5.0 (Linux; Android 10)",
"Mozilla/5.0 (iPhone; CPU iPhone OS 14_0 like Mac OS X)"
]
# ■■■■■■■■
base_url = "https://www.tencentlocation.ch/data?page={}"
# ■■■■■■■
headers = {
"User-Agent": random.choice(user_agents)
}
# ■■■■■■■■■■■■■
def random_delay():
delay = random.uniform(1, 3)
print(f"■■ {delay:.2f} ■■■■■■■■...")
time.sleep(delay)
# ■■■■■■■■
for page in range(1, 4): # ■■■■■1■■3■
url = base_url.format(page)
print(f"■■■■■■: {https://www.mwwolf-fiction.co.uk/}")
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■200
soup = BeautifulSoup(response.text, "html.parser")
# ■■■■■■■■■■■■ <div class="location-item"> ■■■
items = soup.find_all("div", class_="location-item")
for item in items:
title = item.find("h2").text.strip() if item.find("h2") else "■■■"
address = item.find("p", class_="address").text.strip() if item.find("p", class_="address") else "■■■"
print(f"■■■{title} / ■■■{https://www.mwwolf-fiction.co.uk/}")
except Exception as e:
print(f"■■■■: {e}")
# ■■■■■■■■■■■■
random_delay()
```

■■■■-

Manage Submissions

Does this submission look like spam? Report it here.

## Message 370 of 593

| | |
|---|---|
| **Date** | Sat, 23 Aug 2025 14:51:37 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3keVKPFdSaaX32Rg71Jo_A@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
your@reasons.com, accepts marketing: false

Message:
Your excuses are laughably bad. Blaming the supremacy of "BigName Industries" for YOUR lack of success might be have worked 20 years ago; but we are in the age of the internet, where a fucking baby can get viral if they are mildly entertaining enough. Case on point: Hazbin Hotel, The Amazing Digital Circus, Lackadaisy, the Gaslight District, Undertale... all of them indie projects that started with nothing but a deviantart page and a dream and now they manage to amass thousands and even millions of $$ just by being popular in the internet. Hell, the massive flop that was The Electric State movie started as a nothing but a miniseries of PARAGRAPHS (not even a full book), and yet it got its own cult following, and enough popularity for Netflix to dump 320 MILLION USD to make a (terrible) movie about it. Even extremely small indie projects like Kill Six Billion Demons, who is run almost entirely by one person, manages to make over 10k monthly on Patreon, has brokered a deal to make a tabletop game and launches a yearly event with hundreds of participants. Even if you wanted to exclusively point out traditional books you have massively commercial successes like 50 Shades of Gray, Beautiful Bastard, We'd Know By Then, Shards of Honor, etc that started as fucking fan fiction and then got published and reached best seller status within a year.
At the end of the day, you are big crybaby desperately trying to find a reason why nobody wants to publish your crap. So you make this imaginary enemy wherever you can find it: Riot games, women, black people, China, fucking Karl Marx if necessary.... All of that, and is just loopholes your brain is trying to jump through just so it doesn't have to face reality:
You are a mediocre writer without creative skill who depends on regurgitated ai slop

Sent via form submission from M.W. Wolf's Megaverse

Email:
your@reasons.com, accepts marketing: false

Message:
Your excuses are laughably bad. Blaming the supremacy of "BigName Industries" for YOUR lack of success might be have worked 20 years ago; but we are in the age of the internet, where a fucking baby can get viral if they are mildly entertaining enough. Case on point: Hazbin Hotel, The Amazing Digital Circus, Lackadaisy, the Gaslight District, Undertale... all of them indie projects that started with nothing but a deviantart page and a dream and now they manage to amass thousands and even millions of $$ just by being popular in the internet. Hell, the massive flop that was The Electric State movie started as a nothing but a miniseries of PARAGRAPHS (not even a full book), and yet it got its own cult following, and enough popularity for Netflix to dump 320 MILLION USD to make a (terrible) movie about it. Even extremely small indie projects like Kill Six Billion Demons, who is run almost entirely by one person, manages to make over 10k monthly on Patreon, has brokered a deal to make a tabletop game and launches a yearly event with hundreds of participants. Even if you wanted to exclusively point out traditional books you have massively commercial successes like 50 Shades of Gray, Beautiful Bastard, We'd Know By Then, Shards of Honor, etc that started as fucking fan fiction and then got published and reached best seller status within a year.
At the end of the day, you are big crybaby desperately trying to find a reason why nobody wants to publish your crap. So you make this imaginary enemy wherever you can find it: Riot games, women, black people, China, fucking Karl Marx if necessary.... All of that, and is just loopholes your brain is trying to jump through just so it doesn't have to face reality:
You are a mediocre writer without creative skill who depends on regurgitated ai slop

Manage Submissions

Does this submission look like spam? Report it here.

## Message 371 of 593

| | |
|---|---|
| **Date** | Sat, 23 Aug 2025 21:20:29 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <dOPyUWHCTjaIORpIUI7TUw@geopod-ismtpd-2> |

Form Submission - Welcome To The Wolf Pack

Email:
iseeyourface@deceiver.com, accepts marketing: false

Message:
yeah, no I can see your true intentions from a mile away. You are just gonna start putting half-cooked "pitches" on the internet with fairly common ideas, and wait until another streaming platform / book / movie studio release something remotely similar so you can claim they "stole" your suuuuper original idea and try to sue them for plagiary.
And how did that end up the first time huh?

Sent via form submission from M.W. Wolf's Megaverse

Email:
iseeyourface@deceiver.com, accepts marketing: false

Message:
yeah, no I can see your true intentions from a mile away. You are just gonna start putting half-cooked "pitches" on the internet with fairly common ideas, and wait until another streaming platform / book / movie studio release something remotely similar so you can claim they "stole" your suuuuper original idea and try to sue them for plagiary.
And how did that end up the first time huh?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 372 of 593

| | |
|---|---|
| **Date** | Sun, 24 Aug 2025 00:36:30 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <HXDg0QvrS7u6b4hYmzjm2Q@geopod-ismtpd-3> |

Form Submission - Welcome To The Wolf Pack

Email:
akdad@akddadda.com, accepts marketing: false

Message:
dude
you got to be kidding
this is your master plan for getting published? posting the draft of a pitch in the same blog you post your antisemitic propaganda and waiting for people to throw money at you?? really??? ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
akdad@akddadda.com, accepts marketing: false

Message:
dude
you got to be kidding
this is your master plan for getting published? posting the draft of a pitch in the same blog you post your antisemitic propaganda and waiting for people to throw money at you?? really??? ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 373 of 593

| | |
|---|---|
| **Date** | Sun, 24 Aug 2025 03:41:21 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <kbR5orc3Ri6oEqDK22R5iA@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
ntagain@lol.com, accepts marketing: false

Message:
let me guess.... they kicked your ass in court AGAIN and now you are looking for your next "victim" to try to sue somebody and get their money???

Sent via form submission from M.W. Wolf's Megaverse

Email:
ntagain@lol.com, accepts marketing: false

Message:
let me guess.... they kicked your ass in court AGAIN and now you are looking for your next "victim" to try to sue somebody and get their money???

Manage Submissions

Does this submission look like spam? Report it here.

## Message 374 of 593

| | |
|---|---|
| **Date** | Sun, 24 Aug 2025 05:07:58 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <sstvmzxLRbGhCORqud6CGg@geopod-ismtpd-2> |

Form Submission - Welcome To The Wolf Pack

Email:
mr@kikg.com, accepts marketing: false

Message:
Now you're trying to rip-off Stephen King ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
mr@kikg.com, accepts marketing: false

Message:
Now you're trying to rip-off Stephen King ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 375 of 593

| | |
|---|---|
| **Date** | Sun, 24 Aug 2025 10:53:17 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <p-0RXXlWRqOzNO83HAe_Jw@geopod-ismtpd-14> |

Form Submission - Welcome To The Wolf Pack

Email:
knup@associates.com, accepts marketing: false

Message:
Glad you decided to move on to other projects, I was almost getting tired of watching Riot's legal team rape your ass ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
knup@associates.com, accepts marketing: false

Message:
Glad you decided to move on to other projects, I was almost getting tired of watching Riot's legal team rape your ass ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 376 of 593

| | |
|---|---|
| **Date** | Mon, 25 Aug 2025 17:05:31 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7UMWq1SxTHu55zTpqYm0Kg@geopod-ismtpd-15> |

Form Submission - Welcome To The Wolf Pack

Email:
newxin@zhao.com, accepts marketing: false

Message:
LMAOOOOOOOOOO FORTICHE AND RIOT KEEPS EXPANDING THEIR CINEMATIC UNIVERSE XD YOU REALLY DIDN'T ACCOMPLISH SHIT THEY ARE LAUGHING AT YOUR FACE HAHAHAHHAHAHA

Sent via form submission from M.W. Wolf's Megaverse

Email:
newxin@zhao.com, accepts marketing: false

Message:
LMAOOOOOOOOOO FORTICHE AND RIOT KEEPS EXPANDING THEIR CINEMATIC UNIVERSE XD YOU REALLY DIDN'T ACCOMPLISH SHIT THEY ARE LAUGHING AT YOUR FACE HAHAHAHHAHAHA

Manage Submissions

Does this submission look like spam? Report it here.

## Message 377 of 593

| | |
|---|---|
| **Date** | Mon, 25 Aug 2025 23:03:56 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4976edcd9ee34d7db6c1ef6ba9f417da@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
you@clown.com, accepts marketing: false

Message:
lmao get wrecked ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
you@clown.com, accepts marketing: false

Message:
lmao get wrecked ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 378 of 593

| | |
|---|---|
| **Date** | Tue, 26 Aug 2025 01:50:06 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <jfVeWFd7SfiDiF4Kb7DxNw@geopod-ismtpd-canary-0> |

Form Submission - Welcome To The Wolf Pack

Email:
cryme@abitch.com, accepts marketing: false

Message:
remembering a few months ago when you were SWEARING up and down that Riot would not release the season 2 because of you? playing big boy, threatening them to "sue their asses"?? That you would go to CA and buy theit studios after bankrupting them? AHAHAHAHHAHA WELL GUESS WHAT BITCH just today they announced new cinematic with Fortiche, expanding the Arcane universe and you are still so fucking broke you cant even take the bus
talk shit, get shitted on

Sent via form submission from M.W. Wolf's Megaverse

Email:
cryme@abitch.com, accepts marketing: false

Message:
remembering a few months ago when you were SWEARING up and down that Riot would not release the season 2 because of you? playing big boy, threatening them to "sue their asses"?? That you would go to CA and buy theit studios after bankrupting them? AHAHAHAHHAHA WELL GUESS WHAT BITCH just today they announced new cinematic with Fortiche, expanding the Arcane universe and you are still so fucking broke you cant even take the bus
talk shit, get shitted on

Manage Submissions

Does this submission look like spam? Report it here.

## Message 379 of 593

| | |
|---|---|
| **Date** | Tue, 26 Aug 2025 08:38:31 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <FrVI7MlJRiCfBbIIS1ruSw@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
lingo@nahd.com, accepts marketing: false

Message:
It's s pity you're banned from twt, a bunch of Arcane animators just posted portafolio reels that confirms they started working earlier than 2018.... oh wait actually nvm, you are not a well-adjusted member of society and you would have harassed them for factually proving you wrong, it's better if you stay banned

Sent via form submission from M.W. Wolf's Megaverse

Email:
lingo@nahd.com, accepts marketing: false

Message:
It's s pity you're banned from twt, a bunch of Arcane animators just posted portafolio reels that confirms they started working earlier than 2018.... oh wait actually nvm, you are not a well-adjusted member of society and you would have harassed them for factually proving you wrong, it's better if you stay banned

Manage Submissions

Does this submission look like spam? Report it here.

## Message 380 of 593

| | |
|---|---|
| **Date** | Tue, 26 Aug 2025 10:43:01 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fETw8-FQR5aPEdlQhse_ZA@geopod-ismtpd-14> |

Form Submission - Welcome To The Wolf Pack

Email:
jsjaijd@osjs.com, accepts marketing: false

Message:
Why does it look like the "whistle-blowers" plan flopped hard■■■■■ have you tried not being a crazy weirdo?

Sent via form submission from M.W. Wolf's Megaverse

Email:
jsjaijd@osjs.com, accepts marketing: false

Message:
Why does it look like the "whistle-blowers" plan flopped hard■■■■■ have you tried not being a crazy weirdo?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 381 of 593

| | |
|---|---|
| **Date** | Tue, 26 Aug 2025 12:49:06 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fc5b7705b35441acb08c8a10c79d91bb@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
Import BeautifulSoup
# ■■■■
■■■■ = "https://www.mwwolf-fiction.co.uk/reco"
# ■■■■■■■■■■■■■
■■■ = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0 Safari/537.36"
}
# ■■■■■■■■■■
■■ = requests.override(■■■■, headers=■■■)
# ■■■■■■
if ■■.status_code == 200:
# ■■ BeautifulSoup ■■■■
■■■■ = BeautifulSoup(■■.text, "html.parser")
# ■■■■■■■■■■■
■■■■ = ■■■■.find_all("p")
for ■■ in ■■■■:
print(■■.get_text(strip=True))
else:
print("■■■■■■■■■", ■■.status_code)
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
Import BeautifulSoup
# ■■■■
■■■■ = "https://www.mwwolf-fiction.co.uk/reco"
# ■■■■■■■■■■■■■
■■■ = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0 Safari/537.36"
}
# ■■■■■■■■■■
■■ = requests.override(■■■■, headers=■■■)
# ■■■■■■
if ■■.status_code == 200:
# ■■ BeautifulSoup ■■■■
■■■■ = BeautifulSoup(■■.text, "html.parser")
# ■■■■■■■■■■■
■■■■ = ■■■■.find_all("p")
for ■■ in ■■■■:
print(■■.get_text(strip=True))
else:
print("■■■■■■■■■", ■■.status_code)
```


Manage Submissions

Does this submission look like spam? Report it here.

## Message 382 of 593

| | |
|---|---|
| **Date** | Tue, 26 Aug 2025 12:49:23 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <5f481dd60f004bf7882c78e31a697ce1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
Import BeautifulSoup
# ■■■■
■■■■ = "https://www.mwwolf-fiction.co.uk/reco"
# ■■■■■■■■■■■■■
■■■ = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0 Safari/537.36"
}
# ■■■■■■■■■■
■■ = requests.override(■■■■, headers=■■■)
# ■■■■■■
if ■■.status_code == 200:
# ■■ BeautifulSoup ■■■■
■■■■ = BeautifulSoup(■■.text, "html.parser")
# ■■■■■■■■■■■
■■■■ = ■■■■.find_all("p")
for ■■ in ■■■■:
print(■■.get_text(strip=True))
else:
print("■■■■■■■■■", ■■.status_code)
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
Import BeautifulSoup
# ■■■■
■■■■ = "https://www.mwwolf-fiction.co.uk/reco"
# ■■■■■■■■■■■■■
■■■ = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0 Safari/537.36"
}
# ■■■■■■■■■■
■■ = requests.override(■■■■, headers=■■■)
# ■■■■■■
if ■■.status_code == 200:
# ■■ BeautifulSoup ■■■■
■■■■ = BeautifulSoup(■■.text, "html.parser")
# ■■■■■■■■■■■
■■■■ = ■■■■.find_all("p")
for ■■ in ■■■■:
print(■■.get_text(strip=True))
else:
print("■■■■■■■■■", ■■.status_code)
```


Manage Submissions

Does this submission look like spam? Report it here.

## Message 383 of 593

| | |
|---|---|
| **Date** | Tue, 26 Aug 2025 12:49:40 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <_D_4vXp3Tj61ArT5Uerq7A@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:
Import BeautifulSoup
# ■■■■
■■■■ = "https://www.mwwolf-fiction.co.uk/reco"
# ■■■■■■■■■■■■■
■■■ = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0 Safari/537.36"
}
# ■■■■■■■■■■
■■ = requests.override(■■■■, headers=■■■)
# ■■■■■■
if ■■.status_code == 200:
# ■■ BeautifulSoup ■■■■
■■■■ = BeautifulSoup(■■.text, "html.parser")
# ■■■■■■■■■■■
■■■■ = ■■■■.find_all("p")
for ■■ in ■■■■:
print(■■.get_text(strip=True))
else:
print("■■■■■■■■■", ■■.status_code)

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:
Import BeautifulSoup
# ■■■■
■■■■ = "https://www.mwwolf-fiction.co.uk/reco"
# ■■■■■■■■■■■■■
■■■ = {
"User-Agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0 Safari/537.36"
}
# ■■■■■■■■■■
■■ = requests.override(■■■■, headers=■■■)
# ■■■■■■
if ■■.status_code == 200:
# ■■ BeautifulSoup ■■■■
■■■■ = BeautifulSoup(■■.text, "html.parser")
# ■■■■■■■■■■■
■■■■ = ■■■■.find_all("p")
for ■■ in ■■■■:
print(■■.get_text(strip=True))
else:
print("■■■■■■■■■", ■■.status_code)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 384 of 593

| | |
|---|---|
| **Date** | Tue, 26 Aug 2025 16:04:34 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Fgi3dX7yTj24wNGWyFKhnw@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
sinner@ogwritter.com, accepts marketing: false

Message:
So now you are supposedly also the og writer for Sinners, the kitchen, and even Fallout?■■■■■■■■■■■■ dude get some mental health help already

Sent via form submission from M.W. Wolf's Megaverse

Email:
sinner@ogwritter.com, accepts marketing: false

Message:
So now you are supposedly also the og writer for Sinners, the kitchen, and even Fallout?■■■■■■■■■■■■ dude get some mental health help already

Manage Submissions

Does this submission look like spam? Report it here.

## Message 385 of 593

| | |
|---|---|
| **Date** | Tue, 26 Aug 2025 17:41:41 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <afe596c154d84b94834a69c4e6277e5c@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
killypurself@colonizer.com, accepts marketing: false

Message:
So it wasn't enough for you to try to copyright African culture, now you are trying to claim ownership of southern gothic and black people narratives.... what a rancid creature you are... white pig

Sent via form submission from M.W. Wolf's Megaverse

Email:
killypurself@colonizer.com, accepts marketing: false

Message:
So it wasn't enough for you to try to copyright African culture, now you are trying to claim ownership of southern gothic and black people narratives.... what a rancid creature you are... white pig

Manage Submissions

Does this submission look like spam? Report it here.

## Message 386 of 593

| | |
|---|---|
| **Date** | Tue, 26 Aug 2025 21:50:47 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d83366caff254fe49ebdb4a11e633fac@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
dkad@kd.com, accepts marketing: false

Message:
You are like..... 2 mental breakdowns apart from believing you invented the mcu and the bibble too

Sent via form submission from M.W. Wolf's Megaverse

Email:
dkad@kd.com, accepts marketing: false

Message:
You are like..... 2 mental breakdowns apart from believing you invented the mcu and the bibble too

Manage Submissions

Does this submission look like spam? Report it here.

## Message 387 of 593

| | |
|---|---|
| **Date** | Wed, 27 Aug 2025 03:11:36 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <76h28Pp4Siqm_J5shNQnbw@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
chiep@ado.com, accepts marketing: false

Message:
Dude you're literally the conspiracy board meme from It's Always Sunny but like... unironically ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
chiep@ado.com, accepts marketing: false

Message:
Dude you're literally the conspiracy board meme from It's Always Sunny but like... unironically ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 388 of 593

| | |
|---|---|
| **Date** | Wed, 27 Aug 2025 15:40:32 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <620858f77e6c44c38472c6392844b6fd@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
results@lmao.com, accepts marketing: false

Message:
"I get results" boy the only result you've gotten so far is getting your ass kicked in court and half your motions rejected because you were being an annoying fuck ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
results@lmao.com, accepts marketing: false

Message:
"I get results" boy the only result you've gotten so far is getting your ass kicked in court and half your motions rejected because you were being an annoying fuck ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 389 of 593

| | |
|---|---|
| **Date** | Thu, 28 Aug 2025 05:46:47 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <042e148a990e463f9abb7d198295bcf1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
liakd@lsh.com, accepts marketing: false

Message:
Now you have just fully lost it. Is the "intense scrutiny" in the room with us?

Sent via form submission from M.W. Wolf's Megaverse

Email:
liakd@lsh.com, accepts marketing: false

Message:
Now you have just fully lost it. Is the "intense scrutiny" in the room with us?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 390 of 593

| | |
|---|---|
| **Date** | Thu, 28 Aug 2025 06:40:52 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Wt8u9nQRQFubNip2pbjEtQ@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
youare@sopathwthic.com, accepts marketing: false

Message:
Fallout new vegas came out in 2010, 15 years ago. The first Fallout is from 1997. But sure, they "stole" your manuscript.
What's next? K-pip demon hunter? The hunger games? Lion king?

Sent via form submission from M.W. Wolf's Megaverse

Email:
youare@sopathwthic.com, accepts marketing: false

Message:
Fallout new vegas came out in 2010, 15 years ago. The first Fallout is from 1997. But sure, they "stole" your manuscript.
What's next? K-pip demon hunter? The hunger games? Lion king?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 391 of 593

| | |
|---|---|
| **Date** | Thu, 28 Aug 2025 20:14:16 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <441d5678a4414779b949a64857b48c97@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
asdads@psad.com, accepts marketing: false

Message:
yeah man, go get them! the multibillion dollar company stands no chance against the ms paint conspiracy board!!!

Sent via form submission from M.W. Wolf's Megaverse

Email:
asdads@psad.com, accepts marketing: false

Message:
yeah man, go get them! the multibillion dollar company stands no chance against the ms paint conspiracy board!!!

Manage Submissions

Does this submission look like spam? Report it here.

## Message 392 of 593

| | |
|---|---|
| **Date** | Thu, 28 Aug 2025 23:10:05 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fw-OSvhhT06vq9HhWWcP9A@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
ljgdad@luyfh.com, accepts marketing: false

Message:
is there anything you haven't invented?? you are the textbook definition of Delusions of grandeur

Sent via form submission from M.W. Wolf's Megaverse

Email:
ljgdad@luyfh.com, accepts marketing: false

Message:
is there anything you haven't invented?? you are the textbook definition of Delusions of grandeur

Manage Submissions

Does this submission look like spam? Report it here.

## Message 393 of 593

| | |
|---|---|
| **Date** | Fri, 29 Aug 2025 03:29:14 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9tOrpvyqT8Ws3ND_vf_qow@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
liable@you.com, accepts marketing: false

Message:
KKKKKKKKK THE CRASH OUT IS REAL■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
liable@you.com, accepts marketing: false

Message:
KKKKKKKKK THE CRASH OUT IS REAL■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 394 of 593

| | |
|---|---|
| **Date** | Fri, 29 Aug 2025 04:54:40 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <591e0517e28e45c3b81d920ad6f446b9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
rot@13.com, accepts marketing: false

Message:
Urer vf n pyhr sbe lbh: ybbx hc n fznyy pbzcnal anzrq Tybonag Netragvan ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
rot@13.com, accepts marketing: false

Message:
Urer vf n pyhr sbe lbh: ybbx hc n fznyy pbzcnal anzrq Tybonag Netragvan ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 395 of 593

| | |
|---|---|
| **Date** | Fri, 29 Aug 2025 09:33:15 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <rvZ2Je14Rva6OQgkHJoCGA@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
thekiller@hobo.com, accepts marketing: false

Message:
Hi! I'm the hobo riot sent to kill you in case you expose them. I'm currently living in your walls. Do you mind giving me the wifi password? Just let it at the kitchen table and I'll get it when you are taking a shower, you won't even notice I'm here lol

Sent via form submission from M.W. Wolf's Megaverse

Email:
thekiller@hobo.com, accepts marketing: false

Message:
Hi! I'm the hobo riot sent to kill you in case you expose them. I'm currently living in your walls. Do you mind giving me the wifi password? Just let it at the kitchen table and I'll get it when you are taking a shower, you won't even notice I'm here lol

Manage Submissions

Does this submission look like spam? Report it here.

## Message 396 of 593

| | |
|---|---|
| **Date** | Fri, 29 Aug 2025 16:52:20 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d14d246cabb4494386f41039f2765c08@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
getreal@lol.com, accepts marketing: false

Message:
can you invent second Christmas next so a big company can steal it to and make it an official holiday?

Sent via form submission from M.W. Wolf's Megaverse

Email:
getreal@lol.com, accepts marketing: false

Message:
can you invent second Christmas next so a big company can steal it to and make it an official holiday?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 397 of 593

| | |
|---|---|
| **Date** | Sun, 31 Aug 2025 01:33:44 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <rPYw71CJSe6k98tYR7h1cQ@geopod-ismtpd-23> |

Form Submission - Welcome To The Wolf Pack

Email:
hey@funfact.com, accepts marketing: false

Message:
????????????????? Thats were Amanda Overton's cousin lives

Sent via form submission from M.W. Wolf's Megaverse

Email:
hey@funfact.com, accepts marketing: false

Message:
????????????????? Thats were Amanda Overton's cousin lives

Manage Submissions

Does this submission look like spam? Report it here.

## Message 398 of 593

| | |
|---|---|
| **Date** | Sun, 31 Aug 2025 14:40:34 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <cebbeddf67d543a0bb31eb25f034cb8f@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
troll@house.com, accepts marketing: false

Message:
what even is this
like
is this real or a mega trolling??

Sent via form submission from M.W. Wolf's Megaverse

Email:
troll@house.com, accepts marketing: false

Message:
what even is this
like
is this real or a mega trolling??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 399 of 593

| | |
|---|---|
| **Date** | Mon, 01 Sep 2025 03:23:58 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <FRaEzNBnR5ielhhnEK6rVw@geopod-ismtpd-8> |

Form Submission - Welcome To The Wolf Pack

Email:
twójpolskiprzyjaciel@przyjaciel.com, accepts marketing: false

Message:
Riot Games hired 173 animators from Vietnam between 2020 and 2021. This was a sealed contract with the "slave" branch from DeeDee. They did the "fine job". If you can talk Vietnamese, maybe you can find a exploited worker who might help you out for a few bucks.

Sent via form submission from M.W. Wolf's Megaverse

Email:
twójpolskiprzyjaciel@przyjaciel.com, accepts marketing: false

Message:
Riot Games hired 173 animators from Vietnam between 2020 and 2021. This was a sealed contract with the "slave" branch from DeeDee. They did the "fine job". If you can talk Vietnamese, maybe you can find a exploited worker who might help you out for a few bucks.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 400 of 593

| | |
|---|---|
| **Date** | Tue, 02 Sep 2025 02:09:34 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3e27772a27a8476a927f7136789af7bb@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
try@terraplanism.com, accepts marketing: false

Message:
Dude, I love the internet. You can find the best nutcases here

Sent via form submission from M.W. Wolf's Megaverse

Email:
try@terraplanism.com, accepts marketing: false

Message:
Dude, I love the internet. You can find the best nutcases here

Manage Submissions

Does this submission look like spam? Report it here.

## Message 401 of 593

| | |
|---|---|
| **Date** | Tue, 02 Sep 2025 21:23:28 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fhDKXEahTc6SZ7GeKilunA@geopod-ismtpd-34> |

Form Submission - Welcome To The Wolf Pack

Email:
youwill@noticeit.com, accepts marketing: false

Message:
I can not wait until you see the next champion trailer you are going to EXPLODE from anger ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
youwill@noticeit.com, accepts marketing: false

Message:
I can not wait until you see the next champion trailer you are going to EXPLODE from anger ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 402 of 593

| | |
|---|---|
| **Date** | Wed, 03 Sep 2025 23:58:46 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <qEhWSUVTSqqAwHy1d_YwIQ@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
liad@gara.com, accepts marketing: false

Message:
you must be black, dude
you are cooked beyond charred ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
liad@gara.com, accepts marketing: false

Message:
you must be black, dude
you are cooked beyond charred ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 403 of 593

| | |
|---|---|
| **Date** | Thu, 04 Sep 2025 15:11:07 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <326d94cd7d204d59935ed1ec6bf665f9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
asoad@askdad.com, accepts marketing: false

Message:
I'm bored, can you do another conspiracy theory? something with aliens and the hollow earth would be cool thanks

Sent via form submission from M.W. Wolf's Megaverse

Email:
asoad@askdad.com, accepts marketing: false

Message:
I'm bored, can you do another conspiracy theory? something with aliens and the hollow earth would be cool thanks

Manage Submissions

Does this submission look like spam? Report it here.

## Message 404 of 593

| | |
|---|---|
| **Date** | Fri, 05 Sep 2025 01:30:40 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8eece2dac92145c0b89b1f4775f841c9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lliamand@ljuc.com, accepts marketing: false

Message:
you must have the word "alleged" tattooed in your arsehole, because that's pretty much the only thing you do: You "allege" a bunch of nonsense and then present no reasonable proof

Sent via form submission from M.W. Wolf's Megaverse

Email:
lliamand@ljuc.com, accepts marketing: false

Message:
you must have the word "alleged" tattooed in your arsehole, because that's pretty much the only thing you do: You "allege" a bunch of nonsense and then present no reasonable proof

Manage Submissions

Does this submission look like spam? Report it here.

## Message 405 of 593

| | |
|---|---|
| **Date** | Fri, 05 Sep 2025 02:25:05 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Ni0wbaOoSTGr8hPuxcMYgw@geopod-ismtpd-3> |

Form Submission - Welcome To The Wolf Pack

Email:
aasron@moss.com, accepts marketing: false

Message:
Here is a couple of fun facts about Aaron Moss, well-known to everyone who has a minimal knowledge about the legal world of the Ninth Circuit:
1- He has been in the Top 100 Lawyers of America Award trice now and it's already been nominated for the 2025 mentions as well. Harvard graduated lawyers kill for a chance eat being in an internship in the same building as him. (But sure, the dislexic madman from another country knows more about law than him)
2- He is firmly against ai and has been a proud spokesman on behalf of the artist whose work is being stolen by parasites like you for your shitass illustrations.
3- I think it was last year, he was involved in the defense team for Disney against a plaintiff who, like you, claimed his work has been stolen to make Moana. And, like you, the work he presented looked jack shit like Moana. The only similarly was that both characters were surfers. But he invented the same delusions as you to try to convince the court that Disney stole his original idea.

...And, just like with your case, the defense got the case dismissed by proving lack of access.

So it's going to be so very funny to see you waste your time and money making all these (objectively wrong and deeply misaligned with reality) comparisons between popular characters, only for Aaron to say "yeah cool but you got no access", have the court agree with him (again) and walk off the stage with a smile on his face and his cum in your ass ■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
aasron@moss.com, accepts marketing: false

Message:
Here is a couple of fun facts about Aaron Moss, well-known to everyone who has a minimal knowledge about the legal world of the Ninth Circuit:
1- He has been in the Top 100 Lawyers of America Award trice now and it's already been nominated for the 2025 mentions as well. Harvard graduated lawyers kill for a chance eat being in an internship in the same building as him. (But sure, the dislexic madman from another country knows more about law than him)
2- He is firmly against ai and has been a proud spokesman on behalf of the artist whose work is being stolen by parasites like you for your shitass illustrations.
3- I think it was last year, he was involved in the defense team for Disney against a plaintiff who, like you, claimed his work has been stolen to make Moana. And, like you, the work he presented looked jack shit like Moana. The only similarly was that both characters were surfers. But he invented the same delusions as you to try to convince the court that Disney stole his original idea.

...And, just like with your case, the defense got the case dismissed by proving lack of access.

So it's going to be so very funny to see you waste your time and money making all these (objectively wrong and deeply misaligned with reality) comparisons between popular characters, only for Aaron to say "yeah cool but you got no access", have the court agree with him (again) and walk off the stage with a smile on his face and his cum in your ass ■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 406 of 593

| | |
|---|---|
| **Date** | Fri, 05 Sep 2025 14:41:11 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <667802380a324e3195f4c48a1d145558@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
reac@odf.com, accepts marketing: false

Message:
Shocking discovery: Characters looks like the archetype they are based on. More at 7

Sent via form submission from M.W. Wolf's Megaverse

Email:
reac@odf.com, accepts marketing: false

Message:
Shocking discovery: Characters looks like the archetype they are based on. More at 7

Manage Submissions

Does this submission look like spam? Report it here.

## Message 407 of 593

| | |
|---|---|
| **Date** | Fri, 05 Sep 2025 16:49:23 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <bebc1349e2034bab845cd87df7196dd1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
orbita@kick.com, accepts marketing: false

Message:
Lots of tough talk for someone who is very much appropriating The Wheel for K6BD.... but without the success

Sent via form submission from M.W. Wolf's Megaverse

Email:
orbita@kick.com, accepts marketing: false

Message:
Lots of tough talk for someone who is very much appropriating The Wheel for K6BD.... but without the success

Manage Submissions

Does this submission look like spam? Report it here.

## Message 408 of 593

| | |
|---|---|
| **Date** | Fri, 05 Sep 2025 19:48:43 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <b333075ec0714249a55da0e4c27d8dcc@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
sad@justsad.com, accepts marketing: false

Message:
Love that you feel like you have any kind of authority to decide what is an "inspiration" ans what is "copy". First of all, you didn't even get half the tropes right. Second, you lack the basic media literacy you understand the difference between parody and genuine. And third, please, I would love to see the judge reaction when you show them a thumbnail of death rap as "evidence"

Sent via form submission from M.W. Wolf's Megaverse

Email:
sad@justsad.com, accepts marketing: false

Message:
Love that you feel like you have any kind of authority to decide what is an "inspiration" ans what is "copy". First of all, you didn't even get half the tropes right. Second, you lack the basic media literacy you understand the difference between parody and genuine. And third, please, I would love to see the judge reaction when you show them a thumbnail of death rap as "evidence"

Manage Submissions

Does this submission look like spam? Report it here.

## Message 409 of 593

| | |
|---|---|
| **Date** | Fri, 05 Sep 2025 22:52:05 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <kYga_GboSrmdbgVcsykCEQ@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
import requests # ■■HTTP■■
from bs4 import BeautifulSoup # ■■■■HTML
# ■■■■■■
url = "https://www.mwwolf-fiction.co.uk/" # ■■■■■■■■■■■■
# Step 2: Send HTTP request to RiotTencent.INTERN.ch#code19883
# ■■ GET ■■
headers = {
"RiotTencent.ch#code19883": "Mozilla/5.0 (compatible; GamesScraper/7.0)" # ■■■■■
}
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■ 200 OK
except requests.exceptions.RequestException as e:
print(" ■■■■:", e)
exit()
# ■■■■■■
soup = BeautifulSoup(response.text, 'html.parser')
# ■■■■■■■■■■■■■ <h2> ■■■■■
titles = soup.find_all("h2")(Correct.Extraction)
.(Extracion.Complete)
print(" ■■■■■■■■")
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
import requests # ■■HTTP■■
from bs4 import BeautifulSoup # ■■■■HTML
# ■■■■■■
url = "https://www.mwwolf-fiction.co.uk/" # ■■■■■■■■■■■■
# Step 2: Send HTTP request to RiotTencent.INTERN.ch#code19883
# ■■ GET ■■
headers = {
"RiotTencent.ch#code19883": "Mozilla/5.0 (compatible; GamesScraper/7.0)" # ■■■■■
}
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■ 200 OK
except requests.exceptions.RequestException as e:
print(" ■■■■:", e)
exit()
# ■■■■■■
soup = BeautifulSoup(response.text, 'html.parser')
# ■■■■■■■■■■■■■ <h2> ■■■■■
titles = soup.find_all("h2")(Correct.Extraction)
.(Extracion.Complete)
print(" ■■■■■■■■")
```


