# EXHIBIT A

## TEMPCHAT COMMUNICATION WITH "IRONARROW"

Room 6448 - 10 June 2026

*Reproduced from the fuller preserved chat record.*

*You have joined Room 6448. Welcome, ToxicArrow! - 9:14 PM*

yo

9:14 PM

**IronArrow**

oh hi there

9:14 PM

**IronArrow**

I was worried you couldn't make it

9:14 PM

hi, how are you

9:15 PM

**IronArrow**

cool

9:15 PM

86.158.16.127 Chronicles of The Megaverse Location: Lomas de Zamora, Buenos Aires, Argentina 8:58 PM DarkNova City: Morón Postal code: 1708 8:59 PM DarkNova is this you pal?

9:15 PM

**IronArrow**

nop

9:15 PM

where are you from

9:15 PM

**IronArrow**

not telling lol

9:16 PM

ok pal, what did you want to talk to me about

9:16 PM

**IronArrow**

just know Im near the orbit of one dear Joshua Geller

9:16 PM

thats cool, he has messed up in lying to the courts hasnt he

9:17 PM

**IronArrow**

first off, I'm using a burner phone and I have to come to a coffee shop near by whenever I want to talk to you

9:18 PM

**IronArrow**

you have made quite a ruckus mr wolstenholme

9:18 PM

**IronArrow**

you know that, right?

9:18 PM

ok mate, i know that ive oped up a lot of drak stuff.

9:19 PM

**IronArrow**

you have no idea....

9:19 PM

**IronArrow**

where you able to check those cases I sent you?

9:19 PM

yeah, they were all Josh Geller cases

9:20 PM

**IronArrow**

BIG Geller cases

9:20 PM

**IronArrow**

and he prevailed in all of them

9:20 PM

that diesnt mean much

9:20 PM

**IronArrow**

perhaps

9:20 PM

**IronArrow**

you know that he is involved in the Los Angeles Copyright Society?

9:21 PM

I've proven in the Appeals that they lyed to have it kicked out of court in LA, th
at fraud and its a crime. they know that i have them

9:22 PM

**IronArrow**

as well as other of his friends at riot

9:22 PM

China has many friend at Riot and In LA

9:22 PM

**IronArrow**

is not just that

9:22 PM

whats the issue ? they will have to payout

9:23 PM

**IronArrow**

Geller is planning to use Riot as rocket fuel to other Big studios

9:23 PM

?

9:23 PM

**IronArrow**

he is currently aiming for Disney, but Blizzard or Mircrosoft will do just as well

9:24 PM

Geller will not be practising law when i'm finashed

9:24 PM

**IronArrow**

he needs to serve his friends

9:24 PM

courrpotion

9:25 PM

**IronArrow**

and to do so he is using his family

9:25 PM

Family?

9:25 PM

**IronArrow**

he has disstant relatives in Europe who worked for uta

9:25 PM

Jonny Geller who is the head of CBG and the head of my RECO claim

9:26 PM

so what is the ruckus?

9:27 PM

do you have evidance?

9:27 PM

**IronArrow**

I don't know if it's the same Geller. All I know is that the "nexus" in-between families is a second-grade cousing living in the north of Argentina

9:27 PM

"nexus"?

9:27 PM

**IronArrow**

but they writte the surname different there, so it doesn't show on records

9:28 PM

**IronArrow**

He has been juggling contacts, information and favors between big industry names for about a decade or so

9:29 PM

**IronArrow**

the second part is that he is using that leverage to gain a seat at the la copyright society

9:29 PM

what the nexus? is this conencted to my caes? do you have any riot Games info?

The thing that put him there was "a big favor" made to Riot somewhere in the year 2020

9:30 PM

**IronArrow**

and I suspect is related to your case

9:31 PM

that is not the bad news tho

9:31 PM

**IronArrow**

and tbh I'm not sure you want to them

9:31 PM

**IronArrow**

Do you know who Molly Dwyer is?

