# EXHIBIT B

## MONITORING REPORT – ANONYMOUS ONLINE CONTACT AND POTENTIAL LITIGATION PRESSURE

# MONITORING REPORT – ANONYMOUS ONLINE CONTACT AND POTENTIAL LITIGATION PRESSURE

Prepared by: Marc Wolstenholme (M.W. Wolf)

## Summary

On or about 10 June 2026, I was contacted through an anonymous temporary online chat platform by a user identifying themselves as "IronArrow." The individual claimed to possess insider knowledge concerning my ongoing litigation against Riot Games and repeatedly made assertions concerning opposing counsel Joshua Geller, the United States Court of Appeals for the Ninth Circuit, and the expected outcome of my appeal. The individual provided no documentary evidence, no verifiable records, and no independently corroborated information.

## Purpose of Report

This report is produced to document an incident which I believe may constitute an attempt to exert litigation pressure, create distress, influence my decision-making, undermine confidence in judicial proceedings, or otherwise interfere with my pursuit of legal remedies.

## Background

For an extended period, I have experienced unusual online activity directed towards my websites, social media accounts, legal publications, and public commentary concerning my copyright dispute with Riot Games.

This activity has included:

- Anonymous website visits focused on litigation-related content.
- Anonymous messages and communications.
- Attempts to discuss confidential litigation matters.
- Repeated references to individuals connected with Riot Games and their legal representatives.
- Communications designed to create anxiety concerning the outcome of proceedings.

## The Anonymous Contact

The individual identifying themselves as "IronArrow" initiated contact through a temporary chat service and immediately referenced my litigation against Riot Games and attorney Joshua Geller. The individual represented that they operated within the same "orbit" as Mr Geller and repeatedly suggested insider knowledge concerning legal proceedings.

Among other claims, the individual asserted:

- That Joshua Geller had received communications concerning my appeal.
- That the Ninth Circuit would uphold the lower court ruling.

• That court personnel were involved in discussions concerning my case.
• That Riot Games possessed materials relevant to my claims.
• That my appeal was effectively doomed due to the influence of opposing counsel.
• That powerful industry relationships existed which would prevent a fair outcome.

Notably, whenever requested to provide evidence, documents, records, emails, or independently verifiable information, the individual failed to do so. Instead, the conversation returned to assertions concerning influence, power, connections, and inevitable defeat.

Assessment

In my opinion, the communication bears characteristics commonly associated with litigation pressure tactics, including:

- Anonymous identity.
- Claims of insider access.
- Assertions that the legal process is predetermined.
- Suggestions that influential individuals control outcomes.
- Repeated emphasis on futility and defeat.
- Absence of supporting evidence.
- Efforts to create anxiety concerning ongoing proceedings.

The communication appears designed not to provide evidence, but rather to influence perception of the litigation process and discourage continued pursuit of legal remedies.

Community Conduct Concerns

I further note that Riot Games' online community has historically attracted criticism for hostile and toxic online conduct. While I possess no direct evidence that the individual known as "IronArrow" is affiliated with Riot Games, its employees, agents, legal representatives, or community members, the communication is consistent with the type of anonymous online engagement that has accompanied public discussion of my claims.

Accordingly, I cannot identify the sender, but I consider it reasonable to preserve the communication as part of a wider pattern of online activity directed towards me following my public allegations against Riot Games and related parties.

Conclusion

I do not rely upon any factual claim made by the anonymous individual known as "IronArrow."

The significance of this communication lies not in the truth of the assertions made, but in the apparent attempt to influence, discourage, intimidate, or psychologically pressure a litigant engaged in ongoing legal proceedings.

I therefore preserve this communication as part of my evidential record and reserve the right to rely upon it in support of any future submissions concerning harassment, witness interference, litigation pressure, coordinated online conduct, or related matters.

Statement of Belief

It is my honest belief that this communication forms part of a broader pattern of online activity directed toward me since commencing legal action concerning Riot Games and related parties. While I cannot presently identify the sender or establish their affiliation, I consider the communication relevant because of its timing, subject matter, repeated references to active litigation, and attempts to persuade me that the outcome of proceedings had already been determined.