# EXHIBIT D

## ASSOCIATION OF AUTHORS' AGENTS, CURTIS BROWN GROUP INSTITUTIONAL POSITIONS, AND PUBLIC COPYRIGHT ADVOCACY

### Evidence Relevant to Appeal to Reputation and Alleged Plausible Deniability

Official Association of Authors' Agents materials identifying the AAA as a forum representing the interests of agents and their authors, and describing its work concerning authors' rights, transparency, professional integrity, copyright and intellectual-property protection.

The records identify Alice Lutyens of Curtis Brown Group Ltd as an AAA Committee Member and Becky Brown of Curtis Brown Group Ltd as the Copyright & IP representative on the Copyright and AI Committee.

The exhibit also includes Jonny Geller's March 11, 2025 public commentary as CEO of Curtis Brown Group concerning AI, copyright, authors' work, permission and protection of creative rights.

These materials are submitted as documentary context for Appellant's allegation that public and institutional advocacy may contribute to an appeal to reputation or a layer of plausible deniability when considered alongside the separate litigation conduct alleged in the Motion. The materials are not offered on the proposition that advocacy for authors' rights, professional standing, or institutional service itself establishes wrongdoing.

Association of Authors' Agents (https://agentsassoc.co.uk)

JOIN US (HTTPS://AGENTSASSOC.CO.UK/WP-CONTENT/UPLOADS/2026/09/AAA_APPLICATION-FORM-PROSPECTIVE-MEMBERS-JUN26.DOCX)

ABOUT US

HOME (HTTPS://AGENTSASSOC.CO.UK/) > **ABOUT US**

ABOUT US

## We're the Association of Authors' Agents (AAA), a voluntary trade association comprising literary agencies of all sizes and agents from all walks of life.

The AAA is a forum representing the best interests of agents and their authors and is led by a committee of volunteers elected by members for two or three-year tenures on a rolling basis.

## President

**Hellie Ogden**

WME

Email (mailto:president@agentsassoc.co.uk)

## Secretary

**Alice Thornton-Dorkofikis**

Peters Fraser + Dunlop

Email (mailto:secretary@agentsassoc.co.uk)

## Vice-President

**Natasha Fairweather**

Rogers, Coleridge and White Ltd

Email (mailto: vicepresident@agentsassoc.co.uk)

## Treasurer

**Eli Keren**

The Curious Minds Agency

Email (mailto: treasurer@agentsassoc.co.uk)

## Committee Members

**Anwen Hooson**

Bird Literary Agency

**Alice Lutyens**

Curtis Brown Group Ltd

**Kate Nash**

Kate Nash Literary Agency

## Sub-Committee Chairs

**The Bridge Committee**

Isabel Lineberry
Pérez Literary & Entertainment Ltd.

**The Foreign Rights Committee**

Kate Rizzo
Greene and Heaton

**The Equality, Diversity, and Inclusion Committee**

Hellie Ogden
WME

Case: 25-3163, 10/02/2026, DktEntry: 45.5, (4 of 12)

**[illegible]ight and AI Committee**

Becky Brown
Curtis Brown Group Ltd (Copyright & IP)

Eli Keren
The Curious Minds Agency (AI)

## Learn more about the AAA and agenting

### A Collective Voice for Literary Agencies

Represent the interests of literary agents to the government and in the media

Member of the Alliance For Intellectual Property — championing the protection of IP

Lobby on copyright, campaign for diversity and inclusivity, etc.

READ MORE ABOUT
OUR WORK FOR LITERARY AGENTS
(HTTPS://AGENTSASSOC.CO.UK/ABOUT/COLLECTIVE-VOICE/)

### Promoting Professional Best Practices

Authors' rights are at the forefront of all members' practices

Transparency between authors and literary agents

All member agencies strive to uphold the integrity of the industry

FIND OUT MORE IN OUR
CONSTITUTION (HTTPS://AGENTSASSOC.CO.UK/ABOUT/CONSTITUTION/) & CODE OF PRACTICE (HTTPS://AGENTSASSOC.CO.UK/ABOUT/CODE-OF-PRACTICE/)

Case: 25-3163, 10/02/2026, DktEntry: 45.5, (5 of 12)

## Role of a Literary Agent

Ensure authors receive the best possible terms in the sale of rights

Support authors in their career development

Defend authors' interests in the UK, abroad, and online

LEARN MORE ABOUT
ABOUT LITERARY AGENTING (HTTPS://AGENTSASSOC.CO.UK/ABOUT/ROLE-OF-A-LITERARY-AGENT/)

## Further Reading...

### Code of Practice

LEARN MORE (/ABOUT/CODE-OF-PRACTICE/)

### Our Constitution

LEARN MORE (/ABOUT/CONSTITUTION/)

### Professional Behaviour

LEARN MORE (/ABOUT/PROFESSIONAL-BEHAVIOUR/)

## Our current member agencies include literary agents from all walks of life — no matter your background or your past experience, there's space for everyone in agenting.

