# EXHIBIT E

## RIOT FORGE SUBMISSION WINDOW, WAYBACK MATERIAL AND VIDEO DEMONSTRATION

This exhibit preserves the contemporaneous evidentiary chain concerning the historical Riot Forge submission interface relied upon during the April 24, 2025 settlement conference.

The exhibit contains the April 24, 2025 email thread in which Riot counsel Joshua M. Geller, immediately following the conference, wrote to Appellant: “Further to our conversation before the Magistrate Judge just now, please see the attached screenshot.” The thread identifies the attachment as “Riot Forge screenshot - Wayback Machine.pdf.”

It also contains the preserved Page Vault capture of the historical Riot Forge Wayback page and contact form. The capture identifies the archived Riot Forge URL and displays the contact form, including its MESSAGE field and Submit Form control.

Using the same historical Riot Forge portal presented during the conference, Appellant tested the submission window immediately afterwards. At 00:25 on April 25, 2025, Appellant emailed Joshua Geller, Aaron Moss and BFM Chambers, stating: “In this video you can see that the whole of Bloodborg fits in the submissions portal.” The email records the attached file “Bloodborg in the Portal.mp4” (18,288 KB). The video was therefore sent directly to the Magistrate Judge's chambers, as well as Riot's counsel, within hours of the conference.

A transcript of the preserved video is included at the end of this exhibit. In the recording Appellant states, in substance, that Bloodborg is in the portal and that the text continues through the submission field to the end. The recording is relied upon as a contemporaneous demonstration of the capacity of the submission window and in support of Appellant's continuing challenge to the asserted limitation of the historical submission mechanism.

### Contents

1. April 24-25, 2025 email thread, including Geller's post-conference transmission and Appellant's email sending “Bloodborg in the Portal.mp4” to BFM Chambers and Riot counsel.

2. Page Vault capture of the historical Riot Forge Wayback page and contact form.

3. Transcript of the video “Bloodborg in the Portal.”

M.W. WOLF

**Marc Wolstenholme <marc@mwwolf-fiction.co.uk>**

# Wolstenholme v. Riot

21 messages

**Geller, Josh** <jxg@msk.com> 24 April 2025 at 21:29
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Cc: "Moss, Aaron" <ajm@msk.com>

Mr. Wolstenholme,

Further to our conversation before the Magistrate Judge just now, please see the attached screenshot.

msk

**Josh M. Geller** | **Partner**

T: 310.312.3166 | josh.geller@msk.com

**Mitchell Silberberg & Knupp LLP** | **www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

**THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.**

**Riot Forge screenshot - Wayback Machine.pdf**
3277K

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk> 24 April 2025 at 22:08
To: "Geller, Josh" <jxg@msk.com>

That is the website for contact form.

I'll make a record of these antics for public interest,

What a joke of a fake conference.

My 1.5 Billion settlement is now off the table and I'm shutting Riot down.
[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk> 24 April 2025 at 22:13
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>

Why are Riot using a public nonsensical no admissible site and producing it as evidence in a closed Settlement hearing when it's on their servers and A Moss has discussed combing through their submissions and this is recorded?

I can not believe I was duped into even attending that hearing and now feel that every single hearing needs to be recorded and conducted in public.

Many Thanks

Marc

[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk> 25 April 2025 at 00:02
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>

Please see all of Bloodborg in a submission portal which the judge opened. What a joke of a conference. I'll be making filing tomorrow. That was an attack on Access and nothing more. Riot did not attend and nor did the insurance. Took me about 10 minutes to debunk ll of the conference, which was just litigating in a closed setting. This is low, very low.



New Kowloon; Morgan's Proclamation
Morgan sat in a steel vault, gazing at the spray paintings on the wall in front of him, He placed on his headphones and adjusted the microphone. He inhaled, holding the breath in his lungs for a moment. He closed his eyes, releasing negative thoughts with his breath.
Rook placed her hand on his shoulder. He flicked the hood of his copper lighter, obsessively.
'I'm ready,' he said holding her fingers.
Quantum recorded radio transmission-
Reveille, reveille...

WE STAND! WE STAND! WE STAND!