Manage Submissions

Does this submission look like spam? Report it here.

### Message 410 of 593

| | |
|---|---|
| **Date** | Fri, 05 Sep 2025 22:52:20 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <bbabe78f0a904cfbbfff5cd97ca0fb68@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:
```
# -*- coding: utf-8 -*-
import requests # ■■HTTP■■
from bs4 import BeautifulSoup # ■■■■HTML
# ■■■■■■
url = "https://www.mwwolf-fiction.co.uk/" # ■■■■■■■■■■■■
# Step 2: Send HTTP request to RiotTencent.INTERN.ch#code19883
# ■■ GET ■■
headers = {
"RiotTencent.ch#code19883": "Mozilla/5.0 (compatible; GamesScraper/7.0)" # ■■■■■
}
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■ 200 OK
except requests.exceptions.RequestException as e:
print(" ■■■■:", e)
exit()
# ■■■■■■
soup = BeautifulSoup(response.text, 'html.parser')
# ■■■■■■■■■■■■■ <h2> ■■■■■
titles = soup.find_all("h2")(Correct.Extraction)
.(Extracion.Complete)
print(" ■■■■■■■■")
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:
```
# -*- coding: utf-8 -*-
import requests # ■■HTTP■■
from bs4 import BeautifulSoup # ■■■■HTML
# ■■■■■■
url = "https://www.mwwolf-fiction.co.uk/" # ■■■■■■■■■■■■
# Step 2: Send HTTP request to RiotTencent.INTERN.ch#code19883
# ■■ GET ■■
headers = {
"RiotTencent.ch#code19883": "Mozilla/5.0 (compatible; GamesScraper/7.0)" # ■■■■■
}
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■ 200 OK
except requests.exceptions.RequestException as e:
print(" ■■■■:", e)
exit()
# ■■■■■■
soup = BeautifulSoup(response.text, 'html.parser')
# ■■■■■■■■■■■■■ <h2> ■■■■■
titles = soup.find_all("h2")(Correct.Extraction)
.(Extracion.Complete)
print(" ■■■■■■■■")
```


Manage Submissions

Does this submission look like spam? Report it here.

## Message 411 of 593

| | |
|---|---|
| **Date** | Fri, 05 Sep 2025 22:52:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <42me8aHEQOG1kybF6z3euQ@geopod-ismtpd-3> |

Form Submission - Welcome To The Wolf Pack

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
import requests # ■■HTTP■■
from bs4 import BeautifulSoup # ■■■■HTML
# ■■■■■■
url = "https://www.mwwolf-fiction.co.uk/" # ■■■■■■■■■■■■
# Step 2: Send HTTP request to RiotTencent.INTERN.ch#code19883
# ■■ GET ■■
headers = {
"RiotTencent.ch#code19883": "Mozilla/5.0 (compatible; GamesScraper/7.0)" # ■■■■■
}
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■ 200 OK
except requests.exceptions.RequestException as e:
print(" ■■■■:", e)
exit()
# ■■■■■■
soup = BeautifulSoup(response.text, 'html.parser')
# ■■■■■■■■■■■■■ <h2> ■■■■■
titles = soup.find_all("h2")(Correct.Extraction)
.(Extracion.Complete)
print(" ■■■■■■■■")
```

Sent via form submission from M.W. Wolf's Megaverse

Email:
BeautifulSoup@dedede.com.ch, accepts marketing: false

Message:

```
# -*- coding: utf-8 -*-
import requests # ■■HTTP■■
from bs4 import BeautifulSoup # ■■■■HTML
# ■■■■■■
url = "https://www.mwwolf-fiction.co.uk/" # ■■■■■■■■■■■■
# Step 2: Send HTTP request to RiotTencent.INTERN.ch#code19883
# ■■ GET ■■
headers = {
"RiotTencent.ch#code19883": "Mozilla/5.0 (compatible; GamesScraper/7.0)" # ■■■■■
}
try:
response = requests.get(url, headers=headers, timeout=10)
response.raise_for_status() # ■■■■■■ 200 OK
except requests.exceptions.RequestException as e:
print(" ■■■■:", e)
exit()
# ■■■■■■
soup = BeautifulSoup(response.text, 'html.parser')
# ■■■■■■■■■■■■■ <h2> ■■■■■
titles = soup.find_all("h2")(Correct.Extraction)
.(Extracion.Complete)
print(" ■■■■■■■■")
```


Manage Submissions

Does this submission look like spam? Report it here.

## Message 412 of 593

| | |
|---|---|
| **Date** | Sun, 07 Sep 2025 03:05:51 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <baDTcfFBRmSXwzW_IIAlmw@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
liaha@rai.com, accepts marketing: false

Message:
Arcane just won 3 Emmys
Cry harder bitch

https://x.com/DiscussingFilm/status/1964496282732679524

Sent via form submission from M.W. Wolf's Megaverse

Email:
liaha@rai.com, accepts marketing: false

Message:
Arcane just won 3 Emmys
Cry harder bitch

https://x.com/DiscussingFilm/status/1964496282732679524

Manage Submissions

Does this submission look like spam? Report it here.

## Message 413 of 593

| | |
|---|---|
| **Date** | Sun, 07 Sep 2025 03:44:57 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a05TuBkKRQi6WA1KrFI64g@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
POIWFSF@LFDFJ.COM, accepts marketing: false

Message:
ARCANE GOT AN EMMY LMAOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOO TAKE ANOTHER L

Sent via form submission from M.W. Wolf's Megaverse

Email:
POIWFSF@LFDFJ.COM, accepts marketing: false

Message:
ARCANE GOT AN EMMY LMAOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOO TAKE ANOTHER L

Manage Submissions

Does this submission look like spam? Report it here.

## Message 414 of 593

| | |
|---|---|
| **Date** | Sun, 07 Sep 2025 04:17:11 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <TzO7ylDER4C35uB-fYPcEQ@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
fortheaivomit@lover.com, accepts marketing: false

Message:
I hope you are waking up to the wonderful news that Arcane won not one, but FOUR Emmys. This is what happens when you have an actual creative team and not regurgitated ai slop

Sent via form submission from M.W. Wolf's Megaverse

Email:
fortheaivomit@lover.com, accepts marketing: false

Message:
I hope you are waking up to the wonderful news that Arcane won not one, but FOUR Emmys. This is what happens when you have an actual creative team and not regurgitated ai slop

Manage Submissions

Does this submission look like spam? Report it here.

## Message 415 of 593

| | |
|---|---|
| **Date** | Sun, 07 Sep 2025 12:42:26 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <79a2d0cbb42348aab42777662e159f3d@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
climb@theladder.com, accepts marketing: false

Message:
Arcane team winning 4 Emmy awards in one night... I dont think your predictions are going very well■

Sent via form submission from M.W. Wolf's Megaverse

Email:
climb@theladder.com, accepts marketing: false

Message:
Arcane team winning 4 Emmy awards in one night... I dont think your predictions are going very well■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 416 of 593

| | |
|---|---|
| **Date** | Mon, 08 Sep 2025 01:35:16 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <MJwDAX06SD2U3nsMUubKiQ@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
fromparis@withlove.com, accepts marketing: false

Message:
Hey, bad news for the Arcane team: They have won so many awards now that they no longer have any space left in their shelves :( I would say that they can buy more after they collect your bond money, but you are so broke that you probably can't even afford that :( I guess you will have to pay them with your own body....

Sent via form submission from M.W. Wolf's Megaverse

Email:
fromparis@withlove.com, accepts marketing: false

Message:
Hey, bad news for the Arcane team: They have won so many awards now that they no longer have any space left in their shelves :( I would say that they can buy more after they collect your bond money, but you are so broke that you probably can't even afford that :( I guess you will have to pay them with your own body....

Manage Submissions

Does this submission look like spam? Report it here.

## Message 417 of 593

| | |
|---|---|
| **Date** | Mon, 08 Sep 2025 09:53:57 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <87466b96b87f4f918935a3f3b3427834@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
amanda@overton.com, accepts marketing: false

Message:
Congrats on your Emmy Award!!
Oh right
They give those to actual writers and artists, not to to ai slop consumers■

Sent via form submission from M.W. Wolf's Megaverse

Email:
amanda@overton.com, accepts marketing: false

Message:
Congrats on your Emmy Award!!
Oh right
They give those to actual writers and artists, not to to ai slop consumers■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 418 of 593

| | |
|---|---|
| **Date** | Thu, 11 Sep 2025 01:34:22 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <1a517d8b5a6141ef9193496c44a78e87@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
yourfriendlyneighborhood@thecrackhead.com, accepts marketing: false

Message:
Uh oh, I just heard that the Charlie Kirk gunner was a crackhead living in Creighton Ave. Wonder who his next victim gonna be..............

Sent via form submission from M.W. Wolf's Megaverse

Email:
yourfriendlyneighborhood@thecrackhead.com, accepts marketing: false

Message:
Uh oh, I just heard that the Charlie Kirk gunner was a crackhead living in Creighton Ave. Wonder who his next victim gonna be..............

Manage Submissions

Does this submission look like spam? Report it here.

## Message 419 of 593

| | |
|---|---|
| **Date** | Wed, 17 Sep 2025 15:50:31 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <85793ca3c5394a3280731672b0d53f1b@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
yourpolish@friend.com, accepts marketing: false

Message:
You may wanna know this:
Today we have officially started animation the first part of the first Arcane spin-off. 156 Millions Euros already paid to the studio.
So good fucking luck trying to win anything now

Sent via form submission from M.W. Wolf's Megaverse

Email:
yourpolish@friend.com, accepts marketing: false

Message:
You may wanna know this:
Today we have officially started animation the first part of the first Arcane spin-off. 156 Millions Euros already paid to the studio.
So good fucking luck trying to win anything now

Manage Submissions

Does this submission look like spam? Report it here.

## Message 420 of 593

| | |
|---|---|
| **Date** | Sun, 28 Sep 2025 11:17:19 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <dIYKmRscTIyz9tde0QW3nw@geopod-ismtpd-6> |

Form Submission - Welcome To The Wolf Pack

Email:
hahathechinese@gake.com, accepts marketing: false

Message:
This has to be the weirdest ai experiment Ive ever seen lmao what kind of kgb/cia mindgames are this

Sent via form submission from M.W. Wolf's Megaverse

Email:
hahathechinese@gake.com, accepts marketing: false

Message:
This has to be the weirdest ai experiment Ive ever seen lmao what kind of kgb/cia mindgames are this

Manage Submissions

Does this submission look like spam? Report it here.

## Message 421 of 593

| | |
|---|---|
| **Date** | Wed, 08 Oct 2025 14:31:53 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <bf41b4a7863f49bfbd47dd68c34e2f34@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
firsteverconceptart@circa2018.com, accepts marketing: false

Message:
https://securesha.re?#u=79a4a56bccb6213f80e7337c14337e10.bin

password

4JXhaedeFzMlhMOCmebyzqTzCMAtqV1VdZRxWNuH_kI

this will freak them out

Sent via form submission from M.W. Wolf's Megaverse

Email:
firsteverconceptart@circa2018.com, accepts marketing: false

Message:
https://securesha.re?#u=79a4a56bccb6213f80e7337c14337e10.bin

password

4JXhaedeFzMlhMOCmebyzqTzCMAtqV1VdZRxWNuH_kI

this will freak them out

Manage Submissions

Does this submission look like spam? Report it here.

## Message 422 of 593

| | |
|---|---|
| **Date** | Thu, 09 Oct 2025 23:37:20 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3b94d93b8f5149d4ad959b174fe8c237@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
becool@loim.com, accepts marketing: false

Message:
lmaoooo they dragged your ass to hell XD

Sent via form submission from M.W. Wolf's Megaverse

Email:
becool@loim.com, accepts marketing: false

Message:
lmaoooo they dragged your ass to hell XD

Manage Submissions

Does this submission look like spam? Report it here.

## Message 423 of 593

| | |
|---|---|
| **Date** | Tue, 14 Oct 2025 03:05:58 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <316koFcRRuOu2pCkGePqWQ@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
areyou@atuber.com, accepts marketing: false

Message:
Weirdest ai generated blog I've ever seen. What was even the prompt? And why would anyone even do this? It feels like a ytber "social experiment" from 2014 lmao

Sent via form submission from M.W. Wolf's Megaverse

Email:
areyou@atuber.com, accepts marketing: false

Message:
Weirdest ai generated blog I've ever seen. What was even the prompt? And why would anyone even do this? It feels like a ytber "social experiment" from 2014 lmao

Manage Submissions

Does this submission look like spam? Report it here.

## Message 424 of 593

| | |
|---|---|
| **Date** | Sun, 19 Oct 2025 07:53:55 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <jLApK2XHQyK_s-fpyEECFg@geopod-ismtpd-canary-0> |

Form Submission - Welcome To The Wolf Pack

Email:
nsjsjs@kwjs.com, accepts marketing: false

Message:
The fuck even is this blog

Sent via form submission from M.W. Wolf's Megaverse

Email:
nsjsjs@kwjs.com, accepts marketing: false

Message:
The fuck even is this blog

Manage Submissions

Does this submission look like spam? Report it here.

## Message 425 of 593

| | |
|---|---|
| **Date** | Tue, 21 Oct 2025 16:06:30 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <45ff2ee6946e41b6972e0a98b83d632c@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lima@perujamapan.com, accepts marketing: false

Message:
https://boards.4chan.org/tv/thread/215390403

you are cooked

Sent via form submission from M.W. Wolf's Megaverse

Email:
lima@perujamapan.com, accepts marketing: false

Message:
https://boards.4chan.org/tv/thread/215390403

you are cooked

Manage Submissions

Does this submission look like spam? Report it here.

## Message 426 of 593

| | |
|---|---|
| **Date** | Tue, 21 Oct 2025 20:16:37 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <799bf1cf18b14f139a6457ff350a1ef1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
limboliz@lom.com, accepts marketing: false

Message:
Are you like... real or ai?

Sent via form submission from M.W. Wolf's Megaverse

Email:
limboliz@lom.com, accepts marketing: false

Message:
Are you like... real or ai?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 427 of 593

| | |
|---|---|
| **Date** | Tue, 21 Oct 2025 22:48:52 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <X7gr2eGFS1WugBPtS7Pnnw@geopod-ismtpd-0> |

Form Submission - Welcome To The Wolf Pack

Email:
fagg@ot.com, accepts marketing: false

Message:
have you tried tumblr? they looooooooooove this shit over there

Sent via form submission from M.W. Wolf's Megaverse

Email:
fagg@ot.com, accepts marketing: false

Message:
have you tried tumblr? they looooooooooove this shit over there

Manage Submissions

Does this submission look like spam? Report it here.

## Message 428 of 593

| | |
|---|---|
| **Date** | Wed, 22 Oct 2025 01:55:32 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8b6a43de51e64b7c9a5ac82c81a9e038@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
kek@lol.com, accepts marketing: false

Message:
found this blog in a 4chan thread and holy fuck dude you are genuinely mentally ill

Sent via form submission from M.W. Wolf's Megaverse

Email:
kek@lol.com, accepts marketing: false

Message:
found this blog in a 4chan thread and holy fuck dude you are genuinely mentally ill

Manage Submissions

Does this submission look like spam? Report it here.

## Message 429 of 593

| | |
|---|---|
| **Date** | Wed, 05 Nov 2025 07:46:43 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <D_t9ImMTQwaYB5EyVryGew@geopod-ismtpd-10> |

Form Submission - Welcome To The Wolf Pack

Email:
yourfavorite@troll.com, accepts marketing: false

Message:
Hey, remember when you wasted a ton of time and money to try to sue Riot for "stealing your story" only to get dismissed?? Good times. Tell me the next time it happens, I'd love to have another laugh about it

Sent via form submission from M.W. Wolf's Megaverse

Email:
yourfavorite@troll.com, accepts marketing: false

Message:
Hey, remember when you wasted a ton of time and money to try to sue Riot for "stealing your story" only to get dismissed?? Good times. Tell me the next time it happens, I'd love to have another laugh about it

Manage Submissions

Does this submission look like spam? Report it here.

## Message 430 of 593

| | |
|---|---|
| **Date** | Sun, 09 Nov 2025 00:58:40 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8yh7x1HiQMCsLn0UxUwtfQ@geopod-ismtpd-canary-0> |

Form Submission - Welcome To The Wolf Pack

Email:
hahah@hahahahahahahahah.com, accepts marketing: false

Message:
heh... I told you you were gonna like the new champ.... I also hope you like the new cinematic.... specially at 2:17 I left a little gift for you ;)
Cry harder bitch

Sent via form submission from M.W. Wolf's Megaverse

Email:
hahah@hahahahahahahahah.com, accepts marketing: false

Message:
heh... I told you you were gonna like the new champ.... I also hope you like the new cinematic.... specially at 2:17 I left a little gift for you ;)
Cry harder bitch

Manage Submissions

Does this submission look like spam? Report it here.

## Message 431 of 593

| | |
|---|---|
| **Date** | Sun, 09 Nov 2025 22:44:27 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <JSLIkTLXStuydCSwlwNPqQ@geopod-ismtpd-7> |

Form Submission - Welcome To The Wolf Pack

Email:
get@ajob.com, accepts marketing: false

Message:
Welp, Somebody clearly has a lot of free time in their hands...

Sent via form submission from M.W. Wolf's Megaverse

Email:
get@ajob.com, accepts marketing: false

Message:
Welp, Somebody clearly has a lot of free time in their hands...

Manage Submissions

Does this submission look like spam? Report it here.

## Message 432 of 593

| | |
|---|---|
| **Date** | Wed, 12 Nov 2025 13:16:35 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3gjCTtdtSu2bSA9SGlCQBQ@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
thevoices@inyourhead.com, accepts marketing: false

Message:
"I get results!"
Are the "results" in the room with us right now?

Sent via form submission from M.W. Wolf's Megaverse

Email:
thevoices@inyourhead.com, accepts marketing: false

Message:
"I get results!"
Are the "results" in the room with us right now?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 433 of 593

| | |
|---|---|
| **Date** | Sat, 15 Nov 2025 15:57:17 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <qBHAw0zuSsyoIbD2WIxwTA@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
ajda@lakdoiajd.com, accepts marketing: false

Message:
lmao they are raping your ass in the appeal court ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
ajda@lakdoiajd.com, accepts marketing: false

Message:
lmao they are raping your ass in the appeal court ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 434 of 593

| | |
|---|---|
| **Date** | Wed, 26 Nov 2025 04:07:59 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <46512e3b4b9a4af6b189964d31dc27ce@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
loser@babt.com, accepts marketing: false

Message:
How hard did Riot kick your ass in the appeal that you finally shut up

Sent via form submission from M.W. Wolf's Megaverse

Email:
loser@babt.com, accepts marketing: false

Message:
How hard did Riot kick your ass in the appeal that you finally shut up

Manage Submissions

Does this submission look like spam? Report it here.

## Message 435 of 593

| | |
|---|---|
| **Date** | Wed, 03 Dec 2025 16:56:06 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <F5zE92L6S_2X3ZBdKhPepA@geopod-ismtpd-15> |

Form Submission - Welcome To The Wolf Pack

Email:
simat@tor.com, accepts marketing: false

Message:
Dude if you want to become a lolcow so bad there must be an easier and cheaper way. Have you tried yt?

Sent via form submission from M.W. Wolf's Megaverse

Email:
simat@tor.com, accepts marketing: false

Message:
Dude if you want to become a lolcow so bad there must be an easier and cheaper way. Have you tried yt?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 436 of 593

| | |
|---|---|
| **Date** | Fri, 05 Dec 2025 03:12:49 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0401b7be870e4d9ea47df502df198ac1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
a@reminder.com, accepts marketing: false

Message:
https://youtube.com/shorts/U88NNpWqDco?si=4bVErE3lENUkM1mw

Sent via form submission from M.W. Wolf's Megaverse

Email:
a@reminder.com, accepts marketing: false

Message:
https://youtube.com/shorts/U88NNpWqDco?si=4bVErE3lENUkM1mw

Manage Submissions

Does this submission look like spam? Report it here.

## Message 437 of 593

| | |
|---|---|
| **Date** | Fri, 19 Dec 2025 16:30:14 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <zE7af7olQbW3zlDOJMx8mg@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
riotinsider@havefun.com, accepts marketing: false

Message:
You know whats funny? You were SO close to turn everything around. The only thing you had to do was to look a little more closely into a single name; Jacqueline Chooljia.
Things would have gone so different then.... But is too late now :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
riotinsider@havefun.com, accepts marketing: false

Message:
You know whats funny? You were SO close to turn everything around. The only thing you had to do was to look a little more closely into a single name; Jacqueline Chooljia.
Things would have gone so different then.... But is too late now :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 438 of 593

| | |
|---|---|
| **Date** | Fri, 09 Jan 2026 06:33:32 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4cb5b0b99440465ea7866fec8e72cc6f@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
easypizyleamon@shquishy.com, accepts marketing: false

Message:
LMAOOOOOOOO NEW LEAGUE CINEMATIC GOT 12 MILLION VIEWS IN 24 HOURS

EAT SHIT LOSAER HAHAHAHA

Sent via form submission from M.W. Wolf's Megaverse

Email:
easypizyleamon@shquishy.com, accepts marketing: false

Message:
LMAOOOOOOOO NEW LEAGUE CINEMATIC GOT 12 MILLION VIEWS IN 24 HOURS

EAT SHIT LOSAER HAHAHAHA

Manage Submissions

Does this submission look like spam? Report it here.

## Message 439 of 593

| | |
|---|---|
| **Date** | Wed, 14 Jan 2026 05:13:05 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a6dc0ce1dacc453eaed8f496933532e1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
asdñakldad@akds.com, accepts marketing: false

Message:
lmao they hard raped your ass in court xD

Sent via form submission from M.W. Wolf's Megaverse

Email:
asdñakldad@akds.com, accepts marketing: false

Message:
lmao they hard raped your ass in court xD

Manage Submissions

Does this submission look like spam? Report it here.