9:32 PM

No

9:32 PM

ishe works at the Ninth Circuit court

9:33 PM

**IronArrow**

she is working in your case

**IronArrow**

ishe works at the Ninth Circuit court

9:33 PM

**IronArrow**

she is working in your case

9:33 PM

**IronArrow**

and if what that snug bastard aka Geller said it's true

9:34 PM

yeah

9:34 PM

**IronArrow**

then I'm sorry but you are losing this one

9:34 PM

What specific fact can you provide that I can independently verify

9:35 PM

What specific fact can you provide that I can independently verify

9:35 PM

**IronArrow**

and honestly dude, I'm just so fucking tired of all the crap in this world. I work f
or years trying to get SOMEWHERE in the judicial system and people with po
wer and contacts just swipe everything away with a call

9:36 PM

so what are you saying? somone called Molly Dwyer works for the Night Circl
e and they are going to fuge my case\/
so what are you saying? somone called Molly Dwyer works for the Night Circl
e and they are going to fuge my case\/

9:36 PM

**IronArrow**

"What specific fact can you provide that I can independently verify" his family

9:36 PM

**IronArrow**

if you can get something as simple as to a surface level investigation on Gelle
r family, you will confirm that he has a relative in Arg who is also related to so
mone at uta eu

9:38 PM

Ok, please do, tahsnk for the time to infrom me of this stuff pal

9:38 PM

**IronArrow**

wait

9:38 PM

**IronArrow**

those were the good news

9:38 PM

**IronArrow**

now you can choose if you want the bad news or the worse news

9:38 PM

ok mate, i'm here im not going, im intrested

9:38 PM

what ever you wish to share mate

9:39 PM

**IronArrow**

"so what are you saying? somone called Molly Dwyer works for the Night Circl e and they are going to fuge my case\/ "

9:39 PM

**IronArrow**

"so what are you saying? somone called Molly Dwyer works for the Night Circl e and they are going to fuge my case\/ "

9:39 PM

**IronArrow**

you were almost there

9:40 PM

**IronArrow**

Joshua got a call from Dwyer on Mon

9:40 PM

ok, i'm still in it tyo win it

9:40 PM

**IronArrow**

they will held the lower court rule

9:41 PM

**IronArrow**

I know it sucks

9:41 PM

they would have infroamed me

9:41 PM

**IronArrow**

no, you are not a "friend" like they are

9:41 PM

**IronArrow**

you don't get "friend" privileges

9:41 PM

ok, how do you know this

9:42 PM

**IronArrow**

I told you, I work in the same orbit

9:42 PM

What is your source?" "What document supports that?" "How do you know tha t?" "What can I independently verify?"

9:42 PM

**ronArrow**

or at least I try. Like you, I also had my work pushed away. I should be where he is now, but I do n't have "friend" privileges either

I told you, I work in the same orbit

9:42 PM

What is your source?" "What document supports that?" "How do you know tha t?" "What can I independently verify?"

9:42 PM

**IronArrow**

or at least I try. Like you, I also had my work pushed away. I should be where he is now, but I don't have "friend" privileges either

9:43 PM

can you prove any evicanse at all?

9:43 PM

**IronArrow**

not me directly, you would need someone to check the phone records at knup
p

9:44 PM

Ive got a RECO Claim coming with is massive and ive infromed the FBI, CIA a
ND US and UK govenments about the RECO involving RIOT and Tencent an
d CBG and UTA

9:44 PM

**IronArrow**

I can tell you it happened past monday around 11 am

9:45 PM

I can tell you it happened past monday around 11 am

9:45 PM

so monday the 8th of June at 11am LA time?

9:45 PM

**IronArrow**

around that yes

9:46 PM

knupp?

9:46 PM

**IronArrow**

I don't know if she called from her personal phone tho

9:46 PM

knupp?