**We're dedicated to making literary agenting an inclusive career path that's open to all.**

MEET SOME OF OUR MEMBERS HERE (HTTPS://AGENTSASSOC.CO.UK/MEMBERS-DIRECTORY/)

(https://agentsassoc.co.uk/2026/07/30/minutes-from-general-meeting-june-26/)

30/07/2026

### Minutes from General Meeting – June 26 (https://agentsassoc.co.uk/2026/07/30/minutes-from-general-meeting-june-26/)

You must be logged in to view this content.

AGENT SPOTLIGHT (HTTPS://AGENTSASSOC.CO.UK/2026/07/30/MINUTES-FROM-GENERAL-MEETING-JUNE-26/)

## Please note that the AAA is not able to offer advice on finding representation by an agent or getting published.

YOU CAN FIND SOME (HTTPS://AGENTSASSOC.CO.UK/ABOUT/WRITERS-RESOURCES/)RESOURCES (HTTPS://AGENTSASSOC.CO.UK/ABOUT/WRITERS-RESOURCES/) FOR WRITERS HERE (HTTPS://AGENTSASSOC.CO.UK/ABOUT/WRITERS-RESOURCES/)

## Latest Updates

(https://agentsassoc.co.uk/2026/07/30/minut
from-general-meeting-june-26/)

30 JULY, 2026

### Minutes from General Meeting - June 26

(https://agentsassoc.co.uk/2026/07/30/minut
from-general-meeting-june-26/)

AAA General Meeting   Monday 22nd June 2026 in person at Rooftop Shoreditch House, London E1 and on Zoom     AAA Committee is: Hellie Ogden – WME (President); Natasha Fairweather – RCW (Vice President);...

READ MORE
(HTTPS://AGENTSASSOC.CO.UK/2026/07/3
FROM-GENERAL-MEETING-JUNE-26

(https://agentsassoc.co.uk/2026/05/19
from-general-meeting-april-26/)

19 MAY, 2026

### Minutes from General Meeting - April 26

(https://agentsassoc.co.uk/2026/05/19
from-general-meeting-april-26/)

AAA General Meeting   Tuesday 23rd A 2026 on Zoom   AAA Committee is: He Ogden – WME (President); Natasha Fairweather – RCW (Vice President); I Keren – The Curious Minds Agency (Treasurer); J...

READ MORE
(HTTPS://AGENTSASSOC.CO.UK/202
FROM-GENERAL-MEETING-A

The Association of Authors' Agents (AAA) is a voluntary trade association comprising literary agencies from the UK and the Republic of Ireland.

© Association of Authors' Agents 2023

Home(https://agentsassoc.co.uk/)

About(https://agentsassoc.co.uk/about/)

News(https://agentsassoc.co.uk/news/)

Writers' Resources(https://agentsassoc.co.uk/about/writers-resources/)

Members' Directory(https://agentsassoc.co.uk/members-directory/)

Members' Area(/members-area/)

Constitution(https://agentsassoc.co.uk/about/constitution/)

Code of Practice(https://agentsassoc.co.uk/about/code-of-practice/)

Professional Behaviour(https://agentsassoc.co.uk/about/professional-behaviour/)

Privacy Notice(https://agentsassoc.co.uk/about/privacy-notice/)

For all media enquiries, please email **press@agentsassoc.co.uk (mailto:press@agentsassoc.co.uk)**



Subscribe from just £3.65 a week








# Industry action on AI is needed now

COMMENT MAR 11, 2025 BY JONNY GELLER

Unless it squares up to the threat of artificial intelligence and copyright, the publishing and agency world may be sleepwalking into its own dangerous and dark period.

in | Add as a preferred source on Google




© Shutterstock

Some may say that we are sleepwalking into dictatorships around the world. All the signs are there: truth is questioned, legal structures attacked, conspiracy theories flourish and trust in the democratic system is at its lowest point. All you need under such circumstances is a willing dictator and a complacent population for autocracy to succeed.

The publishing and agency world may be sleepwalking into its own dangerous and dark period. Not so much a democratic threat as a cultural act of suicide. Under the banner of 'How can you stop progress?', we are being invited to reward the companies who stole our authors' work by doing deals with those very same companies.