BIRTHDATE

By
Marc Wolstenholme

Bloodborg
The Harvest

Please contact
Marc Wolstenholme
Marc.wolstenholme@yahoo.co.uk
07827964404

The Ark of Civilization; The stand
Diary entry, Day 1 - War against the Old-World Army
1
On the wall again. I hate guarding The Stand on the best of days, this day is worse, this might be the day I take another humans life. Nullifidian or not they are still humans, or near like. Well most of them are, in my opinion.
We have been ordered to switch from stun rounds to live ammunition. The Stand is defended with live ammunition every day, but mostly stun and gas rounds are used, besides, we are still in training, we have

[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk> 25 April 2025 at 00:25
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>

Dear all,

I am utterly shocked at the way that Conference was handled. I'll be taking advice on matters very soon.I always take precautions to protect myself.

Please see the very same portal Magistrate Judge Brianna Fuller Mircheff presented as evidence against me, from Riot Games in the Statement Conference.

In this video you can see that the whole of Bloodborg fits in the submissions portal.

I was very upset that I found myself littigaion
[Quoted text hidden]

---

**Bloodborg in the Portal.mp4**
18288K

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk> 25 April 2025 at 00:33
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov

I was very upset that I found myself litigating against access and not discussing settlement and everything I said was played down with the Judge concentrating on my health and the impact of these cases.

I'm so shocked that the Judge would not only use this as evidence but even more so that it was so easily shown to be nonsense.

Riot has yet again abused the court and I'll be making filings and protective requests to make all hearings recorded and publicly available.

This was the lowest and most desperate tick Riot has pulled so far.

I need a State federal now.

Riot needs to be shut down before they do more damage.

Many Thanks,

Marc Wolsteholme
[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk> 25 April 2025 at 01:59
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov

I am utterly shocked that that conference and the post conference harassment has been allowed to happen.
[Quoted text hidden]

---

**Marc Wolstenholme** <marc@mwwolf-fiction.co.uk> 25 April 2025 at 17:01
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin

Dera all,

Please see attached of 108 which shows, yet again that Riot had access and the Riot Forge portal allowed access and this was so evident.

I can not believe the state of that fake Settlement hearing and I am struggling to comprehend why the Magistrate Judge grilled me on access, presented a falsified Riot Forge portal as evidence and kicked back on all state and barely spoke about settlement, allowed the converse to go ahead when their celery was no stemmlent going to be reached and I hd expressed my concerns, then threatened that Riot will just keep abusing until they get the case kicked out, without addressing the abuse and harassment she was pointing out. I had already expressed my concerns at Riot using motions to add pressure and harm, and the Judge further pressed on this.

This is shocking and dangerous, I feel so utterly violated by the fake settlement concerts which I was made to endure.

I am not willing to attend any hearings unless they are recorded in public and run by the direct Judge.

Please add protections into these proceedings now,

Without interventions, courts and state are allowing bullying predators to run riot and cause further harm.

Mark my words, Unless Riot are shut down, These cases will resurface in years to come when people are asking what more could have been done to protect people.

[Quoted text hidden]

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO BIFURCATE DISCOVERY AND PERMIT EARLY SUMMARY JUDGMENT ON ACCESS.pdf**
843K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 25 April 2025 at 17:22
To: marc@mwwolf-fiction.co.uk

## Address not found

Your message wasn't delivered to **oigcompl@lapd.onlin** because the domain lapd.onlin couldn't be found. Check for typos or unnecessary spaces and try again.

**LEARN MORE**

The response was:

```
DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN Domain name not found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain
```

Final-Recipient: rfc822; oigcompl@lapd.onlin
Action: failed
Status: 5.1.2
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of lapd.onlin responded with code NXDOMAIN
Domain name not found: lapd.onlin For more information, go to https://support.google.com/mail/?p=BadRcptDomain
Last-Attempt-Date: Fri, 25 Apr 2025 09:22:10 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin
Cc:
Bcc:
Date: Fri, 25 Apr 2025 17:01:05 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**BFM Chambers** <BFM_Chambers@cacd.uscourts.gov> 25 April 2025 at 17:26
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
Cc: "Geller, Josh" <jxg@msk.com>, "Moss, Aaron" <ajm@msk.com>

Mr. Wolstenholme,

Any requests concerning this case must be filed on the docket and must comply with the Local Rules. No substantive discussion of the settlement proceeding (nor anything else of substance about the case) should be sent to this inbox unless the Court specifically authorizes it.