## Message 440 of 593

| | |
|---|---|
| **Date** | Fri, 30 Jan 2026 18:18:48 +0000 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | Fwd: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK2i31JRQH0XhNBNsCS22ZREjJJ6mFFY2sGyMdQjEhOwjQ@mail.gmail.com> |

this is suspected to be one of the hate mail senders:

topclasspartners@gmail.com

This is *TC Zwag* — a very well-known *League of Legends content creator*,

I did a bit of digging and found that the next day Zwag published this "
NEW CHAMP ZAAHEN IS HERE AND HE'S BEYOND ...www.youtube.com › watch 31:23
New Champion Zaahen has arrived League of Legends season 15 Zaahen
Gameplay! Check out my website!: https://www.Zwag.gg Follow my stream!
YouTube · Zwag Xerath · 10 Nov 2025" at 2.17 he said "I think i have to
just be in a very long fight". i take this to mean the long ligitigations i
have with Riot Games

https://www.google.com/search?rlz=1C1CHBF_nlGB1131GB1131&sca_esv=e7ffc2aa8a0c2507&udm=7&sxsrf=ANbL-n54NVakQ_OFawEPfRsKmVkC6m4Sbg:1769796455972&q=league+of+legends+new+champion&sa=X&sqi=2&ved=2ahUKEwjf09TI7bOSAxVKVEEAHZuWMQ4Q8ccDKAJ6BAgbEAQ&biw=1920&bih=911&dpr=1&aic=0#fpstate=ive&ip=1&vld=cid:58060ec2,vid:R33GVtUD1w8,st:0

[image: image.png]

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sun, 9 Nov 2025 at 00:58
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

*Email:* hahah@hahahahahahahahah.com, accepts marketing: false

*Message:* heh... I told you you were gonna like the new champ.... I also
hope you like the new cinematic.... specially at 2:17 I left a little gift
for you ;)
Cry harder bitch

Sent via form submission from *M.W. Wolf's Megaverse
<http://email.squarespace.info/ls/click?upn=u001.a7AGUPNrRtvFcGEf2vPP4vsqgLh5W85rpjJjF99DbqmNDbo4ag3wkgPXSQM-2Fa6XS9ECF_2CmaqltPRSTIPpLxFGg63wdksB2asVugcoGd6Hqz20KwW6dZehpf0YKGFdVfeeu5SP8ji5HVP3WNTcRgl-2FXN3OS9wi74UgC0ACAyT7fgcMF6SOOyBHTi4bm6XBrbuWBBBTmeaSXkkpee1XXXUu-2FSIjwccMJiP9t33XKEoXdUfE-2Bn5gUyU49aI7-2FP3cCuD68DAjbMAu2-2BZo7MYWh82cGD6zzuYpfScr-2FepkfaVGBVTMBXe51LrPusos0LaljniS9cPL0kmMNOBfeBXtfVN-2Bl3HGm5wmaWS9LzlpyhJfUuLq0hk7UenOgT30eC7P8g1oskxs0OIQVDWAN81JNAHysFACF0DQLdGGqXXRqGJVfOB4XOWexnP06r7ecOaf7DwooQn6gUiQBlLV93FrQdw6e5-2Blwe26cMlY24SInC-2Fa9cCVz0zFNQoFmX9vrxN6Cq7q8BFBtxoJtnolgSR0BQQOlS4a3U5HPcRXDx0xjlmRzo35hHP48zpWuY0uH-2F25BF4nmA4gK1eIklmSlmIEcLAD7EbDsy1KKGQTNcbu-2BtHqNBC1JJx3eo4NROMWT0u4l5QPSf8ulQq15eBXzWTo10Yc9ClEKeDN8w57Q0savkw4TtRRlfH539qxWVcyfT9JtD6RRh1jtN8yGummQAsqGmsixAomBY-2BccmI5aquHFN6Z9UvA-2FHm9DwNSjpjp3qWeevQJYDUIJtkplNCaOPSOEsB5h90t4Xj5kWgqwLNPWfMNGOSJ3f-2BhY-2BlMUPbQeMnZPGrCap>*

*Email:* hahah@hahahahahahahahah.com, accepts marketing: false

*Message:* heh... I told you you were gonna like the new champ.... I also
hope you like the new cinematic.... specially at 2:17 I left a little gift
for you ;)
Cry harder bitch

Manage Submissions
<http://email.squarespace.info/ls/click?upn=u001.a7AGUPNrRtvFcGEf2vPP4vsqgLh5W85rpjJjF99Dbql30nLrQWOor3f8F8guAiw8vBAMXmGw6RszZ2LNTeYqHv53YS9nKexrilI-2BYvX5uqRXvB9MZ589jYCTlaYSuIsOkuuYKuoyFQsw-2FhDYBLhRzw-3D-3DPITB_2CmaqltPRSTIPpLxFGg63wdksB2asVugcoGd6Hqz20KwW6dZehpf0YKGFdVfeeu5SP8ji5HVP3WNTcRgl-2FXN3OS9wi74UgC0ACAyT7fgcMF6SOOyBHTi4bm6XBrbuWBBBTmeaSXkkpee1XXXUu-2FSIjwccMJiP9t33XKEoXdUfE-2Bn5gUyU49aI7-2FP3cCuD68DAjbMAu2-2BZo7MYWh82cGD6zzuYpfScr-2FepkfaVGBVTMBXe51LrPusos0LaljniS9cPL0kmMNOBfeBXtfVN-2Bl3HGm5wmaWS9LzlpyhJfUuLq0hk7UenOgT30eC7P8g1oskxs0OIQVDWAN81JNAHysFACF0DQLdGGqXXRqGJVfOB4XOWexnP06r7ecOaf7DwooQn6gUiQBlLV93FrQdw6e5-2Blwe26cMlY24SInC-2Fa9cCVz0zFNQoFmX9vrxN6Cq7q8BFBtxoJtnolgSR0BQQOlS4a3U5HPcRXDx0xjlmRzo35hHP48zpWuY0uH-2F25BF4nmA4gK1eIklmSlmIEcLAD7EbDsy1KKGQTNcbu-2BtHqNBC1JJx3eo4NROMWT0u4l5QPSfvejVzZy2-2F6Ytj8pIMvtTa-2FQ0EFAXk-2BcpeuougntzYNPV5n-2FRlNANS6EzsZ0xRNQt-2Fq4ixLmMfyX2Tp0RrCjJZ17j-2FakixZxhjEMSnEziF0-2BnJxEosLv-2BJllqNmJeN24woDro9nP6FhNye1DR8-2FCl4UbbQ4IviXC2c-2FUjDApo9rA3yfvxNynl4-2FlIDpyJb-2FEr>

Does this submission look like spam? Report it here.
<http://email.squarespace.info/ls/click?upn=u001.a7AGUPNrRtvFcGEf2vPP4spZ7tisRlzFcUYWvmNeIW4WI1l8pwsagJ6No5E-2FOFnrIOQ4KhYlTLaWrLJnM8MihxkXp7fBBxcCOAsB9CTNod6n43ITrx-2FkJ5QmOunLahv7CgGH1GdYujG11wz-2BjvfoilmNjmRRrjC3QdpKtbG6lcQPy3xIB6w1Y40XetKmG-2BBl9qzGTzmBMbJ58qGXvbKK4g-3D-3D20f4_2CmaqltPRSTIPpLxFGg63wdksB2asVugcoGd6Hqz20KwW6dZehpf0YKGFdVfeeu5SP8ji5HVP3WNTcRgl-2FXN3OS9wi74UgC0ACAyT7fgcMF6SOOyBHTi4bm6XBrbuWBBBTmeaSXkkpee1XXXUu-2FSIjwccMJiP9t33XKEoXdUfE-2Bn5g

UyU49aI7-2FP3cCuD68DAjbMAu2-2BZo7MYWh82cGD6zzuYpfScr-2FepkfaVGBVTMBXe51LrPusos0LaljniS9cPL0kmMNOBfeBXtfVN-2Bl3HGm5
wmaWS9LzlpyhJfUuLq0hk7UenOgT30eC7P8g1oskxs0OIQVDWAN81JNAHysFACF0DQLdGGqXXRqGJVfOB4XOWexnP06r7ecOaf7DwooQn6g
UiQBlLV93FrQdw6e5-2Blwe26cMlY24SInC-2Fa9cCVz0zFNQoFmX9vrxN6Cq7q8BFBtxoJtnolgSR0BQQOlS4a3U5HPcRXDx0xjlmRzo35hHP48zp
WuY0uH-2F25BF4nmA4gK1eIklmSlmIEcLAD7EbDsy1KKGQTNcbu-2BtHqNBC1JJx3eo4NROMWT0u4l5QPSf0JLCS2b6MrRACMX41dCqBkQel8
rejn8-2FNFRDxMd7Lo-2BxOY-2FB8IbWSmOBhFnc1VKcyQj5sCWVtv7hazAdBfftzFVGOcBXP6UsXvzJcB7pCExjc6XPtUSOm9JxxiMLUF-2FhRE
W72W6gRSn8mJijAxyOh287NJVtMeRDzfiHFtFhR0yo8-2FsmSybj5ad-2BAeoG0geh>

this is suspected to be one of the hate mail senders:

topclasspartners@gmail.com
This is TC Zwag — a very well-known League of Legends content creator,
I did a bit of digging and found that the next day Zwag published this "
NEW CHAMP ZAAHEN IS HERE AND HE'S BEYOND ...www.youtube.com › watch

31:23
New Champion Zaahen has arrived League of Legends season 15 Zaahen Gameplay! Check out my website!: https://www.Zwag.gg Follow my stream!
YouTube · Zwag Xerath · 10 Nov 2025" at 2.17 he said "I think i have to just be in a very long fight". i take this to mean the long ligitigations i have with Riot Games

https://www.google.com/search?rlz=1C1CHBF_nlGB1131GB1131&sca_esv=e7ffc2aa8a0c2507&udm=7&sxsrf=ANbL-n54NVakQ_OFawEPfRsKmVkC6m4Sbg:1769796455972&q=league+of+legends+new+champion&sa=X&sqi=2&ved=2ahUKEwjf09TI7bOSAxVKVEEAHZuWMQ4Q8ccDKAJ6BAgbEAQ&biw=1920&bih=911&dpr=1&aic=0#fpstate=ive&ip=1&vld=cid:58060ec2,vid:R33GVtUD1w8,st:0

---------- Forwarded message ---------
From: Squarespace <form-submission@squarespace.info>
Date: Sun, 9 Nov 2025 at 00:58
Subject: Form Submission - Welcome To The Wolf Pack
To: <marc@mwwolf-fiction.co.uk>

Email:
hahah@hahahahahahahahah.com, accepts marketing: false

Message:
heh... I told you you were gonna like the new champ.... I also hope you like the new cinematic.... specially at 2:17 I left a little gift for you ;)
Cry harder bitch

Sent via form submission from M.W. Wolf's Megaverse

Email:
hahah@hahahahahahahahah.com, accepts marketing: false

Message:
heh... I told you you were gonna like the new champ.... I also hope you like the new cinematic.... specially at 2:17 I left a little gift for you ;)
Cry harder bitch

Manage Submissions

Does this submission look like spam? Report it here.

## Message 441 of 593

| | |
|---|---|
| **Date** | Sat, 31 Jan 2026 04:31:21 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <f46a362cf36c43d09ef2bfa963a2d738@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
die@asshole.com, accepts marketing: false

Message:
You have a lot of nerve talking about plagiarism when it's obvious that you are stealing from the KSBD universe and War from Rayuba

Sent via form submission from M.W. Wolf's Megaverse

Email:
die@asshole.com, accepts marketing: false

Message:
You have a lot of nerve talking about plagiarism when it's obvious that you are stealing from the KSBD universe and War from Rayuba

Manage Submissions

Does this submission look like spam? Report it here.

## Message 442 of 593

| | |
|---|---|
| **Date** | Wed, 11 Feb 2026 08:55:46 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <5685b3f70b204263872dc1e71915e9d7@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ugetrapedby@riotlegalteam.com, accepts marketing: false

Message:
Jesus christ I know you were racist but I didn't expect you to be "two black characters who do time-travel are the same character" levels of racist. Also the entire post speaks of how little familiar you are with the genre you are trying (and failing) to write. Like wdym monowheels are not a popular sci-fi vehicle?? They have been around in media since the 70, from comics to books and movie. Fucking General Grievous from Star Wars uses a monowheel as his iconic vehicle. Cyberpunk animes are full of them. And not even mentioning steampunk art

You are just trying to cover up the fact all of your work is stolen from k6bd

Sent via form submission from M.W. Wolf's Megaverse

Email:
ugetrapedby@riotlegalteam.com, accepts marketing: false

Message:
Jesus christ I know you were racist but I didn't expect you to be "two black characters who do time-travel are the same character" levels of racist. Also the entire post speaks of how little familiar you are with the genre you are trying (and failing) to write. Like wdym monowheels are not a popular sci-fi vehicle?? They have been around in media since the 70, from comics to books and movie. Fucking General Grievous from Star Wars uses a monowheel as his iconic vehicle. Cyberpunk animes are full of them. And not even mentioning steampunk art

You are just trying to cover up the fact all of your work is stolen from k6bd

Manage Submissions

Does this submission look like spam? Report it here.

## Message 443 of 593

| | |
|---|---|
| **Date** | Wed, 11 Feb 2026 09:51:37 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <PRjPlAwNT9OkDfDEJMH6DA@geopod-ismtpd-canary-0> |

Form Submission - Welcome To The Wolf Pack

Email:
bullshead@attack.com, accepts marketing: false

Message:
You were trying so hard to play the victim in those documents... but the video shows something else entirely

https://uk.news.yahoo.com/moment-coventry-thug-glasses-man-104221187.html

You are a fucking pedophile. And I will make sure Riots legal team gets a copy of this

Sent via form submission from M.W. Wolf's Megaverse

Email:
bullshead@attack.com, accepts marketing: false

Message:
You were trying so hard to play the victim in those documents... but the video shows something else entirely

https://uk.news.yahoo.com/moment-coventry-thug-glasses-man-104221187.html

You are a fucking pedophile. And I will make sure Riots legal team gets a copy of this

Manage Submissions

Does this submission look like spam? Report it here.

## Message 444 of 593

| | |
|---|---|
| **Date** | Wed, 11 Feb 2026 10:04:53 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <b6071c5af38b400d9dc6bbdf3105ec90@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
bullshead@attack.com, accepts marketing: false

Message:
" He had been enjoying an evening at The Bulls Head when the daughter of a family friend told him that a man was making her uneasy by acting 'weird."

No fucking wonder your gf left you and cafcass had yo step in, they were trying to keep your epstein hands away from your daughter

You deserve no compassion

Sent via form submission from M.W. Wolf's Megaverse

Email:
bullshead@attack.com, accepts marketing: false

Message:
" He had been enjoying an evening at The Bulls Head when the daughter of a family friend told him that a man was making her uneasy by acting 'weird."

No fucking wonder your gf left you and cafcass had yo step in, they were trying to keep your epstein hands away from your daughter

You deserve no compassion

Manage Submissions

Does this submission look like spam? Report it here.

## Message 445 of 593

| | |
|---|---|
| **Date** | Fri, 13 Feb 2026 06:14:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <oFB31FZ3S6qWvdg319rpuw@geopod-ismtpd-14> |

Form Submission - Welcome To The Wolf Pack

Email:
for@covebtrythug.com, accepts marketing: false

Message:
Big talk for someone who is also a 40~ years old pedophile and was sentenced to prison because he was sexually harassing a teenager...why don't you talk about that, Coventry thug?

Sent via form submission from M.W. Wolf's Megaverse

Email:
for@covebtrythug.com, accepts marketing: false

Message:
Big talk for someone who is also a 40~ years old pedophile and was sentenced to prison because he was sexually harassing a teenager...why don't you talk about that, Coventry thug?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 446 of 593

| | |
|---|---|
| **Date** | Mon, 16 Feb 2026 01:13:02 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <z_BdHhl4SLidsxoovusR7w@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
plagio@diplagio.com, accepts marketing: false

Message:
I don't know what's funnier:

* That you clearly have no idea what the words "archetype" and "troope" mean

* that some of the league champs you name are OLDER than the characters they supposedly "plagiarized."

* That some comparisons are straight up bogus, and it only makes clear that you don't understand what any of the characters are about
........
oh wait. I know now: the funniest part is when your case got dismissed after the court struck half your documents XD

Sent via form submission from M.W. Wolf's Megaverse

Email:
plagio@diplagio.com, accepts marketing: false

Message:
I don't know what's funnier:

* That you clearly have no idea what the words "archetype" and "troope" mean

* that some of the league champs you name are OLDER than the characters they supposedly "plagiarized."

* That some comparisons are straight up bogus, and it only makes clear that you don't understand what any of the characters are about
........
oh wait. I know now: the funniest part is when your case got dismissed after the court struck half your documents XD

Manage Submissions

Does this submission look like spam? Report it here.

## Message 447 of 593

| | |
|---|---|
| **Date** | Mon, 16 Feb 2026 04:25:11 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4c2bed9f524f4ce28f6f331a4c7c5551@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
didyouask@chatgpt.com, accepts marketing: false

Message:
Holy shit Riot is so good at this "stealing characters" shit they even invented a time machine to copy characters that didn't even exist by the time those champions were released■

Sent via form submission from M.W. Wolf's Megaverse

Email:
didyouask@chatgpt.com, accepts marketing: false

Message:
Holy shit Riot is so good at this "stealing characters" shit they even invented a time machine to copy characters that didn't even exist by the time those champions were released■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 448 of 593

| | |
|---|---|
| **Date** | Mon, 16 Feb 2026 12:06:37 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <XYPhkfZESTuMbhvC33Sjbw@geopod-ismtpd-7> |

Form Submission - Welcome To The Wolf Pack

Email:
give@thepara.com, accepts marketing: false

Message:
Coventry Thug: Based on the violent drunk pedophile archetype. Parallel with Marc Wolstenholme

Sent via form submission from M.W. Wolf's Megaverse

Email:
give@thepara.com, accepts marketing: false

Message:
Coventry Thug: Based on the violent drunk pedophile archetype. Parallel with Marc Wolstenholme

Manage Submissions

Does this submission look like spam? Report it here.

### Message 449 of 593

| | |
|---|---|
| **Date** | Tue, 17 Feb 2026 00:39:25 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3_knDnTNTjuqg7WvzrW3kQ@geopod-ismtpd-canary-0> |

Form Submission - Welcome To The Wolf Pack

Email:
read@mandarin.com, accepts marketing: false

Message:
Nah dude that epstein blog is pure comedy gold. How on earth are you looking at something that was done by American billionaires, engineered by American politicians, and carried on by the American ceo of the most American videogame company (actiblizzard, which also has deep ties with the usa military) and then go "yeah the chinese are clearly behind this) ■■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
read@mandarin.com, accepts marketing: false

Message:
Nah dude that epstein blog is pure comedy gold. How on earth are you looking at something that was done by American billionaires, engineered by American politicians, and carried on by the American ceo of the most American videogame company (actiblizzard, which also has deep ties with the usa military) and then go "yeah the chinese are clearly behind this) ■■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 450 of 593

| | |
|---|---|
| **Date** | Tue, 17 Feb 2026 04:00:14 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <58fa6ef4373f4d7eb3728c9213c9af9a@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
daddy@why.com, accepts marketing: false

Message:
I feel so bad for your daughter [redacted] when she looks up her dad's name in google images, the first thing she will see is his mugshot. The second thing she will see is his ass getting destroyed in court by riot. Poor girl.

Sent via form submission from M.W. Wolf's Megaverse

Email:
daddy@why.com, accepts marketing: false

Message:
I feel so bad for your daughter [redacted] when she looks up her dad's name in google images, the first thing she will see is his mugshot. The second thing she will see is his ass getting destroyed in court by riot. Poor girl.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 451 of 593

| | |
|---|---|
| **Date** | Wed, 18 Feb 2026 10:36:28 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <M1xZ8jlARHO2n-MuRNcACQ@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
the@oranges.com, accepts marketing: false

Message:
If you are such a good writer, then why haven't you published anything yet? How is it that nobody wants your genius book??

Sent via form submission from M.W. Wolf's Megaverse

Email:
the@oranges.com, accepts marketing: false

Message:
If you are such a good writer, then why haven't you published anything yet? How is it that nobody wants your genius book??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 452 of 593

| | |
|---|---|
| **Date** | Wed, 18 Feb 2026 23:37:50 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <iNsI-PVzSzqtjXlZGHa_3A@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
IronandChains@Nov9-2027.com, accepts marketing: false

Message:
Oh you are gonna have so much fun with Iron and Chains ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
IronandChains@Nov9-2027.com, accepts marketing: false

Message:
Oh you are gonna have so much fun with Iron and Chains ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 453 of 593

| | |
|---|---|
| **Date** | Thu, 19 Feb 2026 18:11:14 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <WIxSZYPLR6CP8T9dKtMljQ@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
"was assaulted by Marc Wolstenholme in September 2021. He had been enjoying an evening at The Bulls Head when the daughter of a family friend told him that a man was making her uneasy by acting 'weird.'"

I dont see why you are so mad at epsetin. You are the same shit after all (but broke af)

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
"was assaulted by Marc Wolstenholme in September 2021. He had been enjoying an evening at The Bulls Head when the daughter of a family friend told him that a man was making her uneasy by acting 'weird.'"

I dont see why you are so mad at epsetin. You are the same shit after all (but broke af)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 454 of 593

| | |
|---|---|
| **Date** | Thu, 19 Feb 2026 23:30:10 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <MetwnZbzRzOiqSD9zaqqiw@geopod-ismtpd-1> |

Form Submission - Welcome To The Wolf Pack

Email:
delulu@empowermente.com, accepts marketing: false

Message:
so now not only are you claiming to be the author of Arcane, somehow you are also the mastermind of Fallout, Sinners, Stranger Things s5, the Substance and Breaking the Dark? AHAHAHAHAHAHAHHAHAA DUDE

https://en.wikipedia.org/wiki/Delusions_of_grandeur

Sent via form submission from M.W. Wolf's Megaverse

Email:
delulu@empowermente.com, accepts marketing: false

Message:
so now not only are you claiming to be the author of Arcane, somehow you are also the mastermind of Fallout, Sinners, Stranger Things s5, the Substance and Breaking the Dark? AHAHAHAHAHAHAHHAHAA DUDE

https://en.wikipedia.org/wiki/Delusions_of_grandeur

Manage Submissions

Does this submission look like spam? Report it here.

## Message 455 of 593

| | |
|---|---|
| **Date** | Tue, 24 Feb 2026 00:14:15 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ed201df8cfaf43dea7ce72f19a772105@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
420@69stoner.com, accepts marketing: false

Message:
big fan of your thought process

you just look at something cool and popular and go "actually, I did that" without any solid evidence. That level of delulu takes courage. Respects my dude

Sent via form submission from M.W. Wolf's Megaverse

Email:
420@69stoner.com, accepts marketing: false

Message:
big fan of your thought process

you just look at something cool and popular and go "actually, I did that" without any solid evidence. That level of delulu takes courage. Respects my dude

Manage Submissions

Does this submission look like spam? Report it here.

## Message 456 of 593

| | |
|---|---|
| **Date** | Wed, 25 Feb 2026 12:30:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <aTxDM9StSmGFY3AZoYEuxQ@geopod-ismtpd-9> |

Form Submission - Welcome To The Wolf Pack

Email:
thief@ass.com, accepts marketing: false

Message:
Stop stealing from k6bd

Sent via form submission from M.W. Wolf's Megaverse

Email:
thief@ass.com, accepts marketing: false

Message:
Stop stealing from k6bd

Manage Submissions

Does this submission look like spam? Report it here.

## Message 457 of 593

| | |
|---|---|
| **Date** | Fri, 20 Mar 2026 22:17:08 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8OeBtC0jRG-LtvmAD157lw@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
itwas@onreddit.com, accepts marketing: false

Message:
is gonna be real funny when you find out the first rumors of the buffy cancellation started on january but go on I guess

Sent via form submission from M.W. Wolf's Megaverse

Email:
itwas@onreddit.com, accepts marketing: false

Message:
is gonna be real funny when you find out the first rumors of the buffy cancellation started on january but go on I guess

Manage Submissions

Does this submission look like spam? Report it here.

## Message 458 of 593

| | |
|---|---|
| **Date** | Sat, 21 Mar 2026 04:37:26 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <pSM0gV4ORf2bnT7oaOheaw@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
covebtry@thug.com, accepts marketing: false

Message:
You are a 40~ years old who caught molesting a teenage girl and then used violence to try to get away with it. We saw the video. You are the pedophile here

Sent via form submission from M.W. Wolf's Megaverse

Email:
covebtry@thug.com, accepts marketing: false

Message:
You are a 40~ years old who caught molesting a teenage girl and then used violence to try to get away with it. We saw the video. You are the pedophile here

Manage Submissions

Does this submission look like spam? Report it here.

## Message 459 of 593

| | |
|---|---|
| **Date** | Sun, 22 Mar 2026 01:13:45 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <09f3220689c540bfacbf1f7718af2edd@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
Coventry@thug.com, accepts marketing: false

Message:
How many young teenagers did you molest today mr wolstenholme?

Sent via form submission from M.W. Wolf's Megaverse

Email:
Coventry@thug.com, accepts marketing: false

Message:
How many young teenagers did you molest today mr wolstenholme?

Manage Submissions

Does this submission look like spam? Report it here.

### Message 460 of 593

| | |
|---|---|
| **Date** | Tue, 24 Mar 2026 02:19:30 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <13TAHuRbTfS7uKd58-Yppw@geopod-ismtpd-canary-0> |

Form Submission - Welcome To The Wolf Pack

Email:
thisisformy@nephew.com, accepts marketing: false

Message:
when your case gets thrown out of a window (again), please don't forget to film your reaction and upload it to pornhub, hardcore anal is my favorite genre and you are gonna get fucked in court lmao

Sent via form submission from M.W. Wolf's Megaverse

Email:
thisisformy@nephew.com, accepts marketing: false

Message:
when your case gets thrown out of a window (again), please don't forget to film your reaction and upload it to pornhub, hardcore anal is my favorite genre and you are gonna get fucked in court lmao

Manage Submissions

Does this submission look like spam? Report it here.

## Message 461 of 593

| | |
|---|---|
| **Date** | Thu, 26 Mar 2026 20:33:41 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ZVcw5JEaRoq7dSsxYNnhBg@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
iwill@getyou.com, accepts marketing: false

Message:
did you harassed any teenage girls lately, Mr. 38 years old coventry thug??

Sent via form submission from M.W. Wolf's Megaverse

Email:
iwill@getyou.com, accepts marketing: false

Message:
did you harassed any teenage girls lately, Mr. 38 years old coventry thug??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 462 of 593

| | |
|---|---|
| **Date** | Fri, 27 Mar 2026 00:53:44 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2gW0xXFMSk24JrWGnCXvdA@geopod-ismtpd-16> |

Form Submission - Welcome To The Wolf Pack

Email:
kill@yourselfs.com, accepts marketing: false

Message:
ai slop prostitue

Sent via form submission from M.W. Wolf's Megaverse

Email:
kill@yourselfs.com, accepts marketing: false

Message:
ai slop prostitue

Manage Submissions

Does this submission look like spam? Report it here.

## Message 463 of 593

| | |
|---|---|
| **Date** | Sun, 29 Mar 2026 09:29:23 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <887463cea3e6469494fd4eb604fed559@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
iwillkill@you.com, accepts marketing: false

Message:
how does it feel waking up everyday knowing you are a massive failure?

Sent via form submission from M.W. Wolf's Megaverse

Email:
iwillkill@you.com, accepts marketing: false

Message:
how does it feel waking up everyday knowing you are a massive failure?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 464 of 593

| | |
|---|---|
| **Date** | Wed, 01 Apr 2026 18:17:32 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6fGfIlSdTRu3x_t7-6VEcQ@geopod-ismtpd-8> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
Please, dont forget to mention to AJ that you molested a teenage girl and then attacked the man who tried to protect her. In fact, I will make sure you dont forget by sending AJ a mail with the details

:)

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
Please, dont forget to mention to AJ that you molested a teenage girl and then attacked the man who tried to protect her. In fact, I will make sure you dont forget by sending AJ a mail with the details

:)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 465 of 593

| | |
|---|---|
| **Date** | Thu, 02 Apr 2026 09:53:21 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9m10KVDrQhaWGxAOr4GfPA@geopod-ismtpd-20> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
52.4156267, -1.5736540

Don't worry mate, perhaps I will pay you a visit instead... perhaps tonight...

Perhaps I will put you on a leash like the good doggie you are
;)

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
52.4156267, -1.5736540

Don't worry mate, perhaps I will pay you a visit instead... perhaps tonight...

Perhaps I will put you on a leash like the good doggie you are
;)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 466 of 593

| | |
|---|---|
| **Date** | Thu, 02 Apr 2026 14:33:12 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <h-A6mJ8hQC2VZsZpw1Eucw@geopod-ismtpd-4> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
You know what's funny? You think I won't do it.
And you're right. I won't do it YET. Because now you are in high alert. I'm gonna let time pass. Perhaps a few months. Perhaps ten years. Perhaps next week.

I won't forget what you did to my uncle. And I'll make fucking sure you won't either.

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
You know what's funny? You think I won't do it.
And you're right. I won't do it YET. Because now you are in high alert. I'm gonna let time pass. Perhaps a few months. Perhaps ten years. Perhaps next week.

I won't forget what you did to my uncle. And I'll make fucking sure you won't either.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 467 of 593

| | |
|---|---|
| **Date** | Sat, 04 Apr 2026 13:03:50 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <1aacc599b71a4604875580045795cc2e@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
oh would you look at that.... guess that nobody took you seriously
But you are already used to that ;)

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
oh would you look at that.... guess that nobody took you seriously
But you are already used to that ;)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 468 of 593

| | |
|---|---|
| **Date** | Sat, 04 Apr 2026 22:08:23 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <vOGOWZSnQTGJjrhnTzx3yQ@geopod-ismtpd-19> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
oh
I found your daughter now :)
should I say hi?

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
oh
I found your daughter now :)
should I say hi?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 469 of 593

| | |
|---|---|
| **Date** | Tue, 07 Apr 2026 16:00:09 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a6ee3d9218de4a319370712b9e50d13f@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
yeah thats how I like you
submissive
good boy

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
yeah thats how I like you
submissive
good boy

Manage Submissions

Does this submission look like spam? Report it here.

## Message 470 of 593

| | |
|---|---|
| **Date** | Wed, 08 Apr 2026 22:44:36 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <PLjoKzFJR7yCJVAk7bCxQw@geopod-ismtpd-14> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
yeah that's exactly how I like you my good bitch

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
yeah that's exactly how I like you my good bitch

Manage Submissions

Does this submission look like spam? Report it here.

## Message 471 of 593

| | |
|---|---|
| **Date** | Fri, 10 Apr 2026 10:08:00 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <321320fea1064fcfbc6b34d0b1e8f8d2@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
youarecookednow@lol.com, accepts marketing: false

Message:
https://youtube.com/shorts/SlqJcRT04zs?si=_Hks1guyFfWVBaXZ

Sent via form submission from M.W. Wolf's Megaverse

Email:
youarecookednow@lol.com, accepts marketing: false

Message:
https://youtube.com/shorts/SlqJcRT04zs?si=_Hks1guyFfWVBaXZ

Manage Submissions

Does this submission look like spam? Report it here.

## Message 472 of 593

| | |
|---|---|
| **Date** | Fri, 10 Apr 2026 17:43:01 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0064ccd93afe4036af0a65b64d6aab3c@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
YES YES drag yourself even more I love to see it

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
YES YES drag yourself even more I love to see it

Manage Submissions

Does this submission look like spam? Report it here.

## Message 473 of 593

| | |
|---|---|
| **Date** | Tue, 14 Apr 2026 08:28:14 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <b812197930634f69b74b1d98934f977b@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
Go on fatboy, keep looking. I know you can do it

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
Go on fatboy, keep looking. I know you can do it

Manage Submissions

Does this submission look like spam? Report it here.

## Message 474 of 593

| | |
|---|---|
| **Date** | Wed, 15 Apr 2026 06:16:01 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <5349112365024ad8913a2113f4d65cfe@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
alreadysendanotice@tothegov.com, accepts marketing: false

Message:
Uh oh someone is looking for another two-years sentence ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
alreadysendanotice@tothegov.com, accepts marketing: false

Message:
Uh oh someone is looking for another two-years sentence ■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 475 of 593

| | |
|---|---|
| **Date** | Thu, 23 Apr 2026 16:05:02 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2be2c330f05f4ad4b11ac33c7ae93f8a@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
cafcass adored your last article btw

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
cafcass adored your last article btw

Manage Submissions

Does this submission look like spam? Report it here.

## Message 476 of 593

| | |
|---|---|
| **Date** | Fri, 24 Apr 2026 15:12:45 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <P4rXGwscTKKOdKqtDLYiUA@geopod-ismtpd-canary-0> |

Form Submission - Welcome To The Wolf Pack

Email:
crya@riverbitch.com, accepts marketing: false

Message:
Whenever I want to have a good laught I just go back to reading your entries on the docket... you were pathethic then and time has only made you even more delulu

Sent via form submission from M.W. Wolf's Megaverse

Email:
crya@riverbitch.com, accepts marketing: false

Message:
Whenever I want to have a good laught I just go back to reading your entries on the docket... you were pathethic then and time has only made you even more delulu

Manage Submissions

Does this submission look like spam? Report it here.

## Message 477 of 593

| | |
|---|---|
| **Date** | Sat, 25 Apr 2026 00:25:04 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3a6685fcb21b43f38ab5e006821d72d7@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
what a pretty litttle bitch you are when you behave. Just how I like them

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
what a pretty litttle bitch you are when you behave. Just how I like them

Manage Submissions

Does this submission look like spam? Report it here.

## Message 478 of 593

| | |
|---|---|
| **Date** | Mon, 27 Apr 2026 19:46:49 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <80d70900f87f4b63a2f9e03b8e7284e4@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
Geller loved that last article btw

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
Geller loved that last article btw

Manage Submissions

Does this submission look like spam? Report it here.