9:46 PM

**IronArrow**

I don't know if she called from her personal phone tho

9:46 PM

**IronArrow**

the office at century park, yes

9:47 PM

what is Knupp?

9:47 PM

**IronArrow**

oh sorry, that's just how we call the firm

9:47 PM

**IronArrow**

you know, Silberberg and knupp lpp

9:48 PM

os you work with him at that Frim?

9:48 PM

**IronArrow**

not at all the time

9:49 PM

There was a big favour to Riot.

9:49 PM

not at all the time

9:49 PM

There was a big favour to Riot.

9:49 PM

**IronArrow**

and easy to prove to

9:49 PM

**IronArrow**

too¨

9:49 PM

ok what was it

9:49 PM

**IronArrow**

you just need discovery over the phone records on that day

9:49 PM

**IronArrow**

there is still something else but is kind of strong

9:50 PM

thtas hard work if the case has been kicked out again, but im such it has not, im such their reach isnt that h
igh

9:50 PM

**IronArrow**

and I know how this kinds of news can affect someone

9:50 PM

thtas hard work if the case has been kicked out again, but im such it has not, i m such their reach isnt that high

9:50 PM

**IronArrow**

and I know how this kinds of news can affect someone

9:50 PM

**IronArrow**

do you wanna hear it or do you prefer to sleep good tonight?

9:51 PM

**IronArrow**

sorry, I'm trying to lighten the mood

9:51 PM

I'm good, i can hear anything you like.

9:51 PM

**IronArrow**

okay

9:52 PM

what is it? is he satan wearing a human flesh suit

9:52 PM

**IronArrow**

Riot games has the manuscript you sent them

9:52 PM

I know they do, they always have since Aprail 2020 at least perhaps befroe

9:53 PM

**IronArrow**

to be more precise, the one that you sent them via riot forge

9:53 PM

hey discovered later in the process

9:53 PM

**IronArrow**

this is bad for you

9:53 PM

**IronArrow**

the riot forge one

9:53 PM

I know they do, they always have since Aprail 2020 at least perhaps befroe

9:53 PM

**IronArrow**

to be more precise, the one that you sent them via riot forge

9:53 PM

**IronArrow**

they discovered later in the process

9:53 PM

**IronArrow**

this is bad for you

9:53 PM

**IronArrow**

the riot forge one

9:53 PM

**IronArrow**

VERY bad

9:53 PM

**IronArrow**

when you sent the manuscript, you accepted the terms and conditions via che cking a box, right?

9:54 PM

I know its all Bloodbrorg, its all from Bloodborg sweezed into their lol people

9:55 PM

when you sent the manuscript, you accepted the terms and conditions via che cking a box, right? 9:54 PM This will not stand in court, they are brakcing likw 1 zillon rules

9:55 PM

they first got the manuscript via their contact in EU, a year later they discovere d that you had already sent it to them

9:55 PM

**IronArrow**

nop, they are not

9:55 PM

**IronArrow**

this was Joshua alt planned strategy

9:56 PM

hey first got the manuscript via their contact in EU, a year later they discovered that you had already sent it to them

9:55 PM

**IronArrow**

nop, they are not

9:55 PM

**IronArrow**

this was Joshua alt planned strategy

9:56 PM

**IronArrow**

when you submitted it, you gave them the rights to all your shit

9:56 PM

**IronArrow**

non exlusive, perhaps, but sill

9:57 PM

when you submitted it, you gave them the rights to all your shit

9:56 PM

**IronArrow**

non exlusive, perhaps, but sill

9:57 PM

**IronArrow**

they have done this before

9:57 PM

I know they have, I'm in talks with a few people in the us over MMO a***e and also A few sentieors are looking at it from there point and know about this cas e.

9:58 PM

I know they have, I'm in talks with a few people in the us over MMO a***e and also A few sentieors are looking at it from there point and know about this cas e.