We all know that AI is here to stay and will bring real improvements to the lives of millions in healthcare and elsewhere. We have all heard the many arguments that AI can improve and will improve our systems of editorial, marketing,

About this author



Jonny Geller
C.e.o.
Curtis Brown Group

Articles

Bestseller lists must do better




Earl Spencer apologises to Piers Morgan for error in memoir with future editions to be corrected



Books in the Media: scattered applause for Charles Spencer's memories of Princess Diana



Two redundancies at Headline Home as imprint restructured



Canadian author Thélyson Orélien accused of using AI to write award-winning novel



distribution, design and the way we work and relate to one another. Speed and efficiency is needed. Nobody who has used a spellcheck can deny the advantages of enhanced tools on our desktop.

Yet these new tools come at a big price and present an existential question for those involved in the job of protecting copyright. How can we stop what has already begun and was taken without our permission? How do we regain the footing that we lost when our authors' material was scraped off the internet and fed into training machines that now allow for the advances that many applaud?

Well, we fight. We don't sleepwalk into a period where we may well lose the very thing that brings value to the entire ecosystem – the written word by the author.

The current **government consultation on copyright and AI** is very weak and does not address any of the safeguards needed to protect authors' work. There is a useful email template on the website of the **Creative Rights in AI Coalition** – a group that has more than 75 members from businesses and organisations across the creative industries, including the Publishers Association, Pan Macmillan, Booksellers Association, Association of Authors' Agents and the Society of Authors – that you could use to message your local MP, and which I urge you to sign.

> *If we don't set the ground rules now, we will never regain any moral or commercial control*

Unless AI-generated fiction and non-fiction is clearly labelled as such, unless AI attributes and pays for its sources, and unless AI involves human input at a deep level, we must fight it. If we don't set the ground rules now, we will never regain any moral or commercial control. It is not enough to sit on the side and hope this goes away. As the great **Philip K Dick** (who knew a thing or two about future worlds) wrote: "The basic tool for the manipulation of reality is the manipulation of words. If you can control the meaning of words, you can control the people who must use them."

We should get all parties to sign up to a few basic principles that will protect copyright, image rights, voice talent, bespoke designs and a multitude of other areas. These would include:

- All AI altered, enhanced or created (partially or fully) content should be clearly labelled so everyone knows where it comes from. Pretty similar to GM foods.
- The underlying rights derived from the creativity or image of a creative talent must be owned by the creator with the power to lease or sell those rights with full freedom and authority.
- No organisation has the right to take the image, creative talent or copyright without permission and that permission should not be obscured by an 'opt-out' only option.

Of course, there will be a number-one, bestselling novel that is purely AI generated and we will all talk about it and bewail (again) the death of the novel. But it will herald a period of disruption so catastrophic for the creative industry that we will forget this simple, inalienable truth: that all creativity comes from

Pan Macmillan partners with Spotify and






LATEST ISSUE




25th September 2026

In this week's issue:

- Editor's Letter Indie booksellers move ever closer in an uncertain world
- Profiles: Helen Garner & Tia Fisher
- Non-Fiction Preview: December
- Frankfurt Book Fair Preview: Including Agents' Hotlists

READ IN FULL

Case: 25-3163, 10/02/2026, DktEntry: 45.5, (11 of 12)

humans who have either lived or imagined extraordinary worlds, not a programme that has recycled older ideas and juggled words around.

### Read More



Dan Conway warns against 'great copyright heist' as AI consultation closes



Government 'overwhelmed' by thousands of responses to AI and copyright consultation



MPs argue that AI text and data-mining exemption lacks effective 'opt-out'



'Transparency is key': Lord Clement-Jones appointed new ALCS non-executive chair at 'critical AI juncture'



UK IP watchdog receives 13,000 responses to its copyright consultation, as LBF turns its focus to AI

Artificial Intelligence | Copyright | Curtis Brown | Legal | London Book Fair | London Book Fair 2025

in | f | Add as a preferred source on Google

### Add New Comment

You must be logged in to comment.

## Related

Case: 25-3163, 10/02/2026, DktEntry: 45.5, (12 of 12)









YouTube Twitter LinkedIn Facebook Instagram

PRODUCTS

- The Bookseller Magazine
- The Bookseller Buyer's Guides
- The Bookseller Conferences
- The British Book Awards
- The British Audio Awards
- The YA Book Prize
- Jobs in Books
- Webinars
- Newsletters

INFORMATION

- About Us
- Contact
- Meet The Team
- Careers
- Publishing Calendar
- Editorial Features
- Advertise
- Press
- FAQs
- Digital Editions
- Upgrade Subscription

LEGAL

- Privacy Policy
- Terms and Conditions
- Community Guidelines
- Advertising Terms & Conditions




Subscribe Today

Subscribe from just £3.65 a week

SUBSCRIBE

SIGN UP TO OUR MAILING LISTS

© Playbook Media Trading Company Limited 2026. All rights reserved.