---

**From:** Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
**Sent:** Friday, April 25, 2025 9:01 AM
**To:** Geller, Josh <jxg@msk.com>; BFM Chambers <BFM_Chambers@cacd.uscourts.gov>; Moss, Aaron <ajm@msk.com>; CACD ECFMAIL <cacd_ecfmail@cacd.uscourts.gov>; Civil Intake <do-not-reply@cacd.uscourts.gov>; cia_foia@ucia.gov; dan.chang@riotgames.com; contact.center@calcivilrights.ca.gov; comments@whitehouse.gov; foipaquestions@fbi.gov; oigcompl@lapd.online; oigcompl@lapd.onlin
**Subject:** Re: Wolstenholme v. Riot

**CAUTION - EXTERNAL:**

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
>
> > [Quoted text hidden]
> > [Quoted text hidden]
> >
> > > [Quoted text hidden]
> > > [Quoted text hidden]
> > >
> > > > [Quoted text hidden]
> > > >
> > > > 
> > > > 




On Thu, 24 Apr 2025 at 22:13, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

> Why are Riot using a public nonsensical no admissible site and producing it as evidence in a closed Settlement hearing when it's on their servers and A Moss has discussed combing through their submissions and this is recorded?
>
> I can not believe I was duped into even attending that hearing and now feel that every single hearing needs to be recorded and conducted in public.
>
> Many Thanks
>
> Marc
>
> On Thu, 24 Apr 2025 at 22:08, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:
>
>> That is the website for contact form.
>>
>> I'll make a record of these antics for public interest,
>>
>> What a joke of a fake conference.
>>
>> My 1.5 Billion settlement is now off the table and I'm shutting Riot down.
>>
>> On Thu, 24 Apr 2025 at 21:29, Geller, Josh <jxg@msk.com> wrote:
>>
>>> Mr. Wolstenholme,

Further to our conversation before the Magistrate Judge just now, please see the attached screenshot.

msk

**Josh M. Geller** | **Partner**

T: 310.312.3166 | josh.geller@msk.com

**Mitchell Silberberg & Knupp LLP** | **www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

**THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 26 April 2025 at 03:05
To: marc@mwwolf-fiction.co.uk

## Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 45 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:42e8: timed out]
[whitehouse.gov 192.0.66.51: timed out]
```

Final-Recipient: rfc822; comments@whitehouse.gov

Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:42e8: timed out]
[whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Fri, 25 Apr 2025 19:05:57 -0700 (PDT)
Will-Retry-Until: Sun, 27 Apr 2025 16:54:21 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov
Cc:
Bcc:
Date: Fri, 25 Apr 2025 00:33:19 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 26 April 2025 at 03:46
To: marc@mwwolf-fiction.co.uk



## Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 46 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
```

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Fri, 25 Apr 2025 19:46:43 -0700 (PDT)
Will-Retry-Until: Sun, 27 Apr 2025 18:20:20 -0700 (PDT)

**noname**
4K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 26 April 2025 at 20:21
To: marc@mwwolf-fiction.co.uk



## Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 45 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out] [whitehouse.gov 192.0.66.51: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sat, 26 Apr 2025 12:21:24 -0700 (PDT)
Will-Retry-Until: Mon, 28 Apr 2025 09:22:09 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin
Cc:
Bcc:
Date: Fri, 25 Apr 2025 17:01:05 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 27 April 2025 at 03:05
To: marc@mwwolf-fiction.co.uk



## Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 23 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out] [whitehouse.gov 192.0.66.51: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to

https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sat, 26 Apr 2025 19:05:53 -0700 (PDT)
Will-Retry-Until: Sun, 27 Apr 2025 18:20:20 -0700 (PDT)

---

**noname**
4K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 27 April 2025 at 03:30
To: marc@mwwolf-fiction.co.uk

## Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 21 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out] [whitehouse.gov 192.0.66.51: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sat, 26 Apr 2025 19:30:15 -0700 (PDT)
Will-Retry-Until: Sun, 27 Apr 2025 16:54:21 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov
Cc:
Bcc:
Date: Fri, 25 Apr 2025 00:33:19 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 27 April 2025 at 20:57