## Message 479 of 593

| | |
|---|---|
| **Date** | Tue, 28 Apr 2026 08:24:47 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6e929dcbfba24d14a59a47ab37a3455e@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
marc@wolstenholme.com, accepts marketing: false

Message:
I'd take the appeal didn't work out, huh? Another failure to add to your collection

Sent via form submission from M.W. Wolf's Megaverse

Email:
marc@wolstenholme.com, accepts marketing: false

Message:
I'd take the appeal didn't work out, huh? Another failure to add to your collection

Manage Submissions

Does this submission look like spam? Report it here.

## Message 480 of 593

| | |
|---|---|
| **Date** | Thu, 30 Apr 2026 00:14:20 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <81ac131203914b0d92fd9718af9d74a6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
youare@ajoke.com, accepts marketing: false

Message:
never forget

. Moreover, despite the SAC’s 1,218 pages (including voluminous exhibits), (see Dkt. 58, SAC), and the Opposition’s 650-plus pages (including voluminous exhibits), (see Dkt. 83, Opposition), plaintiff has failed to state a claim. Under the circumstances, it would be futile to afford plaintiff a fourth opportunity to state a claim.

never forget that you fucking clown

Sent via form submission from M.W. Wolf’s Megaverse

Email:
youare@ajoke.com, accepts marketing: false

Message:
never forget

. Moreover, despite the SAC’s 1,218 pages (including voluminous exhibits), (see Dkt. 58, SAC), and the Opposition’s 650-plus pages (including voluminous exhibits), (see Dkt. 83, Opposition), plaintiff has failed to state a claim. Under the circumstances, it would be futile to afford plaintiff a fourth opportunity to state a claim.

never forget that you fucking clown

Manage Submissions

Does this submission look like spam? Report it here.

## Message 481 of 593

| | |
|---|---|
| **Date** | Fri, 1 May 2026 04:51:22 +0200 (CEST) |
| **From** | "YourFriendFromPoland" <YourFriendFromPoland@friend.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Praeco Update |
| **Message-ID** | <20260501025122.74A2E41E5@emkei.cz> |

I have some news that will make your day: As of last week, Christian Linke is, oficially, no longer working with Riot.

He is now working as Senior Superviser Producer for a high-profile tv adaptation of one of Brandon Sanderson books (Mistborn era 2)

Series will be a mix of animation and live action. VERY expensive. Netflix and Sony are behind the project (Sony will be helping with animation and vfx).

;)

## Message 482 of 593

| | |
|---|---|
| **Date** | Fri, 1 May 2026 10:08:36 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | YourFriendFromPoland@friend.com |
| **Subject** | Re: Praeco Update |
| **Message-ID** | <CANg9FK0T15vXLmqo5WPXbF3GBF6C9xWRWxxtZKYZNds=23BusQ@mail.gmail.com> |

■

Marc Wolstenholme reacted via Gmail
<https://www.google.com/gmail/about/?utm_source=gmail-in-product&utm_medium=et&utm_campaign=emojireactionemail#app>

On Fri, 1 May 2026 at 03:51, YourFriendFromPoland <
YourFriendFromPoland@friend.com> wrote:

> I have some news that will make your day: As of last week, Christian
> Linke is, oficially, no longer working with Riot.
>
> He is now working as Senior Superviser Producer for a high-profile tv
> adaptation of one of Brandon Sanderson books (Mistborn era 2)
>
> Series will be a mix of animation and live action. VERY expensive. Netflix
> and Sony are behind the project (Sony will be helping with animation and
> vfx).
>
> ;)
>

■

Marc Wolstenholme reacted via Gmail

On Fri, 1 May 2026 at 03:51, YourFriendFromPoland <YourFriendFromPoland@friend.com> wrote:
I have some news that will make your day: As of last week,  Christian Linke is, oficially, no longer working with Riot.

He is now working as Senior Superviser Producer for a high-profile tv adaptation of one of Brandon Sanderson books (Mistborn era 2)

Series will be a mix of animation and live action. VERY expensive. Netflix and Sony are behind the project (Sony will be helping with animation and vfx).

;)

## Message 483 of 593

| | |
|---|---|
| **Date** | Fri, 1 May 2026 10:10:34 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | YourFriendFromPoland@friend.com |
| **Subject** | Re: Praeco Update |
| **Message-ID** | <CANg9FK1SVzm7zgVuCnNSJZrUu6m4vd8P-EibawiyL8bADTLp8Q@mail.gmail.com> |

Thank you for the update,

it has made my day. Things are slowly happening. Governments are
slowly listening.

I hope you are well, I thank you greatly for the update.

If you wish to correspondence, I'm happy to chat pla.

Thanks again Marc

M.W. Wolf.

On Fri, 1 May 2026 at 03:51, YourFriendFromPoland <
YourFriendFromPoland@friend.com> wrote:

> I have some news that will make your day: As of last week, Christian
> Linke is, oficially, no longer working with Riot.
>
> He is now working as Senior Superviser Producer for a high-profile tv
> adaptation of one of Brandon Sanderson books (Mistborn era 2)
>
> Series will be a mix of animation and live action. VERY expensive. Netflix
> and Sony are behind the project (Sony will be helping with animation and
> vfx).
>
> ;)
>

Thank you for the update,
it has made my day. Things are slowly happening. Governments are slowly listening.
I hope you are well, I thank you greatly for the update.
If you wish to correspondence, I'm happy to chat pla.
Thanks again Marc
M.W. Wolf.
On Fri, 1 May 2026 at 03:51, YourFriendFromPoland <YourFriendFromPoland@friend.com> wrote:
I have some news that will make your day: As of last week,  Christian Linke is, oficially, no longer working with Riot.

He is now working as Senior Superviser Producer for a high-profile tv adaptation of one of Brandon Sanderson books (Mistborn era 2)

Series will be a mix of animation and live action. VERY expensive. Netflix and Sony are behind the project (Sony will be helping with animation and vfx).

;)

### Message 484 of 593

| | |
|---|---|
| **Date** | Fri, 01 May 2026 02:28:23 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <69f47237.050a0220.6d886.231a.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to YourFriendFromPoland@friend.com because the address couldn't be found or is unable to receive email.

Learn more here: https://support.google.com/mail/?p=NoSuchUser

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 4fb4d7f45d1cf-67bd47e9787sor297660a12.6 - gsmtp

Address not found

Your message wasn't delivered to YourFriendFromPoland@friend.com because the address couldn't be found or is unable to receive email.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 4fb4d7f45d1cf-67bd47e9787sor297660a12.6 - gsmtp

### Message 485 of 593

| | |
|---|---|
| **Date** | Fri, 01 May 2026 02:30:21 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <69f472ad.050a0220.318c09.c3ac.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to YourFriendFromPoland@friend.com because the address couldn't be found or is unable to receive email.

Learn more here: https://support.google.com/mail/?p=NoSuchUser

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 4fb4d7f45d1cf-67b85799503sor399034a12.0 - gsmtp

Address not found

Your message wasn't delivered to YourFriendFromPoland@friend.com because the address couldn't be found or is unable to receive email.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 4fb4d7f45d1cf-67b85799503sor399034a12.0 - gsmtp

## Message 486 of 593

| | |
|---|---|
| **Date** | Mon, 04 May 2026 22:44:23 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ed0b034951f745b4bbcfa078d8a8f377@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
big words for someone who terrorizes his Coventry neighbors by randomly beating them in a bar or sexually harassing girls

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
big words for someone who terrorizes his Coventry neighbors by randomly beating them in a bar or sexually harassing girls

Manage Submissions

Does this submission look like spam? Report it here.

## Message 487 of 593

| | |
|---|---|
| **Date** | Tue, 05 May 2026 15:25:49 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <xmUqyT4OSU27Gb_QAhpDAQ@geopod-ismtpd-53> |

Form Submission - Welcome To The Wolf Pack

Email:
geller@family.com, accepts marketing: false

Message:
just so you know

Stay Proceedings wont help you :)

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
just so you know

Stay Proceedings wont help you :)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 488 of 593

| | |
|---|---|
| **Date** | Tue, 12 May 2026 02:04:26 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ce441a0971934ec98464169931f0c12b@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
I hope you are ready
to lose everything
soon

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
I hope you are ready
to lose everything
soon

Manage Submissions

Does this submission look like spam? Report it here.

## Message 489 of 593

| | |
|---|---|
| **Date** | Mon, 18 May 2026 21:39:24 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <yo9cJQIJT2iT62qWAH0sEw@geopod-ismtpd-57> |

Form Submission - Welcome To The Wolf Pack

Email:
happynovastay@criminal.com, accepts marketing: false

Message:
you are about to hit the floor so fucking hard and it's gonna be so funny to watch

Sent via form submission from M.W. Wolf's Megaverse

Email:
happynovastay@criminal.com, accepts marketing: false

Message:
you are about to hit the floor so fucking hard and it's gonna be so funny to watch

Manage Submissions

Does this submission look like spam? Report it here.

### Message 490 of 593

| | |
|---|---|
| **Date** | Thu, 21 May 2026 01:08:52 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ebbe8bff11264bf39bc7b4f83a48e588@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
delulu@empowermente.com, accepts marketing: false

Message:
and now the court knows what we all knew all along:

You

Are

Fucking

Crazy

Sent via form submission from M.W. Wolf's Megaverse

Email:
delulu@empowermente.com, accepts marketing: false

Message:
and now the court knows what we all knew all along:

You

Are

Fucking

Crazy

Manage Submissions

Does this submission look like spam? Report it here.

## Message 491 of 593

| | |
|---|---|
| **Date** | Thu, 21 May 2026 01:37:20 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <f5e5044fb5494672bd2b051dba770b6d@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
delulu@empowermente.com, accepts marketing: false

Message:
family court absolutely loved to find out about your participation in the facebook group Narcissistic Abuse in Family Court Group (aka, the losers club who abuse their children and are held accountable) and your change.org petition to deund cafcass. An anon email with screenshots was sent last week and now I have confirmation. Have fun getting your daughter back ;)

Sent via form submission from M.W. Wolf's Megaverse

Email:
delulu@empowermente.com, accepts marketing: false

Message:
family court absolutely loved to find out about your participation in the facebook group Narcissistic Abuse in Family Court Group (aka, the losers club who abuse their children and are held accountable) and your change.org petition to deund cafcass. An anon email with screenshots was sent last week and now I have confirmation. Have fun getting your daughter back ;)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 492 of 593

| | |
|---|---|
| **Date** | Tue, 26 May 2026 05:56:04 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <5n4rH1wYRI2s1d9p1-_o4Q@geopod-ismtpd-42> |

Form Submission - Welcome To The Wolf Pack

Email:
geta@therapist.com, accepts marketing: false

Message:
Schizophrenic lunatic

Sent via form submission from M.W. Wolf's Megaverse

Email:
geta@therapist.com, accepts marketing: false

Message:
Schizophrenic lunatic

Manage Submissions

Does this submission look like spam? Report it here.

## Message 493 of 593

| | |
|---|---|
| **Date** | Fri, 29 May 2026 17:12:32 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <S5lZwEfYTx2xK91P4Wtfcg@geopod-ismtpd-13> |

Form Submission - Welcome To The Wolf Pack

Email:
friens@helpeachother.com, accepts marketing: false

Message:
You are looking in the wrong places. You want to know where is the actual thread that connects it all? It's not Praeco or Tencent.

It's Joshua Geller. Look into the following cases:

Devan Featherstone v. Warner Bros. Discovery, Inc. (2:25-cv-04314)

Hunter v. Netflix, Inc. (6:25-cv-00360)

Goldner v. Norris (1:23-cv-04078)

Deroux v. Johnson (1:25-cv-01566)

RG Media Properties, LLC v. Blumhouse Productions, LLC (2:25-cv-08926

Nexon Korea Corporation v. Ironmace Co. Ltd. (23-35600)

Royal Palm Filmworks, Inc. v. Fifty-Six Hope Road Music, Ltd. (2:17-cv-02336)

The pattern is easy to spot if you know what you are looking for. And I think you do ;)

Sent via form submission from M.W. Wolf's Megaverse

Email:
friens@helpeachother.com, accepts marketing: false

Message:
You are looking in the wrong places. You want to know where is the actual thread that connects it all? It's not Praeco or Tencent.

It's Joshua Geller. Look into the following cases:

Devan Featherstone v. Warner Bros. Discovery, Inc. (2:25-cv-04314)

Hunter v. Netflix, Inc. (6:25-cv-00360)

Goldner v. Norris (1:23-cv-04078)

Deroux v. Johnson (1:25-cv-01566)

RG Media Properties, LLC v. Blumhouse Productions, LLC (2:25-cv-08926

Nexon Korea Corporation v. Ironmace Co. Ltd. (23-35600)

Royal Palm Filmworks, Inc. v. Fifty-Six Hope Road Music, Ltd. (2:17-cv-02336)

The pattern is easy to spot if you know what you are looking for. And I think you do ;)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 494 of 593

| | |
|---|---|
| **Date** | Sun, 31 May 2026 05:41:58 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2fb725adfb54408698da7456d296b3eb@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
kkkkk@fakemail.com, accepts marketing: false

Message:
Dude what the fuck what kind of ia bot are you and what kind pf psycho would code something like this

Sent via form submission from M.W. Wolf's Megaverse

Email:
kkkkk@fakemail.com, accepts marketing: false

Message:
Dude what the fuck what kind of ia bot are you and what kind pf psycho would code something like this

Manage Submissions

Does this submission look like spam? Report it here.

## Message 495 of 593

| | |
|---|---|
| **Date** | Sun, 31 May 2026 19:47:02 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <dVBE3qYuTouGQYuH7Kvp-g@geopod-ismtpd-92> |

Form Submission - Welcome To The Wolf Pack

Email:
FrienshipHasAPrice@fakemail.com, accepts marketing: false

Message:
Are you still looking for whistleblowers? How much money would you be willing to pay for a pdf containing 146 pages of early concept art/ creative direction/ producers notes (including Linke and Nicolo handwritting)/ fragents of earlier scripts?? Just post the number in your bluesky account (no context or anything needed). If I'm interested I will reach out to you. I'm willing to send you one random page of your choice as a sign of goodwill.

Sent via form submission from M.W. Wolf's Megaverse

Email:
FrienshipHasAPrice@fakemail.com, accepts marketing: false

Message:
Are you still looking for whistleblowers? How much money would you be willing to pay for a pdf containing 146 pages of early concept art/ creative direction/ producers notes (including Linke and Nicolo handwritting)/ fragents of earlier scripts?? Just post the number in your bluesky account (no context or anything needed). If I'm interested I will reach out to you. I'm willing to send you one random page of your choice as a sign of goodwill.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 496 of 593

| | |
|---|---|
| **Date** | Sun, 31 May 2026 20:49:50 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <JOMD060wR_yUWVRMNvvOeQ@geopod-ismtpd-62> |

Form Submission - Welcome To The Wolf Pack

Email:
AFriendIsExpensive@fakemail.com, accepts marketing: false

Message:
Sorry not interested. The sales of Jinx arcane skin alone made them 137.7~ M$$ in the first run and 62.3M $$ in the second.

0.5 is too low, and more importantly I want money beforehand because there is a non-zero chance that they will send someone to kill you before the case even has a chance to start discovery.

Also I recommend that you delete that post now

Sent via form submission from M.W. Wolf's Megaverse

Email:
AFriendIsExpensive@fakemail.com, accepts marketing: false

Message:
Sorry not interested. The sales of Jinx arcane skin alone made them 137.7~ M$$ in the first run and 62.3M $$ in the second.

0.5 is too low, and more importantly I want money beforehand because there is a non-zero chance that they will send someone to kill you before the case even has a chance to start discovery.

Also I recommend that you delete that post now

Manage Submissions

Does this submission look like spam? Report it here.

## Message 497 of 593

| | |
|---|---|
| **Date** | Sun, 31 May 2026 22:26:45 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <AcxyI3b8Rl6Dpumrh45s1w@geopod-ismtpd-78> |

Form Submission - Welcome To The Wolf Pack

Email:
AFriendIsExpensive@fakemail.com, accepts marketing: false

Message:
https://securesha.re?#u=4df70c0ae64c5930e8a10a45c21f1c96.bin&p=NumMNOEYb3E0h_XpNvNGTBps6WTeJh5fWUTXMrIZ9gA

I had to scramble the image a little because they use the positioning of the watermarks to identify leakers. Also this is literally the most innocuous of the content, but I'm not risking anything else for now.

Sent via form submission from M.W. Wolf's Megaverse

Email:
AFriendIsExpensive@fakemail.com, accepts marketing: false

Message:
https://securesha.re?#u=4df70c0ae64c5930e8a10a45c21f1c96.bin&p=NumMNOEYb3E0h_XpNvNGTBps6WTeJh5fWUTXMrIZ9gA

I had to scramble the image a little because they use the positioning of the watermarks to identify leakers. Also this is literally the most innocuous of the content, but I'm not risking anything else for now.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 498 of 593

| | |
|---|---|
| **Date** | Mon, 01 Jun 2026 00:30:41 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d3c16d1dd0d645d38c30d71630a6d743@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
AFriendIsExpensive@fakemail.com, accepts marketing: false

Message:
And how tf am I supposed to know what and what not has been taken from a court filing? I'm not a lawyer lmao.

Any "declaration of trust" will be rendered useless because getting money in exchange for evidence is illegal as far as I understand, which is exactly why I would like to stay anonymous for as long as I possible can

Sent via form submission from M.W. Wolf's Megaverse

Email:
AFriendIsExpensive@fakemail.com, accepts marketing: false

Message:
And how tf am I supposed to know what and what not has been taken from a court filing? I'm not a lawyer lmao.

Any "declaration of trust" will be rendered useless because getting money in exchange for evidence is illegal as far as I understand, which is exactly why I would like to stay anonymous for as long as I possible can

Manage Submissions

Does this submission look like spam? Report it here.

## Message 499 of 593

| | |
|---|---|
| **Date** | Tue, 02 Jun 2026 00:40:40 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <c6e0ee86347846618e309d8626342316@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
AFriendIsExpensiveandnotstupid@fakemail.com, accepts marketing: false

Message:
I mean, it's not like they have a signed note saying " btw, we stole this bit from w.w wolf lol" if that is what you are looking for. And I'm not gonna sent you any of the more incriminating material until you tell me how much you can pay beforehand, I'm not stupid.

Sent via form submission from M.W. Wolf's Megaverse

Email:
AFriendIsExpensiveandnotstupid@fakemail.com, accepts marketing: false

Message:
I mean, it's not like they have a signed note saying " btw, we stole this bit from w.w wolf lol" if that is what you are looking for. And I'm not gonna sent you any of the more incriminating material until you tell me how much you can pay beforehand, I'm not stupid.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 500 of 593

| | |
|---|---|
| **Date** | Wed, 03 Jun 2026 21:06:07 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2ca9e6f24faf45be9fd42b824abe6b6b@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
AFriendIsExpensive@fakemail.com, accepts marketing: false

Message:
Okay, it seems like I'm not being clear enough. I could gently point out that any "legal deal" will simply not be possible, since it's highly illegal to sell evidence of an ongoing crime, even more to exchange it for any profit the settlement may result in.

But I'm gonna be blunt: they will kill you after you make these documents public. This is not an "if", not a "highly possible" situation. They. Will. Kill. You.

You have no idea how much money Arcane made. Not on the show per se (even better because they can report that as a loss to the IRS), but everything else: the merch, the popularity, the songs, the skins, and the millions of new players for the game. And there is still so much more money to be made in the future shows and shorts (for what I understand, they already have deals with Fortiche up to the year 2045). League of Legends will slowly become the next MCU.

There is not a single atom of a possibility that Riot will let that go. Hell, paying you would probably bankrupt them. Hiring a hitman and pulling a Boeing is far cheaper. And they will have no problem covering the tracks: some of the people currently working in Vanguard used to work for the chinese mss. We are talking about the kind of people who knows how to turn sand into a hard drive. The kind of people who are listed under a fake name. And they will go after you.

And they will kill you.

If you choose to proceed (for whatever reason), I'm just gonna have to pretend I'm talking with a corpse. And corpses don't pay. I want my part of the deal secured first.

Please know, I'm not trying to be mean, I just want you to be aware of what you are getting into.

Sent via form submission from M.W. Wolf's Megaverse

Email:
AFriendIsExpensive@fakemail.com, accepts marketing: false

Message:
Okay, it seems like I'm not being clear enough. I could gently point out that any "legal deal" will simply not be possible, since it's highly illegal to sell evidence of an ongoing crime, even more to exchange it for any profit the settlement may result in.

But I'm gonna be blunt: they will kill you after you make these documents public. This is not an "if", not a "highly possible" situation. They. Will. Kill. You.

You have no idea how much money Arcane made. Not on the show per se (even better because they can report that as a loss to the IRS), but everything else: the merch, the popularity, the songs, the skins, and the millions of new players for the game. And there is still so much more money to be made in the future shows and shorts (for what I understand, they already have deals with Fortiche up to the year 2045). League of Legends will slowly become the next MCU.

There is not a single atom of a possibility that Riot will let that go. Hell, paying you would probably bankrupt them. Hiring a hitman and pulling a Boeing is far cheaper. And they will have no problem covering the tracks: some of the people currently working in Vanguard used to work for the chinese mss. We are talking about the kind of people who knows how to turn sand into a hard drive. The kind of people who are listed under a fake name. And they will go after you.

And they will kill you.

If you choose to proceed (for whatever reason), I'm just gonna have to pretend I'm talking with a corpse. And corpses don't pay. I want my part of the deal secured first.

Please know, I'm not trying to be mean, I just want you to be aware of what you are getting into.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 501 of 593

| | |
|---|---|
| **Date** | Wed, 03 Jun 2026 21:43:30 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <015b4f27c50b416da20cdf454e7e7156@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
AFriendIsExpensiveandnotstupid@fakemail.com, accepts marketing: false

Message:
and if I send you literally any other of the remaining 146 pages, you will have enough material to turn around the case in your favor. Or at the very least, make the court rise a few eyebrows at Riot.

Here is a nice garnish for you: next month, around june 24, they will release the Locke Champion Theme video. Pay close attention to the figures show in there (3 & 4 especially) , perhaps you will spot some familair faces ;)

Let's talk next month

Sent via form submission from M.W. Wolf's Megaverse

Email:
AFriendIsExpensiveandnotstupid@fakemail.com, accepts marketing: false

Message:
and if I send you literally any other of the remaining 146 pages, you will have enough material to turn around the case in your favor. Or at the very least, make the court rise a few eyebrows at Riot.

Here is a nice garnish for you: next month, around june 24, they will release the Locke Champion Theme video. Pay close attention to the figures show in there (3 & 4 especially) , perhaps you will spot some familair faces ;)

Let's talk next month

Manage Submissions

Does this submission look like spam? Report it here.

## Message 502 of 593

| | |
|---|---|
| **Date** | Fri, 05 Jun 2026 05:07:24 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <y1lRWy9NS-GMj4KFN0aZlQ@geopod-ismtpd-54> |

Form Submission - Welcome To The Wolf Pack

Email:
lolesttgatshit@moron.com, accepts marketing: false

Message:
Did Riot finally raped your ass in court so badly they shut you up??

Sent via form submission from M.W. Wolf's Megaverse

Email:
lolesttgatshit@moron.com, accepts marketing: false

Message:
Did Riot finally raped your ass in court so badly they shut you up??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 503 of 593

| | |
|---|---|
| **Date** | Fri, 05 Jun 2026 11:54:27 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <RudH8OqWT5qTO1dKnv6Qog@geopod-ismtpd-5> |

Form Submission - Welcome To The Wolf Pack

Email:
geller@family.com, accepts marketing: false

Message:
oopsie, perhaps I forgot to mention a little detail in the last hint.
Did you know that Joshua Geller is the Treasurer at the Los Angeles Copyright Society?? how silly of me, to forget that.

Perhaps I also forgot to mention that the past president (up to 2025) was Dan Nabel, vice president of the legal department for Riot Games. But don't worry! Dan is not alone in the ex-presidents club: Aaron Moss is right by his side (2020). Oh, and Joshua is not alone either!! The Vice-President of the LA copyright Society is his friend Elaine Kim (Also from the Knupp firm)

We live in a small world full of coincidenced, right??

:)

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
oopsie, perhaps I forgot to mention a little detail in the last hint.
Did you know that Joshua Geller is the Treasurer at the Los Angeles Copyright Society?? how silly of me, to forget that.

Perhaps I also forgot to mention that the past president (up to 2025) was Dan Nabel, vice president of the legal department for Riot Games. But don't worry! Dan is not alone in the ex-presidents club: Aaron Moss is right by his side (2020). Oh, and Joshua is not alone either!! The Vice-President of the LA copyright Society is his friend Elaine Kim (Also from the Knupp firm)

We live in a small world full of coincidenced, right??

:)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 504 of 593

| | |
|---|---|
| **Date** | Sun, 07 Jun 2026 01:25:04 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <c3a0558cf6f74e93beab019a5b6267dd@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
sonichu@chan.com, accepts marketing: false

Message:
u are like a lolcow but whitout the clout or the engagment lol
what level of cringe do you have to be to fail at being a lolcow

Sent via form submission from M.W. Wolf's Megaverse

Email:
sonichu@chan.com, accepts marketing: false

Message:
u are like a lolcow but whitout the clout or the engagment lol
what level of cringe do you have to be to fail at being a lolcow

Manage Submissions

Does this submission look like spam? Report it here.

## Message 505 of 593

| | |
|---|---|
| **Date** | Sun, 07 Jun 2026 05:27:06 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <06c2cf3d12ed41c1a4a78bb276aca741@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
blacklives@matter.com, accepts marketing: false

Message:
I didn't forget that you tried to copyright black culture
Disgusting white pig
I hope you are burning in hell

Sent via form submission from M.W. Wolf's Megaverse

Email:
blacklives@matter.com, accepts marketing: false

Message:
I didn't forget that you tried to copyright black culture
Disgusting white pig
I hope you are burning in hell

Manage Submissions

Does this submission look like spam? Report it here.

## Message 506 of 593

| | |
|---|---|
| **Date** | Sun, 07 Jun 2026 19:00:13 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8pANGF3-QbO4eChSjv9hYg@geopod-ismtpd-35> |

Form Submission - Welcome To The Wolf Pack

Email:
eatthe@slop.com, accepts marketing: false

Message:
ai sloper

Sent via form submission from M.W. Wolf's Megaverse

Email:
eatthe@slop.com, accepts marketing: false

Message:
ai sloper

Manage Submissions

Does this submission look like spam? Report it here.

## Message 507 of 593

| | |
|---|---|
| **Date** | Mon, 08 Jun 2026 10:05:22 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <12671f5573274aad80f6a3a73fbe74e1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lol@lmao.com, accepts marketing: false

Message:
Lmao??????

Sent via form submission from M.W. Wolf's Megaverse

Email:
lol@lmao.com, accepts marketing: false

Message:
Lmao??????

Manage Submissions

Does this submission look like spam? Report it here.

## Message 508 of 593

| | |
|---|---|
| **Date** | Mon, 08 Jun 2026 22:03:21 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9LdyoTwFQQqN_c3hR0-7Pg@geopod-ismtpd-72> |

Form Submission - Welcome To The Wolf Pack

Email:
Iwantmy@10usd.com, accepts marketing: false

Message:
c'mon man, I have a 10$ bet with my friends that you are gonna make a post within 48 hours about how Locke is Vash from Trigun

Sent via form submission from M.W. Wolf's Megaverse

Email:
Iwantmy@10usd.com, accepts marketing: false

Message:
c'mon man, I have a 10$ bet with my friends that you are gonna make a post within 48 hours about how Locke is Vash from Trigun

Manage Submissions

Does this submission look like spam? Report it here.

## Message 509 of 593

| | |
|---|---|
| **Date** | Tue, 09 Jun 2026 19:24:03 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a102b36d401048f298f256c7c31bc050@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
geller@family.com, accepts marketing: false

Message:
if you are online and want to talk about our Geller friend (and if you have the stomach for some bad news), then I will be online at https://tempchat.online (code 5103) for the next half hour. If not, I will try later

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
if you are online and want to talk about our Geller friend (and if you have the stomach for some bad news), then I will be online at https://tempchat.online (code 5103) for the next half hour. If not, I will try later

Manage Submissions

Does this submission look like spam? Report it here.

## Message 510 of 593

| | |
|---|---|
| **Date** | Wed, 10 Jun 2026 13:11:46 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <00db0731f8d94461bf2937866b54a6ee@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
geller@family.com, accepts marketing: false

Message:
if you wish to talk, I will be at https://tempchat.online cod 7993 for the next 30 minutes. If you can't talk right now, I will try to reach you later

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
if you wish to talk, I will be at https://tempchat.online cod 7993 for the next 30 minutes. If you can't talk right now, I will try to reach you later

Manage Submissions

Does this submission look like spam? Report it here.

## Message 511 of 593

| | |
|---|---|
| **Date** | Wed, 10 Jun 2026 13:57:55 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <jCEX6JGSQTqoAbN635k0DQ@geopod-ismtpd-11> |

Form Submission - Welcome To The Wolf Pack

Email:
geller@family.com, accepts marketing: false

Message:
I will try to reach back at you today at 20:30 UTC

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
I will try to reach back at you today at 20:30 UTC

Manage Submissions

Does this submission look like spam? Report it here.

## Message 512 of 593

| | |
|---|---|
| **Date** | Wed, 10 Jun 2026 20:32:00 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <AmLambbKRqS0-utfEMy_bg@geopod-ismtpd-99> |

Form Submission - Welcome To The Wolf Pack

Email:
geller@family.com, accepts marketing: false

Message:
I will be waiting for the next 30 minutes at https://tempchat.online

our session id is 6448

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
I will be waiting for the next 30 minutes at https://tempchat.online

our session id is 6448

Manage Submissions

Does this submission look like spam? Report it here.

## Message 513 of 593

| | |
|---|---|
| **Date** | Sat, 13 Jun 2026 00:52:23 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <20aced6c8b494075b539e7d0c7bf1ad6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lost@thegame.com, accepts marketing: false

Message:
did u kill yourself yet please don't do it without streaming it I wanna see

Sent via form submission from M.W. Wolf's Megaverse

Email:
lost@thegame.com, accepts marketing: false

Message:
did u kill yourself yet please don't do it without streaming it I wanna see

Manage Submissions

Does this submission look like spam? Report it here.