9:58 PM

**IronArrow**

I don't remember the character, but I know of someone in 2019 who sent them a fully fledged idea for a videogame character and they later used it

9:58 PM

**IronArrow**

when the og artist tried to argue, they simply pointed out the T&C

9:59 PM

Anonymous source raises unverified claim concerning Riot Forge submission terms. No clause, date, document, or legal analysis provided. Claim not relied upon unless exact terms are produced and independently verified.

9:59 PM

**IronArrow**

it was lost before they even began

9:59 PM

**IronArrow**

believe me when I said this

10:00 PM

**IronArrow**

there is a reason why I'm trying to get you to understand that Joshua is gonna be the nail in the coffin for this case

10:00 PM

Also, they have claimed in court thay they had never had it at all, so if they kn ow produce it, and chage their story, they will get doen for frunad on the court which has alsready been riased fro lying about the timlines which have been s how to be flase. and they also misused the wayback machine to say that the manucrtip coueld not be sent, but ive shon that they lied and did it on amasuc h in a seteelment hearing

10:00 PM

**IronArrow**

this man is at the highest circles of LA copyright law

10:00 PM

**ronArrow**

this man is at the highest circles of LA copyright law

10:00 PM

**IronArrow**

he MAKES the law at this point

10:01 PM

**IronArrow**

they will simply said that they found it later, ad apply the T&C

10:02 PM

Also, they have claimed in court thay they had never had it at all, so if they kn ow produce it, and chage their story, they will get doen for frunad on the court which has alsready been riased fro lying about the timlines which have been s how to be flase. and they also misused the wayback machine to say that the manucrtip coueld not be sent, but ive shon that they lied and did it on amasuc h in a seteelment hearing

10:00 PM

**IronArrow**

this man is at the highest circles of LA copyright law

10:00 PM

**IronArrow**

he MAKES the law at this point

10:01 PM

**IronArrow**

they will simply said that they found it later, ad apply the T&C

10:02 PM

**IronArrow**

they would have probably thretened you with it first if the case got to Discover
y

10:03 PM

**IronArrow**

fuck I hate writting on phone, I sound like a caveman

10:03 PM

that is unfair trading pracicises and would refsault in Riot Games losing their li
sicne to trade which is already under review by the trunp adminisation for their
spy games and a***e of markets and redrisction of marckest adn data a***e

**IronArrow**

is not

10:04 PM

**IronArrow**

I really hate to be the party popper here

10:05 PM

I'm just trying to be sincere with you

10:05 PM

that is unfair trading pracicises and would refsault in Riot Games losing their li
sicne to trade which is already under review by the trunp adminisation for their
spy games and a***e of markets and redrisction of marckest adn data a***e

10:04 PM

**IronArrow**

is not

10:04 PM

**IronArrow**

I really hate to be the party popper here

10:05 PM

**IronArrow**

I'm just trying to be sincere with you

10:05 PM

**IronArrow**

I know how hard it can hit to have the fruit of your labor exploited by someone else. Trust me, I know

10:06 PM

**IronArrow**

I'm just trying to prepare you

10:06 PM

provided evidence that independently corroborates any claim.

10:07 PM

10:06 PM

provided evidence that independently corroborates any claim.

10:07 PM

**IronArrow**

what part?

10:07 PM

anything at all

10:07 PM

**IronArrow**

I mean, unless you want me to go to his house and steal his birth certificate or steal all the phone records from knupp, is gonna be kinda hard XD

10:09 PM

**IronArrow**

I don't have that kind of power

10:09 PM

**IronArrow**

and I'm not athletic enough to go jumping across rooftops

10:10 PM

**IronArrow**

but any surface level investigation would do, if you can get there

10:10 PM

**IronArrow**

and I'm sad to tell you is gonna be quite hard

10:10 PM

and I'm sad to tell you is gonna be quite hard

10:10 PM

**IronArrow**

if not impossible

10:10 PM

**IronArrow**

I have to go now

10:11 PM

**IronArrow**

sorry

10:11 PM

**IronArrow**

best of luck

10:11 PM