To: marc@mwwolf-fiction.co.uk

## Delivery incomplete

There was a temporary problem while delivering your message to **comments@whitehouse.gov**. Gmail will retry for 20 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out] [whitehouse.gov 192.0.66.51: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sun, 27 Apr 2025 12:57:13 -0700 (PDT)
Will-Retry-Until: Mon, 28 Apr 2025 09:22:09 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin
Cc:
Bcc:
Date: Fri, 25 Apr 2025 17:01:05 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 28 April 2025 at 01:43
To: marc@mwwolf-fiction.co.uk

## Message not delivered

There was a problem delivering your message to **comments@whitehouse.gov**. See the technical details below or try resending in a few minutes.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:42c0: timed out] [whitehouse.gov 192.0.66.84: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:42c0: timed out]
[whitehouse.gov 192.0.66.84: timed out]
Last-Attempt-Date: Sun, 27 Apr 2025 17:43:42 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov
Cc:
Bcc:
Date: Fri, 25 Apr 2025 00:33:19 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 28 April 2025 at 03:47
To: marc@mwwolf-fiction.co.uk

## Message not delivered

There was a problem delivering your message to **comments@whitehouse.gov**. See the technical details below or try resending in a few minutes.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:42b9: timed out] [whitehouse.gov 192.0.66.51: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:42b9: timed out]
[whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Sun, 27 Apr 2025 19:47:44 -0700 (PDT)

---

**noname**
4K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> 28 April 2025 at 19:42
To: marc@mwwolf-fiction.co.uk

## Message not delivered

There was a problem delivering your message to **comments@whitehouse.gov**. See the technical details below or try resending in a few minutes.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out] [whitehouse.gov 192.0.66.51: timed out]

Final-Recipient: rfc822; comments@whitehouse.gov
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:4233: timed out]
[whitehouse.gov 192.0.66.51: timed out]
Last-Attempt-Date: Mon, 28 Apr 2025 11:42:54 -0700 (PDT)

---------- Forwarded message ----------
From: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
To: "Geller, Josh" <jxg@msk.com>, BFM Chambers <BFM_Chambers@cacd.uscourts.gov>, "Moss, Aaron" <ajm@msk.com>, cacd_ecfmail@cacd.uscourts.gov, Civil Intake <do-not-reply@cacd.uscourts.gov>, cia_foia@ucia.gov, dan.chang@riotgames.com, contact.center@calcivilrights.ca.gov, comments@whitehouse.gov, foipaquestions@fbi.gov, oigcompl@lapd.online, oigcompl@lapd.onlin
Cc:
Bcc:
Date: Fri, 25 Apr 2025 17:01:05 +0100
Subject: Re: Wolstenholme v. Riot
----- Message truncated -----

---

**CRD Contact Center (Contact Center)** <contact.center@dfeh.zendesk.com> 2 May 2025 at 18:37
Reply-To: Contact Center <contact.center+idL3KGEL-M9XK3@dfeh.zendesk.com>
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

**##- Please type your reply above this line -##**

Support

Your request (#175149) has been updated. Reply to this email or click the link below:
https://crdcontactcenter.zendesk.com/hc/requests/175149

**CRD Contact Center** (CRD Contact Center)
May 2, 2025, 10:37 AM PDT

Request #175182 "Fwd: Form Submission - Welcome T..." was closed and merged into this request.
Last comment in request #175182:

**[EXTERNAL]** This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear all, please see Riot and its communities' continued hate mail enabled by the settlement conference which had nothing to do with Settlement. This is what happens when Riot are allowed to abuse and the court fails to protect people who fight back.

---------- Forwarded message ---------
From: **Squarespace** form-submission@squarespace.info
Date: Fri, 25 Apr 2025 at 03:24
Subject: Form Submission - Welcome To The Wolf Pack
To: marc@mwwolf-fiction.co.uk

**Email:** cryinglaugh@real.com, accepts marketing: false

**Message:** Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Sent via form submission from *M.W. Wolf's Megaverse*

**Email:** cryinglaugh@real.com, accepts marketing: false

**Message:** Dude. DUDE
I can't stop laughing. Everytime I think you can't get dumber, you go and prove me wrong. The fucking screenshot as "proof that Riot Forge could handle submissions" you sent literally PROVES YOU WRONG. That form is for game developers. It doesn't allow attachments. Even if you went in and fucking copypasted the entire manuscript, those boxes are usually programed to stop sending any charcters after 15 k to avoid spam

You just lost your own case. This is just so fucking funny

Manage Submissions

Does this submission look like spam? Report it here.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.