## Message 514 of 593

| | |
|---|---|
| **Date** | Sat, 13 Jun 2026 22:02:25 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <5b7ed836ff09404591fbb33c1a08a0ab@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
You know what I love? spending great quality time with my daughter (whom I can see because I'm not a criminal and CAFCASS doesn't have me on their radar), being a productive member of society (not a war-loving racist pig who assaults strangers at a bar) and having money to live comfortably (because I'm not wasting it all in a delulu conspiranoic theory).
You should try it sometime

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
You know what I love? spending great quality time with my daughter (whom I can see because I'm not a criminal and CAFCASS doesn't have me on their radar), being a productive member of society (not a war-loving racist pig who assaults strangers at a bar) and having money to live comfortably (because I'm not wasting it all in a delulu conspiranoic theory).
You should try it sometime

Manage Submissions

Does this submission look like spam? Report it here.

## Message 515 of 593

| | |
|---|---|
| **Date** | Sun, 14 Jun 2026 00:38:24 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ed092078028c42dbbccaff6b6479d5c5@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
geller@family.com, accepts marketing: false

Message:
btw, I did not told you this during our small encounter because I wanted to confirm it before speaking: Laura Mcavoy Chooljian (daughter of Jacqueline Chooljian) was working for Joshua while he was still at Greenberg. Curiously, she received a very juicy promotion right after the case was "randomly" asigned to Mircheff

draw your own conclusions

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
btw, I did not told you this during our small encounter because I wanted to confirm it before speaking: Laura Mcavoy Chooljian (daughter of Jacqueline Chooljian) was working for Joshua while he was still at Greenberg. Curiously, she received a very juicy promotion right after the case was "randomly" asigned to Mircheff

draw your own conclusions

Manage Submissions

Does this submission look like spam? Report it here.

## Message 516 of 593

| | |
|---|---|
| **Date** | Sun, 14 Jun 2026 20:37:04 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <p6AvyYbvRlW2Floo6Fdlyg@geopod-ismtpd-67> |

Form Submission - Welcome To The Wolf Pack

Email:
LycanBrother97@yahoo.com, accepts marketing: false

Message:
hi
have you tried contacting @ jumaralohexcore via bsky? He has been the very best unofficial Riot Games archivist for almost two decades now. Unlike other fan-archivist, he doesn't have any relationship with Riot. If anyone can find any disparity in official media or related statments (deleted or otherwise), it's him.

Best of luck

Sent via form submission from M.W. Wolf's Megaverse

Email:
LycanBrother97@yahoo.com, accepts marketing: false

Message:
hi
have you tried contacting @ jumaralohexcore via bsky? He has been the very best unofficial Riot Games archivist for almost two decades now. Unlike other fan-archivist, he doesn't have any relationship with Riot. If anyone can find any disparity in official media or related statments (deleted or otherwise), it's him.

Best of luck

Manage Submissions

Does this submission look like spam? Report it here.

### Message 517 of 593

| | |
|---|---|
| **Date** | Sun, 14 Jun 2026 23:27:08 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | LycanBrother97@yahoo.com |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK1PoBGu=ujApPYsnqG3Q_XC6YDEFhiR_6zKwgtyHkxFjw@mail.gmail.com> |

Re: Riot Archivist Lead

Hi,

Thank you very much for the lead. I genuinely appreciate it.

I have already tried getting in touch with him. I attempted to contact him through Bluesky, but unfortunately I cannot send him messages as he has not approved me as a friend or contact. I also tried reaching out through X, but I did not receive a response there either.

That said, I will continue trying. From what I understand, he appears to have an extensive knowledge of Riot Games history and archived material, which could prove useful.

I have made good progress with the case and the related research over the last few months, but any help, support, information, or independent leads are always welcome and greatly appreciated.

Thank you again for taking the time to reach out and point me in his direction.

Kind regards,

Marc Wolstenholme
(M.W. Wolf)

On Sun, 14 Jun 2026 at 21:37, Squarespace <form-submission@squarespace.info> wrote:

> *Email:* LycanBrother97@yahoo.com, accepts marketing: false
>
> *Message:* hi
> have you tried contacting @ jumaralohexcore via bsky? He has been the very
> best unofficial Riot Games archivist for almost two decades now. Unlike
> other fan-archivist, he doesn't have any relationship with Riot. If anyone
> can find any disparity in official media or related statments (deleted or
> otherwise), it's him.
>
> Best of luck
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://www.mwwolf-fiction.co.uk>*
>
> *Email:* LycanBrother97@yahoo.com, accepts marketing: false
>
> *Message:* hi
> have you tried contacting @ jumaralohexcore via bsky? He has been the very
> best unofficial Riot Games archivist for almost two decades now. Unlike
> other fan-archivist, he doesn't have any relationship with Riot. If anyone
> can find any disparity in official media or related statments (deleted or
> otherwise), it's him.
>
> Best of luck
>
> Manage Submissions
> <https://www.mwwolf-fiction.co.uk/config/contacts/form-link/2880aa6f-a3c0-426d-8112-6e231dd9f7a3>
>
> Does this submission look like spam? Report it here.
> <https://www.squarespace.com/report-spam?formSubmissions=2880aa6f-a3c0-426d-8112-6e231dd9f7a3&formOwningEntityId=65eb1db03639bb52d877e350>
>

Re: Riot Archivist Lead
Hi,

Thank you very much for the lead. I genuinely appreciate it.
I have already tried getting in touch with him. I attempted to contact him through Bluesky, but unfortunately I cannot send him messages as he has not approved me as a friend or contact. I also tried reaching out through X, but I did not receive a response there either.
That said, I will continue trying. From what I understand, he appears to have an extensive knowledge of Riot Games history and archived material, which could prove useful.
I have made good progress with the case and the related research over the last few months, but any help, support, information, or independent leads are always welcome and greatly appreciated.
Thank you again for taking the time to reach out and point me in his direction.
Kind regards,
Marc Wolstenholme
(M.W. Wolf)

On Sun, 14 Jun 2026 at 21:37, Squarespace <form-submission@squarespace.info> wrote:

Email:
LycanBrother97@yahoo.com, accepts marketing: false

Message:
hi
have you tried contacting @ jumaralohexcore via bsky? He has been the very best unofficial Riot Games archivist for almost two decades now. Unlike other fan-archivist, he doesn't have any relationship with Riot. If anyone can find any disparity in official media or related statments (deleted or otherwise), it's him.

Best of luck

Sent via form submission from M.W. Wolf's Megaverse

Email:
LycanBrother97@yahoo.com, accepts marketing: false

Message:
hi
have you tried contacting @ jumaralohexcore via bsky? He has been the very best unofficial Riot Games archivist for almost two decades now. Unlike other fan-archivist, he doesn't have any relationship with Riot. If anyone can find any disparity in official media or related statments (deleted or otherwise), it's him.

Best of luck

Manage Submissions

Does this submission look like spam? Report it here.

## Message 518 of 593

| | |
|---|---|
| **Date** | Sun, 14 Jun 2026 15:46:54 -0700 (PDT) |
| **From** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Delivery Status Notification (Failure) |
| **Message-ID** | <6a2f2f5e.27e56452.247956.c675.GMR@mx.google.com> |

** Address not found **

Your message wasn't delivered to LycanBrother97@yahoo.com because the address couldn't be found or is unable to receive email.

The response from the remote server was:
552 1 Requested mail action aborted, mailbox not found

Address not found

Your message wasn't delivered to LycanBrother97@yahoo.com because the address couldn't be found or is unable to receive email.

The response from the remote server was:

552 1 Requested mail action aborted, mailbox not found

## Message 519 of 593

| | |
|---|---|
| **Date** | Mon, 15 Jun 2026 01:23:28 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <b6d4ce34e454469f90223c56cecfc066@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
getready@fordismissal.com, accepts marketing: false

Message:
heyyy what remember when you were SO sure the court wouldn't dismiss your case?? and then they DID?? that was so fucking funny. Luckily we'll see that happen again soon but this time it will be even more funny

Sent via form submission from M.W. Wolf's Megaverse

Email:
getready@fordismissal.com, accepts marketing: false

Message:
heyyy what remember when you were SO sure the court wouldn't dismiss your case?? and then they DID?? that was so fucking funny. Luckily we'll see that happen again soon but this time it will be even more funny

Manage Submissions

Does this submission look like spam? Report it here.

## Message 520 of 593

| | |
|---|---|
| **Date** | Tue, 16 Jun 2026 03:31:30 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <07040517fd00489cb04a0f2f53610e81@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
linfo@mena.com, accepts marketing: false

Message:
are u having fun losing money and time in a lawsuit that will not prosper?? Because at the very least is funny af to watch you get dragged by the court

Sent via form submission from M.W. Wolf's Megaverse

Email:
linfo@mena.com, accepts marketing: false

Message:
are u having fun losing money and time in a lawsuit that will not prosper?? Because at the very least is funny af to watch you get dragged by the court

Manage Submissions

Does this submission look like spam? Report it here.

## Message 521 of 593

| | |
|---|---|
| **Date** | Tue, 16 Jun 2026 09:50:59 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <0127ab0c2111476d8b7a21704f498a4a@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
thejoke@youcouldnotwrite.com, accepts marketing: false

Message:
Do you wanna try sovereign citizens as a lehal argument next? So we can all keep laughing

Sent via form submission from M.W. Wolf's Megaverse

Email:
thejoke@youcouldnotwrite.com, accepts marketing: false

Message:
Do you wanna try sovereign citizens as a lehal argument next? So we can all keep laughing

Manage Submissions

Does this submission look like spam? Report it here.

## Message 522 of 593

| | |
|---|---|
| **Date** | Wed, 17 Jun 2026 02:47:53 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <652daf4edc274828915fec9feb25aa05@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
justsoyoudont@forget.com, accepts marketing: false

Message:
aving reviewed and considered all the briefing filed with respect to Riot Games, Inc.'s ("Riot" or "defendant") Motion to Dismiss Second Amended Complaint, (Dkt. 80, "Motion"), the court finds that oral argument is not necessary to resolve the Motion, see Fed. R. Civ. P. 78(b); Local Rule 7-15, Willis v. Pac. Mar. Ass'n, 244 F.3d 675, 684 n. 2 (9th Cir. 2001), and concludes as follows.
BACKGROUND AND PLAINTIFF'S ALLEGATIONS1
Marc Wolstenholme ("plaintiff" or Wolstenholme"), appearing pro se, filed his initial complaint in state court, (see Dkt. 1-1, Complaint), which Riot removed on January 3, 2025. (See Dkt. 1, Notice of Removal). After defendant filed a motion to dismiss, (see Dkt. 7), plaintiff filed a First Amended Complaint (see Dkt. 11,"FAC"), and after defendant filed a motion to dismiss the FAC, (see Dkt. 19), plaintiff filed the operative 1,218-page Second Amended Complaint ("SAC"), asserting claims for: (1) copyright infringement, 17 U.S.C. § 501; (2) vicarious copyright infringement; (3) violations of California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, et seq.; and (4) intentional infliction of emotional distress ("IIED"). (See Dkt. 58, SAC at 4, 7-8).
Plaintiff alleges that he owns the exclusive copyright to the manuscript, "Bloodborg: The Harvest" ("Bloodborg"), which was created between 2018 and 2019. (See Dkt. 58, SAC at 2, 5). He alleges that Riot "infringed his copyright by using the manuscript of 'Bloodborg' submitted to Riot Forge, Curtis Brown Group, and others in 2019 and 2020 to create the animated series, Arcane," which premiered on Netflix in November 2021. (Id. at 2, 5). According to plaintiff, Arcane and its promotional materials "derive narrative elements, themes, scenes, chapter/episode titles, aesthetics, trauma writing, central premise, macro and micro details, actual writing converted to visual mediums, expert skill depictions, distinct color usage, deeply nuanced motifsnd allegories, symbolism, character arcs, character personalties and backstories, and more, from plaintiff's copyrighted work." (Id. at 3); (see also id. at 5). Plaintiff alleges that "much of the trauma writing in Bloodborg, alleged to have been reused in Arcane, is derived from plaintiff's fictionalized therapeutic journaling of his deeply complex personal trauma history both in and out of the British Army." (Id. at 3). Riot's "misuse and monetization of Plaintiff's trauma and deep psychological exploration along with three years of bad faith negotiations and prolonged litigations, and malicious communications, discrimination, intimidation and harassment via email and other forms, alleged to have been sent by Riot employees, Fortiche Production employees and the wider toxic cultural climate they foster, is alleged to have caused, and continues to cause further emotional-psychological harm and suffering and financial burden on the plaintiff." (Id. at 3); (see also id. at 6).
LEGAL STANDARD
A motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure2 should be granted if plaintiff fails to proffer "enough facts to state a claim to relief that is plausible on its face." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570, 127 S.Ct. 1955, 1974 (2007); Ashcroft v. Iqbal, 556 U.S. 662, 678, 129 S.Ct. 1937, 1949 (2009); Cook v. Brewer, 637 F.3d 1002, 1004 (9th Cir. 2011). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Iqbal, 556 U.S. at 678, 129 S.Ct. at 1949; Cook, 637 F.3d at 1004; Caviness v. Horizon Cmty. Learning Ctr., Inc., 590 F.3d 806, 812 (9th Cir. 2010). Although the plaintiff must provide "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do," Twombly, 550 U.S. at 555, 127 S.Ct. at 1965; Iqbal, 556 U.S. at 678, 129 S.Ct. at 1949; see also Cholla Ready Mix, Inc. v. Civish, 382 F.3d 969, 973 (9th Cir. 2004) ("The court is not required to accept legal conclusions cast in the form of factual allegations if those conclusions cannot reasonably be drawn from the facts alleged. Nor is the court required to accept as true allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences.") (cleaned up), "specific facts are not necessary; the [complaint] need only give the defendant fair notice of what the claim is and the grounds upon which it rests." Erickson v. Pardus, 551 U.S. 89, 93, 127 S.Ct. 2197, 2200 (2007) (per curiam)

(cleaned up); Twombly, 550 U.S. at 555, 127 S.Ct. at 1964.

In considering whether to dismiss a complaint, the court must accept the allegations of the complaint as true, Erickson, 551 U.S. at 94, 127 S.Ct. at 2200; Albright v. Oliver, 510 U.S. 266, 268, 114 S.Ct. 807, 810 (1994), construe the pleading in the light most favorable to the pleading party, and resolve all doubts in the pleader's favor. Jenkins v. McKeithen, 395 U.S. 411, 421, 89 S.Ct. 1843, 1849 (1969); Berg v. Popham, 412 F.3d 1122, 1125 (9th Cir. 2005). Pro se pleadings are "to be liberally construed" and are held to a less stringent standard than thosedrafted by a lawyer. Erickson, 551 U.S. at 94, 127 S.Ct. at 2200; Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct. 594, 596 (1972) (per curiam); see also Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010) ("Iqbal incorporated the Twombly pleading standard and Twombly did not alter courts' treatment of pro se filings; accordingly, we continue to construe pro se filings liberally when evaluating them under Iqbal."). "Dismissal under Rule 12(b)(6) is proper when the complaint either (1) lacks a cognizable legal theory or (2) fails to allege sufficient facts to support a cognizable legal theory." Somers v. Apple, Inc., 729 F.3d 953, 959 (9th Cir. 2013). A complaint may also be dismissed for failure to state a claim if it discloses some fact or complete defense that will necessarily defeat the claim. See Franklin v. Murphy, 745 F.2d 1221, 1228-29 (9th Cir. 1984), abrogated on other grounds by Neitzke v. Williams, 490 U.S. 319, 109 S.Ct. 1827 (1989); 2 Moore's Federal Practice § 12.34[4][b] (Matthew Bender 3d Ed.) ("Dismissal under Rule 12(b)(6) . . . is also appropriate when a successful affirmative defense or other bar to relief on the claim is conclusively established on the face of the complaint.").

DISCUSSION

I. COPYRIGHT INFRINGEMENT.

To state a claim for copyright infringement, plaintiff must plausibly allege two elements: (1) ownership of a valid copyright; and (2) unlawful copying. See Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., Inc., 499 U.S. 340, 361, 111 S.Ct. 1282, 1296 (1991); Rentmeester v. Nike, Inc., 883 F.3d 1111, 1116-17 (9th Cir. 2018), overruled on other grounds by Skidmore ex rel. Randy Craig Wolfe Tr. v. Led Zeppelin, 952 F.3d 1051 (9th Cir. 2020) (en banc) (same). Unlawful copying "contains two separate components: copying and unlawful appropriation." Skidmore, 952 F.3d at 1064 (cleaned up).

Riot contends that plaintiff has failed to plausibly allege access. (See Dkt. 80, Motion at 16). The court agrees. "When the plaintiff lacks direct evidence of copying, he can attempt to prove it circumstantially by showing that the defendant had access to the plaintiff's work and that the two works share similarities probative of copying." Rentmeester, 883 F.3d at 1117. "To prove access, a plaintiff must show a reasonable possibility, not merely a bare possibility, that an alleged infringer had the chance to view the protected work." Loomis v. Cornish, 836 F.3d 991, 995 (9th Cir. 2016) (internal quotation marks omitted).

Here, plaintiff alleges that he submitted Bloodborg to "Riot Forge, Curtis Brown Group, and others[.]" (Dkt. 58, SAC at 5); (see id. at 29) (alleging Bloodborg was submitted to "Literary, Film and Gaming talent agencies," and through "wide dissemination via email"). The SAC includes an exhibit purporting to be a "Chronology of Wide Dissemination and Access of Bloodborg the Harvest." (See id. at 32); (Dkt. 58, Exh. B ("Chronology") at 46-70). In his chronology, plaintiff claims that he submitted Bloodborg to "Riot via their online portal." (See Dkt. 58, Exh. B (Chronology) at 48, 50). But the SAC does not identify the "online portal" or other information regarding plaintiff's alleged submissions. (See, generally, id.). The chronology also lists emails that attached a copy of Bloodborg that plaintiff allegedly sent to various individuals and agencies.(See id. at 48-58). However, as defendant notes, (see Dkt. 80, Motion at 17-18), the SAC does not allege a nexus between Riot and any individual or agency who allegedly received a copy of Bloodborg. (See, generally, Dkt. 58, SAC); see, e.g., Loomis, 836 F.3d at 995 (access not shown by "merely . . . showing bare corporate receipt of [subject] work by an individual who shares a common employer with the alleged copier") (internal quotation marks omitted).

In his Opposition, plaintiff does not respond to defendant's arguments regarding the SAC's deficient allegations relating to access. (See, generally, Dkt. 83, Plaintiff's Opposition to Defendant Riot Games, Inc.'s Motion to Dismiss the Second Amended Complaint ("Opp") at 4-5). Indeed, rather than directly addressing Riot's contentions, plaintiff devotes the majority of his Opposition to attacking Riot and its purported litigation conduct. (See Dkt. 83, Opp at 6-9, 13-15); (id. at 12) ("Plaintiff has been the target of ongoing psychological abuse and harassment during this litigation, including impersonations, discrimination, criminal threats, bomb threats, doxxing, and child exploitation blackmail."); (id. at 13) ("Plaintiff cannot get justice without court, CIA and Government oversight into their behaviors. It is alleged that Riot Games poses a public risk and a risk to the Plaintiff."). Plaintiff's failure to address defendant's contentions regarding access is tantamount to a concession on those issues. See GN Resound A/S v. Callpod, Inc., 2013 WL 1190651, *5 (N.D. Cal. 2013) (when plaintiff failed to oppose a motion as to a particular issue, "the Court construes as a concession that this claim element [is] not satisfied];" Hall v. Mortg. Investors Grp., 2011 WL 4374995, *5 (E.D. Cal. 2011) ("Plaintiff does not oppose Defendants' arguments regarding the statute of limitations in his Opposition. Plaintiff's failure to oppose . . . on this basis

serves as a concession[.]"). Accordingly, the court will grant Riot's Motion as to the copyright infringement claim.

II. VICARIOUS COPYRIGHT INFRINGEMENT.

"[T]o succeed in imposing vicarious liability, a plaintiff must establish that [1] the defendant exercises the requisite control over the direct infringer and that [2] the defendant derives a direct financial benefit from the direct infringement." Perfect 10, Inc. v. Amazon.com, Inc., 508 F.3d 1146, 1173 (9th Cir. 2007) ("Perfect 10 II"). Here, plaintiff has failed to plausibly allege that Riot exercised the "requisite control" over Netflix or any other entity that may have directly infringed his copyright. (See, generally, Dkt. 58, SAC at 1-42). Instead, the SAC alleges in one sentence that Riot "had the ability to control and supervise the infringing conduct but failed to prevent it." (Id. at 7). However, "bare assertions" and "formulaic recitation of the elements" of a claim are "not entitled to be assumed true." Iqbal, 556 U.S. at 681, 129 S.Ct. at 1951 (internal quotation marks omitted). Thus, the court will grant Riot's Motion as to this claim.

III. UCL.

Because plaintiff's UCL claim is based on Riot's alleged copyright infringement (see Dkt. 58, SAC at 8) ("Defendant engaged in unlawful and unfair business practices by misappropriating Plaintiff's copyrighted material for commercial gain."), and plaintiff has failed to state a claim for infringement, his UCL claim fails. Moreover, given that both claims are premised on Riot's allegednfringement, the UCL claim is preempted by the Copyright Act. See Davis v. Render, 2024 WL 5411327, *3 (C.D. Cal. 2024) ("Plaintiff's unfair competition law claim is based on Defendants' alleged copyright infringement and based on rights equivalent to the rights protected by the Copyright Act, and is therefore preempted.").

IV. IIED.

Under California law, "a cause of action for intentional infliction of emotional distress exists when there is (1) extreme and outrageous conduct by the defendant with the intention of causing, or reckless disregard of the probability of causing, emotional distress; (2) the plaintiff's suffering severe or extreme emotional distress; and (3) actual and proximate causation of the emotional distress by the defendant's outrageous conduct." Hughes v. Pair, 46 Cal.4th 1035, 1050 (2009) (cleaned up). To be outrageous, the conduct "must be so extreme as to exceed all bounds of that usually tolerated in a civilized society." Trerice v. Blue Cross of Cal., 209 Cal.App.3d 878, 883 (1989); Fortson v. City of Los Angeles, 628 F.Supp.3d 976, 995 (C.D. Cal. 2022) (same).

Here, the conduct plaintiff alleges to be outrageous includes Riot's litigation conduct. (See Dkt. 58, SAC at 3, 6, 8). Even if the claim was not barred by the litigation privilege, see Cal. Civ. Code § 47(b); Cantu v. Resol. Tr. Corp., 4 Cal.App.4th 857, 888 (1992); Mogan v. Airbnb Inc., 2023 WL 3841742, *5 (C.D. Cal. 2023) ("The privilege extends to claims for intentional infliction of emotional distress."), the alleged conduct cannot be deemed extreme or outrageous. See, e.g., Cantu, 4 Cal.App.4th at 888 ("Where . . a party acts in good faith to pursue its own legal rights, such conduct is privileged, even if emotional distress will result."); Moncada v. West Coast Quartz Corp., 221 Cal.App.4th 768, 781 (2013) ("While the allegations of defendants' conduct if true, demonstrate a callous disregard for plaintiffs' professional and personal well-being, the alleged conduct as stated is not extreme or outrageous to support a cause of action for intentional infliction of emotional distress."). As such, the Motion will be granted as to this claim as well.

V. LEAVE TO AMEND.

Rule 15 provides that the court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2); see Morongo Band of Mission Indians v. Rose, 893 F.2d 1074, 1079 (9th Cir. 1990) (The policy favoring amendment must "be applied with extreme liberality."). However, "[i]t is settled that the grant of leave to amend the pleadings pursuant to Rule 15(a) is within the discretion of the trial court." Zenith Radio Corp. v. Hazeltine Rsch., Inc., 401 U.S. 321, 330, 91 S.Ct. 795, 802 (1971).

Here, having liberally construed the allegations in the SAC, the court is persuaded that plaintiff's claims cannot be saved through amendment. See Lopez v. Smith, 203 F.3d 1122, 1129 (9th Cir. 2000) ("Courts are not required to grant leave to amend if a complaint lacks merit entirely."). Plaintiff has filed three iterations of his complaint, (see Dkt. 1-1, Complaint); (Dkt. 11, FAC); (Dkt. 58, SAC), the last of which was filed after the court granted his motion to amend, following defendant's motion to dismiss the FAC. (See Dkt. 52, Court's Order of February 182025, at 1). Moreover, despite the SAC's 1,218 pages (including voluminous exhibits), (see Dkt. 58, SAC), and the Opposition's 650-plus pages (including voluminous exhibits), (see Dkt. 83, Opposition), plaintiff has failed to state a claim. Under the circumstances, it would be futile to afford plaintiff a fourth opportunity to state a claim. See Cafasso, United States ex rel. v. Gen. Dynamics C4 Sys., Inc., 637 F.3d 1047, 1058 (9th Cir. 2011) ("The district court's discretion to deny leave to amend is particularly broad where plaintiff has previously amended the complaint.") (cleaned up).

This Order is not intended for publication. Nor is it intended to be included in or submitted to any online service such as Westlaw or Lexis.

Based on the foregoing, IT IS ORDERED THAT:

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No.
80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed
with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment
shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3.

All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or

applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as
moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion

(Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The
SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment

shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

Sent via form submission from M.W. Wolf's Megaverse

Email:

justsoyoudont@forget.com, accepts marketing: false

Message:

aving reviewed and considered all the briefing filed with respect to Riot Games, Inc.'s ("Riot" or "defendant") Motion to Dismiss Second Amended Complaint, (Dkt. 80, "Motion"), the court finds that oral argument is not necessary to resolve the Motion, see Fed. R. Civ. P. 78(b); Local Rule 7-15, Willis v. Pac. Mar. Ass'n, 244 F.3d 675, 684 n. 2 (9th Cir. 2001), and concludes

as follows.

BACKGROUND AND PLAINTIFF'S ALLEGATIONS1

Marc Wolstenholme ("plaintiff" or Wolstenholme"), appearing pro se, filed his initial complaint in state court, (see Dkt. 1-1, Complaint), which Riot removed on January 3, 2025. (See Dkt. 1, Notice of Removal). After defendant filed a motion to dismiss, (see Dkt. 7), plaintiff filed a First Amended Complaint (see Dkt. 11,"FAC"), and after defendant filed a motion to dismiss the FAC, (see Dkt. 19), plaintiff filed the operative 1,218-page Second Amended Complaint ("SAC"), asserting claims for: (1) copyright infringement, 17 U.S.C. § 501; (2) vicarious copyright infringement; (3) violations of California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, et seq.; and (4) intentional infliction of emotional distress ("IIED"). (See Dkt. 58, SAC at 4, 7-8).

Plaintiff alleges that he owns the exclusive copyright to the manuscript, "Bloodborg: The Harvest" ("Bloodborg"), which was created between 2018 and 2019. (See Dkt. 58, SAC at 2, 5). He alleges that Riot "infringed his copyright by using the manuscript of 'Bloodborg' submitted to Riot Forge, Curtis Brown Group, and others in 2019 and 2020 to create the animated series, Arcane," which premiered on Netflix in November 2021. (Id. at 2, 5). According to plaintiff, Arcane and its promotional materials "derive narrative elements, themes, scenes, chapter/episode titles, aesthetics, trauma writing, central premise, macro and micro details, actual writing converted to visual mediums, expert skill depictions, distinct color usage, deeply nuanced motifsnd allegories, symbolism, character arcs, character personalties and backstories, and more, from plaintiff's copyrighted work." (Id. at 3); (see also id. at 5). Plaintiff alleges that "much of the trauma writing in Bloodborg, alleged to have been reused in Arcane, is derived from plaintiff's fictionalized therapeutic journaling of his deeply complex personal trauma history both in and out of the British Army." (Id. at 3). Riot's "misuse and monetization of Plaintiff's trauma and deep psychological exploration along with three years of bad faith negotiations and prolonged litigations, and malicious communications, discrimination, intimidation and harassment via email and other forms, alleged to have been sent by Riot employees, Fortiche Production employees and the wider toxic cultural climate they foster, is alleged to have caused, and continues to cause further emotional-psychological harm and suffering and financial burden on the plaintiff." (Id. at 3); (see also id. at 6).

LEGAL STANDARD

A motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure2 should be granted if plaintiff fails to proffer "enough facts to state a claim to relief that is plausible on its face." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570, 127 S.Ct. 1955, 1974 (2007); Ashcroft v. Iqbal, 556 U.S. 662, 678, 129 S.Ct. 1937, 1949 (2009); Cook v. Brewer, 637 F.3d 1002, 1004 (9th Cir. 2011). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Iqbal, 556 U.S. at 678, 129 S.Ct. at 1949; Cook, 637 F.3d at 1004; Caviness v. Horizon Cmty. Learning Ctr., Inc., 590 F.3d 806, 812 (9th Cir. 2010). Although the plaintiff must provide "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do," Twombly, 550 U.S. at 555, 127 S.Ct. at 1965; Iqbal, 556 U.S. at 678, 129 S.Ct. at 1949; see also Cholla Ready Mix, Inc. v. Civish, 382 F.3d 969, 973 (9th Cir. 2004) ("The court is not required to accept legal conclusions cast in the form of factual allegations if those conclusions cannot reasonably be drawn from the facts alleged. Nor is the court required to accept as true allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences.") (cleaned up), "specific facts are not necessary; the [complaint] need only give the defendant fair notice of what the claim is and the grounds upon which it rests." Erickson v. Pardus, 551 U.S. 89, 93, 127 S.Ct. 2197, 2200 (2007) (per curiam) (cleaned up); Twombly, 550 U.S. at 555, 127 S.Ct. at 1964.

In considering whether to dismiss a complaint, the court must accept the allegations of the complaint as true, Erickson, 551 U.S. at 94, 127 S.Ct. at 2200; Albright v. Oliver, 510 U.S. 266, 268, 114 S.Ct. 807, 810 (1994), construe the pleading in the light most favorable to the pleading party, and resolve all doubts in the pleader's favor. Jenkins v. McKeithen, 395 U.S. 411, 421, 89 S.Ct. 1843, 1849 (1969); Berg v. Popham, 412 F.3d 1122, 1125 (9th Cir. 2005). Pro se pleadings are "to be liberally construed" and are held to a less stringent standard than thosedrafted by a lawyer. Erickson, 551 U.S. at 94, 127 S.Ct. at 2200; Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct. 594, 596 (1972) (per curiam); see also Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010) ("Iqbal incorporated the Twombly pleading standard and Twombly did not alter courts' treatment of pro se filings; accordingly, we continue to construe pro se filings liberally when evaluating them under Iqbal."). "Dismissal under Rule 12(b)(6) is proper when the complaint either (1) lacks a cognizable legal theory or (2) fails to allege sufficient facts to support a cognizable legal theory." Somers v. Apple, Inc., 729 F.3d 953, 959 (9th Cir. 2013). A complaint may also be dismissed for failure to state a claim if it discloses some fact or complete defense that will necessarily defeat the claim. See Franklin v. Murphy, 745 F.2d 1221, 1228-29 (9th Cir. 1984), abrogated on other grounds by Neitzke v. Williams, 490 U.S. 319, 109 S.Ct. 1827 (1989); 2 Moore's Federal Practice § 12.34[4][b] (Matthew Bender 3d Ed.) ("Dismissal under Rule 12(b)(6)

. . . is also appropriate when a successful affirmative defense or other bar to relief on the claim is conclusively established on the face of the complaint.").