---

**Marc Wolstenholme**
Apr 25, 2025, 9:22 AM PDT

**[EXTERNAL]** This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dera all,

Please see attached of 108 which shows, yet again that Riot had access and the Riot Forge portal allowed access and this was so evident.

I can not believe the state of that fake Settlement hearing and I am struggling to comprehend why the Magistrate Judge grilled me on access, presented a falsified Riot Forge portal as evidence and kicked back on all state and barely spoke about settlement, allowed the converse to go ahead when their celery was no stemmlent going to be reached and I hd expressed  my concerns, then threatened that Riot will just keep abusing until they get the case kicked out, without addressing the abuse and harassment she was pointing out. I had already expressed my concerns at Riot using motions to add pressure and harm, and the Judge further pressed on this.

This is shocking and dangerous, I feel so utterly violated by the fake settlement concerts which I was made to endure.

I am not willing to attend any hearings unless they are recorded in public and run by the direct Judge.

Please add protections into these proceedings now,

Without interventions, courts and state are allowing bullying predators to run riot and cause further harm.

Mark my words, Unless Riot are shut down, These cases will resurface in years to come when people are asking what more could have been done to protect people.

On Fri, 25 Apr 2025 at 01:59, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

> I am utterly shocked that that conference and the post conference harassment has been allowed to happen.
>
> On Fri, 25 Apr 2025 at 00:33, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:
>
> > [Quoted text hidden]
> > [Quoted text hidden]
> > > [Quoted text hidden]
> > > [Quoted text hidden]
> > > > [Quoted text hidden]
> > > > [Quoted text hidden]
> > > > > [Quoted text hidden]
> > > > > [Quoted text hidden]
> > > > > > [Quoted text hidden]
> > > > > > [Quoted text hidden]
> > > > > > > [Quoted text hidden]
> > > > > > > [Quoted text hidden]
> > > > > > >
> > > > > > > **Mitchell Silberberg & KnuppLLP|www.msk.com**
> > > > > > >
> > > > > > > 2049 Century Park East, 18th Floor, Los Angeles, CA 90067
> > > > > > >
> > > > > > > **THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.**

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.

Attachment(s)

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO BIFURCATE DISCOVERY AND PERMIT EARLY SUMMARY JUDGMENT ON ACCESS.pdf

---

**Marc Wolstenholme**

Apr 24, 2025, 6:20 PM PDT

**[EXTERNAL]** This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am utterly shocked that that conference and the post conference harassment has been allowed to happen.

On Fri, 25 Apr 2025 at 00:33, Marc Wolstenholme <marc@mwwolf-fiction.co.uk> wrote:

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

**Mitchell Silberberg & Knupp LLP | www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

**THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.**

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.

---

## Marc Wolstenholme

Apr 24, 2025, 4:54 PM PDT

**[EXTERNAL]** This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

**Mitchell Silberberg & KnuppLLP|www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

**THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.**

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

You have been sent this message because you recently opened a help request with CRD.

[L3KGEL-M9XK3]

---

**CRD Contact Center (Contact Center)** <contact.center@dfeh.zendesk.com> 2 May 2025 at 18:38
Reply-To: Contact Center <contact.center+idL3KGEL-M9XK3@dfeh.zendesk.com>
To: Marc Wolstenholme <marc@mwwolf-fiction.co.uk>

**##- Please type your reply above this line -##**

Support

Thank you for contacting the Civil Rights Department (CRD).

http://crdcontactcenter.zendesk.com/hc/requests/175149

**CRD Contact Center** (CRD Contact Center)
May 2, 2025, 10:38 AM PDT

Thank you for contacting the Civil Rights Department (CRD), marc@mwwolf-fiction.co.uk.

Your email appears to have been sent to multiple recipients. Please do not copy the CRD Contact

Center on any correspondence that is not directed specifically to us. We cannot assist you in corresponding with other parties and will not retain these emails for future reference.

If you would like a response from CRD or assistance in filing a complaint with our department, please address your question to us and do not include any other email addresses.