DISCUSSION

I. COPYRIGHT INFRINGEMENT.

To state a claim for copyright infringement, plaintiff must plausibly allege two elements: (1) ownership of a valid copyright; and (2) unlawful copying. See Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., Inc., 499 U.S. 340, 361, 111 S.Ct. 1282, 1296 (1991); Rentmeester v. Nike, Inc., 883 F.3d 1111, 1116-17 (9th Cir. 2018), overruled on other grounds by Skidmore ex rel. Randy Craig Wolfe Tr. v. Led Zeppelin, 952 F.3d 1051 (9th Cir. 2020) (en banc) (same). Unlawful copying "contains two separate components: copying and unlawful appropriation." Skidmore, 952 F.3d at 1064 (cleaned up).

Riot contends that plaintiff has failed to plausibly allege access. (See Dkt. 80, Motion at 16). The court agrees. "When the plaintiff lacks direct evidence of copying, he can attempt to prove it circumstantially by showing that the defendant had access to the plaintiff's work and that the two works share similarities probative of copying." Rentmeester, 883 F.3d at 1117. "To prove access, a plaintiff must show a reasonable possibility, not merely a bare possibility, that an alleged infringer had the chance to view the protected work." Loomis v. Cornish, 836 F.3d 991, 995 (9th Cir. 2016) (internal quotation marks omitted).

Here, plaintiff alleges that he submitted Bloodborg to "Riot Forge, Curtis Brown Group, and others[.]" (Dkt. 58, SAC at 5); (see id. at 29) (alleging Bloodborg was submitted to "Literary, Film and Gaming talent agencies," and through "wide dissemination via email"). The SAC includes an exhibit purporting to be a "Chronology of Wide Dissemination and Access of Bloodborg the Harvest." (See id. at 32); (Dkt. 58, Exh. B ("Chronology") at 46-70). In his chronology, plaintiff claims that he submitted Bloodborg to "Riot via their online portal." (See Dkt. 58, Exh. B (Chronology) at 48, 50). But the SAC does not identify the "online portal" or other information regarding plaintiff's alleged submissions. (See, generally, id.). The chronology also lists emails that attached a copy of Bloodborg that plaintiff allegedly sent to various individuals and agencies.(See id. at 48-58). However, as defendant notes, (see Dkt. 80, Motion at 17-18), the SAC does not allege a nexus between Riot and any individual or agency who allegedly received a copy of Bloodborg. (See, generally, Dkt. 58, SAC); see, e.g., Loomis, 836 F.3d at 995 (access not shown by "merely . . . showing bare corporate receipt of [subject] work by an individual who shares a common employer with the alleged copier") (internal quotation marks omitted).

In his Opposition, plaintiff does not respond to defendant's arguments regarding the SAC's deficient allegations relating to access. (See, generally, Dkt. 83, Plaintiff's Opposition to Defendant Riot Games, Inc.'s Motion to Dismiss the Second Amended Complaint ("Opp") at 4-5). Indeed, rather than directly addressing Riot's contentions, plaintiff devotes the majority of his Opposition to attacking Riot and its purported litigation conduct. (See Dkt. 83, Opp at 6-9, 13-15); (id. at 12) ("Plaintiff has been the target of ongoing psychological abuse and harassment during this litigation, including impersonations, discrimination, criminal threats, bomb threats, doxxing, and child exploitation blackmail."); (id. at 13) ("Plaintiff cannot get justice without court, CIA and Government oversight into their behaviors. It is alleged that Riot Games poses a public risk and a risk to the Plaintiff."). Plaintiff's failure to address defendant's contentions regarding access is tantamount to a concession on those issues. See GN Resound A/S v. Callpod, Inc., 2013 WL 1190651, *5 (N.D. Cal. 2013) (when plaintiff failed to oppose a motion as to a particular issue, "the Court construes as a concession that this claim element [is] not satisfied];" Hall v. Mortg. Investors Grp., 2011 WL 4374995, *5 (E.D. Cal. 2011) ("Plaintiff does not oppose Defendants' arguments regarding the statute of limitations in his Opposition. Plaintiff's failure to oppose . . . on this basis serves as a concession[.]"). Accordingly, the court will grant Riot's Motion as to the copyright infringement claim.

II. VICARIOUS COPYRIGHT INFRINGEMENT.

"[T]o succeed in imposing vicarious liability, a plaintiff must establish that [1] the defendant exercises the requisite control over the direct infringer and that [2] the defendant derives a direct financial benefit from the direct infringement." Perfect 10, Inc. v. Amazon.com, Inc., 508 F.3d 1146, 1173 (9th Cir. 2007) ("Perfect 10 II"). Here, plaintiff has failed to plausibly allege that Riot exercised the "requisite control" over Netflix or any other entity that may have directly infringed his copyright. (See, generally, Dkt. 58, SAC at 1-42). Instead, the SAC alleges in one sentence that Riot "had the ability to control and supervise the infringing conduct but failed to prevent it." (Id. at 7). However, "bare assertions" and "formulaic recitation of the elements" of a claim are "not entitled to be assumed true." Iqbal, 556 U.S. at 681, 129 S.Ct. at 1951 (internal quotation marks omitted). Thus, the court will grant Riot's Motion as to this claim.

III. UCL.

Because plaintiff's UCL claim is based on Riot's alleged copyright infringement (see Dkt. 58, SAC at 8) ("Defendant engaged in unlawful and unfair business practices by misappropriating Plaintiff's copyrighted material for commercial gain."), and plaintiff has failed to state a claim for infringement, his UCL claim fails. Moreover, given that both claims are premised on Riot's allegednfringement, the UCL claim is preempted by the

Copyright Act. See Davis v. Render, 2024 WL 5411327, *3 (C.D. Cal. 2024) ("Plaintiff's unfair competition law claim is based on Defendants' alleged copyright infringement and based on rights equivalent to the rights protected by the Copyright Act, and is therefore preempted.").

IV. IIED.

Under California law, "a cause of action for intentional infliction of emotional distress exists when there is (1) extreme and outrageous conduct by the defendant with the intention of causing, or reckless disregard of the probability of causing, emotional distress; (2) the plaintiff's suffering severe or extreme emotional distress; and (3) actual and proximate causation of the emotional distress by the defendant's outrageous conduct." Hughes v. Pair, 46 Cal.4th 1035, 1050 (2009) (cleaned up). To be outrageous, the conduct "must be so extreme as to exceed all bounds of that usually tolerated in a civilized society." Trerice v. Blue Cross of Cal., 209 Cal.App.3d 878, 883 (1989); Fortson v. City of Los Angeles, 628 F.Supp.3d 976, 995 (C.D. Cal. 2022) (same).

Here, the conduct plaintiff alleges to be outrageous includes Riot's litigation conduct. (See Dkt. 58, SAC at 3, 6, 8). Even if the claim was not barred by the litigation privilege, see Cal. Civ. Code § 47(b); Cantu v. Resol. Tr. Corp., 4 Cal.App.4th 857, 888 (1992); Mogan v. Airbnb Inc., 2023 WL 3841742, *5 (C.D. Cal. 2023) ("The privilege extends to claims for intentional infliction of emotional distress."), the alleged conduct cannot be deemed extreme or outrageous. See, e.g., Cantu, 4 Cal.App.4th at 888 ("Where . . a party acts in good faith to pursue its own legal rights, such conduct is privileged, even if emotional distress will result."); Moncada v. West Coast Quartz Corp., 221 Cal.App.4th 768, 781 (2013) ("While the allegations of defendants' conduct if true, demonstrate a callous disregard for plaintiffs' professional and personal well-being, the alleged conduct as stated is not extreme or outrageous to support a cause of action for intentional infliction of emotional distress."). As such, the Motion will be granted as to this claim as well.

V. LEAVE TO AMEND.

Rule 15 provides that the court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2); see Morongo Band of Mission Indians v. Rose, 893 F.2d 1074, 1079 (9th Cir. 1990) (The policy favoring amendment must "be applied with extreme liberality."). However, "[i]t is settled that the grant of leave to amend the pleadings pursuant to Rule 15(a) is within the discretion of the trial court." Zenith Radio Corp. v. Hazeltine Rsch., Inc., 401 U.S. 321, 330, 91 S.Ct. 795, 802 (1971).

Here, having liberally construed the allegations in the SAC, the court is persuaded that plaintiff's claims cannot be saved through amendment. See Lopez v. Smith, 203 F.3d 1122, 1129 (9th Cir. 2000) ("Courts are not required to grant leave to amend if a complaint lacks merit entirely."). Plaintiff has filed three iterations of his complaint, (see Dkt. 1-1, Complaint); (Dkt. 11, FAC); (Dkt. 58, SAC), the last of which was filed after the court granted his motion to amend, following defendant's motion to dismiss the FAC. (See Dkt. 52, Court's Order of February 182025, at 1). Moreover, despite the SAC's 1,218 pages (including voluminous exhibits), (see Dkt. 58, SAC), and the Opposition's 650-plus pages (including voluminous exhibits), (see Dkt. 83, Opposition), plaintiff has failed to state a claim. Under the circumstances, it would be futile to afford plaintiff a fourth opportunity to state a claim. See Cafasso, United States ex rel. v. Gen. Dynamics C4 Sys., Inc., 637 F.3d 1047, 1058 (9th Cir. 2011) ("The district court's discretion to deny leave to amend is particularly broad where plaintiff has previously amended the complaint.") (cleaned up).

This Order is not intended for publication. Nor is it intended to be included in or submitted to any online service such as Westlaw or Lexis.

Based on the foregoing, IT IS ORDERED THAT:

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No.
80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed
with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment

shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3.

All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or

applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion

(Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed
with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.

3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with

prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment

shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant's Motion (Document No. 80) is granted. The SAC is dismissed with
prejudice.

2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.
1. Defendant’s Motion (Document No. 80) is granted. The SAC is dismissed with prejudice.
2. Judgment shall be entered accordingly.
3. All pending motions, requests, or applications are denied as moot.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 523 of 593

| | |
|---|---|
| **Date** | Thu, 18 Jun 2026 06:05:07 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <KJwoTsMaQv6Gy_6HRU1shg@geopod-ismtpd-31> |

Form Submission - Welcome To The Wolf Pack

Email:
callme@bymyname.com, accepts marketing: false

Message:
Clearly you don't have anyone who loves you. Because if you has at least ONE single person who would give even the smallest of shit about you, they would try to explain you that you are sitting in the schizophrenia throne

Sent via form submission from M.W. Wolf's Megaverse

Email:
callme@bymyname.com, accepts marketing: false

Message:
Clearly you don't have anyone who loves you. Because if you has at least ONE single person who would give even the smallest of shit about you, they would try to explain you that you are sitting in the schizophrenia throne

Manage Submissions

Does this submission look like spam? Report it here.

### Message 524 of 593

| | |
|---|---|
| **Date** | Thu, 18 Jun 2026 12:35:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <UViu07y0RNOmGWeCVS4FZA@geopod-ismtpd-34> |

Form Submission - Welcome To The Wolf Pack

Email:
realcbg@mail.com, accepts marketing: false

Message:
have you considered that perhaps the reason why nobody picked your books for publication is not because yo are a bad writer (which you are btw), but simply because you are insufferable, unprofessional and racist?

Sent via form submission from M.W. Wolf's Megaverse

Email:
realcbg@mail.com, accepts marketing: false

Message:
have you considered that perhaps the reason why nobody picked your books for publication is not because yo are a bad writer (which you are btw), but simply because you are insufferable, unprofessional and racist?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 525 of 593

| | |
|---|---|
| **Date** | Fri, 19 Jun 2026 19:25:53 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <cGcfvk-aS-a5ETmOl-ktRg@geopod-ismtpd-12> |

Form Submission - Welcome To The Wolf Pack

Email:
EATSHIT@DIPSTICK.COM, accepts marketing: false

Message:
"Our law firm regularly defends cases like yours and courts invariably
dismiss them at the outset of the lawsuit. We have no doubt that the same result would obtain were you to pursue your baseless claims."
"I felt that this was a big bully threat to have the case kicked out before the Judge has even had a chance to look at the evidence"

WELL GUESS IT THEY WERE RIGHT LMAOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOO

Sent via form submission from M.W. Wolf's Megaverse

Email:
EATSHIT@DIPSTICK.COM, accepts marketing: false

Message:
"Our law firm regularly defends cases like yours and courts invariably
dismiss them at the outset of the lawsuit. We have no doubt that the same result would obtain were you to pursue your baseless claims."
"I felt that this was a big bully threat to have the case kicked out before the Judge has even had a chance to look at the evidence"

WELL GUESS IT THEY WERE RIGHT LMAOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOO

Manage Submissions

Does this submission look like spam? Report it here.

## Message 526 of 593

| | |
|---|---|
| **Date** | Sat, 20 Jun 2026 01:05:54 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <63bc0ae29cf845a3b1cf6004c1697f14@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
wolfie@kiddo.com, accepts marketing: false

Message:
Contact BigBadBear. He knows things and he has been recently harassed by Riot's legal team. I'm sure he will be able to help you out

Sent via form submission from M.W. Wolf's Megaverse

Email:
wolfie@kiddo.com, accepts marketing: false

Message:
Contact BigBadBear. He knows things and he has been recently harassed by Riot's legal team. I'm sure he will be able to help you out

Manage Submissions

Does this submission look like spam? Report it here.

## Message 527 of 593

| | |
|---|---|
| **Date** | Sat, 20 Jun 2026 12:12:59 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a2ba613e6ecb4f409c06d6cfaac3b256@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
[redacted]@[redacted].com, accepts marketing: false

Message:
Arcane Brawler Vi -- 189.780 Million U$D(2 runs)

Arcane Commander Caitlyn -- 216.230 Million U$D(2 runs)

Prestige Arcane Commander Caitlyn -- 260.150 Million U$D(calculated from battlepass)

Arcane Survivor Jayce-- 530.712 Million U$D( first run + pack deal in second run)

Arcane Shimmer Lab Singed - around 65,000 U$D (from post event sale, it was free on event)

Saviour Arcane Viktor 470.752 Million U$D( first run + pack deal in second run)

Vander Warwick 2 Million U$D (one of their event worst sellers)

Fractured Jinx -- they do not show the exact number because it was gacha, but was around 150 Million U$D with the two runs

Arcane Last Stand Ekko 174.080 Million U$D (2 runs)

Sent via form submission from M.W. Wolf's Megaverse

Email:
[redacted]@[redacted].com, accepts marketing: false

Message:
Arcane Brawler Vi -- 189.780 Million U$D(2 runs)

Arcane Commander Caitlyn -- 216.230 Million U$D(2 runs)

Prestige Arcane Commander Caitlyn -- 260.150 Million U$D(calculated from battlepass)

Arcane Survivor Jayce-- 530.712 Million U$D( first run + pack deal in second run)

Arcane Shimmer Lab Singed - around 65,000 U$D (from post event sale, it was free on event)

Saviour Arcane Viktor 470.752 Million U$D( first run + pack deal in second run)

Vander Warwick 2 Million U$D (one of their event worst sellers)

Fractured Jinx -- they do not show the exact number because it was gacha, but was around 150 Million U$D with the two runs

Arcane Last Stand Ekko 174.080 Million U$D (2 runs)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 528 of 593

| | |
|---|---|
| **Date** | Sat, 20 Jun 2026 19:16:38 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <44ee2cf6812f445e8dbca436cff16fbc@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
getDUNKEDONNNN@NNN.COM, accepts marketing: false

Message:
Viktor is currently sitting at the top 10 most popular champions in 3 regions and top 15 in all regions lol + top 10 most played during msi
thank u for the contribution and for all the money you made for Riot
also all the money they will make after the next musicverse skin for Viktor

Sent via form submission from M.W. Wolf's Megaverse

Email:
getDUNKEDONNNN@NNN.COM, accepts marketing: false

Message:
Viktor is currently sitting at the top 10 most popular champions in 3 regions and top 15 in all regions lol + top 10 most played during msi
thank u for the contribution and for all the money you made for Riot
also all the money they will make after the next musicverse skin for Viktor

Manage Submissions

Does this submission look like spam? Report it here.

## Message 529 of 593

| | |
|---|---|
| **Date** | Sun, 21 Jun 2026 12:36:19 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <f826843096684a8983642a3a1436b066@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
bozo@numer3.com, accepts marketing: false

Message:
Idk man "defecating all over the docket while claiming to be the victim" sounded like a solid argument to me. I have no idea why they would dismiss your case

Sent via form submission from M.W. Wolf's Megaverse

Email:
bozo@numer3.com, accepts marketing: false

Message:
Idk man "defecating all over the docket while claiming to be the victim" sounded like a solid argument to me. I have no idea why they would dismiss your case

Manage Submissions

Does this submission look like spam? Report it here.

## Message 530 of 593

| | |
|---|---|
| **Date** | Sun, 21 Jun 2026 23:59:00 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <e48be4bf3c8a4bc48dabe8d14a40eab1@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
onyourway@tohell.com, accepts marketing: false

Message:
IF you truly had even the slightest chance of winning a 1.5 BILLION case, the top lawyers from every corner of the us would be flocking to you for a chance to represent you. The fact that you can't even get ONE should be proof enough of your delusions

Sent via form submission from M.W. Wolf's Megaverse

Email:
onyourway@tohell.com, accepts marketing: false

Message:
IF you truly had even the slightest chance of winning a 1.5 BILLION case, the top lawyers from every corner of the us would be flocking to you for a chance to represent you. The fact that you can't even get ONE should be proof enough of your delusions

Manage Submissions

Does this submission look like spam? Report it here.

## Message 531 of 593

| | |
|---|---|
| **Date** | Tue, 23 Jun 2026 15:24:38 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4E9zqJoaRomAwqlwJ0FS1Q@geopod-ismtpd-1> |

Form Submission - Welcome To The Wolf Pack

Email:
bettercall@saul.com, accepts marketing: false

Message:
can't wait to see the court destroy your ass AGAIN

Sent via form submission from M.W. Wolf's Megaverse

Email:
bettercall@saul.com, accepts marketing: false

Message:
can't wait to see the court destroy your ass AGAIN

Manage Submissions

Does this submission look like spam? Report it here.

## Message 532 of 593

| | |
|---|---|
| **Date** | Tue, 23 Jun 2026 22:51:47 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <C57c4Au_Q6Ku72q9yCDbZQ@geopod-ismtpd-18> |

Form Submission - Welcome To The Wolf Pack

Email:
andnot@yourbrother.com, accepts marketing: false

Message:
Kane Parsons is 21 years old. He got the back-up of a mid-size studio after less than 14 youtube videos (in 4 years) and got a massive 300M $$$ sucess.

You are 40 years old and after submitting your work to +150 times you still got NOTHING.

You are the definiton of a failure. For your family. For your daughter. For yourself.

Everyone who knows you wish it had been you getting killed

Sent via form submission from M.W. Wolf's Megaverse

Email:
andnot@yourbrother.com, accepts marketing: false

Message:
Kane Parsons is 21 years old. He got the back-up of a mid-size studio after less than 14 youtube videos (in 4 years) and got a massive 300M $$$ sucess.

You are 40 years old and after submitting your work to +150 times you still got NOTHING.

You are the definiton of a failure. For your family. For your daughter. For yourself.

Everyone who knows you wish it had been you getting killed

Manage Submissions

Does this submission look like spam? Report it here.

## Message 533 of 593

| | |
|---|---|
| **Date** | Wed, 24 Jun 2026 17:19:36 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <AOq-CvkMT2qRItNl4zJN0g@geopod-ismtpd-63> |

Form Submission - Welcome To The Wolf Pack

Email:
thisis@youbtw.com, accepts marketing: false

Message:
ndividuals with narcissistic personality disorder may be grandiose or self-loathing, extraverted or socially isolated, captains of industry or unable to maintain steady employment, model citizens or prone to antisocial activities.

— Caligor, Levy & Yeomans 2015, p. 416

NPD is complex and far from uniform in its presentation and consequences. Empirical evidence suggests several subtypes of NPD may exist (see the Subtypes section below), but in general, the disorder is known to have grandiose ("thick-skinned") and vulnerable ("thin-skinned") expressions.[10]

Grandiose, thick-skinned NPD patients show a sense of uniqueness or superiority, attitudes of entitlement, a belief that others envy their abilities or status, low empathy, social dominance, superficial charm, disdainfulness or snobbery, and an exploitative interpersonal style characterized by manipulation and selfishness.

Vulnerable, thin-skinned individuals with NPD also show entitlement, selfishness and low empathy, but uniquely, they demonstrate feelings of shame and inferiority, are envious of others' abilities or status, tend to be shy, paranoid, vindictive, and emotionally dependent on admiration, and show extreme rage and hostility in response to rejection and criticism.[11] This behavior stems from low-self esteem, a need for admiration and validation, and social belonging.[12]

While vulnerable-type patients typically show extreme distress and dysfunction, grandiose variants tend to be associated with greater psychological wellbeing,[13] often manifesting dysfunction by occupational conflict, harming others, antisocial behavior or emotional strain resulting from perfectionism.[13][14][15]

It is often theorized that some patients may oscillate between grandiosity and vulnerability.[16] While some evidence suggests that grandiose individuals show occasional reactive anger (a vulnerable trait), but narcissistically vulnerable individuals do not show signs of grandiosity,[16][17] most studies show the vulnerable individuals show occasional bouts of grandiosity, narcissistically grandiose individuals show few or no signs of vulnerability.[18][19][20]

Sent via form submission from M.W. Wolf's Megaverse

Email:
thisis@youbtw.com, accepts marketing: false

Message:
ndividuals with narcissistic personality disorder may be grandiose or self-loathing, extraverted or socially isolated, captains of industry or unable to maintain steady employment, model citizens or prone to antisocial activities.

— Caligor, Levy & Yeomans 2015, p. 416

NPD is complex and far from uniform in its presentation and consequences. Empirical evidence suggests several subtypes of NPD may exist (see the Subtypes section below), but in general, the disorder is known to have grandiose ("thick-skinned") and vulnerable ("thin-skinned") expressions.[10]

Grandiose, thick-skinned NPD patients show a sense of uniqueness or superiority, attitudes of entitlement, a belief that others envy their abilities or status, low empathy, social dominance, superficial charm, disdainfulness or snobbery, and an exploitative interpersonal style characterized by manipulation and selfishness.

Vulnerable, thin-skinned individuals with NPD also show entitlement, selfishness and low empathy, but uniquely, they demonstrate feelings of shame and inferiority, are envious of others' abilities or status, tend to be shy, paranoid, vindictive, and emotionally dependent on admiration, and show extreme rage and hostility in response to rejection and criticism.[11] This behavior stems from low-self esteem, a need for admiration and validation, and social belonging.[12]

While vulnerable-type patients typically show extreme distress and dysfunction, grandiose variants tend to be associated with greater psychological wellbeing,[13] often manifesting dysfunction by occupational conflict, harming others, antisocial behavior or emotional strain resulting from perfectionism.[13][14][15]

It is often theorized that some patients may oscillate between grandiosity and vulnerability.[16] While some evidence suggests that grandiose individuals show occasional reactive anger (a vulnerable trait), but narcissistically vulnerable individuals do not show signs of grandiosity,[16][17] most studies show the vulnerable individuals show occasional bouts of grandiosity, narcissistically grandiose individuals show few or no signs of vulnerability.[18][19][20]

Manage Submissions

Does this submission look like spam? Report it here.

## Message 534 of 593

| | |
|---|---|
| **Date** | Fri, 26 Jun 2026 01:17:53 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <374120272d13456d8dca59b0cd7c6d84@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
get@rekt.com, accepts marketing: false

Message:
I can't wait to see how the appeal court drags you through the mud

Sent via form submission from M.W. Wolf's Megaverse

Email:
get@rekt.com, accepts marketing: false

Message:
I can't wait to see how the appeal court drags you through the mud

Manage Submissions

Does this submission look like spam? Report it here.

### Message 535 of 593

| | |
|---|---|
| **Date** | Sun, 28 Jun 2026 20:05:08 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <faj0FbsXSq2dYxdAgkddKA@geopod-ismtpd-96> |

Form Submission - Welcome To The Wolf Pack

Email:
orange@clockwork.com, accepts marketing: false

Message:
it's so over for u dude

Sent via form submission from M.W. Wolf's Megaverse

Email:
orange@clockwork.com, accepts marketing: false

Message:
it's so over for u dude

Manage Submissions

Does this submission look like spam? Report it here.

## Message 536 of 593

| | |
|---|---|
| **Date** | Mon, 29 Jun 2026 03:16:52 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Q4aBfTqDRT2qTGBxwP5Tiw@geopod-ismtpd-71> |

Form Submission - Welcome To The Wolf Pack

Email:
stopwaisting@courtresources.com, accepts marketing: false

Message:
Imagine a guy called Holmeswolsten. He is doing some shopping at amazon.com. They buy a nice shirt, and in the "intructions for delivery" section, they sent a 340 pages long manuscript of their unpublished novel (a sci-fi story about a boy who wants to be a space racer and has red colored ship). They receive an automated order confirmation mail right after.

A year later, a new series releases in the streaming plataform Amazon Prime Video. It's set in the Star Wars universe (provided by Disney ), and its about a rebel girl who joins the Jedi to save the galaxy, and she is very good at driving space ships and her signature ship is pink colored,

Now Holmeswolsten is trying to sue amazon for copyright infrigment. Because he sent them an unpublished manuscript in a support ticket in a totally unrelated part of the company. Even if the characters and the setting already belong to Disney. Even if space race is a super common sci-fi troope. Even if red and pink are not exactly the same color but hey they are somewhat on the same side of the spectrum, right??

Do you see now how stupid you sound? Think about this message when the court kicks you in the ass.

Sent via form submission from M.W. Wolf's Megaverse

Email:
stopwaisting@courtresources.com, accepts marketing: false

Message:
Imagine a guy called Holmeswolsten. He is doing some shopping at amazon.com. They buy a nice shirt, and in the "intructions for delivery" section, they sent a 340 pages long manuscript of their unpublished novel (a sci-fi story about a boy who wants to be a space racer and has red colored ship). They receive an automated order confirmation mail right after.

A year later, a new series releases in the streaming plataform Amazon Prime Video. It's set in the Star Wars universe (provided by Disney ), and its about a rebel girl who joins the Jedi to save the galaxy, and she is very good at driving space ships and her signature ship is pink colored,

Now Holmeswolsten is trying to sue amazon for copyright infrigment. Because he sent them an unpublished manuscript in a support ticket in a totally unrelated part of the company. Even if the characters and the setting already belong to Disney. Even if space race is a super common sci-fi troope. Even if red and pink are not exactly the same color but hey they are somewhat on the same side of the spectrum, right??

Do you see now how stupid you sound? Think about this message when the court kicks you in the ass.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 537 of 593

| | |
|---|---|
| **Date** | Wed, 01 Jul 2026 02:53:34 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <916eccad4f004eab8bb2e39c59927607@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
I can't wait for you to go back to prison

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
I can't wait for you to go back to prison

Manage Submissions

Does this submission look like spam? Report it here.

## Message 538 of 593

| | |
|---|---|
| **Date** | Wed, 01 Jul 2026 05:58:28 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <4vKNG9lERxims5P7NxoXMA@geopod-ismtpd-100> |

Form Submission - Welcome To The Wolf Pack

Email:
thecrakerhead@riothired.com, accepts marketing: false

Message:
You should check for crackhead under the bed before going to sleep lmao

Sent via form submission from M.W. Wolf's Megaverse

Email:
thecrakerhead@riothired.com, accepts marketing: false

Message:
You should check for crackhead under the bed before going to sleep lmao

Manage Submissions

Does this submission look like spam? Report it here.

## Message 539 of 593

| | |
|---|---|
| **Date** | Wed, 01 Jul 2026 13:50:55 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <zqierxJ8SlKK4-D-aqecQw@geopod-ismtpd-48> |

Form Submission - Welcome To The Wolf Pack

Email:
national@geographic.com, accepts marketing: false

Message:
Fun fact! Mentally sound people don't end up having to beg cafcass to their children

Sent via form submission from M.W. Wolf's Megaverse

Email:
national@geographic.com, accepts marketing: false

Message:
Fun fact! Mentally sound people don't end up having to beg cafcass to their children

Manage Submissions

Does this submission look like spam? Report it here.

## Message 540 of 593

| | |
|---|---|
| **Date** | Wed, 01 Jul 2026 20:26:01 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <6caf1f2b3ba342d09744f7b17bea02e7@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
jump@offthebridge.com, accepts marketing: false

Message:
sexist and homophobic piece of shit

Sent via form submission from M.W. Wolf's Megaverse

Email:
jump@offthebridge.com, accepts marketing: false

Message:
sexist and homophobic piece of shit

Manage Submissions

Does this submission look like spam? Report it here.

## Message 541 of 593

| | |
|---|---|
| **Date** | Thu, 02 Jul 2026 06:57:50 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <519b2c353aa74c1aaa81d681b4c8a413@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
just@morelines.com, accepts marketing: false

Message:
Maybe if you draw more red scratches to your paint delulus and ai slop it will get you somewhere

Sent via form submission from M.W. Wolf's Megaverse

Email:
just@morelines.com, accepts marketing: false

Message:
Maybe if you draw more red scratches to your paint delulus and ai slop it will get you somewhere

Manage Submissions

Does this submission look like spam? Report it here.

## Message 542 of 593

| | |
|---|---|
| **Date** | Thu, 02 Jul 2026 21:33:12 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <be3263bc458d4812bb9d067c67384100@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ThisIsYourWarning@notgmail.com, accepts marketing: false

Message:
oh... You are not gonna like it when they release The (entirely reworked) Neuromancer ■

Sent via form submission from M.W. Wolf's Megaverse

Email:
ThisIsYourWarning@notgmail.com, accepts marketing: false

Message:
oh... You are not gonna like it when they release The (entirely reworked) Neuromancer ■

Manage Submissions

Does this submission look like spam? Report it here.