CRD Contact Center

[Quoted text hidden]

Your request has been solved. To reopen this request, reply to this email or click the link below:
https://crdcontactcenter.zendesk.com/hc/requests/175149

Thank you,
CRD Contact Center

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

You have been sent this message because you recently opened a help request with CRD.

[L3KGEL-M9XK3]

PageVault

| | |
|---|---|
| Document title: | About Riot Forge |
| Capture URL: | https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm |
| Page loaded at (UTC): | Tue, 15 Apr 2025 18:55:12 GMT |
| Capture timestamp (UTC): | Tue, 15 Apr 2025 18:55:13 GMT |
| Capture tool: | 3.8.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 6 |
| Capture ID: | b4UceRvmrG6mp9H1nXRbE4 |
| Display Name: | whk |

PDF REFERENCE #: aJ9xtiZoyf9BdjbAH3qhQS




# ABOUT RIOT FORGE



"We're a player- and developer-focused publisher; our mission is to bring awesome new League of Legends games to players by partnering with experienced and talented developers from around the world.

The League Universe and its champions offer limitless possibilities; by supporting and empowering passionate partners to tell their own stories and expand the League world, we'll deliver a variety of bespoke games that enable players of all types to experience League in new and exciting ways.

We can't wait to get these games to players and play them ourselves!

Document title: About Riot Forge
Capture URL: https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm
Capture timestamp (UTC): Tue, 15 Apr 2025 18:55:13 GMT
Estimated post date: 04/26/2020 12:59:33 PM



The League Universe and its champions offer limitless possibilities; by supporting and empowering passionate partners to tell their own stories and expand the League world, we'll deliver a variety of bespoke games that enable players of all types to experience League in new and exciting ways.

We can't wait to get these games to players and play them ourselves!

If you're a developer and want to be a part of our mission, we want to hear from you."

↓ Contact Us

# FREQUENTLY ASKED QUESTIONS

1. How is Riot Forge different from Riot Games?

2. How does Riot Forge work with developers?

3. Is Riot Forge releasing new games from Riot Games?

4. Which platforms will Riot Forge games release on?

5. Which developers is Riot Forge working with?

6. When can I play a Riot Forge game?

7. I'm a developer—how can I work with you?

7. I'm a developer—how can I work with you?

# NEVER MISS AN UPDATE

**Stay up-to-date to learn about our games, updates, and more!**

EMAIL ADDRESS

BIRTHDATE

Subscribe

☐ I agree to receive occasional emails from Riot Games, such as news, offers and surveys. Read our Privacy Policy for more details on how your information may be used.







# CONTACT US

**Please send your message below. We will get back to you at the earliest!**

## PERSONAL

NAME

EMAIL

PHONE

BIRTHDATE

## PROFESSIONAL EXPERIENCE

STUDIO / COMPANY NAME

GAMES RELEASED

MESSAGE

Submit Form

☐ I agree to receive occasional emails from Riot Games, such as news, offers and surveys. Read our Privacy Policy for more details on how your information may be used.

Document title: About Riot Forge
Capture URL: https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm
Capture timestamp (UTC): Tue, 15 Apr 2025 18:55:13 GMT
Estimated post date: 04/26/2020 12:59:33 PM



EMAIL

PHONE

BIRTHDATE

## PROFESSIONAL EXPERIENCE

STUDIO / COMPANY NAME

GAMES RELEASED

MESSAGE

Submit Form

☐ I agree to receive occasional emails from Riot Games, such as news, offers and surveys. Read our Privacy Policy for more details on how your information may be used.

ABOUT LEAGUE OF LEGENDS PREPAID CARDS HELP US IMPROVE SERVICE STATUS SUPPORT ESPORTS PRO SITE

RIOT GAMES

™ & © 2019 Riot Games, Inc. League of Legends, Riot Forge and all related logos, characters, names and distinctive likenesses thereof are the exclusive property of Riot Games, Inc. All rights reserved.

Privacy Notice Terms of Service

# EXHIBIT E - VIDEO TRANSCRIPT

## Bloodborg in the Portal

Duration: 00:09 | Transcript supplied with the exhibit materials

“In the Portal, There's Bloodborg, the beginning of it and you keep going, you can get it all in there, all the way down to the end. It keeps going and going and going and going and going and going.”