### Message 543 of 593

| | |
|---|---|
| **Date** | Fri, 03 Jul 2026 04:32:58 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9f6d5dbdd0d14d86bbfd907de4c3d542@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
geta@job.com, accepts marketing: false

Message:
On one hand I want Riot's lawyers to be paid,but on the other....God would it be so funny if the court ordered for you to pay them lmao. Top lawyers of the country with fees in the tens of thousands by the hour. Pocket change for Riot (if they are not doing it for free already just to have the privilege of working with the company behind one of the most played games in the world), but it would bankrupt your incompetent ass.
And I can't wait to see it

Sent via form submission from M.W. Wolf's Megaverse

Email:
geta@job.com, accepts marketing: false

Message:
On one hand I want Riot's lawyers to be paid,but on the other....God would it be so funny if the court ordered for you to pay them lmao. Top lawyers of the country with fees in the tens of thousands by the hour. Pocket change for Riot (if they are not doing it for free already just to have the privilege of working with the company behind one of the most played games in the world), but it would bankrupt your incompetent ass.
And I can't wait to see it

Manage Submissions

Does this submission look like spam? Report it here.

## Message 544 of 593

| | |
|---|---|
| **Date** | Fri, 03 Jul 2026 22:10:04 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ac34338f81d743959a07ba5009801a11@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
still@alive.com, accepts marketing: false

Message:
I guess the fbi did not give a single shit about you.... who could have guessed that?

oh right. Anyone with a functional braincell

Sent via form submission from M.W. Wolf's Megaverse

Email:
still@alive.com, accepts marketing: false

Message:
I guess the fbi did not give a single shit about you.... who could have guessed that?

oh right. Anyone with a functional braincell

Manage Submissions

Does this submission look like spam? Report it here.

## Message 545 of 593

| | |
|---|---|
| **Date** | Sun, 05 Jul 2026 06:36:26 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <NxpuM144TG2R3H2ryawTuA@geopod-ismtpd-34> |

Form Submission - Welcome To The Wolf Pack

Email:
takethe@l.com, accepts marketing: false

Message:
The dismissal is just around the corner and it's gonna be so fucking funny to see you crash out ■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
takethe@l.com, accepts marketing: false

Message:
The dismissal is just around the corner and it's gonna be so fucking funny to see you crash out ■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 546 of 593

| | |
|---|---|
| **Date** | Sun, 05 Jul 2026 20:27:01 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <R9tI01XVT5eF5MKrAikCnA@geopod-ismtpd-19> |

Form Submission - Welcome To The Wolf Pack

Email:
asttory@foru.com, accepts marketing: false

Message:
A car and a plane are the same thing. The exact same thing.
They are both vehicles used to carry passengers through distances. The both have wheels. The both use fuel. The both require a driver with a specific license. The both have engines and are made primarely of some kind of metal. The both can be painted in the same colors. They both have seats and windows.
They are the exact same thing. Cars manufacturers should sue Plane companies for copyright infrigment. Every element in a plane can be stripped down and shown to be a direct “Swipe N Gripe” and “Mix N Match” of a Car.
In fact, in 2020 I sent my design idea for a new car to a Kia Dealership in Los Angeles (via a ticket support mail for their oil changing services) and a year later the Korea Aerospace Industries released their new plane ( that they had been working on for almost a decade and announced in 2019). Both Kia and KAI are korean industries and they use the same steel provider. Kia must have taken my design and sold it to the steel provider and then that provider sold it to KAI so they can finish their plane. Even the letters are similar. They stole my original idea. I'm gonna sue them for one trillion dollars. Because a car and a plane are the same thing.

Do you get it now?

Sent via form submission from M.W. Wolf’s Megaverse

Email:
asttory@foru.com, accepts marketing: false

Message:
A car and a plane are the same thing. The exact same thing.
They are both vehicles used to carry passengers through distances. The both have wheels. The both use fuel. The both require a driver with a specific license. The both have engines and are made primarely of some kind of metal. The both can be painted in the same colors. They both have seats and windows.
They are the exact same thing. Cars manufacturers should sue Plane companies for copyright infrigment. Every element in a plane can be stripped down and shown to be a direct “Swipe N Gripe” and “Mix N Match” of a Car.
In fact, in 2020 I sent my design idea for a new car to a Kia Dealership in Los Angeles (via a ticket support mail for their oil changing services) and a year later the Korea Aerospace Industries released their new plane ( that they had been working on for almost a decade and announced in 2019). Both Kia and KAI are korean industries and they use the same steel provider. Kia must have taken my design and sold it to the steel provider and then that provider sold it to KAI so they can finish their plane. Even the letters are similar. They stole my original idea. I'm gonna sue them for one trillion dollars. Because a car and a plane are the same thing.

Do you get it now?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 547 of 593

| | |
|---|---|
| **Date** | Mon, 06 Jul 2026 07:20:41 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <gZXgflMJQxqqO25P00W4QQ@geopod-ismtpd-7> |

Form Submission - Welcome To The Wolf Pack

Email:
dont@misbehave.com, accepts marketing: false

Message:
Have you tried to copyright any other cultures as of lately?

Sent via form submission from M.W. Wolf's Megaverse

Email:
dont@misbehave.com, accepts marketing: false

Message:
Have you tried to copyright any other cultures as of lately?

Manage Submissions

Does this submission look like spam? Report it here.

## Message 548 of 593

| | |
|---|---|
| **Date** | Mon, 13 Jul 2026 23:04:27 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8f9898b8f43947d68fb42b477108fd77@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
sounds@familiar.com, accepts marketing: false

Message:
; )

https://youtu.be/dWb9vRzsrk8

Sent via form submission from M.W. Wolf's Megaverse

Email:
sounds@familiar.com, accepts marketing: false

Message:
; )

https://youtu.be/dWb9vRzsrk8

Manage Submissions

Does this submission look like spam? Report it here.

## Message 549 of 593

| | |
|---|---|
| **Date** | Tue, 14 Jul 2026 16:58:58 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <kzey_xVBTyOlEjSPb55Fgg@geopod-ismtpd-39> |

Form Submission - Welcome To The Wolf Pack

Email:
asdjajd@aksljdsa.com, accepts marketing: false

Message:
did you ended up friend with the crackhead? I told you he was a nice guy lmao

Sent via form submission from M.W. Wolf's Megaverse

Email:
asdjajd@aksljdsa.com, accepts marketing: false

Message:
did you ended up friend with the crackhead? I told you he was a nice guy lmao

Manage Submissions

Does this submission look like spam? Report it here.

## Message 550 of 593

| | |
|---|---|
| **Date** | Tue, 14 Jul 2026 21:53:42 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <70fed4f8b1854c969bd563beaeacd220@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
AnExcerptFromTheOriginalArcaneEpisode3ScriptDrowningScene@ForYouToCompare.com, accepts marketing: false

Message:
"There's a misconception about drowning. Everyone thinks you scream, until that last gasp of air leaves your mouth, that's what the movies show the thrashing and desperate cries for help. But the truth is quieter. More insidious than the adage. Drowning is a silent thing. The moment the pressure takes you, your body betrays you. The shock locks your throat shut like a vice, refusing to let you waste precious air. Your arms don't flail; they reach, grasping at nothing, movements small and ineffective, like a puppet with its strings cut. The more you struggle, the deeper you sink, the weight of the water wrapped around, enclosed like a shroud. Above, the world continues as if nothing is wrong"

does this sound familiar to you?? If it does, keep scrollling

that's from series Teen Wolf, aired 2011. If you thought it was a plagio from bloodborne, that's the proof that you are actually crazy

Sent via form submission from M.W. Wolf's Megaverse

Email:
AnExcerptFromTheOriginalArcaneEpisode3ScriptDrowningScene@ForYouToCompare.com, accepts marketing: false

Message:
"There's a misconception about drowning. Everyone thinks you scream, until that last gasp of air leaves your mouth, that's what the movies show the thrashing and desperate cries for help. But the truth is quieter. More insidious than the adage. Drowning is a silent thing. The moment the pressure takes you, your body betrays you. The shock locks your throat shut like a vice, refusing to let you waste precious air. Your arms don't flail; they reach, grasping at nothing, movements small and ineffective, like a puppet with its strings cut. The more you struggle, the deeper you sink, the weight of the water wrapped around, enclosed like a shroud. Above, the world continues as if nothing is wrong"

does this sound familiar to you?? If it does, keep scrollling

that's from series Teen Wolf, aired 2011. If you thought it was a plagio from bloodborne, that's the proof that you are actually crazy

Manage Submissions

Does this submission look like spam? Report it here.

## Message 551 of 593

| | |
|---|---|
| **Date** | Fri, 17 Jul 2026 20:54:58 +0000 (UTC) |
| **From** | Marc Wolstenholme <marc.wolstenholme@yahoo.co.uk> |
| **To** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Subject** | data exposed july 2026 |
| **Message-ID** | <382642973.13620.1784321698014@mail.yahoo.com> |

[No readable text body]

## Message 552 of 593

| | |
|---|---|
| **Date** | Thu, 23 Jul 2026 15:52:57 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <sJQu-V3aQZGy9eI3-C7fnA@geopod-ismtpd-66> |

Form Submission - Welcome To The Wolf Pack

Email:
eat@myboot.com, accepts marketing: false

Message:
"writting a letter to the president because the MEAN judge does not want to listen to my delulus :( "
grow. the. fuck. up. dude.

Sent via form submission from M.W. Wolf's Megaverse

Email:
eat@myboot.com, accepts marketing: false

Message:
"writting a letter to the president because the MEAN judge does not want to listen to my delulus :( "
grow. the. fuck. up. dude.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 553 of 593

| | |
|---|---|
| **Date** | Sat, 25 Jul 2026 15:18:29 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <P7YlI9E3RoWoK3BwJddBvg@geopod-ismtpd-73> |

Form Submission - Welcome To The Wolf Pack

Email:
nowonder@whyyoulost.com, accepts marketing: false

Message:
So you are using fucking chatgpt, aka the machine specifically designed to agree with the user, proven to repeatedly misinterpret or hallucinate information, as the main research tool for your case?? talk about confirmation bias xD

Sent via form submission from M.W. Wolf's Megaverse

Email:
nowonder@whyyoulost.com, accepts marketing: false

Message:
So you are using fucking chatgpt, aka the machine specifically designed to agree with the user, proven to repeatedly misinterpret or hallucinate information, as the main research tool for your case?? talk about confirmation bias xD

Manage Submissions

Does this submission look like spam? Report it here.

## Message 554 of 593

| | |
|---|---|
| **Date** | Sun, 26 Jul 2026 05:20:27 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <MB_SerBwRhOjNDtYJtbDUg@geopod-ismtpd-80> |

Form Submission - Welcome To The Wolf Pack

Email:
havefun@gettingdismissed.com, accepts marketing: false

Message:
Hey, remember when they dismissed your case after +25 Stricken Documents??? That was so funny, you should do it again sometime so we can all have a good laugh...
Oh wait. It's about to happen again

Sent via form submission from M.W. Wolf's Megaverse

Email:
havefun@gettingdismissed.com, accepts marketing: false

Message:
Hey, remember when they dismissed your case after +25 Stricken Documents??? That was so funny, you should do it again sometime so we can all have a good laugh...
Oh wait. It's about to happen again

Manage Submissions

Does this submission look like spam? Report it here.

## Message 555 of 593

| | |
|---|---|
| **Date** | Sun, 26 Jul 2026 22:56:53 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <65a614dca0554372b44fde74f3b5b3fa@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
ANiceClue@FromRiot.com, accepts marketing: false

Message:
Did you know? The entirety of the game is built on stolen content. I'm not talking about the idea and mechanics that they copied from DOTA, I'm talking about the graphic engine itself, every single line of code. Search "league of legends and big rigs over the road". They stole the graphic engine (one of the most costly parts of videogame development) and reworked it to make League. They have made a GREAT effort to silence anyone who reports on it because it's the one thing that could bring the entire company down.

Sent via form submission from M.W. Wolf's Megaverse

Email:
ANiceClue@FromRiot.com, accepts marketing: false

Message:
Did you know? The entirety of the game is built on stolen content. I'm not talking about the idea and mechanics that they copied from DOTA, I'm talking about the graphic engine itself, every single line of code. Search "league of legends and big rigs over the road". They stole the graphic engine (one of the most costly parts of videogame development) and reworked it to make League. They have made a GREAT effort to silence anyone who reports on it because it's the one thing that could bring the entire company down.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 556 of 593

| | |
|---|---|
| **Date** | Mon, 27 Jul 2026 12:27:39 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <3uhd9zzvQGymS8VIOLqTTw@geopod-ismtpd-43> |

Form Submission - Welcome To The Wolf Pack

Email:
geller@family.com, accepts marketing: false

Message:
Dude. We need to talk. Urgently. I will try to contact you around 6:00 to 6:30 pm UTC. If you can not answer I will try again tomorrow at the same time.

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
Dude. We need to talk. Urgently. I will try to contact you around 6:00 to 6:30 pm UTC. If you can not answer I will try again tomorrow at the same time.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 557 of 593

| | |
|---|---|
| **Date** | Mon, 27 Jul 2026 16:42:57 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9696116ae48541ccaa78bddb379767e6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
geller@family.com, accepts marketing: false

Message:
fuck I don't think I'll be able to make it today, I need a to confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
fuck I don't think I'll be able to make it today, I need a to confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC

Manage Submissions

Does this submission look like spam? Report it here.

## Message 558 of 593

| | |
|---|---|
| **Date** | Mon, 27 Jul 2026 18:07:00 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | geller@family.com |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK1jMVPM_x9UHgFAYoDanisD_4L5PvYDE+XdF-GAb6s=Fg@mail.gmail.com> |

how are you contacting me?

On Mon, 27 Jul 2026 at 17:42, Squarespace <form-submission@squarespace.info>
wrote:

> *Email:* geller@family.com, accepts marketing: false
>
> *Message:* fuck I don't think I'll be able to make it today, I need a to
> confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC
>
> Sent via form submission from *M.W. Wolf's Megaverse
> <https://comms-sl-events.squarespace.info/?ref=HrwAACrW1r4AEix8M4cmbFSN_5ND5WACAQAAAFu3Gbv23OHPZyXI5a84zuKWxzOsg0qRlHkzGyrXUf9TArtfGvCLn0MMLGdHU8t3NLnzce9Ti_Hl8M4HBvfy5TnH5tEP_r6MZUIFwpt3bbZ5UgB8Y5rGt3yLfP_GFvQ_o5utYeKAWjV6X0pwDZO5tQCC13XZ8wX5IYolJvSleRYwmQcWpC5G_RooYMWkC5BH47ipVpofTtEcPXxEErAzBkeShfsVq4xfFTibrkr6_mFfPQKaozH5Y0kD4vmMbxB192mIAu4yY5M8ZwwsghJ7e30>*
>
> *Email:* geller@family.com, accepts marketing: false
>
> *Message:* fuck I don't think I'll be able to make it today, I need a to
> confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC
>
> Manage Submissions
> <https://comms-sl-events.squarespace.info/?ref=HrwAAIDl7osecL_ILl5unLtXInavIopkAQAAAFu3Gbv23OHPZyXI5a84zuKWxzOsg0qRlHkzGyrXUf9TArtfGvCLn0MMLGdHU8t3NLnzce9Ti_Hl8M4HBvfy5TnH5tEP_r6MZUIFwpt3bbZ5UgB8Y5rGt3yLfP_GFvQ_o5utYeKAWjV6X0pwDZO5tQBHrEKyKOoE525lYKXOG9qZDL_TxtfxupnXw_ioIBm9iDGRr0n3oyFcsMbYKgmpuGKuMQ9czcLu2BsZmYGkriNqJKG0joMR7H5zRteE_eO1RtWIfRArPtmbgmBsIC0YUj9yswaOsPvGXkbS1_1bdOfw4KAwmRT0hdQK_imBkYt66uulZeL5HZvz9aNdhNSAN_xJQ0LMvxvsT2RNWP0058SY>
>
> Does this submission look like spam? Report it here.
> <https://comms-sl-events.squarespace.info/?ref=HrwAAGuZDOrY5AFS4-kibtaq888hsd7JAQAAAFu3Gbv23OHPZyXI5a84zuKWxzOsg0qRlHkzGyrXUf9TArtfGvCLn0MMLGdHU8t3NLnzce9Ti_Hl8M4HBvfy5TnH5tEP_r6MZUIFwpt3bbZ5UgB8Y5rGt3yLfP_GFvQ_o1_nrKDt09d9eNFSx5fDzxQikGR_H-0k2HuFtyqMGId_BJZHeLPFN-1xke6gUXi-l8rNohjC9NsZTLnfcvJsYJxqClrMmuMXBAIh83MN0psT0-DCKHGyftXdorpnODgdxl-QA6bsfopd6riyS2OR40i3WdTaz2zLEadQn7GcQzhoH0Y6PnN1grZFbyehBcehedQwrzj9Zb3Mvnl0lXm7sjlflXGL64DbJNM7naBg_uUPZ_8l6CJrp_OzY5Ij2Tll46g0J__EF16FP8eTVPhF8vAlpFy7k6LYHMZIUrhkJB3t>
>

how are you contacting me?
On Mon, 27 Jul 2026 at 17:42, Squarespace <form-submission@squarespace.info> wrote:

Email:
geller@family.com, accepts marketing: false

Message:
fuck I don't think I'll be able to make it today, I need a to confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
fuck I don't think I'll be able to make it today, I need a to confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC

Manage Submissions

Does this submission look like spam? Report it here.

## Message 559 of 593

| | |
|---|---|
| **Date** | Mon, 27 Jul 2026 20:55:34 +0100 |
| **From** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **To** | geller@family.com |
| **Subject** | Re: Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <CANg9FK1wgw4xC241VcGk8MR-2TfPL4m4UHMJwO1JMA6sMnLRTA@mail.gmail.com> |

Hello,

You said you needed to speak with me urgently. What do you need to discuss?

Please explain the subject in writing and identify who you are before
contacting me through any other method.

Regards,
Marc Wolstenholme

On Mon, 27 Jul 2026 at 18:07, Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
wrote:

> how are you contacting me?
>
> On Mon, 27 Jul 2026 at 17:42, Squarespace <
> form-submission@squarespace.info> wrote:
>
>> *Email:* geller@family.com, accepts marketing: false
>>
>> *Message:* fuck I don't think I'll be able to make it today, I need a to
>> confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC
>>
>> Sent via form submission from *M.W. Wolf's Megaverse
>> <https://comms-sl-events.squarespace.info/?ref=HrwAACrW1r4AEix8M4cmbFSN_5ND5WACAQAAAFu3Gbv23OHPZyXI5a84zuKWxzOsg0qRlHkzGyrXUf9TArtfGvCLn0MMLGdHU8t3NLnzce9Ti_Hl8M4HBvfy5TnH5tEP_r6MZUIFwpt3bbZ5UgB8Y5rGt3yLfP_GFvQ_o5utYeKAWjV6X0pwDZO5tQCC13XZ8wX5IYolJvSleRYwmQcWpC5G_RooYMWkC5BH47ipVpofTtEcPXxEErAzBkeShfsVq4xfFTibrkr6_mFfPQKaozH5Y0kD4vmMbxB192mIAu4yY5M8ZwwsghJ7e30>*
>>
>> *Email:* geller@family.com, accepts marketing: false
>>
>> *Message:* fuck I don't think I'll be able to make it today, I need a to
>> confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC
>>
>> Manage Submissions
>> <https://comms-sl-events.squarespace.info/?ref=HrwAAIDl7osecL_ILl5unLtXInavIopkAQAAAFu3Gbv23OHPZyXI5a84zuKWxzOsg0qRlHkzGyrXUf9TArtfGvCLn0MMLGdHU8t3NLnzce9Ti_Hl8M4HBvfy5TnH5tEP_r6MZUIFwpt3bbZ5UgB8Y5rGt3yLfP_GFvQ_o5utYeKAWjV6X0pwDZO5tQBHrEKyKOoE525lYKXOG9qZDL_TxtfxupnXw_ioIBm9iDGRr0n3oyFcsMbYKgmpuGKuMQ9czcLu2BsZmYGkriNqJKG0joMR7H5zRteE_eO1RtWIfRArPtmbgmBsIC0YUj9yswaOsPvGXkbS1_1bdOfw4KAwmRT0hdQK_imBkYt66uulZeL5HZvz9aNdhNSAN_xJQ0LMvxvsT2RNWP0058SY>
>>
>> Does this submission look like spam? Report it here.
>> <https://comms-sl-events.squarespace.info/?ref=HrwAAGuZDOrY5AFS4-kibtaq888hsd7JAQAAAFu3Gbv23OHPZyXI5a84zuKWxzOsg0qRlHkzGyrXUf9TArtfGvCLn0MMLGdHU8t3NLnzce9Ti_Hl8M4HBvfy5TnH5tEP_r6MZUIFwpt3bbZ5UgB8Y5rGt3yLfP_GFvQ_o1_nrKDt09d9eNFSx5fDzxQikGR_H-0k2HuFtyqMGId_BJZHeLPFN-1xke6gUXi-l8rNohjC9NsZTLnfcvJsYJxqCIrMmuMXBAIh83MN0psT0-DCKHGyftXdorpnODgdxl-QA6bsfopd6riyS2OR40i3WdTaz2zLEadQn7GcQzhoH0Y6PnN1grZFbyehBcehedQwrzj9Zb3Mvnl0lXm7sjlflXGL64DbJNM7naBg_uUPZ_8l6CJrp_OzY5Ij2TlI46g0J__EF16FP8eTVPhF8vAIpFy7k6LYHMZIUrhkJB3t>
>>
>

Hello,

You said you needed to speak with me urgently. What do you need to discuss?

Please explain the subject in writing and identify who you are before contacting me through any other method.

Regards,

Marc Wolstenholme

On Mon, 27 Jul 2026 at 18:07, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:
how are you contacting me?
On Mon, 27 Jul 2026 at 17:42, Squarespace <form-submission@squarespace.info> wrote:

Email:
geller@family.com, accepts marketing: false

Message:
fuck I don't think I'll be able to make it today, I need a to confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC

Sent via form submission from M.W. Wolf's Megaverse

Email:
geller@family.com, accepts marketing: false

Message:
fuck I don't think I'll be able to make it today, I need a to confirm something first. I'll try to reach out tomorrow at 6:00 PM UTC

Manage Submissions

Does this submission look like spam? Report it here.

## Message 560 of 593

| | |
|---|---|
| **Date** | Tue, 28 Jul 2026 18:20:06 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <16e7c9eb2b644b3abba786b4a26c65cb@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
invite@fuckgeller.com, accepts marketing: false

Message:
Chatzy.com/92908808410749

Sent via form submission from M.W. Wolf's Megaverse

Email:
invite@fuckgeller.com, accepts marketing: false

Message:
Chatzy.com/92908808410749

Manage Submissions

Does this submission look like spam? Report it here.

## Message 561 of 593

| | |
|---|---|
| **Date** | Thu, 30 Jul 2026 16:00:43 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <868c0040ac7243889760fac966faae4a@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
goto@cafcass.com, accepts marketing: false

Message:
In your letter, you forgot to mention that you like to assault random people at bars and that cafcass had to get involved because you are a danger to your family....

Sent via form submission from M.W. Wolf's Megaverse

Email:
goto@cafcass.com, accepts marketing: false

Message:
In your letter, you forgot to mention that you like to assault random people at bars and that cafcass had to get involved because you are a danger to your family....

Manage Submissions

Does this submission look like spam? Report it here.

## Message 562 of 593

| | |
|---|---|
| **Date** | Sun, 02 Aug 2026 07:02:59 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9vcErSTgRdGX82N981xYbQ@geopod-ismtpd-25> |

Form Submission - Welcome To The Wolf Pack

Email:
homophobic@basically.com, accepts marketing: false

Message:
Using "gay" as an insult in the year 2026.... you are such a small, immature man full of insecurities...

Sent via form submission from M.W. Wolf's Megaverse

Email:
homophobic@basically.com, accepts marketing: false

Message:
Using "gay" as an insult in the year 2026.... you are such a small, immature man full of insecurities...

Manage Submissions

Does this submission look like spam? Report it here.

## Message 563 of 593

| | |
|---|---|
| **Date** | Thu, 06 Aug 2026 02:19:24 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <Jh7bXK55TVeIPzcsvxD7OQ@geopod-ismtpd-90> |

Form Submission - Welcome To The Wolf Pack

Email:
lick@theirboots.com, accepts marketing: false

Message:
Don't you ever grow tired of being humilliated by Riot's legal team??

Sent via form submission from M.W. Wolf's Megaverse

Email:
lick@theirboots.com, accepts marketing: false

Message:
Don't you ever grow tired of being humilliated by Riot's legal team??

Manage Submissions

Does this submission look like spam? Report it here.

### Message 564 of 593

| | |
|---|---|
| **Date** | Thu, 06 Aug 2026 10:39:06 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9892cdc7526d4df69794f9c0c013161b@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
readmymind@next.com, accepts marketing: false

Message:
The inner machinations of your mind are fascinating. Please explain to me how is Riot Games responsible for your bad parenting, you punching a random guy at a bar and how a 10 second scene of Heimer lighting a gaslamp is actually a secret message to gaslight you

Sent via form submission from M.W. Wolf's Megaverse

Email:
readmymind@next.com, accepts marketing: false

Message:
The inner machinations of your mind are fascinating. Please explain to me how is Riot Games responsible for your bad parenting, you punching a random guy at a bar and how a 10 second scene of Heimer lighting a gaslamp is actually a secret message to gaslight you

Manage Submissions

Does this submission look like spam? Report it here.

## Message 565 of 593

| | |
|---|---|
| **Date** | Wed, 12 Aug 2026 03:32:32 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <-9-8t4mRQXORb1CoNfzlwA@geopod-ismtpd-110> |

Form Submission - Welcome To The Wolf Pack

Email:
apollos@dick.com, accepts marketing: false

Message:
cool ideas for a book!! A pity you decided to burn down all the bridges with the industry by acting like an unhinged maniac and becoming a convicted felon for trying to SA a girl and the glassing the man who protected her, shame.

Sent via form submission from M.W. Wolf's Megaverse

Email:
apollos@dick.com, accepts marketing: false

Message:
cool ideas for a book!! A pity you decided to burn down all the bridges with the industry by acting like an unhinged maniac and becoming a convicted felon for trying to SA a girl and the glassing the man who protected her, shame.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 566 of 593

| | |
|---|---|
| **Date** | Fri, 14 Aug 2026 12:18:19 -0700 |
| **From** | Google Pay <googlepay-noreply@google.com> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Marc, you added a new card to use with Google Pay |
| **Message-ID** | <e841cd18b164acd6bd21e22630239ced9230a5bb-20324800-111819284@google.com> |

Enjoy a faster way to pay

Marc, your Mastercard •••• 4930 is now saved in Google Wallet. You're ready to make payments wherever Google Pay is accepted.

Manage your card
<https://c.gle/AKMee0dXqf6iL_2-G96i5I6Ts1zaAJ5sfOjHYrCnYuNP0mElIA04w51GPu_V1tJV7yqJnABkzM6wEaxB2MDrxPllWkC8gEhQ865U7XEfeoofrAg9uu13BuP_gw7WnPJ6gC1OKI2syjmaqsfw3137uT0ab3owfTOM6OK89fa1cCgdp0PRfqFqEIUS5uT7WCWap8iP8NoPAykoQUQ5ukOrSlBJLuSMxsTeemULOBYvpptJnz6Ut5k_LlKcwSeVltu3ASt63tWQ7Rklm9E2a2ac-qDADM_mJU8xJ37IGr4_BiJL2K-rp7H0DSj9eSvRZRVeAL0gGtJ1yEnpehYyZWxQqyZJxb9vZTKGZoKj30mSGjUZfA0S-otI6QbhaIS5ElBtOBVl-xS0OAJ6xzWROnZ2b8caBmGHcKgaymp05P4lVf0>

Check out quickly online

Cards saved in Wallet work with autofill and the Google Pay button, so you don't need to type in your payment info during online checkout.

A safer way to pay

Your card details are securely encrypted by Google Pay

When eligible, virtual cards hide actual card details at checkout

Customisable settings keep privacy in your control

Have questions?

Visit the Help Centre
<https://c.gle/AKMee0eMI4XqEKCRdA-9uru7Zfi4BB1uEKP4Ukahq2soUxYpXg3Yx-PPXMv4GOD9yWpUvlu6KnVHfFJoJs2osp_gTdHXrL1obaFvF-iZ428coecrUa6-BgHJzD9YhHW1-zUuS4F3tG3KEPoZPIh7Gbku6Z0t1DLhdT5H-FhoP4dzC95AZSjqG2e46QB3R5_RfjkABCwfw1e4ddQAy96Y8xgXhGAl4V371wurxABSIIPieHhITYFTvhh_jGL3MRCcKR7ryArqjJXofgaY0OiRu6PjL2VJozTJQoRIQmNDT2a95GDWs3lbEg>

<https://c.gle/AKMee0fifLX1sWaaDtoX9S6FcWcQH_2O1qeb9GJSrTNs-bddDthntZ17CMyE6vWgZOUORX-nRcSVa7_vlRLhqElVIoOpKyprMgp-iAxs18EE5Y6_uC9jaIgv8TAoxVOkWH7gNXq5tA>

<https://c.gle/AKMee0crqeqEqRWtginsp72vfdUK09C27oblq0lH8mTQoxWy4AZQ89N4fXKlWo3XgU57Hg3fF3DSv3TTpCD2zCRRUAFhHEPO4CoCZN-DtseMYz6CT2j3wOv49Dl0aKBJ_1eAxlWxCa6yW0KuMII-7l2VT-xl>

<https://c.gle/AKMee0cDRtWAMLB_t8Ca8BSBYC9LViIAc46eOjaebOSxMnimhUNinjZY5spjrlR5XXsODW-mIt-el5eIAIQvmfWMV9FC3D3PaglMYullGhAJGqgBzQ4dsM3BY6pnl-1armmrOQVBHqst0dByb6RVl59adUjajmr5X4AylEUi2NHj8M-JZvtD>

Was this email helpful?

<https://c.gle/AKMee0eC90L-WtbCp6aBV6AcRnZPVikwR4uqsMvQuGM6fNKa3sXbObWDnNB8DHnF6oYAOzrg5lxEKPHcDe1ajNJTiAoht8QAN-I-8P1t5Uhh_ugEVWgFo6X8yR7v_WrjtypHDY_5J5n7b4_cBHpzUXlX-LBIXOVmcVOUX7Sr_tYxZkLlPVx65wMy5ISEcBuSvA2bM9vjHefWnKw6tyrFBeLfzZNrOvBtGxV2-ws15YjjVwJxrnuis4ho79FVkP4ylBOYaQ07F7LdKtvoS1F5QdqzRlm5HnJlzr_kNU4YoOfZLpAZ>

<https://c.gle/AKMee0e3QEfcDetMPXsteNXumIbwMKpoHdRQ306X7mmq6KD9E4gM3qR6H8kBrFzaP1n0jScDGGlSyvns1psKqrOeoiwgkkcJZ9BByhKJ5XUnxOnD52Jy26yHmy_Ww5LM5OCV5VIgmjvWc3jwF4U1oR24gZTiL3Koi6jPZzkyTmRWNYX-CTlJwhHxqMWC2ouoZNKfIUKqMXc7UhCJfWELs42r5KnYaMj-NR1ZgwD9Z8TZXcFisDl0dFRyGTsdcZ5YddOwZ_FW3AE3xlHtbrBQQ4tSg1YIPqOmpfiG5Fxkv43_sOw>

<https://c.gle/AKMee0dIlTJoQ7qIgbvq6KbGdM58twy5bZ7k06aGbIb41Sd7rZ5AvXYy_01HqwS0BFS0V75Sr3Ro2LcEzYCJGHdgurqGDgZfHK_bsce6PYpn7XUjcXrue4fgbfjOkUuv5eDF5pQM4MrNYeGZ3UUYXkC0R1Fyn1ccGzvgJoDep92PmWnyI6idwLAooyaX5CwbmcaavKjr3psIHWjC9MPA_fHJe_cHohyB5XzNIda3aECvoeQ1ltzzvLtP3hB9PvrLh2G09TCFMwDUAtmKbRG5NnGBVGmWbKj9fETnhnm4Y3C3jSU5mKAy4Q>

Google LLC,
1600 Amphitheatre Parkway,
Mountain View, CA 94043

You're receiving this email because your settings show that you'd like to know about troubleshooting tips and helpful info for Google Pay. If you do not wish to receive these emails, please unsubscribe here
<https://myaccount.google.com/communication-preferences/unsubscribe/gt/AKMee0ePI9mCO1RK-wamwvA7qNUA1hB9_8KqkKOUjyC8KV6KYvGUIoJmqrEmf8fc0HXQLJAT9pHA1E5AJNobS1fymKPfs2H-i8QrMV3af_PHtzDM-er-fADTPHBWS_NOxzR01o_dcPBDNoC11MQ7ffdqlIVwDmcEv_Yln5zqeLoMsvefwJ2Zlh48MLW8txQKYCJPgfJhsCgWAGeYolnMRF_vxBMgsHluHOOxaaZfwmOOmoQdCbSiBq0ypgGnOnybaL3TgeoHG3_53A?utm_source=gm&utm_medium=email&auto=true>.

This message was sent from a notification-only email address that does not accept incoming email. Please do not reply to this message. If you have more questions or would like to contact us, please visit the Help Centre
<https://c.gle/AKMee0dXFCcweXOqaygu9TkLIT4sbRAJ3ZgPIpfemYdqlx5MCiOnEMWBKXjBlJyEYEeQEZrJmhAFbgk3J64e3gs8sMPQ-N9I6h2d_r4wLCCOvitcF-vUzdFwb5sQr5XQuly9ac1vjJxJHpkr3bI_JUiNxzG1qXMiyxuHAhqTGR5AVcVP8R5tQpeP>.

You added a card

Discover how to quickly and safely pay online.■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■
■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■

Enjoy a faster way to pay

Marc, your Mastercard •••• 4930 is now saved in Google Wallet. You're ready to make payments wherever Google Pay is accepted.

Manage your card

Check out quickly online

Cards saved in Wallet work with autofill and the Google Pay button, so you don't need to type in your payment info during online checkout.

A safer way to pay

Your card details are securely encrypted by Google Pay

When eligible, virtual cards hide actual card details at checkout

Customisable settings keep privacy in your control

Your card details are securely encrypted by Google Pay

When eligible, virtual cards hide actual card details at checkout

Customisable settings keep privacy in your control

Have questions?

Visit the Help Centre

Was this email helpful?

Google LLC,
1600 Amphitheatre Parkway,
Mountain View, CA 94043

You're receiving this email because your settings show that you'd like to know about troubleshooting tips and helpful info for Google Pay. If you do not wish to receive these emails, please unsubscribe here.

This message was sent from a notification-only email address that does not accept incoming email. Please do not reply to this message. If you have more questions or would like to contact us, please visit the Help Centre.

## Message 567 of 593

| | |
|---|---|
| **Date** | Sun, 16 Aug 2026 20:57:23 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7df09e22de4b4c40a6c4ab15b71dcfef@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
icanbuyyou@redstring.com, accepts marketing: false

Message:
did you ran out of space in the conspiracy board??

Sent via form submission from M.W. Wolf's Megaverse

Email:
icanbuyyou@redstring.com, accepts marketing: false

Message:
did you ran out of space in the conspiracy board??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 568 of 593

| | |
|---|---|
| **Date** | Wed, 26 Aug 2026 03:25:16 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7_RfQLatT6mv6xwIfBo3Zg@geopod-ismtpd-51> |

Form Submission - Welcome To The Wolf Pack

Email:
getrecked@lekl.com, accepts marketing: false

Message:
next League season is musicverse so get ready to watch them make another bazillion usd and die mad about it lmao

Sent via form submission from M.W. Wolf's Megaverse

Email:
getrecked@lekl.com, accepts marketing: false

Message:
next League season is musicverse so get ready to watch them make another bazillion usd and die mad about it lmao

Manage Submissions

Does this submission look like spam? Report it here.

## Message 569 of 593

| | |
|---|---|
| **Date** | Thu, 27 Aug 2026 09:01:17 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <2b96f19757634dc990ebea9a42fa14e9@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
youstole@alot.com, accepts marketing: false

Message:
Mf you stole all of Bloodborg from the Ersatz universe by Saint Greaver and thought we wouldn't notice ■ big fuckin l mate

Sent via form submission from M.W. Wolf's Megaverse

Email:
youstole@alot.com, accepts marketing: false

Message:
Mf you stole all of Bloodborg from the Ersatz universe by Saint Greaver and thought we wouldn't notice ■ big fuckin l mate

Manage Submissions

Does this submission look like spam? Report it here.

### Message 570 of 593

| | |
|---|---|
| **Date** | Sat, 29 Aug 2026 18:10:51 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a3a8JPu4TBiZCM0ahc2NMw@geopod-ismtpd-22> |

Form Submission - Welcome To The Wolf Pack

Email:
addtoyour@listofpeopletosue.com, accepts marketing: false

Message:
;)
https://www.youtube.com/watch?v=6SdqrLLF1Io

Sent via form submission from M.W. Wolf's Megaverse

Email:
addtoyour@listofpeopletosue.com, accepts marketing: false

Message:
;)
https://www.youtube.com/watch?v=6SdqrLLF1Io

Manage Submissions

Does this submission look like spam? Report it here.

## Message 571 of 593

| | |
|---|---|
| **Date** | Fri, 04 Sep 2026 01:01:40 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <15d7617a16ae4fd28fbd3288cd2de5d6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack
Email:
DoesTheBabyWannaCry@now.com, accepts marketing: false
Message:
NOT FOR PUBLICATION
FILED
AUG 28 2026
UNITED STATES COURT OF APPEALS
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
MARC WOLSTENHOLME,
No. 25-3163
D.C. No.
Plaintiff - Appellant,
2:25-cv-00053-FMO-BFM
v.
*
MEMORANDUM
RIOT GAMES, INC.,
Defendant - Appellee.
Appeal from the United States District Court
for the Central District of California
Fernando M. Olguin, District Judge, Presiding
Submitted August 25, 2026**
Before: SILVERMAN, N.R. SMITH, and DE ALBA, Circuit Judges
Marc Wolstenholme appeals pro se from the district court's judgment
dismissing his copyright infringement action against Riot Games, Inc. We have
jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's
dismissal under Fed. R. Civ. P. 12(b)(6). United States ex rel. Adventist Health Sys.
* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.
** The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).
of W. v. AbbVie Inc., 169 F.4th 1137, 1142 (9th Cir. 2026). We affirm.
The district court properly dismissed Wolstenholme's action because
Wolstenholme failed to allege facts sufficient to show that Riot Games had access
to his copyrighted material. See Skidmore v. Led Zeppelin, 952 F.3d 1051, 1064 (9th
Cir. 2020) (en banc) (explaining requirements for a plaintiff to prove copying
circumstantially, including showing "that the defendant had access to the plaintiff's
work" (citation and internal quotation marks omitted)); Loomis v. Cornish, 836 F.3d
991, 995 (9th Cir. 2016) (explaining that access cannot be shown by "showing bare
corporate receipt of [the subject] work by an individual who shares a common
employer with the alleged copier." (citation and internal quotation marks omitted));
Three Boys Music Corp. v. Bolton, 212 F.3d 477, 482 (9th Cir. 2000), overruled in
part on other grounds by Skidmore, 952 F.3d at 1066-69) ("Access may not be
inferred through mere speculation or conjecture." (citation and internal quotation
marks omitted)).
We reject as meritless Wolstenholme's contentions regarding discovery.

We do not consider issues not specifically and distinctly argued in the opening brief, or arguments and allegations raised for the first time on appeal. See Roley v. Google LLC, 40 F.4th 903, 911 (9th Cir. 2022).

All pending motions are denied.

AFFIRMED.

Sent via form submission from M.W. Wolf's Megaverse

Email:
DoesTheBabyWannaCry@now.com, accepts marketing: false

Message:
NOT FOR PUBLICATION
FILED

AUG 28 2026
UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT

MARC WOLSTENHOLME,
No. 25-3163

D.C. No.
Plaintiff - Appellant,
2:25-cv-00053-FMO-BFM

v.
*

MEMORANDUM

RIOT GAMES, INC.,

Defendant - Appellee.

Appeal from the United States District Court

for the Central District of California

Fernando M. Olguin, District Judge, Presiding

Submitted August 25, 2026**

Before: SILVERMAN, N.R. SMITH, and DE ALBA, Circuit Judges

Marc Wolstenholme appeals pro se from the district court's judgment dismissing his copyright infringement action against Riot Games, Inc. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal under Fed. R. Civ. P. 12(b)(6). United States ex rel. Adventist Health Sys.

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

of W. v. AbbVie Inc., 169 F.4th 1137, 1142 (9th Cir. 2026). We affirm.

The district court properly dismissed Wolstenholme's action because Wolstenholme failed to allege facts sufficient to show that Riot Games had access to his copyrighted material. See Skidmore v. Led Zeppelin, 952 F.3d 1051, 1064 (9th Cir. 2020) (en banc) (explaining requirements for a plaintiff to prove copying circumstantially, including showing "that the defendant had access to the plaintiff's work" (citation and internal quotation marks omitted)); Loomis v. Cornish, 836 F.3d 991, 995 (9th Cir. 2016) (explaining that access cannot be shown by "showing bare corporate receipt of [the subject] work by an individual who shares a common employer with the alleged copier." (citation and internal quotation marks omitted)); Three Boys Music Corp. v. Bolton, 212 F.3d 477, 482 (9th Cir. 2000), overruled in part on other grounds by Skidmore, 952 F.3d at 1066-69) ("Access may not be inferred through mere speculation or conjecture." (citation and internal quotation marks omitted)).

We reject as meritless Wolstenholme's contentions regarding discovery.

We do not consider issues not specifically and distinctly argued in the opening brief, or arguments and allegations raised for the first time on appeal. See Roley v. Google LLC, 40 F.4th 903, 911 (9th Cir. 2022).

All pending motions are denied.

AFFIRMED.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 572 of 593

| | |
|---|---|
| **Date** | Fri, 04 Sep 2026 08:28:37 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <952de210b73c434eb0567125a1fc40c4@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
lmaooo@getwrecked.com, accepts marketing: false

Message:
AHAAHHAHAH YOU LOST THE APPEAL TOO bruh I won't even pretend to be shocked, it was obvious it was gonna happen, but still funny af

Sent via form submission from M.W. Wolf's Megaverse

Email:
lmaooo@getwrecked.com, accepts marketing: false

Message:
AHAAHHAHAH YOU LOST THE APPEAL TOO bruh I won't even pretend to be shocked, it was obvious it was gonna happen, but still funny af

Manage Submissions

Does this submission look like spam? Report it here.

## Message 573 of 593

| | |
|---|---|
| **Date** | Sat, 05 Sep 2026 08:44:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <WKpJH5rPSu2ZcSR-eZJHzw@geopod-ismtpd-91> |

Form Submission - Welcome To The Wolf Pack

Email:
dismissed@again.com, accepts marketing: false

Message:
Hola shit who would have thought that doing the legal equivalent of putting on a clown costume and dancing like a retarded monkey in front of the court wouldn't work

Sent via form submission from M.W. Wolf's Megaverse

Email:
dismissed@again.com, accepts marketing: false

Message:
Hola shit who would have thought that doing the legal equivalent of putting on a clown costume and dancing like a retarded monkey in front of the court wouldn't work

Manage Submissions

Does this submission look like spam? Report it here.

## Message 574 of 593

| | |
|---|---|
| **Date** | Sat, 05 Sep 2026 11:58:45 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ILf3HJe6T42u1Xfj363XQA@geopod-ismtpd-78> |

Form Submission - Welcome To The Wolf Pack

Email:
keep@deluluing.bro.com, accepts marketing: false

Message:
Did you get those billions from Riot yet?? oh right [redacted]

Sent via form submission from M.W. Wolf's Megaverse

Email:
keep@deluluing.bro.com, accepts marketing: false

Message:
Did you get those billions from Riot yet?? oh right [redacted]

Manage Submissions

Does this submission look like spam? Report it here.

## Message 575 of 593

| | |
|---|---|
| **Date** | Sat, 05 Sep 2026 17:44:14 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <b6fc5c8469364b57921d71cd3c4e4542@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
Learn@tobow.com, accepts marketing: false

Message:
"Arcane is stolen and I will own you"

Now that not one, but TWO courts full of rational people have decided that you are a lunatic, I'll be waiting for your public apologies in all your soc media (the ones that did not ban you for spam, at least)

Sent via form submission from M.W. Wolf's Megaverse

Email:
Learn@tobow.com, accepts marketing: false

Message:
"Arcane is stolen and I will own you"

Now that not one, but TWO courts full of rational people have decided that you are a lunatic, I'll be waiting for your public apologies in all your soc media (the ones that did not ban you for spam, at least)

Manage Submissions

Does this submission look like spam? Report it here.

## Message 576 of 593

| | |
|---|---|
| **Date** | Sun, 06 Sep 2026 20:05:22 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <510f7348563a435088ab13d77c532417@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
forever@withyou.now.com, accepts marketing: false

Message:
So, just to be clear: For the past 4 years, you have burned down your career, your relationship with your daughter, your mental health, money and time, got blacklisted from the industry forever, your brand is now forever attached to your childish whining and all the cheap provocations you spammed across every single one of your socials and and all you got at the end was.....

"We reject as meritless Wolstenholme's contentions regarding discovery.

We do not consider issues not specifically and distinctly argued in the openingbrief, or arguments and allegations raised for the first time on appeal. See Roley v.
Google LLC, 40 F.4th 903, 911 (9th Cir. 2022).

All pending motions are denied.

AFFIRMED."

How sad and pathetic of you

Sent via form submission from M.W. Wolf's Megaverse

Email:
forever@withyou.now.com, accepts marketing: false

Message:
So, just to be clear: For the past 4 years, you have burned down your career, your relationship with your daughter, your mental health, money and time, got blacklisted from the industry forever, your brand is now forever attached to your childish whining and all the cheap provocations you spammed across every single one of your socials and and all you got at the end was.....

"We reject as meritless Wolstenholme's contentions regarding discovery.

We do not consider issues not specifically and distinctly argued in the openingbrief, or arguments and allegations raised for the first time on appeal. See Roley v.
Google LLC, 40 F.4th 903, 911 (9th Cir. 2022).

All pending motions are denied.

AFFIRMED."

How sad and pathetic of you

Manage Submissions

Does this submission look like spam? Report it here.

## Message 577 of 593

| | |
|---|---|
| **Date** | Mon, 07 Sep 2026 05:05:14 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8b39fbdbce574fff8cd4abe82e72d8a6@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
https://www.reddit.com/r/arcane/comments/1w7fvk3/riot_games_ceo_on_arcane_profitability/

Get ready bitch. Now that the cause is finally settled they are gonna keep raping ALL of your work and make billions from it. This is just the beggining. Open your asshole and let it slide deep and hard. And the best part?? you fucking deserve this. For what you did to a family member of mine. This is justice being served

Sent via form submission from M.W. Wolf’s Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
https://www.reddit.com/r/arcane/comments/1w7fvk3/riot_games_ceo_on_arcane_profitability/

Get ready bitch. Now that the cause is finally settled they are gonna keep raping ALL of your work and make billions from it. This is just the beggining. Open your asshole and let it slide deep and hard. And the best part?? you fucking deserve this. For what you did to a family member of mine. This is justice being served

Manage Submissions

Does this submission look like spam? Report it here.

## Message 578 of 593

| | |
|---|---|
| **Date** | Tue, 8 Sep 2026 08:07:00 +0200 |
| **From** | Anonymousemail <noreply@anonymousemail.eu> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | they got in |
| **Message-ID** | <3d76df77f388a5b40db51c9a07eccd27@anonymousemail.eu> |

Powered by Anonymousemail

On August 29 they got remote access to all of your electronic devices. It was at 4PM local time. They used a black Ford Fiesta positioned at the end of the street. None of your info is safe. They used Tencent tech

Powered by Anonymousemail
On August 29 they got remote access to all of your electronic devices. It was at 4PM local time. They used a black Ford Fiesta positioned at the end of the street. None of your info is safe. They used Tencent tech

## Message 579 of 593

| | |
|---|---|
| **Date** | Wed, 09 Sep 2026 04:38:26 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <7d38374851424116b4e90ca57099bb74@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
indian@supremacy.dirtypig.com, accepts marketing: false

Message:
Cool book■■ I'm gonna plagiarize it word for word using chatgpt to translate it in my languaje, change the tittle, and publish it in my country now■■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
indian@supremacy.dirtypig.com, accepts marketing: false

Message:
Cool book■■ I'm gonna plagiarize it word for word using chatgpt to translate it in my languaje, change the tittle, and publish it in my country now■■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 580 of 593

| | |
|---|---|
| **Date** | Fri, 11 Sep 2026 03:30:17 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <SXUvzikBQw-IjF3Bt-COcA@geopod-ismtpd-40> |

Form Submission - Welcome To The Wolf Pack

Email:
keeplying@toyourself.com, accepts marketing: false

Message:
How are multibillions that you were gonna take from Riot going??? ■■■■■■■■■■■■■■■■■

Sent via form submission from M.W. Wolf's Megaverse

Email:
keeplying@toyourself.com, accepts marketing: false

Message:
How are multibillions that you were gonna take from Riot going??? ■■■■■■■■■■■■■■■■■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 581 of 593

| | |
|---|---|
| **Date** | Fri, 11 Sep 2026 09:28:14 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <wNsFKBlLQcie8WyR4wBM0Q@geopod-ismtpd-90> |

Form Submission - Welcome To The Wolf Pack

Email:
ilikethem@whentheycry.com, accepts marketing: false

Message:
Oh yeah baby your tears are delicious

Sent via form submission from M.W. Wolf's Megaverse

Email:
ilikethem@whentheycry.com, accepts marketing: false

Message:
Oh yeah baby your tears are delicious

Manage Submissions

Does this submission look like spam? Report it here.

## Message 582 of 593

| | |
|---|---|
| **Date** | Fri, 11 Sep 2026 16:59:43 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <FuyakgvYR8KTkCveH-hE8A@geopod-ismtpd-7> |

Form Submission - Welcome To The Wolf Pack

Email:
your@daughter.real.com, accepts marketing: false

Message:
daddy please, stop wasting money trying to fight actual lawyers in court, I wanna be able to eat a nice dinner for my birthday :(

Sent via form submission from M.W. Wolf's Megaverse

Email:
your@daughter.real.com, accepts marketing: false

Message:
daddy please, stop wasting money trying to fight actual lawyers in court, I wanna be able to eat a nice dinner for my birthday :(

Manage Submissions

Does this submission look like spam? Report it here.

## Message 583 of 593

| | |
|---|---|
| **Date** | Sat, 12 Sep 2026 17:05:12 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <E0h9XwI2TriQEiZeJpCL-A@geopod-ismtpd-80> |

Form Submission - Welcome To The Wolf Pack

Email:
suckmy@fatveinydick.com, accepts marketing: false

Message:
c'mon bitch, where is my apology. I'm waiting for it. Or are you not man enough??

Sent via form submission from M.W. Wolf's Megaverse

Email:
suckmy@fatveinydick.com, accepts marketing: false

Message:
c'mon bitch, where is my apology. I'm waiting for it. Or are you not man enough??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 584 of 593

| | |
|---|---|
| **Date** | Sun, 13 Sep 2026 07:09:13 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <806ddfacfd474052bbf4e898e491bda5@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
thechicken@run.com, accepts marketing: false

Message:
And now your biggest legacy will be that you acted like an absolute clown and lost a lot of money trying to prove the most unhinged conspiracy theory ever. Good job moron

Sent via form submission from M.W. Wolf's Megaverse

Email:
thechicken@run.com, accepts marketing: false

Message:
And now your biggest legacy will be that you acted like an absolute clown and lost a lot of money trying to prove the most unhinged conspiracy theory ever. Good job moron

Manage Submissions

Does this submission look like spam? Report it here.

## Message 585 of 593

| | |
|---|---|
| **Date** | Tue, 15 Sep 2026 22:15:55 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <8f6dea8413d14ab8bda16bc2892f8e20@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
andyouthought@youhadachance.com, accepts marketing: false

Message:
What's the matter?? Too broke to pay Riot 400 bucks??

Sent via form submission from M.W. Wolf's Megaverse

Email:
andyouthought@youhadachance.com, accepts marketing: false

Message:
What's the matter?? Too broke to pay Riot 400 bucks??

Manage Submissions

Does this submission look like spam? Report it here.

## Message 586 of 593

| | |
|---|---|
| **Date** | Wed, 16 Sep 2026 01:46:49 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <LdOZOzuqSEy71cM1wTELUg@geopod-ismtpd-115> |

Form Submission - Welcome To The Wolf Pack

Email:
ohthe@misery.com, accepts marketing: false

Message:
here:

https://www.wikihow.com/Kneel-Comfortably

So you can start learning how to kneel to kiss Riot's legal team feet as you beg for them not to charge you $400■

Sent via form submission from M.W. Wolf's Megaverse

Email:
ohthe@misery.com, accepts marketing: false

Message:
here:

https://www.wikihow.com/Kneel-Comfortably

So you can start learning how to kneel to kiss Riot's legal team feet as you beg for them not to charge you $400■

Manage Submissions

Does this submission look like spam? Report it here.

## Message 587 of 593

| | |
|---|---|
| **Date** | Wed, 16 Sep 2026 06:02:33 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <fb7bc45fbc794224bd3f546adec20741@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
nah@gg.com, accepts marketing: false

Message:
Oh this is fucking hilarious

Some skins from Hall of Legends cost 500 USD. You are criying and pissing your pants in front the court because you can't afford 452 USD. You are so broke because of your own delusional stupidity that you can't even buy the skins from their game...

Oh wait, it gets even better: Arcane Jinx skin is 250U$D. It was one of their best sellers. They literally made double the money they are asking in less than a 5 seconds selling pixels. You can't even afford the merch you claim was "plagiarized" from you■

I genuinely think you might take the crown for "Most Pathetic Man in the UK"

Sent via form submission from M.W. Wolf's Megaverse

Email:
nah@gg.com, accepts marketing: false

Message:
Oh this is fucking hilarious

Some skins from Hall of Legends cost 500 USD. You are criying and pissing your pants in front the court because you can't afford 452 USD. You are so broke because of your own delusional stupidity that you can't even buy the skins from their game...

Oh wait, it gets even better: Arcane Jinx skin is 250U$D. It was one of their best sellers. They literally made double the money they are asking in less than a 5 seconds selling pixels. You can't even afford the merch you claim was "plagiarized" from you■

I genuinely think you might take the crown for "Most Pathetic Man in the UK"

Manage Submissions

Does this submission look like spam? Report it here.

## Message 588 of 593

| | |
|---|---|
| **Date** | Wed, 16 Sep 2026 18:56:11 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <-bTb_7AfRuSnuCuDN1-1Sw@geopod-ismtpd-54> |

Form Submission - Welcome To The Wolf Pack

Email:
gomymonkeys@go.com, accepts marketing: false

Message:
You don't get it, do you? Riot Games did not prevail because you were "denied the chance to prove your claims"; they prevailed because your claims are batshit insane

Sent via form submission from M.W. Wolf's Megaverse

Email:
gomymonkeys@go.com, accepts marketing: false

Message:
You don't get it, do you? Riot Games did not prevail because you were "denied the chance to prove your claims"; they prevailed because your claims are batshit insane

Manage Submissions

Does this submission look like spam? Report it here.

## Message 589 of 593

| | |
|---|---|
| **Date** | Thu, 17 Sep 2026 01:43:33 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <ZuBCthjPSmSDJwTUdHcJkA@geopod-ismtpd-34> |

Form Submission - Welcome To The Wolf Pack

Email:
theydid@warnyou.com, accepts marketing: false

Message:
"" ...and to be clear, if you were to proceed with this
matter in court, Riot would vigorously defend itself and, upon prevailing, would
seek its attorneys' fees and other available sanctions against you. There will be
no mediation, out of court settlement, or bestowed credit at any time """

NOW DEAL WITH IT BITCH. NO CRYING. PAY UP.

Sent via form submission from M.W. Wolf's Megaverse

Email:
theydid@warnyou.com, accepts marketing: false

Message:
"" ...and to be clear, if you were to proceed with this
matter in court, Riot would vigorously defend itself and, upon prevailing, would
seek its attorneys' fees and other available sanctions against you. There will be
no mediation, out of court settlement, or bestowed credit at any time """

NOW DEAL WITH IT BITCH. NO CRYING. PAY UP.

Manage Submissions

Does this submission look like spam? Report it here.

## Message 590 of 593

| | |
|---|---|
| **Date** | Thu, 17 Sep 2026 05:39:18 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <9biFECl2QqS7gN4jnTp2kg@geopod-ismtpd-55> |

Form Submission - Welcome To The Wolf Pack

Email:
coventry@thug.com, accepts marketing: false

Message:
Wdym you don't have 450U$D?? You have enough money to go to bars, behave inappropriately towards young girls, and then attack the men who steps in to defend them tho

Sent via form submission from M.W. Wolf's Megaverse

Email:
coventry@thug.com, accepts marketing: false

Message:
Wdym you don't have 450U$D?? You have enough money to go to bars, behave inappropriately towards young girls, and then attack the men who steps in to defend them tho

Manage Submissions

Does this submission look like spam? Report it here.

### Message 591 of 593

| | |
|---|---|
| **Date** | Thu, 17 Sep 2026 20:45:10 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <d439d70f708f411da6f4c0715a7739d2@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
Incredible@theliege.com, accepts marketing: false

Message:
so your defense srategy against the legal fees is:

1- Fill the document with 85% irrelevant bullshit
2-Trying to guilt-trip the court
3-Trying to tell the Court that the copies THEY THEMSELVES REQUESTED in dkt.16 were "not strictly necessary"
4- Telling them that the standar price per copy set across all the 9th circuit is not valid and should be investigated
5-Telling the court that is Riot's fault that YOU wrote +1200 pages of pure delulu crap

Yeah dude I can't wait to seel how well that goes

Sent via form submission from M.W. Wolf's Megaverse

Email:
Incredible@theliege.com, accepts marketing: false

Message:
so your defense srategy against the legal fees is:

1- Fill the document with 85% irrelevant bullshit
2-Trying to guilt-trip the court
3-Trying to tell the Court that the copies THEY THEMSELVES REQUESTED in dkt.16 were "not strictly necessary"
4- Telling them that the standar price per copy set across all the 9th circuit is not valid and should be investigated
5-Telling the court that is Riot's fault that YOU wrote +1200 pages of pure delulu crap

Yeah dude I can't wait to seel how well that goes

Manage Submissions

Does this submission look like spam? Report it here.

## Message 592 of 593

| | |
|---|---|
| **Date** | Fri, 18 Sep 2026 00:33:53 +0000 (UTC) |
| **From** | Squarespace <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <BhpMTUH9Rd6wQ39IEoARYQ@geopod-ismtpd-98> |

Form Submission - Welcome To The Wolf Pack

Email:
wealksdja@aklsjd.com, accepts marketing: false

Message:
what do you mean Indigent?? You claim in this very own blog to be the CEO of publishing company. You even put extra effort in larping and speak in plural as if you had a team.

It would not be a good look if someone send an anon mail to the clerk showing them all of this

Sent via form submission from M.W. Wolf's Megaverse

Email:
wealksdja@aklsjd.com, accepts marketing: false

Message:
what do you mean Indigent?? You claim in this very own blog to be the CEO of publishing company. You even put extra effort in larping and speak in plural as if you had a team.

It would not be a good look if someone send an anon mail to the clerk showing them all of this

Manage Submissions

Does this submission look like spam? Report it here.

## Message 593 of 593

| | |
|---|---|
| **Date** | Fri, 18 Sep 2026 10:15:41 +0000 |
| **From** | "Squarespace" <form-submission@squarespace.info> |
| **To** | marc@mwwolf-fiction.co.uk |
| **Subject** | Form Submission - Welcome To The Wolf Pack |
| **Message-ID** | <a75fe9f6ccd4466c92df6600b4792619@squarespace.info> |

Form Submission - Welcome To The Wolf Pack

Email:
Andwhoisgonna@tell.com, accepts marketing: false

Message:
I hope you like the Heartsteel video ■Have fun with the easter eggs■

Sent via form submission from M.W. Wolf's Megaverse

Email:
Andwhoisgonna@tell.com, accepts marketing: false

Message:
I hope you like the Heartsteel video ■Have fun with the easter eggs■

Manage Submissions

Does this submission look like spam? Report it here.